**COMPOSITE EXHIBIT 1**