AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DR. JASSIN JOURIA | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 15-61165-CV-DIMITROULEAS/SNOW |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CE RESOURCE, INC.
DENNIS R. MEINYER, AGENT FOR SERVICE OF PROCESS
1482 STONE POINT DRIVE, SUITE 120
ROSEVILLE, CALIFORNIA  95661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RICHARD S. ROSS, ESQ.
ATRIUM CENTRE
4801 SOUTH UNIVERSITY DRIVE, SUITE 237
FT. LAUDERDALE, FLORIDA  33328
TEL 954/252-9110; FAX 954/252-9192
E MAIL: PRODP@IX.NETCOM.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  **June 2, 2015**

Steven M. Larimore
Clerk of Court

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts