# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Placer

Subscribed and sworn to (or affirmed) before me on this _16th_ day of _September_, 2015 by _Martin John Walters_, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

D. STONE
COMM. #2079423
NOTARY PUBLIC • CALIFORNIA
PLACER COUNTY
Commission Expires August 24, 2018

(Notary Seal)

_____
Signature of Notary Public

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

_Proof of Service_

Title or description of attached document

CAPACITY CLAIMED BY THE SIGNER

✓ Individual(s)   ___ Corporate Officer   ___ Trustee(s)   ___ Other_____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| DR. JASSIN JOURIA<br><br>*Plaintiff(s)*<br>v.<br>CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE<br><br>*Defendant(s)* | Civil Action No. 15-61165-CV-DIMITROULEAS/SNOW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CE RESOURCE, INC.
DENNIS R. MEINYER, AGENT FOR SERVICE OF PROCESS
1482 STONE POINT DRIVE, SUITE 120
ROSEVILLE, CALIFORNIA 95661

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RICHARD S. ROSS, ESQ.
ATRIUM CENTRE
4801 SOUTH UNIVERSITY DRIVE, SUITE 237
FT. LAUDERDALE, FLORIDA 33328
TEL 954/252-9110; FAX 954/252-9192
E MAIL: PRODP@IX.NETCOM.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **June 2, 2015**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/Ahlai Israel
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE
was received by me on *(date)* 09/15/2015 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dennis M. Meinyer, President _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* CE RESOURCE, INC. d/b/a
CME RESOURCE and NetCE on *(date)* 09/15/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 62.75 for travel and $ 0.00 for services, for a total of $ 62.75 .

I declare under penalty of perjury that this information is true.

Date: 09/16/2015

*Server's signature*

Marty J. Walters, CRPS #09-010  Placer Co.
*Printed name and title*

915 Highland Pointe Dr. #250  Roseville, Ca 95678
*Server's address*

Additional information regarding attempted service, etc: