UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the undersigned as counsel for the Defendant, CE Resource, Inc. d/b/a CME Resource and NetCE ("Defendant") in the above-referenced matter. All future pleadings should be directed via the CM/ECF system to the undersigned as counsel for the defendant.

Dated: October 5, 2015       Respectfully submitted,

                */s/Philip E. Rothschild*
                Philip E. Rothschild, Esq.
                Florida Bar No. 0088536
                Email: phil.rothschild@hklaw.com
                HOLLAND & KNIGHT LLP
                515 East Las Olas Blvd., 12th Floor
                Fort Lauderdale, FL 33301
                Telephone: (954) 525-1000
                Fax: (954) 463-2030
                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2015, I served the foregoing on counsel for Plaintiff via the CM/ECF Notice of Electronic Filing to prodp@ix.netcom.com for counsel Richard S. Ross, Esq., 4801 S. University Drive, Suite 237, Fort Lauderdale, FL 33328,.

                */s/Philip E. Rothschild*
                Philip E. Rothschild

#37397809_v1