UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

## NOTICE

THIS CAUSE is before the Court *sua sponte*.

The Court hereby provides notice to all parties that counsel of record for Defendant CE RESOURCE, INC. d/b/a CME RESOURCE, Philip E. Rothschild, was a law clerk in the undersigned's chambers from 1998 to 2002.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 6th day of October 2015.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record