UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

## DECLARATION OF JOHN P. KERN IN SUPPORT OF MOTION TO DISMISS, TRANSFER, OR STAY THIS ACTION

I, John P. Kern, declare as follows:

1. I am a partner with the law firm of Holland & Knight LLP, and I am duly licensed to practice law in the State of California. I am one of the attorneys representing defendant CE Resource, Inc. *d/b/a* CME Resource and NetCE (hereafter, "NetCE").

2. On April 9, 2015, on behalf of NetCE, I sent a cease and desist letter to Dr. Jouria. Attached hereto as **Exhibit A** is a true and correct copy of that letter.

3. Several weeks later, Dr. Jouria responded to the cease and desist letter through his attorney, Mr. Richard Ross. Over the last week of April 2015, and the first 2 weeks of May 2015, Mr. Ross and I engaged in multiple communications regarding NetCE's allegations over email and by phone. Attached hereto As **Exhibit B** are true and correct copies of emails between Mr. Ross and me.

4.    Following the exchange of the emails in Exhibit B, Mr. Ross and I exchanged several additional, confidential communications on the topic of settlement, which I do not append here for obvious reasons.

5.    In June of 2015---while Mr. Ross and I still were communicating about the case and a possible settlement---Dr. Jouria filed the present lawsuit.

6.    Mr. Ross asked me by email if I was authorized to accept service of the Summons and Complaint. I was not authorized to accept service, and I did not respond to Mr. Ross's email.

7.    Although NetCE has (at all times) maintained a publicly-registered and publicly-available agent for service of process, Dr. Jouria did not serve his Summons and Complaint until mid-September 2015---after NetCE filed its affirmative lawsuit in California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of October, 2015

_____
John P. Kern