Exhibit A

# Holland & Knight

50 California Street, Suite 2800 | San Francisco, CA 94111 | T 415.743.6900 | F 415.743.6910
Holland & Knight LLP | www.hklaw.com

John P. Kern
(415) 743-6918
john.kern@hklaw.com

September 4, 2015

*Via Certified Mail, Return Receipt Requested*

Jassin M. Jouria, Jr., MD
2648 N. 26th Terrace
Hollywood, FL  33020

      Re:    **CEASE & DESIST UNLAWFUL CONDUCT RE: NurseCE4Less**
                  **Document Preservation/Litigation Hold Notice**

Dear Mr. Jouria:

      As you are aware, we are outside legal counsel for CE Resource, Inc. (*d/b/a* "CME Resource" and "NetCE", referred to herein as "NetCE"), with respect to certain intellectual property and litigation matters. It has come to our attention that you are in material breach of multiple written agreements between NetCE and you, and that you may also be engaging in the willful infringement of NetCE's copyrights in the content described in this letter. We are simultaneously sending a copy of this notice to your legal counsel and will direct all further communications to him, unless we are instructed otherwise.

      ***By this letter NetCE demands that you immediately cease and desist your unlawful conduct, including without limitation your unlawful use, dissemination, and/or publication of NetCE's contractually and copyright protected materials described herein.***

      As you are aware, in 2012 and 2013 you entered into the multiple written agreements with NetCE (referred to herein as the "Freelance Writer Agreements"), under which agreements you were permitted to submit proposed continuing medical education articles to NetCE for NetCE's exclusive editorial review and consideration for publication. Recently---*in addition to the breaches and claims we already have asserted against you*---NetCE discovered you have materially breached the Freelance Writer Agreements' express terms by publishing at least four (4) courses with a competitor of NetCE called "NurseCE4Less," on its website located at [www.nurseCE4less.com](www.nurseCE4less.com).

      Although our investigation is ongoing, it appears that "[www.NurseCE4Less.com](www.NurseCE4Less.com)" is website owned by Health Inservice, Inc., a Butte, Montana company operating in the medical

Jassin M. Jouria, Jr., MD
September 4, 2015
Page 2

continuing education and training industry. We have discovered that you published substantially similar versions of articles owned by NetCE through NurseCE4Less, including: "Traumatic Brain Injury," "Nonantibiotic Antimicrobial Pharmacology," "Cardiovascular Pharmacology," and "The Lymphatic and Immune Systems."

Further, it appears you published hastily paraphrased versions of NetCE courses "Nonantibiotic Antimicrobial Pharmacology" and "Cardiovascular Pharmacology" as "Antibiotic and Antimicrobial Pharmacology" in four (4) parts and "Cardiovascular Pharmacology" in three (3) parts. Some elements (tables and language) are reworked or removed in these infringing NurseCE4Less publications, but the outline and stated learning objectives are identical to the copyrighted NetCE courses. This paraphrasing and copying together constitute *substantial similarity*, the standard for copyright infringement.

In further breach of the pertinent Freelance Writer Agreements, it appears you also have submitted articles titled "Lymph Nodes & Cancer" in two (2) parts and "Trauma Series: Head Trauma" to NurseCE4Less. These two articles copy significant sections from NetCE articles "The Lymphatic and Immune Systems" and "Traumatic Brain Injury," respectively. This, too, constitutes *substantial similarity*.

