Exhibit B

## Kern, John P (SFR - X56918)

**From:** Richard Ross <prodp@ix.netcom.com>
**Sent:** Friday, May 08, 2015 6:50 AM
**To:** Kern, John P (SFR - X56918)
**Cc:** Yee, Myrna M (SFR - X56916)
**Subject:** Re: NetCe/Elite/Jouria: 7 contracts, 7 articles.

The claims for breach of contract and copyright infringement go hand-in-hand. Since the works are substantially different there is neither neither breach nor infringement. Please confirm that you do not want to attempt an amicable resolution.

> On May 8, 2015, at 9:41 AM, <John.Kern@hklaw.com> <John.Kern@hklaw.com> wrote:
>
> Richard,
>
> Your client in unquestionably in breach of contract; despite your instance on focusing on the copyright issue alone. The courses still are available through NetCE; you have exhausted our patience. As Dr. Jouria plainly is not taking this seriously, I will advise my client to file suit.
>
> John
>
> On May 8, 2015, at 6:18 AM, Richard Ross <prodp@ix.netcom.com<mailto:prodp@ix.netcom.com>> wrote:
>
> John,
>
> We expect to give you a substantive response on Monday. Suffice it to say, however, we have reviewed the 5 works, and they are not "almost exact copies." In fact, they have been substantially revised. We invite to you go through each article as we have done to determine for yourself.
>
> Richard
>
> On 4/30/2015 6:06 PM, John.Kern@hklaw.com<mailto:John.Kern@hklaw.com> wrote:
> Richard:
>
> See below in my original email, I note that the (1) Lymphatic and Immune Systems and (2) Cardiovascular Pharmacology are the 2 articles that contain copied passages (they are not complete re-prints). So, it is the other 5 that are almost exact copies.
>
> Thanks much,
>
> John Kern | Holland & Knight
> Partner
> 50 California Street, Suite 2800 | San Francisco CA 94111 Phone
> 415.743.6918 | Fax 415.743.6910
> john.kern@hklaw.com<mailto:john.kern@hklaw.com> |
> www.hklaw.com<http://www.hklaw.com/>
> _____

1

> Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern> |
> View professional biography<http://www.hklaw.com/id77/biosjpkern>
> From: Richard Ross [mailto:prodp@ix.netcom.com]
> Sent: Thursday, April 30, 2015 2:56 PM
> To: Kern, John P (SFR - X56918)
> Cc: Yee, Myrna M (SFR - X56916)
> Subject: Re: FW: NetCe/Elite/Jouria: 7 contracts, 7 articles.
>
> Which 5 do you contend are identical?
> On 4/30/2015 5:38 PM, John.Kern@hklaw.com<mailto:John.Kern@hklaw.com> wrote:
> Richard:
>
> See below. I have provided links to the Elite articles them (as I did in my original letter to you).
>
> John Kern | Holland & Knight
> Partner
> 50 California Street, Suite 2800 | San Francisco CA 94111 Phone
> 415.743.6918 | Fax 415.743.6910
> john.kern@hklaw.com<mailto:john.kern@hklaw.com> |
> www.hklaw.com<http://www.hklaw.com/>
> _____
> Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern> |
> View professional biography<http://www.hklaw.com/id77/biosjpkern>
> From: Richard Ross [mailto:prodp@ix.netcom.com]
> Sent: Thursday, April 30, 2015 2:28 PM
> To: Kern, John P (SFR - X56918)
> Cc: Yee, Myrna M (SFR - X56916)
> Subject: Re: FW: NetCe/Elite/Jouria: 7 contracts, 7 articles.
>
> These are the CME articles. Correct? Where are the Elite articles that you claim are identical?
> On 4/30/2015 5:16 PM, John.Kern@hklaw.com<mailto:John.Kern@hklaw.com> wrote:
> FYI below.
>
> John Kern | Holland & Knight
> Partner
> 50 California Street, Suite 2800 | San Francisco CA 94111 Phone
> 415.743.6918 | Fax 415.743.6910
> john.kern@hklaw.com<mailto:john.kern@hklaw.com> |
> www.hklaw.com<http://www.hklaw.com/>
> _____
> Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern> |
> View professional biography<http://www.hklaw.com/id77/biosjpkern>
> From: Kern, John P (SFR - X56918)
> Sent: Thursday, April 30, 2015 12:38 PM
> To: 'Richard Ross'
> Cc: Yee, Myrna M (SFR - X56916)
> Subject: NetCe/Elite/Jouria: 7 contracts, 7 articles.
>
> Richard:
>
> Here are the 7 contracts and 7 articles at issue.
>

