UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.
_____/

## DECLARATION OF SARAH CAMPBELL IN SUPPORT OF MOTION TO DISMISS, TRANSFER, OR STAY THIS ACTION

I, Sarah Campbell, declare as follows:

1.     My name is Sarah Campbell. I am the Director of Development for CE Resource, Inc. ("NetCE"), based out of Roseville, California. I make this declaration on the basis of my own knowledge and belief in support of this Motion to Dismiss, Transfer, or Stay this action. If called, I will be able to competently testify to the following.

2.     All of the witnesses NetCE will need to call are located in California. This list, includes:

    (a)     Me. I am located in Roseville, California;

    (b)     Erin K. Meinyer, Executive Director, NetCE, located in Roseville, California;

(c) Other NetCE employees, including course editors and fact-checkers, located in Roseville, California; and

(d) Representative from iThenticate (the plagiarism-detection software NetCE employs), located in Oakland, California.

3. The list of witnesses is not finite. We may need to augment the list as discovery proceeds. At this time, we cannot envision needing to call any third party witnesses that are *not* located in California.

4. All (or, at the very least, nearly all) of the evidence we would need to use at trial is kept in Roseville, California, as well. All NetCE course documentation (which we refer to as the "Course Development Library") is kept in hard copy (not necessarily saved electronically), and this paperwork can be extensive. The full library consists of a few hundred binders on-site and several more hundred in a storage warehouse. Both sites are in Roseville, CA. This documentation includes contracts, edited drafts, results of iThenticate scans, and copyright permission requests and licensing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 5th day of October, 2015

_____
Sarah Campbell

#37427163_v1