

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Jessica E. Lanier, Esq., of the law firm of Holland & Knight, LLP, 50 California Street, Suite 2800, San Francisco, CA 94111, for purposes of appearance as co-counsel on behalf of Defendant CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures to permit Jessica E. Lanier, Esq., to receive electronic filings in this case, and in support thereof states as follows:

    1.    Jessica E. Lanier, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Northern District of California, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the Ninth Circuit.

2. Movant Philip E. Rothschild, of the law firm of Holland & Knight, LLP, 515 East Las Olas Blvd., 12th Floor, Fort Lauderdale, FL 33301, Telephone: (954) 525-1000, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Jessica E. Lanier, Esq. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Jessica E. Lanier, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jessica E. Lanier, Esq., at the email address: Jessica.Lanier@hklaw.com.

WHEREFORE, Philip E. Rothschild moves this Court to enter an Order permitting Jessica E. Lanier, Esq., to appear before this Court on behalf of Defendants CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Jessica E. Lanier, Esq.

Dated: October 6, 2015                                  Respectfully Submitted,

*[signature: Philip E. Rothschild]*

Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910

*Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCE and NetCE*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail and electronic mail on October 6, 2015 on all counsel or parties of record on the Service List below.

_____
Philip E. Rothschild

**SERVICE LIST**

Richard S. Ross, Esq.
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
*Attorneys for Plaintiff, Dr. Jassin Jouria*
*[VIA E-MAIL]*

4

#37404341_v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

---

### CERTIFICATION OF JESSICA E. LANIER, ESQ.

Jessica E. Lanier, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the of the bar of the State of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Northern District of California, the U.S. District Court for the District of Massachusetts and the U.S. Court of Appeals for the Ninth Circuit in California.

Dated: October 5, 2015

                                                      Jessica E. Lanier

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILINGS

THIS CAUSE comes before the Court upon a Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notice of Electronic Filings (DE __) ("Motion"), filed October 6, 2015.  The Court has reviewed the record and is fully advised in the premises.

Pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, the Motion requests permission for the limited appearance of Jessica E. Lanier, Esq., of the law firm of Holland & Knight, LLP, 50 California Street, Suite 2800, San Francisco, CA 94111, as co-counsel on behalf of Defendant in this matter.  The Motion has been properly filed with the required documentation, and the attorney appears to be in good standing.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notice of Electronic Filings (DE 9) is **GRANTED**. Jessica E. Lanier may appear and participate as co-counsel in this action on behalf of Defendant. The Clerk shall provide electronic notification of all electronic filings to Jessica E. Lanier at Jessica.Lanier@hklaw.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this _____ day of October, 2015.

_____
William P. Dimitrouleas
United States District Judge

Copies to:   Counsel of Record