UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

### OMNIBUS ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE is before the Court upon the Motions to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings (the "Motions") [DE 14, 15], filed herein on September 23, 2015. The movant requests this Court to admit Jessica E. Lanier, Esq. and John P. Kern, Esq. of the law firm of S Holland & Knight, LLP, 50 California Street, Suite 2800, San Francisco, CA 94111, to appear *pro hac vice* as co-counsel on behalf of Defendant CE RESOURCE, INC. d/b/a CM E RESOURCE and NetCE. The Court has carefully considered the Motions [DE 14, 15] and is otherwise fully advised in the premises.

The Court notes the filing of two $75.00 checks made payable to the Clerk, United States District Court. The Court also notes that Jessica E. Lanier, Esq. and John P. Kern, Esq. have certified to having studied the Local Rules and have designated Philip E. Rothschild, Esq. as local counsel. Accordingly**,** it is **ORDERED AND ADJUDGED** that the Motions [DE 14, 15] are hereby **GRANTED**.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

The Clerk shall provide electronic notification to Jessica E. Lanier, Esq. at Jessica.Lanier@hklaw.com and John P. Kern, Esq. at johnkern@hklaw.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of October 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record