United States Bankruptcy Court
Southern District of Florida

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 10/23/2015 at 6:02 PM and filed on 10/23/2015.

**Jassin M. Jouria**
1500 NW 12 Avenue
Unit 1516
Miami, FL 33136
SSN / ITIN: xxx-xx-4671



The case was filed by the debtor's attorney:

**Iman I. Abouelazm, Esq.**
110 E. Broward Blvd #1700
Fort Lauderdale, FL 33301
305.362.6500

The bankruptcy trustee is:

**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027
954-443-4402

The case was assigned case number 15-28811-LMI to Judge Laurel M Isicoff.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

https://ecf.flsb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?687998

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/23/2015 18:05:32 | | | |
| **PACER Login:** | ia0485:3476209:0 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 15-28811-LMI |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

https://ecf.flsb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?687998