UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

## ORDER STAYING ACTION

THIS CAUSE is before the Court upon Plaintiff's filing of the Notice of Plaintiff's Bankruptcy Filing [DE 17], reflecting that Plaintiff and Counter-Defendant, Dr. Jassin Jouria, filed a Chapter 13 action in the United States Bankruptcy Court for the Southern District of Florida on October 23, 2015 (Case No. 15-28811-LMI). The Court will construe this filing as a Motion to Stay the Action. The Court has carefully considered the Motion, the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Stay the Action is hereby **GRANTED**;

2. The above-styled case is hereby **STAYED** pursuant to 11 U.S.C. §362;

3. All pending motions are hereby **DENIED AS MOOT**, without prejudice to renew without the necessity of refiling, upon a lifting of the bankruptcy stay;

4. Plaintiff shall file a status report as to the status of the bankruptcy proceedings on December 28, 2015, and every sixty (60) days thereafter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 26th day of October 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record