UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon the Status Report of Plaintiff's Bankruptcy Proceedings [DE 19], filed herein on December 28, 2015.

The Court issued an Order on ?? staying this action pursuant to 11 U.S.C. §362. The Court ordered that Plaintiff file a status report as to the status of the bankruptcy proceedings on December 28, 2015, and every sixty (60) days thereafter. The status report states that Plaintiff's 341 meeting of creditors is scheduled for January 15, 2016; attached to the report is a copy of the Bankruptcy Court Notice for the Meeting, along with the Chapter 13 plan.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case;

2.     Plaintiff shall file the next status report as to the status of the bankruptcy proceedings on February 26, 2016, and every sixty (60) days thereafter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 28th day of December 2015.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record