**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.
_____/

**STATUS REPORT OF PLAINTIFF'S BANKRUPTCY PROCEEDINGS**

COMES NOW, Plaintiff, Dr. Jassin Jouria, who notices the court of the status of his bankruptcy proceedings, per order of this court dated October 26, 2015, DE 18, as follows: The bankruptcy court entered an order denying confirmation and dismissing the Chapter 13 case. *See* attached. Bankruptcy counsel for Dr. Jouria explains the dismissal was entered because the trustee had trouble with its document upload system. Bankruptcy counsel states that Dr. Jouria will seek reinstatement of the bankruptcy proceeding in accordance with Paragraph 6 of the order, and expects to have a hearing on the matter in early March, 2016. A copy of the motion to reinstate will be filed with this court upon its receipt by the undersigned.

Respectfully Submitted,

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
Atrium Centre
4801 South University Drive
Suite 237
Ft. Lauderdale, Florida 33328
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


                                                  s/Richard S. Ross
                                                  Richard S. Ross, Esq.

SERVICE LIST
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Method of Service: NEF

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Method of Service: NEF