**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

**UPDATED STATUS REPORT OF PLAINTIFF'S BANKRUPTCY PROCEEDINGS**

  COMES NOW, Plaintiff, Dr. Jassin Jouria, who notices the court of the updated status of his bankruptcy proceedings, per order of this court dated October 26, 2015, DE 18, as follows:

By DE 21, filed February 26, 2016, Dr. Jouria provided this court with a Status Report of his bankruptcy proceedings. In that report, Dr. Jouria informed the court that the bankruptcy court entered an order denying confirmation and dismissing the Chapter 13 case. Dr. Jouria further informed that court that he was going to file a motion for reinstatement of the bankruptcy proceedings. Attached is a copy of the motion to reinstate which was filed today, February 29, 2016. A hearing has been set for April 5, 2016.

Respectfully Submitted,

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
Atrium Centre
4801 South University Drive
Suite 237
Ft. Lauderdale, Florida 33328
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/Richard S. Ross
                Richard S. Ross, Esq.

SERVICE LIST
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Method of Service: NEF

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Method of Service: NEF