**U.S. BANKRUPTCY COURT**
**Southern District of Florida, Fort Lauderdale Division**
**www.flsb.uscourts.gov**

In Re:

                                        Case No.: 14-28811 LMI

JASSIN JOURIA,
    Debtor.                                        Chapter 13
_____/

## MOTION TO REINSTATE

COMES NOW the Debtor, Jassin Jouria, by and through his undersigned counsel, and moves this Court to reinstate his Chapter 13 bankruptcy case and in support states as follows:

1. Debtor filed his Chapter 13 petition on 10/23/2015.

2. The Court dismissed the case on February 17, 2016 for failure to upload the documents to cure the Trustee's Notice of Deficiency by the deadline of Friday, February 12, 2016.

3. However, on February 12, 2016, Debtor's counsel faxed all the requested documents to the Trustee's office because Debtor's counsel was having technical difficulties with the document upload service (www.13documents.com), and did not have access to upload the documents until February 16, 2016. (Exhibit 1: Fax confirmation and Email attached).

4. Debtor has been, and is current, with his Chapter 13 payments.

5. Debtor hereby respectfully files this Motion to Reinstate his case.

6. Debtor is relying on the protection of the Bankruptcy Code under Chapter 13 to protect him from debts arising from a pending civil lawsuit.

WHEREFORE, the Debtor respectfully requests an Order reinstating his case.

                                                                  /s/ Iman I. Abouelazm, Esq.
                                                                  Iman I. Abouelazm, Esq.
                                                                   FBN: 713414
                                                                   110 E. Broward Blvd., Suite 1700
                                                                   Fort Lauderdale, Florida 33301
                                                                   Tel.: 305-362-6500
                                                                   Attorney for Debtor



Iman Abouelazm <imanlaw@gmail.com>

---

## Successful transmission to 19544434452. Re: Jassin Jouria. Case #: 15-28811.Response to Deficiency 1/19/2016.

---

**send@mail.efax.com** <send@mail.efax.com>  
To: imanlaw@gmail.com

Fri, Feb 12, 2016 at 4:51 PM

The 10 page fax you sent through eFax.com to 19544434452 was successfully transmitted at 2016-02-12 21:51:10 (GMT).



Dear Iman,

**Re: Jassin Jouria. Case #: 15-28811.Response to Deficiency 1/19/2016.**

The 10 page fax you sent through eFax to 19544434452 was successfully transmitted at 2016-02-12 21:51:10 (GMT).

The length of transmission was 851 seconds.

The receiving machine's fax ID: 9544434452

If you need assistance, please visit our online help center at https://www.efax.com/help/faq.

Thank you for using eFax.

Best Regards,  
The eFax Team

---

**Customer Service**  
Online Help: https://www.efax.com/help-center/faq  
Tel: 323-817-3205 (US) or 353 1 656 4910 (EU)  
Email: help@mail.efax.com

---

Reference ID:

      

© 2016 j2 Cloud Services, Inc. All rights reserved.

                                    Iman Abouelazm <imanlaw@gmail.com>

## 13 Documents | Attorney access Request

**support@13documents.com** <support@13documents.com>                Tue, Feb 16, 2016 at 9:18 AM
To: imanlaw@gmail.com

            **13 DOCUMENTS | ACCESS APPROVED**

## Hi, Iman Abouelazm

Your recent request on 13documents.com for access to file documents with Trustee Nancy K. Neidich has been approved.

You may now login and file documents with this Trustee. To request access to file documents with other Trustees, use the Request Trustee Access section on 13documents.com.

Access 13 Documents now and start filing with your Trustee. **Login Now »**

## Contact Info:

©2011-2015 Epic Maneuvers Inc.

PO Box 4621

Philadelphia, PA 19127

Email: **support@13documents.com**