UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.:15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.
_____/

**UPDATED STATUS REPORT OF PLAINTIFF'S BANKRUPTCY PROCEEDINGS**

COMES NOW, Plaintiff, Dr. Jassin Jouria, who notices the court of the updated status of his bankruptcy proceedings, per order of this court dated October 26, 2015, DE 18, as follows:  On May 10, 2016, the United States Bankruptcy Court for the Southern District of Florida entered an order denying confirmation and dismissing Chapter 13 case of Plaintiff, per the attached.

        Respectfully Submitted,

        <u>/s/ Richard S. Ross, Esq.</u>
        RICHARD S. ROSS, ESQ.
        Attorney for Plaintiff Dr. Jassin Jouria
        Fla. Bar No. 436630
        Atrium Centre
        4801 South University Drive
        Suite 237
        Ft. Lauderdale, Florida 33328
        Tel 954/252-9110
        Fax 954/252-9192
        E mail: prodp@ix.netcom.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

SERVICE LIST
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Method of Service: NEF

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Method of Service: NEF