UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

## ORDER LIFTING STAY

THIS CAUSE is before the Court upon Plaintiff's May 17, 2016 Status Report (the "Report") [DE 24]. The Court has carefully reviewed the Report and is otherwise fully advised in the premises.

Plaintiff, Dr. Jassin Jouria, commenced this action on June 2, 2016. On October 6, 2015, Defendant, CE Resources, Inc. and Net CE ("NetCE"), filed its Answer to the Complaint, Counterclaims and Affirmative Defenses, along with a Motion to Dismiss, Transfer or Stay this Action. [DE 10, 11]. On October 23, 2015, Plaintiff filed a notice of bankruptcy. [DE 17]. The Court stayed the action on October 26, 2015, requiring Plaintiff to file status reports regarding the bankruptcy and denying any pending motions as moot without prejudice to renew upon a lifting of the bankruptcy stay. [18]. In the Report, Plaintiff states that the bankruptcy case has been dismissed. [DE 24].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The stay of this action is hereby **LIFTED**;
2.     The Clerk is directed to **RE-OPEN** this case; and

3. The parties shall file a Joint Scheduling Report on or before **July 20, 2016**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 15th day of June 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

All Counsel of Record