UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.:15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

        Plaintiff and Counterclaim Defendant,

v.

CE RESOURCE, INC. *d/b/a* CME RESOURCES
and NetCE,

        Defendant and Counterclaim Plaintiff.
_____/

## JOINT SCHEDULING REPORT

Plaintiff and Counterclaim Defendant, DR. JASSIN JOURIA ("Dr. Jouria"), and Defendant and Counterclaim Plaintiff CE RESOURCE, INC., d/b/a CME RESOURCES, and NETCE (hereafter "NetCE"), (collectively, the "Parties"), pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida ("S.D. Fla. L.R."), and the Court's Order Lifting Stay, DE 25, met via electronic communication commencing July 12, 2016, (and followed up by further electronic communication on July 18-20, 2016), and hereby submit this Joint Scheduling Report.

**Information required by S.D. Fla. L.R. 16.1(b):**

(A)    **Likelihood of Settlement.** Settlement is unlikely at this time, but the Parties will attempt in good faith to resolve this matter and will notify the Court if they do so.

(B)    **Likelihood of Appearance in the Action of Additional Parties**. NetCE has filed an Answer, asserted Affirmative Defenses, filed a Counterclaim against Dr. Jouria, and has filed a

Motion to Dismiss and/or Transfer of the case to the Eastern District of California (where a parallel case, filed subsequent to this action, is pending). To the extent the case is not dismissed or remains in Florida after NetCE's pending motion is adjudicated, NetCE intends to amend its Counterclaim to name two additional Counter-Defendants: (1) Elite Continuing Education, Inc. ("Elite"), a Florida-based medical education publishing company; and (2) Alpine Management Services III, LLC ("Alpine"), a California-based venture capital company and, on information and belief, Elite's parent company.

(C)     **Discovery Schedule.** The Parties propose their respective pretrial discovery schedules, per the attached, based on the standard case management track pursuant to S.D. Fla. L.R. 16.1.A.2.

(D)     **Proposals for the Formulation and Simplification of Issues.** At this time, the Parties do not have any proposals for the formulation and simplification of any issues. As the case progresses the Parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

(E)     **Necessity of Amendments to Pleadings.** Defendant has filed an Answer, asserted Affirmative Defenses, has filed a Counterclaim against Dr. Jouria, and has filed a Motion to Dismiss and/or Transfer of the case to the Eastern District of California. The Motion to Dismiss and/or Transfer remains pending before the Court. To the extent the case is not dismissed or transferred after the Court rules on the pending motion, NetCE intends to amend its Counterclaim to name two additional Counter-Defendants: (1) Elite Continuing Education, Inc.

("Elite"), a Florida-based, medical education publishing company; and (2) Alpine Management Services III, LLC ("Alpine"), a California-based venture capital company and, on information and belief, Elite's parent company.  These additional parties already are named defendants in a case pending in the Eastern District of California (in which case NetCE is the plaintiff seeking to enforce the same copyrights it claims are at issue in the Florida case).  The Court in the Eastern District of California has stayed that case pending this Court's consideration of NetCE's Motion to Dismiss and/or Transfer.

(F)     **Admissions and Stipulations Which Will Avoid Unnecessary Proof.**  The Parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

(G)     **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**  The Parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

(H)     **Referral of Matters to Magistrate Judge.**  The Parties do not consent to trial by the Magistrate Judge, or to the disposition of dispositive pre-trial motions by a Magistrate Judge.

(I)     **Preliminary Estimate of the Time Required for Trial.**  The Parties believe this matter will require 5 days of trial.

(J)     **Pretrial Conference and Trial Dates.**  The Parties request that the pretrial conference and trial be scheduled as set forth in their attached, respective proposals.  Dr. Jouria has not

requested a jury trial in his Complaint.  NetCE reserves the right to request a jury trial if or when it files its Amended Counterclaim.

(K)     **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.**  At this time, the Parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

4

Respectfully submitted.

