UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.:15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

        Plaintiff/Counter Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter Plaintiff.
_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiff/Counter Defendant, DR. JASSIN JOURIA ("Plaintiff/Counter Defendant"), by and through its undersigned counsel, hereby answers and affirmatively defends against the counter complaint filed by Defendant/Counter Plaintiff, CE RESOURCE, INC. d/b/a CME RESOURCE, and NETCE, and responds as follows:

1. Denied as to the first sentence. Without sufficient information to admit or deny the remainder, and therefore denied.

2. Denied.

3. Admitted as to the first sentence, and denied as to the remainder.

4. Without sufficient information to admit or deny, and therefore denied.

5. Admitted, with the exception of the second sentence which is denied.

6. Fails to allege facts, and therefore denied.

7. Without sufficient information to admit or deny, and therefore denied.

8. Without sufficient information to admit or deny, and therefore denied.

9. Admitted with the exception that Plaintiff denies that this court has jurisdiction over the California Unfair Business Practices Statute claim.

10. Admitted with the exception that Plaintiff/Counter Defendant denies that this court has jurisdiction over the California Unfair Business Practices Statute claim.

11. Admitted.

12. Admitted.

13. Admitted that venue is proper before this court, and denied as to the remainder.

14. Without sufficient information to admit or deny, and therefore denied.

15. Without sufficient information to admit or deny, and therefore denied.

16. Without sufficient information to admit or deny, and therefore denied.

17. Without sufficient information to admit or deny, and therefore denied.

18. Without sufficient information to admit or deny, and therefore denied.

19. Without sufficient information to admit or deny, and therefore denied.

20. Without sufficient information to admit or deny, and therefore denied.

21. Without sufficient information to admit or deny, and therefore denied.

22. Without sufficient information to admit or deny, and therefore denied.

23. Without sufficient information to admit or deny, and therefore denied.

24. Admitted as to the first sentence, without sufficient information to admit or deny the remainder.

25. Denied.

26. Denied.

27. Without sufficient information to admit or deny, and therefore denied.

28. Denied.

29. Admitted.

30. Admitted that Plaintiff/Counter Defendant was paid for the ten drafts, and denied as to the remainder.

31. Admitted.

32. Admitted.

33. Denied.

34. Without sufficient information to admit or deny, and therefore denied, as to the first sentence. Admitted as to the remainder.

35. Without sufficient information to admit or deny, and therefore denied.

36. Denied.

37. Denied.

38. Without sufficient information to admit or deny, and therefore denied.

39. Without sufficient information to admit or deny, and therefore denied.

40. Denied.

41. Without sufficient information to admit or deny, and therefore denied.

42. Without sufficient information to admit or deny, and therefore denied.

43. Without sufficient information to admit or deny, and therefore denied.

44. Without sufficient information to admit or deny, and therefore denied.

45. Without sufficient information to admit or deny, and therefore denied.

46. Without sufficient information to admit or deny, and therefore denied.

47. Without sufficient information to admit or deny, and therefore denied.

48. Without sufficient information to admit or deny, and therefore denied.

49. Denied.

50. Denied.

51. Denied.

52. Without sufficient information to admit or deny, and therefore denied.

53. Without sufficient information to admit or deny, and therefore denied.

54. Without sufficient information to admit or deny, and therefore denied.

55. Without sufficient information to admit or deny, and therefore denied.

56. Denied.

57. Denied.

58. Without sufficient information to admit or deny, and therefore denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Without sufficient information to admit or deny, and therefore denied.

65. Denied.

66. Denied as the document speaks for itself.

67. Denied as the document speaks for itself and is protected under FRE 408.

68. Denied.

69. Denied.

70. Admitted that the counterclaim alleges the recited claims, but denied as to liability therefore.

71. Denied.

72. Answered as set forth above.

73. Without sufficient information to admit or deny, and therefore denied.

74. Denied.

75. Admitted that permission was not sought, but denied that permission was necessary.

76. Denied.

77. Answered as set forth above.

78. Denied.

79. Denied.

80. Denied.

81. Admitted.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Answered as set forth above.

87. Denied.

88. Denied.

89. Denied.

90. Without sufficient information to admit or deny, and therefore denied.

91. Denied.

92. Denied.

93. Denied.

94. Denied.

95. Denied.

## AFFIRMATIVE DEFENSES

1. The counter complaint fails to state a claim upon which relief may be granted in that the works alleged are either co-owned, or jointly authored by Plaintiff/Counter Defendant, and that use of them by Plaintiff/Counter Defendant is permitted as a fair use pursuant to 17 U.S.C. §107.

2. The counter complaint is barred by the doctrine of laches.

3. The counter complaint is barred by the doctrine of estoppel.

4. The counter complaint is barred by the doctrine of acquiescence.

5. The counter complaint is barred by the doctrine of waiver.

6. Claim Three of the counter complaint is pre-empted pursuant to 17 U.S.C. §301.

Respectfully submitted;

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff
Fla. Bar No. 436630
Atrium Centre
4801 South University Drive
Suite 237
Ft. Lauderdale, Florida 33328
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

SERVICE LIST
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Method of Service: NEF

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Method of Service: NEF