UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.:15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

       Plaintiff/Counter Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Counter Plaintiff.
_____/

## NOTICE TO CLERK RE: MEDIATOR SELECTION

Plaintiff/Counter Defendant, DR. JASSIN JOURIA ("Plaintiff/Counter Defendant"), by and through his undersigned counsel, hereby submits this notice to the Clerk of Court informing him that the parties have not agreed on the selection of a mediator. This notice responds to the court's order entered on July 21, 2016 (DE 27), and its order entered on August 5, 2016 (DE 30). Upon consultation with counsel for Defendant, the parties request that the Clerk select a mediator at random from the list of certified mediators.

Respectfully submitted;

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff
Fla. Bar No. 436630
Atrium Centre
4801 South University Drive
Suite 237
Ft. Lauderdale, Florida 33328
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

SERVICE LIST
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Method of Service: NEF

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Method of Service: NEF