**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 15-61165-CIV-Dimitrouleas/Snow

**Jassin Jouria**
          **Plaintiff,**
vs.

**CE Resource, Inc.**
          **Defendant.**
_____/

## CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Ronald F. Shapiro
Ron Shapiro Mediations, Inc.
1571 Sawgrass Corporate Parkway
#130
Sunrise, FL 33323
Telephone: 954-382-0002
Facsimile: 954-382-9008
Email: ronaldfshapiro@gmail.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Richard Stuart Ross
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Telephone: 954-252-9110
Facsimile: 954-252-9192
Email: prodp@ix.netcom.com

DONE at the Federal Courthouse Square, Miami, Florida this 8th day of August, 2016.

          STEVEN M. LARIMORE
          Court Administrator • Clerk of Court

          By: s/Peggy Johnson_____
          Deputy Clerk

Copies to:
The Honorable William P. Dimitrouleas, United States District Judge
All Counsel of Record and/or Pro Se Parties
Ronald F. Shapiro, Certified Mediator (Copy Mailed)           Rev. 2013-01