UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS AND TO FILE A THIRD PARTY COMPLAINT**

        This cause is before the Court upon Defendant CE Resource, Inc. d/b/a CME Resource and NetCE's ("NetCE") Motion for Leave to Amend its Answer, Affirmative Defense, and Counterclaim (and to file third-party claims for relief). Good cause having been shown, and in light of Plaintiff's non-opposition, the Motion is hereby **GRANTED**. NetCE shall file its amended pleading as a separate document within 5 business days of entry of this Order.

        Done and entered in chambers in Fort Lauderdale, Florida, this \_\_\_\_ day of September, 2016.

                                                    _____
                                                    William P. Dimitrouleas
                                                    United States District Court Judge

Copies to:

Counsel of record on CM/ECF

#48130481_v1