UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS AND TO FILE A THIRD PARTY COMPLAINT**

THIS CAUSE is before the Court upon Defendant CE Resource, Inc. d/b/a CME Resource and NetCE's ("NetCE") Motion for Leave to Amend its Answer, Affirmative Defense, and Counterclaim (and to file third-party claims for relief) (the "Motion") [DE 33], filed herein on September 23, 2016.  The Court has carefully considered the Motion, notes it is unopposed, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 33] is hereby **GRANTED**.

2. Defendant may **separately file** its amended answer and counterclaims and file a third party complaint, on or before **October 28, 2015**.

**DONE AND ORDERED** in Chambers, in Ft. Lauderdale, Broward, Florida, this 21st day of October, 2016.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

2

Copies to:
Counsel of record