Exhibit A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

# TX 8-119-516

**Effective Date of Registration:**
May 15, 2015

## Title _____

| | |
|---|---|
| **Title of Work:** | 852 Gastroesophageal Reflux Disease |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | May 15, 2013 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | CE Resource, Inc., dba NetCE |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Year Born:** | N/A |
| **Year Died:** | N/A |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | CE Resource, Inc., dba CME Resource |
| | 1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States |

## Certification _____

| | |
|---|---|
| **Name:** | Erin Meinyer, Executive Director |
| **Date:** | May 07, 2015 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-463**

**Effective Date of Registration:**
May 15, 2015

## Title

**Title of Work:** 9538 Nonantibiotic Antimicrobial Pharmacology: A Review

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 17, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** CE Resource, Inc., dba NetCE
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Year Born:** N/A
  **Year Died:** N/A

## Copyright Claimant

**Copyright Claimant:** CE Resource, Inc., dba CME Resource
1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

**Name:** Erin Meinyer, Executive Director
**Date:** May 07, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-503**

**Effective Date of Registration:**
May 15, 2015

## Title

**Title of Work:**   875 The Lymphatic and Immune Systems: A Review

## Completion/Publication

**Year of Completion:**   2012
**Date of 1st Publication:**   September 06, 2012
**Nation of 1st Publication:**   United States

## Author

- **Author:**   CE Resource, Inc., dba NetCE
  **Author Created:**   text
  **Work made for hire:**   Yes
  **Domiciled in:**   United States
  **Year Born:**   N/A
  **Year Died:**   N/A

## Copyright Claimant

**Copyright Claimant:**   CE Resource, Inc., dba CME Resource, dba CME Resource
1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

**Name:**   Erin Meinyer, Executive Director
**Date:**   May 07, 2015

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**
**TX 8-119-523**
**Effective Date of Registration:**
May 15, 2015

## Title

**Title of Work:** 511 Clinical Cardiovascular Pharmacology

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 06, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** CE Resource, Inc., dba NetCE
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Year Born:** N/A
  **Year Died:** N/A

## Copyright Claimant

**Copyright Claimant:** CE Resource, Inc., dba CME Resource
1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

**Name:** Erin Meinyer, Executive Director
**Date:** May 07, 2015

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-506**

**Effective Date of Registration:**
May 15, 2015

---

## Title

**Title of Work:** 025 Traumatic Brain Injury

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** December 20, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** CE Resource, Inc., dba NetCE
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Year Born:** N/A
  **Year Died:** N/A

- **Author:** CE Resource, Inc., dba CME Resource

## Copyright Claimant

**Copyright Claimant:** CE Resource, Inc., dba CME Resource
1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

**Name:** Erin Meinyer, Executive Director
**Date:** May 07, 2015

---

Page 1 of 1

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-471**

**Effective Date of Registration:**
May 15, 2015

---

## Title
_____

Title of Work:   3528 Cancer and Chemotherapy

## Completion/Publication
_____

Year of Completion:   2013
Date of 1st Publication:   March 21, 2013
Nation of 1st Publication:   United States

## Author
_____

- Author:   CE Resource, Inc., dba NetCE
Author Created:   text
Work made for hire:   Yes
Domiciled in:   United States
Year Born:   N/A
Year Died:   N/A

## Copyright Claimant
_____

Copyright Claimant:   CE Resource, Inc., dba CME Resource
1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification
_____

Name:   Erin Meinyer, Executive Director
Date:   May 07, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-137-336

**Effective Date of Registration:**
May 15, 2015

## Title

**Title of Work:**   3679 Depression and Dementia in the Elderly

## Completion/Publication

**Year of Completion:**   2013
**Date of 1st Publication:**   April 18, 2013
**Nation of 1st Publication:**   United States

## Author

- **Author:**   CE Resource, Inc., dba NetCE
  **Author Created:**   text
  **Work made for hire:**   Yes
  **Domiciled in:**   United States
  **Year Born:**   N/A
  **Year Died:**   N/A

## Copyright Claimant

**Copyright Claimant:**   CE Resource, Inc., dba CME Resource
1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

**Name:**   Erin Meinyer, Executive Director
**Date:**   May 07, 2015