**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA,

               Plaintiff/Counter Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

               Defendant/Counter Plaintiff.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

               Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC., and
ALPINE MANAGEMENT SERVICES III, LLC.,

               Third Party Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COUNTERCLAIM AND THIRD PARTY CLAIMS

        Plaintiff/Counter Defendant, DR. JASSIN JOURIA ("Jouria"), by and through its

undersigned counsel, hereby answers and affirmatively defends against the amended counterclaim

and third party claims filed by Defendant/Counter Plaintiff, CE RESOURCE, INC. d/b/a CME

RESOURCE, and NETCE, and responds as follows:

1.     Denied.

2.     Without sufficient information to admit or deny, and therefore denied.

3.      Admitted.

4.      Admitted as to the first and third sentences; denied as to the remainder.

5.      Admitted that the bankruptcy court dismissed the Jouria's filing with prejudice, and that this court lifted the stay; denied as to the remainder.

6.      Without sufficient information to admit or deny, and therefore denied.

7.      Admitted that NETCE has agreed to withdraw its motion to dismiss and transfer.

8.      Admitted that NETCE has agreed to withdraw its California action in favor of litigating the present dispute before this court.

9.      Without sufficient information to admit or deny, and therefore denied.

10.     Admitted, with the exception of the second sentence which is denied.

11.     Without sufficient information to admit or deny, and therefore denied.

12.     Without sufficient information to admit or deny, and therefore denied.

13.     Admitted with the exception that Plaintiff denies that this court has jurisdiction over the California Unfair Business Practices Statute claim.

14.     Admitted with the exception that Plaintiff/Counter Defendant denies that this court has jurisdiction over the California Unfair Business Practices Statute claim.

15.     Admitted.

16.     Without sufficient information to admit or deny, and therefore denied.

17.     Without sufficient information to admit or deny, and therefore denied.

18.     Admitted as to the amended counterclaims with the exception of the claim under the California Unfair Business Practices Statute claim which is denied, as is the remainder of the allegations relative to third party claims.

19.     Without sufficient information to admit or deny, and therefore denied.

20.     Without sufficient information to admit or deny, and therefore denied.

21.     Without sufficient information to admit or deny, and therefore denied.

22.     Without sufficient information to admit or deny, and therefore denied.

23.     Without sufficient information to admit or deny, and therefore denied.

24.     Without sufficient information to admit or deny, and therefore denied.

25.     Without sufficient information to admit or deny, and therefore denied.

26.     Without sufficient information to admit or deny, and therefore denied.

27.     Without sufficient information to admit or deny, and therefore denied.

28.     Without sufficient information to admit or deny, and therefore denied.

29.     Admitted.

30.     Denied.

31.     Denied.

32.     Without sufficient information to admit or deny, and therefore denied.

33.     Without sufficient information to admit or deny the first sentence, and therefore denied;

denied as to the remainder.

34.     Admitted as to the first sentence, and denied as to the remainder.

35.     Admitted that Jouria was paid for the drafts, and denied as to the remainder.

36.     Admitted.

37.     Without sufficient information to admit or deny, and therefore denied.

38.     Without sufficient information to admit or deny, and therefore denied.

39.     Without sufficient information to admit or deny, and therefore denied.

40.    Without sufficient information to admit or deny, and therefore denied.

41.    Without sufficient information to admit or deny, and therefore denied.

42.    Without sufficient information to admit or deny, and therefore denied.

43.    Without sufficient information to admit or deny, and therefore denied.

44.    Without sufficient information to admit or deny, and therefore denied.

45.    Admitted as to the first sentence; without sufficient information to admit or deny the
       remainder, and therefore denied.

46.    Without sufficient information to admit or deny, and therefore denied.

47.    Admitted.

48.    Denied.

49.    Without sufficient information to admit or deny, and therefore denied, as to the first sentence.
       Admitted as to the remainder.

