UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of RICHARD S. HORVATH, JR. of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, 525 University Avenue, Suite 1400, Palo Alto, CA  94301 (650) 470-4519, for purposes of appearance as co-counsel on behalf of Specially Appearing Third Party Defendant Alpine Management Services III, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit RICHARD S. HORVATH, JR. to receive electronic filings in this case, and in support thereof states as follows:

1. RICHARD S. HORVATH, JR. is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar, Delaware Bar, the United States District Courts of the District of Delaware, Northern District of California, Central District of California, Southern District of California, and Eastern District of California, and the Ninth Circuit Court of Appeals.

2. Movant, Jorge D. Guttman, Esquire, of the law firm of GUNSTER, 600 Brickell Avenue, Suite 3500, Miami, FL  33131 (305) 376-6054, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, RICHARD S. HORVATH, JR. has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. RICHARD S. HORVATH, JR., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to RICHARD S. HORVATH, JR. at email address: richard.horvath@skadden.com.

WHEREFORE, Jorge D. Guttman, moves this Court to enter an Order for RICHARD S. HORVATH, JR., to appear before this Court on behalf of Specially Appearing Third Party Defendant Alpine Management Services III, LLC, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to RICHARD S. HORVATH, JR.

Date: December 22, 2016

Respectfully submitted,

*s/ Jorge D. Guttman*
Jorge D. Guttman, Esq.
Florida Bar No. 015319
jguttman@gunster.com
GUNSTER
600 Brickell Avenue, Suite 3500
Miami, FL  33131
Tel: (305) 376-6054
Fax: (305) 376-6010
*Attorneys for Specially Appearing Third Party Defendant, Alpine Management Services III, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

## CERTIFICATION OF RICHARD S. HORVATH, JR.

    RICHARD S. HORVATH, JR., pursuant to Rule 4(b) of the Special Rules Governing the

Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the

United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the California Bar, Delaware Bar, the United States District Courts of the District of Delaware, Northern District of California, Central District of California, Southern District of California, and Eastern District of California, and the Ninth Circuit Court of Appeals.

_____
RICHARD S. HORVATH, JR.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by CM/ECF and electronic mail on December 22, 2016, on all counsel or parties of record on the service list.

*s/ Jorge D. Guttman*
Jorge D. Guttman

**Case No.:  0:15-CV-61165-WPD**
**SERVICE LIST**

Richard S. Horvath, Jr.
Richard.horvath@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue, Suite 1400
Palo Alto, CA  94301
Tel:  (650) 470-4519
Fax:  (650) 798-6602
*Attorney for Specially Appearing Third Party Defendant,*
*Alpine Management Services III, LLC*

Richard S. Ross
Florida Bar No. 436630
prodp@ix.netcom.com
Atrium Centre
4801 S. University Drive, Suite 237
Ft. Lauderdale, FL  33328
Tel:  (954) 252-9110
Fax:  (954) 252-9192
*Attorney for Plaintiff/Counter-Defendant,*
*Dr. Jassin Jouria*

Philip E. Rothschild
Florida Bar No. 0088536
Phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Tel:  (954) 525-1000
Fax:  (954) 463-2030
*(Attorney for Defendant/Counter-Claimant/Third Party Plaintiff,*
*CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier *(pro hac vice)*
Jessica.lanier@hklaw.com
John P. Kern *(pro hac vice)*
John.kern@hklaw.com
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Tel:  (954) 468-7881
*(Attorney for Defendant/Counter-Claimant/Third Party Plaintiff,*
*CE Resource, Inc. d/b/a CME Resource and NetCE)*

MIA_ACTIVE 4551142.1