UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

RICHARD S. HORVATH, JR., Consent to Designation, and Request to Electronically Receive

Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission

and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. RICHARD S. HORVATH, JR., may appear and participate in this action on behalf of Specially Appearing Third Party Defendant Alpine Management Services III, LLC. The Clerk shall provide electronic notification of all electronic filings to RICHARD S. HORVATH, JR., at richard.horvath@skadden.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record