# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant
_____/

CE RESOURCE, INC., d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC., and
ALPINE MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

## DECLARATION OF DANIEL CREMONS IN SUPPORT OF ALPINE MANAGEMENT SERVICES III, LLC'S MOTION TO DISMISS CE RESOURCES, INC.'S THIRD PARTY CLAIMS AND INCORPORATED MEMORANDUM OF LAW

I, Daniel Cremons, under penalties of perjury, testify and declare as follows:

1. I am of legal age and capacity, and make this declaration based on my personal knowledge of the facts stated herein, or the facts as they appear in the memoranda, reports, records or data compilations of Specially Appearing Third Party Defendant Alpine Management Services III, LLC ("Alpine"), made at or near the time of the occurrence of the facts or events, by, or from transmitted by, persons with knowledge of the facts, whose regular practice it was to make and keep such records in the course of the regularly conducted business activity of Alpine. I routinely rely on such records in the usual course of my business.

2. I am a Vice President of Alpine.

3. Alpine is a Delaware limited liability company, with its principal place of business in San Francisco County, California.

4. Alpine provides investment advisory services and asset management services to high net worth individuals, trusts, endowments, pension plans, charitable organizations and other institutional investors.

5. Alpine does not now, and has never maintained, an office, employees, officers, agents, accounts, property or other assets in Florida.

6. Alpine has never sold products or provided any services in Florida, and has never directly transacted business in Florida.

7. Alpine has never directly solicited business in Florida.

8. Alpine maintains all of its records in San Francisco County, California.

9. On July 20, 2012, Alpine executed a Non-Disclosure Agreement ("NDA") with CE Resource, Inc. ("NetCE").

10. The NDA was executed, at NetCE's behest, in connection with discussions regarding Alpine's possible acquisition of NetCE.

11. A copy of the NDA is attached as Exhibit C to NetCE's Counterclaim and Third Party Complaint [DE 36] ("Complaint").

12. The discussions regarding the possible acquisition of NetCE terminated in late 2012, as NetCE and Alpine were unable to agree upon mutually satisfactory terms.

13. In the Complaint, NetCE claims that Alpine owned or invested in Elite Continuing Education, Inc. ("Elite"), one of NetCE's competitors. More specifically, NetCE claims that Alpine "executed a purchase agreement with Elite, a Florida company," and that Alpine "derives revenue or value from Elite's operations and exercises some degree of control over Elite's business and its conduct." Compl. ¶ 17. These allegations are unfounded and untrue.

14. Contrary to NetCE's allegations, Alpine never directly invested in or owned Elite. Indeed, Alpine does not now have, and has never had, any direct interest in Elite.

15. Contrary to NetCE's allegations, Alpine does not now derive, and has never derived, any direct revenues or value from Elite or Elite's operations.

16. Further, Alpine has no direct control, and has never had direct control, of Elite's business, operations or conduct.

17. In 2012, Alpine had an ownership interest in McKissock, an entity based in Warren, Pennsylvania.

18. On information and belief, in 2012, McKissock, whose day-to-day operations were not directly controlled by Alpine, acquired an ownership interest Elite.

19. In August of 2014, Alpine divested itself of Alpine's interest in McKissock. As a result, since August of 2014, Alpine has not had either a direct or indirect ownership interest in Elite.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on: December 22, 2016.

_____
Daniel Cremons
Vice President
Alpine Management Services III, LLC