UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant
_____/

CE RESOURCE, INC., d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC., and
ALPINE MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

**SPECIALLY APPEARING THIRD PARTY DEFENDANT ALPINE MANAGEMENT
SERVICES III, LLC'S CORPORATE DISCLOSURE STATEMENT**

**GUNSTER**
**PROFESSIONAL ASSOCIATION**
**ATTORNEYS AT LAW**

Specially Appearing Third Party Defendant Alpine Management Services III, LLC ("Alpine"), pursuant to Federal Rule of Civil Procedure 7.1(b)(2) and Local Rule 5.2(b), without consenting to personal jurisdiction in this Court, and with full reservation of its jurisdictional challenge, discloses that there is no parent corporation or publicly held corporation holding 10% or more of Alpine's stock.

        Respectfully submitted,

**GUNSTER**
*Attorneys for Specially Appearing*
*Third-Party Defendant*
*Alpine Management Services III, LLC*
600 Brickell
Suite 3500
Miami, FL  33131-1897
Phone:  (305) 376-6092
Fax:  (305) 376-6000

By:   */s/ Jorge Guttman*
     **William K. Hill, Esq.**
     Florida Bar No. 747180
     Email:  whill@gunster.com
     **Jorge D. Guttman, Esq.**
     Florida Bar No. 15319
     E-mail: jguttman@gunster.com

OF COUNSEL

Richard S. Horvath, Jr., Esq.
(*Pro Hac Vice Application Pending*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
*Attorneys for Specially Appearing*
*Third-Party Defendant*
*Alpine Management Services III, LLC*
525 University Avenue
Palo Alto, California  94301
Phone:  (650) 470-4519
Fax:  (650) 798-6602
E-mail: richard.horvath@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served on this day on all counsel of record on the attached Service List.

By: /s/ *Jorge D. Guttman*
Jorge D. Guttman

## SERVICE LIST

Richard S. Ross
Florida Bar No. 436630
prodp@ix.netcom.com
Atrium Centre
4801 S. University Drive, Suite 237
Ft. Lauderdale, FL  33328
Tel:  (954) 252-9110
Fax:  (954) 252-9192
*Attorney for Plaintiff/Counter-Defendant, Dr. Jassin Jouria*

Philip E. Rothschild
Florida Bar No. 0088536
Phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Tel:  (954) 525-1000
Fax:  (954) 463-2030
*(Attorney for Defendant/Counter-Claimant/Third Party Plaintiff,
CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier *(pro hac vice)*
Jessica.lanier@hklaw.com
John P. Kern *(pro hac vice)*
John.kern@hklaw.com
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Tel:  (954) 468-7881
*(Attorney for Defendant/Counter-Claimant/Third Party Plaintiff,
CE Resource, Inc. d/b/a CME Resource and NetCE*

MIA_ACTIVE 4551241.1

**GUNSTER**
**PROFESSIONAL ASSOCIATION**
**ATTORNEYS AT LAW**