IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

**ORDER GRANTING ELITE CONTINUING
EDUCATION'S MOTION TO DISMISS**

{40301639;1}

THIS MATTER is before the Court upon Third-Party Defendant Elite Continuing Education's Motion to Dismiss [DE ___]. The Court, having reviewed the Motion and being fully advised in the premises, has determined that the Motion is **GRANTED.**

It is hereby **ORDERED** that Claim Four ("Tortious Interference with Contractual Relations"), Claim Six ("Misappropriation of Trade Secrets Under Florida's Uniform Trade Secrets Act (Civil Code §§ 688.001 *et seq*.)"), and claim for statutory damages and attorney's fees under the Copyright Act, set forth in Defendant's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third-Party Complaint [DE 36], are hereby dismissed.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of _____, 20__.

                                                                    _____
                                                                    WILLIAM P. DIMITROULEAS
                                                                    United States District Judge

cc:  All counsel of record