UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO
DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF
ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for RICHARD S. HORVATH, JR., Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion") [DE 40], pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

THIS CAUSE is before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 40] (the "Motion"), filed herein on December 22, 2016. The movant requests this Court to admit Richard S. Horvath, Jr. of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, 525 University Avenue, Suite 1400, Palo Alto, CA  94301 (650) 470-4519, for purposes of appearance as co-counsel on behalf of Specially Appearing Third Party Defendant Alpine Management Services III, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Richard S. Horvath, Jr. to receive electronic filings in this case. The Court has carefully considered the Motion, and is fully advised in the premises. The Motion has been properly filed with the required documentation, and the attorney appears to be in good standing.

The Court notes the filing of a $75.00 check made payable to the Clerk, United States District Court. The Court also notes that Richard S. Horvath, Jr., Esq. has certified to having studied the Local Rules and has designated Jorge D. Guttman, Esq. as local counsel.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 40] is **GRANTED**.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order <u>or</u> failure to appear at any scheduled

matter may result in immediate revocation of counsel's pro hac vice status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

The Clerk shall provide electronic notification of all electronic filings to Richard S. Horvath, Jr., Esq. at richard.horvath@skadden.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of December, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record