IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

**DEFENDANT AND THIRD PARTY PLAINTIFF CE RESOURCE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ALPINE MANAGEMENT SERVICES III, LLC's MOTION TO DISMISS**

Pursuant to Southern District of Florida Local Rule 7.1.A.3, Defendant and Third

Party Plaintiff CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE ("NetCE") hereby files its Unopposed Motion for Extension of Time to Respond to the Third Party Defendant Alpine Management Services III LLC's ("Alpine") Motion to Dismiss, and in support thereof states as follows:

1. On October 21, 2016, Defendant and Third Party Plaintiff NetCE filed its Amended Answer and Counterclaims in this Court (Dkt 36). Third Party Defendant Alpine waived service of process.

2. On December 22, 2016, Alpine timely filed its motion to dismiss for lack of personal jurisdiction and for failure to state a claim. (Dkt 41).

3. The current due date for NetCE's response to this motion is presently January 5, 2017.

4. NetCE conferred with counsel for Alpine, who agreed that, due to the deadline's proximity to the holiday and the efforts entailed in adequately and thoroughly responding to a motion to dismiss, that Alpine would not oppose a two-week enlargement of time up to and including January 19, 2017 for NetCE to file its response.

5. This is NetCE's first request to extend this deadline.

6. This request for extension is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

WHEREFORE, Defendant NetCE respectfully requests that the deadline for answering or otherwise responding to Plaintiff's Motion to Dismiss in this matter be extended by two weeks from January 5, 2017 to January 19, 2017.

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for NetCE certifies that he has conferred with Alpine in a good faith effort to resolve the issues raised in this motion, and that Alpine has indicated it does not opposed the relief requested.

Date: December 29, 2017

Respectfully submitted,
HOLLAND & KNIGHT LLP

/s/ *Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ John P. Kern
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC. d/b/a
CME RESOURCE and NetCE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic notice through the Court's CM/ECF filing system on December 29, 2016 on all counsel or parties of record on the Service List below.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

**SERVICE LIST**

Richard S. Ross, Esq.
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email:  prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*
*[VIA E-MAIL]*

Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: peter.chiabotti@akerman.com
*Attorneys for Elite Continuing Education, Inc.*
*[VIA E-MAIL]*

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email:  markwilson@mvalaw.com; katecole@mvalaw.com
*Attorneys for Elite Continuing Education, Inc.*
*[VIA E-MAIL]*

Jorge Guttman, Esq.
William K. Hill, Esq.
Gunster
600 Brickell, Suite 3500
Miami, FL 33131-1897
Email:  jguttman@gunster.com; whill@gunster.com
*Attorneys for Alpine Management Services III, LLC*
*[VIA E-MAIL]*

Richard S. Horvath, Jr., Esq.
Skadden Arps et al
525 University Ave
Palo Alto, CA 94301
Email: richard.horvath@skadden.com
*Attorneys for Alpine Management Services III, LLC*
*[VIA E-MAIL]*