IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) ) |
| | ) |
| Third-Party Defendants. | ) |

**PROPOSED ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO RESPOND TO THIRD PARTY DEFENDANT ELITE CONTINUING EDUCATION, INC.'s MOTION TO DISMISS**

The Court, having reviewed the Motion and for good cause show, has determined that

the Defendant and Third Party Plaintiff CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE ("NetCE") Motion is **GRANTED.**

It is hereby **ORDERED** that the deadline for NetCE to file its response to Elite Continuing Education, Inc.'s Motion to Dismiss is January 19, 2017.

**DONE AND ORDERED** this _____ day of ____, 201_.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to counsel of record on CM/ECF