UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.:15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and
ALPINE MANAGEMENT SERVICES III, LLC,

        Third Party Defendants.
_____/

## PLAINTIFF'S MOTION TO STAY THE ACTION AND NOTICE OF PLAINTIFF'S BANKRUPTCY FILING

COMES NOW, Plaintiff, Dr. Jassin Jouria, who respectfully moves this Court to stay the captioned action upon his filing of a Chapter 13 action in the United States Bankruptcy Court for the Southern District of Florida on December 30, 2016 (Case No. 16-27150-RBR).  *See* 11 U.S.C. §362.  Dr. Jouria herewith attaches a copy of his Notice of Bankruptcy Case Filing.

Respectfully Submitted,

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
915 S.E. 2 Court
Ft. Lauderdale, Florida 33301
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

## SERVICE LIST
### Dr. Jassin Jouria v. CE Resource, et al.
### Case No.: 15-61165-CIV-DIMITROULEAS
### United States District Court, Southern District of Florida
### (Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Richard S. Horvath, Jr., Esq.
SKADDEN ARPS
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Method of Service: NEF
*(Attorneys for Alpine Management III, LLC)*

Jorge D. Guttman, Esq.
William K. Hill, Esq.
GUNSTER
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Method of Service: NEF
*(Attorneys for Alpine Management III, LLC)*

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*

J. Mark Wilson, Esq. (Without formal appearance)
Kathryn G. Cole, Esq. (Without formal appearance)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service:  E-mail: markwilson@mvalaw.com; katecole@mvalaw.com
*(Attorneys for Elite Continuing Education, Inc.)*