United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 12/30/2016 at 12:58 PM and filed on 12/30/2016.

**Jassin M Jouria**
2648 N. 26 Terrace
Hollywood, FL 33020
SSN / ITIN: xxx-xx-4671

The case was filed by the debtor's attorney:

**Iman I. Abouelazm, Esq.**
110 E. Broward Blvd #1700
Fort Lauderdale, FL 33301
305.362.6500

The bankruptcy trustee is:

**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
954-382-2001

The case was assigned case number 16-27150-RBR to Judge Raymond B Ray.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/30/2016 13:01:56 | | | |
| PACER Login: | ia0485:3476209:0 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 16-27150-RBR |
| Billable Pages: | 1 | Cost: | 0.10 |