UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:15-cv-61165-WPD

DR. JASSIN JOURIA,

      Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

      Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

      Third Party Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STAY THE ACTION AND REQUIRING COMPLIANCE WITH LOCAL RULE 7.1.A.3

THIS CAUSE is before the Court upon Plaintiff's Motion to Stay the Action and Notice

of Plaintiff's Bankruptcy Filing (the "Motion") [DE 48], filed herein on January 3, 2017. The

Court has carefully considered the Motion [DE 48] and is otherwise fully advised in the premises.

Local Rule 7.1.A.3 requires that movants "make reasonable effort to confer (orally or in writing) with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion" and that movants file a statement certifying such efforts at the time of filing the motion. S.D. Fla. L.R. 7.1.A.3.  Plaintiff has failed to comply with this rule.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 48] is hereby **DENIED WITHOUT PREJUDICE** to re-filing in accordance with the Local Rules.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of January, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record