UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

**ORDER ON DEFENDANT/THIRD-PARTY PLAINTIFF'S UNOPPOSED MOTION
FOR
EXTENSION OF TIME**

    THIS CAUSE is before the Court upon Defendant and Third Party Plaintiff CE Resource Inc.'s Unopposed Motion for Extension of Time to File Response to Alpine Management

Services III, LLC's Motion to Dismiss [DE 46], and Defendant and Third Party Plaintiff CE Resource Inc.'s Unopposed Motion for Extension of Time to File Response to Elite Continuing Education's Motion to Dismiss [DE 46] (the "Motions"), filed herein on December 29, 2016. The Court has carefully reviewed the motions and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Motions [DEs 45, 46] are hereby **GRANTED**;

2. Defendant/Third-Party Plaintiff CE Resource, Inc. shall have until **January 19, 2017** to respond to Alpine Management Services III, LLC's Motion to Dismiss CE Resources, Inc.'s Third Party Claims [DE 41]

3. Defendant/Third-Party Plaintiff CE Resource, Inc. shall have until **January 19, 2017** to respond to Elite Continuing Education's Motion to Dismiss [DE 43].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 3rd day of January, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record