UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:15-cv-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| Plaintiff, | ) |
| v. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| Defendant/Counter-Plaintiff, | ) |
| v. | ) |
| DR. JASSIN JOURIA, | ) |
| Plaintiff/Counter-Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) |
| Third-Party Defendants. | ) |

**Motion For J. Mark Wilson To Appear *Pro Hac Vice*, Consent To Designation, And
<u>Request To Electronically Receive Notices Of Electronic Filing</u>**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of J. Mark Wilson of the law firm

{40295601;1}CHAR2\1861024v1

of Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, NC 28202, for purposes of appearance as co-counsel on behalf of Third-Party Defendant, Elite Continuing Education, Inc., in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit J. Mark Wilson to receive electronic filings in this case, and in support thereof states as follows:

1. J. Mark Wilson is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of North Carolina, as well as the United States District Court for the Western District of North Carolina, United States District Court for the Middle District of North Carolina, and the United States District Court for the Eastern District of North Carolina.

2. Movant, Peter A. Chiabotti of the law firm of Akerman LLP, 777 South Flagler Drive, Suite 1100 West Tower, West Palm Beach, FL, 33401, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, J. Mark Wilson has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. J. Mark Wilson, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to the following e-mail address: markwilson@mvalaw.com.

WHEREFORE, Peter A. Chiabotti moves this Court to enter an Order allowing J. Mark Wilson to appear before this Court on behalf of Third-Party Defendant for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to J. Mark Wilson.

**Certificate of Good Faith Conference**

Consistent with Local Rule 7.1(a)(3), the undersigned has conferred with counsel for all other parties, who advised that they consent to the relief requested herein.

                    Respectfully submitted,

                    **AKERMAN LLP**

Dated: January 4, 2017             By:/s/ Peter A. Chiabotti
                                                    Peter A. Chiabotti
                                                    Florida Bar No. 0602671
                                                    Akerman LLP
                                                    peter.chiabotti@akerman.com
                                                    777 South Flagler Drive
                                                    Suite 1100, West Tower
                                                    West Palm Beach, FL 33401
                                                   Telephone: (561) 653-5000
                                                   Facsimile: (561) 659-6313

                                                   *Attorneys for Third-Party Defendant Elite Continuing Education, Inc.*

J. Mark Wilson
*Pro Hac Vice* Filed
Kathryn G. Cole
*Pro Hac Vice* Filed
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(704) 331-1000
(704) 331-1159 (facsimile)
E-mail:  markwilson@mvalaw.com
             katecole@mvalaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:15-cv-61165-WPD**

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

**Certification Of J. Mark Wilson**

    J. Mark Wilson, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida and (2) I am a member in good standing of the State Bar of North Carolina, as well as the United States District Court for

the Western District of North Carolina, United States District Court for the Middle District of North Carolina, and the United States District Court for the Eastern District of North Carolina.

/s/ J. Mark Wilson
J. Mark Wilson

**Certificate Of Service**

    I hereby certify that on January 4, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and that a true and correct copy of the foregoing was served this January 4, 2017 by transmission of Notices of Electronic Filing generated by CM/ECF or via e-mail to all parties on the attached Service List.

                                        /s/ Peter A. Chiabotti
                                        Peter A. Chiabotti

**Service List**

Philip E. Rothchild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com

John P. Kern, Esq.
Jessica E. Lanier, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
        Jessica.lainer@hklaw.com

*Attorneys for CE RESOURCE, INC.*
*d/b/a CME RESOUCE and NetCE*

Richard S. Ross, Esq.
Atrium Centre
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com

*Attorney for Plaintiff Dr. Jassin Jouria*

Richard S. Horvath, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Email: richard.horvath@skadden.com

Jorge D. Guttman, Esq.
William K. Hill, Esq.
Gunster
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Email: jguttman@gunster.com
Email: whill@gunster.com

*Attorneys for Alpine Management III, LLC*