UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:15-cv-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) ) |
| Defendant. | ) ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) ) |
| Defendant/Counter-Plaintiff, | ) ) |
| v. | ) ) |
| DR. JASSIN JOURIA, | ) ) |
| Plaintiff/Counter-Defendant. | ) ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) ) ) |
| Third-Party Defendants. | ) |

**Order Granting Motion For J. Mark Wilson To Appear *Pro Hac Vice*, Consent To Designation And Request To Electronically Receive Notices Of Electronic Filing**

THIS CAUSE having come before the Court on the Motion for J. Mark Wilson to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and

{40295601;1}CHAR2\1861024v1

Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. J. Mark Wilson may appear and participate in this action on behalf of Third-Party Defendant. The Clerk shall provide electronic notification of all electronic filings to J. Mark Wilson at markwilson@mvalaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____day of _____, 2017.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record