**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD**

| | |
|---|---|
| DR. JASSIN JOURIA,<br><br>     Plaintiff,<br><br>v.<br><br>CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE,<br><br>     Defendant. | |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE,<br><br>     Defendant/Counter-Plaintiff,<br><br>v.<br><br>DR. JASSIN JOURIA,<br><br>     Plaintiff/Counter-Defendant. | |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE,<br><br>     Defendant/Third-Party Plaintiff,<br><br>v.<br><br>Elite Continuing Education, Inc. and Alpine Management Services III, LLC,<br><br>     Third-Party Defendants. | |

**Third-Party Defendant Elite Continuing Education's
<u>Corporate Disclosure Statement</u>**

{40366250;1}

Third-Party Defendant Elite Continuing Education[1] ("Elite") hereby discloses the following information.  Elite is a privately held company.  Elite is owned by McKissock, LLC.  There is no publicly held corporation that owns 10% or more of Elite's stock.

Dated: January 5, 2017

Respectfully submitted,

/s/Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
Akerman LLP
peter.chiabotti@akerman.com
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
*Attorneys for Elite Continuing Education, Inc.*

J. Mark Wilson
*Pro Hac Vice* Filed
Kathryn G. Cole
*Pro Hac Vice* Filed
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(704) 331-1000
(704) 331-1159 (facsimile)
E-mail:  markwilson@mvalaw.com
         katecole@mvalaw.com

---

[1] Third-Party Defendant's legal name is "Elite Professional Education, LLC."  Third-Party Defendant is doing business as Elite Continuing Education.

{40366250;1}                                    1

## Certificate of Service

I hereby certify that on January 5, 2017, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and that a true and correct copy of the foregoing was served this January 5, 2017 by transmission of Notices of Electronic Filing generated by CM/ECF or via e-mail to all parties on the attached Service List.

/s/Peter A. Chiabotti
Peter A. Chiabotti

## Service List

Philip E. Rothchild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com

John P. Kern, Esq.
Jessica E. Lanier, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
       Jessica.lainer@hklaw.com

*Attorneys for CE RESOURCE, INC.
d/b/a CME RESOUCE and NetCE*

Richard S. Ross, Esq.
Atrium Centre
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com

*Attorney for Plaintiff Dr. Jassin Jouria*

Richard S. Horvath, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Email: richard.horvath@skadden.com

Jorge D. Guttman, Esq.
William K. Hill, Esq.
Gunster
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Email: jguttman@gunster.com
Email: whill@gunster.com

*Attorneys for Alpine Management III, LLC*