UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

**ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY
RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE is before the Court upon the Motions to Appear Pro Hac Vice [DE's 51,

52]. The movant requests this Court to admit Kathryn G. Cole, Esq., and J. Mark Wilson, Esq. to

appear *pro hac vice* as co-counsel on behalf of Third-party Defendant Elite Continuing Education, Inc., in the above-styled case, and to receive electronic filings pursuant to Rule 2B of the CM/ECF Administrative Procedures.  The Court notes that the Motions have been filed with the required documentation and fees, and that the attorneys seeking *pro hac vice* admission have certified to having studied the Local Rules and have designated Peter A. Chiabotti, Esq. as local counsel.  The Court has carefully considered the Motions, and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Motions to Appear Pro Hac Vice[DE's 51, 52] are hereby **GRANTED**.

    The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial.  Failure to abide by any Court order <u>or</u> failure to appear at any scheduled matter may result in immediate revocation of counsel's pro hac vice status.  Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of January, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record