UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

    Defendant.
    _____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
    _____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
    _____/

## ORDER GRANTING MOTION TO STAY

THIS CAUSE is before the Court on Plaintiff's Renewed Motion to Stay the Action and Notice of Plaintiff's Bankruptcy Filing [DE 55] (the "Motion"), filed herein on January 6, 2017. Plaintiff's Motion to Stay the Action and Notice of Plaintiff's Bankruptcy Filing [DE 48] was

denied for failure to confer under Local Rule 7.1.A.3. [DE 49]. The Court has carefully reviewed the Motion, Defendant and Third Party Plaintiff CE Resource Inc.'s Opposition to Dr. Jouria's Motion to Stay [DE 54][1], and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 55] is hereby **GRANTED**;

2. This action is stayed until **January 29, 2017** at which point the stay will be lifted unless extended under 11 U.S.C. § 362(c)(3);

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 11th day of January, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record

---

[1] Phil E. Rothschild, Esq., counsel for CE Resource, Inc. d/b/a CME Resource and NetCE, was a law clerk for the undersigned from 1998–2002.