**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

   Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

   Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

   Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

   Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

   Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and
ALPINE MANAGEMENT SERVICES III, LLC,

   Third Party Defendants.

_____/

<u>**PLAINTIFF'S NOTICE OF FILING BANKRUPTCY COURT ORDER GRANTING**</u>
<u>**MOTION TO CONTINUE AUTOMATIC STAY**</u>

   COMES NOW, Plaintiff, Dr. Jassin Jouria, who respectfully notices this Court of the

attached order dated today, January 24, 2017, entered by the United States Bankruptcy Court for the

Southern District of Florida in Plaintiff's Chapter 13 case, Case No. 16-27150-RBR.   The order

grants Plaintiff's motion to continue the automatic stay.   *See* DE 58.   *See also* 11 U.S.C. §362.

   Respectfully Submitted,


   /s/ Richard S. Ross, Esq.
   RICHARD S. ROSS, ESQ.
   Attorney for Plaintiff Dr. Jassin Jouria
   Fla. Bar No. 436630
   915 S.E. 2 Court
   Ft. Lauderdale, Florida 33301
   Tel 954/252-9110
   Fax 954/252-9192
   E mail: prodp@ix.netcom.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

**SERVICE LIST**
**Dr. Jassin Jouria v. CE Resource, et al.**
**Case No.: 15-61165-CIV-DIMITROULEAS**
**United States District Court, Southern District of Florida**
**(Ft. Lauderdale Division)**

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Richard S. Horvath, Jr., Esq.
SKADDEN ARPS
525 University Avenue, Suite 1400
Palo Alto, CA 94301
Method of Service: NEF
*(Attorneys for Alpine Management III, LLC)*

Jorge D. Guttman, Esq.
William K. Hill, Esq.
GUNSTER
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Method of Service: NEF
*(Attorneys for Alpine Management III, LLC)*

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*