

**ORDERED in the Southern District of Florida on January 24, 2017.**

**Raymond B. Ray, Judge
United States Bankruptcy Court**

___

**U.S. BANKRUPTCY COURT
Southern District of Florida, Fort Lauderdale Division
www.flsb.uscourts.gov**

In Re:

JASSIN JOURIA
    Debtor.
_____/

Case No.: 16-27150 RBR

Chapter 13

### ORDER GRANTING MOTION TO CONTINUE AUTOMATIC STAY

CAME ON for consideration Debtor's Motion to Continue the Automatic Stay (DE: 6) on January 19, 2016 and this court having reviewed the pleadings, evidence, court record and other factors has determined that the motion should be GRANTED, it is therefore,

ORDERED, that the Debtor's Motion to Continue the Automatic Stay is GRANTED, and the Automatic Stay is extended as to all Creditors.

###

Submitted by: Iman I. Abouelazm, Esq., 110 E. Broward Blvd., Suite 1700, Fort Lauderdale, FL 33301
    Tel: 305-362-6500; Email: imanlaw@gmail.com
Copies to: Iman I. Abouelazm, Esq. for Debtor, 110 E. Broward Blvd., #1700, Ft. Lauderdale, FL 33301
    Trustee Robin Weiner