UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a CME RESOURCE
And NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

    Third Party Defendants.
_____/

## ORDER STAYING ACTION

    THIS CAUSE is before the Court upon Plaintiff's Notice of Filing Bankruptcy Court

Order Granting Motion to Continue Automatic Stay [DE 59], reflecting that the Bankruptcy

Court granted Counter-Defendant Jassin Jouria's request to extend stay as to all creditors for the

duration of his chapter 13 plan. *See* [16-27150-RBR DE 6]. The Court will construe this filing as a Motion to Stay the Action. The Court has carefully considered the Motion, the record, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion to Stay the Action is hereby **GRANTED**;

2. The above-styled case is hereby **STAYED** pursuant to 11 U.S.C. §362;

4. Counter-Defendant Jassin Jouria shall file a status report as to the status of the bankruptcy proceedings every sixty days following the date of this Order;

5. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 25th day of January, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record