UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

      Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC. and
ALPINE MANAGEMENT SERVICES III, LLC,

Third-Party Defendants.
_____/

**DEFENDANT NETCE'S MOTION TO LIFT BANKRUPTCY STAY and SET DEADLINE FOR RESPONSE TO MOTION TO DISMISS THIRD PARTY CLAIM**

      Defendant and Third Party Plaintiff CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE"), by and through its attorneys, hereby moves this Court to lift the Stay entered on January 25, 2017 [ECF No. 60], because 1) the Bankruptcy Court vacated its order extending the automatic stay and granted NetCE's Motion for Relief from Stay so the instant action can proceed, and 2) Dr. Jassin Jouria ("Jouria") dismissed his bankruptcy action with prejudice on April 11, 2017 acknowledging that the Bankruptcy Court had granted NetCE stay relief to pursue the instant action.

      Following this Court's entry of its stay on January 25, 2017, NetCE turned to the Bankruptcy Court to obtain stay relief, arguing that Jouria's serial bankruptcy filings were not made for the purpose of reorganization or a fresh start, but instead were a stall tactic to delay this

action.  After the bankruptcy court held an evidentiary hearing on April 6, 2017 in which Jouria himself testified, the bankruptcy court orally granted NetCE stay relief to return to this Court to pursue the instant action.  As is customary in bankruptcy court, counsel for NetCE prepared an order for the Court to enter and emailed it to Jouria's bankruptcy counsel for review prior to submission.  See Exhibit A, email from Joaquin Alemany to Iman Abouelazm, dated April 11, 2017 with attachment.  However, prior to submission of this proposed order, Jouria voluntarily dismissed his own bankruptcy action with prejudice, specifically referencing the fact that the bankruptcy court granted NetCE relief from the automatic stay to allow this litigation to ensue against him to determine liability and damages.  See Exhibit B, Notice of Voluntary Dismissal with Prejudice.  On April 13, 2017, after Jouria's voluntary dismissal was filed, the bankruptcy court entered NetCE's Proposed Order.  See Exhibit C, Order.

Now that Jouria's third bankruptcy action has been dismissed with prejudice, this Court should lift its own stay and allow NetCE to pursue its claims against Jouria and the other Defendants.  NetCE also proposes that it be allowed until May 12, 2017 to respond to Third Party Defendant Elite Continuing Education, Inc. ("Elite") Motion to Dismiss [ECF No. 36].[1]

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)

Counsel for NetCE has conferred with counsel for Dr. Jouria and Dr. Jouria has no objection to the requested relief of lifting of the stay,  but Dr. Jouria vehemently disputes NetCE's argument made to the bankruptcy court that "Jouria's serial bankruptcy filings were not made for the purpose of reorganization or a fresh start, but instead were a stall tactic to delay this action."

---

[1] Alpine Management Services III, LLC ("Alpine") also filed a Motion to Dismiss in this action [ECF No. 43].  Alpine and NetCE have finalized a settlement agreement and therefore the Court need not set a deadline for NetCE's response to Alpine's Motion.  After this stay is lifted, NetCE will dismiss Alpine.

Counsel for NetCE has also conferred with counsel for Elite and Elite has no objection to the lifting of the stay and setting May 12, 2017 as the deadline for NetCE's response to Elite's Motion to Dismiss.

WHEREFORE, for the reasons set forth above, this Court should lift its stay and reset the deadline for NetCE to respond to Elite's Motion to Dismiss to May 12, 2017.

Dated: April 20, 2017                                    Respectfully submitted,

HOLLAND & KNIGHT LLP


*/s Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email:  phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone:   (954)525-1000
Facsimile:    (954)463-2030

*/s John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email:  john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email:  Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone:   (415)743-6918
Facsimile:    (415)743-6910
*Attorneys for CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic notice through the Court's CM/ECF filing system on April 20, 2017 on all counsel or parties of record on the Service List below.

#50711721_v5

                                     */s/ Philip E. Rothschild*
                                     Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*
**[VIA E-MAIL]**

Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: peter.chiabotti@akerman.com
*Attorneys for Elite Continuing Education, Inc.*
**[VIA E-MAIL]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email: markwilson@mvalaw.com; katecole@mvalaw.com
*Attorneys for Elite Continuing Education, Inc.*
**[VIA E-MAIL]**

Jorge Guttman, Esq.
William K. Hill, Esq.
Gunster
600 Brickell, Suite 3500
Miami, FL 33131-1897
Email: jguttman@gunster.com; whill@gunster.com
*Attorneys for Alpine Management Services III, LLC*
**[VIA E-MAIL]**

Richard S. Horvath, Jr., Esq.
Skadden Arps et al
525 University Ave
Palo Alto, CA 94301
Email: richard.horvath@skadden.com
*Attorneys for Alpine Management Services III, LLC*
**[VIA E-MAIL]**

#50711721_v5