# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

JASSIN JOURIA
    Debtor

_____ /

Case No.: 16-27150 RBR
CHAPTER 13

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now, the Debtor, Jassin Jouria, by and through his undersigned counsel, and hereby files this notice of Voluntary Dismissal With Prejudice pursuant to 11 U.S.C. 1307(b).

Debtor filed for bankruptcy protection under Chapter 13 to resolve his debt obligations arising from a claim brought against him in a pending lawsuit. In light of the Court's recent Order granting the Creditor relief from the Automatic Stay to allow the litigation to ensue against Debtor to determine liability and amount of claim, Debtor hereby voluntarily dismisses this current bankruptcy petition.

### ATTORNEY CERTIFICATION PURSUANT TO ADMINISTRATIVE ORDER 97-3

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF MAILING

I certify that a true copy of the foregoing was served by U.S. Mail and/or via the CM/ECF System of the United States Bankruptcy Court on this 11th day of April, 2017 upon Robin Weiner, Standing Chapter 13 Trustee, P.O. Box 279806, Miramar, FL 33027, the Office of the U.S. Trustee, 51 SW 1st Avenue, Miami, FL 33130 and all creditors and all others set forth on the NEF.

                                                /s/ Iman I. Abouelazm
                                                Iman I. Abouelazm, Esq.
                                                110 E. Broward Blvd., #1700
                                                Fort Lauderdale, FL 33301
                                                Tel: 305-362-6500
                                                FBN: 713414

```
MIME-Version:1.0
From:FLSB_ECF_Notification@FLSB.USCOURTS.GOV
To:Courtmail@localhost.localdomain
Bcc: USTPRegion21.MM.ECF@usdoj.gov, iiaecf@gmail.com, joaquin.alemany@hklaw.com, jose.casal@hklaw.com
Do not notice for BK case:

Message-Id:<42317578@FLSB.USCOURTS.GOV>
Subject:16-27150-RBR Notice of Voluntary Dismissal
```

Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## Southern District of Florida

Notice of Electronic Filing

The following transaction was received from Iman I. Abouelazm entered on 4/11/2017 at 12:26 PM EDT and filed on 4/11/2017

**Case Name:**       Jassin M Jouria
**Case Number:**     16-27150-RBR
**Document Number:** 34

**Docket Text:**
Notice of Voluntary Dismissal Filed by Debtor Jassin M Jouria. (Abouelazm, Iman)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\Dell\Documents\IMAN LAW INTERNATIONAL\AAA Bankruptcy\Jouria, Jassin\Pleadings\Notice of Voluntary Dismissal Ch 13.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1068065210 [Date=4/11/2017] [FileNumber=42317576-0] [4c358d69c33dfb8024806bc531f842460925001baf534107f64f3330a30ca7279e b82372bedcc69ea5dcf73aef537544e4cd3c9172a1eb184c25f057c21953cf]]

**16-27150-RBR Notice will be electronically mailed to:**

Iman I. Abouelazm, Esq. on behalf of Debtor Jassin M Jouria
iiaecf@gmail.com

Joaquin J Alemany on behalf of Creditor CE Resource Inc. d/b/a CME Resource and NetCE
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**16-27150-RBR Notice will not be electronically mailed to:**