# EXHIBIT "C"



**ORDERED in the Southern District of Florida on April 12, 2017.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JASSIN JOURIA, | ) | Case No. 16-27150-RBR |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING IN PART MOTION FOR ENTRY OF AN ORDER (A) VACATING ORDER EXTENDING AUTOMATIC STAY AS TO ALL CREDITORS; (B) DISMISSING DEBTOR'S BANKRUPTCY CASE DUE TO BAD FAITH FILING; OR, ALTERNATIVELY, (C) MODIFYING THE AUTOMATIC STAY TO PERMIT THE CONTINUATION OF NONBANKRUPTCY LITIGATION**

THIS MATTER came before the Court at the evidentiary hearing on April 6, 2017, upon the *Motion for Entry of an Order (a) Vacating Order Extending Automatic Stay as to All Creditors; (b) Dismissing Debtor's Chapter 13 Bankruptcy Case Due to Bad Faith Filing; or, Alternatively (c) Modifying the Automatic Stay for Cause to Permit the Continuance of Nonbankruptcy Litigation* [ECF No. 20] ("Motion") and the *Notice of Filing Supplemental Declaration of John Kern in Support of the Motion* ("Supplemental Declaration") [ECF No. 32], filed by CE Resource Inc. d/b/a CME Resource and NetCE ("NetCE"). Having reviewed the Motion, Supplemental Declaration, based on

the evidence presented and admitted, the testimony of the Debtor, Jassin Jouria ("Debtor"), the arguments of counsel, and for the reasons stated on the record, the Court hereby ORDERS as follows:

1. The Order Extending the Automatic Stay as to all Creditors [ECF No. 19] entered on January 24, 2017 is hereby VACATED.

2. The Motion for Relief from the Automatic Stay is GRANTED and the automatic stay is lifted so that the lawsuit of *Jassin Jouria v. CE Resource, Inc.*, Case No. 0:15-cv-61165-WPD, pending in in the United States District Court for the Southern District of Florida, can be prosecuted against the Debtor and any other parties through Final Judgment.

3. The Motion to Dismiss Bankruptcy Case is continued pending further order of this Court.

# # #

Submitted by:

Joaquin J. Alemany, Esq.
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, 33rd Floor
Miami, Florida 33131
Tel. (305) 374-8500 / Fax (305) 789-7799
E-mail: joaquin.alemany@hklaw.com

Copy furnished to:
Joaquin J. Alemany, Esq.
*Attorney Alemany is directed to serve conformed copies of this Order upon the Service List attached to the original motion(s), immediately upon receipt hereof, and to file a certificate of service with the Court confirming such service.