UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

Third-Party Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO LIFT BANKRUPTCY STAY AND SET DEADLINE FOR RESPONSE TO MOTION TO DISMISS THIRD PARTY CLAIM

THIS CAUSE is before the Court upon Net CE's Unopposed Motion to Lift Bankruptcy Stay and Set Deadline to Respond to Elite's Motion to Dismiss [DE 62]. The Court has carefully considered the motion, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stay in this case is hereby **LIFTED**;

2. NetCE's response to Elite's Motion to Dismiss Third Party Claim [DE 36] shall be due **May 12, 2017**.

**DONE AND ORDERED** this 21st day of April, 2017, in Fort Lauderdale, Florida.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record