**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

    Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC. and
ALPINE MANAGEMENT SERVICES III, LLC,

Third-Party Defendants.
_____/

## VOLUNTARY DISMISSAL WITH PREJUDICE

Defendant/Counter-Plaintiff/Third Party Plaintiff CE RESOURCE, INC., d/b/a CME RESOURCES and NETCE (hereafter "NetCE"), pursuant to Fed. R. Civ. P. 41(c), hereby dismisses Alpine Management Services III, LLC ("Alpine") from its Third Party Complaint, with prejudice.

Dated:   April 21, 2017

Respectfully submitted,

/s/ *Philip E. Rothschild, Esq.*
Philip E. Rothschild, Esq.
Fla. Bar No. 0088536
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Tel 954/525-1000
Fax 954/463-2030
E mail: phil.rothschild@hklaw.com

/s/Jessica E. Lanier, Esq.
/s/ John P. Kern, Esq.
Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Tel 415/743-6918
Fax 415/743-6910
E mail: john.kern@hklaw.com
           jessica.lanier@hklaw.com
*Attorneys for Defendant/Counterclaim Plaintiff/Third Party Plaintiff, NetCE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic notice through the Court's CM/ECF filing system on April 21, 2017 on all counsel or parties of record on the Service List below.

/s/ Philip E. Rothschild
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email:  prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*
**[VIA E-MAIL]**

Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: peter.chiabotti@akerman.com
*Attorneys for Elite Continuing Education, Inc.*
**[VIA E-MAIL]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Moore & Van Allen PLLC

100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email:  markwilson@mvalaw.com; katecole@mvalaw.com
*Attorneys for Elite Continuing Education, Inc.*
*[VIA E-MAIL]*

Jorge Guttman, Esq.
William K. Hill, Esq.
Gunster
600 Brickell, Suite 3500
Miami, FL 33131-1897
Email:  jguttman@gunster.com; whill@gunster.com
*Attorneys for Alpine Management Services III, LLC*
*[VIA E-MAIL]*

Richard S. Horvath, Jr., Esq.
Skadden Arps et al
525 University Ave
Palo Alto, CA 94301
Email: richard.horvath@skadden.com
*Attorneys for Alpine Management Services III, LLC*
*[VIA E-MAIL]*