UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

Third-Party Defendants.
_____/

## PROPOSED ORDER DISMISSING THIRD PARTY DEFENDANT ALPINE

THIS CAUSE is before the Court upon NeCE's Voluntary Dismissal with Prejudice of Third Party Defendant Alpine Management Services III, LLC. Thereupon it is hereby ordered that Alpine is dismissed with prejudice from this action, and that each party (NetCE and Alpine) shall bear its own attorneys' fees and costs with respect to the claim against Alpine. The Clerk can terminate Alpine as a defendant in this case.

**DONE AND ORDERED** this _____ day of April, 2017, in Fort Lauderdale, Florida.

                                                        WILLIAM P. DIMITROULEAS
                                                        United States District Judge

Copies to counsel of record on CM/ECF