UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC.,

Third-Party Defendant.
_____/

**ORDER DISMISSING THIRD PARTY DEFENDANT ALPINE AND RE-OPENING CASE**

THIS CAUSE is before the Court upon Net CE's Voluntary Dismissal with Prejudice of Third Party Defendant Alpine [DE 64] and the Court's Order Granting Unopposed Motion to Lift Bankruptcy Stay and Set deadline for Response to Motion to Dismiss Third Party Complaint [DE 63]. The Court has carefully considered the Notice of Voluntary Dismissal [DE 64], the record in this case, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk is directed to **RE-OPEN** this case;

2. CE Resources, Inc.'s Notice of Voluntary Dismissal [DE 64] is **APPROVED**;

3. Alpine Management Services III, LLC is **DISMISSED** with prejudice from CE Resources, Inc.'s Third Party Complaint;

4. Alpine Management Services III, LLC's Motion to Dismiss CE Resources, Inc.'s Third Party Claims [DE 41] is **DENIED AS MOOT;**

5. CE Resource, Inc. has until **May 22, 2017** to file a Response brief to Elite Continuing Education's Motion to Dismiss [DE 43];

6. The Clerk is directed to **MARK AS PENDING** Elite Continuing Education's Motion to Dismiss [DE 43].

**DONE AND ORDERED** this 8th day of May, 2017, in Fort Lauderdale, Florida.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record