**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

        Third Party Defendants.

_____

## DECLARATION OF JOHN KERN IN SUPPORT OF NETCE'S OPPOSITION TO ELITE'S MOTION TO DISMISS

I, John P. Kern, declare as follows:

1. I am a partner with the law firm of Holland & Knight LLP, and I am duly licensed to practice law in the State of California. I am also admitted *pro hac vice* in the United States District Court for the Southern District of Florida in the above-captioned case. I am one of the attorneys representing defendant CE Resource, Inc. *d/b/a* CME Resource and NetCE (hereafter, "NetCE").

2. I have personal knowledge of the circumstances described below and, if so called, can testify under oath regarding these events.

3. In April of 2015, upon discovery of Elite's and Dr. Jouria's bad acts, NetCE sent a cease-and-desist letter to Elite, which initiated a prolonged conversation (via email and phone calls) between Elite and NetCE.

4. On April 9, 2015, NetCE sent a cease-and-desist letter to Dr. Jouria. The letter summarized the contracts and provisions and asked that Dr. Jouria provide an accounting of his profits from his infringing activity. A true and correct copy of this letter is attached as **Exhibit 1** to this Declaration.

5. The letter closed by offering to enter into a settlement agreement with Dr. Jouria, if he satisfied the conditions in the letter, stating that, if Dr. Jouria did not comply, NetCE would pursue all available legal remedies.

6. An extensive email and phone exchange ensued between attorneys for Dr. Jouria and NetCE.

7. Dr. Jouria's attorney pretended to be conciliatory, and NetCE believed a settlement agreement was at least possible, if not probable.

8. At one point, Dr. Jouria's attorney made a settlement offer and then threatened to put his client through bankruptcy if the offer were rejected.

9. After weeks of intransigence, Dr. Jouria's attorney's delayed responsiveness, and missed deadlines, NetCE concluded Dr. Jouria was stalling in order to stave off a lawsuit.

10. At this time, NetCE discovered Dr. Jouria had engaged in infringing activities with yet another CME provider ("NurseCE4Less").

11. Shortly thereafter, NetCE began preparing its complaint to be filed in the Eastern District of California where its place of business is located ("California Lawsuit").

12. Unbeknownst to NetCE (and while NetCE and Dr. Jouria's attorney were still communicating), Dr. Jouria filed the instant declaratory judgment action in this Court in June of 2015.

13. NetCE, meanwhile, filed the California lawsuit on September 4, 2015 and made several attempts to serve Dr. Jouria before succeeding on September 22, 2015. Dr. Jouria's attorney also refused to accept service for him. NetCE believes Dr. Jouria was actively avoiding process servers at his home.

14. After being served the Florida Lawsuit, NetCE filed a motion to dismiss, transfer, or stay that action on October 6, 2015. This motion was based primarily on the premise that Dr.

Jouria's Florida Lawsuit was an anticipatory lawsuit, and that Dr. Jouria "filed first" in order to secure a forum more favorable and convenient for himself.

15. In response, and in keeping with threats Dr. Jouria's counsel had made to NetCE mere months earlier, Dr. Jouria filed for bankruptcy in the Bankruptcy Court for the Southern District of Florida on October 23, 2015, and applied for a stay. The docket for this bankruptcy case (Case No. 15-28811-LMI) is attached to this Declaration as **Exhibit 2**.

16. On May 16, 2016, in a conversation with counsel for Alpine Management Services III, LLC, NetCE discovered that Dr. Jouria's first Chapter 13 bankruptcy filing had been dismissed with prejudice for 180 days on May 10, 2016.

17. Knowing that this Court would lift its stay, the judge presiding over the California Lawsuit, Judge Shubb, stayed the California Lawsuit pending the outcome of NetCE's impending motion to dismiss, transfer, or stay in the Florida Court. The Florida Court lifted its stay on June 15, 2016.

18. NetCE filed for relief from the order extending the stay and, after oral argument on April 6, 2017, convinced the Bankruptcy Court that Dr. Jouria was a bad faith filer. NetCE applied to this Court to lift the second bankruptcy stay, and this Court complied on April 21, 2017.

19. The docket for Dr. Jouria's second bankruptcy case (Case No. 16-27150-RBR) is attached to this Declaration as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 22nd day of May, 2017

By: _____
John P. Kern, Esq.

Dated: May 22, 2017                         Respectfully submitted,

HOLLAND & KNIGHT LLP


/s/ Philip E. Rothschild
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ John P. Kern
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC. d/b/a
CME RESOURCE and NetCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Philip E. Rothschild
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email:  prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*
*[VIA E-MAIL]*

Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: peter.chiabotti@akerman.com
*Attorneys for Elite Continuing Education, Inc.*
*[VIA E-MAIL]*

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email:  markwilson@mvalaw.com; katecole@mvalaw.com
*Attorneys for Elite Continuing Education, Inc.*
*[VIA E-MAIL]*