# Exhibit 1

# Holland & Knight

50 California Street, Suite 2800 | San Francisco, CA 94111 | T 415.743.6900 | F 415.743.6910
Holland & Knight LLP | www.hklaw.com

John P. Kern
(415) 743-6918
john.kern@hklaw.com

April 9, 2015

*Via Certified Mail, Return Receipt Requested
and Email*

Jassin M. Jouria, Jr., MD
2648 N. 26th Terrace
Hollywood, FL 33020

      **Re:**    **CEASE & DESIST UNLAWFUL CONDUCT**
                **Notice of Termination of Freelance Writer Agreements**
                <u>**Document Preservation/Litigation Hold Notice**</u>

Dear Mr. Jouria:

      We are outside legal counsel for CE Resource, Inc. (*d/b/a* "CME Resource" and
"NetCE", referred to herein as "NetCE"), with respect to certain intellectual property and
litigation matters. It has come to our attention that you are in material breach of multiple written
agreements between NetCE and you, and that you may also be engaging in the willful
infringement of NetCE's copyrights in the content described in this letter. If you are represented
by legal counsel, please direct this letter to your attorney immediately and have your attorney
notify us of such representation, so that we can direct additional correspondence and
communication to him/her.

      ***By this letter NetCE demands that you immediately cease and desist your unlawful
conduct, including without limitation your unlawful use, dissemination, and/or publication of
NetCE's contractually and copyright protected materials described herein.***

      As you are aware, in 2012 and 2013 you entered into the multiple written agreements
with NetCE (referred to herein as the "Freelance Writer Agreements"), under which agreements
you were permitted to submit proposed continuing medical education articles to NetCE for
NetCE's exclusive editorial review and consideration for publication. Recently, NetCE has
discovered you have materially breached the Freelance Writer Agreements' express terms by
publishing at least seven (7) articles (which you had previously submitted to NetCE) with one of

Anchorage | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Fort Lauderdale | Jacksonville | Lakeland | Los Angeles | Miami
New York | Northern Virginia | Orlando | Portland | San Francisco | Tallahassee | Tampa | Washington, D.C. | West Palm Beach

Jassin M. Jouria, Jr., MD
April 9, 2015
Page 2

NetCE's competitors, Elite CME.   Specifically, NetCE has uncovered violations associated with the following Freelance Writer Agreements and the associated articles and topics:

1.  Topic: The Lymphatic and Immune Systems
    NetCE Contract date: May 12, 2012
    Date you submitted draft article to NetCE: August 10, 2012
    Substantially Similar Course Published with Elite at:
    https://nursing.elitecme.com/CA/course/NCA12BPI15
    Full Course at Elite:
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA12BPI15.pdf.

2.  Topic: Traumatic Brain Injury
    NetCE Contract date: August 24, 2012
    Date you submitted draft article to NetCE: October 15, 2012
    Publication with Elite CME at:
    https://nursing.elitecme.com/CA/course/NCA06TBI15
    Full course through Elite CME website at:
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06TBI15.pdf.

3.  Topic: Nonantibiotic Antimicrobial Pharmacology
    NetCE Contract date: October 12, 2012
    Date you submitted draft article to NetCE: January 8, 2013
    Published with Elite at: https://nursing.elitecme.com/CA/course/NCA08NAI15
    and https://nursing.elitecme.com/CA/course/NCA09NIJ15
    Full Courses at Elite:
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08NAI15.pdf and
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09NIJ15.pdf.

4.  Topic: Cardiovascular Pharmacology
    NetCE Contract date: October 12, 2012
    Date you submitted draft article to NetCE: November 19, 2012
    Substantially Similar Course Published with Elite at:
    https://nursing.elitecme.com/CA/course/NCA10CDI15
    Full Course at Elite:
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA10CDI15.pdf.

5.  Topic: Gastroesophageal Reflux Disease
    NetCE Contract date: January 15, 2013
    Date you submitted draft article to NetCE: May 9, 2013
    Published with Elite CME:
    https://nursing.elitecme.com/CA/course/NCA06GEI15
    Full Course at Elite:
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06GEI15.pdf.

Jassin M. Jouria, Jr., MD
April 9, 2015
Page 3

6.   Topic: Cancer and Chemotherapy
     NetCE Contract date: January 15, 2013
     Date you submitted draft article to NetCE: March 11, 2013
     Published with Elite at: https://nursing.elitecme.com/CA/course/NCA09CCI15
     and https://nursing.elitecme.com/CA/course/NCA08CII15
     Full Courses at Elite:
     https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09CCI15.pdf and
     https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08CII15.pdf.

