# Exhibit 2

**Repeat, DebtEd, DISMISSED, MONEY, CLOSED**

# U.S. Bankruptcy Court
## Southern District of Florida (Miami)
### Bankruptcy Petition #: 15-28811-LMI

*Assigned to:* Laurel M Isicoff
Chapter 13
Voluntary
Asset

*Date filed:* 10/23/2015
*Date terminated:* 04/06/2017
*Debtor dismissed:* 05/10/2016
*341 meeting:* 01/15/2016

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Jassin M. Jouria**
1500 NW 12 Avenue
Unit 1516
Miami, FL 33136
MIAMI-DADE-FL
SSN / ITIN: xxx-xx-4671

represented by **Iman I. Abouelazm, Esq.**
110 E. Broward Blvd #1700
Fort Lauderdale, FL 33301
305.362.6500
Email: iiaecf@gmail.com

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027
954-443-4402

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 10/23/2015 | 1 (7 pgs) | Chapter 13 Voluntary Petition . [Fee Amount $310] (Abouelazm, Iman) (Entered: 10/23/2015) |
| 10/23/2015 | 2 | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 10/23/2015) |
| 10/23/2015 | 3 (1 pg) | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 10/23/2015) |
| 10/23/2015 | 4 | Declaration Under Penalty of Perjury to Accompany Petitions, |

|  |  |  |
|---|---|---|
|  | (1 pg) | Schedules and Statements Filed Electronically by Attorney Iman I. Abouelazm Esq. (Re: 1 Voluntary Petition (Chapter 13) filed by Debtor Jassin M. Jouria, 2 Statement of Debtor(s) Social Security Number(s) filed by Debtor Jassin M. Jouria). (Abouelazm, Iman) (Entered: 10/23/2015) |
| 10/23/2015 |  | Receipt of Voluntary Petition (Chapter 13)(15-28811) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 25911758. Fee amount 310.00. (U.S. Treasury) (Entered: 10/23/2015) |
| 10/25/2015 | 5 (1 pg) | Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically by Attorney Iman I. Abouelazm Esq. (Re: 1 Voluntary Petition (Chapter 13) filed by Debtor Jassin M. Jouria, 2 Statement of Debtor(s) Social Security Number(s) filed by Debtor Jassin M. Jouria). (Abouelazm, Iman) (Entered: 10/25/2015) |
| 10/26/2015 |  | Clerk's Evidence of Repeat Filings for debtor JOURIA, JASSIN M. Case Number 10-34316 , Chapter 7 filed in Florida Southern on 08/18/2010 was Closed on 12/22/2010 was Discharged on 12/22/2010. (admin) (Entered: 10/26/2015) |
| 10/26/2015 | 6 (2 pgs) | Notice of Incomplete Filings Due. Chapter 13 Plan due by 11/6/2015. Summary of Schedules due 11/6/2015. Schedules A-J due 11/6/2015.Statement of Financial Affairs Due 11/6/2015.Declaration Concerning Debtors Schedules Due: 11/6/2015.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 22C-1 Due 11/6/2015. Payment Advices due for Debtor 11/6/2015. [Incomplete Filings due by 11/6/2015]. (Oriol-Bennett, Alexandra) (Entered: 10/26/2015) |
| 10/26/2015 | 7 | Notice to Filer of Apparent Filing Deficiency: **Attorney's Address on the Petiton Does not Match the Address on Record with the Court. \*\*\*THE FILER IS DIRECTED TO AMEND THE VOLUNTARY PETITION TO SHOW THE CORRECT ADDRESS OR FILE A CHANGE OF ADDRESS WITH THE COURT ASAP.\*\*** (Re: 1 Chapter 13 Voluntary Petition . [Fee Amount $310]) (Oriol-Bennett, Alexandra) (Entered: 10/26/2015) |
| 10/28/2015 | 8 (3 pgs) | BNC Certificate of Mailing (Re: 6 Notice of Incomplete Filings Due. Chapter 13 Plan due by 11/6/2015. Summary of Schedules due 11/6/2015. Schedules A-J due 11/6/2015.Statement of Financial Affairs Due 11/6/2015.Declaration Concerning Debtors Schedules Due: 11/6/2015.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 22C-1 Due 11/6/2015. Payment Advices due for Debtor 11/6/2015. [Incomplete Filings due by 11/6/2015].) Notice Date 10/28/2015. (Admin.) (Entered: 10/29/2015) |

