# Exhibit 3

5/22/2017                                    CM/ECF LIVE - U.S. Bankruptcy Court:flsb

Repeat, DebtEd, DISMISSED

# U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
### Bankruptcy Petition #: 16-27150-RBR

*Date filed:* 12/30/2016
*Debtor dismissed:* 04/12/2017
*341 meeting:* 02/22/2017

*Assigned to:* Raymond B Ray
Chapter 13
Voluntary
Asset

*Debtor*                                         represented by **Iman I. Abouelazm, Esq.**
**Jassin M Jouria**                                               110 E. Broward Blvd #1700
2648 N. 26 Terrace                                                Fort Lauderdale, FL 33301
Hollywood, FL 33020                                               305.362.6500
BROWARD-FL                                                        Email: iiaecf@gmail.com
SSN / ITIN: xxx-xx-4671

*Trustee*
**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
954-382-2001

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
|---|---|---|
| 12/30/2016 | <u>1</u><br>(8 pgs) | Chapter 13 Voluntary Petition . [Fee Amount $310] (Abouelazm, Iman) (Entered: 12/30/2016) |
| 12/30/2016 | <u>2</u> | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Jassin M Jouria. (Abouelazm, Iman) (Entered: 12/30/2016) |
| 12/30/2016 | <u>3</u><br>(1 pg) | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Jassin M Jouria. (Abouelazm, Iman) (Entered: 12/30/2016) |
| 12/30/2016 | | Receipt of Voluntary Petition (Chapter 13)(16-27150) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 28961886. Fee amount 310.00. (U.S. Treasury) (Entered: 12/30/2016) |

| | | |
|---|---|---|
| 01/02/2017 | | Clerk's Evidence of Repeat Filings for debtor JOURIA, JASSIN M Case Number 15-28811 , Chapter 13 filed in Florida Southern on 10/23/2015 was Dismissed on 05/10/2016; Case Number 10-34316 , Chapter 7 filed in Florida Southern on 08/18/2010 was Closed on 12/22/2010 was Discharged on 12/22/2010. (admin) (Entered: 01/02/2017) |
| 01/03/2017 | 4<br>(2 pgs) | Notice of Incomplete Filings Due. Chapter 13 Plan due by 1/13/2017. Summary of Your Assets and Liabilities and Certain Statistical Information due 1/13/2017. Schedules A-J due 1/13/2017.Statement of Financial Affairs Due 1/13/2017.Declaration Concerning Debtors Schedules Due: 1/13/2017.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 1/13/2017. Payment Advices due for Debtor 1/13/2017. [Incomplete Filings due by 1/13/2017]. (Rodriguez, Lorenzo) (Entered: 01/03/2017) |
| 01/05/2017 | 5<br>(3 pgs) | BNC Certificate of Mailing (Re: 4 Notice of Incomplete Filings Due. Chapter 13 Plan due by 1/13/2017. Summary of Your Assets and Liabilities and Certain Statistical Information due 1/13/2017. Schedules A-J due 1/13/2017.Statement of Financial Affairs Due 1/13/2017.Declaration Concerning Debtors Schedules Due: 1/13/2017.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 1/13/2017. Payment Advices due for Debtor 1/13/2017. [Incomplete Filings due by 1/13/2017].) Notice Date 01/05/2017. (Admin.) (Entered: 01/06/2017) |
| 01/10/2017 | 6<br>(3 pgs) | Motion to Continue the Automatic Stay Filed by Debtor Jassin M Jouria. (Abouelazm, Iman) (Entered: 01/10/2017) |
| 01/10/2017 | 7<br>(1 pg) | Notice of Hearing (Re: 6 Motion to Continue the Automatic Stay Filed by Debtor Jassin M Jouria.) Chapter 13 Hearing scheduled for 01/19/2017 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Gomez, Edy) (Entered: 01/10/2017) |
| 01/13/2017 | 8<br>(1 pg) | *Ex Parte* Motion to Extend Time to File Schedules and Plan,Matrix,Payment Advices (Db),Required Information Pursuant to 11 USC Section 521a, Filed by Debtor Jassin M Jouria. (Abouelazm, Iman) (Entered: 01/13/2017) |
| 01/17/2017 | 9<br>(36 pgs; 2 docs) | Initial Schedules Filed: [Summary of Your Assets/Liabilities,Schedules A-J,Statement of Financial Affairs,Declaration re Schedules,] Filed by Debtor Jassin M Jouria. (Attachments: # 1 Local Form 4) (Abouelazm, Iman) (Entered: 01/17/2017) |
| 01/17/2017 | 10<br>(4 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. |

|  |  | Disposable Income Is Determined Filed by Debtor Jassin M Jouria. (Abouelazm, Iman) (Entered: 01/17/2017) |
|---|---|---|
| 01/17/2017 | 11<br>(2 pgs) | Payment Advices by Debtor Filed by Debtor Jassin M Jouria. (Abouelazm, Iman) (Entered: 01/17/2017) |
| 01/17/2017 | 12<br>(1 pg) | Disclosure of Compensation by Attorney Iman I. Abouelazm Esq.. (Abouelazm, Iman) (Entered: 01/17/2017) |
| 01/17/2017 | 13<br>(1 pg) | Chapter 13 Plan Filed by Debtor Jassin M Jouria (Abouelazm, Iman) (Entered: 01/17/2017) |
| 01/17/2017 | 14<br>(1 pg) | Certificate of Service by Attorney Iman I. Abouelazm Esq. (Re: 6 Motion to Continue the Automatic Stay filed by Debtor Jassin M Jouria, 7 Notice of Hearing). (Abouelazm, Iman) (Entered: 01/17/2017) |
| 01/18/2017 | 15<br>(4 pgs; 2 docs) | Meeting of Creditors to be Held on 2/22/2017 at 11:00 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Proofs of Claim due by 5/23/2017. Last Day to Oppose Discharge or Dischargeability is 4/24/2017. Confirmation Hearing to be Held on 4/13/2017 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. Objection to Confirmation Deadline: 3/30/2017. (Grooms, Desiree) (Entered: 01/18/2017) |
| 01/19/2017 | 16<br>(1 pg) | Order Granting Motion to Extend Time to File Schedules/Plan/Required Information. Deadline Extended through 1/28/2017. (Re: # 8) (Grooms, Desiree) (Entered: 01/19/2017) |
| 01/20/2017 | 17<br>(4 pgs) | BNC Certificate of Mailing (Re: 15 Meeting of Creditors to be Held on 2/22/2017 at 11:00 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Proofs of Claim due by 5/23/2017. Last Day to Oppose Discharge or Dischargeability is 4/24/2017. Confirmation Hearing to be Held on 4/13/2017 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. Objection to Confirmation Deadline: 3/30/2017.) Notice Date 01/20/2017. (Admin.) (Entered: 01/21/2017) |
| 01/20/2017 | 18<br>(2 pgs) | BNC Certificate of Mailing - PDF Document (Re: 15 Meeting of Creditors to be Held on 2/22/2017 at 11:00 AM at 299 E Broward Blvd Room 411, Fort Lauderdale. Proofs of Claim due by 5/23/2017. Last Day to Oppose Discharge or Dischargeability is 4/24/2017. Confirmation Hearing to be Held on 4/13/2017 at 09:00 AM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. Objection to Confirmation Deadline: 3/30/2017.) Notice Date 01/20/2017. (Admin.) (Entered: 01/21/2017) |
| 01/24/2017 | 19 | Order Granting Motion To Extend the Automatic Stay (Re: # |

5/22/2017                                    CM/ECF LIVE - U.S. Bankruptcy Court:flsb

|            |                       |                                                                                                                                                                                                                                                                                                                                                                                |
|------------|-----------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            | (1 pg)                | 6) (Grooms, Desiree) (Entered: 01/24/2017)                                                                                                                                                                                                                                                                                                                                      |
| 02/06/2017 | 20 (24 pgs; 4 docs)   | Motion to Vacate (Re: 19 Order on Motion to Extend the Automatic Stay) , Motion to Dismiss Case , Motion for Relief from Stay [Fee Amount $181] Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE. (Attachments: # 1 Declaration # 2 Trustee Notice of Non-Compliance # 3 Declaration) (Alemany, Joaquin) (Entered: 02/06/2017)                                    |
| 02/06/2017 | 21 (1 pg)             | Notice of Hearing by Filer (Re: 20 Motion to Vacate (Re: 19 Order on Motion to Extend the Automatic Stay) , Motion to Dismiss Case , Motion for Relief from Stay [Fee Amount $181] Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE. (Attachments: # 1 Declaration # 2 Trustee Notice of Non-Compliance # 3 Declaration)). Chapter 13 Hearing scheduled for 03/16/2017 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Alemany, Joaquin) (Entered: 02/06/2017) |
| 02/06/2017 |                       | Receipt of Motion for Relief From Stay(16-27150-RBR) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 29191361. Fee amount 181.00. (U.S. Treasury) (Entered: 02/06/2017)                                                                                                                                                                                                   |
| 02/22/2017 | 22 (7 pgs)            | Amended Document To Reflect Prior filings Filed by Debtor Jassin M Jouria (Re: 1 Voluntary Petition (Chapter 13) filed by Debtor Jassin M Jouria). (Abouelazm, Iman) (Entered: 02/22/2017)                                                                                                                                                                                       |
| 03/01/2017 | 23 (1 pg)             | Notice of Requirement to File Financial Management Course Certificate (admin) (Entered: 03/01/2017)                                                                                                                                                                                                                                                                             |
| 03/03/2017 | 24 (2 pgs)            | BNC Certificate of Mailing (Re: 23 Notice of Requirement to File Financial Management Course Certificate (admin)) Notice Date 03/03/2017. (Admin.) (Entered: 03/04/2017)                                                                                                                                                                                                         |
| 03/16/2017 | 25 (2 pgs)            | Certificate of Service Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE (Re: 20 Motion to Vacate (Re: 19 Order on Motion to Extend the Automatic Stay) filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE, Motion to Dismiss Case , Motion for Relief from Stay [Fee Amount $181], 21 Notice of Hearing by Filer filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE). (Alemany, Joaquin) (Entered: 03/16/2017) |
| 03/24/2017 | 26 (2 pgs)            | Order Setting Hearing (Re: 20 Motion to Vacate filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE). Evidentiary Hearing scheduled for 04/06/2017 at 01:30 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Grooms, Desiree) (Entered: 03/24/2017)                                                                                    |
| 03/24/2017 | 27                    | Objection to Debtor's Claim of Exemptions Filed by Creditor                                                                                                                                                                                                                                                                                                                     |

| | (2 pgs) | CE Resource Inc. d/b/a CME Resource and NetCE. (Alemany, Joaquin) (Entered: 03/24/2017) |
|---|---|---|
| 03/24/2017 | [28](1 pg) | Notice of Hearing by Filer (Re: [27](Objection to Debtor's Claim of Exemptions Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE.). Chapter 13 Hearing scheduled for 04/13/2017 at 01:00 PM at U.S. Courthouse, 299 E Broward Blvd Room 308 (RBR), Fort Lauderdale, FL. (Alemany, Joaquin) (Entered: 03/24/2017) |
| 03/27/2017 | [29](2 pgs) | Certificate of Service Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE (Re: [20] Motion to Vacate (Re: [19] Order on Motion to Extend the Automatic Stay) filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE, Motion to Dismiss Case , Motion for Relief from Stay [Fee Amount $181], [26] Order Setting Hearing). (Alemany, Joaquin) (Entered: 03/27/2017) |
| 03/27/2017 | [30](2 pgs) | Certificate of Service Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE (Re: [27] Objection to Debtor's Claim of Exemptions filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE, [28] Notice of Hearing by Filer filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE). (Alemany, Joaquin) (Entered: 03/27/2017) |
| 03/30/2017 | [31](3 pgs) | Objection to Confirmation of ([13] Chapter 13 Plan filed by Debtor Jassin M Jouria) Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE (Alemany, Joaquin) (Entered: 03/30/2017) |
| 04/05/2017 | [32](10 pgs; 3 docs) | Notice of Filing *Supplemental Declaration of John Kern in Support of NetCEs Motion*, Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE (Re: [20] Motion to Vacate, Motion to Dismiss Case, Motion for Relief From Stay). (Attachments: # [1] Supplemental Declaration # [2] Exhibit Exhibit A to Supplemental Declaration) (Alemany, Joaquin) (Entered: 04/05/2017) |
| 04/06/2017 | [33](3 pgs) | Exhibit List Filed by Debtor Jassin M Jouria (Re: [26] Order Setting Hearing). (Grooms, Desiree) (Entered: 04/10/2017) |
| 04/11/2017 | [34](1 pg) | Notice of Voluntary Dismissal Filed by Debtor Jassin M Jouria. (Abouelazm, Iman) (Entered: 04/11/2017) |
| 04/11/2017 | [35](1 pg) | Certificate of Service by Attorney Iman I. Abouelazm Esq. (Re: [34] Notice of Voluntary Dismissal filed by Debtor Jassin M Jouria). (Abouelazm, Iman) (Entered: 04/11/2017) |
| 04/12/2017 | [36](2 pgs) | Order Granting Notice of Voluntary Dismissal (Re: # [34]). Case is Dismissed with a Prejudice Period of 180 Days. [Filing Fee Balance Due: $0.00] (Graster-Thomas, Tanesha) (Entered: 04/12/2017) |

| | | |
|---|---|---|
| 04/13/2017 | <u>37</u><br>(2 pgs) | Order Granting Motion To Vacate (Re: # <u>20</u>), Continuing Motion to Dismiss Case Pending Further Order of This Court (Re: # <u>20</u>) , Granting Motion For Relief From Stay Re: # <u>20</u> (Grooms, Desiree) (Entered: 04/13/2017) |
| 04/14/2017 | <u>38</u><br>(3 pgs) | BNC Certificate of Mailing - Order Dismissing Case (Re: <u>36</u> Order Granting Notice of Voluntary Dismissal (Re: <u>34</u>). Case is Dismissed with a Prejudice Period of 180 Days. [Filing Fee Balance Due: $0.00]) Notice Date 04/14/2017. (Admin.) (Entered: 04/15/2017) |
| 05/09/2017 | <u>39</u> | Transcript of 4/6/2017 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: <u>20</u> Motion to Vacate (Re: <u>19</u> Order on Motion to Extend the Automatic Stay) , Motion to Dismiss Case , Motion for Relief from Stay [Fee Amount $181] Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE. (Attachments: # 1 Declaration # 2 Trustee Notice of Non-Compliance # 3 Declaration)). Redaction Request Due By 05/16/2017. Statement of Personal Data Identifier Redaction Request Due by 05/30/2017. Redacted Transcript Due by 06/9/2017. Transcript access will be restricted through 08/7/2017. (Ouellette and Mauldin) (Entered: 05/09/2017) |
| 05/10/2017 | <u>40</u><br>(1 pg) | Notice Regarding Filing of Transcript and Deadline for Filing Notice of Intent or Motions to Request Redaction of Transcript. (Re: <u>39</u> Transcript of 4/6/2017 Hearing. [*Transcript will be restricted for a period of 90 days.*] (Re: <u>20</u> Motion to Vacate (Re: <u>19</u> Order on Motion to Extend the Automatic Stay) , Motion to Dismiss Case , Motion for Relief from Stay [Fee Amount $181] Filed by Creditor CE Resource Inc. d/b/a CME Resource and NetCE. (Attachments: # 1 Declaration # 2 Trustee Notice of Non-Compliance # 3 Declaration)). Redaction Request Due By 05/16/2017. Statement of Personal Data Identifier Redaction Request Due by 05/30/2017. Redacted Transcript Due by 06/9/2017. Transcript access will be restricted through 08/7/2017. (Ouellette and Mauldin)) Redaction Request Due By 5/16/2017. Statement of Personal Data Identifier Redaction Request Due by 5/30/2017. Redacted Transcript Due by 6/9/2017. Transcript access will be restricted through 8/7/2017. (Grooms, Desiree) (Entered: 05/10/2017) |

| PACER Service Center |
|---|
| **Transaction Receipt** |

CM/ECF LIVE - U.S. Bankruptcy Court:flsb

| 05/22/2017 14:32:52 | | | |
|---|---|---|---|
| **PACER Login:** | lanierje84:4588913:4538280 | **Client Code:** | 222222.22222 |
| **Description:** | Docket Report | **Search Criteria:** | 16-27150-RBR Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |