**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD**

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) ) |
| | ) |
| Third-Party Defendants. | ) |

**ELITE CONTINUING EDUCATION'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

41826571;1

Third-Party Defendant Elite Continuing Education, Inc. ("Elite"), by and through counsel, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a)(3), for good cause and unopposed by Defendant/Third-Party Plaintiff CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE"), respectfully moves for a one-week extension of time, through and including June 6, 2017, in which to file a reply in support of its Motion to Dismiss (DE 43). In support of this Motion, Elite states as follows:

1. On October 21, 2016, NetCE filed its Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third-Party Complaint (DE 36).

2. On December 22, 2016, Elite timely filed its Motion to Dismiss (DE 43) for failure to state a claim.

3. On May 22, 2017, NetCE filed its Opposition to Elite's Motion to Dismiss (DE 66). Accordingly, Elite must reply to NetCE's Opposition by May 30, 2017.

4. The time for filing a reply has not yet expired.

5. Pursuant to Local Rule 7.1(a)(3), Elite conferred with counsel for NetCE regarding the deadline's proximity to the Memorial Day holiday, during which counsel for Elite will be traveling, and the efforts entailed in filing an adequate and thorough reply. In view of the foregoing, counsel for NetCE does not oppose a one-week extension of time, through and including June 6, 2017, for Elite to file a reply.

6. This motion is made in good faith, not for the purpose of delay or any other improper purpose, and will not prejudice any party.

WHEREFORE, Elite respectfully requests that the deadline to file a reply in support of its Motion to Dismiss be extended by one week from May 30, 2017 to June 6, 2017.

**Local Rule 7.1(a)(3) Certificate of Conference**

Pursuant to Local Rule 7.1(a)(3), the undersigned certifies that counsel for Elite has conferred with counsel for NetCE in a good faith effort to resolve the issues raised in this motion, and that NetCE does not oppose the relief requested.

Dated: May 22, 2017                                        Respectfully submitted,

/s/Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant Elite Continuing Education, Inc.*

## Certificate of Service

I hereby certify that on May 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Peter A. Chiabotti
Peter A. Chiabotti

## Service List

Richard S. Ross, Esq.
915 SE 2nd Court
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
Telephone: (954) 252-9110
Fax: (954) 252-9192
*Attorneys for Plaintiff Dr. Jassin Jouria*

Philip E. Rothchild, Esq.
Holland & Knight LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com
Telephone: (954) 525-1000
Fax: (954) 463-2030
*Attorneys for Defendants CE Resource, Inc. d/b/a CME Resource and NetCE*

John P. Kern, Esq.
Jessica E. Lanier, Esq.
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
         jessica.lanier@hklaw.com
Telephone: (415) 743-6918
Fax: (415) 743-6930
*Attorneys for Defendants CE Resource, Inc. d/b/a CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Akerman LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
*Attorney for Third Party Defendant Elite Continuing Education, Inc.*

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
Moore & Van Allen PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
*Attorneys for Third Party Defendant Elite Continuing Education, Inc.*