IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

**PROPOSED ORDER GRANTING ELITE CONTINUING EDUCATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

41826571;1

THIS MATTER is before the Court pursuant to Elite Continuing Education's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss (DE 68). The Court, having reviewed the Motion and being fully advised in the premises, has determined that the Motion is supported by good cause and is **GRANTED.**

It is hereby **ORDERED** that the deadline for Elite to file a reply is enlarged by one week, through and including June 6, 2017.

**DONE AND ORDERED** this ___ day of _____, 2017.

                WILLIAM P. DIMITROULEAS
                United States District Judge

Copies to counsel of record on CM/ECF

41826571;1