UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.: 15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC.,

    Third-Party Defendant.
_____/

## REVISED JOINT SCHEDULING REPORT

Plaintiff/Counterclaim Defendant, DR. JASSIN JOURIA ("Dr. Jouria"), Defendant/ Counter-Plaintiff/Third Party Plaintiff CE RESOURCE, INC., d/b/a CME RESOURCES and NETCE (hereafter "NetCE"), and Third Party Defendant ELITE CONTINUING EDUCATION, INC. ("Elite") (collectively, the "Parties"), pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida ("S.D. Fla. L.R."), met via telephone conference on May 10, 2017, and hereby submit this Revised Joint Scheduling Report.

**Information required by S.D. Fla. L.R. 16.1(b):**

(A)    **Likelihood of Settlement.** Settlement is unlikely at this time, but the Parties will attempt in good faith to resolve this matter and will notify the Court if they do so. NetCE has resolved its third-party claim against Alpine Management Services III, LLC. *See* DE 65.

(B)     **Likelihood of Appearance in the Action of Additional Parties**.  No further parties are contemplated to be added from this point forward.

(C)     **Discovery Schedule.** The Parties propose their respective pretrial discovery schedules, per the attached, based on the standard case management track pursuant to S.D. Fla. L.R. 16.1.A.2.

(D)     **Proposals for the Formulation and Simplification of Issues.** At this time, the Parties do not have any proposals for the formulation and simplification of any issues. As the case progresses the Parties will, if appropriate, in good faith, confer to discuss proposals for the formulation and simplification of issues in this case.

(E)     **Necessity of Amendments to Pleadings.** Defendant has filed an Answer, asserted Affirmative Defenses, has filed a Counterclaim against Dr. Jouria, and has included Third Party Claims against Elite.  Depending upon the resolution of Elite's Motion to Dismiss the Third Party Claims, there may be the necessity of amendments but none are contemplated at this time.

(F)     **Admissions and Stipulations Which Will Avoid Unnecessary Proof.**  The Parties will work together to obtain admissions and stipulations that will avoid unnecessary proof at trial.

(G)     **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.** The Parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

(H)     **Referral of Matters to Magistrate Judge.** The Parties do not consent to trial by the Magistrate Judge, or to the disposition of dispositive pre-trial motions by a Magistrate Judge.

(I)     **Preliminary Estimate of the Time Required for Trial.**  The Parties believe this matter will require 5 days of trial.

(J)     **Pretrial Conference and Trial Dates.**  The Parties request that the pretrial conference and trial be scheduled as set forth in their attached, respective proposals.  Although Dr. Jouria did not requested a jury trial in his Complaint, NetCE did so in the opening paragraph of its Answer/Counterclaim/Third Party Claim

(K)     **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.**  At this time, the Parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

Respectfully submitted.


/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff
Fla. Bar No. 436630
915 SE 2 Court
Ft. Lauderdale, Florida 33301
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com
*Attorney for Plaintiff and Counterclaim Defendant, Dr. Jouria*

-and-

/s/ Philip E. Rothschild, Esq.
Philip E. Rothschild, Esq.
Fla. Bar No. 0088536
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Tel 954/525-1000
Fax 954/463-2030
E mail: phil.rothschild@hklaw.com

/s/Jessica E. Lanier, Esq.
/s/ John P. Kern, Esq.
Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800

San Francisco, California 94111
Tel 415/743-6918
Fax 415/743-6910
E mail: john.kern@hklaw.com
　　　　jessica.lanier@hklaw.com
*Attorneys for Defendant/Counterclaim Plaintiff/Third Party Plaintiff, NetCE*

-and-

/s/ Peter A. Chiabotti, Esq.
Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: peter.chiabotti@akerman.com

/s/ J. Mark Wilson, Esq.
J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email:  markwilson@mvalaw.com; katecole@mvalaw.com
*Attorneys for Elite Continuing Education, Inc.*

## NetCE's Proposed Schedule[1]

Initial Disclosures pursuant to Rule 26(a)(1)(A) – completed

Deadline for Amending Pleadings/Joinder of Additional Parties – July 5, 2017

Fact Discovery Cut Off – October 20, 2017

Exchange of Expert Reports – October 20, 2017

Exchange of Expert Rebuttal Reports – November 3, 2017

Expert Discovery Cut Off – November 17, 2017

Last Day to Select a Mediator – November 17, 2017

Last Day to File Summary Judgment or Other Dispositive Motions – December 1, 2017

Exchange of Witness Lists – January 10, 2018

Last Day to Complete Mediation – January 15, 2018

Deadline for Joint Pretrial Stipulation – January 25, 2018

Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law – January 25, 2018

Deadline for Filing of Deposition Designations – January 25, 2018

Deadline for Pretrial Motions and Memoranda of Law – January 25, 2018

Deadline for Responses to Pretrial Motions and Memoranda of Law – February 2, 2018

Pretrial Conference – February 8, 2018

Trial Calendar – February 12, 2018

---

[1] NetCE's proposed schedule is based in part on the history of Dr. Jouria's actions to date, as well as his ability to file another bankruptcy action in October of 2017.  NetCE would like to have as much fact discovery completed as possible by October of 2017.

**Jouria's and Elite's Proposed Schedule[2]**

Initial Disclosures pursuant to Rule 26(a)(1)(A) – Completed

Deadline for Amending Pleadings/Joinder of Additional Parties – Nov. 17, 2017

Exchange of Expert Reports – Jan. 12, 2018

Exchange of Expert Rebuttal Reports – Feb. 9, 2018

Discovery Cut Off – Mar. 9, 2018

Last Day to Select a Mediator – Mar. 9, 2018

Last Day to File Summary Judgment or Other Dispositive Motions – April 6, 2018

Last Day to Complete Mediation – 60 days before calendar call

Exchange Witness Lists – 30 days before calendar call

---

[2] Elite provides this proposed schedule before the Court has ruled on Elite's motion to dismiss (D.E. 43). Elite reserves the right to seek appropriate adjustments to the schedule in the event its motion is not granted forthwith. Additionally, Elite notes that NetCE has proposed a fact discovery deadline that provides the parties with fewer than five (5) months to complete fact discovery. This timeframe is significantly shorter than the discovery period provided for "Standard Track" cases in Local Rule 16.1(a). It would be unfair to Elite to have such a short discovery period. This case presently remains in the pleading stage, and it is still unclear as to the scope and extent of the claims that will survive the pleading stage. At a minimum, the parties will need to engage in discovery regarding NetCE's allegations of infringement of multiple courses, with parties, witnesses, and documents located across the United States. While NetCE speculates about the possibility of Dr. Jouria filing another bankruptcy action, this hypothetical scenario should not be used to prejudice Elite.

NetCE's proposed schedule suffers from additional problems, as it would require the exchange of expert rebuttal reports only two (2) weeks after the exchange of initial reports; would provide only two (2) weeks for expert depositions; would require the parties to file dispositive motions only two (2) weeks later, which period of time includes the Thanksgiving holiday; and would require the parties to satisfy pretrial requirements and prepare for trial within a few short weeks (and during the December holidays) after submitting, and before the Court issues rulings on, dispositive motions.

Elite's proposed schedule addresses and resolves these issues for the benefit of all parties and the Court.

Deadline for Joint Pretrial Stipulation – 7 days before calendar call

Deadline for Proposed Jury Instructions and/or Proposed Findings of Fact and Conclusions of Law – 2 weeks before calendar call

Deadline for Filing of Deposition Designations – 2 weeks before calendar call

Deadline for Pretrial Motions and Memoranda of Law – 2 weeks before calendar call

Deadline for Responses to Pretrial Motions and Memoranda of Law – 1 week before calendar call

Deadline for Resolution of Pretrial Motions – calendar call

Pretrial Conference – July 9, 2018

Trial Calendar – July 16, 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.:15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. *d/b/a* CME RESOURCES
and NetCE,

    Defendant.
_____/

**JOINT PROPOSED SCHEDULING ORDER**

  The Court, after considering the matters discussed in the parties' Joint Scheduling Report, finds that good cause exists for entry of this Joint Proposed Scheduling Order.

**A.** **Case Management Track**

This matter is assigned to the standard case management track pursuant to Local Rule 16.1.A.2.

**B.** **Discovery Schedule Agreed to by the Parties**

The parties shall comply with the deadlines set forth below.

  **Date Action**

Initial Disclosures pursuant to Rule 26(a)(1)(A) -

Deadline for Joinder of Additional Parties -

Fact Discovery Cut Off -

Exchange of Expert Reports -

Exchange of Witness Lists -

Exchange of Expert Rebuttal Reports -

Expert Discovery Cut Off -

Last Day to Select a Mediator -

Last Day to File Summary Judgment or Other Dispositive Motions -

Last Day to Complete Mediation -

Deadline for Pretrial Motions and Memoranda of Law -

Deadline for Joint Pretrial Stipulation -

Deadline for Resolution of Pretrial Motions -

Pretrial Conference -

Deadline for Proposed Jury Instructions and/or
Proposed Findings of Fact and Conclusions of Law -

Deadline for Filing of Deposition Designations -

Trial Calendar -

**C.** The Parties may join additional parties and/or amend the pleadings by no later than

_____.

**D.** All pretrial motions shall be filed by _____.

**E.** The Court shall resolve all pretrial motions timely filed by

_____.

**F.** The pretrial conference shall be held on

_____.

**G.** The trial in this matter shall called to calendar on

_____.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Florida, this ___ day of

_____, 2017.

                                                                                                                     _____
                                                                                                                      WILLIAM P. DIMITROULEAS
                                                                                                                      UNITED STATES DISTRICT JUDGE

Copies to:
Richard S. Ross, Esq.
Philip E. Rothschild, Esq.
Jessica E. Lanier, Esq.
John P. Kern, Esq.
Peter A. Chiabotti, Esq.
J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

## SERVICE LIST
*Dr. Jassin Jouria v. CE Resource, et al.*
**Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)**

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, Florida 33301
Method of Service: NEF

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, California 94111
Method of Service: NEF

Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: NEF

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email: NEF

4