UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC.,

    Third-Party Defendant.
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE is before the Court upon the Elite Continuing Education's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss (the "Motion") [DE 68], filed herein on May 22, 2017. The Court has reviewed the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Motion [DE 68] is hereby **GRANTED.**

2. Elite Continuing Education shall have up through and including **June 6, 2017** within which to file its Reply brief to its Motion to Dismiss [DE 43].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of May, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record