## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

       Third Party Defendants.

_____/

**NETCE's REPLY TO JOURIA'S "REPLY" TO DECLARATION OF JOHN
<u>KERN, ESQ. AND REQUEST FOR SANCTIONS</u>**

Defendant/Counter-Plaintiff/Third Party Plaintiff CE Resources, Inc. ("NetCE") responds to Plaintiff Dr. Jassin Jouria's ("Jouria") frivolous attack on the Declaration of John Kern, Esq. (ECF No. 72).  Although Jouria's filing was entitled a "Reply," it was filed in response to a declaration related to a motion not involving Jouria, and the filing itself demands that the Court direct NetCE and Attorney Kern to respond.  Therefore, the instant filing is appropriate under the circumstances, and will directly address the false claims made by Jouria and his counsel, and does not address the pending Motion to Dismiss Third Party Claims filed by Elite Continuing Education, Inc.

Jouria's counsel violates the same disciplinary rules he alleges that Attorney Kern violated by falsely asserting that Attorney Kern's statement made under penalty of perjury was wrong regarding the bankruptcy court ruling that dismissed Jouria's latest bankruptcy filing.  As explained in detail in the declaration of NetCE's bankruptcy counsel, Joaquin Alemany, Esq., who was present and argued NetCE's motion at the bankruptcy court hearing in question, and who practices regularly in the United States Bankruptcy Court for the Southern District of Florida, "bad faith" was the sole basis NetCE advanced in both its moving papers and at the evidentiary hearing, and therefore it is an accurate and entirely fair statement to say that bad faith was the basis for the Bankruptcy Court ruling.  See Declaration of Joaquin Alemany, Esq., attached as Exhibit 1.

As to the other accusations made by Jouria and his counsel, Attorney Kern stands by his statements made in his Declaration (ECF No. 67) as accurate and well within the bounds of advocacy.  The Second Declaration of John Kern, attached to this Reply, contains the detailed refutation of Jouria's accusations.  See Second Declaration of John Kern, ¶¶ 7 to 12.

2

This frivolous attack by Dr. Jouria and his counsel, Richard Ross, on Attorney Kern is sanctionable under 28 U.S.C. § 1927 as an unreasonable and vexatious filing requiring the imposition of $1,500 in attorney's fees payable to NetCE for the time required to respond to his filing. NetCE would therefore request that the Court impose such sanction on either Dr. Jouria, his counsel Richard Ross, or make the sanction joint and several to both of them.

Dated: May 31, 2017                                        Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Philip E. Rothschild
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ John P. Kern
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC.
d/b/a
CME RESOURCE and NetCE

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on May 31, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                   /s/ Philip E. Rothschild
                   Philip E. Rothschild

**SERVICE LIST**

Richard S. Ross, Esq.
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email:  prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*
**[VIA E-MAIL]**

Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: peter.chiabotti@akerman.com
*Attorneys for Elite Continuing Education, Inc.*
**[VIA E-MAIL]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email:  markwilson@mvalaw.com; katecole@mvalaw.com
*Attorneys for Elite Continuing Education, Inc.*
**[VIA E-MAIL]**