**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC.,

    Third-Party Defendant.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon NetCE's Reply to Jouria's "Reply" to Declaration of John Kern, Esq. and Request for Sanctions (the "Motion") [DE 78]. The Court has carefully considered the Motion [DE 78] and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Court **REFERS** the Motion [DE 78] to Magistrate Judge Lurana S. Snow for appropriate disposition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of June, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

Judge Snow