UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and
NetCE,

    Defendant/Counter-Claimant/Third Party Plaintiff,

v.

ALPINE MANAGEMENT SERVICES III, LLC and
ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendants.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on Plaintiff's Motion to Compel Against Defendant CE Resource, Inc. (ECF No. 89), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before July 26, 2017, Defendant CE Resource, Inc., shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of July, 2017.

                                                    LURANA S. SNOW
                                                    UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record