Exhibit A

Writer for Nursing Cont ✕

⬅ ➡ ↻  🔒 Elance-oDesk Inc. [US] elance.com/job/37172482/proposals

# Writer for Nursing Continuing Education Courses  ? Help

Writing & Translation > Academic Writing

Repost Job    Edit Job & Settings ▾    Share ▾

⏳ Job Status: Project Cancelled    💰 Budget: $500 - $1,000

📄 Posted: Thu, Jan 24, 2013    🔒 Fixed Price Job

🔑 Location: Anywhere    🏛 Elance Escrow Protection

🗓 Start: Immediately    W9 U.S. freelancers must have W9

👥 My Team (1)    ⌛ 6 invited


31 total proposals from 7 regions

Established continuing education company is looking for qualified and experienced course writers in the field of nursing.

Course Writing Requirements
1. Course content must be 3000 words per CE hour not including the references.
2. Must have measurable learning objectives.
3. Final examination consisting of ten true and false questions. The questions should be word for word and must follow in order of course content, five true and five false answers.
4. Material needs all references marked in content and listed at the end of the content.
5. No use of copyrighted material or pictures.

Five Skills required are fluent English, good grammar, punctuation and proofreading skills, courses must be submitted in microsoft word.

Job ID: 37172482

## Desired Skills
Medical Writing, Academic Writing, Content Writing, English, English Grammar

### Proposals (31)

18  North America        6  India/Southern Asia

2  Eastern Asia          2  Africa

1  Middle East & Central Asia    1  Western Europe

1  Central & South America

Less Detail ▲

View Job Details

Main Proposals (20)    Other Proposals (11)    Invited (6)

Filter By: All Proposals ▾    Sort By: Submit Date (Latest) ▾    View: ▤ Expanded ▾

⊞ ○ I'm Cortana. Ask me anything.            12:15 AM 1/5/2016