# Exhibit B

## MedCreds Writing Solutions, LLC

Rate Proposal ○○○○○

🇺🇸 United States | Writing & Translation 1 | 0 jobs | $0 Earnings | ☆☆☆☆☆ 0.0 | ▶ Portfolio

### Proposal

Jan 26, 2013 - 5:38 PM ET | Bid ID: 37229069

Dear Client:

I am a medical doctor and professional freelance medical writer.

I have extensive academic experience in allied health education and clinical medicine. I have published several CE courses for various CE providers in the field of nursing, medicine, EMT, and others.

I have written course as short as 2 credit hours to as long as 30 credit hours. I am usually able to complete any length course within approximately 30 days.

I only use current, peer-reviewed medical journals and texts as references.

I am always interested in taking on new writing projects, and I have several payment structures that I accept. We can negotiate something that is mutually beneficial.

Also, I am more than happy to provide you with my CV and several more writing samples, if requested.

Please do not hesitate to contact me directly should you have any questions.

Thank you,

Jassin M. Jouria, Jr., M.D.

View Less ▲ | Print

**Attachments**

📄 TBI_DrJouria_NetCE.docx

---

Sunday, Feb 3, 2013 - 10:51 AM ET

Hi Tracey,

Attached is my completed W-9 form.

Please let me know if you need anything else.

— MedCreds W.

Sunday, Feb 3, 2013 - 10:19 AM ET

Hi Jassin

I apologize, a blank form is attached.

Tracey Foster

— Tracey F.

Friday, Feb 1, 2013 - 6:57 PM ET

Hi Tracey,

I am not sure if the W-9 form should have my information on it, but the one you attached seems to be pre-filled with Employer information and an EIN. So, should I just sign it

— MedCreds W.

**View all messages or reply »**