Exhibit C

| | | | |
|---|---|---|---|
| **MedCr... W.** | Hi Tracey,<br><br>Attached is my completed W-9 form.<br><br>Please let me know if you need anything else.<br><br>I will have the Women and Heart Disease course completed shortly.<br><br>Thank you!<br><br>-Jassin<br>Jouria_W9.JPG<br> | | Feb 03, 2013 10:51 am |
| **Tracey F.** | Hi Jassin<br><br>I apologize, a blank form is attached.<br><br>Tracey Foster<br>Program Manager<br>Elite Professional Education, LLC<br>1-888-857-6920 Ext 309<br>tracey.foster@elitecme.com<br>W-9_Form.pdf | | Feb 03, 2013 10:19 am |
| **MedCr... W.** | Hi Tracey,<br><br>I am not sure if the W-9 form should have my information on it, but the one you attached seems to be pre-filled with Employer information and an EIN. So, should I just sign it and return it to you, or do I need to fill one out with my information on it?<br><br>Thank you!<br><br>-Jassin | | Feb 01, 2013 6:57 pm |
| **Tracey F.** | Hi Jassin<br><br>Thank you for returning the signed contract page. We pay by company check | | Feb 01, 2013 |

|  |  |  |
|---|---|---|
|  | within 1 week of projects becoming completed. I will need the attached W9 form completed and returned to me. I have also signed the contract and returned a copy to you. I look forward to this working relationship. You can contact me direct at the information listed below.<br><br>Thank you<br><br>Tracey Foster<br>Program Manager<br>Elite Professional Education, LLC<br>1-888-857-6920 Ext 309<br>tracey.foster@elitecme.com<br>SKMBT_C35113020106030.pdf | 5:08 pm |
| MedCr... W. | Hi Tracey,<br><br>Attached is the signed contract. Please let me know if you have any questions, or concerns.<br><br>I will email you the course as I complete it.<br><br>Thank you,<br><br>Jassin<br>Contract_Jouria_M.D..JPG | Jan 30, 2013 7:49 pm |
| MedCr... W. | Hi Tracey,<br><br>I noticed that the contract is requiring only 10 T/F questions. Does it matter how long the course is?<br><br>I have written courses for several CE providers, and there are different requirements. I am planning on the Women and Heart Disease course to be approximately 10 to 12 CEUs. Is 10 questions still acceptable for this length of a course?<br><br>Also, when and how is payment made for each course?<br><br>I will have the signed contract sent over this evening. | Jan 30, 2013 4:49 pm |

| | | |
|---|---|---|
| | Thanks again, | |
| | Jassin | |
| **MedCr... W.** | Thank you, Tracey. <br><br> I will look this over this evening and have is signed, scanned, and emailed back to you ASAP. <br><br> Everything looks good at first glance! <br><br> Thanks, <br><br> Jassin | Jan 30, 2013 3:00 pm |
| **Tracey F.** | Hi Dr. Jouria <br> Please reveiw the attached contract and let me know if we can proceed with you writing the Women and Heart Disease first. If so please sign and return and I will also sign and send you a copy. <br><br> Thank you <br> Tracey Foster <br> Nurse_Contract.doc | Jan 30, 2013 2:50 pm |
| **MedCr... W.** | Hi Tracey, <br><br> A few topics I am interested in writing are the following: <br><br> -Women and Heart Disease <br> -Diabetes Pharmacotherapy <br> -Tuberculosis <br> -Pathophysiology Basics: A review <br><br> -Multiple Sclerosis <br> -Cancer <br> -Clinical Cardiovascular Pharmacology <br> -The Lymphatic System <br> -Anatomy and Physiology: Review Series <br> -Antimicrobial Pharmacology <br> -Decubitus Ulcers <br> -COPD <br> -Preventable Advese Events <br><br> Please let me know if any of these sounds interesting, or if you have any other suggestions. <br><br> Looking forward to working with you! <br><br> Thank you, <br><br> Jassin | Jan 30, 2013 1:42 pm |

| | | |
|---|---|---|
| **Tracey F.** | Great I am glad to here it. I would like to receive some course subjects you are willing to write for us. I would love for this to become a great relationship that will benefit us both. I look forward to your suggestions.<br><br>Thank you<br>Tracey Foster | Jan 30, 2013 1:08 pm |
| **MedCr... W.** | OK. That is acceptable.<br><br>Looking forward to working with you.<br><br>Thank you,<br><br>J. Jouria, M.D. | Jan 29, 2013 2:39 pm |
| **Tracey F.** | We also prefer longer courses, but our going rate is $450.00 per ce hour and a ce hour must contain 3000 words. If this is not acceptable with you I understand. Thank you | Jan 29, 2013 2:14 pm |
| **MedCr... W.** | Hello,<br><br>If each CE hour is equivalent to approximately 2,000 words, then the $450 rate may be acceptable.<br><br>I usually prefer to write longer courses, mostly between 10 and 30 credit hours. However, I am able to write any length course, and I can write on a variety of medical topics.<br><br>I have attache my CV and a couple samples of my work. I have written several CE courses (more than 30), and I am more than happy to send you some additional samples, if needed.<br><br>I write CE articles for several CE providers. All of my work is original and of the highest quality.<br><br>Please let me know if you have any other questions, or concerns.<br><br>Thank you,<br><br>J. Jouria, M.D.<br>Acid-Base_v10.docx<br>Dr._Jouria_CV.doc<br>TBI_DrJouria_NetCE.docx | Jan 29, 2013 1:25 pm |
| **Tracey F.** | Thank you for replying to my posting. I would like to review your CV and and sample writing you would like to share. We are looking for writers that will continually provide us with continuing education courses. We do not pay by the hour we pay by the content hour. Our going rate now is $450.00 per ce hour. Is this rate still acceptable to you?<br><br>Thank you | Jan 29, 2013 1:17 pm |