Exhibit D

## INDEPENDENT CONTRACTOR AGREEMENT

This INDEPENDENT CONTRACTOR AGREEMENT ("Agreement") is made and entered into this ____8th____ day of ____November____, 2013, ("Effective Date") by and between Elite Professional Education, LLC, a Delaware limited liability company ("Company"), and ___Jassin Jouria___, individually ("Contractor").

WHEREAS, Company is in the business of providing continuing education services; and

WHEREAS, Company desires to engage (or continue to engage) Contractor to prepare the curriculum for one or more courses (the "Curricula") for Company, and Contractor desires to be so engaged; and

WHEREAS, the parties intend for Company to acquire ownership of all right, title, and interest in and to the Curricula.

NOW THEREFORE, for and in consideration of the mutual promises and covenants contained herein, and other good and valuable consideration, the adequacy and receipt of which are acknowledged by the parties' signatures below, the parties agree as follows:

1.    **Scope of Engagement and Duration of Agreement.** Contractor agrees to prepare all course materials for each continuing education course topic, as and when directed by Company (each a "Curriculum"). All services provided by Contractor hereunder shall at all times comply with any and all applicable laws, statutes, regulations and ordinances, whether federal, state or local. Contractor's engagement shall be episodic but shall always be governed by the terms hereof unless otherwise expressly agreed by the parties in writing. The parties expressly acknowledge and agree that all work performed by Contractor for Company is governed by this Agreement.

2.    **Development Milestones; Compensation.** Upon mutual agreement by Company and Contractor with respect to the topic, the components of a Curriculum, and the deadline for delivery of the Curriculum ("Deadline"), the parties will execute an Addendum outlining same for attachment to (and thereby incorporation into) this Agreement, and Contractor shall commence development of the Curriculum. The Purchase Price for each Curriculum shall be __$475 per CE hour (a minimum of 4,000 words per CE hour, not including references and test questions)__, and Contractor shall not be entitled to any further compensation with respect to the Curriculum. If Contractor delivers the completed Curriculum on or before the Deadline, along with an assignment of all rights therein in a form substantially as provided in Exhibit A, Company shall pay to Contractor fifty percent (50%) of the Purchase Price. Upon delivery of the Curriculum on or before the Deadline, Company shall review the Curriculum with respect to form, format, and content. If such review results in acceptance of the Curriculum ("Acceptance"), Company shall submit the Curriculum to any and all jurisdictions and agencies that it deems necessary or desirable for approval for continuing education credit (collectively "Approvals"). Upon receipt of final Approvals from all jurisdictions and/or agencies, Company shall pay Contractor the remaining fifty percent (50%) of the Purchase Price. Contractor shall be solely responsible for all expenses incurred by Contractor in connection with performance of the services hereunder.

3.    **Late Penalty.** The Purchase Price shall be reduced by fifty and no/100 Dollars ($50.00) per day for a 1 to 3 CE hour course, one hundred and no/100 Dollars ($100.00) per day for a 4 to 7 CE hour course, and one hundred and fifty and no/100 Dollars ($150.00) per day for an 8 or more CE hour course for each day by which Contractor misses the Deadline. If Contractor fails to submit the Curriculum within thirty (30) days of the Deadline, Company may, in its sole and unrestricted discretion, cancel the request for the Curriculum. Immediately upon notice of such cancellation, Contractor shall refund any and all amounts already paid to him or her for the Curriculum at issue.

4.    **Modifications.** Contractor agrees to make any and all required changes and modifications to a Curriculum during the period between submission of the Curriculum and Acceptance, upon the reasonable request of Company. Contractor further agrees to make any and all required changes and modifications to a Curriculum that are required by any jurisdiction or agency to obtain the Approvals. Contractor agrees to provide Company with an additional assignment of the rights in the work at any time that Company deems it to be necessary or desirable as a result of such modifications. In the event that Contractor refuses to make any change or modification to a course that is required by Company or a jurisdiction or agency, or fails to do so within a reasonable time from the request for same, or fails or refuses to provide any additional assignment of rights in the Curriculum, Company may, in its sole and unrestricted discretion, either (i) return the Curriculum to Contractor for a full refund of the Purchase Price paid to the date of termination or (ii) retain the Curriculum with no additional compensation being paid to Contractor.

5.    **Intellectual Property.** The parties acknowledge and agree that it is their primary intent that Company shall own all rights, including the copyright in the Curricula. Each Curriculum is hereby agreed to be a Work Made or Hire pursuant to subsection (2) of the definition of "Work Made for Hire" in the Copyright Act (17 USC §101), including any Curricula prepared by Contractor prior to the date hereof. To the extent that any Curriculum is found not to qualify as a work made for hire pursuant to such provision, then the parties agree that by execution of this Agreement, the copyright in each Curriculum, together with all rights appurtenant thereto, shall be deemed automatically assigned, effective as of the date of creation, to Company by Contractor and shall be the sole and complete property of Company. The assignment executed by Contractor pursuant hereto is not designed to supersede the foregoing, but to provide further evidence of the parties' intentions hereunder. However, in the event that any Curriculum is found not to qualify as a work made for hire and the automatic assignment hereunder is found to be invalid, then the assignment shall control.

6.    **Intellectual Property Ownership.** Contractor acknowledges and agrees that the foregoing is an exclusive transfer of the right, title, and interest in and to the Curriculum and that Contractor may not personally use the Curriculum, or sell, give, or loan the Curriculum to any third party, without Company's express written permission. Contractor further acknowledges and agrees that Company may use the Curriculum in any form or format, now known or hereafter developed and may change, modify, alter, or revise the Curriculum in any way Company deems appropriate, in its sole and unrestricted discretion. Company may or may not include Contractor's name in the materials as the original author, in Company's sole discretion.

7.    **Termination.**

    A.    *Right to Terminate.* Contractor's engagement with the Company shall be terminated without further action by Contractor or the Company, except as provided in this Paragraph, as follows:

        1.    *Death.* This Agreement shall terminate automatically upon Contractor's death.

        2.    *For Cause.* The Company may terminate this Agreement and Contractor's engagement for "Cause" at any time immediately upon delivery of notice of reason for termination. For purposes of this Agreement, Cause shall include: (i) material default or other material breach by Contractor of Contractor's obligations hereunder; (ii) failure or inability by Contractor to perform diligently and competently Contractor's duties to the Company after written notice from the Company of such failure and three (3) business days to correct or cure such failures; or (iii) misconduct, dishonesty, or insubordination, including, without limitation, (A) use of alcohol or illegal drugs such as to interfere with the performance of Contractor's obligations hereunder, (B) conviction of or plea of guilty or no contest to a felony or any crime involving moral turpitude, dishonesty, or theft, and (C) material failure by Contractor to comply with applicable laws or governmental regulations with respect to Company operations or the performance of Contractor's duties.

        3.    *Without Cause.* Either Contractor or the Company may terminate Contractor's engagement without Cause or for convenience with one (1) week notice.

    B.    *Nature of Agreement.* In the event of termination of this Agreement for any reason, Company's only obligation to contractor shall be to pay fees for services rendered by Contractor through the date of termination, if and only if such are clearly due and owing pursuant to the other provisions of this Agreement. Company shall not be required to make any payment to Contractor in the event that Contractor terminates this Agreement without cause. The payments, if any, required to be provided to Contractor pursuant to this paragraph shall be in full and complete satisfaction of any and all obligations owing to Contractor pursuant to this Agreement.

**8.**    **Representations, Warranties, and Covenants of Contractor.**  Contractor represents, warrants, and covenants to Company that: (a) Contractor will use its best efforts to perform its obligations hereunder in a timely and professional manner, and all services hereunder shall be rendered in accordance with applicable laws and regulations; (b) Contractor has all necessary authority to enter into this Agreement and to perform the services; (c) All materials created by Contractor during the course of engagement by Company, do not, and will not infringe the trademark, copyright, patent or other rights of any third-party; and Contractor is the sole and exclusive author and owner of each Curriculum.

**9.**    **Confidentiality.** The parties agree not to disclose the terms of this Agreement to any third party, except its legal and financial counsel or as otherwise required by law. The parties further acknowledge and agree that each will not disclose the Confidential Information to any third party. The term Confidential Information as used herein shall refer to any material, regardless of format, that is disclosed to the other party and designated in writing as confidential. The parties agree that all versions of the Curriculum are Confidential Information of both parties unless and until Company elects to commence distribution of same.

NOV. 11. 2013  1:55PM    TRAUMA    NO. 6945   P. 3

10.  **Indemnification.**  Contractor covenants and agrees to indemnify and hold Company, its owners, officers, directors, employees, agents and other representatives (collectively, "Indemnified Party") harmless from any and all damages (including incidental and consequential damages), expenses (including costs of investigation and defense and reasonable attorneys' fees), liabilities, losses, causes of action, suits, judgments, claims, awards, costs, fees and expenses, whether or not involving a third-party claim, arising directly or indirectly out of or in connection with: (i) any breach of any covenant, representation or warranty made by Contractor in this Agreement; or (ii) any acts or omissions of Contractor in connection with his or her performance hereunder.

11.  **Limitation of Liability.**  Contractor agrees that the Company's entire liability, if any, for any claim(s) for damages relating to this Agreement which are made against Company, whether based in contract, negligence, or otherwise, shall be limited to the amount paid by Company to Contractor. In no event will Company be liable for any consequential, exemplary, incidental, indirect, or special damages, arising from or in any way related to, this Agreement or relating in whole or in part to Contractor's rights hereunder, even if Company has been advised of the possibility of such damages.

12.  **Right of Offset**

If Contractor's engagement with Company is terminated for any reason, Company shall have the right to offset against any fees or other amounts due to Contractor under this Agreement or otherwise, any indebtedness, whether or not evidenced by a promissory note and whether or not mature or due and payable, owed by Contractor to Company under this Agreement or otherwise including, but not limited to, any amounts owed to Company by Contractor pursuant to any indemnities given by Contractor to Company under this Agreement or otherwise.

13.  **Independent Contract.**  Contractor is an independent contractor and nothing in this Agreement is intended nor shall be construed to create an employer/employee relationship, a joint venture relationship, a partnership relationship, or to allow Company to exercise control or direction over the manner or method by which Contractor performs the services which are the subject matter of this Agreement. Contractor understands and agrees that: (a) Company will not withhold from fees payable to Contractor pursuant to this Agreement any sums for income tax, unemployment insurance, social security or any other withholding; (b) Company will not provide any benefits such as workers' compensation insurance, health insurance, petty cash funds, automobile allowances, vacation or sick leave; (c) All such payments, benefits, withholding and taxes are the sole responsibility of the Contractor; and (d) Contractor will indemnify and hold Company harmless from any and all loss or liability arising with respect to such payments, withholding or taxes. The parties hereto agree that both Contractor and Company shall have the right to participate in any discussion or negotiation with the Internal Revenue Service concerning Contractor's independent contractor status under this Agreement irrespective of whom or by whom such discussions or negotiations are initiated.

14.  **Miscellaneous Provisions**

A.  *Further Assurances.*  The parties hereto shall at any and all times, upon request by the other party, or its legal representative, make, execute, and deliver any and all such other and further instruments as may be necessary or desirable for the purpose of giving full force and effect to the provisions of this Agreement, without charge therefor.

B.  *Additional Obligations.*  Both during and after the Term, Contractor shall, upon reasonable notice, furnish Company with such information as may be in Contractor's possession, and cooperate with Company, as may reasonably be requested by Company (and, after the Term, with due consideration for Contractor's obligations with respect to any new engagement or business activity) in connection with any litigation in which Company is or may become a party.  Company shall reimburse Contractor for all reasonable expenses incurred by Contractor in fulfilling Contractor's obligations under this paragraph.

C.  *Notice.*  Any notice or other communication required or permitted under this Agreement by either party hereto to the other shall be in writing, and shall be deemed effective upon (i)  personal delivery, if delivered by hand, (ii)  the day of delivery if delivered by facsimile or electronic mail, or (iii)  the next business day, if sent prepaid by nationally recognized overnight delivery or courier service and received by the recipient as evidenced by such courier service, and in each case addressed as follows:

If to Contractor:

Name of contact:     Jassin M. Jouria, Jr., M.D.
Street Address:        2648 N. 26th Terrace
City, State, Zip code: Hollywood, FL  33020
Telephone number:   (954) 557-0711
Facsimile number:    (954) 367-6667
E-mail address:        jassinjouria@yahoo.com

If to Company:

Name of contact:     Michelle Franchi
Street Address:        1452 N. US Hwy. 1, Suite 100
City, State, Zip code: Ormond Beach, FL 32174
Telephone number:   (888) 857-6920
Facsimile number:    (386) 673-3563
B-mail address:       michelle.franchi@elitecme.com

Either party may change the address or addresses to which notices are to be sent by giving notice of such change of address in the manner provided by this paragraph.

D.  *Entire Agreement.*  This Agreement represents the entire agreement between Company and Contractor with respect to Contractor's engagement with Company, and supersedes and is in full substitution for any and all prior agreements or understandings, whether oral or written, relating to Contractor's engagement.

E.  *Amendment.*  This Agreement may not be amended except in a writing signed by both parties hereto.

F.    *No Waiver.* The failure at any time either of Company to require the performance of any provision of this Agreement shall in no way affect the full right of Company to require such performance at any time thereafter, nor shall the waiver by Company of any breach of any provision of this Agreement be taken or held to constitute a waiver of any succeeding breach of such or any other provision of this Agreement.

G.    *Assignment.* This Agreement is binding on and for the benefit of the Company and Contractor and their respective successors, heirs, executors, administrators, and other legal representatives. Contractor acknowledges that this is a personal services contract and may not be assigned by Contractor without Company's prior written consent. Company may assign this Agreement in connection with the sale of all or substantially all of the assets of Company or of the division or department in which Contractor provides services.

H.    *Severability.* Any term or provision of this Agreement that is invalid or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such invalidity or unenforceability without rendering invalid or unenforceable the remaining terms and provisions of this Agreement or affecting the validity or enforceability of any of the terms or provisions of this Agreement in any other jurisdiction. If any provision of this Agreement is so broad as to be unenforceable, such provision shall be interpreted to be only so broad as is enforceable.

I.    *Governing Law; Jurisdiction; Venue.* The parties agree that this Agreement is being entered into in the state of Florida and shall be governed and construed in accordance with the laws of Florida, without regard to conflicts of laws principles. The parties hereby agree that in any action or proceeding arising out of the parties' relationship, such proceeding shall be brought exclusively in the courts of the State of Florida, County of Volusia or the federal court with subject matter jurisdiction and encompassing the County of Volusia, Florida. Either party may, as a matter of convenience, request the other to execute the Agreement some place other than Florida. In exchange for such convenience, each party hereby knowingly and voluntarily waives any defense it may have to jurisdiction and venue of any action brought on this Agreement, and irrevocably consents and submits to the jurisdiction of, and venue in, the aforementioned courts, and further waives any claim that a proceeding brought therein has been brought in an inconvenient forum. Each party acknowledges that such waiver is a condition precedent to this Agreement should this Agreement be executed outside of Florida. Process in any action or proceeding referred to in this subsection may be served on any party anywhere in the world and may be served by delivery of service of process by certified mail return receipt requested and the party receiving such service hereby waives any and all objections to delivery of service of process in this manner, and shall indemnify the other party for any damages arising from any claims to the contrary.

J.    *Attorneys Fees.* The prevailing party in any action to enforce any provision of, or based on any right arising out of, this Agreement shall be entitled to an award of its reasonable attorneys fees and costs, whether incurred presuit, during litigation, on appeal, or in bankruptcy court.

K.    *Survival.* Upon termination of this Agreement, the provisions of paragraphs 5, 6, and 8 through 14 shall survive. Contractor specifically acknowledges and agrees that ownership of all Curricula and the copyrights therein survives the termination of this Agreement.

L.   WAIVER OF JURY TRIAL:  BY EXECUTING THIS AGREEMENT, THE PARTIES HERETO KNOWINGLY AND WILLINGLY WAIVE ANY RIGHT THEY HAVE UNDER APPLICABLE LAW TO A TRIAL BY JURY IN ANY DISPUTE ARISING OUT OF OR IN ANY WAY RELATED TO THIS AGREEMENT OR THE ISSUES RAISED BY ANY SUCH DISPUTE.

M.   *Counterparts; Headings; Facsimile Signature.*  This Agreement may be executed in several counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same agreement.  The headings herein are inserted as a matter of convenience only, and do not define, limit, or describe the scope of this Agreement or the intent of the provisions hereof.  This Agreement may be executed by facsimile signature.

N.   *Construction; Engagement of Legal Counsel.*  Contractor has consulted or has had the opportunity to consult with an attorney prior to entering into this Agreement.  **THIS AGREEMENT HAS BEEN READ BY CONTRACTOR AND ITS LANGUAGE, TENOR AND EFFECT IS UNDERSTOOD BY CONTRACTOR, WHO AGREES THAT ALL DOUBTS AND AMBIGUITIES IN CONNECTION WITH THIS AGREEMENT SHALL NOT BE CONSTRUED AGAINST COMPANY AS DRAFTER.**  Contractor acknowledges and agrees that the law firm of Cobb Cole and Heather Bond Vargas, Esq. are legal counsel for the Company and do not represent the Contractor's interest.

IN WITNESS WHEREOF, the undersigned have set their hands and seals as of the Effective Date.

Witnesses:

_____          Signature: _____

DANNY CAPELLAN                                              JASSIN JOURIA, M.D.


Witnesses:

_____          _____
                                                                        Elite Professional Education, LLC

EMMA VARGAS

_____          By:  ___Michelle Franchi___
                                                                             Printed Name

_____          Its:  ___General Manager___
                                                                             Title

{040008-008 : HVARG/HVARG : 01564928.DOC; 1}          7

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____15th_____ day of _____November_____, 2013 (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Thyroid Disorders_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
(Name Printed or Typed)

{040008-008 : HVARG/HVARG : 01564928.DOC; 1}        8

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____15th_____ day of _____November_____, 2013 (the "Effective Date") from ___Jassin Jouria___ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Traumatic Brain Injuries_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
(Name Printed or Typed)

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____15th_____ day of _____November_____, 2013 (the "Effective Date") from ___Jassin Jouria___ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Women and Heart Disease_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
           Jassin Jouria
           (Name Printed or Typed)

## Exhibit A
## Assignment of Rights in Curriculum

  THIS ASSIGNMENT is made as of the _____ 15th _____ day of _____ November _____, 2013 (the "Effective Date") from __ Jassin Jouria __ ("Contractor") to Elite Professional Education, LLC ("Company").

   WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____ Preventable Adverse Events _____; and

   WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

   NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns.  Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

   IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

     Sign: _____

     By: _____
       Jassin Jouria
       (Name Printed or Typed)

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____15th_____ day of _____November_____, 20<u>13</u> (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Depression vs. Dementia in the Elderly Patient: Part I_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
(Name Printed or Typed)

**Exhibit A**
**Assignment of Rights in Curriculum**

    THIS ASSIGNMENT is made as of the \_\_\_\_15th\_\_\_\_ day of _____November_____, 2013 (the "Effective Date") from \_\_Jassin Jouria\_\_ ("Contractor") to Elite Professional Education, LLC ("Company").

    WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Depression vs. Dementia in the Elderly Patient: Part II_____; and

    WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

    NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns.  Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

    IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
      (Name Printed or Typed)

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 2013 (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Cancer and Chemotherapy: Part I_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
Jassin Jouria
(Name Printed or Typed)

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 2013 (the "Effective Date") from ___Jassin Jouria___ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Cancer and Chemotherapy: Part II_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____ Jassin Jouria _____
(Name Printed or Typed)

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 20_13_ (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review—Part I__; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
              (Name Printed or Typed)

<u>**Exhibit A**</u>
<u>**Assignment of Rights in Curriculum**</u>

THIS ASSIGNMENT is made as of the ____15th____ day of _____December_____, 20<u>13</u> (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____ <u>Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review—Part II</u> ; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
(Name Printed or Typed)

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 2013 (the "Effective Date") from _____Jassin Jouria_____ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Gastro-Esophageal Reflux Disease (GERD)_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns.  Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
        (Name Printed or Typed)

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 2013 (the "Effective Date") from _Jassin Jouria_ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____The Basics of Pathophysiology_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns.  Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
            Jassin Jouria
        (Name Printed or Typed)

<u>**Exhibit A**</u>
<u>**Assignment of Rights in Curriculum**</u>

THIS ASSIGNMENT is made as of the ____15th____ day of _____December_____, 20<u>13</u> (the "Effective Date") from ___Jassin Jouria___ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Electrolytes and Acid-Base Disorders_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
(Name Printed or Typed)

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 2013 (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Macular Degeneration_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns.  Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
          Jassin Jouria
          (Name Printed or Typed)

{040008-008 : HVARG/HVARG : 01564928.DOC; 1}        21