Exhibit E

# Holland & Knight

50 California Street, Suite 2800 | San Francisco, CA 94111 | T 415.743.6900 | F 415.743.6910
Holland & Knight LLP | www.hklaw.com

John P. Kern
(415) 743-6918
john.kern@hklaw.com

April 13, 2015

*Via Certified Mail, Return Receipt Requested*
*and Fedex*

Ms. Annette Mowl
President
Elite C.M.E., Inc.
1452 North US Highway 1, Suite 100
Ormond Beach, FL 32174

> Re:   **CEASE & DESIST UNLAWFUL CONDUCT**
>       **Document Preservation/Litigation Hold Notice**

Dear Ms. Mowl:

We are outside legal counsel for CE Resource, Inc. (*d/b/a* "CME Resource" and "NetCE", referred to herein as "NetCE"), with respect to certain intellectual property and litigation matters.  It has come to our attention that your company, Elite C.M.E., Inc. ("Elite"), has engaged in the unlawful infringement of NetCE's copyrights and in the tortious interference with NetCE's contractual relations with an individual named Jassin Jouria, M.D. ("Dr. Jouria"). *By this letter, NetCE demands that you immediately cease and desist your unlawful conduct.* If Elite is represented by legal counsel, please direct this letter to him/her immediately and notify us of such representation.

In 2012 and 2013, NetCE entered into the multiple written agreements (referred to herein as the "Freelance Writer Agreements") with Dr. Jouria, under which agreements Dr. Jouria was to submit proposed continuing medical education articles to NetCE *for NetCE's exclusive editorial review and consideration for publication.*  Importantly, under the terms of the Freelance Writer Agreements, NetCE became the exclusive owner of and copyright holder for the articles Dr. Jouria submitted.   The Freelance Writer Agreements expressly prohibited Dr. Jouria from, other acts, submitting the articles and/or course materials at issue to any other party for publication, unless or until NetCE expressly rejected them.

NetCE recently has discovered that Dr. Jouria has material breached the Freelance Writer Agreements' express terms by publishing---through Elite---at least seven (7) articles which he

Anchorage | Atlanta | Austin | Boston | Chicago | Dallas | Denver | Fort Lauderdale | Jacksonville | Lakeland | Los Angeles | Miami
New York | Northern Virginia | Orlando | Portland | San Francisco | Tallahassee | Tampa | Washington, D.C. | West Palm Beach

Ms. Annette Mowl
April 13, 2015
Page 2

previously had submitted to NetCE under the ownership and publication restrictions noted above.  By publishing these articles (whose copyrights belong exclusively to NetCE), Elite has engaged in copyright infringement and tortious interference with Dr. Jouria's various contractual agreements with NetCE.  Specifically, NetCE has uncovered violations associated with the following Freelance Writer Agreements and associated articles/course topics:

1. Topic: The Lymphatic and Immune Systems
   NetCE Contract date: May 12, 2012
   Date Dr. Jouria submitted draft article to NetCE: August 10, 2012
   Substantially Similar Course Published with Elite at:
   https://nursing.elitecme.com/CA/course/NCA12BPI15
   Full Course at Elite:
   https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA12BPI15.pdf.

2. Topic: Traumatic Brain Injury
   NetCE Contract date: August 24, 2012
   Date Dr. Jouria submitted draft article to NetCE: October 15, 2012
   Publication with Elite CME at:
   https://nursing.elitecme.com/CA/course/NCA06TBI15
   Full course available through Elite CME website at:
   https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06TBI15.pdf.

3. Topic: Nonantibiotic Antimicrobial Pharmacology
   NetCE Contract date: October 12, 2012
   Date Dr. Jouria submitted draft article to NetCE: January 8, 2013
   Published with Elite at: https://nursing.elitecme.com/CA/course/NCA08NAI15
   and https://nursing.elitecme.com/CA/course/NCA09NII15
   Full Courses at Elite:
   https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08NAI15.pdf and
   https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09NII15.pdf.

4. Topic: Cardiovascular Pharmacology
   NetCE Contract date: October 12, 2012
   Date Dr. Jouria submitted draft article to NetCE: November 19, 2012
   Substantially Similar Course Published with Elite at:
   https://nursing.elitecme.com/CA/course/NCA10CDI15
   Full Course at Elite:
   https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA10CDI15.pdf.

Ms. Annette Mowl
April 13, 2015
Page 3

5.  Topic: Gastroesophageal Reflux Disease
    NetCE Contract date: January 15, 2013
    Date Dr. Jouria submitted draft article to NetCE: May 9, 2013
    Published with Elite CME:
    https://nursing.elitecme.com/CA/course/NCA06GEI15
    Full Course at Elite:
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06GEI15.pdf.

6.  Topic: Cancer and Chemotherapy
    NetCE Contract date: January 15, 2013
    Date Dr. Jouria submitted draft article to NetCE: March 11, 2013
    Published with Elite at: https://nursing.elitecme.com/CA/course/NCA09CCI15
    and https://nursing.elitecme.com/CA/course/NCA08CII15
    Full Courses at Elite:
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09CCI15.pdf and
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA08CII15.pdf.

7.  Topic: Depression vs. Dementia in the Elderly
    NetCE Contract Date: April 5, 2013
    Date Dr. Jouria submitted draft article to NetCE: April 15, 2013
    Published with Elite at: https://nursing.elitecme.com/CA/course/NCA09DDI15
    and https://nursing.elitecme.com/CA/course/NCA09DII15
    Full Courses at Elite:
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DDI15.pdf and
    https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA09DII15.pdf.

Although our investigation is ongoing, based on the information we have collected thus far, Elite's conduct constitutes, *at minimum* (1) contributory and/or vicarious infringement of NetCE's rights under United States Copyright law (Title 17 of the United States Code), (2) tortious interference with NetCE's contractual relations with Dr. Jouria, and (3) a violation of California's Unfair Business Practices statute (*see* Cal. Bus. & Prof. Code §17200).

In view of the foregoing, NetCE demands the following:

1.  That Elite immediately ***cease and desist its unlawful conduct***, including without limitation its unlawful use, display, dissemination, distribution, sale, and/or publication of NetCE's contractually and/or copyright protected materials;

2.  That Elite provide to NetCE (using me as NetCE's legal representative) no later than the close of business on April 17, 2015, a complete accounting of (a) any payments you have made to Dr. Jouria for the publication or use of the articles and/or course materials

Ms. Annette Mowl
April 13, 2015
Page 4

mentioned herein, and (b) any payments or revenue you have received from third parties as a result of use or publication of the articles and/or course materials mentioned herein;

3.     That Elite provide to NetCE (using me as NetCE's legal representative) no later than the close of business on April 17, 2015, all documentation---electronic and hard-copy--- reflecting your communications and/or business arrangement with Dr. Jouria;

4.     That Elite *take all necessary steps to ensure that you preserve and not destroy--- even inadvertently---any records (electronic or otherwise) potentially relevant to the issues set forth in this letter*.  Please be aware that NetCE will use your destruction of potentially relevant materials as evidence of liability in this matter;  and

5.     That Elite provide to NetCE no later than the close of business on April 17, 2015 (using me as NetCE's legal representative), a signed, notarized Affidavit attesting to your compliance with the terms set forth above.

NetCE will view your timely compliance with the demands above as a gesture of good faith, as it assesses and evaluates the appropriate measure of damages resulting from your unlawful conduct.  If you fail to comply with NetCE's demands within the listed time periods, we will use your failure to comply as further evidence of "willful infringement," and Elite's liability and exposure under such circumstances will only increase.

NetCE hereby reserves all rights and remedies available under the law, including its right to injunctive relief, compensatory damages, disgorgement of all of your earnings (*see* Cal. Bus. & Prof. Code §17203), and finally its right to recover statutory damages of $150,000 for each of your acts of willful infringement (*see* 17 U.S.C. §504(c)).

Please contact me immediately or have your attorney do so.

Very Truly Yours,

HOLLAND & KNIGHT LLP

John P. Kern

cc:     Erin Meinyer, NetCE
        Sarah Campbell, NetCE

#35214388_v1