Exhibit G



# Chapter 1: **Cardiovascular Diseases: The Leading Cause of Death in Women**

## **10 Contact Hours**

*Author: Jassin Jouria, MD*

## Learning objectives

- Identify the role of heart disease as a cause of death in women.
- Appreciate the disparity between heart care in men and women.
- List two risk factors for heart disease that cannot be modified.
- List five risk factors for heart disease that can be modified.
- Categorize normal and abnormal blood cholesterol profiles.
- Classify risk stratification of heart disease.
- Explain the role of hormones in heart disease.
- Explain the benefit of exercise and diet in the prevention of heart disease.
- Discuss the role of hypertension in heart disease.
- Describe the effects of diabetes on heart disease.

- Discuss the effects of smoking on heart disease.
- Describe psychological factors that influence heart disease.
- Rationalize customary procedures for detecting and diagnosing heart disease.
- Explain the standard medical and surgical treatments for heart disease.
- Evaluate the potential benefit from future preventive measures and treatment of heart disease.
- Identify the role of the government in heart-related research.
- Communicate the importance of patient education to families of women who suffer from heart disease.

## Introduction

Heart disease has long been thought of as a man's disease. Today, medical professionals have become increasingly aware of the prevalence of heart disease in women. However, there still exists a disparity in the work-up and treatment of women's cardiovascular care. According to the latest research, an estimated 42 million women in the United States live with cardiovascular disease. More importantly, most of them are unaware of it.

A number of studies have shown that heart disease is the leading cause of mortality among women in United States, especially those who are over 20 years of age. The disease is responsible for almost 450,000 deaths every year. Heart disease is five times more likely to lead to death than breast cancer. In fact, more women die from cardiovascular disease than men.

This course aims to provide valuable information to healthcare professionals about heart disease in women, including causes, symptoms, risk factors, diagnosis, and remedies. The latest research suggests that a healthy lifestyle is crucial to avoid heart disease. Therefore, topics such as nutrition, weight control, exercise, and tobacco and alcohol use will be included in the course. Healthcare professionals can use this information to treat patients more effectively and help them prevent heart disease and related disorders.

Heart disease is the leading cause of death among women worldwide, and especially in United States, where it is responsible for more than 450,000 casualties every year. Death caused by cardiac attacks or disorders are more common than all other forms of cancers combined. [1, 2, 3]

It has also been observed that coronary disease affects women more than men. In the past, only certain standard medications were available both for men and women, and these medications were oriented to men. Therefore, women remained underdiagnosed. This is further supported by evidence that shows both symptoms and reactions to medications are different in women than men. In addition, the outcomes of the medication also differ in women.

Heart disease is often referred to as cardiovascular disease—a condition in which blocked or narrowed blood vessels eventually lead to stroke, angina, or heart attack. A number of other heart disorders can also adversely affect heart muscles, valves, heart rate, etc., and can lead to coronary heart disease.[4]

Most heart disease can be treated, and sometimes prevented, by changing one's lifestyle in a positive manner. Steps such as eating a balanced diet, avoiding smoking and alcohol use, and exercising on a regular basis contribute to a healthier lifestyle [5] Currently, some studies have examined heart disease in women. In most of the clinical trials, less than 30% of the study population consists of women. One study conducted indicated that women are less likely to be diagnosed or treated well than men. Further, the reaction of a woman's body to various drugs and therapies used for treating heart disorders also differs from that of men.

Therefore, studies that are women-specific are needed in order to have more concrete findings. This would include using more women in cardiac trials and observational studies, which use statistical techniques for testing sex interactions and provide information about differences regarding sex-specific response to treatments.[4]

## Heart disease in women

As we know, heart disease is the major cause of morbidity and mortality in women. However, it is often overlooked both by patients and healthcare professionals. This is because women usually consider cancer to be their most dangerous enemy. Additionally, most research

and investigational studies are focused solely on men, believing that heart disease is related to just men.[6]

Luckily, a major shift has been observed recently, in the form of gender recognition in clinical trials for cardiovascular diseases. The

importance of realizing the extent of disease in women has resulted from increasing awareness of different risk factors, remedies, preventive strategies, and diagnostic studies between the genders.[7, 8]

There are certain cardiometabolic risk factors that are more prominent in women than men. For example, preeclampsia is related to an increased risk of cardiovascular disorder. Further, conditions such as autoimmune disease and depression increase cardiovascular disease risks in women. [8]

Known risk factors also differ in women and men. For instance, in the United States, the presence of diabetes mellitus is more common in women than men, mainly due to the low level of physical activity and difference in longevity that exists between genders.[8, 14, 15] Type 2 diabetes and reduced glucose digestion are strong risk factors for cardiovascular disease in women and can boost risk of frequent cardiovascular attacks following the very first acute myocardial infarction, especially in women. [16, 17]

Hypertension is common in older women, which results in higher morbidity and mortality in women. Further, atrial fibrillation is the fundamental risk factor for ischemic stroke in women that makes management guidelines critical to follow to prevent strokes in women. [14, 18, 19]

## Epidemiology and etiology

As previously mentioned, heart disease is the major cause of mortality in women in the United States. Statistics show that every minute a woman dies because of a heart-related disorder in the United States. [1]. Despite the declining trend in deaths caused by heart disease, in many countries over the last 40 years, cardiovascular disease still seems to be the leading cause of mortality both in men and women. [7, 14, 20]

About one in three women (34.9%) in the United States has some kind of cardiovascular problem. The percentage of men is slightly higher, at 37.6% .[21] Approximately, one in seven women dies of a cardiovascular disease – whereas one in four women dies of cancer. [22]

Though age-based mortality rates of cardiovascular disease is higher in men, the total number of cardiovascular-related deaths has been higher in women for the past 20 years, mainly because of a longer life expectancy and a larger population of older women.

Recent evidence shows an increasing trend of coronary heart disease mortality in younger women. In the United States, women 35 to 44 years of age are being diagnosed with an increasing rate of 1.3% every year since 1997. [23] This is largely due to increased rates in obesity and diabetes, and conditions such as hypertension and a low level of exercise. [24] Obesity and hypertension are the leading risk factors in the United States, although a similar trend has been observed in the Mediterranean region and in Asia, even though these regions are known for healthier lifestyles and diet choices. [24]

The American Heart Association has developed evidence-based guidelines for cardiovascular disease treatment that are especially for women. [9, 12] The most recent update to these guidelines was published in 2011 [9] and represented a major contribution to the field of cardiovascular disease management. The focus of these guidelines has shifted from evidence-based to effectiveness-based and includes both harm/cost and benefits of preventive interventions. These guidelines were mainly based on the clinical benefits of cardiovascular disease prevention in women. [12]

In 2012, the revised guidelines introduced an "ideal cardiovascular health." This is the lowest risk category, which consists of the ideal levels of cardiovascular risk factors and adoption of a healthy lifestyle. This is associated with favorable outcomes, better quality of life, and increased longevity. However, only a small percentage of U.S. women could be classified as being at ideal cardiovascular health. [30, 31]

Differences have been observed in short-term prognoses and clinical presentations between men and women. Higher fatality rates have been observed in younger women during the first 30 days following an acute cardiovascular condition than in younger men. [32, 33] There has also been an ongoing debate on the ways cardiovascular disease is managed in men and women, although recently, there has been an improvement in the quality of care and outcomes for women who have been hospitalized for cardiovascular disease. [34, 35, 36, 37]

Some believe that gender disparities arise because of lack of awareness regarding cardiovascular risks in women and this causes delays in emergency services. However, gender gap has reduced with time. [38]

More female clinical trials need to be conducted. In many early trials, researchers frequently used historical data to compare clinical characteristics and treatment in both men and women and these trials had a cut-off age of 65, which excluded many women who develop cardiovascular disease 10 years later than men, on average.

Changing demographics of the United States must also be taken into consideration, leading to a need for practitioners to consider greater diversity of patients. Along with well-known classifications of race and geographic and ethnic origin, there are other facets of diversity that must be considered. These include age, language, literacy, disability, socioeconomic status, religious affiliation, occupational status, and culture. Not only do these factors affect how cardiovascular disease emerges and progresses, they also often affect the level of care an individual receives.

An Institute of Medicine report stated that differences in treatment between men and women do exist, even with controlling factors like comorbidities and insurance status. [39] Pervasive disparities in the treatment of cardiovascular diseases are a serious public health issue in the United States, in spite of the marked decrease in mortality that has been observed on a national scale over the past few decades.

These disparities have an adverse impact on the clinical outcomes and quality of life for African American and Hispanic women. This must be recognized by practitioners. Care that is sensitive to cultural differences includes the revision of healthcare delivery to meet the specific needs of a patient population that is incredibly diverse. [40] Therefore, diversity in the context of healthcare means that all individuals must receive equitable care, regardless of any barriers that are present or may arise. [41, 42]

The major causes of the barriers to equitable care include lack of understanding regarding patients' health beliefs, cultural values, and the inability to communicate symptoms in their language. [43, 45]

General guidelines for diagnosis and treatment apply to women across the globe; however, it is important to note that risk factors such as hypertension are more prevalent in African American women. Diabetes mellitus is more prevalent in Hispanic women. [46] Additionally, the highest coronary heart disease death rate and the highest overall cardiovascular disease morbidity and mortality occur in African American women. This means mortality from cardiovascular diseases in these women is more similar to men than in the other groups of women. This indicates the need for preventative efforts for some groups of women and a different approach to diagnose and treat cardiovascular disease. A more tailored approach is needed for each specific group.

Deaths from cardiovascular disease have decreased in all groups of women. However, Hispanics have the lowest percentage of deaths caused by cardiovascular events (21.7%) compared with non-Hispanics (26.3%). [47] Hispanics also have a longer life expectancy of 83.1 years compared with the 80.4 year life expectancy of non-Hispanic white women and the 76.2 years for non-Hispanic black women. [48] This means that cardiovascular complications that arise due to age are greatly considered for Hispanic women.

Age is not the only consideration for Hispanic women, however. The life continuum of women frequently reflects different events (e.g., pregnancy) that are approached with different levels of stress – both physical and mental – than those that affect men. Therefore, it is important to consider all facets of diversity when practitioners treat women with cardiovascular disease so that disparity in care can be avoided. [49-51]

## Pathophysiology of heart disease

It is of utmost importance for the practitioner to recognize the difference between a man and a woman's heart. While this area of study is somewhat new, it is a fact that women have smaller hearts and arteries than men.

Researchers from Columbia University and New York Presbyterian Hospital also reported that women have different internal rhythm, which, in general, causes a woman's heart to beat faster than a man's heart. These researchers also believe that a woman's heart may take longer to relax after each beat. Additionally, some surgeons have hypothesized that women have a 50% higher chance of dying during heart surgery compared with men and this may be due to the fundamental difference in the way a woman's heart works.

These differences may also be linked to the fact that women are more likely to die after their first myocardial infarction than men. [52] Approximately 25% of men die within a year after their first myocardial infarction, compared with 38% of women. [53] Women are also approximately twice as likely to experience a second myocardial infarction within 6 years of the first myocardial infarction. Additionally, women are approximately twice as likely as men to die after bypass surgery.

Therefore, heart disease affects the hearts of women in a different way than it does in men. After a heart attack, a woman's heart is more likely to sustain its systolic function effectively. C. Noel Bairey Merz, MD, the director of the Women's Heart Center at Cedars-Sinai Heart Institute, has proposed that cardiovascular disease affects the microvasculature in women, while in men it affects the microvasculature. [53]

Conventional research indicated that the most prevalent form of cardiovascular disease is coronary artery disease, where plaques block or narrow the major arteries of the heart, which in turn cut off the supply of oxygen to the heart. The duration and severity of the impairment determine the severity of the condition – unstable angina or myocardial infarction can result. This ultimately affects the heart's ability to pump blood properly.

However, Bairey Merz found that women's hearts are less likely than men's to lose the ability to pump blood effectively after a myocardial infarction. Additionally, women are less likely to sustain coronary artery disease that is obstructive. This led Bairey Merz to conclude that in women, the oxygen deprivation to the heart and the ensuing damage is more likely to happen when the blood vessels become dysfunctional, as opposed to the major arteries. [53]

Bairey Merz believes this is the reason that women are misdiagnosed or suffer from adverse heart conditions. Practitioners typically look for the patterns of cardiovascular disease that are present in men instead of searching for patterns that are present in women.

The Women's Ischemia Syndrome Evaluation (WISE) study indicated that women may experience chest pain and abnormal stress testing even when there is no critical, flow-limiting lesion (greater than 50% luminal stenosis in a coronary artery) present in one of the major arteries. In this study, 60% of women who underwent coronary angiography did not have a lesion. Even without experiencing critical blood flow problems, women in the study without lesions experienced persistent symptoms. The persistence of the symptoms combined with abnormal stress-testing results, was therefore attributed to endothelial dysfunction and disease affecting microvasculature.

Women are also vulnerable to danger of plaque and disruption of forward blood flow in the arteries. This is because women have smaller coronary arteries than men, even after treating total body surface area (BSA). [54] Therefore, anything that affects flow may be critical. Additionally, women are two times more likely than men to have plaque erosion with subsequent blood clot formation. [55]

## Risk factors

Risk factors for heart disease are roughly the same for both sexes, but gender-specific differences are present. There are some unique risk factors that exist for women; older age at presentation is a major risk factor, as women are more likely to suffer from comorbidities, including diabetes and hypertension.

Given that six of every 10 deaths [56] from cardiovascular disease in women can be prevented, it is extremely important to understand the risk factors associated with the disease in women. According to the INTERHEART study, [57] there are nine factors that are responsible for 90% of all cardiovascular disease cases. These factors are:
- Smoking.
- Stress.
- Dyslipidemia.
- Diabetes.
- Hypertension.

- Obesity.
- Poor diet, particularly one that does not include sufficient intake of fruits and vegetables.
- Physical inactivity.
- Consumption of alcohol in excess.

The same cardiovascular risk factors have been used in risk calculations for the past 40 years, despite increasing knowledge about gender differences and the disease. In 2007, Ridker et al. [58] suggested that the Reynolds Risk Score for women should be used to calculate risk. It is based on a 10-year study of data from the Women's Health Study for cardiovascular events in 25,558 women, all over 45 years of age. The conclusion was that this scoring system predicted cardiovascular disease risk in women better than classical scoring systems.

## Modifiable risks

- Diabetes mellitus is one of the most important risk factors, and coronary heart disease mortality is three to five times higher in women who are diabetic compared with those who are not diabetic. In contrast, the risk is only two to three times higher in men who are diabetic. Women also have a three to five times higher chance than men of developing cardiovascular disease. [59] Higher glucose levels, as well as insulin resistance, serve to counter the protective effects of estrogen, which places women at this higher risk. [60]

Cardiovascular events are the primary cause of death, particularly in type 2 diabetes. The Nurses' Health Study indicated that coronary heart disease mortality in women who have diabetes was 8.7 times higher than in those who do not have diabetes. [61] An additional danger is that women who are diabetic develop cardiovascular disease earlier, at approximately the same age men do. Why this is the case is currently unknown. [62] Diabetes is largely preventable or well-controlled through making healthy dietary and fitness decisions, sometimes in tandem with medication.

- Cigarette smoking is a very significant risk factor for coronary heart disease in women. Smoking in women prompts more negative cardiovascular and lung consequences than does smoking in men. One possible reason for this may be that the dimensions of the coronary arteries and that the lungs are smaller in women than in men; therefore, a woman smoking the same amount as a man would do more damage to her body. Women who are less than 55 years of age have seven times the increased risk attributable to smoking than do men, and the increase in risk depends on dose.

  It is undisputable that smoking predisposes the individual to atherosclerosis. [63, 64] The Nurse's Health Study, which examined more than 120,000 healthy nurses, indicated that only four to five cigarettes a day nearly doubled the risk of atherosclerosis, and 20 cigarettes a day compounded the risk six times [65]. Smoking has declined a bit in men; however, smoking in women has not declined at the same rate, particularly in younger women. This can lead to significant vascular problems later in life.

  Further, individuals who are routinely exposed to secondhand smoke see a 25% increase in the risk of developing cardiovascular disease. Therefore, it is not simply direct smoking that causes the problem.

  Additionally, smoking combined with other factors – such as use of contraceptives containing estrogen – multiplies risk for cardiovascular events and for clot formation. [1] As a result of the multiplied risk, hormonal contraception is contraindicated for women over 35 years of age who smoke.

  Refraining from smoking lessens the risk of developing heart disease and helps reduce potential cardiovascular risk factors.

- Alcohol consumption poses a risk for the development of cardiovascular disease. A moderate intake may be protective to the heart, but too much alcohol is harmful. [66, 67] The type of alcohol consumed is not as crucial as are the drinking patterns. Low to moderate daily intake may be protective, but conversely, binge drinking can be harmful to the heart.

  If a patient has already experienced a first myocardial infarction, it is not necessarily a bad thing to continue drinking moderately. However, it is also not necessarily recommended that patients start drinking in search of the protective benefits of alcohol consumption following a first myocardial infarction. [56]

  Light to moderate drinking is defined as one standard drink for women per day and two per day for men. The difference exists because men and women metabolize alcohol differently; specifically, women metabolize slower than do men. A standard drink is defined as 12 grams of alcohol; this is equivalent to 15 cl of wine.

- It is well established that there is an association between LDL cholesterol and an increased risk of cardiovascular disease. Individuals who reduce their LDL cholesterol also reduce their risk for cardiovascular disease. Further, this reduction, in combination with raising their HDL cholesterol, serves to further reduce risk. A study conducted by the Lipid Research Clinics indicated that low HDL cholesterol in women was the most significant predictor of death from ischemic heart disease. [68] It has been shown that

having low HDL levels affects women more than it does men [69], so it is important that practitioners encourage the reversal of low HDL.

- Hypertension is also a risk factor for cardiovascular disease. A meta-analysis that included data from more than one million adults aged 40 to 69 indicated that an increase of 20 mmHg systolic or 10 mmHg diastolic in an individual's normal blood pressure doubles the mortality from coronary heart disease. [70] Women with greater than 185 mmHg systolic pressure have three times the risk of increase in coronary heart disease, as well as stroke, when compared with women who have pressure under 135 mmHg systolic. [71] Currently, the way hypertension is treated is the same in both men and women. Most of the time, pharmacotherapy and lifestyle changes are the preferred treatment.

- Both a sedentary lifestyle and obesity pose a significant risk as well. Obesity is more common in women (35.5%) than in men (32.2%). [72] People who are active and regularly exercise their heart muscles are at a much lower risk of developing heart disease. In particular, obese women are more likely than leaner women to also have metabolic conditions, such as polycystic ovarian syndrome or Syndrome X, which multiplies risk. [60]

  Exercise and physical fitness play a big role, and lack of physical activity is a major risk factor for developing cardiovascular disease. One study found that less-fit individuals experience an increased (4.7 times) risk of stroke and myocardial infarction, independent of other risk factors. [73]

  The beneficial effects of exercise are not as great in women as they are in men – women experience smaller increases in HDL resulting from similar exercises than do men. [74] The Nurses' Health Study has indicated, though, that two aspects are particularly beneficial to women – namely that brisk walking delivered the same benefits as did vigorous exercise, and women who had previously been sedentary experienced benefits that were similar to those who had exercised earlier in life. This means that it is better to exercise later in life than to never do so. The recommended amount of exercise is 30 minutes daily.

- A poor diet is a major risk factor for the development of cardiovascular disease. The Mediterranean diet has been shown to have beneficial effects on alleviating cardiovascular disease risk. The diet has a high proportion of fruits and vegetables, and has a positive impact on total cholesterol, LDL cholesterol, blood pressure, and lowers risks of myocardial infarction. [75] One study of 600 men and women who were randomized into either a group using the Mediterranean diet or a control group indicated that after 27 months, a marked difference was found in mortality and morbidity for cardiovascular disease as well as total mortality in favor of the Mediterranean diet. [76]

  The mechanisms behind this are multiple, with the recommendation that diet always be combined with other changes to lifestyle, such as exercise or medication. The effects are likely the same in women as in men, but there has not been much gender-specific research into why the Mediterranean diet proves beneficial. [77, 78]

- Depression serves as a risk factor for the development of cardiovascular disease, particularly if the patient is also taking antidepressant medication. Mood, in general, is a risk factor, particularly if the individual experiences a high level of stress on a consistent basis. Compared with other risk factors, psychosocial variables are much more difficult to define or to measure objectively. Nonetheless, there are several different aspects within the broad definition of psychosocial factors that are currently associated with increased risk of myocardial infarction.

These aspects include work and family stress, lack of control, low socioeconomic status, negative life events, and a poor social support system. These aspects, along with depression, affect the risk of ischemic heart disease, as well as the prognosis. There are several studies that show a clear correlation between stress and cardiovascular disease. One study indicated that family stress – including marital stress – increases the risk of ischemic heart disease. [79] Another study indicated that work stress, as well as home stress, were more common in those patients who had suffered a myocardial infarction, and that stress represented 30% of the individual's total risk. [80]

Where depression is involved, it has been found that both women and men tend to get more depressed following myocardial infarction. [81, 82] This increases the risk of a second myocardial infarction. It is important to note that more women experience depression than men, and it is therefore a more important risk factor in women.

- Recent evidence indicates that sleep deprivation and disturbances may be associated with cardiovascular disease, particularly in women. [83] Three independent studies have indicated an association between increased hypertension and sleep deprivation. This phenomenon occurred only in women. [84–86] These findings are particularly significant because sleep disturbances and deprivation are more common in women than in men in both developed and developing countries.

## Non-modifiable risks

- Genetics can contribute to risk. Congenital heart disease is something the individual is born with. However, people may also have a genetic predisposition to develop certain cardiovascular problems, as seen through examining the family history of heart disease. A predisposition does not mean people are guaranteed to develop the specific cardiovascular problem to which they are predisposed – healthy lifestyle choices, such as eating well, not using alcohol to excess, not smoking, and exercising regularly, can go a long way toward fighting genetic predisposition.

  It is interesting to note that simply having a family history of the disease can lead to stress and disruption in mood for some individuals – both risk factors for cardiovascular disease. In one study that examined data collected from 60 women and 31 men who averaged 21.4 years of age, it was found that a family history impacts stress responsivity, which can contribute to future heightened cardiovascular disease risk. [87]

- Menopause poses a risk for coronary heart disease in women because the reduced production of estrogen leads to worsening of coagulation, vasculature, and the lipid profile. Early menopause in particular is a known risk factor. Results of a study using the Women's Ischemia Syndrome Evaluation (WISE) indicate that estrogen deficiency poses a very strong risk factor for coronary heart disease [88]

  Endothelial dysfunction frequently occurs postmenopause. Its detection can precede more overt diseases, such as hypertension and diabetes. One study [89] indicated that in women without hypertension, development of endothelial dysfunction was linked with hypertension over the next 4 years. Another study [90] examining a cohort of euglycemic women who were not obese, indicated that marked endothelial dysfunction at the baseline was linked with development of diabetes and also over the next 4 years. Further, in postmenopausal women with hypertension changes in endothelial function that occur as a result, antihypertensives may be used to identify women who have a better prognosis.[91]

- Metabolic syndrome is a complicated condition that involves hypertension, low HDL levels, elevated LDL levels, abdominal obesity, insulin resistance, and elevated triglycerides. Metabolic syndrome has a marked role in increasing the risk of cardiovascular disease, particularly in menopausal women. Further, there is a strong link between metabolic syndrome and depression. Depression is a commonly known risk factor for cardiovascular disease.

- As women advance in age, they are more likely to develop cardiovascular disease and, in particular, it is more likely that women will have one or more comorbidity associated with cardiovascular disease risk, such as diabetes or obesity.

- Kidney disease increases the risk of cardiovascular disease in women more than men.

- Resting heart rate is an independent risk factor for patients who have known cardiovascular disease as well as for those with acute myocardial infarction. Women possess a lower resting sympathetic output than do men, but after an uncomplicated acute myocardial infarction, women have greater sympathetic activation than do men. This is resolved at about 9 months, but is consistent with findings that indicate that women have higher mortality, as well as a higher risk of heart failure, following myocardial infarction. [92]

## Who is at the greatest risk?

When risk factors are arranged as global risk scores calculated by totaling point scores (or by summing risk equivalents) for age, cholesterol, blood pressure, cigarette smoking, and diabetes, 4% of women aged 50 to 59, 13% of women aged 60 to 69, and 47% of women aged 70 to 79 are at an intermediate to high risk for coronary heart disease or a nonfatal myocardial infarction. [88]

It is important to note that aggregation of traditional risk factors underestimates the risk in women. There are risk factors novel to women that are now being evaluated [88]. These include retinal artery narrowing, inflammatory markers, coronary artery calcification, anemia, and endothelial dysfunction.

Where inflammatory markers are considered, high-sensitivity C-reactive protein (hs-CRP) [93, 94] may independently predict coronary heart disease, as indicated by the Women's Health Study. The study showed that a somewhat high CRP of greater than 1 mg/dl was observed in only 6% of men in the survey population, while it was observed in 13% of women in the survey population.

Additionally, hs-CRP measurements vary not only by gender, but also by ethnicity. In the Women's Health Study, median CRP levels were much higher among African American women than they were among Caucasian, Asian, or Hispanic women.

It is important to note that hs-CRP levels have also been related to other types of cardiovascular risk, such as congestive heart failure, metabolic syndrome, and type 2 diabetes. [94]

There are other inflammatory markers that can affect the cardiovascular system. These include interleukin 6 (IL-6), and fibrinogen, which are both acute phase proteins. Further, women are at a higher risk of inflammatory and autoimmune diseases such as systemic lupus, rheumatoid arthritis, and thyroid disease. [95]

Recently, anemia has also been linked with worsening outcomes in women with cardiovascular problems. One study showed that anemic women had a greater risk of major adverse outcomes. [1] These findings are consistent with other reports.

## Genetic risk factors

Adult females account for 57% of the population with congenital heart disease. This incidence is higher when the patient's mother has congenital heart disease or type 1 diabetes. Individuals who have a history of congenital heart disease are at greater risk for malignant arrhythmias, heart failure, or sudden death. [60]

Genetic factors account for approximately 40% of the risk of ischemic heart disease, the most common type of cardiovascular disease. A number of studies have been done to attempt to identify the genetic markers associated with ischemic heart disease. Previous studies had located 12 genetic characteristics associated with ischemic heart disease. The CARDIoGRAM study [96], which included data from more than 147,000 people – a mix of patients and healthy individuals – identified more than 2 million genetic traits. From these traits, a group of traits related to cardiovascular disease was narrowed down. The end result located 13 genetic characteristics associated with ischemic heart disease.

A study conducted by Dellara Terry, MD, from the Boston University School of Medicine [97] examined the role of these traits, as well as risk factors in individuals who had parents that reached an elderly age. Study results showed that the risk of cardiovascular disease is largely determined by genetics. Individuals who had parents who lived to age 85 or beyond experienced fewer cardiovascular disease risk factors during middle age than those whose parents who had died younger.

The researchers examined data from 1,697 individuals aged 30 or older who had parents who participated in the Framingham Heart Study. A number of risk factors were assessed, including sex, age, education, smoking, blood pressure and cholesterol levels, and body mass index (BMI). Framingham risk scores, which were based on the total contribution of traditional risk factors, were compared. Of the individuals studied, 11% had two parents who had lived to age 85 or beyond, 47% had one parent who lived to age 85 or beyond, and 42% had two parents who had died before age 85.

The middle-aged children of the parents who lived longer presented with much lower blood pressure and cholesterol levels. They also had lower Framingham risk scores. The Framingham risk score was, on average, the worst in individuals who had two parents who had died before age 85, and best in individuals who had two parents who lived to age 85 or beyond.

Terry says, "Our findings suggest that individuals with long-lived parents have more advantageous cardiovascular risk profiles in middle age compared with those whose parents died younger, and that the risk factor advantage persists over time. There are well-established genetic contributions to each of the risk factors…that may partially explain the reduced risk factors for those with long-lived parents." [97]

## Environmental risk factors

There is evidence that environmental pollutants contribute to the risk of cardiovascular disease [98]. There is extensive evidence that indicates that environmental factors not only contribute to cardiovascular disease risk, but also contribute to the incidence and severity of certain cardiac events.

Migrant studies indicate that changes in the environment can significantly alter cardiovascular disease risk in stable populations. Recent studies in the area of environmental cardiology also suggest that toxins in the environment pose a risk and are positively linked with increased morbidity and mortality.

One of the most well publicized studies is of cigarette smoke. Even smoke inhaled secondhand poses a risk. Women who are routinely exposed to smoking environments have an elevated risk of cardiovascular disease than do those who routinely spend their time in nonsmoking environments. In animal models, tobacco smoke

prompted endothelial dysfunction as well as prothrombotic responses. It also aggravated atherogenesis and myocardial ischemic injury.

Other pollutants may prompt similar mechanisms. For instance, exposure to certain chemicals, such as polyaromatic hydrocarbons, aldehydes, and metals, may elevate risk by impacting atherogenesis, thrombosis, or regulation of blood pressure.

Additionally, cardiovascular risk is affected by changes in nutrition and lifestyle choices. Certain lifestyle choices, such as food selection and exercise, can increase risk. Women in areas that offer poor food selections are at higher risk of cardiovascular disease, as are those who have lower opportunity to engage in regular physical activity.

Taken collectively, data support the idea that environmental stress contributes to cardiovascular disease risk. [98] However, further research in this area, particularly as it pertains to sex-specific risks, is needed.

## Signs and symptoms

Clinical presentation of symptoms in women appears on average 10 years later compared with men. The Framingham study [99] indicated that beyond age 60, the prevalence of angina is about the same in both sexes; however, in very elderly women, the prevalence of angina is higher compared with men.

Coronary heart disease in women frequently presents as angina, while in men it more frequently presents as a myocardial infarction. The risk of sudden death in both cases is similar.

In women, the evaluation of chest pain has been complicated by efforts to apply a "typical" definition of angina. That has been derived from mostly male populations. However, there are significant differences between men and women in the frequency, type, and quality of symptoms during presentation.

For instance, in women, prodromal symptoms are for the most part unusual, including sleep disturbance, fatigue, nausea, and shortness of breath. More typical symptoms for women are chest pain or discomfort, diaphoresis, or arm or shoulder pain. Additionally, women generally report symptoms that are more acute as opposed to prodromal. Women also tend to present less often, compared with men,

with exertional chest pain symptoms that would typically be defined as angina.

**Acute symptoms**
- Early-onset:
  Early warnings of a cardiovascular event may be quite subtle. Women may experience symptoms of cardiac distress days, weeks, or even months before the event. This is one reason why women are not accurately diagnosed or treated early on.
  - Early warning signs for cardiac problems such as myocardial infarction are:
    - Fatigue. However, since this is a common complaint, practitioners may simply assume that the individual is not getting enough sleep, sick with another virus, overextending themselves, or even experiencing a side effect from a medication. The key here is if the individual is experiencing fatigue that is out of the ordinary for him or her, or very extreme. This may indicate an impending heart attack, or may be an early warning sign of cardiovascular disease.

- Sleep disturbance. There is cause for concern if an individual experiences any prolonged or unusual disturbance in sleep patterns. One recent study indicated that nearly half of women who suffered a recent heart attack had also encountered sleep disturbances in the weeks or months before the attack.
- Shortness of breath, particularly when it occurs during the course of engaging in normal activities.
- Indigestion, particularly if it is unusual for the individual.
- Anxiety. Anxiety may be a sign of stress, but it can also be an early warning sign of an approaching heart attack if the individual feels more restless than usual.
- Late-onset:
  - A myocardial infarction is one major late onset symptom of cardiovascular disease. This occurs when plaque has built up in the arteries, a condition called atherosclerosis. Plaque build-up occurs over the course of many years. As time passes, the plaque can harden or break open. Hardened plaque narrows

the arteries and reduces the flow of oxygen-saturated blood to the heart. Should plaque rupture, a blood clot may form on its surface, which can partially or even mostly block blood that is flowing through the coronary artery. A heart attack occurs when the flow of oxygen-saturated blood to a section of the heart is cut off.

- Chronic:
  - Individuals experience ongoing problems once they have experienced their first cardiac event [100]. For example, an individual who has already had a first myocardial infarction is at risk for a second, partly because after a first myocardial infarction, the heart does not pump blood as efficiently and partly because comorbidities such as depression are often present following a first myocardial infarction.
  - Individuals who experience rapid heart rate or arrhythmia are at risk for developing another cardiac problem, primarily because the heart is not beating properly.

## TYPES/FORMS OF DISEASE

## Coronary artery disease

**What is coronary artery disease?**
Coronary artery disease – also known as coronary heart disease [101] – is a disease in which plaque builds up within the coronary arteries, which supply oxygen-saturated blood to the heart muscle. When plaque builds up within the arteries, the condition is termed atherosclerosis. Plaque build-up occurs over the course of many years. As time passes, the plaque can harden or break open. Hardened plaque narrows the arteries and reduces the flow of oxygen-saturated blood to the heart. Should plaque rupture, a blood clot may form on its surface, which can partially or even mostly block blood that is flowing through the coronary artery. A heart attack occurs when the flow of oxygen-saturated blood to a section of the heart is cut off. When blood flow is

not restored, that section of the heart muscle dies. Heart attacks require quick treatment, as they can lead to other health problems or death.

Over time, coronary heart disease serves to weaken the heart muscle, which can lead to arrhythmias – issues with the rate or rhythm of the heartbeat – or heart failure, a condition in which the heart is unable to pump enough blood to meet the body's needs. Coronary heart disease is the most prevalent type of heart disease. In the United States, coronary heart disease is the number one cause of death for both men and women.

Other names for coronary heart disease are atherosclerosis, coronary artery disease, ischemic heart disease, and hardening or narrowing of the arteries.

## Causes of coronary artery disease

Certain factors can contribute to damaging the inner layers of the coronary arteries and increase risk. Included in these factors are [101]:
- Smoking.
- Elevated cholesterol levels.
- High blood pressure.
- Elevated levels of sugar in the blood as a result of insulin resistance or diabetes mellitus.

- Inflammation of blood vessels.

When the arteries are damaged, plaque can build up. This process can begin as early as childhood. In addition to the above factors, blood clots that result from ruptured plaque may further narrow the arteries, prompting angina or causing a heart attack.

## Risks, signs, and symptoms

Coronary artery disease occurs when plaque builds up in the coronary artery. Coronary artery disease customarily presents as angina, or in severe cases, as a heart attack when one of the coronary arteries becomes blocked.

There are a number of major risk factors for development of coronary artery disease [101], most of which can be controlled or prevented through making healthy lifestyle choices. These risk factors include:
- Blood cholesterol levels that are unhealthy. This can happen when LDL cholesterol is high and HDL cholesterol is low.
- High blood pressure, which in healthy individuals is a blood pressure that is at or above 140/90 mmHg. In individuals who have diabetes or kidney disease, this is blood pressure that is at or above 130/80 mmHg.
- Smoking. Smoking damages and tightens blood vessels, which in turn can lead to unhealthy levels of cholesterol as well as high

blood pressure. Smoking also limits how much oxygen gets to the body's tissues.
- Insulin resistance, a condition that occurs when the body is unable to use its own insulin properly. This condition may in turn lead to diabetes.
- Diabetes mellitus.
- Obesity. To determine obesity, BMI may be used. Obesity is generally defined as having a BMI of 30 or greater [Snowden – online]. Having a high BMI is linked with a greater risk of sudden death, regardless of whether the individual smokes or has another serious illness.
- Metabolic syndrome, which can increase the risk of coronary heart disease and contribute to the development of other health problems, such as diabetes or stroke.
- Lack of physical activity. This can worsen other coronary heart disease risk factors, including unhealthy cholesterol levels, unhealthy blood pressure, diabetes, and obesity.

- An unhealthy diet, including foods high in saturated fats and trans fats, cholesterol, salt, and sugar, may worsen other coronary heart disease risk factors.
- Age. Older age means that there has been more time for plaque to build in the arteries, leading to signs and symptoms of coronary artery disease. The risk in men for coronary heart disease increases beyond age 45. The risk for women increases beyond age 55.
- Family history. There is an increased risk if an individual's father or brother was diagnosed with coronary heart disease before age 55, or if the person's mother or sister was diagnosed with coronary heart disease before age 65.
- Sleep apnea, if left untreated. Sleep apnea may serve to increase the risk of high blood pressure, diabetes, stroke, or heart attack.
- Stress. Stress that occurs in the body as a result of strong emotions, such as anger, can prompt cardiovascular events.
- Excessive alcohol consumption. Consuming alcohol in excess can damage the heart as well as worsen other coronary heart disease risk factors. There are different guidelines for men and women on how much alcohol is an optimal amount. Women should limit their alcohol intake to one drink per day, while men are permitted two drinks per day.
- Preeclampsia, a condition that sometimes occurs during pregnancy. The condition is linked to an increased risk in the development of coronary heart disease as well as increased risk of high blood pressure, heart attack, and heart failure.

Even with risk factors such as older age and family history, there is no guarantee that an individual will develop coronary heart disease. A healthy lifestyle serves to lessen the influence age and genetics have on the development of coronary heart disease.

There are additional emerging risk factors [101], such as having high levels of CRP – a sign of inflammation – in the blood. Inflammation occurs in response to injury or infection. When the arteries' interior walls are damaged, this may trigger inflammation. Additionally, high levels of triglycerides may raise the risk of coronary heart disease, particularly in women.

Signs and symptoms of coronary heart disease are:
- Angina, which occurs when an area of the heart doesn't get enough oxygen-saturated blood.
- Shortness of breath. This symptom is present when coronary heart disease causes heart failure.

It is possible to have coronary heart disease without having any symptoms. When this occurs, the disease may go undiagnosed until a severe cardiovascular event occurs.

Related problems include:
- Heart attacks occur when the flow of oxygen-saturated blood to a section of the heart is cut off. This frequently occurs when an area of plaque breaks open. Signs and symptoms of a heart attack include:
- Discomfort in one arm, the back, neck or jaw, or upper area of the stomach.
- Shortness of breath.
- Nausea, lightheadedness or fainting, or perspiring in a cold sweat.
- Sleep disturbances, fatigue, low energy.
- Heart failure is a condition in which the heart is unable to pump enough blood to meet the body's needs. Common signs and symptoms of heart failure, which are a result of fluid build-up in the body, include:
- Shortness of breath.
- Fatigue.
- Swelling in the ankles, legs, stomach, or veins of the neck.
- Arrhythmia, a problem in which the rate or rhythm of the heart is disturbed. Signs and symptoms of arrhythmia include:
- Most commonly, heart palpitations.
- Sudden cardiac arrest may be caused by a problem with arrhythmia.

# HYPERTENSIVE HEART DISEASE

## What is hypertensive heart disease?

Hypertensive heart disease [102] is a problem that occurs in the heart as a result of high blood pressure. Hypertensive heart disease is a contributing factor in coronary artery disease, heart failure, and the thickening of the heart muscle. Hypertensive heart disease is the number one cause of illness and death resulting from high blood pressure. [102]

## Causes of hypertensive heart disease

When an individual has high blood pressure, there is an increase in the pressure in blood vessels. When the heart is pumping against this increased pressure, the heart must work harder than it would have under normal blood pressure conditions. This increased workload causes the heart muscle to thicken over time. Additionally, high blood pressure can cause the walls of blood vessels to thicken as well, which leads to further related problems.

## Risks, signs, and symptoms

One of the biggest risks to the development of hypertensive heart disease is lifestyle. These risks include [102]:
- The development of diabetes mellitus.
- Obesity, which is usually linked with higher cholesterol and blood pressure and places a burden on the heart muscle.
- Lack of physical activity, which can lead to unhealthy blood pressure and can worsen other coronary heart disease risk factors, including unhealthy cholesterol levels, diabetes, and obesity.
- An unhealthy diet, including foods high in saturated fats and trans fats, cholesterol, salt, and sugar, which may heighten blood pressure.

- Family history, although a family history of heightened blood pressure is not a guarantee that an individual will experience high blood pressure; healthy lifestyle choices can help combat a family history of high blood pressure and hypertensive heart disease.
- Stress that occurs in the body as a result of strong emotions, such as anger, which can prompt blood pressure to reach unhealthy levels and put strain on the heart muscle.
- Excessive alcohol consumption can damage the heart as well as worsen other coronary heart disease risk factors. There are different guidelines for men and women on how much alcohol is

an optimal amount. Women should limit their alcohol intake to one drink per day, while men are permitted two drinks per day.

Signs and symptoms of hypertensive heart disease are:
- Shortness of breath.
- Fatigue.
- Low energy.

Related problems include:
- Congestive heart failure. If left untreated, hypertensive heart disease can lead to congestive heart failure.
- Coronary artery disease. High blood pressure is a cause of coronary artery disease because the thickened heart muscle needs more oxygen than does normal heart muscle.
- Atherosclerosis may worsen as a result of the thickened blood vessel walls. This increases the risk of stroke or heart attack.

# CARDIOMYOPATHY

## What is cardiomyopathy?

Cardiomyopathy refers to a weakening of the heart muscle or other structural change to the heart muscle. This condition frequently occurs when the heart has difficulty pumping, or may occur with other problems related to heart function. Many patients who have cardiomyopathy also have heart failure.

There are several common types of cardiomyopathy. [103] These include:
- Dilated cardiomyopathy, a condition where the heart becomes weakened and enlarged. This means that the heart cannot pump blood as well.
  - This can also lead to the damage of other organs in the body, such as the liver.
  - Dilated cardiomyopathy is the most common form of cardiomyopathy.
- Hypertrophic cardiomyopathy, a condition where the heart muscle thickens. This makes it more difficult for blood to exit the heart, causing the heart muscle to work harder.
  - This type of cardiomyopathy is frequently asymmetrical, with one part of the heart being thicker than other parts.
  - This type of cardiomyopathy is usually inherited, and may be the result of a number of problems with genes controlling heart muscle growth.
  - The condition is more likely to be more severe in younger people, but individuals of all ages can develop this type of cardiomyopathy.
  - Hypertrophic cardiomyopathy is also known as idiopathic hypertrophic subaortic stenosis, asymmetric septal hypertrophy, or hypertrophic obstructive cardiomyopathy.
- Ischemic cardiomyopathy, a condition that is caused when the arteries that supply blood to the heart become narrow. This condition is a result of coronary artery disease.
  - Narrowing of arteries frequently results from the build-up of plaque in the arteries.
  - Patients with ischemic cardiomyopathy frequently have heart failure.
  - Patients who have this condition frequently also have a history of angina or heart attacks.
  - Ischemic cardiomyopathy is the most common form of cardiomyopathy in the United States, and affects the middle-aged and the elderly most often.
- Restrictive cardiomyopathy, which is a grouping of disorders where the chambers of the heart cannot fill with blood properly as a result of the heart muscle becoming stiff.

  - The heart will be a normal size or slightly enlarged. However, the heart will be unable to relax normally in the time between heartbeats.
  - In advanced stages of this type of cardiomyopathy, the heart may not be able to pump blood very efficiently. This can affect other organs in the body, such as the lungs and liver.
  - This kind of cardiomyopathy occurs quite frequently after a heart transplant.
  - There are several specific causes of this type of cardiomyopathy. The most common are amyloidosis and idiopathic myocardial fibrosis. Others include:
    - Carcinoid heart disease.
    - Overload of iron in the system, also known as hemochromatosis.
    - Sarcoidosis.
    - Tumors in the heart.
    - Scleroderma.
    - Certain diseases that affect the heart lining, including endomyocardial fibrosis or Loeffler's syndrome.
  - Restrictive cardiomyopathy is also known as infiltrative cardiomyopathy.
- Peripartum cardiomyopathy, a condition that occurs during a pregnancy or within the first 5 months following a pregnancy. Peripartum cardiomyopathy is very rare.
  - This is a form of dilated cardiomyopathy; in this form, no cause of why the heart is weakened is able to be identified.
  - Peripartum cardiomyopathy is a complicated condition and complicates one out of every 1,300 to 4,000 deliveries in the United States.
  - This cardiomyopathy is most common in women who are older than 30.
  - There are several risk factors for developing this form of cardiomyopathy, which include:
    - Obesity.
    - A history of certain cardiac disorders, for example, myocarditis.
    - Certain medication.
    - Smoking.
    - Excessive use of alcohol.
    - Race, particularly if the individual is African American.
    - Malnourishment during pregnancy.

## Causes of cardiomyopathy

Causes of cardiomyopathy vary dependent on the type of cardiomyopathy. However, there are a number of general common causes of cardiomyopathy. [103] These are:
- Excessive use of alcohol or cocaine.
- Amyloidosis.
- The effects of drugs used for chemotherapy. Drugs used for chemotherapy, and some other drugs, are toxic to the heart.

- Coronary heart disease, which is the most common cause of cardiomyopathy.
- End-stage renal disease.
- Genetics.
- Hypertension, particularly when it is poorly controlled.
- Infections that result from viruses such as HIV, Chagas disease, or Lyme disease.

- Deficiencies in nutrition, particularly deficits in selenium, thiamine, calcium, or magnesium.
- Pregnancy.
- Certain autoimmune disorders that also involve the heart, for example, systemic lupus erythematosus or rheumatoid arthritis.

- Certain heart rhythm problems, such as atrial fibrillation or supraventricular tachycardia.
- Some trace elements, including mercury, arsenic, and lead.

**Risks, signs, and symptoms**
The risk factors, signs, and symptoms vary according to what form of cardiomyopathy the individual has.

# VALVE DISORDERS AND OTHER HEART DISEASES

## What are heart valve disorders?

Heart valve disease occurs when one or more of the four heart valves do not work as they should. The valves have flaps of tissue that open and close with every heartbeat. These flaps make certain that the individual's blood flows in the correct direction through the heart's chambers, as well as to the rest of the body.

There are three basic problems that heart valves can have. [104]:

- Regurgitation, which occurs when a valve fails to close tightly. This is also known as backflow because blood leaks back into the heart's chambers as opposed to flowing forward throughout the heart or to an artery.

  ○ In the United States, regurgitation is most often due to prolapse, which occurs when the flaps of the valve bulge or flop back into one of the upper heart chambers during a heartbeat. Prolapse almost always affects the mitral valve.
- Stenosis, which occurs when the flaps of a valve thicken, become stiffer, or even fuse together. This action prevents the valve from opening fully. As a consequence, there is not enough blood flowing through the valve.
- Atresia, which occurs when a heart valve does not have an opening for blood to go through.

## Causes of heart valve disease

There are a number of factors that can contribute to heart valve disease. These include:

- Birth defects. This is congenital heart valve disease, with the primary cause being genetics. Other causes are unknown, as congenital heart valve disease occurs when the heart is still being formed.
- Certain other heart conditions can contribute to acquired heart valve disorders. These conditions include:
  ○ Damage or scar tissue that is the result of injury to the heart, such as a heart attack.
  ○ High blood pressure that is very advanced.
  ○ Heart failure.
  ○ Atherosclerosis that occurs in the aorta.
- Age-related changes to the heart, which can contribute to acquired heart valve disorders.
  ○ Men who are more than 65 years of age and women who are more than 75 years of age are more prone to the development of calcium or other deposits within the heart valves. The deposits serve to stiffen or thicken the flaps of the valve, which limits blood flow.
  ○ In particular, the aortic valve is especially likely to have this problem.
- Rheumatic fever, which can contribute to acquired heart valve disorders. Rheumatic fever that is a consequence of untreated strep infections that progress may cause heart valve disease.
  ○ As the body works to fight the infection, heart valves may become damaged or scarred.
  ○ The valves that are affected most often are the aortic and mitral valves.
  ○ Symptoms of the damage frequently are not evident for many years following the rheumatic fever.
  ○ This is less common now, because the majority of people with strep infections are treated with antibiotics well before the infection progresses into rheumatic fever.
  ○ Heart valve disease primarily affects older adults who contracted strep infections before the availability of antibiotics or people in developing nations where there is a higher incidence of rheumatic fever.

- Certain infections can contribute to acquired heart valve disorders.
  ○ Sometimes when germs enter the bloodstream and get carried to the heart, they end up infecting the inner areas of the heart, including heart valves. This kind of infection is rare but very serious and is termed infective endocarditis.
  ○ Germs have the ability to enter the bloodstream through certain medical devices, needles, syringes, and cracks in the skin or gums. Frequently, the immune system fights the germs and there is no resulting infection. However, in some cases the immune system fails to effectively fight the germs; the result is infective endocarditis.
  ○ People who already have a history of abnormal blood flow in the heart resulting from heart valve disease are at higher risk for developing infective endocarditis. This is because the abnormal blood flow results in blood clots forming on the valve's surface, which in turn make it simpler for germs to attach to the valve and cause an infection.
  ○ Existing heart valve disorders can be worsened by infective endocarditis.

When any of these things cause one or more of the heart valves not to open as they should, change the shape or flexibility of the valves, or permit blood leakage back into the chambers of the heart, the individual's heart has to work harder. This affects the heart's ability to pump blood.

There are a number of other factors and conditions that are linked to heart valve disorders [104], although their causal role is unclear. These include:

- Certain autoimmune disorders, including lupus. Lupus may affect the aortic or mitral valve.
- Carcinoid syndrome. When tumors spread to the liver or to the lymph nodes, they may affect the tricuspid or pulmonary valve.
- Metabolic disorders, including the somewhat rare Fabry disease, as well as more common disorders such as high cholesterol, may impact heart valves.
- Certain diet medications, in particular fenfluramine and phentermine, are linked to heart problems.
- Radiation therapy, when administered to the chest area.
- Marfan syndrome, a congenital disorder that can affect heart valves.

## Risks, signs, and symptoms

Some individuals are born with a heart valve disorder (congenital). However, it is possible to develop heart valve disease later in life as well.

**Congenital heart valve disorders**
- Genetics is the primary risk factor for congenital heart valve disorders.
- The disease may occur alone or it can occur along with other congenital heart defects.
- Congenital heart valve disorders frequently involve the pulmonary or aortic valve in such a way that these valves fail to form properly. For example, the valves may not possess enough tissue flaps, be the incorrect size or shape, or not have an opening for the blood to flow through properly.

**Acquired heart valve disease**
Acquired heart valve disease typically involves the aortic or mitral valve. The valve may be normal at birth, but problems then develop over time.

Those at greatest risk for developing heart valve disease include:
- Individuals who are older, because with aging, the heart valves thicken and stiffen.
- Individuals who have a history of infective endocarditis, heart failure, rheumatic fever, heart attack, or a previous heart valve disorder.
- Individuals who are at risk for developing coronary heart disease. Some of these risk factors are family history, obesity, low physical activity, diabetes or insulin resistance, smoking, high blood pressure, and high cholesterol.
- Individuals born with a bicuspid aortic valve.

Both of these forms of heart valve disease may cause stenosis or regurgitation.

Many people with heart valve disorders do not have symptoms. It is not uncommon for some people to never show any symptoms. However, those who do may experience a disturbed heart rate, such as a heart murmur, as well as complicating factors listed below. If left untreated, heart valve disorders, particularly in their advanced stages, may cause:
- Heart failure.
- Stroke.
- Blood clots.
- Sudden cardiac arrest.

Because heart valve disease frequently worsens over time, an individual may show no signs or symptoms when the heart murmur is first detected. It is common for many who have heart valve disorders to lack symptoms until they are older.

Other signs and symptoms are related to heart failure, a condition that heart valve disease may cause. These include:
- Extreme fatigue.
- Shortness of breath, particularly when an individual exerts themselves or while lying down.
- Swelling in the feet, ankles, legs, abdominal area, or in the veins in the neck.

It is not infrequent for individuals to only notice a problem when they exert themselves. This may manifest as a fluttering or racing heartbeat, or an irregular heartbeat. There are currently no medications available to cure heart valve disease. However, the symptoms, as well as the complications of heart valve disease, may be eased by making lifestyle changes or taking medication to treat the complications.

## DIAGNOSIS

## Diagnostic tests

There are a variety of diagnostic methods used to diagnose cardiovascular problems in women. These tests vary depending on the type of suspected condition, and include [105]:
- Physical exam and gathering of family history. This is a first step toward diagnosing cardiovascular disease.
- Blood tests. Drawing blood allows for the diagnosis of cardiovascular disease through the presence of certain substances. For instance, practitioners may check cholesterol, triglycerides, or blood cell count.
- Chest x-ray. This test reveals an image of the heart, lungs, and blood vessels, and can indicate if the heart is enlarged. This test is important because enlargement of the heart can indicate certain types of cardiovascular problems.
- Holter monitoring. This portable device is worn by the individual to record a constant ECG. The device is generally working for 24 to 72 hours and can be used to detect irregularities in heart rhythm that are not showing up during a standard ECG exam.
- Cardiac catheterization. This test can measure the blood pressure in the heart's chambers.
- Heart biopsy, wherein a small sample of the individual's heart tissue is removed via catheterization and sent to a lab to be tested.
- ECG exercise test [1] This test is lower in sensitivity and specificity [106] when used for women. This is, in part, related to the smaller extent of cardiovascular disease in women as well as the higher prevalence of conditions such as mitral valve prolapse and hormonal influence. Additional factors that contribute to lower

diagnostic accuracy in this test when used for women are that women experience chest pain that is atypical and commonly do not reach the target heart rate. [107–109] The latter may be a result of reduced exercise capacity in women, primarily stemming from conditions such as obesity or osteoarthritis.

The test, however, is recommended for women who are able to exercise and possess a low to intermediate probability of cardiovascular disease. The American Heart Association has recommended that this test be used for these low- to medium-risk women, provided there are no contraindications to the testing. [110]

Because sex has an apparent impact on the accuracy of this test, practitioners should keep in mind the differences in testing when using this test as a diagnostic tool, as well as in interpreting results. The mechanisms that contribute to sex differences are unclear; however, they may be related in particular to differential aspects of estrogen on the ST segment [111,112], as well as differences in vascular reactivity. [110]
Using imaging, as opposed to non-imaging stress testing may help identify vascular flow obstruction.
- Stress echocardiography. This test allows for more accurate information on both systolic and diastolic function, as well as on valvular diseases and myocardial ischemia. In one test of more than 1,000 women who had suspected coronary artery disease, this test had a sensitivity that ranged from 81% to 89%, with a specificity of approximately 86%. [113] This testing method may

be limited by conditions such as obesity and certain pulmonary function.

- Gated single-photon emission computed tomography (SPECT) can help detect flow reserve patterns [114–116] and may help predict cardiac death as well as myocardial infarction. [117, 118] SPECT is a nuclear technique that allows for visualization of how the ventricles are functioning as well as regional or global perfusion defects. Research findings indicate that SPECT may be more specific than exercise electrocardiography, and may be considered a more effective approach to diagnosing cardiovascular diseases such as coronary artery disease in women. [119] However, there are some limitations when used for detecting cardiovascular disease in women; SPECT can have false positives, primarily because the heart is smaller in women. The tissue of the breast may also produce false positives. [113,120]
- Cardiovascular magnetic resonance imaging may serve to provide a different method for evaluating subendocardial ischemia, higher precision for assessing the function of the left ventricle, and a thorough anatomic evaluation of the myocardium and peripheral vasculature. This test also has the ability to detect adjustments in myocardial metabolism. The cardiovascular magnetic resonance imaging (MRI) test has advantages specific to its use for women, including excellent characterization and contrast of soft tissue, three-dimensionality, total quantification of blood flow, and better overall temporal and spatial resolution when imaging vascular and myocardial abnormalities. [121-123] However, there are also some constraints to using this test, including that it is expensive and it may cause claustrophobia in some individuals.
- Coronary computed tomography. This test serves to evaluate and quantify the level of calcium in the coronary arteries. [124] Calcium levels serve as an early marker of cardiovascular disease. The coronary artery calcium score (CACS) is recognized as an independent and incremental forecaster for cardiovascular events in patients who have an intermediate risk of cardiovascular disease [125, 126] as well as both short- and long-term events.

One study indicated that women who had a high calcium score had a high mortality rate at 5 years. [127] While there are not much data on calcium scores as a risk factor for women who do not have symptoms, it can be considered a risk factor and a marker in women who have intermediate risk of developing coronary artery disease. Given this, computed tomography should be used in women who have an intermediate risk of developing coronary heart disease, as selective use of CACS may be appropriate in these patients. [126] CACS screening is equally accurate in both men and women.

Relative risk of a cardiovascular event increases in proportion to coronary calcium levels. [128] In one recent study of 1,126 asymptomatic patients, of which 30% were women, it was shown that a severe CACS indicates individuals who were at a high long-term cardiovascular risk, even when tests such as SPECT were normal. The researchers concluded that in individuals who are at an intermediate or high risk of cardiovascular disease, the use of CACS could help better indicate those individuals who will have a high long-term risk of adverse cardiovascular events. [129]

- Multi-slice computed tomography (MSCT). This test is a quickly evolving imaging technique as well as a potential alternative to the non-invasive tests for cardiovascular disease that already exist. While diagnostic accuracy in women has not specifically been investigated, results extrapolated from male data indicate that this is a promising technique for use in women. The 64-slice computed tomography possesses a high sensitivity for detecting substantial coronary stenosis, and is reliable for ruling out the presence of significant cardiovascular disease. [130] The sensitivity was very good for detecting substantial coronary heart disease, in both men and women. One study indicated that predictive parameters were lower for women, primarily because women have smaller blood vessels than do men. [131] Therefore, further research is necessary to effectively validate this testing method for women.

## Treatment

There has been intensive research and debate over possible disparities between the sexes in treatment. Cardiovascular disease affects men and women differently, and it affects them at different times in their lives. [4] Treatments for cardiovascular disease vary as well and affect men and women differently. One or more of the following may be necessary to treat the individual's specific cardiovascular problems: medication, changes to lifestyle, or surgery or other procedures.

There is also a difference in the level of treatment women receive. The Cooperative Cardiovascular Project [132] indicated that women received less treatment after myocardial infarction and received fewer aspirin prescriptions upon discharge. However, women were 5% more likely than were men to receive angiotensin-converting enzyme (ACE) inhibitors. There are those in the medical community who may argue that fewer women receive evidenced-based therapies because women in general have a lower likelihood to have significant coronary disease.

It is important to remember that men and women respond in different ways to medication. For instance, women generally take more medications than do men. [133] Women also respond differently to medication, primarily because they differ from men in physiology pharmacodynamics and pharmacokinetics. [134–136] Further, women have a higher likelihood than do men to have injuries related to their medication, i.e., adverse drug effects. [137, 138] However, women have often been underrepresented in drug studies [139, 140], and there is still much that needs to be learned regarding the safe, effective, and optimal use of medication in women.

**Cardiovascular disease treatments**
- Options:

  ○ Aspirin therapy is the most popular choice for prevention of cardiovascular disease, and has been well established as an effective treatment for men. A meta-analysis of six individual studies [141], with a total of 53,035 patients – 11,466 of which were women – has indicated that aspirin serves to reduce the risk of a first myocardial infarction by one-third and reduces the risk of other events by 15%.

    However, evidence that supports aspirin for primary prevention of coronary heart disease in women is not as strong. In a recent analysis of data gathered from 44,114 men and 51,342 women [142] it was discovered that aspirin therapy, while reducing myocardial infarction in men by 32%, did not significantly reduce the incidence of myocardial infarction in women. Based on this evidence, it is not indicated that women who are younger than 65 years of age use aspirin to reduce the risk of a first myocardial infarction. [143] One possible reason for this may be aspirin resistance.

  ○ Statins. The role of statins as a drug used for primary prevention of coronary heart disease is controversial in women, and indeed, their effectiveness in women is questionable. However, in one recent study [144] that examined the effect of statins on the risk of cardiovascular disease, results indicated that statins were equally effective in prevention in both men and women, and that both men and women experienced a 30% reduction in risk of major cardiovascular events.

  ○ Beta blockers. Beta blockers may benefit women more than they do men. In one study, women responded to beta blocker

therapy with a reduction in mortality of 31%, compared with a 5% reduction in men. [145] However, several recent trials have indicated that women and men respond equally well to beta blocker therapy. [146, 147]

○ ACE inhibitors. There is growing literature on the effect of sex differences on the effectiveness of ACE inhibitors; however, there are no studies that specifically address this particular issue. However, the consideration of some previous observations may be prudent. Pooling 30 studies of ACE inhibitors and heart failure, with a total of 1,587 women across all studies indicated that there was a substantial decrease in mortality (37%) and hospitalization in men, whereas women only experienced a 22% decrease. A more recent meta-analysis confirmed these data. [148]

Therefore, ACE inhibitors may indeed affect men and women differently. There are sex differences in pathophysiology that may account for the disparity. For instance, the ACE2 gene has been shown to map to certain loci on the X chromosome. [149] However, the specific role this plays is currently unknown. Additionally, sex differences in lower rates of reactive hypertrophy have been indicated.

○ Clopidogrel. Clopidogrel may work differently in men and women. In a meta-analysis of five large studies that included more than 79,000 people, 30% of which were women, Berger et al. [150] discovered that clopidogrel was linked with a 16% reduction in occurrence of cardiovascular events in men, compared with a 7% reduction of cardiovascular events in women. Among the women enrolled in these studies, the risk reduction appeared to be greatest for myocardial infarction, while effects on stroke and sudden death were not statistically significant.

It was found that clopidogrel increased the risk of major bleeding by 43% in women, compared with 22% in men. The difference was not found to be statistically significant, but what was significant about the finding was that it mirrored the differential effects between the sexes that are often seen with aspirin. Women were shown to be hyporesponsive to clopidogrel much more frequently. [151]

○ Lifestyle changes. Changing one's lifestyle to reflect healthier choices can help treat cardiovascular problems. For instance, exercising regularly can help lower a high resting heart rate, a risk factor for cardiovascular disease. Exercising regularly can also help relieve stress and lower blood pressure, another risk for cardiovascular problems. Other recommended changes are eating healthy, to help lower cholesterol and blood pressure. Quitting smoking also lowers blood pressure and allows the heart to not work as hard. Typical recommendations for lifestyle changes include eating a diet that is low in fat and sodium, exercising moderately for at least 30 minutes on most days, not smoking or quitting smoking, and limiting alcohol consumption.

○ Medical procedures. Medical procedures can include such procedures as a coronary angioplasty or heart bypass surgery.

● Effectiveness:
○ Aspirin therapy. There is no strong evidence that supports aspirin for primary prevention of coronary heart disease in women. A recent analysis of data indicated that while aspirin therapy reduced myocardial infarction in men by 32%, it did not significantly reduce the incidence of myocardial infarction in women.

One possible reason for this may be aspirin resistance. One recent study examined aspirin resistance to determine whether those who experience myocardial infarction also have a higher rate of aspirin resistance. [152] The study found that women were four times more likely to be aspirin resistant than men, although the reason for this is still unknown. Typically, aspirin resistance has been blamed on genetic differences in the COX-1 gene, platelet antigen, or the glycoprotein IIb/IIIa receptor. [153-156]

Whether the resistance is the result of biology or clinical occurrences, routine testing of patients to determine their response to aspirin therapy is not recommended. This is an area that warrants future research into how aspirin therapy may be tailored specifically to each patient, research that would be crucial to the health of women in particular, who are in need of patient-specific therapies.

○ Statins. The role of statins as a drug used for primary prevention of coronary heart disease is controversial in women. Women have typically been underrepresented in clinical trials on statin therapy, leading to two schools of thinking about statins. One side indicates that statins are useful in primary prevention, while the other side indicates that this is an assumption and not supported by evidence. [157]

One study conducted by LaRosa et al. [144] examined the effect of statins on the risk of cardiovascular disease using data from two primary prevention trials [158, 159] and three secondary prevention trials. [160-162] The researchers indicated that results showed that statins are equally effective in prevention in both men and women, and discovered that both men and women experienced a 30% reduction in risk of major cardiovascular events.

○ Beta blockers. Beta blockers may benefit women more than they do men. In one study, women responded to beta blocker therapy with a reduction in mortality of 31%, compared with a 5% reduction in men. [145] However, several recent trials have indicated that women and men respond equally well to beta blocker therapy. [146, 147]

○ ACE inhibitors. Effectiveness in women is not well known, as there have been no sex-specific studies done to evaluate the effects in women.

○ Clopidogrel. Clopidogrel may work differently in men and women. In a meta-analysis of five large studies that included more than 79,000 people, 30% of which were women, Berger et al. [150] discovered that clopidogrel was linked with a 16% reduction in occurrence of cardiovascular events in men, compared with a 7% reduction of cardiovascular events in women. Among the women enrolled in these studies, the risk reduction appeared to be greatest for myocardial infarction, while effects on stroke and sudden death were not statistically significant. It was found that clopidogrel increased the risk of major bleeding by 43% in women, compared with 22% in men.

○ Lifestyle changes can make a marked difference, particularly in those at risk for developing cardiovascular disease. Taking action to lower blood pressure and cholesterol and to reach a healthy resting heart rate can help alleviate or even prevent cardiovascular disease.

● Side effects:
○ Aspirin therapy. Aspirin therapy is not for everyone. The use of aspirin therapy depends in great part on the risk factors the individual displays for cardiovascular disease. Risk factors such as smoking, high blood pressure, high cholesterol, lack of exercise, diabetes, stress, excessive alcohol consumption, and a family history all must be considered before partaking in aspirin therapy.

Aspirin therapy may serve a function in preventing a second myocardial infarction, and it may also be beneficial for

those with strong risk factors who have not experienced a myocardial infarction. However, there are some conditions that make aspirin therapy dangerous. These include: bleeding or blood clotting disorder, asthma, a history of stomach ulcers, or heart failure. Aspirin is not recommended for diabetic women who are younger than 60.

It is also important to remember that other medications may affect aspirin therapy, or vice versa. For example, when aspirin and ibuprofen are taken together, this reduces aspirin's effect. Also, taking aspirin along with other anticoagulants can markedly increase the chance of bleeding.

- Statins. The FDA [163] advises taking care when using statins. Statins have a number of side effects, including liver problems, mental impairment, an increased risk of developing type 2 diabetes, and drug interactions that may lead to muscle damage. The FDA reports that liver damage is rare, but patients should still have their liver enzymes routinely monitored. Regarding mental impairment, the FDA has received reports of memory loss; however, the memory loss was not serious and generally reversible. With diabetes, there has been a small reported increased risk. The potential is great for muscle damage if certain medications are taken with statins.

- Beta blockers. Many people who take beta blockers do not experience any side effects. However, side effects do exist. [164] Common side effects include fatigue, cold hands, headache, upset stomach, constipation or diarrhea, and dizziness. Among the less common side effects are shortness of breath, difficulty sleeping, loss of sex drive, and depression.

Beta blockers also aren't customarily used for individuals with asthma, because concerns have been raised that they may trigger serious asthma attacks. Beta blockers must be used with caution in patients who are diabetic, because they can block some of the signs of low blood sugar, such as a rapid heartbeat. Therefore, diabetics must carefully monitor blood sugar if they are using beta blockers.

- ACE inhibitors. ACE inhibitors do not have many side effects. However, one common side effect is dizziness. [165] This generally occurs if a too-high dose has been administered at the onset of usage. ACE inhibitors may also cause problems with the kidneys or level of potassium, coughing, low blood pressure, or rarely, swelling of the lips or throat.

- Clopidogrel. Common side effects with clopidogrel are: chest pain, bruising deeply, itching, pain, or redness, and generalized pain. Less common are side effects such as nosebleed, difficulty or pain in urinating, shortness of breath, and vomiting blood, and rarely, some patients experience very dark stools, blistering and peeling skin, blood in their urine, confusion, fever, sudden and very severe headaches, nausea or stomach pain, ulcers of the mouth, and sudden weakness. [166]

- Lifestyle changes. Many people feel better after changing their lifestyle to reflect healthy choices. Some caution needs to be taken, however. Those with accelerated heart rate (tachycardia), heart arrhythmia, and certain valve disorders must take caution with lifestyle changes such as exercising.

## Treatments for heart arrhythmia

Depending on the condition and the seriousness of the condition, practitioners can recommend maneuvers or medication to correct the irregular heartbeat. There is also the possibility of using medical devices or surgery for more serious conditions. [167]

Treatments for heart arrhythmia include [167]:
- Vagal maneuvers. These maneuvers require that the individual do things such as holding his or her breath while straining, dunking the face in ice water, or coughing. The maneuvers serve to affect the vagal nerves, which controls heart rate. It is important that individuals with arrhythmia be advised to refrain from attempting any maneuvers before having consulted a doctor.
- Medication. Medications, including anti-arrhythmic medications, may help individuals who are experiencing a rapid heart rate. These may reduce episodes of the heart beating too rapidly or serve to slow down the heart when there is an episode. Individuals must take medication exactly as prescribed to avoid experiencing complications.
- Medical procedures. There are two common procedures used to treat arrhythmia. These are cardioversion and ablation. In cardioversion, an electric shock is used to reset the individual's heart back to the normal rhythm. In ablation, catheters are threaded through the blood vessels to the inner heart, where electrodes (located at the catheter tips) destroy a small bit of heart tissue and create a block in the pathway that causes the arrhythmia.
- Pacemaker or implantable cardioverter defibrillator. The pacemaker will deliver electrical pulses to control heartbeat rhythm. The implantable cardioverter defibrillator can correct a

heartbeat that is too rapid or is chaotic by using an electric pulse that is similar to that which is used in cardioversion. Each of these requires surgery, which is minor and typically only requires a few days of recovery time.
- Surgery. Sometimes severe arrhythmias need surgery. This also may prove necessary for individuals who have an underlying cause for the arrhythmia (e.g., a heart defect). Surgery is considered a last resort because it is open-heart and may require months of recovery.

**Treatments for heart defects**
Depending on the defect, treatment may or may not be required. Treatments for heart defects include [167]:
- Medications. Some mild heart defects, particularly those found later in childhood or adulthood, may be treatable with medications to help the heart work more efficiently.
- Certain procedures using catheters. Some people are now able to have their congenital heart defects repaired using catheterization techniques, which allow the repair to be made without surgically opening the chest.
- Surgery. In some cases, it may become necessary for a defect to be repaired by open-heart surgery. Surgery is a major procedure and typically requires a long recovery time. Individuals who require surgery may need multiple surgeries to treat or repair a severe defect.
- Heart transplant. If a defect cannot be repaired, a heart transplant may be considered.

## Treatments for cardiomyopathy

Treatments used for cardiomyopathy vary depending on the type of cardiomyopathy the individual has, as well as how serious it is. Treatments for cardiomyopathy include [167]:
- Medication. Practitioners can prescribe medications that will improve the heart's ability to pump blood. These medications may

include ACE inhibitors, for example, or beta blockers, which help the heart beat less forcibly. These reduce strain on the heart and help it to work more efficiently.
- Medical devices. Treatment with medical devices can vary, depending on type of cardiomyopathy the individual has. For

example, if he or she has dilated cardiomyopathy, the use of a special pacemaker that works to coordinate the contractions between the right and left ventricles of the heart may help improve the heart's pumping ability.

- Heart transplant. If a cardiomyopathy is severe and medications do not work well to control the symptoms, a heart transplant may be considered.

## Treatments for heart infections

Treatment varies by infectious condition, but the first treatment given for infections such as pericarditis, myocarditis, or endocarditis is frequently medication. Frequently administered medication for infections includes [167]:
- Antibiotics. If a condition is caused by bacteria, practitioners may prescribe antibiotics as a course of treatment. These are given via IV for 2 to 6 weeks, depending upon how serious the infection is.

- Medications to regulate the heartbeat. Sometimes cardiovascular infections affect the heartbeat. If this happens, practitioners may prescribe a medication such as an ACE inhibitor or beta blockers to help normalize the heartbeat.
- Surgery. This is an option if the heart infection is severe enough that it damages the heart. Surgery may then be needed to repair the damaged area.

## Treatments for valve disorders

Treatment of valve disorders may vary depending on which valve is affected. However, generally, treatment options that are available include [167]:
- Medication. Mild heart valve disorders can often be managed through medication. Medications that are frequently prescribed for heart valve diseases include vasodilators, statins, diuretics, and anticoagulants.

- Balloon valvuloplasty. This treatment may be used to treat valve stenosis.
- Valve repair or replacement. If an individual is suffering from a severe valve disorder, surgery may be a viable option. The valve may be able to be repaired, or replaced with a valve made of synthetics.

## Lifestyle

Studies have indicated that a number of coronary risk factors are directly related to lifestyle choices, and can be treated by changing behavior and nutritional intake [168, 169]. Recommendations made by the American Heart Association for both men and women include lifestyle and dietary changes, as well as the inclusion of specific nutrients. [170]
- Exercise
  A sedentary lifestyle poses a significant risk for the development of cardiovascular disease. The typical recommendation made by the Surgeon General of the United States, the American Heart Association, and the American College of Sports Medicine is to exercise moderately for at least 30 minutes on most days. An alternative option is to exercise vigorously for a minimum of 20 minutes 3 days a week [171–173] Exercising regularly improves mood and can help lower a high resting heart rate. It also lowers blood pressure and relieves stress. However, research has indicated that only 28% of American women exercise enough to meet the recommended guidelines, and 41% of women do not exercise at all. [174]

  Walking is considered optimal exercise, and an exercise that – when done briskly – can burn 3.5 to 7 kcal per minute. [175] Walking is highly beneficial for improving cardiovascular health. One study, the Women's Health Initiative Observational Study, examined 73,000 postmenopausal women aged 50 to 79 and found that brisk walking for 2.5 hours per week was linked with a 30% reduction in cardiovascular events over the 3-year follow-up period. [176] Once controlling for total energy expenditure, brisk walking and other, more vigorous exercises were associated with risk reduction, and the results did not vary significantly by race, age, or BMI.
  The study further found that sitting for a long time predicted an increase in risk for cardiovascular events, even if the person spent some of his or her time recreationally. Women who sat for 16 hours or more per day had a 68% higher chance of developing cardiovascular disease than those who sat less than 4 hours per day.

The benefits of walking, which is the most common recreational activity among adults in the United States, have been observed in other studies on women. For example, among the 72,000 participants in the Nurses' Health Study, 3 hours of brisk walking per week had the same protective effect as did 1.5 hours of more vigorous exercise. [177] Additionally, women who reported doing either type of exercise – walking or more vigorous recreational activities – were 30 to 40% less likely to experience myocardial infarction than were their sedentary counterparts.

Of the 39,000 middle-aged women who participated in the Women's Health Study, it was found that walking a minimum of one hour per week led to a 50% reduction in coronary heart disease risk. [178] Also, in a 30-year follow-up study of 1,564 middle-aged women, walking more than 10 blocks per day, compared with walking less than 4 blocks, was linked with a 33% reduction in cardiovascular disease events. [179]

Further, in the Study of Osteoporotic Fractures, which examined 9,704 women aged 65 and older, women whose walking energy expenditures averaged 300 kcal per week or more (which translates to approximately one hour of walking per week) were 34% less likely to die from a cardiovascular event than women whose walking expenditures were less than 70 kcal per week. [180]

Most of these studies did not examine physical activity patterns across the individual's lifespan; however, there is good evidence to indicate that previously sedentary individuals who then become active later in life gained very similar cardiovascular benefits. In one 10-year follow-up of women and men aged 55 to 75 years who had previously been sedentary, it was found that individuals who participated in an exercise program that included 30 to 45 minutes of walking three times per week experienced greater favorable change in systolic blood pressure, HDL, total cholesterol, triglycerides, insulin, and BMI. These individuals also had fewer abnormal electrocardiogram results in exercise stress tests. [181]

Among the participants in the Nurses' Health Study who had originally been inactive, changes in activity over 6 years were linked with substantial favorable changes. Compared with women

who had remained inactive, women who increased their total levels of physical energy expenditure were up to 33% less likely to experience a cardiovascular event.

One caveat is that exercise be current and habitual to allow for cardiovascular benefit and protection. Women who became inactive later in life had similar risks of cardiovascular mortality as did those who had remained sedentary. It has been noted that even short bouts of activity favorably affect the risk profile of individuals who are otherwise inactive. [182–184]

Most studies to date have focused on the benefits aerobic exercise delivers for cardiovascular health. However, there is a growing acknowledgement that resistance exercise may also help reduce cardiovascular risk. [185] Studies on resistance exercise have primarily been conducted on men; however, these benefits may translate to women as well. The primary benefit women may gain from resistance exercise is greater protection from osteoporotic fractures because strength training works to preserve bone density. [186]

One way that physical activity in general may help protect against cardiovascular disease is through other beneficial side effects of physical activity, such as reduction of certain risk factors. One risk factor that physical activity serves to address is obesity. It has been found that each kilogram of weight that is gained during an individual's middle age increases cardiovascular disease risk by 3%. Therefore, by regulating body weight, physical activity helps manage the risk that weight gain poses. [187]

However, while weight control is important, it should not be the main reason an individual engages in physical activity, as this offers an incomplete assessment of the impact physical activity has on total cardiovascular health. To underline this point, prospective studies have found that there is an inverse link between physical activity and the risk of cardiovascular disease even after the effects of BMI are controlled. This suggests that the benefits gained from physical activity are not simply due to weight control. [188–190]

Physical activity seems to slow the onset, as well as the progression, of cardiovascular disease not only through its beneficial effects on weight management, but also through beneficial effects on glycemic control, incidence of type 2 diabetes, insulin sensitivity, blood pressure, endothelial function, inflammatory defense, and lipids. [191] In the Women's Health Study [192], changes in inflammatory risk factors such as CRP were the largest contributing factor to lowered risk (32.5%), followed by other factors: blood pressure (27.1%), traditional lipids (19.1%), novel lipids (15.5%), BMI (10.1%), and hemoglobin A1c/diabetes (8.9%).

- Diet
  Diet plays an important role in the prevention of cardiovascular disease. Proper nutrition is a cornerstone of good health and disease prevention. A poor diet is a risk for the development of cardiovascular disease.

  Some supplements and food groups have been recommended for the prevention of cardiovascular disease. These include recommendations for whole grains, fruits, vegetables, soy, nuts, and fish, as well as supplements such as folic acid, antioxidants, and B-complex vitamins.

  In the case of food choices, one study [193] evidenced support for the benefit of fruits, vegetables and whole grains for prevention of cardiovascular disease. Data from the trial also evidenced support for the consumption of fish twice weekly. Nuts are good snacks, but high in calories, which must be considered when consuming these products. Soy proteins do not impact low-density lipoprotein

cholesterol (LDL-C) or the risk of cardiovascular disease, but they may serve to decrease risk if the individual uses soy protein as a replacement for high-fat meat choices.

A diet saturated with fatty acid, trans fatty acid, and cholesterol has been proven to increase serum LDL-C, and elevated sodium intake has been linked to high blood pressure. These findings have led the American Heart Association to recommend reducing saturated fatty acids, trans fatty acids, cholesterol, and sodium in the diet. These recommendations are consistent with recommendations made by other governmental healthcare groups, such as the World Health Organization. [194]

The American Heart Association emphasizes healthy eating as opposed to the consumption of specific nutrients, and offers general guidelines intended to help patients increase their intake of fruits, vegetables, whole grains, and fish.

Some groups have promoted the Mediterranean diet as a way to prevent cardiovascular disease. This diet recommends increasing fruit, vegetables, cereals, legumes, and fish, while reducing the intake of saturated fatty acids. Further, the diet emphasizes the consumption of fresh foods as opposed to prepared foods, drinking a glass of red wine at mealtime, and the reduction of red and processed meat products and high-fat dairy products. [195]

In general, research on disease risk and diet has been primarily focused on whole foods and a complete diet as opposed to focusing on individual components of the diet. This may be a preferred approach, because people do not consume nutrients in isolation from other nutrients, and because simply analyzing single nutrients does not take into consideration the interaction that may occur between various components of the diet.

Here is a look at each component:
- ○ Whole grains:
  - ■ The American Heart Association practice guidelines recommend an increase in the intake of soluble fiber to lower LDL-C and glucose. The amount of dietary fiber generally recommended for both genders is 25 g/d. For patients who have elevated cholesterol or blood glucose, a recommendation of 50 g/d is recommended.
  - ■ The American Dietetic Association recommends 14 g fiber/1,000 kcal. Because this recommendation is based on calorie intake, these amounts will likely be lower for women than for men.
  - ■ Recommended targets should first be met by increasing the dietary intake of fresh fruits and vegetables to five to 10 servings per day and the consumption of whole grains to six to 11 servings per day. [196]

  A Cochrane review of randomized, controlled trials examined the influence of whole-grain consumption on cardiovascular disease risk factors, as well as on mortality and morbidity. [196] The trials included adults with existing cardiovascular disease, as well as those who possessed at least one risk factor for coronary heart disease. Studies ranged in duration from 4 to 8 weeks, and from 56 to 84 g/d intake of whole grains. In eight out of the 10 studies in a Cochrane review, oats was the whole grain that was studied.

  When studies were combined in a meta-analysis, findings indicated lower total cholesterol and LDL-C. No gender differences were noted. The results of these studies indicate that foods containing soluble fiber, primarily cereal

products that are made out of oats, have been consistently associated with lower incidence of cardiovascular disease. [197]

○ Fruit and vegetables:
  ■ Fruit and vegetable intake is recommended for cardiovascular disease prevention for both genders. However, this recommendation is based primarily on cohort studies.
  ■ Findings from cohort studies indicate that consumption of fruits and vegetables is associated inversely with the risk of cardiovascular disease. [198]
  ■ Current recommendations indicate that fruits and vegetables that are deeply colored should be emphasized, as should preparation techniques designed to preserve nutrients and fiber content without adding unnecessary calories, saturated fats or trans fats, sugar, or salt.
  ■ Fruit juice is not an equivalent to whole fruit where fiber content is concerned. And that is not to be emphasized. [170]
  ■ There have been no long-term trials to examine the effects of increasing fruit or vegetable intake on cardiovascular disease. However, analysis of the Women's Health Initiative trial that examined a lower-fat diet indicated a trend toward lower cardiovascular disease in women, who made up the highest quartile of fruit and vegetable intake. [199]

○ Fish:
  ■ At the end of the 1990s, available evidence caused the American Heart Association to recommend that adults consume a variety of fish at least twice a week. There have been some gender-specific guidelines made, based on mercury levels in fish. The U.S. FDA indicated that anyone other than pregnant women or women who may become pregnant may consume up to 200 g per week of fish that contains high methyl mercury levels. These fish include king mackerel, swordfish, tilefish, and shark. Further, the FDA indicated that anyone other than pregnant women or women who may become pregnant may consume up to 400 g per week of fish with moderate mercury levels. These fish include orange roughy, fresh tuna, marlin, and red snapper.
  ■ Data have suggested that even for women of childbearing age, the benefits of fish intake outweigh the risk. [200] A variety of fish should be consumed, but individuals who consume more than five servings per week should limit their intake of seafood that is highest in mercury.
  ■ A meta-analysis recently showed a significant relationship between average intake of 566 mg/d of DHA and EPA and a reduced risk of 37% for cardiovascular disease mortality. Only two servings per week of oily fish provides 400 to 500 g/d of DHA and EPA and could lead to the significant reduction of cardiovascular disease mortality in healthy adults. [201]

○ Oils and nuts:
  ■ Foods that are rich in alpha-linolenic acid (ALA), a short-chain omega-3 found in plants, have also been recommended. These foods include canola, flax seed, and soy bean oil, as well as walnuts [202] Walnuts in particular are especially rich in linolenic acid and alpha linolenic acid.
  ■ Nuts are high in unsaturated fatty acids and in general contain large amounts of monounsaturated fatty acid and polyunsaturated fatty acid.
  ■ Walnuts in particular are especially high in linolenic acid and ALA.
  ■ Additionally, nuts are sources of macronutrients, such as vegetable protein and fiber, as well as other nutrients, such as calcium, potassium, magnesium, and tocopherols.

  ■ Nuts are also a good source of phytochemicals, such as phytosterols and phenolic compounds, and other bioactive compounds, such as arginine and resveratrol.
  ■ The cardioprotective nutrients in nuts help explain the beneficial effects of nut intake on cardiovascular disease prevention.
  ■ The primary value of nuts may come from replacing snack food that is high in salt, sugar, and saturated fat with nuts.
  ■ One important thing to remember is that nuts are high in calories, which may lead to weight gain, and that obesity is a risk factor for cardiovascular disease. This is of greater concern for women than for men, primarily because women have lower caloric requirements than do men.

○ Soy:
  ■ Soy has gained quite a bit of attention for its role in possibly improving cardiovascular disease risk factors.
  ■ Soy is used more in women, primarily because soy has an association with plant-based estrogen-like compounds.
  ■ In October 1999, the FDA approved labeling foods that contained soy protein as offering protection against heart disease. The recommendation for women for soy protein intake per day is taken from clinical studies that showed that 25 g of soy protein per day lowered total cholesterol and LDL cholesterol. [203]
  ■ A review done by the American Heart Association indicated that because products containing soy protein are often high in polyunsaturated fats, vitamins, minerals, and fiber, while being low in saturated fat, the products often work well and are beneficial to general cardiovascular health when used to replace fatty foods. [204]

○ Supplements:
  ■ Lowering LDL cholesterol with plant stanol and stanolesters is recommended by the National Cholesterol Education Program III [168]. The World Health Organization has approved this usage.
  ■ Plant sterols and stanolesters are found in natural abundance in plant foods. [205] A dosage of 2 to 3 g per day effectively decreases total and LDL cholesterol by as much as 15% in both men and women.
  ■ Recent advances in nutrition mean that food products such as milk, yogurt, margarine, and cereals can now be enriched with plant sterols and stanolesters. These foods may help lower serum cholesterol. [206]
  ■ There are certain concerns about plant sterols and stanolesters, particularly the effect they may have on absorption of other vitamins. However, a meta-analysis of 10 to 15 trials per vitamin showed that plasma levels of lycopene, vitamin E, and alpha carotene remained with consumption of plant sterols and stanolester supplements stable relative to the carrier molecule, LDL.

    Beta carotene levels did decline. This decrease, which results from food products that contain plant sterols and stanolesters, may be prevented by adding a sufficient amount of fruits and vegetables to the diet. [207]
  ■ Antioxidant supplementation is not recommended for prevention of cardiovascular disease. [196] A meta-analysis of 439 healthy men and women from 21 different randomized trials of antioxidant supplementation indicated that these supplements had no positive effect on the total mortality in prevention trials, and may in fact increase mortality. [208]
  ■ It is unknown whether vitamin D supplementation serves to reduce the risk of cardiovascular disease. However, a recent meta-analysis of 18 different randomized trials indicated that participants who received vitamin D supplementation (300 to 2000 IU) experienced fewer

deaths compared with those who received placebo.[209] No gender differences were reported.

- Folate and vitamin B12 help to regulate homocysteine metabolism; it has therefore been proposed that a diet high in these nutrients can reduce homocysteine levels and, in turn, lower the risk of cardiovascular disease. Elevated plasma total homocysteine production has been associated with cardiovascular disease in several studies conducted in North America, Europe, and Israel.[210]
- Folic acid and B complex vitamins are not recommended for the secondary prevention of cardiovascular disease in either men or women.

- Smoking:
Cigarette smoking is one of the primary causes of cardiovascular disease worldwide and is expected to continue to be problematic as populations who had been relatively unexposed to smoking begin to smoke to an extent that has previously only been noted in higher-income countries. This expectation is particularly true for young women, for whom the popularity of smoking – in particular in low-income and middle-income countries – may be on the rise.[211, 212]

There are 1.1 billion smokers worldwide – one-fifth of them women. Of the 5 million deaths that occur each year that can be directly attributed to tobacco, approximately 1.5 million are women. One meta-analysis indicated that the death toll is likely to increase to 2.5 million women (out of a projected 8 million female smokers) by 2030, should present smoking patterns continue. This is assuming that the male to female smoking ratio continues, but this is somewhat unlikely because more young women than young men are taking up smoking.

It is also based on the assumption that smoking affects both men and women equally, when different diseases resulting from smoking likely affect men and women in different ways. For instance, women who smoke have a much greater relative risk of developing lung cancer than do men who smoke.[213, 214]

Smoking is a risk factor for cardiovascular disease. It is unknown whether smoking poses the same risk of cardiac problems for women as for men, but sex differences in smoking and cardiovascular disease risk is a topic that has been up for considerable debate.[215] However, one meta-analysis, the Asia-Pacific Cohort Studies Collaboration (APCSC)[216], made a direct comparison between smoking and cardiovascular disease in men and women using an internal, within-study comparison.

This meta-analysis found that there is indeed a sex difference in the risk smoking poses for cardiovascular disease, namely that smoking was more hazardous for women than for men. However, this difference in risk was seen in only the heaviest smokers. Another meta-analysis[217] indicated that women smokers have a 25% higher relative risk of cardiovascular disease than do male smokers, independent of other cardiovascular risk factors. However, this same meta-analysis indicated that it will be quite some time before the full effect of smoking on cardiovascular disease in women is known and understood, and that factors such as duration of smoking and the weight of the smoker must be taken into account when determining risk. However, even taking these factors into account, women still are at a higher relative risk than men.

- Alcohol:
Over the last 7,000 years, most societies have consumed alcohol. Alcohol in and of itself is not a bad thing. In fact, light to moderate consumption helps reduce the incidence of peripheral artery disease, coronary heart disease, mortality from coronary heart disease, and ischemic stroke, particularly in Western populations. However,

when alcohol is consumed in excess, it contributes to causing cardiomyopathy, cardiac arrhythmia, and hemorrhagic stroke.[218]

Approximately 3.8% of all deaths globally may be attributed to alcohol and the detrimental effects of alcohol.[219] Alcohol dependence is a major social issue, as well as a major health issue, that affects 4 to 5% of the population in the United States, with a lifetime prevalence of approximately 12.5%.[220] In the United States, about 30% of people who drink alcoholic beverages drink to excess.[220] Alcoholism is the third most preventable cause of death in the United States.[221] Excessive alcohol consumption is one of the leading causes of cardiovascular disease.

However, alcohol consumed in moderation offers protective benefits against cardiovascular disease; heavy drinkers, as well as those who abstain from drinking alcohol[222], show higher rates of cardiovascular disease than those who drink in moderation.

Moderation is considered to be the maintenance of alcohol consumption to below 46 g per day for men and 23 g per day for women. A study of more than 300,000 men and women from Japan indicated that this was an ideal amount and reduced the risk of heart disease mortality in women.[223] Compared with those who abstain, alcohol intake of just 5 to 14.9 g was linked with as much as a 51% lower risk of cardiovascular death and a 26%lower risk of cardiovascular events.[224] In another Japanese study with 34,776 men and 48,906 women aged of 40 to 79 years, heavy consumption was linked with increased coronary heart disease in women[225]

The Nurses' Health Study that examined middle-aged nurses indicated that moderate consumption lowered risk of coronary heart disease compared with abstaining.[222] Additionally, the Women's Health Initiative, which studied both African American and Caucasian postmenopausal females, indicated that moderate consumption was linked with lower risk of mortality in Caucasians (regardless of hypertension) and in African Americans who were hypertensive.[226]

Moderate consumption postmenopause may have a positive benefit on coronary heart disease[227] in those who are diabetic as well, a known risk factor. For example, the Nurses' Health Study indicated that moderate consumption was linked with reduced coronary heart disease risk in women who were diabetic.[222]

Moderate consumption has also been associated with reduced risk following an acute myocardial infarction. The Stockholm Heart Epidemiology Program study showed that moderate drinking was beneficial following myocardial infarction,[228] Additionally, in the Optimal Trial in Myocardial Infarction with Angiotensin II Antagonist Losartan (OPTIMAAL) study, there was a correlation between moderate drinking and patient survival following myocardial infarction.[229]

However, not all research has shown that moderate alcohol intake has favorable effects on cardiovascular disease or cardiovascular disease mortality. Some studies have indicated that moderate drinking has a neutral effect. One meta-analysis of 14 separate studies indicated that the cardioprotective effects of moderate consumption disappear when light or moderate consumption was mixed with irregular heavier consumption.[230] Further, the beneficial effects of light or moderate consumption could not be replicated on follow-up in some of the studies, particularly in studies of some ethnic populations.

Moderate consumption serves to reduce many of the big risk factors for coronary heart disease. One study indicated that 27 out of 30 risk factors associated with coronary heart disease were more prevalent in abstainers compared with those who consumed alcohol

moderately. [231] The Italian Longitudinal Study on Aging indicated that moderate consumption later in life was linked to healthier values of HDL cholesterol, apolipoprotein A-I (apoA-I), and insulin. [232]

Some studies have suggested that wine offers greater protection from coronary heart disease than beer or distilled beverages, primarily because wine has high polyphenol content. One meta-analysis indicated that low to moderate doses of wine, beer, or distilled beverages were equally beneficial in reducing the risk of coronary heart disease. [233] Another analysis also indicated that all types of alcoholic beverages were associated with a lower risk of coronary heart disease. [234] Potential positive effects include greater effects of antioxidants, a decrease in erythrocyte superoxide dismutase activity, and vasorelaxation of the coronary arteries.

- Employment status and marital stress:
  Employment and marital stress can have a significant impact on cardiovascular disease risk. In a study of 20,000 female registered nurses [235], high job demand, low job control, and low social support in the workplace correlated with poor status at baseline, as well as at a 4-year follow-up. This association was made independent of age, BMI, alcohol consumption, education level, comorbidities, smoking status, employment, level of physical activity, marital status, or having a confidante.

In another study, the Atherosclerosis Risk in Communities study [236], 7,058 women were studied to examine the association between employment status and cardiovascular events. This study found that women who were employed outside the home were at lower risk of cardiac episodes and stroke compared with homemakers.

Among women with heart disease, aged 30 to 65 years who either had a spouse or were cohabitating with someone, marital stress was linked with a nearly three times higher risk for recurrent cardiac events. [237]

## Disease monitoring

- **ECG.** An ECG (electrocardiogram), also known as an EKG, is a painless test using electrodes that records the electrical activity in the heart. This test is most frequently used to measure:
  - Damage to the heart.
  - Heart rate and to determine whether the heart is beating normally.
  - The effects of devices such as a pacemaker.
  - The size and positioning of the chambers of the heart.

An ECG is generally the first test administered to determine whether a patient has heart disease. The test may also be ordered if an individual is:
  - Experiencing chest pain or heart palpitations.
  - Scheduled to have surgery performed on the heart.
  - Has had past heart problems.
  - Has a marked family history of heart disease.

It is not necessary for those who are heart healthy to be given a yearly ECG. Normal results on an ECG are a recorded heart rate that falls between 60 to 100 beats per minute and a heart rhythm that is consistent and even. [238]

When an individual records an abnormal ECG, the results can be indicative of:
  - Arrhythmia.
  - Changes or damage to the heart.
  - Changes in the level of sodium or potassium in the bloodstream.
  - A congenital defect.
  - Heart enlargement.
  - Fluid or swelling in the sac surrounding the heart.
  - Heart inflammation.
  - A past heart attack (or a current one).
  - Problems with blood supply to the arteries of the heart.

There are some heart problems that may cause changes on an ECG. These problems include heart failure, paroxysmal supraventricular tachycardia, Wolff-Parkinson-White syndrome, atrial fibrillation, multifocal atrial tachycardia, or sick sinus syndrome.

ECG accuracy is dependent on the condition being tested; heart problems do not always reveal themselves on the ECG. The ECG is without risk since there is no electricity passed through the body during the test.

- **Echocardiogram.** An echocardiogram is a risk-free test that uses sound waves to create an in-motion picture of the heart. This picture is a lot more detailed than that depicted in a regular x-ray, and the test does not expose the individual to radiation, as x-rays do. Most people with cardiovascular problems will have a transthoracic echocardiogram (TTE) performed, although sometimes, a transesophageal echocardiogram (TEE) is performed – where the throat is numbed and a scope is passed down through the throat. The TEE provides a clearer echocardiogram of the heart, and may be recommended if the individual has a barrel chest, lung disease, is obese, or if a clearer picture of a particular area is needed.

The echocardiogram allows practitioners to see the heart, as well as the heart valves and other heart structures as they are working. Occasionally, the lungs, ribs, or other tissue in the body may interfere with the sound waves from the TTE or TEE; if this happens, a small bit of contrast liquid may be injected via IV to allow for better visibility of the interior of the heart.

An echocardiogram is performed to evaluate heart valves and heart chambers noninvasively. It is used to diagnose or monitor various conditions, including:
  - Heart valves that are abnormal.
  - Atrial fibrillation.
  - Damage to the heart in patients who have experienced myocardial infarction.
  - Infection in the sac surrounding the heart.
  - Pulmonary hypertension.
  - Congenital heart disease.
  - Heart murmurs.
  - Infection of the valves of the heart.
  - The function of the heart in patients who are suffering heart failure.

A normal result on an echocardiogram shows heart valves and chambers that are normal and moving as they should.

If an individual records an abnormal result on an echocardiogram, it may be indicative of structural abnormalities in the heart or other abnormalities that signal serious cardiovascular disease that require evaluation or treatment by a specialist.

Abnormal results may reflect a number of conditions, including cardiovascular valve disease, pericardial infusion, cardiomyopathy, or other abnormalities in the heart.

An echocardiogram is customarily performed for a number of conditions, including:
- ○ Aortic dissection.
- ○ Aortic stenosis.
- ○ Arterial embolism.
- ○ Atrial myxoma.
- ○ Cardiac tamponade.
- ○ Cardiomyopathy.
- ○ Heart attack or heart failure.
- ○ Regurgitation.
- ○ Hypertensive cardiovascular disease.
- ○ Pericarditis.
- ○ Primary amyloidosis.
- ○ Stroke.
- ○ Other conditions that warrant the use of an echocardiogram.

The echocardiogram is sometimes referred to as a Doppler ultrasound or a surface echo.

- **Stress testing.** This test provides practitioners with information on how the heart is working when under physical stress and allows for easier diagnosis of certain cardiovascular problems. For individuals who for some reason are unable to exercise during a stress test, it is more prudent to administer medication that will make the heart work harder. This type of stress testing is termed pharmacological stress testing.

There are two main types of stress testing: the standard exercise test and the imaging stress test. [239]
- ○ Standard exercise test.
  - ■ The standard exercise test uses an EKG to find and record the electrical activity of the heart.
  - ■ This shows how quickly the heart is beating as well as the heart's rhythm. Additionally, it tracks the strength and timing of electrical signals as they move through the heart.
  - ■ The standard stress test reveals changes in the heart's electrical activity and shows whether the heart is receiving enough blood during exercise.
- ○ Imaging stress test.
  - ■ Sometimes images of the heart are captured as a part of a stress test. These images are usually taken of the heart both at rest and while exercising.
  - ■ The images taken can indicate how efficiently blood is flowing through the heart and how well the heart is pumping blood with each beat.
  - ■ One type of this kind of test uses an echocardiogram to create a moving image of the heart. This is termed a stress echo, and it can show how well the heart's valves and chambers are working when the heart is placed under stress. Additionally, a stress echo can reveal areas of poor blood flow, damaged or dead heart tissue, or areas of the heart muscle that are not contracting effectively.
  - ■ Another imaging stress test uses thallium or sestamibi and a PET scan. These tests show how well the dye is reaching various parts of the heart both at rest and while under stress. The dye is radioactive and generally considered safe; however, women who are pregnant should be advised not to have this test.
  - ■ Imaging stress tests are more accurate than the standard exercise test; however, they are also more expensive.
  - ■ Imaging stress tests generally detect coronary heart disease much better than standard exercise tests. Additionally, an imaging stress test may help predict the risk of a heart attack in the future or premature death from cardiovascular disease.
  - ■ Imaging stress tests may be used instead of the standard exercise test if:
    - □ The individual is unable to exercise for enough time to get the heart to a point where it is working its hardest. This problem is frequently seen in patients who have conditions such as arthritis.
    - □ The individual has an irregular heartbeat, which may prevent the standard test from delivering results that are correct.
    - □ The individual has had a past heart procedure, including procedures such as coronary artery bypass, angioplasty, or stent placement.
  - ■ An imaging stress test may be used in addition to a standard exercise test if:
    - □ The individual has abnormal results from the exercise test.
    - □ The individual is still having symptoms following the administration of the exercise test.

Stress testing is typically used to diagnose coronary artery disease. Stress testing also serves to help practitioners determine the severity of coronary artery disease in an individual. The stress test is important for the diagnosis of coronary artery disease because people may show no symptoms of the disease when their heart is at rest. However, when the heart must work harder, more blood and oxygen are required for it to work effectively. Consequently, the signs and symptoms of coronary artery disease may show themselves only during this period of harder work.

A stress test is intended to detect a number of problems that can suggest that the heart is not receiving enough blood during periods of physical stress. These include:
- ■ Abnormal changes to heart rate or to blood pressure, or to the heart rhythm or electrical activity.
- ■ Certain symptoms, including shortness of breath or pain in the chest, particularly if these occur at lower levels of exercise.

Stress testing is sometimes used to determine other cardiovascular problems, including cardiovascular valve disease or heart failure. Stress testing is customarily performed in a number of situations, including:
- ■ Individuals who have experienced chest pain, shortness of breath, or any other symptom that indicates a limited blood flow to the heart.
- ■ To determine whether an individual has coronary artery disease or a problem with a heart valve. In the case of coronary artery disease, a stress test is not customarily used as a screening tool, but rather, to determine in patients with symptoms of coronary artery disease whether these symptoms are from coronary artery disease or another issue.
- ■ To determine whether an individual can handle an exercise program following a heart attack.
- ■ Individuals who experience symptoms of arrhythmia.
- ■ Individuals with diabetes, because the disease is a risk factor for coronary artery disease.

- **Cardiac catheterization.** Cardiac catheterization is a test used to diagnose some heart conditions. This test indicates the overall shape of the heart and the heart chambers [240].

Practitioners may recommend cardiac catheterization for a number of reasons; however, the most common one is to determine the cause of chest pain, which can be a symptom of coronary artery disease. Catheterization serves to indicate whether plaque is narrowing or blocking the arteries. Blockages can also be treated via catheterization in a procedure called an angioplasty.

Cardiac catheterization also may be used to treat several different conditions, including:

○ A heart attack in an emergency.
○ When the individual has a heart defect or is about to undergo heart surgery.
○ To determine how well the heart's valves are working. Replacement valves can also be checked with this method.

Additionally, cardiac catheterization can help practitioners determine the best treatment plan for individuals who have recently had a heart attack but are still having chest pains, had a heart attack that resulted in major damage to the heart, or had an ECG, stress test, or another test that resulted in probable heart disease.

Cardiac catheterization is a routine medical procedure that does not generally cause problems. However, some complications can occur, including:

○ Common complications:
  ■ Bleeding, pain, or infection at the insertion site.
  ■ Blood vessel damage.
  ■ Allergic reactions to dye used during coronary angiography.
○ Rare complications:
  ■ The development of an arrhythmia.
  ■ Kidney damage that results from using dye during coronary angiography.
  ■ Blood clots, which may lead to a stroke or heart attack.
  ■ Lowered blood pressure.

Risks are higher for people who are elderly or for those who have diseases such as diabetes or chronic kidney disease. It is rare that the complications from cardiac catheterization are fatal; however, it is important to remember that any heart procedure may be fatal.

# COMORBIDITIES/OTHER FACTORS

## Hypertension

Hypertension exists as a comorbidity of cardiovascular disease in a number of patients. Hypertension itself is a major risk factor for cardiovascular disease.

When an individual has high blood pressure, there is an increase in the pressure in blood vessels. When the heart is pumping against this increased pressure, the heart must work harder than it would have under normal blood pressure conditions. This increased workload causes the heart muscle to thicken over time. Additionally, high blood pressure can cause the walls of blood vessels to thicken as well, which leads to further related problems.

One of the biggest reasons hypertension remains a problem after diagnosis of cardiovascular disease is that the thickening of the blood vessels and walls of the heart cause the heart to have to work harder. This heavier load on the heart may perpetuate hypertension. Additionally, hypertension itself accelerates coronary artery disease development. [241]

Another major problem is that many individuals find the necessary lifestyle changes to manage hypertension difficult to adopt, resulting in an unwillingness or inability to adopt changes that will improve high blood pressure.

Among these lifestyle changes are diet and weight management, stress management, and management of alcohol consumption. Individuals must typically switch from diets containing foods high in saturated and trans fat, cholesterol, salt, and sugar to lower sodium and lower sugar diets that contain more HDL cholesterol and less LDL cholesterol.

Obesity must also be managed, particularly because obesity, along with an unhealthy diet contributes to diabetes, another risk factor and known comorbidity of cardiovascular disease.

The individual must manage stress factors in his or her life. Women in particular are especially vulnerable to marital and family stresses, and they must work to reduce this stress to manage blood pressure.

Finally, alcohol consumption must be kept to a minimum. It has been shown in a number of studies that moderate alcohol consumption is beneficial to the heart. For instance, the Women's Health Initiative, which studied both African American and Caucasian postmenopausal females, indicated that moderate consumption was linked with lower risk of mortality in Caucasians (regardless of hypertension) and in African Americans who were hypertensive. [226]

Moderation is considered to be the maintenance of alcohol consumption to below 46 g per day for men and 23 g per day for women. A study of more than 300,000 men and women from Japan revealed that this was an ideal amount and reduced the risk of heart disease mortality in women. [223]

Should hypertension not respond to changes in lifestyle, another treatment option is medication instead of, or in tandem with, lifestyle changes, depending on what the individual's body best responds to.

## Diabetes

Diabetes mellitus is one of the most important risk factors and comorbidities of cardiovascular disease, and coronary heart disease mortality is three to five times higher in women who are diabetic compared with those who are not diabetic. In contrast, the risk is only two to three times higher in men who are diabetic. [241]

Diabetic women also have a three to five times higher chance than men of developing cardiovascular disease. [59] Higher glucose levels, as well as insulin resistance, serve to counter the protective effects of estrogen, which places women at this higher risk. [60] Cardiovascular events are the primary cause of death, particularly in type 2 diabetes. The Nurses' Health Study indicated that coronary heart disease mortality in women who have diabetes was 8.7 times higher than in those who did not have diabetes. [61]

An additional danger is that women who are diabetic develop cardiovascular disease earlier, at approximately the same age men do. Why this is the case is currently unknown. [62] The prevalence of diabetes mellitus is greater among women in the United States, primarily as a result of a decrease of level of physical activity, as well as a difference in longevity between the genders. [8, 14, 15] In fact, type 2 diabetes and impaired glucose tolerance are recognized as very strong comorbidities for women as a result of lower physical activity and higher incidence of obesity. Additionally, type 2 diabetes and impaired glucose tolerance may increase the risk of recurrent cardiovascular events following the first acute myocardial infarction, particularly in women. [17]

## Hyperlipidemia

Lipids are carried through the circulatory system in complexes that are known as lipoproteins. [242] These lipoproteins have a core that consists of cholesterol esters and triglycerides, and a coat that consists of unesterified cholesterol, phospholipids, and apolipoproteins. [243] Apolipoproteins help regulate and control lipoprotein metabolism and transport of lipids. There are 13 kinds of apolipoproteins. [244] The main cholesterol carrying lipoproteins are LDL and HDL.

LDL contains a steroid ring nucleus, a hydroxyl grouping, and a double bond in the nucleus. HDLs are the smallest of the lipoproteins and work to transport cholesterol. HDL contains apo A-I, which works to medicate reverse transport of cholesterol. [245] Too much LDL may lead to arterial blockages, whereas HDL works to coat the arteries and prevents arterial blockages. [246]

When a person has hyperlipidemia, it means there are too many fats (lipids) in the blood. [246] What this translates to, essentially, in most people is having high cholesterol as well as high triglycerides.

The human body creates and uses certain amounts of cholesterol each day, but sometimes this system experiences problems. Problems that commonly contribute to errors are a poor diet or genetic predisposition.

Treatment for hyperlipidemia varies dependent upon what type of lipids are too high. Hyperlipidemia is a serious comorbidity for people with cardiovascular disease, in particular, and for those with hypertensive heart disease or coronary artery disease.

Both individuals with acquired hyperlipidemia, as well as those with genetic hyperlipidemia, can help manage their risk through making

healthy dietary and lifestyle changes. These changes include reading food labels to select foods that have lower cholesterol and saturated fat; limiting intake of red meat, eggs, and fried foods; increasing the amount of fiber in the diet; being aware of family history and working to combat risk by eating a healthy diet and exercising regularly; and losing weight. A weight loss of as little as 10% works to significantly lower the risk of hyperlipidemia. [246]

However, these changes are frequently difficult to make and maintain. For example, many individuals who suffer myocardial infarction also experience depression postmyocardial infarction, a condition that often makes them less motivated to make appropriate and positive changes to diet and lifestyle.

There are serious consequences to neglecting to manage hyperlipidemia. These consequences can include development or exacerbation of coronary artery disease, myocardial infarction, or congestive heart failure.

### Genetics and hyperlipidemia

The effects of elevated LDL levels on an increased risk of developing coronary heart disease is most often seen in people who have a family history of hyperlipidemia. In such individuals, advanced atherosclerosis and early onset of coronary heart disease are frequently seen, even when other strong risk factors such as obesity, hypertension, or smoking, are lacking. [247] Managing risk of developing coronary heart disease or other cardiovascular complications in individuals with a family history is best done by managing diet and engaging in regular exercise.

## Menopause

Menopause poses a risk for coronary heart disease in women because the reduced production of estrogen leads to worsening of coagulation, vasculature, and the lipid profile. Because menopause, which is a normal biological occurrence in every woman, may affect hormone levels, it is also a major comorbidity in women with cardiovascular disease. Early menopause in particular is a known factor; results of a study using the Women's Ischemia Syndrome Evaluation (WISE) indicated that estrogen deficiency poses a very strong risk factor for coronary heart disease. [88] These risks occur whether they are in women who experience natural early menopause, surgical menopause, or natural menopause. In more than one study, it has been found that estrogen replacement therapy does not necessarily mitigate risk, despite popular opinion. [248]

Endothelial dysfunction frequently occurs postmenopause. Its detection can precede more overt diseases such as hypertension and diabetes. One study [89] indicated that in women without hypertension,

development of endothelial dysfunction was linked with hypertension over the next 4 years. Another study [90] indicated that of a cohort of euglycemic women who were not obese, marked endothelial dysfunction at the baseline was linked with development of diabetes, over the next 4 years. Further, in postmenopausal women with hypertension, changes in endothelial function that occur as a result of antihypertensives may be used to identify women who have a better prognosis. [91]

There are specific things that menopausal and postmenopausal women can do to manage the risks inherent with menopause and heart disease. These include avoiding or quitting smoking, eating a healthy diet, maintaining an optimum body weight, exercising regularly, and making certain that existing medical conditions, such as high blood pressure, high cholesterol, or diabetes, are treated efficiently. Treating existing medical conditions may also require lifestyle changes and/or medication.

## Psychological factors

Mood poses a risk factor for cardiovascular disease and increased mortality, possibly from arrhythmia [249]. Additionally, individuals with severe mental disorders are twice as likely to have other risk factors for coronary heart disease. [250]

One meta-analysis [249] examined depressive symptoms and clinical depression that consisted of severe symptoms and usage of antidepressants to control mood in female patients who experienced cardiac events without baseline cardiovascular disease. It found that in women without baseline cardiovascular disease, depressive symptoms were correlated to fatal cardiovascular disease, and in particular, clinical depression with the use of antidepressants was correlated with sudden cardiac death. The analysis indicated that although use of antidepressants may indicate worse depression, the specific correlation with sudden cardiac death merits further consideration.

Conversely, women who have been diagnosed with heart disease have more anxiety, depression, stress, and a reduced health-related quality of life than women without heart disease and men with heart disease. Women who present with depressive symptoms following myocardial infarction or a diagnosis of heart failure have elevated rates of morbidity and mortality, as well as an elevated rate of hospitalization. Therefore, there is a bidirectional relationship between depression and cardiovascular disease. [251]

Cardiac rehabilitation and moderate activity can help reduce depressive symptoms, however.

A further cardiovascular disease risk related to mood is derived from a lack of social support. Women who are faced with low social support experience an increase in risk factors for cardiovascular disease as

well as an increased risk of experiencing a cardiac event or death. One study indicated that during the 2.3 years of follow-up care, women with suspected cardiovascular disease who also experienced low social support had a mortality rate that was nearly double the rate of those who experienced high social support. [252]

Another study, the Enhancing Recovery in Coronary Heart Disease study, indicated that a lower perceived social support translated to a 13% higher risk in nonfatal myocardial infarction or death. [253] Further, a study of 204 women conducted by Marcuccio [254] indicated that women felt they were either unwilling or unable to make the recommended lifestyle changes following a cardiovascular event, in part because they had insufficient social support.

Here is a look at each disorder:

● **Depression**
   Major depressive disorder is considered the most common psychiatric disorder in individuals with coronary artery disease, with prevalence of about 15 to 20% in those with either stable or unstable coronary artery disease. This percentage is much higher than that of the general population. [255]

   Major depressive disorder is considered to be more common after some cardiovascular procedures – for example, coronary artery bypass – with some research showing a prevalence of nearly 30%. [256] Additionally, it is very common to see depression in patients who are experiencing congestive heart failure, with a prevalence of around 20%. Studies that examine symptoms of depression have sometimes reported even higher rates in patients with cardiovascular disease.

   However, in spite of extensive study of the prevalence of depression in those who have cardiovascular disease, a diagnosis of depression is frequently missed, with a minority of depressed cardiac patients actually receiving treatment. Even more disturbing is that few of those patients receive adequate treatment that addresses the unique issues that comes with having both depression and cardiovascular disease. [257]

   Not only does depression frequently occur alongside coronary artery disease, it also frequently affects outcomes of coronary artery disease in negative ways. Depression seems to be an independent risk factor for developing coronary artery disease, and the importance of the effects of major depression on coronary artery disease morbidity and mortality is equal with the effects of other known medical risk factors.

   In one study [258], major depressive disorder led to an approximately three times greater relative risk of mortality in individuals who did not have cardiovascular disease and a four times greater relative risk in individuals who did have cardiovascular disease. Major depressive disorder significantly predicts mortality following such events as myocardial infarction, with a three to four times greater likelihood of death; this is equal to some other predictors of death from myocardial infarction, including having a past history of myocardial infarction.

   In individuals with coronary artery disease who have undergone cardiac catheterization, major depressive disorder is a better predictor of morbidity and mortality than some physiologic measures, including a measure of left ventricular function. [259]

   Patients who have been hospitalized for unstable angina who also experienced symptoms of depression had a four times greater likelihood of also experiencing a myocardial infarction or dying in the following year than were individuals who did not experience symptoms of depression. [260] This was the case even after controlling for other risk factors. In individuals who have had

coronary bypass surgery, depression also predicts greater risk of cardiac events following surgery, and mortality.

Patients with coronary artery disease who also experience depression have a lower health-related quality of life and greater functional disability as a result of coronary artery disease. Additionally, it has been found that depression is a strong determinant of health status, stronger even than some objective measures of cardiovascular disease, such as stenosis and symptoms of ischemia. Depression also negatively affects patients who suffer from congestive heart failure and erodes health-related quality of life and general functioning, adding to the risk of sudden death.

There have been a number of explanations made to explain the effects of depression on cardiovascular diseases. [255] The strongest explanation is that depression serves as an interfering factor for effectively changing lifestyle, adhering to a medication schedule, and general cardiovascular rehabilitation efforts. Another possible explanation is that patients with depression and cardiovascular disease sometimes experience lower heart rate variability, which may serve to in turn explain why there is an increased risk of developing arrhythmia or experiencing sudden death in cardiac patients who are depressed. Additionally, it is possible that depression contributes to overall stress, increasing the likelihood of future cardiac events or sudden death.

Depression and cardiovascular disease frequently share some of the same symptoms, which can lead to difficulty in diagnosis. For example, insomnia occurs in both diseases, but sadness occurs primarily in depression. Sorting out which symptoms are cardiovascular symptoms and which are depressive symptoms sometimes poses quite a challenge for practitioners.

● **Anxiety and stress**
   Individuals with cardiovascular disease also frequently experience anxiety, in particular during cardiovascular events that are acute or during arrhythmia. Anxiety presents itself during events in ways that are fairly common, such as ruminating obsessively, generalized anxiety, panic attacks, and post-traumatic stress. In younger individuals, a panic attack and paroxysmal atrial tachycardia may appear very similar symptomatically and are not easy to discriminate between. Additionally, symptoms of both may occur in the same patient.

   In the past, there has been an association between mitral valve prolapse and panic disorders; however, mitral valve prolapse that is linked to panic attacks is generally not of hemodynamic significance. Also, it appears that there are no significant clinical consequences of the association either.

   Anxiety does affect outcomes in coronary heart disease negatively. Anxiety following acute myocardial infarction can lead episodes of unstable angina to become more frequent. It can also lead into recurrent myocardial infarctions. This is the case even after allowing for confounding factors such as depression. [261] Anxiety following myocardial infarction is a strong predictor of complications while still in the hospital. [262]

   It may be the case that some of the effects of anxiety are directly related to the effect stress has on the heart. In some studies of coronary artery disease, extreme stress has been linked with an increase in heart rate and blood pressure as well as with asymptomatic myocardial ischemia.

● **Type A personality**
   There is a link between having a Type A personality (or exhibiting Type A behavior) and cardiovascular disease, although the link is much debated and controversial. This is because Type A behavior is a complex mix of multiple behaviors and attitudes, including intense drive to achieve, impatience, time urgency, and hostility.

Research findings have been divided on whether Type A personality or behavior contributes to the development of cardiovascular disease or predicts negative outcomes. In general, there is a limited amount of support for the idea that Type A behavior poses a serious risk for cardiovascular disease, compared with the lesser risk for those who do not exhibit the behavior possess.

There is also the idea that Type A increases morbidity and mortality in those who already have cardiovascular disease, and of the Type A traits indicated, hostility has been the trait most linked to an increase in cardiovascular events and mortality. Additionally, anger, which is considered a related expression to hostility, may be a particularly strong trigger of ischemia. [263] However, it is unknown how, specifically, the traits present in Type A personality and behavior can lead to the development of cardiovascular disease or lead to negative outcomes.

One possibility is that the link may be found in the shift of balance between the sympathetic and parasympathetic nervous systems. [257] Another possible explanation is that general stress and anxiety, both traits that are found in greater abundance in Type A personalities, lead to the development or worsening of cardiovascular disease.

● **Cognitive problems**
The incidence of cognitive disorders, such as delirium, following cardiac surgery has declined, largely because of an improvement in surgical techniques. However, delirium may still occur following coronary artery bypass. Cognitive dysfunction has been observed in about 50% of patients one week after bypass surgery; about 25% of patients are still cognitively impaired 6 months after a bypass. [264]

Patients who have coronary artery disease and also suffer cognitive dysfunction most likely have the dysfunction as a result of altered vasculature, as these individuals often have cerebral atherosclerosis as well.

● **A link to hypertension**
Monitoring the risk hypertension poses is essential, and there must be consideration given to psychological risk factors in connection to hypertension as well, because psychological risk factors may contribute to an increase in blood pressure. It is less clear exactly how psychological factors contribute to hypertension, but there are some probable explanations. One is that the adrenaline that is released in response to fear increases the workload on the heart, and therefore increases blood pressure. Another is that anxiety, which is strongly linked to fear, also increases blood pressure. Anxiety need not come only from emotionally linked to the stresses of existing cardiovascular disease; indeed, anxiety, even in individuals without cardiovascular disease, raises the risk. Additionally, Type A behavior, in particular the traits of hostility and impatience, doubled an individual's risk for hypertension. [265]

Studies of psychological treatments for hypertension, particularly techniques for relaxation, as well as biofeedback, have indicated significant reduction in blood pressure, although drug therapy and lifestyle changes such as diet are still the most effective ways to lower blood pressure.

● **Broken heart syndrome**
Women may also suffer from an emotional condition labeled "broken heart syndrome." This phenomenon can occur in women who suffer a recent and extremely emotionally stressful event. The condition is temporary and brought on by emotionally stressful conditions in the individual's life, and it can lead to myocardial infarction. This occurs even though there are no blockages that can explain why the myocardial infarction occurred.

Researchers are still working to explain broken heart syndrome and why some emotional stresses manifest themselves physically in the heart. One possible explanation is that a massive influx of stress hormones creates a situation in which the heart does not receive enough oxygen.

## Use of psychiatric drugs

Psychiatric medication may affect individuals with cardiovascular disease in ways that are different than someone without cardiovascular disease. [257]

Selective serotonin reuptake inhibitors (SSRIs) have nearly no reported adverse cardiovascular effects, but have (rarely) caused sinus bradycardia. Sertraline has been studied in great depth in the Sertraline Antidepressant Heart Attack Randomized Trial; the study indicated no significant adverse cardiovascular effects in individuals who had active coronary artery disease. [266] Bupropion, mirtazapine, venlafaxine, and duloxetine have sometimes been linked to small increases in blood pressure, but by all appearances are safe to use in patients with cardiac disease.

Tricyclic antidepressants may cause orthostatic hypotension and conduction delay. An overdose of tricyclic antidepressants can cause fatal ventricular arrhythmias. Additionally, tricyclic antidepressants have class-1a antiarrhythmic effects and are therefore considered contraindicated after myocardial infarction.

Hypotension that is caused by psychiatric drugs is common with some antipsychotics, such as clozapine. Clozapine is the only one of the antipsychotics that causes myocarditis, usually presenting cardiomyopathy, with an approximated rate between 1/500 to 1/10,000. About 85% of these cases occur within the first 2 months of treatment.

Recently, there has been concern about a higher risk of sudden death in elderly dementia patients who have received antipsychotics, with a number of the deaths being related to cardiovascular events. This does not absolutely contraindicate the use of antipsychotics in these patients; however, it is wise to balance the risks and benefits of treating vs not treating psychotic symptoms.

Lithium has been safely used, even in patients with severe cardiovascular disease. Lithium levels are hard to regulate in patients who suffer from congestive heart failure and are on low sodium diets plus a diuretic regimen; therefore, it is generally best to avoid lithium for these individuals.

## Use of electroconvulsive therapy

There are some conditions in which electroconvulsive therapy is strongly contraindicated, such as acute coronary artery disease or arrhythmia. However, electroconvulsive therapy has been used safely in individuals with a variety of cardiovascular disease, including in those individuals with congestive heart failure or implanted defibrillators or pacemakers.

## Moving forward

There are several key issues that are inherent in addressing the source of psychosocial stress and mood disorders in women who have cardiovascular disease. Practitioners must:

- Work to better ascertain the psychosocial stress factors present in patients, in particular to assist in addressing barriers to secondary prevention of cardiovascular disease in women.
- Ensure that patients are physically and emotionally supported post-hospitalization for a cardiac episode.
- Reduce the work of being a female patient with cardiovascular disease by making outpatient care less fragmented.

## Heart-related research

Ongoing progress is being made to alleviate and treat cardiovascular disease in both men and women. The University of Chicago, one of the oldest National Institutes of Health (NIH)-funded cardiovascular research programs in the United States [267], engages in cutting-edge research in an effort to alleviate heart disease. Heart specialists at this institution examine new ways to treat and diagnose cardiovascular problems that range from new forms of testing to advanced drug treatment to sophisticated new surgical procedures. Researchers are also examining the basics of physiology, biochemistry, molecular biology, and pharmacology to help set a foundation for their cardiovascular research.

Some new research currently underway and new steps being taken for cardiovascular disease prevention and treatment include [267]:

- The use of cancer drugs to treat pulmonary hypertension.
- Gene therapy for use in the development of ventricular assist devices.
- Clinical trials of the TransMedics Organ Care System, which is a device designed to keep the heart beating while it is en route for transplantation. This results in better preservation of the donor heart.
- The investigation of new implantable devices to treat arrhythmia, including a complete subcutaneous implantable defibrillator and cardiac resynchronization for patients who experience heart failure, as well as the use of remote monitoring.
- Examining new treatments for coronary heart disease and peripheral vascular disease, including new anticoagulant drugs, drug eluting stents, and other devices designed to prevent blood clots in individuals who have atrial fibrillation.
- Refining a new technique called sternal plating that serves to reinforce the sternum post-heart surgery. This technique drastically reduces pain and diminishes the amount of time required to resume regular activity.

- The use of the Stereotaxis magnetically guided catheter system to use catheters without risk of puncture and with increased motion control.
- Conducting cardiac ablation trials to help treat arrhythmia; researchers are examining alternative ablation tools, including cryoenergy, bipolar ablation catheters, and irrigated ablation electrodes to help treat atrial fibrillation.
- Participating in the trial of the HeartWare HVAD, a progressive new left ventricular assist device that provides patients suffering from heart failure up to 10L additional blood flow.
- Applying the newest imaging techniques, including 3-dimensional echocardiography and 256-slice CT angiography to help assess how well the heart is functioning and to help with treatment planning.
- Participating in a trial that will determine the safety of a new drug to reduce risks to the kidneys while a patient is in surgery.
- This research center is the only clinical site that is implanting CardioPlus, which is an intra-aortic balloon pump.

At the Scripps Research Institute [268], researchers are also engaging in a number of new projects to alleviate heart disease. These include:

- The conversion of skin cells into beating heart cells without first going through the process of developing embryonic-like stem cells.
- Inhibiting certain enzymes in an effort to protect heart cells from serious damage during a myocardial infarction.
- Developing a new blood test to predict who is at risk for developing cardiovascular disease.
- The examination of atherosclerosis as a form of extreme inflammation.
- The synthesis of ouabagenin for treating congestive heart failure.

# RECENT ADVANCEMENTS

## Diagnosis/detection

There are some exciting new methods that may serve to better evaluate myocardial ischemia. These include [113]:

- PET imaging.
- MRI.
- High-frequency transthoracic Doppler harmonic echocardiography.
- TEE with Doppler imaging.

While these methods are new, they warrant additional study as a viable alternative to SPECT.

For people with some risk factors, Penn Medicine at the University of Pennsylvania is taking prevention even further by offering personalized genetic testing to determine whether a person is at a greater genetic risk for cardiovascular disease. This new test works to identify eight potential warning signs in an individual's DNA. Knowing the risk of developing cardiovascular disease helps doctors develop prevention plans tailored to the individual's needs. These plans may include lifestyle changes and medication, depending upon what risk the individual is facing. [269]

## Treatment options

There are a number of new treatment options that are considered groundbreaking and real steps forward in how cardiovascular disease is treated.

One such treatment is chelation therapy. One study [270] – the first long-term clinical trial of chelation therapy in patients with cardiovascular

disease – indicated that this alternative treatment was very effective at alleviating cardiovascular problems; however, there is controversy over the safety and efficacy of chelation therapy. Chelation therapy has customarily been derided by cardiologists.

The participants of the study had suffered myocardial infarction and were assigned either to a placebo group or to a group that would be receiving chelation therapy via IV. The study indicated that chelation therapy reduced the risk of myocardial infarction and the complications that frequently accompany it – such as stroke or sudden death – by 18%.

However, there are skeptics as to the validity of this number. One practitioner from The Cleveland Clinic stated that if the number is true, then he would rank the treatment on the same level as blood pressure and cholesterol-lowering medications; however, this physician had his doubts. Another practitioner from the American Heart Association stated that results from the study should not be taken as a signal to adopt this therapy into clinical practice. [270] A professor from Harvard Medical School echoed this sentiment and warned that this particular study raises more questions that need to be answered before practitioners act on the information in the study.

However, chelation therapy has its supporters. Some practitioners believe that it may help remove heavy metals. Chelation therapy is currently approved by the FDA for treating lead poisoning; and it is being used off-book to treat cardiovascular disease. One physician in Florida has stated that he believes chelation therapy should be part of a regular treatment plan for cardiovascular disease, much as aspirin therapy is. [270]

How does chelation therapy work in treating cardiovascular disease? Researchers at the Mayo Clinic [270] believe that chelation therapy may help people with cardiovascular disease because the medication used binds to the calcium in clogged arteries and sweeps it away, thereby clearing the clog. However, in doing this, chelation therapy also leads to very low calcium levels in the blood, so low that there is a great risk of death, and people have in fact died in response to chelation therapy.

This risk is one of the reasons why the NIH indicates that the IV drug infusions used in chelation therapy be administered at a very slow rate. This permits practitioners to catch any potential problems, such as very low calcium levels, very early.

More research is needed to determine whether chelation therapy is a viable new treatment for cardiovascular disease. It is not currently approved for the treatment of cardiovascular disease, and it remains to be seen whether this therapy will receive such approval.

Another new treatment in the works involves the idea that treating inflammation in the body will alleviate or decrease the incidence of cardiovascular disease.

There are two big clinical trials now testing whether treating inflammation may reduce the risk of myocardial infarction and stroke. The leader of the two trials, one sponsored by the NIH and the other by Novartis, has indicated that discovering the answer to the question of whether treating inflammation will lead to lower risk of cardiovascular disease may mean the difference between acknowledging inflammation as a potential risk to finding out whether targeting inflammation is a viable treatment. The studies are specifically testing the idea that inflammation plays a critical role in the biology that underlies cardiovascular disease and stroke.

The body naturally responds to injury with inflammation. Inflammation that poses a significant risk to the development of cardiovascular disease occurs when the walls of the coronary arteries are assaulted with the

byproducts of smoking, a diet high in fat, sodium, sugar, and cholesterol, and the strain of obesity.

Sometimes, however, in the face of this constant assault, inflammation may become a chronic problem, which leads to the greater accumulation of plaque in the arteries. This is what causes events such as myocardial infarction or stroke. People who have chronic inflammation are therefore at greater risk of experiencing a myocardial infarction or stroke compared with individuals who have less inflammation.

The big question to consider, then, is whether using anti-inflammatory drugs will shut down chronic inflammation and alleviate risks. The study sponsored by the NIH will examine how methotrexate reduces cardiovascular events in 7,000 individuals who have a history of myocardial infarction as well as diabetes or metabolic syndrome. The study participants are expected to be those individuals who are at especially high risk because current treatments are failing them. The study sponsored by Novartis is testing the company's own anti-inflammatory antibody canakinumab. Canakinumab is currently marketed under the name Ilaris, and is used to treat patients with Muckle-Wells syndrome. The study plans to conduct testing on 17,000 participants, 3,000 of whom are already enrolled and have stable cardiovascular disease but elevated inflammation levels. Proof of concept research indicated that the drug had promise at treating inflammation that poses a risk for cardiovascular disease; however, it will require more intensive study to know for sure whether the concept is viable.

The idea that treating inflammation would help lower the risk of cardiovascular disease came from Dr. Ridker [271] who worked on the Physicians' Health Study, which had previously indicated the benefits of daily aspirin therapy in the prevention of myocardial infarction. Ridker discovered that elevated levels of inflammation were linked with three times the risk of myocardial infarction and a two times the risk of stroke. Individuals with the highest levels of CRP, which served as a measure of inflammation, also received the most benefit from daily aspirin therapy.

This finding, and the research that followed, led to the development of a test – invented by Ridker – that would measure CRP and help doctors determine an individual's risk for a myocardial infarction or stroke. Ridker is now working on these new studies. While it is uncertain whether the test will be useful in assessing risk in the new studies, there is at least a consensus among practitioners that inflammation plays an important part in the development and progression of cardiovascular disease. Whether treating inflammation will lead to lowered risk remains to be seen.

The studies have their supporters. One cardiologist for Novartis states that if blocking inflammation successfully reduces the risk for cardiovascular events or stroke, it would change the face of how cardiovascular medicine is practiced. [271]

Initiating new treatments is sometimes difficult in medicine, and it is proving so in the area of cardiovascular medicine, where many practitioners and researchers believe the proven effectiveness of the current treatments has posed a problem for the development of new drugs to treat cardiovascular disease. However, efforts persist in these new treatments.

## Educating patients

Increasing community awareness is one strategy that is showing promise in reducing cardiovascular deaths in women. This strategy helps women understand symptom recognition so they can get needed treatment sooner. Educating women that their symptoms of myocardial infarction and other cardiac events may show up as atypical – differing from the classic symptoms most often found in men – is essential, as this

knowledge leads to more women seeking healthcare when experiencing a cardiac event. [272] This knowledge lets women know that they may not experience discomfort or chest pain when having a cardiac episode. [273] The strongest predictor of a missed myocardial infarction in women is young age and the lack of chest pain or discomfort. [274]

Canto et al. [275] performed a meta-analysis of presenting cardiovascular symptoms in women and men to make a determination on whether sex-based differences in presentation were significant enough to warrant public health messages targeted specifically toward women and men. The analysis found that across studies, lack of chest pain or discomfort was more commonly noted in women than in men. However, the studies examined lacked standardized data collection and symptom reporting; therefore, the authors concluded that sex-based differences were not significant enough to prompt changing public health messages.

Although the central message to primary prevention of cardiovascular disease is behavior modification, this message is also beneficial in addressing secondary prevention goals. However, to be effective, these messages must extend beyond standard lifestyle modification. For example, a significant public health benefit may be seen through campaigns that address symptom recognition and timely treatment.

The U.S. Department of Health and Human Services has initiated a public service campaign called "Make the Call. Don't Miss a Beat." [276] The campaign, launched in 2011, works to educate, engage, and empower women to learn the seven most common symptoms of myocardial infarction and encourages them to call 911 as early as possible once the symptoms are identified.

Incorporating professional education within the public service campaign may help with the frustration and poor outcomes that arise when women seek care after self-identification of symptoms. For instance, women were less likely than men to receive many evidence-based therapies, such as reperfusion therapy, or early aspirin and beta-blocker treatment . [277] Women also have a higher cardiac rehabilitation dropout rate and are less likely to be referred for cardiac rehabilitation in the first place. [278]

Helping practitioners to understand the risk factors and symptoms in women and to offer early treatment and effective treatment options is essential. One study suggested that a priority in taking action should focus on improving women's modifiable risk factors for cardiovascular disease.

Further education can happen through partnering with businesses and corporations. This education can happen on several levels, starting with working to modify behavior by offering healthy choices to employees, such as low-sodium and low-fat foods in business cafeterias, stop-smoking programs, or free access to a workout center. Corporate health initiatives that offer yearly check-ups are another way businesses can work to educate women on heart disease.

## Conclusion

Heart disease is one of the leading causes of mortality in women across the world. [1] In the United States, cardiovascular disease [2], specifically coronary heart disease, is the leading cause of death among both men and women. [1, 3] According to the American Heart Association, more than 1.25 million people in the United States suffer a myocardial infarction each year. [271] Death from a cardiac-related event is more common than death from all forms of cancer combined. "Heart disease" is a term that is frequently used interchangeably with the term "cardiovascular disease."

Women experience cardiovascular disease differently from men, in large part due to differences in the size of the heart and blood vessels, but also due to hormonal changes. Women also experience different symptoms and require different treatment than do men. However, the main thrust of prevention and treatment for both men and women is in lifestyle management. This involves making healthy changes to diet and activity level, as well as such things as quitting smoking, controlling body weight, and exercising regularly.

More women than men die from coronary heart disease. [2] Women also have a greater likelihood than do men of experiencing sudden death following their first myocardial infarction. However, cardiovascular disease is still very much considered a man's disease, and historically, medicine has used the man as the standard, even when treating women. [4] Therefore, there is great likelihood that cardiovascular disease is underdiagnosed in women.

Despite the prevalence and seriousness of heart disease in women, very few clinical studies exclusively involve women or work to uncover differences in disease prevalence and treatment in men and women separately. Women, in fact, represent less than 30% of study population in the majority of clinical trials. [1] Historically, medicine has used the man as the standard, even when treating women. [4]

Additional research involving women along with gender-specific analysis is needed. This would include the incorporation of more women into cardiac trials as well as into observational studies, and the use of statistical techniques that enable testing for certain sex interactions and provide information about differences in response to treatment that are sex-specific.

Significant progress has been made in treating cardiovascular disease, in large part due to what many researchers indicate [271] is the combination of proven treatments, including using blood pressure and cholesterol lowering drugs more aggressively, lifestyle changes, and initiatives designed to educate people on the dangers of cardiovascular disease and related risks, such as smoking.

## References

1. Rollini F, Mieukeu L, Modena MG. Assessing coronary heart disease in women. Maturitas 2009;62:243-47.
2. Carey SA, Gray J. Women and heart disease: A diagnostic challenge. JNP 2012:458-463.
3. Coronary heart disease. Available at: http://www.nhlbi.nih.gov/health/health-topics/topics/cad/. Last accessed March 7, 2013.
4. Xhyheri B, Bugiardini R. Diagnosis and treatment of heart disease: are women different from men? Prog Card Diseases 2012;53:227-36.
5. Heart disease. Available at: http://www.mayoclinic.com/health/heart-disease/DS01120. Last accessed March 7, 2013.
6. Stranges S, Guallar E. Cardiovascular disease prevention in women: a rapidly evolving scenario. Nutr Metab Cardiovasc Dis 2012;22:1013-18.
7. Howard BV, Taskinen MR. CVD in women. Nutr Metab Cardiovasc Dis 2010;20:377-8.
8. Mosca L, Barrett-Connor E, Wenger NK. Sex/gender differences cardiovascular disease prevention: what a difference a decade makes. Circulation 2011;124:2145-54.
9. Mosca L, Benjamin EJ, Berra K, Bezanson JL, Dolor RJ, Lloyd-Jones DM, et al. Effectiveness based guidelines for the prevention of cardiovascular disease in women 2011 update: a guideline from the American Heart Association. Circulation 2011;123:1243-62.
10. Mosca L, Grundy SM, Judelson D, King K, Limacher M, Oparil S, et al. Guide to preventive cardiology for women. AHA/ACC scientific statement, consensus panel statement. Circulation 1999;99:2480-4.
11. Mosca L, Appel LJ, Benjamin EJ, Berra K, Chandra-Strobos N, Fabunmi RP, et al. American Heart Association Guidelines: evidence-based guidelines for cardiovascular disease prevention in women. Circulation 2004;109:672-93.
12. Mosca L, Banka CL, Benjamin EJ, Berra K, Bushnell C, Dolor RJ, et al. 2007 update: American Heart Association evidence-based guidelines for cardiovascular disease prevention in women. Circulation 2007;115:1481-501.
13. Bellamy L, Casas JP, Hingorani AD, Williams DJ. Pre-eclampsia and risk of cardiovascular disease and cancer in later life: systematic review and meta-analysis. BMJ 2007;335:974.
14. Roger VL, Go AS, Lloyd-Jones DM, Adams RJ, Berry JD, Brown TM, et al. on behalf of the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Heart disease and stroke statistics 2011 update: a report from the American Heart Association. Circulation 2011;123.
15. Bassuk SS, Manson JE. Physical activity and cardiovascular disease prevention in women: a review of the epidemiologic evidence. Nutr Metab Cardiovasc Dis 2010;20:467-73.
16. Rivellese AA, Riccardi G, Vaccaro O. Cardiovascular risk in women with diabetes. Nutr Metab Cardiovasc Dis 2010;20:474-80.
17. Donahue RP, Dorn JM, Stranges S, Swanson M, Hovey K, Trevisan M. Impaired fasting glucose and recurrent cardiovascular disease among survivors of a first acute myocardial infarction: evidence of a sex difference? The Western New York experience. Nutr Metab Cardiovasc Dis 2011;21:504-11.
18. Wasserbiel-Smoller S. Stroke in women. Nutr Metab Cardiovasc Dis 2010;20:419-25.
19. Wann LS, Curtis AB, January CT, Ellenbogen KA, Lowe JE, Estes 3rd NA, et al. 2011 ACCF/AHA/HRS focused update on the management of patients with atrial fibrillation (updating the 2006 guideline): a report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Circulation 2010;123:104-23.
20. Ford ES, Capewell S. Proportion of the decline in cardiovascular mortality disease due to prevention versus treatment: public health versus clinical care. Annu Rev Public Health 2011;32:5-22.
21. Zhang Y. Cardiovascular disease in American women. Nutr Metab Cardiovasc Dis 2010;20:386-93.

22. Lloyd-Jones D, Adams R, Carnethon M, De Simone G, Ferguson TB, Flegal K, et al. Heart disease and stroke statistics - 2009 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2009;119:480-6.

23. Ford ES, Capewell S. Coronary heart disease mortality among young adults in the U.S. from 1980 through 2002: concealed leveling of mortality rates. J Am Coll Cardiol 2007;50:2128-32.

24. Panico S, Mattiello A. Epidemiology of cardiovascular diseases in women in Europe. Nutr Metab Cardiovasc Dis 2010;20:379-85.

25. Zhang Y. Cardiovascular disease in American women. Nutr Metab Cardiovasc Dis 2010;20:386-93.

26. Hu D, Yu D. Epidemiology of cardiovascular disease in Asian women. Nutr Metab Cardiovasc Dis 2010;20:394-404.

27. Tejero ME. Cardiovascular disease in Latin American women. Nutr Metab Cardiovasc Dis 2010;20:405-11.

28. Shara NM. Cardiovascular disease in Middle Eastern women. Nutr Metab Cardiovasc Dis 2010;20:412-8.

29. Laccetti R, Pota A, Stranges S, Falconi C, Memoli B, Bardaro L, et al. Evidence on the prevalence and geographic distribution of major cardiovascular risk factors in Italy. Public Health Nutr 2012;30:1-11.

30. Lloyd-Jones DM, Hong Y, Labarthe D, Mozaffarian D, Appel LJ, Van Horn L, et al., on behalf of the American Heart Association Strategic Planning Task Force and Statistics Committee. Defining and setting national goals for cardiovascular health promotion and disease reduction: the American Heart Association's Strategic Impact Goal through 2020 and beyond. Circulation 2010;121:586-613.

31. Ford ES, Li C, Zhao G, Pearson WS, Capewell S. Trends in the prevalence of low risk factor burden for cardiovascular disease among United States adults. Circulation 2009;120:1181-8.

32. Berger JS, Elliott L, Gallup D, Roe M, Granger CB, Armstrong PW, et al. Sex differences in mortality following acute coronary syndromes. JAMA 2009;302:874-82.

33. Vaccarino V, Parsons L, Peterson ED, Rogers WJ, Kiefe CI, Canto J. Sex differences in mortality after acute myocardial infarction. Arch Intern Med 2009;169:1767-74.

34. Healy B. The Yentl syndrome. N Engl J Med 1991;325:274-6.

35. Leuzzi C, Modena MG. Coronary artery disease: clinical presentation, diagnosis and prognosis in women. Nutr Metab Cardiovasc Dis 2010;20:426-35.

36. Collins SD, Ahmad S,Waksman R. Percutaneous revascularization in women with coronary artery disease: we've come so far, yet have so far to go. Nutr Metab Cardiovasc Dis 2010;20:436-44.

37. Klein L, Grau-Sepulveda MV, Bonow RO, Hernandez AF, Williams MV, Bhatt DL, et al. Quality of care and outcomes in women hospitalized for heart failure. Circ Heart Fail 2011;4:589-98.

38. Mosca L, Mochari-Greenberger H, Dolor RJ, Newby LK, Robb KJ. Twelve-year follow-up of American women's awareness of cardiovascular disease risk and barriers to heart health. Circ Cardiovasc Qual Outcomes 2010;3:120-7.

39. Institute of Medicine. Unequal Treatment: Confronting Racial and Ethnic Disparities in Health Care. Washington, DC: National Academies Press; 2002.

40. Institute of Medicine. Crossing the Quality Chasm: A New Health System for the 21st Century. Washington, DC: National Academy Press; 2001.

41. Institute of Medicine. Unequal Treatment: Confronting Racial and Ethnic Disparities in Health Care. Washington, DC: National Academy Press; 2003.

42. Beach MC, Cooper LA, Robinson KA, et al., Johns Hopkins University Evidence-Based Practice Center. Strategies for improving minority health care quality: final report. Rockville, MD: U.S. Agency for Health care Research and Quality; 2004. Report No. 04-E008-02. Contract No. 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.

43. Gornick ME. Disparities in Medicare services: potential causes, plausible explanations, and recommendations. Health Care Financ Rev. 2000;21:23-43.

44. Coleman-Miller B. A physician's perspective on minority health. Health Care Financ Rev. 2000;21:45-56.

45. Williams DR, Rucker TD. Understanding and addressing racial disparities in health care. Health Care Financ Rev. 2000;21:75-90.

46. Roger VL, Go AS, Lloyd-Jones DM, et al., on behalf of the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Heart disease and stroke statistics—2011 update: a report from the American Heart Association - published correction appears in Circulation 2011;123:240.

47. Heron M. Deaths: leading causes for 2006. National Center for Health Statistics; 2010.

48. Arias E. United States life tables by Hispanic origin. National Center for Health Statistics; 2010.

49. Betancourt GA Jr, Carrillo JE. Cultural competence in health care: emerging frameworks and practical approaches. The Commonwealth Fund. 2002.

50. Saha S, Beach MC, Cooper LA. Patient centeredness, cultural competence and health care quality. J Natl Med Assoc. 2008;100:1275-85.

51. Davis AM, Vinci LM, Okwuosa TM, Chase AR, Huang ES. Cardiovascular health disparities: a systematic review of health care interventions. Med Care Res Rev. 2007;64 Suppl.29S-100S.

52. Women and cardiovascular disease. Available at: http://www.ucsfhealth.org/education/women_and_cardiovascular_disease/index.html. Last accessed March 7, 2013.

53. Ricciotti H. Heart disease: differences between men and women. Available at: http://www.bidmc.org/CentersandDepartments/Departments/Medicine/Divisions/CardiovascularMedicine/YourHeartHealth/TipsforHeartHealth/HeartDiseaseDifferencesBetweenMenandWomen.aspx. Last accessed March 7, 2013.

54. Kucher N, Lipp E, Schwerzmann M, et al. Gender differences in coronary artery size per 100 g of left ventricular mass in a population without cardiac disease. Swiss Med Wkly 2001;131:610-615.

55. Kusnoor AV, Ferguson AD, Falik R. Ischemic heart disease in women. South Med J 2011;104(3):200-4.

56. Schenck-Gustafsson K. Risk factors for cardiovascular disease in women. Maturitas 2009;63:186-90.

57. Yusuf S, Hawken S, Ounpuu S, et al. Effect of potentially modifiable risk factors associated with myocardial infarction in 52 countries (the INTERHEART Study): case control study. Lancet 2004;364:937-52.

58. Ridker P, Buring EJ, Rifai N, et al. Development and validation of improved algorithms for the assessment of global cardiovascular risk in women. JAMA 2007;297(6):6.

59. Garcia MJ, McNamara PM, Gordon T, et al. Morbidity and mortality in the Framingham population, sixteen years follow up. Diabetes 1974;23:105-11.

60. Johnson HL, Seibert DC. Dispelling the myths of heart disease for women. JNP 2011;7(5):392-98.

61. Hu FB, Stampfer MJ, Solomon CG, et al. The impact of diabetes mellitus on mortality from all causes and coronary heart disease in women: 20 years of follow up. Arch Intern Med 2001;161:1717.

62. Norhammar A, Stenestrand U, Linbäck J, et al., on behalf of the register of information and knowledge about Swedish Heart Intensive Care Admission (RIKS-HIA). Heart 2008;94:1565-70.

63. Doll R, Peto R, Boreham J, et al. Mortality in relation to smoking: 50 year's observations on male British doctors. BMJ 2004;328:1591-627.

64. Petersen S, Peto V. Smoking statistics. London: British Heart Foundation;2004.

65. Sarna L, Bialous SA, Jun HJ, Wewers ME, Cooley ME, Feskanich D. Smoking trends in the Nurses' Health Study (1976–2003). Nurs Res 2008;57(6):374-82.

66. Gunzerath L, Faden V, Zakhari S, et al. National Institute on alcohol abuse and alcoholism report on moderate drinking. Alcohol Clin Exp Res 2004;28(6):829-47.

67. Fagrell B. The benefit of moderate alcohol consumption once again questioned by the Swedish National Institute of Public Health. Läkartidningen 2006;103(44):3385-6.

68. Jacobs DR, Mebane IL, Bangdiwala SI, et al. High density lipoprotein cholesterol as a predictor of cardiovascular disease mortality in men and women: the follow up study of the lipid research clinics prevalence study. Am J Epidemiol 1990;131:132.

69. Legato MJ. Dyslipidemia, gender, and the role of high density lipoprotein cholesterol: implications for therapy. Am J Cardiol 2000;86(12A):15L.

70. Prospective Studies Collaborations. Age specific relevance of usual blood pressure to vascular mortality: a meta analysis of individual data for one million adults in 61 prospective studies. Lancet 2002;360:1903-13.

71. Van der Giezen AM, Schopman-Geurts van Kessel JG, Schouten EG, et al. Systolic blood pressure and cardiovascular mortality among 13,740 Dutch women. PreMed 1990;19:456.

72. World Health Organization. The World Health Report 2002. Reducing risks, promoting healthy life. World Health Organization: Geneva.

73. Blair SN, Kohl HW, Paffenbarger RS, et al. Physical fitness and all cause mortality: a prospective study of healthy men and women. JAMA 1989;262:2395.

74. Bush TL, Fried LP, Barrett-Connor E. Cholesterol, lipoproteins and coronary heart disease in women. Clin Chem 1988;34:B60.

75. Knoops KT, de Groot LC, Kromhout D, et al. Mediterranean diet, lifestyle factors, and 10-year mortality in elderly European men and women: the HALE project. JAMA 2004;292:1433-9.

76. De Logeril M, Renaud S, Mamelle N, et al. Mediterranean alpha-linolenic acid-rich diet in secondary prevention of coronary heart disease. Lancet 1994;343:1454-9.

77. Singh RB, Dubnov G, Niaz MA, et al. Effect of an Indo-Mediterranean diet on progression of coronary artery disease in high risk patients (Indo-Mediterranean Diet Heart Study): a randomized single blind trial. Lancet 2002;360:1455-61.

78. Howard BV, Van Horn L, Hsia J, et al. Low-fat dietary pattern and risk of cardiovascular disease: the Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:655-66.

79. Orth-Gomér K, Wamala SP, Horsten M, et al. Marital stress worsens prognosis in women with coronary heart disease: The Stockholm Female Coronary Risk Study Circulation. JAMA 2000;284(23):3008-14.

80. Rosengren A, Hawken S, Ounpuu S, et al. Association of psychosocial risk factors with risk of acute myocardial infarction in 11119 cases and 13648 controls from 52 countries (the INTERHEART study): case-control study. Lancet 2004;364:953-62.

81. Naqvi TZ, Naqvi SSA, BaireyMerz N. Gender differences in the link between depression and cardiovascular disease. Psychosomatic Med 2005;67(Suppl.1):S15-28.

82. Lindwall-Sundel K, Andersson A, Eriksson I, et al. High frequency of anxiety and angina pectoris in depressed women with coronary heart disease. J Gender Med 2007;4(2):146-56.

83. Meisinger C, Heier M, Lowel H, Schneider A, Doring A. Sleep duration, sleep complaints and risk of myocardial infarction in middle-aged men and women from the general population. The MONICA/KORA Augsburg Cohort Study. Sleep 2007;30:1121-7.

84. Cappuccio FP, Stranges S, Kandala NB, Miller MA, Taggart FM, Kumari M, et al. Gender-specific associations of short sleep duration with prevalent and incident hypertension: the Whitehall II Study. Hypertension 2007;50:694-701.

85. Stang A, Moebus S, Mohlenkamp S, Erbel R, Jockel KH, Heinz Nixdorf Recall Study Investigative Group. Gender-specific associations of short sleep duration with prevalent hypertension. Hypertension 2008;51:15-6.

86. Stranges S, Dorn JM, Cappuccio FP, Donahue RP, Rafalson LB, Hovey KM, et al. A population-based study of short sleep duration and hypertension: the strongest association may be in premenopausal women. J Hypertens 2010;28:896-902.

87. Wright CE, O'Donnell K, Brydon L, et al. Family history of cardiovascular disease is associated with cardiovascular responses to stress in healthy young men and women. Int J Psychophys 2007;63:275-82.

88. Shaw LJ, BaireyMerz CN, Pepine CJ, et al. Insights From the NHLBI-Sponsored Women's Ischemia Syndrome Evaluation (WISE) Study: Part I: gender differences in traditional and novel risk factors, symptom evaluation, and gender-optimized diagnostic strategies. J Am Coll Cardiol 2006;47(Suppl.1):S4-20.

89. Rossi R, Chiurlia E, Modena MG, et al. Flow-mediated vasodilation and the risk of developing hypertension in postmenopausal women. J Am Coll Cardiol 2004;44(8):1636-40.90.

90. Rossi R, Nuzzo A, Modena MG. Endothelial-dependent vasodilation and incidence of type 2 diabetes in a population of healthy postmenopausal women. Diabetes Care 2005;28:702-7.

91. Modena MG, Coppi F, Rossi R, et al. Prognostic role of reversible endothelial dysfunction in hypertensive postmenopausal women. J Am Coll Cardiol 2002;40(3):505-10.

92. Vaccarino V, Krumholz HM, Berkman LF, et al. Sex differences in mortality after myocardial infarction. Is there evidence for an increased risk for women? 1995;91:1861-71.

93. Albert MA, Glynn NJ, Buring J, et al. C-reactive protein levels among women of various ethnic groups living in the United States (from the Women's Health Study). Am J Cardiol 2004;93:1238-42.

94. Pearson TA, Mensah GA, Alexander RW, et al. Markers of inflammation and cardiovascular disease: application to clinical and public health practice: a statement for health care professionals from the Centers for Disease Control and Prevention and the American Heart Association. Circulation 2003;107:499-511.

95. American Autoimmune Related Diseased Association. Autoimmune disease in women: the facts. Available at: http://www.aarda.org. Last accessed March 7, 2013.

96. New genetic risk factors for heart disease 2011. Available at: http://www.en.globaltalentnews.com/current_news/news/5363/New-genetic-risk-factors-for-heart-disease.html. Last accessed March 7, 2013.

97. Heart disease risk is largely genetic. 2008. Available at: http://www.telegraph.co.uk/news/1545329/Heart-disease-risk-is-largely-genetic.html. Last accessed March 7, 2013.

98. O'Toole TE, Conklin DJ, Bhatnagar A. Environmental risk factors for heart disease. Rev Environ Health 2008;23(3):167-202.

99. Kannel WB. The Framingham Study: historical insight on the impact of cardiovascularrisk factors in men versus women. J Gend Specif Med 2002;5:27-37.

100. Hidden heart attack symptoms in women. Available at: http://www.realage.com/womens-health/hidden-heart-attack-signs-in-women. Last accessed March 7, 2013.

101. What is coronary heart disease? Available at: http://www.nhlbi.nih.gov/health/health-topics/topics/cad/. Last accessed March 7, 2013.

102. Hypertensive heart disease. Available at: http://www.umm.edu/ency/article/000163.htm. Last accessed March 7, 2013.

103. What is cardiomyopathy? Available at: http://www.nhlbi.nih.gov/health/health-topics/topics/cm/. Last accessed March 7, 2013.

104. What is heart valve disease? Available at: http://www.nhlbi.nih.gov/health/health-topics/topics/hvd/. Last accessed March 7, 2013.

105. Heart disease tests and diagnosis. Available at: http://www.mayoclinic.com/health/heart-disease/DS01120/DSECTION=tests-and-diagnosis. Last accessed March 7, 2013.

106. Douglas PS. Is non-invasive testing for coronary artery disease accurate? Circulation997;95:299-302.

107. Merz NB, Johnson BD, Kelsey PSF. Diagnostic, prognostic, and cost assessment of coronary artery disease in women. Am J Manag Care 2001;7:959-65.

108. Detrano R, Froelicher VF. Exercise testing: uses and limitations considering recent studies. Prog Cardiovasc Dis 1988;31:173-204.

109. Lewis JF, McGorray SP, Pepine CJ. Assessment of women with suspected myocardial ischemia: review of findings of the Women's Ischemia Syndrome Evaluation (WISE) Study. Curr Womens Health Rep 2002;2:110-14.

110. Mieres JH, Shaw LJ, Arai A, et al., for the Cardiovascular Imaging Committee: American Heart Association—Cardiac Imaging Committee Consensus Statement: the role of cardiac imaging in the clinical evaluation of women with known or suspected coronary artery disease. 2005;111:682-96.

111. Palinkas A, Toth E, Amyot R, et al. The value of ECG and echocardiography during stress testing for identifying systemic endothelial dysfunction and epicardial artery stenosis. Eur Heart J 2002;23:1587-95.

112. Rautaharju PM, Zhou SH, Wong S, et al. Sex differences in the evolution of the electrocardiographic QT interval with age. Can J Cardiol 1992;8:690-95.

113. Picano E. Stress echocardiography: a historical perspective. Am J Med 2003;114:126-30.

114. Egashira K, Inou T, Hirooka Y, et al. Evidence of impaired endothelium-dependent coronary vasodilatation in patients with angina pectoris and normal coronary angiograms. N Engl J Med 1993;328:1659-64.

115. Doyle M, Fuisz A, Kortright E, et al. The impact of myocardial flow reserve on the detection of coronary artery disease by perfusion imaging methods: an NHLBI WISE study. J Cardiovasc Magn Reson 2003;5:475-85.

116. Hachamovitch R, Berman DS, Kiat H, et al. Value of stress myocardial perfusion single photon emission computed tomography in patients with normal resting electrocardiograms: an evaluation of incremental prognostic value and cost-effectiveness. 2002;105:823-29.

117. Wieneke H, Zander C, Eising EG, et al. Non-invasive characterization of cardiac microvascular disease by nuclear medicine using single-photon emission tomography. Herz 1999;24:515-21.

118. Bartel T, Yang Y, Muller S, et al. Non-invasive assessment of microvascular function in arterial hypertension by transthoracic harmonic echocardiography. J Am Coll Cardiol 2002;39:2012-18.

119. Shaw, LJ. Gender differences, symptom evaluation, and diagnostic strategies. J Am Coll Cardiol 2006;47:4S-20S.

120. Mieres JH, Shaw LJ, Hendel RC, et al. American Society of Nuclear Cardiology: task force on women and coronary artery disease. J Nucl Cardiol 2003;10:95-101.

121. Taillefer R, DePuey EG, Udelson JE, et al. Comparative diagnostic accuracy of Tl-201 and Tc-99m sestamibi SPECT imaging (perfusion and ECG gated SPECT) in detecting coronary artery disease in women. J Am Coll Cardiol 1997;29:69-77.

122. Panting JR, Gatehouse PD, Yang GZ, et al. Abnormal subendocardial perfusion incardiac syndrome X detected by cardiovascular magnetic resonance imaging. N Engl J Med 2002;346:1948-53.

123. Nagel E, Lehmkuhl HB, Bocksch W, et al. Non invasive diagnosis of ischemia inducedwall motion abnormalities with the use of high dose dobutamine stress MRI: comparison with dobutamine stress echocardiography. Circulation 1999;99:763-70.

124. Leuzzi C, Modena MG. Coronary artery disease: clinical presentation, diagnosis and prognosis in women. Nutr Metab Cardiovasc 2010;20:426-35.

125. Greenland P, Bonow RO, Brundage BH, et al. ACCF/AHA 2007 clinical expert consensus document on coronary artery calcium scoring by computed tomography in global cardiovascular risk assessment and in evaluation of patients with chest pain: a report of the American College of Cardiology Foundation Clinical Expert Consensus Task Force (ACCF/AHA Writing Committee to Update the 2000 Expert Consensus Document on Electron Beam Computed Tomography). J Am Coll Cardiol 2007;49:378-402.

126. Budoff MJ, Achenbach S, Blumenthal RS, et al. Assessment of coronary artery disease by cardiac computed tomography: a scientific statement from the American Heart Association Committee on cardiovascular imaging and intervention, Council on cardiovascular Radiology and intervention, and Committee on cardiac imaging, Council on clinical Cardiology. Circulation 2006;114:1761-91.

127. Haberl R, Becker A, Leber A, et al. Correlation of coronary calcification and angiographically documented stenoses in patients with suspected coronary artery disease: results of 1,764 patients. J Am Coll Cardiol 2001;37:451-7.

128. Bellasi A, Lacey C, Taylor A, RaggiP, Wilson PWF, Budoff MJ, et al. Comparison of prognostic usefulness of coronary artery calcium in men versus women (results from a meta and pooled analysis estimating all-cause mortality and coronary heart disease death or myocardial infarction). Am J Cardiol 2007;100:409-14.

129. Chang SM, Nabi F, Xu J, Peterson LE, Achari A, Pratt CM, et al. The coronary artery calcium score and stress myocardial perfusion imaging provide independent and complementary prediction of cardiac risk. J Am Coll Cardiol 2009;54(20): 1872-82.

130. Meijboom WB, Mollet NR, Van Mieghem CA, Weustink AC, Pugliese F, van Pelt N, et al. 64-slice CT coronary angiography in patients with non-ST elevation acute coronary syndrome. Heart 2007;93:1386-92.

131. Meijboom WB, Weustink AC, Pugliese F, van Mieghem CA, Mollet NR, van Pelt N, et al. Comparison of diagnostic accuracy of 64-slice computed tomography coronary angiography in women versus men with angina pectoris. Am J Cardiol 2007;100:1532-7.

132. Gan SC, Beaver SK, Houck PM, et al. Treatment of acute myocardial infarction and 30-day mortality among women and men. N Engl J Med 2000;343:8-15.

133. Payne J, Neutel I, Cho R, et al. Factors associated with women's medication use BMC. Women's Health 2004;4(Suppl 1):S29.

134. Cotreau MM, Von Moltke LL, Greenblatt DJ. The influence of age and sex on the clearance of cytochrome P450 3A substrates. Clin Pharmacokinet 2005;44:33-60.

135. Kashuba AD, Nafziger AN. Physiological changes during the menstrual cycle and their effects on the pharmacokinetics and pharmacodynamics of drugs. Clin Pharmacokinet 1998;34:203-18.

136. Legato M. Gender and the heart: sex-specific differences in normal anatomy and physiology. J Gend Specif Med 2000;3:15-18.

137. Drici MD, Clement N. Is gender a risk factor for adverse drug reactions? The example of drug-induced long QT syndrome. Drug Safe 2001;24:575-85.

138. Makkar RR, Fromm BS, Steinman RT, et al. Female gender as a risk factor for torsades de pointes associated with cardiovascular drugs. JAMA 1993;270:2590-97.

139. Melloni C, Berger JS, Tracy Y, et al. Representation of women in randomized clinical trials of cardiovascular disease prevention. Circ Cardiovasc Qual Outcomes 2010;3:135-142.

140. Harris DJ, Douglas PS. Enrollment of women in cardiovascular clinical trials funded by the National Heart, Lung, and Blood Institute. N Engl J Med 2000;343:475-80.

141. Hayden M, Pignone M, Phillips C, et al. Aspirin for the primary prevention of cardiovascular events: a summary of the evidence for the U.S. preventive services task force. Ann Intern Med 2002;136:161-72.

142. Berger JS, Roncaglioni MC, Avanzini F, et al. Aspirin for the primary prevention in women and men: a sex-specific meta-analysis of randomized controlled trials. JAMA 2006;295:306-13.

143. Mosca L, Banka CL, Benjamin EJ, et al. Evidence-based guidelines for cardiovascular disease prevention in women: 2007 update. Circulation 2007;115:1481-1501.

144. LaRosa JC, He J, Vupputuri S. Effect of statins on risk of coronary disease: a meta-analysis of randomized controlled trials. JAMA 1999;282:2340-46.

145. First International Study of Infarct Survival Collaborative Group. Randomised trial of intravenous atenolol among 16,027 cases of suspected acute myocardial infarction: ISIS-1. Lancet 1986;2:57-66.

146. Klein W, Buchwald A, Hillis SE, et al., for the FRIC Study Group. Comparison of low molecular weight heparin with unfractionated heparin acutely and with placebo for 6 weeks in the management of unstable coronary artery disease: the Fragmin in Unstable Coronary Artery Disease Study (FRIC). Circulation 1997;95:61-8.

147. Fragmin during Instability in Coronary Artery Disease (FRISC study group). Low molecular weight heparin during instability in coronary artery disease. Lancet 1996;347:561-68.

148. Shekelle PG, Rich MW, Morton SC, et al. Efficacy of angiotensin converting enzyme inhibitors and beta-blockers in the management of left ventricular systolic dysfunction according to race, gender, and diabetic status: a meta-analysis of major clinical trials. J AmColl Cardiol 2003;41:1529-38.

149. Tipnis SR, Hooper NM, Hyde R, et al. A human homolog of angiotensin-converting enzyme. Cloning and functional expression as a captopril-insensitive carboxypeptidase. J Biol Chem 2000;275:33238-43.

150. Schwartz JB. The influence of sex on pharmacokinetics. Clin Pharmacokinet 2003;42:107-21.

151. Jochmann N, Stangl K, Garbe E, et al. Female-specific aspects in the pharmacotherapy of chronic cardiovascular diseases. European Heart Journal 2005;26:1585-95.

152. Dorsch MP, Lee JS, Lynch DR, et al. Aspirin resistance in patients with stable coronary artery disease with and without a history of myocardial infarction. Ann Pharmacother 2007;41:737-41.

153. Halusha MK, Walker LP, Halushka PV. Genetic variation in cyclooxygenase 1: effects on response to aspirin. Clin Pharmacol Ther 2003;73:122-30.

154. Maree AO, Curtin RJ, Chubb A, et al. Cyclooxygenase-1 haplotype modulates platelet response to aspirin. J Thromb Haemost 2005;3:2340-45.

155. Zhu MM, Weddon J, Clark LT. Meta-analysis of the association of platelet glycoprotein IIIa PlA1/A2 polymorphism with myocardial infarction. Am J Cardiol 2006;86:1000-5.

156. Feng D, Lindpaintner K, Larson MG, et al. Increased platelet aggregability associated with platelet GPIIIa PlA2 polymorphism: the Framingham Offspring Study. Arterioscler Thromb Vasc Biol 1999;19:1142-47.

157. Grundy SM. Should women be offered cholesterol lowering drugs to prevent cardiovascular disease? Yes. BMJ 2007;334:982.

158. Shepherd J, Cobbe SM, Ford I, et al. Prevention of coronary heart disease with pravastatin in men with hypercholesterolemia. N Engl J Med 1995;333:1301-07.

159. Downs JR, Clearfield M, Weis S, et al. Primary prevention of acute coronary events with lovastatin in men and women with average cholesterol levels: results of AFCAPS/TexCAPS. JAMA 1998;279:1615-22.

160. Scandinavian Simvastatin Survival Study Group (4S). Randomized trial of cholesterol lowering in 4444 patients with coronary heart disease. Lancet 1994;344:1383-89.

161. Lewis SJ, Sacks FM, Mitchell JS, et al. Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. J Am Coll Cardiol 1998;32:140-46.

162. Long-term Intervention With Pravastatin in Ischaemic Disease (LIPID) Study Group. Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. N Engl J Med 1998;339:1349-57.

163. FDA expands advice on statin risks 2011. Available at: http://www.fda.gov/ForConsumers/ConsumerUpdates/ucm293330.htm. Last accessed March 7, 2013.

164. Beta blockers. Available from: http://www.mayoclinic.com/health/beta-blockers/HI00059/NSECTIONGROUP=2. Last accessed March 7, 2013.

165. ACE inhibitors: management tips and common side effects. Available from: http://www.abouthf.org/module3/ace_inhibitor_side_effects.htm. Last accessed March 7, 2013.

166. Clopidogrel. Available from: http://www.mayoclinic.com/health/drug-information/DR600469/DSECTION=side-effects. Last accessed March 7, 2013.

167. Heart disease treatments and drugs. Available from: http://www.mayoclinic.com/health/heart-disease/DS01120/DSECTION=treatments-and-drugs. Last accessed March 7, 2013.

168. Executive summary of the third report of the National Cholesterol Education Program (NCEP) expert panel on detection, evaluation, and treatment of high blood cholesterolin adults (adult treatment panel III). JAMA 2001;285:2486-97.

169. Willett WC. Diet and coronary heart disease. In: Willett WC, ed. Nutritional epidemiology. 2nd ed. New York: Oxford University Press; 1998: 414-66.

170. Lichtenstein AH, Appel LJ, Brands M, Carnethon M, et al. Diet and lifestyle recommendations revision 2006 a scientific statement from the American Heart Association Nutrition Committee. Circulation 2006;114:82-96.

171. U.S. Department of Health and Human Services. Physical Activity and Health: A Report of the Surgeon General. Atlanta, GA: US Dept of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion; 1996.

172. Haskell WL, Lee IM, Pate RR, Powell KE, et al. Physical activity and public health: updated recommendation for adults from the American College of Sports Medicine and the American Heart Association. Circulation 2007;116:1081-93.

173. Mosca L, Banka CL, Benjamin EJ, Berra K, Bushnell C, Dolor RJ, et al. Evidence-based guidelines for cardiovascular disease prevention in women: 2007 update. Circulation 2007; 115:1481-501.

174. Barnes PM. Physical activity among adults: United States, 2000 and 2005. Available from: http://www.cdc.gov/nchs/products/pubs/pubd/hestats/physicalactivity/physicalactivity.htm. Last accessed ?

175. Bassuk SS, Manson JE. Lifestyle and risk of cardiovascular disease and type 2 diabetes in women: a review of the epidemiologic evidence. Am J Lifestyle Med 2008;2:191-213.

176. Manson JE, Greenland P, LaCroix AZ, et al. Walking compared with vigorous exercisefor the prevention of cardiovascular events in women. N Engl J Med 2002;347:716-25.

177. Manson JE, Hu FB, Rich-Edwards JW, et al. A prospective study of walking as compared with vigorous exercise in the prevention of coronary heart disease in women. N Engl J Med 1999;341:650-8.

178. Lee IM, Rexrode KM, Cook NR, et al. Physical activity and coronary heart disease in women: is "no pain, no gain" passe? JAMA 2001;285:1447-54.

179. Sesso HD, Paffenbarger RS, Ha T, Lee IM. Physical activity and cardiovascular disease risk in middle-aged and older women. Am J Epidemiol 1999;150:408-16.

180. Gregg EW, Cauley JA, Stone K, et al. Relationship of changes in physical activity and mortality among older women. JAMA 2003;289:2379-86.

181. Petrella RJ, Lattanzio CN, Demeray A, et al. Can adoption of regular exercise later in life prevent metabolic risk for cardiovascular disease? Diabetes Care 2005;28:694-701.

182. Jakicic JM, Wing RR, Butler BA, Robertson RJ. Prescribing exercise in multiple short bouts versus one continuous bout: effects on adherence, cardiorespiratory fitness, and weight loss in overweight women. Int J Obes Relat Metab Disord 1995;19:893-901.

183. Murphy M, Nevill A, Neville C, et al. Accumulating brisk walking for fitness, cardiovascular risk, and psychological health. Med Sci Sports Exerc 2002;34:1468-74.

184. Murphy MH, Blair SN, Murtagh EM. Accumulated versus continuous exercise for health benefit: a review of empirical studies. Sports Med 2009;39:29-43.

185. Tanasescu M, Leitzmann MF, Rimm EB, et al. Exercise type and intensity in relation to coronary heart disease in men. JAMA 2002;288:1994-2000.

186. Williams MA, Haskell WL, Ades PA, et al. Resistance exercise in individuals with and without cardiovascular disease: 2007 update. A scientific statement from the American Heart Association Council on Clinical Cardiology and Council on Nutrition, Physical Activity, and Metabolism. Circulation 2007;116:572-84.

187. Willett WC, Manson JE, Stampfer MJ, et al. Weight, weight change, and coronary heart disease in women. Risk within the 'normal' weight range. JAMA 1995;273:461-5.

188. Stevens J, Cai J, Evenson KR, Thomas R. Fitness and fatness as predictors of mortality from all causes and from cardiovascular disease in men and women in the Lipid Research Clinics study. Am J Epidemiol 2002;156:832-41.

189. Vatten LJ, Nilsen TI, Romundstad PR, et al. Adiposity and physical activity as predictors of cardiovascular mortality. Eur J Cardiovasc Prev Rehabil 2006;13:909-15.

190. Weinstein AR, Sesso HD, Lee IM, et al. The joint effects of physical activity and body mass index on coronary heart disease risk in men. Arch Intern Med 2008;168:884-90.

191. Bassuk SS, Manson JE. Epidemiological evidence for the role of physical activity in reducing risk of type 2 diabetes and cardiovascular disease. J Appl Physiol 2005;99:1193-204.

192. Mora S, Cook N, Buring JE, et al. Physical activity and reduced risk of cardiovascular events: potential mediating mechanisms. Circulation 2007;116:2110-8.

193. Eilat-Adar S, Goldbourt U. Nutritional recommendations for preventing coronary heart disease in women: evidence concerning whole foods and supplements. Nutr Metab Cardiovasc Dis 2010;20:459-66.

194. Joint WHO/FAO Expert Consultation. Diet, nutrition and the prevention of chronic diseases. Available from: http://www.who.int/ hpr/NPH/docs/who_fao_expert_report.pdf. Last accessed ?

195. Trichopoulou A, Kouris-Blazos A, Wahlqvist ML, et al. Diet and overall survivalin elderly people. BMJ 1995;311:1457-60.

196. Retelny VS, Neuendorf A, Roth JL. Nutrition protocols for the prevention of cardiovascular disease. Nutr Clin Pract 2008;23:468-76.

197. Kelly SA, Summerbell CD, Brynes A, et al. Wholegrain cereals for coronary heart disease. Cochrane Database Syst Rev 2007;18:CD005051.

198. Dauchet L, Amouyel P, Hercberg S, Dallongeville J. Fruit and vegetable consumption and risk of coronary heart disease: a meta-analysis of cohort studies. J Nutr 2006;136:2588-93.

199. Howard BV, Van Horn L, Hsia J, et al. Low-fat dietary pattern and risk of cardiovascular disease: the Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:655-66.

200. Mozaffarian D, Rimm EB. Fish intake, contaminants, and human health: evaluating the risks and the benefits. JAMA 2006;296:1885-99.

201. Harris WS, Kris-Etherton PM, Harris KA. Intakes of long-chain omega-3 fatty acid associated with reduced risk for death from coronary heart disease in healthy adults. Curr Atheroscler Rep 2008;10:503-9.

202. Goldbourt U, Eilat Adar S. Omega-3 and CHD Risk. Harrison's Principles of Internal Medicine, 17e;2008.

203. Food labeling: health claims: soy protein and coronary heart disease. Food and Drug Administration, HHS: final rule: soy protein and coronary heart disease. Fed Regist 1999;64:57700-33.

204. Sacks FM, Lichtenstein A, Van Horn L, et al. American Heart Association Nutrition Committee. Soy protein, isoflavones, and cardiovascular health: an American Heart Association Science Advisory for professionals from the Nutrition Committee. Circulation2006;113:1034-44.

205. Katan MB, Grundy SM, Jones P, et al. Efficacy and safety of plant stanols and sterols in the management of blood cholesterol levels. Mayo Clin Proc 2003;78:965-78.

206. Patch CS, Tapsell LC, Williams PG, Gordon M. Plant sterols as dietary adjuvants in the reduction of cardiovascular risk: theory and evidence. Vasc Health Risk Manag 2006;2:157-62.

207. Noakes M, Clifton P, Ntanios F, et al. An increase in dietary carotenoids when consuming plant sterols or stanols is effective in maintaining plasma carotenoid concentrations. Am J Clin Nutr 2002;75:79-86.

208. Bjelakovic G, Nikolova D, Gluud LL, et al. Antioxidant supplements for prevention of mortality in healthy participants and patients with various diseases. Cochrane Database Syst Rev 2008 (2):CD007176.

209. Autier P, Gandini S. Vitamin D supplementation and total mortality: a meta-analysis of randomized controlled trials. Arch Intern Med 2007;167:1730-7.

210. Kark JD, Selhub J, Adler B, et al. Nonfasting plasma total homocysteinelevel and mortality in middle-aged and elderly men and women in Jerusalem. Ann Intern Med 1999;131:321-30.

211. Gilmore A, Pomerleau J, McKee M, et al. Prevalence of smoking in 8 countries of the former Soviet Union: results from the living conditions, lifestyles and health study. Am J Public Health 2004;94:2177-87.

212. U.S. Centers for Disease Control and Prevention. Global youth tobacco survey. Available from: http://www.cdc.gov/tobacco/global/gyts/datasets/policy.htm. Last accessed March 7, 2013.

213. Zang EA, Wynder EL. Differences in lung cancer risk between men and women: examination of the evidence. J Natl Cancer Inst1996;88: 183-92.

214. Huxley R, Jamrozik K, Lam TH, et al, on behalf of the Asia Pacific Cohort Studies Collaboration. Impact of smoking and smoking cessation on lung cancer mortality in the Asia-Pacific region. Am J Epidemiol 2007; 165: 1280-86.

215. Prescott E, Hippe M, Schnohr P, Hein HO, Vestbo J. Smoking and risk of myocardial infarction in women and men: longitudinal population study. BMJ 1998; 316: 1043-47.

216. Asia Pacific Cohort Studies Collaboration. Smoking, quitting, and the risk of cardiovascular disease among women and men in the Asia-Pacific region. Int J Epidemiol 2005; 34: 1036-45.

217. Huxley RR, Woodward M. Cigarette smoking as a risk factor for coronary heart disease in women compared with men: A systematic review and meta-analysis of prospective cohort studies. Lancet 2011; 378: 1297-305.

218. Movva R, Figueredo VM. Alcohol and the heart: to abstain or not to abstain? Int J Cardiol 2012, doi:10.1016/j.ijcard2012.01.030.

219. Rehm J, Mathers C, Popova S, et al. Global burden of disease and injury and economic cost attributable to alcohol use and alcohol-use disorders. Lancet 2009;373(9682):2223-33.

220. Hasin DS, Stinson FS, Ogburn E, Grant BF. Prevalence, correlates, disability, and comorbidity of DSM-IV alcohol abuse and dependence in the United States: results from the National Epidemiologic Survey on Alcohol and Related Conditions. Arch Gen Psychiatry 2007;64(7):830-42.

221. Alcohol-attributable deaths and years of potential life lost—United States, 2001.MMWR Morb Mortal Wkly Rep 2004;53(37):866-70.

222. Stampfer MJ, Colditz GA, Willett WC, et al. A prospective study of moderate alcohol consumption and the risk of coronary disease and stroke in women. N Engl J Med 1988;319(5):267-73.

223. Inoue M, Nagata C, Tsuji I, et al. Impact of alcohol intake on total mortality and mortality from major causes in Japan: a pooled analysis of six large-scale cohort studies. J Epidemiol Community Health 2010, doi:10.1136/jech.2010.121830.

224. Djousse L, Lee IM, Buring JE, Gaziano JM. Alcohol consumption and risk of cardiovascular disease in women: potential mediating mechanisms. Circulation 2009;120(3):237-44.

225. Ikehara S, Iso H, Toyoshima H, et al. Alcohol consumption and mortality from stroke and coronary heart disease among Japanese men and women: the Japan collaborative cohort study. Stroke 2008;39(11):2936-42.

226. Freiberg MS, Chang YF, Kraemer KL, Robinson JG, Adams-Campbell LL, Kuller LL. Alcohol consumption, hypertension, and total mortality among women. Am J Hypertens 2009;22(11):1212-8.

227. Rajpathak SN, Freiberg MS, Wang C, et al. Alcohol consumption and the risk of coronary heart disease in postmenopausal women with diabetes: Women's Health Initiative Observational Study. Eur J Nutr 2010;49(4):211-8.

228. Janszky I, Ljung R, Ahnve S, et al. Alcohol and long-term prognosis after a first acute myocardial infarction: the SHEEP study. Eur Heart J 2008;29(1):45-53.

229. Brugger-Andersen T, Ponitz V, Snapinn S, Dickstein K. Moderate alcohol consumption is associated with reduced long-term cardiovascular risk in patients following a complicated acute myocardial infarction. Int J Cardiol 2009;133(2):229-32.

230. Roerecke M, Rehm J. Irregular heavy drinking occasions and risk of ischemic heart disease: a systematic review and meta-analysis. Am J Epidemiol 2010;171(6):633-44.

231. Naimi TS, Brown DW, Brewer RD, et al. Cardiovascular risk factors and confounders among nondrinking and moderate-drinking U.S. adults. Am J Prev Med 2005;28(4):369-73.

232. Perissinotto E, Buja A, Maggi S, et al. Alcohol consumption and cardiovascular risk factors in older lifelong wine drinkers: the Italian Longitudinal Study on Aging. Nutr Metab Cardiovasc Dis 2010;20(9):647-55.

233. Cleophas TJ. Wine, beer and spirits and the risk of myocardial infarction: a systematic review. Biomed Pharmacother 1999;53(9):417-23.

234. Rimm EB, Klatsky A, Grobbee D, Stampfer MJ. Review of moderate alcohol consumption and reduced risk of coronary heart disease: is the effect due to beer, wine, or spirits. BMJ 1996;312(7033):731-6.

235. Cheng Y, Kawachi I, Coakley EH, et al. Association between psychosocial work characteristics and health functioning in American women: prospective study. BMJ 2000;320:1432-6.

236. Carson AP, Rose KM, Catellier DJ, et al. Employment status, coronary heart disease, and stroke among women. J Epidemiol 2009;19:630-36.

237. Orth-Gomer K, Wamala SP, Horsten M, et al. Marital stress worsens prognosis in women with coronary heart disease: the Stockholm Female Coronary Risk Study. JAMA 2000;284:3008-14.

238. Electrocardiogram. Available from: http://www.nlm.nih.gov/medlineplus/ency/article/003868.htm. Last accessed March 7, 2013.

239. What is stress testing? Available from: http://www.nhlbi.nih.gov/health/health-topics/topics/stress/. Last accessed March 7, 2013.

240. What is cardiac catheterization? Available from: http://www.nhlbi.nih.gov/health/health-topics/topics/cath/. Last accessed March 7, 2013.

241. Heart disease. Available from: http://www.livestrong.com/heart-disease/. Last accessed March 7, 2013.

242. Lusis, A J, Pajukanta, P. A treasure trove for lipoprotein biology. Nature Genetics 2008; 40:129-130. doi:10.1038/ng0208-129.

243. Hegele, RA. Plasma lipoproteins: Genetic influences and clinical implications. Nature Reviews Genetics 2009;10:109-121.

244. Grundy, SM. Cholesterol and atherosclerosis: Diagnosis and treatment. Philadelphia, PA: J. B. Lippincott Company.

245. Imes CC, Austin MA. Low-density lipoprotein cholesterol, aoplipoprotein b, and risk of coronary heart disease: from familial hyperlipidemia to genomics. Biol Res Nurs 2012;0:1-17.

246. Dokken BB. The pathophysiology of cardiovascular disease and diabetes: beyond blood pressure and lipids. Available from: http://spectrum.diabetesjournals.org/content/21/3/160.full. Last accessed March 7, 2013.

247. Adult Treatment Panel III. Third report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults final report. Circulation 2002;106:3143-3421.

248. Stevenson JC, Hodis HN, Pickar JH, Lobo RA. Coronary heart disease and menopause management: the swinging pendulum of HRT. Atherosclerosis 2009;207:336-40.

249. Whang W, Kubzansky LD, Kawachi, I, et al. Depression and risk of sudden cardiac death and coronary heart disease in women. J Am Coll Cardiol 2009;53(11):950-58.

250. Birkenaes AB, Sogaard AJ, Engh JA, et al. Sociodemographic characteristics and cardiovascular risk factors in patients with severe mental disorders compared with the general population. J Clin Psychiatry. 2006;67(3):425-433.

251. Parashar S, Rumsfeld JS, Reid KJ, et al. Impact of depression on sex differences in outcome after myocardial infarction. Circ Cardiovasc Qual Outcomes 2009;2:33-40.

252. Rutledge T, Reis SE, Olson M, et al. Social networks are associated with lower mortality rates among women with suspected coronary disease: the National Heart, Lung, and Blood Institute-sponsored Women's Ischemia Syndrome Evaluation Study. Psychosom Med 2004;66:882-8.

253. Burg MM, Barefoot J, Berkman L, et al. Low perceived social support and post-myocardial infarction prognosis in the Enhancing Recovery in Coronary Heart Disease clinical trial: the effects of treatment. Psychosom Med 2005;67:879-88.

254. Marcuccio E, Loving N, Bennett SK, et al. A survey of attitudes and experiences of women with heart disease. Jacobs Institute of Women's Health 2003;2:23-31.

255. Glassman AH, Shapiro PA. Depression and the course of coronary artery disease. Am J Psychiatry 1998;155(1):4-11.

256. Blumenthal JA, Lett HS, Babyak MA, et al. Depression as a risk factor for mortality after coronary artery bypass surgery. Lancet 2003;362(9384):604-609.

257. Levenson JL. Psychiatric issues in heart disease. Available from: http://www.primarypsychiatry.com/aspx/articledetail.aspx?articleid=493. Last accessed March 7, 2013.

258. Penninx BW, Beekman AT, Honig A, et al. Depression and cardiac mortality: results from a community-based longitudinal study. Arch Gen Psychiatry 2001;58(3):221-27.

259. Carney RM, Rich MW, Freedland KE, et al. Major depressive disorder predicts cardiac events in patients with coronary artery disease. Psychosom Med 1988;50(6):627-33.

260. Lesperance F, Frasure-Smith N, Juneau M, Theroux P. Depression and 1-year prognosis in unstable angina. Arch Intern Med 2000;160(9):1354-60.

261. Frasure-Smith N, Lesperance F, Talajic M. The impact of negative emotions on prognosis following myocardial infarction: is it more than depression? Health Psychol 1995;14(5):388-98.

262. Moser DK, Dracup K. Is anxiety early after myocardial infarction associated with subsequent ischemic and arrhythmic events? Psychosom Med 1996;58(5):395-401.

263. Ironson G, Taylor CB, Boltwood M, et al. Effects of anger on left ventricular ejection fraction in coronary artery disease. Am J Cardiol 1992;70(3):281-85.

264. Newman MF, Kirchner JL, Phillips-Bute B, et al. Longitudinal assessment of neurocognitive function after coronary-artery bypass surgery. N Engl J Med 2001;344(6):395-402.

265. Jonas BS, Lando JF. Negative affect as a prospective risk factor for hypertension. Psychosom Med 2000;62(2):188-96.

266. Glassman AH, O'Connor CM, Califf RM, et al. Sertraline treatment of major depression in patients with acute MI or unstable angina. JAMA 2002;288(6):701-09.

267. Promising research in heart disease. Available from: http://www.uchospitals.edu/specialties/heart/research/index.html. Last accessed March 7, 2013.

268. Bonetta L. Team converts skin cells to beating heart cells. Scripps News & Views 2011;5.

269. New diagnostic tools and advanced research go hand-in-hand to prevent heart disease. Available from: http://news.penmedicine.org/blog/2011/02/new-diagnostic-tools-and-advanced-research-go-hand-in-hand-to-prevent-heart-disease.html. Last accessed March 7, 2013.

270. Cohen E, Bonifield J. Study finds heart chelation therapy effective but raises questions. CNN Health 2012.

271. Winslow R. Trying a new line of attack in heart disease. WSJ 2012.

272. Douglas PS, Ginsburg GS. Current concepts: the evaluation of chest pain in women. N Engl J Med 1996;334:1311-5.

273. Lefler LL, Bondy KN. Women's delay in seeking treatment with myocardial infarction: a meta-synthesis. J Cardiovasc Nurs 2004;19:251-68.

274. Lee TH, Rouan GW, Weisberg MC, et al. Clinical characteristics and natural history of patients with acute myocardial infarction sent home from the ER. Am J Cardiol 1987;60:219-24.

275. Canto JG, Goldberg RJ, Hand MM, et al. Symptom presentation of women with acute coronary syndromes. Arch Intern Med 2007;167:2405-13.

276. Make the call, don't miss a beat. Available at: http://www.womenshealth.gov/Hearttattack/. Last accessed March 7, 2013.

277. Vaccarino V, Rathore SS, Wenger NK, et al. Sex and racial differences in the management of acute myocardial infarction, 1994 through 2002. N Engl J Med 2005;353:671-82.

278. Caulin-Glaser T, Maciejewski PK, Snow R, et al. Depressive symptoms and sex affect completion rates and clinical outcomes in cardiac rehabilitation. Prev Cardiol 2007;10:15-21.

# CARDIOVASCULAR DISEASES: THE LEADING CAUSE OF DEATH IN WOMEN

**Self Evaluation Exercises**

Select the best answer for each question  and check your answers at the bottom of the page.

You do not need to submit this self-evaluation exercise with your participant sheet.

1. The total number of cardiovascular disease-related deaths has been consistently higher in women than in men for the past 20 years.

   ○ True    ○ False

2. Heart disease itself affects the hearts of women in exactly the same ways it does in men.

   ○ True    ○ False

3. Diabetes, smoking, alcohol, and depression are factors that increase the risk of heart disease in women.

   ○ True    ○ False

4. Cardiomyopathy refers to a weakening of the heart muscle or other structural change to the heart muscle.

   ○ True    ○ False

5. Heart valve disease is a disease that occurs when one or more of the five heart valves do not work as they should.

   ○ True    ○ False

6. Taking aspirin along with other anticoagulants can markedly increase the chance of bleeding in women, but not in men.

   ○ True    ○ False

7. Diabetic women also have a three to five times higher chance than men of developing cardiovascular disease.

   ○ True    ○ False

8. Estrogen deficiency during menopause poses a very strong risk factor for coronary heart disease.

   ○ True    ○ False

9. Psychiatric medication may affect individuals with cardiovascular disease in ways that are different than someone without cardiovascular disease.

   ○ True    ○ False

10. The strongest predictor of a missed myocardial infarction in women is old age and the presence of chest pain or discomfort.

    ○ True    ○ False

Answers:    1.T 2.F 3.T 4.T 5.F 6.F 7.T 8.T 9.T 10.F