**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

      Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

      Third Party Defendants.

_____

**DECLARATION OF JESSICA LANIER IN SUPPORT OF NETCE'S SUPPLEMENTAL BRIEF**

I, Jessica E. Lanier, declare as follows:

1. I am an attorney with the law firm of Holland & Knight LLP, and I am duly licensed to practice law in the State of California. I am one of the attorneys representing defendant CE Resource, Inc. *d/b/a* CME Resource and NetCE (hereafter, "NetCE"). I, along with my colleague John Kern, am admitted *pro hac vice* in the United States District Court for the Southern District of Florida in the above-captioned case. Through this litigation, we have been accompanied by local counsel Phil Rothschild.

2. I have personal knowledge of the circumstances described below and, if so called, can testify under oath regarding these events.

3. At the inception of this dispute, I, along with Mr. Kern, advised NetCE regarding their obligations to preserve business records to ensure that no document be destroyed or altered.

4. Thereafter, as counsel for NetCE, I received and reviewed the requests for production of documents propounded by Dr. Jouria. I then directed the collection of potentially responsive documents—both hardcopy, paper documents and electronically stored documents ("ESI").

5. The document collection consisted of several stages. First, I directed the collection of potentially responsive hardcopy documents. These documents are maintained in files onsite at NetCE offices in Roseville, California. Second, I spoke with NetCE employee Sarah Campbell, who interacted and communicated with Dr. Jouria most regularly, NetCE leadership Julie Goodwin, Lisa Patterson, and Erin Meinyer, and Kevin Bluck, NetCE's Chief Technology Officer. Erring on the side of over-inclusiveness, I identified four custodians likely to have responsive documents: Ms. Campbell, Ms. Goodwin, Ms. Patterson, and Ms. Meinyer.

Mr. Bluck, who has extensive knowledge of NetCE's electronic document storage architecture, collected ESI from local hard drives (in other words, documents saved on employees' individual computers) and network storage. This included documents saved to an employees' computer or to the NetCE system *and* NetCE emails. NetCE's email storage system segregates emails by custodians (recipients). Mr. Bluck collected emails from custodians' inboxes and outboxes—this included emails NetCE employees sent to each other *and* emails NetCE sent and received to non-NetCE employees (including cc's.).

6. The vast majority of NetCE's records and therefore its production consisted of ESI. All ESI was collected by Mr. Bluck and to my knowledge all metadata was retained. Our e-discovery team collected approximately 430 GB of data from NetCE.

7. After gathering and collecting forensic images (exact copies) of all NetCE electronic data, I applied roughly 70 broad search terms designed to capture responsive documents to the data. I reviewed all the records that "hit" on a search term to determine if they were (i) responsive to Dr. Jouria's document requests and (ii) if so, whether any privilege or protection applied to preclude their disclosure.

8. To date, Holland & Knight (primarily me) have reviewed over 29,000 documents for responsiveness and for privilege. **Exhibit A.** This includes both ESI and hardcopy records. The hardcopy records consist almost entirely of course binders that were scanned sequentially as stored by NetCE, where they are organized by course. Holland & Knight produced the hardcopy records in its first production.

9. To date, on a rolling basis, NetCE has produced approximately 3,200 documents to Dr. Jouria.

10. Prior to our first production, we contacted counsel for Dr. Jouria, Richard Ross, to ascertain his preferred format of production. He indicated that he preferred PDF files on a flash drive. We complied with his request.

11. Our first production was mailed to Mr. Ross on July 3, 2017.

12. On or about July 12, 2017, Mr. Ross indicated that he was having difficulty accessing documents from the zip files. I explained to him the manner for harvesting files from the zip files. I asked him to let us know if he continued to have difficulty. I received no reply until July 20, 2017, when Mr. Ross stated that he was still having difficulty opening documents from the zip drives. I referred Mr. Ross to a member of our e-discovery team, who offered to walk him through the process over the phone. Our e-discovery team walked Mr. Ross through the process and he, on July 20, 2017, was able to successfully open the files. The emails referenced in this Paragraph are attached to this declaration as **Exhibit B**. By July 20, 2017, NetCE had produced two more flash drives to Mr. Ross containing responsive documents.

13. Holland & Knight's e-discovery software, Relativity, is able to produce Excel files, which provide the bates number, custodian, date, author, recipient, any cc's, and other descriptions of each and every document produced by NetCE.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 31st day of August, 2017        By: _____
                                                Jessica E. Lanier, Esq.

4

# Exhibit A

| Request Name | Manager | Analyst(s) | Billing Partner | Status | Date Due | File Count | Data Size | Custodian(s) | Deduplication | Time Zone | ClientMatter | System Created On | System Created By |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 145745.00001_CE_Collection11 | Fichet, Laura | Frey, Leah Y | Kern, John P. | Complete | 8/21/2017 23:00 | 34014 | 133 GB (143,115,386,880 bytes) | CE Resource, Inc | Project (Global) | UTC (Default) | 145745 | 8/18/2017 6:53 PM EDT | Fichet, Laura |
| | | Ferreira, Adriano | | | | | | CE Resource, Inc | | | | | |
| | | Frey, Leah Y | | | | | | Erin Meinyer | | | | | |
| | | | | | | | | Julie Goodwin | | | | | |
| | | | | | | | | Lisa Patterson | | | | | |
| 145745.00001_CE_Collection10 | Fichet, Laura | | Kern, John P. | Complete | 8/7/2017 12:00 | 100570 | 45.3 GB (48,689,770,943 bytes) | Sarah Campbell | Project (Global) | UTC (Default) | 145745 | 8/4/2017 1:46 PM EDT | Fichet, Laura |
| 145745.00001_CE_Collection09 | Fichet, Laura | Frey, Leah Y | Kern, John P. | Complete | 7/26/2017 17:00 | 334 | 157 MB (165,011,456 bytes) | CE Resource, Inc | Project (Global) | UTC (Default) | 145745 | 7/25/2017 7:53 PM EDT | Fichet, Laura |
| | | | | | | | | Erin Meinyer | | | | | |
| | | | | | | | | Julie Goodwin | | | | | |
| | | | | | | | | Lisa Patterson | | | | | |
| 145745.00001_CE_Collection08 | Ray, Kideda E. | Frey, Leah Y | Kern, John P. | Complete | 7/10/2017 17:00 | 4 | 26.8 GB (28,856,635,392 bytes) | Sarah Campbell | Project (Global) | UTC (Default) | 145745 | 7/8/2017 10:13 PM EDT | Ray, Kideda |
| 145745.00001_CE_Collection07 | Ray, Kideda E. | Smith, Andrea | Kern, John P. | Complete | 7/5/2017 17:00 | 244 | 408 MB | CE Resource, Inc | Project (Global) | UTC (Default) | 145745 | 7/5/2017 12:59 PM EDT | Ray, Kideda |
| | | Frey, Leah Y | | | | | | | | | | | |
| 145745.00001_CE_Collection06 | Fichet, Laura | Smith, Andrea | Kern, John P. | Complete | 6/29/2017 11:00 | 1 | 3.79 GB (4,077,219,840 bytes) | Sarah Campbell | Project (Global) | UTC (Default) | 145745 | 6/28/2017 4:44 PM EDT | Fichet, Laura |
| 145745.00001_CE_Collection05 | Fichet, Laura | Frey, Leah Y | Kern, John P. | Complete | 6/28/2017 11:00 | 25 | 26.3 MB (27,598,848 bytes) | CE Resource, Inc | Project (Global) | UTC (Default) | 145745 | 6/27/2017 8:37 PM EDT | Fichet, Laura |
| 145745.00001_CE_Collection04 | Fichet, Laura | Frey, Leah Y | Kern, John P. | Complete | 6/27/2017 23:00 | 92 | 4.25 MB (4,464,640 bytes) | CE Resource, Inc | Project (Global) | UTC (Default) | 145745 | 6/27/2017 4:41 PM EDT | Fichet, Laura |
| 145745.00001_CE_Collection03 | Fichet, Laura | Frey, Leah Y | Kern, John P. | Complete | 6/26/2017 23:00 | 92 | 134 MB (141,373,440 bytes) | CE Resource, Inc | Project (Global) | UTC (Default) | 145745 | 6/26/2017 6:05 PM EDT | Fichet, Laura |
| 145745.00001_CE_Collection02 | Fichet, Laura | Frey, Leah Y | Kern, John P. | Complete | 6/26/2017 21:00 | 31 | 34.4 MB (36,077,568 bytes) | CE Resource, Inc | Project (Global) | UTC (Default) | 145745 | 6/26/2017 2:26 PM EDT | Fichet, Laura |
| 145745.00001_CE_Collection01 | Fichet, Laura | Frey, Leah Y | Kern, John P. | Complete | 6/22/2017 23:00 | 11 | 16.6 MB (17,448,960 bytes) | CE Resource, Inc | Project (Global) | UTC (Default) | 145745 | 6/21/2017 6:00 PM EDT | Fichet, Laura |

# Exhibit B

**From:** Richard Ross <prodp@ix.netcom.com>
**Sent:** Thursday, July 20, 2017 9:20 AM
**To:** Lanier, Jessica E (SFO - X56923)
**Subject:** Re: Jouria v. NetCE - NetCE Document Production Password Problem

Jesse,

I still cannot open wholesale the documents even after downloading them to my hard drive without inputting the password for each. Please resend a new jump drive containing all the documents produced without the password required.

Thank you.

Sincerely,
RICHARD S. ROSS, ESQ.
**Patents, Trademarks, Copyrights
  and Related Litigation**
915 S.E. 2 Court
Ft. Lauderdale, Florida  33301
tel 954/252-9110
fax 954/252-9192

CONFIDENTIALITY NOTICE:
This e-mail is subject to the Electronics Communications Privacy Act, 18 U.S.C. § 2510-2521, and may be legally privileged. The information contained in this e-mail message, together with any attachments hereto or links contained herein, is strictly private and confidential information intended only for the use of the individual or entity named above. The information contained in this e-mail, and any attachments hereto may be attorney-client privileged, and work product confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED.

NOTICE UNDER U.S. TREASURY DEPARTMENT CIRCULAR 230, *Regulations Governing the Practice of Attorneys, Certified Public Accountants, Enrolled Agents, Enrolled Actuaries, and Appraisers before the Internal Revenue Service:*
To the extent that this e-mail communication and the attachment(s) hereto, if any, may contain written advice concerning or relating to a Federal (U.S.) tax issue, United States Treasury Department Regulations (Circular 230) require that we (and we do hereby) advise and disclose to you that, unless we expressly state otherwise in writing, such tax advice is not written or intended to be used, and cannot be used by you (the addressee), or other person(s), for purposes of (1) avoiding penalties imposed under the United States Internal Revenue Code or (2) promoting, marketing or recommending to any other person(s) the (or any of the) transaction(s) or matter(s) addressed, discussed or referenced herein for IRS audit, tax dispute or other purposes.

| | |
|---|---|
| **From:** | Love, Brian R (CHI - X66645) |
| **Sent:** | Thursday, July 20, 2017 2:34 PM |
| **To:** | Richard Ross |
| **Cc:** | Harmon, Denise A (SFO - X56925); Lanier, Jessica E (SFO - X56923) |
| **Subject:** | RE: Jouria v. NetCE - NetCE Document Production Password Problem |

Mr. Ross,

I will pass on to our attorneys that you were able to extract the produced PDFs and are now accessing the productions.

I am glad that we were able to confirm that the productions were produced and sent to you in the industry standard formats for electronic document productions.

Should you have any further technical questions, please do contact me.

Best Regards,
Brian


**Brian Love** | **Holland & Knight**

eDiscovery Project Manager

Holland & Knight LLP

131 South Dearborn Street, 30th Floor | Chicago, IL 60603

Phone 312.578.6645 | Cell 312-502-1960

Brian.Love@hklaw.com | www.hklaw.com

**Relativity Tip of the Week**
**Got email?**

Optimize your efficiency when working with email threads by using email thread visualization.

Click on the below link to watch a short video for more information.

"eMail Thread Visualization"

**For more information on how this applies to your practice, contact Litigation & eDiscovery Services!**


**From:** Lanier, Jessica E (SFO - X56923)
**Sent:** Thursday, July 20, 2017 12:25 PM
**To:** Richard Ross <prodp@ix.netcom.com>
**Cc:** Love, Brian R (CHI - X66645) <Brian.Love@hklaw.com>; Harmon, Denise A (SFO - X56925) <Denise.Harmon@hklaw.com>
**Subject:** RE: Jouria v. NetCE - NetCE Document Production Password Problem

Richard,

Please discuss technical issues with Brian, cc'd here—he is happy to help.  Such technical specs are not within my wheelhouse or purview.  The zip files were formatted and produced using standard Holland & Knight protocol.

Jesse

**Jessica Lanier** | **Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Thursday, July 20, 2017 10:20 AM
**To:** Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>
**Subject:** Re: Jouria v. NetCE - NetCE Document Production Password Problem

Why is there even a zip password attached?

On Jul 20, 2017, at 1:13 PM, <Jessica.Lanier@hklaw.com> <Jessica.Lanier@hklaw.com> wrote:

> Richard,
>
> I'm cc-ing our e-discovery expert Brian Love.  He will give you a call and walk you through downloading these documents.
>
> Jesse
>
> **Jessica Lanier** | **Holland & Knight**
> Associate
> Holland & Knight LLP
> 50 California Street, Suite 2800 | San Francisco, CA 94111
> Phone 415.743.6923 | Fax 415.743.6910
> jessica.lanier@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography
>
> **From:** Richard Ross [mailto:prodp@ix.netcom.com]
> **Sent:** Thursday, July 20, 2017 9:20 AM
> **To:** Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>
> **Subject:** Re: Jouria v. NetCE - NetCE Document Production Password Problem
>
> Jesse,
>
> I still cannot open wholesale the documents even after downloading them to my hard drive without inputting the password for each.  Please resend a new jump drive containing all the documents produced without the password required.

2

Thank you.

Sincerely,
RICHARD S. ROSS, ESQ.
**Patents, Trademarks, Copyrights
 and Related Litigation**
915 S.E. 2 Court
Ft. Lauderdale, Florida  33301
tel 954/252-9110
fax 954/252-9192

CONFIDENTIALITY NOTICE:
This e-mail is subject to the Electronics Communications Privacy Act, 18 U.S.C. § 2510-2521, and may be legally privileged. The information contained in this e-mail message, together with any attachments hereto or links contained herein, is strictly private and confidential information intended only for the use of the individual or entity named above. The information contained in this e-mail, and any attachments hereto may be attorney-client privileged, and work product confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED.

NOTICE UNDER U.S. TREASURY DEPARTMENT CIRCULAR 230, *Regulations Governing the Practice of Attorneys, Certified Public Accountants, Enrolled Agents, Enrolled Actuaries, and Appraisers before the Internal Revenue Service:*
To the extent that this e-mail communication and the attachment(s) hereto, if any, may contain written advice concerning or relating to a Federal (U.S.) tax issue, United States Treasury Department Regulations (Circular 230) require that we (and we do hereby) advise and disclose to you that, unless we expressly state otherwise in writing, such tax advice is not written or intended to be used, and cannot be used by you (the addressee), or other person(s), for purposes of (1) avoiding penalties imposed under the United States Internal Revenue Code or (2) promoting, marketing or recommending to any other person(s) the (or any of the) transaction(s) or matter(s) addressed, discussed or referenced herein for IRS audit, tax dispute or other purposes.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.