# EXHIBIT A



# Plagiarism Checker X Originality Report

**Similarity Found: 1%**

Date: Wednesday, September 13, 2017
Statistics: 713 words Plagiarized / 61780 Total words
Remarks: Low Plagiarism Detected - Your Document needs Optional Improvement.
-------------------------------------------------------------------------------------------

## CLINICAL CARDIOVASCULAR PHARMACOLOGY

### ABSTRACT

Heart disease continues to be the number cause of death in the United States. In order to help answer some of the abnormalities observed in cardiovascular function, several distinctive types of drugs have been developed. Each class of drug has been developed and targeted to correct the underlying abnormality found in the respective cardiovascular malfunction. Furthermore, there has been a recent emphasis on determining how these agents may be able to decrease morbidity and mortality. In certain instances, standard drug therapy and protocol has been challenged to some extent by innovative drugs or new applications of existing drugs that appear to deliver improved outcomes with respect to disease progression and patient survival. The objectives of this article are to present an update on contemporary pharmacologic management of four of the most common cardiac conditions: angina, hypertension, congestive heart failure, and myocardial ischemia/infarction. Health care professionals should be conscious of the rationale for using particular drugs in each condition, along with the patient's comorbidities, and that these medications can have both beneficial therapeutic effects and negative adverse side effects that can affect the patient's response and clinical outcome of their heart disease. Patient education with regards to lifestyle modifications and drug compliance is also reviewed.

### LEARNING OBJECTIVES

After finishing the course material, the students will be able to:

1. Define evidence-based medicine and its role in the practice of modern medicine.
2. Appraise the appropriateness of a pharmacological treatment based on classification of recommendations and strength of evidence.
3. Learn the pharmacological approach to the short-term treatment of the acute angina.

4. Identify the mechanism of action, route of administration, dosing, precautions, side effects and contraindications of nitrates.
5. Define the two main clinical goals of the pharmacological treatment of chronic stable angina.
6. Describe the agents used to prevent myocardial infarction (MI) in patients with stable angina.
7. Identify the recommended doses, side effects, and pharmacological alternatives in case of intolerance or allergy to standard medications used to treat MI.
8. Describe the mechanism of action, doses, precautions, side effects, contraindications, drug interaction and association of beta-blockers, calcium antagonists, and nitrates
9. Define the matching goals in the management of Unstable Angina (UA) and Non ST-Segment Elevation Myocardial Infarction (NSTEMI).
10. Describe the indications, side effects, contraindications and drug association of nitrates, beta-blockers, morphine, and calcium antagonists in the treatment of ischemia.
11. Identify the role of aspirin therapy in the treatment of UA/NSTEMI.
12. Illustrate the clinical importance of anticoagulant therapy by way of indirect and direct thrombin inhibitors.
13. Summarize the different pharmacological approach in patients with UA/NSTEMI who are undergoing percuataneous coronary intervention (PCI) or thrombolysis.
14. Describe the indications, adverse effects, and contraindications oxygen, nitrates, beta-blockers, and morphine in the early treatment of patients with ST-Segment Elevation Myocardial Infarction (STEMI).
15. Explain the role of aspirin and clopidogrel in patients presenting with STEMI.
16. Distinguish the adjustments in pharmacological approach between patients with STEMI admitted to hospitals with and without PCI capability.
17. Explain the indications and contraindications of thrombolytic agents.
18. Discuss the role of ancillary therapy in patients STEMI.
19. Describe the life style modifications recommended for pre-hypertensive and hypertensive patients.
20. Discern the most adequate drug(s) to use in the pharmacological treatment of hypertensive patients.
21. Explain the advantages and disadvantages of multidrug combination therapy in hypertensive patients who do not respond to a single drug approach.
22. Define the pharmacological treatment of hypertension associated with significant comorbidities such as cardiac ischemia, congestive heart failure, diabetes, left ventricular hypertrophy, and peripheral artery disease.
23. Differentiate the pharmacological approach to the intensifying four stages of heart failure.
24. Summarize the indications, contraindications, most common side effects and possible drug interactions of the pharmacological agents used for the different stages of heart failure.
25. Decide on the appropriate drug selection in the treatment of patients with acute pulmonary congestion.
26. Communicate the importance of lifestyle modification and drug compliance with patients who suffer from heart disease.

OUTLINE

I.      Introduction to Heart Disease
        A.   Overview of the Cardiovascular System
        B.   Epidemiology of Heart Disease
        C.   Etiology
II.     Types of Heart Disease
        A. Brief Pathophysiology of:
            1. Angina
            2. Myocardial Infarction
            3. Hypertension
            4. Heart Failure
        B. Goals of Management Overview
III.    Overview of Classes of Cardiovascular Pharmacology
IV.     Pharmacology Properties in the Treatment of:
        A. Stable Angina
            1. Beta-blockers
            2. Calcium-blockers
            3. Nitrates
        B. Unstable Angina and NSTEMI
            1. Aspirin
            2. GP IIb/IIIa antagonist
            3. Heparin
                    a. Unfractioned heparin
                    b. Low molecular weight heparin
        C. STEMI
            1. Oxygen
            2. Nitrates
            3. Beta-blockers
            4. Morphine
            5. Role of aspirin and clopidogrel
            6. PCI (Percutaneous Coronary Intervention) and Ancillary measures
            7. Indications & Contraindications of thrombolytic therapy
        D. Hypertension
            1. Class of drugs
                    a. Adrenergic receptor blockers
                        1. alpha-blockers
                        2. beta-blockers
                        3. mixed blockers
                    b. ACE-Inhibitors
                    c. Calcium channel blockers
                    d. Diuretics
                    e. Angiotensin II Receptor blockers
                    f. Choice of Initial Medication
                    g. Single vs. Multi-drug approach
                    h. Patient Comorbidities affecting drug choice
            2. Lifestyle Modification
        E. Heart Failure

1. Pathophysiology
   a. Left vs. Right side HF
   b. Acute pulmonary congestion
2. Diuretics
3. Vasodilators
4. Inotropic drugs
5. Inhibitory drugs
V.    Patient Education
      A. Lifestyle modification
      B. Drug compliance
VI.   Conclusion

AUDIENCE

Physicians, primary care providers, nurses, respiratory therapists, medical assistants.

Biography

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and has completed his clinical clerkship training in various teaching hospitals throughout New York, including King's County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria has passed all USMLE medical board exams on first attempt, and has served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field including faculty member and Department Chair. Dr. Jouria continues to serves as a Subject Matter Expert for several continuing education organizations covering multiple basic medical sciences. He has also developed several continuing medical education courses covering various topics in clinical medicine. Recently, Dr. Jouria has been contracted by the University of Miami/Jackson Memorial Hospital's Department of Surgery to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on Human Anatomy & Physiology.

Heart disease is a collective term for any type of disorder that affects the heart. Heart disease is the leading cause of death in the U.S and a major cause of disability [1]. The heart is a fist-sized muscular organ that continuously delivers oxygen and nutrient-rich blood to our body. It pumps about 2,000 gallons per day and beats 100,000 times per day. Heart pumps blood through a complex system of blood vessels, know as the circulatory system. These blood vessels are elastic, muscular tubes transport and deliver blood to every part of the body. Blood carries fresh oxygen from the lungs and essential nutrients to the body's tissues and carries carbon dioxide and body's other waste products away from the tissues. This is essential to sustain life.

There are three main types of blood vessels:

- Arteries. They begin with the aorta, the largest artery that carries blood away from the heart. Arteries branch several times, becoming smaller and smaller and finally become arterioles, a small diameter blood vessel in the microcirculation that leads to capillaries [2].
- Capillaries. These are very small, thin blood vessels that connect the arteries and the veins.  They are the smallest blood vessels in our body and constitute the microcirculation that connects the arteries and the veins. Endothelial linings of capillaries are only one cell thick that allows easy movement of oxygen, hormones, carbon dioxide nutrients, and other waste products between blood and surrounding tissues [2].
- Veins. Majority of veins with the exception of pulmonary and umbilical veins carry deoxygenated blood back to the heart.  Venous blood also carries waste metabolites and products.  As veins get closer to the heart, they become larger and larger. Inferior vena cava is the largest vein that brings blood lower part of the body i.e. from the legs and abdomen into the heart.

Heart weighs about 250-350 grams [3] and is enclosed in a double-walled protective sac called the pericardium [4]. The heart is located under the rib cage, the middle mediastinum, slightly to the left of sternum and between the lungs.  Heart is made of striped cardiac muscle and its strong muscular walls contract and pump blood to the rest of the body.

On the surface of the heart, there are coronary arteries, which deliver oxygen-rich blood to the myocardium (heart muscle).  Superior vena cava, the inferior vena cava, and the pulmonary veins are the major blood vessels that enter the heart.  The pulmonary veins are unique as it is the only vein that carries oxygenated blood from the lungs to the left atrium of the heart in an adult human. Pulmonary artery and aorta are the two vessels exit the heart.  The pulmonary artery carries deoxygenated blood from the heart to the lungs.  Aorta, the largest artery, exit the heart and carries oxygen-rich blood to the entire body.

Human heart is a four-chambered, muscular hollow organ.  A muscular wall called the septum divides the heart into the left and right side that are further divided into two top chambers called the atria and two bottom chambers called ventricles.  The atria, which receive blood from the veins, are the receiving chambers.  The ventricles, which pump blood into the arteries, are the discharging chambers. The atria and ventricles contract and relax in a rhythmic fashion to pump blood out of the heart. When blood leaves a chamber of the heart, it passes through a valve that prevents the blood from flowing backward into the chamber from which the blood originated. There are four heart valves within the heart:
- Mitral valve
- Tricuspid valve
- Aortic valve
- Pulmonic valve

The tricuspid and mitral valves lie between the atria and ventricles. The pulmonic and aortic valves are located between the ventricles and the major blood vessels leaving the heart.  The right and left sides contract and relax in a rhythmic fashion described below, causing blood to flow continuously to the heart, lungs, and body.

Right Side of the Heart
- The inferior and superior vena cava empty deoxygenated blood from the body into the right atrium of the heart.
- When the atrium contracts, blood moves from right atrium into the right ventricle via the open tricuspid valve.

- Tricuspid valve shuts when the ventricle is full, thus preventing backward flow of blood into the atria during the ventricular contraction.
- During the ventricular contraction, deoxygenated blood leaves the heart through the pulmonic valve, into the pulmonary artery and to the lungs where it is oxygenated.

Left Side of the Heart
- The pulmonary vein pours oxygen-rich blood from the lungs into the left atrium of the heart.
- When the atrium contracts, blood moves from left atrium into the left ventricle via the open mitral valve.
- When the ventricle is full, the mitral valve shuts. This prevents backward flow of blood into the atrium during the ventricular contraction.
- During the ventricular contraction, blood leaves the heart via the aortic valve, into the aorta and to the body.

Blood from pulmonic valve enters the pulmonary artery and then moves to tiny capillary vessels in the lungs.  Here, oxygen moves from the tiny air sacs called alveoli into the lungs, via capillary walls, into the blood.  Concurrently, carbon dioxide diffuses from the blood into the alveoli.  Afterwards, pulmonary veins carry oxygenated and purified blood back to the left atrium.

Coronary Arteries

Like any other organ, heart also needs oxygen and nutrients to function properly. Although heart chambers are full of blood, it doesn't receive any oxygen and nutrients from this blood. Heart has its own blood supply which it gets from a network of arteries, known as the coronary arteries.  The coronary arteries are the only source of blood supply to the myocardium, which is why blockage of these vessels can lead to grave consequences.

Two principal coronary arteries originate at the beginning of the aorta near the point where the aorta exits the left ventricle:
- Right coronary artery originates from the right aortic sinus and supplies the right atrium and right ventricle with blood. It subsequently divides or branches into the posterior descending artery, which supplies the bottom portion of the left ventricle, posteromedial papillary muscle and back of the septum with blood.
- Left main coronary artery (LMCA or LCA) branches into the circumflex artery and the left anterior descending artery, also known as LAD. The circumflex artery provides blood supply to the left atrium, side and back of the left ventricle, and the LAD or left anterior descending artery supplies 45-55% of the left ventricle particularly the front and bottom of the left ventricle and the front of the septum with blood.

These coronary arteries and their branches provide blood supply to the entire myocardium.  Coronary artery disease or CAD occurs when atheromatous plaque accumulates in the coronary arteries and impedes coronary blood flow preventing the heart from getting oxygen and essential nutrients it needs to properly function. In such cases, a network of tiny blood vessels called collateral vessels may enlarge and open. This allows blood to flow around the ischemic areas and prevents or limits tissue damage.

Hear conduction system

The atria and ventricles work in a rhythmic fashion, with alternating cycles of contraction and relaxation to pump blood through heart.  Heartbeat is triggered by a specialized conduction system where electrical impulses travel down a special pathway through the heart.
- The electrical impulse is initiated by a small bundle of specialized cells called the SA node (sinoatrial node), located in the right atrium. SA node is also known as the heart's natural pacemaker. The impulses spread through the walls of the atria and cause contraction.
- The AV node (atrioventricular node slows down the electrical impulse before it enters the ventricles. This delay is crucial as it gives the atria time to contract before the ventricles do.
- His-Purkinje network is a bundle of fibers that sends the signal to the muscular walls of the ventricles resulting in contraction.

At rest, the average heart rate in adults is 60–80 beats per minute (bpm) [5].  Resting Heart Rates below 60 bpm are called bradycardia, while regular heart rates above 100 bpm at rest are called tachycardia. Average resting heart rate has a strong correlation with age [6]:

Heart Rate and Age

| Men | Age | | | | | |
|---|---|---|---|---|---|---|
| | 18–25 | 26–35 | 36–45 | 46–55 | 56–65 | 65+ |
| Athlete | 49–55 | 49–54 | 50–56 | 50–57 | 51–56 | 50–55 |
| Excellent | 56–61 | 55–61 | 57–62 | 58–63 | 57–61 | 56–61 |
| Good | 62–65 | 62–65 | 63–66 | 64–67 | 62–67 | 62–65 |
| Above Average | 66–69 | 66–70 | 67–70 | 68–71 | 68–71 | 66–69 |
| Average | 70–73 | 71–74 | 71–75 | 72–76 | 72–75 | 70–73 |
| Below Average | 74–81 | 75–81 | 76–82 | 77–83 | 76–81 | 74–79 |
| Poor | 82+ | 82+ | 83+ | 84+ | 82+ | 80+ |
| Women | Age | | | | | |
| | 18–25 | 24–35 | 36–45 | 46–55 | 56–65 | 65+ |
| Athlete | 54–60 | 54–59 | 54–59 | 54–60 | 54–59 | 54–59 |
| Excellent | 61–65 | 60–64 | 60–64 | 61–65 | 60–64 | 60–64 |
| Good | 66–69 | 65–68 | 65–69 | 66–69 | 65–68 | 65–68 |
| Above Average | 70–73 | 69–72 | 70–73 | 70–73 | 69–73 | 69–72 |
| Average | 74–78 | 73–76 | 74–78 | 74–77 | 74–77 | 73–76 |
| Below Average | 79–84 | 77–82 | 79–84 | 78–83 | 78–83 | 77–84 |
| Poor | 85+ | 83+ | 85+ | 84+ | 84+ | 85+ |

Epidemiology

In 2008, more than 616,000 people died of heart disease. Heart disease accounts for nearly 25% of all deaths in the United States [1]. It is the leading cause of death for both males and females. More than 50% of deaths in men were because of heart disease in 2008. Coronary heart disease is the most common type of cardiac disease.  In 2008, more than 400,000 people succumbed to coronary heart disease [1].  Every year about 785,000 Americans experience their first myocardial infarction or coronary attack. Another 470,000 individuals who have already had one or more episodes of myocardial infarction or coronary attacks have another occurrence of coronary attack [7].

Globally, approximately 17.3 million people died from cardiovascular diseases in 2008.
Of these, coronary heart disease accounted for 7.3 million deaths and stroke accounted for 6.2 million deaths. Low- and middle-income countries account for more than 80% of cardiovascular disease deaths. People in low- and middle-income countries are more susceptible to cardiovascular disease. Cardiovascular diseases put a heavy burden on the economies of every country, especially low- and middle-income countries.
It is estimated that by 2030, approximately 23.6 million people will succumb to cardiovascular diseases or CVD. Heart disease is the number one cause of death for most races and ethnicities in the United States, including whites, African Americans, and Hispanics.

Percentage of all deaths caused by heart disease in 2008, listed by ethnicity [8].

| Race of Ethnic Group | Percentage of Deaths |
|---|---|
| Whites | 25.1 |
| American Indians or Alaska Natives | 17.9 |
| Asians or Pacific Islanders | 23.2 |
| African Americans | 24.4 |
| Hispanics | 20.7 |
| All | 24.9 |

Below is the percentage of U.S. adults with heart disease risk factors in 2005-2008.

| Risk Factor | Percentage |
|---|---|
| Physical Inactivity | 53 |
| Obesity | 34 |
| Hypertension | 32 |
| Cigarette Smoking | 21 |
| Hypercholesterolemia | 15 |
| Diabetes | 11 |

In 2003, around 37% of adults had two or more of the risk factors listed above.

Cardiovascular disease (CVD) encompasses group diseases that affect the heart or blood vessels (arteries, capillaries and veins) [9]. It refers to any condition or disease that affects the cardiovascular system, mainly heart or cardiac disease, vascular diseases of the brain and kidney, and peripheral arterial disease [10].  There are multiple causes of cardiovascular disease but atherosclerosis  and/or hypertension are the most frequent. Although elderly or older adults are more prone to CVD, the precursor of cardiovascular disease, notably atherosclerosis begins at a very young age, necessitating preventive measures from childhood [11].  Prevention of atherosclerosis by modifying risk factors such as avoidance of smoking, exercise or healthy diet and lifestyle is of utmost importance.

## Heart Disease Risk Factors

Some lifestyle factors and certain conditions can make people susceptible for developing heart disease. The risk of CVD can be lowered by addressing risk factors.
Risk factor control is particularly important for individuals who already have cardiac disease.

### Hypercholesterolemia

Cholesterol is a lipid, produced by the liver and present in certain foods. It plays an important role in building and maintaining membranes of healthy cells.  However, elevated levels of cholesterol lead to deposition of cholesterol in arteries, including coronary artery.  This ultimately causes narrowing of the arteries, cardiac or heart disease, and other related complications.  A higher level of high–density lipoprotein cholesterol, or HDL, is considered "good" because it provides some protection against heart disease.  However, an elevated level of low–density lipoprotein (LDL) is considered "bad" and can cause heart disease.  The relation between blood cholesterol and cardiovascular risk is a continuous one [12].  Furthermore, the average level of blood cholesterol within a population is a key determinant of the CVD risk of the population.  Variation in average levels of blood cholesterol between populations is largely determined by differences in diet, and regions with high dietary saturated fat intake and a low ratio of polyunsaturated to saturated fatty acids have higher than average cholesterol levels [13].

### Hypertension or High blood pressure

High blood pressure or hypertension is another major risk factor for heart disease and is the single most important risk factor for stroke.  In this condition, the pressure of the blood in the arteries is too high and stresses body's blood vessels, causing them to clog or weaken.  High blood pressure is often symptomless.  Lifestyle modifications with dietary changes and/or by medication can lower blood pressure and the risk of heart disease and heart attack.

### Diabetes Mellitus

Diabetes also increases risk for heart disease.  Individuals with diabetes, either don't produce enough insulin, can't utilize its own insulin as well as it should, or both. This causes elevated blood sugar levels.  Approximately 75% of diabetics succumb to some type of cardiovascular disease.  Individuals with diabetes should consult a healthcare provider for managing, preventing and controlling other risk factors.

Tobacco use

Tobacco use, especially cigarette smoking, overall makes an individual susceptible to heart disease and heart attack.  Cigarette smoking promotes and accelerates atherosclerosis.  It also increases the levels of fibrinogen and other blood clotting factors.  Additionally, nicotine elevates blood pressure, and carbon monoxide (CO), a toxic gas, reduces the amount of oxygen that blood can carry.  People, including non-smokers, who experience second hand smoke, also have increased risk of heart disease.

Diet

Several aspects of peoples' dietary patterns are strongly correlated with heart disease.
These include diets rich in saturated fats and cholesterol, which are responsible for elevated blood cholesterol levels and promote atherosclerosis.  High content of salt or sodium in the diet also causes elevated blood pressure levels.

Physical inactivity

Physical inactivity is closely linked to the development of heart disease.  It also can adversely impact several other risk factors such as high blood pressure, obesity, diabetes, elevated levels of triglycerides and a low level of HDL cholesterol.  Regular physical activity can improve risk factor levels.

Obesity

Several studies have linked obesity to higher LDL cholesterol and triglyceride levels and to lower HDL cholesterol, high blood pressure, and diabetes.

Alcohol

Excessive alcohol use results in elevated blood pressure, and increases the overall risk for heart disease. It also leads to elevated blood levels of triglycerides which promotes atherosclerosis.

Heredity

Heart disease, such as Familial Hypercholesterolaemia (FH) and Familial Combined Hyperlipidaemia (FCH), can run in the family.  Role of genetic factors is increasingly being accepted in hypertension, heart disease, and other vascular disease.   The risk for heart disease can increase substantially when genetic factors and heredity conditions are combined with unhealthy lifestyle, such as smoking cigarettes and a poor diet.

## Types of Heart disease

Heart diseases encompass diseases of the heart and the blood vessel system within it. There are more than 50 different types of heart disease.

Some people are born with heart disease (known as congenital heart disease) such as tetralogy of Fallot and Ebstein's anomaly; others develop during a person's lifetime.
Heart diseases can be categorized into problems in the:

1. Heart chambers
2. Heart muscle itself
3. Heart valves
4. Coronary arteries and coronary veins
5. Electrical system
6. Heart lining

**Heart Disease involving the Heart Chambers**

Heart disease that can affect the heart chambers include:
A. Congestive heart failure or heart failure involving:
- Diastolic dysfunction
- Systolic dysfunction

B. Cor pulmonale or pulmonary heart disease, which leads to enlarged right ventricle.

**Heart Disease affecting the Heart Muscle**

Heart diseases involving and affecting the heart muscles include:
- Cardiomyopathy, such as:
  - Dilated cardiomyopathy
  - Hypertrophic cardiomyopathy
  - Restrictive cardiomyopathy

- Myocarditis, which is an inflammation of the heart muscle.

**Heart Disease with involvement of the valves**

These diseases damage the functioning and structure of the heart valves and are also known as valvular heart disease and include:

- Mitral stenosis
- Mitral valve regurgitation
- Mitral valve prolapse
- Aortic stenosis
- Aortic regurgitation
- Tricuspid stenosis
- Tricuspid regurgitation
- Rheumatic heart disease

**Heart Diseases involving the coronary arteries or veins**

Heart diseases that involve and affect the coronary arteries and veins include:

- Angina pectoris, or just angina, including:

  - Stable angina
  - Unstable angina
  - Variant angina (Prinzmetal's angina)

- Heart attack, also known as myocardial infarction or MI
- Coronary artery disease (CAD), also known as ischemic heart disease, coronary heart disease (CHD), or heart disease
- Atherosclerosis, or hardening of the arteries
- Silent ischemia.

## Heart diseases involving the conducting system

This group of heart disease includes conditions involved with impairment of the electrical system and is called arrhythmias. They can cause tachycardia (when the heart beats too fast), bradycardia (when the heart beats too slow), or irregularly. There are many types of such conduction impairments and include:

- Sinus tachycardia
- Sinus bradycardia
- Atrial fibrillation
- Heart block, which includes first-degree, second-degree and complete AV block
- Bundle branch block, including left bundle branch block and right bundle branch block
- Premature atrial contractions or PAC
- Atrial flutter
- Supraventricular tachycardia (SVT), also called atrial tachycardia
- Multifocal atrial tachycardia
- Paroxysmal supraventricular tachycardia (PSVT) or paroxysmal atrial tachycardia
- Wolff-Parkinson-White syndrome (WPW)
- Premature ventricular contractions or complexes (PVC)
- Ventricular tachycardia
- Ventricular fibrillation
- Long QT syndrome
- Brugada syndrome, also known as sudden unexplained nocturnal death syndrome (SUNDS).

## Heart diseases involving the lining

The innermost layer of tissue that lines the inside of the heart muscle and valves is called endocardium. The outside of the heart is enclosed by a thin double-walled, fluid filled sac known as the pericardium. Types of heart disease that involves endocardium or pericardium include:

- Endocarditis, which is an inflammation of the innermost layer of the heart i.e. endocardium. The heart valves (native or prosthetic valves) are usually affected by this disease.
- Pericarditis (inflammation of the pericardium, a double-walled, fluid filled sac), including constrictive pericarditis.

## Congenital Heart Disease

Congenital heart disease is a defect with the heart's structure and function that people are born with.  Congenital heart disease includes structural and functional defects in any part of the heart, including the myocardium or cardiac muscle, valves, or blood vessels. Types of congenital heart disease include:

- Atrial septal defect (ASD)
- Coarctation of the aorta
- Congenital aortic stenosis
- Ebstein's anomaly
- Hypoplastic left heart syndrome (HLHS)

- Patent foramen ovale
- Pulmonic stenosis
- Patent ductus arteriosus
- Pulmonary atresia
- Transposition of the great vessels
- Tricuspid atresia
- Tetralogy of Fallot
- Truncus arteriosus
- Ventricular septal defect (VSD)

### Hypertensive heart disease

This includes a number of complications of systemic arterial hypertension or high blood pressure that affect the heart. There are two major forms of hypertensive heart disease:
- Hypertensive heart disease without heart failure
- Hypertensive heart disease with heart failure

### Other Heart Disease Types

Other types of disease that cannot be categorized into the above classification and can affect any part of the heart include:

- Cardiac or heart tumor, is an abnormal growth in the heart and it can be either malignant (cancerous) or benign (noncancerous). Myxoma and rhabdomyomas are the common cardiac tumor.
- Sudden cardiac death.

### ANGINA

Angina or angina pectoris is a temporary pain, discomfort or pressure in the chest due to ischemia of the heart muscle, usually because of spasm or obstruction of the coronary arteries [14. Angina is a symptom of an underlying heart condition, not a disease.

### Pathophysiology

Angina is caused by myocardial ischemia which happens when myocardial oxygen demand is more than oxygen supply.  It is important to understand the key determinants of oxygen demand and supply to get a better insight into pathophysiology of angina.

Myocardial oxygen demand
There are four key factors that determine cardiac or myocardial work and therefore myocardial oxygen demand:
- Heart rate- Tachycardia increases myocardial oxygen demand.
- Systolic blood pressure-Increase in systolic pressure increases myocardial oxygen demand.
- Myocardial wall tension or stress also increases oxygen demand
- Myocardial contractility- Oxygen demand increases with increased myocardial contractility.

Myocardial oxygen demands are measured clinically by the product of the heart rate and the systolic blood pressure.  An individual reproducibly experiences angina when he or she crosses angina threshold or absolute double product value.

Myocardial oxygen supply
The major determinants of oxygen supply include:

- Oxygen carrying capacity of the blood, which is quantified by oxygen tension and hemoglobin level
- Amount of oxygen unloading from hemoglobin to the myocardium tissue
- Coronary artery blood flow

Coronary artery blood flow is determined by multiple factors which include::
- Coronary artery diameter and resistance or vessel tone [15-16]
- Collateral flow
- Perfusion pressure, which is quantified by the pressure gradients from the aorta to the coronary artery to the left ventricular end-diastolic.
- Heart rate and diastolic period.

Coronary arteries can increase blood flow in response to increased cardiac metabolic demand which is known as coronary flow reserve (CFR).
Coronary flow reserve or CFR depends on following factors:

- Resistance from large and small coronary artery (vascular resistance)
- Extravascular ( myocardial and interstitial) resistance
- Blood composition

Myocardial ischemia can result from three main factors:

1. Reduction of coronary blood flow caused by fixed and/or dynamic epicardial coronary artery stenosis.
2. Abnormal constriction or deficient relaxation of coronary microcirculation.
3. Reduced oxygen-carrying capacity of the blood.

Ischemia can result because of any clinical or pathological condition which leads to diminished myocardial oxygen supply. The most common cause of myocardial ischemia is coronary atherosclerosis.  Other less frequent factors are coronary artery embolism, vasospasm and fibrosis.  Stimulation of the esophagus by hydrochloric acid can cause coronary artery vasoconstriction leading to diminished coronary blood flow via a neural cardio-esophageal reflex [17]. Broadly, angina can be categorized into angina with or without epicardial coronary disease.

| Classification of angina severity according to the Canadian Cardiovascular Society | |
|---|---|
| Class | Level of symptoms |
| Class I | 'Ordinary activity does not cause angina'<br>Angina with strenuous or rapid or prolonged exertion only |
| Class II | 'Slight limitation of ordinary activity'<br>Angina on walking or climbing stairs rapidly, walking uphill or exertion after meals, in cold weather, when under emotional stress, or only during the first few hours after awakening |

| Class III | 'Marked limitation of ordinary physical activity' Angina on walking one or two blocks on the level or one flight of stairs |
|---|---|
| Class IV | 'Inability to carry out any physical activity without discomfort' or 'angina at rest |

Angina with atherosclerotic epicardial coronary disease

Atherosclerosis in the epicardial coronaries disrupts the normal coronary physiology and results in increased resistance to coronary flow.  This new resistance has adverse affect on coronary flow reserve which at times prevents sufficient oxygen delivery to the heart muscles. Atherosclerotic plaques in the epicardial coronaries have a complex relation to coronary resistance. Approximately 20-30% of the atherosclerotic plaques in the epicardial coronaries are dynamic and exercise or constricting agents can cause minor reduction in the stenosis diameter. Others, atherosclerotic plaques in the epicardial coronaries are generally fixed.  Fixed lesions provide greater resistance and two or multiple lesions in parallel may produce significant stenosis. Studies have indicated that a 50% stenosis in a conduit vessel generally has no clinical and hemodynamic significance [18].  However, more than 50% stenosis causes reduction in maximum coronary flow.  Studies have also demonstrated that increased lesion length decreases coronary flow reserve that leads to greater hemodynamic changes [19].

In some cases mild coronary stenoses may cause significant vasoconstrictive response [20]. Such vasoconstriction may lead to occlusion of the epicardial coronary entirely, and ECG may show ST elevation. This is commonly seen in Prinzmetal's variant angina [21]. Administration of nitrates results in rapid and completed resolution of ST elevation in Prinzmetal's variant angina.

Risk factors
- Cigarette smoking
- Age (≥ 55 years for males, ≥ 65 for females)
- Diabetes mellitus
- Family History of premature cardiovascular disease (Male <55 years, Female <65 years old)
- Hyperlipidemia, dyslipidemia
- High blood pressure or hypertension
- Renal (Kidney) disease with microalbuminuria or GFR of less than 60 mL/min
- Obesity with Body Mass Index or BMI ≥ 30 kg/m2
- Physical inactivity

Conditions that exacerbate or trigger angina are:
- Certain medications
- Vasoconstrictors and vasodilators
- Excessive thyroid replacement
- Polycythemia

Several research studies have observed that there are short term and long term benefits to smoking cessation [22, 23 24, 25].

## Myocardial infarction

Myocardial infarction (MI) is caused by the interruption of blood supply to a part of the heart, leading to eventual irreversible damage and cell death in that region of the heart.  Blood supply is curtailed usually by a thrombus from an atherosclerotic plaque leading to coronary occlusion [26].

Definition of Myocardial Infarction

| Criteria for acute myocardial infarction |
|---|
| The term acute myocardial infarction (MI) should be used when there is evidence of myocardial necrosis in a clinical setting consistent with acute myocardial ischemia. Under these conditions any one of the following criteria meets the diagnosis for MI: <br> ● Detection of a rise and/or fall of cardiac biomarker values [preferably cardiac troponin (cTn)] with at least one value above the 99th percentile upper reference limit (URL) and with at least one of the following: <br> ɣ Symptoms of ischemia. <br> ɣ New or presumed new significant ST-segment–T wave (ST–T) changes or new left bundle branch block (LBBB). <br> ɣ Development of pathological Q waves in the ECG. <br> ɣ Imaging evidence of new loss of viable myocardium or new regional wall motion abnormality. <br> ɣ Identification of an intracoronary thrombus by angiography or autopsy. <br> ● Cardiac death with symptoms suggestive of myocardial ischemia and presumed new ischemic ECG changes or new LBBB, but death occurred before cardiac biomarkers were obtained, or before cardiac biomarker values would be increased. <br> ● Percutaneous coronary intervention (PCI) related MI is arbitrarily defined by elevation of cTn values (>5 x 99th percentile URL) in patients with normal baseline values (≤99th percentile URL) or a rise of cTn values >20% if the baseline values are elevated and are stable or falling. In addition, either (i) symptoms suggestive of myocardial ischemia or (ii) new ischemic ECG changes or (iii) angiographic findings consistent with a procedural complication or (iv) imaging demonstration of new loss of viable myocardium or new regional wall motion abnormality are required. <br> ● Stent thrombosis associated with MI when detected by coronary angiography or autopsy in the setting of myocardial ischemia and with a rise and/or fall of cardiac biomarker values with at least one value above the 99th percentile URL. <br> ● Coronary artery bypass grafting (CABG) related MI is arbitrarily defined by elevation of cardiac biomarker values (>10 x 99th percentile URL) in patients with normal baseline cTn values (≤ 99th percentile URL). In addition, either (i) new pathological Q waves or new LBBB, or (ii) angiographic documented new graft or new native coronary artery occlusion, or (iii) imaging evidence of new loss of viable myocardium or new regional wall motion abnormality. |

Criteria for prior myocardial infarction

Diagnosis for prior MI requires the presence of any one of the below mentioned criteria:

1. Radiological evidence indicating loss of functional and viable myocardium in a particular area that is thinned and doesn't contract, in the absence of a non-ischemic cause.
2. Presence of pathological Q waves in the ECG with or without symptoms in the absence of non-ischemic causes.
3. Pathological findings of a prior MI.

There are two kinds of acute myocardial infarction based on anatomy and pathology:

- Transmural MI:  This type of infarct is characterized by ischemic necrosis that affects the whole thickness of the affected heart muscle segment because of total occlusion of the affected area's blood supply [27].  Transmural MI is usually linked to atherosclerosis of a major coronary artery. It can be further categorized into anterior, posterior, inferior, lateral or septal depending on the anatomical location of the myocardial infarction.  ECG shows ST elevation and Q waves in transmural MI.
- Subendocardial MI: This type of infarct is characterized by ischemic necrosis that affects a small area restricted to the subendocardial wall of the left ventricle, papillary muscles, or ventricular septum. The subendocardial area is especially vulnerable to ischemia as it is one of the least perfused regions of heart [27]. ECG shows ST depression in subendocardial MI.

Pathology is a better determinant to distinguish transmural MI from a nontransmural MI and presence or absence of Q waves on ECG cannot differentiate these types of MI [28].

Clinically, a myocardial infarction can also be categorized into a ST elevation MI (STEMI) versus a non-ST elevation MI (non-STEMI) based on ECG changes [29].  Heart attack sometimes can be confused with sudden cardiac death, which may or may not be the consequence of acute myocardial infarction. A heart attack can lead to cardiac arrest, which is cessation of cardiac pump function which may be reversible, and cardiac arrhythmia i.e. disruption of normal cardiac rhythm.  Heart attack is also different from heart failure, in which the heart has inadequate pump action; however, heart failure can result because of severe myocardial infarction [30].

| Universal Classification of Myocardial Infarction |
|---|
| Type 1: Spontaneous myocardial infarction<br>Spontaneous myocardial infarction related to atherosclerotic plaque rupture, ulceration, Assuring, erosion, or dissection with resulting intraluminal thrombus in one or more of the coronary arteries leading to decreased myocardial blood flow or distal platelet emboli with ensuing myocyte necrosis. The patient may have underlying severe CAD but on occasion non-obstructive or no CAD. |
| Type 2: Myocardial infarction secondary to an ischemic imbalance<br>In instances of myocardial injury with necrosis where a condition other than CAD contributes to an imbalance between myocardial oxygen supply and/or demand, e.g. coronary endothelial dysfunction, coronary artery spasm, coronary embolism, tachy-/brady-arrhythmias, anemia, respiratory failure, hypotension, and hypertension with or without LVH. |
| Type 3: Myocardial infarction resulting in death when biomarker values are unavailable<br>Cardiac death with symptoms suggestive of myocardial ischemia and presumed new ischemic ECG changes or new LBBB, but death occurring before blood samples could be obtained, before cardiac biomarker could rise, or in rare cases cardiac biomarkers were not collected. |
| Type 4a: Myocardial infarction related to percutaneous coronary intervention (PCI)<br>Myocardial infarction associated with PCI is arbitrarily defined by elevation of cTn values > 5 x 99th percentile URL in patients with normal baseline values (<99th percentile URL) or a rise of cTn values >20% if the baseline values are elevated and are stable or falling. In addition, either (i) symptoms suggestive of |

myocardial ischemia, or (ii) new ischemic ECG changes or new LBBB, or (iii) angiographic loss of patency of a major coronary artery or a side branch or
persistent slow- or no-flow or embolization, or (iv) imaging demonstration of new loss of viable myocardium or new regional wall motion abnormality are
required.
Type 4b: Myocardial infarction related to stent thrombosis
Myocardial infarction associated with stent thrombosis is detected by coronary angiography or autopsy in the setting of myocardial ischemia and with a rise and/
or fall of cardiac biomarkers values with at least one value above the 99th percentile URL.

Type 5: Myocardial infarction related to coronary artery bypass grafting (CABG)
Myocardial infarction associated with CABG is arbitrarily defined by elevation of cardiac biomarker values >10 x 99th percentile URL in patients with normal
baseline cTn values (<99th percentile URL). In addition, either (i) new pathological Q waves or new LBBB, or (ii) angiographic documented new graft or new
native coronary artery occlusion, or (iii) imaging evidence of new loss of viable myocardium or new regional wall motion abnormality.

Most myocardial infarctions are usually caused by a disruption of an atherosclerotic plaque in an epicardial coronary artery triggering a clotting cascade, occasionally leading to complete occlusion of the artery [31, 32]. Complete occlusion of coronary artery can be fatal if the occlusion persists for more than 20 minutes.

The atherosclerotic plaque develops in the wall of arteries over a period of several years or decades [33]. The main primary characteristics of the clinically symptomatic atherosclerotic plaque are a fibromuscular cap and an underlying lipid-rich core comprising cholesterol crystals. Matrix metalloproteinase, collagenases and proteases released by activated macrophages and T-lymphocytes all play a crucial role in plaque erosion causing thinning of the overlying fibromuscular cap. The action of proteases coupled with hemodynamic forces can cause disruption of the endothelium and rupture of the fibromuscular cap. This can lead to formation of thrombus through a complex series of coagulation cascade. A large thrombus can occlude coronary blood flow causing myocardial ischemia. If the ischemia lasts long enough, it activates a process called the ischemic cascade. The myocardial cells die in the ischemic region predominantly by necrosis.

The myocardial cells first die in the endocardium region as it is most distal to the arterial blood supply. If the ischemia persists for a longer period of time, the myocardial cell die in the region of myocardium and finally the myocardial cell in the epicardium become the victim of prolonged ischemia. The fatal affects of prolonged ischemia then engulfs the area of collateral perfusion. Most of the distal myocardium is irreversibly damaged after a period of 6-8 hours of coronary occlusion. Magnitude of the myocardial ischemia depends upon the extent of myocardial cell death. Heart muscles can be salvaged if the blood follow is restored to at-risk myocardium. The severity of an MI depends on three crucial factors:

- Length of time of the occlusion
- Level of the occlusion present in the coronary artery
- Presence or absence of collateral circulation

Generally, proximal coronary occlusion results in more extensive myocardial ischemia with greater risk of necrosis. More extensive myocardial infarction is comparatively more fatal. The longer duration of vessel occlusion is associated with greater chances of permanent myocardial damage distal to the

occlusion.  Recent studies indicate that apoptosis (programmed cell death) also plays a role in the process of tissue damage subsequent to myocardial infarction [34].  Apoptosis can lead to permanently damaged heart.  This scarring makes the patient vulnerable to fatal cardiac arrhythmias and may lead to the development of a ventricular aneurysm that can rupture with grave consequences.  Electrical impulses travel at a slower rate in damaged heart tissue compared to healthy ones. The difference in conduction velocity between damaged and healthy tissue can initiate re-entry or a feedback loop that can lead to life-threatening arrhythmias such as ventricular fibrillation. Cardiac output and blood pressure can also drop to critical levels resulting in further coronary ischemia and extension of the infarct.

Following coronary thrombosis, both infracted and healthy heart tissue go through a series of progressive changes over a period of time.  These progressive changes leads to the development of distinctive complications at expected times after the initial cardiac event.   Hypokinesis follows ischemia and the affected myocardium fails to contract .
The process of necrosis begins in the subendocardium approximately 15-30 minutes after coronary occlusion.  The area of necrosis extends to the epicardium over the next 3–6 hours ultimately covering the entire ventricular wall.  Myocardium is reversibly damaged or "stunned" at the edges of the infarct and can recover if the blood flow is restored in that area.  Viable myocardium becomes more contractile. This process is called hyperkinesias.  Myocardial cell damage is progressive and irreversible after 12 hours: therefore, this period is crucial for management of MI in order to salvage some of the infarct.

## Hypertension

Hypertension (HTN) or high blood pressure is a chronic medical condition in which the blood pressure in the arteries is persistently elevated [35]. Normal blood pressure at rest is within the range of 100-140/60-90 mmHg i.e. 100-140 mmHg systolic (top reading) and 60-90mmHg diastolic (bottom reading). Blood pressure readings above 140/90 mmHg is termed "High blood pressure."

The exact pathophysiology of hypertension, especially essential hypertension is still not well understood. Approximately 2-5%  of patients have an underlying kidney or adrenal disease as the cause of hypertension.   In majority of cases 990-95%), no cause is identified and their condition is called "essential hypertension" [36, 37, 38, 39].   Persistent hypertension is a major risk factor for myocardial ischemia, strokes, cardiac and heart failure, and is the number one cause of CRF or chronic renal failure [40]. Several physiological mechanisms play an important role in the maintenance of normal blood pressure.  It is believed the impairment of these mechanisms is crucial  to the emergence of  essential hypertension. It is believed that several interdependent factors contribute to the elevated blood pressure in hypertension, and their relative roles may vary in different individuals.

Cardiac output and peripheral resistance are the two determinants of arterial pressure. Cardiac output is the function of stroke volume and heart rate. Maintenance of a normal blood pressure in an individual is a delicate balance between the cardiac output and peripheral vascular resistance.  Majority of patients with essential hypertension have a normal cardiac output but a raised peripheral resistance.  Small arterioles determine peripheral resistance.  Prolonged contraction of smooth muscle cells present in small arterioles is believed to induce structural changes in small arterioles.   These structural changes lead to thickening of the arteriolar vessel walls perhaps mediated by angiotensin resulting in irreversible rise in peripheral resistance.

It is also suspected that there is no elevation of peripheral resistance in very early hypertension, and high blood pressure is caused by a raised cardiac output because of sympathetic overactivity.  Subsequently

peripheral arteriolar resistance rises to prevent the elevated pressure being passed on to the capillary bed of the arterioles.  The cardiac output is usually increased in the elevated younger age group, while older patients usually exhibit increased stiffness of the vasculature and increased systemic vascular resistance.

## Renin-angiotensin—aldosterone system

The renin-angiotensin system is considered to be one of the most crucial mechanisms that affect the control of blood pressure.  It plays an important role in maintenance of the extracellular fluid volume, peripheral resistance.  Any impairment in this system may lead to elevated blood pressure.  Kidney is the site of rennin production.  Rennin is an enzyme that is crucial for maintenance of extracellular volume, and arterial vasoconstriction. Renin is also secreted when sympathetic nervous system is stimulated.

Renin converts angiotensinogen to angiotensin I, which is quickly converted into angiotensin II, the most vasoactive peptide [41, 42], in the lungs by angiotensin converting enzyme (ACE).  Angiotensin II is a highly potent vasoconstrictor that raises the peripheral resistance and thus causes an elevation in blood pressure.  It also triggers aldosterone release from adrenal gland, which causes further rise in blood pressure because of sodium and water retention.  Therefore, elevated renin level leads to hypertension [43].  The renin-angiotensin system is not the main culprit for elevated in blood pressure in essential hypertension.  Many hypertensive patients, especially elderly and black people, have low levels of angiotensin II and renin.  It is also observed that drugs that block the renin-angiotensin system are not very effective in treating hypertension in such patients.  Recent studies indicate that non-circulating "local" renin-angiotensin epicrine or paracrine systems, which are present in the in the heart, kidney and the arterial tree,  also play an important role in regulating blood pressure and local blood circulation.

Recent studies have demonstrated that obesity is an important risk factor for hypertension as it activates renin-angiotensin system (RAS) in adipose tissue [44, 45].  Renin-angiotensin system and insulin resistance are also claimed to be interlinked and are believed to play an important role in hypertension and diabetes [46].

## Autonomic nervous system

Autonomic Nervous System plays a key role in maintaining a normal blood pressure.  It is also mediates short term changes in blood pressure in response to physical exercise and stress. Impairment in the autonomic nervous system, such as overactivity of sympathetic nervous system results in elevated blood pressure and thus plays an important role in the development and maintenance of hypertension [47-50].  Several studies have linked autonomic impairment to hemodynamic and metabolic disorders that lead to increased cardiovascular mortality and morbidity [51].  In hypertensive patients, arterial baroreceptors are reset to operate at higher blood pressure levels [52, 53]. Additionally, it is believed that in hypertensive patients, there is central resetting of the aortic baroreflex leading to suppression of sympathetic inhibition after aortic baroreceptor nerves are activated.  This baroreflex resetting is probably partially mediated, by a central action of angiotensin II [54, 55, 56]. Small-molecule mediators, such as reactive oxygen species and endothelin trigger sympathetic activity causing hypertension [57, 58].

## Endothelial dysfunction

The vascular endothelial cells secrete a number of substances such as endothelin and local nitric oxide that influence changes in the blood and the pressure of blood flow.   Nitric oxide is a potent vasodilator and peptide endothelin is a vasoconstrictor.  It is believed that dysfunction of the endothelium plays an important role in essential hypertension.   The delicate balance between the vasoconstrictors and vasodilators is disrupted triggering a "vicious cycle" that plays a crucial role in maintaining elevated blood pressure.  Changes in endothelial function are a good indicator of end-organ damage, atherosclerotic changes, and overall prognosis [59].  Several studies have indicated that oxidant stress leads to endothelial dysfunction.  Nitric oxide plays a crucial role in participates in a crucial role in vasodilation of the artery, increasing blood flow, and proliferation of vascular smooth-muscle cells [36]. In hypertension, nitric oxide is inactivated by superoxide and other reactive oxygen species (ROS) [60-62]. Several studies have demonstrated that circulating endothelin levels are elevated in some patients with hypertension [63-65].

## Genetics

Some genes and genetic factors are believed to be closely associated with the development of essential hypertension.   Around 10 genes have so far been linked to development of hypertension [66, 67].  Recent studies conducted with the help of genetic analysis techniques have found links between elevated blood pressure and several chromosomal regions, including regions that are associated with familial combined hyperlipidemia [68-72].

Several studies have observed that blood pressure pattern is more similar within families than between families indicating a form of inheritance [73].  It was also observed that this pattern was not linked to shared environmental factors [74].

| Disorder | Mode of inheritance | Genes | Mutation and functional    consequences |
|----------|---------------------|-------|------------------------------------------|
| Glucocorticoid-remediable aldosteronism | Autosomal dominant | CYP11b1 and CYP11b2 | Ectopic expression of aldosterone synthase activity in adrenal fasciculata |
| Apparent mineralocorticoid excess | Autosomal recessive | 11bHSD | Loss-of-function mutation resulting in excess stimulation of the mineralocorticoid receptor (MR); hypertension mediated by increased renal cortical collecting tubule epithelial sodium channel (ENaC) activity |
| Mutations in mineralocorticoid receptor | Autosomal dominant | NR3C2 | S810L missense mutation in the ligand-binding domain converts receptor antagonists (such as progesterone) to agonists; pregnancy exacerbates hypertension |
| Liddle syndrome | Autosomal dominant | SCNN1B | De novo missense mutation of the beta-subunit of ENaC |
| Liddle syndrome | Autosomal dominant | SCNN1G | Mutation in the gamma-subunit of ENaC that deletes the cytoplasmic C terminus, resulting in excess sodium retention |

| Pseudohypoaldosteronism type II | Autosomal dominant | WNK1 and WNK4 | WNK serine–threonine kinase defects resulting in hyperkalaemia and hypertension |
|---|---|---|---|
| Mutations in peroxisome proliferator-activated receptor- | Autosomal dominant | PPARG | Loss-of-function mutation resulting in insulin resistance, diabetes mellitus and hypertension |
| Syndrome of hypertension, hypercholesterolaemia and hypomagnesaemia | Mitochondrial inheritance | Not yet identified | Maternal inheritance of a homoplasmic mutation causes a cytidine substitution in the mitochondrial tRNA |

CYP11b1, cytochrome P450, subfamily 11B, polypeptide 1; CYP11b2, cytochrome P450, subfamily 11B, polypeptide 2; NR3C2, mineralocorticoid receptor (aldosterone receptor); PPARG, peroxisome proliferator activated receptor-$\gamma$; SCNN1B, sodium channel non-voltage-gated 1$\beta$ (epithelial); SCNN1G, sodium channel, non-voltage-gated 1$\gamma$; WNK1, protein kinase, lysine deficient 1; WNK4, protein kinase, lysine deficient 4; 11bHSD, hydroxysteroid 11-$\beta$ dehydrogenase.

## Heart Failure

Heart failure is a multisystem disorder which reduces the efficiency of the myocardium, through damage or overloading and is characterized by functional impairment of cardiac, skeletal muscle, and renal system; overactive sympathetic nervous system; and complex neurohormonal changes. Heart failure can be caused by several conditions such as myocardial infarction, hypertension and amyloidosis.  Some of the factors that contribute to heart failure are:

- Reduced force of contraction because of increased ventricular volume overload.  In normal conditions, increased filling of the ventricle causes increased force of contraction leading to increased cardiac output.  This mechanism fails in cardiac or heart failure, as the ventricle is overloaded to the extent where contraction of the myocardium becomes less effective.
- Reduced stroke volume because of a failure of systole, diastole or both. End-systolic volume generally increases because of reduced contractility. Decreased end diastolic volume is caused by impaired ventricular filling.
- Reduced spare capacity.  As the heart works more to meet normal metabolic requirements, the cardiac output is reduced during periods of increased oxygen demand such as exercise.  This leads to exercise intolerance frequently witnessed in patients with heart failure.
- Increased heart rate, triggered by sympathetic overactivity [75] in order to maintain cardiac output.  Initially, this is helpful to compensate for heart failure by maintaining blood pressure and perfusion; however, it overburdens the heart muscles, increasing coronary perfusion demands which cause deterioration of ischemic heart disease. Sympathetic overactivity sometimes leads to life-threatening arrhythmias.
- Hypertrophy of the myocardium. This may lead to increased stiffness and inability to adequately relax during diastole.
- Ventricular enlargement. The increase in ventricular volume leads to reduction in stroke volume because of mechanical and contractile inefficiency [76].

In chronic conditions reduction in cardiac output leads to several changes in the rest of the body which includes:

- Arterial blood pressure falls.  This helps body to restore normal blood pressure; however, it also increases the total peripheral resistance leading to increased workload for the heart.
- Increased sympathetic activity directs hypothalamus to secrete antidiuretic hormone vasopressin which is responsible for fluid retention in the kidneys. This increases blood pressure as well as the total blood volume.
- Reduced blood flow to the kidneys triggers the release of renin, which leads to increased secretion of angiotensin which is a potent vasopressor.  Angiotensin together with its metabolites cause more vasocontriction, and trigger secreation of aldosterone.  This causes further salt and fluid retention in the kidneys.
- The chronically elevated levels of circulating neuroendocrine hormones such as catecholamines, renin, angiotensin, and aldosterone have a direct influence of heart muscles resulting in structural remodelling of the heart over a long period of time.  Remodeling of the heart is also mediated by transforming growth factor beta (TGF-beta [77].
- Reduced blood flow in the skeletal muscle leads to muscular atrophy causing general weakness, increased fatigueability and decreased peak strength.  All these factors contribute to exercise intolerance [78].

The increased peripheral resistance and greater blood volume put additional burden on he heart and accelerate myocardial injury.  Hydrostatic pressure also increases because of fluid retention and vasoconstriction.   This whole process increases fluid build up in the tissue causing edema.  Ankle edema is commonly seen in patient with right-sided heart failure, whereas cardiogenic pulmonary edema is frequently seen in left-sided cardiac failure.  The left side of the heart pumps blood into the systemic circulation, and the right side of heart pumps blood into the pulmonary circulation.  Left-sided heart failure reduces cardiac output to the systemic circulation and the initial symptoms manifests because of detrimental effect on the pulmonary circulation.  This results in dyspnea or shortness of breath, orthopnea and paroxysmal nocturnal dyspnea.  Right-sided heart failure usually manifests itself with ankle edema or ascites.  People with severe cardiomyopathy have poor perfusion and decreased cardiac output.  This results in cold and clammy extremities, generalized weakness, cyanosis, claudication and syncope.

Systemic Effects of Heart Failure

| Heart | Left ventricular dilatation |
| --- | --- |
| | Left ventricular hypertrophy |
| | Atrial natriuretic peptide release |
| | Changes in calcium-cycling proteins |
| | Switch to fetal isoforms of contractile proteins |
| | Brain natriuretic peptide release |
| | Release of proinflammatory cytokines such as Tumor necrosis factor or TNF |
| Lungs | Excessive ventilation |
| | Increased dead space |
| Kidneys | Renin release |
| | Erythropoietin release |
| | Decrease in GFR (glomerular filtration rate) |
| | Sodium and water retention |

| Posterior pituitary | Antidiuretic hormone (vasopressin) release |
|---|---|
| Adrenal glands | Catecholamine release<br>Aldosterone increase |
| Autonomic nervous system | Activation of sympathetic system |
| Arteries | Vasoconstriction<br>Endothelin release |
| Skeletal muscles | Endothelial dysfunction<br>Changes to metabolism<br>Release of proinflammatory cytokines such as Tumor necrosis factor or TNF<br>Wasting |

**Systolic dysfunction**

Heart failure due to systolic dysfunction is easily detected and is caused by inadequate pump function of the heart. Patients with heart failure due to systolic dysfunction have  an ejection fraction of less than 45%. The ventricular contraction is weak and inadequate for producing an adequate stroke volume leading to insufficient cardiac output. Usually, this is caused by damage or dysfunction of cardiac myocytes. Ventricular end-diastolic pressure and volumes increase as the ventricle is not emptied adequately, which is transmitted to the atrium.  On the left side of the heart, pressure is elevated in the pulmonary vasculature resulting in pulmonary edema because of increased hydrostatic pressure. On the right side of the heart, the increased pressure is passed on to the systemic venous circulation and systemic capillary beds leading to dependent peripheral edema because of increased hydrostatic pressure on the systemic vein and capillaries.

**Diastolic dysfunction**

Heart failure caused by diastolic dysfunction results from inadequate myocardial relaxation, with increased stiffness in the ventricular wall and reduced left ventricular compliance. This leads to inadequate filling of the ventricle causing insufficient stroke volume. The inadequate ventricular relaxation also leads to elevated end-diastolic pressures. This results in pulmonary edema in case of left heart failure and peripheral edema in case of right heart failure. The end result of diastolic dysfunction is similar to systolic dysfunction. Diastolic dysfunction and systolic dysfunction can be a result of similar processes, especially causes that influence cardiac remodeling. Common causes of diastolic dysfunction include hypertension, coronary artery disease, and hypertrophic cardiomyopathy. Diastolic dysfunction usually does not manifest itself if systolic function is adequate. The patients usually are asymptomatic at rest; however, they are very sensitive to elevated heart rate, and episodes of tachycardia.

Major symptoms in patients with diastolic dysfunction are:
  • Exertional breathlessness or dyspnea
  • Acute ischemic pulmonary edema
  • Congestive heart failure
  • Respiratory symptoms of angina pectoris
  • Postcardiac surgery LVF (left ventricular failure)

OVERVIEW

Heart failure (heart failure) is a complex, progressive clinical syndrome in which the heart is incapable to pump adequate blood to meet the requirements of the body.  Its main symptoms are shortness of breath or dyspnea, fatigue, and fluid retention.

Stages of Heart Failure

Functional classification of heart failure according to New York Heart Association (NYHA) functional classification categorizes heart failure into four classes.  . The classes (I-IV) are:

- Class I: No limitation is experienced in any physical activities.  There are no symptoms from ordinary activities.
- Class II: Slight, mild limitation of physical activity.  Patient is comfortable at rest or with mild exertion.
- Class III: Marked limitation of any physical activity.  Patient is comfortable only at rest.
- Class IV: Any physical activity leads to discomfort and symptoms occur at rest.

This score documents severity of symptoms, and may be used to determine response to treatment. The NYHA score is extensively used, but it is not very reproducible and is not reliable in predicting the walking distance or exercise tolerance on formal testing [79].


The classification developed by American College of Cardiology/American Heart Association highlights both the development and progression of the heart failure and introduced four stages of heart failure [80]. The first 2 stages (Stage A and B) are clearly not heart failure but are helpful in early detection of patients who are at risk for developing heart failure. Stages A and B patients carry risk factors that make them vulnerable and predisposed to the development of heart failure. Patients with diabetes mellitus, CAD (coronary artery disease) or hypertension, who do not yet show poor left ventricular (LV) function, hypertrophy, or structural changes would be considered Stage A.  Stage B patients are asymptomatic but show left ventricular hypertrophy and/or impaired left ventricular function. Stage C patients have current or past symptoms of hear failure associated with underlying structural heart disease. Stage D patients have end-stage disease and are refractory to treatment of heart failure. These patients might be eligible and need specialized, advanced treatment therapies, such as continuous inotropic infusions, mechanical circulatory support, or hospice.

| CLASSIFICATION OF HEART FAILURE: ACC/AHA STAGE |
| --- |
| Stage A: Patients at high risk for developing heart failure in the future but no functional or structural heart disorder. |
| Stage B: Structural heart disorder (left ventricular hypertrophy and/or impaired left ventricular function ) but no symptoms at any stage |
| Stage C: Previous or current symptoms of heart failure in the context of an underlying structural heart problem, but managed with medical treatment. |
| Stage D: Advanced disease requiring hospital-based support, mechanical circulatory support, a heart transplant or palliative care. |

| Signs/Symptoms | Left-Sided Heart Failure | Right-Sided Heart Failure |
|---|---|---|
| Pitting Edema (Legs, Hands) | Mild to moderate | Moderate to severe |
| Organomegaly | Cardiomegaly | Hepatomegaly and splenomegaly. Mild jaundice may be present. |
| Fluid Retention | Pulmonary edema (fluid in lungs) and pleural effusion (fluid around lungs). | Abdomen (ascites) |
| Neck Veins & JVP | Mild to moderate raised jugular venous pressure (JVP) | Severe jugular venous pressure (JVP). Neck veins visibly distended. |
| Dyspnea or Shortness of Breath | Prominent dyspnea. Paroxysmal nocturnal dyspnea (PND) | Dyspnea present but not as prominent |
| Gastrointestinal | Present but not as prominent | Loss of appetite. Bloating. Constipation. Symptoms are significantly more prominent than LVF |

There are six classes of drugs that are effective in the treatment of heart that includes:
1) Inhibitors of the renin-angiotensin system
2) Beta-adrenoreceptor blockers
3) Diuretics
4) Direct vasodilators
5) Inotropic drugs
6) Aldosterone antagonists

These drugs are prescribed depending on the severity of cardiac failure and individual factors. These drugs reduce cardiac load, decrease extracellular fluid volume, improve contractility of the heart muscles, and decelerate cardiac remodeling.

E. Therapeutic strategies in heart failure
Chronic heart failure is generally managed by the following measures:
- Reduction in physical activity
- Low dietary intake of sodium (<1500 mg/day);
- Management of comorbid conditions
- Prudent use of inhibitors of the reninangiotensin system, diuretics and inotropic agents.

Certain drugs such as nonsteroidal anti-inflammatory drugs, alcohol, CCBs, high dose beta-blockers, and a few antiarrhythmic drugs should be avoided as they may trigger or exacerbate heart failure.

INHIBITORS OF THE RENIN-ANGIOTENSIN SYSTEM

Heart failure activates renin-angiotensin system through two processes:
1. Heart failure leads to renal perfusion pressure which triggers increased rennin release by juxtaglomerular cells present in renal afferent arterioles.

2.  Increased renin production by the juxtaglomerular cells is encouraged by sympathetic stimulation and activation of β receptors.
3.

The production of angiotensin II and the subsequent salt and water retention because of increased aldosterone release results in the increases in both preload and afterload that are hallmark of the failing heart. Additionally, high levels of angiotensin II and of aldosterone have deleterious effects on the heart muscle, leading to remodeling, fibrosis, and inflammatory changes.

A. Angiotensin-converting enzyme inhibitors

Angiotensin-converting enzyme (ACE) inhibitors are the drug of choice in patients with heart failure. These drugs block the conversion of angiotensin I to angiotensin II [81].
In addition, they also lower the rate of bradykinin inactivation. These agents also diminish the rate of bradykinin inactivation.  Bradykinin is a potent vasodilator.

1. Actions on the heart: ACE inhibitors lower vascular resistance, and blood pressure. These drugs reduce preload and afterload leading to an increased cardiac output. These agents also reduce the angiotensin II–mediated increase in epinephrine and aldosterone generally seen in heart failure.  ACE inhibitors are beneficial to patients on thiazide or loop diuretics and/or digoxin. ACE inhibitors significantly decrease both morbidity and mortality in patient with heart failure.

2. Indications: ACE inhibitors may be indicated for single-agent therapy in patients who experience mild dyspnea on exertion and do not show clinical signs or symptoms of edema.  ACE inhibitors are prescribed to patients with any stage of left ventricular failure.  Individuals with the lowest ejection fraction exhibit the greatest benefit from ACE inhibitors. Depending on the severity of heart failure, ACE inhibitors may be prescribed in combination with other classes of drugs such as diuretics, beta-blockers, digoxin, and aldosterone antagonists. Patients with history of recent myocardial infarction also benefit from long-term ACE-inhibitor therapy. ACE inhibitors should be initiated immediately after myocardial infarction.

3. Pharmacokinetics
All ACE inhibitors are incompletely but adequately absorbed by the body following oral administration. They should ideally be taken empty stomach as the presence of food may hinder its absorption. ACE inhibitors, with exception of captopril, are pro-drugs that are activated by the process of hydrolysis by liver enzymes. Plasma half-lives of active compounds of ACE-inhibitors range from 2-12 hours. The newer compounds of ACE-inhibitors, such as fosinopril and ramipril, need only once-a-day dosing.

4. Adverse effects
Some of the adverse side effects of ACE-inhibitors include postural hypotension, persistent dry cough, hyperkalemia, and renal insufficiency [82]. ACE inhibitors are contraindicated in pregnant women because of their fetotoxicity.

B. Angiotensin-receptor blockers

Angiotensin-receptor blockers or ARBs are nonpeptide, orally active compounds that are highly potent competitive antagonists of the angiotensin type 1 receptor. Losartan is the prototype drug. Compared to ACE inhibitors, ARBs provide a more complete blockade of angiotensin action.  Additionally, the ARBs do not influence bradykinin levels.  ARBs have a very similar mechanism of action ACE inhibitors, but

they are not therapeutically identical.  Nevertheless, ARBs are a good substitute for ACE inhibitors, especially in those patients who are intolerant to ACE inhibitors.

1. Actions on the cardiovascular system:
All the ARBs are highly effective and approved for treatment of hypertension because of their efficacy in lowering blood pressure and reducing the morbidity and mortality linked with hypertension. As indicated above, their use in heart failure is as a substitute for ACE inhibitors in patients with angioedema or severe cough.

2. Pharmacokinetics:
All the ARBs are orally active and have a once-a-day dosing. Losartan, the first FDA-approved ARB, differs from the other ARBs in that it undergoes extensive first-pass hepatic metabolism, including conversion to active carboxylic acid metabolite. The other ARBs have inactive metabolites.  ARB metabolites and parent compounds are eliminated through urine and feces.  All the ARBs are highly plasma protein bound (more than 90%) and with the exception of candesartan, have large volumes of distribution.

3. Adverse effects:
ARBs are usually well tolerated but have an adverse effect profile identical to that of ACE inhibitors. However, ARBs do not produce cough. Similar to ACE inhibitors, ARBs are contraindicated in pregnancy. Common adverse effects include headache dizziness, and hyperkalemia.  Other less common side effects include first dose orthostatic hypotension, diarrhea, rash, dyspepsia, impaired hepatic function, and nasal congestion [82].

## β-BLOCKERS

Although it may seem counterproductive to administer beta-blockers with negative inotropic activity to a patient with heart failure, many clinical studies have reported improved systolic functioning and reverse cardiac remodeling in patients receiving β-blockers. Some patients may experience initial exacerbation of symptoms.
Beta-blockers activate the sympathetic nervous system which prevents cardiac remodeling because of rennin inhibition and decreased heart rate.  Beta-blockers also prevent the harmful effects of norepinephrine on myocardium, slowing down cardiac remodeling and cell death. Two β-blockers i.e. carvedilol and metoprolol have been approved for treatment of heart failure. Carvedilol is a nonselective beta and alpha-adreno receptors, whereas metoprolol is a β1-selective antagonist.  Patients with heart disease are recommended beta-blockade except those who are at high risk but are symptomless and those who have acute heart failure. Both beta blockers i.e. carvedilol and metoprolol reduce morbidity and mortality associated with heart failure. Drug treatment should be started at low doses and slowly titrated to effective doses depending on patient tolerance. Hypertensive patient also receive additional benefit from the β-blocker [83].

## DIURETICS

Diuretics are very effective in reducing peripheral edema and pulmonary congestion.
These pharmaceutical agents are also beneficial in relieving the symptoms of volume overload, including paroxysmal nocturnal dyspnea and orthopnea. Diuretics are effective in decreasing plasma volume and, consequently, decrease preload which leads to decreased cardiac workload and oxygen demand. Diuretics can also reduce afterload by decreasing plasma volume which leads to lowering of blood pressure. Thiazide diuretics are comparatively mild diuretics and are not effective in case the patient's creatinine clearance drops to less than 50 mL/min. Loop diuretics indicated for patients who need

extensive diuresis and those with kidney insufficiency. Loop diuretics are the most frequently prescribed diuretics in patients with heart failure.  Adequate precaution is needed to prevent overdose of loop diuretics as it can lead to can lead to profound hypovolemia.

## DIRECT VASODILATORS

Vasodilators cause dilation of venous and arterial blood vessels.   Venous dilators cause a reduction in cardiac preload by increasing the venous capacitance. Arterial dilators cause a reduction in cardiac afterload by lowering systemic arteriolar resistance. Nitrates are frequently used venous dilators for patients with congestive heart failure. In case the patient cannot tolerate ACE inhibitors or β-blockers, or in case further vasodilator response is needed, a combination of hydralazine and isosorbide dinitrate can be used.  Such a combination is very beneficial in black patients with heart failure. Nitrate lowers preload and hydralazine lowers afterload.

## INOTROPIC DRUGS                                                    Positive inotropic

drugs or agents increase cardiac contractility leading to increased cardiac output. These drugs have different mechanism of action, but have similar inotropic action which causes increased cytoplasmic calcium level that increases of cardiac contractility.  Negative inotropic drugs decrease the cardiac contractility.

| POSITIVE INOTROPIC AGENTS | NEGATIVE INOTROPIC AGENTS |
|---|---|
| <ul><li>Digoxin</li><li>Dopamine</li><li>Dobutamine</li><li>Eicosanoids</li><li>Epinephrine</li><li>Inamrinone</li><li>Isoprenaline</li><li>Milrinone</li><li>Norepinephrine</li><li>phosphodiesterase inhibitors</li><li>theophylline</li></ul> | <ul><li>Beta-blockers</li><li>Calcium channel blockers</li><li>Disopyramide</li><li>Flecainide</li><li>Procainamide</li><li>quinidine</li></ul> |

A. Digitalis glycosides
The cardiac glycosides are very effective in the treatment of congestive heart failure and cardiac arrhythmia and are often called digitalis or digitalis glycosides as most of the drugs are extracted from the digitalis (foxglove) plant family of Plantaginaceae [84]. These drugs are a group of chemically identical compounds that can increase the contractility of the heart muscle and are in the treatment of heart failure. Cardiac glycosides increase the calcium ion concentration in the cardiac muscle resulting in increased contraction of the atrial and ventricular myocardium. These drugs have a low therapeutic index and increased dose can be toxic and sometimes fatal also.   The most frequently widely used cardiac glycosides are digoxin.

1. Mechanism of action:

a. Regulation of cytosolic calcium concentration:

Free cytosolic calcium concentrations at the end of cardiac muscle contraction must be lowered for relaxation of cardiac muscle. The Na+/Ca2+-exchanger plays a crucial role in this process by pumps out Ca2+ from the myocyte in exchange for Na+. The concentration gradient for both ions is a key determinant of the net movement of ions. , cardiac glycosides prevent myocyte to actively pump Na+ from the cell leading to decrease in the Na+ concentration gradient and free cytosolic calcium concentrations.

Na+/Ca2+-exchanger increases intracellular Ca2+ as the higher cellular Na+ is exchanged for extracellular Ca2+. This increases free Ca2+ that is available at the next contraction cycle of the cardiac muscle which leads to greater cardiac contractility. Because the Na+/K+ ATPase exchanges 2 sodium ions for one potassium ion, it restores the ion concentrations and the membrane resting potential. The resting membrane potential may increase if the Na+/ K+–adenosine triphosphatase is significantly inhibited by digoxin (and for long term), which makes the membrane more excitable, increasing the risk of toxicity i.e. cardiac arrhythmias

b. Increased contractility of the cardiac muscle:

Administration of digitalis glycosides increases the force of cardiac contraction leading to cardiac output almost identical to the normal heart. Increased myocardial contraction causes a decrease in end-diastolic volume resulting in increased efficiency of contraction i.e. increased ejection fraction. This improved circulation causes reduction in sympathetic activity, which subsequently reduces peripheral resistance. All these factors lead to a reduced heart rate. Vagal tone also increases with decreased heart rate and diminished myocardial oxygen demand. Digoxin is effective in controlling atrial fibrillation as it slows down conduction velocity through the AV node.  It is important to note that in the normal functional heart, the positive inotropic properties of digitalis glycosides are counteracted by compensatory mechanism of autonomic system.

2. Therapeutic uses:

Digoxin therapy is indicated and prescribed to patients with severe left ventricular systolic dysfunction after initiation of ACE inhibitor and diuretic therapy. Digoxin is highly effective in treatment of heart failure with atrial fibrillation. Digoxin is not indicated in patients with diastolic or right-sided heart failure.

Dobutamine, another inotropic drug, may be prescribed intravenously in the hospital; however, there are no effective oral inotropic agents other than digoxin.  ACE inhibitors and diuretics are usually effective in patients with mild to moderate heart failure and these patients do not need digoxin.

3. Pharmacokinetics:

All digitalis glycosides have the same mechanism of action, but they differ in efficacy and pharmacokinetics. Digoxin is the only digitalis glycoside which is FDA-approved and available in the United States. Digoxin is very potent drug, with a narrow therapeutic range and long half-life of around 36 hours. Digoxin is predominantly eliminated by the kidney and requires dose adjustment depending on creatinine clearance. Digoxin is distributed extensively because it gets accumulated in muscle. Dose of digoxin is based on lean body weight. A loading dose regimen is prescribed when acute digitalization is required. Compared to digoxin, digitoxin has a much longer half-life and is predominantly metabolized by the liver, and individuals with hepatic disease may require monitoring and decreased doses. This creates problem in managing digitoxin leading to its replacement with digoxin.

4. Adverse effects:

Digoxin toxicity is very common, especially if the dose and creatinine clearance is not monitored properly. There are number of ways to mange side effects which principally involves discontinuation of cardiac glycoside therapy and monitoring of serum potassium levels and if indicated potassium supplements should be prescribed. In general, decreased serum potassium levels mean high risk for digoxin toxicity. In patients with renal insufficiency, digoxin levels must be closely monitored and dosage adjustment may be necessary.  Digoxin toxicity can cause ventricular tachycardia which may necessitate administration of antiarrhythmic drugs and the use of antibodies to digoxin (digoxin immune Fab). Types of adverse effects because of digitalis include:

a. Cardiac effects: The most frequent side effect is cardiac arrhythmia, mainly atrial arrhythmias.

b. Gastrointestinal effects: Nausea, vomiting and anorexia are the most frequent gastrointestinal adverse effects.

c. Central nervous system effects: These include headache, confusion, blurred vision fatigue, change in color perception, and halos.

5. Factors predisposing to digoxin toxicity:

a. Electrolytic disturbances:

Hypokalemia can trigger serious cardiac arrhythmia. Low kevels of  serum potassium is most commonly seen in patients receiving thiazide or loop diuretics, which can usually be prevented by prescribing a potassium- sparing diuretic or supplementation with potassium chloride. Hypercalcemia and hypomagnesemia also make patients susceptible to digoxin toxicity.

b. Drugs:

Drugs such as quinidine, amiodarone and verapamil can cause digoxin intoxication, both by shifting digoxin from tissue protein-binding sites and by competing with digoxin for renal excretion.

This increases the digoxin plasma levels by 70-100 % necessitating reduction in the dosage. Potassium-depleting diuretics, certain corticosteroids, and several other drugs can also increase digoxin toxicity. Certain conditions such as kidney failure, hypothyroidism and myocarditis also predispose individuals to digoxin toxicity.

B. β-Adrenergic agonists

β-Adrenergic stimulation has positive inotropic effects and causes vasodilation that improves cardiac function.  Dobutamine is the second most frequently used inotropic agent after digoxin. Dobutamine results in elevated levels of intracellular cyclic adenosine monophosphate (cAMP), which activates protein kinase.  Protein kinase, by virtue of phosphorylation, increases the concentration of calcium ion in the heart muscles causing increased cardiac contractility.  It is administered intravenously and is mainly prescribed in the management of acute heart failure in a hospital setting.

C. Phosphodiesterase inhibitors

Phosphodiesterase inhibitors such as inamrinone and milrinone increase the intracellular concentration of cAMP.  This leads to elevatecd levels of intracellular calcium and, therefore, cardiac contractility. Both long-term inamrinone and milrinone therapy can be dangerous and may be associated with a significant increase in the risk of mortality. However, IV milrinone, if used for short-term, is not linked to increased mortality.  It provides symptomatic benefit when prescribed to patients with refractory heart failure.

Current and Investigational Inotropes

| Drug | Mechanism | Indication | Effect on Mortality |
|------|-----------|------------|---------------------|
| Digoxin | Na-K pump inhibitor, raises SR Ca | Recurrent HF admissions | Neutral; increased mortality if long-term treatment discontinued |
| Dobutamine | β-Agonist, widespread cAMP-dependent phosphorylation, increases Ca entry via L-type calcium channels, raises SR Ca, synchronizes Ca sparks, stimulates remodeling | Shock, palliative use in end-stage disease | Increased |
| Milrinone | phosphodiesterase inhibitor, bypasses β-receptor, otherwise mechanism same as dobutamine | Shock, palliative use in end-stage disease | Increased; possibly mitigated by concomitant use of β-blocker |
| Dopamine | β-Agonist, widespread phosphorylation, raises SR Ca, stimulates remodeling | Shock | Increased |
| Levosimendan | Myofilament Ca sensitizer, phosphodiesterase inhibitor | Shock; not available in US | Increased |
| Istaroxime | Na-K pump inhibitor, phosphodiesterase inhibitor | Under investigation | Unknown |
| Growth hormone | Enhances Ca release by the SR | Under investigation | Unknown |
| Thyroid hormone | Enhances Ca release by the SR | Under investigation | Unknown |
| Crataegus extract (hawthorn) | Raises intracellular Ca, prolongs the action potential | A "natural" therapy for stable outpatients with HF | Neutral |

ALDOSTERONE ANTAGONISTS

Elevated levels of aldosterone are present in patients with advanced heart disease because of angiotensin II stimulation and reduced hepatic clearance of aldosterone. Spironolactone is a direct aldosterone antagonist which prevents myocardial hypertrophy, hypokalemia, and salt retention. Spironolactone should be prescribed in very advanced cases of heart failure because it causes potassium retention. Therefore, patients on spironolactone theory should be monitored for hyperkalemia and should avoid potassium supplements.

Prominent adverse effects include:

- Gastric disorders, such as gastritis and peptic ulcer
- Central nervous system impairments, such as confusion and lethargy
- Endocrine abnormalities, such as decreased libido, gynecomastia, and irregular menses

Eplerenone has a similar mechanism of action to spironolactone and is a competitive aldosterone antagonist at mineralocorticoid receptors.  Although, eplerenone has comparatively lower incidence of endocrine related side effects because of its reduced affinity for glucocorticoids, androgen, and progesterone receptors. Eplerenone is especially effective in patients with left ventricular systolic dysfunction and heart failure after acute myocardial infarction as it reduces mortality in such cases.

<u>Dosing Recommendations</u>

|  | Spironolactone | Eplerenone |
|---|---|---|
| Initial Dose | 25 mg once daily<br>(12.5 mg daily or 25 mg every other day if Creatinine Clearance < 50 to 30 ml/min)[1] | 25 mg once daily |
| Maximum Dose | Increase to 25 or 50 mg once daily,<br>as indicated in patients with worsening signs or<br>symptoms of HF and who do not have hyperkalemia* | Titrate to 50 mg once daily,<br>as tolerated and in patients who do not have hyperkalemia* |

*serum potassium levels should be monitored carefully with dose increases

ORDER OF THERAPY

| Stage | Definition of Stage | Usual Treatments |
|---|---|---|
| Stage A | People at high risk of developing heart failure (pre-heart failure), including people with:<br>&bull; High blood pressure<br>&bull; Diabetes<br>&bull; Coronary artery disease<br>&bull; History of cardiotoxic drug therapy<br>&bull; Metabolic syndrome<br>&bull; History of rheumatic fever<br>&bull; History of alcohol abuse<br>&bull; Family history of cardiomyopathy | &bull; Exercise regularly.<br>&bull; Quit smoking.<br>&bull; Treat high blood pressure.<br>&bull; Treat high cholesterol.<br>&bull; Discontinue alcohol or illegal drug use.<br>&bull; An angiotensin converting enzyme inhibitor (ACE inhibitor) or angiotensin II receptor blocker (ARB) may be prescribed if you've had a previous heart attack or if you have diabetes, high blood pressure, or other vascular or cardiac conditions.<br>&bull; Beta blockers may be prescribed if you've had a previous heart attack or have high blood pressure. |
| Stage B | People who have developed structural heart disease that is strongly associated with the development of heart failure (such as those with a history of heart attack, those with a low ejection fraction, valve disease with no symptoms) but without signs and symptoms of heart failure. | Treatment methods above for Stage A apply.<br>&bull; All patients should take an angiotensin converting enzyme inhibitor (ACE inhibitor) or angiotensin II receptor blocker (ARB).<br>&bull; Beta-blockers should be added for everyone. |

| | | • Surgery options for coronary artery repair and valve repair or replacement (as appropriate). |
|---|---|---|
| Stage C | Patients with known systolic heart failure and current or prior symptoms. Most common symptoms include:<br>Shortness of breath<br>Fatigue<br>Reduced ability to exercise | • Treatment methods above for Stage A apply.<br>• All patients should take an angiotensin converting enzyme inhibitor (ACE inhibitor) and beta-blocker.<br>• Diuretics (water pills) and digoxin may be prescribed if symptoms persist.<br>• An aldosterone inhibitor may be prescribed when symptoms remain severe with other therapies.<br>• Restrict dietary sodium (salt).<br>• Monitor weight.<br>• Restrict fluids (as appropriate).<br>• Drugs that worsen the condition should be discontinued.<br>• Some patients may benefit from other medicines such as hydralazine or nitrates.<br>• Some patients may be candidates for biventricular pacing or an implantable defibrillator. |
| Stage D | Patients with systolic heart failure and presence of advanced symptoms after receiving optimum medical care. | Treatment methods for Stages A, B & C apply.<br>• Patient should be evaluated to determine if the following treatments are available options: heart transplant, ventricular assist devices, surgery options, research therapies, continuous infusion of intravenous heart pump drugs, and end-of-life (palliative or hospice) care. |

As the heart failure progresses, polytherapy with multiple classes of drug is initiated.
Treatment of patients with overt heart failure is usually initiated with loop diuretics as they are very effective in controlling signs or symptoms of volume overload, such as peripheral edema and dyspnea. ACE inhibitors or ARBs (in case ACE inhibitors are not tolerated) are added after the optimization of diuretic therapy. Gradual titration of the drug dosage which is maximally tolerated and/or produces adequate cardiac output is necessary. β-Blockers are initiated after the patient is stable on ACE inhibitors. They are prescribed at low doses with further titration to optimal levels. Digoxin is initiated in patients

who are refractory to multiple drug therapy aimed at relieving symptoms of heart failure. Treatment with digoxin with the addition of a diuretic plus an ACE inhibitor in patients with heart failure is superior to treatment with diuretics alone or a diuretic plus either digoxin or an ACE inhibitor.

**Evidence-based medicine (EBM)** is the conscientious, explicit and judicious use of current best evidence in making decisions about the care of individual patients [165, 166]. EBM involves systematically reviewing, evaluating and using clinical research findings to provide best clinical care available to patients. It assesses the strength of the evidence of risks and benefits of treatments as well as lack of treatment and diagnostic tests [167]. This aids clinicians predict whether a treatment will be beneficial or harmful [168]. EBM is beneficial for physicians as well as patients benefit as it strives for better and improved diagnosis, clinical judgment, and decision making [169]. EBM is an extremely useful tool that can aid in providing better quality of treatment with improved outcomes, eradicate or reduce unwanted errors and decrease economic costs [170]. It has been established that clinicians who treat and diagnose based on scientific evidence could make better decisions, provide high quality of care, and reduce economical costs and duration of hospitalization [171]. EBP was probably was first applied in medicine around 11th century and is mentioned in the text, "The Canon of Medicine."  In 1972, Professor Archie Cochrane, a Scottish epidemiologist, brought back the concept of EBP into the modern medical arena. EBM recognizes that several facets of health care rely on individual factors such as quality-and value-of-life judgments, which are cannot be completely determined by quantitative scientific methods

The five steps of EBM in practice can be categorized as:
1. Asking Focused Questions:
Translation of uncertainty to an answerable question and includes critical questioning, study design and levels of evidence [172].
2. Finding the Evidence: Systematic retrieval of best evidence available [173]
3. Critical Appraisal: Testing evidence for validity, clinical relevance, and applicability
Critical appraisal of evidence [174] for internal validity can be divided into the following aspects [175]:
- Systematic errors due to selection bias, information bias and confounding
- Quantitative aspects of diagnosis and treatment
- The effect size and aspects regarding its accuracy
- Clinical importance of results
- External validity or generalizability
4. Making a Decision: Application of results in practice [176].
5. Evaluating Performance: auditing evidence-based decisions [177].

EBM uses various techniques from science, statistics and engineering such as meta-analysis, systemic review, randomized controlled trials, etc.  The systematic review of published clinical trial and research studies is a key methodology being used for evaluating particular treatments. The Cochrane Collaboration provides one of the biggest collections of systematic reviews
EBM can be categorized into three distinct, but interdependent areas.
1. Treat each patient with conditions or diseases (acute or chronic) with treatments that are most scientifically valid in the medical literature. Clinicians would opt for treatment options relevant to particular cases based on the best research for each patient they treat.
2. Systematic review of medical literature for evaluating the best studies on specific topics. This process can be categorized as:
   - Human-centered for example a journal club.
- Technical with the application of various computer programs and information techniques such as data mining.

3. Finally, EBM strives to popularize the method and worth of the practice in the healthcare facilities, and institutes, public and patient communities.

Each recommendation according to AHA has been assigned a classification of recommendation and level of evidence.

| Classification of Recommendations |
| --- |
| **Class I:** Conditions for which there is evidence and/or general agreement that a given procedure or treatment is beneficial, useful, and effective |
| **Class II:** Conditions for which there is conflicting evidence and/or a divergence of opinion about the usefulness/efficacy of a procedure or treatment<br>    • **Class IIa:** Weight of evidence/opinion is in favor of usefulness/efficacy.<br><br>    • **ClassIIb:** Usefulness/efficacy is less well established by evidence/opinion. |
| **Class III:** Conditions for which there is evidence and/or general agreement that a procedure/treatment is not useful/effective and in certain cases may be harmful. |

## Levels of evidence

Evidence can be presented in various forms, and it is pertinent to understand the basis on which it is stated. The level of evidence can be categorized and rank according to its potential for bias.

Level of evidence according to AHA can be categorized as A, B, and C.

| LEVEL OF EVIDENCE |
| --- |
| **Level of Evidence A:** Data derived from multiple randomized clinical trials or meta-analyses |
| **Level of Evidence B:** Data derived from a single randomized trial or nonrandomized studies. |
| **Level of Evidence C:** Only consensus opinion of experts, case studies, or standard of care |

A summary of the main EBM recommendations is presented in the table.

| | SIZE OF TREATMENT EFFECT | | | |
| --- | --- | --- | --- | --- |
| | CLASS I<br><br>Benefit >>> Risk<br><br>Procedure/Treatment<br><br>**SHOULD** be performed/ administered | CLASS IIa<br><br>Benefit >> Risk<br>Additional studies with focused objectives needed<br><br>**IT IS REASONABLE** to perform procedure/administer treatment | CLASS IIb<br><br>Benefit $\geq$ Risk<br>Additional studies with broad objectives needed; additional registry data would be helpful<br><br>Procedure/Treatment **MAY BE CONSIDERED** | CLASS III<br><br>Risk $\geq$ Benefit<br>No additional studies needed<br><br>Procedure/Treatment should **NOT** be performed/administered **SINCE IT IS NOT HELPFUL AND MAY BE HARMFUL** |

| | | SIZE OF TREATMENT EFFECT | | | |
|---|---|---|---|---|---|
| **E S T I M A T E  O F  C E R T A I N T Y  O F  T R E A T M E N T  E F F E C T** | **LEVEL A**<br><br>Multiple (3–5) population risk strata evaluated*<br><br>General consistency of direction and magnitude of effect | • Recommendation that procedure or treatment is useful/effective<br>• Sufficient evidence from multiple randomized trials or meta-analyses | • Recommendation in favor of treatment of procedure being useful/effective<br>• Some conflicting evidence from multiple randomized trials or meta-analyses | • Recommendation's usefulness/efficacy less well established<br>• Greater conflicting evidence from multiple randomized trials or meta-analyses | • Recommendation that procedure or treatment is not useful/effective and may be harmful<br>• Sufficient evidence from multiple randomized trials or meta-analyses |
| | **LEVEL B**<br><br>Limited (2–3) population risk strata evaluated* | • Recommendation that procedure or treatment is useful/effective<br>• Limited evidence from single randomized trial or nonrandomized studies | • Recommendation in favor of treatment of procedure being useful/effective<br>• Some conflicting evidence from single randomized trial or nonrandomized studies | • Recommendation's usefulness/efficacy less well established<br>• Greater conflicting evidence from single randomized trial or nonrandomized studies | • Recommendation that procedure or treatment is not useful/effective and may be harmful<br>• Limited evidence from single randomized trial or nonrandomized studies |
| | **LEVEL C**<br><br>Very limited (1–2) population risk strata evaluated* | • Recommendation that procedure or treatment is useful/effective<br>• Only expert opinion, case studies, or standard-of-care | • Recommendation in favor of treatment of procedure being useful/effective<br>• Only diverging expert opinion, case studies, or standard-of-care | • Recommendation's usefulness/efficacy less well established<br>• Only diverging expert opinion, case studies, or standard-of-care | • Recommendation that procedure or treatment is not useful/effective and may be harmful<br>• Only expert opinion, case studies, or standard-of-care |

| Suggested phrases<br>For writing<br>Recommendations | should<br>is recommended<br>is indicated<br>is useful/effective/<br>beneficial | is reasonable<br>can be useful/<br>effective beneficial<br>is probably<br>recommended or | may/might be considered<br>may/might be reasonable<br>usefulness/effectiveness<br>is unknown/unclear/<br>uncertain or not well | is not<br>recommended<br>is not indicated<br>should not<br>is not useful/ |

| indicated | established | beneficial |
| | | may be harmful |

*Data available from clinical trials or registries about the usefulness/efficacy in different subpopulations, such as gender, age, history of diabetes, history of prior myocardial infarction, history of heart failure, and prior aspirin use. A recommendation with Level of Evidence B or C does not imply that the recommendation is weak. Many important clinical questions addressed in the guidelines do not lend themselves to clinical trials. Even though randomized trials are not available, there may be a very clear clinical consensus that a particular test or therapy is useful or effective.

EBM can be regarded as the gold standard of modern day conventional clinical practice, it has its own limitations [178] such as:

- EBM produces quantitative research obtained from clinical trials such as RCTs or randomized controlled trials (RCTs). Therefore, results may not be necessarily relevant for all treatment situations [179].
- RCTs are expensive and, therefore, research topics and outcomes can be manipulated according to the wishes and interests of the sponsor.
- There is a long time gap between the RCT and when its outcomes are published [180].
- RCT cannot be generalized as very few RCT are conducted on racial minorities and people with co-morbid conditions or diseases [181].
- Efficacy of a particular drug or a treatment reported from RCTs can be different from that attained in general clinical practice [182].
- Published results or studies may not encompass all the studies completed on a particular topic or may be inaccurate because of differences in conditions and variables [183].
- A lot of clinicians believe that EBM should not overlook the importance of clinical experience [184].

### Initial and Serial Clinical Assessment of Patients Presenting With Heart Failure 2009 Focused Update Recommendations

| Recommendations for the Initial Clinical Assessment of Patients Presenting with Heart Failure |
| --- |
| Class I |
| Class I<br><br>1. A comprehensive history and physical examination should be documented in patients with heart failure to detect cardiac and noncardiac disorders that might cause or speedup the development or progression of heart failure. (Level of Evidence: C)<br>2. A thorough present and past history of alcohol or illicit drugs abuse, current or past therapies (standard or alternative) and chemotherapeutic agents should be document from patients with heart failure. (Level of Evidence: C)<br>3. Patient should be assessed for his/her ability to perform routine activities of daily living. (Level of Evidence: C)<br>4. Initial examination of patients with heart failure should consist of thorough assessment of the patient's weight and height, orthostatic blood pressure changes, volume status, measurement of, and body mass index. (Level of Evidence: C) |

5. Initial laboratory workup of patients with heart failure should comprise serum electrolyte, CBC (complete blood count), urinalysis, blood urea nitrogen, serum creatinine, fasting blood glucose and HBA1c, complete lipid profile, liver function tests, and thyroid-stimulating hormone. (Level of Evidence: C)

6. X-ray chest (PA and lateral) and twelve-lead electrocardiogram should be conducted. (Level of Evidence: C)

7. Two-dimensional echocardiography with Doppler should be conducted to assess left ventricular ejection fraction (LVEF), left ventricular size, valve function and wall thickness. Radionuclide ventriculography is also helpful to measure left ventricular ejection fraction (LVEF), and volumes. (Level of Evidence: C)

8. Coronary arteriography should be done in patients with heart failure who have angina or substantial ischemia unless the patient is not fit for any type of revascularization. (Level of Evidence: B)

## Class IIa

1. Coronary arteriography is reasonable for patients with heart failure who experience chest pain that may or may not be of cardiac origin, who have not had evaluation of their coronary anatomy and who have no contraindications to coronary revascularization. (Level of Evidence: C)

2. Coronary arteriography is desirable and reasonable for patients with heart failure who are a known or suspected case of coronary artery disease but who do not experience angina unless the patient is not fit for any type of revascularization. (Level of Evidence: C)

3. Noninvasive imaging to determine myocardial ischemia and viability is reasonable in patients with heart failure and known coronary artery disease but no angina unless the patient is not fit for any type of revascularization. (Level of Evidence: B)

4. Maximal exercise testing with or without measurement of respiratory gas exchange and/ or blood oxygen saturation is reasonable in patients with heart failure to help determine whether heart failure is the cause of exercise intolerance when the contribution of hear failure is not certain. (Level of Evidence: C)

5. Maximal exercise testing with measurement of respiratory gas exchange is reasonable to identify high-risk patients presenting with heart failure who are eligible for heart transplantation or other sophisticated, complex and advanced treatments. [10–12] (Level of Evidence: B)

6. Selected patients with heart failure should also be preferably screened for sleep-disturbed breathing, hemochromatosis, or HIV. (Level of Evidence: C)

7. Patients with heart failure should also undergo diagnostic tests for amyloidosis, rheumatologic diseases, and pheochromocytoma in case there is a clinical suspicion of these diseases. (Level of Evidence: C)

8. Endomyocardial biopsy can be of great help in patients with heart failure when a particular diagnosis is suspected that would influence treatment.  (Level of Evidence: C)

9. Measurement of natriuretic peptides (BNP and NTproBNP) of great help in the evaluation of patients presenting in the urgent care setting in whom the clinical diagnosis of heart failure is not clear. Measurement of natriuretic peptides (BNP and NT-proBNP) can be helpful in risk stratification. (Level of Evidence: A)

| Class IIb |
|---|
| 1. Noninvasive imaging can be done to determine the probability of coronary artery disease in patients with heart failure and LV dysfunction. (Level of Evidence: C) |
| 2. Holter monitoring could be conducted in patients with heart failure who have a history of MI and are being considered for electrophysiologic study to determine ventricular tachycardia inducibility. (Level of Evidence: C) |

| Class III |
|---|
| 1. Patients with heart failure should avoid endomyocardial biopsy in the routine evaluation. [13] (Level of Evidence: C) |
| 2. Patients with heart failure should not be recommended routine use of signal-averaged electrocardiography in general evaluation. (Level of Evidence: C) |
| 3. Patients presenting with heart failure should not undergo routine measurement of circulating levels of neurohormones such as endothelin or norepinephrine. (Level of Evidence: C) |

Recommendations for the Hospitalized Patient 2009 Focused Update

| Recommendations/Comments |
|---|
| Class I |
| 1. The diagnosis of heart failure is primarily based on signs and symptoms derived from a thorough history and physical examination. Clinicians should determine the following: <ul><li>Volume status</li><li>Adequacy of systemic perfusion</li><li>Precipitating factors and/or comorbidities</li><li>If the heart failure is new onset or an exacerbation of chronic disease whether it is associated with preserved ejection fraction.</li></ul> Chest radiographs, electrocardiogram, and echocardiography are important tools in this assessment. (Level of Evidence: C)<br><br>2. B-type natriuretic peptide (BNP) or N-terminal pro-B-type natriuretic peptide (NT-proBNP) levels should be measured in patients being assessed for dyspnea in which the role of heart failure is not known. Final diagnosis requires interpretation of these results with the clinical picture and should not be considered a stand alone test. (Level of Evidence: A)<br>3. Acute coronary syndrome triggering heart failure hospitalization should be immediately detected by electrocardiogram and cardiac troponin levels, and treated, as appropriate to the overall condition and prognosis of the patient. (Level of Evidence: C)   4. Common potential precipitating factors for acute heart failure should be identified as these comorbidities are important for subsequent medical therapy: <ul><li>Acute coronary syndromes/coronary ischemia</li><li>Infections</li><li>Severe hypertension</li><li>Atrial and ventricular arrhythmias</li><li>Pulmonary embolism</li><li>Kidney failure</li><li>Noncompliance, medical or dietary (Level of Evidence: C)</li></ul>5. Oxygen therapy should be administered to provide symptomatic relief related to hypoxemia. (Level of Evidence: C)<br>6. Whether the diagnosis of heart failure is new or chronic, patients with rapid decompensation and hypoperfusion associated with decreasing urine output and other manifestations of shock are critically ill and immediate medical attention should be provided to improve systemic perfusion. (Level of Evidence: C)<br>7. Patients admitted with heart failure and significant fluid overload should be treated with intravenous loop diuretics. Diuretic therapy should be started in the emergency department or outpatient clinic immediately, as early medical intervention may provide  better outcomes for patients hospitalized with decompensated heart failure (Level of Evidence: B) If patients are already being treated with loop diuretics, the initial intravenous dose should equal or exceed their chronic oral daily dose.  Signs and symptoms of congestion coupled with urine output should be serially assessed, and diuretic dose should be titrated accordingly to relieve symptoms and to reduce extracellular fluid volume excess. (Level of Evidence: C)<br>8. Efficacy of heart failure treatment should be monitored with careful measurement of following factors: <ul><li>Vital signs</li></ul> |

- Fluid intake and output
- Body weight, measured at the same time each day
- Clinical signs and symptoms of systemic perfusion and congestion

Daily measurement of serum electrolytes, creatinine and urea nitrogen is necessary, during the use of IV diuretics or active titration of heart failure medications. (Level of Evidence: C)

9. In case there is inadequate diuresis which doesn't relieve congestion, as supported by clinical evaluation, the diuretic regimen should be intensified using either:

- Higher doses of loop diuretics
- Addition of a second diuretic (such as metolazone, spironolactone or intravenous chlorothiazide)
- Continuous infusion of a loop diuretic. (Level of Evidence: C)

10. In patients with clinical evidence of hypotension associated with hypoperfusion and obvious evidence of elevated cardiac filling pressures, intravenous inotropic or vasopressor drugs should be administered to maintain systemic perfusion and preserve end-organ function while more definitive therapy is considered. (Level of Evidence: C)

11. Invasive hemodynamic monitoring should be performed to guide therapy in patients who are in respiratory distress or with clinical evidence of impaired perfusion in whom the adequacy or excess of intracardiac filling pressures cannot be determined from clinical assessment. (Level of Evidence: C)

12. Medications should be reconciled in every patient and adjusted as appropriate on admission to and discharge from the hospital. (Level of Evidence: C)

13. In patients with reduced ejection fraction experiencing a symptomatic exacerbation of heart failure requiring hospitalization during chronic maintenance treatment with oral therapies known to improve outcomes, particularly ACE inhibitors or ARBs and beta-blocker therapy, it is recommended that these therapies be continued in most patients in the absence of hemodynamic instability or contraindications. (Level of Evidence: C)

14. In patients hospitalized with heart failure with reduced ejection fraction not treated with oral therapies known to improve outcomes, particularly ACE inhibitors or ARBs and beta-blocker therapy, initiation of these therapies is recommended in stable patients prior to hospital discharge. (Level of Evidence: B)

15. Initiation of beta-blocker therapy is recommended after optimization of volume status and successful discontinuation of intravenous diuretics, vasodilators, and inotropic agents. Beta-blocker therapy should be started at a low dose and only in stable patients. Particular caution should be used when initiating beta blockers in patients who have required inotropes during their hospital course (Level of Evidence: B)

16. In all patients hospitalized with heart failure, both with preserved and low ejection fraction, transition should be made from intravenous to oral diuretic therapy with careful attention to oral diuretic dosing and monitoring of electrolytes. With all medication changes, the patient should be monitored for supine and upright hypotension, worsening renal function and heart failure signs/symptoms. (Level of Evidence: C)

17. Comprehensive written discharge instructions for all patients with a hospitalization for heart failure and their caregivers is strongly recommended, with special emphasis on the following 6 aspects of care: diet, discharge medications, with a special focus on adherence, persistence, and up titration to recommended doses of ACE inhibitor/ARB and beta-blocker medication, activity level, follow-up appointments, daily weight monitoring, and what to do if heart failure symptoms worsen. (Level of Evidence: C)

18. Postdischarge systems of care, if available, should be used to facilitate the transition to effective outpatient care for patients hospitalized with heart failure (Level of Evidence: B)

| Class IIa |
| --- |

1. When patients present with acute heart failure and known or suspected acute myocardial ischemia due to occlusive coronary disease, particularly when there are signs and symptoms of inadequate systemic perfusion, urgent cardiac catheterization and revascularization is reasonable where it is likely to prolong meaningful survival. (Level of Evidence: C)
2. In patients with evidence of severely symptomatic fluid overload in the absence of systemic hypotension, vasodilators such as intravenous nitroglycerin, nitroprusside or nesiritide can be beneficial when added to diuretics and/or in those who do not respond to diuretics alone. (Level of Evidence: C)
3. Invasive hemodynamic monitoring can be useful for carefully selected patients with acute heart failure who have persistent symptoms despite empiric adjustment of standard therapies, and
a. whose fluid status, perfusion, or systemic or pulmonary vascular resistances are uncertain.
b. whose systolic pressure remains low, or is associated with symptoms, despite initial therapy.
c. whose renal function is worsening with therapy d. who require parenteral vasoactive agents or e. who may need consideration for advanced device therapy or transplantation. (Level of Evidence: C)
4. Ultrafiltration is reasonable for patients with refractory congestion not responding to medical therapy (Level of Evidence: B)

| Class IIb |
| --- |

1. Intravenous inotropic drugs such as dopamine, dobutamine or milrinone can be effective for patients with severe systolic dysfunction, low blood pressure and low cardiac output, with or without congestion, to maintain systemic perfusion and preserve end-organ performance. (Level of Evidence: C)

| Class III |
| --- |

1. Use of parenteral inotropes in normotensive patients with acute decompensated heart failure without evidence of decreased organ perfusion is not recommended] (Level of Evidence: B)
2. Routine use of invasive hemodynamic monitoring in normotensive patients with acute decompensated heart failure and congestion with symptomatic response to diuretics and vasodilators is not recommended (Level of Evidence: B)

| Treatment of Special Populations |
| --- |
| Class I |

1. The combination of a fixed-dose of isosorbide dinitrate and hydralazine to a standard medical regimen for heart failure, including ACE inhibitors and beta blockers, is recommended in order to improve outcomes for African Americans patients, with NYHA functional class III or

IV heart failure. Others may benefit similarly, but this has not yet been tested (Level of Evidence: A)

2. Groups of patients including:
- High-risk ethnic minority groups (e.g., blacks)
- Groups underrepresented in clinical trials
- Any groups believed to be underserved should, in the absence of specific evidence to direct otherwise, have clinical screening and therapy in a manner identical to that applied to the broader population (Level of Evidence: B)

3. It is recommended that evidence-based therapy for heart failure be used in the elderly patient, with individualized consideration of the elderly patient's altered ability to metabolize or tolerate standard medications. (Level of Evidence: C)

## HYPERTENSION

Hypertension is classified into four categories for the purpose of treatment management [85].

| Classification (JNC7) | Systolic pressure | | Diastolic pressure | |
|---|---|---|---|---|
| | mmHg | kPa | mmHg | kPa |
| Normal | 90–119 | 12–15.9 | 60–79 | 8.0–10.5 |
| Prehypertension | 120–139 | 16.0–18.5 | 80–89 | 10.7–11.9 |
| Stage 1 hypertension | 140–159 | 18.7–21.2 | 90–99 | 12.0–13.2 |
| Stage 2 hypertension | ≥160 | ≥21.3 | ≥100 | ≥13.3 |
| Isolated systolic hypertension | ≥140 | ≥18.7 | <90 | <12.0 |

Majority of patients have essential hypertension where the etiology of hypertension is unknown. In less than 10% of cases hypertension occurs secondary to other disease such as pheochromocytoma, real disorders such as chronic renal failure.

TREATMENT STRATEGIES

The principal aim of antihypertensive therapy is reduction of morbidity and mortality related to cardiovascular and renal complications. There is constant risk of cardiovascular event because of hypertension. People with "prehypertension" should adopt blood pressure lowering measures and behaviors. Mild hypertension may sometimes be managed with a single drug regimen, but in majority of cases more than one drug is needed to achieve optimum blood pressure control. Current recommendations for hypertension control are to initiate drug therapy with a low dose thiazide diuretic unless there concrete rationale to use other drug classes [86, 87].

The NICE guidelines prefer CCBs or calcium channel blockers for individuals over the age of 55 years [88]. If blood pressure control is inadequate a second drug is added. The selection of the second drug is selected to minimize the adverse effects of the combined drug therapy and to achieve optimum blood pressure control. A beta-blocker is usually added if the initial drug was a diuretic and vice versa. Addition of a vasodilator as a third drug is preferred in hypertensive patients who are unable to achieve target

blood pressure. A diuretic is usually added as a second drug when ACE inhibitors (angiotensin II–converting enzyme inhibitors) or angiotensin II–AT1 receptor blockers are used as initial drug.

<u>Individualized care</u>

Certain ethnic groups respond better to one class of drug than they do to another.
African-Americans respond better to diuretics and calcium-channel blockers; however, monotherapy with beta-blockers or ACE inhibitors is usually not that effective [89-92].
Calcium-channel blockers or CCBs, ACE inhibitors, and diuretics are preferred class of drugs for the management of hypertension in elderly patients; however, beta-blockers and alpha-antagonists are comparatively poorly tolerated. In addition, hypertension may coexist with other conditions or diseases that can deteriorate with addition of certain antihypertensive drugs. It is pertinent to match and individualize antihypertensive drugs to the particular patient in order to avoid future complications.

| DIURETICS | β-BLOCKERS |
|---|---|
| Amiloride  MIDAMOR<br>Bumetanide BUMEX<br>Chlorthalidone HYGROTON<br>Eplerenone INSPRA<br>Furosemide LASIX<br>Hydrochlorothiazide MICROZIDE<br>Metolazone MYKROX, ZAROXOLYN<br>Spironolactone ALDACTONE<br>Triamterene DYRENIUM | Atenolol TENORMIN<br>Carvedilol COREG, COREG CR<br>Labetalol TRANDATE<br>Metoprolol LOPRESSOR, TOPROL-XL<br>Nadolol CORGARD<br>Nebivolol BYSTOLIC<br>Propranolol INDERAL LA, INNOPRAN XL<br>Timolol BLOCADREN |

| α-BLOCKERS | RENIN INHIBITORS | ACE INHIBITORS |
|---|---|---|
| Doxazosin CARDURA<br>Prazosin MINIPRESS<br>Terazosin HYTRIN | Aliskiren TEKTURNA | Benazepril LOTENSIN<br>Captopril CAPOTEN<br>Enalapril VASOTEC<br>Fosinopril MONOPRIL<br>Lisinopril PRINIVIL, ZESTRIL<br>Moexipril UNIVASC<br>Quinapril ACCUPRIL<br>Ramipril ALTACE |
| **OTHERS** | **CALCIUM- CHANNEL BLOCKERS** | |
| | Amlodipine NORVASC<br>Diltiazem CARDIZEM, CARTIA, DILACOR<br>Felodipine PLENDIL<br>Isradipine DYNACIRC CR<br>Nicardipine CARDENE<br>Nifedipine ADALAT, NIFEDIAC, PROCARDIA<br>Nisoldipine SULAR<br>Verapamil CALAN, ISOPTIN, VERELAN, others | **ANGIOTENSIN II – RECEPTOR BLOCKERS** |
| Clonidine CATAPRES, DURACLON<br>Diazoxide PROGLYCEM<br>Hydralazine APRESOLINE<br>Labetalol TRANDATE<br>α -Methyldopa ALDOMET<br>Minoxidil LONITEN<br>Sodium nitroprusside NITROPRESS | | Azilsartan medoxomil EDARBI<br>Candesartan ATACAND<br>Eprosartan TEVETEN<br>Irbesartan AVAPRO<br>Losartan COZAAR<br>Olmesartan BENICAR<br>Telmisartan MICARDIS<br>Valsartan DIOVAN |

Drug compliance

Non-compliance is the most frequent reason for treatment failure in patients with hypertension. Patients' compliance rate with drug therapy for hypertension varies between 50% and 70%. Patients with hypertension usually do not experience any symptoms and are generally diagnosed by routine screening before the development of overt end-organ damage. Thus, antihypertensive drug therapy is aims to prevent future disease complications and sequelae rather than providing relief to patient's current discomfort. The adverse effects linked to hypertensive drug therapy can affect the patient more than the future benefits. For example, certain class of drugs such as beta-blockers has the potential to decrease libido and cause erectile dysfunction in men, especially middle-aged and elderly males. This beta-blocker induced sexual dysfunction may encourage the patient to discontinue treatment. Therefore, for better drug compliance, it is critical to select a drug regimen that has fewer adverse effects and minimum number of daily doses.

Drug compliance to antihypertensive agents is inversely proportional to dosing frequency [94]. Combining two or three drug classes in a single pill, at a fixed-dose combination, improves patient adherence and the number of patients achieving target blood pressure.  Several studies have demonstrated that patients who are more drug compliant are more adherent when they take a drug combination as a single tablet than if they are given the same drugs as 2 separate pills, even when taken once daily [95].

Advantages of fixed-dose combination therapy
- Increased drug compliance, simplified titration, and convenience of use.
- Increase in antihypertensive effects.
- Synergistic or additive effects.
- Improved effect in specific populations.
- Reduction in adverse events.
- Decreases in diuretic-induced metabolic changes with ACE inhibitors or ARBs (angiotensin II receptor blocker).
- Decrease in calcium channel antagonist-related peripheral edema with ACE inhibitors or ARB.
- Better blood pressure control, improved outcomes and lower cost.


Diuretics

Diuretics are the drug of choice and are the preferred first-line drug therapy for hypertension unless there are compelling reasons to choose another agent. The Joint National Committee (JNC VII) treatment guidelines for hypertension recommends that thiazide diuretics should be preferred drugs in majority of hypertensive patients, either alone or in combination with other classes of drugs [96].  Low-dose diuretic therapy is cost effective, safe and potent in preventing comorbid conditions such as MI (myocardial infarction), CHF (congestive heart failure) and stroke.  Several clinical studies have reported that treatment with diuretics reduces cardiovascular events.  (97-102]. Recent research studies and data indicate that diuretics are superior to beta-blockers for management of hypertension in elderly.  Several studies have reported that diuretics can prevent or delay the development of osteoporosis and reduce the risk of hip fractures (103-105].

A. Thiazide diuretics

All oral diuretic drugs are effective in the management of hypertension.  Amongst all the diuretics, thiazides are the most commonly prescribed drug in the treatment of hypertension.  A large scale meta-analysis and several other studies have demonstrated that low-dose thiazides are more effective than other antihypertensive class results in [106]. Thiazides are recommended as the preferred choice for the treatment of majority of patients with hypertension by all major current guidelines [107-108].

Mechanism of action
Thiazide diuretics, such as hydrochlorothiazide and chlorthalidone increase excretion of water and sodium and thus lowering blood pressure.   This results in extracellular volume depletion leading to decreased cardiac output and renal blood flow. With long-term use of thiazides, plasma volume returns back to normal range, but peripheral resistance decreases. Potassium-sparing diuretics such as triamterene and amiloride are frequently used in combination with thiazides to reduce the am potassium loss caused by the thiazides.

Therapeutic usage
Thiazide diuretics effectively decrease blood pressure in both standing and supine positions; therefore, postural hypotension is rarely seen in elderly, volume-depleted patients. Thiazides do not cause sodium and water retention that is frequently seen with other agents.  Therefore, thiazides are frequently being used in combination therapy with several other antihypertensive agents such as ACE inhibitors, beta-blockers, angiotensin-receptor blockers (ARBs), and potassium- sparing diuretics. Thiazide diuretics are especially effective in the treatment of hypertension in black and elderly patients. Except metolazone, thiazide diuretics are not effective in hypertensive patients with renal insufficiency (creatinine clearance, less than 50 mL/min). Loop diuretics can be prescribed in such patients.

Pharmacokinetics
Thiazides are orally active with wide variations in absorption and elimination rates with no real advantage.  All thiazides may compete with uric acid for elimination.

Adverse effects
Thiazide diuretics induce hypokalemia and hyperuricemia in 70% of patients and hyperglycemia in 10% of patients. Acute gout attacks and hypomagnesemia are also reported in patients being treated with thiazides diuretics.  Patients, especially with LVH (left ventricular hypertrophy), cardiac failure or ischemic heart disease, who are at risk for cardiac arrhythmias should be monitored for serum potassium levels should be monitored closely in patients who are predisposed to cardiac arrhythmias.  Similar precautions should also be taken in patients who are taking both thiazide diuretics and digoxin.  The side effects of thiazides are dose dependent; therefore, low dose diuretics are indicted to achieve maximal blood pressure reduction and improved cardiovascular outcomes [109].

| Study | Year | n | Primary (P)/Add-On (A) | Control | Agent/Dose (mg) | Diuretic Outcome | Comments |
|---|---|---|---|---|---|---|---|
| VA Cooperative Study (29) | 1970 | 380 | P | Placebo | HCTZ 50 BID in combination with reserpine | Better | 70% less deaths and major CV events |

| Study | Year | n | Primary (P)/Add-On (A) | Control | Agent/Dose (mg) | Diuretic Outcome | Comments |
|---|---|---|---|---|---|---|---|
| Hypertension Detection and Follow-Up Study (HDFP) (33) | 1979 | 10,940 | P | Placebo | Chlorthal 25 to 100 daily | Better | 17% to 20% less all-cause deaths |
| Australian Therapeutic Trial in Mild Hypertension (31) | 1980 | 3427 | P | Placebo | Chlorothiazide 500 daily BID | Better | 30% less all-cause deaths, 58% less CV deaths |
| The Oslo Study (30) | 1980 | 785 | P | Placebo | HCTZ 50 daily | Better | Effect restricted to decreased strokes. All CV events decreased (54%) only in patients with baseline DBP ≥ 100 mmHg |
| European Working Party on High Blood Pressure in the Elderly (34) | 1985 | 840 | P | Placebo | HCTZ/Triamterene 25/50 to 50/100 daily | Better | 27% lower CV mortality, no difference in all-cause deaths |
| Heart Attack Primary Prevention in Hypertension Trial (HAPPHY) (40) | 1987 | 7569 | P | Active (metoprolol) | HCTZ 50 daily or Bendro 5 daily | Same | No differences in any outcomes. Only trend was toward more fatal strokes in the diuretic group (OR = 3.37 [0.96 to 9.53]) |
| Metoprolol Atherosclerosis Prevention in Hypertensives (MAPHY) (39) | 1988 | 3234 | P | Active (metoprolol) | HCTZ 50 daily or Bendro 5 daily | Worse | 48% less all-cause deaths and 58% less CV deaths in the metoprolol group |

| Study | Year | n | Primary (P)/Add-On (A) | Control | Agent/Dose (mg) | Diuretic Outcome | Comments |
|---|---|---|---|---|---|---|---|
| Multiple Risk Factor Intervention Trial (MRFIT) (36) | 1990 | 8012 | P | Placebo | HCTZ 50 to 100 or chlorthal 50 to 100 daily | Better | Less CV deaths at some points during follow-up, especially if baseline DBP >100 mmHg. No effect during randomized trial phase. Chlor better than HCTZ |
| Swedish Trial of Old Patients with Hypertension (STOP) (37) | 1991 | 1627 | P | Placebo | Co-amilozide 2.5/25 daily | Better | 40% less CV events, 43% lower all-cause mortality |
| Systolic Hypertension in the Elderly Program (SHEP) (32) | 1991 | 4736 | P | Placebo | Chlorthal 12.5 to 25 daily | Better | 36% decrease in stroke (primary endpoint). 20% lower CV mortality and 32% less CV events |
| Medical Research Council Working Party (35) | 1992 | 4396 | P | Placebo | Co-amilozide 25/2.5 to 50/5 daily | Better | Diuretics decreased CV events by 35% compared with placebo. β-blockers had no significant effect |
| Treatment of Mild Hypertension Study (TOMHS) (43) | 1993 | 902 | P | Active (placebo, acebutolol, doxazosin, amlodipine, enalapril) | Chlorthal 15 to 30 daily | Same | Active treatment modestly better than placebo. No difference among the five drug classes |

| Study | Year | n | Primary (P)/Add-On (A) | Control | Agent/Dose (mg) | Diuretic Outcome | Comments |
|---|---|---|---|---|---|---|---|
| Shangai Trial of Nifedipine in the Elderly (STONE) (54) | 1996 | 1632 | A | Placebo | HCTZ 25 daily | NA | |
| Systolic Hypertension in Europe (Syst-Eur) (52) | 1997 | 4695 | A | Placebo | HCTZ 12.5 to 25 daily | NA | |
| Verapamil in Hypertension and Atherosclerosis Study (46) | 1998 | 498 | P | Active (verapamil) | Chlorthal 25 daily | Same/Worse | Trend toward more CV events in Chlor group, who also had greater progression of carotid atherosclerosis |
| Captopril Primary Prevention Project (CAPPP) (42) | 1999 | 10,985 | P | Active (captopril) | HCTZ 25 daily or Bendro 2.5 daily | Same | |
| Swedish Trial of Old Patients with Hypertension 2 (STOP 2) (41) | 1999 | 6614 | P | Active (enalapril or lisinopril, felodipine or isradipine) | Co-amilozide 2.5/25 daily | Same | |
| International Nifedipine GITS Study (INSIGHT) (44) | 2000 | 6321 | P | Active (nifedipine GITS) | Co-amilozide 25/2.5 daily to 50/5 daily | Same | |
| Chinese Trial on Isolated Systolic Hypertension in the Elderly (Syst-China) (53) | 2000 | 1253 | A | Placebo | HCTZ 1.5 to 25 daily or BID | NA | |

| Study | Year | n | Primary (P)/Add-On (A) | Control | Agent/Dose (mg) | Diuretic Outcome | Comments |
|---|---|---|---|---|---|---|---|
| Losartan Intervention for Endpoint Reduction in Hypertension (LIFE) (51) | 2002 | 9193 | A | NA | HCTZ 12.5 to 25 daily | NA | |
| Anti-Hypertensive and Lipid-Lowering to Prevent Heart Attack Trial (ALLHAT) (2) | 2002 | 33,357 | P | Active (lisinopril, amlodipine) | Chlorthal 12.5 to 25 daily | Same | |
| Controlled Onset Verapamil Investigation of Cardiovascular Endpoints (CONVINCE) (58) | 2003 | 16,602 | P, A | Active (verapamil COER) | HCTZ 12.5 daily | Same | |
| Second Australian National Blood Pressure Study (ANBP2) (47) | 2003 | 6083 | P | Active (enalapril) | HCTZ recommended, no dose specified | Worse | 11% less CV events or deaths with enalapril |
| Valsartan Antihypertensive Long Term Use Evaluation (VALUE) (55) | 2004 | 15,245 | A | NA | HCTZ 12.5 to 25 daily | NA | |
| Anglo-Scandinavian Cardiac Outcomes Trial (ASCOT) (50) | 2005 | 19,257 | A | NA | Bendro 1.25 to 2.5 daily | NA | |

| Study | Year | n | Primary (P)/Add-On (A) | Control | Agent/Dose (mg) | Diuretic Outcome | Comments |
|---|---|---|---|---|---|---|---|
| Avoiding Cardiovascular Events through Combination Therapy in Patients Living with Systolic Hypertension (ACCOMPLISH) (48) | 2008 | 11,506 | P | Active | HCTZ 12.5 to 25 daily as fixed combination with benazepril | Worse | 20% less CV events in the benazepril/amlodipine group |
| Hypertension in the Very Elderly Trial (HyVET) (38) | 2008 | 3845 | P | Placebo | Indapamide 1.5 daily | Better | 39% less stroke deaths, 21% lower total mortality, 64% less heart failure |

- Bendro, bendroflumethiazide; Chlorthal, chlorthalidone; CV, cardiovascular; DBP, diastolic blood pressure; GITS, gastrointestinal treatment system; COER, controlled-onset extended release; NA, not applicable (diuretic add-on studies).

B. Loop diuretics

The loop diuretics act promptly, even in patients with renal insufficiency or who are refractory to thiazides and other diuretics.  Common loop diuretics are torsemide, furosemide and bumetanide.  Loop diuretics increase renal blood flow and decrease renal vascular resistance.  Loop diuretics increase urinary calcium, whereas thiazides decrease it.  Bumetanide, furosemide], torsemide, and ethacrynic acid are four diuretics act on the ascending limb of the loop of Henle.  These drugs are most effective in mobilizing Na+ and Cl– from the body and produce large amount of urine. Furosemide is the most frequnelty, where as bumetanide is the most potent used.  Ethacrynic acid produces more side effects compared to other loop diuretics and therefore has a limited role in treatment of hypertension.

Mechanism of action
Loop diuretics decrease reabsorption of Na+/K+/2Cl by inhibiting the cotransport of these ions in the ascending limb of the loop of Henle. Loop diuretics are the most potent diuretic drugs, because the ascending limb is responsible for 25-30% reabsorption of filtered NaCl, and other sites are unable to compensate for this increased Na+ load.

Therapeutic uses

Loop diuretics are useful in the treatment of hypertension and are the drugs of choice in acute pulmonary edema because of heart failure.  They also are very effective in the treatment of hyperkalemia.

Pharmacokinetics:

Loop diuretics are administered orally or parenterally. Their duration of action is approximately 2-4 hours. These drug agents are secreted into the urine.

Adverse effects

Some of the adverse effects caused by loop diuretics include:

- Ototoxicity.   Loop diuretics when used with the aminoglycoside antibiotics can adversely affect impair hearing and the damge may become permanent if the treatment is not discontinued.
- Hyperuricemia.  Furosemide and ethacrynic acid can cause hyperuricemia as they compete with uric acid for the renal and biliary excretion.

The most common adverse affects such as are dose-related and linked to diuresis and electrolyte balance. Common adverse effects are dehydration, gout, hyponatremia, hypomagnesemia hypokalemia, dizziness, postural hypotension and syncope [110]. Loop diuretics can also trigger kidney failure in patients concomitantly taking diuretic, NSAID and an ACE inhibitor, also known as "triple whammy" effect [111].

C. Potassium-sparing diuretics
These diuretic drugs do not promote the secretion of potassium into the urine [112]. They are usually prescribed as an adjunct, in combination with other drug agents, for the treatment of hypertension. Potassium-sparing diuretics such as amiloride and triamterene, spironolactone and eplerenone reduce potassium loss in the urine. Spironolactone also reduces cardiac remodeling that develops during heart failure.
These diuretics should be avoided in patients with poor kidney function because of the increased risk of hyperkalemia.

Mechanism of action
Spironolactone is a synthetic a synthetic, steroidal antimineralocorticoid agent that prevents Na+ reabsorption and, therefore, K+ and H+ secretion.

Actions
Patients with edema have elevated blood levels of aldosterone, which play a key role in Na+ retention. When spironolactone is given to such patients, the drug antagonizes aldosterone activity, leading to retention of K+ and excretion of Na+.  Spironolactone doesn't exert such effects in patients who have no significant circulating levels of aldosterone. Eplerenone is a new aldosterone-receptor antagonist, with actions similar to spironolactone but with fewer endocrine effects.

Therapeutic uses

**a.** Diuretic**:** Spironolactone is often prescribed together with a thiazide or loop diuretic to prevent the K+ excretion. Spironolactone is the diuretic of choice in patients with liver cirrhosis.
b. Secondary hyperaldosteronism**:** Spironolactone, a potent aldosterone-receptor antagonist, is especially effective in secondary hyperaldosteronism.
c. Heart failure**:** Spironolactone prevents the remodeling that develops because of compensatory mechanisms during progressive heart failure.  It also decreases mortality linked to cardiac heart failure.

Pharmacokinetics

Spironolactone absorbs quickly and completely when taken orally and is converted to an active metabolite, canrenone. This metabolite is an active aldosterone antagonist and exhibits antiandrogen properties.

Adverse effects

Spironolactone can cause gastric discomforts as well as peptic ulcers. It can also cause gynecomastia in male patients and menstrual disturbances in female if prescribed at high doses for long periods of time. Other notable side effects of spironolactone include hyperkalemia, fatigue, lethargy, nausea and confusion.

B. Triamterene and amiloride

Triamterene and amiloride block Na+ transport channels leading to decreased Na+/K+ exchange. Unlike spironolactone, they can block the Na+/K+-exchange site in the collecting tubule even in absence of aldosterone. Therefore, they are effective even in people with Addison disease. Both triamterene and amiloride are not potent diuretics but are frequently used in combination with other diuretics because of their potassium-sparing properties. The notable side effects of triamterene are leg cramps, potassium and uric acid retention as well as elevated blood urea nitrogen.

### Beta-adrenoceptor–blocking agents

Beta-blockers are the first-line drug therapy for hypertension when concomitant disease is present. These drugs are effective but with some contraindications.

A. Actions

The beta-blockers reduce blood pressure mainly by decreasing cardiac output. They can also reduce sympathetic outflow from the central nervous system and inhibit the release of renin from the kidneys, which results in low production of angiotensin II and aldosterone. Propranolol, a prototype β-blocker, acts at both $\beta_1$ and $\beta_2$ receptors. Selective blockers of β1 receptors, such as metoprolol and atenolol, are one of the most frequently prescribed β-blockers. Nebivolol is a long-acting, cardioselective β1 receptors blocker, which also increases the production of nitric oxide leading to vasodilation. The selective β-blockers can also be given cautiously to hypertensive patients with asthma. The nonselective β-blockers, such as propranolol and nadolol, are contraindicated because they prevent $\beta_2$-mediated bronchodilation. Patients with peripheral vascular disease or acute heart failure should be prescribed β-blockers with caution.

B. Therapeutic uses

1. β-blockers are more effective for treating hypertension in Caucasians than in African-Americans and in young compared to elderly patients. β -blockers are discouraged in patients with chronic congestive heart failure, severe symptomatic occlusive peripheral vascular disease and severe chronic obstructive lung disease.                                   2. β-blockers are beneficial in treating clinical conditions that may coexist with hypertension, such as angina pectoris, supraventricular tachyarrhythmia, previous history of myocardial infarction, and chronic heart failure. β-Blockers are also effective in prevention of migraine and cluster headaches.

C. Pharmacokinetics
The β-blockers are orally active agents and can take many days to weeks to attain their full efficacy.

D. Adverse effects
1. Common effects: The β-blockers may cause bradycardia, drowsiness, fatigue, lethargy, insomnia, hallucinations and hypotension.  The β-blockers can also reduce libido and cause impotence.  It is important to note that such drug -induced sexual impairments generally leads to non-compliance.
2. The β-blockers can also lead to impairment of lipid metabolism, reduced levels of HDL or high-density lipoprotein cholesterol and elevated levels of plasma triglycerides.  This can lead to increased risk of cardiovascular disease.
3. Drug withdrawal: Abrupt withdrawal of β-blockers can trigger angina, myocardial infarction, and even sudden death in patients with ischemic heart disease. Therefore, it is essential to taper the dose of β-blockers over a period of 2-3 weeks in patients with hypertension and ischemic heart disease.

ACE INHIBITORS

The ACE inhibitors, such as enalapril and lisinopril, are recommended when the preferred first-line agents (diuretics or β-blockers) are contraindicated or ineffective, or if there are compelling reasons to use them such as in diabetes mellitus. This class includes drugs such as ramipril (Altace), captopril (Capoten), enalapril (Vasotec), fosinopril (Monopril), lisinopril (Prinivil, Zestril) and quinapril (Accupril). ACE inhibitors are prescribed mainly to treat hypertension.  They are also effective in treatment of cardiac failure, diabetic nephropathy, [113] chronic renal failure, and acute myocardial infarction [114].

A. Actions
The ACE inhibitors lower blood pressure by reducing peripheral vascular resistance without reflexively increasing cardiac output, rate, or contractility. They block the conversion of angiotensin I to angiotensin II, a potent vasoconstrictor [115]. ACE inhibitors decrease angiotensin II and increase bradykinin levels. Low levels of angiotensin II and elevated bradykinin levels lead to vasodilation of both arterioles and veins.  Low levels of circulating angiotensin II also decrease the aldosterone level which causes decreased sodium and water retention. ACE inhibitors reduce cardiac preload as well as afterload leading to reduced cardiac output.

B. Therapeutic uses
Like beta-blockers, ACE inhibitors are most effective in young Caucasian hypertensive patients. However, ACE inhibitors in combination with a diuretic had similar efficacy in Caucasian and African-American with hypertension. ACE inhibitors along with ARBs (angiotensin-receptor blockers) slow the progression of diabetic nephropathy and decrease albuminuria.  ACE inhibitors are also beneficial in the management of patients with chronic heart failure. Patient following a myocardial infarction are treated with ACE inhibitors which is initiated 24 hours after the end of the infarction.

C. Adverse effects
Common side effects include rash, fever, dry cough, altered taste, hypotension, and hyperkalemia. Approximately 10 % of patients have dry cough which is attributed to elevated bradykinin levels in the pulmonary tree.  Potassium supplements, diet rich in potassium and potassium-sparing diuretics are contraindicated because of risk of hyperkalemia.  Therefore, it is essential to monitor potassium levels.  In rare cases patient may experience potentially fatal reaction called angioedema; therefore, ACE inhibitors may be initially administered under the close observation of a physician.

Reversible renal failure may develop in patients with severe bilateral renal artery stenosis.  ACE inhibitors are fetotoxic and are contraindicated in pregnancy.

| ACE inhibitors dosages for hypertension | | | | |
|---|---|---|---|---|
| | | Dosage | | |
| Name | Equivalent daily dose | Start | Usual | Maximum |
| Benazepril | 10 mg | 10 mg | 20–40 mg | 80 mg |
| Captopril | 50 mg (25 mg bid) | 12.5–25 mg bid-tid | 25–50 mg bid-tid | 450 mg/d |
| Enalapril | 5 mg | 5 mg | 10–40 mg | 40 mg |
| Fosinopril | 10 mg | 10 mg | 20–40 mg | 80 mg |
| Lisinopril | 10 mg | 10 mg | 10–40 mg | 80 mg |
| Moexipril | 7.5 mg | 7.5 mg | 7.5–30 mg | 30 mg |
| Perindopril | 4 mg | 4 mg | 4–8 mg | 16 mg |
| Quinapril | 10 mg | 10 mg | 20–80 mg | 80 mg |
| Ramipril | 2.5 mg | 2.5 mg | 2.5–20 mg | 20 mg |
| Trandolapril | 2 mg | 1 mg | 2–4 mg | 8 mg |

**Angiotensin II–Receptor Antagonists**

The angiotensin II–receptor blockers (ARBs) are alternatives to the ACE inhibitors. These drugs block the AT1 receptors.  ARBs have a more complete blockade of angiotensin action as ACE inhibitors inhibit only one enzyme responsible for the production of angiotensin II.  Additionally, the ARBs do not influence bradykinin levels.  Although mechanism of action of both ARBs and ACE inhibitor is very similar, they are therapeutically not identical.   ARBs are given to those patients who cannot tolerate the ACE inhibitors.  ARBs have pharmacologic effects similar to ACE inhibitors.  They cause vasodilation and block aldosterone secretion, thus causing low blood pressure and decreased salt and water retention.

ARBs decrease the nephrotoxicity of diabetes, and are beneficial in hypertensive patients with diabetes.  Their adverse effects are similar to those of ACE inhibitors, although they have a comparatively lower risk of cough and angioedema.  Similar to ACE inhibitors, ARBs are contraindicated in pregnancy as they are fetotoxic.

### Comparison of ARB pharmacokinetics

| Drug | Trade Name | Biological half-life [h] | Protein binding [%] | Bioavailability [%] | Renal /hepatic clearance [%] | Food effect | Daily dosage [mg] |
|---|---|---|---|---|---|---|---|
| Losartan | Cozaar | 2 h | 98.7% | 33% | 10%/90% | Minimal | 50–100 mg |
| EXP 3174 | | 6–9 h | 99.8% | – | 50%/50% | – | – |

| Candesartan | Atacand | 9h | >99% | 15% | 60%/40% | No | 4–32 mg |
| Valsartan | Diovan | 6 h | 95% | 25% | 30%/70% | No | 80–320 mg |
| Irbesartan | Avapro | 11–15 h | 90–95% | 70% | 1%/99% | No | 150–300 mg |
| Telmisartan | Micardis | 24 h | >99% | 42–58% | 1%/99% | No | 40–80 mg |
| Eprosartan | Teveten | 5 h | 98% | 13% | 30%/70% | No | 400–800 mg |
| Olmesartan | Benicar | 14–16 h | >99% | 29% | 40%/60% | No | 10–40 mg |
| Azilsartan | Edarbi | 11 h | >99% | 60% | 55%/42% | No | 40–80 mg |

RENIN INHIBITOR

Aliskiren is the only available orally active non-peptide rennin inhibitor available since 2007 for the treatment of hypertension.  It directly inhibits renin and, thus, acts earlier in the renin-angiotensin-aldosterone system than other hypertensive agents such as do ACE inhibitors or ARBs.  Its efficacy in reducing blood pressure is similar to thiazides, ARBs and ACE inhibitors.  It also works well in combination with other antihypertensives, such as ACE inhibitors, ARBs, diuretics, and calcium-channel blockers. Aliskiren in combination with hydrochlorothiazide (Tekturna HCT) was approved by the FDA in 2008.

Aliskiren can cause diarrhea, particularly at higher doses. Patients on aliskiren may also experience cough and angioedema but the frequency is much less compared to ACE inhibitors. Aliskiren is also contraindicated during pregnancy as it fetotoxic.  Fixed-dose combination of aliskiren with valsartan as well as with hydrochlorothiazide is now available.  Patients on aliskiren with valsartan can also experience hyperkalemia. Aliskiren is susceptible to drug interactions as it is metabolized by CYP 3A4.

CALCIUM-CHANNEL BLOCKERS

Calcium-channel blockers (CCBs) disrupt or block the movement of calcium ($Ca^{2+}$) through calcium channels [116] and are highly effective in treating hypertension in patients with angina or diabetes, especially elderly [117]. CCBs are prescribed when the preferred first-line agents are contraindicated or ineffective in treatment of hypertension. High doses of short-acting CCBs should not be prescribed because of increased risk of MI (myocardial infarction) caused by excessive vasodilation and significant reflex cardiac stimulation.

A. Classes of calcium-channel blockers

The CCBs can be categorized into three different chemical classes, each with distinct pharmacokinetic properties and clinical indications.

1. Diphenylalkylamines

Verapamil is the only member of this class that is currently FDA approved in the United States. It is the least selective amongst all the CCBs and has significant influence on both cardiac and vascular smooth muscle cells. It is also used to treat angina pectoris, SVT or supraventricular tachyarrhythmias, and to prevent migraine and cluster headaches [118]. Constipation and first-degree atrioventricular block are common dose-dependent side effects of verapamil.  Other side effects of verapamil include headaches,

fatigue, nausea facial flushing, dizziness, lightheadedness, increased urination, galactorrhea, and constipation [119-120].

2. Benzothiazepines

Diltiazem is the sole member of this class that is currently FDA approved in the United States. Diltiazem, similar to verapamil, affects both cardiac and vascular smooth muscle cells [121], but it has relatively less prominent negative inotropic effect on the heart compared to that of verapamil.  It is commonly prescribed in the treatment of hypertension, angina pectoris, and cardiac arrhythmias.  Diltiazem has relatively few a side effects which include edema, nausea, rash, dizziness and asthenia.

3. Dihydropyridines

This class of CCBs is rapidly expanding and includes the first-generation nifedipine and five second-generation agents for treatment of cardiovascular disease or CVD: amlodipine, nicardipine, felodipine, isradipine, and nisoldipine.  These second-generation CCBs have distinct pharmacokinetics, approved uses, and drug interactions. They have a far greater affinity for vascular calcium channels than for calcium channels in the heart.  Hence, they are effective in the treatment of hypertension. Dihydropyridines do not readily interact with other cardiovascular drugs, such as warfarin or digoxin, which are generally used concomitantly with CCBs.

Actions

The intracellular concentration of calcium is a crucial component in maintaining the tone of smooth muscle and in the contraction of the heart muscles. When calcium enters muscle cells through calcium channels, it triggers release of calcium from the cells, which further elevates the cytosolic level of calcium. Calcium-channel antagonists prevent the influx of calcium by binding to L-type calcium channels in the heart and in smooth muscle of the vessels.  This causes vascular smooth muscle to relax leading to arteriolar dilatation. CCBs do not dilate veins.

Therapeutic uses

CCBs are beneficial in the treatment of hypertensive patients with angina, asthma, diabetes, and/or peripheral vascular disease. African-Americans with hypertension respond well to CCBs.

Pharmacokinetics

CCBs usually have short half-lives that range from 3–8 hours following an oral dose. Sustained-release CCBs have made once daily dosing possible, although amlodipine does not require a sustained-release formulation as it has a very long half-life.

Adverse effects

Constipation is reported by around 10% of patients treated with verapamil. Dihydropyridines can cause dizziness, headache, and fatigue. Verapamil should not be used in patients with CHF (congestive heart failure) or with atrioventricular block due to its negative inotropic and dromotropic effects. Nifedipine can cause gingival enlargement.

Recent Hypertension Trials on Different Anti-Hypertensive Drugs

| Name | Half-life, hours | Dose, mg/times per day | Approved by FDA for | Major Outcome-Based Hypertension Trials |
|---|---|---|---|---|
| Verapamil | 6–8 | 80–120/2 | | VHAS, CONVINCE, INVEST |

| Name | Half-life, hours | Dose, mg/times per day | Approved by FDA for | Major Outcome-Based Hypertension Trials |
|------|------------------|------------------------|---------------------|------------------------------------------|
| (Calan, Isoptin) | 12–24 | 80–480/1 | Hypertension, angina, atrial dysrhythmias | |
| (Calan SR, Isoptin SR, Verelan) | 24 | 180–300/1 | | |
| (Covera-HS, Verelan-PM) | | | | |
| Diltiazem | 6–8 | 30–90/3 | Hypertension, angina, atrial dysrhythmias | NORDIL |
| (Cardizem) | 8–12 | 120–180/2 | | |
| (Cardizem SR, Tiazac, others) | 18–24 | 120–480/1 | | |
| (Cardizem CD, Cartia XT, others) | 24 | 120–540/1 | | |
| (Cardizem LA) | | | | |
| Nifedipine | 0.2–1 | 10–20/4–6 | Hypertension, angina | INSIGHT, STONE |
| (Procardia, Adalat) | 24 (?) | 30–120/1 | | |
| (Procardia XL, Adalat CC) | | | | |
| Nicardipine | 6–8 | 20–30/3 | Hypertension | NICS-EH |
| (Cardene) | 8–12 | 30–60/2 | | |
| (Cardene SR) | | | | |
| Isradipine | 8–12 | 2.5–5/2 | Hypertension | MIDAS |
| (DynaCirc) | 12–18 | 5–10/1 | | |
| (DynaCirc CR) | | | | |
| Felodipine | 11–16 | 2.5–10/1 | Hypertension | HOT,[14] FEVER[15] (second-line) |
| (Plendil) | | | | |
| Amlodipine | 44+ | 2.5–10/1 | Hypertension, angina | AASK, IDNT, ALLHAT, VALUE, ASCOT, CASE-J, ACCOMPLISH (combination) |
| (Norvasc) | | | | |
| Nisoldipine | 7–12 | 10–40/1 | Hypertension | ABCD |
| (Sular) | | | | |
| Clevidipine | 0.25 | 1–2 mg/h, intravenously only | Hypertensive emergencies | Reflex tachycardia, hypotension |
| (Cleviprex) | | | | |

| Name | Half-life, hours | Dose, mg/times per day | Approved by FDA for | Major Outcome-Based Hypertension Trials |
|---|---|---|---|---|
| Nimodipine | 1–2 | 30/4–6 | Subarachnoid hemorrhage | Metabolized by CYP3A4; |
| (generic only in United States after October 2009) | | | | not approved for hypertension! |

ALPHA-ADRENOCEPTOR–BLOCKING AGENTS

This class of drug causes competitive block of $\alpha_1$-adrenergic receptors that are present in arteries, smooth muscles and central nervous system tissues.  Prazosin, doxazosin, and terazosin are the most common alpha-adrenergic blocking agents. These drugs relax smooth muscles of arteries and veins which decrease peripheral vascular resistance and lower arterial blood pressure.   They cause minor changes in cardiac output, renal blood flow, and GFR (glomerular filtration rate). Therefore, there is no risk of long-term tachycardia.   Salt and water retention may occur.  Postural hypotension may be present in some individuals. Alpha1-Blockers effectively lower blood pressure in mild to moderate hypertension.  They are also beneficial combination with other drugs such as beta-blockers, CCBs or a diuretic. Reflex tachycardia and first-dose syncope are extremely common side effects of $\alpha_1$-blockers.  Concomitant use of a $\beta$-blocker can be initiated in some cases to prevent reflex tachycardia.  Alpha-blockers are not preferred as monotherapy in the treatment of hypertension because of various side effects, development of tolerance and availability of safer drugs.  Tamsulosin, an $\alpha1$-blocker is currently being used in treatment of benign prostatic hyperplasia (BPH) [122].

Mixed $\alpha$-/ $\beta$ -ADRENOCEPTOR–BLOCKING AGENTS

Labetalol (Normodyne, Trandate ) and carvedilol (Coreg) block $\alpha1$, $\beta1$, and $\beta2$ receptors. Carvedilol is predominantly used in the treatment of heart failure. Carvedilol maintains cardiac output, has a minimal influence on heart rate and reduces blood pressure by decreasing vascular resistance.   Carvedilol doesn't impair metabolic parameters and can be prescribed in patients with the metabolic syndrome or diabetes. Carvedilol and metoprolol, a selective $\beta1$ antagonist, reduce morbidity and mortality associated with heart failure. Labetalol is a mixed alpha/beta adrenergic antagonist, which is effective in treatment of hypertension [123]. Labetolol blocks both alpha and beta adrenergic receptors leading to decreased peripheral vascular resistance but without significant alteration of heart rate or cardiac output. It is particularly effective in treatment of chronic and acute hypertension of pheochromocytoma and hypertensive crisis.[3]
Some of the side effects include fatigue, drowsiness, insomnia, sexual dysfunction and rarely respiratory distress.

CENTRALLY ACTING ADRENERGIC DRUGS

This class of drugs stimulates $\alpha2$ receptors and/or imadozoline receptors on adrenergic neurons leading to reduced sympathetic outflow. They also stimulate peripheral $\alpha2$ receptors, which doesn't carry much clinical significance. These drugs are beneficial for patients who experience resistant hypertension with diabetes and/or kidney failure.  Patient whose hypertension is sympathetically driven also benefit from these drugs.

A. Clonidine

This α2-agonist reduces the central adrenergic outflow, reducing sympathetic outflow and norepinephrine release. It is prescribed mainly for the treatment of hypertension that has not responded sufficiently to multidrug treatment.  Clonidine is effective in the treatment of hypertension complicated by renal disease as it does not decrease renal blood flow. Clonidine is readily absorbed after oral administration and is excreted by the kidney. Clonidine may be administered concomitantly with a diuretic to prevent sodium and water retention. Adverse effects of clonidine are usually mild generally mild, which include dry mouth sedation, and constipation. Sudden withdrawal of clonidine can cause rebound hypertension; therefore, the drug should be tapered down gradually.

B. Alpha-Methyldopa

Mode of action of this agent is similar to clonidine.  α2-methyldopa is particularly beneficial in the treatment of hypertensive patients with renal insufficiency. The most common side effects of α2-methyldopa are sedation and drowsiness. It can be prescribed during pregnancy also.  It is effective in the treatment of gestational hypertension and in sympathetically driven hypertension refractory to clonidine. Similar to clonidine, rebound hypertension has been reported in response to sudden withdrawal of α2-methyldopa. It can produce several adverse side effects, which are generally mild when prescribed less than 1gm/day [124].

VASODILATORS

Vasodilators such as hydralazine and minoxidil are vascular smooth muscle relaxants, which lower resistance and blood pressure.  These agents activate potassium channels, increase potassium efflux, and stimulate hyperpolarization of the smooth muscle membrane.  They also increase myocardial contractility, heart rate, and oxygen consumption. Vasodilators also elevate plasma renin concentration causing sodium and water retention. These undesirable side effects can be averted by concomitant use of a diuretic and a β-blocker.

A. Hydralazine

This drug belongs to the hydrazinophthalazine class of drugs [125] that causes direct vasodilation, acting primarily on smooth muscles of arteries and arterioles. This leads to decreased peripheral resistance, prompting increased heart rate and cardiac output. Hydralazine is effective in the treatment of moderately severe hypertension. It is administered concomitantly with a β-blocker and a diuretic to counter tachycardia and sodium retention.  Beta-blockers such as propranolol counter tachycardia, whereas diuretics decrease sodium retention.  Hydralazine may be indicated in gestational hypertension. Adverse effects of hydralazine include tachycardia, diarrhea, headache, cardiac arrhythmia, and angina. High dose of hydrolyzing can cause a lupus-like syndrome [126, 127] which disappears if the drug is discontinued.  Minoxidil is also prescribed for central baldness [128].

B. Minoxidil

This drug causes dilation of arterioles but not of venules.  It is prescribed for the treatment of severe to malignant hypertension that is not controlled with other medications.  Minoxidil can be used be concomitantly with a loop diuretic and a beta-blocker to prevent reflex tachycardia and fluid retention. Minoxidil is also prescribed for central baldness [129].

Drug Interactions

| Drug Class/Drug | Interacting Drug | Mechanism | Consequence | Prophylaxis |
|---|---|---|---|---|
| Beta blockers All beta blockers (hemodynamic interactions) | Calcium antagonists, especially nifedipine | Added hypotension | Risk of myocardial ischemia | BP control, adjust doses |
| | Verapamil or diltiazem; flecainide; most anesthetics | Added negative inotropic effect | Risk of myocardial failure; hypotension | Check for CHF; adjust doses; flecainide levels |
| (electrophysiologic interactions) | | Added inhibition of SA, AV nodes; added negative inotropic effect | | |
| | Verapamil; diltiazem | | Bradycardia, systole, complete HB, hypotension | Exclude "sick-sinus" syndrome; AV nodal disease, LV failure |
| | | Added nodal inhibition | | |
| | | | Bradycardia, HB | |
| | Amiodarone | Decreased hepatic breakdown of the lipidsoluble beta blocker | | Exclude nodal disease |
| All lipid-soluble beta blockers (hepatic interactions): carvedilol, labetalol, metoprolol, propranolol, probably timolol | Inhibitors of hepatic CYP2D6; cimetidine, ritonavir, quinidine | | Excess beta-blocking effects | Avoid interaction or reduce beta-blocker dose |

| Calcium antagonists | | | | |
|---|---|---|---|---|
| Verapamil (V) | Beta blockers | SA and AV nodal inhibition myocardial failure | Added nodal and negative inotropic effects | Care during cotherapy; check ECG, BP, heart size |
| | Digitalis poisoning | Added SA and AV nodal inhibition | Asystole; complete HB after IV V | Avoid IV V |
| | Digoxin (D) | Decreased D clearance; inhibition of P-glycoprotein | Risk of D toxicity | Halve D dose; blood D level |
| | Disopyramide | Pharmacodynamic | Hypotension, constipation | Check BP, LV, and gut |
| | Flecainide (F) | Added negative inotropic | Hypotension | Check LV; F levels |
| | Prazosin and other alpha blockers | Hepatic interaction | Excess hypotension | Check BP during cotherapy |
| | Quinidine (Q) | Added alpha receptor inhibition; V decreased Q clearance | Hypotension; increased Q levels | Check Q levels and BP |
| | Beta blockers | Added SA nodal inhibition; negative inotropism | Bradycardia | Check ECG and LV function |
| Diltiazem | Digoxin (D) | Some fall in D clearance | Only in renal failure | Check D levels |
| | Flecainide (F) | Added negative inotropic effects | Hypotension | Check LV; F levels |
| | | | Blood D doubles | |

| Nicardipine (see also nifedipine) | Digoxin (D) | Decreased D clearance | | Decrease; check D levels |
|---|---|---|---|---|
| | Beta blockers; propranolol (P) | Added negative inotropism N and P have opposite effects on blood liver flow | Excess hypotension N decreased P levels; P increases N levels | Check BP, use low initial dose; readjust P and N doses if needed |
| | Digoxin (D) | Minor/modest changes in D | Increased D levels | Check D levels |
| Nifedipine (N) | Prazosin (PZ), other alpha Blockers | PZ blocks alpha-reflex to N | Postural hypotension | Low initial dose of N or PZ or other alpha blockers |
| | Quinidine (Q) | N improves poor LV function; Q clearance faster | Decreased Q effect | Check Q levels |

| Diuretics | | | | |
|---|---|---|---|---|
| Loop and thiazide | NSAIDs | Pharmacodynamic | Decreased antihypertensive effect | Adjust diuretic dose or add another agent |
| | Probenecid | Decreased intratubular secretion of diuretic | Decreased diuretic effect | Increased diuretic dose |
| | ACEI, ARBs | Excess diuretics, high renins | Excess hypotension; prerenal uremia | Lower diuretic dose; initial low-dose ACEI or ARB |
| | Captopril | Possible interference with tubular secretion | Loss of diuretic efficacy of furosemide | Change to another ACEI |
| Loop | Aspirin | Inhibition of acute vasodilator response | Presumed less efficacy in HF | Delay aspirin when initiating acute therapy for HF |
| Potassium sparing | ACEI, ARBs | Both retain potassium | Hyperkalemia | Monitor potassium, reduce ACEI dose |
| Aldosterone receptor antagonist Eplerenone | ACEI | Retains potassium | Hyperkalemia | Monitor potassium, reduce ACEI dose |
| Direct renin inhibitors Aliskiren | ACEI, ARB, potassium-sparing Diuretics | Retain potassium | Hyperkalemia | Monitor potassium, reduce or eliminate ACEI, ARB, or potassium-sparing diuretic |
| Angiotensin-converting enzyme | | | | |

| | | | | |
|---|---|---|---|---|
| inhibitor | | | | |
| ACEI class effect | Excess diuretics; rare in hypertension | High renin levels in overdiuresed patients; volume depletion | First-dose hypotension; risk of renal failure | Reduce diuretic dose; correct volume depletion |
| | Potassium-sparing diuretics; dpironolactone | Added potassium retention | Hyperkalemia | Avoid combination or use with care |
| | NSAIDs | Less vasodilation | Less BP and ↓ less antifailure effect | Avoid if possible |
| | Aspirin | Less vasodilation | Less HF effects | Low-dose aspirin |
| | Loop diuretics | Possible interference with tubular secretion | Lessened diuretic effect of furosemide | Consider alternate ACEI |
| Captopril (C) | Immunosuppressive drugs, procainamide–hydralazine | Added immune effects | Increased risk of neutropenia | Avoid combination; check neutrophils |
| | Probenecid (P) | P inhibits tubular secretion of C | Small rise in C levels | Decrease C dose |
| Angiotensin receptor blockers | | | | |
| ARB class effect | Excess diuretics; rare in hypertension | High renin levels in overdiuresed patients; volume depletion | First-dose hypotension; risk of renal failure | Reduce diuretic dose; correct volume depletion |
| Vasodilators | Beta blockers (hepatically Metabolized) | Hepatic shunting | Beta-blocker metabolism ↓; blood levels ↑ | Propranolol; metoprolol dose ↓ |

| | | | Less N tolerance (benefit); risk of excess Hypotension | |
|---|---|---|---|---|
| Hydralizine | Nitrates (N) | Renal blood flow ↑; added vasodilation; free radicals scavenged | | Start with low dose of an alpha blocker or dihydropyridine; calcium blocker |
| | Verapamil | Hepatic metabolism | Synergistic antihypertensive effect | Adjust doses |
| Cilostazol (C) | Inhibition of P450 3A4; diltiazem, verapamil, erythromycin, ketoconazole, cyclosporine | ↓ hepatic interaction | ↑ C levels, risk of increased mortality in HF | Lessen C dose or avoid |

ACEI indicates angiotensin-converting enzyme inhibitor; ARB, angiotensin receptor blocker; AV, atrioventricular; BP, blood pressure; CHF, congestive heart failure; CYP2D6, cytochrome P450 2 D6; ECG, electrocardiogram; HB, heart block; HF, heart failure; IV, intravenous; LV, left ventricle; NSAIDs, nonsteroidal anti-inflammatory drugs; SA, sinoatrial; 1, increase; and 2, decrease

COMBINATION THERAPY

Combination therapy of hypertension with different class of drugs or a fixed-dose combination pill may be more effective in controlling hypertension with few adverse effects.  Combination therapy with two antihypertensive drugs should be indicated in patients where the target blood pressure is exceeded by more than 20/10 mm Hg. Combination therapy should ideally be initiated in stage 1 patients, particularly if the second agent can negate the side effects of initial therapy.  Single pill combinations should be preferred than separate agents especially where convenience outweighs other considerations.

The combination of a low dose of a thiazide diuretic with a beta-blocker, an ACE inhibitor, or an angiotensin receptor blocker (ARB) has a synergistic effect, controlling blood pressure in majority of hypertensive patients.   Some of the recommended drug combinations are listed below in the table.

| Drug Combinations in Hypertension: Recommendations |
|---|
| **Recommended** |
| ACE inhibitor/diuretic* |
| Angiotensin Receptor Blocker/diuretic* |
| ACE inhibitor/ calcium channel blocker * |
| Angiotensin Receptor Blocker/ Calcium Channel Blocker * |
| Acceptable |
| b-blocker/diuretic* |
| Calcium Channel Blocker (dihydropyridine)/b-blocker |
| Calcium Channel Blocker/diuretic |
| Renin inhibitor/diuretic* |
| Renin inhibitor/Angiotensin Receptor Blocker* |
| Thiazide diuretics/K sparing diuretics* |
| **Less effective** |
| ACE inhibitor/Angiotensin Receptor Blocker |
| ACE inhibitor/b-blocker |
| Angiotensin Receptor Blocker/beta-blocker |
| Calcium Channel Blocker (nondihydropyridine)/beta-blocker |
| Centrally acting agent/beta-blocker |

ACE, angiotensin-converting enzyme
* Single pill combinations available in the United States

GOAL OF THERAPY

The essential goal of antihypertensive therapy is the reduction of cardiovascular and renal morbidity and mortality. Majority of individuals with hypertension, particularly who are more than 50 years, will reach the target diastolic blood pressure once
systolic blood pressure is at goal; therefore, the focal point should be to attain target systolic blood pressure.  Decrease in CVD complications is observed if the target systolic blood pressure and diastolic blood pressure are less than 140/90 mmHg   The target blood pressure is <130/80 mmHg  inn patients with hypertension and diabetes or renal disease [120, 131].

LIFESTYLE MODIFICATIONS
Adoption of healthy lifestyles is crucial for the prevention of hypertension for every individual and is a vital component in hypertension management.  Patient should be advised on lifestyle modification initially and then periodically to achieve better results in the management of hypertension. Major lifestyle modifications that have demonstrated efficacy in reducing blood pressure include:

- Weight loss in overweight or obese individuals [132, 133]
- Following a dietary plan which includes DASH (Dietary Approaches to Stop Hypertension) (DASH) [134] which is rich in potassium and calcium [135]
- Dietary sodium reduction, restriction of salt intake [136].

- Physical activity [137, 138]
- Moderate alcohol consumption [139]
- Smoking cessation.

Lifestyle modifications have shown to reduce blood pressure, enhance efficacy of antihypertensive agents, and decrease risk of cardiovascular disease.  Many combinations of multiple lifestyle modifications can produce even greater beneficial results. If blood pressure is mildly elevated, consensus guidelines recommend medically supervised lifestyle changes under medical supervision and observation. Drug therapy should also be initiated in people who show normal blood pressures but have proteinuria, atherosclerotic vascular disease, and other hypertension related end-organ damage. Drug therapy should be initiated if these measures fail to lower blood pressure.  Initial drug therapy usually requires two or more agents to effectively reduce blood pressure.  Which type of many medications should be used initially for hypertension has been the subject of several large studies and various national guidelines. Type and number of drugs also depends on several factors which includes race, age, and other medical conditions [140].

DASH, Dietary Approaches to Stop Hypertension

| MODIFICATION | RECOMMENDATION | APPROXIMATE SYSTOLIC BP REDUCTION (RANGE) |
| --- | --- | --- |
| Weight reduction | Maintain normal body weight (body mass index 18.5–24.9 kg/m2). | 5–20 mmHg/10 kg weight loss23,24 |
| Adopt DASH eating plan | Consume a diet rich in fruits, vegetables, and low fat dairy products with a reduced content of saturated and total fat. | 8–14 mmHg25,26 |
| Dietary sodium reduction | Reduce dietary sodium intake to no more than 100 mmol per day (2.4 g sodium or 6 g sodium chloride). | 2–8 mmHg25–27 |
| Physical activity | Engage in regular aerobic physical activity such as brisk walking (at least 30 min per day, most days of the week). | 4–9 mmHg28,29 |
| Moderation of alcohol consumption | Limit consumption to no more than 2 drinks (1 oz or 30 mL ethanol; e.g., 24 oz beer, 10 oz wine, or 3 oz 80-proof whiskey)per day in most men and to no more than 1 drink per day in women and lighter weight persons. | 2–4 mmHg30 |

Many clinical trials have demonstrated the efficacy of several classes of drugs in reducing the complications of hypertension [141-147].  Recent trials, including Antihypertensive and Lipid Lowering Treatment to Prevent Heart Attack Trial (ALLHAT), have reported that diuretics are the best drug option in preventing the cardiovascular complications of hypertension [143, 147]. However, diuretics are still not frequently prescribed [148]. Thiazide-type diuretics should be the drug of choice as initial therapy for majority of hypertensive patients, either alone or in combination with one of the other drug classes (ACE inhibitors, ARBs, beta blockers, CCBs).  Thiazide-type diuretics are particularly prescribed to elderly because of its safety and efficacy in treatment of hypertension. [In case a drug is contraindicated or not tolerated, one of the other classes of drug that is effective in reducing cardiovascular risks should be prescribed.

Majority of hypertensive patients will need more than one antihypertensive medication to achieve their blood pressure targets. Second drug should be added from a different class in case single drug treatment fails to achieve desired target blood pressure.  When blood pressure is more than 20/10 mmHg above the target, initiation of drug therapy with more than one agent should be considered.  The drugs can be prescribed either as separate prescriptions or in fixed-dose combinations.  However, a great deal of caution is advised in individuals with diabetes, autonomic impairment, and elderly. Generic drugs or combination drugs can also be prescribed to reduce economic burden to the patient.

Classification and management of blood pressure for adults*

| BP CLASSIFICATION | SBP* mmHg | DBP* mmHg | LIFESTYLE MODIFICATION | Initial drug therapy | |
|---|---|---|---|---|---|
| | | | | WITHOUT COMPELLING INDICATION | WITH COMPELLING INDICATIONS |
| NORMAL | <120 | and <80 | Encourage | | |
| PREHYPERTENSION | 120–139 | or 80–89 | Yes | No antihypertensive drug indicated. | Drug(s) for compelling indications.‡ |
| STAGE 1 HYPERTENSION | 140–159 | or 90–99 | Yes | Thiazide-type diuretics for most. May consider ACEI, ARB, BB, CCB, or combination. | Drug(s) for the compelling indications.‡ Other antihypertensive drugs (diuretics, ACEI, ARB, BB, CCB) as needed. |
| STAGE 2 HYPERTENSION | ≥160 | or ≥100 | Yes | Two-drug combination for most† (usually thiazide-type diuretic and ACEI or ARB or BB or CCB). | |

DBP, diastolic blood pressure; SBP, systolic blood pressure.
Drug abbreviations: ACEI, angiotensin converting enzyme inhibitor; ARB, angiotensin receptor blocker; BB, beta-blocker; CCB, calcium channel blocker.
* Treatment determined by highest BP category.
† Initial combined therapy should be used cautiously in those at risk for orthostatic hypotension.
‡ Treat patients with chronic kidney disease or diabetes to BP goal of <130/80 mmHg.

Oral antihypertensive drugs*

| CLASS | DRUG (TRADE NAME) | USUAL DOSE RANGE IN MG/DAY | USUAL DAILY FREQUENCY |
|---|---|---|---|
| | | | |

| Thiazide diuretics | Chlorothiazide (Diuril) | 125-500 | 1-2 |
|---|---|---|---|
| | chlorthalidone (generic) | 12.5-25 | 1 |
| | hydrochlorothiazide (Microzide, HydroDIURIL†) | 12.5-50 | 1 |
| | polythiazide (Renese) | 2-4 | 1 |
| | indapamide (Lozol†) | 1.25-2.5 | 1 |
| | metolazone (Mykrox) | 0.5-1.0 | 1 |
| | metolazone (Zaroxolyn) | 2.5-5 | 1 |
| Loop diuretics | bumetanide (Bumex†) | 0.5-2 | 2 |
| | furosemide (Lasix†) | 20-80 | 2 |
| | torsemide (Demadex†) | 2.5-10 | 1 |
| Potassium-sparing diuretics | amiloride (Midamor†) | 5-10 | 1-2 |
| | triamterene (Dyrenium) | 50-100 | 1-2 |
| Aldosterone receptor blockers | eplerenone (Inspra) | 50-100 | 1 |
| | spironolactone (Aldactone†) | 25-50 | 1 |
| BBs | atenolol (Tenormin†) | 25-100 | 1 |
| | betaxolol (Kerlone†) | 5-20 | 1 |
| | bisoprolol (Zebeta†) | 2.5-10 | 1 |
| | metoprolol (Lopressor†) | 50-100 | 1-2 |
| | metoprolol extended release (Toprol XL) | 50-100 | 1 |
| | nadolol (Corgard†) | 40-120 | 1 |
| | propranolol (Inderal†) | 40-160 | 2 |
| | propranolol long-acting (Inderal LA†) | 60-180 | 1 |
| | timolol (Blocadren†) | 20-40 | 2 |
| BBs with intrinsic sympathomimetic activity | acebutolol (Sectral†) | 200-800 | 2 |
| | penbutolol (Levatol) | 10-40 | 1 |
| | pindolol (generic) | 10-40 | 2 |
| Combined alpha- and BBs | carvedilol (Coreg) | 12.5-50 | 2 |
| | labetalol (Normodyne, Trandate†) | 200-800 | 2 |
| ACEIs | benazepril (Lotensin†) | 10-40 | 1 |
| | captopril (Capoten†) | 25-100 | 2 |
| | enalapril (Vasotec†) | 5-40 | 1-2 |
| | fosinopril (Monopril) | 10-40 | 1 |
| | lisinopril (Prinivil, Zestril†) | 10-40 | 1 |
| | moexipril (Univasc) | 7.5-30 | 1 |
| | perindopril (Aceon) | 4-8 | 1 |
| | quinapril (Accupril) | 10-80 | 1 |
| | ramipril (Altace) | 2.5-20 | 1 |
| | trandolapril (Mavik) | 1-4 | 1 |

| | | | |
|---|---|---|---|
| Angiotensin II antagonists | candesartan (Atacand) | 8-32 | 1 |
| | eprosartan (Teveten) | 400-800 | 1-2 |
| | irbesartan (Avapro) | 150-300 | 1 |
| | losartan (Cozaar) | 25-100 | 1-2 |
| | olmesartan (Benicar) | 20-40 | 1 |
| | telmisartan (Micardis) | 20-80 | 1 |
| | valsartan (Diovan) | 80-320 | 1-2 |
| CCBs—non-Dihydropyridines | Diltiazem extended release (Cardizem CD, Dilacor XR, Tiazac†) | 180-420 | 1 |
| | diltiazem extended release (Cardizem LA) | 120-540 | 1 |
| | verapamil immediate release (Calan, Isoptin†) | 80-320 | 2 |
| | verapamil long acting (Calan SR, Isoptin SR†) | 120-480 | 1-2 |
| | verapamil—Coer, Covera HS, Verelan PM) | 120-360 | 1 |
| CCBs—Dihydropyridines | amlodipine (Norvasc) | 2.5-10 | 1 |
| | felodipine (Plendil) | 2.5-20 | 1 |
| | isradipine (Dynacirc CR) | 2.5-10 | 2 |
| | nicardipine sustained release (Cardene SR) | 60-120 | 2 |
| | nifedipine long-acting (Adalat CC, Procardia XL) | 30-60 | 1 |
| | nisoldipine (Sular) | 10-40 | 1 |

\* In some patients treated once daily, the antihypertensive effect may diminish toward the end of the dosing interval (trough effect). BP should be measured just prior to dosing to determine if satisfactory BP control is obtained.

Accordingly, an increase in dosage or frequency may need to be considered.

† Available now or soon to become available in generic preparations.

Combination drugs for hypertension

| Combination Type* | Fixed-Dose Combination, mg† | Trade Name |
|---|---|---|
| ACEIs and CCBs | Amlodipine-benazepril hydrochloride (2.5/10, 5/10, 5/20, 10/20) | Lotrel |
| | Enalapril-felodipine (5/5) | Lexxel |
| | Trandolapril-verapamil (2/180, 1/240, 2/240, 4/240) | Tarka |
| ACEIs and diuretics | Benazepril-hydrochlorothiazide (5/6.25, 10/12.5, 20/12.5, 20/25) | Lotensin HCT |
| | Captopril-hydrochlorothiazide (25/15, 25/25, 50/15, 50/25) | Capozide |
| | Enalapril-hydrochlorothiazide (5/12.5, 10/25) | Vaseretic |
| | Fosinopril-hydrochlorothiazide (10/12.5, 20/12.5) | Monopril/HCT |
| | | Prinzide, |
| | | Zestoretic |
| | | Uniretic |

|  | Lisinopril-hydrochlorothiazide (10/12.5, 20/12.5, 20/25) | Accuretic |
|  | Moexipril-hydrochlorothiazide (7.5/12.5, 15/25) |  |
|  | Quinapril-hydrochlorothiazide (10/12.5, 20/12.5, 20/25) |  |
| ARBs and diuretics | Candesartan-hydrochlorothiazide (16/12.5, 32/12.5) Eprosartan-hydrochlorothiazide (600/12.5, 600/25) Irbesartan-hydrochlorothiazide (150/12.5, 300/12.5) Losartan-hydrochlorothiazide (50/12.5, 100/25) Olmesartan medoxomil-hydrochlorothiazide (20/12.5,40/12.5,40/25) Telmisartan-hydrochlorothiazide (40/12.5, 80/12.5) Valsartan-hydrochlorothiazide (80/12.5, 160/12.5, 160/25) | Atacand HCT Teveten-HCT Avalide Hyzaar Benicar HCT Micardis-HCT Diovan-HCT |
| BBs and diuretics | Atenolol-chlorthalidone (50/25, 100/25) Bisoprolol-hydrochlorothiazide (2.5/6.25, 5/6.25, 10/6.25) Metoprolol-hydrochlorothiazide (50/25, 100/25) Nadolol-bendroflumethiazide (40/5, 80/5) Propranolol LA-hydrochlorothiazide (40/25, 80/25) Timolol-hydrochlorothiazide (10/25) | Tenoretic Ziac Lopressor HCT Corzide Inderide LA Timolide |
| Centrally acting drug and diuretic | Methyldopa-hydrochlorothiazide (250/15, 250/25, 500/30, 500/50) Reserpine-chlothalidone (0.125/25, 0.25/50) Reserpine-chlorothiazide (0.125/250, 0.25/500) Reserpine-hydrochlorothiazide (0.125/25, 0.125/50) | Aldoril Demi-Regroton, Regroton Diupres Hydropres |
| Diuretic and diuretic | Amiloride-hydrochlorothiazide (5/50) Spironolactone-hydrochlorothiazide (25/25, 50/50) Triamterene-hydrochlorothiazide (37.5/25, 75/50) | Moduretic Aldactazide Dyazide, Maxzide |

* Drug abbreviations: BB, beta-blocker; ACEI, angiotensin converting enzyme inhibitor; ARB, angiotensin receptor blocker; CCB, calcium channel blocker.
† Some drug combinations are available in multiple fixed doses. Each drug dose is reported in milligrams.

NICE GUIDELINES FOR TREATMENT OF HYPERTENSION

| STEP 1 TREATMENT |
|---|

A. Individuals under 55 years should be prescribed step 1 antihypertensive treatment with an angiotensin-converting enzyme (ACE) inhibitor or a low-cost angiotensin-II receptor blocker (ARB). In case ACE inhibitor is not tolerated, a low-cost ARB may be prescribed.

B. Combination of an ACE inhibitor and an ARB should not be prescribed to treat hypertension.

C. Individuals above 55 years and black people of African or Caribbean family origin of any age should be offered step 1 antihypertensive treatment with a calcium-channel blocker (CCB). If a CCB is not tolerated well, thiazide-like diuretic may be prescribed.

D. In case diuretic treatment is to be initiated or changed, offer a thiazide-like diuretic, such as chlortalidone (12.5–25.0 mg once daily) or indapamide (1.5 mg modified-release once daily or 2.5 mg once daily) should be in preferred to a conventional thiazide diuretic such as bendroflumethiazide or hydrochlorothiazide.

E. Individuals who are already being treated with bendroflumethiazide or hydrochlorothiazide and whose blood pressure is stable and well controlled, continue treatment with the same medications.

F. Beta-blockers are not a preferred initial therapy for hypertension. However, beta-blockers may be considered in younger people, especially: those with an intolerance or contraindication to ACE inhibitors and angiotensin II receptor antagonists or women of child-bearing potential or people with evidence of increased sympathetic drive.

G. If therapy is initiated with a beta-blocker and a second drug is required, add a calcium-channel blocker rather than a thiazide-like diuretic to reduce the person's risk of developing diabetes.

| STEP 2 TREATMENT |
|---|

A. In case blood pressure is not controlled by step 1 treatment, offer step 2 treatment with a CCB in combination with either an ACE inhibitor or an ARB (low cost).

B. If CCB is not suitable for step 2 treatment because of edema or intolerance, or if there is evidence of heart failure or a high risk of heart failure, offer a thiazide-like diuretic.

C. For black people of African or Caribbean family origin, consider an ARB (low cost) in preference to an ACE inhibitor, in combination with a CCB.

| STEP 3 TREATMENT |
|---|

A. Before considering step 3 treatment, review all the medications to ensure step 2 treatment is at optimal or best tolerated doses.

B. If treatment with three drugs is required, the combination of ACE inhibitor or angiotensin II receptor blocker, calcium-channel blocker and thiazide-like diuretic should be prescribed.

| STEP 4 TREATMENT |
|---|

A.  Regard clinic blood pressure that remains higher than 140/90 mmHg after treatment with the optimal or best tolerated doses of an ACE inhibitor or an ARB plus a CCB plus a diuretic as resistant hypertension, and consider adding a fourth antihypertensive drug and/or seeking expert advice.

B.  For treatment of resistant hypertension at step 4: Consider further diuretic therapy with low-dose spironolactone (25 mg once daily)7 if the blood potassium level is 4.5 mmol/l or lower. Spironolactone should be prescribed with caution in people with a reduced estimated glomerular filtration rate because they have an increased risk of      hyperkalemia. Consider higher-dose thiazide-like diuretic treatment if the blood        potassium level is higher than 4.5 mmol/l.

C.  When using further diuretic therapy for resistant hypertension at step 4, monitor blood sodium and potassium and renal function within 1 month and repeat as required thereafter.

D.  If further diuretic therapy for resistant hypertension at step 4 is not tolerated, or is contraindicated or ineffective, consider an alpha- or beta-blocker.

E.  If blood pressure remains uncontrolled with the optimal or maximum tolerated  doses of four drugs, seek expert advice if it has not yet been obtained.

Hypertensive individuals with certain comorbidities need particular attention and followup by the physician.

Ischemic Heart Disease
Long-term hypertension leads to ischemic heart causing stable angina pectoris as well as acute coronary syndromes. Beta-blocker is the drug of choice in hypertensive patients with stable angina pectoris.  Long acting calcium channel blocker can also be used in this condition.  Hypertensive patients with acute coronary syndromes, initial drug of choice beta-blockers and ACE inhibitors [149] with addition of other class of drugs as needed for blood pressure. Beta-blockers, ACE inhibitors and aldosterone antagonists are most beneficial in patients with postmyocardial infarction [150].  Such patients also require optimal lipid management and aspirin therapy.

Heart Failure
Heart failure, in both forms i.e. systolic and diastolic ventricular dysfunction, mainly results systolic hypertension and ischemic heart disease.  Optimal blood pressure and cholesterol control are the most important preventive steps for individuals at high risk for heart failure [40].  ACE inhibitors and beta-blockers are recommended for asymptomatic individuals with evident ventricular dysfunction.  ACE inhibitors, ARBs, beta-blockers and aldosterone blockers together with loop diuretics are recommended to individuals with symptomatic ventricular dysfunction or end-stage heart disease.

Diabetic Hypertension
Combinations of two or more drugs are generally prescribed to attain the target blood pressure of less than 130/80 mmHg. Thiazide diuretics, ACE inhibitors, beta-blockers, ARBs, and calcium channel blockers are effective in reducing risk of cardiovascular disease and stroke in patients with diabetes [151]. ACE inhibitors or ARB-based treatments demonstrate a positive impact on the progression of diabetic nephropathy and reduce albuminuria [152, 153].  In addition, ARBs reduce progression to

macroalbuminuria in such patients [153, 154]. The ace inhibitors and ARBs are effective in preventing renal and retinal complications of diabetes mellitus.

Chronic Kidney Disease

In people with chronic kidney disease, treatment is aimed to slow worsening of kidney function and prevent cardiovascular disease. Hypertension is present in most of the these patients, and they should receive aggressive blood pressure  management, usually with three or more drugs to reach optimal blood pressure control of less than 130/80 mmHg. ACE inhibitors and ARBs have reported beneficial effects on the progression of diabetic and nondiabetic renal disease.  An elevation of serum creatinine up to 35 % above baseline with ACE inhibitors and ARBs is acceptable and shouldn't be the basis to withhold treatment unless hyperkalemia arises [155]. Patients with advanced renal disease may benefit from increasing doses of loop diuretics in combination with other drug classes.

Cerebrovascular Disease

The risks and benefits of acute lowering of blood pressure during an acute stroke are still unclear. Optimal hypertension control at intermediate levels (around 160/100 mmHg) is adequate until the patient's clinical condition has improved or stabilized.
Combination of an ACE inhibitors and thiazide-type diuretic is effective in reducing recurrence of stroke.

 Other Special Situations

Minorities
The overall management of hypertension is identical for all demographic groups; however, socioeconomic factors and lifestyle may be crucial hurdles in the treatment of hypertension in some minority patients. African Americans have a higher prevalence of hypertension compared to general population.  Additionally, the overall impact and severity of hypertension is greater in African Americans. They also show poor response to monotherapy with beta-blockers, ACE inhibitors, or ARBs compared to diuretics or calcium channel blockers.  Drug combinations with inclusion of a diuretic can be effective in such patients. Angioedema caused by ACE inhibitors develops 2–4 times more frequently in African American patients with hypertension than in other groups.

Obesity and the metabolic syndrome
Obesity is an increasingly important risk factor for the development of hypertension and cardiovascular disease.
Metabolic syndrome can be described as the presence of three or more of the following conditions:
- BP >130/85 mmHg
- High triglycerides (>150 mg/dL), or low HDL (<40 mg/dL in men or <50 mg/dL in women)
- Abdominal obesity (waist circumference >40 inches in men or >35 inches in women),
- Glucose intolerance (fasting glucose >110 mg/dL),
Intensive lifestyle modification is necessary for all individuals with the metabolic syndrome, and adequate drug therapy should be prescribed for each of its components.

Left ventricular hypertrophy
Left ventricular hypertrophy (LVH) is one of the independent risk factor that increases the risk of subsequent cardiovascular disease.  Aggressive blood pressure control can effectively control LVH and should include all classes of antihypertensive drugs except the direct vasodilators [156].

Peripheral arterial disease
Peripheral arterial disease (PAD) is an important risk factor in patients with hypertension.   PAD patients can be managed with every class of antihypertensive drugs. Other risk factors should be managed aggressively, and aspirin should be used.

Hypertension in older persons
Hypertension develops in more than two-thirds of individuals after age 65.
People of this age group also have the lowest rates of blood pressure control [157].
Treatment recommendations for this group are the same as outlined for the general care of hypertension.  Current UK guidelines suggest calcium channel blockers or thiazide diuretics as the initial drug therapy for patients over the age of 55 years.

Hypertension in pregnancy
Alpha-methyldopa is usually prescribed as a first-line agent.  Labetalol and metoprolol may also be prescribed during pregnancy.  Atenolol is linked to IUGR (intrauterine growth retardation, poor placental growth and low weight. Ace inhibitors and angiotensin II receptor blockers (ARBs) are teratogenic and, therefore, contraindicated in pregnant women or who intend to become pregnant [140].

**CLINICAL TRIAL AND GUIDELINE BASIS FOR COMPELLING INDICATIONS FOR INDIVIDUAL DRUG CLASSES**

| Compelling Indication* | Recommended Drugs† | | | | | | Clinical Trial  Basis‡ |
|---|---|---|---|---|---|---|---|
| | Diuretic | BB | ACEI | ARB | CCB | Aldo ANT | |
| Heart failure | ● | ● | ● | ● | | ● | ACC/AHA Heart Failure Guideline,40 MERIT-HF,41 COPERNICUS,42 CIBIS,43 SOLVD,44 AIRE,45 TRACE,46 ValHEFT,47 RALES48 |
| Postmyocardial infarction | | ● | ● | | | ● | ACC/AHA Post-MI Guideline,49 BHAT,50 SAVE,51 Capricorn,52 EPHESUS53 |
| High coronary disease risk | ● | ● | ● | | ● | | ALLHAT,33 HOPE,34 ANBP2,36 LIFE,32 CONVINCE31 |
| Diabetes | ● | ● | ● | ● | ● | | NKF-ADA Guideline,21,22 UKPDS,54 ALLHAT33 |
| Chronic kidney disease | | | ● | ● | | | NFK Guideline,22 Captopril Trial,55 RENAAL,56 IDNT,57 REIN,58 AASK59 |

| Recurrent stroke prevention | ● |  | ● |  |  |  | PROGRESS35 |
|---|---|---|---|---|---|---|---|

\* Compelling indications for antihypertensive drugs are based on benefits from outcome studies or existing clinical guidelines; the compelling indication is managed in parallel with the BP.

† Drug abbreviations: ACEI, angiotensin converting enzyme inhibitor; ARB, angiotensin receptor blocker; Aldo ANT, aldosterone antagonist; BB, beta-blocker; CCB, calcium channel blocker.

‡ Conditions for which clinical trials demonstrate benefit of specific classes of antihypertensive drugs.

| Key Recommendations of JNC 7 on Hypertension ||
|---|---|
| Hypertension | The principal goals of antihypertensive therapy is the reduction of cardiovascular and renal morbidity and mortality, with the optimal control of the systolic blood pressure, as most patients will achieve diastolic blood pressure control when the systolic BP is achieved |
| Prehypertension (blood pressure in the range of 120-139/80-89 mmHg) | Appropriate lifestyle modifications to prevent the progressive elevation of blood pressure and cardiovascular disease |
| Uncomplicated hypertension | Thiazide diuretic, either alone or in combination with other classes of drugs |
| Hypertension with high-risk conditions | Angiotensin-converting enzyme [ACE] inhibitors, angiotensin receptor blockers [ARBs], beta blockers, calcium channel blockers are indicated |
| Hypertension with diabetes and chronic kidney disease | Two or more antihypertensive medications to achieve taret blood pressure of less than 140/90 mm Hg or 130/80 mm Hg) |
| Patients with blood pressure of >20 mm Hg above the target systolic BP or > 10 mm Hg above the target diastolic BP | Consider initiation of drug therapy using 2 agents, one of which usually should be a thiazide diuretic |
| Hypertension can only be controlled if patients are motivated to stay on their treatment plan ||

Several studies have reported that hibiscus tea is effective in lowering blood pressure because it s ACE-inhibiting anthocyanin content and a diuretic effect. One study reported that hibiscus provides an antihypertensive effect comparable to 50 mg/day of the drug captopril [158-162]. A metanalysis observed that Coenzyme Q10 200 mg/day, [163] can reduce systolic pressure about 10–17 points and diastolic pressure about 8–10 points [164].

Atherosclerotic disease of the coronary arteries, also known as coronary artery disease or ischemic heart disease, is the number one common cause of mortality worldwide.
Patients usually die either because of pump failure as a result of myocardial infarction or fatal cardiac arrhythmias. Coronary artery disease manifest in various forms, such as angina pectoris, cardiac arrhythmias, acute coronary syndrome, dyspnea, and others.

Angina pectoris is characterized by sudden, severe, pressure-like chest pain radiating to different parts of the body, especially the neck, lower jaw, back, and arms.

It is caused by obstruction or spasm of the coronary arteries leading to curtailed blood flow that is inadequate to meet the oxygen demands of the myocardium [185]. The balance between oxygen delivery and utilization is impaired and leads to ischemia. These transient episodes of myocardial ischemia have a duration that ranges between 15 seconds to 15 minutes. Chronic ischemia can result in worsening of cardiac function, which can cause heart failure, cardiac arrhythmias, and sudden death.

Three classes of drugs are commonly used in management of stable angina.  They are prescribed either alone or in combination and include:

- Organic nitrates
- β-blockers
- CCBs or calcium-channel blockers

These pharmaceutical agents reduce the oxygen demand of the heart muscles by influencing blood pressure, heart rate, venous return, and myocardium contractility.

Lifestyle and risk factor modifications, especially smoking cessation, are key component in the management and treatment of angina.  Surgical options for treating angina include angioplasty and coronary artery bypass surgery.

TYPES OF ANGINA

Angina pectoris has three overlapping patterns:

1) Effort-induced, classical, typical or commonly known as stable angina
2) Unstable angina
3) Prinzmetal, variant, vasospastic, or rest angina.

All these different types of angina are caused by different combinations of increased myocardial demand and decreased myocardial perfusion.

A. Effort-induced angina, classic or stable angina.

Classic or stable angina is the commonest form of angina and is also known as typical angina pectoris, which is characterized by a short lasting burning, heavy, squeezing, or pressure-like feeling in the chest. It is caused by the reduced coronary perfusion because of a fixed obstruction of a coronary artery due to atherosclerosis. The heart is susceptible to ischemia if the oxygen demand increases because of physical activity, emotional excitement, or other causes that increase cardiac workload.  When the pattern of the chest pains and the quantity of effort required for triggering chest pains do not change from day to day or week to week, the angina is termed "stable angina." In some cases some ischemic episodes are not associated with pain and are known as silent angina.

B. Unstable angina

Unstable angina is a stage between stable angina and myocardial infarction. In Unstable angina, chest pains are characterized by following patterns:

- Increased frequency
- Longer duration, usually lasting more than 10 minutes
- Increased intensity
- Precipitated by progressively less effort

Any episode of rest angina that lasts more than 20 minutes, any new onset of angina, any increasing (crescendo) angina, and even sudden development of dyspnea, is suggestive of unstable angina. These anginal symptoms are not relieved by rest or nitroglycerin.  Patients with unstable angina should be hospitalized and provided more aggressive treatment to prevent death and subsequent progression to MI or myocardial infarction.

C. Prinzmetal, variant, vasospastic or rest-angina

Prinzmetal angina is rare form of episodic angina that occurs at rest and usually at night [186].  It is usually seen in younger women. Symptoms are caused by decreased blood flow to the myocardium because of coronary artery spasm. Although individuals with Prinzmetal angina may have coronary atherosclerosis, the angina episodes are not associated with physical activity, heart rate, or blood pressure.

D. Mixed forms of angina

Individuals with advanced coronary artery disease can experience angina episodes during physical activity as well as at rest, indicating the presence of a fixed obstruction which is linked to endothelial dysfunction and vasospastic disease.

E. Acute coronary syndrome

Acute coronary syndrome is an emergency, which is frequently caused by disruption of an atherosclerotic plaque and partial or complete occlusion of a coronary artery by thrombosis.

This syndrome may present as:

1.  ST-segment elevation myocardial infarction (STEMI)
2.  Non–ST-segment elevation myocardial infarction (NSTEMI)
3.  Unstable angina.

Myocardial infarction can be detected by elevated serum levels of biomarkers (e.g. creatine-Kinase-MB isoform and cardiac troponin) of myocardial necrosis.

Overview of Treatment

The treatment of stable angina has two principal objectives.  The first one is prevention of myocardial ischemia (MI) and death. The second objective is reduction of angina symptoms and development of ischemia, which improves the quality of life. The treatment therapy aimed at preventing mortality or death has the highest priority.

When two different treatment strategies are equally beneficial and effective in relieving symptoms of angina, the treatment therapy which is more effective in preventing death is preferred and be recommended. For example, coronary artery bypass surgery is the preferred option for patients with significant left main CAD as it prolongs life. However, in many patients with mild angina, who have one-vessel CAD, and normal LV function, medical therapy, coronary angioplasty, and coronary artery bypass surgery are all effective options. The choice of treatment therapy usually depends on the degree of clinical response to initial medical therapy, although some patients with stable angina may prefer coronary revascularization.  The three principal components in this decision-making process are:

• Cost-effectiveness
• Patient preference
• Patient education

Pharmacotherapy to Prevent MI and Death

BETA-BLOCKERS
Beta-blockers are highly effective for providing symptomatic relief of angina and reduction of ischemic events.

Properties of Beta-Blockers in Clinical Use

| Drugs | Selectivity | Partial Agonist Activity | Usual Dose for Angina |
|---|---|---|---|
| Propranolol | None | No | 20–80 mg twice daily |
| Metoprolol | β1 | No | 50–200 mg twice daily |
| Atenolol | β1 | No | 50–200 mg/day |
| Nadolol | None | No | 40–80 mg/day |
| Timolol | None | No | 10 mg twice daily |
| Acebutolol | β1 | Yes | 200–600 mg twice daily |
| Betaxolol | β1 | No | 10–20 mg/day |
| Bisoprolol | β1 | No | 10 mg/day |
| Esmolol (intravenous) | β1 | No | 50–300 mcg/kg/min |
| Labetalol | None | Yes | 200–600 mg twice daily |
| Pindolol | None | Yes | 2.5–7.5 mg 3 times daily |

Mechanism of action
Activation of beta-receptors causes increase in heart rate, acceleration of conduction via the AV node, and increased cardiac contractility. Beta blockers cause inhibition of beta-receptors and cause decrease in heart rate, contractility, and arterial power.  They decrease myocardial oxygen demand, sinus rate and AV conduction.  Some beta-blockers are partial agonist and do not decrease heart rate and blood pressure at rest.

Clinical effectiveness

Several types of beta-blockers can be used for treatment of angina. Beta blockers are effective in chronic stable exertional angina because they decrease the heart rate–blood pressure product during exercise, and the onset of angina or the ischemic threshold during exercise is delayed or avoided [187, 188]. Dose of beta-blockers is usually adjusted to reduce heart rate at rest to 55-60 beats per minute. In case of severe angina, heart rate can further be reduced to less than 50 beats per minute if there is no development of heart block and symptoms related to bradycardia. Beta-blockers with additional vasodilating effects are beneficial in stable angina [189-191]. Drugs with combined alpha- and beta-adrenergic antagonist properties are also effective in the management of chronic stable angina [192, 193]. Beta-blockers in combination with nitrates are also effective in management of treatment of chronic stable angina. Nitrates tend to increase sympathetic activity and can cause reflex tachycardia, which is reduced with the concomitant use of beta-blockers. This combination therapy of nitrates and beta-blockers seems to be more beneficial and effective than nitrates or beta-blockers alone [194, 195]. Beta-blockers are also effective in combination with calcium antagonists. For combination therapy, calcium antagonists of choice are the slow-release dihydropyridines or new-generation, long-acting dihydropyridines [196-200]. Calcium antagonists can cause tachycardia, which is counteracted with the concomitant use of beta-blockers. Beta-blockers in combination with diltiazem and verapamil can cause AV block or extreme bradycardia and, therefore, should be used with caution.  Beta-blockers should not

be used in patients with Prinzmetal angina without fixed obstructive lesions as they can trigger vasospasm from unopposed alpha-receptor activity [201].

Contraindications

The absolute cardiac contraindications for prescribing beta-blockers include:
- Severe bradycardia with less heart rate of less than 50 beats per minute.
- Pre-existing second or third degree of AV block
- Sick sinus syndrome
- Severe, unstable LV failure (mild CHF may actually be an indication for beta-blockers [202].

The relative cardiac contraindications for prescribing beta-blockers include:
- Asthma
- Bronchospastic disease
- Severe depression
- Peripheral vascular disease

Common side effects of beta blockers include:
- Lethargy
- Exercse intolerance
- Fatigue
- Insomnia
- Nightmares
- Impotence
- Worsening claudication

Drug Interactions

Verapamil and diltiazem
- Combination of a beta-blocker and verapamil should not be avoided because it can cause severe bradycardia.
- The combination of a beta-blocker and diltiazem should be given on specialist advice as it can lead to cardiac arrhythmia and AV node block [203].

Class I antiarrhythmics (such as quinidine, disopyramide, flecainide, lidocaine)
- The combination of a beta-blocker and a class I antiarrhythmic is not recommended.

Amiodarone
- The combination of a beta-blocker and amiodarone should be prescribed with caution — monitor pulse and blood pressure, and check for signs of worsening heart failure, as there is an increased risk of bradycardia, atrioventricular (AV) block, and myocardial depression. Amiodarone should not be initiated in primary care unless on specialist advice.

Digoxin
- Concomitant administration of a beta-blocker and digoxin can cause bradycardia and AV block and bradycardia.

CALCIUM ANTAGONISTS

Calcium antagonists or calcium channel blockers or CCBs are effective in reducing pain in stable angina.

Mechanisms of action

These agents block or reduce the transmembrane flow of calcium through the calcium channels. The calcium channels can be categorized into L type, T type, and N type.
The pharmacodynamics of calcium antagonists are summarized in the below table.
Properties of Calcium Antagonists in Clinical Use

| Drugs | Usual Dose | Duration of Action | Side effects |
|---|---|---|---|
| **Dihydropyridines** | | | |
| Nifedipine | Immediate release: 30–90 mg daily orally<br><br>Slow release: 30–180 mg orally | Short | Hypotension, dizziness,  orally flushing, nausea, constipation, edema |
| Amlodipine | 5–10 mg qd | Long | Headache, edema |
| Felodipine | 5–10 mg qd | Long | Headache, edema |
| Isradipine | 2.5–10 mg bid | Medium | Headache, fatigue |
| Nicardipine | 20–40 mg tid | Short | Headache, dizziness, flushing, edema |
| Nisoldipine | 20–40 mg qd | Short | Similar to nifedipine |
| Nitrendipine | 20 mg qd or bid | Medium | Similar to nifedipine |
| **Miscellaneous** | | | |
| Bepridil | 200–400 mg qd | Long | Arrhythmias, dizziness, Nausea |
| Diltiazem, | Immediate release: 30–80 mg 4 times daily<br><br>Slow release: 120–320 mg qd | Short<br><br><br>Long | Hypotension, dizziness, flushing, bradycardia, Edema |
| Verapamil | Immediate release: 80-160 mg tid | Short | Hypotension, myocardial depression, heart failure, edema, bradycardia |

| | Slow release: 120–480 mg qd | Long | |
|---|---|---|---|

All calcium antagonists have a variable negative inotropic property.

CCBs cause vasodilation by reducing smooth muscle tension in the peripheral vascular bed. Second-generation CCBs, such as verapamil and diltiazem, decrease coronary vascular resistance and increase coronary blood flow. CCBs cause dilation of the epicardial conduit vessels and the arteriolar resistance vessels. Dilation of the epicardial coronary arteries is effective in relieving vasospastic angina. CCBs reduce arterial pressure and systemic vascular resistance and that leads to low myocardial oxygen demand. CCBs exert negative inotropic effect resulting in decreased the myocardial oxygen requirement. Different types of CCBs have varying degree of negative inotropic properties. Nifedipine probably possesses the highest degree of negative inotropic effect. Amlodipine and felodipine exert a comparatively less negative inotropic effect.
Diltiazem and verapamil are effective in atrial flutter and fibrillation because the reduce AV conduction. CCBs are therefore beneficial for treatment of both demand and supply ischemia [204-210]. Several studies have observed that CCBs are usually as effective as beta-blockers in relieving angina symptoms and improving exercise time to onset of angina or ischemia. Short-acting nifedipine, diltiazem, and verapamil seem to totally eliminate the recurrence of angina in majority of patients and significantly reduce the frequency of angina [211-214].

A. Nifedipine
Nifedipine, a dihydropyridine derivative, is a potent arteriolar vasodilator and has minimal effect on heart rate or cardiac conduction. Nifedipine is taken orally, generally as extended-release tablets. Nifedipine is effective in treating variant angina due to spontaneous coronary spasm because of its vasodilation effect. Side effects of nifedipine include constipation, headache, hypotension, flushing and peripheral edema Nifedipine can also reflex tachycardia especially when peripheral vasodilation is prominent.

B. Verapamil
Verapamil slows down AV conduction directly and reduces blood pressure, heart rate, cardiac contractility, and oxygen demand.  Compared to nifedipine, verapamil has greater negative inotropic effects, but is a less potent vasodilator. Verapamil is contraindicated in patients with preexisting poor cardiac function or AV conduction impairments.  Verapamil should be prescribed with caution in patients taking digoxin due to increased risk of digitalis toxicity.

C. Diltiazem
Diltiazem and verapamil have similar have cardiovascular effects. Diltiazem causes reduction in heart rate, although to a lesser degree than verapamil, and also lowers blood pressure. Diltiazem is especially beneficial in patients with variant angina as it can alleviate coronary artery spasm.The incidence of adverse side effects is low in diltiazem as well as in all CCBs.  Drug interactions are similar to that of verapamil.

Contraindications

The major contraindication for the use of CCBs is decompensated heart failure, although vasoselective dihydropyridines such as amlodipine and felodipine are tolerated by patients with poor LV ejection

fraction. CCBs are also contraindicated in case of AV nodal block, bradycardia and sinus node dysfunction. Bepridil is contraindicated if the EKG shows a long QT interval.

Side effects

Long-term treatment with CCBs can cause hypotension, poor cardiac function and deteriorating cardiac failure (215-217). In addition, CCBs may cause peripheral edema and constipation. Other side effects include flushing, dizziness and headache. Bradycardia, AV block, and AV dissociation can also occur with heart rate–modulating CCBs. Bepridil can trigger polymorphic ventricular tachycardia in patients with an increased QT interval [218].

Combination therapy with CCBs

Beta-blockers in combination with CCBs are highly effective in reducing angina symptoms in patients with stable angina [219-223]. Combination of metoprolol and nifedipine was reported to be effective in reducing the incidence of ischemia and improving exercise tolerance compared with either drug alone [224]. The long-acting, relatively vasoselective dihydropyridine CCBs in combination with beta-blockers show an increased antianginal efficacy in patients with stable angina [225 -227].

NITROGLYCERIN AND NITRATES

Nitroglycerine and nitrates cause a rapid reduction in myocardial oxygen demand, followed by immediate relief of symptoms.  These agents are effective in stable and unstable angina as well as in Prinzmetal's Angina.

Mechanisms of action

Nitrates inhibit coronary vasoconstriction or spasm, increasing perfusion of the heart muscles and, hence, providing relief from vasospastic angina.  Nitrates provide beneficial effects by reducing the myocardial oxygen requirement and improving myocardial perfusion [228, 229]. Nitroglycerin also exhibits antithrombotic and antiplatelet properties in patients with stable angina [230]. A reflex increase in sympathetic activity can occur in some patients causing increased heart rate and contractility.  However, nitroglycerin decreases myocardial oxygen demands and improves myocardial perfusion which prevents myocardial ischemia.

Clinical effectiveness

Nitrates improve exercise tolerance, time to onset of angina, and ST-segment depression during the treadmill exercise test in patients with exertional stable angina.
Nitrates, in combination with beta-blockers or calcium antagonists, exhibit greater antiischemic and antianginal effects in patients with stable angina (231-236).
Nitroglycerin in the form of sprays and sublingual tablets are appropriate for rapid relief of effort or rest angina. These are also effective preventing ischemic episodes when taken a few minutes prior to exercise. Long-acting nitrates such as isosorbide dinitrate, mononitrates, transdermal nitroglycerin patches, and nitroglycerin ointment are effective in preventing the recurrence of angina. The properties of frequently prescribed preparations are listed in the table.

Nitroglycerin and Nitrates in Angina

| Compound | Route | Dose | Duration of Effect |
|---|---|---|---|
| Nitroglycerin | Sublingual tablets | 0.3–0.6 mg up to 1.5 mg | 1½–7 min |
| | Spray | 0.4 mg as needed | Similar to sublingual tablets |
| | Ointment | 2% 6 x⬛⬛6 in., 15 x 15 cm 7.5–40 mg | Effect up to 7 hours |
| | Oral sustained release | 2.5–13 mg | 4-8 hours |
| | Buccal | 1–3 mg 3 times daily | 3-5 hours |
| | Intravenous | 5–200 mcg/min | Tolerance in 7–8 hours |
| Isosorbide Dinitrate | Sublingual | 2.5-15 mg | Up to 60 min |
| | Oral | 5–80 mg, 2–3 times daily | Up to 8 h |
| | Spray | 1.25 mg daily | 2–3 min |
| | Chewable | 5 mg | 2–2½ h |
| | Oral slow release | 40 mg 1–2 daily | Up to 8 h |
| | Intravenous | 1.25–5.0 mg/h | Tolerance in 7–8 h |
| | Ointment | 100 mg/24 h | Not effective |
| Isosorbide Mononitrate | Oral | 20 mg twice daily | 12-24 hours |
| | | 60–240 mg once daily | |
| Pentaerythritol Tetranitrate | Sublingual | 10 mg as needed | Not known |
| Erythritol Tetranitrate | Sublingual | 5–10 mg as needed | Not known |
| | Oral | 10–30 3 times daily | Not known |

Pharmacokinetics

The time to onset of action of nitroglycerin is approximately 1 minute and more than an hour for isosorbide mononitrate.  It is usually taken sublingually or via a transdermal patch. Isosorbide mononitrate is stable against hepatic breakdown resulting in increased and improved bioavailability and

long duration of action. Oral isosorbide dinitrate is converted into two mononitrates which exhibit antianginal activity.

Contraindications

Nitroglycerin and nitrates can lead to worsening of mitral regurgitation and LV outflow tract obstruction and, therefore, are relatively contraindicated in hypertrophic obstructive cardiomyopathy. In patients with severe aortic valve stenosis, nitroglycerin should not be prescribed as it can trigger syncope. However, nitroglycerin is beneficial for relieving angina symptoms. Administration a combination of nitrates and sildenafil substantially increases the risk of hypotension which can even be fatal.  Patients should also avoid sildenafil within the 24-h interval after taking a nitrate, including sublingual nitroglycerin.

Side effects

Nitrate tolerance is a big problem with long-term use of nitroglycerin and long-acting nitrates [237]. Tolerance is not restricted to antianginal and hemodynamic effects but also includes platelet antiaggregatory effects [238]. Nitrate tolerance can be reduced by concurrent administration of a sulfhydryl-donor or hydralazine [239]. However, the best way of preventing nitrate tolerance is decreasing the frequency of administering nitroglycerin with a nitrate-free interval of approximately 8-12 hours. Headache occurs in more than 60% of patients taking nitrate therapy. Patients can also develop transient hypotension and presynsinus cope or syncope. In rare cases, sublingual nitroglycerin may cause bradycardia and hypotension. Nitrates in high doses can also cause hypotension (transient or postural), burning sensation in mouth, tachycardia and facial flushing.


OTHER ANTIANGINAL AGENTS AND THERAPIES

Molsidomine, a sydnonimine that has similar mechanism of action to that of nitrates, is reported to be effective in the treatment of chronic stable angina [240].  Similarly, nicorandil, a potassium channel activator, may be beneficial in treatment of stable angina [241-243]. Certain metabolic agents such as ranolazine, trimetazidine, and L-carnitine are also beneficial in relieving antianginal effects in some patients [244-247].
Efficacy of ACE-inhibitors in the management of stable angina has not been established [248, 249]. Labetalol, a beta- and alpha-adrenoceptor blocker, has demonstrated beneficial antianginal effects [250-251]. Theophylline and trapidil, nonselective phosphodiesterase inhibitors, also cause beneficial antianginal effects [252-253]. Fantofarone, a calcium antagonist, also exerts beneficial antianginal effects in patients with chronic stable angina [254]. Acupuncture and chelation therapy are not effective in relieving angina symptoms and are not recommended for treatment of chronic stable angina.

Anti-anginal medicines (adapted from Abrams, 2005)

| Medicine | Dose | Adverse Effects | Cautions |
|---|---|---|---|
| Beta Blockers | | | |

| Metoprolol tartrate | 50–100 mg twice daily | Fatigue, shortness of breath, wheezing, weakness, dizziness, cold extremities | Caution with use in people with chronic obstructive pulmonary disease, diabetes, depression. Avoid in those with heart block |
| Metoprolol succinate | 95–190 mg once daily | | |
| Atenolol | 25–100 mg once daily | | |

| Calcium Channel Blockers | | | |
|---|---|---|---|
| Amlodipine | 5–10 mg once daily | Headache, flushing, dizziness, oedema Verapamil may cause constipation | Verapamil and diltiazem should be used with caution in patients with low ejection fraction (< 30%) or with sinus or atrioventricular nodal dysfunction |
| Felodipine, sustained release | 5–10 mg once daily | | |
| Nifedipine, sustained release | 30–90 mg once daily | | |
| Verapamil, sustained release | 120–240 mg once or twice daily | | |
| Diltiazem, sustained release | 120–360 mg once daily | | |

| Nitrates | | | |
|---|---|---|---|
| Isosorbide mononitrate, long-acting formulations | 40–120 mg once daily | Headache, dizziness, nausea, palpitations Tolerance is a major limiting factor | Contraindicated with phosphodiesterase (PDE5) inhibitors e.g. sildenafil |
| Nitroglycerin, patch | Initially one (5 mg/24 hour) patch daily. Maintenance: usually one (10 mg/24 hour) patch daily; may increase to two (10 mg/24 hour) patches daily. Used for no more than 12–14 hours per 24 hours | | |

Antiplatelet Agents

Aspirin inhibits cyclooxygenase and synthesis of platelet thromboxane A2 leading to an antithrombotic effect. The use of aspirin in patients with stable angina is associated with reduction in the risk of adverse cardiovascular events [255, 256]. Ticlopidine is a thienopyridine derivative and adenosine diphosphate (ADP) receptor inhibitor that prevents platelet aggregation [257-258]. It also reduces blood viscosity [259]. Ticlopidine decreases platelet function in patients with stable angina but, unlike aspirin, has not been reported to decrease adverse cardiovascular events [260, 261].

It is prescribed to patients who are intolerant to aspirin or in cases where dual antiplatelet therapy is desirable.  Prominent side effects include neutropenia thrombotic thrombocytopenic purpura (TTP). Aspirin (75 to 325 mg daily) should be prescribed to all patients with ischemic heart disease (acute and chronic) in the absence of contraindications.

Clopidogrel, also a thienopyridine derivative, is chemically similar to ticlopidine but seems to have a greater antithrombotic effect than ticlopidine (523).  Clopidogrel inhibits a receptor called P2Y12, an adenosine diphosphate (ADP) chemoreceptor on platelet cell membranes.  It prevents platelet activation by selectively and irreversibly blocking the binding of adenosine diphosphate to its platelet receptors and thus preventing adenosine diphosphate–dependent activation of the glycoprotein IIb/IIIa complex.  The efficacy of clopidogrel in the treatment of patients with chronic stable angina is yet to be confirmed.

Dipyridamole is a pyrimido-pyrimidine derivative that causes vasodilation of coronary vessels and inhibits thrombus formation [262]. Dipyridamole inhibits the enzyme phosphodiesterase and prevents adenosine uptake resulting in increased levels of intracellular platelet cyclic AMP (adenosine monophosphate) [263]. Increased plasma adenosine causes vasodilation.  However, patients with stable angina should not be prescribed dipyridamole as an antiplatelet agent because it can increase exercise-induced myocardial ischemia [264].

Antithrombotic Therapy

The efficacy of newer antiplatelet and antithrombotic agents such as glycoprotein IIb/IIIa inhibitors and recombinant hirudin are effective in the management of patients with chronic stable angina has not been established [265].

Antianginal and Anti-ischemic Therapy

Antianginal and anti-ischemic drugs are prescribed together with pharmacotherapy to prevent MI and death.  Beta-blockers and CABG in some cases also improve angina and ischemia in addition to preventing MI and sudden cardiac death.  The principal aim of antianginal therapy is to relieve symptoms of cardiac ischemia and improve physical function and quality of life. Beta-blockers, CCBs, and nitrates are the most effective drugs for relieving ischemia and angina.

Choice of Pharmacologic Therapy

The principal consideration in the choice of drugs for management of angina is to improve prognosis. Data from various research studies have observed that aspirin and lipid-lowering pharmacotherapy reduce the risk of death and nonfatal MI.  Beta-blockers should be strongly considered as initial therapy for chronic stable angina because of their beneficial effects on morbidity and mortality in patients with stable angina.
Short-acting dihydropyridine CCBs can increase adverse cardiac events; however, long-acting or slow-release dihydropyridines, or nondihydropyridines, can relieve symptoms in patients with chronic stable angina without increasing the risk of adverse cardiac events. There is no concrete proof that either long-acting nitrates or CCBs are superior for long-term treatment for relieving angina symptoms. Long-acting CCBs are usually preferable to long-acting nitrates for maintenance therapy because of their sustained 24-hour effects.

Special Clinical Situations

Newer-generation CCBs such as amlodipine or felodipine are effective in patients with poor LV systolic function. Beta-blockers or heart rate–modulating CCBs should not be prescribed to patients who have AV block, rest bradycardia or sinus node impairment.

Beta-blockers should be used with caution in IDDM patients as these agents can conceal hypoglycemic symptoms.  It is best to avoid beta-blockers in patients who have severe peripheral vascular disease with ischemic symptoms at rest.  CCBs are the preferred agents in such cases.   Dihydropyridine CCBs and nitrates should be avoided in patients with hypertrophic obstructive cardiomyopathy.  Beta-blockers or heart rate—modulating CCBs are a better option in such cases.  Vasodilators should be used with caution in people with severe aortic stenosis cautiously because of potential risk of hypotension and syncope. Some conditions that may influence the choice of therapy are summarized below.

Recommended Drug Therapy (Calcium Channel blockers vs. Beta-Blocker) in Patients with Angina and Associated Conditions

| Condition | Recommended Treatment (and Alternative) | Avoid |
|---|---|---|
| Medical Conditions | | |
| Systemic hypertension | Beta-blockers (Calcium Channel blockers) | |
| Migraine or vascular Headaches | Beta-blockers (verapamil or diltiazem) | |
| Hyperthyroidism | Beta-blockers | |
| Asthma or chronic obstructive pulmonary disease with bronchospasm | Verapamil or diltiazem | Beta-blockers

Beta-blockers |
| Raynaud's syndrome | Long-acting slow-release calcium channel blockers | |
| IDDM or Insulin-dependent diabetes | Beta-blockers (particularly if prior MI) or long-acting slow-release calcium channel blockers | |
| NIDDM or Non-insulin-dependent diabetes | Beta-blockers or long-acting slow-release calcium channel blockers | |
| Mild peripheral vascular disease | Beta-blockers or calcium channel blockers | |
| Severe peripheral vascular disease with rest ischemia | Calcium channel blockers | |

| | | |
|---|---|---|
| Depression | | Beta-blockers |
| | Long-acting slow-release calcium channel blockers | |
| Cardiac Arrhythmias and Conduction Abnormalities | | Beta-blockers |
| Sinus bradycardia | | |
| | Long-acting slow-release, calcium channel blockers that do not, decrease heart rate | |
| Sinus tachycardia (not due to heart failure) | Beta-blockers | Beta-blockers, diltiazem , verapamil |
| Supraventricular tachycardia | Verapamil, diltiazem, or beta-blockers | |
| Atrioventricular block | | |
| | Long-acting slow-release calcium channel blockers that do not slow A-V conduction | |
| Rapid atrial fibrillation (with digitalis) | Verapamil, diltiazem, or beta-blockers | Beta-blockers, verapamil |
| Ventricular arrhythmias | Beta blockers | |
| **Left Ventricular Dysfunction** | | |
| Congestive heart failure | | |
| Mild (LVEF <40%) | | |
| | Beta-blockers | |
| Moderate to severe (LVEF < 40%) | Amlodipine or felodipine (nitrates) | |
| Left-sided valvular heart disease  Mild aortic  stenosis | | Verapamil, Diltiazem |
| | Beta-blockers | |
| Aortic insufficiency | | |
| | Long-acting slow-release Dihydropyridines | |
| Mitral stenosis | | |

| Mitral regurgitation | Beta-blockers | |
| Hypertrophic cardiomyopathy | Long-acting slow-release Dihydropyridines | |
| | Beta-blockers, non-dihydropyridine calcium channel blockers | |
| | | Nitrates, dihydropyridine calcium channel blockers |

MI, myocardial infarction; LVEF, left ventricular ejection fraction

Successful Treatment of Chronic Stable Angina

The management of chronic stable angina has two important complementary aims:
1. Reduction of mortality and morbidity
2. Reduction of angina symptoms

From the patient's outlook, it is usually the latter that is of greater concern. Because of the varied symptom complexes coupled with patients' unique expectations, perceptions, and preferences, it is very difficult to define treatment success that is accepted universally. However, for majority of patients, the goal of treatment should be complete, or nearly complete, relief of anginal chest pain and return to normal activities of daily living and functional abilities equivalent to that of CCS class I angina. This goal should be achieved with minimal side effects.

**Initial Treatment**
The initial treatment should include:
A = Aspirin and Antianginal therapy
B = Beta-blocker and Blood pressure
C = Cigarette smoking and Cholesterol
D = Diet and Diabetes
E = Education and Exercise

Each treatment element can be further divided into two parts:
1) Antianginal treatment
2) Education and risk factor modification.

Aspirin is only effective in reducing the risk of subsequent heart attack and death; however, it doesn't prevent angina. Therefore it is assigned to the education and risk factor component and subsequent therapy should then be started. All patients experiencing angina should be prescribed sublingual nitroglycerin and educated about its proper use. Patient should be educated that sublingual nitroglycerin is a short-acting drug with no known long-term side effects. Initiation of therapy with long-acting nitrates or calcium antagonists is appropriate if the patient experiences rest and nocturnal angina indicating vasospasm. Drugs or medical conditions that may exacerbate or trigger angina must be identified and treated adequately.  Treatment of such conditions may help in resolution of angina and no subsequent treatment is needed.  In case the anginal symptoms are not relieved, further treatment should then be initiated. Beta-blocker is the drug of choice as initial therapy if there are no contraindications. It is strongly recommended in patients with prior MI. Calcium channel blockers should be prescribed in case beta-blockers are contraindicated or angina persists despite their use. Long-acting nitrate therapy should be prescribed in case calcium channel blockers are contraindicated, have unacceptable adverse effects or angina persists even with their use.  Evaluation for coronary revascularization should be considered on the basis of severity of anginal symptoms, coronary anatomy and patient preferences.  However, medical therapy should be given before angioplasty or surgery is considered. Low-risk patients should be treated with preferably all three (Beta-blockers, Calcium channel Blockers and nitrates) or at least two available classes of drugs before medical therapy is considered a failure.

## Recommendations for prevention of MI and Death in Asymptomatic Patients

### Class I

1. Aspirin in the absence of contraindication in patients with prior MI. (Level of Evidence: A)
2. Beta-blockers as initial therapy, if not contraindicated, in patients with prior MI. (Level of Evidence: B)
3. Lipid-lowering agents in patients with documented coronary artery disease and LDL cholesterol < 130 mg/dl, with a target LDL of > 100 mg/dl. (Level of Evidence: A)
 4. ACE inhibitor in patients with coronary artery disease who also have diabetes and/or systolic dysfunction. (Level of Evidence: A)

### Class IIa

1. Aspirin in the absence of contraindications in patients without prior MI. (Level of Evidence: B)
2. Beta-blockers as initial therapy, if not contraindicated, in patients without prior MI. (Level of Evidence: C)
3. Lipid-lowering therapy in patients with documented coronary artery disease and LDL cholesterol of 100 to 129 mg/dl, with a target LDL of 100 mg/dl. (Level of Evidence: C)
4. ACE- inhibitor in all patients with diabetes who do not have contraindications because of severe renal disease. (Level of Evidence: B)

## Education of Patients with Chronic Stable Angina

Effective education of patient is very important for better therapeutic and preventive measures and in alleviating their anxieties and concerns. This in turn is helps the patient achieve better results with regards to quality of life and improved survival (667-669).
Patients should be educated regarding the importance of medical regimens for better medical compliance because poor compliance is linked to increased mortality, increased morbidity, and excess hospitalization (972-975). Patient education, like any education, is a continuous process that must be a crucial component of every patient encounter.

A well informed patient will be better able to comprehend treatment decisions and express preferences that are a crucial part of the decision-making process (672).

**Recommendations for Revascularization with PCI (Percutaneous coronary intervention) (or Other Catheter-Based Techniques) and CABG (Coronary bypass surgery) in Patients with Stable Angina**

Class I
1. CABG is indicated for patients with significant left main coronary disease. (Level of Evidence: A)
2. CABG is indicated for patients with three-vessel disease. The survival benefit is greater in patients with abnormal LV function (ejection fraction < 50%). (Level of Evidence: A)
3. CABG is indicated for patients with two-vessel disease with significant proximal LAD CAD and either abnormal LV function (ejection fraction < 50%) or demonstrable ischemia on noninvasive testing. (Level of Evidence: A)
4. PCI or percutaneous coronary intervention is indicated for patients with two- or three-vessel disease with significant proximal LAD CAD, who have anatomy suitable for catheter-based therapy and normal LV function and who do not have treated diabetes. (Level of Evidence: B)
5. PCI or CABG is indicated for patients with one- or two-vessel CAD without significant proximal LAD CAD but with a large area of functional myocardium and high-risk criteria on noninvasive testing. (Level of Evidence: B)
6. CABG is indicated for patients with one- or two-vessel CAD without significant proximal LAD CAD who have survived sudden cardiac death or sustained ventricular tachycardia. (Level of Evidence: C)
7. In patients with prior PCI, CABG or PCI for recurrent stenosis associated with a large area of viable myocardium or high-risk criteria on noninvasive testing. (Level of Evidence: C)
 8. PCI or CABG for patients who have not been successfully treated by medical therapy (see text) and can undergo revascularization with acceptable risk. (Level of Evidence: B)

Class IIa

1. Repeat CABG for patients with multiple saphenous vein graft stenoses, especially when there is significant stenosis of a graft supplying the LAD. It may be appropriate to use PCI for focal saphenous vein graft lesions or multiple stenoses in poor candidates for reoperative surgery. (Level of Evidence: C)
2. Use of PCI or CABG for patients with one- or two-vessel CAD without significant proximal LAD disease but with a moderate area of viable myocardium and demonstrable ischemia on noninvasive testing. (Level of Evidence: B)
3. Use of PCI or CABG for patients with one-vessel disease with significant proximal LAD disease. (Level of Evidence: B)

Class IIb
1. Compared with CABG, PCI for patients with two- or three-vessel disease with significant proximal LAD CAD, who have anatomy suitable for catheter-based therapy, and who have treated diabetes or abnormal LV function. (Level of Evidence: B)
2. Use of PCI for patients with significant left main coronary disease who are not candidates for CABG. (Level of Evidence: C)
 3. PCI for patients with one- or two-vessel CAD without significant proximal LAD CAD who have survived sudden cardiac death or sustained ventricular tachycardia. (Level of Evidence: C)

Class III

1. Use of PCI or CABG for patients with one- or two vessel CAD without significant proximal LAD CAD, who have mild symptoms that are unlikely due to myocardial ischemia, or who have not received an adequate trial of medical therapy and a. have only a small area of viable myocardium or b. have no demonstrable ischemia on noninvasive testing. (Level of Evidence: C)
2. Use of PCI or CABG for patients with borderline coronary stenoses (50% to 60% diameter in locations other than the left main coronary artery) and no demonstrable ischemia on noninvasive testing. (Level of Evidence: C)
3. Use of PCI or CABG for patients with insignificant coronary stenosis (less than 50% diameter). (Level of Evidence: C)
4. Use of PCI in patients with significant left main coronary artery disease who are candidates for CABG. (Level of Evidence: B)

At present, there are two well-established revascularization approaches for treating of chronic stable angina caused by coronary atherosclerosis.
1. CABG.  Segments of autologous arteries or veins are used to bypass or reroute blood around comparatively long segments of the proximal coronary artery.
2. PCI.   This technique involves use of catheter-borne mechanical or laser devices to open a short area of stenosis from within the coronary artery.

## UNSTABLE ANGINA AND NSTEMI

Unstable angina/NSTEMI are medical emergencies that constitute a clinical syndrome subset of the acute coronary syndrome that is usually, but not always, caused by atherosclerotic coronary artery disease and is associated with an increased risk of cardiac death and subsequent MI.
In the spectrum of acute coronary syndrome, UA/NSTEMI is characterized by:
- ECG:  ECG shows ST-segment depression or prominent T-wave inversion
- Biomarkers: Positive biomarkers of necrosis(CK-MB, troponin) in the absence of ST-segment elevation
- Clinical symptoms of chest discomfort or angina.

UA/NSTEMI is usually caused by disruption or erosion of an atherosclerotic plaque and a subsequent chain of events that reduces coronary blood perfusion. Most patients who die during UA/NSTEMI can be fatal because development (or recurrence) of acute MI or sudden death. UA/NSTEMI is usually caused by a mismatch between myocardial oxygen supply and demand. UA/NSTEMI is most frequently caused by reduction in myocardial perfusion that results from coronary artery thrombosis due to a disrupted atherosclerotic plaque and is usually nonocclusive

| Causes of UA/NSTEMI |
| --- |
| Thromboembolism or thrombus that develops from disruption or erosion of an atherosclerotic plaque<br>• Occlusive thrombus, generally with collateral vessels<br>• Partial occlusive thrombus on pre-existing plaque<br>• Distal microvascular thromboembolism from plaque-associated thrombus<br>Non–plaque-associated coronary thromboembolism<br>Dynamic obstruction which includes coronary spasm or vasoconstriction of epicardial and/or microvascular vessels<br>Progressive mechanical obstruction to coronary flow<br>Coronary arterial inflammation<br>Secondary unstable angina<br>Coronary artery dissection |

Presentations of UA and NSTEMI

There are 3 main clinical presentations of unstable angina:
1. Rest angina.  This type of angina occurs at rest and lasts for more than 20 minutes.
2. New onset angina.  This angina is of CCS class III severity (Canadian Cardiovascular Society classification).
3. Increasing angina.  Previously diagnosed angina that increases in intensity, duration, and/or frequency).  It shifts by 1 or more CCS class to at least CCS class III severity.

Antiplatelet therapy

Acetylsalicylic Acid (Aspirin).
Acetylsalicylic acid (ASA), or aspirin, causes irreversible acetylation of serine 529 of cyclooxygenase (COX-1) in platelets and the endothelium [266, 267], thus inhibiting thromboxane $A_2$ ($TXA_2$) production leading to platelet aggregation.
Several studies have demonstrated that ASA reduces the risk of angina, MI, or death by approximately 30% in patients with coronary artery disease (CAD) [268, 269].
Antiplatelet therapy reduces the risk of serious vascular events which includes nonfatal MI or stroke or vascular death by about 25% [269]. The recommended dose of ASA is 325 mg in the acute setting and until 1 month after patients undergo PCI, with or without stent placement. Subsequently, the dose may be reduced to 81-150 mg, taken indefinitely. However, ASA does not prevent recurrence of thrombotic events. Patients who experience an ischemic event and are taking aspirin may have worse outcomes than do patients who are not taking aspirin [270].  Such patients develop "aspirin resistance" [271, 272].  Most common causes of aspirin resistance are inadequate dosing, drug interactions, genetic polymorphisms of COX-1 and other genes involved in $TXA_2$ production, and upregulation of non-platelet sources of $TXA_2$ production [273].  Currently, there is no treatment for aspirin resistance; however, altering aspirin therapy after a laboratory finding of aspirin resistance could be both beneficial and safe [274].
Contraindications to ASA include intolerance and allergy (usually in the form of asthma with nasal polyps), hemophilia, active bleeding, severe untreated hypertension, GI bleeding or an active peptic ulcer. ASA may cause gastrointestinal side effects such as dyspepsia and nausea, but are not common with the low doses.

Thienopyridines

Thienopyridines, such as ticlopidine, clopidogrel, and prasugrel, irreversibly inhibit the binding of ADP to its receptors on platelets and, hence, prevent the activation of the GP IIb/IIIa receptors required for platelets to bind to fibrinogen and to each other. Their mechanism of action is independent of and complementary to that of aspirin, and the combination of a Thienopyridines and aspirin is superior to aspirin alone [275, 276].

Thienopyridines require a loading dose as they require more time than aspirin to cause antiplatelet effects.

 Therapeutic use:

Combination of Ticlopidine and reduces rates of vascular death and MI by 46% in NSTEMI patients [277].  It is considered to be superior to oral anticoagulants in preventing thrombotic complications after coronary stent placement [278].

However, its use is limited because of due to its life-threatening hematologic adverse reactions which include neutropenia, aplastic anemia, and thrombocytopenia [279].

Ticlopidine is usually prescribed to patients who are intolerant to other drug treatments.

Clopidogrel, a 2nd-generation thienopyridine, is the most popular thienopyridines.

It is approved for preventing atherosclerotic episodes following recent myocardial infarction, stroke, and established peripheral arterial disease. It is also approved and beneficial for prophylaxis of thrombotic events in unstable angina or non–Q wave myocardial infarction. Clopidogrel is also effective in preventing thrombotic episodes associated with PCI (percutaneous coronary intervention) with or without coronary stent. Several studies have observed that compared to ticlopidine, clopidogrel is the preferred drug in ischemic heart disease events.  It is also relatively safer drug with fewer side effects.  In UA/NSTEMI patients with a history of gastrointestinal (GI) bleeding, aspirin and clopidogrel should be prescribed with proton pump inhibitors (PPIs) that minimize the risk of recurrent GI bleeding.  Clopidogrel therapy must be discontinued around 4 to 7 days before elective coronary artery bypass grafting (CABG), to prevent excessive intraoperative and postoperative bleeding [280, 281].

Prasugrel is the newest, orally administered $P2Y_{12}$ receptor antagonist that is more potent, more rapid in onset, and more reliable in its inhibition of platelet aggregation than clopidogrel. It is approved and effective in reducing thrombotic cardiovascular episodes in patients with acute coronary syndrome. TRITON-TIMI trial demsontrated that prasugrel was more effective than clopidogrel in reducing cardiovascular death, nonfatal heart attack, and nonfatal stroke [282].

Pharmacokinetics:

Food does not interfere with the absorption of clopidogrel or prasugrel; however, ticlopidine absorption is affected by food.  After oral ingestion, all three of these drugs undergo hepatic metabolism by the cytochrome P450 (CYP450) system to active metabolites. Drugs and its metabolites are eliminated via kidney and fecal routes.

Ticlopidine has a FDA black box warning as it can cause severe hematologic adverse reactions.  These drugs can cause prolonged bleeding which is more frequently observed with prasugrel.

Ticlopidine can cause serious adverse effects which include neutropenia, TTP, and aplastic anemia; therefore, periodic blood monitoring, particularly during the initial 3 months of treatment is necessary. Clopidogrel causes comparatively fewer adverse affects with lower incidence of neutropenia. However, both clopidogrel and ticlopidine cause TTP.  Incidence of TTP is rare in prasugrel. Clopidogrel has a black box warning for patients who are "poor metabolizers."  The principal side effect of prasugrel is bleeding

which can be life-threatening.  Prasugrel has black box warnings for stroke, bleeding, and sudden withdrawal of this drug in patients undergoing PCI. These drugs can interfere with the metabolism of drugs such as warfarin, phenytoin, and tamoxifen if taken concomitantly. Phenytoin toxicity has been observed when taken with ticlopidine.

**Glycoprotein IIb/IIIa Inhibitors**

GPIIb/IIIa inhibitors are highly effective inhibitors of platelet aggregation.  Currently, three types of GPIIb/IIIa inhibitors are being used clinically: abciximab, tirofiban, and eptifibatide. All three agents are pharmacodynamically and pharmacokinetically different.

<u>Abciximab</u>

Abciximab is a recombinant human-murine chimeric Fab fragment directed against the GP IIb/ IIIa complex. Abciximab blocks the binding of fibrinogen and von Willebrand factor by binding to GP IIb/IIIa, and thus, prevents platelet aggregation. It is administered intravenously along with either heparin or aspirin as an adjunct to PCI to prevent cardiac ischemic complications. Abciximab is also approved for unresponsive unstable angina and for prophylaxis of myocardial infarction.  Antiplatelet effect of abciximab persists for duration of 24-48 hours, and platelet function slowly returns to normal after administration of drug.  The major side effects of abciximab are heightened risk of major bleeding and thrombocytopenia.

Principal contraindications to abciximab use

| Absolute contraindications | Relative contraindications |
|---|---|
| | Concurrent anticoagulation therapy (eg, with warfarin) |
| Active major bleeding | |
| AV malformation | Breast feeding |
| Intracranial aneurysm | Pregnancy |
| Coagulopathy such as hemophilia | Uncontrolled hypertension (Systolic BP >200 mmHg, Diastolic BP >110 mmHg) |
| Intracranial mass or lesion | Thrombolytic therapy |
| Stroke in the previous 30 days | Abciximab hypersensitivity |
| Hemorrhagic stroke | |
| Trauma or surgery in the preceding 6 weeks | |
| Thrombocytopenia | |
| Concurrent dextran therapy | |
| Murine protein hypersensitivity | |
| Vasculitis | |

Eptifibatide and tirofiban

These two antiplatelet drugs have a similar mechanism of action act to abciximab, and they act by blocking the GP IIb/IIIa receptor.  Eptifibatide is a cyclic peptide that binds to GP IIb/IIIa at the site that interacts with the arginine-glycine-aspartic acid sequence of fibrinogen. Tirofiban acts at the same site in a similar fashion but is a non-peptide.

These agents reduce the incidence of thrombotic complications associated with acute coronary syndromes. Antiplatelet effect of these agents persists for approximately 4 hours, and platelet function slowly returns to normal after administration of drug. Only IV formulations are used for these agents as the oral preparations are too toxic. The major adverse effect of both agents is bleeding.

Abciximab when given to relatively high-risk patients (those with UA, evolving MI, or complex angiographic lesion morphology) resulted in 35% reduction in incidence of MI, recurrent ischemia or death [283]. Abciximab reduces the rate of MI before, during, and after PTCA, even in patients who were administered nitrates and heparin [284].

Although GPIIb/IIIa inhibitors are beneficial in UA/NSTEMI patients undergoing invasive procedures, the appropriate timing for drug initiation still needs to be established.

Pharmacological properties of GPIIb/IIIa inhibitors

| Parameter | Abciximab | Tirofiban | Eptifibatide |
|---|---|---|---|
| Molecular weight (Da) | 50000 | 490 | 800 |
| Receptor selectivity | | | |
| GPIIb/IIIa | High | High | High |
| MAC-1 | High | No | No |
| Molecular mechanism | Monoclonal antibody with high affinity for GPIIb/IIIa receptor | Competitive inhibitor | Competitive inhibitor |
| Clearance | Platelet binding | Renal (60%) + biliar (40%) | Renal (90%) |
| Half-life (hours) | | | |
| plasma | 0.5 | 2 | 3 |
| platelet | 4 | No | No |
| Dissociation constant (nmol/L) | 5 | 15 | 120 |
| Antigenicity | Possible | No | No |
| Reversibility of effect (h) | 72–96 | 4 | 4–6 |

**Anticoagulants**

Unfractionated Heparin and LMWHs

Unfractionated heparin is a straight-chain, anionic glycosaminoglycan which consists of multiple different polysaccharide chain lengths of varying molecular weights. It is a potent anticoagulant which activates and accelerates the proteolytic activity of plasma cofactor antithrombin (AT). Heparin is effective in the prophylaxis of venous thrombosis and the treatment of pulmonary embolism, acute myocardial infarction and different types of thrombotic diseases. It has the highest negative charge density of any known biological molecule [285].

The LMWHs are heterogeneous compounds that are 1/3 the size of unfractionated heparin and are derived from chemical or enzymatic depolymerization of unfractionated heparin. Because they are free of some of the drawbacks associated with the polymer, they are replacing the use of heparin in many clinical situations.

| Heparin or Unfractionated Heparin | Low Molecular Weight Heparin or LMWH |
|---|---|
| Average molecular weight is 15 kDa | Average molecular weight is 4.5 kDa |
| Intravenous half-life is 2 hours | Intravenous half-life is 4 hours |
| Bioavailability is 20% | Bioavailability is 90% |
| Anticoagulant response is variable | Anticoagulant response is predictable |
| Requires frequent subcutaneous dosing | Requires less frequent subcutaneous dosing |
| Monitoring of the APTT coagulation parameter is necessary for high dose heparin | No need for monitoring of the APTT coagulation parameter |
| High risk of bleeding | Low risk of bleeding |
| High risk of osteoporosis in long-term use | Low risk of osteoporosis in long-term use |
| Anticoagulant effects are typically reversible with protamine sulfate | Protamine's effect on LMWH is limited |
| Hospital setting for heparin therapy | Hospital and outpatient for LMWH  therapy |

Molecular weight (MW) and anticoagulant activities of various LMWH

| LMWH | Average molecular weight (kDa) | Ratio anti-Xa/anti-IIa activity |
|---|---|---|
| Bemiparin | 3600 | 9.7 |
| Certoparin | 5400 | 2.4 |
| Dalteparin | 6000 | 2.5 |
| Enoxaparin | 4500 | 3.9 |
| Nadroparin | 4300 | 3.3 |

| Parnaparin | 5000 | 2.3 |
| Reviparin | 4400 | 4.2 |
| Tinzaparin | 6500 | 1.6 |

## Mechanism of action:

Heparin acts by binding to antithrombin III leading to rapid inactivation of coagulation factors. Antithrombin III inhibits serine proteases, several clotting factors, which includes thrombin (Factor IIa) and Factor Xa.  Antithrombin III interacts very slowly with thrombin and Factor Xa; however, in the presence of heparin accelerates this interaction about 1000-fold.  Heparin also acts as a catalyst encouraging antithrombin III to quickly combine with and inhibit circulating thrombin and Factor Xa. In contrast, LMWHs (low molecular weight heparin) complex with antithrombin III and inactivateFactor Xa but do not bind as readily to thrombin.  Platelets are more readily and rapidly activated by heparin than LMWHs.

## Therapeutic uses:

Heparin and the LMWHs or the fractionated heparin prevent the expansion of thrombi by inhibiting fibrin formation. Heparin id is frequently prescribed for the treatment of acute DVT (deep vein thrombosis) and pulmonary embolism. It also decreases the incidence of recurrent thromboembolic episodes.  Heparin is administered prophylactically to prevent postoperative venous thrombosis in patients undergoing elective surgery.  It is also given to patients in the acute phase of myocardial infarction.
Heparin is also effective in reduction of coronary artery rethrombosis after thrombolytic treatment. It is also used extensively in dialysis machines and other extracorporeal medical devices to prevent thrombosis.  Heparin and LMWHs (fractionated heparin) do not cross the placenta and, therefore, are the anticoagulants of choice for treatment of pregnant women with venous thromboembolism or prosthetic heart valves. Heparin has rapid onset of action, which is quickly terminated on discontinuation of therapy. However, it is being replaced by the LMWHs because of following factors:
- Convenient to use and can be easily injected subcutaneously on a patient weight–adjusted basis
- Comparatively more reliable pharmacokinetic profile
- Predictable therapeutic effects

Consequently, LMWHs do not need the same intense monitoring that heparin requires, leading to reduced laboratory costs as well as nursing time and costs. These factors make LMWHs more useful and convenient for inpatient and outpatient therapy.

## Pharmacokinetics:

### Absorption:

The anticoagulant effect of heparin occurs within a few minutes of IV administration (or 1 to 2 hours after subcutaneous injection). The maximum anti–Factor Xa activity of the LMWHs develops approximately 4 hours after subcutaneous injection. Heparin does not cross the membranes easily and, therefore, should be given parenterally (intravenously or subcutaneously).  The LMWHs are given subcutaneously. Intramuscular administration of heparin or LMWHs is contraindicated because of very high risk of hematoma formation. Heparin is usually administered intravenously in a bolus to accomplish rapid anticoagulation. After this initial loading dose, heparin is given either in lower doses or continuous infusion for a period of 7 to 10 days.  The dose should be adjusted in patients with renal insufficiency.

Activity of heparin is neutralized by several proteins present in the blood, which may lead to heparin and unpredictable pharmacokinetics. Heparin has a longer half-life in patients with cirrhosis of the liver. Heparin and LMWHs and its inactive metabolites are excreted into the urine.  Therefore, any condition that leads to poor renal function also prolongs the half-life.  The half-life of heparin is approximately 1.5 hours, whereas the half-life of the LMWHs is 3-7 hours.

**Adverse effects:**
Both LMWHs and heparin have similar side effects with exception of thromboembolic events that are less common in LMWHs.

**a. Bleeding complications:** The major adverse effect of heparin therapy is hemorrhage; therefore, a careful monitoring of the bleeding time is necessary in order to reduce the incidence of bleeding complications. Excessive bleeding can be managed by treating with protamine sulfate or by discontinuation of the drug. Protamine sulfate should be infused slowly allowing it to inactivate heparin.   The dosage of protamine sulfate should be carefully titrated as it is a weak anticoagulant and excess infusion or dosage could lead to hemorrhagic episodes or enhance bleeding possibilities.

**b. Hypersensitivity reactions:** Heparin preparations can be antigenic as they are derived from porcine sources.  Possible adverse reactions include urticaria, chills, fever, and in rare cases anaphylactic shock.

**c. Thrombosis:** Chronic or intermittent administration of heparin may increase the risk of thrombosis; therefore, usually a low-dose heparin is administered to prevent thrombosis.

**d. Thrombocytopenia:** This condition is frequently present in hospital patients receiving heparin. Heparin should be discontinued in patients who have severe thromboyctopenia. Other anticoagulants such as dabigatran, argatroban or lepirudin can be used in such cases.

**e. Other:** Long-term heparin therapy can lead to abnormal liver function tests, and osteoporosis.

**f. Contraindications:** Heparin is contraindicated for following patients or conditions:

- Hypersensitivity to heparin
- Alcoholics
- Bleeding disorders
- History of recent surgery of the eye, spinal cord or brain.

According to ACC/AHA Guidelines [286] patients with NSTEMI should receive heparin, unless contraindicated.  Based on majority of clinical trials, continuing heparin therapy for 2 to 5 days is recommended.

**Recommendations for Early Hospital Care Antiplatelet Therapy**

| 2011 Focused Update Recommendations |
|---|
| **Class I** |
| 1. ASA should be administered to UA/NSTEMI patients immediately after hospital presentation and continued indefinitely in patients who tolerate it. (Level of Evidence: A) |
| 2. Clopidogrel (loading dose followed by daily maintenance dose) should be administered to UA/NSTEMI patients who cannot take ASA because of major gastrointestinal intolerance or hypersensitivity. (Level of Evidence: B) |
| 3. Patients with definite UA/NSTEMI at medium or high risk and in whom an initial invasive strategy is selected should receive dual-antiplatelet therapy on presentation. (Level of Evidence: A)<br>ASA should be initiated on presentation. (Level of Evidence: A) |

| 2011 Focused Update Recommendations |
|---|
| The choice of a second antiplatelet therapy to be added to ASA on presentation includes one of the following:<br>Before PCI:<br><ul><li>Clopidogrel (Level of Evidence: B); or</li><li>An IV GP IIb/IIIa inhibitor. (Level of Evidence: A) IV eptifibatide or tirofiban are the preferred GP IIb/IIIa inhibitors.</li></ul>At the time of PCI:<br><ul><li>Clopidogrel if not started before PCI(Level of Evidence: A); or</li><li>Prasugrel[†22] (Level of Evidence: B); or</li><li>An intravenous GP IIb/IIIa inhibitor. (Level of Evidence: A)</li></ul> |
| 4. For UA/NSTEMI patients in whom an initial conservative (ie, noninvasive) strategy is selected, clopidogrel (loading dose followed by daily maintenance dose) should be added to ASA and anticoagulant therapy as soon as possible after admission and administered for at least 1 month[13] and ideally up to 1 year. (Level of Evidence: B) |
| 5. For UA/NSTEMI patients in whom an initial conservative strategy is selected, if recurrent symptoms/ischemia, HF, or serious arrhythmias subsequently appear, then diagnostic angiography should be performed. (Level of Evidence: A).<br>Either an IV GP IIb/IIIa inhibitor (eptifibatide or tirofiban [Level of Evidence: A]) or clopidogrel (loading dose followed by daily maintenance dose[Level of Evidence: B]) should be added to ASA and anticoagulant therapy before diagnostic angiography (upstream).(Level of Evidence: C) |
| 6.  A loading dose of thienopyridine is recommended for UA/NSTEMI patients for whom PCI is planned. Regimens should be 1 of the following:<br><ol type="a"><li>Clopidogrel 300 to 600 mg should be given as early as possible before or at the time of PCI(Level of Evidence: A) or</li><li>Prasugrel[†] 60 mg should be given promptly and no later than 1 hour after PCI once coronary anatomy is defined and a decision is made to proceed with PCI. (Level of Evidence: B)</li></ol> |
| 7. The duration and maintenance dose of thienopyridine therapy should be as follows:<br><ol type="a"><li>In UA/NSTEMI patients undergoing PCI, clopidogrel 75 mg daily or prasugrel[†] 10 mg daily[22] should be given for at least 12 months. (Level of Evidence: B)</li><li>If the risk of morbidity because of bleeding outweighs the anticipated benefits afforded by thienopyridine therapy, earlier discontinuation should be considered.(Level of Evidence: C)</li></ol> |
| 1. For UA/NSTEMI patients in whom an initial conservative strategy is selected and who have recurrent ischemic discomfort with clopidogrel, ASA, and anticoagulant therapy, it is reasonable to add a GP IIb/IIIa inhibitor before diagnostic angiography.(Level of Evidence: C) |
| 2. For UA/NSTEMI patients in whom an initial invasive strategy is selected, it is reasonable to omit administration of an IV GP IIb/IIIa inhibitor if bivalirudin is selected as the anticoagulant and at least 300 mg of clopidogrel was administered at least 6 hours earlier than planned catheterization or PCI. (Level of Evidence: B) |
| **Class IIb** |
| 1. For UA/NSTEMI patients in whom an initial conservative (ie, noninvasive) strategy is selected, it may be reasonable to add eptifibatide or tirofiban to anticoagulant and oral antiplatelet therapy. (Level of Evidence: B) |

| 2011 Focused Update Recommendations |
|---|
| 2. Prasugrel[†] 60 mg may be considered for administration promptly upon presentation in patients with UA/NSTEMI for whom PCI is planned, before definition of coronary anatomy if both the risk for bleeding is low and the need for CABG is considered unlikely. (Level of Evidence: C) |
| 3. The use of upstream GP IIb/IIIa inhibitors may be considered in high-risk UA/NSTEMI patients already receiving ASA and a thienopyridine who are selected for an invasive strategy, such as those with elevated troponin levels, diabetes, or significant ST-segment depression, and who are not otherwise at high risk for bleeding. (Level of Evidence: B) |
| 4. In patients with definite UA/NSTEMI undergoing PCI as part of an early invasive strategy, the use of a loading dose of clopidogrel of 600 mg,followed by a higher maintenance dose of 150 mg daily for 6 days, then 75 mg daily may be reasonable in patients not considered at high risk for bleeding. (Level of Evidence: B) |
| **Class III: No Benefit** |
| 1. Abciximab should not be administered to patients in whom PCI is not planned. (Level of Evidence: A) |
| 2. In UA/NSTEMI patients who are at low risk for ischemic events (eg, TIMI risk score ≤2) or at high risk of bleeding and who are already receiving ASA and clopidogrel, upstream GP IIb/IIIa inhibitors are not recommended. (Level of Evidence: B) |
| **Class III: Harm** |
| 1. In UA/NSTEMI patients with a prior history of stroke and/or TIA for whom PCI is planned, prasugrel is potentially harmful as part of a dual-antiplatelet therapy regimen. (Level of Evidence: B) |

- * Refer to the ACC/AHA/SCAI Guideline for Percutaneous Coronary Intervention for long-term dosing of ASA following stent placement.
- † Patients weighing <60 kg have an increased exposure to the active metabolite of prasugrel and an increased risk of bleeding on a 10-mg once–daily maintenance dose. Consideration should be given to lowering the maintenance dose to 5 mg in patients who weigh <60 kg, although the effectiveness and safety of the 5-mg dose have not been studied prospectively. For post-PCI patients receiving a BMS or DES, a daily maintenance dose should be given for at least 12 months and for up to 15 months unless the risk of bleeding outweighs the anticipated net benefit afforded by a thienopyridine. Do not use prasugrel in patients with active pathological bleeding or a history of TIA or stroke. In patients ≥75 years of age, prasugrel is generally not recommended because of the increased risk of fatal and intracranial bleeding and uncertain benefit except in high-risk situations (patients with diabetes or a history of prior MI), in which its effect appears to be greater and its use may be considered. Do not start prasugrel in patients likely to undergo urgent CABG. When possible, discontinue prasugrel at least 7 days before any surgery.35 Additional risk factors for bleeding include body weight <60 kg, propensity to bleed, and concomitant use of medications that increase the risk of bleeding (eg, warfarin, heparin, fibrinolytic therapy, or chronic use of nonsteroidal anti-inflammatory drugs).

**Recommendations for Additional Management of Antiplatelet and Anticoagulant Therapy**

| 2011 Focused Update Recommendations |
|---|
| **Class I** |
| 1. For UA/NSTEMI patients in whom an initial conservative strategy is selected and no subsequent features appear that would necessitate diagnostic angiography (recurrent symptoms/ischemia, HF, or serious arrhythmias), a stress test should be performed. (Level of Evidence: B)<br><br>a.  If, after stress testing, the patient is classified as not at low risk, diagnostic angiography should be performed. (Level of Evidence: A)<br>b.  If, after stress testing, the patient is classified as being at low risk, the instructions noted below should be followed in preparation for discharge:<br>  1.  Continue ASA indefinitely. (Level of Evidence: A)<br>  2.  Continue clopidogrel for at least 1 month[13] and ideally up to 1 year.[11,13] (Level of Evidence: B)<br>  3.  Discontinue IV GP IIb/IIIa inhibitor if started previously.[19,20] (Level of Evidence: A)<br>  4.  Continue UFH for 48 hours (Level of Evidence: A) or administer enoxaparin (Level of Evidence: A) or fondaparinux (Level of Evidence: B) for the duration of hospitalization, up to 8 days, and then discontinue anticoagulant therapy. |
| 2. For UA/NSTEMI patients in whom CABG is selected as a postangiography management strategy, the instructions noted below should be followed.<br>a.  Continue ASA. (Level of Evidence: A)<br>b.  See Class I, #3, in this section.<br>c.  Discontinue IV GP IIb/IIIa inhibitor (eptifibatide or tirofiban) 4 hours before CABG. (Level of Evidence: B)<br>d.  Anticoagulant therapy should be managed as follows:<br>  1.  Continue UFH. (Level of Evidence: B)<br>  2.  Discontinue enoxaparin 12 to 24 hours before CABG and dose with UFH per institutional practice. (Level of Evidence: B)<br>  3.  Discontinue fondaparinux 24 hours before CABG and dose with UFH per institutional practice. (Level of Evidence: B)<br>  4.  Discontinue bivalirudin 3 hours before CABG and dose with UFH per institutional practice. (Level of Evidence: B) |
| 3. In patients taking a thienopyridine in whom CABG is planned and can be delayed, it is recommended that the drug be discontinued to allow for dissipation of the antiplatelet effect (Level of Evidence: B) The period of withdrawal should be at least 5 days in patients receiving clopidogrel (Level of Evidence: B) and at least 7 days in patients receiving prasugrel* (Level of Evidence: C) unless the need for revascularization and/or the net benefit of the thienopyridine outweighs the potential risks of excess bleeding. (Level of Evidence: C) |
| 4. For UA/NSTEMI patients in whom PCI has been selected as a postangiography management strategy, the instructions noted below should be followed:<br>a.  Continue ASA. (Level of Evidence: A)<br>b.  Administer a loading dose of a thienopyridine if not started before diagnostic angiography. (Level of Evidence: A)<br>c.  See Class IIa, #1, in this section.<br>d.  Discontinue anticoagulant therapy after PCI for uncomplicated cases. (Level of Evidence: B) |
| For UA/NSTEMI patients in whom medical therapy is selected as a management strategy and in whom no significant obstructive CAD on angiography was found, antiplatelet and anticoagulant therapy should |

| 2011 Focused Update Recommendations |
|---|
| **Class I** |

be administered at the discretion of the clinician          5. (Level of Evidence: C). For patients in whom evidence of coronary atherosclerosis is present (eg, luminal irregularities or intravascular ultrasound-demonstrated lesions), albeit without flow-limiting stenoses, long-term treatment with ASA and other secondary prevention measures should be prescribed. (Level of Evidence: C)

6. For UA/NSTEMI patients in whom medical therapy is selected as a management strategy and in whom CAD was found on angiography, the following approach is recommended:
a.   Continue ASA. (Level of Evidence: A)
b.   Administer a loading dose of clopidogrel if not given before diagnostic angiography. (Level of Evidence: B)
c.   Discontinue IV GP IIb/IIIa inhibitor if started previously. (Level of Evidence: B)
d.   Anticoagulant therapy should be managed as follows:
   1.   Continue IV UFH for at least 48 hours or until discharge if given before diagnostic angiography. (Level of Evidence: A)
   2.   Continue enoxaparin for duration of hospitalization, up to 8 days, if given before diagnostic angiography. (Level of Evidence: A)
   3.   Continue fondaparinux for duration of hospitalization, up to 8 days, if given before diagnostic angiography. (Level of Evidence: B)
   4.   Either discontinue bivalirudin or continue at a dose of 0.25 mg/kg per hour for up to 72 hours at the physician's discretion if given before diagnostic angiography. (Level of Evidence: B)

7. For UA/NSTEMI patients in whom a conservative strategy is selected and who do not undergo angiography or stress testing, the instructions noted below should be followed:
a.   Continue ASA indefinitely. (Level of Evidence: A)
b.   Continue clopidogrel for at least 1 month[13] and ideally up to 1 year. (Level of Evidence: B)
c.   Discontinue IV GP IIb/IIIa inhibitor if started previously. (Level of Evidence: A)
d.   Continue UFH for 48 hours (Level of Evidence: A) or administer enoxaparin (Level of Evidence: A) or fondaparinux (Level of Evidence: B) for the duration of hospitalization, up to 8 days, and then discontinue anticoagulant therapy.

8. For UA/NSTEMI patients in whom an initial conservative strategy is selected and in whom no subsequent features appear that would necessitate diagnostic angiography (recurrent symptoms/ischemia, HF, or serious arrhythmias), LVEF should be measured. (Level of Evidence: B)

**Class IIa**

1. For UA/NSTEMI patients in whom PCI has been selected as a postangiography management strategy, it is reasonable to administer an IV GP IIb/IIIa inhibitor (abciximab, eptifibatide, or tirofiban) if not started before diagnostic angiography, particularly for troponin-positive and/or other high-risk patients. (Level of Evidence: A)

2. For UA/NSTEMI patients in whom PCI is selected as a management strategy, it is reasonable to omit administration of an IV GP IIb/IIIa inhibitor if bivalirudin was selected as the anticoagulant and at least 300 mg of clopidogrel was administered at least 6 hours earlier.  (Level of Evidence: B)

3. If LVEF is ≤0.40, it is reasonable to perform diagnostic angiography. (Level of Evidence: B)

4. If LVEF is greater than 0.40, it is reasonable to perform a stress test. (Level of Evidence: B)

| **Class IIb** |
|---|

| 2011 Focused Update Recommendations |
|---|
| Class I |
| 1. Platelet function testing to determine platelet inhibitory response in patients with UA/NSTEMI (or, after ACS and PCI) on thienopyridine therapy may be considered if results of testing may alter management. (Level of Evidence: B) |
| 2. Genotyping for a CYP2C19 loss of function variant in patients with UA/NSTEMI (or, after ACS and with PCI) on clopidogrel therapy might be considered if results of testing may alter management. (Level of Evidence: C) |
| Class III: No Benefit |
| 1. IV fibrinolytic therapy is not indicated in patients without acute ST-segment elevation, a true posterior MI, or a presumed new left bundle-branch block. (Level of Evidence: A) |

- * Patients weighing <60 kg have an increased exposure to the active metabolite of prasugrel and an increased risk of bleeding on a 10-mg once–daily maintenance dose. Consideration should be given to lowering the maintenance dose to 5 mg in patients who weigh <60 kg, although the effectiveness and safety of the 5-mg dose have not been studied prospectively. For post-PCI patients receiving a bare-metal stent (BMS) or drug-eluting stent (DES), a daily maintenance dose should be given for at least 12 months and for up to 15 months unless the risk of bleeding outweighs the anticipated net benefit afforded by a thienopyridine. Do not use prasugrel in patients with active pathological bleeding or a history of TIA or stroke. In patients ≥75 years of age, prasugrel is generally not recommended because of the increased risk of fatal and intracranial bleeding and uncertain benefit except in high-risk situations (patients with diabetes or a history of prior MI), in which its effect appears to be greater and its use may be considered. Do not start prasugrel in patients likely to undergo urgent CABG. When possible, discontinue prasugrel at least 7 days before any surgery.35 Additional risk factors for bleeding include body weight <60 kg, propensity to bleed, and concomitant use of medications that increase the risk of bleeding (eg, warfarin, heparin, fibrinolytic therapy, or chronic use of nonsteroidal anti-inflammatory drugs).

**Recommendations for Initial Invasive Versus Initial Conservative Strategies**

| 2011 Focused Update Recommendations |
|---|
| **Class I** |
| 1. An early invasive strategy (ie, diagnostic angiography with intent to perform revascularization) is indicated in UA/NSTEMI patients who have refractory angina or hemodynamic or electrical instability (without serious comorbidities or contraindications to such procedures).  (Level of Evidence: B) |
| 2. An early invasive strategy (ie, diagnostic angiography with intent to perform revascularization) is indicated in initially stabilized UA/NSTEMI patients (without serious comorbidities or contraindications to such procedures) who have an elevated risk for clinical events (Level of Evidence: A) |
| **Class IIa** |
| 1. It is reasonable to choose an early invasive strategy (within 12 to 24 hours of admission) over a delayed invasive strategy for initially stabilized high-risk patients with UA/NSTEMI.[*] For patients not at high risk, a delayed invasive approach is also reasonable. (Level of Evidence: B) |
| **Class IIb** |
| 1. In initially stabilized patients, an initially conservative (ie, a selectively invasive) strategy may be considered as a treatment strategy for UA/NSTEMI patients (without serious comorbidities or contraindications to such procedures) who have an elevated risk for clinical events, including those who are troponin positive.  (Level of Evidence: B) The decision to implement an initial conservative (vs initial invasive) strategy in these patients may be made by considering physician and patient preference. (Level of Evidence: C) |
| **Class III: No Benefit** |
| 1. An early invasive strategy (ie, diagnostic angiography with intent to perform revascularization) is not recommended in patients with extensive comorbidities (eg, liver or pulmonary failure, cancer), in whom the risks of revascularization and comorbid conditions are likely to outweigh the benefits of revascularization. (Level of Evidence: C) |
| 2. An early invasive strategy (ie, diagnostic angiography with intent to perform revascularization) is not recommended in patients with acute chest pain and a low likelihood of ACS. (Level of Evidence: C) |
| 3. An early invasive strategy (ie, diagnostic angiography with intent to perform revascularization) should not be performed in patients who will not consent to revascularization regardless of the findings. (Level of Evidence: C) |

- * Immediate catheterization/angiography is recommended for unstable patients.

Recommendations for Convalescent and Long-Term Antiplatelet Therapy

| 2011 Focused Update Recommendations |
|---|
| **Class I** |
| 1. For UA/NSTEMI patients treated medically without stenting, ASA[*] (75 to 162 mg per day) should be prescribed indefinitely (Level of Evidence: A); clopidogrel[†](75 mg per day) should be prescribed for at least 1 month[13] and ideally up to 1 year. (Level of Evidence: B) |
| 2. For UA/NSTEMI patients treated with a BMS, ASA[*]162 to 325 mg per day should be prescribed for at least 1 month (Level of Evidence: B), then continued indefinitely at a dose of 75 to 162 mg per day. (Level of Evidence: A) The duration and maintenance dose of thienopyridine therapy should be as follows: <br><br> a.   clopidogrel 75 mg daily or prasugrel 10 mg daily should be given for at least 12 months. (Level of Evidence: B) <br> b.   If the risk of morbidity because of bleeding outweighs the anticipated benefits afforded by thienopyridine therapy, earlier discontinuation should be considered.(Level of Evidence: C) |
| 3. For UA/NSTEMI patients treated with a DES, ASA[*]162 to 325 mg per day should be prescribed for at least 3 months after sirolimus-eluting stent implantation and 6 months after paclitaxel-eluting stent implantation (Level of Evidence: B), then continued indefinitely at a dose of 75 to 162 mg per day. (Level of Evidence: A). The duration and maintenance dose of thienopyridine therapy should be as follows: <br> a.   clopidogrel 75 mg daily[17] or prasugrel 10 mg daily should be given for at least 12 months. (Level of Evidence: B) <br> b.   If the risk of morbidity because of bleeding outweighs the anticipated benefits afforded by thienopyridine therapy, earlier discontinuation should be considered.(Level of Evidence: C) |
| 4. Clopidogrel 75 mg daily (preferred) or ticlopidine (in the absence of contraindications) should be given to patients recovering from UA/NSTEMI when ASA is contraindicated or not tolerated because of hypersensitivity or GI intolerance (despite use of gastroprotective agents such as PPIs). (Level of Evidence: B) |
| **Class IIa** |
| 1. For UA/NSTEMI patients in whom the physician is concerned about the risk of bleeding, a lower initial ASA dose (75 to 162 mg/day) after PCI is reasonable.(Level of Evidence: C) |
| **Class IIb** |
| 1. For UA/NSTEMI patients who have an indication for anticoagulation, the addition of warfarin[‡] may be reasonable to maintain an INR of 2.0 to 3.0. (Level of Evidence: B) |
| 2. Continuation of clopidogrel or prasugrel beyond 15 months may be considered in patients following DES placement.(Level of Evidence: C) |
| **Class III: No Benefit** |
| 1. Dipyridamole is not recommended as an antiplatelet agent in post-UA/NSTEMI patients because it has not been shown to be effective. (Level of Evidence: B) |

- * For ASA-allergic patients, use clopidogrel alone (indefinitely) or try ASA desensitization.
- † For clopidogrel-allergic patients, use ticlopidine 250 mg by mouth twice daily.
- ‡ Continue ASA indefinitely and warfarin longer term as indicated for specific conditions such as atrial fibrillation; LV thrombus; or cerebral, venous, or pulmonary emboli.

- § An INR of 2.0 to 2.5 is preferable while given with ASA and clopidogrel, especially in older patients and those with other risk factors for bleeding. For UA/NSTEMI patients who have mechanical heart valves, the INR should be at least 2.5 (based on type of prosthesis).

Recommendations for Warfarin Therapy

| 2011 Focused Update Recommendations |
| --- |
| **Class I** |
| 1. Use of warfarin in conjunction with ASA and/or a thienopyridine agent is associated with an increased risk of bleeding, and patients and clinicians should watch for bleeding, especially gastrointestinal, and seek medical evaluation for evidence of bleeding. (Level of Evidence: A) |
| **Class IIb** |
| 1. Warfarin either without (INR 2.5 to 3.5) or with low-dose ASA (75 to 81 mg per day; INR 2.0 to 2.5) may be reasonable for patients at high CAD risk and low bleeding risk who do not require or are intolerant of clopidogrel. (Level of Evidence: B) |

## STEMI

STEMI (ST elevation myocardial infarction) results from complete and prolonged occlusion of an epicardial coronary blood vessel and is characterized by ST elevation on ECG. STEMI is a major health issue in industrialized countries and is becoming a substantial public health problem in developing countries [4].

**Thrombolytic Agents**

Thromboembolic agents activate the conversion of plasminogen to plasmin that leads to hydrolyzes of fibrin which results in clot dissolution. These agents are either obtained from Streptococcus species or using recombinant biotechnology whereby tissue plasminogen activator (tPA) is produced from bacteria, resulting in rtPA (recombinant tissue plasminogen activator).
Some of the common thrombolytics are:
- Streptokinase
- Urokinase
- Recombinant tissue plasminogen activators
  - Alteplase (rtPA)
- Reteplase
- Tenecteplase

**Common characteristics of thrombolytic agents**

**1. Mechanism of action:**
Thrombolytic drugs convert plasminogen to plasmin by acting either directly or indirectly that cleaves fibrin leading to dissolution of thrombi.

Reperfusion and clot lysis or dissolution is more successful if treatment is started early after clot formation because clots dissolution becomes increasingly difficult as they age. There is an increased risk of local thrombus formation as the clot dissolves that can result in increased platelet aggregation and thrombosis. Administration of antiplatelet drugs, such as aspirin, or antiplatelet drugs such as aspirin can prevent thrombosis.

**Therapeutic uses:**

Thrombolytics are beneficial in re-establishing catheter and shunt function by dissolution of clots. They are also effective in clot lysis in strokes.  These agents are prescribed less commonly to patients with serious pulmonary embolism and deep vein thrombosis.  They are also used less frequently in treating acute myocardial infarction or peripheral arterial thrombosis as they can cause sever bleeding.

**Pharmacokinetics:**  For myocardial infarction, intracoronary delivery of thrombolytics is the most effective mode to achieve recanalization. Cardiac catheterization is usually not feasible in the 2-6 hour "therapeutic window," beyond which substantial myocardial salvage becomes less probable. Therefore, thrombolytics are generally given intravenously to achieve rapid and cheap therapeutic benefit and it does not carry the risks involved with cardiac catheterization.

**Adverse effects:**

Thrombolytic agents cannot differentiate between the fibrin of a potentially harmful thrombus and the fibrin of a normal healthy hemostatic plug. Therefore use of thrombolytics can lead to bleeding or hemorrhage. For example, there is a danger of bleeding of a peptic ulcer following administration of a thrombolytic drug.

Contraindications of thrombolytic therapy

| Absolute Contraindications | Relative Contraindications |
|---|---|
| • Haemorrhagic stroke or stroke of unknown origin at any time<br>• Ischemic stroke in preceding 6 months<br>• CNS trauma or neoplasms<br>• Recent major trauma / surgery / head injury within preceding 3 months<br>• GI (gastrointestinal bleeding) within the last month<br>• Known bleeding disorder<br>• Aortic dissection<br>• Non-compressible punctures such as liver biopsy, lumbar puncture | • TIA (Transient ischemic attack) in the past 6 months<br>• Oral anticoagulant therapy<br>• Advanced liver disease • Uncontrolled hypertension (BP > 180/110 mmHg)<br>• Pregnancy or within 1 week postpartum<br>• Peptic ulcer<br>• Infective endocarditis<br>• Refractory resuscitation |

**B. Alteplase and other related drugs**

Alteplase or tPA is a non - antigenic, second generation thrombolytic that is obtained from cultured human melanoma cells.  Currently, recombinant DNA technology is being used to industrially produce these agents.   Alteplase or tPA is administered over a period of 90 minutes resulting in mild systemic fibrinogen depletion. New third generation thrombolytics such as reteplase and tenecteplase have been produced by modifying alteplase.  These new agents can be administered as a bolus as they have longer plasma clearance period than alteplase.

**Reteplase**:

It is a recombinant non-glycosylated, mutant form of human t-PA. It has a comparatively longer half-life of 13–16 minutes than t-PA.  It also binds fibrin with lower affinity than t-PA that helps better penetration

into clots.  Reteplase and Alteplase are believed to be of equal efficacy but reteplase can be given as a 'double bolus' administration (10 + 10 units).

**Tenecteplase**: It is a third generation recombinant fibrin-specific plasminogen activator, which is a modified mutant from of t-PA. Tenecteplase has increased fibrin specificity, decreased plasma clearance, and reduced sensitivity to plasminogen activator inhibitor-1. ASSENT 2 trial demonstrated that tenecteplase is to t-PA with regards to 30 day mortality and major bleeding.  However, mortality rate was significantly less with tenecteplase as compared to t-PA in patients who were treated after 4 hours of onset of symptoms in STEMI.

**Mechanism of action:**
Alteplase has a low affinity for free plasminogen in the plasma, but it rapidly activates plasminogen that is bound to fibrin in a thrombus or a hemostatic plug. Thus, alteplase is said to be "fibrin selective," and, at low doses, it has the advantage of lysing only fibrin, without unwanted degradation of other proteins (notably fibrinogen). This contrasts with streptokinase, which acts on free plasminogen and induces a general fibrinolytic state.

## C. Streptokinase

Streptokinase is an extracellular protein purified from culture broths of several species of streptococci Group C β-hemolytic streptococci.  This is an effective and inexpensive thrombolytic used in the management of STEMI, and pulmonary embolism [288]. Streptokinase is antigenic, and, therefore, should not be re-administered in any patient for a second STEMI, because preformed antibodies can inactivate streptokinase.

**Mechanism of action:**
Streptokinase converts an enzymatically active complex with plasminogen to the active enzyme plasmin. The complex hydrolyzes the fibrin plugs and also catalyzes the degradation of fibrinogen and certain clotting factors (Factors V and VII)

**Therapeutic uses:**
Streptokinase is FDA approved for the management of acute myocardial infarction and occluded access shunts.

**Pharmacokinetics:**
Streptokinase is infused within 4 hours of a myocardial infarction for a period of one hour. Thromboplastin time should be monitored and either heparin or oral anticoagulants may be administered after treatment is discontinued.

## 4. Adverse effects:
**a. Bleeding disorders:**
Streptokinase can trigger bleeding by dissolving hemostatic plugs.  Aminocaproic acid can be given in case of sever bleeding.
**b. Hypersensitivity:** Streptokinase is antigenic and can cause rashes, fever, and, in rare cases, anaphylaxis. Allergic reactions are seen in approximately 3 percent of people who are infused streptokinase.

| Route | Tota dose | Dosage/ Duration |
|---|---|---|
| Intravenous infusion | 1,500,000 IU | 1,500,000 IU within 60 min. |
| Intracoronary infusion | 140,000 IU | 20,000 IU by bolus followed by 2,000 IU/min. for 60 min. |

**Anistreplase (anisoylated plasminogen streptokinase activator complex or APSAC)** Anistreplase is a prodrug that consists of preformed complex of streptokinase and plasminogen. Streptokinase must be released, and only plasminogen is converted to plasmin.

## E. Urokinase
Urokinase is produced naturally in the body by the kidneys. Therapeutic urokinase has low antigenicity as it is derived from human kidney cells.

**1. Mechanism of action:** Urokinase activates plasmin that precipitates a proteolysis cascade that causes thrombolysis.

**2. Therapeutic uses:**
Urokinase is only FDA approved for dissolution of pulmonary emboli.  It is also sometimes uses in the management of acute myocardial infarction.

**3. Pharmacokinetics:**
Urokinase has a short half life of 20 minutes and is rapidly cleared by the liver.

**Adverse effects:** Bleeding is the most common side effect.  Allergic or anaphylactic reactions are seen in rare instances.

## C. Management

**1. Routine Measures**

a. Oxygen

Class I

**1. Supplemental oxygen should be administered to patients with arterial oxygen desaturation (SaO2 less than 90%). (Level of Evidence: B)**

Class IIa

**1. It is reasonable to administer supplemental oxygen to all patients with uncomplicated STEMI during the first 6 hours. (Level of Evidence: C)**

Recent Cochrane meta-analysis observed that mortality rate jumps almost three folds in patients who had been given supplemental oxygen therapy compared to those who had been given air.  However, the trials involved few patients and these findings need to be confirmed in a large trial.

b. Nitroglycerin

Class I

1. Patients with ongoing ischemic discomfort should receive sublingual nitroglycerin (0.4 mg) every 5 minutes for a total of 3 doses, after which an assessment should be made about the need for intravenous nitroglycerin.  (Level of Evidence: C)
2. Intravenous nitroglycerin is indicated for relieving ongoing ischemic discomfort, control of hypertension, or management of pulmonary congestion. (Level of Evidence: C)

Class III

1. Nitrates should not be administered to patients with  systolic blood pressure less than 90 mm Hg or greater  than or equal to 30 mm Hg below baseline, severe  bradycardia (less than 50 bpm), tachycardia (more  than 100 bpm), or suspected RV infarction. (Level of Evidence: C)

2. Nitrates should not be administered to patients who have received a phosphodiesterase inhibitor for erectile dysfunction within the last 24 hours (48 hours for tadalafil). (Level of Evidence: B)


c. Analgesia

Class I
1. Morphine sulfate (2 to 4 mg IV with increments of 2 to 8 mg IV repeated at 5- to 15-minute intervals) is the analgesic of choice for management of pain associated with STEMI. (Level of Evidence: C)

Morphine is a phenanthrene opioid receptor agonist that activates the μ-opioid receptors in the central nervous system. Morphine causes analgesia [289] and sedation which have a great therapeutic value in the clinical settings. Morphine is a rapid-acting narcotic and can also cause euphoria/dysphoria, tolerance, respiratory depression, pruritus, and drug dependence.  Morphine can also result in diminution of myocardial oxygen delivery. Some of the common side effects of morphine include nausea, hypotension, and respiratory depression.

Pharmacokinetics
Morphine when taken orally is absorbed very slowly; however, it has an immediate action when given intravenously. It has 20%- 40% of bio-availability. It is metabolized in liver by and is excreted in urine and bile.  Half-life of morphine is 2 hours and its analgesic effect lasts for about 4-6 hours.

Interactions
Morphine is not effective in people taking naltrexone. It can increase the sedative effect of alcohol. Morphine, when used with MAO inhibitors and cimetidine, increases the incidence of respiratory depression. It antagonizes the effects of diuretics.

Relative contraindications for morphine include:
- Kidney failure
- Acute respiratory depression
- Morphine toxicity

- Raised intracranial pressure, including head injury
- Biliary colic [290].

d. Aspirin

Class I

1. Aspirin should be chewed by patients who have not taken aspirin before presentation with STEMI. The initial dose should be 162 mg (Level of Evidence: A) to 325 mg (Level of Evidence: C). Although some trials have used enteric-coated aspirin for initial dosing, more rapid buccal absorption occurs with non–enteric-coated aspirin formulations.

Aspirin exerts a rapid antithrombotic effect when given at a dose of 162 mg or more that is caused by rapid and near-complete inhibition of thromboxane A2 production.
Aspirin is prescribed to all patients with suspected STEMI.  It should be given immediately, and within the first 24 hours, at a dose between 162 and 325 mg and continued indefinitely at a daily dose of 75 to 162 mg [291] Non–enteric-coated formulations have been found to have a better absorption rate than enteric-coated aspirin [292].

e. Beta-Blockers

Class I
1. Oral beta-blocker therapy should be administered promptly to those patients without a contraindication, irrespective of concomitant fibrinolytic therapy or performance of primary PCI. (Level of Evidence: A)

Class IIa
1. It is reasonable to administer IV beta-blockers promptly to STEMI patients without contraindications, especially if a tachyarrhythmia or hypertension is present. (Level of Evidence: B)

Immediate treatment with beta-blockers has the following effects:
- Reduces the extent of infarction
- Lowers the incidence of complications in patients not undergoing concomitant fibrinolytic therapy
- Reduces the frequency of potentially fatal ventricular tachyarrhythmias
- Reduces the rate of reinfarction in patients undergoing fibrinolytic therapy

f. Reperfusion

GENERAL CONCEPTS

Class I
1. STEMI patients must go through a quick evaluation for reperfusion therapy and have a reperfusion plan executed immediately after contact with the medical system. (Level of Evidence: A)

Quick restoration of flow in the obstructed infarct artery after the onset of symptoms in STEMI patients is one of the key determinants of short- and long-term outcomes irrespective of whether reperfusion is accomplished by fibrinolysis or PCI [293–295]

All measures should be taken to shorten the time from identification of symptoms by the patient to contact with the healthcare setting. Healthcare providers managing for STEMI patients should recognize the need for rapid triage and implementation of care in a fashion similar to the handling of trauma patients.  Fibrinolytic therapy should be done within 30 minutes after recognition of STEMI (door-to-needle time).  Door-to balloon time for PCI should be kept under 90 minutes.

SELECTION OF REPERFUSION STRATEGY

Selection of the type of reperfusion therapy depends upon several factors:

1. Time from Onset of Symptoms.

Time from onset of symptoms to fibrinolytic therapy is a key predictor of MI size and patient outcome [296]. Fibrinolytic therapy given within the initial 2 hours (particularly the first hour) can abort MI and significantly reduce mortality [297].  The efficacy of fibrinolytics in dissolution of thrombus reduces with the passage of time [298]
In contrast, the ability to achieve a potency of an infarct artery is far less dependent on duration of the symptoms in patients undergoing PCI. Several studies have observed no impact of time delay on mortality rates when PCI is performed after 2-3 hours of symptom duration [299, 300].

2. Risk of STEMI.

There are many models that help clinicians in calculating the risk of mortality in patients with STEMI [301-304].  If the estimated mortality rate with fibrinolytic agents is significantly high, PCI should be the preferred mode of treatment.

 3. Risk of Bleeding.

Choice of reperfusion therapy also depends on the patient's risk of bleeding.  PCI should be preferred when there is a high risk of bleeding with fibrinolytic therapy. In case the option of PCI is not available, then the perceived benefits of fibrinolytic therapy should be assessed with the potential risks.

4.  Time Required for Transport to a Skilled PCI Laboratory.

PCI is a superior option than the pharmacological reperfusion and should be indicated if available in the medical facility [305].  PCI is preferred over fibrinolytic therapy because it diminishes the rate of nonfatal recurrent MI [296].

Compared with immediate fibrinolytic therapy, a PCI strategy may not reduce mortality when a delay exceeds 60 minutes. Any kind of reperfusion therapy should be provided to patients with suspected STEMI. The appropriate and timely use of any kind of reperfusion therapy is considered to be more important than the choice of therapy.

Clinical circumstances in which fibrinolytic therapy is generally preferred or an invasive strategy is generally preferred are shown below.

STEP 1: Assess Time and Risk

- Time since onset of symptoms
- Risk of STEMI
- Risk of fibrinolysis
- Time required for transport to a skilled PCI laboratory

STEP 2: Determine Whether Fibrinolysis or an Invasive Strategy Is Preferred
If presentation is less than 3 hours and there is no delay to an invasive strategy, there is no preference for either strategy.

| Fibrinolysis is generally preferred if (see section 6.3.1.6.3.1 of the full-text guidelines): | An invasive strategy is generally preferred: |
|---|---|
| • Early presentation (3 hours or less from symptom onset and delay to invasive strategy: see below) <br><br> • Invasive strategy is not an option <br>    Catheterization laboratory occupied/notavailable. <br>    Vascular access difficulties <br>    Lack of access to a skilled PCI laboratory+‡ <br><br> • Delay to invasive strategy <br>    Prolonged transport <br>    (Door-to-Balloon)-(Door-to-needle) time is greater than 1 hour*§ <br>    Medical contact-to-balloon or door-to-balloon time is greater than 90 minutes | • Skilled PCI laboratory available with surgical backup+‡ <br>    Medical contact-to-balloon or door- to-balloon time <br>    less than 90 minutes <br>    (Door-to-Balloon)-(Door-to-needle) is less than 1 hour* <br><br> • High risk from STEMI <br>    Cardiogenic shock <br>    Killip class greater than or equal to 3 <br><br> • Contraindication to fibrinolysis, including increased risk of bleeding and ICH <br><br> • Late presentation <br>    Symptom onset was more than 3 hours ago <br><br> • Diagnosis of STEMI is in doubt |

Class I
1. STEMI patients presenting to a facility without the capability for expert, prompt intervention with primary PCI within 90 minutes of first medical contact should undergo fibrinolysis unless contraindicated. (Level of Evidence: A)

PHARMACOLOGICAL REPERFUSION.

Indications for Fibrinolytic Therapy

Class I

1. In the absence of contraindications, fibrinolytic therapy should be administered to STEMI patients with symptom onset within the prior 12 hours and ST elevation greater than 0.1 mV in at least 2 contiguous precordial leads or at least 2 adjacent limb leads.  (Level of Evidence: A)


2. In the absence of contraindications, fibrinolytic therapy should be administered to STEMI patients with symptom onset within the prior 12 hours and new or presumably new LBBB. (Level of Evidence: A)

Class IIa

1. In the absence of contraindications, it is reasonable to administer fibrinolytic therapy to STEMI patients with symptom onset within the prior 12 hours and 12-lead ECG findings consistent with a true posterior MI. (Level of  Evidence: C)

2. In the absence of contraindications, it is reasonable  to administer fibrinolytic therapy to patients with symptoms of STEMI beginning within the prior 12  to 24 hours who have continuing ischemic symptoms and ST elevation greater than 0.1 mV in at least 2  contiguous precordial leads or at least 2 adjacent limb leads. (Level of Evidence: B)

Class III

1. Fibrinolytic therapy should not be administered to asymptomatic patients whose initial symptoms of STEMI began more than 24 hours earlier. (Level of  Evidence: C)

2. Fibrinolytic therapy should not be administered to patients whose 12-lead ECG shows only ST-segment depression except if a true posterior MI is suspected. (Level of Evidence: A).

Treatment benefit of fibrinolytic therapy is maximized if the treatment is initiated at the earliest after symptom recognition.

The following clinical features should be present (although not necessarily at the same time) to initiate fibrinolysis:

- Symptoms of myocardial ischemia
- ST elevation greater than 0.1 mV, in at least 2 contiguous leads, or
- new or presumably new LBBB on the presenting ECG [23,54]

Combination Therapy with Glycoprotein IIb/IIIa Inhibitors

Class IIb

1. Combination pharmacological reperfusion with abciximab  and half-dose reteplase or tenecteplase may be  considered for prevention of reinfarction (Level of Evidence:  A) and other complications of STEMI in selected  patients: anterior location of MI, age less than 75 years,  and no risk factors for bleeding. In two clinical trials of combination reperfusion, the prevention of reinfarction did not translate into a survival benefit at either 30 days or 1 year.54a (Level of Evidence: B)

2. Combination pharmacological reperfusion with abciximab  and half-dose reteplase or tenecteplase may be  considered for prevention of reinfarction and other  complications of STEMI in selected patients

(anterior  location of MI, age less than 75 years, and no risk  factors for bleeding) in whom an early referral for  angiography and PCI (ie, facilitated PCI) is planned.  (Level of Evidence: C)

Class III

 1. Combination pharmacological reperfusion with abciximab  and half-dose reteplase or tenecteplase should not  be given to patients aged greater than 75 years because  of an increased risk of ICH. (Level of Evidence: B)


PERCUTANEOUS CORONARY INTERVENTION

Coronary Angiography

Class I
1. Diagnostic coronary angiography should be performed
a. In candidates for primary or rescue PCI. (Level of Evidence: A)
b. In patients with cardiogenic shock who are candidates for revascularization. (Level of Evidence: A)
c. In candidates for surgical repair of ventricular septal rupture or severe mitral regurgitation (MR). (Level of Evidence: B)
d. In patients with persistent hemodynamic and/or electrical instability. (Level of Evidence: C)

Class III
1. Coronary angiography should not be performed in patients with extensive comorbidities in whom the risks of revascularization are likely to outweigh the benefits. (Level of Evidence: C)


Primary PCI

Class I
1. General considerations: If immediately available, primary PCI should be performed in patients with STEMI (including true posterior MI) or MI with new or presumably new LBBB who can undergo PCI of the infarct artery within 12 hours of symptom onset, if performed in a timely fashion (balloon inflation within 90 minutes of presentation) by persons skilled in the procedure (individuals who perform more than 75 PCI procedures per year). The procedure should be supported by experienced personnel in an appropriate laboratory environment (performs more than 200 PCI procedures per year, of which at least 36 are primary PCI for STEMI, and has cardiac surgery capability). (Level of Evidence: A)
2. Specific considerations:
a. Primary PCI should be performed as quickly as possible, with a goal of a medical contact–toballoon or door-to-balloon time of within 90 minutes. (Level of Evidence: B)
b. If the symptom duration is within 3 hours and the expected door-to-balloon time minus the expected door-to-needle time is:
i) within 1 hour, primary PCI is generally preferred. (Level of Evidence: B)
ii) greater than 1 hour, fibrinolytic therapy (fibrin-specific agents) is generally preferred. (Level of Evidence: B)
c. If symptom duration is greater than 3 hours, primary PCI is generally preferred and should be performed with a medical contact–to-balloon or door-to-balloon time as brief as possible, with a goal of within 90 minutes. (Level of Evidence: B)

d. Primary PCI should be performed for patients younger than 75 years old with ST elevation or LBBB who develop shock within 36 hours of MI and are suitable for revascularization that can be performed within 18 hours of shock, unless further support is futile because of the patient's wishes or contraindications/unsuitability for further invasive care. (Level of Evidence: A)

e. Primary PCI should be performed in patients with severe CHF and/or pulmonary edema (Killip class 3) and onset of symptoms within 12 hours. The medical contact–to-balloon or door-to-balloon time should be as short as possible (ie, goal within 90 min). (Level of Evidence: B)

Class IIa

1. Primary PCI is reasonable for selected patients 75 years or older with ST elevation or LBBB or who develop shock within 36 hours of MI and are suitable for revascularization that can be performed within 18 hours of shock. Patients with good prior functional status who are suitable for revascularization and agree to invasive care may be selected for such an invasive strategy. (Level of Evidence: B)

2. It is reasonable to perform primary PCI for patients with onset of symptoms within the prior 12 to 24 hours and 1 or more of the following:

a. Severe CHF (Level of Evidence: C)

b. Hemodynamic or electrical instability (Level of Evidence: C)

c. Persistent ischemic symptoms. (Level of Evidence: C)

Class IIb

1. The benefit of primary PCI for STEMI patients eligible for fibrinolysis is not well established when performed by an operator who performs fewer than 75 PCI procedures per year. (Level of Evidence: C)

Class III

1. PCI should not be performed in a noninfarct artery at the time of primary PCI in patients without hemodynamic compromise. (Level of Evidence: C)

2. Primary PCI should not be performed in asymptomatic patients more than 12 hours after onset of STEMI if they are hemodynamically and electrically stable. (Level of Evidence: C)

Primary PCI involves urgent balloon angioplasty (with or without stenting), without the previous administration of fibrinolytics or platelet glycoprotein IIb/IIIa inhibitors, to open the occluded infarct-related artery during an acute myocardial infarction with ST-segment elevation.  The aim of primary PCI is to open the occluded artery immediately and preferably within 90 minutes of the patient presenting to the ER.

In a recent clinical study (SHOCK), it was observed that patients treated with PCI had comparatively lower short-term mortality rates, less nonfatal reinfarction, and less hemorrhagic stroke than those treated with fibrinolytic therapy [306].  PCI seems to provide greatest mortality benefit in high-risk patients. SHOCK trial reported that patients with cardiogenic shock, who had undergone coronary revascularization, had 9% reduction in 30-day mortality [307].

PRIMARY PCI IN FIBRINOLYTIC-INELIGIBLE PATIENTS

Class I

1. Primary PCI should be performed in fibrinolytic ineligible patients who present with STEMI within 12 hours of symptom onset. (Level of Evidence: C)

Class IIa
1. It is reasonable to perform primary PCI for fibrinolytic-ineligible patients with onset of symptoms within the prior 12 to 24 hours and 1 or more of the following:
a. Severe CHF (Level of Evidence: C)
b. Hemodynamic or electrical instability (Level of Evidence: C)
c. Persistent ischemic symptoms. (Level of Evidence: C)

PCI is considered to be an appropriate intervention to achieve reperfusion in patients who cannot receive fibrinolytics because of increased risk of bleeding [308–311]


PRIMARY PCI WITHOUT ON-SITE CARDIAC SURGERY

Class IIb
1. Primary PCI might be considered in hospitals without on-site cardiac surgery, provided that there exists a proven plan for rapid transport to a cardiac surgery operating room in a nearby hospital with appropriate hemodynamic support capability for transfer. The procedure should be limited to patients with STEMI or MI with new, or presumably new, LBBB on ECG, and should be done in a timely fashion (balloon inflation within 90 minutes of presentation) by persons skilled in the procedure (at least 75 PCIs per year) and at hospitals that perform a minimum of 36 primary PCI procedures per year. (Level of Evidence: B)

Class III
1. Primary PCI should not be performed in hospitals without on-site cardiac surgery and without a proven plan for rapid transport to a cardiac surgery operating room in a nearby hospital or without appropriate hemodynamic support capability for transfer. (Level of Evidence: C)


INTERHOSPITAL TRANSFER FOR PRIMARY PCI

To achieve better outcome, time from the first hospital door to the balloon inflation in the second hospital should be as short as possible, preferably within 90 minutes.

Primary Stenting

Several studies have shown that there are no major differences in mortality (3.0% versus 2.8%) or reinfarction (1.8% versus 2.1%) rates between primary stenting and primary angioplasty [312, 313]. However, primary stenting had comparatively lower incidence of major adverse cardiac events because of reduction in subsequent target-vessel revascularization with stenting.  Research studies have also reported that compared to standard bare metal stents, drug-eluting stents are a safer option when used for primary PCI in STEMI patients [314].

## Facilitated PCI

Class IIb
 1. Facilitated PCI might be performed as a reperfusion strategy in higher-risk patients when PCI is not immediately available and bleeding risk is low. (Level of Evidence: B)

Facilitated PCI refers to a strategy of planned immediate PCI after pretreatment with an initial pharmacological regimen such as full-dose thrombolytics, half-dose thrombolytics, a GP IIb/IIIa inhibitor, or a combination of reduced-dose thrombolytic therapy and a platelet GP IIb/IIIa inhibitor.  Potential risks of facilitated PCI include susceptibility to bleeding complications, particularly in patients who are at least 75 years old.


Rescue PCI

Class I
1. Rescue PCI should be performed in patients less than 75 years old with ST elevation or LBBB who develop shock within 36 hours of MI and are suitable for revascularization that can be performed within 18 hours of shock, unless further support is futile because of the patient's wishes or contraindications/unsuitability for further invasive care. (Level of Evidence: B)
2. Rescue PCI should be performed in patients with severe CHF and/or pulmonary edema (Killip class 3) and onset of symptoms within 12 hours. (Level of Evidence: B)

Class IIa
1. Rescue PCI is reasonable for selected patients 75 years or older with ST elevation or LBBB or who develop shock within 36 hours of MI and are suitable for revascularization that can be performed within 18 hours of shock. Patients with good prior functional status who are suitable for revascularization and agree to invasive care may be selected for such an invasive strategy. (Level of Evidence: B)
2. It is reasonable to perform rescue PCI for patients with 1 or more of the following: a. Hemodynamic or electrical instability (Level of Evidence: C) b. Persistent ischemic symptoms. (Level of Evidence: C)


Rescue PCI or salvage PCI refers to PCI within 12 hours after failure of the thrombolytic therapy in patients with continuing or recurrent myocardial ischemia. Difficulty in identification patients who have failed thrombolytic therapy is a major hurdle in performing a PCI.


PCI for Cardiogenic Shock

Class I
1. Primary PCI is recommended for patients less than 75 years old with ST elevation or LBBB who develop shock within 36 hours of MI and are suitable for revascularization that can be performed within 18 hours of shock, unless further support is futile because of the patient's wishes or contraindications/unsuitability for further invasive care. (Level of Evidence: A)

Class IIa
1. Primary PCI is reasonable for selected patients aged 75 years or older with ST elevation or LBBB who develop shock within 36 hours of MI and who are suitable for revascularization that can be performed within 18 hours of shock. Patients with good prior functional status who are suitable for revascularization and agree to invasive care may be selected for such an invasive strategy. (Level of Evidence: B)

Several studies have demonstrated that PCI is beneficial for patients who experience cardiogenic shock in the early periods (hours) of STEMI. Emergency revascularization and other supportive treatments should be performed in patients who are younger than 75 years with STEMI complicated by cardiogenic shock.

Percutaneous Coronary Intervention after Fibrinolysis

### Class I
1. In patients whose anatomy is suitable, PCI should be performed when there is objective evidence of recurrent MI. (Level of Evidence: C)
2. In patients whose anatomy is suitable, PCI should be performed for moderate or severe spontaneous or provocable myocardial ischemia during recovery from STEMI. (Level of Evidence: B)
3. In patients whose anatomy is suitable, PCI should be performed for cardiogenic shock or hemodynamic instability. (See section on PCI for Cardiogenic Shock in Section VI.C.1.f.) (Level of Evidence: B)

### Class IIa
1. It is reasonable to perform routine PCI in patients with LV ejection fraction (LVEF) less than or equal to 0.40, CHF, or serious ventricular arrhythmias. (Level of Evidence: C)
2. It is reasonable to perform PCI when there is documented clinical heart failure during the acute episode, even though subsequent evaluation shows preserved LV function (LVEF greater than 0.40). (Level of Evidence: C)

### Class IIb
1. Routine PCI might be considered as part of an invasive strategy after fibrinolytic therapy. (Level of Evidence: B)


Immediately After Successful Fibrinolysis

Several clinical trials reported that immediate PCI after fibrinolysis had no benefits [105,106,112]. It did not salvage heart muscles, improve LVEF, or prevent reinfarction or fatality. Patients who underwent this intervention had greater occurrence of adverse events, including hemorrhage, emergency CABG, recurrent ischemia, and death.


Hours to Days after Successful Fibrinolysis.
STEMI patients are increasingly being treated immediate PCI subsequent to hours to days after successful fibrinolysis.

ACUTE SURGICAL REPERFUSION

CABG

CABG is a surgical procedure performed for relieving angina and reduces the risk of death from CAD.

**Class I**
1. Emergency or urgent CABG in patients with STEMI should be undertaken in the following circumstances:
a. Failed PCI with persistent pain or hemodynamic instability in patients with coronary anatomy suitable for surgery. (Level of Evidence: B)
b. Persistent or recurrent ischemia refractory to medical therapy in patients who have coronary anatomy suitable for surgery, have a significant area of myocardium at risk, and are not candidates for PCI or fibrinolytic therapy. (Level of Evidence: B)
c. At the time of surgical repair of postinfarction ventricular septal rupture (VSR) or mitral valve insufficiency. (Level of Evidence: B)
d. Cardiogenic shock in patients less than 75 years old with ST elevation, LBBB, or posterior MI who develop shock within 36 hours of STEMI, have severe multivessel or left main disease, and are suitable for revascularization that can be performed within 18 hours of shock, unless further support is futile because of the patient's wishes or contraindications/unsuitability for further invasive care. (Level of Evidence: A)
e. Life-threatening ventricular arrhythmias in the presence of greater than or equal to 50% left main stenosis and/or triple-vessel disease. (Level of Evidence: B)

**Class IIa**
1. Emergency CABG can be useful as the primary reperfusion strategy in patients who have suitable anatomy, who are not candidates for fibrinolysis or PCI, and who are in the early hours (6 to 12 hours) of an evolving STEMI, especially if severe multivessel or left main disease is present. (Level of Evidence: B)
2. Emergency CABG can be effective in selected patients 75 years or older with ST elevation, LBBB, or posterior MI who develop shock within 36 hours of STEMI, have severe triple-vessel or left main disease, and are suitable for revascularization that can be performed within 18 hours of shock. Patients with good prior functional status who are suitable for revascularization and agree to invasive care may be selected for such an invasive strategy. (Level of Evidence: B)

**Class III**
1. Emergency CABG should not be performed in patients with persistent angina and a small area of risk if they are hemodynamically stable. (Level of Evidence: C) 2. Emergency CABG should not be performed in patients with successful epicardial reperfusion but unsuccessful microvascular reperfusion. (Level of Evidence: C)

PATIENTS WITH STEMI NOT RECEIVING REPERFUSION

Nonreperfusion treatments should not vary whether or not patients received reperfusion therapy. Patients who have not undergone reperfusion therapy have a greater risk for future adverse events [315].

ANCILLARY THERAPY
Antithrombins as Ancillary Therapy to Reperfusion Therapy

UNFRACTIONATED HEPARIN AS ANCILLARY THERAPY TO REPERFUSION THERAPY

Class I

1. Patients undergoing percutaneous or surgical revascularization should be given UFH. (Level of Evidence: C)

2. UFH should be given intravenously to patients undergoing reperfusion therapy with alteplase, reteplase, or tenecteplase, with dosing as follows: bolus of 60 U/kg (maximum 4000 U) followed by an initial infusion of 12 U/kg per hour (maximum 1000 U/hr) adjusted to maintain activated partial thromboplastin time (aPTT) at 1.5 to 2.0 times control (approximately 50 to 70 seconds). (Level of Evidence: C)

3. UFH should be given intravenously to patients treated with nonselective fibrinolytic agents (streptokinase, anistreplase, or urokinase) who are at high risk for systemic emboli (large or anterior MI, atrial fibrillation, previous embolus, or known LV thrombus). (Level of Evidence: B)

4. Platelet counts should be monitored daily in patients given UFH. (Level of Evidence: C)

Class IIb

1. It may be reasonable to administer UFH intravenously to patients undergoing reperfusion therapy with streptokinase. (Level of Evidence: B)

Initial doses of UFH should be administered as a weight-adjusted bolus because UFH significantly prolongs the aPTT which is important for patient outcome and the heparin dose is weight dependent [125]. For fibrinspecific (alteplase, reteplase, and tenecteplase) fibrinolytic treated patients, a 60 U/kg bolus followed by a maintenance infusion of 12 U/kg per hour (with a maximum of 4000 U bolus and 1000 U/h initial infusion for patients weighing greater than 70 kg) is recommended. When UHF is administered without fibrinolytics, its recommended weight-adjusted dose is 60 to 70 U/kg IV bolus and 12 to 15 U/kg per hour infusion [316].

LOW-MOLECULAR-WEIGHT HEPARIN AS ANCILLARY THERAPY TO REPERFUSION THERAPY

Class IIb

1. LMWH might be considered an acceptable alternative to UFH as ancillary therapy for patients less than 75 years of age who are receiving fibrinolytic therapy, provided that significant renal dysfunction (serum creatinine greater than 2.5 mg/dL in men or 2.0 mg/dL in women) is not present. Enoxaparin (30 mg IV bolus followed by 1.0 mg/kg subcutaneous injection every 12 hours until hospital discharge) used in combination with full-dose tenecteplase is the most comprehensively studied regimen in patients less than 75 years of age. (Level of Evidence: B)

Class III

1. LMWH should not be used as an alternative to UFH as ancillary therapy in patients over 75 years of age who are receiving fibrinolytic therapy. (Level of Evidence: B)

2. LMWH should not be used as an alternative to UFH as ancillary therapy in patients less than 75 years of age who are receiving fibrinolytic therapy but have significant renal dysfunction (serum creatinine greater than 2.5 mg/dL in men or 2.0 mg/dL in women). (Level of Evidence: B)

Current data indicate that administration of an LMWH do increase the rate of early (60 to 90 minutes) reperfusion of the infarct artery; however, there is a lower rate of reocclusion of the infarct artery, reinfarction, or recurrent ischemic episodes.

DIRECT ANTITHROMBINS AS ANCILLARY THERAPY TO REPERFUSION THERAPY

Class IIa
1. In patients with known heparin-induced thrombocytopenia, it is reasonable to consider bivalirudin as a useful alternative to heparin to be used in conjunction with streptokinase. Dosing according to the HERO (Hirulog and Early Reperfusion or Occlusion)-2 regimen (a bolus of 0.25 mg/kg followed by an intravenous infusion of 0.5 mg/kg per hour for the first 12 hours and 0.25 mg/kg per hour for the subsequent 36 hours)127 is recommended but with a reduction in the infusion rate if the PTT is above 75 seconds within the first 12 hours. (Level of Evidence: B)

According to HERO-2 trial results, bivalirudin could be considered an alternative to UFH in those STEMI patients who receive fibrinolysis with streptokinase, have heparin-induced thrombocytopenia, and who can benefit from anticoagulation.

Antiplatelets

ASPIRIN

Class I
1. A daily dose of aspirin (initial dose of 162 to 325 mg orally; maintenance dose of 75 to 162 mg) should be given indefinitely after STEMI to all patients without a true aspirin allergy. (Level of Evidence: A)

Aspirin should be given to the patient with suspected STEMI as soon as possible and should be continued indefinitely, regardless of the strategy for reperfusion and regardless of whether additional antiplatelet agents are administered. The sole exception to this recommendation is true aspirin allergy.

THIENOPYRIDINES

Class I

1. A loading dose of thienopyridine is recommended for STEMI patients for whom PCI is planned. Regimens should be 1 of the following:
a. At least 300 to 600 mg of clopidogrel† should be given as early as possible before or at the time of primary or nonprimary PCI. (Level of Evidence: C)
b. Prasugrel 60 mg should be given as soon as possible for primary PCI. (Level of Evidence: B)
c. For STEMI patients undergoing nonprimary PCI, the following regimens are recommended:
(i) If the patient has received fibrinolytic therapy and has been given clopidogrel, clopidogrel should be continued as the thienopyridine of choice (Level of Evidence: C);
(ii) If the patient has received fibrinolytic therapy without a thienopyridine, a loading dose of 300 to 600 mg of clopidogrel should be given as the thienopyridine of choice (Level ofEvidence: C);
(iii) If the patient did not receive fibrinolytic therapy, either a loading dose of 300 to 600 mg of clopidogrel should be given or, once the coronary anatomy is known and PCI is planned, a loading dose of 60 mg of prasugrel should be given promptly and no
later than 1 hour after the PCI. (Level of Evidence: B)

2. The duration of thienopyridine therapy should be as follows:
a. In patients receiving a stent (BMS or drug-eluting stent [DES]) during PCI for ACS, clopidogrel 75 mg daily† (Level of Evidence: B) or prasugrel 10 mg daily§  (Level of Evidence: B) should be givenfor at least 12 months; b. If the risk of morbidity because of bleeding outweighs the anticipated benefit afforded by thienopyridine therapy, earlier discontinuation should be considered. (Level of Evidence: C)
3. In patients taking a thienopyridine in whom CABG is planned and can be delayed, it is recommended that the drug be discontinued to allow for dissipation of the antiplatelet effect. (Level of Evidence: C) The period of withdrawal should be at least 5 days in patients receiving clopidogrel (Level of Evidence: B) and at least 7 days in patients
receiving prasugrel† Level of Evidence: C), unless the need for revascularization and/or the net benefit of the thienopyridine outweighs the potential risks of excess bleeding (31). (Level of Evidence: C)

Class IIb
1. Continuation of clopidogrel or prasugrel§ beyond 15 months may be considered
in patients undergoing DES placement. (Level of Evidence: C)

Class III
1. In STEMI patients with a prior history of stroke and transient ischemic attack for whom primary PCI is planned, prasugrel is not recommended as part of a dual-antiplatelet therapy regimen. (Level of Evidence: C)

GLYCOPROTEIN IIb/IIIa INHIBITORS

Class IIa
1. It is reasonable to start treatment with glycoprotein IIb/IIIa receptor antagonists (abciximab (Level of Evidence: A) ,tirofiban (Level of Evidence: B) or eptifibatide (Level of Evidence: B) at the time of primary PCI (with or without stenting) in selected patients with STEMI.
Class IIb
1. The usefulness of glycoprotein IIb/IIIa receptor antagonists (as part of a preparatory pharmacological strategy for patients with STEMI before their arrival in the cardiac catheterization laboratory for angiography and PCI) is uncertain. (Level of Evidence: B)

OTHER PHARMACOLOGICAL MEASURES

Inhibition of Renin-Angiotensin- Aldosterone System

Class I
1. An angiotensin converting enzyme (ACE) inhibitor should be administered orally within the first 24 hours of STEMI to patients with anterior infarction, pulmonary congestion, or LVEF less than 0.40, in the absence of hypotension (systolic blood pressure less than 100 mm Hg or less than 30 mm Hg below baseline) or known contraindications to that Class of medications. (Level of Evidence: A)
2. An angiotensin receptor blocker (ARB) should be administered to STEMI patients who are intolerant of ACE inhibitors and who have either clinical or radiological signs of heart failure or LVEF less than 0.40. Valsartan and candesartan have established efficacy for this recommendation. (Level of Evidence: C)

Class IIa

1. An ACE inhibitor administered orally within the first 24 hours of STEMI can be useful in patients without anterior infarction, pulmonary congestion, or LVEF less than 0.40 in the absence of hypotension (systolic blood pressure less than 100 mm Hg or less than 30 mm Hg below baseline) or known contraindications to that class of medications. The expected treatment benefit in such patients is less (5 lives saved per 1000 patients treated) than for patients with LV dysfunction. (Level of Evidence: B)

Class III

1. An intravenous ACE inhibitor should not be given to patients within the first 24 hours of STEMI because of the risk of hypotension. (A possible exception may be patients with refractory hypertension.) (Level of Evidence: B)

Oral ACE inhibitors are beneficial and should usually be instituted within the first 24 hours, preferably after fibrinolytic therapy is finished and blood pressure has stabilized.
ACE inhibitors should not be used in case the following conditions:

- Systolic blood pressure is less than 100 mm Hg or less than 30 mm Hg below baseline
- Presence of kidney failure that is clinically relevant
- History of bilateral stenosis of the renal arteries
- known hypersensitivity or allergy to ACE inhibitors

ARBs may be beneficial in patients with poor LV function or clinical cardiac failure but who ACE inhibitor intolerant.

**Patient Education**

<u>Lifestyle modification</u>

**Smoking:**

Patient should be encourages for complete smoking cessation.  Patient should be assessed for tobacco use.  Patient and family should be strongly encouraged to stop smoking and to avoid secondhand smoke. Counseling, pharmacological therapy (including nicotine replacement and bupropion), and formal smoking cessation programs should be discussed and provided to the patient.

**Blood pressure control:**  The **g**oal should be to achieve blood pressure of less than 140/90 mm Hg or less than 130/80 mm Hg if patient has chronic kidney disease or diabetes
If patient has blood pressure of 120/80 mm Hg or greater:
• Initiate lifestyle modification (weight control, physical activity, alcohol moderation, moderate sodium restriction, and emphasis on fruits, vegetables, and low-fat dairy products) in all patients.
In case blood pressure is 140/90 mm Hg or greater or 130/80 mm Hg or greater for individuals with chronic kidney disease or diabetes:
• Blood pressure medications should be added

**Lipid management:**  Individual should be encouraged reduce intake of saturated fat, transfat and cholesterol. Patient should be encouraged to attain the following targets:

- Total Cholesterol: Less than 200 mg/dL
- LDL (bad) Cholesterol:
  - Less than 160 mg/dL for individuals at low risk for heart disease
  - Less than 130 mg/dL for individuals at intermediate risk for heart disease:
  - Less than 100mg/dL for individuals at high risk for heart disease, with pre-existing heart disease or diabetes):
- HDL (good) Cholesterol: 40 mg/dL or higher for men and 50 mg/dL or higher for women
- Triglycerides: Less than 150 mg/dL

Physical exercise or activity and weight management are also crucial for cholesterol control.  People should include diet which is rich in omega-3 fatty acids [317].

| Lipid Management | |
|---|---|
| Triglycerides less than 200 mg/dL<br>Primary goal LDL cholesterol significantly  less than 100 mg/dL | Start dietary therapy in all patients (less than 7% of total calories as saturated fat and less than 200 mg/d cholesterol). Encourage mild physical activity and weight control. Encourage increased consumption of omega-3 fatty acids.<br>Add drug therapy as per the following guide:<br><br>LDL- cholesterol significantly  less than 100 mg/dL (baseline or on-treatment):<br>• Statins should be used to lower LDL-C.<br><br>LDL- cholesterol greater than or equal to 100 mg/dL (baseline or on-treatment):<br>• Intensify LDL-C–lowering therapy with drug treatment, giving preference to statins. |
| Triglycerides 200 mg/dL or more<br>Primary goal Non–HDL- cholesterol significantly  less than<br>130 mg/dL | If triglycerides is more than or equal to 150 mg/dL or HDL- cholesterol is less than 40 mg/dL:<br>• Emphasize weight management and physical activity. Advise smoking cessation.<br>If triglycerides is 200 to 499 mg/dL:<br>• After LDL cholesterol lowering therapy, consider adding fibrate or niacin.<br>If triglycerides is more than or equal to 500 mg/dL:<br>• Consider fibrate or niacin before LDL cholesterol lowering therapy.<br>• Consider omega-3 fatty acids as adjunct for high triglycerides. |

**Physical activity:**  Individual should be physically active every day.  Physical activity for at least 30 minutes on 5 or more days of the week is beneficial for lowering or controlling blood pressure, lower cholesterol and keep weight at a healthy level. Physical activity for even 10 minutes at a time may offer some health

benefits.  People should be encouraged a  minimum of 30 to 60 minutes of physical  activity, preferably daily, or at least 3 or 4 times weekly  accompanied by an increase in daily lifestyle
Activities such as walking breaks at work, household work or gardening

**Weight management:** Obesity is widespread in US and has not even spared children.  Excess weight can lead to heart disease as it puts a strain on the heart muscle.
Good nutrition, controlling calorie intake and physical activity are the effective measures to maintain a healthy weight. Excess weight can lead to heart disease as it puts a strain on the heart muscle.  BMI or Body Mass Index is an important indicator to tell you whether your weight is healthy or not. People should strive for a BMI of around 18.5–24.9 kg/m2, waist circumference: Women less than 35 inches and men less than 40 inches.

**Diabetes management:** Individuals with diabetes are two to four times more likely to develop heart disease because of several risk factors, including high cholesterol, elevated blood pressure, obesity, smoking, and lack of physical activity.  In case HbA1c exceeds 7%, hypoglycemic therapy should be initiated.  Drug compliance is a crucial component in management of diabetes.

**Stress reduction:**

Several studies have observed a relation between increased stress and risk of heart disease.  People under stress have a tendency to smoke more or start smoking.  They also are prone to overeating that can lead to obesity.   Recent researches have also shown that stress reaction in young adults can predict middle-age blood pressure risk.  Positive self-talk, hobbies, emergency stress stoppers and relaxation techniques can help immensely in stress reduction.

**Alcohol reduction:**
Alcohol intake should be limited to no more then 1 to 2 ounces a day. Small amounts of alcohol in this range may have beneficial effects such as raising your good cholesterol (HDL). Excessive alcohol intake can cause high blood pressure and lead to heart failure.
It can also increase levels of triglycerides and it contributes to obesity.  Alcohol intake should not exceed more then 1 to 2 ounces a day. Moderate quantity of alcohol (an average of one drink for women or two drinks for men per day) may increase HDL i.e. good cholesterol.

**Homocysteine Levels:**  New studies have linked elevated homocysteine levels to the early development of heart disease.  An elevated level of homocysteine is an independent risk factor for heart disease. Studies have also observed that that reducing homocysteine levels with vitamins such as vitamin B6, vitamin B12 and folic acid does not reduce the risk of heart disease.

**DRUG COMPLIANCE**

Recent data have indicated that lifesaving drug treatments are underutilized in cardiovascular patients.  In such cases poor drug compliance is usually overlooked.
It has been observed that high percentages of cardiovascular patients are noncompliant in several key areas, including taking medications (31%- 58%), attending follow-up appointments (16%-84%), and following diet recommendations (13%-76%) [318].
Patients with heart conditions such as heart failure and MI require long-term use of medications to reduce morbidity and mortality. Management of heart disease often encompasses several drugs to

reduce mortality and improve signs and symptoms. Non-compliance to prescribed drugs lead to many problems related to heart disease, including pathologic changes and signs and symptoms associated with worsening cardiac function, poor blood pressure control, frequent hospitalization, and even death [319-327]. Despite making rapid strides in management of cardiac disease, treatment regimens are only effective and helpful if patients comply with their prescribed medications. Compliance rates, however, are suboptimal. In a study conducted on patients who were prescribed beta-blockers after an MI and had prescription drug coverage plus health insurance, it was found that only 45% patients were dug compliant to beta-blockers by 1 year status post discharge.   Additionally, the biggest decrease in compliance was observed between 30 and 90 days.  It was also found that compliance to statins was also poor.

| Potential outcomes of non-compliance to evidence-based medications frequently prescribed in heart diseases such as heart failure, left ventricular systolic dysfunction after myocardial infarction | | |
|---|---|---|
| Drug | Examples | Potential outcomes of nonadherence |
| Angiotensin-converting enzyme inhibitor<br><br><br><br><br><br>Angiotensin receptor blocker | Captopril<br>Enalapril<br>Lisinopril<br>Ramipril<br>Fosinopril<br>Quinapril<br>Trandolapril<br><br>Losartan<br>Candesartan<br>Valsartan | Activation of renin-angiotensin-aldosterone system<br>$\uparrow$ Systolic blood pressure<br>$\uparrow$ Myocardial oxygen demand<br>$\uparrow$ Preload<br>$\uparrow$ Afterload<br>$\downarrow$ Heart function<br>Ventricular hypertrophy and remodeling<br>$\downarrow$ Exercise tolerance<br>$\uparrow$ Hospitalization and mortality |
| Aldosterone antagonist | Eplerenone<br>Spironolactone | Activation of renin-angiotensin-aldosterone system<br>$\downarrow$ Heart function<br>Ventricular hypertrophy and remodeling<br>Sodium retention<br>$\uparrow$ Hospitalization and mortality |
| β-Blocker | Carvedilol<br>Carvedilol CR<br>Bisoprolol<br>Metoprolol succinate | Activation of sympathetic nervous system<br>$\downarrow$ Heart function<br>$\uparrow$ Heart rate<br>$\uparrow$ Blood pressure<br>Ventricular remodeling<br>$\uparrow$ Ventricular arrhythmias<br>$\downarrow$ Exercise tolerance<br>$\uparrow$ Hospitalization and mortality |
| Digoxin | Digoxin | $\downarrow$ Heart muscle contraction<br>$\uparrow$ Heart rate<br>$\uparrow$ Atrioventricular node conduction<br>$\downarrow$ Exercise tolerance<br>$\uparrow$ Hospitalization |

| Loop diuretic | Furosemide Bumetanide Torsemide | Signs of fluid retention (rales, S3 heart sound, edema, jugular venous pressure elevation, weight gain, ↓serum sodium level) Symptoms of fluid overload (dyspnea, orthopnea, paroxysmal nocturnal dyspnea, fatigue) |
| Thiazide/thiazide-like diuretic | Hydrochlorothiazide Metolazone | ↑ Electrolytes (potassium, magnesium) ↑ Blood pressure ↑ Hospitalization |
| Statins | Atorvastatin Pravastatin Simvastatin Rosuvastatin | ↑ Low-density lipoprotein cholesterol Loss of pleiotropic benefits |

Several studies and retrospective reviews have concluded that that a substantial number of US hospital admissions (approximately US hospital admissions) were ascribed to poor drug compliance.  In a retrospective study (Beta Blocker Heart Attack Trial) it was observed that patients with poor drug compliance (took ≤75% of prescribed β-blocker) had a 2.5- to 3.1- fold increased risk of dying within 1 year compared with patients with higher compliance rates rates [328]. Patient with poor drug compliance had an increased risk for death whether they were taking beta-blocker (propranolol) or placebo, suggesting that poor drug compliance with a β-blocker was indicative of non-compliance to other prescribed drugs. Several studies have concluded that there is an association between drug compliance and mortality in patients with heart disease such as MI, hypertension and heart failure.

**Barriers to Adherence**

Despite its importance, medical compliance in patients' care is often overlooked and should be reevaluated as a key component of cardiovascular management [329]. In-hospital initiation of medications has a positive impact on patients' drug compliance [330].

| Factors that influence drug compliance |
| --- |
| Failure to initiate therapy during hospitalization Poor communication and education at discharge of the importance of medications Complexity of medication regimen <ul><li>Polypharmacy</li><li>Frequent dosing</li></ul> Medication cost Adverse effects <ul><li>Lack of knowledge about possible adverse effects</li></ul> |

Medication Complexity

With the advent of newer and novel therapies and medicines, the overall risk of morbidity and mortality has decreased; however, the drug regimens have become more complex.  This is particularly true in case of heart disease such as hypertension, heart failure and MI [331].  Complexity of drug regimens coupled with increased cost of drug regimens have lead to increased rate of non-compliance. Some studies have observed that there is an inverse relationship between the number of daily doses and the rate of drug compliance [332-335]. Changing drug regimens from multiple doses to single dose a day can be beneficial for patients with heart failure and other cardiovascular conditions [333-334]. ACC/AHA guidelines e recommend initiating long-term beta-blocker therapy and continued indefinitely in all survivors of acute MI who do not have absolute contraindications and in patients with mild to severe heart failure [336].

Healthcare givers can advocate for changes in therapy when necessary and advanced practice nurses can promote better care and compliance by switching to single daily dose regimen.

| Role of nurses in improving medication adherence |
|---|
| Nurse-physician collaboration in patients' care and education during hospitalization<br>• In-hospital initiation of medications<br>• In-hospital titration of vasodilating medications (angiotensin-converting enzyme inhibitor/angiotensin receptor blocker) to target doses on the basis of large, multicenter,randomized, controlled trials<br><br>Development of a trusting relationship and open communication between nurse and patient<br><br>Nurse-directed patient education<br>• Comprehensive counseling about discharge medications<br>• Rationale for use in heart failure or after myocardial infarction<br>• Dose, how to take, when to take<br>• Anticipated or transient adverse effects<br>• Serious adverse effects<br>• When to contact a health care provider<br>• Which health care provider to contact<br>• What to do if a dose is skipped<br>• Food, other drugs, or over-the-counter therapies that could affect drug effectiveness<br><br>Nurse education: educating the educator<br>• Medication algorithms on how to use drugs: when to consider new agents<br>• Pocket cards that provide details of how drugs may interact<br><br>Inclusion of patients' family members in education session(s)<br>• Review of medications<br>• Review of possible adverse effects and serious adverse effects<br><br>Social services consultation and discharge planning<br>• Assessment of patients' financial ability to purchase prescribed medications |

---

Use of generic drugs

Simplifying drug regimen
- Once-daily dosing
- Medication pill boxes: how to use
- Patient handouts/written materials
- Polypills

Outpatient reinforcement of educational information
- Patient reminders: written, telephone
- Home visits
- Clinical visits

---

CONCLUSION

Cardiovascular disease is the leading cause of mortality worldwide and constitutes a major health burden. Globally, nearly 20 million people succumbed to cardiovascular diseases in 2008.  It is estimated that by 2030, approximately 23.6 million people will die because of cardiovascular diseases or CVD.  Over the last few years, major advances have been made in the management of cardiovascular disease. Cardiovascular pharmacology is being used to treat various heart diseases, including hypertension, cardiac failure, angina pectoris, and myocardial infarction. Evidence-based practice or EBM coupled with rational treatment have improved treatment of cardiovascular diseases. Health care provider should be aware of the different types of cardiovascular pharmacology and their respective adverse side effects to help patients better manage their treatment, which can often be long-term or even lifelong.

Patients with primary hypertension are usually treated with drugs that reduce blood volume, systemic vascular resistance, or cardiac output by reducing heart rate and stroke volume. The principal aim of antihypertensive therapy is reduction of morbidity and mortality related to cardiovascular and renal complications. Antihypertensive drugs include betablockers, diuretics, alpha adrenergic blockers, calcium channel blockers or CCBs, angiotensin-converting enzyme (ACE) inhibitors, angiotensin II receptor blockers, and peripheral vasodilators. Healthcare providers should periodically measure blood pressure of the patient to assess the efficacy of antihypertensive drugs.

Angina results from a reduction in the oxygen supply/demand ratio.  It is managed with measures that improve oxygen supply/demand ratio either by increasing blood flow or decreasing oxygen demand. The treatment of stable angina has two principal objectives.  The first one is prevention of myocardial ischemia (MI) and death. The second objective is reduction of angina symptoms and development of ischemia, which improves the quality of life. Organic nitrates, β-blockers and CCBs or calcium-channel blockers are commonly used in treatment of stable angina.  These pharmaceutical agents reduce the oxygen demand of the heart muscles by influencing blood pressure, heart rate, venous return, and myocardium contractility. Lifestyle and risk factor modifications, especially smoking cessation, are key component in the management and treatment of angina.  Surgical options for treating angina include angioplasty and coronary artery bypass surgery. Side effects of antianginal drugs are usually not significant and include dizziness, lightheadedness, nausea, or restlessness.  Healthcare providers should be concerned only if side effects interfere with the patient's daily activities. Patients should be encouraged to take these medications exactly as directed and to report any adverse side effects.

Myocardial infarction, or heart attack, is the irreversible necrosis of heart muscle secondary to prolonged ischemia. This condition s arises because of an imbalance in oxygen supply and demand, which is usually caused by plaque rupture with thrombus formation in a coronary vessel, resulting in an acute reduction of blood supply to a portion of the myocardium. Thrombolysis and revascularization can salvage heart muscles and its function   if they are implemented early after the onset of ischemia. Some of the drug classes that are beneficial in MI are beta-blockers, ACR (angiotensin-converting enzyme) inhibitors, angiotensin II receptor blockers or ARBs, and statins. Post-myocardial infarction, healthcare providers can also recommend prophylactic treatments with aspirin. Lifestyle changes that will either prevent or help manage cardiovascular disease should also be encouraged.  Smoking cessation, healthy, maintaining a healthy weight, getting at least 30 minutes of moderate exercise per day, and limiting alcohol consumption can all help lower blood pressure and reduce the need for certain medications.  New drugs such as Clopidogrel, is effective in preventing atherosclerotic episodes following recent myocardial infarction, stroke, and established peripheral arterial disease. It is also approved and beneficial for prophylaxis of thrombotic events in unstable angina or non–Q wave myocardial infarction. Prasugrel is the newest, orally administered $P2Y_{12}$ receptor antagonist that is more potent, more rapid in onset, and more reliable in its inhibition of platelet aggregation than clopidogrel. It is approved and effective in reducing thrombotic cardiovascular episodes in patients with acute coronary syndrome.  Anticoagulants such as heparin and LMWHs (Low molecular weight heparin) are effective in the prophylaxis of venous thrombosis and the treatment of pulmonary embolism, acute myocardial infarction and different types of thrombotic diseases. STEMI (ST elevation myocardial infarction) results from complete and prolonged occlusion of an epicardial coronary blood vessel and is characterized by ST elevation on ECG. STEMI is a major health issue in industrialized countries and is becoming a substantial public health problem in developing countries. Some of the common thrombolytics such as streptokinase, urokinase, and recombinant tissue plasminogen activators (Alteplase, Reteplase, Tenecteplase) are effective in clot dissolution.

Heart failure is a multisystem disorder which reduces the efficiency of the myocardium, through damage or overloading and is characterized by functional impairment of cardiac, skeletal muscle, and renal system; overactive sympathetic nervous system; and complex neurohormonal changes. Heart failure can be caused by several conditions such as myocardial infarction, hypertension and amyloidosis.  Classes of drugs that are effective in the treatment of heart include inhibitors of the renin-angiotensin system, beta-adrenoreceptor blockers, diuretics, direct vasodilators, inotropic drugs and aldosterone antagonists. These drugs reduce cardiac load, decrease extracellular fluid volume, improve contractility of the heart muscles, and decelerate cardiac remodeling.

Over the past few decades the mortality rate from cardiovascular disease has declined 50 percent in the US. This significant reduction is because of rapid advances made n the prevention, diagnosis, and treatment of cardiovascular disease.  Pharmaceutical agents play a significant role in prevention of atherosclerosis and its consequences which include: myocardial ischemia, hypertension, stroke, and heart failure. Additionally, new device-based therapies have revolutionized the management of cardiovascular disease that has led to a marked decline in morbidity and mortality.  New, advanced, sophisticated, and innovative strategies based on accurate imaging of the heart and blood vessels are currently being used to detect and predict future course of cardiovascular disease.  Lifestyle changes, early risk-factor screening, and more potent drugs can effectively reduce cardiovascular disease. There is no doubt that the overall quality of cardiovascular care has been steadily improving, but there is still a gap between how cardiovascular care is generally practiced and how it should be practiced, especially for patients with

multiple risk factors.  It is important for healthcare providers to shift the focus of care toward prevention of cardiovascular disease.  This crucial step can improve patient's quality of life and lives can be saved.

**Test Questions**

1. _____ is the leading cause of death in the U.S.

A. Lung Cancer
B. Heart diseases
C. Stroke
D. Infectious diseases

2. Main types of blood vessels include _____

A. Arteries
B. Veins
C. Capillaries
D. All of the above

3. The largest artery in our body is _____

A. Pulmonary artery
B. Coronary artery
C. Aorta
D. Femoral artery

4. Which valves lie between the atria and ventricles?

A. Pulmonic and mitral
B. Tricuspid and mitral
C. Aortic and tricuspid
D. Pulmonic and aortic

5. At rest, the average heart rate in adults is _____ beats per minute.

A. 50-72
B. 80-100
C. Below 60
D. 60–80

6. _____ is considered "good cholesterol" because it provides some protection against heart disease.

A. High–density lipoprotein cholesterol or HDL
B. Low–density lipoprotein cholesterol or LDL
C. Glycerides
D. Total Cholesterol

7. Angina or angina pectoris is a

A. Disease
B. Risk factor
C. Symptom
D. All of the above

8. Myocardial ischemia can result from _____

A. Reduction of coronary blood flow caused by fixed and/or dynamic epicardial coronary artery stenosis
B. Abnormal constriction or deficient relaxation of coronary microcirculation
C. Reduced oxygen-carrying capacity of the blood
D. All of the above

9. Class II angina according to the Canadian Cardiovascular Society indicates __

A. Ordinary activity does not cause angina
B. Inability to carry out any physical activity without discomfort or angina at rest
C. Slight limitation of ordinary activity
D. Marked limitation of ordinary physical activity

10. Class IV angina according to the Canadian Cardiovascular Society indicates

A. Ordinary activity does not cause angina
B. Inability to carry out any physical activity without discomfort or angina at rest
C. Slight limitation of ordinary activity
D. Marked limitation of ordinary physical activity

11. Drugs that are effective in the treatment of heart failure include _____.

A. Inotropic drugs and direct vasodilators
B. Diuretics and aldosterone antagonists
C. Beta-adrenoreceptor blockers
D. All of the above

12. Chronic heart failure is managed by the following measures except _____.

A. Reduction in physical activity
B. High dietary intake of sodium (>1500 mg/day)
C. Management of comorbid conditions
D. Prudent use of inhibitors of the reninangiotensin system, diuretics and inotropic agents

13. _____ are the drug of choice in patients with heart failure.

A. Angiotensin-converting enzyme (ACE) inhibitors
B. Diuretics
C. Beta-adrenoreceptor blockers

D. All of the above

14.  Which of the following is not an adverse side effect of ACE-inhibitors?

A. Postural hypotension
B. Persistent dry cough
C. Hypokalemia
D. Renal insufficiency

15.  Compared to ACE inhibitors, ARBs _____

A. Provide a more complete blockade of angiotensin action
B. Do not influence bradykinin levels
C. None of the above
D. Both A and B

16.  Which is not true about ARBs?

A. ARBs are usually well tolerated
B. ARBs produce cough
C. Common adverse effects include headache dizziness, and hyperkalemia
D. ARBs are contraindicated in pregnancy

17. Which of the following is not a positive inotropic agent?

A. Digoxin
B. Dobutamine
C. Beta-blockers
D. Dopamine

18.  Which of the following is not a negative inotropic agent?

A. Beta-blockers
B. Dopamine
C. Disopyramide
D. Calcium channel blockers

19. Which of the following is not true about cardiac glycosides?

A. Extracted from the digitalis (foxglove) plant
B. Digoxin is the most frequently used cardiac glycosides
C. These drugs have a high therapeutic index
D. Used in the treatment of congestive heart failure and cardiac arrhythmia

20. Digoxin is not indicated in _____

A. Severe left ventricular systolic dysfunction
B. Heart failure with atrial fibrillation
C. Diastolic or right-sided heart failure
D. None of the above

21.  Spironolactone is a direct aldosterone antagonist which prevents ____

A. Myocardial hypertrophy
B. Hypokalemia
C. Salt retention
D. All of the above

22. Which statement is true about Evidence based medicine or EBM

A. EBM is the conscientious, explicit and judicious use of current best evidence in making decisions about the care of individual patients
B. EBM involves systematically reviewing, evaluating and using clinical research findings to provide best clinical care available to patients.
C. EBM assesses the strength of the evidence of risks and benefits of treatments as well as lack of treatment and diagnostic tests
D. All of the above

23. Level of Evidence A means _____

A. Data derived from multiple randomized clinical trials or meta-analyses
B. Data derived from a single randomized trial or nonrandomized studies.
C. Only consensus opinion of experts, case studies, or standard of care
D. No opinion

24. Level of Evidence B means _____
A. Data derived from multiple randomized clinical trials or meta-analyses
B. Data derived from a single randomized trial or nonrandomized studies.
C. Only consensus opinion of experts, case studies, or standard of care
D. No opinion

25. Level of Evidence C means

A. Data derived from multiple randomized clinical trials or meta-analyses
B. Data derived from a single randomized trial or nonrandomized studies.
C. Only consensus opinion of experts, case studies, or standard of care
D. No opinion

26. Patients who have present or prior symptoms of heart failure and reduced left ventricular ejection fraction (LVEF) with evidence of fluid retention are indicated _____.

A. Ace inhibitors and rest
B. Diuretics and salt restriction
C. Diuretics and ACE inhibitors

D. None of the above

27. _____ can be used as substitutes to ACE inhibitors as first-line therapy for patients with mild to moderate heart failure and reduced LVEF, especially for patients already on ARBs for other reasons (Level of Evidence: A).

A. Angiotensin II receptor blockers or ARBs
B. Beta-blockers
C. Diuretics
D. Nitrates

28. _____ should not be prescribed as routine treatment for heart failure in patients with present or prior symptoms of heart failure and reduced LVEF (Level of Evidence: A)

A. ACE-inhibitors
B. Angiotensin II receptor blockers or ARBs
C. Calcium channel blockers or CCBs
D. Diuretics

29.  Preferred class of drugs for the management of hypertension in elderly patients includes _____.

A. Calcium-channel blockers or CCBs
B. ACE inhibitors
C. Diuretics
D. All of the above

30.  _____ are the drug of choice and are the preferred first-line drug therapy for hypertension unless there are compelling reasons to choose another agent.

A. Beta-blockers
B. Diuretics
C. Calcium channel blockers or CCBs
D. ACE-inhibitors

31. Which statement is false about thiazides?

A. They are especially effective in the treatment of hypertension in black and elderly patients
B. Thiazides are usually not effective in hypertensive patients with renal insufficiency
C. Thiazides usually cause postural hypotension
D. Thiazides do not cause sodium and water retention

32. Side effects of thiazides include

A. Hypokalemia
B. Hyperuricemia
C. Hypomagnesemia
D. All of the above

33.  Which of the following is not a loop diuretic?

A. Torsemide
B. Metolazone
C. Bumetanide
D. Furosemide

34.  Loop diuretics and are the drugs of choice in _____.

A. Hypertension
B. Acute pulmonary edema because of heart failure
C. Hyperkalemia
D. Chronic heart failure

35.  Which is true about Spironolactone?

A. Spironolactone is the diuretic of choice in patients with liver cirrhosis.
B. Spironolactone is often prescribed together with a thiazide or loop diuretic to prevent the K+ excretion
C. Spironolactone prevents the remodeling that develops because of compensatory mechanisms during progressive heart failure

D. All of the above

36.  _____ are the first-line drug therapy for hypertension when concomitant disease is present

A. Beta-blockers
B. Calcium channel blockers
C. ACE-inhibitors
D. ARBs

37.  Which is not true about ACE-inhibitors?

A. ACE inhibitors can be given in pregnancy
B. ACE inhibitors are prescribed mainly to treat hypertension
C. They block the conversion of angiotensin I to angiotensin II, a potent vasoconstrictor
D. ACE inhibitors effective in the management of patients with chronic heart failure

38.  _____ is the only available orally active non-peptide rennin inhibitor available since 2007 for the treatment of hypertension

A. Hydrochlorothiazide
B. Aliskiren
C. Losartan
D. Verapamil

39.  Which statement is not tore about Calcium channel blockers or CCBs?

A. They disrupt or block the movement of calcium ($Ca^{2+}$) through calcium channels
B. They are highly effective in treating hypertension in patients with angina or diabetes, especially elderly
C. High doses of short-acting CCBs should be prescribed because of reduced risk of MI
D. They are prescribed when the preferred first-line agents are contraindicated or ineffective in treatment of hypertension

40.  _____ is the least selective amongst all the CCBs and is the only diphenylalkylamines that is currently FDA approved in the United States.

A. Verapamil
B. Diltiazem
C. Nifedipine
D. Nicardipine

41. Which statement is true about combination therapy in hypertension?

A. Combination therapy with two antihypertensive drugs should be indicated in patients where the target blood pressure is exceeded by more than 20/10 mm Hg
B. Combination therapy should ideally be initiated in stage 1 patients, particularly if the second agent can negate the side effects of initial therapy
C. Single pill combinations should be preferred than separate agents especially where convenience outweighs other considerations.
D. All of the above

42. Major lifestyle modifications that have demonstrated efficacy in reducing blood pressure include _____

A. Major lifestyle modifications that have demonstrated efficacy in reducing blood pressure include
B. Following a dietary plan which includes DASH
C. Physical activity
D. All of the above

43. _____ is usually prescribed as a first-line agent for treatment of hypertension in pregnancy.

A. Metoprolol
B. Alpha-methyldopa
C. Atenolol
D. Labetalol

44. _____ is not preferred in hypertension with high-risk conditions

A. Angiotensin-converting enzyme [ACE] inhibitors
B. Angiotensin receptor blockers [ARBs]
C. Thiazide
D. Beta blockers

45. Which of the following classes of drugs are not commonly used in management of stable angina?

A. ACE-inhibitors
B. Beta-blockers
C. CCBs or calcium-channel blockers
D. Organic nitrates

46. Surgical options for treating angina are _____

A. Angioplasty
B. Coronary artery bypass surgery (CABG)
C. None of the above
D. Both A and B

47.  The commonest form of angina is

A. Classic or stable angina
B. Unstable angina
C. Prinzmetal or rest angina
D. None of the above

48.  _____ should not be used in patients with Prinzmetal angina

A. Nitrates
B. Beta-blockers
C. Organic nitrates
D. Calcium channel blockers

49.  Which of the following in not a side effect of calcium channel blockers?

A. Hypertension
B. dizziness
C. oral flushing
D. edema

50.  Which statement is incorrect about verapamil?

A. Verapamil slows down AV conduction directly and reduces blood pressure, heart rate, cardiac contractility, and oxygen demand
B. Compared to nifedipine, verapamil has greater negative inotropic effects
C. Compared to nifedipine, verapamil is more potent vasodilator
D. Verapamil is contraindicated in patients with preexisting poor cardiac function or AV conduction impairments.

51. Which statement is true about nitrates?

A. Nitrates inhibit coronary vasoconstriction or spasm, increasing perfusion of the heart muscles
B. Nitroglycerins have antithrombotic and antiplatelet properties
C. A reflex increase in sympathetic activity can occur in some patients causing increased heart rate and contractility.
D. All of the above

52.  The time to onset of action of nitroglycerin is approximately _____

A. 5 seconds
B. 1 minute
C. 15 minutes
D. 1 hour

53.  The main goal of management of chronic stable angina includes _____

A. Reduction of mortality and morbidity
B. Reduction of angina symptoms
C. None of the above
D. Both A and B

54. Which of the following statement is not true about aspirin?

A. Aspirin is only effective in reducing the risk of subsequent heart attack and death
B. Aspirin prevents angina
C.  None of the above
D. Both A and B

55. Class I recommendations for prevention of MI and death in asymptomatic patients include _____.

A. Aspirin in the absence of contraindication in patients with prior MI. (Level of Evidence: A)
B. Beta-blockers as initial therapy, if not contraindicated, in patients with prior MI. (Level of Evidence: B)
C. ACE inhibitor in patients with coronary artery disease who also have diabetes and/or systolic dysfunction. (Level of Evidence: A)
D. All of the above

56.  Class I recommendations for revascularization with PCI (percutaneous coronary intervention) (or other catheter-based techniques) and CABG (coronary bypass surgery) in patients with stable angina include _____

A. CABG is indicated for patients with significant left main coronary disease. (Level of Evidence: A)
B. CABG is indicated for patients with three-vessel disease. (Level of Evidence: A)
C. CABG is indicated for patients with two-vessel disease with significant proximal LAD CAD and either abnormal LV function (ejection fraction < 50%) or demonstrable ischemia on noninvasive testing. (Level of Evidence: A)
D. All of the above

57. Revascularization approaches for treatment of chronic stable angina caused by coronary atherosclerosis are _____.

A. CABG (Coronary bypass surgery)
B. PCI (Percutaneous coronary intervention)
C. None of the above
D. Both A and B

58.  UA/NSTEMI is characterized by _____

A. ECG shows ST-segment depression or prominent T-wave inversion
B. Positive biomarkers of necrosis (CK-MB, troponin) in the absence of ST-segment elevation
C. Clinical symptoms of chest discomfort or angina
D. All of the above

59.  Which of the following is not a thienopyridines?

A. Ticlopidine
B. Aspirin
C. Clopidogrel
D. Prasugrel

60.  Which of the following is incorrect about clopidogrel?

A. Clopidogrel, a 2nd-generation thienopyridine, is the most popular thienopyridines
B. It is approved for preventing atherosclerotic episodes following recent myocardial infarction, stroke, and established peripheral arterial disease
C.  Clopidogrel therapy should be initiated around 4 to 7 days before elective coronary artery bypass grafting (CABG)
D. It is also approved and beneficial for prophylaxis of thrombotic events in unstable angina or non–Q wave myocardial infarction.

61.  Which of the following statement is incorrect about Prasugrel?

A. Prasugrel is an orally administered $P2Y_{12}$ receptor antagonist
B. It is potent, more rapid in onset, and more reliable in its inhibition of platelet aggregation than clopidogrel
C. It is approved and effective in reducing thrombotic cardiovascular episodes in patients with acute coronary syndrome
D. None of the above

62. Which of the following statement is incorrect about GPIIb/IIIa inhibitors?

A. GPIIb/IIIa inhibitors are highly effective inhibitors of platelet aggregation
B. Currently, three types of GPIIb/IIIa inhibitors are being used clinically: abciximab, tirofiban, and eptifibatide.
C. All the above mentioned agents are pharmacodynamically and pharmacokinetically identical.
D. All of the above

63.  Which of the following statement is false?

A. Average molecular weight of heparin is more than LMWH (Low Molecular Weight Heparin)
B. Bioavailability of heparin is more than LMWH
C. Intravenous half-life of heparin is shorter than LMWH
D. Monitoring of the APTT coagulation parameter is necessary for high dose heparin, but not for LMWH

64.  Which of the following statement is incorrect?

A. Heparin and the LMWHs or the fractionated heparin prevent the expansion of thrombi by inhibiting fibrin formation.
B. Heparin is frequently prescribed for the treatment of acute DVT (deep vein thrombosis) and pulmonary embolism.
C. Heparin and LMWHs are contraindicated in pregnant woman
D. Heparin can be prescribed to patients in the acute phase of myocardial infarction.

65. Adverse effects of both LMWHs and heparin include _____

A. Bleeding complications
B. Hypersensitivity reactions
C. Thrombocytopenia
D. All of the above

66. Class 1 recommendations for early hospital care antiplatelet therapy include _____.

A. ASA should be administered to UA/NSTEMI patients immediately after hospital presentation and continued indefinitely in patients who tolerate it. (Level of Evidence: A)
B. Patients with definite UA/NSTEMI at medium or high risk and in whom an initial invasive strategy is selected should receive dual-antiplatelet therapy on presentation. (Level of Evidence: A)
C. ASA should be initiated on presentation. (Level of Evidence: A)

D. All of the above

67. Which of the following statement is incorrect about thrombolytic agents?

A. Thrombolytic drugs convert plasminogen to plasmin leading to dissolution of thrombi.
B. Thrombolytics are beneficial in re-establishing catheter and shunt function by dissolution of clots
C. Thrombolytics can prevent bleeding or hemorrhage
D. Reperfusion and clot lysis or dissolution is more successful if treatment is started early after clot formation

68.  Which of the following thrombolytic agents cannot be administered as a bolus?

A. Alteplase or tPA
B. Reteplase
C. Tenecteplase
D. All of the above

69. Which of the following statement is incorrect about streptokinase?

A. Streptokinase is effective in the management of STEMI, and pulmonary embolism
B. Streptokinase is FDA approved for the management of acute myocardial infarction and occluded access shunts
C. Streptokinase can be re-administered in any patient for a second STEMI
D. Streptokinase is infused within 4 hours of a myocardial infarction for a period of one hour.

70.  Which of the following statement is incorrect about morphine?

A. Morphine sulfate (2 to 4 mg IV with increments of 2 to 8 mg IV repeated at 5- to 15-minute intervals) is the analgesic of choice for management of pain associated with STEMI.
B. Morphine causes analgesia and sedation which have a great therapeutic value in the clinical settings
C.  Morphine when taken orally is absorbed very quickly
D. Morphine is a rapid-acting narcotic

71.  Fibrinolysis is generally preferred if _____.

A. Early presentation (3 hours or less from symptom onset)
B. Delay to invasive strategy
C. None of the above
D. Both A and B

72.  The following clinical features should be present (although not necessarily at the same time) to initiate fibrinolysis except _____

A. Symptoms of myocardial ischemia
B. ST elevation greater than 0.1 mV, in at least 2 contiguous leads
C. New or presumably new RBBB on the presenting ECG
D. New or presumably new LBBB on the presenting ECG

73. Life style modification for patients with heart disease should include _____

A. Smoking cessation
B. Blood pressure control
C. Lipid management
D. All of the above

74. Statins should be used _____

A. Total Cholesterol: Less than 200 mg/dL
B. Less than 100mg/dL for individuals at high risk for heart disease, with pre-existing heart disease or diabetes
C. Triglycerides: Less than 150 mg/dL
D. All of the above

75. Factors that influence drug compliance include _____.

A. Failure to initiate therapy during hospitalization
B. Poor communication and education at discharge of the importance of medications
C. Complexity of medication regimen
D. All of the above

## Answer Key

1.    B, 1, Introduction to Heart Disease, Epidemiology of Heart Disease
2.    D, 1, Introduction to Heart Disease, Overview of the Cardiovascular System
3.    C, 1, Introduction to Heart Disease, Overview of the Cardiovascular System
4.    B, 2, Introduction to Heart Disease, Overview of the Cardiovascular System
5.    D, 4, Introduction to Heart Disease, Overview of the Cardiovascular System
6.    A, 6, Introduction to Heart Disease, Etiology
7.    A, 11, Types of Heart Disease, Brief Pathophysiology of Angina
8.    D, 12, Types of Heart Disease, Brief Pathophysiology of Myocardial ischemia
9.    C, 12, 13, Types of Heart Disease, Brief Pathophysiology of Angina
10.   D, 12, 13, Types of Heart Disease, Brief Pathophysiology of Angina
11.   D, 28, Heart Failure, 23
12.   B, 28, Heart Failure, 23, 24
13.   A, 29, Heart Failure, 23, 24
14.   C, 30, Heart Failure, Inhibitory Drugs, 23, 24
15.   D, 30, Heart Failure, Inhibitory Drugs, 23, 24
16.   B, 30, Heart Failure, Inhibitory Drugs, 23, 24
17.   C, 32, Heart Failure, Inotropic Drugs, 23, 24
18.   B, 32, Heart Failure, Inotropic Drugs, 23, 24
19.   C, 32, Heart Failure, Inotropic Drugs, 23, 24
20.   C, 32, Heart Failure, Inotropic Drugs, 23, 24
21.   D, 36, Heart Failure, 23, 24
22.   D, 38, Evidence Based Medicine, 1, 2
23.   A, 40, Evidence Based Medicine, 1, 2
24.   B, 40, Evidence Based Medicine, 1, 2
25.   C, 40, Evidence Based Medicine, 1, 2
26.   B, 46, Heart Failure, 24, 25
27.   B, 47, Heart Failure, Inhibitory Drugs, 24, 25
28.   C, 47, Heart Failure, 24, 25
29.   D, 55, Hypertension, 20
30.   B, 56, Hypertension, 20
31.   C, 57, Hypertension, Diuretics, 20
32.   D, 58, Hypertension, Diuretics, 20
33.   B, 63, Hypertension, Diuretics, 20
34.   B, 64, Hypertension, Diuretics, 20
35.   D, 65, Hypertension, Diuretics, 20
36.   A, 66, Hypertension, Patient Comorbidities affecting drug choice, 22
37.   A, 67, Hypertension, ACE Inhibitor, 20
38.   B, 69, Hypertension, Rennin Inhibitor, 20
39.   C, 70, Hypertension, Calcium channel blockers, 20

40.   A, 71, 72, Hypertension, Calcium channel blockers, 20
41.   D, 81, 82, Hypertension, 21
42.   D, 83, Hypertension, Lifestyle Modifications, 19
43.   B, 92, Hypertension, 20
44.   C, 94, Hypertension, Patient Comorbidities affecting drug choice, 22
45.   A, 95, Pharmacological Properties in the Treatment of Stable Angina, 1, 5
46.   D, 95, Pharmacological Properties in the Treatment of Stable Angina, 1, 5
47.   A, 95, Types of Heart Disease, Pharmacological Properties in the Treatment of Stable Angina
48.   B, 98, Pharmacological Properties in the Treatment of Stable Angina, 1, 5
49.   A, 100, Pharmacological Properties in the Treatment of Stable Angina, 1, 5
50.   C, 102, Pharmacological Properties in the Treatment of Stable Angina, 1, 5
51.   D, 103, Pharmacological Properties in the Treatment of Stable Angina, Nitrates, 4
52.   B, 104, Pharmacological Properties in the Treatment of Stable Angina, Nitrates, 4
53.   D, 11, Pharmacological Properties in the Treatment of Stable Angina, Nitrates, 4
54.   B, 111, Pharmacological Properties in the Treatment of Stable Angina, 1, 5, 6
55.   D, 112, Pharmacological Properties in the Treatment of Stable Angina, 1, 5, 6
56.   D, 113, Pharmacological Properties in the Treatment of Stable Angina, 1, 5, 6
57.   D, 113, Pharmacological Properties in the Treatment of Stable Angina, 1, 5, 6
58.   D, 115, Types of Heart Disease, Unstable Angina,
59.   B, 116, Pharmacological Properties in the Treatment of Unstable Angina and NSTEMI, GP IIb/IIIa antagonist, 10
60.   C, 117, Pharmacological Properties in the Treatment of Unstable Angina and NSTEMI Role of aspirin and clopidogrel, 10
61.   D, 117, Pharmacological Properties in the Treatment of Unstable Angina and NSTEMI Role of aspirin and clopidogrel, 10
62.   C, 118, Pharmacological Properties in the Treatment of Unstable Angina and NSTEMI, GP IIb/IIIa antagonist, 10
63.   B, 120, Pharmacological Properties in the Treatment of Unstable Angina and NSTEMI, Heparin, Unfractioned Heparin & Low molecular weight heparin, 12
64.   C, 121, Pharmacological Properties in the Treatment of Unstable Angina and NSTEMI, Heparin, Unfractioned Heparin & Low molecular weight heparin, 12
65.   D, 122, Pharmacological Properties in the Treatment of Unstable Angina and NSTEMI, Heparin, Unfractioned Heparin & Low molecular weight heparin, 12
66.   D, 125, STEMI,  Indications & Contraindications of thrombolytic therapy, 17
67.   C, 134, STEMI, Indications & Contraindications of thrombolytic therapy, 17
68.   A, 135, STEMI, Indications & Contraindications of thrombolytic therapy, 17
69.   C, 135, STEMI, Indications & Contraindications of thrombolytic therapy, 17
70.   C, 138, STEMI, Morphine, 14
71.   D, 141, STEMI, Indications & Contraindications of thrombolytic therapy, 17
72.   C, 143, STEMI, Indications & Contraindications of thrombolytic therapy, 17
73.   D, 156, Patient Education, Life Style Modification, 26
74.   D, 156, Patient Education, Life Style Modification, 26
75.   D, 162, Patient Education, Drug Compliance, 26

## References

1. Miniño AM, Murphy SL, Xu J, Kochanek KD. Deaths: Final data for 2008. National Vital Statistics Reports; vol 59 no 10. Hyattsville, MD: National Center for Health Statistics.
2. Maton, Anthea; Jean Hopkins, Charles William McLaughlin, Susan Johnson, Maryanna Quon Warner, David LaHart, Jill D. Wright (1993). Human Biology and Health. Englewood Cliffs, New Jersey: Prentice Hall.
3. MacDonald, Matthew (2009). Your Body: The Missing Manual. Sebastopol, CA: Pogue Press.
4. Levine, Joseph M.; Miller, Kenneth S. (2002). Biology. Upper Saddle River, NJ: Pearson Prentice Hall.
5. Regulation of Human Heart Rate. Serendip
6. Resting Heart Rate Table at "Top End Sports - The Sport Science Reports website",
7. Roger VL, Go AS, Lloyd-Jones DM, et al. Heart disease and stroke statistics—2012 update: a report from the American Heart Association. Circulation.
8. Heron M. Deaths: Leading causes for 2008. National vital statistics reports. 2012;60(6).
9. Maton, Anthea (1993). Human Biology and Health. Englewood Cliffs, New Jersey: Prentice Hall.
10. Bridget B. Kelly; Institute of Medicine; Fuster, Valentin (2010). Promoting Cardiovascular Health in the Developing World: A Critical Challenge to Achieve Global Health. Washington, D.C: National Academies Press.
11. Mendis, S.; Puska, P.; Norrving, B.(editors) (2011), Global Atlas on cardiovascular disease prevention and control, ISBN 978-92-4-156437-3
12. Chen ZM, Peto R, Collins R. Serum cholesterol concentration and coronary heart disease in a population with low cholesterol concentrations. British Medical Journal 1991;303:276–82.
13. Davey Smith G, Shipley MJ, Marmot MGM, Rose G. Plasma cholesterol concentrations and mortality in the Whitehall study. Journal of American Medical Association 1992;267:70–6.
14. MerckMedicus : Dorland's Medical Dictionary".
15. Hillis, LD, Braunwald, E. Coronary artery spasm. N Engl J Med 1978; 299:695.
16. Ganz, P, Abben, RP, Barry, WH. Dynamic variations in resistance of coronary arterial narrowings in angina pectoris at rest. Am J Cardiol 1987; 59:66.
17. Chauhan, A, Mullins, PA, Petch, MC, et al. Cardioesophageal reflex: A mechanism for "linked angina" in patients with angiographically proven coronary artery disease. J Am Coll Cardiol 1996; 27:1621.
18. Baliga, RR, Rosen, SD, Camici, PG, et al. Regional myocardial blood flow redistribution as a cause of postprandial angina pectoris. Circulation 1998; 97:1144.1
19. Sheps, DS, McMahon, RP, Pepine, CJ, et al. Heterogeneity among cardiac ischemic and anginal responses to exercise, mental stress, and daily life. Am J Cardiol 1998; 81:1.
20. Juneau, M, Johnstone, M, Dempsey, E, et al. Exercise-induced myocardial ischemia in a cold environment. Effect of antianginal medications. Circulation 1989; 79:1015.
21. Kearney, MT, Charlesworth, A, Cowley, AJ, et al. William Heberden revisited: Postprandial angina-interval between food and exercise and meal consumption are important determinants of time to onset of ischemia and maximal exercise tolerance. J Am Coll Cardiol 1997; 29:302.
22. Centers for Disease Control and Prevention. Health Benefits of Cessation. Available at http://www.cdc.gov/tobacco/data_statistics/fact_sheets/cessation/quitting/index.htm.
23. Daly LE, Graham IM, Hickey N, Mulcahy R (October 1985)."Does stopping smoking delay onset of angina after infarction?". Br Med J (Clin Res Ed) 291 (6500): 935–7.doi:10.1136/bmj.291.6500.935. PMC 1417185.PMID 3929970.
24. Daly LE, Mulcahy R, Graham IM, Hickey N (July 1983). "Long term effect on mortality of stopping smoking after unstable angina and myocardial infarction". Br Med J (Clin Res Ed) 287(6388): 324–6. doi:10.1136/bmj.287.6388.324.PMC 1548591. PMID 6409291.

25. Shinozaki N, Yuasa T, Takata S (May 2008). "Cigarette smoking augments sympathetic nerve activity in patients with coronary heart disease". Int Heart J 49 (3): 261–72.doi:10.1536/ihj.49.261. PMID 18612184.

26. Cotran RS, Kumar V, Robbins SL (eds): Robbins Pathologic Basis of Disease. 5th ed. Philadelphia: WB Saunders, 1994.

27. Reznik, AG (2010). "[Morphology of acute myocardial infarction at prenecrotic stage]" (in Russian). Kardiologiia 50 (1): 4–8.

28. Rubin E, Farber JL (eds): Essential Pathology. 2nd ed. Philadelphia: JB Lippincott, 1995.

29. Moe KT, Wong P (March 2010). "Current trends in diagnostic biomarkers of acute coronary syndrome" (PDF). Ann. Acad. Med. Singap. 39 (3): 210–5.

30. Van de Werf F, Bax J, Betriu A, et al. (December 2008). "Management of acute myocardial infarction in patients presenting with persistent ST-segment elevation: the Task Force on the Management of ST-Segment Elevation Acute Myocardial Infarction of the European Society of Cardiology". Eur. Heart J. 29 (23): 2909–45.

31. Tsujita K, Kaikita K, Soejima H, Sugiyama S, Ogawa H (April 2010). "[Acute coronary syndrome-initiating factors]" (in Japanese).Nippon Rinsho 68 (4): 607–14. PMID 20387549.

32. Dohi T, Daida H (April 2010). "[Change of concept and pathophysiology in acute coronary syndrome]" (in Japanese). Nippon Rinsho68 (4): 592–6. PMID 20387546.

33. Woollard KJ, Geissmann F (February 2010). "Monocytes in atherosclerosis: subsets and functions". Nat Rev Cardiol 7 (2): 77–86.doi:10.1038/nrcardio.2009.228. PMC 2813241. PMID 20065951.

34. Krijnen PA, Nijmeijer R, Meijer CJ, Visser CA, Hack CE, Niessen HW. (2002). "Apoptosis in myocardial ischaemia and infarction". J Clin Pathol 55 (11): 801–11.

35. Chobanian AV, Bakris GL, Black HR et al. (December 2003). "Seventh report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure". Hypertension 42 (6): 1206–52.

36. Carretero OA, Oparil S (January 2000). "Essential hypertension. Part I: definition and etiology". Circulation 101(3): 329–35. doi:10.1161/01.CIR.101.3.329.PMID 10645931. Retrieved 2009-06-05.

37. Oparil S, Zaman MA, Calhoun DA (November 2003). "Pathogenesis of hypertension". Ann. Intern. Med. 139 (9): 761–76. PMID 14597461.

38. Hall, John E.; Guyton, Arthur C. (2006). Textbook of medical physiology. St. Louis, Mo: Elsevier Saunders. pp. 228. ISBN 0-7216-0240-1.

39. "Hypertension: eMedicine Nephrology". Retrieved 2009-06-05.

40. Pierdomenico SD, Di Nicola M, Esposito AL, et al. (June 2009). "Prognostic Value of Different Indices of Blood Pressure Variability in Hypertensive Patients". American Journal of Hypertension 22 (8): 842–7

41. Fujino T, Nakagawa N, Yuhki K, et al. (September 2004)."Decreased susceptibility to renovascular hypertension in mice lacking the prostaglandin I2 receptor IP". J. Clin. Invest. 114(6): 805–12. doi:10.1172/JCI21382. PMC 516260.PMID 15372104.

42. Brenner & Rector's The Kidney, 7th ed., Saunders, 2004. pp.2118-2119.Full Text with MDConsult subscription

43. McConnaughey MM, McConnaughey JS, Ingenito AJ (June 1999). "Practical considerations of the pharmacology of angiotensin receptor blockers". Journal of Clinical Pharmacology 39 (6): 547–59.

44. Segura J, Ruilope LM (October 2007). "Obesity, essential hypertension and renin-angiotensin system". Public Health Nutrition 10 (10A): 1151–5.doi:10.1017/S136898000700064X. PMID 17903324. Retrieved 2009-06-02.

45. Hasegawa H, Komuro I (April 2009). "[The progress of the study of RAAS]" (in Japanese). Nippon Rinsho. Japanese Journal of Clinical Medicine 67 (4): 655–61. PMID 19348224.

46. Saitoh S (April 2009). "[Insulin resistance and renin-angiotensin-aldosterone system]" (in Japanese). Nippon Rinsho. Japanese Journal of Clinical Medicine 67 (4): 729–34.PMID 19348235.

47. Somers VK, Anderson EA, Mark AL (January 1993). "Sympathetic neural mechanisms in human hypertension".Current Opinion in Nephrology and Hypertension 2 (1): 96–105.doi:10.1097/00041552-199301000-00015. PMID 7922174.

48. ^ Takahashi H (August 2008). "[Sympathetic hyperactivity in hypertension]" (in Japanese). Nippon Rinsho. Japanese Journal of Clinical Medicine 66 (8): 1495–502.PMID 18700548.

49. ^ a b Esler M (June 2000). "The sympathetic system and hypertension". American Journal of Hypertension 13 (6 Pt 2): 99S–105S. doi:10.1016/S0895-7061(00)00225-9.PMID 10921528.

50. ^ Mark AL (December 1996). "The sympathetic nervous system in hypertension: a potential long-term regulator of arterial pressure". Journal of Hypertension. Supplement : Official Journal of the International Society of Hypertension 14 (5): S159–65. PMID 9120673.

51. Brook RD, Julius S (June 2000). "Autonomic imbalance, hypertension, and cardiovascular risk".American Journal of Hypertension 13 (6 Pt 2): 112S–122S. doi:10.1016/S0895-7061(00)00228-4. PMID 10921530.

52. Guo GB, Thames MD, Abboud FM (August 1983). "Arterial baroreflexes in renal hypertensive rabbits. Selectivity and redundancy of baroreceptor influence on heart rate, vascular resistance, and lumbar sympathetic nerve activity".Circulation Research 53 (2): 223–34. PMID 6883646. Retrieved 2009-06-08.

53. Xie PL, Chapleau MW, McDowell TS, Hajduczok G, Abboud FM (August 1990). "Mechanism of decreased baroreceptor activity in chronic hypertensive rabbits. Role of endogenous prostanoids". The Journal of Clinical Investigation 86 (2): 625–30. doi:10.1172/JCI114754. PMC 296770.PMID 2117025.

54. Lohmeier TE (June 2001). "The sympathetic nervous system and long-term blood pressure regulation". American Journal of Hypertension 14 (6 Pt 2): 147S–154S. doi:10.1016/S0895-7061(01)02082-9. PMID 11411750.

55. Guo GB, Abboud FM (May 1984). "Impaired central mediation of the arterial baroreflex in chronic renal hypertension". The American Journal of Physiology 246 (5 Pt 2): H720–7.PMID 6720985. Retrieved 2009-06-08.

56. Abboud FM (February 1974). "Effects of sodium, angiotensin, and steroids on vascular reactivity in man". Federation Proceedings 33 (2): 143–9. PMID 4359754.

57. Li Z, Mao HZ, Abboud FM, Chapleau MW (October 1996)."Oxygen-derived free radicals contribute to baroreceptor dysfunction in atherosclerotic rabbits". Circulation Research79 (4): 802–11. PMID 8831504. Retrieved 2009-06-08.

58. Chapleau MW, Hajduczok G, Abboud FM (July 1992)."Suppression of baroreceptor discharge by endothelin at high carotid sinus pressure". The American Journal of Physiology263 (1 Pt 2): R103–8. PMID 1636777. Retrieved 2009-06-08.

59. O'Brien, Eoin; Beevers, D. G.; Lip, Gregory Y. H. (2007). ABC of hypertension. London: BMJ Books. ISBN 1-4051-3061-X.

60. ^ Nakazono K, Watanabe N, Matsuno K, Sasaki J, Sato T, Inoue M (November 1991). "Does superoxide underlie the pathogenesis of hypertension?". Proceedings of the National Academy of Sciences of the United States of America 88 (22): 10045–8. doi:10.1073/pnas.88.22.10045. PMC 52864.PMID 1658794.

61. Laursen JB, Rajagopalan S, Galis Z, Tarpey M, Freeman BA, Harrison DG (February 1997). "Role of superoxide in angiotensin II-induced but not catecholamine-induced hypertension". Circulation 95 (3): 588–93. PMID 9024144. Retrieved 2009-06-09.

62. Cai H, Harrison DG (November 2000). "Endothelial dysfunction in cardiovascular diseases: the role of oxidant stress". Circulation Research 87 (10): 840–4.PMID 11073878. Retrieved 2009-06-09.

63. Fukui T, Ishizaka N, Rajagopalan S, et al. (January 1997)."p22phox mRNA expression and NADPH oxidase activity are increased in aortas from hypertensive rats". Circulation Research 80 (1): 45–51. PMID 8978321. Retrieved 2009-06-09.

64. Touyz RM, Schiffrin EL (June 2003). "Role of endothelin in human hypertension". Canadian Journal of Physiology and Pharmacology 81 (6): 533–41. doi:10.1139/y03-009.PMID 12839265. Retrieved 2009-06-09.

65. Shreenivas S, Oparil S (2007). "The role of endothelin-1 in human hypertension". Clinical Hemorheology and Microcirculation 37 (1–2): 157–78. PMID 17641406. Retrieved 2009-06-09.

66. Lifton RP, Gharavi AG, Geller DS (February 2001)."Molecular mechanisms of human hypertension". Cell 104(4): 545–56. doi:10.1016/S0092-8674(01)00241-0.PMID 11239411. Retrieved 2009-06-08.

67. Wilson FH, Disse-Nicodème S, Choate KA, et al. (August 2001). "Human hypertension caused by mutations in WNK kinases". Science 293 (5532): 1107–12.doi:10.1126/science.1062844. PMID 11489583. Retrieved 2009-06-08.

68. Hsueh WC, Mitchell BD, Schneider JL, et al. (June 2000)."QTL influencing blood pressure maps to the region of PPH1 on chromosome 2q31-34 in Old Order Amish". Circulation 101(24): 2810–6. PMID 10859286. Retrieved 2009-06-08.

69. ^ Levy D, DeStefano AL, Larson MG, et al. (October 2000)."Evidence for a gene influencing blood pressure on chromosome 17. Genome scan linkage results for longitudinal blood pressure phenotypes in subjects from the framingham heart study". Hypertension 36 (4): 477–83.PMID 11040222. Retrieved 2009-06-08.

70. ^ Kristjansson K, Manolescu A, Kristinsson A, et al. (June 2002). "Linkage of essential hypertension to chromosome 18q". Hypertension 39 (6): 1044–9.doi:10.1161/01.HYP.0000018580.24644.18.PMID 12052839. Retrieved 2009-06-08.

71. ^ Hunt SC, Ellison RC, Atwood LD, Pankow JS, Province MA, Leppert MF (July 2002). "Genome scans for blood pressure and hypertension: the National Heart, Lung, and Blood Institute Family Heart Study". Hypertension 40 (1): 1–6.doi:10.1161/01.HYP.0000022660.28915.B1.PMID 12105129. Retrieved 2009-06-08.

72. ^ Selby JV, Newman B, Quiroga J, Christian JC, Austin MA, Fabsitz RR (April 1991). "Concordance for dyslipidemic hypertension in male twins". JAMA : the Journal of the American Medical Association 265 (16): 2079–84.doi:10.1001/jama.265.16.2079. PMID 2013927.

73. Feinleib M, Garrison RJ, Fabsitz R, et al. (October 1977)."The NHLBI twin study of cardiovascular disease risk factors: methodology and summary of results". American Journal of Epidemiology 106 (4): 284–5. PMID 562066. Retrieved 2009-06-08.

74. Biron P, Mongeau JG, Bertrand D (October 1976). "Familial aggregation of blood pressure in 558 adopted children".Canadian Medical Association Journal 115 (8): 773–4.PMC 1878814. PMID 974967.

75. Boron and Boulpaep 2005 Medical Physiology Updated Edition p533

76. cardiac pathophysiology in heart failure at GPnotebook

77. Krug AW, Grossmann C, Schuster C, et al. (October 2003). "Aldosterone stimulates epidermal growth factor receptor expression". J. Biol. Chem. 278 (44): 43060–6

78. systemic pathophysiology in heart failure at GPnotebook

79. Criteria Committee, New York Heart Association. Diseases of the heart and blood vessels. Nomenclature and criteria for diagnosis, 6th ed. Boston: Little, Brown and Co., 1964;114

80. Hunt SA, Abraham WT, Chin MH, et al. (2005). "ACC/AHA 2005 Guideline Update for the Diagnosis and Management of Chronic Heart Failure in the Adult" (PDF). Circulation 112(12): e154–235.

81. Ogbru O. "ACE Inhibitors (Angiotensin Converting Enzyme Inhibitors)". MedicineNet.com. MedicineNet, Inc. Archivedfrom the original on 26 March 2010. Retrieved 2010-03-20.

82. Rossi S, editor. Australian Medicines Handbook 2006. Adelaide: Australian Medicines Handbook; 2006. ISBN 0-9757919-2-3.

83. Cruickshank JM (August 2010). "Beta blockers in hypertension". Lancet 376 (9739): 415; author reply 415–6.doi:10.1016/S0140-6736(10)61217-2. PMID 20692524.

84. Olmstead, R. G., dePamphilis, C. W., Wolfe, A. D., Young, N. D., Elisons, W. J. & Reeves P. A. (2001). "Disintegration of the Scrophulariaceae". American Journal of Botany (American Journal of Botany, Vol. 88, No. 2) 88 (2): 348–361.doi:10.2307/2657024.

85. Chobanian AV, Bakris GL, Black HR et al. (December 2003). "Seventh report of the Joint National Committee on Prevention, ==Detection, Evaluation, and Treatment of High Blood Pressure"==. Hypertension 42 (6): 1206–52.

86. Klarenbach, SW; McAlister, FA, Johansen, H, Tu, K, Hazel, M, Walker, R, Zarnke, KB, Campbell, NR, Canadian Hypertension Education, Program (2010 May). "Identification of factors driving differences in cost effectiveness of first-line pharmacological therapy for uncomplicated hypertension".The Canadian journal of cardiology 26 (5): e158–63.

87. Wright JM, Musini VM (2009). Wright, James M. ed. "First-line drugs for hypertension". Cochrane Database Syst Rev (3): CD001841. doi:10.1002/14651858.CD001841.pub2.PMID 19588327.

88.  National Institute Clinical Excellence (August 2011). "1.5 Initiating and monitoring antihypertensive drug treatment, including blood pressure targets". GC127 Hypertension: Clinical management of primary hypertension in adults. Retrieved 2011-12-23.

89. 4. Materson, BJ, Reda, DJ, Cushman, WC, et al. Single-drug therapy for hypertension in men. A comparison of six antihypertensive agents with placebo (Correction: N Engl J Med 1994; 330:1689). N Engl J Med 1993; 328:914.

90. Falkner, B, Kushner, H. Effect of chronic sodium loading on cardiovascular response in young blacks and whites. Hypertension 1990; 15:36.

91. Saunders, E, Weir, MR, Kong, BW, et al. A comparison of the efficacy and safety of a ß-blocker, a calcium channel blocker, and a converting enzyme inhibitor in hypertensive blacks. Arch Intern Med 1990; 150:1707.

92. Zing, W, Ferguson, RK, Vlasses, PH. Calcium antagonists in elderly and black hypertensive patients. Therapeutic controversies. Arch Intern Med 1991; 151:2154.

93. Sabaté E, editor. Adherence to long-term therapies: evidence for action. Geneva: World Health Organization; 2003.

94. Sica D. Fixed dose combination antihypertensive drugs. Do they have a role in rational therapy?Drugs. 1994;48:16–24

95. Neutel JM. Fixed combination antihypertensive therapy. In: Oparil S, Weber MA, editors.Hypertension: a companion to Brenner and Rector's the kidney. 2. Philadelphia: Elsevier; 2005. pp. 522–9.

96. Chobanian AV, Bakris GL, Black HR, et al. The Seventh Report of the Joint National Committee on Prevention, ==Detection, Evaluation, and Treatment of High Blood== Pressure: the JNC 7 report.

97. Liu L, Wang Z, Gong L,  et al Blood pressure reduction ==for the secondary prevention of== stroke: a Chinese trial and a systematic review of the literature. Hypertens Res 2009;**32**:1032–1040

98.  ALLHAT Officers and Coordinators for the ALLHAT Collaborative Research Group. The Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial. Major outcomes in high-risk hypertensive patients randomized to angiotensin-converting enzyme inhibitor or calcium channel blocker vs. diuretic: the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). JAMA2002;**288**:2981–2997

99. ALLHAT Collaborative Research Group. Major cardiovascular events in hypertensive patients randomized to doxazosin vs. chlorthalidone: the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). JAMA 2000;**283**:1967–1975

100. MRC Working Party. Medical Research Council trial of treatment of hypertension in older adults: principal results. BMJ 1992;**304**:405–412

101. SHEP Cooperative Research Group. Prevention of stroke by antihypertensive drug treatment in older persons with isolated systolic hypertension: final results of the Systolic Hypertension in the Elderly Program (SHEP). JAMA 1991;**265**:3255–3264

102. Medical Research Council Working Party. MRC trial of treatment of mild hypertension: principal results. Br Med J (Clin Res Ed) 1985;**291**:97–104

103. Bolland MJ, Ames RW, Horne AM, Orr-Walker BJ, Gamble GD, Reid IR .The effect of treatment with a thiazide diuretic for 4 years on bone density in normal postmenopausal women. Osteoporos Int 2007;**18**:479–486

104. Schoofs MW, van der Klift M,  Hofman A, et al . Thiazide diuretics and the risk for hip fracture. Ann Intern Med 2003;**139**:476–482

105. Reid IR, Ames RW, Orr-Walker BJ, et al. Hydrochlorothiazide reduces loss of cortical bone in normal postmenopausal women: a randomized controlled trial. Am J Med 2000;**109**:362–370

106. Psaty BM, Lumley T, Furberg CD, Schellenbaum G, Pahor M, Alderman MH,Weiss NS: Health outcomes associated with various antihypertensive therapies used as first-line agents: A network meta-analysis. JAMA **289**: 2534–2544,2003

107. Chobanian AV, Bakris GL, Black HR, Cushman WC, Green LA, Izzo JL Jr.,Jones DW, Materson J, Oparil S, Wright JT Jr., Roccella EJ: The Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure: The JNC 7 report. JAMA **289**: 2560–2572,2003

108. Mancia G, Laurent S, Agabiti-Rosei E, Ambrosioni E, Burnier M, Caulfield MJ, Cifkova R, Clement D, Coca A, Dominiczak A, Erdine S, Fagard R, Farsang C, Grassi G, Haller H, Heagerty A, Kjeldsen SE, Kiowski W, Mallion JM, Manolis A,  Narkiewicz K, Nilsson P, Olsen MH, Rahn KH, Redon J, Rodicio J, Ruilope L, Schmieder RE,  Struijker-Boudier HA, van Zwieten PA, Viigimaa M, Zanchetti A : Reappraisal of European guidelines on hypertension management: A European Society of Hypertension Task Force document. J Hypertens 2009

109. Psaty BM, Smith NL, Siscovick DS, Koepsell TD, Weiss NS, Heckbert SR, Lemaitre RN, Wagner EH,  Furberg CD : Health outcomes associated with antihypertensive therapies used as first-line agents. A systematic review and meta-analysis. JAMA **277**: 739–745, 1997

110. Rossi S, ed. (2004). Australian Medicines Handbook 2004 (5th ed.). Adelaide, S.A.: Australian Medicines Handbook Pty Ltd.ISBN 0-9578521-4-2. http://www.amh.net.au/.

111. Thomas MC (February 2000). "Diuretics, ACE inhibitors and NSAIDs--the triple whammy". Med. J. Aust. **172** (4): 184–5.PMID 10772593.

112. diuretic" at Dorland's Medical Dictionary

113. ^ Jasek, W, ed. (2007) (in German). Austria-Codex. Vienna: Österreichischer Apothekerverlag. ISBN 978-3-85200-181-4.

114. ^ Laurence L. Brunton, ed. (2006). Goodman & Gilman's The Pharmacological Basis of Therapeutics. McGraw-Hill. ISBN 0-07-142280-3.

115. Ogbru O. "ACE Inhibitors (Angiotensin Converting Enzyme Inhibitors)". MedicineNet.com. MedicineNet, Inc. Archivedfrom the original on 26 March 2010. Retrieved 2010-03-20.

116.    "calcium channel blocker" at Dorland's Medical Dictionary

117.    Nelson M (2010). "Drug treatment of elevated blood pressure" (pdf). Australian Prescriber **33** (4): 108–112.

118.    Beck, Ellen; Sieber, William J.; Trejo, Raúl (2005)."Management of Cluster Headache". American Family Physician **71** (4): 717–24. PMID 15742909.

119.    "Verapamil". PubMed Health. Retrieved 10 Jan 2012.

120.    ^ ""verapamil, Calan, Verelan, Verelan PM, Isoptin, Covera-HS (cont.)". MedicineNet.com. Retrieved 10 Jan 2012.

121.    O'Connor, Stephen E.; Grosset, Alain; Janiak, Philip (1999). "The pharmacological basis and pathophysiological significance of the heart rate-lowering property of diltiazem". Fundamental & Clinical Pharmacology **13** (2): 145–53. doi:10.1111/j.1472-8206.1999.tb00333.x. PMID 10226758.

122.    Höfner K (December 1999). "alpha(1)-Blocker therapy in the nineties: focus on the disease". Prostate Cancer Prostatic Dis. **2** (S4): S9–S15.

123.    Fahed S, Grum DF, Papadimos TJ (2008). "Labetalol infusion for refractory hypertension causing severe hypotension and bradycardia: an issue of patient safety". Patient Saf Surg **2**: 13.

124.    British National Formulary 56. September 2008. pp. 95–96.

125.    Bourreli, B.; Pinaud, M.; Passuti, N.; Gunst, J. P.; Drouet, J. C.; Remi, J. P. (1988). "Additive effects of dihydralazine during enflurane or isoflurane hypotensive anaesthesia for spinal fusion". Canadian Journal of Anaesthesia **35** (3): 242–248.

126.    Schoonen WM,et al. Do selected drugs increase the risk of lupus? A matched case-control study. Br J Clin Pharmacol. 2010 Oct;70(4):588-96. doi:10.1111/j.1365-2125.2010.03733.x.

127.    Mazari L, Ouarzane M, Zouali M (April 2007). "Subversion of B lymphocyte tolerance by hydralazine, a potential mechanism for drug-induced lupus". Proc. Natl. Acad. Sci. U.S.A. **104** (15): 6317–22. doi:10.1073/pnas.0610434104. PMC 1851062.PMID 17404230.

128.    Medical Treatments for Balding in Men American Family Physician April 15, 1999.

129.    Medical Treatments for Balding in Men American Family Physician April 15, 1999.

130.    American Diabetes Association. Treatment of hypertension in adults with diabetes. Diabetes Care. 2003;26(suppl 1):S80-S82.

131.    22. National Kidney Foundation Guideline. K/DOQI clinical practice guidelines for chronic kidney disease: Evaluation, classification, and stratification. Kidney Disease Outcome Quality Initiative. Am J Kidney Dis. 2002;39(suppl 2):S1-S246.

132.    The Trials of Hypertension Prevention Collaborative Research Group. Effects of weight loss and sodium reduction intervention on blood pressure and hypertension incidence in overweight people with high-normal blood pressure. The Trials of Hypertension Prevention, phase II. Arch Intern Med. 1997;157:657-67.

133.    He J, Whelton PK, Appel LJ, Charleston J, Klag MJ. Long-term effects of weight loss and dietary sodium reduction on incidence of hypertension. Hypertension. 2000;35:544-9.

134.    Sacks FM, Svetkey LP, Vollmer WM, et al. Effects on blood pressure of reduced dietary sodium and the Dietary Approaches to Stop Hypertension (DASH) diet. DASH-Sodium Collaborative Research Group. N Engl J Med. 2001;344:3-10.

135.    26. Vollmer WM, Sacks FM, Ard J, et al. Effects of diet and sodium intake on blood pressure: Subgroup analysis of the DASH-sodium trial. Ann Intern Med. 2001;135:1019-28.

136.     Chobanian AV, Hill M. National Heart, Lung, and Blood Institute Workshop on Sodium and Blood Pressure: A critical review of current scientific evidence. Hypertension. 2000;35:858-63.

137.     Kelley GA, Kelley KS. Progressive resistance exercise and resting blood pressure: A meta-analysis of randomized controlled trials. Hypertension. 2000;35:838-43.

138.     Whelton SP, Chin A, Xin X, He J. Effect of aerobic exercise on blood pressure: A meta-analysis of randomized, controlled trials. Ann Intern Med. 2002;136:493-503.

139.     Xin X, He J, Frontini MG, et al. Effects of alcohol reduction on blood pressure: A meta-analysis of randomized controlled trials. Hypertension. 2001;38:1112-7.

140.     Chobanian AV et al. (2003). "The Seventh Report of the Joint National Committee on Prevention, Detection, Evaluation, and Treatment of High Blood Pressure: the JNC 7 report". JAMA 289 (19): 2560–72.

141.     Black HR, Elliott WJ, Grandits G, et al. Principal results of the Controlled ONset Verapamil INvestigation of Cardiovascular Endpoints (CONVINCE) trial. JAMA. 2003;289:2073-82.

142.     Dahlof B, Devereux RB, Kjeldsen SE, et al. Cardiovascular morbidity and mortality in theLosartan Intervention For Endpoint reduction in hypertension study (LIFE): A randomized trial against atenolol. Lancet. 2002;359:995-1003.

143.     The ALLHAT Officers and Coordinators for the ALLHAT Collaborative Research Group. Major outcomes in high-risk hypertensive patients randomized to angiotensinconverting enzyme inhibitor or calcium channel blocker vs diuretic: The Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). JAMA. 2002;288:2981-97.

144.     The Heart Outcomes Prevention Evaluation Study Investigators. Effects of an angiotensinconverting- enzyme inhibitor, ramipril, on cardiovascular events in high-risk patients. N Engl J Med. 2000;342:145-53.

145.     PROGRESS Collaborative Group. Randomised trial of a perindopril-based blood-pressurelowering regimen among 6,105 individuals with previous stroke or transient ischaemic attack. Lancet. 2001;358:1033-41.

146.     Wing LMH, Reid CM, Ryan P, et al. A comparison of outcomes with angiotensinconverting-enzyme inhibitors and diuretics for hypertension in the elderly. N Engl J Med. 2003;348:583-92.

147.     Psaty BM, Smith NL, Siscovick DS, et al. Health outcomes associated with antihypertensive therapies used as first-line agents. A systematic review and meta-analysis. JAMA.1997;277:739-45.

148.     Psaty BM, Manolio TA, Smith NL, et al. Time trends in high blood pressure control and the use of antihypertensive medications in older adults: The Cardiovascular Health Study. Arch Intern Med. 2002;162:2325-32.

149.     Braunwald E, Antman EM, Beasley JW, et al. ACC/AHA 2002 guideline update for the management of patients with unstable angina and non-ST-segment elevation myocardial infarction—summary article: A report of the American College of Cardiology/American Heart Association task force on practice guidelines (Committee on the Management of Patients With Unstable Angina). J Am Coll Cardiol. 2002;40:1366-74.

150.     Pitt B, Remme W, Zannad F, et al. Eplerenone, a selective aldosterone blocker, in patients with left ventricular dysfunction after myocardial infarction. N Engl J Med. 2003;348:1309-21.

151.     Lindholm LH, Ibsen H, Dahlof B, et al. Cardiovascular morbidity and mortality in patients with diabetes in the Losartan Intervention For Endpoint reduction in hypertension study (LIFE): a randomised trial against atenolol. Lancet. 2002;359:1004-10.

152.     Lewis EJ, Hunsicker LG, Bain RP, Rohde RD. The effect of angiotensin-converting-enzyme inhibition on diabetic nephropathy. The Collaborative Study Group. N Engl J Med. 1993;329:1456-62.

153.     Brenner BM, Cooper ME, de Zeeuw D, et al. Effects of losartan on renal and cardiovascular outcomes in patients with type 2 diabetes and nephropathy. N Engl J Med. 2001;345:861-9.

154.    Lewis EJ, Hunsicker LG, Clarke WR, et al. Renoprotective effect of the angiotensin-receptor antagonist irbesartan in patients with nephropathy due to type 2 diabetes. N Engl J Med. 2001;345:851-60

155.    Bakris GL, Weir MR. Angiotensin-converting enzyme inhibitor-associated elevations in serum creatinine: Is this a cause for concern? Arch Intern Med. 2000;160:685-93

156.    Kjeldsen SE, Dahlof B, Devereux RB, et al. Effects of losartan on cardiovascular morbidity and mortality in patients with isolated systolic hypertension and left ventricular hypertrophy: a Losartan Intervention for Endpoint Reduction (LIFE) substudy. JAMA.2002;288:1491-8.

157.    Hyman DJ, Pavlik VN. Characteristics of patients with uncontrolled hypertension in the United States. N Engl J Med. 2001;345:479-86.

158.    **^** Mozaffari-Khosravi H, Jalali-Khanabadi BA, Afkhami-Ardekani M, Fatehi F, Noori-Shadkam M (January 2009). "The effects of sour tea (Hibiscus sabdariffa) on hypertension in patients with type II diabetes". J Hum Hypertens **23** (1): 48–54.doi:10.1038/jhh.2008.100. PMID 18685605.

159.    **^** McKay DL, Chen CY, Saltzman E, Blumberg JB (February 2010). "Hibiscus sabdariffa L. tea (tisane) lowers blood pressure in prehypertensive and mildly hypertensive adults".J. Nutr. **140** (2): 298–303. doi:10.3945/jn.109.115097.PMID 20018807.

160.    **^** "AHA 2008: Hibiscus Tea Reduces Blood Pressure". 11 November 2008.

161.    **^** Herrera-Arellano A, Miranda-Sánchez J, Avila-Castro P et al. (January 2007). "Clinical effects produced by a standardized herbal medicinal product of Hibiscus sabdariffa on patients with hypertension. A randomized, double-blind, lisinopril-controlled clinical trial". Planta Med. **73** (1): 6–12. doi:10.1055/s-2006-957065. PMID 17315307.

162.    **^** Herrera-Arellano A, Flores-Romero S, Chávez-Soto MA, Tortoriello J (July 2004). "Effectiveness and tolerability of a standardized extract from Hibiscus sabdariffa in patients with mild to moderate hypertension: a controlled and randomized clinical trial". Phytomedicine **11** (5): 375–82.

163.    Langsjoen, P; Langsjoen, P; Willis, R; Folkers, K (1994). "Treatment of essential hypertension with coenzyme Q10".Molecular aspects of medicine **15 Suppl**: S265–72.PMID 7752851.

164.    Rosenfeldt, FL; Haas, SJ; Krum, H; Hadj, A; Ng, K; Leong, JY; Watts, GF (2007). "Coenzyme Q10 in the treatment of hypertension: A meta-analysis of the clinical trials". Journal of Human Hypertension **21** (4): 297–306.doi:10.1038/sj.jhh.1002138. PMID 17287847.

165.    Sackett DL, Rosenberg WM, Gray JA, Haynes RB, Richardson WS (January 1996). "Evidence based medicine: what it is and what it isn't". BMJ **312** (7023): 71–2.PMC 2349778. PMID 8555924.

166.    Timmermans S, Mauck A (2005). "The promises and pitfalls of evidence-based medicine". Health Aff (Millwood) **24**(1): 18–28. doi:10.1377/hlthaff.24.1.18. PMID 15647212.

167.    Greenhalgh, Trisha. How To Read a Paper: The Basics of Evidence-Based Medicine. Wiley-Blackwell, fourth edition, 2010, p. 1.

168.    Atkins D, Best D, Briss PA, et al. (2004). "Grading quality of evidence and strength of recommendations". BMJ **328**(7454): 1490.

169.     Sadeghi M, Khanjani N, Motamedi F, Saber M, Rad GS. Familiarity of medical residents at Kerman Medical University with evidence based medicine databases. J Res Med Sci. 2011;16(10):1372–1377.[PMC free article] [PubMed]

170.     Ohno-Machado L, Gennari JH, Murphy SN, Jain NL, Tu SW, Oliver DE, et al. The guideline interchange format: a model for representing guidelines. J Am Med Inform Assoc. 1998;5(4):357–372.[PMC free article] [PubMed]

171.     Habai S, Rezaei P, Tabaghi R. Enhancing information literacy as a base of developing evidence-based nursing. Health Inf Manag. 2010;7(3):371–378.

172.     Dawes M, Summerskill W, Glasziou P, et al. (January 2005). "Sicily statement on evidence-based practice". BMC Med Educ 5 (1): 1. doi:10.1186/1472-6920-5-1. PMC 544887.PMID 15634359.

173.     ^ Richardson WS, Wilson MC, Nishikawa J, Hayward RS (1995). "The well-built clinical question: a key to evidence-based decisions". ACP J. Club 123 (3): A12–3.PMID 7582737.

174.     ^ Rosenberg WM, Deeks J, Lusher A, Snowball R, Dooley G, Sackett D (1998). "Improving searching skills and evidence retrieval". J R Coll Physicians Lond 32 (6): 557–63.PMID 9881313.

175.     Atkins D, Best D, Briss PA, et al. (2004). "Grading quality of evidence and strength of recommendations". BMJ 328(7454): 1490.

176.     Parkes J, Hyde C, Deeks J, Milne R (2001). "Teaching critical appraisal skills in health care settings". Cochrane Database Syst Rev (3): CD001270. doi:10.1002/14651858.CD001270.PMID 11686986.

177.     ^ Epling J, Smucny J, Patil A, Tudiver F (October 2002). "Teaching evidence-based medicine skills through a residency-developed guideline". Fam Med 34 (9): 646–8.PMID 12455246.

178.     Timmermans S, Mauck A (2005). "The promises and pitfalls of evidence-based medicine". Health Aff (Millwood) 24(1): 18–28. doi:10.1377/hlthaff.24.1.18. PMID 15647212.

179.     ^ McQuay, Henry J.; Moore, R. Andrew (1997-05-01). "Numbers Needed to Treat". Bandolier. Retrieved 2006-06-27.

180.     ^ Upshur RE, VanDenKerkhof EG, Goel V (May 2001). "Meaning and measurement: an inclusive model of evidence in health care". J Eval Clin Pract 7 (2): 91–6. PMID 11489034.

181.     Yitschaky O, Yitschaky M, Zadik Y (May 2011). "Case report on trial: Do you, Doctor, swear to tell the truth, the whole truth and nothing but the truth?" (PDF). J Med Case Reports 5 (1): 179.doi:10.1186/1752-1947-5-179. PMC 3113995.PMID 21569508.

182.     ^ Rogers WA (April 2004). "Evidence based medicine and justice: a framework for looking at the impact of EBM upon vulnerable or disadvantaged groups". J Med Ethics 30 (2): 141–5. doi:10.1136/jme.2003.007062. PMC 1733835.PMID 15082806.

183.     "Patient Compliance with statins" Bandolier Review 2004

184.     "EBM: Levels of Evidence". Essential Evidence Plus. Retrieved 2012-02-23.

185.     "MerckMedicus : Dorland's Medical Dictionary".

186.     ^ "Angina Pectoris".

187.     Frishman WH, Heiman M, Soberman J, Greenberg S, Eff J. Comparison of celiprolol and propranolol in stable angina pectoris. Celiprolol International Angina Study Group. Am J Cardiol 1991;67:665-70.

188.    Narahara KA. Double-blind comparison of once daily betaxolol versus propranolol four times daily in stable angina pectoris. Betaxolol Investigators Group. Am J Cardiol 1990;65:577-82.

189.    Hauf-Zachariou U, Blackwood RA, Gunawardena KA, O'Donnell JG, Garnham S, Pfarr E. Carvedilol versus verapamil in chronic stable angina: a multicentre trial. Eur J Clin Pharmacol 1997;52:95-100.

190.    Raftery EB. The preventative effects of vasodilating beta-blockers in cardiovascular disease. Eur Heart J 1996;17(Suppl B):30-8.

191.    McLenachan JM, Findlay IN,Wilson JT, Dargie HJ. Twenty-fourhour beta-blockade in stable angina pectoris: a study of atenolol and betaxolol. J Cardiovasc Pharmacol 1992;20:311-5.

192.    Prida XE, Hill JA, Feldman RL. Systemic and coronary hemodynamic effects of combined alpha- and beta-adrenergic blockade (labetalol) in normotensive patients with stable angina pectoris and positive exercise stress test responses. Am J Cardiol 1987;59:1084-8.

193.    Capone P, Mayol R. Celiprolol in the treatment of exercise induced angina pectoris. J Cardiovasc Pharmacol 1986;8(Suppl 4):S135-7.

194.    Waysbort J, Meshulam N, Brunner D. Isosorbide-5-mononitrate and atenolol in the treatment of stable exertional angina. Cardiology 1991;79(Suppl 2):19-26:19-26.

195.    Krepp HP. Evaluation of the antianginal and anti-ischemic efficacy of slow-release isosorbide-5-mononitrate capsules, bupranolol and their combination, in patients with chronic stable angina pectoris. Cardiology 1991;79(Suppl 2):14-8.

196.    Kawanishi DT, Reid CL, Morrison EC, Rahimtoola SH. Response of angina and ischemia to long-term treatment in patients with chronic stable angina: a double-blind randomized individualized dosing trial of nifedipine, propranolol and their combination. J Am Coll Cardiol 1992;19:409-17.

197.    Meyer TE, Adnams C, Commerford P. Comparison of the efficacy of atenolol and its combination with slow-release nifedipine in chronic stable angina. Cardiovasc Drugs Ther 1993;7:909-13.

198.    Steffensen R, Grande P, Pedersen F, Haunso S. Effects of atenolol and diltiazem on exercise tolerance and ambulatory ischaemia. Int J Cardiol 1993;40:143-53.

199.    Parameshwar J, Keegan J, Mulcahy D, et al. Atenolol or nicardipine alone is as efficacious in stable angina as their combination: a double blind randomised trial. Int J Cardiol 1993;40:135-41.

200.    Foale RA. Atenolol versus the fixed combination of atenolol and nifedipine in stable angina pectoris. Eur Heart J 1993;14:1369-74.

201.    Tilmant PY, Lablanche JM, Thieuleux FA, Dupuis BA, Bertrand ME. Detrimental effect of propranolol in patients with coronary arterial spasm countered by combination with diltiazem. Am J Cardiol 1983;52:230-3.

202.    Lechat P, Packer M, Chalon S, Cucherat M, Arab T, Boissel JP. Clinical effects of beta-adrenergic blockade in chronic heart failure: a meta-analysis of double-blind, placebo-controlled, randomized trials. Circulation 1998;98:1184-91.

203.    Edoute, Yeouda; Nagachandran, Pradeep; Svirski, Boris; Ben-Ami, Haim (2000). "Cardiovascular Adverse Drug Reaction Associated with Combined β-Adrenergic and Calcium Entry-Blocking Agents". Journal of Cardiovascular Pharmacology 35 (4): 556–9.doi:10.1097/00005344-200004000-00007. PMID 10774785.

204.    Brogden RN, Benfield P. Verapamil: a review of its pharmacological properties and therapeutic use in coronary artery disease. Drugs 1996;51:792-819.

205.    Glasser SP, Ripa S, Garland WT, et al. Antianginal and antiischemic efficacy of monotherapy extended-release nisoldipine (Coat Core) in chronic stable angina. J Clin Pharmacol 1995;35:780-4.

206.    Boman K, Saetre H, Karlsson LG, et al. Antianginal effect of conventional and controlled release diltiazem in stable angina pectoris. Eur J Clin Pharmacol 1995;49:27-30.

207.    Walker JM, Curry PV, Bailey AE, Steare SE. A comparison of nifedipine once daily (Adalat LA), isosorbide mononitrate once daily, and isosorbide dinitrate twice daily in patients with chronic stable angina. Int J Cardiol 1996;53:117-26.

208.    Ezekowitz MD, Hossack K, Mehta JL, et al. Amlodipine in chronic stable angina: results of a multicenter double-blind crossover trial. Am Heart J 1995;129:527-35.

209.    Thadani U, Chrysant S, Gorwit J, et al. Duration of effects of isradipine during twice daily therapy in angina pectoris. Cardiovasc Drugs Ther 1994;8:199-210.

210.    Ekelund LG, Ulvenstam G, Walldius G, Aberg A. Effects of felodipine versus nifedipine on exercise tolerance in stable angina pectoris. Am J Cardiol 1994;73:658-60.

211.    Pepine CJ, Feldman RL, Whittle J, Curry RC, Conti CR. Effect of diltiazem in patients with variant angina: a randomized doubleblind trial. Am Heart J 1981;101:719-25.

212.    Antman E, Muller J, Goldberg S, et al. Nifedipine therapy for coronary-artery spasm. Experience in 127 patients. N Engl J Med 1980;302:1269-73.

213.    Hill JA, Feldman RL, Pepine CJ, Conti CR. Randomized double- longblind comparison of nifedipine and isosorbide dinitrate in patients with coronary arterial spasm. Am J Cardiol 1982;49:431-8.

214.    Johnson SM, Mauritson DR, Willerson JT, Cary JR, Hillis LD. Verapamil administration in variant angina pectoris. Efficacy shown by ECG monitoring. JAMA 1981;245:1849-51.

215.    Singh BN. Comparative efficacy and safety of bepridil and diltiazem in chronic stable angina pectoris refractory to diltiazem. The Bepridil Collaborative Study Group. Am J Cardiol 1991;68:306-12.

216.    Bremner AD, Fell PJ, Hosie J, James IG, Saul PA, Taylor SH. Early side-effects of antihypertensive therapy: comparison of amlodipine and nifedipine retard. J Hum Hypertens 1993;7:79-81.

217.    Elkayam U, Amin J, Mehra A, Vasquez J, Weber L, Rahimtoola SH. A prospective, randomized, double-blind, crossover study to compare the efficacy and safety of chronic nifedipine therapy with that of isosorbide dinitrate and their combination in the treatment of chronic congestive heart failure. Circulation 1990;82:1954-61.

218.    Singh BN. Safety profile of bepridil determined from clinical trials in chronic stable angina in the United States. Am J Cardiol 1992;69:68D-74D.

219.    Kawanishi DT, Reid CL, Morrison EC, Rahimtoola SH. Response of angina and ischemia to long-term treatment in patients with chronic stable angina: a double-blind randomized individualized dosing trial of nifedipine, propranolol and their combination. J Am Coll Cardiol 1992;19:409-17.

220.    Meyer TE, Adnams C, Commerford P. Comparison of the efficacy of atenolol and its combination with slow-release nifedipine in chronic stable angina. Cardiovasc Drugs Ther 1993;7:909-13.

221.    Steffensen R, Grande P, Pedersen F, Haunso S. Effects of atenolol and diltiazem on exercise tolerance and ambulatory ischaemia. Int J Cardiol 1993;40:143-53.

222.    Parameshwar J, Keegan J, Mulcahy D, et al. Atenolol or nicardipine alone is as efficacious in stable angina as their combination: a double blind randomised trial. Int J Cardiol 1993;40:135-41.

223.    Foale RA. Atenolol versus the fixed combination of atenolol and nifedipine in stable angina pectoris. Eur Heart J 1993;14:1369-74.

224.    Savonitto S, Ardissiono D, Egstrup K, et al. Combination therapy with metoprolol and nifedipine versus monotherapy in patients with stable angina pectoris. Results of the International Multicenter Angina Exercise (IMAGE) Study. J Am Coll Cardiol 1996;27:311-6

225.    Lehmann G, Reiniger G, Beyerle A, Rudolph W. Pharmacokinetics and additional anti-ischaemic effectiveness of amlodipine, a once-daily calcium antagonist, during acute and long-term therapy of stable angina pectoris in patients pre-treated with a beta-blocker. Eur Heart J 1993;14:1531-5.

226.    Glasser SP. Nisoldipine coat core as concomitant therapy in chronic stable angina pectoris. Am J Cardiol 1995;75:68E-70E.

227.    Ronnevik PK, Silke B, Ostergaard O. Felodipine in addition to beta-adrenergic blockade for angina pectoris. a multicentre, randomized, placebo-controlled trial. Eur Heart J 1995;16:1535-41.

228.    Abrams J. Nitroglycerin and long-acting nitrates in clinical practice. Am J Med 1983;74:85-94.

229.    Kaski JC, Plaza LR, Meran DO, Araujo L, Chierchia S, Maseri A. Improved coronary supply: prevailing mechanism of action of nitrates in chronic stable angina. Am Heart J 1985;110:238-45.

230.    Lacoste LL, Theroux P, Lidon RM, Colucci R, Lam JY. Effects of calcium antagonists on the risks of coronary heart disease, cancer and bleeding. Ad Hoc Subcommittee of the Liaison Antithrombotic properties of transdermal nitroglycerin in stable anginapectoris. Am J Cardiol 1994;73:1058-62.

231.    Tirlapur VG, Mir MA. Cardiorespiratory effects of isosorbide dinitrate and nifedipine in combination with nadolol: a doubleblind comparative study of beneficial and adverse antianginal drug interactions. Am J Cardiol 1984;53:487-92.

232.    Schneider W, Maul FD, Bussmann WD, Lang E, Hor G, Kaltenbach M. Comparison of the antianginal efficacy of isosorbide dinitrate (ISDN) 40 mg and verapamil 120 mg three times daily in the acute trial and following two-week treatment. Eur Heart J 1988;9:149-58.

233.    Ankier SI, Fay L, Warrington SJ, Woodings DF. A multicentre open comparison of isosorbide-5-mononitrate and nifedipine given prophylactically to general practice patients with chronic stable angina pectoris. J Int Med Res 1989;17:172-8.

234.    Emanuelsson H, Ake H, Kristi M, Arina R. Effects of diltiazem and isosorbide-5-mononitrate, alone and in combination, on patients with stable angina pectoris. Eur J Clin Pharmacol 1989;36:561-5.

235.    Akhras F, Chambers J, Jefferies S, Jackson G. A randomised double- blind crossover study of isosorbide mononitrate and nifedipine retard in chronic stable angina. Int J Cardiol 1989;24:191-6.

236.    Akhras F, Jackson G. Efficacy of nifedipine and isosorbide mononitrate in combination with atenolol in stable angina. Lancet 1991;338:1036-9.

237.    Fung HL, Bauer JA. Mechanisms of nitrate tolerance. Cardiovasc Drugs Ther 1994;8:489-99.

238.    Chirkov YY, Chirkova LP, Horowitz JD. Nitroglycerin tolerance at the platelet level in patients with angina pectoris. Am J Cardiol 1997;80:128-31.

239.    Boesgaard S, Aldershvile J, Pedersen F, Pietersen A, Madsen JK, Grande P. Continuous oral N-acetylcysteine treatment and development of nitrate tolerance in patients with stable angina pectoris. J Cardiovasc Pharmacol 1991;17:889-93.

240.    Balestrini AE, Menzio AC, Cabral R, et al. Penbutolol and molsidomine synergism in angina pectoris. A double blind ergometric trial. Eur J Clin Pharmacol 1984;27:1-5.

241.    Meeter K, Kelder JC, Tijssen JG, et al. Efficacy of nicorandil versus propranolol in mild stable angina pectoris of effort: a longblind term, double-blind, randomized study. J Cardiovasc Pharmacol 1992;20(Suppl 3):S59-66.

242.    Guermonprez JL, Blin P, Peterlongo F. A double-blind comparison of the long-term efficacy of a potassium channel opener and a calcium antagonist in stable angina pectoris. Eur Heart J 1993;14(Suppl B):30-4.

243.    Hughes LO, Rose EL, Lahiri A, Raftery EB. Comparison of nicorandil and atenolol in stable angina pectoris. Am J Cardiol 1990;66:679-82.

244.    Detry JM, Sellier P, Pennaforte S, Cokkinos D, Dargie H, Mathes P. Trimetazidine: a new concept in the treatment of angina. Comparison with propranolol in patients with stable angina. Trimetazidine European Multicenter Study Group. Br J Clin Pharmacol 1994;37:279-88.

245.    Detry JM, Leclercq PJ. Trimetazidine European Multicenter Study versus propranolol in stable angina pectoris: contribution of Holter electrocardiographic ambulatory monitoring. Am J Cardiol 1995;76:8B-11B.

246.    Cacciatore L, Cerio R, Ciarimboli M, et al. The therapeutic effect of L-carnitine in patients with exercise-induced stable angina: a controlled study. Drugs Exp Clin Res 1991;17:225-35.

247.    Cocco G, Rousseau MF, Bouvy T, et al. Effects of a new metabolic modulator, ranolazine, on exercise tolerance in angina pectoris patients treated with beta-blocker or diltiazem. J Cardiovasc Pharmacol 1992;20:131-8.

248.    Ikram H, Low CJ, Shirlaw TM, et al. Angiotensin converting enzyme inhibition in chronic stable angina: effects on myocardial ischaemia and comparison with nifedipine. Br Heart J 1994; 71:30-3.

249.    Klein WW, Khurmi NS, Eber B, Dusleag J. Effects of benazepril and metoprolol OROS alone and in combination on myocardial ischemia in patients with chronic stable angina. J Am Coll Cardiol 1990;16:948-56.

250.    Upward JW, Akhras F, Jackson G. Oral labetalol in the management of stable angina pectoris in normotensive patients. Br Heart J 1985;53:53-7

251.    Feldman RL, Prida XE, Hill JA. Systemic and coronary hemodynamic effects of combined oral alpha- and beta-adrenergic blockade (labetalol) in normotensive patients with stable angina pectoris and positive exercise stress tests. Clin Cardiol 1988;11:383-8.

252.    Crea F, Pupita G, Galassi AR, et al. Effects of theophylline, atenolol and their combination on myocardial ischemia in stable angina pectoris. Am J Cardiol 1990;66:1157-62.

253.    Raubach KH, Vlahov V, Wolter K, Bussmann WD. Double-blind randomized multicenter study on the efficacy of trapidil versus isosorbide dinitrate in stable angina pectoris. Clin Cardiol 1997;20:483-8.

254.    Glasser SP, Singh SN, Humen DP. Safety and efficacy of monotherapy with fantofarone, a novel calcium channel antagonist, in patients with chronic stable angina pectoris. Fantofarone Study Group. J Clin Pharmacol 1997;37:53-7

255.    Ridker PM, Manson JE, Gaziano JM, Buring JE, Hennekens CH. Low-dose aspirin therapy for chronic stable angina. A randomized, placebo-controlled clinical trial. Ann Intern Med 1991;114:835-9.

256.    Antiplatelet Trialists Collaboration. Collaborative overview of randomised trials of antiplatelet therapy, I: prevention of death, myocardial infarction and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1995;308:81-106.

257.    McTavish D, Faulds D, Goa KL. Ticlopidine. An updated review of its pharmacology and therapeutic use in platelet-dependent disorders. Drugs 1990;40:238-59.

258.    Ticlopidine [editorial]. Lancet 1991;337:459-60.

259.    de Maat MP, Arnold AE, van Buuren S, Wilson JH, Kluft C. Modulation of plasma fibrinogen levels by ticlopidine in healthy volunteers and patients with stable angina pectoris. Thromb Haemost 1996;76:166-70.

260.    Hirsh J, Dalen JE, Fuster V, Harker LB, Patrono C, Roth G. Aspirin and other platelet-active drugs. The relationship among dose, effectiveness, and side effects. Chest 1995;108:247S-57S.

261.    Cimminiello D, Agugua F, et al. Antiplatelet treatment with ticlopidine in unstable angina: a controlled multicenter clinical trial. Circulation 1990;82:17-26.

262.    "Dipyridamole" at Dorland's Medical Dictionary

263.    Gresele P, Arnout J, Deckmyn H, Vermylen J. Mechanism of the antiplatelet action of dipyridamole in whole blood: modulation of adenosine concentration and activity. Thromb Haemost 1986;55:12-8.

264.    Tsuya T, Okada M, Horie H, Ishikawa K. Effect of dipyridamole at the usual oral dose on exercise-induced myocardial ischemia in stable angina pectoris. Am J Cardiol 1990;66:275-8.

265.    van den Bos AA, Deckers JW, Heyndrickx GR, et al. Safety and efficacy of recombinant hirudin (CGP 39 393) versus heparin in patients with stable angina undergoing coronary angioplasty. Circulation 1993;88:2058-66.

266.    Patrono C, Coller B, FitzGerald GA, Hirsh J, Roth G. Platelet-active drugs: the relationships among dose, effectiveness, and side effects: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004;126(3 Suppl):234S-264S. [PubMed]

267.    Loll PJ, Picot D, Garavito RM. The structural basis of aspirin activity inferred from the crystal structure of inactivated prostaglandin H2 synthase. Nat Struct Biol 1995;2(8):637–43. [PubMed]

268.    Collaborative overview of randomised trials of antiplatelet therapy–I: Prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. Antiplatelet Trialists' Collaboration [published erratum appears in BMJ 1994;308(6943):1540]. BMJ 1994; 308(6921):81–106. [PMC free article] [PubMed]

269.    Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomised trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ 2002;324(7329):71–86. [PMC free article] [PubMed]

270.    Alexander JH, Harrington RA, Tuttle RH, Berdan LG, Lincoff AM, Deckers JW, et al. Prior aspirin use predicts worse outcomes in patients with non-ST-elevation acute coronary syndromes. PURSUIT Investigators. Platelet IIb/IIIa in Unstable angina: Receptor Suppression Using Integrilin Therapy. Am J Cardiol 1999;83(8):1147–51. [PubMed]

271.    Bhatt DL, Topol EJ. Scientific and therapeutic advances in antiplatelet therapy. Nat Rev Drug Discov 2003;2(1):15–28. [PubMed]

272.    Patrono C. Aspirin resistance: definition, mechanisms and clinical read-outs. J Thromb Haemost 2003;1(8):1710–3. [PubMed]

273.    Hankey GJ, Eikelboom JW. Aspirin resistance. Lancet 2006; 367(9510):606–17. [PubMed]

274.    Michelson AD, Cattaneo M, Eikelboom JW, Gurbel P, Kottke-Marchant K, Kunicki TJ, et al. Aspirin resistance: position paper of the Working Group on Aspirin Resistance. J Thromb Haemost 2005;3(6):1309–11. [PubMed]

275.    Yusuf S, Zhao F, Mehta SR, Chrolavicius S, Tognoni G, Fox KK; Clopidogrel in Unstable Angina to Prevent Recurrent Events Trial Investigators. Effects of clopidogrel in addition to aspirin in patients with acute coronary syndromes without ST-segment elevation [published errata appear in N Engl J Med 2001;345(20):1506 and N Engl J Med 2001;345(23):1716]. N Engl J Med 2001;345(7):494–502.[PubMed]

276.    Bhatt DL, Fox KA, Hacke W, Berger PB, Black HR, Boden WE, et al. Clopidogrel and aspirin versus aspirin alone for the prevention of atherothrombotic events. N Engl J Med 2006; 354(16):1706–17.[PubMed]

277.    Balsano F, Rizzon P, Violi F, Scrutinio D, Cimminiello C, Aguglia F, et al. Antiplatelet treatment with ticlopidine in unstable angina. A controlled multicenter clinical trial. The Studio della Ticlopidina nell'Angina Instabile Group. Circulation 1990;82(1):17–26. [PubMed]

278.    Urban P, Macaya C, Rupprecht HJ, Kiemeneij F, Emanuelsson H, Fontanelli A, et al. Randomized evaluation of anticoagulation versus antiplatelet therapy after coronary stent implantation in high-risk patients: the multicenter aspirin and ticlopidine trial after intracoronary stenting (MATTIS). Circulation 1998;98(20):2126–32. [PubMed]

279.    Love BB, Biller J, Gent M. Adverse haematological effects of ticlopidine. Prevention, recognition and management. Drug Saf 1998;19(2):89–98. [PubMed]

280.    Mehta RH, Roe MT, Mulgund J, Ohman EM, Cannon CP, Gibler WB, et al. Acute clopidogrel use and outcomes in patients with non-ST-segment elevation acute coronary syndromes undergoing coronary artery bypass surgery. J Am Coll Cardiol 2006;48(2):281–6. [PubMed]

281.    Chu MW, Wilson SR, Novick RJ, Stitt LW, Quantz MA. Does clopidogrel increase blood loss following coronary artery bypass surgery? Ann Thorac Surg 2004;78(5):1536–41.

282.    Wiviott SD, Braunwald E, McCabe CH, Montalescot G, Ruzyllo W, Gottlieb S, et al. Prasugrel versus clopidogrel in patients with acute coronary syndromes. N Engl J Med 2007; 357(20):2001–15.

283.    Use of a monoclonal antibody directed against the platelet glycoprotein IIb/IIIa receptor in high-risk coronary angioplasty. The EPIC Investigation. N Engl J Med 1994;330(14):956–61. [PubMed]

284.    Randomised placebo-controlled trial of abciximab before and during coronary intervention in refractory unstable angina: the CAPTURE Study [published erratum appears in Lancet 1997;350(9079):744]. Lancet 1997;349(9063): 1429–35.

285.     Cox, M.; Nelson D. (2004). Lehninger, Principles of Biochemistry. Freeman. p. 1100. ISBN 0-7167-4339-6.

286.     Gibbons RJ, Abrams J, Chatterjee K, et al. ACA/AHA 2002 guideline update for the management of patients with chronic stable angina: a report of the American College of Cardiology/American Heart Association Task Force on practice guidelines (Committee on the Management of Patients With Chronic Stable Angina).

287.     Rogers WJ, Canto JG, Lambrew CT, et al. Temporal trends in the treatment of over 1.5 million patients with myocardial infarction in the US from 1990 through 1999: the National Registry of Myocardial Infarction 1, 2 and 3. J Am Coll Cardiol. 2000;36:2056–2063.

288.     Meneveau N, Schiele F, Vuillemenot A, et al. (July 1997). "Streptokinase vs alteplase in massive pulmonary embolism. A randomized trial assessing right heart haemodynamics and pulmonary vascular obstruction". Eur. Heart J. 18 (7): 1141–8. PMID 9243149.

289.     MS-Contin (Morphine) clinical pharmacology - prescription drugs and medications at RxList

290.     Wu, SD; Zhang, ZH; Jin, JZ; Kong, J; Wang, W; Zhang, Q; Li, DY; Wang, MF (October 2004). "Effects of narcotic analgesic drugs on human Oddi's sphincter motility". World Journal of Gastroenterology 10 (11): 2901–2904. PMID 15334697.

291.     Antithrombotic Trialists' Collaboration. Collaborative meta-analysis of randomized trials of antiplatelet therapy for prevention of death, myocardial infarction, and stroke in high risk patients. BMJ. 2002;324:71–86.

292.     Sagar KA, Smyth MR. A comparative bioavailability study of different aspirin formulations using on-line multidimensional chromatography. J Pharm Biomed Anal. 1999;21:383–392.

293.     De Luca G, Suryapranata H, Zijlstra F, et al, for the ZWOLLE Myocardial Infarction Study Group. Symptom-onset-to-balloon time and mortality in patients with acute myocardial infarction treated by primary angioplasty. J Am Coll Cardiol. 2003;42:991–997.

294.     Boersma E, Mercado N, Poldermans D, et al. Acute myocardial infarction. Lancet. 2003;361:847–858.

295.     De Luca G, Suryapranata H, Ottervanger JP, et al. Time delay to treatment and mortality in primary angioplasty for acute myocardial infarction: every minute of delay counts. Circulation. 2004;109: 1223–1225.

296.     Boersma E, Maas AC, Deckers JW, et al. Early thrombolytic treatment in acute myocardial infarction: reappraisal of the golden hour. Lancet. 1996;348:771–775.

297.     Weaver WD, Cerqueira M, Hallstrom AP, et al. Prehospital-initiated vs hospital-initiated thrombolytic therapy: the Myocardial Infarction Triage and Intervention Trial. JAMA. 1993;270:1211–1216.

298.     Zeymer U, Tebbe U, Essen R, et al, for the ALKK-Study Group. Influence of time to treatment on early infarct-related artery patency after different thrombolytic regimens. Am Heart J. 1999;137:34–38.

299.     Brodie BR, Stuckey TD, Wall TC, et al. Importance of time to reperfusion for 30-day and late survival and recovery of left ventricular function after primary angioplasty for acute myocardial infarction. J Am Coll Cardiol. 1998;32:1312–1319.

300.     Brodie BR, Stuckey TD, Wall TC, et al. Importance of time to reperfusion on outcomes with primary coronary angioplasty for acute myocardial infarction (results from the Stent Primary Angioplasty in Myocardial Infarction Trial). Am J Cardiol. 2001;88:1085–1090.

301.     Morrow DA, Antman EM, Charlesworth A, et al. TIMI risk score for ST-elevation myocardial infarction: a convenient, bedside, clinical score for risk assessment at presentation: an intravenous nPA for treatment of infarcting myocardium early II trial substudy. Circulation. 2000;102: 2031–2037.

302.     Lee KL, Woodlief LH, Topol EJ, et al, for the GUSTO-I Investigators. Predictors of 30-day mortality in the era of reperfusion for acute myocardial infarction: results from an international trial of 41,021 patients.Circulation. 1995;91:1659–1668.

303.     Morrow DA, Antman EM, Giugliano RP, et al. A simple risk index for rapid initial triage of patients with ST-elevation myocardial infarction: an InTIME II substudy. Lancet. 2001;358:1571–1575.

304.     Krumholz HM, Chen J, Wang Y, et al. Comparing AMI mortality among hospitals in patients 65 years of age and older: evaluating methods of risk adjustment. Circulation. 1999;99:2986–2992.Granger CB, Goldberg RJ, Dabbous O, et al, for the Global Registry of Acute Coronary Events Investigators. Predictors of hospital mortality in the Global Registry of Acute Coronary Events. Arch Intern Med. 2003; 163:2345–2353.

305.     Magid DJ, Calonge BN, Rumsfeld JS, et al, for the National Registry of Myocardial Infarction 2 and 3 Investigators. Relation between hospital primary angioplasty volume and mortality for patients with acute MI treated with primary angioplasty vs thrombolytic therapy. JAMA. 2000; 284:3131–3138.

306.     Keeley EC, Boura JA, Grines CL. Primary angioplasty versus intravenous thrombolytic therapy for acute myocardial infarction: a quantitative review of 23 randomised trials. Lancet. 2003;361:13–20.

307.     Hochman JS, Sleeper LA, Webb JG, et al, for the Should We Emergently evascularize Occluded Coronaries for Cardiogenic Shock SHOCK) Investigators. Early revascularization in acute myocardial nfarction complicated by cardiogenic shock. N Engl J Med. 999;341: 25–634.

308.     Brodie BR, Weintraub RA, Stuckey TD, et al. Outcomes of direct oronary angioplasty for acute myocardial infarction in candidates and on-candidates for thrombolytic therapy. Am J Cardiol. 1991;67:7–12.

309.     Himbert D, Juliard JM, Steg PG, et al. Primary coronary angioplasty for cute myocardial infarction with contraindication to thrombolysis. Am J ardiol. 1993;71:377–381.

310.     Zahn R, Schuster S, Schiele R, et al, for the Maximal Individual Therapy in Acute Myocardial Infarction (MITRA) Study Group. Comparison of primary angioplasty with conservative therapy in patients with acute myocardial infarction and contraindications for thrombolytic therapy. Cathet Cardiovasc Interv. 1999;46:127–133.

311.     Grzybowski M, Clements EA, Parsons L, et al. Mortality benefit of immediate revascularization of acute ST-segment elevation myocardial infarction in patients with contraindications to thrombolytic therapy: a propensity analysis. JAMA. 2003;290:1891–1898.

312.     Zhu MM, Feit A, Chadow H, et al. Primary stent implantation compared with primary balloon angioplasty for acute myocardial infarction: a metaanalysis of randomized clinical trials. Am J Cardiol. 2001;88:297–301.

313.     Stone GW, Grines CL, Cox DA, et al, for the Controlled Abciximab and Device Investigation to Lower Late Angioplasty Complications (CADILLAC) Investigators. Comparison of angioplasty with stenting, with or without abciximab, in acute myocardial infarction. N Engl J Med. 2002;346:957–966.

314.     Lemos PA, Saia F, Hofma SH, et al. Short- and long-term clinical benefit of sirolimus-eluting stents compared to conventional bare stents for patients with acute myocardial infarction. J Am Coll Cardiol. 2004; 43:704–708

315.     ISIS-2 (Second International Study of Infarct Survival) Collaborative Group. Randomised trial of intravenous streptokinase, oral aspirin, both, or neither among 17,187 cases of suspected acute myocardial infarction: ISIS-2. Lancet. 1988;2:349–360.

316.     Braunwald E, Antman E, Beasley J, et al. ACC/AHA 2002 guideline update for the management of patients with unstable angina and non–ST-segment elevation myocardial infarction: summary article: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Committee on the Management of Patients With Unstable Angina). J Am Coll Cardiol. 2002;40:1366.

317.     Journal of Internal Medicine; Mar2007, Vol. 261 Issue 3, p245-254

318.    Evangelista LS, Dracup K. A closer look at compliance research in heart failure patients in the last decade. Prog Cardiovasc Nurs. 2000;15:97-103.

319.    Fletcher MD, Yusuf S, Kober L, et al. Longterm ACE-inhibitor therapy in patients with heart failure or left-ventricular dysfunction: a systematic overview of data from individual patients. Lancet. 2000;355:1575-1581.

320.    Califf RM, Cohn JN. Cardiac protection: evolving role of angiotensin receptor blockers. Am Heart J. 2000;139(1 pt 2):S15-S22.

321.    Weber KT. Aldosterone in congestive heart failure. N Engl J Med. 2001;345:1689-1697.

322.    Brown NJ. Eplerenone: cardiovascular protection. Circulation. 2003;107:2512-2518.

323.    Sipahl I, Tuzcu E, Wolski KE, et al. ⍰-Blockers and progression of coronary atherosclerosis: pooled analysis of 4 intravascular ultrasonography trials. Ann Intern Med. 2007;147(1):10-18.

324.    Zugck C, Haunstetter A, Kruger C, et al. Impact of ⍰-blocker treatment on the prognostic value of currently used risk predictors in congestive heart failure. J Am Coll Cardiol. 2002;39(10):1615-1622.

325.    Gheorghiade M, van Veldhuisen DJ, Colucci WS. Contemporary use of digoxin in the management of cardiovascular disorders. Circulation. 2006;113:2556-2564.

326.    Brater DC. Diuretic therapy. N Engl J Med. 1998;339:387-395.

327.    Shanes JG, Minadero KN, Moret A, Groner M, Tabale SA. Statin therapy in heart failure: prognostic effects and potential mechanisms.Am Heart J. 2007;154:617-623.

328.    Horwitz RI, Viscoli CM, Berkman L, et al. Treatment adherence and risk of death after a myocardial infarction. Lancet. 1990;336(8714):542-545.

329.    Simpson RJ Jr. Challenges for improving medication adherence. JAMA. 2006;296: 2614-2616.

330.    Fonarow GC, Gawlinski A, Moughrabi S, Tillisch JH. Improved treatment of coronary heart disease by implementation of a Cardiac Hospitalization Atherosclerosis Management Program (CHAMP). Am J Cardiol. 2001;87(7):819-822.

331.    Balkrishnan R. Predictors of medication adherence in the elderly. Clin Ther. 1998; 20:764-771.

332.    Claxton AJ, Cramer J, Pierce C. A systematic review of the associations between dose regimens and medication compliance. Clin Ther. 2001;23:1296-1310.

333.    Schroeder K, Fahey T, Ebrahim S. How can we improve adherence to blood pressurelowering medication in ambulatory care? Systematic review of randomized controlled trials. Arch Intern Med. 2004;164:722-732.

334.    Iskedjian M, Einarson TR, MacKeigan LD, et al. Relationship between daily dose frequency and adherence to antihypertensive pharmacotherapy: evidence from a meta-analysis. Clin Ther. 2002;24:302-316.

335.    Hope CJ, Wu J, Tu W, Young J, Murray MD. Association of medication adherence, knowledge, and skills with emergency department visits by adults 50 years or older with congestive heart failure. Am J Health Syst Pharm. 2004;61:2043-2049.

336.    Hunt SA, Abraham WT, Chin MH, et al. ACC/AHA 2005 guideline update for the diagnosis and management of chronic heart failure in the adult: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines (Writing Committee to Update the 2001 Guidelines for the Evaluation and Management of Heart Failure). American College of Cardiology.

Chapter 1:  Cardiovascular Diseases:
The Leading Cause of Death in Women

10 Contact Hours

*Author: Jassin Jouria, MD*

## Learning objectives

- Identify the role of heart disease as a cause of death in women.
- Appreciate the disparity between heart care in men and women.
- List two risk factors for heart disease that cannot be modified.
- List five risk factors for heart disease that can be modified.
- Categorize normal and abnormal blood cholesterol profiles.
- Classify risk stratification of heart disease.
- Explain the role of hormones in heart disease.
- Explain the benefit of exercise and diet in the prevention of heart disease.
- Discuss the role of hypertension in heart disease.
- Describe the effects of diabetes on heart disease.
- Discuss the effects of smoking on heart disease.
- Describe psychological factors that influence heart disease.
- Rationalize customary procedures for detecting and diagnosing heart disease.
- Explain the standard medical and surgical treatments for heart disease.
- Evaluate the potential benefit from future preventive measures and treatment of heart disease.
- Identify the role of the government in heart-related research.
- Communicate the importance of patient education to families of women who suffer from heart disease.

## Introduction

Heart disease has long been thought of as a man's disease. Today, medical professionals have become increasingly aware of the prevalence of heart disease in women. However, there still exists a disparity in the work-up and treatment of women's cardiovascular care. According to the latest research, an estimated 42 million women in the United States live with cardiovascular disease. More importantly, most of them are unaware of it.

A number of studies have shown that heart disease is the leading cause of mortality among women in United States, especially those who are over 20 years of age. The disease is responsible for almost 450,000 deaths every year. Heart disease is five times more likely to lead to death than breast cancer. In fact, more women die from cardiovascular disease than men.

This course aims to provide valuable information to healthcare professionals about heart disease in women, including causes, symptoms, risk factors, diagnosis, and remedies. The latest research suggests that a healthy lifestyle is crucial to avoid heart disease. Therefore, topics such as nutrition, weight control, exercise, and tobacco and alcohol use will be included in the course. Healthcare professionals can use this information to treat patients more effectively and help them prevent heart disease and related disorders.

Heart disease is the leading cause of death among women worldwide, and especially in United States, where it is responsible for more than 450,000 casualties every year. Death caused by cardiac attacks or disorders are more common than all other forms of cancers combined. [1, 2, 3]

It has also been observed that coronary disease affects women more than men. In the past, only certain standard medications were available both for men and women, and these medications were oriented to men. Therefore, women remained underdiagnosed. This is further supported by evidence that shows both symptoms and reactions to medications are different in women than men. In addition, the outcomes of the medication also differ in women.

Heart disease is often referred to as cardiovascular disease—a condition in which blocked or narrowed blood vessels eventually lead to stroke, angina, or heart attack. A number of other heart disorders can also adversely affect heart muscles, valves, heart rate, etc., and can lead to coronary heart disease.[4]

Most heart disease can be treated, and sometimes prevented, by changing one's lifestyle in a positive manner. Steps such as eating a balanced diet, avoiding smoking and alcohol use, and exercising on a regular basis contribute to a healthier lifestyle.[5] Currently, some studies have examined heart disease in women. In most of the clinical trials, less than 30% of the study population consists of women. One study conducted indicated that women are less likely to be diagnosed or treated well than men. Further, the reaction of a woman's body to various drugs and therapies used for treating heart disorders also differs from that of men.

Therefore, studies that are women-specific are needed in order to have more concrete findings. This would include using more women in cardiac trials and observational studies, which use statistical techniques for testing sex interactions and provide information about differences regarding sex-specific response to treatments.[4]

### Heart disease in women

As we know, heart disease is the major cause of morbidity and mortality in women. However, it is often overlooked both by patients and healthcare professionals. This is because women usually consider cancer to be their most dangerous enemy. Additionally, most research and investigational studies are focused solely on men, believing that heart disease is related to just men.[6]

Luckily, a major shift has been observed recently, in the form of gender recognition in clinical trials for cardiovascular diseases. The importance of realizing the extent of disease in women has resulted from increasing awareness of different risk factors, remedies, preventive strategies, and diagnostic studies between the genders.[7, 8]

There are certain cardiometabolic risk factors that are more prominent in women than men. For example, preeclampsia is related to an increased risk of cardiovascular disorder. Further, conditions such as autoimmune disease and depression increase cardiovascular disease risks in women. [8]

Known risk factors also differ in women and men. For instance, in the United States, the presence of diabetes mellitus is more common in women than men, mainly due to the low level of physical activity and difference in longevity that exists between genders.[8, 14, 15] Type 2 diabetes and reduced glucose digestion are strong risk factors for cardiovascular disease in women and can boost risk of frequent cardiovascular attacks following the very first acute myocardial infarction, especially in women. [16, 17]

Hypertension is common in older women, which results in higher morbidity and mortality in women. Further, atrial fibrillation is the fundamental risk factor for ischemic stroke in women that makes management guidelines critical to follow to prevent strokes in women.[14, 18, 19]

## Epidemiology and etiology

As previously mentioned, heart disease is the major cause of mortality in women in the United States. Statistics show that every minute a woman dies because of a heart-related disorder in the United States.[1]. Despite the declining trend in deaths caused by heart disease, in many countries over the last 40 years, cardiovascular disease still seems to be the leading cause of mortality both in men and women.[7, 14, 20]

About one in three women (34.9%) in the United States has some kind of cardiovascular problem. The percentage of men is slightly higher, at 37.6%.[21] Approximately, one in seven women dies of a cardiovascular disease – whereas one in four women dies of cancer.[22]

Though age-based mortality rates of cardiovascular disease is higher in men, the total number of cardiovascular-related deaths has been higher in women for the past 20 years, mainly because of a longer life expectancy and a larger population of older women.

Recent evidence shows an increasing trend of coronary heart disease mortality in younger women. In the United States, women 35 to 44 years of age are being diagnosed with an increasing rate of 1.3% every year since 1997. [23] This is largely due to increased rates in obesity and diabetes, and conditions such as hypertension and a low level of exercise. [24] Obesity and hypertension are the leading risk factors in the United States, although a similar trend has been observed in the Mediterranean region and in Asia, even though these regions are known for healthier lifestyles and diet choices. [24]

The American Heart Association has developed evidence-based guidelines for cardiovascular disease treatment that are especially for women.[9, 12] The most recent update to these guidelines was published in 2011[9] and represented a major contribution to the field of cardiovascular disease management. The focus of these guidelines has shifted from evidence-based to effectiveness-based and includes both harm/cost and benefits of preventive interventions. These guidelines were mainly based on the clinical benefits of cardiovascular disease prevention in women.[12]

In 2012, the revised guidelines introduced an "ideal cardiovascular health." This is the lowest risk category, which consists of the ideal levels of cardiovascular risk factors and adoption of a healthy lifestyle. This is associated with favorable outcomes, better quality of life, and increased longevity. However, only a small percentage of U.S. women could be classified as being at ideal cardiovascular health.[30, 31]

Differences have been observed in short-term prognoses and clinical presentations between men and women. Higher fatality rates have been observed in younger women during the first 30 days following an acute cardiovascular condition than in younger men.[32, 33] There has also been an ongoing debate on the ways cardiovascular disease is managed in men and women, although recently, there has been an improvement in the quality of care and outcomes for women who have been hospitalized for cardiovascular disease.[34, 35, 36, 37]

Some believe that gender disparities arise because of lack of awareness regarding cardiovascular risks in women and this causes delays in emergency services. However, gender gap has reduced with time.[38] More female clinical trials need to be conducted. In many early trials, researchers frequently used historical data to compare clinical characteristics and treatment in both men and women and these trials had a cut-off

age of 65, which excluded many women who develop cardiovascular disease 10 years later than men, on average.

Changing demographics of the United States must also be taken into consideration, leading to a need for practitioners to consider greater diversity of patients. Along with well-known classifications of race and geographic and ethnic origin, there are other facets of diversity that must be considered. These include age, language, literacy, disability, socioeconomic status, religious affiliation, occupational status, and culture. Not only do these factors affect how cardiovascular disease emerges and progresses, they also often affect the level of care an individual receives.

An Institute of Medicine report stated that differences in treatment between men and women do exist, even with controlling factors like comorbidities and insurance status.[39] Pervasive disparities in the treatment of cardiovascular diseases are a serious public health issue in the United States, in spite of the marked decrease in mortality that has been observed on a national scale over the past few decades.

These disparities have an adverse impact on the clinical outcomes and quality of life for African American and Hispanic women. This must be recognized by practitioners. Care that is sensitive to cultural differences includes the revision of healthcare delivery to meet the specific needs of a patient population that is incredibly diverse.[40] Therefore, diversity in the context of healthcare means that all individuals must receive equitable care, regardless of any barriers that are present or may arise.[41, 42]

The major causes of the barriers to equitable care include lack of understanding regarding patients' health beliefs, cultural values, and the inability to communicate symptoms in their language.[43, 45]

General guidelines for diagnosis and treatment apply to women across the globe; however, it is important to note that risk factors such as hypertension are more prevalent in African American women. Diabetes mellitus is more prevalent in Hispanic women.[46] Additionally, the highest coronary heart disease death rate and the highest overall cardiovascular disease morbidity and mortality occur in African American women. This means mortality from cardiovascular diseases in these women is more similar to men than in the other groups of women. This indicates the need for preventative efforts for some groups of women and a different approach to diagnose and treat cardiovascular disease. A more tailored approach is needed for each specific group.

Deaths from cardiovascular disease have decreased in all groups of women. However, Hispanics have the lowest percentage of deaths caused by cardiovascular events (21.7%) compared with non-Hispanics (26.3%).[47] Hispanics also have a longer life expectancy of 83.1 years compared with the 80.4 year life expectancy of non-Hispanic white women and the 76.2 years for non-Hispanic black women.[48] This means that cardiovascular complications that arise due to age are greatly considered for Hispanic women.

Age is not the only consideration for Hispanic women, however. The life continuum of women frequently reflects different events (e.g., pregnancy) that are approached with different levels of stress – both physical and mental – than those that affect men. Therefore, it is important to consider all facets of diversity when practitioners treat women with cardiovascular disease so that disparity in care can be avoided.[49-51]

## Pathophysiology of heart disease

It is of utmost importance for the practitioner to recognize the difference between a man and a woman's heart. While this area of study is somewhat new, it is a fact that women have smaller hearts and arteries than men.

Researchers from Columbia University and New York Presbyterian Hospital also reported that women have different internal rhythm, which, in general, causes a woman's heart to beat faster than a man's heart. These researchers also believe that a woman's heart may take longer to relax after each beat. Additionally, some surgeons have hypothesized that women have a 50% higher chance of dying during heart surgery compared with men and this may be due to the fundamental difference in the way a woman's heart works.

These differences may also be linked to the fact that women are more likely to die after their first myocardial infarction than men.[52] Approximately 25% of men die within a year after their first myocardial infarction, compared with 38% of women.[53] Women are also approximately twice as likely to experience a second myocardial infarction within 6 years of the first myocardial infarction. Additionally, women are approximately twice as likely as men to die after bypass surgery.

Therefore, heart disease affects the hearts of women in a different way than it does in men. After a heart attack, a woman's heart is more likely to sustain its systolic function effectively. C. Noel Bairey Merz, MD, the director of the Women's Heart Center at Cedars-Sinai Heart Institute, has proposed that cardiovascular disease affects the microvasculature in women, while in men it affects the microvasculature.[53]

Conventional research indicated that the most prevalent form of cardiovascular disease is coronary artery disease, where plaques block or narrow the major arteries of the heart, which in turn cut off the supply of oxygen to the heart. The duration and severity of the impairment determine the severity of the condition – unstable angina or myocardial infarction can result. This ultimately affects the heart's ability to pump blood properly.

However, Bairey Merz found that women's hearts are less likely than men's to lose the ability to pump blood effectively after a myocardial infarction. Additionally, women are less likely to sustain coronary artery disease that is obstructive. This led Bairey Merz to conclude that in women, the oxygen deprivation to the heart and the ensuing damage is more likely to happen when the blood vessels become dysfunctional, as opposed to the major arteries.[53]

Bairey Merz believes this is the reason that women are misdiagnosed or suffer from adverse heart conditions. Practitioners typically look for the patterns of cardiovascular disease progression that are present in men instead of searching for patterns that are present in women.

The Women's Ischemia Syndrome Evaluation (WISE) study indicated that women may experience chest pain and abnormal stress testing even when there is no critical, flow-limiting lesion (greater than 50% luminal stenosis in a coronary artery) present in one of the major arteries. In this study, 60% of women who underwent coronary angiography did not have a lesion. Even without experiencing critical blood flow problems, women in the study without lesions experienced persistent symptoms. The persistence of the symptoms combined with abnormal stress-testing results, was therefore attributed to endothelial dysfunction and disease affecting microvasculature.

Women are also vulnerable to danger of plaque and disruption of forward blood flow in the arteries. This is because women have smaller coronary arteries than men, even after treating total body surface area (BSA).[54] Therefore, anything that affects flow may be critical. Additionally, women are two times more likely than men to have plaque erosion with subsequent blood clot formation.[55]

## Risk factors

Risk factors for heart disease are roughly the same for both sexes, but gender-specific differences are present. There are some unique risk factors that exist for women; older age at presentation is a major risk factor, as women are more likely to suffer from comorbidities, including diabetes and hypertension.

Given that six of every 10 deaths[56] from cardiovascular disease in women can be prevented, it is extremely important to understand the risk factors associated with the disease in women. According to the INTERHEART study, [57] there are nine factors that are responsible for 90% of all cardiovascular disease cases. These factors are:

- Smoking.
- Stress.
- Dyslipidemia.
- Diabetes.
- Hypertension.
- Obesity.
- Poor diet, particularly one that does not include sufficient intake of fruits and vegetables.
- Physical inactivity.
- Consumption of alcohol in excess.

The same cardiovascular risk factors have been used in risk calculations for the past 40 years, despite increasing knowledge about gender differences and the disease. In 2007, Ridker et al.[58] suggested that the Reynolds Risk Score for women should be used to calculate risk. It is based on a 10-year study of data from the Women's Health Study for cardiovascular events in 25,558 women, all over 45 years of age. The conclusion was that this scoring system predicted cardiovascular disease risk in women better than classical scoring systems.

## Modifiable risks

- Diabetes mellitus is one of the most important risk factors, and coronary heart disease mortality is three to five times higher in women who are diabetic compared with those who are not diabetic. In contrast, the risk is only two to three times higher in men who are diabetic. Women also have a three to five times higher chance than men of developing cardiovascular disease.[59] Higher glucose levels, as well as insulin resistance, serve to counter the protective effects of estrogen, which places women at this higher risk.[60]

  Cardiovascular events are the primary cause of death, particularly in type 2 diabetes. The Nurses' Health Study indicated that coronary heart disease mortality in women who have diabetes was 8.7 times higher than in those who do not have diabetes.[61] An additional danger is that women who are diabetic develop cardiovascular disease earlier, at approximately the same age men do. Why this is the case is currently unknown.[62] Diabetes is largely preventable or well-controlled through making healthy dietary and fitness decisions, sometimes in tandem with medication.

- Cigarette smoking is a very significant risk factor for coronary heart disease in women. Smoking in women prompts more negative cardiovascular and lung consequences than does smoking in men. One possible reason for this may be that the dimensions of the coronary arteries and that the lungs

are smaller in women than in men; therefore, a woman smoking the same amount as a man would do more damage to her body. Women who are less than 55 years of age have seven times the increased risk attributable to smoking than do men, and the increase in risk depends on dose.

It is undisputable that smoking predisposes the individual to atherosclerosis.[63, 64] The Nurse's Health Study, which examined more than 120,000 healthy nurses, indicated that only four to five cigarettes a day nearly doubled the risk of atherosclerosis, and 20 cigarettes a day compounded the risk six times[65]. Smoking has declined a bit in men; however, smoking in women has not declined at the same rate, particularly in younger women. This can lead to significant vascular problems later in life.

Further, individuals who are routinely exposed to secondhand smoke see a 25% increase in the risk of developing cardiovascular disease. Therefore, it is not simply direct smoking that causes the problem.

Additionally, smoking combined with other factors – such as use of contraceptives containing estrogen – multiplies risk for cardiovascular events and for clot formation.[1] As a result of the multiplied risk, hormonal contraception is contraindicated for women over 35 years of age who smoke.

Refraining from smoking lessens the risk of developing heart disease and helps reduce potential cardiovascular risk factors.

- Alcohol consumption poses a risk for the development of cardiovascular disease. A moderate intake may be protective to the heart, but too much alcohol is harmful.[66, 67] The type of alcohol consumed is not as crucial as are the drinking patterns. Low to moderate daily intake may be protective, but conversely, binge drinking can be harmful to the heart.

   If a patient has already experienced a first myocardial infarction, it is not necessarily a bad thing to continue drinking moderately. However, it is also not necessarily recommended that patients start drinking in search of the protective benefits of alcohol consumption following a first myocardial infarction.[56]

   Light to moderate drinking is defined as one standard drink for women per day and two per day for men. The difference exists because men and women metabolize alcohol differently; specifically, women metabolize slower than do men. A standard drink is defined as 12 grams of alcohol; this is equivalent to 15 cl of wine.

- It is well established that there is an association between LDL cholesterol and an increased risk of cardiovascular disease. Individuals who reduce their LDL cholesterol also reduce their risk for cardiovascular disease. Further, this reduction, in combination with raising their HDL cholesterol, serves to further reduce risk. A study conducted by the Lipid Research Clinics indicated that low HDL cholesterol in women was the most significant predictor of death from ischemic heart disease.[68] It has been shown that having low HDL levels affects women more than it does men[69], so it is important that practitioners encourage the reversal of low HDL.

- Hypertension is also a risk factor for cardiovascular disease. A meta-analysis that included data from more than one million adults aged 40 to 69 indicated that an increase of 20 mmHg systolic or 10 mmHg diastolic in an individual's normal blood pressure doubles the mortality from coronary heart disease.[70] Women with greater than 185 mmHg systolic pressure have three times the risk of increase in coronary heart disease, as well as stroke, when compared with women who have pressure under 135

mmHg systolic.[71] Currently, the way hypertension is treated is the same in both men and women. Most of the time, pharmacotherapy and lifestyle changes are the preferred treatment.

- Both a sedentary lifestyle and obesity pose a significant risk as well. Obesity is more common in women (35.5%) than in men (32.2%).[72] People who are active and regularly exercise their heart muscles are at a much lower risk of developing heart disease. In particular, obese women are more likely than leaner women to also have metabolic conditions, such as polycystic ovarian syndrome or Syndrome X, which multiplies risk.[60]

  Exercise and physical fitness play a big role, and lack of physical activity is a major risk factor for developing cardiovascular disease. One study found that less-fit individuals experience an increased (4.7 times) risk of stroke and myocardial infarction, independent of other risk factors.[73]

  The beneficial effects of exercise are not as great in women as they are in men – women experience smaller increases in HDL resulting from similar exercises than do men.[74] The Nurses' Health Study has indicated, though, that two aspects are particularly beneficial to women – namely that brisk walking delivered the same benefits as did vigorous exercise, and women who had previously been sedentary experienced benefits that were similar to those who had exercised earlier in life. This means that it is better to exercise later in life than to never do so. The recommended amount of exercise is 30 minutes daily.

- A poor diet is a major risk factor for the development of cardiovascular disease. The Mediterranean diet has been shown to have beneficial effects on alleviating cardiovascular disease risk. The diet has a high proportion of fruits and vegetables, and has a positive impact on total cholesterol, LDL cholesterol, blood pressure, and lowers risks of myocardial infarction.[75] One study of 600 men and women who were randomized into either a group using the Mediterranean diet or a control group indicated that after 27 months, a marked difference was found in mortality and morbidity for cardiovascular disease as well as total mortality in favor of the Mediterranean diet.[76]

  The mechanisms behind this are multiple, with the recommendation that diet always be combined with other changes to lifestyle, such as exercise or medication. The effects are likely the same in women as in men, but there has not been much gender-specific research into why the Mediterranean diet proves beneficial.[77, 78]

- Depression serves as a risk factor for the development of cardiovascular disease, particularly if the patient is also taking antidepressant medication. Mood, in general, is a risk factor, particularly if the individual experiences a high level of stress on a consistent basis. Compared with other risk factors, psychosocial variables are much more difficult to define or to measure objectively. Nonetheless, there are several different aspects within the broad definition of psychosocial factors that are currently associated with increased risk of myocardial infarction.

  These aspects include work and family stress, lack of control, low socioeconomic status, negative life events, and a poor social support system. These aspects, along with depression, affect the risk of ischemic heart disease, as well as the prognosis. There are several studies that show a clear correlation between stress and cardiovascular disease. One study indicated that family stress – including marital stress – increases the risk of ischemic heart disease.[79] Another study indicated that work stress, as well as home stress, were more common in those patients who had suffered a myocardial infarction, and that stress represented 30% of the individual's total risk.[80]

Where depression is involved, it has been found that both women and men tend to get more depressed following myocardial infarction.[81, 82] This increases the risk of a second myocardial infarction. It is important to note that more women experience depression than men, and it is therefore a more important risk factor in women.

- Recent evidence indicates that sleep deprivation and disturbances may be associated with cardiovascular disease, particularly in women. [83] Three independent studies have indicated an association between increased hypertension and sleep deprivation. This phenomenon occurred only in women.[84–86] These findings are particularly significant because sleep disturbances and deprivation are more common in women than in men in both developed and developing countries.

## Non-modifiable risks

- Genetics can contribute to risk. Congenital heart disease is something the individual is born with. However, people may also have a genetic predisposition to develop certain cardiovascular problems, as seen through examining the family history of heart disease. A predisposition does not mean people are guaranteed to develop the specific cardiovascular problem to which they are predisposed – healthy lifestyle choices, such as eating well, not using alcohol to excess, not smoking, and exercising regularly, can go a long way toward fighting genetic predisposition.

  It is interesting to note that simply having a family history of the disease can lead to stress and disruption in mood for some individuals – both risk factors for cardiovascular disease. In one study that examined data collected from 60 women and 31 men who averaged 21.4 years of age, it was found that a family history impacts stress responsivity, which can contribute to future heightened cardiovascular disease risk.[87]

- Menopause poses a risk for coronary heart disease in women because the reduced production of estrogen leads to worsening of coagulation, vasculature, and the lipid profile. Early menopause in particular is a known risk factor. Results of a study using the Women's Ischemia Syndrome Evaluation (WISE) indicate that estrogen deficiency poses a very strong risk factor for coronary heart disease.[88]

  Endothelial dysfunction frequently occurs postmenopause. Its detection can precede more overt diseases, such as hypertension and diabetes. One study [89] indicated that in women without hypertension, development of endothelial dysfunction was linked with hypertension over the next 4 years. Another study[90] examining a cohort of euglycemic women who were not obese, indicated that marked endothelial dysfunction at the baseline was linked with development of diabetes and also over the next 4 years. Further, in postmenopausal women with hypertension changes in endothelial function that occur as a result, antihypertensives may be used to identify women who have a better prognosis.[91]

- Metabolic syndrome is a complicated condition that involves hypertension, low HDL levels, elevated LDL levels, abdominal obesity, insulin resistance, and elevated triglycerides. Metabolic syndrome has a marked role in increasing the risk of cardiovascular disease, particularly in menopausal women. Further, there is a strong link between metabolic syndrome and depression. Depression is a commonly known risk factor for cardiovascular disease.

- As women advance in age, they are more likely to develop cardiovascular disease and, in particular, it is more likely that women will have one or more comorbidity associated with cardiovascular disease risk, such as diabetes or obesity.

- Kidney disease increases the risk of cardiovascular disease in women more than men.

- ● Resting heart rate is an independent risk factor for patients who have known cardiovascular disease as well as for those with acute myocardial infarction. Women possess a lower resting sympathetic output than do men, but after an uncomplicated acute myocardial infarction, women have greater sympathetic activation than do men. This is resolved at about 9 months, but is consistent with findings that indicate that women have higher mortality, as well as a higher risk of heart failure, following myocardial infarction. [92]

## Who is at the greatest risk?

When risk factors are arranged as global risk scores calculated by totaling point scores (or by summing risk equivalents) for age, cholesterol, blood pressure, cigarette smoking, and diabetes, 4% of women aged 50 to 59, 13% of women 60 to 69, and 47% of women aged 70 to 79 are at an intermediate to high risk for coronary heart disease or a nonfatal myocardial infarction. [88]

It is important to note that aggregation of traditional risk factors underestimates the risk in women. There are risk factors novel to women that are now being evaluated [88]. These include retinal artery narrowing, inflammatory markers, coronary artery calcification, anemia, and endothelial dysfunction.

Where inflammatory markers are considered, high-sensitivity C-reactive protein (hs-CRP) [93], [94] may independently predict coronary heart disease, as indicated by the Women's Health Study. The study showed that a somewhat high CRP of greater than 1 mg/dl was observed in only 6% of men in the survey population, while it was observed in 13% of women in the survey population.

Additionally, hs-CRP measurements vary not only by gender, but also by ethnicity. In the Women's Health Study, median CRP levels were much higher among African American women than they were among Caucasian, Asian, or Hispanic women.

It is important to note that hs-CRP levels have also been related to other types of cardiovascular risk, such as congestive heart failure, metabolic syndrome, and type 2 diabetes.[94]

There are other inflammatory markers that can affect the cardiovascular system. These include interleukin 6 (IL-6), and fibrinogen, which are both acute phase proteins. Further, women are at a higher risk of inflammatory and autoimmune diseases such as systemic lupus, rheumatoid arthritis, and thyroid disease.[95]

Recently, anemia has also been linked with worsening outcomes in women with cardiovascular problems. One study showed that anemic women had a greater risk of major adverse outcomes.[1] These findings are consistent with other reports.

## Genetic risk factors

Adult females account for 57% of the population with congenital heart disease. This incidence is higher when the patient's mother has congenital heart disease or type 1 diabetes. Individuals who have a history of congenital heart disease are at greater risk for malignant arrhythmias, heart failure, or sudden death. [60]

Genetic factors account for approximately 40% of the risk of ischemic heart disease, the most common type of cardiovascular disease. A number of studies have been done to attempt to identify the genetic markers associated with ischemic heart disease. Previous studies had located 12 genetic characteristics associated with ischemic heart disease. The CARDIoGRAM study [96], which included data from more than 147,000 people – a mix of patients and healthy individuals – identified more than 2 million genetic traits. From these traits, a group of traits related to cardiovascular disease was narrowed down. The end result located 13 genetic characteristics associated with ischemic heart disease.

A study conducted by Dellara Terry, MD, from the Boston University School of Medicine [97] examined the role of these traits, as well as risk factors in individuals who had parents that reached an elderly age. Study results showed that the risk of cardiovascular disease is largely determined by genetics. Individuals who had parents who lived to age 85 or beyond experienced fewer cardiovascular disease risk factors during middle age than those whose parents who had died younger.

The researchers examined data from 1,697 individuals aged 30 or older who had parents who participated in the Framingham Heart Study. A number of risk factors were assessed, including sex, age, education, smoking, blood pressure and cholesterol levels, and body mass index (BMI). Framingham risk scores, which were based on the total contribution of traditional risk factors, were compared. Of the individuals studied, 11 % had two parents who had lived to age 85 or beyond, 47% had one parent who lived to age 85 or beyond, and 42% had two parents who had died before age 85.

The middle-aged children of the parents who lived longer presented with much lower blood pressure and cholesterol levels. They also had lower Framingham risk scores. The Framingham risk score was, on average, the worst in individuals who had two parents who had died before age 85, and best in individuals who had two parents who lived to age 85 or beyond.

Terry says, "Our findings suggest that individuals with long-lived parents have more advantageous cardiovascular risk profiles in middle age compared with those whose parents died younger, and that the risk factor advantage persists over time. There are well-established genetic contributions to each of the risk factors ... that may partially explain the reduced risk factors for those with long-lived parents." [97]

### Environmental risk factors

There is evidence that environmental pollutants contribute to the risk of cardiovascular disease [98]. There is extensive evidence that indicates that environmental factors not only contribute to cardiovascular disease risk, but also contribute to the incidence and severity of certain cardiac events.

Migrant studies indicate that changes in the environment can significantly alter cardiovascular disease risk in stable populations. Recent studies in the area of environmental cardiology also suggest that toxins in the environment pose a risk and are positively linked with increased morbidity and mortality.

One of the most well publicized studies is of cigarette smoke. Even smoke inhaled secondhand poses a risk. Women who are routinely exposed to smoking environments have an elevated risk of cardiovascular disease than do those who routinely spend their time in nonsmoking environments. In animal models, tobacco smoke prompted endothelial dysfunction as well as prothrombotic responses. It also aggravated atherogenesis and myocardial ischemic injury.

Other pollutants may prompt similar mechanisms. For instance, exposure to certain chemicals, such as polyaromatic hydrocarbons, aldehydes, and metals, may elevate risk by impacting atherogenesis, thrombosis, or regulation of blood pressure.

Additionally, cardiovascular risk is affected by changes in nutrition and lifestyle choices. Certain lifestyle choices, such as food selection and exercise, can increase risk. Women in areas that offer poor food selections are at higher risk of cardiovascular disease, as are those who have lower opportunity to engage in regular physical activity.

Taken collectively, data support the idea that environmental stress contributes to cardiovascular disease risk. [98] However, further research in this area, particularly as it pertains to sex-specific risks, is needed.

## Signs and symptoms

Clinical presentation of symptoms in women appears on average 10 years later compared with men. The Framingham study [99] indicated that beyond age 60, the prevalence of angina is about the same in both sexes; however, in very elderly women, the prevalence of angina is higher compared with men.

Coronary heart disease in women frequently presents as angina, while in men it more frequently presents as a myocardial infarction. The risk of sudden death in both cases is similar.

In women, the evaluation of chest pain has been complicated by efforts to apply a "typical" definition of angina. That has been derived from mostly male populations. However, there are significant differences between men and women in the frequency, type, and quality of symptoms during presentation.

For instance, in women, prodromal symptoms are for the most part unusual, including sleep disturbance, fatigue, nausea, and shortness of breath. More typical symptoms for women are chest pain or discomfort, diaphoresis, or arm or shoulder pain. Additionally, women generally report symptoms that are more acute as opposed to prodromal. Women also tend to present less often, compared with men, with exertional chest pain symptoms that would typically be defined as angina.

## Acute symptoms

- Early-onset:

  Early warnings of a cardiovascular event may be quite subtle. Women may experience symptoms of cardiac distress days, weeks, or even months before the event. This is one reason why women are not accurately diagnosed or treated early on.

  o Early warning signs for cardiac problems such as myocardial infarction are:

    ▪ Fatigue. However, since this is a common complaint, practitioners may simply assume that the individual is not getting enough sleep, sick with another virus, overextending themselves, or even experiencing a side effect from a medication. The key here is if the individual is experiencing fatigue that is out of the ordinary for him or her, or very extreme. This may indicate an impending heart attack, or may be an early warning sign of cardiovascular disease.

    ▪ Sleep disturbance. There is cause for concern if an individual experiences any prolonged or unusual disturbance in sleep patterns. One recent study indicated that nearly half of

women who suffered a recent heart attack had also encountered sleep disturbances in the weeks or months before the attack.

- Shortness of breath, particularly when it occurs during the course of engaging in normal activities.

- Indigestion, particularly if it is unusual for the individual.

- Anxiety. Anxiety may be a sign of stress, but it can also be an early warning sign of an approaching heart attack if the individual feels more restless than usual.

- Late-onset:

  o A myocardial infarction is one major late onset symptom of cardiovascular disease. This occurs when plaque has built up in the arteries, a condition called atherosclerosis. Plaque buildup occurs over the course of many years. As time passes, the plaque can harden or break open. Hardened plaque narrows the arteries and reduces the flow of oxygen-saturated blood to the heart. Should plaque rupture, a blood clot may form on its surface, which can partially or even mostly block blood that is flowing through the coronary artery. A heart attack occurs when the flow of oxygen-saturated blood to a section of the heart is cut off.

- Chronic:

  o Individuals experience ongoing problems once they have experienced their first cardiac event [100]. For example, an individual who has already had a first myocardial infarction is at risk for a second, partly because after a first myocardial infarction, the heart does not pump blood as efficiently and partly because comorbidities such as depression are often present following a first myocardial infarction.

  o Individuals who experience rapid heart rate or arrhythmia are at risk for developing another cardiac problem, primarily because the heart is not beating properly.

TYPES/FORMS OF DISEASE

Coronary artery disease

What is coronary artery disease?

Coronary artery disease – also known as coronary heart disease [101] – is a disease in which plaque builds up within the coronary arteries, which supply oxygen-saturated blood to the heart muscle. When plaque builds up within the arteries, the condition is termed atherosclerosis. Plaque build-up occurs over the course of many years. As time passes, the plaque can harden or break open. Hardened plaque narrows the arteries and reduces the flow of oxygen-saturated blood to the heart. Should plaque rupture, a blood clot may form on its surface, which can partially or even mostly block blood that is flowing through the coronary artery. A heart attack occurs when the flow of oxygen-saturated blood to a section of the heart is cut off. When blood flow is not restored, that section of the heart muscle dies. Heart attacks require quick treatment, as they can lead to other health problems or death.

Over time, coronary heart disease serves to weaken the heart muscle, which can lead to arrhythmias – issues with the rate or rhythm of the heartbeat – or heart failure, a condition in which the heart is unable to pump enough blood to meet the body's needs. Coronary heart disease is the most prevalent type of heart disease. In the United States, coronary heart disease is the number one cause of death for both men and women.

Other names for coronary heart disease are atherosclerosis, coronary artery disease, ischemic heart disease, and hardening or narrowing of the arteries.

## Causes of coronary artery disease

Certain factors can contribute to damaging the inner layers of the coronary arteries and increase risk. Included in these factors are [101]:

- Smoking.
- Elevated cholesterol levels.
- High blood pressure.
- Elevated levels of sugar in the blood as a result of insulin resistance or diabetes mellitus.
- Inflammation of blood vessels.

When the arteries are damaged, plaque can build up. This process can begin as early as childhood. In addition to the above factors, blood clots that result from ruptured plaque may further narrow the arteries, prompting angina or causing a heart attack.

## Risks, signs, and symptoms

Coronary artery disease occurs when plaque builds up in the coronary artery. Coronary artery disease customarily presents as angina, or in severe cases, as a heart attack when one of the coronary arteries becomes blocked.

There are a number of major risk factors for development of coronary artery disease [101,] most of which can be controlled or prevented through making healthy lifestyle choices. These risk factors include:

- Blood cholesterol levels that are unhealthy. This can happen when LDL cholesterol is high or HDL cholesterol is low.
- High blood pressure, which in healthy individuals is a blood pressure that is at or above 140/90 mmHg. In individuals who have diabetes or kidney disease, this is blood pressure that is at or above 130/80 mmHg.
- Smoking. Smoking damages and tightens blood vessels, which in turn can lead to unhealthy levels of cholesterol as well as high blood pressure. Smoking also limits how much oxygen gets to the body's tissues.
- Insulin resistance, a condition that occurs when the body is unable to use its own insulin properly. This condition may in turn lead to diabetes.
- Diabetes mellitus.
- Obesity. To determine obesity, BMI may be used. Obesity is generally defined as having a BMI of 30 or greater [Snowden – online]. Having a high BMI is linked with a greater risk of sudden death, regardless of whether the individual smokes or has another serious illness.
- Metabolic syndrome, which can increase the risk of coronary heart disease and contribute to the development of other health problems, such as diabetes or stroke.
- Lack of physical activity. This can worsen other coronary heart disease risk factors, including unhealthy cholesterol levels, unhealthy blood pressure, diabetes, and obesity.
- An unhealthy diet, including foods high in saturated fats and trans fats, cholesterol, salt, and sugar, may worsen other coronary heart disease risk factors.

- Age. Older age means that there has been more time for plaque to build in the arteries, leading to signs and symptoms of coronary artery disease. The risk in men for coronary heart disease increases beyond age 45. The risk for women increases beyond age 55.
- Family history. There is an increased risk if an individual's father or brother was diagnosed with coronary heart disease before age 55, or if the person's mother or sister was diagnosed with coronary heart disease before age 65.
- Sleep apnea, if left untreated. Sleep apnea may serve to increase the risk of high blood pressure, diabetes, stroke, or heart attack.
- Stress. Stress that occurs in the body as a result of strong emotions, such as anger, can prompt cardiovascular events.
- Excessive alcohol consumption. Consuming alcohol in excess can damage the heart as well as worsen other coronary heart disease risk factors. There are different guidelines for men and women on how much alcohol is an optimal amount. Women should limit their alcohol intake to one drink per day, while men are permitted two drinks per day.
- Preeclampsia, a condition that sometimes occurs during pregnancy. The condition is linked to an increased risk in the development of coronary heart disease as well as increased risk of high blood pressure, heart attack, and heart failure.

Even with risk factors such as older age and family history, there is no guarantee that an individual will develop coronary heart disease. A healthy lifestyle serves to lessen the influence age and genetics have on the development of coronary heart disease.

There are additional emerging risk factors [101], such as having high levels of CRP – a sign of inflammation – in the blood. Inflammation occurs in response to injury or infection. When the arteries' interior walls are damaged, this may trigger inflammation. Additionally, high levels of triglycerides may raise the risk of coronary heart disease, particularly in women.

Signs and symptoms of coronary heart disease are:

- Angina, which occurs when an area of the heart doesn't get enough oxygen-saturated blood.
- Shortness of breath. This symptom is present when coronary heart disease causes heart failure.

It is possible to have coronary heart disease without having any symptoms. When this occurs, the disease may go undiagnosed until a severe cardiovascular event occurs.

Related problems include:

- Heart attacks occur when the flow of oxygen-saturated blood to a section of the heart is cut off. This frequently occurs when an area of plaque breaks open. Signs and symptoms of a heart attack include:
- Discomfort in one arm, the back, neck or jaw, or upper area of the stomach.
- Shortness of breath.
- Nausea, lightheadedness or fainting, or perspiring in a cold sweat. ● Sleep disturbances, fatigue, low energy.
- Heart failure is a condition in which the heart is unable to pump enough blood to meet the body's needs. Common signs and symptoms of heart failure, which are a result of fluid build-up in the body, include:
- Shortness of breath.

- Fatigue.
- Swelling in the ankles, legs, stomach, or veins of the neck.
- Arrhythmia, a problem in which the rate or rhythm of the heart is disturbed. Signs and symptoms of arrhythmia include:
- Most commonly, heart palpitations.
- Sudden cardiac arrest may be caused by a problem with arrhythmia.

HYPERTENSIVE HEART DISEASE

### What is hypertensive heart disease?

Hypertensive heart disease [102] is a problem that occurs in the heart as a result of high blood pressure. Hypertensive heart disease is a contributing factor in coronary artery disease, heart failure, and the thickening of the heart muscle. Hypertensive heart disease is the number one cause of illness and death resulting from high blood pressure. [102]

### Causes of hypertensive heart disease

When an individual has high blood pressure, there is an increase in the pressure in blood vessels. When the heart is pumping against this increased pressure, the heart must work harder than it would have under normal blood pressure conditions. This increased workload causes the heart muscle to thicken over time. Additionally, high blood pressure can cause the walls of blood vessels to thicken as well, which leads to further related problems.

### Risks, signs, and symptoms

One of the biggest risks to the development of hypertensive heart disease is lifestyle. These risks include[102]:

- The development of diabetes mellitus.
- Obesity, which is usually linked with higher cholesterol and blood pressure and places a burden on the heart muscle.
- Lack of physical activity, which can lead to unhealthy blood pressure and can worsen other coronary heart disease risk factors, including unhealthy cholesterol levels, diabetes, and obesity.
- An unhealthy diet, including foods high in saturated fats and trans fats, cholesterol, salt, and sugar, which may heighten blood pressure.
- Family history, although a family history of heightened blood pressure is not a guarantee that an individual will experience high blood pressure; healthy lifestyle choices can help combat a family history of high blood pressure and hypertensive heart disease.
- Stress that occurs in the body as a result of strong emotions, such as anger, which can prompt blood pressure to reach unhealthy levels and put strain on the heart muscle.
- Excessive alcohol consumption can damage the heart as well as worsen other coronary heart disease risk factors. There are different guidelines for men and women on how much alcohol is an optimal amount. Women should limit their alcohol intake to one drink per day, while men are permitted two drinks per day.

Signs and symptoms of hypertensive heart disease are:

- Shortness of breath.

- Fatigue.
- Low energy.

Related problems include:

- Congestive heart failure. If left untreated, hypertensive heart disease can lead to congestive heart failure.
- Coronary artery disease. High blood pressure is a cause of coronary artery disease because the thickened heart muscle needs more oxygen than does normal heart muscle.
- Atherosclerosis may worsen as a result of the thickened blood vessel walls. This increases the risk of stroke or heart attack.

CARDIOMYOPATHY

## What is cardiomyopathy?

Cardiomyopathy refers to a weakening of the heart muscle or other structural change to the heart muscle. This condition frequently occurs when the heart has difficulty pumping, or may occur with other problems related to heart function. Many patients who have cardiomyopathy also have heart failure.

There are several common types of cardiomyopathy. [103] These include:

- Dilated cardiomyopathy, a condition where the heart becomes weakened and enlarged. This means that the heart cannot pump blood as well.
    - This can also lead to the damage of other organs in the body, such as the liver.
    - Dilated cardiomyopathy is the most common form of cardiomyopathy.

- Hypertrophic cardiomyopathy, a condition where the heart muscle thickens. This makes it more difficult for blood to exit the heart, causing the heart muscle to work harder.
    - This type of cardiomyopathy is frequently asymmetrical, with one part of the heart being thicker than other parts.
    - This type of cardiomyopathy is usually inherited, and may be the result of a number of problems with genes controlling heart muscle growth.
    - The condition is more likely to be more severe in younger people, but individuals of all ages can develop this type of cardiomyopathy.
    - Hypertrophic cardiomyopathy is also known as idiopathic hypertrophic subaortic stenosis, asymmetric septal hypertrophy, or hypertrophic obstructive cardiomyopathy.

- Ischemic cardiomyopathy, a condition that is caused when the arteries that supply blood to the heart become narrow. This condition is a result of coronary artery disease.
    - Narrowing of arteries frequently results from the build-up of plaque in the arteries.
    - Patients with ischemic cardiomyopathy frequently have heart failure.
    - Patients who have this condition frequently also have a history of angina or heart attacks.

- o   Ischemic cardiomyopathy is the most common form of cardiomyopathy in the United States, and affects the middle-aged and the elderly most often.

- Restrictive cardiomyopathy, which is a grouping of disorders where the chambers of the heart cannot fill with blood properly as a result of the heart muscle becoming stiff.

  - o   The heart will be a normal size or slightly enlarged. However, the heart will be unable to relax normally in the time between heartbeats.

  - o   In advanced stages of this type of cardiomyopathy, the heart may not be able to pump blood very efficiently. This can affect other organs in the body, such as the lungs and liver.

  - o   This kind of cardiomyopathy occurs quite frequently after a heart transplant.

  - o   There are several specific causes of this type of cardiomyopathy. The most common are amyloidosis and idiopathic myocardial fibrosis. Others include:

    - ▪   Carcinoid heart disease.

    - ▪   Overload of iron in the system, also known as hemochromatosis.

    - ▪   Sarcoidosis.

    - ▪   Tumors in the heart.

    - ▪   Scleroderma.

    - ▪   Certain diseases that affect the heart lining, including endomyocardial fibrosis or Loeffler's syndrome.

  - o   Restrictive cardiomyopathy is also known as infiltrative cardiomyopathy.

- Peripartum cardiomyopathy, a condition that occurs during a pregnancy or within the first 5 months following a pregnancy. Peripartum cardiomyopathy is very rare.

  - o   This is a form of dilated cardiomyopathy; in this form, no cause of why the heart is weakened is able to be identified.

  - o   Peripartum cardiomyopathy is a complicated condition and complicates one out of every 1,300 to 4,000 deliveries in the United States.

  - o   This cardiomyopathy is most common in women who are older than 30.

  - o   There are several risk factors for developing this form of cardiomyopathy, which include:

    - ▪   Obesity.

    - ▪   A history of certain cardiac disorders, for example, myocarditis.

    - ▪   Certain medication.

    - ▪   Smoking.

    - ▪   Excessive use of alcohol.

    - ▪   Race, particularly if the individual is African American.

    - ▪   Malnourishment during pregnancy.

## Causes of cardiomyopathy

Causes of cardiomyopathy vary dependent on the type of cardiomyopathy. However, there are a number of general common causes of cardiomyopathy. [103] These are:

- Excessive use of alcohol or cocaine.
- Amyloidosis.
- The effects of drugs used for chemotherapy. Drugs used for chemotherapy, and some other drugs, are toxic to the heart.
- Coronary heart disease, which is the most common cause of cardiomyopathy.
- End-stage renal disease.
- Genetics.
- Hypertension, particularly when it is poorly controlled.
- Infections that result from viruses such as HIV, Chagas disease, or Lyme disease.
- Deficiencies in nutrition, particularly deficits in selenium, thiamine, calcium, or magnesium.
- Pregnancy.
- Certain autoimmune disorders that also involve the heart, for example, systemic lupus erythematosus or rheumatoid arthritis.
- Certain heart rhythm problems, such as atrial fibrillation or supraventricular tachycardia.
- Some trace elements, including mercury, arsenic, and lead.

## Risks, signs, and symptoms

The risk factors, signs, and symptoms vary according to what form of cardiomyopathy the individual has.

## VALVE DISORDERS AND OTHER HEART DISEASES

## What are heart valve disorders?

Heart valve disease occurs when one or more of the four heart valves do not work as they should. The valves have flaps of tissue that open and close with every heartbeat. These flaps make certain that the individual's blood flows in the correct direction through the heart's chambers, as well as to the rest of the body.

There are three basic problems that heart valves can have. [104]:

- Regurgitation, which occurs when a valve fails to close tightly. This is also known as backflow because blood leaks back into the heart's chambers as opposed to flowing forward throughout the heart or to an artery.

  - In the United States, regurgitation is most often due to prolapse, which occurs when the flaps of the valve bulge or flop back into one of the upper heart chambers during a heartbeat. Prolapse almost always affects the mitral valve.

- Stenosis, which occurs when the flaps of a valve thicken, become stiffer, or even fuse together. This action prevents the valve from opening fully. As a consequence, there is not enough blood flowing through the valve.

- Atresia, which occurs when a heart valve does not have an opening for blood to go through.

**Causes of heart valve disease**

There are a number of factors that can contribute to heart valve disease. These include:

- Birth defects. This is congenital heart valve disease, with the primary cause being genetics. Other causes are unknown, as congenital heart valve disease occurs when the heart is still being formed.

- Certain other heart conditions can contribute to acquired heart valve disorders. These conditions include:

  o Damage or scar tissue that is the result of injury to the heart, such as a heart attack.

  o High blood pressure that is very advanced.

  o Heart failure.

  o Atherosclerosis that occurs in the aorta.

- Age-related changes to the heart, which can contribute to acquired heart valve disorders.

  o Men who are more than 65 years of age and women who are more than 75 years of age are more prone to the development of calcium or other deposits within the heart valves. The deposits serve to stiffen or thicken the flaps of the valve, which limits blood flow.

  o In particular, the aortic valve is especially likely to have this problem.

- Rheumatic fever, which can contribute to acquired heart valve disorders. Rheumatic fever that is a consequence of untreated strep infections that progress may cause heart valve disease.

  o As the body works to fight the infection, heart valves may become damaged or scarred.

  o The valves that are affected most often are the aortic and mitral valve.

  o Symptoms of the damage frequently are not evident for many years following the rheumatic fever.

  o This is less common now, because the majority of people with strep infections are treated with antibiotics well before the infection progresses into rheumatic fever.

  o Heart valve disease primarily affects older adults who contracted strep infections before the availability of antibiotics or people in developing nations where there is a higher incidence of rheumatic fever.

- Certain infections can contribute to acquired heart valve disorders.

  o Sometimes when germs enter the bloodstream and get carried to the heart, they end up infecting the inner areas of the heart, including heart valves. This kind of infection is rare but very serious and is termed infective endocarditis.

  o Germs have the ability to enter the bloodstream through certain medical devices, needles, syringes, and cracks in the skin or gums. Frequently, the immune system fights the germs and there is no resulting infection. However, in some cases the immune system fails to effectively fight the germs; the result is infective endocarditis.

- o   People who already have a history of abnormal blood flow in the heart resulting from heart valve disease are at higher risk for developing infective endocarditis. This is because the abnormal blood flow results in blood clots forming on the valve's surface, which in turn make it simpler for germs to attach to the valve and cause an infection.

- o   Existing heart valve disorders can be worsened by infective endocarditis.

When any of these things cause one or more of the heart valves not to open as they should, change the shape or flexibility of the valves, or permit blood leakage back into the chambers of the heart, the individual's heart has to work harder. This affects the heart's ability to pump blood.

There are a number of other factors and conditions that are linked to heart valve disorders [104,] although their causal role is unclear. These include:

- Certain autoimmune disorders, including lupus. Lupus may affect the aortic or mitral valve.
- Carcinoid syndrome. When tumors spread to the liver or to the lymph nodes, they may affect the tricuspid or pulmonary valve.
- Metabolic disorders, including the somewhat rare Fabry disease, as well as more common disorders such as high cholesterol, may impact heart valves.
- Certain diet medications, in particular fenfluramine and phentermine, are linked to heart problems.
- Radiation therapy, when administered to the chest area.
- Marfan syndrome, a congenital disorder that can affect heart valves.

## Risks, signs, and symptoms

Some individuals are born with a heart valve disorder (congenital). However, it is possible to develop heart valve disease later in life as well.

## Congenital heart valve disorders

- Genetics is the primary risk factor for congenital heart valve disorders.
- The disease may occur alone or it can occur along with other congenital heart defects.
- Congenital heart valve disorders frequently involve the pulmonary or aortic valve in such a way that these valves fail to form properly. For example, the valves may not possess enough tissue flaps, be the incorrect size or shape, or not have an opening for the blood to flow through properly.

## Acquired heart valve disease

Acquired heart valve disease typically involves the aortic or mitral valve. The valve may be normal at birth, but problems then develop over time.

Those at greatest risk for developing heart valve disease include:

- Individuals who are older, because with aging, the heart valves thicken and stiffen.
- Individuals who have a history of infective endocarditis, heart failure, rheumatic fever, heart attack, or a previous heart valve disorder.
- Individuals who are at risk for developing coronary heart disease. Some of these risk factors are family history, obesity, low physical activity, diabetes or insulin resistance, smoking, high blood pressure, and high cholesterol.

- Individuals born with a bicuspid aortic valve.

Both of these forms of heart valve disease may cause stenosis or regurgitation.

Many people with heart valve disorders do not have symptoms. It is not uncommon for some people to never show any symptoms. However, those who do may experience a disturbed heart rate, such as a heart murmur, as well as complicating factors listed below. If left untreated, heart valve disorders, particularly in their advanced stages, may cause:

- Heart failure.
- Stroke.
- Blood clots.
- Sudden cardiac arrest.

Because heart valve disease frequently worsens over time, an individual may show no signs or symptoms when the heart murmur is first detected. It is common for many who have heart valve disorders to lack symptoms until they are older.

Other signs and symptoms are related to heart failure, a condition that heart valve disease may cause. These include:

- Extreme fatigue.
- Shortness of breath, particularly when an individual exerts themselves or while lying down.
- Swelling in the feet, ankles, legs, abdominal area, or in the veins in the neck.

It is not infrequent for individuals to only notice a problem when they exert themselves. This may manifest as a fluttering or racing heartbeat, or an irregular heartbeat. There are currently no medications available to cure heart valve disease. However, the symptoms, as well as the complications of heart valve disease, may be eased by making lifestyle changes or taking medication to treat the complications.

DIAGNOSIS

### Diagnostic tests

There are a variety of diagnostic methods used to diagnose cardiovascular problems in women. These tests vary depending on the type of suspected condition, and include [105]:

- Physical exam and gathering of family history. This is a first step toward diagnosing cardiovascular disease.
- Blood tests. Drawing blood allows for the diagnosis of cardiovascular disease through the presence of certain substances. For instance, practitioners may check cholesterol, triglycerides, or blood cell count.
- Chest x-ray. This test reveals an image of the heart, lungs, and blood vessels, and can indicate if the heart is enlarged. This test is important because enlargement of the heart can indicate certain types of cardiovascular problems.
- Holter monitoring. This portable device is worn by the individual to record a constant ECG. The device is generally working for 24 to 72 hours and can be used to detect irregularities in heart rhythm that are not showing up during a standard ECG exam.

- Cardiac catheterization. This test can measure the blood pressure in the heart's chambers.
- Heart biopsy, wherein a small sample of the individual's heart tissue is removed via catheterization and sent to a lab to be tested.
- ECG exercise test [1] This test is lower in sensitivity and specificity 106 when used for women. This is, in part, related to the smaller extent of cardiovascular disease in women as well as the higher prevalence of conditions such as mitral valve prolapse and hormonal influence. Additional factors that contribute to lower diagnostic accuracy in this test when used for women are that women experience chest pain that is atypical and commonly do not reach the target heart rate. [107–109] The latter may be a result of reduced exercise capacity in women, primarily stemming from conditions such as obesity or osteoarthritis.

  The test, however, is recommended for women who are able to exercise and possess a low to intermediate probability of cardiovascular disease. The American Heart Association has recommended that this test be used for these low- to medium-risk women, provided that there are no contraindications to the testing. [110]

  Because sex has an apparent impact on the accuracy of this test, practitioners should keep in mind the differences in testing when using this test as a diagnostic tool, as well as in interpreting results. The mechanisms that contribute to sex differences are unclear; however, they may be related in particular to differential aspects of estrogen on the ST segment [111,112,] as well as differences in vascular reactivity. [110]

  Using imaging, as opposed to non-imaging stress testing may help identify vascular flow obstruction.

- Stress echocardiography. This test allows for more accurate information on both systolic and diastolic function, as well as on valvular diseases and myocardial ischemia. In one test of more than 1,000 women who had suspected coronary artery disease, this test had a sensitivity that ranged from 81% to 89%, with a specificity of approximately 86%. [113] This testing method may be limited by conditions such as obesity and certain pulmonary function.
- Gated single-photon emission computed tomography (SPECT) can help detect flow reserve patterns [114–116] and may help predict cardiac death as well as myocardial infarction. [117, 118] SPECT is a nuclear technique that allows for visualization of how the ventricles are functioning as well as regional or global perfusion defects. Research findings indicate that SPECT may be more specific than exercise electrocardiography, and may be considered a more effective approach to diagnosing cardiovascular diseases such as coronary artery disease in women. [119] However, there are some limitations when used for detecting cardiovascular disease in women; SPECT can have false positives, primarily because the heart is smaller in women. The tissue of the breast may also produce false positives. [113,120]
- Cardiovascular magnetic resonance imaging may serve to provide a different method for evaluating subendocardial ischemia, higher precision for assessing the function of the left ventricle, and a thorough anatomic evaluation of the myocardium and peripheral vasculature. This test also has the ability to detect adjustments in myocardial metabolism. The cardiovascular magnetic resonance imaging (MRI) test has advantages specific to its use for women, including excellent characterization and contrast of soft tissue, three-dimensionality, total quantification of blood flow, and better overall temporal and spatial resolution when imaging vascular and myocardial abnormalities. [121-123] However, there are also some constraints to using this test, including that it is expensive and it may cause claustrophobia in some individuals.

- Coronary computed tomography. This test serves to evaluate and quantify the level of calcium in the coronary arteries. [124] Calcium levels serve as an early marker of cardiovascular disease. The coronary artery calcium score (CACS) is recognized as an independent and incremental forecaster for cardiovascular events in patients who have an intermediate risk of cardiovascular disease [125, 126] as well as both short- and long-term events.

  One study indicated that women who had a high calcium score had a high mortality rate at 5 years. [127] While there are not much data on calcium scores as a risk factor for women who do not have symptoms, it can be considered a risk factor and a marker in women who have intermediate risk of developing coronary artery disease. Given this, computed tomography should be used in women who have an intermediate risk of developing coronary heart disease, as selective use of CACS may be appropriate in these patients. [126] CACS screening is equally accurate in both men and women.

  Relative risk of a cardiovascular event increases in proportion to coronary calcium levels. [128] In one recent study of 1,126 asymptomatic patients, of which 30% were women, it was shown that a severe CACS indicates individuals who were at a high longterm cardiovascular risk, even when tests such as SPECT were normal. The researchers concluded that in individuals who are at an intermediate or high risk of cardiovascular disease, the use of CACS could help better indicate those individuals who will have a high long-term risk of adverse cardiovascular events. [129]

- Multi-slice computed tomography (MSCT). This test is a quickly evolving imaging technique as well as a potential alternative to the non-invasive tests for cardiovascular disease that already exist. While diagnostic accuracy in women has not specifically been investigated, results extrapolated from male data indicate that this is a promising technique for use in women. The 64-slice computed tomography possesses a high sensitivity for detecting substantial coronary stenosis, and is reliable for ruling out the presence of significant cardiovascular disease. [130] The sensitivity was very good for detecting substantial coronary heart disease, in both men and women. One study indicated that predictive parameters were lower for women, primarily because women have smaller blood vessels than do men. [131] Therefore, further research is necessary to effectively validate this testing method for women.

## Treatment

There has been intensive research and debate over possible disparities between the sexes in treatment. Cardiovascular disease affects men and women differently, and it affects them at different times in their lives. [4] Treatments for cardiovascular disease vary as well and affect men and women differently. One or more of the following may be necessary to treat the individual's specific cardiovascular problems: medication, changes to lifestyle, or surgery or other procedures.

There is also a difference in the level of treatment women receive. The Cooperative Cardiovascular Project [132] indicated that women received less treatment after myocardial infarction and received fewer aspirin prescriptions upon discharge. However, women were 5% more likely than were men to receive angiotensin-converting enzyme (ACE) inhibitors. There are those in the medical community who may argue that fewer women receive evidenced-based therapies because women in general have a lower likelihood to have significant coronary disease.

It is important to remember that men and women respond in different ways to medication. For instance, women generally take more medications than do men. [133] Women also respond differently to medication, primarily because they differ from men in physiology pharmacodynamics and pharmacokinetics. [134–136] Further, women have a higher likelihood than do men to have injuries related to their medication, i.e.,

adverse drug effects. [137, 138] However, women have often been underrepresented in drug studies [139, 140], and there is still much that needs to be learned regarding the safe, effective, and optimal use of medication in women.

Cardiovascular disease treatments

- Options:

   o Aspirin therapy is the most popular choice for prevention of cardiovascular disease, and has been well established as an effective treatment for men. A meta-analysis of six individual studies [141, ] with a total of 53,035 patients – 11,466 of which were women – has indicated that aspirin serves to reduce the risk of a first myocardial infarction by one-third and reduces the risk of other events by 15%.

      However, evidence that supports aspirin for primary prevention of coronary heart disease in women is not as strong. In a recent analysis of data gathered from 44,114 men and 51,342 women [142] it was discovered that aspirin therapy, while reducing myocardial infarction in men by 32%, did not significantly reduce the incidence of myocardial infarction in women. Based on this evidence, it is not indicated that women who are younger than 65 years of age use aspirin to reduce the risk of a first myocardial infarction. [143] One possible reason for this may be aspirin resistance.

   o Statins. The role of statins as a drug used for primary prevention of coronary heart disease is controversial in women, and indeed, their effectiveness in women is questionable. However, in one recent study [144] that examined the effect of statins on the risk of cardiovascular disease, results indicated that statins were equally effective in prevention in both men and women, and that both men and women experienced a 30% reduction in risk of major cardiovascular events.

   o Beta blockers. Beta blockers may benefit women more than they do men. In one study, women responded to beta blocker therapy with a reduction in mortality of 31%, compared with a 5% reduction in men. [145] However, several recent trials have indicated that women and men respond equally well to beta blocker therapy. [146, 147]

   o ACE inhibitors. There is growing literature on the effect of sex differences on the effectiveness of ACE inhibitors; however, there are no studies that specifically address this particular issue. However, the consideration of some previous observations may be prudent. Pooling 30 studies of ACE inhibitors and heart failure, with a total of 1,587 women across all studies indicated that there was a substantial decrease in mortality (37%) and hospitalization in men, whereas women only experienced a 22% decrease. A more recent meta-analysis confirmed these data. [148]

      Therefore, ACE inhibitors may indeed affect men and women differently. There are sex differences in pathophysiology that may account for the disparity. For instance, the ACE2 gene has been shown to map to certain loci on the X chromosome. [149] However, the specific role this plays is currently unknown. Additionally, sex differences in lower rates of reactive hypertrophy have been indicated.

   o Clopidogrel. Clopidogrel may work differently in men and women. In a meta-analysis of five large studies that included more than 79,000 people, 30% of which were women, Berger et al. [150] discovered that clopidogrel was linked with a 16% reduction in occurrence of cardiovascular events in men, compared with a 7% reduction of cardiovascular events in women. Among the

women enrolled in these studies, the risk reduction appeared to be greatest for myocardial infarction, while effects on stroke and sudden death were not statistically significant.

It was found that clopidogrel increased the risk of major bleeding by 43% in women, compared with 22% in men. The difference was not found to be statistically significant, but what was significant about the finding was that it mirrored the differential effects between the sexes that are often seen with aspirin. Women were shown to be hyporesponsive to clopidogrel much more frequently. [151]

o   Lifestyle changes. Changing one's lifestyle to reflect healthier choices can help treat cardiovascular problems. For instance, exercising regularly can help lower a high resting heart rate, a risk factor for cardiovascular disease. Exercising regularly can also help relieve stress and lower blood pressure, another risk for cardiovascular problems. Other recommended changes are eating healthy, to help lower cholesterol and blood pressure. Quitting smoking also lowers blood pressure and allows the heart to not work as hard. Typical recommendations for lifestyle changes include eating a diet that is low in fat and sodium, exercising moderately for at least 30 minutes on most days, not smoking or quitting smoking, and limiting alcohol consumption.

o   Medical procedures. Medical procedures can include such procedures as a coronary angioplasty or heart bypass surgery.

- Effectiveness:

o   Aspirin therapy. There is no strong evidence that supports aspirin for primary prevention of coronary heart disease in women. A recent analysis of data indicated that while aspirin therapy reduced myocardial infarction in men by 32%, it did not significantly reduce the incidence of myocardial infarction in women.

One possible reason for this may be aspirin resistance. One recent study examined aspirin resistance to determine whether those who experience myocardial infarction also have a higher rate of aspirin resistance. [152] The study found that women were four times more likely to be aspirin resistant than men, although the reason for this is still unknown. Typically, aspirin resistance has been blamed on genetic differences in the COX-1 gene, platelet antigen, or the glycoprotein IIb/IIIa receptor. [153-156]

Whether the resistance is the result of biology or clinical occurrences, routine testing of patients to determine their response to aspirin therapy is not recommended. This is an area that warrants future research into how aspirin therapy may be tailored specifically to each patient, research that would be crucial to the health of women in particular, who are in need of patient-specific therapies.

o   Statins. The role of statins as a drug used for primary prevention of coronary heart disease is controversial in women. Women have typically been underrepresented in clinical trials on statin therapy, leading to two schools of thinking about statins. One side indicates that statins are useful in primary prevention, while the other side indicates that this is an assumption and not supported by evidence. [157]

One study conducted by LaRosa et al. [144] examined the effect of statins on the risk of cardiovascular disease using data from two primary prevention trials [158, 159] and three secondary prevention trials. [160–162] The researchers indicated that results showed that statins are equally

effective in prevention in both men and women, and discovered that both men and women experienced a 30% reduction in risk of major cardiovascular events.

o   Beta blockers. Beta blockers may benefit women more than they do men. In one study, women responded to beta blocker therapy with a reduction in mortality of 31%, compared with a 5% reduction in men. [145] However, several recent trials have indicated that women and men respond equally well to beta blocker therapy. [146, 147]

o   ACE inhibitors. Effectiveness in women is not well known, as there have been no sex-specific studies done to evaluate the effects in women.

o   Clopidogrel. Clopidogrel may work differently in men and women. In a meta-analysis of five large studies that included more than 79,000 people, 30% of which were women, Berger et al. [150] discovered that clopidogrel was linked with a 16% reduction in occurrence of cardiovascular events in men, compared with a 7% reduction of cardiovascular events in women. Among the women enrolled in these studies, the risk reduction appeared to be greatest for myocardial infarction, while effects on stroke and sudden death were not statistically significant. It was found that clopidogrel increased the risk of major bleeding by 43% in women, compared with 22% in men.

o   Lifestyle changes can make a marked difference, particularly in those at risk for developing cardiovascular disease. Taking action to lower blood pressure and cholesterol and to reach a healthy resting heart rate can help alleviate or even prevent cardiovascular disease.

- Side effects:

o   Aspirin therapy. Aspirin therapy is not for everyone. The use of aspirin therapy depends in great part on the risk factors the individual displays for cardiovascular disease. Risk factors such as smoking, high blood pressure, high cholesterol, lack of exercise, diabetes, stress, excessive alcohol consumption, and a family history all must be considered before partaking in aspirin therapy.

Aspirin therapy may serve a function in preventing a second myocardial infarction, and it may also be beneficial for those with strong risk factors who have not experienced a myocardial infarction. However, there are some conditions that make aspirin therapy dangerous. These include: bleeding or blood clotting disorder, asthma, a history of stomach ulcers, or heart failure. Aspirin is not recommended for diabetic women who are younger than 60.

It is also important to remember that other medications may affect aspirin therapy, or vice versa. For example, when aspirin and ibuprofen are taken together, this reduces aspirin's effect. Also, taking aspirin along with other anticoagulants can markedly increase the chance of bleeding.

o   Statins. The FDA [163] advises taking care when using statins. Statins have a number of side effects, including liver problems, mental impairment, an increased risk of developing type 2 diabetes, and drug interactions that may lead to muscle damage. The FDA reports that liver damage is rare, but patients should still have their liver enzymes routinely monitored. Regarding mental impairment, the FDA has received reports of memory loss; however, the memory loss was not serious and generally reversible. With diabetes, there has been a small reported increased risk. The potential is great for muscle damage if certain medications are taken with statins.

o   Beta blockers. Many people who take beta blockers do not experience any side effects. However, side effects do exist. [164] Common side effects include fatigue, cold hands, headache, upset

stomach, constipation or diarrhea, and dizziness. Among the less common side effects are shortness of breath, difficulty sleeping, loss of sex drive, and depression. Beta blockers also aren't customarily used for individuals with asthma, because concerns have been raised that they may trigger serious asthma attacks. Beta blockers must be <mark>used with caution in patients</mark> who are diabetic, because they can block some of the signs of low blood sugar, such as a rapid heartbeat. Therefore, diabetics must carefully monitor blood sugar if they are using beta blockers.

o   ACE inhibitors. ACE inhibitors do not have many side effects. However, one common side effect is dizziness. [165] This generally occurs if a too-high dose has been administered at the onset of usage. ACE inhibitors may also cause problems with the kidneys or level of potassium, coughing, low blood pressure, or rarely, swelling of the lips or throat.

o   Clopidogrel. Common side effects with clopidogrel are: chest pain, bruising deeply, itching, pain, or redness, and generalized pain. Less common are side effects such as nosebleed, difficulty or pain in urinating, shortness of breath, and vomiting blood, and rarely, some patients experience very dark stools, blistering and peeling skin, blood in their urine, confusion, fever, sudden and very severe headaches, nausea or stomach pain, ulcers of the mouth, and sudden weakness. [166]

o   Lifestyle changes. Many people feel better after changing their lifestyle to reflect healthy choices. Some caution needs to be taken, however. Those with accelerated heart rate (tachycardia), heart arrhythmia, and certain valve disorders must take caution with lifestyle changes such as exercising.

Treatments for heart arrhythmia

Depending on the condition and the seriousness of the condition, practitioners can recommend maneuvers or medication to correct the irregular heartbeat. There is also the possibility of using medical devices or surgery for more serious conditions. [167]

Treatments for heart arrhythmia include [167]:

•   Vagal maneuvers. These maneuvers require that the individual do things such as holding his or her breath while straining, dunking the face in ice water, or coughing. The maneuvers serve to affect the vagal nerves, which controls heart rate. It is important that individuals with arrhythmia be advised to refrain from attempting any maneuvers before having consulted a doctor.

•   Medication. Medications, including anti-arrhythmic medications, may help individuals who are experiencing a rapid heart rate. These may reduce episodes of the heart beating too rapidly or serve to slow down the heart when there is an episode. Individuals must take medication exactly as prescribed to avoid experiencing complications.

•   Medical procedures. There are two common procedures used to treat arrhythmia. These are cardioversion and ablation. In cardioversion, an electric shock is used to reset the individual's heart back to the normal rhythm. In ablation, catheters are threaded through the blood vessels to the inner heart, where electrodes (located at the catheter tips) destroy a small bit of heart tissue and create a block in the pathway that causes the arrhythmia.

•   Pacemaker or implantable cardioverter defibrillator. The pacemaker will deliver electrical pulses to control heartbeat rhythm. The implantable cardioverter defibrillator can correct a heartbeat that is too rapid or is chaotic by using an electric pulse that is similar to that which is used in cardioversion. Each of these requires surgery, which is minor and typically only requires a few days of recovery time.

- Surgery. Sometimes severe arrhythmias need surgery. This also may prove necessary for individuals who have an underlying cause for the arrhythmia (e.g., a heart defect). Surgery is considered a last resort because it is open-heart and may require months of recovery.

## Treatments for heart defects

Depending on the defect, treatment may or may not be required. Treatments for heart defects include [167]:

- Medications. Some mild heart defects, particularly those found later in childhood or adulthood, may be treatable with medications to help the heart work more efficiently.
- Certain procedures using catheters. Some people are now able to have their congenital heart defects repaired using catheterization techniques, which allow the repair to be made without surgically opening the chest.
- Surgery. In some cases, it may become necessary for a defect to be repaired by open-heart surgery. Surgery is a major procedure and typically requires a long recovery time. Individuals who require surgery may need multiple surgeries to treat or repair a severe defect.
- Heart transplant. If a defect cannot be repaired, a heart transplant may be considered.

## Treatments for cardiomyopathy

Treatments used for cardiomyopathy vary depending on the type of cardiomyopathy the individual has, as well as how serious it is. Treatments for cardiomyopathy include [167]:

- Medication. Practitioners can prescribe medications that will improve the heart's ability to pump blood. These medications may include ACE inhibitors, for example, or beta blockers, which help the heart beat less forcibly. These reduce strain on the heart and help it to work more efficiently.
- Medical devices. Treatment with medical devices can vary, depending on type of cardiomyopathy the individual has. For example, if he or she has dilated cardiomyopathy, the use of a special pacemaker that works to coordinate the contractions between the right and left ventricles of the heart may help improve the heart's pumping ability.
- Heart transplant. If a cardiomyopathy is severe and medications do not work well to control the symptoms, a heart transplant may be considered.

## Treatments for heart infections

Treatment varies by infectious condition, but the first treatment given for infections such as pericarditis, myocarditis, or endocarditis is frequently medication. Frequently administered medication for infections includes [167]:

- Antibiotics. If a condition is caused by bacteria, practitioners may prescribe antibiotics as a course of treatment. These are given via IV for 2 to 6 weeks, depending upon how serious the infection is.
- Medications to regulate the heartbeat. Sometimes cardiovascular infections affect the heartbeat. If this happens, practitioners may prescribe a medication such as an ACE inhibitor or beta blockers to help normalize the heartbeat.
- Surgery. This is an option if the heart infection is severe enough that it damages the heart. Surgery may then be needed to repair the damaged area.

## Treatments for valve disorders

Treatment of valve disorders may vary depending on which valve is affected. However, generally, treatment options that are available include [167]:

- Medication. Mild heart valve disorders can often be managed through medication. Medications that are frequently prescribed for heart valve diseases include vasodilators, statins, diuretics, and anticoagulants.
- Balloon valvuloplasty. This treatment may be used to treat valve stenosis.
- Valve repair or replacement. If an individual is suffering from a severe valve disorder, surgery may be a viable option. The valve may be able to be repaired, or replaced with a valve made of synthetics.

## Lifestyle

Studies have indicated that a number of coronary risk factors are directly related to lifestyle choices, and can be treated by changing behavior and nutritional intake [168, 169]. Recommendations made by the American Heart Association for both men and women include lifestyle and dietary changes, as well as the inclusion of specific nutrients. [170]

- Exercise
  A sedentary lifestyle poses a significant risk for the development of cardiovascular disease. The typical recommendation made by the Surgeon General of the United States, the American Heart Association, and the American College of Sports Medicine is to exercise moderately for at least 30 minutes on most days. An alternative option is to exercise vigorously for a minimum of 20 minutes 3 days a week [171–173] Exercising regularly improves mood and can help lower a high resting heart rate. It also lowers blood pressure and relieves stress. However, research has indicated that only 28% of American women exercise enough to meet the recommended guidelines, and 41% of women do not exercise at all. [174]

  Walking is considered optimal exercise, and an exercise that – when done briskly – can burn 3.5 to 7 kcal per minute. [175] Walking is highly beneficial for improving cardiovascular health. One study, the Women's Health Initiative Observational Study, examined 73,000 postmenopausal women aged 50 to 79 and found that brisk walking for 2.5 hours per week was linked with a 30% reduction in cardiovascular events over the 3-year follow-up period. [176] Once controlling for total energy expenditure, brisk walking and other, more vigorous exercises were associated with risk reduction, and the results did not vary significantly by race, age, or BMI.

  The study further found that sitting for a long time predicted an increase in risk for cardiovascular events, even if the person spent some of his or her time recreationally. Women who sat for 16 hours or more per day had a 68% higher chance of developing cardiovascular disease than those who sat less than 4 hours per day.

  The benefits of walking, which is the most common recreational activity among adults in the United States, have been observed in other studies on women. For example, among the 72,000 participants in the Nurses' Health Study, 3 hours of brisk walking per week had the same protective effect as did 1.5 hours of more vigorous exercise. [177] Additionally, women who reported doing either type of exercise – walking or more vigorous recreational activities – were 30 to 40% less likely to experience myocardial infarction than were their sedentary counterparts.

Of the 39,000 middle-aged women who participated in the Women's Health Study, it was found that walking a minimum of one hour per week led to a 50% reduction in coronary heart disease risk. [178] Also, in a 30-year follow-up study of 1,564 middle-aged women, walking more than 10 blocks per day, compared with walking less than 4 blocks, was linked with a 33% reduction in cardiovascular disease events. [179]

Further, in the Study of Osteoporotic Fractures, which examined 9,704 women aged 65 and older, women whose walking energy expenditures averaged 300 kcal per week or more (which translates to approximately one hour of walking per week) were 34% less likely to die from a cardiovascular event than women whose walking expenditures were less than 70 kcal per week. [180]

Most of these studies did not examine physical activity patterns across the individual's lifespan; however, there is good evidence to indicate that previously sedentary individuals who then become active later in life gained very similar cardiovascular benefits. In one 10-year follow-up of women and men aged 55 to 75 years who had previously been sedentary, it was found that individuals who participated in an exercise program that included 30 to 45 minutes of walking three times per week experienced greater favorable change in systolic blood pressure, HDL, total cholesterol, triglycerides, insulin, and BMI. These individuals also had fewer abnormal electrocardiogram results in exercise stress tests. [181]

Among the participants in the Nurses' Health Study who had originally been inactive, changes in activity over 6 years were linked with substantial favorable changes. Compared with women who had remained inactive, women who increased their total levels of physical energy expenditure were up to 33% less likely to experience a cardiovascular event.

One caveat is that exercise be current and habitual to allow for cardiovascular benefit and protection. Women who became inactive later in life had similar risks of cardiovascular mortality as did those who had remained sedentary. It has been noted that even short bouts of activity favorably affect the risk profile of individuals who are otherwise inactive. [182–184]

Most studies to date have focused on the benefits aerobic exercise delivers for cardiovascular health. However, there is a growing acknowledgement that resistance exercise may also help reduce cardiovascular risk. [185] Studies on resistance exercise have primarily been conducted on men; however, these benefits may translate to women as well. The primary benefit women may gain from resistance exercise is greater protection from osteoporotic fractures because strength training works to preserve bone density. [186]

One way that physical activity in general may help protect against cardiovascular disease is through other beneficial side effects of physical activity, such as reduction of certain risk factors. One risk factor that physical activity serves to address is obesity. It has been found that each kilogram of weight that is gained during an individual's middle age increases cardiovascular disease risk by 3%. Therefore, by regulating body weight, physical activity helps manage the risk that weight gain poses.[187]

However, while weight control is important, it should not be the main reason an individual engages in physical activity, as this offers an incomplete assessment of the impact physical activity has on total cardiovascular health. To underline this point, prospective studies have found that there is an inverse link between physical activity and the risk of cardiovascular disease even after the effects of BMI are controlled. This suggests that the benefits gained from physical activity are not simply from weight control. [188–190]

Physical activity seems to slow the onset, as well as the progression, of cardiovascular disease not only through its beneficial effects on weight management, but also through beneficial effects on glycemic control, incidence of type 2 diabetes, insulin sensitivity, blood pressure, endothelial function, inflammatory defense, and lipids. [191] In the Women's Health Study [192,] changes in inflammatory risk factors such as CRP were the largest contributing factor to lowered risk (32.5%), followed by other factors: blood pressure (27.1%), traditional lipids (19.1%), novel lipids (15.5%), BMI (10.1%), and hemoglobin A 1 c/diabetes (8.9%).

- Diet

  Diet plays an important role in the prevention of cardiovascular disease. Proper nutrition is a cornerstone of good health and disease prevention. A poor diet is a risk for the development of cardiovascular disease.

  Some supplements and food groups have been recommended for the prevention of cardiovascular disease. These include recommendations for whole grains, fruits, vegetables, soy, nuts, and fish, as well as supplements such as folic acid, antioxidants, and B-complex vitamins.

  In the case of food choices, one study [193] evidenced support for the benefit of fruits, vegetables and whole grains for prevention of cardiovascular disease. Data from the trial also evidenced support for the consumption of fish twice weekly. Nuts are good snacks, but high in calories, which must be considered when consuming these products. Soy proteins do not impact low-density lipoprotein cholesterol (LDL-C) or the risk of cardiovascular disease, but they may serve to decrease risk if the individual uses soy protein as a replacement for high-fat meat choices.

  A diet saturated with fatty acid, trans fatty acid, and cholesterol has been proven to increase serum LDL-C, and elevated sodium intake has been linked to high blood pressure. These findings have led the American Heart Association to recommend reducing saturated fatty acids, trans fatty acids, cholesterol, and sodium in the diet. These recommendations are consistent with recommendations made by other governmental healthcare groups, such as the World Health Organization. [194]

  The American Heart Association emphasizes healthy eating as opposed to the consumption of specific nutrients, and offers general guidelines intended to help patients increase their intake of fruits, vegetables, whole grains, and fish.

  Some groups have promoted the Mediterranean diet as a way to prevent cardiovascular disease. This diet recommends increasing fruit, vegetables, cereals, legumes, and fish, while reducing the intake of saturated fatty acids. Further, the diet emphasizes the consumption of fresh foods as opposed to prepared foods, drinking a glass of red wine at mealtime, and the reduction of red and processed meat products and high-fat dairy products. [195]

  In general, research on disease risk and diet has been primarily focused on whole foods and a complete diet as opposed to focusing on individual components of the diet. This may be a preferred approach, because people do not consume nutrients in isolation from other nutrients, and because simply analyzing single nutrients does not take into consideration the interaction that may occur between various components of the diet.

  Here is a look at each component:

- o  Whole grains:

  - ▪ The American Heart Association practice guidelines recommend an increase in the intake of soluble fiber to lower LDL-C and glucose. The amount of dietary fiber generally recommended for both genders is 25 g/d. For patients who have elevated cholesterol or blood glucose, a recommendation of 50 g/d is recommended.

  - ▪ The American Dietetic Association recommends 14 g fiber/1,000 kcal. Because this recommendation is based on calorie intake, these amounts will likely be lower for women than for men.

  - ▪ Recommended targets should first be met by increasing the dietary intake of fresh fruits and vegetables to five to 10 servings per day and the consumption of whole grains to six to 11 servings per day. [196]

    A Cochrane review of randomized, controlled trials examined the influence of whole-grain consumption on cardiovascular disease risk factors, as well as on mortality and morbidity. [196] The trials included adults with existing cardiovascular disease, as well as those who possessed at least one risk factor for coronary heart disease. Studies ranged in duration from 4 to 8 weeks, and from 56 to 84 g/d intake of whole grains. In eight out of the 10 studies in a Cochrane review, oats was the whole grain that was studied.

    When studies were combined in a meta-analysis, findings indicated lower total cholesterol and LDL-C. No gender differences were noted. The results of these studies indicate that foods containing soluble fiber, primarily cereal products that are made out of oats, have been consistently associated with lower incidence of cardiovascular disease. [197]

- o  Fruits and vegetables:

  - ▪ Fruit and vegetable intake is recommended for cardiovascular disease prevention for both genders. However, this recommendation is based primarily on cohort studies.

  - ▪ Findings from cohort studies indicate that consumption of fruits and vegetables is associated inversely with the risk of cardiovascular disease. [198]

  - ▪ Current recommendations indicate that fruits and vegetables that are deeply colored should be emphasized, as should preparation techniques designed to preserve nutrients and fiber content without adding unnecessary calories, saturated fats or trans fats, sugar, or salt.

  - ▪ Fruit juice is not an equivalent to whole fruit where fiber content is concerned. And that is not to be emphasized. [170]

  - ▪ There have been no long-term trials to examine the effects of increasing fruit or vegetable intake on cardiovascular disease. However, analysis of the Women's Health Initiative trial that examined a lower-fat diet indicated a trend toward lower cardiovascular disease in women, who made up the highest quartile of fruit and vegetable intake. [199]

- o  Fish:

  - ▪ At the end of the 1990s, available evidence caused the American Heart Association to recommend that adults consume a variety of fish at least twice a week. There have been some gender-specific guidelines made, based on mercury levels in fish. The U.S. FDA indicated that anyone other than pregnant women or women who may become pregnant

may consume up to 200 g per week of fish that contains high methyl mercury levels. These fish include king mackerel, swordfish, tilefish, and shark. Further, the FDA indicated that anyone other than pregnant women or women who may become pregnant may consume up to 400 g per week of fish with moderate mercury levels. These fish include orange roughly, fresh tuna, marlin, and red snapper.

- Data have suggested that even for women of childbearing age, the benefits of fish intake outweigh the risk. [200] A variety of fish should be consumed, but individuals who consume more than five servings per week should limit their intake of seafood that is highest in mercury.

- A meta-analysis recently showed a significant relationship between average intake of 566 mg/d of DHA and EPA and a reduced risk of 37% for cardiovascular disease mortality. Only two servings per week of oily fish provides 400 to 500 g/d of DHA and EPA and could lead to the significant reduction of cardiovascular disease mortality in healthy adults. [201]

o Oils and nuts:

- Foods that are rich in alpha-linolenic acid (ALA), a short-chain omega-3 found in plants, have also been recommended. These foods include canola, flax seed, and soy bean oil, as well as walnuts [202] Walnuts in particular are especially rich in linolenic acid and alpha linolenic acid.

- Nuts are high in unsaturated fatty acids and in general contain large amounts of monounsaturated fatty acid and polyunsaturated fatty acid.

- Walnuts in particular are especially high in linolenic acid and ALA.

- Additionally, nuts are sources of macronutrients, such as vegetable protein and fiber, as well as other nutrients, such as calcium, potassium, magnesium, and tocopherols.

- Nuts are also a good source of phytochemicals, such as phytosterols and phenolic compounds, and other bioactive compounds, such as arginine and resveratrol.

- The cardioprotective nutrients in nuts help explain the beneficial effects of nut intake on cardiovascular disease prevention.

- The primary value of nuts may come from replacing snack food that is high in salt, sugar, and saturated fat with nuts.

- One important thing to remember is that nuts are high in calories, which may lead to weight gain, and that obesity is a risk factor for cardiovascular disease. This is of greater concern for women than for men, primarily because women have lower caloric requirements than do men.

o Soy:

- Soy has gained quite a bit of attention for its role in possibly improving cardiovascular disease risk factors.

- Soy is used more in women, primarily because soy has an association with plant-based estrogen-like compounds.

- In October 1999, the FDA approved labeling foods that contained soy protein as offering protection against heart disease. The recommendation for women for soy protein intake

per day is taken from clinical studies that showed that 25 g of soy protein per day lowered total cholesterol and LDL cholesterol. [203]

- ▪ A review done by the American Heart Association indicated that because products containing soy protein are often high in polyunsaturated fats, vitamins, minerals, and fiber, while being low in saturated fat, the products often work well and are beneficial to general cardiovascular health when used to replace fatty foods. [204]

o Supplements:

- ▪ Lowering LDL cholesterol with plant stanol and stanolesters is recommended by the National Cholesterol Education Program III [168]. The World Health Organization has approved this usage.

- ▪ Plant sterols and stanolesters are found in natural abundance in plant foods. [205] A dosage of 2 to 3 g per day effectively decreases total and LDL cholesterol by as much as 15% in both men and women.

- ▪ Recent advances in nutrition mean that food products such as milk, yogurt, margarine, and cereals can now be enriched with plant sterols and stanolesters. These foods may help lower serum cholesterol. [206]

- ▪ There are certain concerns about plant sterols and stanolesters, particularly the effect they may have on absorption of other vitamins. However, a meta-analysis of 10 to 15 trials per vitamin showed that plasma levels of lycopene, vitamin E, and alpha carotene remained with consumption of plant sterols and stanolester supplements stable relative to the carrier molecule, LDL.

  Beta carotene levels did decline. This decrease, which results from food products that contain plant sterols and stanolesters, may be prevented by adding a sufficient amount of fruits and vegetables to the diet. [207]

- ▪ Antioxidant supplementation is not recommended for prevention of cardiovascular disease. [196] A meta-analysis of 439 healthy men and women from 21 different randomized trials of antioxidant supplementation indicated that these supplements had no positive effect on the total mortality in prevention trials, and may in fact increase mortality. [208]

- ▪ It is unknown whether vitamin D supplementation serves to reduce the risk of cardiovascular disease. However, a recent meta-analysis of 18 different randomized trials indicated that participants who received vitamin D supplementation (300 to 2000 IU) experienced fewer deaths compared with those who received placebo. [209] No gender differences were reported.

- ▪ Folate and vitamin B 12 help to regulate homocysteine metabolism; it has therefore been proposed that a diet high in these nutrients can reduce homocysteine levels and, in turn, lower the risk of cardiovascular disease. Elevated plasma total homocysteine production has been associated with cardiovascular disease in several studies conducted in North America, Europe, and Israel. [210]

- ▪ Folic acid and B complex vitamins are not recommended for the secondary prevention of cardiovascular disease in either men or women.

- Smoking:

Cigarette smoking is one of the primary causes of cardiovascular disease worldwide and is expected to continue to be problematic as populations who had been relatively unexposed to smoking begin to smoke to an extent that has previously only been noted in higher-income countries. This expectation is particularly true for young women, for whom the popularity of smoking – in particular in low-income and middle-income countries – may be on the rise. [211, 212]

There are 1.1 billion smokers worldwide – one-fifth of them women. Of the 5 million deaths that occur each year that can be directly attributed to tobacco, approximately 1.5 million are women. One meta-analysis indicated that the death toll is likely to increase to 2.5 million women (out of a projected 8 million female smokers) by 2030, should present smoking patterns continue. This is assuming that the male to female smoking ratio continues, but this is somewhat unlikely because more young women than young men are taking up smoking.

It is also based on the assumption that smoking affects both men and women equally, when different diseases resulting from smoking likely affect men and women in different ways. For instance, women who smoke have a much greater relative risk of developing lung cancer than do men who smoke. [213, 214]

Smoking is a risk factor for cardiovascular disease. It is unknown whether smoking poses the same risk of cardiac problems for women as for men, but sex differences in smoking and cardiovascular disease risk is a topic that has been up for considerable debate. [215] However, one meta-analysis, the Asia-Pacific Cohort Studies Collaboration (APCSC) [216,] made a direct comparison between smoking and cardiovascular disease in men and women using an internal, within-study comparison.

This meta-analysis found that there is indeed a sex difference in the risk smoking poses for cardiovascular disease, namely that smoking was more hazardous for women than for men. However, this difference in risk was seen in only the heaviest smokers. Another meta-analysis [217] indicated that women smokers have a 25% higher relative risk of cardiovascular disease than do male smokers, independent of other cardiovascular risk factors. However, this same meta-analysis indicated that it will be quite some time before the full effect of smoking on cardiovascular disease in women is known and understood, and that factors such as duration of smoking and the weight of the smoker must be taken into account when determining risk. However, even taking these factors into account, women still are at a higher relative risk than men.

- Alcohol:

Over the last 7,000 years, most societies have consumed alcohol. Alcohol in and of itself is not a bad thing. In fact, light to moderate consumption helps reduce the incidence of peripheral artery disease, coronary heart disease, mortality from coronary heart disease, and ischemic stroke, particularly in Western populations. However, when alcohol is consumed in excess, it contributes to causing cardiomyopathy, cardiac arrhythmia, and hemorrhagic stroke. [218]

Approximately 3.8% of all deaths globally may be attributed to alcohol and the detrimental effects of alcohol. [219] Alcohol dependence is a major social issue, as well as a major health issue, that affects 4 to 5% of the population in the United States, with a lifetime prevalence of approximately 12.5%. [220] In the United States, about 30% of people who drink alcoholic beverages drink to excess. [220] Alcoholism

is the third most preventable cause of death in the United States. [221] Excessive alcohol consumption is one of the leading causes of cardiovascular disease.

However, alcohol consumed in moderation offers protective benefits against cardiovascular disease; heavy drinkers, as well as those who abstain from drinking alcohol [222,] show higher rates of cardiovascular disease than those who drink in moderation.

Moderation is considered to be the maintenance of alcohol consumption to below 46 g per day for men and 23 g per day for women. A study of more than 300,000 men and women from Japan indicated that this was an ideal amount and reduced the risk of heart disease mortality in women. [223] Compared with those who abstain, alcohol intake of just 5 to 14.9 g was linked with as much as a 51 % lower risk of cardiovascular death and a 26%lower risk of cardiovascular events. [224] In another Japanese study with 34,776 men and 48,906 women aged of 40 to 79 years, heavy consumption was linked with increased coronary heart disease in women [225]

The Nurses' Health Study that examined middle-aged nurses indicated that moderate consumption lowered risk of coronary heart disease compared with abstaining. [222] Additionally, the Women's Health Initiative, which studied both African American and Caucasian postmenopausal females, indicated that moderate consumption was linked with lower risk of mortality in Caucasians (regardless of hypertension) and in African Americans who were hypertensive. [226]

Moderate consumption postmenopause may have a positive benefit on coronary heart disease [227] in those who are diabetic as well, a known risk factor. For example, the Nurses' Health Study indicated that moderate consumption was linked with reduced coronary heart disease risk in women who were diabetic. [222]

Moderate consumption has also been associated with reduced risk following an acute myocardial infarction. The Stockholm Heart Epidemiology Program study showed that moderate drinking was beneficial following myocardial infarction,[228] Additionally, in the Optimal Trial in Myocardial Infarction with Angiotensin II Antagonist Losartan (OPTIMAAL) study, there was a correlation between moderate drinking and patient survival following myocardial infarction. [229]

However, not all research has shown that moderate alcohol intake has favorable effects on cardiovascular disease or cardiovascular disease mortality. Some studies have indicated that moderate drinking has a neutral effect. One meta-analysis of 14 separate studies indicated that the cardioprotective effects of moderate consumption disappear when light or moderate consumption was mixed with irregular heavier consumption. [230] Further, the beneficial effects of light or moderate consumption could not be replicated on follow-up in some of the studies, particularly in studies of some ethnic populations.

Moderate consumption serves to reduce many of the big risk factors for coronary heart disease. One study indicated that 27 out of 30 risk factors associated with coronary heart disease were more prevalent in abstainers compared with those who consumed alcohol moderately. [231] The Italian Longitudinal Study on Aging indicated that moderate consumption later in life was linked to healthier values of HDL cholesterol, apolipoprotein A-I (apoA-I), and insulin. [232]

Some studies have suggested that wine offers greater protection from coronary heart disease than beer or distilled beverages, primarily because wine has high polyphenol content. One meta-analysis indicated that low to moderate doses of wine, beer, or distilled beverages were equally beneficial in

reducing the risk of coronary heart disease. [233] Another analysis also indicated that all types of alcoholic beverages were associated with a lower risk of coronary heart disease. [234] Potential positive effects include greater effects of antioxidants, a decrease in erythrocyte superoxide dismutase activity, and vasorelaxation of the coronary arteries.

- Employment status and marital stress:

Employment and marital stress can have a significant impact on cardiovascular disease risk. In a study of 20,000 female registered nurses [235,] high job demand, low job control, and low social support in the workplace correlated with poor status at baseline, as well as at a 4-year follow-up. This association was made independent of age, BMI, alcohol consumption, education level, comorbidities, smoking status, employment, level of physical activity, marital status, or having a confidante.

In another study, the Atherosclerosis Risk in Communities study [236], 7,058 women were studied to examine the association between employment status and cardiovascular events. This study found that women who were employed outside the home were at lower risk of cardiac episodes and stroke compared with homemakers.

Among women with heart disease, aged 30 to 65 years who either had a spouse or were cohabitating with someone, marital stress was linked with a nearly three times higher risk for recurrent cardiac events. [237]

## Disease monitoring

- **ECG**. An ECG (electrocardiogram), also known as an EKG, is a painless test using electrodes that records the electrical activity in the heart. This test is most frequently used to measure:
  - o Damage to the heart.
  - o Heart rate and to determine whether the heart is beating normally.
  - o The effects of devices such as a pacemaker.
  - o The size and positioning of the chambers of the heart.

An ECG is generally the first test administered to determine whether a patient has heart disease. The test may also be ordered if an individual is:

- o Experiencing chest pain or heart palpitations.
- o Scheduled to have surgery performed on the heart.
- o Has had past heart problems.
- o Has a marked family history of heart disease.

It is not necessary for those who are heart healthy to be given a yearly ECG. Normal results on an ECG are a recorded heart rate that falls between 60 to 100 beats per minute and a heart rhythm that is consistent and even. [238]

When an individual records an abnormal ECG, the results can be indicative of:

- o Arrhythmia.

o   Changes or damage to the heart.

o   Changes in the level of sodium or potassium in the bloodstream.

o   A congenital defect.

o   Heart enlargement.

o   Fluid or swelling in the sac surrounding the heart.

o   Heart inflammation.

o   A past heart attack (or a current one).

o   Problems with blood supply to the arteries of the heart.

There are some heart problems that may cause changes on an ECG. These problems include heart failure, paroxysmal supraventricular tachycardia, Wolff-Parkinson-White syndrome, atrial fibrillation, multifocal atrial tachycardia, or sick sinus syndrome.

ECG accuracy is dependent on the condition being tested; heart problems do not always reveal themselves on the ECG. The ECG is without risk since there is no electricity passed through the body during the test.

- **Echocardiogram**. An echocardiogram is a risk-free test that uses sound waves to create an in-motion picture of the heart. This picture is a lot more detailed than that depicted in a regular x-ray, and the test does not expose the individual to radiation as x-rays do. Most people with cardiovascular problems will have a transthoracic echocardiogram (TTE) performed, although sometimes, a transesophageal echocardiogram (TEE) is performed – where the throat is numbed and a scope is passed down through the throat. The TEE provides a clearer echocardiogram of the heart, and may be recommended if the individual has a barrel chest, lung disease, is obese, or if a clearer picture of a particular area is needed.

The echocardiogram allows practitioners to see the heart, as well as the heart valves and other heart structures as they are working. Occasionally, the lungs, ribs, or other tissue in the body may interfere with the sound waves from the TTE or TEE; if this happens, a small bit of contrast liquid may be injected via IV to allow for better visibility of the interior of the heart.

An echocardiogram is performed to evaluate heart valves and heart chambers noninvasively. It is used to diagnose or monitor various conditions, including:

o   Heart valves that are abnormal.

o   Atrial fibrillation.

o   Damage to the heart in patients who have experienced myocardial infarction.

o   Infection in the sac surrounding the heart.

o   Pulmonary hypertension.

o   Congenital heart disease.

o   Heart murmurs.

o   Infection of the valves of the heart.

o   The function of the heart in patients who are suffering heart failure.

A normal result on an echocardiogram shows heart valves and chambers that are normal and moving as they should.

If an individual records an abnormal result on an echocardiogram, it may be indicative of structural abnormalities in the heart or other abnormalities that signal serious cardiovascular disease that require evaluation or treatment by a specialist.

Abnormal results may reflect a number of conditions, including cardiovascular valve disease, pericardial infusion, cardiomyopathy, or other abnormalities in the heart.

An echocardiogram is customarily performed for a number of conditions, including:

o   Aortic dissection.

o   Aortic stenosis.

o   Arterial embolism.

o   Atrial myxoma.

o   Cardiac tamponade.

o   Cardiomyopathy.

o   Heart attack or heart failure.

o   Regurgitation.

o   Hypertensive cardiovascular disease.

o   Pericarditis.

o   Primary amyloidosis.

o   Stroke.

o   Other conditions that warrant the use of an echocardiogram.

The echocardiogram is sometimes referred to as a Doppler ultrasound or a surface echo.

- **Stress testing**. This test provides practitioners with information on how the heart is working when under physical stress and allows for easier diagnosis of certain cardiovascular problems. For individuals who for some reason are unable to exercise during a stress test, it is more prudent to administer medication that will make the heart work harder. This type of stress testing is termed pharmacological stress testing.

There are two main types of stress testing: the standard exercise test and the imaging stress test. [239]

o   Standard exercise test.

■   The standard exercise test uses an EKG to find and record the electrical activity of the heart.

■   This shows how quickly the heart is beating as well as the heart's rhythm. Additionally, it tracks the strength and timing of electrical signals as they move through the heart.

- The standard stress test reveals changes in the heart's electrical activity and shows whether the heart is receiving enough blood during exercise.

o Imaging stress test.

- Sometimes images of the heart are captured as a part of a stress test. These images are usually taken of the heart both at rest and while exercising.

- The images taken can indicate how efficiently blood is flowing through the heart and how well the heart is pumping blood with each beat.

- One type of this kind of test uses an echocardiogram to create a moving image of the heart. This is termed a stress echo, and it can show how well the heart's valves and chambers are working when the heart is placed under stress. Additionally, a stress echo can reveal areas of poor blood flow, damaged or dead heart tissue, or areas of the heart muscle that are not contracting effectively.

- Another imaging stress test uses thallium or sestamibi and a PET scan. These tests show how well the dye is reaching various parts of the heart both at rest and while under stress. The dye is radioactive and generally considered safe; however, women who are pregnant should be advised not to have this test.

- Imaging stress tests are more accurate than the standard exercise test; however, they are also more expensive.

- Imaging stress tests generally detect coronary heart disease much better than standard exercise tests. Additionally, an imaging stress test may help predict the risk of a heart attack in the future or premature death from cardiovascular disease.

- Imaging stress tests may be used instead of the standard exercise test if:

  □ The individual is unable to exercise for enough time to get the heart to a point where it is working its hardest. This problem is frequently seen in patients who have conditions such as arthritis.

  □ The individual has an irregular heartbeat, which may prevent the standard test from delivering results that are correct.

  □ The individual has had a past heart procedure, including procedures such as coronary artery bypass, angioplasty, or stent placement.

- An imaging stress test may be used in addition to a standard exercise test if:

  □ The individual has abnormal results from the exercise test.

  □ The individual is still having symptoms following the administration of the exercise test.

Stress testing is typically used to diagnose coronary artery disease. Stress testing also serves to help practitioners determine the severity of coronary artery disease in an individual. The stress test is important for the diagnosis of coronary artery disease because people may show no symptoms of the disease when their heart is at rest. However, when the heart must work harder, more blood and oxygen are required for it to work effectively. Consequently, the signs

and symptoms of coronary artery disease may show themselves only during this period of harder work.

A stress test is intended to detect a number of problems that can suggest that the heart is not receiving enough blood during periods of physical stress. These include:

- Abnormal changes to heart rate or to blood pressure, or to the heart rhythm or electrical activity.

- Certain symptoms, including shortness of breath or pain in the chest, particularly if these occur at lower levels of exercise.

Stress testing is sometimes used to determine other cardiovascular problems, including cardiovascular valve disease or heart failure. Stress testing is customarily performed in a number of situations, including:

- Individuals who have experienced chest pain, shortness of breath, or any other symptom that indicates a limited blood flow to the heart.

- To determine whether an individual has coronary artery disease or a problem with a heart valve. In the case of coronary artery disease, a stress test is not customarily used as a screening tool, but rather, to determine in patients with symptoms of coronary artery disease whether these symptoms are from coronary artery disease or another issue.

- To determine whether an individual can handle an exercise program following a heart attack.

- Individuals who experience symptoms of arrhythmia.

- Individuals with diabetes, because the disease is a risk factor for coronary artery disease.

- **Cardiac catheterization**. Cardiac catheterization is a test used to diagnose some heart conditions. This test indicates the overall shape of the heart and the heart chambers [240].

Practitioners may recommend cardiac catheterization for a number of reasons; however, the most common one is to determine the cause of chest pain, which can be a symptom of coronary artery disease. Catheterization serves to indicate whether plaque is narrowing or blocking the arteries. Blockages can also be treated via catheterization in a procedure called an angioplasty.

Cardiac catheterization also may be used to treat several different conditions, including:

o   A heart attack in an emergency.

o   When the individual has a heart defect or is about to undergo heart surgery.

o   To determine how well the heart's valves are working. Replacement valves can also be checked with this method.

Additionally, cardiac catheterization can help practitioners determine the best treatment plan for individuals who have recently had a heart attack but are still having chest pains, had a heart attack that resulted in major damage to the heart, or had an ECG, stress test, or another test that resulted in probable heart disease.

Cardiac catheterization is a routine medical procedure that does not generally cause problems. However, some complications can occur, including:

o   Common complications:

- Bleeding, pain, or infection at the insertion site.

- Blood vessel damage.

- Allergic reactions to dye used during coronary angiography.

o   Rare complications:

- The development of an arrhythmia.

- Kidney damage that results from using dye during coronary angiography.

- Blood clots, which may lead to a stroke or heart attack.

- Lowered blood pressure.

Risks are higher for people who are elderly or for those who have diseases such as diabetes or chronic kidney disease. It is rare that the complications from cardiac catheterization are fatal; however, it is important to remember that any heart procedure may be fatal.

## COMORBIDITIES/OTHER FACTORS

### Hypertension

Hypertension exists as a comorbidity of cardiovascular disease in a number of patients. Hypertension itself is a major risk factor for cardiovascular disease.

When an individual has high blood pressure, there is an increase in the pressure in blood vessels. When the heart is pumping against this increased pressure, the heart must work harder than it would have under normal blood pressure conditions. This increased workload causes the heart muscle to thicken over time. Additionally, high blood pressure can cause the walls of blood vessels to thicken as well, which leads to further related problems.

One of the biggest reasons hypertension remains a problem after diagnosis of cardiovascular disease is that the thickening of the blood vessels and walls of the heart cause the heart to have to work harder. This heavier load on the heart may perpetuate hypertension. Additionally, hypertension itself accelerates coronary artery disease development. [241]

Another major problem is that many individuals find the necessary lifestyle changes to manage hypertension difficult to adopt, resulting in an unwillingness or inability to adopt changes that will improve high blood pressure.

Among these lifestyle changes are diet and weight management, stress management, and management of alcohol consumption. Individuals must typically switch from diets containing foods high in saturated and trans fat, cholesterol, salt, and sugar to lower sodium and lower sugar diets that contain more HDL cholesterol and less LDL cholesterol.

Obesity must also be managed, particularly because obesity, along with an unhealthy diet contributes to diabetes, another risk factor and known comorbidity of cardiovascular disease.

The individual must manage stress factors in his or her life. Women in particular are especially vulnerable to marital and family stresses, and they must work to reduce this stress to manage blood pressure.

Finally, alcohol consumption must be kept to a minimum. It has been shown in a number of studies that moderate alcohol consumption is beneficial to the heart. For instance, the Women's Health Initiative, which studied both African American and Caucasian postmenopausal females, indicated that moderate consumption was linked with lower risk of mortality in Caucasians (regardless of hypertension) and in African Americans who were hypertensive. [226]

Moderation is considered to be the maintenance of alcohol consumption to below 46 g per day for men and 23 g per day for women. A study of more than 300,000 men and women from Japan revealed that this was an ideal amount and reduced the risk of heart disease mortality in women. [223]

Should hypertension not respond to changes in lifestyle, another treatment option is medication instead of, or in tandem with, lifestyle changes, depending on what the individual's body best responds to.

Diabetes

Diabetes mellitus is one of the most important risk factors and comorbidities of cardiovascular disease, and coronary heart disease mortality is three to five times higher in women who are diabetic compared with those who are not diabetic. In contrast, the risk is only two to three times higher in men who are diabetic.[241]

Diabetic women also have a three to five times higher chance than men of developing cardiovascular disease. [59] Higher glucose levels, as well as insulin resistance, serve to counter the protective effects of estrogen, which places women at this higher risk. [60] Cardiovascular events are the primary cause of death, particularly in type 2 diabetes. The Nurses' Health Study indicated that coronary heart disease mortality in women who have diabetes was 8.7 times higher than in those who did not have diabetes.[61]

An additional danger is that women who are diabetic develop cardiovascular disease earlier, at approximately the same age men do. Why this is the case is currently unknown. [62] The prevalence of diabetes mellitus is greater among women in the United States, primarily as a result of a decrease of level of physical activity, as well as a difference in longevity between the genders. [8, 14, 15] In fact, type 2 diabetes and impaired glucose tolerance are recognized as very strong comorbidities for women as a result of lower physical activity and higher incidence of obesity. Additionally, type 2 diabetes and impaired glucose tolerance may increase the risk of recurrent cardiovascular events following the first acute myocardial infarction, particularly in women. [17]

Hyperlipidemia

Lipids are carried through the circulatory system in complexes that are known as lipoproteins. [242] These lipoproteins have a core that consists of cholesterol esters and triglycerides, and a coat that consists of unesterified cholesterol, phospholipids, and apolipoproteins. [243] Apolipoproteins help regulate and control lipoprotein metabolism and transport of lipids. There are 13 kinds of apolipoproteins. [244] The main cholesterol carrying lipoproteins are LDL and HDL.

LDL contains a steroid ring nucleus, a hydroxyl grouping, and a double bond in the nucleus. HDLs are the smallest of the lipoproteins and work to transport cholesterol. HDL contains apo A-I, which works to medicate reverse transport of cholesterol. [245] Too much LDL may lead to arterial blockages, whereas HDL works to coat the arteries and prevents arterial blockages. [246]

When a person has hyperlipidemia, it means there are too many fats (lipids) in the blood. [246] What this translates to, essentially, in most people is having high cholesterol as well as high triglycerides.

The human body creates and uses certain amounts of cholesterol each day, but sometimes this system experiences problems. Problems that commonly contribute to errors are a poor diet or genetic predisposition.

Treatment for hyperlipidemia varies dependent upon what type of lipids are too high. Hyperlipidemia is a serious comorbidity for people with cardiovascular disease, in particular, and for those with hypertensive heart disease or coronary artery disease.

Both individuals with acquired hyperlipidemia, as well as those with genetic hyperlipidemia, can help manage their risk through making healthy dietary and lifestyle changes. These changes include reading food labels to select foods that have lower cholesterol and saturated fat; limiting intake of red meat, eggs, and fried foods; increasing the amount of fiber in the diet; being aware of family history and working to combat risk by eating a healthy diet and exercising regularly; and losing weight. A weight loss of as little as 10% works to significantly lower the risk of hyperlipidemia. [246]

However, these changes are frequently difficult to make and maintain. For example, many individuals who suffer myocardial infarction also experience depression postmyocardial infarction, a condition that often makes them less motivated to make appropriate and positive changes to diet and lifestyle.

There are serious consequences to neglecting to manage hyperlipidemia. These consequences can include development or exacerbation of coronary artery disease, myocardial infarction, or congestive heart failure.

## Genetics and hyperlipidemia

The effects of elevated LDL levels on an increased risk of developing coronary heart disease is most often seen in people who have a family history of hyperlipidemia. In such individuals, advanced atherosclerosis and early onset of coronary heart disease are frequently seen, even when other strong risk factors such as obesity, hypertension, or smoking, are lacking. [247] Managing risk of developing coronary heart disease or other cardiovascular complications in individuals with a family history is best done by managing diet and engaging in regular exercise.

## Menopause

Menopause poses a risk for coronary heart disease in women because the reduced production of estrogen leads to worsening of coagulation, vasculature, and the lipid profile. Because menopause, which is a normal biological occurrence in every woman, may affect hormone levels, it is also a major comorbidity in women with cardiovascular disease. Early menopause in particular is a known factor; results of a study using the Women's Ischemia Syndrome Evaluation (WISE) indicated that estrogen deficiency poses a very strong risk factor for coronary heart disease. [88] These risks occur whether they are in women who experience natural early menopause, surgical menopause, or natural menopause. In more than one study, it has been found that estrogen replacement therapy does not necessarily mitigate risk, despite popular opinion. [248]

Endothelial dysfunction frequently occurs postmenopause. Its detection can precede more overt diseases such as hypertension and diabetes. One study [89] indicated that in women without hypertension, development of endothelial dysfunction was linked with hypertension over the next 4 years. Another study [90] indicated that of a cohort of euglycemic women who were not obese, marked endothelial dysfunction

at the baseline was linked with development of diabetes, over the next 4 years. Further, in postmenopausal women with hypertension, changes in endothelial function that occur as a result of antihypertensives may be used to identify women who have a better prognosis. [91]

There are specific things that menopausal and postmenopausal women can do to manage the risks inherent with menopause and heart disease. These include avoiding or quitting smoking, eating a healthy diet, maintaining an optimum body weight, exercising regularly, and making certain that existing medical conditions, such as high blood pressure, high cholesterol, or diabetes, are treated efficiently. Treating existing medical conditions may also require lifestyle changes and/or medication.

## Psychological factors

Mood poses a risk factor for cardiovascular disease and increased mortality, possibly from arrhythmia [249]. Additionally, individuals with severe mental disorders are twice as likely to have other risk factors for coronary heart disease. [250]

One meta-analysis [249] examined depressive symptoms and clinical depression that consisted of severe symptoms and usage of antidepressants to control mood in female patients who experienced cardiac events without baseline cardiovascular disease. It found that in women without baseline cardiovascular disease, depressive symptoms were correlated to fatal cardiovascular disease, and in particular, clinical depression with the use of antidepressants was correlated with sudden cardiac death. The analysis indicated that although use of antidepressants may indicate worse depression, the specific correlation with sudden cardiac death merits further consideration.

Conversely, women who have been diagnosed with heart disease have more anxiety, depression, stress, and a reduced health-related quality of life than women without heart disease and men with heart disease. Women who present with depressive symptoms following myocardial infarction or a diagnosis of heart failure have elevated rates of morbidity and mortality, as well as an elevated rate of hospitalization. Therefore, there is a bidirectional relationship between depression and cardiovascular disease. [251]

Cardiac rehabilitation and moderate activity can help reduce depressive symptoms, however.

A further cardiovascular disease risk related to mood is derived from a lack of social support. Women who are faced with low social support experience an increase in risk factors for cardiovascular disease as well as an increased risk of experiencing a cardiac event or death. One study indicated that during the 2.3 years of follow-up care, women with suspected cardiovascular disease who also experienced low social support had a mortality rate that was nearly double the rate of those who experienced high social support. [252]

Another study, the Enhancing Recovery in Coronary Heart Disease study, indicated that a lower perceived social support translated to a 13% higher risk in nonfatal myocardial infarction or death. [253]

Further, a study of 204 women conducted by Marcuccio [254] indicated that women felt they were either unwilling or unable to make the recommended lifestyle changes following a cardiovascular event, in part because they had insufficient social support.

Here is a look at each disorder:

- **Depression**

Major depressive disorder is considered the most common psychiatric disorder in individuals with coronary artery disease, with prevalence of about 15 to 20% in those with either stable or unstable coronary artery disease. This percentage is much higher than that of the general population. [255]

Major depressive disorder is considered to be more common after some cardiovascular procedures – for example, coronary artery bypass – with some research showing a prevalence of nearly 30%. [256] Additionally, it is very common to see depression in patients who are experiencing congestive heart failure, with a prevalence of around 20%. Studies that examine symptoms of depression have sometimes reported even higher rates in patients with cardiovascular disease.

However, in spite of extensive study of the prevalence of depression in those who have cardiovascular disease, a diagnosis of depression is frequently missed, with a minority of depressed cardiac patients actually receiving treatment. Even more disturbing is that few of those patients receive adequate treatment that addresses the unique issues that comes with having both depression and cardiovascular disease. [257]

Not only does depression frequently occur alongside coronary artery disease, it also frequently affects outcomes of coronary artery disease in negative ways. Depression seems to be an independent risk factor for developing coronary artery disease, and the importance of the effects of major depression on coronary artery disease morbidity and mortality is equal with the effects of other known medical risk factors.

In one study [258], major depressive disorder led to an approximately three times greater relative risk of mortality in individuals who did not have cardiovascular disease and a four times greater relative risk in individuals who did have cardiovascular disease. Major depressive disorder significantly predicts mortality following such events as myocardial infarction, with a three to four times greater likelihood of death; this is equal to some other predictors of death from myocardial infarction, including having a past history of myocardial infarction.

In individuals with coronary artery disease who have undergone cardiac catheterization, major depressive disorder is a better predictor of morbidity and mortality than some physiologic measures, including a measure of left ventricular function. [259]

Patients who have been hospitalized for unstable angina who also experienced symptoms of depression had a four times greater likelihood of also experiencing a myocardial infarction or dying in the following year than were individuals who did not experience symptoms of depression. [260] This was the case even after controlling for other risk factors. In individuals who have had coronary bypass surgery, depression also predicts greater risk of cardiac events following surgery, and mortality.

Patients with coronary artery disease who also experience depression have a lower health-related quality of life and greater functional disability as a result of coronary artery disease. Additionally, it has been found that depression is a strong determinant of health status, stronger even than some objective measures of cardiovascular disease, such as stenosis and symptoms of ischemia. Depression also negatively affects patients who suffer from congestive heart failure and erodes health-related quality of life and general functioning, adding to the risk of sudden death.

There have been a number of explanations made to explain the effects of depression on cardiovascular diseases. [255] The strongest explanation is that depression serves as an interfering factor for effectively changing lifestyle, adhering to a medication schedule, and general cardiovascular rehabilitation efforts. Another possible explanation is that patients with depression and cardiovascular disease sometimes experience lower heart rate variability, which may serve to in turn explain why there is an increased risk of developing arrhythmia or experiencing sudden death in cardiac patients who are depressed. Additionally, it is possible that depression contributes to overall stress, increasing the likelihood of future cardiac events or sudden death.

Depression and cardiovascular disease frequently share some of the same symptoms, which can lead to difficulty in diagnosis. For example, insomnia occurs in both diseases, but sadness occurs primarily in depression. Sorting out which symptoms are cardiovascular symptoms and which are depressive symptoms sometimes poses quite a challenge for practitioners.

- Anxiety and stress

Individuals with cardiovascular disease also frequently experience anxiety, in particular during cardiovascular events that are acute or during arrhythmia. Anxiety presents itself during events in ways that are fairly common, such as ruminating obsessively, generalized anxiety, panic attacks, and post-traumatic stress. In younger individuals, a panic attack and paroxysmal atrial tachycardia may appear very similar symptomatically and are not easy to discriminate between. Additionally, symptoms of both may occur in the same patient.

In the past, there has been an association between mitral valve prolapse and panic disorders; however, mitral valve prolapse that is linked to panic attacks is generally not of hemodynamic significance. Also, it appears that there are no significant clinical consequences of the association either.

Anxiety does affect outcomes in coronary heart disease negatively. Anxiety following acute myocardial infarction can lead episodes of unstable angina to become more frequent. It can also lead into recurrent myocardial infarctions. This is the case even after allowing for confounding factors such as depression. [261] Anxiety following myocardial infarction is a strong predictor of complications while still in the hospital. [262]

It may be the case that some of the effects of anxiety are directly related to the effect stress has on the heart. In some studies of coronary artery disease, extreme stress has been linked with an increase in heart rate and blood pressure as well as with asymptomatic myocardial ischemia.

- Type A personality

There is a link between having a Type A personality (or exhibiting Type A behavior) and cardiovascular disease, although the link is much debated and controversial. This is because Type A behavior is a complex mix of multiple behaviors and attitudes, including intense drive to achieve, impatience, time urgency, and hostility.

Research findings have been divided on whether Type A personality or behavior contributes to the development of cardiovascular disease or predicts negative outcomes. In general, there is a limited amount of support for the idea that Type A behavior poses a serious risk for cardiovascular disease, compared with the lesser risk for those who do not exhibit the behavior possess.

There is also the idea that Type A increases morbidity and mortality in those who already have cardiovascular disease, and of the Type A traits indicated, hostility has been the trait most linked to an increase in cardiovascular events and mortality. Additionally, anger, which is considered a related expression to hostility, may be a particularly strong trigger of ischemia. [263] However, it is unknown how, specifically, the traits present in Type A personality and behavior can lead to the development of cardiovascular disease or lead to negative outcomes.

One possibility is that the link may be found in the shift of balance between the sympathetic and parasympathetic nervous systems. [257] Another possible explanation is that general stress and anxiety, both traits that are found in greater abundance in Type A personalities, lead to the development or worsening of cardiovascular disease.

- **Cognitive problems**

The incidence of cognitive disorders, such as delirium, following cardiac surgery has declined, largely because of an improvement in surgical techniques. However, delirium may still occur following coronary artery bypass. Cognitive dysfunction has been observed in about 50% of patients one week after bypass surgery; about 25% of patients are still cognitively impaired 6 months after a bypass. [264]

Patients who have coronary artery disease and also suffer cognitive dysfunction most likely have the dysfunction as a result of altered vasculature, as these individuals often have cerebral atherosclerosis as well.

- **A link to hypertension**

Monitoring the risk hypertension poses is essential, and there must be consideration given to psychological risk factors in connection to hypertension as well, because psychological risk factors may contribute to an increase in blood pressure. It is less clear exactly how psychological factors contribute to hypertension, but there are some probable explanations. One is that the adrenaline that is released in response to fear increases the workload on the heart, and therefore increases blood pressure. Another is that anxiety, which is strongly linked to fear, also increases blood pressure. Anxiety need not come only from anxiety linked to the stresses of existing cardiovascular disease; indeed, anxiety, even in individuals without cardiovascular disease, raises the risk. Additionally, Type A behavior, in particular the traits of hostility and impatience, doubled an individual's risk for hypertension. [265]

Studies of psychological treatments for hypertension, particularly techniques for relaxation, as well as biofeedback, have indicated significant reduction in blood pressure, although drug therapy and lifestyle changes such as diet are still the most effective ways to lower blood pressure.

- **Broken heart syndrome**

Women may also suffer from an emotional condition labeled "broken heart syndrome." This phenomenon can occur in women who suffer a recent and extremely emotionally stressful event. The condition is temporary and brought on by emotionally stressful conditions in the individual's life, and it can lead to myocardial infarction. This occurs even though there are no blockages that can explain why the myocardial infarction occurred.

Researchers are still working to explain broken heart syndrome and why some emotional stresses manifest themselves physically in the heart. One possible explanation is that a massive influx of stress hormones creates a situation in which the heart does not receive enough oxygen.

## Use of psychiatric drugs

Psychiatric medication may affect individuals with cardiovascular disease in ways that are different than someone without cardiovascular disease. [257]

Selective serotonin reuptake inhibitors (SSRIs) have nearly no reported adverse cardiovascular effects, but have (rarely) caused sinus bradycardia. Sertraline has been studied in great depth in the Sertraline Antidepressant Heart Attack Randomized Trial; the study indicated no significant adverse cardiovascular effects in individuals who had active coronary artery disease. [266] Bupropion, mirtazapine, venlafaxine, and duloxetine have sometimes been linked to small increases in blood pressure, but by all appearances are safe to use in patients with cardiac disease.

Tricyclic antidepressants may cause orthostatic hypotension and conduction delay. An overdose of tricyclic antidepressants can cause fatal ventricular arrhythmias. Additionally, tricyclic antidepressants have class-1a antiarrhythmic effects and are therefore considered contraindicated after myocardial infarction.

Hypotension that is caused by psychiatric drugs is common with some antipsychotics, such as clozapine. Clozapine is the only one of the antipsychotics that causes myocarditis, usually presenting cardiomyopathy, with an approximated rate between 1/500 to 1/10,000. About 85% of these cases occur within the first 2 months of treatment.

Recently, there has been concern about a higher risk of sudden death in elderly dementia patients who have received antipsychotics, with a number of the deaths being related to cardiovascular events. This does not absolutely contraindicate the use of antipsychotics in these patients; however, it is wise to balance the risks and benefits of treating vs not treating psychotic symptoms.

Lithium has been safely used, even in patients with severe cardiovascular disease. Lithium levels are hard to regulate in patients who suffer from congestive heart failure and are on low sodium diets plus a diuretic regimen; therefore, it is generally best to avoid lithium for these individuals.

## Use of electroconvulsive therapy

There are some conditions in which electroconvulsive therapy is strongly contraindicated, such as acute coronary artery disease or arrhythmia. However, electroconvulsive therapy has been used safely in individuals with a variety of cardiovascular disease, including in those individuals with congestive heart failure or implanted defibrillators or pacemakers.

## Moving forward

There are several key issues that are inherent in addressing the source of psychosocial stress and mood disorders in women who have cardiovascular disease. Practitioners must:

- Work to better ascertain the psychosocial stress factors present in patients, in particular to assist in addressing barriers to secondary prevention of cardiovascular disease in women.
- Ensure that patients are physically and emotionally supported post-hospitalization for a cardiac episode.
- Reduce the work of being a female patient with cardiovascular disease by making outpatient care less fragmented.

Heart-related research

Ongoing progress is being made to alleviate and treat cardiovascular disease in both men and women. The University of Chicago, one of the oldest National Institutes of Health (NIH)-funded cardiovascular research programs in the United States [267], engages in cutting-edge research in an effort to alleviate heart disease. Heart specialists at this institution examine new ways to treat and diagnose cardiovascular problems that range from new forms of testing to advanced drug treatment to sophisticated new surgical procedures. Researchers are also examining the basics of physiology, biochemistry, molecular biology, and pharmacology to help set a foundation for their cardiovascular research.

Some new research currently underway and new steps being taken for cardiovascular disease prevention and treatment include [267]:

- The use of cancer drugs to treat pulmonary hypertension.
- Gene therapy for use in the development of ventricular assist devices.
- Clinical trials of the TransMedics Organ Care System, which is a device designed to keep the heart beating while it is en route for transplantation. This results in better preservation of the donor heart.
- The investigation of new implantable devices to treat arrhythmia, including a complete subcutaneous implantable defibrillator and cardiac resynchronization for patients who experience heart failure, as well as the use of remote monitoring.
- Examining new treatments for coronary heart disease and peripheral vascular disease, including new anticoagulant drugs, drug eluting stents, and other devices designed to prevent blood clots in individuals who have atrial fibrillation.
- Refining a new technique called sternal plating that serves to reinforce the sternum post-heart surgery. This technique drastically reduces pain and diminishes the amount of time required to resume regular activity.
- The use of the Stereotaxis magnetically guided catheter system to use catheters without risk of puncture and with increased motion control.
- Conducting cardiac ablation trials to help treat arrhythmia; researchers are examining alternative ablation tools, including cryoenergy, bipolar ablation catheters, and irrigated ablation electrodes to help treat atrial fibrillation.
- Participating in the trial of the HeartWare HVAD, a progressive new left ventricular assist device that provides patients suffering from heart failure up to 10L additional blood flow.
- Applying the newest imaging techniques, including 3-dimensional echocardiography and 256-slice CT angiography to help assess how well the heart is functioning and to help with treatment planning.
- Participating in a trial that will determine the safety of a new drug to reduce risks to the kidneys while a patient is in surgery.
- This research center is the only clinical site that is implanting CardioPlus, which is an intra-aortic balloon pump.

At the Scripps Research Institute [268], researchers are also engaging in a number of new projects to alleviate heart disease. These include:

- The conversion of skin cells into beating heart cells without first going through the process of developing embryonic-like stem cells.
- Inhibiting certain enzymes in an effort to protect heart cells from serious damage during a myocardial infarction.

- Developing a new blood test to predict who is at risk for developing cardiovascular disease.
- The examination of atherosclerosis as a form of extreme inflammation.
- The synthesis of ouabagenin for treating congestive heart failure.

## RECENT ADVANCEMENTS

### Diagnosis/detection

There are some exciting new methods that may serve to better evaluate myocardial ischemia. These include [113]:

- PET imaging.
- MRI.
- High-frequency transthoracic Doppler harmonic echocardiography.
- TEE with Doppler imaging.

While these methods are new, they warrant additional study as a viable alternative to SPECT.

For people with some risk factors, Penn Medicine at the University of Pennsylvania is taking prevention even further by offering personalized genetic testing to determine whether a person is at a greater genetic risk for cardiovascular disease. This new test works to identify eight potential warning signs in an individual's DNA. Knowing the risk of developing cardiovascular disease helps doctors develop prevention plans tailored to the individual's needs. These plans may include lifestyle changes and medication, depending upon what risk the individual is facing. [269]

### Treatment options

There are a number of new treatment options that are considered groundbreaking and real steps forward in how cardiovascular disease is treated.

One such treatment is chelation therapy. One study [270] – the first longterm clinical trial of chelation therapy in patients with cardiovascular disease – indicated that this alternative treatment was very effective at alleviating cardiovascular problems; however, there is controversy over the safety and efficacy of chelation therapy. Chelation therapy has customarily been derided by cardiologists.

The participants of the study had suffered myocardial infarction and were assigned either to a placebo group or to a group that would be receiving chelation therapy via IV. The study indicated that chelation therapy reduced the risk of myocardial infarction and the complications that frequently accompany it – such as stroke or sudden death – by 18%.

However, there are skeptics as to the validity of this number. One practitioner from The Cleveland Clinic stated that if the number is true, then he would rank the treatment on the same level as blood pressure and cholesterol-lowering medications; however, this physician had his doubts. Another practitioner from the American Heart Association stated that results from the study should not be taken as a signal to adopt this therapy into clinical practice. [270] A professor from Harvard Medical School echoed this sentiment and warned that this particular study raises more questions that need to be answered before practitioners act on the information in the study.

However, chelation therapy has its supporters. Some practitioners believe that it may help remove heavy metals. Chelation therapy is currently approved by the FDA for treating lead poisoning; and it is being used off-book to treat cardiovascular disease. One physician in Florida has stated that he believes chelation therapy should be part of a regular treatment plan for cardiovascular disease, much as aspirin therapy is. [270]

How does chelation therapy work in treating cardiovascular disease? Researchers at the Mayo Clinic [270] believe that chelation therapy may help people with cardiovascular disease because the medication used binds to the calcium in clogged arteries and sweeps it away, thereby clearing the clog. However, in doing this, chelation therapy also leads to very low calcium levels in the blood, so low that there is a great risk of death, and people have in fact died in response to chelation therapy.

This risk is one of the reasons why the NIH indicates that the IV drug infusions used in chelation therapy be administered at a very slow rate. This permits practitioners to catch any potential problems, such as very low calcium levels, very early.

More research is needed to determine whether chelation therapy is a viable new treatment for cardiovascular disease. It is not currently approved for the treatment of cardiovascular disease, and it remains to be seen whether this therapy will receive such approval.

Another new treatment in the works involves the idea that treating inflammation in the body will alleviate or decrease the incidence of cardiovascular disease.

There are two big clinical trials now testing whether treating inflammation may reduce the risk of myocardial infarction and stroke. The leader of the two trials, one sponsored by the NIH and the other by Novartis, has indicated that discovering the answer to the question of whether treating inflammation will lead to lower risk of cardiovascular disease may mean the difference between acknowledging inflammation as a potential risk to finding out whether targeting inflammation is a viable treatment. The studies are specifically testing the idea that inflammation plays a critical role in the biology that underlies cardiovascular disease and stroke.

The body naturally responds to injury with inflammation. Inflammation that poses a significant risk to the development of cardiovascular disease occurs when the walls of the coronary arteries are assaulted with the byproducts of smoking, a diet high in fat, sodium, sugar, and cholesterol, and the strain of obesity.

Sometimes, however, in the face of this constant assault, inflammation may become a chronic problem, which leads to the greater accumulation of plaque in the arteries. This is what causes events such as myocardial infarction or stroke. People who have chronic inflammation are therefore at greater risk of experiencing a myocardial infarction or stroke compared with individuals who have less inflammation.

The big question to consider, then, is whether using anti-inflammatory drugs will shut down chronic inflammation and alleviate risks. The study sponsored by the NIH will examine how methotrexate reduces cardiovascular events in 7,000 individuals who have a history of myocardial infarction as well as diabetes or metabolic syndrome. The study participants are expected to be those individuals who are at especially high risk because current treatments are failing them. The study sponsored by Novartis is testing the company's own anti-inflammatory antibody canakinumab. Canakinumab is currently marketed under the name Ilaris, and is used to treat patients with Muckle-Wells syndrome. The study plans to conduct testing on 17,000 participants, 3,000 of whom are already enrolled and have stable cardiovascular disease but elevated inflammation levels. Proof of concept research indicated that the drug had promise at treating

inflammation that poses a risk for cardiovascular disease; however, it will require more intensive study to know for sure whether the concept is viable.

The idea that treating inflammation would help lower the risk of cardiovascular disease came from Dr. Ridker [271] who worked on the Physicians' Health Study, which had previously indicated the benefits of daily aspirin therapy in the prevention of myocardial infarction. Ridker discovered that elevated levels of inflammation were linked with three times the risk of myocardial infarction and a two times the risk of stroke. Individuals with the highest levels of CRP, which served as a measure of inflammation, also received the most benefit from daily aspirin therapy.

This finding, and the research that followed, led to the development of a test – invented by Ridker – that would measure CRP and help doctors determine an individual's risk for a myocardial infarction or stroke. Ridker is now working on these new studies. While it is uncertain whether the test will be useful in assessing risk in the new studies, there is at least a consensus among practitioners that inflammation plays an important part in the development and progression of cardiovascular disease. Whether treating inflammation will lead to lowered risk remains to be seen.

The studies have their supporters. One cardiologist for Novartis states that if blocking inflammation successfully reduces the risk for cardiovascular events or stroke, it would change the face of how cardiovascular medicine is practiced. [271]

Initiating new treatments is sometimes difficult in medicine, and it is proving so in the area of cardiovascular medicine, where many practitioners and researchers believe the proven effectiveness of the current treatments has posed a problem for the development of new drugs to treat cardiovascular disease. However, efforts persist in these new treatments.

## Educating patients

Increasing community awareness is one strategy that is showing promise in reducing cardiovascular deaths in women. This strategy helps women understand symptom recognition so they can get needed treatment sooner. Educating women that their symptoms of myocardial infarction and other cardiac events may show up as atypical – differing from the classic symptoms most often found in men – is essential, as this knowledge leads to more women seeking healthcare when experiencing a cardiac event. [272] This knowledge lets women know that they may not experience discomfort or chest pain when having a cardiac episode. [273] The strongest predictor of a missed myocardial infarction in women is young age and the lack of chest pain or discomfort. [274]

Canto et al. [275] performed a meta-analysis of presenting cardiovascular symptoms in women and men to make a determination on whether sex-based differences in presentation were significant enough to warrant public health messages targeted specifically toward women and men. The analysis found that across studies, lack of chest pain or discomfort was more commonly noted in women than in men. However, the studies examined lacked standardized data collection and symptom reporting; therefore, the authors concluded that sex-based differences were not significant enough to prompt changing public health messages.

Although the central message to primary prevention of cardiovascular disease is behavior modification, this message is also beneficial in addressing secondary prevention goals. However, to be effective, these messages must extend beyond standard lifestyle modification. For example, a significant public health benefit may be seen through campaigns that address symptom recognition and timely treatment.

The U.S. Department of Health and Human Services has initiated a public service campaign called "Make the Call. Don't Miss a Beat." [276] The campaign, launched in 2011, works to educate, engage, and empower women to learn the seven most common symptoms of myocardial infarction and encourages them to call 911 as early as possible once the symptoms are identified.

Incorporating professional education within the public service campaign may help with the frustration and poor outcomes that arise when women seek care after self-identification of symptoms. For instance, women were less likely than men to receive many evidence-based therapies, such as reperfusion therapy, or early aspirin and beta-blocker treatment. [277] Women also have a higher cardiac rehabilitation dropout rate and are less likely to be referred for cardiac rehabilitation in the first place. [278]

Helping practitioners to understand the risk factors and symptoms in women and to offer early treatment and effective treatment options is essential. One study suggested that a priority in taking action should focus on improving women's modifiable risk factors for cardiovascular disease.

Further education can happen through partnering with businesses and corporations. This education can happen on several levels, starting with working to modify behavior by offering healthy choices to employees, such as low-sodium and low-fat foods in business cafeterias, stop-smoking programs, or free access to a workout center. Corporate health initiatives that offer yearly check-ups are another way businesses can work to educate women on heart disease.

## Conclusion

Heart disease is one of the leading causes of mortality in women across the world. [1] In the United States, cardiovascular disease [2], specifically coronary heart disease, is the leading cause of death among both men and women. [1, 3] According to the American Heart Association, more than 1.25 million people in the United States suffer a myocardial infarction each year.[271] Death from a cardiac-related event is more common than death from all forms of cancer combined. "Heart disease" is a term that is frequently used interchangeably with the term "cardiovascular disease."

Women experience cardiovascular disease differently from men, in large part due to differences in the size of the heart and blood vessels, but also due to hormonal changes. Women also experience different symptoms and require different treatment than do men. However, the main thrust of prevention and treatment for both men and women is in lifestyle management. This involves making healthy changes to diet and activity level, as well as such things as quitting smoking, controlling body weight, and exercising regularly.

More women than men die from coronary heart disease. [2] Women also have a greater likelihood than do men of experiencing sudden death following their first myocardial infarction. However, cardiovascular disease is still very much considered a man's disease, and historically, medicine has used the man as the standard, even when treating women. [4] Therefore, there is great likelihood that cardiovascular disease is underdiagnosed in women.

Despite the prevalence and seriousness of heart disease in women, very few clinical studies exclusively involve women or work to uncover differences in disease prevalence and treatment in men and women separately. Women, in fact, represent less than 30% of study population in the majority of clinical trials. [1] Historically, medicine has used the man as the standard, even when treating women. [4]

Additional research involving women along with gender-specific analysis is needed. This would include the incorporation of more women into cardiac trials as well as into observational studies, and the use of statistical techniques that enable testing for certain sex interactions and provide information about differences in response to treatment that are sex-specific.

Significant progress has been made in treating cardiovascular disease, in large part due to what many researchers indicate [271] is the combination of proven treatments, including using blood pressure and cholesterol lowering drugs more aggressively, lifestyle changes, and initiatives designed to educate people on the dangers of cardiovascular disease and related risks, such as smoking.

# References

1.  Rollini F, Mieukeu L, Modena MG. Assessing coronary heart disease in women. Maturitas 2009;62:243-47.
2.  Carey SA, Gray J. Women and heart disease: A diagnostic challenge. JNP 2012:458-463.
3.  Coronary heart disease. Available at: http://www.nhlbi.nih.gov/health/health-topics/topics/cad/. Last accessed March 7, 2013.
4.  Xhyheri B, Bugiardini R. Diagnosis and treatment of heart disease: are women different from men? Prog Card Diseases 2012;53:227-36.
5.  Heart disease. Available at: http://www.mayoclinic.com/health/heart-disease/DS01120. Last accessed March 7, 2013.
6.  Stranges S, Guallar E. Cardiovascular disease prevention in women: a rapidly evolving scenario. Nutr Metab Cardiovasc Dis 2012;22:1013-18.
7.  Howard BV, Taskinen MR. CVD in women. Nutr Metab Cardiovasc Dis 2010;20:377-8.
8.  Mosca L, Barrett-Connor E, Wenger NK. Sex/gender differences cardiovascular disease prevention: what a difference a decade makes. Circulation 2011;124:2145-54.
9.  Mosca L, Benjamin EJ, Berra K, Bezanson JL, Dolor RJ, Lloyd-Jones DM, et al. Effectiveness based guidelines for the prevention of cardiovascular disease in women 2011 update: a guideline from the American Heart Association. Circulation 2011;123:1243-62.
10. Mosca L, Grundy SM, Judelson D, King K, Limacher M, Oparil S, et al. Guide to preventive cardiology for women. AHA/ACC scientific statement, consensus panel statement. Circulation 1999;99:2480-4.
11. Mosca L, Appel LJ, Benjamin EJ, Berra K, Chandra-Strobos N, Fabunmi RP, et al. American Heart Association Guidelines: evidence-based guidelines for cardiovascular disease prevention in women. Circulation 2004;109:672-93.
12. Mosca L, Banka CL, Benjamin EJ, Berra K, Bushnell C, Dolor RJ, et al. 2007 update: American Heart Association evidence-based guidelines for cardiovascular disease prevention in women. Circulation 2007;115:1481-501.
13. Bellamy L, Casas JP, Hingorani AD, Williams DJ. Pre-eclampsia and risk of cardiovascular disease and cancer in later life: systematic review and meta-analysis. BMJ 2007;335:974.
14. Roger VL, Go AS, Lloyd-Jones DM, Adams RJ, Berry JD, Brown TM, et al. on behalf of the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Heart disease and stroke statistics 2011 update: a report from the American Heart Association. Circulation 2011;123.
15. Bassuk SS, Manson JE. Physical activity and cardiovascular disease prevention in women: a review of the epidemiologic evidence. Nutr Metab Cardiovasc Dis 2010;20:467-73.
16. Rivellese AA, Riccardi G, Vaccaro O. Cardiovascular risk in women with diabetes. Nutr Metab Cardiovasc Dis 2010;20:474-80.
17. Donahue RP, Dorn JM, Stranges S, Swanson M, Hovey K, Trevisan M. Impaired fasting glucose and recurrent cardiovascular disease among survivors of a first acute myocardial infarction: evidence of a sex difference? The Western New York experience. Nutr Metab Cardiovasc Dis 2011;21:504-11.
18. Wassertheil-Smoller S. Stroke in women. Nutr Metab Cardiovasc Dis 2010;20:419-25.
19. Wann LS, Curtis AB, January CT, Ellenbogen KA, Lowe JE, Estes 3rd NA, et al. 2011 ACCF/ AHA/HRS focused update on the management of patients with atrial fibrillation (updating the 2006 guideline): a report of the American College of Cardiology Foundation/American Heart Association Task Force on Practice Guidelines. Circulation 2010;123:104-23.
20. Ford ES, Capewell S. Proportion of the decline in cardiovascular mortality disease due to prevention versus treatment: public health versus clinical care. Annu Rev Public Health 2011;32:5-22.
21. Zhang Y. Cardiovascular disease in American women. Nutr Metab Cardiovasc Dis 2010;20:386-93.

22.  Lloyd-Jones D, Adams R, Carnethon M, De Simone G, Ferguson TB, Flegal K, et al. Heart disease and stroke statistics - 2009 update: a report from the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Circulation 2009;119:480-6.

23.  Ford ES, Capewell S. Coronary heart disease mortality among young adults in the U.S. from 1980 through 2002: concealed leveling of mortality rates. J Am Coll Cardiol 2007;50:2128-32.

24.  Panico S, Mattiello A. Epidemiology of cardiovascular diseases in women in Europe. Nutr Metab Cardiovasc Dis 2010;20:379-85.

25.  Zhang Y. Cardiovascular disease in American women. Nutr Metab Cardiovasc Dis 2010;20:386-93.

26.  Hu D, Yu D. Epidemiology of cardiovascular disease in Asian women. Nutr Metab Cardiovasc Dis 2010;20:394-404.

27.  Tejero ME. Cardiovascular disease in Latin American women. Nutr Metab Cardiovasc Dis 2010;20:405-11.

28.  Shara NM. Cardiovascular disease in Middle Eastern women. Nutr Metab Cardiovasc Dis 2010;20:412-8.

29.  Laccetti R, Pota A, Stranges S, Falconi C, Memoli B, Bardaro L, et al. Evidence on the prevalence and geographic distribution of major cardiovascular risk factors in Italy. Public Health Nutr 2012;30:1-11.

30.  Lloyd-Jones DM, Hong Y, Labarthe D, Mozaffarian D, Appel LJ, Van Horn L, et al., on behalf of the American Heart Association Strategic Planning Task Force and Statistics Committee. Defining and setting national goals for cardiovascular health promotion and disease reduction: the American Heart Association's Strategic Impact Goal through 2020 and beyond. Circulation 2010;121:586-613.

31.  Ford ES, Li C, Zhao G, Pearson WS, Capewell S. Trends in the prevalence of low risk factor burden for cardiovascular disease among United States adults. Circulation 2009;120:1181-8.

32.  Berger JS, Elliott L, Gallup D, Roe M, Granger CB, Armstrong PW, et al. Sex differences in mortality following acute coronary syndromes. JAMA 2009;302:874-82.

33.  Vaccarino V, Parsons L, Peterson ED, Rogers WJ, Kiefe CI, Canto J. Sex differences in mortality after acute myocardial infarction. Arch Intern Med 2009;169:1767-74.

34.  Healy B. The Yentyl syndrome. N Engl J Med 1991;325:274-6.

35.  Leuzzi C, Modena MG. Coronary artery disease: clinical presentation, diagnosis and prognosis in women. Nutr Metab Cardiovasc Dis 2010;20:426-35.

36.  Collins SD, Ahmad S, Waksman R. Percutaneous revascularization in women with coronary artery disease: we've come so far, yet have so far to go. Nutr Metab Cardiovasc Dis 2010;20:436-44.

37.  Klein L, Grau-Sepulveda MV, Bonow RO, Hernandez AF, Williams MV, Bhatt DL, et al. Quality of care and outcomes in women hospitalized for heart failure. Circ Heart Fail 2011;4:589-98.

38.  Mosca L, Mochari-Greenberger H, Dolor RJ, Newby LK, Robb KJ. Twelve-year follow-up of American women's awareness of cardiovascular disease risk and barriers to heart health. Circ Cardiovasc Qual Outcomes 2010;3:120-7.

39.  Institute of Medicine. Unequal Treatment: Confronting Racial and Ethnic Disparities in Health Care. Washington, DC: National Academies Press; 2002.

40.  Institute of Medicine. Crossing the Quality Chasm: A New Health System for the 21st Century. Washington, DC: National Academy Press; 2001.

41.  Institute of Medicine. Unequal Treatment: Confronting Racial and Ethnic Disparities in Health Care. Washington, DC: National Academy Press; 2003.

42.  Beach MC, Cooper LA, Robinson KA, et al., Johns Hopkins University Evidence-Based Practice Center. Strategies for improving minority health care quality: final report. Rockville, MD: U.S. Agency for Health care Research and Quality; 2004. Report No. 04-E008-02. Contract No. 290-02- 0018.

43.  Gornick ME. Disparities in Medicare services: potential causes, plausible explanations, and recommendations. Health Care Financ Rev. 2000;21:23-43.

44. Coleman-Miller B. A physician's perspective on minority health. Health Care Financ Rev. 2000;21:45-56.

45. Williams DR, Rucker TD. Understanding and addressing racial disparities in health care. Health Care Financ Rev. 2000;21:75-90.

46. Roger VL, Go AS, Lloyd-Jones DM, et al., on behalf of the American Heart Association Statistics Committee and Stroke Statistics Subcommittee. Heart disease and stroke statistics—2011 update: a report from the American Heart Association - published correction appears in Circulation 2011;123:240.

47. Heron M. Deaths: leading causes for 2006. National Center for Health Statistics; 2010.

48. Arias E. United States life tables by Hispanic origin. National Center for Health Statistics; 2010.

49. Betancourt GA Jr, Carrillo JE. Cultural competence in health care: emerging frameworks and practical approaches. The Commonwealth Fund. 2002.

50. Saha S, Beach MC, Cooper LA. Patient centeredness, cultural competence and health care quality. J Natl Med Assoc. 2008;100:1275-85.

51. Davis AM, Vinci LM, Okwuosa TM, Chase AR, Huang ES. Cardiovascular health disparities: a systematic review of health care interventions. Med Care Res Rev. 2007;64 Suppl:29S-100S.

52. Women and cardiovascular disease. Available at: http://www.ucsfhealth.org/education/women_and_ cardiovascular_disease/index.html. Last accessed March 7, 2013.

53. Ricciotti H. Heart disease: differences between men and women. Available at: http://www. bidmc.org/CentersandDepartments/Departments/Medicine/Divisions/CardiovascularMedicine/ YourHeartHealth/TipsforHeartHealth/HeartDiseaseDifferencesBetweenMenandWomen.aspx. Last accessed March 7, 2013.

54. Kucher N, Lipp E, Schwerzmann M, et al. Gender differences in coronary artery size per 100 g of left ventricular mass in a population without cardiac disease. Swiss Med Wkly 2001;131:610-615.

55. Kusnoor AV, Ferguson AD, Falik R. Ischemic heart disease in women. South Med J 2011;104(3):200-4.

56. Schenck-Gustafsson K. Risk factors for cardiovascular disease in women. Maturitas 2009;63:186-90.

57. Yusuf S, Hawken S, Ounpuu S, et al. Effect of potentially modifiable risk factors associated with myocardial infarction in 52 countries (the INTERHEART Study): case control study. Lancet 2004;364:937-52.

58. Ridker P, Buring EJ, Rifai N, et al. Development and validation of improved algorithms for the assessment of global cardiovascular risk in women. JAMA 2007;297(6):6.

59. Garcia MJ, McNamara PM, Gordon T, et al. Morbidity and mortality in the Framingham population, sixteen years follow up. Diabetes 1974;23:105-11.

60. Johnson HL, Seibert DC. Dispelling the myths of heart disease for women. JNP 2011;7(5):392-98.

61. Hu FB, Stampfer MJ, Solomon CG, et al. The impact of diabetes mellitus on mortality from all causes and coronary heart disease in women: 20 years of follow up. Arch Intern Med 2001;161:1717.

62. Norhammar A, Stenestrand U, Linbäck J, et al., on behalf of the register of information and knowledge about Swedish Heart Intensive Care Admission (RIKS-HIA). Heart 2008;94:1565-70.

63. Doll R, Peto R, Boreham J, et al. Mortality in relation to smoking: 50 year's observations on male British doctors. BMJ 2004;328:1591-627.

64. Petersen S, Peto V. Smoking statistics. London: British Heart Foundation;2004.

65. Sarna L, Bialous SA, Jun HJ, Wewers ME, Cooley ME, Feskanich D. Smoking trends in the Nurses' Health Study (1976–2003). Nurs Res 2008;57(6):374-82.

66. Gunzerath L, Faden V, Zakhari S, et al. National Institute on alcohol abuse and alcoholism report on moderate drinking. Alcohol Clin Exp Res 2004;28(6):829-47.

67.  Fagrell B. The benefit of moderate alcohol consumption once again questioned by the Swedish National Institute of Public Health. Läkartidningen 2006;103(44):3385-6.

68.  Jacobs DR, Mebane IL, Bangdiwala SI, et al. High density lipoprotein cholesterol as a predictor of cardiovascular disease mortality in men and women: the follow up study of the lipid research clinics prevalence study. Am J Epidemiol 1990;131:132.

69.  Legato MJ. Dyslipidemia, gender, and the role of high density lipoprotein cholesterol: implications for therapy. Am J Cardiol 2000;86(12A): 15L.

70.  Prospective Studies Collaborations. Age specific relevance of usual blood pressure to vascular mortality: a meta analysis of individual data for one million adults in 61 prospective studies. Lancet 2002;360:1903-13.

71.  Van der Giezen AM, Schopman-Geurts van Kessel JG, Schouten EG, et al. Systolic blood pressure and cardiovascular mortality among 13,740 Dutch women. PreMed 1990;19:456.

72.  World Health Organization. The World Health Report 2002. Reducing risks, promoting healthy life. World Health Organization: Geneva.

73.  Blair SN, Kohl HW, Paffenbarger RS, et al. Physical fitness and all cause mortality: a prospective study of healthy men and women. JAMA 1989;262:2395.

74.  Bush TL, Fried LP, Barrett-Connor E. Cholesterol, lipoproteins and coronary heart disease in women. Clin Chem 1988;34:B60.

75.  Knoops KT, de Groot LC, Kromhout D, et al. Mediterranean diet, lifestyle factors, and 10-year mortality in elderly European men and women: the HALE project. JAMA 2004;292:1433-9.

76.  De Lorgeril M, Renaud S, Mamelle N, et al. Mediterranean alpha-linolenic acid-rich diet in secondary prevention of coronary heart disease. Lancet 1994;343:1454-9.

77.  Singh RB, Dubnov G, Niaz MA, et al. Effect of an Indo-Mediterranean diet on progression of coronary artery disease in high risk patients (Indo-Mediterranean Diet Heart Study): a randomized single blind trial. Lancet 2002;360:1455-61.

78.  Howard BV, Van Horn L, Hsia J, et al. Low-fat dietary pattern and risk of cardiovascular disease: the Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:655-66.

79.  Orth-Gomér K, Wamala SP, Horsten M, et al. Marital stress worsens prognosis in women with coronary heart disease: The Stockholm Female Coronary Risk Study Circulation. JAMA 2000;284(23):3008-14.

80.  Rosengren A, Hawken S, Ounpuu S, et al. Association of psychosocial risk factors with risk of acute myocardial infarction in 11119 cases and 13648 controls from 52 countries (the INTERHEART study): case-control study. Lancet 2004;364:953-62.

81.  Naqvi TZ, Naqvi SSA, BaireyMerz N. Gender differences in the link between depression and cardiovascular disease. Psychosomatic Med 2005;67(Suppl.1):S15-28.

82.  Lindwall-Sundel K, Andersson A, Eriksson I, et al. High frequency of anxiety and angina pectoris in depressed women with coronary heart disease. J Gender Med 2007;4(2):146-56.

83.  Meisinger C, Heier M, Lowel H, Schneider A, Doring A. Sleep duration, sleep complaints and risk of myocardial infarction in middle-aged men and women from the general population. The MONICA/KORA Augsburg Cohort Study. Sleep 2007;30:1121-7.

84.  Cappuccio FP, Stranges S, Kandala NB, Miller MA, Taggart FM, Kumari M, et al. Gender-specific associations of short sleep duration with prevalent and incident hypertension: the Whitehall II Study. Hypertension 2007;50:694-701.

85.  Stang A, Moebus S, Mohlenkamp S, Erbel R, Jockel KH, Heinz Nixdorf Recall Study Investigative Group. Gender-specific associations of short sleep duration with prevalent hypertension. Hypertension 2008;51:15-6.

86. Stranges S, Dorn JM, Cappuccio FP, Donahue RP, Rafalson LB, Hovey KM, et al. A population-based study of short sleep duration and hypertension: the strongest association may be in premenopausal women. J Hypertens 2010;28:896-902.

87. Wright CE, O'Donnell K, Brydon L, et al. Family history of cardiovascular disease is associated with cardiovascular responses to stress in healthy young men and women. Int J Psychophys 2007;63:275-82.

88. Shaw LJ, BaireyMerz CN, Pepine CJ, et al. Insights From the NHLBI-Sponsored Women's Ischemia Syndrome Evaluation (WISE) Study: Part I: gender differences in traditional and novel risk factors, symptom evaluation, and gender-optimized diagnostic strategies. J Am Coll Cardiol 2006;47(Suppl.1):S4-20.

89. Rossi R, Chiurlia E, Modena MG, et al. Flow-mediated vasodilation and the risk of developing hypertension in postmenopausal women. J Am Coll Cardiol 2004;44(8):1636-40.90.

90. Rossi R, Nuzzo A, Modena MG. Endothelial-dependent vasodilation and incidence of type 2 diabetes in a population of healthy postmenopausal women. Diabetes Care 2005;28:702-7.

91. Modena MG, Coppi F, Rossi R, et al. Prognostic role of reversible endothelial dysfunction in hypertensive postmenopausal women. J Am Coll Cardiol 2002;40(3):505-10.

92. Vaccarino V, Krumholz HM, Berkman LF, et al. Sex differences in mortality after myocardial infarction. Is there evidence for an increased risk for women? 1995;91:1861-71.

93. Albert MA, Glynn NJ, Buring J, et al. C-reactive protein levels among women of various ethnic groups living in the United States (from the Women's Health Study). Am J Cardiol 2004;93:1238- 42.

94. Pearson TA, Mensah GA, Alexander RW, et al. Markers of inflammation and cardiovascular disease: application to clinical and public health practice: a statement for health care professionals from the Centers for Disease Control and Prevention and the American Heart Association. Circulation 2003;107:499-511.

95. American Autoimmune Related Diseased Association. Autoimmune disease in women: the facts. Available at: http://www.aarda.org. Last accessed March 7, 2013.

96. New genetic risk factors for heart disease 2011. Available at: http://www.en.globaltalentnews.com/ current_news/news/5363/New-genetic-risk-factors-for-heart-disease.html. Last accessed March 7, 2013.

97. Heart disease risk is largely genetic. 2008. Available at: http://www.telegraph.co.uk/news/1545329/ Heart-disease-risk-is-largely-genetic.html. Last accessed March 7, 2013.

98. O'Toole TE, Conklin DJ, Bhatnagar A. Environmental risk factors for heart disease. Rev Environ Health 2008;23(3):167-202.

99. Kannel WB. The Framingham Study: historical insight on the impact of cardiovascular risk factors in men versus women. J Gend Specif Med 2002;5:27-37.

100. Hidden heart attack symptoms in women. Available at: http://www.realage.com/womens-health/ hidden-heart-attack-signs-in-women. Last accessed March 7, 2013.

101. What is coronary heart disease? Available at: http://www.nhlbi.nih.gov/health/health-topics/topics/ cad/. Last accessed March 7, 2013.

102. Hypertensive heart disease. Available at: http://www.umm.edu/ency/article/000163.htm. Last accessed March 7, 2013.

103. What is cardiomyopathy? Available at: http://www.nhlbi.nih.gov/health/health-topics/topics/cm/. Last accessed March 7, 2013.

104. What is heart valve disease? Available at: http://www.nhlbi.nih.gov/health/health-topics/topics/hvd/. Last accessed March 7, 2013.

105. Heart disease tests and diagnosis. Available at: http://www.mayoclinic.com/health/heart-disease/ DS01120/DSECTION=tests-and-diagnosis. Last accessed March 7, 2013.

106. Douglas PS. Is non-invasive testing for coronary artery disease accurate? Circulation997;95:299-302.

107. Merz NB, Johnson BD, Kelsey PSF. Diagnostic, prognostic, and cost assessment of coronary artery disease in women. Am J Manag Care 2001;7:959-65.

108. Detrano R, Froelicher VF. Exercise testing: uses and limitations considering recent studies. Prog Cardiovasc Dis 1988;31:173-204.

109. Lewis JF, McGorray SP, Pepine CJ. Assessment of women with suspected myocardial ischemia: review of findings of the Women's Ischemia Syndrome Evaluation (WISE) Study. Curr Womens Health Rep 2002;2:110-14.

110. Mieres JH, Shaw LJ, Arai A, et al., for the Cardiovascular Imaging Committee: American Heart Association—Cardiac Imaging Committee Consensus Statement: the role of cardiac imaging in the clinical evaluation of women with known or suspected coronary artery disease. 2005;111:682-96.

111. Palinkas A, Toth E, Amyot R, et al. The value of ECG and echocardiography during stress testing for identifying systemic endothelial dysfunction and epicardial artery stenosis. Eur Heart J 2002;23:1587-95.

112. Rautaharju PM, Zhou SH, Wong S, et al. Sex differences in the evolution of the electrocardiographic QT interval with age. Can J Cardiol 1992;8:690-95.

113. Picano E. Stress echocardiography: a historical perspective. Am J Med 2003;114:126-30.

114. Egashira K, Inou T, Hirooka Y, et al. Evidence of impaired endothelium-dependent coronary vasodilatation in patients with angina pectoris and normal coronary angiograms. N Engl J Med 1993;328:1659-64.

115. Doyle M, Fuisz A, Kortright E, et al. The impact of myocardial flow reserve on the detection of coronary artery disease by perfusion imaging methods: an NHLBI WISE study. J Cardiovasc Magn Reson 2003;5:475-85.

116. Hachamovitch R, Berman DS, Kiat H, et al. Value of stress myocardial perfusion single photon emission computed tomography in patients with normal resting electrocardiograms: an evaluation of incremental prognostic value and cost-effectiveness. 2002;105:823-29.

117. Wieneke H, Zander C, Eising EG, et al. Non-invasive characterization of cardiac microvascular disease by nuclear medicine using single-photon emission tomography. Herz 1999;24:515-21.

118. Bartel T, Yang Y, Muller S, et al. Non-invasive assessment of microvascular function in arterial hypertension by transthoracic Doppler harmonic echocardiography. J Am Coll Cardiol 2002;39:2012-18.

119. Shaw, LJ. Gender differences, symptom evaluation, and diagnostic strategies. J Am Coll Cardiol 2006;47:4S-20S.

120. Mieres JH, Shaw LJ, Hendel RC, et al. American Society of Nuclear Cardiology: task force on women and coronary artery disease. J Nucl Cardiol 2003;10:95-101.

121. Taillefer R, DePuey EG, Udelson JE, et al. Comparative diagnostic accuracy of Tl-201 and Tc-99m sestamibi SPECT imaging (perfusion and ECG gated SPECT) in detecting coronary artery disease in women. J Am Coll Cardiol 1997;29:69-77.

122. Panting JR, Gatehouse PD, Yang GZ, et al. Abnormal subendocardial perfusion incardiac syndrome X detected by cardiovascular magnetic resonance imaging. N Engl J Med 2002;346:1948-53.

123. Nagel E, Lehmkuhl HB, Bocksch W, et al. Non invasive diagnosis of ischemia induced wall motion abnormalities with the use of high dose dobutamine stress MRI: comparison with dobutamine stress echocardiography. Circulation 1999;99:763-70.

124. Leuzzi C, Modena MG. Coronary artery disease: clinical presentation, diagnosis and prognosis in women. Nutr Metab Cardiovasc 2010;20:426-35.

125. Greenland P, Bonow RO, Brundage BH, et al. ACCF/AHA 2007 clinical expert consensus document on coronary artery calcium scoring by computed tomography in global cardiovascular risk assessment and in evaluation of patients with chest pain: a report of the American College of Cardiology Foundation Clinical Expert Consensus Task Force (ACCF/AHA Writing Committee to Update the 2000

Expert Consensus Document on Electron Beam Computed Tomography). J Am Coll Cardiol 2007;49:378-402.

126. Budoff MJ, Achenbach S, Blumenthal RS, et al. Assessment of coronary artery disease by cardiac computed tomography: a scientific statement from the American Heart Association Committee on cardiovascular imaging and intervention, Council on cardiovascular Radiology and intervention, and Committee on cardiac imaging, Council on clinical Cardiology. Circulation 2006;114:1761-91.

127. Haberl R, Becker A, Leber A, et al. Correlation of coronary calcification and angiographically documented stenoses in patients with suspected coronary artery disease: results of 1,764 patients. J Am Coll Cardiol 2001;37:451-57.

128. Bellasi A, Lacey C, Taylor A, RaggiP, Wilson PWF, Budoff MJ, et al. Comparison of prognostic usefulness of coronary artery calcium in men versus women (results from a meta and pooled analysis estimating all-cause mortality and coronary heart disease death or myocardial infarction). Am J Cardiol 2007;100:409-14.

129. Chang SM, Nabi F, Xu J, Peterson LE, Achari A, Pratt CM, et al. The coronary artery calcium score and stress myocardial perfusion imaging provide independent and complementary prediction of cardiac risk. J Am Coll Cardiol 2009;54(20): 1872-82.

130. Meijboom WB, Mollet NR, Van Mieghem CA, Weustink AC, Pugliese F, van Pelt N, et al. 64-slice CT coronary angiography in patients with non-ST elevation acute coronary syndrome. Heart 2007;93:1386-92.

131. Meijboom WB, Weustink AC, Pugliese F, van Mieghem CA, Mollet NR, van Pelt N, et al. Comparison of diagnostic accuracy of 64-slice computed tomography coronary angiography in women versus men with angina pectoris. Am J Cardiol 2007;100:1532-7.

132. Gan SC, Beaver SK, Houck PM, et al: Treatment of acute myocardial infarction and 30-day mortality among women and men. N Engl J Med 2000;343:8-15.

133. Payne J, Neutel I, Cho R, et al. Factors associated with women's medication use BMC. Women's Health 2004;4(Suppl 1):S29.

134. Cotreau MM, Von Moltke LL, Greenblatt DJ. The influence of age and sex on the clearance of cytochrome P450 3A substrates. Clin Pharmacokinet 2005;44:33-60.

135. Kashuba AD, Nafziger AN. Physiological changes during the menstrual cycle and their effects on the pharmacokinetics and pharmacodynamics of drugs. Clin Pharmacokinet 1998;34:203-18.

136. Legato M. Gender and the heart: sex-specific differences in normal anatomy and physiology. J Gend Specif Med 2000;3:15-18.

137. Drici MD, Clement N. Is gender a risk factor for adverse drug reactions? The example of drug-induced long QT syndrome. Drug Safe 2001;24:575-85.

138. Makkar RR, Fromm BS, Steinman RT, et al. Female gender as a risk factor for torsades de pointes associated with cardiovascular drugs. JAMA 1993;270:2590-97.

139. Melloni C, Berger JS, Tracy Y, et al. Representation of women in randomized clinical trials of cardiovascular disease prevention. Circ Cardiovasc Qual Outcomes 2010;3:135-142.

140. Harris DJ, Douglas PS. Enrollment of women in cardiovascular clinical trials funded by the National Heart, Lung, and Blood Institute. N Engl J Med 2000;343:475-80.

141. Hayden M, Pignone M, Phillips C, et al. Aspirin for the primary prevention of cardiovascular events: a summary of the evidence for the U.S. preventive services task force. Ann Intern Med 2002;136:161-72.

142. Berger JS, Roncaglioni MC, Avanzini F, et al. Aspirin for the primary prevention in women and men: a sex-specific meta-analysis of randomized controlled trials. JAMA 2006;295:306-13.

143. Mosca L, Banka CL, Benjamin EJ, et al. Evidence-based guidelines for cardiovascular disease prevention in women: 2007 update. Circulation 2007;115:1481-1501.

144. LaRosa JC, He J, Vupputuri S. Effect of statins on risk of coronary disease: a meta-analysis of randomized controlled trials. JAMA 1999;282:2340-46.

145. First International Study of Infarct Survival Collaborative Group. Randomised trial of intravenous atenolol among 16,027 cases of suspected acute myocardial infarction: ISIS-1. Lancet 1986;2:57-66.

146. Klein W, Buchwald A, Hillis SE, et al., for the FRIC Study Group. Comparison of low molecular weight heparin with unfractionated heparin acutely and with placebo for 6 weeks in the management of unstable coronary artery disease: the Fragmin in Unstable Coronary Artery Disease Study (FRIC). Circulation 1997;95:61-8.

147. Fragmin during Instability in Coronary Artery Disease (FRISC study group). Low molecular weight heparin during instability in coronary artery disease. Lancet 1996;347:561-68.

148. Shekelle PG, Rich MW, Morton SC, et al. Efficacy of angiotensin converting enzyme inhibitors and beta-blockers in the management of left ventricular systolic dysfunction according to race, gender, and diabetic status: a meta-analysis of major clinical trials. J AmColl Cardiol 2003;41:1529-38.

149. Tipnis SR, Hooper NM, Hyde R, et al. A human homolog of angiotensin-converting enzyme. Cloning and functional expression as a captopril-insensitive carboxypeptidase. J Biol Chem 2000;275:33238-43.

150. Schwartz JB. The influence of sex on pharmacokinetics. Clin Pharmacokinet 2003;42:107-21.

151. Jochmann N, Stangl K, Garbe E, et al. Female-specific aspects in the pharmacotherapy of chronic cardiovascular diseases. European Heart Journal 2005;26:1585-95.

152. Dorsch MP, Lee JS, Lynch DR, et al. Aspirin resistance in patients with stable coronary artery disease with and without a history of myocardial infarction. Ann Pharmacother 2007;41:737-41.

153. Halusha MK, Walker LP, Halushka PV. Genetic variation in cyclooxygenase 1: effects on response to aspirin. Clin Pharmacol Ther 2003;73:122-30.

154. Maree AO, Curtin RJ, Chubb A, et al. Cyclooxygenase-1 haplotype modulates platelet response to aspirin. J Thromb Haemost 2005;3:2340-45.

155. Zhu MM, Weddon J, Clark LT. Meta-analysis of the association of platelet glycoprotein IIIa PlA1/ A2 polymorphism with myocardial infarction. Am J Cardiol 2000;86:1000-5.

156. Feng D, Lindpaintner K, Larson MG, et al. Increased platelet aggregability associated with platelet GPIIIa PlA2 polymorphism: the Framingham Offspring Study. Arterioscler Thromb Vasc Biol 1999;19:1142-47.

157. Grundy SM. Should women be offered cholesterol lowering drugs to prevent cardiovascular disease? Yes. BMJ 2007;334:982.

158. Shepherd J, Cobbe SM, Ford I, et al. Prevention of coronary heart disease with pravastatin in men with hypercholesterolemia. N Engl J Med 1995;333:1301-07.

159. Downs JR, Clearfield M, Weis S, et al. Primary prevention of acute coronary events with lovastatin in men and women with average cholesterol levels: results of AFCAPS/TexCAPS. JAMA 1998;279:1615-22.

160. Scandinavian Simvastatin Survival Study Group (4S). Randomized trial of cholesterol lowering in 4444 patients with coronary heart disease. Lancet 1994;344:1383-89.

161. Lewis SJ, Sacks FM, Mitchell JS, et al. Effect of pravastatin on cardiovascular events in women after myocardial infarction: the cholesterol and recurrent events (CARE) trial. J Am Coll Cardiol 1998;32:140-46.

162. Long-term Intervention With Pravastatin in Ischaemic Disease (LIPID) Study Group. Prevention of cardiovascular events and death with pravastatin in patients with coronary heart disease and a broad range of initial cholesterol levels. N Engl J Med 1998;339:1349-57.

163. FDA expands advice on statin risks 2011. Available at: http://www.fda.gov/ForConsumers/ ConsumerUpdates/ucm293330.htm. Last accessed March 7, 2013.

164. Beta blockers. Available from: http://www.mayoclinic.com/health/beta-blockers/HI00059/NSECTIONGROUP=2. Last accessed March 7, 2013.

165. ACE inhibitors: management tips and common side effects. Available from: http://www.abouthf.org/module3/ace_inhibitor_side_effects.htm. Last accessed March 7, 2013.

166. Clopidogrel. Available from: http://www.mayoclinic.com/health/drug-information/DR600469/DSECTION=side-effects. Last accessed March 7, 2013.

167. Heart disease treatments and drugs. Available from: http://www.mayoclinic.com/health/heart-disease/DS01120/DSECTION=treatments-and-drugs. Last accessed March 7, 2013.

168. Executive summary of the third report of the National Cholesterol Education Program (NCEP) expert panel on detection, evaluation, and treatment of high blood cholesterol in adults (adult treatment panel III). JAMA 2001;285:2486-97.

169. Willett WC. Diet and coronary heart disease. In: Willett WC, ed. Nutritional epidemiology. 2nd ed. New York: Oxford University Press; 1998: 414-66.

170. Lichtenstein AH, Appel LJ, Brands M, Carnethon M, et al. Diet and lifestyle recommendations revision 2006 a scientific statement from the American Heart Association Nutrition Committee. Circulation 2006;114:82-96.

171. U.S. Department of Health and Human Services. Physical Activity and Health: A Report of the Surgeon General. Atlanta, GA: US Dept of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion; 1996.

172. Haskell WL, Lee IM, Pate RR, Powell KE, et al. Physical activity and public health: updated recommendation for adults from the American College of Sports Medicine and the American Heart Association. Circulation 2007;116:1081-93.

173. Mosca L, Banka CL, Benjamin EJ, Berra K, Bushnell C, Dolor RJ, et al. Evidence-based guidelines for cardiovascular disease prevention in women: 2007 update. Circulation 2007; 115:1481-501.

174. Barnes PM. Physical activity among adults: United States, 2000 and 2005. Available from: http://www.cdc.gov/nchs/products/pubs/pubd/hestats/physicalactivity/physicalactivity.htm.          Last accessed ?

175. Bassuk SS, Manson JE. Lifestyle and risk of cardiovascular disease and type 2 diabetes in women: a review of the epidemiologic evidence. Am J Lifestyle Med 2008;2:191-213.

176. Manson JE, Greenland P, LaCroix AZ, et al. Walking compared with vigorous exercise for the prevention of cardiovascular events in women. N Engl J Med 2002;347:716-25.

177. Manson JE, Hu FB, Rich-Edwards JW, et al. A prospective study of walking as compared with vigorous exercise in the prevention of coronary heart disease in women. N Engl J Med 1999;341:650-8.

178. Lee IM, Rexrode KM, Cook NR, et al. Physical activity and coronary heart disease in women: is "no pain, no gain" passe? JAMA 2001;285:1447-54.

179. Sesso HD, Paffenbarger RS, Ha T, Lee IM. Physical activity and cardiovascular disease risk in middle-aged and older women. Am J Epidemiol 1999;150:408-16.

180. Gregg EW, Cauley JA, Stone K, et al. Relationship of changes in physical activity and mortality among older women. JAMA 2003;289:2379-86.

181. Petrella RJ, Lattanzio CN, Demeray A, et al. Can adoption of regular exercise later in life prevent metabolic risk for cardiovascular disease? Diabetes Care 2005;28:694-701.

182. Jakicic JM, Wing RR, Butler BA, Robertson RJ. Prescribing exercise in multiple short bouts versus one continuous bout: effects on adherence, cardiorespiratory fitness, and weight loss in overweight women. Int J Obes Relat Metab Disord 1995;19:893-901.

183. Murphy M, Nevill A, Neville C, et al. Accumulating brisk walking for fitness, cardiovascular risk, and psychological health. Med Sci Sports Exerc 2002;34:1468-74.

184. Murphy MH, Blair SN, Murtagh EM. Accumulated versus continuous exercise for health benefit: a review of empirical studies. Sports Med 2009;39:29-43.

185. Tanasescu M, Leitzmann MF, Rimm EB, et al. Exercise type and intensity in relation to coronary heart disease in men. JAMA 2002;288:1994-2000.

186. Williams MA, Haskell WL, Ades PA, et al. Resistance exercise in individuals with and without cardiovascular disease: 2007 update. A scientific statement from the American Heart Association Council on Clinical Cardiology and Council on Nutrition, Physical Activity, and Metabolism. Circulation 2007;116:572-84.

187. Willett WC, Manson JE, Stampfer MJ, et al. Weight, weight change, and coronary heart disease in women. Risk within the 'normal' weight range. JAMA 1995;273:461-5.

188. Stevens J, Cai J, Evenson KR, Thomas R. Fitness and fatness as predictors of mortality from all causes and from cardiovascular disease in men and women in the Lipid Research Clinics study. Am J Epidemiol 2002;156:832-41.

189. Vatten LJ, Nilsen TI, Romundstad PR, et al. Adiposity and physical activity as predictors of cardiovascular mortality. Eur J Cardiovasc Prev Rehabil 2006;13:909-15.

190. Weinstein AR, Sesso HD, Lee IM, et al. The joint effects of physical activity and body mass index on coronary heart disease risk in women. Arch Intern Med 2008;168:884-90.

191. Bassuk SS, Manson JE. Epidemiological evidence for the role of physical activity in reducing risk of type 2 diabetes and cardiovascular disease. J Appl Physiol 2005;99:1193-204.

192. Mora S, Cook N, Buring JE, et al. Physical activity and reduced risk of cardiovascular events: potential mediating mechanisms. Circulation 2007;116:2110-8.

193. Eilat-Adar S, Goldbourt U. Nutritional recommendations for preventing coronary heart disease in women: evidence concerning whole foods and supplements. Nutr Metab Cardiovasc Dis 2010;20:459-66.

194. Joint WHO/FAO Expert Consultation. Diet, nutrition and the prevention of chronic diseases. Available from: http://www.who.int/ hpr/NPH/docs/who_fao_expert_report.pdf. Last accessed ?

195. Trichopoulou A, Kouris-Blazos A, Wahlqvist ML, et al. Diet and overall survival in elderly people. BMJ 1995;311:1457-60.

196. Retelny VS, Neuendorf A, Roth JL. Nutrition protocols for the prevention of cardiovascular disease. Nutr Clin Pract 2008;23:468-76.

197. Kelly SA, Summerbell CD, Brynes A, et al. Wholegrain cereals for coronary heart disease. Cochrane Database Syst Rev 2007;18:CD005051.

198. Dauchet L, Amouyel P, Hercberg S, Dallongeville J. Fruit and vegetable consumption and risk of coronary heart disease: a meta-analysis of cohort studies. J Nutr 2006;136:2588-93.

199. Howard BV, Van Horn L, Hsia J, et al. Low-fat dietary pattern and risk of cardiovascular disease: the Women's Health Initiative Randomized Controlled Dietary Modification Trial. JAMA 2006;295:655-66.

200. Mozaffarian D, Rimm EB. Fish intake, contaminants, and human health: evaluating the risks and the benefits. JAMA 2006;296:1885-99.

201. Harris WS, Kris-Etherton PM, Harris KA. Intakes of long-chain omega-3 fatty acid associated with reduced risk for death from coronary heart disease in healthy adults. Curr Atheroscler Rep 2008;10:503-9.

202. Goldbourt U, Eilat Adar S. Omega-3 and CHD Risk. Harrison's Principles of Internal Medicine, 17e;2008.

203. Food labeling: health claims: soy protein and coronary heart disease. Food and Drug Administration, HHS: final rule: soy protein and coronary heart disease. Fed Regist 1999;64:57700-33.

204. Sacks FM, Lichtenstein A, Van Horn L, et al. American Heart Association Nutrition Committee. Soy protein, isofl avones, and cardiovascular health: an American Heart Association Science Advisory for professionals from the Nutrition Committee. Circulation2006;113:1034-44.

205. Katan MB, Grundy SM, Jones P, et al. Efficacy and safety of plant stanols and sterols in the management of blood cholesterol levels. Mayo Clin Proc 2003;78:965-78.

206. Patch CS, Tapsell LC, Williams PG, Gordon M. Plant sterols as dietary adjuvants in the reduction of cardiovascular risk: theory and evidence. Vasc Health Risk Manag 2006;2:157-62.

207. Noakes M, Clifton P, Ntanios F, et al. An increase in dietary carotenoids when consuming plant sterols or stanols is effective in maintaining plasma carotenoid concentrations. Am J Clin Nutr 2002;75:79-86.

208. Bjelakovic G, Nikolova D, Gluud LL, et al. Antioxidant supplements for prevention of mortality in healthy participants and patients with various diseases. Cochrane Database Syst Rev 2008 (2):CD007176.

209. Autier P, Gandini S. Vitamin D supplementation and total mortality: a meta-analysis of randomized controlled trials. Arch Intern Med 2007;167:1730-7.

210. Kark JD, Selhub J, Adler B, et al. Nonfasting plasma total homocysteinelevel and mortality in middle-aged and elderly men and women in Jerusalem. Ann Intern Med 1999;131:321-30.

211. Gilmore A, Pomerleau J, McKee M, et al. Prevalence of smoking in 8 countries of the former Soviet Union: results from the living conditions, lifestyles and health study. Am J Public Health 2004;94:2177-87.

212. U.S. Centers for Disease Control and Prevention. Global youth tobacco survey. Available from: http://www.cdc.gov/tobacco/global/gyts/datasets/policy.htm. Last accessed March 7, 2013.

213. Zang EA, Wynder EL. Differences in lung cancer risk between men and women: examination of the evidence. J Natl Cancer Inst1996;88: 183-92.

214. Huxley R, Jamrozik K, Lam TH, et al, on behalf of the Asia Pacific Cohort Studies Collaboration. Impact of smoking and smoking cessation on lung cancer mortality in the Asia-Pacific region. Am J Epidemiol 2007; 165: 1280-86.

215. Prescott E, Hippe M, Schnohr P, Hein HO, Vestbo J. Smoking and risk of myocardial infarction in women and men: longitudinal population study. BMJ 1998; 316: 1043-47.

216. Asia Pacifi c Cohort Studies Collaboration. Smoking, quitting, and the risk of cardiovascular disease among women and men in the Asia-Pacifi c region. Int J Epidemiol 2005; 34: 1036-45.

217. Huxley RR, Woodward M. Cigarette smoking as a risk factor for coronary heart disease in women compared with men: A systematic review and meta-analysis of prospective cohort studies. Lancet 2011; 378: 1297-305.

218. Movva R, Figueredo VM. Alcohol and the heart: to abstain or not to abstain? Int J Cardiol 2012, doi:10.1016/j.ijcard2012.01.030.

219. Rehm J, Mathers C, Popova S, et al. Global burden of disease and injury and economic cost attributable to alcohol use and alcohol-use disorders. Lancet 2009;373(9682):2223-33.

220. Hasin DS, Stinson FS, Ogburn E, Grant BF. Prevalence, correlates, disability, and comorbidity of DSM-IV alcohol abuse and dependence in the United States: results from the National Epidemiologic Survey on Alcohol and Related Conditions. Arch Gen Psychiatry 2007;64(7):830-42.

221. Alcohol-attributable deaths and years of potential life lost—United States, 2001.MMWR Morb Mortal Wkly Rep 2004;53(37):866-70.

222. Stampfer MJ, Colditz GA, Willett WC, et al. A prospective study of moderate alcohol consumption and the risk of coronary disease and stroke in women. N Engl J Med 1988;319(5):267-73.

223. Inoue M, Nagata C, Tsuji I, et al. Impact of alcohol intake on total mortality and mortality from major causes in Japan: a pooled analysis of six large-scale cohort studies. J Epidemiol Community Health 2010, doi:10.1136/jech.2010.121830.

224. Djousse L, Lee IM, Buring JE, Gaziano JM. Alcohol consumption and risk of cardiovascular disease and death in women: potential mediating mechanisms. Circulation 2009;120(3):237-44.

225. Ikehara S, Iso H, Toyoshima H, et al. Alcohol consumption and mortality from stroke and coronary heart disease among Japanese men and women: the Japan collaborative cohort study. Stroke 2008;39(11):2936-42.

226. Freiberg MS, Chang YF, Kraemer KL, Robinson JG, Adams-Campbell LL, Kuller LL. Alcohol consumption, hypertension, and total mortality among women. Am J Hypertens 2009;22(11):1212-8.

227. Rajpathak SN, Freiberg MS, Wang C, et al. Alcohol consumption and the risk of coronary heart disease in postmenopausal women with diabetes: Women's Health Initiative Observational Study. Eur J Nutr 2010;49(4):211-8.

228. Janszky I, Ljung R, Ahnve S, et al. Alcohol and long-term prognosis after a first acute myocardial infarction: the SHEEP study. Eur Heart J 2008;29(1):45-53.

229. Brugger-Andersen T, Ponitz V, Snapinn S, Dickstein K. Moderate alcohol consumption is associated with reduced long-term cardiovascular risk in patients following a complicated acute myocardial infarction. Int J Cardiol 2009;133(2):229-32.

230. Roerecke M, Rehm J. Irregular heavy drinking occasions and risk of ischemic heart disease: a systematic review and meta-analysis. Am J Epidemiol 2010;171(6):633-44.

231. Naimi TS, Brown DW, Brewer RD, et al. Cardiovascular risk factors and confounders among nondrinking and moderate-drinking U.S. adults. Am J Prev Med 2005;28(4):369-73.

232. Perissinotto E, Buja A, Maggi S, et al. Alcohol consumption and cardiovascular risk factors in older lifelong wine drinkers: the Italian Longitudinal Study on Aging. Nutr Metab Cardiovasc Dis 2010;20(9):647-55.

233. Cleophas TJ. Wine, beer and spirits and the risk of myocardial infarction: a systematic review. Biomed Pharmacother 1999;53(9):417-23.

234. Rimm EB, Klatsky A, Grobbee D, Stampfer MJ. Review of moderate alcohol consumption and reduced risk of coronary heart disease: is the effect due to beer, wine, or spirits. BMJ 1996;312(7033):731-6.

235. Cheng Y, Kawachi I, Coakley EH, et al. Association between psychosocial work characteristics and health functioning in American women: prospective study. BMJ 2000;320:1432-6.

236. Carson AP, Rose KM, Catellier DJ, et al. Employment status, coronary heart disease, and stroke among women. J Epidemiol 2009;19:630-36.

237. Orth-Gomer K, Wamala SP, Horsten M, et al. Marital stress worsens prognosis in women with coronary heart disease: the Stockholm Female Coronary Risk Study. JAMA 2000;284:3008-14.

238. Electrocardiogram. Available from: http://www.nlm.nih.gov/medlineplus/ency/article/003868.htm. Last accessed March 7, 2013.

239. What is stress testing? Available from: http://www.nhlbi.nih.gov/health/health-topics/topics/stress/. Last accessed March 7, 2013.

240. What is cardiac catheterization? Available from: http://www.nhlbi.nih.gov/health/health-topics/topics/cath/. Last accessed March 7, 2013.

241. Heart disease. Available from: http://www.livestrong.com/heart-disease/. Last accessed March 7, 2013.

242. Lusis, A J, Pajukanta, P. A treasure trove for lipoprotein biology. Nature Genetics 2008; 40:129-130. doi:10.1038/ng0208-129.

243. Hegele, RA. Plasma lipoproteins: Genetic influences and clinical implications. Nature Reviews Genetics 2009;10:109-121.

244. Grundy, SM. Cholesterol and atherosclerosis: Diagnosis and treatment. Philadelphia, PA: J. B. Lippincott Company.

245. Imes CC, Austin MA. Low-density lipoprotein cholesterol, aoplipoprotein b, and risk of coronary heart disease: from familial hyperlipidemia to genomics. Biol Res Nurs 2012;0:1-17.

246. Dokken BB. The pathophysiology of cardiovascular disease and diabetes: beyond blood pressure and lipids. Available from: http://spectrum.diabetesjournals.org/content/21/3/160.full. Last accessed March 7, 2013.

247. Adult Treatment Panel III. Third report of the National Cholesterol Education Program (NCEP) Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults final report. Circulation 2002;106:3143-3421.

248. Stevenson JC, Hodis HN, Pickar JH, Lobo RA. Coronary heart disease and menopause management: the swinging pendulum of HRT. Atheroscler 2009;207:336-40.

249. Whang W, Kubzansky LD, Kawachi, I, et al. Depression and risk of sudden cardiac death and coronary heart disease in women. J Am Coll Cardiol 2009;53(11):950-58.

250. Birkenaes AB, Søgaard AJ, Engh JA, et al. Sociodemographic characteristics and cardiovascular risk factors in patients with severe mental disorders compared with the general population. J Clin Psychiatry. 2006;67(3):425-433.

251. Parashar S, Rumsfeld JS, Reid KJ, et al. Impact of depression on sex differences in outcome after myocardial infarction. Circ Cardiovasc Qual Outcomes 2009;2:33-40.

252. Rutledge T, Reis SE, Olson M, et al. Social networks are associated with lower mortality rates among women with suspected coronary disease: the National Heart, Lung, and Blood Institute-sponsored Women's Ischemia Syndrome Evaluation Study. Psychosom Med 2004;66:882-8.

253. Burg MM, Barefoot J, Berkman L, et al. Low perceived social support and post-myocardial infarction prognosis in the Enhancing Recovery in Coronary Heart Disease clinical trial: the effects of treatment. Psychosom Med 2005;67:879-88.

254. Marcuccio E, Loving N, Bennett SK, et al. A survey of attitudes and experiences of women with heart disease. Jacobs Institute of Women's Health 2003;2:23-31.

255. Glassman AH, Shapiro PA. Depression and the course of coronary artery disease. Am J Psychiatry 1998;155(1):4-11.

256. Blumenthal JA, Lett HS, Babyak MA, et al. Depression as a risk factor for mortality after coronary artery bypass surgery. Lancet 2003;362(9384):604-609.

257. Levenson JL. Psychiatric issues in heart disease. Available from: http://www.primarypsychiatry.com/aspx/articledetail.aspx?articleid=493. Last accessed March 7, 2013.

258. Penninx BW, Beekman AT, Honig A, et al. Depression and cardiac mortality: results from a community-based longitudinal study. Arch Gen Psychiatry 2001;58(3):221-27.

259. Carney RM, Rich MW, Freedland KE, et al. Major depressive disorder predicts cardiac events in patients with coronary artery disease. Psychosom Med 1988;50(6):627-33.

260. Lesperance F, Frasure-Smith N, Juneau M, Theroux P. Depression and 1-year prognosis in unstable angina. Arch Intern Med 2000;160(9):1354-60.

261. Frasure-Smith N, Lesperance F, Talajic M. The impact of negative emotions on prognosis following myocardial infarction: is it more than depression? Health Psychol 1995;14(5):388-98.

262. Moser DK, Dracup K. Is anxiety early after myocardial infarction associated with subsequent ischemic and arrhythmic events? Psychosom Med 1996;58(5):395-401.

263. Ironson G, Taylor CB, Boltwood M, et al. Effects of anger on left ventricular ejection fraction in coronary artery disease. Am J Cardiol 1992;70(3):281-85.

264. Newman MF, Kirchner JL, Phillips-Bute B, et al. Longitudinal assessment of neurocognitive function after coronary-artery bypass surgery. N Engl J Med 2001;344(6):395-402.

265. Jonas BS, Lando JF. Negative affect as a prospective risk factor for hypertension. Psychosom Med 2000;62(2):188-96.

266. Glassman AH, O'Connor CM, Califf RM, et al. Sertraline treatment of major depression in patients with acute MI or unstable angina. JAMA 2002;288(6):701-09.

267. Promising research in heart disease. Available from: http://www.uchospitals.edu/specialties/heart/research/index.html. Last accessed March 7, 2013.

268. Bonetta L. Team converts skin cells to beating heart cells. Scripps News & Views 2011;5.

269. New diagnostic tools and advanced research go hand-in-hand to prevent heart disease. Available from: http://news.pennmedicine.org/blog/2011/02/new-diagnostic-tools-and-advanced-research-gohand-in-hand-to-prevent-heart-disease.html. Last accessed March 7, 2013.

270. Cohen E, Bonifield J. Study finds heart chelation therapy effective but raises questions. CNN Health 2012.

271. Winslow R. Trying a new line of attack in heart disease. WSJ 2012.

272. Douglas PS, Ginsburg GS. Current concepts: the evaluation of chest pain in women. N Engl J Med 1996;334:1311-5.

273. Lefler LL, Bondy KN. Women's delay in seeking treatment with myocardial infarction: a meta-synthesis. J Cardiovasc Nurs 2004;19:251-68.

274. Lee TH, Rouan GW, Weisberg MC, et al. Clinical characteristics and natural history of patients with acute myocardial infarction sent home from the ER. Am J Cardiol 1987;60:219-24.

275. Canto JG, Goldberg RJ, Hand MM, et al. Symptom presentation of women with acute coronary syndromes. Arch Intern Med 2007;167:2405-13.

276. Make the call, don't miss a beat. Available at: http://www.womenshealth.gov/Heartattack/. Last accessed March 7, 2013.

277. Vaccarino V. Rathore SS, Wenger NK, et al. Sex and racial differences in the management of acute myocardial infarction, 1994 through 2002. N Engl J Med 2005;353:671-82.

278. Caulin-Glaser T, Maciejewski PK, Snow R, et al. Depressive symptoms and sex affect completion rates and clinical outcomes in cardiac rehabilitation. Prev Cardiol 2007;10:15-21.

## CARDIOVASCULAR DISEASES: THE LEADING CAUSE OF DEATH IN WOMEN

### Self Evaluation Exercises

Select the best answer for each question and check your answers at the bottom of the page.

You do not need to submit this self-evaluation exercise with your participant sheet.

1. The total number of cardiovascular disease-related deaths has been consistently higher in women than in men for the past 20 years.

☐ True      ☐ False

2. Heart disease itself affects the hearts of women in exactly the same ways it does in men.

☐ True      ☐ False

3. Diabetes, smoking, alcohol, and depression are factors that increase the risk of heart disease in women.

☐ True      ☐ False

4. Cardiomyopathy refers to a weakening of the heart muscle or other structural change to the heart muscle.

☐ True        ☐ False

5. Heart valve disease is a disease that occurs when one or more of the five heart valves do not work as they should.

☐ True        ☐ False

6. Taking aspirin along with other anticoagulants can markedly increase the chance of bleeding in women, but not in men.

☐ True        ☐ False

7. Diabetic women also have a three to five times higher chance than men of developing cardiovascular disease.

☐ True        ☐ False

8. Estrogen deficiency during menopause poses a very strong risk factor for coronary heart disease.

☐ True        ☐ False

9. Psychiatric medication may affect individuals with cardiovascular disease in ways that are different than someone without cardiovascular disease.

☐ True        ☐ False

10. The strongest predictor of a missed myocardial infarction in women is old age and the presence of chest pain or discomfort.

☐ True        ☐ False