# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA, )
)
    Plaintiff, )
)
v. )
)
CE RESOURCE, INC. d/b/a CME )
RESOURCE and NetCE, )
)
    Defendant. )
_____)
CE RESOURCE, INC. d/b/a CME )
RESOURCE and NetCE, )
)
    Defendant/Counter-Plaintiff, )
)
v. )
)
DR. JASSIN JOURIA, )
)
    Plaintiff/Counter-Defendant. )
_____)
CE RESOURCE, INC. d/b/a CME )
RESOURCE and NetCE, )
)
    Defendant/Third-Party Plaintiff, )
)
v. )
)
Elite Continuing Education, Inc. and Alpine )
Management Services III, LLC, )
)
    Third-Party Defendants. )
_____)

**ORDER GRANTING ELITE'S MOTION FOR JUDGMENT**
**ON THE PLEADINGS ON ELITE'S FIRST COUNTERCLAIM**

THIS MATTER is before the Court upon Third-Party Defendant Elite Professional Education, LLC's ("Elite") Motion for Judgment on the Pleadings on Elite's First Counterclaim [DE ___]. The Court, having reviewed the Motion and being fully advised in the premises, has determined that the Motion is **GRANTED.**

It is hereby **ORDERED** that judgment on the First Counterclaim (Declaratory Judgment on Noninfringement of "Cardiovascular Pharmacology" Article) set forth in Elite's Answer to Third Party Complaint and Counterclaims [DE 93] is entered in favor of Elite, and Elite's request for declaratory judgment of noninfringement is granted.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of _____, 2017.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record