**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

**PLAINTIFF'S NOTICE OF JOINDER TO DEFENDANT ELITE'S MOTION FOR JUDGMENT ON THE PLEADINGS, DE 103**

    COMES NOW, the Plaintiff, Dr. Jassin Jouria ("Plaintiff"), who respectfully notices the court and the parties of his joinder to Defendant's Elite Continuing Education, Inc.[1] ("Elite") motion for judgment on the pleadings, DE 103, for the reasons articulated therein, and including all relief sought thereby. Elite's motion, while directed to its first counterclaim for non-infringement, implicates Claim One (copyright infringement) alleged against Plaintiff and Elite by Defendant, CE Resource, Inc. d/b/a CME Resource and NetCE ("Defendant"), in its amended counterclaim, DE 36. To the extent the court concludes non-infringement of the Cardiovascular Pharmacology article

---

[1] Referenced as Elite Professional Education, LLC. *See* DE 103 n.1.

asserted in Elite's motion, Plaintiff cannot infringe that article as well.[2]  In addition, Plaintiff seeks an award of full costs if the court concludes there is no infringement, including a reasonable attorney's fee, pursuant to 17 U.S.C. §505.

                    Respectfully submitted,

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
915 S.E. 2 Court
Ft. Lauderdale, Florida 33301
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

---

[2] *See* DE 36 ¶86 ("Dr. Jouria infringed NetCE's copyrights by resubmitting the articles covered by the Contracts to Elite for further publication without NetCE's permission.  Elite infringed NetCE's copyrights by publishing the articles Dr. Jouria submitted to NetCE pursuant to the terms of the Contracts....").

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                           s/Richard S. Ross
                                                                           Richard S. Ross, Esq.

**SERVICE LIST**
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
**(Ft. Lauderdale Division)**

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*


J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*