UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

JASSIN JOURIA,

    Plaintiff,

v.

CE RESOURCES, INC. d/b/a CME Resource and
NetCE,

    Defendant.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on CE Resources, Inc.'s Motion to Compel Responses to Requests for Production and Production of Documents (ECF No. 100) and Motion to Compel Responsive Answers to Interrogatories (ECF No. 101), which were referred to United States Magistrate Judge Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before October 6, 2017, the Plaintiff shall file a response to each motion which shall not exceed three pages in length.  Relevant exhibits may be attached.  After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matters on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 29th day of September, 2017.

                                                                            _____
                                                                            LURANA S. SNOW
                                                                            UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record