UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

CASE NO.:15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES**

    COMES NOW, the Plaintiff, Dr. Jassin Jouria ("Plaintiff"), who respectfully notices the court and the parties of the supplemental authorities of *Independent Marketing Group, Inc. v. Keen*, Case No. 3:11-cv-447-J-25MCR (M.D. Fla. Jan. 24, 2012), and *Bray & Gillespie Management. LLC v. Lexington Ins. Co.*, 259 F.R.D. 568, 585-586 (M.D. Fla. 2009)[1](quashed on other grounds), for the proposition that converting a document into a PDF for the purpose of discovery production does not constitute producing a document as kept in the usual course of business. This authority is noticed in support of Plaintiff's memorandum of law regarding what constitutes "The Usual Course of Business" for purposes of Fed.R.Civ.P. 34, DE 99.

---

[1]*Bray* was cited by Defendant NetCE in its motion to compel. *See* DE 100, p. 5.

       Respectfully submitted,


       /s/ Richard S. Ross, Esq.
       RICHARD S. ROSS, ESQ.
       Attorney for Plaintiff Dr. Jassin Jouria
       Fla. Bar No. 436630
       915 S.E. 2 Court
       Ft. Lauderdale, Florida 33301
       Tel 954/252-9110
       Fax 954/252-9192
       E mail: prodp@ix.netcom.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        s/Richard S. Ross
        Richard S. Ross, Esq.

**SERVICE LIST**
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*


J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*