**EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

        Third Party Defendants.
_____

**CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE RESPONSES TO ELITE CONTINUING EDUCATION, INC.'S FIRST SET OF INTERROGATORIES**

**INTERROGATORY NO. 9:**

Identify all software programs or other analytical processes You used to compare the Accused Courses with the NetCE Courses or with any works Dr. Jouria submitted to NetCE.

**RESPONSE TO INTERROGATORY NO. 9:**

NetCE used iThenticate to assess works Dr. Jouria submitted to NetCE. NetCE attempted to use iThenticate to assess the Infringing Courses, but had technical difficulties, see Response to Interrogatory No. 6, and therefore conducted a manual comparison of the Seven Courses to the Infringing Courses.

**INTERROGATORY NO. 10:**

Identify any instances of "customer confusion as to source" as alleged in Paragraphs 66 and 72 of the Third Party Complaint. As part of Your response, explain how this allegation is relevant to any claim between the parties.

**RESPONSE TO INTERROGATORY NO. 10:**

Instances of consumer confusion are relevant because they help illustrate a pattern of Elite's purposeful aping of NetCE's content and design. For years, Elite has stylized its materials in a fashion that mimics the appearance of NetCE materials in order to trick consumers into believing they are purchasing NetCE content. This latest instance of infringement is but the latest in a series of Elite's inappropriate and impermissible actions.

Moreover, consumer confusion is relevant as it supports NetCE's allegations of unfair business practices.

NetCE's investigation is ongoing and as it adduces additional evidence related to this Interrogatory, it will supplement its response.

Dated: October 10, 2017                                   Respectfully submitted,


                                                          HOLLAND & KNIGHT LLP


                                                          /s/ Philip E. Rothschild
                                                          Philip E. Rothschild
                                                          Florida Bar No. 0088536
                                                          Email: phil.rothschild@hklaw.com
                                                          HOLLAND & KNIGHT LLP
                                                          515 East Las Olas Blvd., 12th Floor
                                                          Fort Lauderdale, FL 33301
                                                          Telephone: (954)525-1000
                                                          Facsimile: (954)463-2030

                                                          /s/ John P. Kern
                                                          John P. Kern, Esq. (pro hac vice)
                                                          Email: john.kern@hklaw.com
                                                          Jessica E. Lanier, Esq. (pro hac vice)
                                                          Email: Jessica.Lanier@hklaw.com
                                                          HOLLAND & KNIGHT LLP
                                                          50 California Street, Suite 2800
                                                          San Francisco, CA 94111
                                                          Telephone: (415)743-6918
                                                          Facsimile: (415)743-6910
                                                          Attorneys for CE RESOURCE, INC.
                                                          d/b/a
                                                          CME RESOURCE and NetCE

VERIFICATION

I, Erin Meinyer, certify and declare that I have read the foregoing CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE RESPONSES TO ELITE PROFESSIONAL EDUCATION'S FIRST SET OF INTERROGATORIES and know its contents. Based on my personal knowledge and a reasonable and good faith inquiry, I believe the matters stated in the document described above are true.

I declare under penalty of perjury under the laws of the state of Florida and under the United States of America that the foregoing is true and correct.

Executed on October 9, 2017 at Roseville, California.

Erin Meinyer
Executive Director
CE Resource, Inc.
d/b/a/ CME Resource and
NetCE