## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

    Third Party Defendants.

_____/

**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY**

43099571;2

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant/Third Party Plaintiff, CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE") and Third Party Defendant Elite Professional Education, LLC (sued as Elite Continuing Education, Inc.), ("Elite") (collectively, the "Parties") hereby jointly move to extend the deadline for Elite to file its Reply to NetCE's Opposition to Elite's Motion for Judgment on the Pleadings ("Elite's Reply").

Elite's Reply is currently due on Monday, October 16, 2017.  The Parties consent, and respectfully request the Court, to extend the deadline for Elite's Reply to Thursday, October, 26, 2017.

Pursuant to Rule 6(b)(1)(A), Fed. R. Civ. P., Elite has good cause to seek this extension of time. This is the first extension of time sought by Elite concerning Elite's Reply.  The parties request this extension of time to allow the parties to confer about whether they can resolve the issues raised in the motion without further involvement of the Court. The parties hope to conserve resources of the parties and the Court through this short extension request.  This request for an extension of time is made in a timely fashion, in good faith, and not for purposes of delay.

Granting this request for an extension of time will not prejudice any party to this matter.

WHEREFORE, Elite and NetCE respectfully move to extend Elite's deadline to file its Reply in support of its Motion for Judgment on the Pleadings until October 26, 2017.

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 7.1(a)(3), counsel for Elite has consulted with counsel for NetCE, and NetCE has agreed to this extension request.

43099571;2

Dated: October 12, 2017

Respectfully submitted,

*/s/ Peter A. Chiabotti*
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant Elite Professional Education, LLC*

Agreed to:

/s/ *Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ *John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111

43099571;2

Telephone: (415)743-6918
Facsimile: (415)743-6910

*Attorneys for CE RESOURCE, INC. d/b/a
CME RESOURCES and NetCE*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on October 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            */s/ Peter A. Chiabotti*
                                            Peter A. Chiabotti

43099571;2

## SERVICE LIST

### Service List

Richard S. Ross, Esq.
Atrium Centre
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*

Philip E. Rothchild, Esq.
Holland & Knight LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a
CME Resource and NetCE*

John P. Kern, Esq.
Jessica E. Lanier, Esq.
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
         jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a
CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Akerman LLP
peter.chiabotti@akerman.com
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
*Attorney for Third Party Defendant
Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
*Attorneys for Third Party Defendant
Elite Professional Education, LLC*

43099571;2