## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

       Third Party Defendants.
_____/

### ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY

43098743;1

THIS MATTER is before the Court upon the Parties' Joint Motion for an Extension of Time to File Reply ("Motion"). The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. The Motion is GRANTED.

2. The deadline for Third Party Defendant Elite Continuing Education, Inc. to file its reply in support of its Motion for Judgment on the Pleadings is extended to Thursday, October 26, 2017.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of October, 2017.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: All counsel of record via CM/ECF