UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

    Third Party Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR AN
EXTENSION OF TIME TO FILE A REPLY**

THIS CAUSE is before the Court upon the Parties' Joint Motion for an Extension of Time to File Reply [DE 115] ("Motion"), filed herein on October 12, 2017. The Court has reviewed the Motion is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1.　The Motion [DE 115] is **GRANTED**.

2.　The deadline for Third Party Defendant Elite Continuing Education, Inc. to file its reply in support of its Motion for Judgment on the Pleadings is extended to **October 26, 2017**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 13th day of October, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:  All Counsel of Record