## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 0:15-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

### STIPULATION OF PARTIAL DISMISSAL BY NETCE AND ELITE
### AND
### WITHDRAWAL OF ELITE'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant/Third-Party Plaintiff CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE") and Third-Party Defendant Elite Professional Education, LLC ("Elite") hereby stipulate to the dismissal with prejudice of all claims and counterclaims concerning the following two courses from NetCE:

| NetCE Courses | Elite Courses |
| --- | --- |
| Cardiovascular Pharmacology | Women and Heart Disease; and Cardiovascular Diseases: The Leading Cause of Death in Women |
| The Lymphatic and Immune Systems | The Basics of Pathophysiology |

This stipulated dismissal includes all claims and allegations involving the above-listed courses contained in Defendant's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third-Party Complaint (Doc. No. 36), including specifically Claim One: Copyright Infringement, Claim Four: Tortious Interference with Contractual Relations, and Claim Six: Misappropriation of Trade Secrets, as asserted by NetCE against Elite.  This stipulated dismissal also includes Elite's request for declaratory relief concerning the above-listed courses contained in Elite's Answer to Third Party Complaint and Counterclaims (Doc. No. 93), including specifically Elite's First Counterclaim for Declaratory Judgment of Noninfringement of "Cardiovascular Pharmacology" Article and Elite's Second Counterclaim for Declaratory Judgment of Noninfringement of "The Lymphatic and Immune Systems" Article, as asserted by Elite against NetCE.

NetCE agrees it will not seek any liability, damages, or any fees/costs arising from any sales/conduct related to the above-listed courses from Elite, and Elite agrees that it will not seek fees/costs or prevailing party status for the dismissed claims and counterclaims.

By virtue of this stipulated dismissal, Elite's Motion for Judgment on the Pleadings on Elite's First Counterclaim and Incorporated Memorandum of Law (Doc. No. 103) is rendered moot and is hereby withdrawn by Elite.

Dated: October 20, 2017

Respectfully submitted,

*/s/ Peter A. Chiabotti*
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

/*s/ J. Mark Wilson*
J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant Elite Professional Education, LLC.*

/s/ *Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ *John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910

## Certificate of Service

      I hereby certify that on October 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                         */s/ Peter A. Chiabotti*

## Service List

Richard S. Ross, Esq.  
Atrium Centre  
4801 S. University Drive  
Suite 237  
Fort Lauderdale, FL 33328  
Email: prodp@ix.netcom.com  
*Attorneys for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild, Esq.  
Holland & Knight LLP  
515 East Las Olas Blvd., 12th Floor  
Fort Lauderdale, FL 33301  
Email: phil.rothschild@hklaw.com  
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

John P. Kern, Esq.  
Jessica E. Lanier, Esq.  
Holland & Knight LLP  
50 California Street, Suite 2800  
San Francisco, CA 94111  
Email: john.kern@hklaw.com  
        jessica.lanier@hklaw.com  
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

Peter A. Chiabotti  
Florida Bar No. 0602671  
Akerman LLP  
peter.chiabotti@akerman.com  
777 South Flagler Drive  
Suite 1100, West Tower  
West Palm Beach, FL 33401  
Telephone: (561) 653-5000  
Facsimile: (561) 659-6313  
*Attorney for Third Party Defendant Elite Continuing Education, Inc.*

J. Mark Wilson (*pro hac vice*)  
markwilson@mvalaw.com  
Kathryn G. Cole (*pro hac vice*)  
katecole@mvalaw.com  
MOORE & VAN ALLEN PLLC  
100 North Tryon Street, Suite 4700  
Charlotte, NC 28202  
Telephone: (704) 331-1000  
Facsimile: (704) 331-1159  
*Attorneys for Third Party Defendant Elite Continuing Education, Inc.*