UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and NetCE,

    Defendant/Counter Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on Plaintiff's Discovery Motion Under Seal Pursuant to Fed.R.Civ.P. 26(b)(5)(B) to Determine Defendant NetCE's Claim of Attorney Client Privilege in Two Pages of Produced Documents (ECF No. 119), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before October 27, 2017, NetCE shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of October, 2017.

                                                   LURANA S. SNOW
                                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record