UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

    Third Party Defendants.
_____/

## ORDER DENYING MOTION AS MOOT

THIS CAUSE is before the Court upon the Stipulation of Partial Dismissal by NETCE

and Elite and Withdrawal of Elite's Motion for Judgment on the Pleadings [DE 121] ("Motion"),

filed herein on October 20, 2017. The Court has reviewed the Motion is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 121] is **GRANTED**.

2. Elite's Motion for Judgment on the Pleadings on Elite's First Counterclaim [DE 103] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 23rd day of October, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:  All Counsel of Record