**COMPOSITE EXHIBIT 1**

**RICHARD S. ROSS, ESQ.**
915 S.E. 2 Court
Ft. Lauderdale, Florida 33301
Tel: 954/252-9110
Fax: 954/252-9192
E mail: prodp@ix.netcom.com

# Invoice

**Invoice #:** 16917
**Invoice Date:** 7/31/2017

**Bill To:**

Dr. Jassin Jouria
2648 N. 26th Avenue
Hollywood, FL 33020

**In Reference To:   JOURIA V CE RESOURCE 908-2**



| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 7/6/2017 | Cursory review of Interrogatory responses from NetCE; forward to client for review and comment; e mail to NetCE counsel re: deficiency of responses and need for discovery conference | 0.9 | 450.00 | 405.00 |
| 7/13/2017 | Meet and confer re: discovery disputes, e mail to client re: same | 1 | 450.00 | 450.00 |
| 7/18/2017 | Receive and review letter from counsel for Defendant stating there will be no supplementation of discovery at the present; prepare and revise motion to compel discovery, file with court; advise client of same by e mail | 3.2 | 450.00 | 1,440.00 |
| 7/26/2017 | Review NetCE response to motion to compel | 0.2 | 450.00 | 90.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**RICHARD S. ROSS, ESQ.**

915 S.E. 2 Court
Ft. Lauderdale, Florida  33301
Tel:  954/252-9110
Fax:  954/252-9192
E mail:  prodp@ix.netcom.com

# Invoice

**Invoice #:**  16952
**Invoice Date:**  8/31/2017

**Bill To:**

Dr. Jassin Jouria
2648 N. 26th Avenue
Hollywood, FL  33020

**In Reference To:**   JOURIA V CE RESOURCE 908-2



| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 8/24/2017 | Prepare for hearing on Motion to Compel | 1.1 | 450.00 | 495.00 |
| 8/24/2017 | Travel and attend hearing on Motion to Compel | 1.5 | 450.00 | 675.00 |
| 8/25/2017 | Conduct initial research or requirement under FRCP 34 to label non-native documents, discuss same with client | 1.4 | 450.00 | 630.00 |

**Total**

**Payments/Credits**

**Balance Due**

**RICHARD S. ROSS, ESQ.**
915 S.E. 2 Court
Ft. Lauderdale, Florida  33301
Tel:  954/252-9110
Fax:  954/252-9192
E mail:  prodp@ix.netcom.com

# Invoice

**Invoice #:**  16952
**Invoice Date:**  8/31/2017

**Bill To:**

Dr. Jassin Jouria
2648 N. 26th Avenue
Hollywood, FL  33020

**In Reference To:**   JOURIA V CE RESOURCE 908-2



| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 8/29/2017 | Follow up legal research on issue of labeling documents produced by Defendant | 0.8 | 450.00 | 360.00 |
| 8/29/2017 | Begin preparation of memorandum of fact and law on issue of labeling documents produced by Defendant | 3.6 | 450.00 | 1,620.00 |
| 8/31/2017 | Continue drafting memorandum re: NetCE labeling of documents produced, revise and finalize, cull exhibits, file and serve | 3.4 | 450.00 | 1,530.00 |

**Total**

**Payments/Credits**

**Balance Due**

**RICHARD S. ROSS, ESQ.**
915 S.E. 2 Court
Ft. Lauderdale, Florida  33301
Tel:  954/252-9110
Fax:  954/252-9192
E mail:  prodp@ix.netcom.com

# Invoice

**Invoice #:**  16977
**Invoice Date:**  9/30/2017

**Bill To:**

Dr. Jassin Jouria
2648 N. 26th Avenue
Hollywood, FL  33020

**In Reference To:**   JOURIA V CE RESOURCE 908-2



| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 9/13/2017 | Draft motion for fees in accordance with LR 7.3 | 0.8 | 450.00 | 360.00 |
| 9/25/2017 | Meet and confer on amounts requested in motion for sanctions per court order granting motion to compel | 0.1 | 450.00 | 45.00 |

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**COMPOSITE EXHIBIT 2**

**Subject:** RE: JOURIA V NETCE
**From:** <Phil.Rothschild@hklaw.com>
**Date:** 8/28/2017 6:36 PM
**To:** <prodp@ix.netcom.com>
**CC:** <John.Kern@hklaw.com>, <Jessica.Lanier@hklaw.com>

Richard,

No, we are not agreeing to index or "label" as such a large effort to do so is not required by the Rules of Civil Procedure, and as we presented at the hearing, provides no substantive or procedural benefit to anyone, including you and your client.

The full offer is a payment of $1,500 to resolve the award of attorney's fees in regard to Dr. Jouria's motion to compel.

Thanks,
Phil

**Phil Rothschild | Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Monday, August 28, 2017 6:21 PM
**To:** Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>
**Cc:** Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>
**Subject:** Re: JOURIA V NETCE

Phil,

Please let me know if the Defendant will agree to label the documents to correspond with the requests, so that I can present your complete offer to the client.

Richard

On 8/28/2017 5:55 PM, Phil.Rothschild@hklaw.com wrote:

Richard,

Thank you for your response. Just addressing the fees issue, our final offer is what you requested in your motion, a total of $1,500. Your research on the indexing issue post-hearing should not be included, as that issue has not been decided in your favor (at the hearing, the judge did not grant your request for indexing of documents that were produced as they are kept in the usual course of

business, but asked for more briefing).

I'm not sure what the last sentence of your email is referring to – we are just negotiating the amount of reasonable fees regarding your motion to compel.

Let us know if $1,500 resolves the fees issue.

Thanks,
Phil

**Phil Rothschild | Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Monday, August 28, 2017 3:34 PM
**To:** Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>
**Cc:** Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>
**Subject:** Re: JOURIA V NETCE

Phil,

Thanks for the offer.  We have 9.3 hours @$450/hr into the motion to compel and hearing including some preliminary research on the labeling memorandum that is due to be filed by Thursday.  Is there anything we can work out with these numbers, assuming that NetCE will agree to label, since the documents were produced in a non-native, pdf format by agreement of the parties.

Richard

On 8/28/2017 2:58 PM, Phil.Rothschild@hklaw.com wrote:

Richard,

Good afternoon.  I will defer to Jesse to get back to you on scheduling of our meet and confer.  I believe Wednesday is a much better day for us than Thursday.

On the attorney's fees issue, we would like to try to reach an agreement without going through the formal procedure in the Local Rules.  Your motion sought an amount of $1,500 in fees.  We believe that is on the high side, and to avoid either side expending more time, we offer $500 to resolve the fees issue.

Let us know if that is acceptable to you.

Best,
Phil

**Phil Rothschild | Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Monday, August 28, 2017 2:42 PM
**To:** Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>
**Cc:** Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; Mark Wilson <markwilson@mvalaw.com>; Kate Cole <katecole@mvalaw.com>; peter.chiabotti@akerman.com
**Subject:** JOURIA V NETCE

Jessica,

We can hold a meet and confer pursuant to your 5-page letter request of last Friday either this Wednesday or Thursday afternoon.  Please provide some time blocks and the amount of time you wish us to reserve.  If you need more availability, please advise.

Also, attached please find our client's supplemental response to your client's first set of interrogatories, in which we inadvertently failed to note Interrogatory Nos. 15-18 propounded on the last page containing the interrogatories, and did not respond to them for that reason.

Finally, given the court's order awarding our client attorney's fees on our motion to compel at the hearing last week, please let us know if you would like to agree to an amount, or would you prefer that we go through the procedure outlined in the local rules.

Sincerely,
RICHARD S. ROSS, ESQ.
**Patents, Trademarks, Copyrights
   and Related Litigation**
915 S.E. 2 Court
Ft. Lauderdale, Florida  33301
tel 954/252-9110
fax 954/252-9192

CONFIDENTIALITY NOTICE:

9/13/2017 4:06 PM

This e-mail is subject to the Electronics Communications Privacy Act, 18 U.S.C. § 2510-2521, and may be legally privileged. The information contained in this e-mail message, together with any attachments hereto or links contained herein, is strictly private and confidential information intended only for the use of the individual or entity named above. The information contained in this e-mail, and any attachments hereto may be attorney-client privileged, and work product confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED.

NOTICE UNDER U.S. TREASURY DEPARTMENT CIRCULAR 230, *Regulations Governing the Practice of Attorneys, Certified Public Accountants, Enrolled Agents, Enrolled Actuaries, and Appraisers before the Internal Revenue Service:*
To the extent that this e-mail communication and the attachment(s) hereto, if any, may contain written advice concerning or relating to a Federal (U.S.) tax issue, United States Treasury Department Regulations (Circular 230) require that we (and we do hereby) advise and disclose to you that, unless we expressly state otherwise in writing, such tax advice is not written or intended to be used, and cannot be used by you (the addressee), or other person(s), for purposes of (1) avoiding penalties imposed under the United States Internal Revenue Code or (2) promoting, marketing or recommending to any other person(s) the (or any of the) transaction(s) or matter(s) addressed, discussed or referenced herein for IRS audit, tax dispute or other purposes.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

9/13/2017 4:06 PM