UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

JASSIN JOURIA,

      Plaintiff/Counter Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and
NetCE,

      Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ALPINE MANAGEMENT SERVICES III, LLC, and
ELITE CONTINUING EDUCATION, INC.,

      Third Party Defendants
_____/

**ORDER SETTING HEARING ON MOTIONS**

THIS CAUSE is before the Court on CE Resources, Inc.'s Motion to Compel Responses to Requests for Production of Documents (ECF No. 100) and Motion to Compel Responsive Answers to Interrogatories (ECF No. 101) which were referred to Lurana S. Snow, United States Magistrate Judge. The Court will benefit from oral argument on the motions. Accordingly, it is hereby

ORDERED AND ADJUDGED that a hearing on CE Resources, Inc.'s Motions to Compel (ECF Nos. 100 and 101) is set for November 9, 2017 at 2:00 p.m. in the Fort Lauderdale Division before Magistrate Judge Lurana S. Snow, 299 E. Broward Blvd., Courtroom 203D, Fort Lauderdale, Florida 33301.

DONE AND ORDERED at Fort Lauderdale, Florida, this 23rd day of October, 2017.

                                                                         LURANA S. SNOW
Copies to:                                    UNITED STATES MAGISTRATE JUDGE
All Counsel of Record and Pro Se Parties