UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

**ORDER TO RESPOND**

    THIS CAUSE is before the Court on Plaintiff's Discovery Motion to Allow Plaintiff's Counsel to Appear and Take the Depositions of Defendant NetCE's Witnesses by Remote Means Fed.Civ.P. 30(b)(4) (ECF No. 126), which was referred to United States Magistrate Judge Lurana S. Snow.  Being fully advised, it is hereby

    ORDERED AND ADJUDGED that on or before October 31, 2017, CE Resource, Inc. shall file a response to the motion which shall not exceed three pages in length.  Relevant exhibits may be attached.  After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of October, 2017.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record