# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

       Third Party Defendants.

_____/

**DECLARATION OF JOHN P. KERN IN SUPPORT OF
OPPOSITION TO MOTION TO DETERMINE PRIVILEGE OF INADVERTENTLY
PRODUCED DOCUMENTS**

I, John Kern, declare as follows:

1. I am a partner with the law firm of Holland & Knight LLP, and I am duly licensed to practice law in the state of California. I am also admitted *pro hac vice* in the United States District Court for the Southern District of Florida in the above-captioned case. I am one of the attorneys representing defendant CE Resource, Inc. d/b/a CME Resource and NetCE (hereafter, "NetCE").

2. I have personal knowledge of the circumstances described below and, if so called, can testify under oath regarding these events.

3. Attached as **Exhibit 1** to this Declaration is a true and correct copy of an email from my colleague Jessica Lanier to counsel for Dr. Jouria, Richard Ross.

4. Attached as **Exhibit 2** to this Declaration is a true and correct copy of an email exchange between Richard Ross and me regarding his review of the contested materials.

I declare under penalty of perjury and the laws of the United States and Florida that the foregoing is true and correct.

Dated this 26th day of October, 2017

By: _____
John Kern