**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.

_____/

**WITHDRAWAL OF PLAINTIFF'S DISCOVERY MOTION TO ALLOW PLAINTIFF'S COUNSEL TO APPEAR AND TAKE THE DEPOSITIONS OF DEFENDANT NETCE'S WITNESSES BY REMOTE MEANS, FED.R.CIV.P. 30(b)(4)**

    COMES NOW, the Plaintiff, Dr. Jassin Jouria ("Plaintiff"), who respectfully notices the court that on Saturday, October 28, 2017, counsel for Defendant, CE Resource, Inc. d/b/a CME Resource and NetCE ("Defendant"), stipulated to allow Plaintiff to take the depositions of Defendant and its witnesses by remote means, without any restrictions, limitations or conditions. *See* Fed.R.Civ.P. 30(b)(4)("The parties may stipulate...that a deposition be taken by telephone or other remote means...."). Accordingly, Plaintiff hereby withdraws his discovery motion to allow his counsel to appear and to take the depositions of Defendant and its witnesses by remote means, DE 126, as moot.

        Respectfully submitted,


        <u>/s/ Richard S. Ross, Esq.</u>
        RICHARD S. ROSS, ESQ.
        Attorney for Plaintiff Dr. Jassin Jouria
        Fla. Bar No. 436630
        915 S.E. 2 Court
        Ft. Lauderdale, Florida 33301
        Tel 954/252-9110
        Fax 954/252-9192
        E mail: prodp@ix.netcom.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                    s/Richard S. Ross
                                                    Richard S. Ross, Esq.

SERVICE LIST
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*