UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME Resource and
NetCE,

    Defendant/Counter Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

## ORDER SETTING HEARING ON MOTION

THIS CAUSE is before the Court on CE Resource, Inc.'s Motion to Compel Deposition Testimony (ECF No. 129) which was referred to Lurana S. Snow, United States Magistrate Judge. It is hereby

ORDERED that a hearing will be held on CE Resource, Inc's Motion to Compel Deposition Testimony (ECF No. 129) on November 9, 2017 at 2:00 p.m. in the Fort Lauderdale Division before Magistrate Judge Lurana S. Snow, 299 E. Broward Boulevard, Courtroom 203D, Fort Lauderdale, Florida 33301.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of November, 2017.

                                                            LURANA S. SNOW
                                                            UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties