UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

    Third Party Defendant.

_____

**NETCE'S MOTION FOR EXTENSION OF TIME TO COMPLETE
LIMITED THIRD PARTY DISCOVERY**

Defendant and Third Party Plaintiff CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE ("NetCE") hereby files its Motion for Extension of Time to Complete Limited Discovery, and in support thereof states as follows:

While the parties have nearly completed discovery by today's discovery cutoff of November 15, 2017, there are a couple of outstanding discovery issues which recently arose within the last week, one of which necessitates this motion seeking a brief extension of time to complete third party discovery.[1]

Following U.S. Magistrate Judge Snow's oral ruling at a hearing held on November 9, 2017, NetCE has today sent out for service of process two Rule 45 subpoenas, one to non-party Education Commission on Foreign Medical Graduates ("ECFMG"), and one to non-party American Nurses Credentialing Committee ("ANCC"), with a return date of November 30, 2017. NetCE had attempted through both written discovery and a deposition to obtain the ECFMG information and records directly from Plaintiff Jouria to avoid inconveniencing a third party with a Rule 45 subpoena. However, Dr. Jouria refused to answer questions at his deposition regarding this ECFMG information and failed to produce documents on this subject. After NetCE filed a motion to compel on these and other issues, Magistrate Judge Snow granted in part and denied in part that motion following a hearing on November 9, 2017, with the court concluding that although she was denying the motion as to information regarding Dr. Jouria's conflict with ECFMG, the relevance objection at the deposition was not valid. NetCE respectfully believes that Judge Snow's ruling in not compelling production or testimony about this ECFMG conflict was incorrect. The

---

[1] As a notice to the Court, NetCE and Third Party Defendant Elite Continuing Education, Inc. ("Elite") have agreed to reschedule two depositions (one for each side), NetCE's Rule 30(b)(6) deposition of Elite, and Elite's deposition of NetCE's CEO Erin Meinyer, due to series of scheduling conflicts and document logistics issues. This delay is not necessarily the fault of any party, and both NetCE and Elite have mutually agreed to conduct these two depositions within the next 2-4 weeks.

credentialing issue remains a relevant issue at trial, and has been the subject of deposition questions by all three parties in this action, including Elite and Dr. Jouria, at each of the depositions taken in this case. NetCE is now forced to resort to third party subpoenas to obtain this relevant information. The brief extension of time to accomplish the production of documents from these third parties creates no prejudice or burden for Dr. Jouria or Elite.

Based upon the above, NetCE has shown the good cause required to amend the Court's Scheduling Order to allow the production of documents pursuant to the two Rule 45 subpoenas issued today by NetCE past the present November 15 discovery cutoff. The parties have been diligent in this three sided dispute in completing discovery, and this issue of needing third party discovery just arose within the last week. As to the remaining pretrial deadlines, if requested by any party, NetCE has no objection to also moving the summary judgment deadline of December 15, 2017 back to December 29, 2017, which would still allow sufficient time for full briefing to be completed well in advance of the March 9 Calendar Call.

Therefore, NetCE requests that the discovery cutoff be extended for the purpose of allowing non-parties ECFMG and ANCC to comply with the Rule 45 subpoenas.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3):** Counsel for NetCE, John Kern, has conferred with counsel for Dr. Jassin Jouria, and Dr. Jouria opposes this requested relief. Counsel for NetCE has also conferred with counsel for Elite, and as of the time of the filing, NetCE has not yet heard back from Elite's counsel regarding the requested relief. Because today is the present discovery cutoff, NetCE is filing the motion now, and will file an update on Elite's position as soon as possible

WHEREFORE, Defendant NetCE respectfully requests that the deadline to complete limited discovery be extended for the limited purpose described above.

Dated: November 15, 2017

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCE and NetCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronic notice through the Court's CM/ECF filing system on November 15, 2017 on all counsel or parties of record on the Service List below.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

## **SERVICE LIST**

Richard S. Ross, Esq.
4801 S. University Drive  Suite 237
Fort Lauderdale, FL 33328
Email:  prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*
*[VIA E-MAIL]*

Peter A. Chiabotti, Esq.
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: peter.chiabotti@akerman.com
*Attorneys for Elite Continuing Education, Inc.*
*[VIA E-MAIL]*

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email:  markwilson@mvalaw.com; katecole@mvalaw.com
*Attorneys for Elite Continuing Education, Inc.*
*[VIA E-MAIL]*