IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) |
| | ) |
| Third-Party Defendants. | ) |

**PROPOSED ORDER ON NETCE'S MOTION FOR EXTENSION OF TIME TO COMPLETE LIMITED THIRD PARTY DISCOVERY**

The Court, having reviewed the Motion and for good cause shown, has determined

that the Defendant and Third Party Plaintiff CE RESOURCE, INC. d/b/a CME RESOURCE

and NetCE's ("NetCE") Motion is **GRANTED.**

It is hereby **ORDERED** that NetCE's Rule 45 subpoenas dated November 15, 2017 with a return date of November 30, 2017 are deemed timely, and the discovery period is extended for the purpose of NetCE obtaining documents produced by the third parties served with the subpoenas.

**DONE AND ORDERED** this _____ day of _____, 2017.

_____

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to counsel of record on CM/ECF