EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:15-61165-WPD**

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
|      Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME | ) |
| RESOURCE and NetCE, | ) |
| | ) |
|      Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME | ) |
| RESOURCE and NetCE, | ) |
| | ) |
|      Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
|      Plaintiff/Counter-Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME | ) |
| RESOURCE and NetCE, | ) |
| | ) |
|      Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine | ) |
| Management Services III, LLC, | ) |
| | ) |
|      Third-Party Defendants. | ) |

**<u>ELITE PROFESSIONAL EDUCATION'S RESPONSES TO DEFENDANT AND THIRD
PARTY PLAINTIFF CE RESOURCES, INC. D/B/A CME RESOURCES AND NETCE'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS</u>**

Pursuant to Fed. R. Civ. P. Rules 26 and 34 and the Local Rules of the United States District Court for the Southern District of Florida Third Party Defendant Elite Continuing Education Inc. ("Elite"), hereby respond to Defendant/Third Party Plaintiff CE Resources, Inc. d/b/a CME Resources and NetCE's ("NetCE") First Requests for Production of Documents and Things.

## PRELIMINARY STATEMENT

1.      The objections and responses set forth herein reflect Elite's present knowledge, information, and belief, and may be subject to change and modification based on Elite's further discovery, or on facts and circumstances that may come to Elite's knowledge during the course of this litigation.  As both discovery and Elite's own investigation of facts related to this litigation are ongoing, Elite reserves the right to rely upon additional facts, information, or documents at trial.

2.      By responding to a request for production, Elite does not waive its right to object as to the relevance, materiality, admissibility of the information provided or documents produced in response, or the subject matter thereof.

3.      By responding to a request for production, Elite does not express agreement or waive any objection to factual assertions or characterizations contained in such request.

4.      To the extent non-privileged, responsive documents should be treated as "Confidential" or "Attorneys' Eyes Only," Elite shall produce such documents that are in its possession, custody, or control only after a protective order is executed by all three parties and approved by the Court.

5.      Elite reserves the right to supplement, amend, or correct any of the responses provided herein.

**REQUEST NO. 1**

All Documents supporting any contention You may have or develop that NetCE does not own

the copyright to the Seven Courses.

**ANSWER:**

Elite objects to this request on the basis that the definition of the phrase "Seven Courses"
specifies only titles of courses, and not their author(s), publisher(s), or any other information to
identify the precise courses to be included in that definition.  To the extent NetCE intends
"Seven Courses" to mean the courses at issue in this dispute that were allegedly written by Dr.
Jouria and in which NetCE claims copyright rights, as alleged in NetCE's pleading, Elite further
objects on the basis that the definition of the phrase "Seven Courses" does not specify which
version of each of those courses, as NetCE has alleged that each course was significantly revised
after being submitted to NetCE by Dr. Jouria.  Elite incorporates by reference these objections
into the remaining requests herein that use the phrase "Seven Courses."  Elite understands that
NetCE intends for "Seven Courses" to mean the seven courses at issue in this dispute that were
allegedly written by Dr. Jouria, and as submitted by Dr. Jouria to Elite, and will rely upon such
definition in responding to the remaining requests herein.  Based on such understanding, Elite
states that it will produce non-privileged, responsive documents in its possession, custody, or
control.

**REQUEST NO. 2**

All Documents supporting any contention You may have or develop that the Seven Courses were

not a "work for hire" as defined in U.S. Copyright law.

**ANSWER:**

Elite will produce non-privileged, responsive documents in its possession, custody, or control.

**REQUEST NO. 3**

All Documents supporting any contention You may have or develop that the Freelance Writer

Agreements are unenforceable.

**ANSWER:**

Elite objects to this request on the basis that it does not have access to the Freelance Writer
Agreements as defined in NetCE's discovery requests, and is therefore unable to fully respond to
this request.  To the extent this request is directed to the seven contracts referenced in and

attached to NetCE's pleading, Elite states that it does not have possession, custody, or control of documents responsive to this request.

## REQUEST NO. 4

All Documents supporting any contention You may have or develop that NetCE "explicitly

rejected" any of the Seven Courses Dr. Jouria submitted to NetCE, as described in Paragraph 5

of the Freelance Writer Agreements for the Seven Courses.

### ANSWER:

Elite does not currently have possession, custody, or control of documents responsive to this request.

## REQUEST NO. 5

All Documents supporting any contention You may have or develop that the written material

reflecting, referring, or related to the Subject Matter of the Seven Courses You received from Dr.

Jouria was not identical to, substantially similar to, virtually identical to and/or derivative of the

written material Dr. Jouria submitted to NetCE.

### ANSWER:

Elite objects to this request on the basis that it did not receive from Dr. Jouria courses with each of the titles listed in the definition of the "Seven Courses," nor has NetCE alleged that Elite received such courses.  To the extent NetCE intends to seek documents regarding Elite's contention that the courses Dr. Jouria submitted to Elite, which were later published with the titles listed in Paragraphs 30-66 of Elite's Counterclaims (Doc. No. 93), were not identical to, substantially similar to, virtually identical to and/or derivative of the written material Dr. Jouria submitted to NetCE, Elite states that it will produce non-privileged, responsive documents in its possession, custody, or control.

## REQUEST NO. 6

All Documents supporting any contention You may have or develop that the written material

reflecting, referring, or related to the Subject Matter of the Seven Courses was not identical to,

substantially similar to, virtually identical to the Infringing Courses.

**ANSWER:**

Elite objects to this request on the basis that the definition of the phrase "Infringing Courses" specifies only titles of courses, and not their author(s), publisher(s), or any other information to identify the precise courses to be included in that definition.  Elite understands that NetCE intends for "Infringing Courses" to mean the accused courses Dr. Jouria authored for Elite and which Elite published under those titles, as identified in Paragraphs 30-66 of Elite's Counterclaims (Doc. No. 93), and will rely upon such definition in responding to the remaining requests herein.  Elite further objects to this request as duplicative of Request No. 5.  Elite states that it will produce non-privileged, responsive documents in its possession, custody, or control.

**REQUEST NO. 7**

All Documents reflecting, referring, or related to any editing or revisions You made to the

written materials Dr. Jouria submitted to You.

**ANSWER:**

Elite will produce non-privileged, responsive documents in its possession, custody, or control.

**REQUEST NO. 8**

All Documents reflecting, referring, or related to any comparison software, tool, or analysis You

ran to compare Dr. Jouria's submissions to You to Dr. Jouria's submissions to NetCE.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad topic, and therefore seeks documents that are not relevant to any party's claim or defense.  The collection and production of "all" such documents would present an undue burden to Elite, as such materials are not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b)(1).  Elite will produce non-privileged, responsive documents in its possession, custody, or control sufficient to show the analyses it ran to compare Dr. Jouria's submissions to Elite to what Elite understands to be Dr. Jouria's submissions to NetCE.

**REQUEST NO. 9**

All Documents reflecting, referring to, or related to any comparison software, tool, or analysis

You ran to ascertain whether Dr. Jouria's submissions to You were copied from other sources or

properly attributed and cited.

**ANSWER:**

Elite objects to this request as duplicative of Request No. 9. Elite further objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad topic, and therefore seeks documents that are not relevant to any party's claim or defense. The collection and production of "all" such documents would present an undue burden to Elite, as such materials are not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1). Elite will produce non-privileged, responsive documents in its possession, custody, or control sufficient to show the analyses it ran to ascertain whether Dr. Jouria's submissions were copied from other sources.

**REQUEST NO. 10**

All Documents reflecting, referring, or related to any research or diligence You conducted to determine whether the written materials Dr. Jouria submitted to You were plagiarized, copied, belonged to another party, or had been previously published.

**ANSWER:**

Elite will produce non-privileged, responsive documents in its possession, custody, or control.

**REQUEST NO. 11**

All Documents reflecting, referring, or related to any attempts, successful or otherwise, You made to license or receive permission for any images, tables, photographs, or illustrations appearing in the final versions of the Infringing Courses.

**ANSWER:**

Elite will produce non-privileged, responsive documents in its possession, custody, or control.

**REQUEST NO. 12**

All Communications between You and NetCE.

**ANSWER:**

Elite will produce responsive documents in its possession, custody, or control.

**REQUEST NO. 13**

All Communications between You and Dr. Jouria from 2012 to the present.

**ANSWER:**

Elite will produce responsive documents in its possession, custody, or control.

**REQUEST NO. 14**

All Communications between You and Alpine.

**ANSWER:**

Elite does not believe that it has had any communications with Alpine, and therefore does not have responsive documents in its possession, custody, or control.

**REQUEST NO. 15**

All internal Elite Communications reflecting, referring, or related to the Seven Courses, the

Infringing Courses, and/or their Subject Matter.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 16**

All Communications between Elite and any third parties reflecting, referring, or related to the

Seven Courses, the Infringing Courses, and/or their Subject Matter.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 17**

Documents sufficient to identify all persons, including Elite employees and third parties, who

worked with Jouria at Your behest and/or direction.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 18**

Documents sufficient to identify all authors who submitted courses to Elite reflecting, referring, or related to in any way the Subject Matter of the Infringing Courses.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 19**

Documents sufficient to identify all course titles Elite published reflecting, referring, or related to in any way the Subject Matter of the Infringing Courses.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 20**

All Documents You sent to or received from Dr. Jouria reflecting, referring, or related to the Seven Courses and/or the Infringing Courses, and/or their Subject Matter, including without limitation drafts of courses or materials.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 21**

All Documents You sent to or received from third parties reflecting, referring, or related to the Seven Courses, the Infringing Courses, and/or their Subject Matter, including without limitation drafts of courses or materials.

**ANSWER:**

Elite objects to this request to the extent that it seeks "all documents" related to this broad topic, which could include all communications with customers and potential customers, and third party companies who were engaged to print course materials and mail books to customers. The collection and production of such documents would present an undue burden to Elite, as such materials are not proportional to the needs of the case. See Fed. R. Civ. P. 26(b)(1).

Elite will produce non-privileged responsive documents in its possession, custody, or control, reflecting communications exchanged between Elite and the third-party editors who reviewed the courses from Dr. Jouria.

**REQUEST NO. 22**

All Documents reflecting, referring, or related to any payments You sent to Dr. Jouria for the

Infringing Courses, including without limitation the amount, date, and purposes of the payments.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 23**

All Documents reflecting, referring, or related to all Independent Contractor Agreements (as

referenced in Paragraph 18, etc., of the Third Party Counter-Complaint) Dr. Jouria executed with

Elite.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 24**

All Documents reflecting, referring, or related to Dr. Jouria's involvement with NetCE and/or

Your awareness of said involvement.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 25**

Documents sufficient to Identify the nature of Your relationship with and to Dr. Jouria.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 26**

Documents sufficient to Identify all accreditations You have for providing continuing education services.

**ANSWER:**

Elite objects to this request as overly broad to the extent that it seeks production of documents pertaining to "all accreditations" Elite has for providing continuing education services, as Elite offers continuing educations services for a multitude of professions that are not pertinent to this litigation, and such documents are therefore not relevant to any party's claim or defense, nor proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b). Elite will produce documents evidencing its status as an accredited provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation.

**REQUEST NO. 27**

All Documents reflecting, referring to, related to, or constituting the Seven Courses, the Infringing Courses, or their Subject Matter.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 28**

All Documents reflecting, referring, or related to any comparisons You made between the Seven Courses and the Infringing Courses.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 29**

All Documents supporting Your allegations in Paragraphs 22 and 24 of the Third Party Counter-Complaint that NetCE "threatened" Your business.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 30**

All Documents supporting Your allegations in Paragraphs 32, 33, 39, 40, 44, 45, 49, 50, 54, 55, 59, 60, 64, and 65 of the Third Party Counter-Complaint.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 31**

All Documents supporting Your allegations in Paragraph 15 of the Third Party Counter-Complaint.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 32**

All Documents supporting Your allegations in Paragraph 16 of the Third Party Counter-Complaint.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 33**

All Documents supporting Your allegations in Paragraph 17 of the Third Party Counter-Complaint.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 34**

All Documents supporting Your allegations in Paragraph 18 of the Third Party Counter-Complaint.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 35**

All Documents supporting Your allegations in Paragraph 19 of the Third Party Counter-Complaint.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 36**

All Documents supporting Your allegations in Paragraph 20 of the Third Party Counter-Complaint.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 37**

All Documents supporting Your allegations in Paragraph 21 of the Third Party Counter-Complaint.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 38**

All Communications reflecting, referring, or related to this Litigation.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 39**

All Documents reflecting, referring, or related to this Litigation.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 40**

All Communications reflecting, referring, or related to and/or referencing Alpine.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 41**

All Documents reflecting, referring, or related to the production expenses (including without

limitation marketing, editing, curating, publishing, printing, mailing) of the Infringing Courses.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad topic.  The collection and production of "all" such documents would present an undue burden to Elite, as such materials are not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b)(1).  Elite will produce summary records showing the production expenses associated with the accused courses.

**REQUEST NO. 42**

All Documents reflecting, referring, or relating to the manner in which the Infringing Courses

were marketed, sold, and/or distributed including without limitation catalogs, advertisements,

selling of courses individually, and selling of courses in bundles.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad topic.  The collection and production of "all" such documents would present an undue burden to Elite, as such materials are not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b)(1).  Elite will produce exemplary documents showing the manner in which it markets, sells, and distributes courses.

**REQUEST NO. 43**

All Documents reflecting, referring, or relating to Your strategy for course development and

selection from 2010 to present.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 44**

All Documents reflecting, referring, or relating to Your strategic plan, from 2010 to the present, to expand Your course offerings to encompass courses for medical professionals.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 45**

All Documents reflecting, referring, or relating to Your strategic plan, from 2010 to the present, to offer courses related to the Subject Matter of the Infringing Courses.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 46**

All Documents reflecting, referring, or relating to Your methods, strategies, and/or materials for marketing courses.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 47**

All Documents reflecting, referring, or relating to Your methods, strategies, and/or materials for selling courses.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 48**

All Documents reflecting, referring, or relating to Your methods, strategies, and/or materials for offering courses to potential and existing customers.

**ANSWER:**

Elite will produce non-privileged responsive documents in its possession, custody, or control.

**REQUEST NO. 49**

All Documents reflecting, referring, or relating to Your methods, strategies, and/or materials for offering courses to potential and existing customers.

**ANSWER:**

Elite objects to this request as duplicative of Request No. 48.

**REQUEST NO. 50**

All Documents reflecting, referring, or relating to Your methods, strategies, and/or materials for grading courses completed by customers.

**ANSWER:**

Elite objects to this request on the basis that documents reflecting, referring, or relating to Elite's methods, strategies, and/or materials for grading courses are not relevant to any party's claim or defense, and are not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b).

**REQUEST NO. 51**

All Documents reflecting, referring, or relating to Your methods, strategies, and/or materials for collecting fees for all courses You offer for sale.

**ANSWER:**

Elite objects to this request on the basis that documents reflecting, referring, or relating to Elite's methods, strategies, and/or materials for grading courses are not relevant to any party's claim or defense, and are not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b).

**REQUEST NO. 52**

All Documents reflecting, referring, or relating to Your fees and/or pricing schedules for all courses You offer for sale.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad topic.  The collection and production of "all" such documents would present an undue burden to Elite, as such materials are not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b)(1).  Elite will produce summary documents showing pricing for the courses it offers for sale.

**REQUEST NO. 53**

All Documents reflecting, referring, or relating to all sales of courses You offer in the field of medicine, including without limitation documents itemizing each sale of the same.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to "all sales" of all courses Elite offers "in the field of medicine."  This request therefore seeks information that is not relevant to any party's claim or defense, and is not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b).  The collection and production of "all" such documents would likewise present an undue burden to Elite.  Elite will produce summary records reflecting itemized sales of courses in the field of nursing.

**REQUEST NO. 54**

All Documents reflecting, referring, or relating to all sales of courses You offer submitted by Dr. Jouria or containing material Dr. Jouria submitted, including without limitation documents itemizing each sale of the same.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this topic, and thereby seeks information that is not relevant to any party's claim or defense, and is not proportional to the needs of the case.  *See* Fed. R. Civ. P. 26(b).  The collection and production of "all" such documents would likewise present an undue burden to Elite.  Elite will produce summary records reflecting itemized sales of courses in the field of nursing, which includes the accused courses.

**REQUEST NO. 55**

All Documents reflecting, referring, or relating to all sales of courses You offer that relate to the Subject Matter of the Infringing Courses, including without limitation documents itemizing each sale of the same.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to "all sales" of all certain courses, and therefore seeks information that is not relevant to any party's claim or defense, and is not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b). The collection and production of "all" such documents would likewise present an undue burden to Elite. Elite will produce summary records reflecting itemized sales of courses in the field of nursing.

**REQUEST NO. 56**

All Documents reflecting, referring, or relating to the number of times potential or existing

customers downloaded and/or viewed courses Dr. Jouria submitted to You or courses containing

material Dr. Jouria submitted to You.

**ANSWER:**

Elite will produce summary records of the data available to Elite reflecting page views of courses available on its website, which data is available for the timeframe beginning in March 2014.

**REQUEST NO. 57**

All Documents reflecting, referring, or relating to revenue Elite received, gross and/or net,

related to the Infringing Courses.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad subject matter, and therefore seeks information that is not relevant to any party's claim or defense, and is not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b). The collection and production of "all" such documents would likewise present an undue burden to Elite. Elite will produce summary records reflecting revenue Elite received for the accused courses.

**REQUEST NO. 58**

All Documents reflecting, referring, or relating to revenue Elite received, gross and/or net,

related to or regarding courses Dr. Jouria submitted to Elite.

**ANSWER:**

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad subject matter, and therefore seeks information that is not relevant to any party's claim or defense, and is not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b). The collection and production of "all" such documents would likewise present an undue burden to Elite. Elite will produce summary records reflecting revenue Elite received for the courses related to materials Dr. Jouria submitted to Elite.

## REQUEST NO. 59

All Documents reflecting, referring, or relating to revenue Elite received, gross and/or net,

related to or regarding sales of courses regarding the same Subject Matter as the Infringing

Courses, but which Dr. Jouria did not author or submit to Elite.

### ANSWER:

Elite states that other than the courses based on materials Dr. Jouria submitted to Elite, it has not offered or sold any other courses "regarding the Same Subject Matter as the Infringing Courses."

## REQUEST NO. 60

All Documents reflecting, referring, or relating to sales of the Infringing Courses.

### ANSWER:

Elite objects to this request as overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad subject matter, and therefore seeks information that is not relevant to any party's claim or defense, and is not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b). The collection and production of "all" such documents would likewise present an undue burden to Elite. Elite will produce summary records reflecting sales of the accused courses.

## REQUEST NO. 61

All Documents reflecting, referring, or related to any attempts You made, successful or

otherwise, to receive accreditation from any entity for continuing education services.

### ANSWER:

Elite objects to this request on the basis that documents regarding Elite's efforts to receive accreditation for continuing education services are not relevant to any party's claim or defense, and are not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b). Elite further objects to this request on the basis that it is overly broad and unduly burdensome to the extent that it seeks "all documents" related to this broad subject matter. Elite will produce documents

evidencing its status as an accredited provider of continuing nursing education by the American
Nurses Credentialing Center's Commission on Accreditation.

**REQUEST NO. 62**

All Communications reflecting, referring, or related to any attempts You made, successful or

otherwise, to receive accreditation from any entity for continuing education services.

**ANSWER:**

Elite objects to this request on the basis that documents regarding Elite's efforts to receive
accreditation for continuing education services are not relevant to any party's claim or defense,
and are not proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b). Elite further objects
to this request on the basis that it is overly broad and unduly burdensome to the extent that it
seeks "all documents" related to this broad subject matter. Elite will produce documents
evidencing its status as an accredited provider of continuing nursing education by the American
Nurses Credentialing Center's Commission on Accreditation.

**REQUEST NO. 63**

All Documents reflecting, referring, or related to Alpine.

**ANSWER:**

Elite objects to this request on the basis that it is overbroad, as it requests "[a]ll documents
related to Alpine," without limitation as to subject matter, and therefore seeks documents that are
not relevant to any party's claim or defense, and are not proportional to the needs of the case.
*See* Fed. R. Civ. P. 26(b). Elite will produce non-privileged, responsive documents in its
possession, custody, or control reflecting, referring, or related to Alpine and also to NetCE, Dr.
Jouria, the accused courses, or the claims and defenses in this case.

**REQUEST NO. 64**

All Documents You received or sent to Alpine.

**ANSWER:**

Elite does not believe that it has had any communications with Alpine, and therefore does not
have responsive documents in its possession, custody, or control.

Dated: October 5, 2017     Respectfully submitted,


     /s/ Kathryn G. Cole
     J. Mark Wilson (*pro hac vice*)
     markwilson@mvalaw.com
     Kathryn G. Cole (*pro hac vice*)
     katecole@mvalaw.com
     MOORE & VAN ALLEN PLLCS
     100 North Tryon Street, Suite 4700
     Charlotte, NC 28202
     Telephone: (704) 331-1000
     Facsimile: (704) 331-1159

     Peter A. Chiabotti
     Florida Bar No. 0602671
     AKERMAN LLP
     peter.chiabotti@akerman.com
     777 South Flagler Driver
     Suite 1100, West Tower
     West Palm Beach, FL 33401
     Telephone: (561) 653-5000
     Facsimile: (561) 659-6313

     *Attorneys for Third Party Defendant Elite*
     *Professional Education, LLC*

## <u>Certificate of Service</u>

I hereby certify that on October 5, 2017, I served the foregoing *ELITE PROFESSIONAL EDUCATION, LLC'S RESPONSES TO CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE FIRST SET OF REQUESTS FOR PRODUCTION* on the parties listed below via email:

> Philip E. Rothchild, Esq.
> Holland & Knight LLP
> 515 East Las Olas Blvd., 12th Floor
> Fort Lauderdale, FL 33301
> Email: phil.rothschild@hklaw.com
> *Attorneys for CE Resource, Inc. d/b/a*
> *CME Resource and NetCE*
>
> John P. Kern, Esq.
> Jessica E. Lanier, Esq.
> Holland & Knight LLP
> 50 California Street, Suite 2800
> San Francisco, CA 94111
> Email: john.kern@hklaw.com
> jessica.lanier@hklaw.com
> *Attorneys for CE Resource, Inc. d/b/a*
> *CME Resource and NetCE*
>
> Richard S. Ross, Esq.
> 915 S.E. 2 Court
> Ft. Lauderdale, Florida  33301
> Email: prodp@ix.netcom.com
> *Attorneys for Plaintiff Dr. Jassin Jouria*

> /s/ Kathryn G. Cole
> Kathryn G. Cole