# EXHIBIT B

## Lanier, Jessica E (SFO - X56923)

| | |
|---|---|
| **From:** | Lanier, Jessica E (SFO - X56923) |
| **Sent:** | Thursday, November 2, 2017 8:38 AM |
| **To:** | 'Kate Cole' |
| **Cc:** | Kern, John P (SFO - X56918) |
| **Subject:** | RE: Elite's written responses to NetCE's discovery requests |

Hi, Kate—that time is just fine.  John and I will call your office line at 3 pm your time tomorrow.

Talk to you soon,

Jesse

**Jessica Lanier** | **Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Kate Cole [mailto:katecole@mvalaw.com]
**Sent:** Thursday, November 2, 2017 8:06 AM
**To:** Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>
**Subject:** RE: Elite's written responses to NetCE's discovery requests

Hi Jesse,

Probably easiest to set up a call to discuss.  How about Friday at noon Pacific / 3 p.m. Eastern?  Let me know if that works well for your schedule.

Thanks,

Kate

**Kate Cole**
Attorney at Law
T 704.331.1045
F 704.409.5659
katecole@mvalaw.com



100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

1

**From:** Jessica.Lanier@hklaw.com [mailto:Jessica.Lanier@hklaw.com]
**Sent:** Wednesday, November 01, 2017 2:29 PM
**To:** Mark Wilson <markwilson@mvalaw.com>; Kate Cole <katecole@mvalaw.com>; Minnie Kim <minniekim@mvalaw.com>
**Cc:** John.Kern@hklaw.com; Daniel.Kappes@hklaw.com; Denise.Harmon@hklaw.com
**Subject:** Elite's written responses to NetCE's discovery requests

Mark,

We write regarding Elite's written responses to NetCE's first set of requests for production and first set of interrogatories.  Please address the following at your earliest convenience (and no later than the end of the day tomorrow, November 2, 2017).  We could also schedule a call, if you'd prefer.  John and I are available all day Friday and Thursday any time *except* 2-2:30 pm EST (11-11:30 PST).

- Elite's responses to NetCE's Requests for Production:
    - It is not clear to us, from your written objections and responses, if you are withholding documents subject to your objections.  Are you?
    - Please clarify how RFPs 8 and 9 are overburdensome.
    - With respect to RFPs 26, 61, 62 we understand that Elite is agreeing to produce documents related to the ANCC *only*.  Please provide your basis and authority for refusing to produce other responsive documents.
    - We understand Elite will produce summary documents of production, number of downloads, revenue, marketing expenses, sales, and pricing schedules, but not source documents or documents supporting those summary documents.  Please provide your basis and authority for refusing to produce other responsive documents.
        - Please clarify whether Elite has produced the aforementioned summary documents to NetCE.
    - With respect to RFPs 50 and 51 (request documents relating to Elite's grading of courses), please provide your basis and authority for refusing to produce other responsive documents.

- Elite's production of documents:
    - Please clarify whether you have now produced all documents responsive to NetCE's first set of requests for production.

- Elite's responses to NetCE's Interrogatories:
    - Fulsome responses to Rogs 2, 5, and 12 require additional details, for example: What medium did Jouria use to promise to follow the law?  Elite states the courses are dissimilar, but does not state *how*.
    - Elite's response to Rog 21 suggests Elite is withholding information subject to its objections.  Is this the case?
    - Elite's response to Rog 24 suggests Elite will supplement a response once a PO is in place.
        - When can we expect Elite to supplement its responses to these interrogatories?

Thanks very much,

Jesse


**Jessica Lanier** | **Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111

Phone 415.743.6923 | Fax 415.743.6910

jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**