EXHIBIT C

**Lanier, Jessica E (SFO - X56923)**

| | |
|---|---|
| **From:** | Kern, John P (SFO - X56918) |
| **Sent:** | Tuesday, November 14, 2017 6:53 AM |
| **To:** | Kate Cole |
| **Cc:** | Lanier, Jessica E (SFO - X56923); Mark Wilson; Minnie Kim; Kappes, Daniel P (SFO - X56951); Harmon, Denise A (SFO - X56925); Yee, Myrna M (SFO - X56916); peter.chiabotti@akerman.com; prodp@ix.netcom.com |
| **Subject:** | Re: Elite's production |

Ok.  We will move to compel on the accreditation RFP.  Thank you.

Sent from my iPhone

On Nov 14, 2017, at 6:30 AM, Kate Cole <katecole@mvalaw.com> wrote:

> John,
>
>
> Apologies for the delay in responding, as we were traveling most of yesterday.  I recall that Jesse raised the issue of Elite's responses to RFPs 26, 61, 62 in her email of November 1, and we discussed our objection, response, and production in our teleconference on November 3.  We explained the bases for our objection to those RFPs, and explained that given the number of professions for which Elite offers CE courses and the vast number of accrediting bodies, our reasoning for providing documentation showing Elite's accreditation by the ANCC (which, as we explained, we understand to be the primary accrediting body in the nursing CE space).  During our call, you agreed with our narrowing to the ANCC.  We also explained that while we had already produced such ANCC documentation, Elite did not rely on any courses or content authored by Dr. Jouria in applying for or receiving accreditation.
>
>
> Your emails below are raising new issues (including one about a claim regarding NetCE's accreditation statement), which are not part of the case and which we have never heard or discussed.  Given that none of the accused courses were part of the accrediting process as we discussed (and which our Rule 30(b)(6) witness will be prepared to confirm on Friday), NetCE's demands for further production in response to RFPs 26, 61, 62 is not appropriate under Rule 26(b).  This information simply bears no relevance to any issue or claim in dispute.  Indeed, this appears to be a fishing expedition for information to file complaints against Elite with accrediting bodies (which, based on our review of NetCE's document production, appears to be an ongoing effort by NetCE).
>
>
>
> Kate
>
>
> On Nov 12, 2017, at 12:44 PM, "John.Kern@hklaw.com" <John.Kern@hklaw.com> wrote:
>
>> Mark, Kate:

See highlighted section below.  We need you to confirm by tomorrow our understanding on the agreement we reached on reserving our rights with respect to a handful of specific requests.  The accreditation issue is a major issue for us.   Elite has copied and published on its course materials word-for-word NetCE's accreditation statement (which is NOT boilerplate).  We need to understand if they are accredited, where, when, and what they submitted to get that accreditation.  All of this goes to the extent of liability and to damages. If you can't confirm you will make a full, responsive production on these issues if/when we request, then we need to file a motion to preserve our rights.

Thanks much.

---

**From:** Lanier, Jessica E (SFO - X56923)
**Sent:** Saturday, November 11, 2017 10:33 PM
**To:** Mark Wilson <markwilson@mvalaw.com>; Kate Cole <katecole@mvalaw.com>; Minnie Kim <minniekim@mvalaw.com>
**Cc:** Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Harmon, Denise A (SFO - X56925) <Denise.Harmon@hklaw.com>
**Subject:** Elite's production

Kate, Mark, and Minnie,

We have completed review of your production to date.  Has Elite completed its production?  Or can we expect another round of documents?

We note the following items we expected to be included in your production are absent:
- Elite's complete ANCC application (based on one document in production 3, we believe this application was submitted in 2016)
  - We agreed to accept, provisionally, ANCC materials only, prior to the deposition of Elite's 30(b)(6) witness, but we reserve the right to ask for all materials responsive to RFPs 26, 61, and 62, including without limitation submissions to all applicable state accreditation bodies.  We need you to acknowledge in writing you agree to make a full and complete response to RFPs 26, 61, and 62 if we are not satisfied with Elite's testimony on the issue.
- Course booklets (snail mail) containing the five courses at issue (either singly or in combination)
- Documents related to your attempts to license copyrighted materials contained in Dr. Jouria's drafts (images, tables, etc., that Dr. Jouria did not create)
  - With the exception of one receipt from Shutterstock
- Documents related to Elite's course development strategy
  - With the exception of a few documents related to market research and customer surveys regarding courses of interest
- Information regarding sales of courses in the field of nursing

Jesse

**Jessica Lanier** | **Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**

**Lanier, Jessica E (SFO - X56923)**

| | |
|---|---|
| **From:** | Kate Cole <katecole@mvalaw.com> |
| **Sent:** | Tuesday, November 14, 2017 7:09 AM |
| **To:** | Lanier, Jessica E (SFO - X56923); Mark Wilson; Minnie Kim |
| **Cc:** | Kern, John P (SFO - X56918); Kappes, Daniel P (SFO - X56951); Harmon, Denise A (SFO - X56925) |
| **Subject:** | RE: Elite's production |

Hi Jesse,

I believe we have another production of documents going out today.  I am looking into the extent of courses booklets containing accused courses.  I believe only one accused course was published in one booklet in one state, one time, but I am confirming.  We will produce a copy.  I believe we have produced all responsive documents in our possession pertaining to the issues of licensing of copyrighted materials contained in Dr. Jouria's drafts and course development strategy.  We also produced a spreadsheet showing all sales of courses in the field of nursing.   I think this answers all your questions.

Thanks,

Kate

**Kate Cole**
Attorney at Law
T 704.331.1045
F 704.409.5659
katecole@mvalaw.com

**Moore&VanAllen**

100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

**From:** Jessica.Lanier@hklaw.com [mailto:Jessica.Lanier@hklaw.com]
**Sent:** Sunday, November 12, 2017 1:33 AM
**To:** Mark Wilson <markwilson@mvalaw.com>; Kate Cole <katecole@mvalaw.com>; Minnie Kim <minniekim@mvalaw.com>
**Cc:** John.Kern@hklaw.com; Daniel.Kappes@hklaw.com; Denise.Harmon@hklaw.com
**Subject:** Elite's production

Kate, Mark, and Minnie,

We have completed review of your production to date.  Has Elite completed its production?  Or can we expect another round of documents?

We note the following items we expected to be included in your production are absent:
- Elite's complete ANCC application (based on one document in production 3, we believe this application was submitted in 2016)
  - We agreed to accept, provisionally, ANCC materials only, prior to the deposition of Elite's 30(b)(6) witness, but we reserve the right to ask for all materials responsive to RFPs 26, 61, and 62, including

1

without limitation submissions to all applicable state accreditation bodies.  We need you to acknowledge in writing you agree to make a full and complete response to RFPs 26, 61, and 62 if we are not satisfied with Elite's testimony on the issue.

- Course booklets (snail mail) containing the five courses at issue (either singly or in combination)
- Documents related to your attempts to license copyrighted materials contained in Dr. Jouria's drafts (images, tables, etc., that Dr. Jouria did not create)
  - With the exception of one receipt from Shutterstock
- Documents related to Elite's course development strategy
  - With the exception of a few documents related to market research and customer surveys regarding courses of interest
- Information regarding sales of courses in the field of nursing


Jesse

**Jessica Lanier** | **Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.
Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**