UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and
NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

    Third Party Defendants.
_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on CE Resource, Inc. d/b/a CME Resource and NetCE's Motion to Compel Production of Documents (ECF No. 143), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before November 27, 2017, Elite Continuing Education, Inc. shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 16th day of November, 2017.

                                                LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record