UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

    Third Party Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

THIS CAUSE is before the Court upon NETCE's Motion for Extension of Time to Complete Limited Third Party Discovery [DE 142] (the "Motion"), filed herein on November 15, 2017. The Court has reviewed the Motion is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Motion [DE 142] is **GRANTED**.

2. NetCE's Rule 45 subpoenas dated November 15, 2017 with a return date of November 30, 2017 are deemed filed timely, and the discovery period is extended for the purpose of NetCE obtaining documents produced by the third parties served with subpoenas.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 16th day of November, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All Counsel of Record