UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

    Third Party Defendants.

_____/

## DECLARATION OF JOHN KERN

I, John Kern, declare as follows:

1. I am a partner with the law firm of Holland & Knight LLP (based out of the firm's San Francisco office), and I am duly licensed to practice law in the State of California. I am admitted *pro hac vice* in the United States District Court for the Southern District of Florida, to represent CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE ("NetCE"), in the above-captioned litigation.

2. I have personal knowledge of the circumstances described below and, if so called, can testify under oath regarding these events.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Cease & Desist Unlawful Conduct letter sent to Dr. Jassin Jouria on April 9, 2015.

4. Attached hereto as Exhibit 2 is a true and correct copy of Dr. Jouria's Supplemental Response to NetCE's First Request for the Production of Documents and Things, dated September 5, 2017.

5. Attached hereto as Exhibit 3 is a true and correct copy of Dr. Jouria's Response to NetCE's First Set of Interrogatories, dated August 14, 2017.

6. Attached hereto as Exhibit 4 is a true and correct copy of Dr. Jouria's Supplemental Response to NetCE's First Set of Interrogatories, dated August 28, 2017.

7. Attached hereto as Exhibit 5 is a true and correct copy of Dr. Jouria's Second Supplemental Response to NetCE's First Set of Interrogatories, dated September 5, 2017.

8. Attached hereto as Exhibit 6 is a true and correct copy of an email chain beginning August 30, 2017, and ending September 1, 2017, between counsel for NetCE and counsel for Dr. Jouria.

9. Attached hereto as <u>Exhibit 7</u> are true and correct excerpts from the September 28, 2017, deposition of Dr. Jouria.

10. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of an email dated October 19, 2017.

11. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of an email chain beginning October 26, 2017, and ending October 30, 2017, between counsel for NetCE and counsel for Dr. Jouria.

Dated this 17th day of November, 2017

By: _____
John Kern