# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

      Third Party Defendant.

_____/

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO NETCE'S FIRST SET OF**
**INTERROGATORIES**

      COMES NOW, the Plaintiff, Dr. Jassin Jouria ("Plaintiff"), who respectfully

supplements its response to Defendant's, CE Resource, Inc.'s d/b/a CME Resource and NetCE

("Defendant"), first set of interrogatories, pursuant to Rule 33 of the Federal Rules of Civil

Procedure and the Local Rules of this court, as follows:

**PRELIMINARY STATEMENT**

1.     Plaintiff's investigation and development of all facts and circumstances relating to this action

is ongoing. These responses and objections are made without prejudice to, and are not a waiver of,

Plaintiff's right to rely on other facts or documents at trial.

2.     By making the accompanying responses Defendant's interrogatories, Plaintiff does not waive,

and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Plaintiff makes the responses herein without in any way implying that it considers the interrogatories or responses thereto to be relevant or material to the subject matter of this action.

3.      Plaintiff expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses.

4.      To the extent Plaintiff relies on documents in responding to these interrogatories, Defendant is made aware that Plaintiff's records contained on his computer have been compromised in that his computer "crashed" and documents might have been lost.  Plaintiff is attempting to recompile documents from his crashed computer.

**INTERROGATORIES**

**INTERROGATORY NO. 15**

Identify all Persons involved with or employed by Elite with whom You Communicated regarding the Subject Matter of the Seven Courses.

**RESPONSE NO. 15**

Tracey Foster; Janice Harless.

**INTERROGATORY NO. 16**

Describe Your role, title and responsibilities at and with Elite.

**RESPONSE NO. 16**

Plaintiff wrote medical articles for Elite as an independent contractor.

**INTERROGATORY NO. 17**

Identify all assets to or in which You have any ownership interest, including tangible and intangible assets.

**RESPONSE NO. 17**

Objection.  Irrelevant and not calculated to lead to the discovery of admissible evidence because Defendant does not have any judgment against Plaintiff.  The information requested has no bearing on liability alleged or damages sought by Defendant against Plaintiff.

**INTERROGATORY NO. 18**

Identify by institution name, routing number, and account number all bank accounts You own in whole or in part and/or into which you deposit or withdraw moneys.

**RESPONSE NO. 18**

Objection.  Irrelevant and not calculated to lead to the discovery of admissible evidence because Defendant does not have any judgment against Plaintiff.  The information requested has no bearing on liability alleged or damages sought by Defendant against Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 28, 2017.


/s/Jassin Jouria, M.D.
JASSIN JOURIA, M.D.

Respectfully submitted,


/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
915 S.E. 2 Court
Ft. Lauderdale, Florida 33301
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 28, 2017, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Richard S. Ross</u>
Richard S. Ross, Esq.

**SERVICE LIST**
**Dr. Jassin Jouria v. CE Resource, et al.**
**Case No.: 15-61165-CIV-DIMITROULEAS**
**United States District Court, Southern District of Florida**
**(Ft. Lauderdale Division)**

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: E mail
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: E mail
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: E mail
*(Attorneys for Elite Continuing Education, Inc.)*

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: E mail
*(Attorneys for Elite Continuing Education, Inc.)*