As you are well aware, NetCE has paid you for exclusive ownership and right of first refusal to publish the above articles. [*See* §9 (Ownership and Assignment of Intellectual Property).] By publishing the above articles through NurseCE4Less you have materially breached the terms of the various Freelance Writer Agreements listed above including, without limitation, the following provisions: (1) §5(d) ("Writer will submit the Article to any other party for publication unless and until [NetCE] expressly rejects the Article ...."), and (2) §9 (Ownership and Assignment of Intellectual Property. "Writer hereby understands and agrees that all articles approved for publication by [NetCE] under this agreement shall belong exclusively to [NetCE] . . ." and . . ."Writer agrees that, to the maximum extent allowed by law, all such Articles shall be deemed to be 'works made for hire' under all relevant copyright laws, and [NetCE] shall be deemed to be the author thereof...."). Accordingly, ***NetCE hereby*** demands immediate repayment of all monies paid by NetCE to you for the breached agreements. [*See* Freelance Writer Agreements, §3.]

Although our investigation is ongoing, based on the information we have collected thus far, your conduct---in addition to constituting multiple breaches of the Freelance Writer Agreements---also may violate NetCE's rights under (1) United States Copyright law (Title 17 of the United States Code), and (2) California's Unfair Business Practices statute (*see* Cal. Bus. & Prof. Code §17200). Accordingly, NetCE hereby reserves all rights and remedies available under the law, including its right to injunctive relief, compensatory damages, disgorgement of all of your earnings (*see* Cal. Bus. & Prof. Code §17203), and finally its right to recover statutory damages of $150,000 for each of your acts of willful infringement (*see* 17 U.S.C. §504(c)).

In view of the foregoing, we are compelled to demand the following:

#37180117_v1

Jassin M. Jouria, Jr., MD
September 4, 2015
Page 3

1. That you immediately *cease and desist your unlawful conduct*, including without limitation your unlawful use, disclosure, dissemination, distribution, sale, and/or publication of NetCE's contractually and/or copyright protected materials---including without limitation by notifying NurseCE4Less of this letter and demanding that it de-publish any offending articles;

2. That you provide to NetCE (using me as NetCE's legal representative) no later than the close of business on September 11, 2015, a complete accounting of any payments you have received from the entity doing business as NurseCE4Less --or from any other entity or source---for the publication or use of the articles mentioned herein;

3. That you provide to NetCE (using me as NetCE's legal representative) no later than the close of business on September 11, 2015, all documentation---electronic and hard-copy----reflecting your communications and/or business arrangement with NurseCE4Less, as well as documentation reflecting business arrangements between you and any other entity or company through which you have sought publication of the articles mentioned herein;

4. *That you pay NetCE, by wire or cashier's check and no later than the close of business on September 11, 2011, the amount of $100,000*, which amount reflects (a) your repayment of the base amount of $39,000 which NetCE paid you under the four (4) agreements you are in breach of, (b) statutory interest of 10% per annum (to which NetCE is entitled under California law), (c) NetCE's reasonable costs and attorneys' fees resulting from your breaching and unlawful conduct (*see* §6 [Indemnification] of the Freelance Writer Agreements), and (4) a penalty reflecting your potential liability under copyright laws and the consequential damages you conduct has caused NetCE;

5. That you *take all necessary steps to ensure that you preserve and not destroy---even inadvertently---any records (electronic or otherwise) potentially relevant to the issues set forth in this letter.* Please be aware that NetCE will use your destruction of potentially relevant materials as evidence of liability in this matter; and, finally

6. That you provide to NetCE no later than the close of business on September 11, 2015 (using me as NetCE's legal representative), a signed, notarized Affidavit attesting to your compliance with the terms set forth above.

Jassin M. Jouria, Jr., MD
September 4, 2015
Page 4

If you satisfy the conditions set forth above by the listed deadlines, NetCE will enter into a settlement agreement with you releasing you from any additional claims arising from the at-issue Freelance Writer Agreements. If you fail to comply with NetCE's demands within the listed time periods, we will use your failure to comply as further evidence of "willful infringement" and pursue all available legal remedies. Rest assured, your liability and exposure under such circumstances would be considerable.

Very Truly Yours,

HOLLAND & KNIGHT LLP


/s/   John P. Kern

John P. Kern

cc:   Erin Meinyer, NetCE
      Sarah Campbell, NetCE