2

> •     Gastroesophageal Reflux Disease
> Contracted: January 15, 2013
> Course Draft Received from Jouria: May 9, 2013 Published with Elite
> at: https://nursing.elitecme.com/CA/course/NCA06GEI15
> Full Course at Elite:
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06GEI15.pdf
>
> •     Traumatic Brain Injury
> Contracted: August 24, 2012
> Course Draft Received from Jouria: October 15, 2012 Published with
> Elite at: https://nursing.elitecme.com/CA/course/NCA06TBI15
> Full Course at Elite:
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06TBI15.pdf
>
> •     Nonantibiotic Antimicrobial Pharmacology
> Contracted: October 12, 2012
> Course Draft Received from Jouria: January 8, 2013 Published with
> Elite at: https://nursing.elitecme.com/CA/course/NCA08NAI15 and
> https://nursing.elitecme.com/CA/course/NCA09NII15
> Full Courses at Elite:
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08NAI15.pdf
> and
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09NII15.pdf
>
> •     Cancer and Chemotherapy
> Contracted: January 15, 2013
> Course Draft Received from Jouria: March 11, 2013 Published with Elite
> at: https://nursing.elitecme.com/CA/course/NCA09CCI15 and
> https://nursing.elitecme.com/CA/course/NCA08CII15
> Full Courses at Elite:
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09CCI15.pdf
> and
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08CII15.pdf
>
> •     Cardiovascular Pharmacology
> Contracted: October 12, 2012
> Course Draft Received from Jouria: November 19, 2012 Similar Course
> Published with Elite at:
> https://nursing.elitecme.com/CA/course/NCA10CDI15
> Full Course at Elite:
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA10CDI15.pdf
>
> •     Depression vs. Dementia in the Elderly
> Contracted: April 5, 2013
> Course Draft Received from Jouria: April 15, 2013 Published with Elite
> at: https://nursing.elitecme.com/CA/course/NCA09DDI15 and
> https://nursing.elitecme.com/CA/course/NCA09DII15
> Full Courses at Elite: https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DDI15.pdf and
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DII15.pdf
> •     The Lymphatic and Immune Systems
> Contracted: May 12, 2012
> Course Draft Received from Jouria: August 10, 2012 Similar Course

3

> Published with Elite at:
> https://nursing.elitecme.com/CA/course/NCA12BPI15
> Full Course at Elite:
> https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA12BPI15.pdf
>
> Five of these courses Elite published almost exactly as the versions Dr. Jouria submitted to NetCe. Two of the courses (The Lymphatic and Immune Systems and Cardiovascular Pharmacology) Elite published not as identical re-prints, but they did use significant sections (nearly word for word) in their course material.
>
> Please respond to our demand after you have reviewed this material.   It was a pleasure meeting you by phone today.
>
> Best Regards,
>
> John
>
>
>
> John Kern | Holland & Knight
> Partner
> 50 California Street, Suite 2800 | San Francisco CA 94111 Phone
> 415.743.6918 | Fax 415.743.6910
> john.kern@hklaw.com<mailto:john.kern@hklaw.com> |
> www.hklaw.com<http://www.hklaw.com/>
> _____
>
>
> _____
>
> NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.
>
>
>

4

## Kern, John P (SFR - X56918)

**From:** Richard Ross <prodp@ix.netcom.com>
**Sent:** Wednesday, May 13, 2015 7:15 AM
**To:** Kern, John P (SFR - X56918)
**Cc:** Yee, Myrna M (SFR - X56916)
**Subject:** Re: NetCe/Elite/Jouria: 7 contracts, 7 articles.

Please confirm if your client wants to discuss this further, or litigate.

On 5/8/2015 9:49 AM, Richard Ross wrote:

> The claims for breach of contract and copyright infringement go hand-in-hand.
> Since the works are substantially different there is neither neither breach
> nor infringement. Please confirm that you do not want to attempt an amicable
> resolution.
>
>
>
>         On May 8, 2015, at 9:41 AM, <John.Kern@hklaw.com>
>         <John.Kern@hklaw.com> wrote:
>
>         Richard,
>
>         Your client in unquestionably in breach of contract; despite your
>         instance on focusing on the copyright issue alone.  The courses
>         still are available through NetCE; you have exhausted our
>         patience.  As Dr. Jouria plainly is not taking this seriously, I
>         will advise my client to file suit.
>
>         John
>
>         On May 8, 2015, at 6:18 AM, Richard Ross
>         <prodp@ix.netcom.com<mailto:prodp@ix.netcom.com>> wrote:
>
>         John,
>
>         We expect to give you a substantive response on Monday.  Suffice
>         it to say, however, we have reviewed the 5 works, and they are
>         not "almost exact copies."  In fact, they have been substantially
>         revised.  We invite to you go through each article as we have
>         done to determine for yourself.
>
>         Richard
>
>         On 4/30/2015 6:06 PM,
>         John.Kern@hklaw.com<mailto:John.Kern@hklaw.com> wrote:
>         Richard:
>
>         See below in my original email, I note that the (1) Lymphatic and
>         Immune Systems and (2) Cardiovascular Pharmacology are the 2
>         articles that contain copied passages (they are not complete re-
>         prints).  So, it is the other 5 that are almost exact copies.
>
>         Thanks much,
>
>         John Kern | Holland & Knight
>         Partner

1

50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com<mailto:john.kern@hklaw.com> |
www.hklaw.com<http://www.hklaw.com/>

Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern>
| View professional
biography<http://www.hklaw.com/id77/biosjpkern>
From: Richard Ross [mailto:prodp@ix.netcom.com]
Sent: Thursday, April 30, 2015 2:56 PM
To: Kern, John P (SFR - X56918)
Cc: Yee, Myrna M (SFR - X56916)
Subject: Re: FW: NetCe/Elite/Jouria: 7 contracts, 7 articles.

Which 5 do you contend are identical?
On 4/30/2015 5:38 PM,
John.Kern@hklaw.com<mailto:John.Kern@hklaw.com> wrote:
Richard:

See below. I have provided links to the Elite articles them (as I did in my original letter to you).

John Kern | Holland & Knight
Partner
50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com<mailto:john.kern@hklaw.com> |
www.hklaw.com<http://www.hklaw.com/>

Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern>
| View professional
biography<http://www.hklaw.com/id77/biosjpkern>
From: Richard Ross [mailto:prodp@ix.netcom.com]
Sent: Thursday, April 30, 2015 2:28 PM
To: Kern, John P (SFR - X56918)
Cc: Yee, Myrna M (SFR - X56916)
Subject: Re: FW: NetCe/Elite/Jouria: 7 contracts, 7 articles.

These are the CME articles. Correct? Where are the Elite articles that you claim are identical?
On 4/30/2015 5:16 PM,
John.Kern@hklaw.com<mailto:John.Kern@hklaw.com> wrote:
FYI below.

John Kern | Holland & Knight
Partner
50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com<mailto:john.kern@hklaw.com> |
www.hklaw.com<http://www.hklaw.com/>

Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern>
| View professional
biography<http://www.hklaw.com/id77/biosjpkern>
From: Kern, John P (SFR - X56918)
Sent: Thursday, April 30, 2015 12:38 PM
To: 'Richard Ross'
Cc: Yee, Myrna M (SFR - X56916)
Subject: NetCe/Elite/Jouria: 7 contracts, 7 articles.

Richard:

2

Here are the 7 contracts and 7 articles at issue.

- Gastroesophageal Reflux Disease
Contracted: January 15, 2013
Course Draft Received from Jouria: May 9, 2013
Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA06GEI15
Full Course at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06GEI15.pdf

- Traumatic Brain Injury
Contracted: August 24, 2012
Course Draft Received from Jouria: October 15, 2012
Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA06TBI15
Full Course at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06TBI15.pdf

- Nonantibiotic Antimicrobial Pharmacology
Contracted: October 12, 2012
Course Draft Received from Jouria: January 8, 2013
Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA08NAI15 and
https://nursing.elitecme.com/CA/course/NCA09NII15
Full Courses at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08NAI15.pdf and
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09NII15.pdf

- Cancer and Chemotherapy
Contracted: January 15, 2013
Course Draft Received from Jouria: March 11, 2013
Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA09CCI15 and
https://nursing.elitecme.com/CA/course/NCA08CII15
Full Courses at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09CCI15.pdf and
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08CII15.pdf

- Cardiovascular Pharmacology
Contracted: October 12, 2012
Course Draft Received from Jouria: November 19, 2012
Similar Course Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA10CDI15
Full Course at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA10CDI15.pdf

- Depression vs. Dementia in the Elderly
Contracted: April 5, 2013
Course Draft Received from Jouria: April 15, 2013
Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA09DDI15 and
https://nursing.elitecme.com/CA/course/NCA09DII15
Full Courses at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DDI15.pdf and

3

https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DII15.pdf
- The Lymphatic and Immune Systems
Contracted: May 12, 2012
Course Draft Received from Jouria: August 10, 2012
Similar Course Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA12BPI15
Full Course at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA12BPI15.pdf

Five of these courses Elite published almost exactly as the versions Dr. Jouria submitted to NetCe. Two of the courses (The Lymphatic and Immune Systems and Cardiovascular Pharmacology) Elite published not as identical re-prints, but they did use significant sections (nearly word for word) in their course material.

Please respond to our demand after you have reviewed this material. It was a pleasure meeting you by phone today.

Best Regards,

John


John Kern | Holland & Knight
Partner
50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com<mailto:john.kern@hklaw.com> |
www.hklaw.com<http://www.hklaw.com/>

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

4

**Kern, John P (SFR - X56918)**

**From:** Richard Ross <prodp@ix.netcom.com>
**Sent:** Thursday, May 14, 2015 6:20 AM
**To:** Kern, John P (SFR - X56918)
**Cc:** Yee, Myrna M (SFR - X56916)
**Subject:** Re: NetCe/Elite/Jouria: 7 contracts, 7 articles./FRE 408 SETTLEMENT COMMUNICATION

We put a hold on things based upon your e mail and the comment that you were advising your client to file suit. Since your client still wants to talk settlement, we will speak with our client and get back soon.

On 5/13/2015 10:35 AM, John.Kern@hklaw.com wrote:
> Richard,
>
> You promised a letter on Monday.  It is Wednesday.
>
> Sent from my iPhone
>
> On May 13, 2015, at 7:14 AM, Richard Ross
> <prodp@ix.netcom.com<mailto:prodp@ix.netcom.com>> wrote:
>
> Please confirm if your client wants to discuss this further, or litigate.
>
> On 5/8/2015 9:49 AM, Richard Ross wrote:
>
> The claims for breach of contract and copyright infringement go hand-in-hand.
> Since the works are substantially different there is neither neither breach
> nor infringement. Please confirm that you do not want to attempt an amicable
> resolution.
>
>
>
>
> On May 8, 2015, at 9:41 AM, <John.Kern@hklaw.com><mailto:John.Kern@hklaw.com>
> <John.Kern@hklaw.com><mailto:John.Kern@hklaw.com> wrote:
>
> Richard,
>
> Your client in unquestionably in breach of contract; despite your instance on
> focusing on the copyright issue alone.  The courses still are available
> through NetCE; you have exhausted our patience.  As Dr. Jouria plainly is not
> taking this seriously, I will advise my client to file suit.
>
> John
>
> On May 8, 2015, at 6:18 AM, Richard Ross
> <prodp@ix.netcom.com<mailto:prodp@ix.netcom.com><mailto:prodp@ix.netcom.com><
> mailto:prodp@ix.netcom.com>> wrote:
>
> John,
>
> We expect to give you a substantive response on Monday.  Suffice it to say,
> however, we have reviewed the 5 works, and they are not "almost exact

1

copies." In fact, they have been substantially revised. We invite to you go through each article as we have done to determine for yourself.

Richard

On 4/30/2015 6:06 PM,
John.Kern@hklaw.com<mailto:John.Kern@hklaw.com><mailto:John.Kern@hklaw.com><mailto:John.Kern@hklaw.com> wrote:
Richard:

See below in my original email, I note that the (1) Lymphatic and Immune Systems and (2) Cardiovascular Pharmacology are the 2 articles that contain copied passages (they are not complete re-prints). So, it is the other 5 that are almost exact copies.

Thanks much,

John Kern | Holland & Knight
Partner
50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com<mailto:john.kern@hklaw.com><mailto:john.kern@hklaw.com><mailto:john.kern@hklaw.com> |
www.hklaw.com<http://www.hklaw.com><http://www.hklaw.com/><http://www.hklaw.com/>

---

Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern><http://www.hklaw.com/vcard.aspx?user=jpkern> | View professional biography<http://www.hklaw.com/id77/biosjpkern><http://www.hklaw.com/id77/biosjpkern>
From: Richard Ross [mailto:prodp@ix.netcom.com]
Sent: Thursday, April 30, 2015 2:56 PM
To: Kern, John P (SFR - X56918)
Cc: Yee, Myrna M (SFR - X56916)
Subject: Re: FW: NetCe/Elite/Jouria: 7 contracts, 7 articles.

Which 5 do you contend are identical?
On 4/30/2015 5:38 PM,
John.Kern@hklaw.com<mailto:John.Kern@hklaw.com><mailto:John.Kern@hklaw.com><mailto:John.Kern@hklaw.com> wrote:
Richard:

See below. I have provided links to the Elite articles them (as I did in my original letter to you).

John Kern | Holland & Knight
Partner
50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com<mailto:john.kern@hklaw.com><mailto:john.kern@hklaw.com><mailto:john.kern@hklaw.com> |
www.hklaw.com<http://www.hklaw.com><http://www.hklaw.com/><http://www.hklaw.com/>

---

Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern><http://www.hklaw.com/vcard.aspx?user=jpkern> | View professional biography<http://www.hklaw.com/id77/biosjpkern><http://www.hklaw.com/id77/biosjpkern>
From: Richard Ross [mailto:prodp@ix.netcom.com]
Sent: Thursday, April 30, 2015 2:28 PM

2

```
To: Kern, John P (SFR - X56918)
Cc: Yee, Myrna M (SFR - X56916)
Subject: Re: FW: NetCe/Elite/Jouria: 7 contracts, 7 articles.
```

These are the CME articles. Correct? Where are the Elite articles that you claim are identical?
On 4/30/2015 5:16 PM,
John.Kern@hklaw.com<mailto:John.Kern@hklaw.com><mailto:John.Kern@hklaw.com><mailto:John.Kern@hklaw.com> wrote:
FYI below.

John Kern | Holland & Knight
Partner
50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com<mailto:john.kern@hklaw.com><mailto:john.kern@hklaw.com><mailto:john.kern@hklaw.com> |
www.hklaw.com<http://www.hklaw.com><http://www.hklaw.com/><http://www.hklaw.com/>

___

Add to address book<http://www.hklaw.com/vcard.aspx?user=jpkern><http://www.hklaw.com/vcard.aspx?user=jpkern> | View professional biography<http://www.hklaw.com/id77/biosjpkern><http://www.hklaw.com/id77/biosjpkern>

```
From: Kern, John P (SFR - X56918)
Sent: Thursday, April 30, 2015 12:38 PM
To: 'Richard Ross'
Cc: Yee, Myrna M (SFR - X56916)
Subject: NetCe/Elite/Jouria: 7 contracts, 7 articles.
```

Richard:

Here are the 7 contracts and 7 articles at issue.

- Gastroesophageal Reflux Disease
Contracted: January 15, 2013
Course Draft Received from Jouria: May 9, 2013
Published with Elite at: https://nursing.elitecme.com/CA/course/NCA06GEI15
Full Course at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06GEI15.pdf

- Traumatic Brain Injury
Contracted: August 24, 2012
Course Draft Received from Jouria: October 15, 2012
Published with Elite at: https://nursing.elitecme.com/CA/course/NCA06TBI15
Full Course at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06TBI15.pdf

- Nonantibiotic Antimicrobial Pharmacology
Contracted: October 12, 2012
Course Draft Received from Jouria: January 8, 2013
Published with Elite at: https://nursing.elitecme.com/CA/course/NCA08NAI15
and https://nursing.elitecme.com/CA/course/NCA09NII15
Full Courses at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08NAI15.pdf and
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09NII15.pdf

- Cancer and Chemotherapy
Contracted: January 15, 2013
Course Draft Received from Jouria: March 11, 2013

3

Published with Elite at: https://nursing.elitecme.com/CA/course/NCA09CCI15
and https://nursing.elitecme.com/CA/course/NCA08CII15
Full Courses at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09CCI15.pdf and
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08CII15.pdf

- Cardiovascular Pharmacology
Contracted: October 12, 2012
Course Draft Received from Jouria: November 19, 2012
Similar Course Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA10CDI15
Full Course at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA10CDI15.pdf

- Depression vs. Dementia in the Elderly
Contracted: April 5, 2013
Course Draft Received from Jouria: April 15, 2013
Published with Elite at: https://nursing.elitecme.com/CA/course/NCA09DDI15
and https://nursing.elitecme.com/CA/course/NCA09DII15
Full Courses at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DDI15.pdf and
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DII15.pdf
- The Lymphatic and Immune Systems
Contracted: May 12, 2012
Course Draft Received from Jouria: August 10, 2012
Similar Course Published with Elite at:
https://nursing.elitecme.com/CA/course/NCA12BPI15
Full Course at Elite:
https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA12BPI15.pdf

Five of these courses Elite published almost exactly as the versions Dr. Jouria submitted to NetCe. Two of the courses (The Lymphatic and Immune Systems and Cardiovascular Pharmacology) Elite published not as identical re-prints, but they did use significant sections (nearly word for word) in their course material.

Please respond to our demand after you have reviewed this material. It was a pleasure meeting you by phone today.

Best Regards,

John


John Kern | Holland & Knight
Partner
50 California Street, Suite 2800 | San Francisco CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com<mailto:john.kern@hklaw.com><mailto:john.kern@hklaw.com><mailto:john.kern@hklaw.com> |
www.hklaw.com<http://www.hklaw.com><http://www.hklaw.com/><http://www.hklaw.com/>


NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose

4

it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.