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff
Fla. Bar No. 436630
Atrium Centre
4801 South University Drive
Suite 237
Ft. Lauderdale, Florida 33328
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

Attorneys for Plaintiff and Counterclaim Defendant, Dr. Jouria

-and-


/s/ Philip E. Rothschild, Esq.
Philip E. Rothschild, Esq.
Fla. Bar No. 0088536
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Tel 954/525-1000
Fax 954/463-2030
E mail: phil.rothschild@hklaw.com


/s/Jessica E. Lanier, Esq.
/s/ John P. Kern, Esq.
Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Tel 415/743-6918
Fax 415/743-6910
E mail: john.kern@hklaw.com
       jessica.lanier@hklaw.com


Attorneys for Defendant and Counterclaim Plaintiff, CE Resource, Inc., *d/b/a* NetCE

## Plaintiff's Proposed Discovery Schedule

Initial Disclosures pursuant to Rule 26(a)(1)(A) – August 26, 2016

Deadline for Joinder of Additional Parties – October 31, 2016

Fact Discovery Cut Off – February 24, 2017

Exchange of Expert Reports – March 24, 2017

Exchange Witness Lists – April 7, 2017

Exchange of Expert Rebuttal Reports – April 28, 2017

Expert Discovery Cut Off – May 26, 2017

Last Day to Select a Mediator – June 9, 2017

Last Day to File Summary Judgment or Other Dispositive Motions – July 14, 2017

Last Day to Complete Mediation – August 11, 2017

Deadline for Pretrial Motions and Memoranda of Law – September 1, 2017

Deadline for Joint Pretrial Stipulation - September 15, 2017

Deadline for Resolution of Pretrial Motions – September 29, 2017

Pretrial Conference – September 29, 2017

Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law – October 13, 2017

Deadline for Filing of Deposition Designations – October 20, 2017

Trial Calendar – October 23, 2017

## Defendants' Proposed Discovery Schedule

Initial Disclosures pursuant to Rule 26(a)(1)(A) – September 26, 2016

Deadline for Joinder of Additional Parties – October 31, 2016

Fact Discovery Cut Off – February 24, 2017

Exchange of Expert Reports – February 24, 2017

Exchange of Expert Rebuttal Reports – March 10, 2017

Expert Discovery Cut Off – March 17, 2017

Last Day to Select a Mediator – March 17, 2017

Last Day to File Summary Judgment or Other Dispositive Motions – March 24, 2017

Exchange of Witness Lists – April 24, 2017

Last Day to Complete Mediation – May 1, 2017

Deadline for Joint Pretrial Stipulation - May 8, 2017

Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law – May 8, 2017

Deadline for Filing of Deposition Designations – May 8, 2017

Deadline for Pretrial Motions and Memoranda of Law – May 15, 2017

Deadline for Responses to Pretrial Motions and Memoranda of Law – May 22, 2017

Deadline for Resolution of Pretrial Motions – May 25, 2017

Pretrial Conference – May 25, 2017

Trial Calendar – May 30, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.:15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. *d/b/a* CME RESOURCES
and NetCE,

        Defendant.
_____/

**<u>JOINT PROPOSED SCHEDULING ORDER</u>**

The Court, after considering the matters discussed in the parties' Joint Scheduling Report, finds that good cause exists for entry of this Joint Proposed Scheduling Order.

**A.     Case Management Track**

This matter is assigned to the standard case management track pursuant to Local Rule 16.1.A.2.

**B.     Discovery Schedule Agreed to by the Parties**

The parties shall comply with the deadlines set forth below.

    **Date Action**

Initial Disclosures pursuant to Rule 26(a)(1)(A) -

Deadline for Joinder of Additional Parties -

Fact Discovery Cut Off -

Exchange of Expert Reports -

Exchange of Witness Lists -

Exchange of Expert Rebuttal Reports -

Expert Discovery Cut Off -

Last Day to Select a Mediator -

Last Day to File Summary Judgment or Other Dispositive Motions -

Last Day to Complete Mediation -

Deadline for Pretrial Motions and Memoranda of Law -

Deadline for Joint Pretrial Stipulation -

Deadline for Resolution of Pretrial Motions -

Pretrial Conference -

Deadline for Proposed Jury Instructions and/or
Proposed Findings of Fact and Conclusions of Law -

Deadline for Filing of Deposition Designations -

Trial Calendar -

**C.** The Parties may join additional parties and/or amend the pleadings by no later than

_____.

**D.** All pretrial motions shall be filed by _____.

**E.** The Court shall resolve all pretrial motions timely filed by

_____.

**F.** The pretrial conference shall be held on

_____.

**G.** The trial in this matter shall called to calendar on

_____.

2

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this ___ day of _____, 2016.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies to:
Richard S. Ross, Esq.
Philip E. Rothschild, Esq.
Jessica E. Lanier, Esq.
John P. Kern, Esq.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

**SERVICE LIST**
*Dr. Jassin Jouria v. CE Resource, et al.*
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Method of Service: NEF

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Method of Service: NEF