50.    Without sufficient information to admit or deny, and therefore denied.

51.    Denied.

52.    Denied.

53.    Denied.

54.    Without sufficient information to admit or deny, and therefore denied.

55.    Denied.

56.    Without sufficient information to admit or deny, and therefore denied.

57.    Without sufficient information to admit or deny, and therefore denied.

58.    Without sufficient information to admit or deny, and therefore denied.

59.    Without sufficient information to admit or deny, and therefore denied.

60.     Without sufficient information to admit or deny, and therefore denied.

61.     Without sufficient information to admit or deny, and therefore denied.

62.     Without sufficient information to admit or deny, and therefore denied.

63.     Without sufficient information to admit or deny, and therefore denied.

64.     Denied.

65.     Denied.

66.     Denied.

67.     Denied.

68.     Without sufficient information to admit or deny, and therefore denied.

69.     Denied.

70.     Denied.

71.     Denied.

72.     Denied.

73.     Without sufficient information to admit or deny, and therefore denied.

74.     Without sufficient information to admit or deny, and therefore denied.

75.     Without sufficient information to admit or deny, and therefore denied.

76.     Without sufficient information to admit or deny, and therefore denied.

77.     Without sufficient information to admit or deny, and therefore denied.

78.     Without sufficient information to admit or deny, and therefore denied.

79.     Without sufficient information to admit or deny, and therefore denied.

80.     Denied.

81.     Without sufficient information to admit or deny, and therefore denied.

82.     Answered as set forth above.

83.     Without sufficient information to admit or deny, and therefore denied.

84.     Denied.

85.     Admitted that permission was not sought, but denied that permission was required.

86.     Denied.

87.     Answered as set forth above.

88.     Denied.

89.     Denied.

90.     Admitted.

91.     Denied.

92.     Denied.

93.     Denied.

94.     Answered as set forth above.

95.     Without sufficient information to admit or deny, and therefore denied.

96.     Without sufficient information to admit or deny, and therefore denied.

97.     Without sufficient information to admit or deny, and therefore denied.

98.     Without sufficient information to admit or deny, and therefore denied.

99.     Without sufficient information to admit or deny, and therefore denied.

100.    Answered as set forth above.

101.    Without sufficient information to admit or deny, and therefore denied.

102.    Denied.

103.    Without sufficient information to admit or deny, and therefore denied.

104.  Without sufficient information to admit or deny the first sentence, and therefore denied;

denied as to the remainder.

105.  Without sufficient information to admit or deny, and therefore denied.

106.  Without sufficient information to admit or deny, and therefore denied.

107.  Without sufficient information to admit or deny the first sentence, and therefore denied;

denied as to the remainder.

108.  Without sufficient information to admit or deny, and therefore denied.

109.  Without sufficient information to admit or deny, and therefore denied.

110.  Without sufficient information to admit or deny, and therefore denied.

111.  Without sufficient information to admit or deny, and therefore denied.

112.  Without sufficient information to admit or deny, and therefore denied.

113.  Without sufficient information to admit or deny, and therefore denied.

114.  Without sufficient information to admit or deny, and therefore denied.

115.  Without sufficient information to admit or deny, and therefore denied.

116.  Without sufficient information to admit or deny, and therefore denied.

117.  Answered as set forth above.

118.  Denied.

119.  Denied.

120.  Denied.

121.  Denied.

122.  Denied.

123.  Denied.

124.   Denied.

125.   Denied.

126.   Answered as set forth above.

127.   Without sufficient information to admit or deny, and therefore denied.

128.   Without sufficient information to admit or deny, and therefore denied.

129.   Without sufficient information to admit or deny, and therefore denied.

130.   Without sufficient information to admit or deny, and therefore denied.

131.   Without sufficient information to admit or deny, and therefore denied.

132.   Without sufficient information to admit or deny, and therefore denied.

133.   Without sufficient information to admit or deny, and therefore denied.

134.   Without sufficient information to admit or deny, and therefore denied.

135.   Without sufficient information to admit or deny, and therefore denied.

136.   Without sufficient information to admit or deny, and therefore denied.

137.   Without sufficient information to admit or deny, and therefore denied.

138.   Without sufficient information to admit or deny, and therefore denied.

### AFFIRMATIVE DEFENSES

1.   The amended counterclaims fail to state a claim upon which relief may be granted in that the works alleged are either co-owned, or jointly authored by Jouria, and that use of them by Jouria is permitted as a fair use pursuant to 17 U.S.C. §107.

2.   The amended counterclaims are barred by the doctrine of laches.

3.   The amended counterclaims are barred by the doctrine of estoppel.

4.   The amended counterclaims are barred by the doctrine of acquiescence.

5.      The amended counterclaims are barred by the doctrine of waiver.

6.      Claim Five of the amended counterclaims is pre-empted pursuant to 17 U.S.C. §301.

Respectfully submitted;


/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff
Fla. Bar No. 436630
Atrium Centre
4801 South University Drive
Suite 237
Ft. Lauderdale, Florida 33328
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on November 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

         s/Richard S. Ross
         Richard S. Ross, Esq.

**SERVICE LIST**
**Dr. Jassin Jouria v. CE Resource, et al.**
**Case No.: 15-61165-CIV-DIMITROULEAS**
**United States District Court, Southern District of Florida**
**(Ft. Lauderdale Division)**

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Method of Service: NEF

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Method of Service: NEF