7.   Topic: Depression vs. Dementia in the Elderly
     NetCE Contract Date: April 5, 2013
     Date you submitted draft article to NetCE: April 15, 2013
     Published with Elite at: https://nursing.elitecme.com/CA/course/NCA09DDI15
     and https://nursing.elitecme.com/CA/course/NCA09DII15
     Full Courses at Elite:
     https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DDI15.pdf and
     https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DII15.pdf.

As you are well aware, NetCE has paid you for exclusive ownership and right of first refusal to publish the above articles. [*See* §9 (Ownership and Assignment of Intellectual Property).] By publishing the above articles through Elite CME  you have materially breached the terms of the various Freelance Writer Agreements listed above including, without limitation, the following provisions: (1) §5(d) ("Writer will submit the Article to any other party for publication unless and until [NetCE] expressly rejects the Article . . .."), and (2) §9 (Ownership and Assignment of Intellectual Property.  "Writer hereby understands and agrees that all articles approved for publication by [NetCE] under this agreement shall belong exclusively to [NetCE] . . ." and . . ."Writer agrees that, to the maximum extent allowed by law, all such Articles shall be deemed to be 'works made for hire' under all relevant copyright laws, and [NetCE] shall be deemed to be the author thereof . . .."). Accordingly, *NetCE hereby terminates the Freelance Writer Agreements* set forth above, and it demands immediate repayment of all monies paid by NetCE to you for the breached agreements. [*See* Freelance Writer Agreements, §3.]

Although our investigation is ongoing, based on the information we have collected thus far, your conduct---in addition to constituting multiple breaches of the Freelance Writer Agreements---also may violate NetCE's rights under (1) United States Copyright law (Title 17 of the United States Code), and (2) California's Unfair Business Practices statute (*see* Cal. Bus. & Prof. Code §17200).  Accordingly, NetCE hereby reserves all rights and remedies available under the law, including its right to injunctive relief, compensatory damages, disgorgement of all of your earnings (*see* Cal. Bus. & Prof. Code §17203), and finally its right to recover statutory damages of $150,000 for each of your acts of willful infringement (*see* 17 U.S.C. §504(c)).

#35150865_v1

Jassin M. Jouria, Jr., MD
April 9, 2015
Page 4

In view of the foregoing, we are compelled to demand the following:

1. That you immediately *cease and desist your unlawful conduct*, including without limitation your unlawful use, disclosure, dissemination, distribution, sale, and/or publication of NetCE's contractually and/or copyright protected materials---including without limitation by notifying Elite CME of this letter and demanding that it de-publish any offending articles;

2. That you provide to NetCE (using me as NetCE's legal representative) no later than the close of business on April 17, 2015, a complete accounting of any payments you have received from the entity doing business as Elite CME---or from any other entity or source---for the publication or use of the articles mentioned herein;

3. That you provide to NetCE (using me as NetCE's legal representative) no later than the close of business on April 17, 2015, all documentation---electronic and hard-copy--- reflecting your communications and/or business arrangement with Elite CME, as well as documentation reflecting business arrangements between you and any other entity or company through which you have sought publication of the articles mentioned herein;

4. *That you pay NetCE, by wire or cashier's check and no later than the close of business on April 17, 2015, the amount of $200,000*, which amount reflects (a) your repayment of the base amount of $68,000 which NetCE paid you under the seven agreements you are in breach of, (b) statutory interest of 10% per annum (to which NetCE is entitled under California law), (c) NetCE's reasonable costs and attorneys' fees resulting from your breaching and unlawful conduct (*see* §6 [Indemnification] of the Freelance Writer Agreements), and (4) a penalty reflecting your potential liability under copyright laws and the consequential damages you conduct has caused NetCE;

5. That you *take all necessary steps to ensure that you preserve and not destroy--- even inadvertently---any records (electronic or otherwise) potentially relevant to the issues set forth in this letter*. Please be aware that NetCE will use your destruction of potentially relevant materials as evidence of liability in this matter;  and, finally

6. That you provide to NetCE no later than the close of business on April 17, 2015 (using me as NetCE's legal representative), a signed, notarized Affidavit attesting to your compliance with the terms set forth above.

Jassin M. Jouria, Jr., MD
April 9, 2015
Page 5


     If you satisfy the conditions set forth above by the listed deadlines, NetCE will enter into a settlement agreement with you releasing you from any additional claims arising from the at-issue Freelance Writer Agreements.  If you fail to comply with NetCE's demands within the listed time periods, we will use your failure to comply as further evidence of "willful infringement" and pursue all available legal remedies.  Rest assured, your liability and exposure under such circumstances would be considerable.

Very Truly Yours,

HOLLAND & KNIGHT LLP

John P. Kern

cc:    Erin Meinyer, NetCE
       Sarah Campbell, NetCE