| | | |
|---|---|---|
| 11/05/2015 | 9<br>(1 pg) | Trustee's Certificate of Service of Trustee's Notice of Required Documents (Neidich, Nancy) (Entered: 11/05/2015) |
| 11/05/2015 | 10<br>(2 pgs) | *Ex Parte* Motion to Extend Time to File Schedules and Plan,Required Information Pursuant to 11 USC Section 521a, Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 11/05/2015) |
| 11/09/2015 | 11<br>(1 pg) | Certificate of Service by Attorney Iman I. Abouelazm Esq. (Re: 10 *Ex Parte* Motion to Extend Time to File Schedules and Plan,Required Information Pursuant to 11 USC Section 521a, filed by Debtor Jassin M. Jouria). (Abouelazm, Iman) (Entered: 11/09/2015) |
| 11/10/2015 | 12<br>(1 pg) | Order Granting Motion to Extend Time to File Schedules/Plan/Required Information. Deadline Extended through 11/20/2015. (Re: # 10) [Incomplete Filings due by 11/20/2015]. Summary of Schedules due 11/20/2015. Schedules A-J due 11/20/2015.Statement of Financial Affairs Due 11/20/2015.Declaration Concerning Debtors Schedules Due: 11/20/2015. Chapter 13 Plan due by 11/20/2015.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 22C-1 Due 11/20/2015. Payment Advices due for Debtor 11/20/2015. (Oriol-Bennett, Alexandra) (Entered: 11/10/2015) |
| 11/20/2015 | 13<br>(2 pgs) | Second *Ex Parte* Motion to Extend Time to File Schedules and Plan,Required Information Pursuant to 11 USC Section 521a, Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 11/20/2015) |
| 11/23/2015 | 14<br>(1 pg) | Order Granting Motion to Extend Time to File Schedules/Plan/Required Information. Deadline Extended through 12/4/2015. (Re: # 13) [Incomplete Filings due by 12/4/2015]. Summary of Schedules due 12/4/2015. Schedules A-J due 12/4/2015.Statement of Financial Affairs Due 12/4/2015.Declaration Concerning Debtors Schedules Due: 12/4/2015. Chapter 13 Plan due by 12/4/2015.Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 22C-1 Due 12/4/2015. Payment Advices due for Debtor 12/4/2015. (Oriol-Bennett, Alexandra) (Entered: 11/23/2015) |
| 12/06/2015 | 15<br>(33 pgs; 2 docs) | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule C,Schedule D,Schedule E/F,Schedule G,Schedule H,Schedule I,Schedule J,Schedule J-2,Schedules A-J,Statement of Financial Affairs,Declaration re Schedules,] Filed by Debtor Jassin M. Jouria. (Attachments: # 1 Local Form 4) (Abouelazm, Iman) (Entered: 12/06/2015) |
| 12/06/2015 | 16 | Chapter 13 Calculation of Your Disposable Income Form |

| | | |
|---|---|---|
| | (4 pgs) | 122C-2 Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 12/06/2015) |
| 12/06/2015 | 17 (4 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Not Determined Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 12/06/2015) |
| 12/06/2015 | 18 (6 pgs) | Payment Advices by Debtor Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 12/06/2015) |
| 12/06/2015 | 19 (1 pg) | Disclosure of Compensation by Attorney Iman I. Abouelazm Esq.. (Abouelazm, Iman) (Entered: 12/06/2015) |
| 12/06/2015 | 20 (1 pg) | Chapter 13 Plan Filed by Debtor Jassin M. Jouria (Abouelazm, Iman) (Entered: 12/06/2015) |
| 12/07/2015 | 21 | Notice to Filer of Apparent Filing Deficiency: **Document does not substantively conform to the required OFFICIAL FORM EFFECTIVE 12-1-2015. THE FILER IS DIRECTED TO REFILE DOCUMENTS WITHIN 14 DAYS. FAILURE TO COMPLY WILL RESULT IN THESE PAPERS BEING STRIKEN AND MAY RESULT IN DISMISSAL OF CASE. (S).** (Re: 15 Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule C,Schedule D,Schedule E/F,Schedule G,Schedule H,Schedule I,Schedule J,Schedule J-2,Schedules A-J,Statement of Financial Affairs,Declaration re Schedules,] Filed by Debtor Jassin M. Jouria. (Attachments: # 1 Local Form 4), 16 Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Debtor Jassin M. Jouria., 17 Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Not Determined Filed by Debtor Jassin M. Jouria.) (Oriol-Bennett, Alexandra) (Entered: 12/07/2015) |
| 12/07/2015 | 22 (4 pgs; 2 docs) | Meeting of Creditors to be Held on 1/15/2016 at 09:30 AM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 4/14/2016. Last Day to Oppose Discharge or Dischargeability is 3/15/2016. Objection to Confirmation Deadline: 1/15/2016. Confirmation Hearing to be Held on 2/2/2016 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Oriol-Bennett, Alexandra) (Entered: 12/07/2015) |
| 12/09/2015 | 23 (4 pgs) | BNC Certificate of Mailing (Re: 22 Meeting of Creditors to be Held on 1/15/2016 at 09:30 AM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 4/14/2016. Last Day to Oppose Discharge or Dischargeability is 3/15/2016. Objection to Confirmation Deadline: 1/15/2016. Confirmation Hearing to be Held on 2/2/2016 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL |

| | | |
|---|---|---|
| | | 33128.) Notice Date 12/09/2015. (Admin.) (Entered: 12/10/2015) |
| 12/09/2015 | 24 (2 pgs) | BNC Certificate of Mailing - PDF Document (Re: 22 Meeting of Creditors to be Held on 1/15/2016 at 09:30 AM at 51 SW First Ave Room 102, Miami. Proofs of Claim due by 4/14/2016. Last Day to Oppose Discharge or Dischargeability is 3/15/2016. Objection to Confirmation Deadline: 1/15/2016. Confirmation Hearing to be Held on 2/2/2016 at 01:30 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128.) Notice Date 12/09/2015. (Admin.) (Entered: 12/10/2015) |
| 12/16/2015 | 25 (1 pg) | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedules A-J,] Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 12/16/2015) |
| 12/16/2015 | 26 (26 pgs; 2 docs) | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedules A-J,] Filed by Debtor Jassin M. Jouria. (Attachments: # 1 Local Form 4) (Abouelazm, Iman) (Entered: 12/16/2015) |
| 12/16/2015 | 27 (9 pgs; 2 docs) | Initial Schedules Filed: [Statement of Financial Affairs,] Filed by Debtor Jassin M. Jouria. (Attachments: # 1 Local Form 4) (Abouelazm, Iman) (Entered: 12/16/2015) |
| 12/16/2015 | 28 (5 pgs; 2 docs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Not Determined Filed by Debtor Jassin M. Jouria. (Attachments: # 1 Local Form 4) (Abouelazm, Iman) (Entered: 12/16/2015) |
| 12/16/2015 | 29 (9 pgs; 2 docs) | Chapter 13 Calculation of Your Disposable Income Form 122C-2 Filed by Debtor Jassin M. Jouria. (Attachments: # 1 Local Form 4) (Abouelazm, Iman) (Entered: 12/16/2015) |
| 12/16/2015 | 30 (7 pgs) | Payment Advices by Debtor Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 12/16/2015) |
| 12/16/2015 | 31 (1 pg) | Disclosure of Compensation by Attorney Iman I. Abouelazm Esq.. (Abouelazm, Iman) (Entered: 12/16/2015) |
| 12/23/2015 | 32 (1 pg) | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 12/23/2015) |
| 12/25/2015 | 33 (2 pgs) | BNC Certificate of Mailing (Re: 32 Notice of Requirement to File Financial Management Course Certificate (admin)) Notice Date 12/25/2015. (Admin.) (Entered: 12/26/2015) |
| 01/07/2016 | 34 (1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 01/07/2016) |

| | | |
|---|---|---|
| 01/19/2016 | [35](#)<br>(1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 01/19/2016) |
| 01/19/2016 | [36](#)<br>(1 pg) | Objection to Debtor's Claim of Exemptions *and Certificate of Service* Filed by Trustee Nancy K. Neidich. (Neidich, Nancy) (Entered: 01/19/2016) |
| 01/19/2016 | [37](#)<br>(1 pg) | Notice of Hearing by Filer (Re: [36](#) Objection to Debtor's Claim of Exemptions *and Certificate of Service* Filed by Trustee Nancy K. Neidich.). Chapter 13 Hearing scheduled for 02/02/2016 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Neidich, Nancy) (Entered: 01/19/2016) |
| 01/20/2016 | 38 | Statement Adjourning Meeting of Creditors Filed by Trustee Nancy K. Neidich (Re: [22](#) Meeting of Creditors Chapter 13). 341(a) Meeting Continued to 1/28/2016 at 03:35 PM at 51 SW First Ave Room 102, Miami. (Neidich, Nancy) (Entered: 01/20/2016) |
| 02/12/2016 | [39](#)<br>(1 pg) | Certification of Compliance and Request for Confirmation of Ch. 13 Plan Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 02/12/2016) |
| 02/12/2016 | [40](#)<br>(7 pgs; 2 docs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,] Filed by Debtor Jassin M. Jouria. (Attachments: # [1](#) Local Form 4) (Abouelazm, Iman) (Entered: 02/12/2016) |
| 02/12/2016 | [41](#)<br>(1 pg) | First Amended Chapter 13 Plan (Re:[20](#) Chapter 13 Plan filed by Debtor Jassin M. Jouria) Filed by Debtor Jassin M. Jouria (Abouelazm, Iman) (Entered: 02/12/2016) |
| 02/16/2016 | [42](#)<br>(1 pg) | Notice of Non-Compliance Filed by Trustee Nancy K. Neidich (Re: [35](#) Chapter 13 Trustee's Notice of Deficiency for Confirmation). (Neidich, Nancy) (Entered: 02/16/2016) |
| 02/16/2016 | 43 | Trustee's Request for Entry of Order Dismissing Case Upon Denial of Confirmation of Plan Filed by Trustee Nancy K. Neidich. (Neidich, Nancy) (Entered: 02/16/2016) |
| 02/16/2016 | 44 | Trustee's Request for Entry of Order Dismissing Case Upon Denial of Confirmation of Plan Filed by Trustee Nancy K. Neidich. (Carrington, Amy) (Entered: 02/16/2016) |
| 02/17/2016 | [45](#)<br>(2 pgs) | Order Granting Trustee's Request for Order Dismissing Case Upon Denial of Confirmation of Plan (Re: # 43 ) Case is Dismissed with a Prejudice Period of 180 Days. [Filing Fee Balance Due: $0.00] (Oriol-Bennett, Alexandra) (Entered: 02/17/2016) |

| | | |
|---|---|---|
| 02/19/2016 | 46<br>(3 pgs) | BNC Certificate of Mailing - Order Dismissing Case (Re: 45 Order Granting Trustee's Request for Order Dismissing Case Upon Denial of Confirmation of Plan (Re: # 43 ) Case is Dismissed with a Prejudice Period of 180 Days. [Filing Fee Balance Due: $0.00]) Notice Date 02/19/2016. (Admin.) (Entered: 02/20/2016) |
| 02/23/2016 | 47<br>(1 pg) | Second Amended Chapter 13 Plan (Re:41 Amended Chapter 13 Plan filed by Debtor Jassin M. Jouria) Filed by Debtor Jassin M. Jouria (Abouelazm, Iman) (Entered: 02/23/2016) |
| 02/29/2016 | 48<br>(3 pgs) | Motion to Reinstate Case Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 02/29/2016) |
| 02/29/2016 | 49<br>(1 pg) | Notice of Hearing by Filer (Re: 48 Motion to Reinstate Case Filed by Debtor Jassin M. Jouria.). Chapter 13 Hearing scheduled for 04/05/2016 at 09:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Abouelazm, Iman) (Entered: 02/29/2016) |
| 03/30/2016 | 50<br>(1 pg) | Certificate of Service by Attorney Iman I. Abouelazm Esq. (Re: 48 Motion to Reinstate Case filed by Debtor Jassin M. Jouria, 49 Notice of Hearing by Filer filed by Debtor Jassin M. Jouria). (Abouelazm, Iman) (Entered: 03/30/2016) |
| 04/04/2016 | 51<br>(7 pgs; 2 docs) | Amended Schedules Filed: [Summary of Your Assets/Liabilities,Schedule A/B,Schedule C,] Filed by Debtor Jassin M. Jouria. (Attachments: # 1 Local Form 4) (Abouelazm, Iman) (Entered: 04/04/2016) |
| 04/04/2016 | 52<br>(8 pgs) | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 04/04/2016) |
| 04/04/2016 | 53<br>(1 pg) | Third Amended Chapter 13 Plan (Re:47 Amended Chapter 13 Plan filed by Debtor Jassin M. Jouria) Filed by Debtor Jassin M. Jouria (Abouelazm, Iman) (Entered: 04/04/2016) |
| 04/05/2016 | 54 | Notice to Filer of Apparent Filing Deficiency: **Selected Event Does Not Match PDF Image. THE FILER IS DIRECTED TO REFILE PLEADING USING THE CORRECT EVENT** (Re: 52 Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed by Debtor Jassin M. Jouria.) (Oriol-Bennett, Alexandra) (Entered: 04/05/2016) |
| 04/13/2016 | 55<br>(2 pgs) | Order Granting Motion To Reinstate Case (Re: # 48) Confirmation Hearing to be Held on 5/3/2016 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave |

| | | |
|---|---|---|
| | | Courtroom 8 (LMI), Miami, FL 33128. Last Day to Oppose Discharge or Dischargeability is 6/5/2016. Proofs of Claim due by 7/5/2016. (Oriol-Bennett, Alexandra) (Entered: 04/13/2016) |
| 04/15/2016 | 56 (3 pgs) | BNC Certificate of Mailing - PDF Document (Re: 55 Order Granting Motion To Reinstate Case (Re: 48) Confirmation Hearing to be Held on 5/3/2016 at 01:35 PM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. Last Day to Oppose Discharge or Dischargeability is 6/5/2016. Proofs of Claim due by 7/5/2016.) Notice Date 04/15/2016. (Admin.) (Entered: 04/16/2016) |
| 04/19/2016 | 57 (1 pg) | Chapter 13 Trustee's Notice of Deficiency for Confirmation (Neidich, Nancy) (Entered: 04/19/2016) |
| 04/22/2016 | 58 (3 pgs) | Agreed Order to Employer to Deduct and Remit and for Related Matters . (Oriol-Bennett, Alexandra) (Entered: 04/22/2016) |
| 04/29/2016 | 59 (1 pg) | Fourth Amended Chapter 13 Plan (Re:53 Amended Chapter 13 Plan filed by Debtor Jassin M. Jouria) Filed by Debtor Jassin M. Jouria (Abouelazm, Iman) (Entered: 04/29/2016) |
| 04/29/2016 | 60 (1 pg) | Amended Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 04/29/2016) |
| 05/01/2016 | 61 (4 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 122C-1. Disposable Income Is Determined Filed by Debtor Jassin M. Jouria. (Abouelazm, Iman) (Entered: 05/01/2016) |
| 05/01/2016 | 62 (1 pg) | Notice to Withdraw Document Filed by Debtor Jassin M. Jouria (Re: 60 Chapter 13 Statement of Current Monthly Income). (Abouelazm, Iman) (Entered: 05/01/2016) |
| 05/06/2016 | 63 | Trustee's Request for Entry of Order Dismissing Case Upon Denial of Confirmation of Plan Filed by Trustee Nancy K. Neidich. (Neidich, Nancy) (Entered: 05/06/2016) |
| 05/10/2016 | 64 (2 pgs) | Order Granting Trustee's Request for Order Dismissing Case Upon Denial of Confirmation of Plan (Re: # 63 ) Case is Dismissed with a Prejudice Period of 180 Days. [Filing Fee Balance Due: $0.00] (Oriol-Bennett, Alexandra) (Entered: 05/10/2016) |
| 05/12/2016 | 65 (3 pgs) | BNC Certificate of Mailing - Order Dismissing Case (Re: 64 Order Granting Trustee's Request for Order Dismissing Case Upon Denial of Confirmation of Plan (Re: # 63 ) Case is |

|            |                | Dismissed with a Prejudice Period of 180 Days. [Filing Fee Balance Due: $0.00]) Notice Date 05/12/2016. (Admin.) (Entered: 05/13/2016) |
|------------|----------------|------|
| 03/24/2017 | 66 (2 pgs)     | Notice of Deposit of Unclaimed Funds in the Total Amount of [$ 2200.20] with the Clerk, United States Bankruptcy Court for JASSIN M. JOURIA 1500 NW 12 AVENUE UNIT 1516 MIAMI, FL 33136 in the amount of $ 2200.20; (Neidich, Nancy) (Entered: 03/24/2017) |
| 03/24/2017 |                | Receipt of Notice of Deposit of Funds with the USBC Clerk(15-28811-LMI) [trustee,unclfnd] (2200.20) Filing Fee. Receipt number 29504045. Fee amount 2200.20. (U.S. Treasury) (Entered: 03/24/2017) |
| 04/05/2017 | 67 (3 pgs)     | Chapter 13 Trustee's Final Report and Account (Dismissed) Filed by Trustee Nancy K. Neidich. (Neidich, Nancy) (Entered: 04/05/2017) |
| 04/06/2017 | 68 (1 pg)      | Order Discharging Trustee and Bankruptcy Case Closed. (Oriol-Bennett, Alexandra) (Entered: 04/06/2017) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 05/22/2017 14:34:07 ||||
| **PACER Login:** | lanierje84:4588913:4538280 | **Client Code:** | 222222.22222 |
| **Description:** | Docket Report | **Search Criteria:** | 15-28811-LMI Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |