# Exhibit 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

## PLAINTIFF'S SECOND SUPPLEMENTAL RESPONSE TO NETCE'S FIRST SET OF INTERROGATORIES

COMES NOW, the Plaintiff, Dr. Jassin Jouria ("Plaintiff"), who respectfully serves its second supplemental response to Defendant's, CE Resource, Inc.'s d/b/a CME Resource and NetCE ("Defendant"), first set of interrogatories, pursuant to Rule 33 of the Federal Rules of Civil Procedure and the Local Rules of this court, as follows:

### PRELIMINARY STATEMENT

1. Plaintiff's investigation and development of all facts and circumstances relating to this action is ongoing. These responses and objections are made without prejudice to, and are not a waiver of, Plaintiff's right to rely on other facts or documents at trial.

2. By making the accompanying responses Defendant's interrogatories, Plaintiff does not waive,

and hereby expressly reserves, its right to assert any and all objections as to the admissibility of such responses into evidence in this action, or in any other proceedings, on any and all grounds including, but not limited to, competency, relevancy, materiality, and privilege. Further, Plaintiff makes the responses herein without in any way implying that it considers the interrogatories or responses thereto to be relevant or material to the subject matter of this action.

3. Plaintiff expressly reserves the right to supplement, clarify, revise, or correct any or all of the responses.

4. To the extent Plaintiff relies on documents in responding to these interrogatories, Defendant is made aware that Plaintiff's records contained on his computer have been compromised in that his computer "crashed" and documents might have been lost. Plaintiff is attempting to recompile documents from his crashed computer.

## INTERROGATORIES

### INTERROGATORY NO. 9

Describe Your process of researching and writing the materials related to the Seven Courses you submitted to NetCE pursuant to the Freelance Writing Agreements relating to and governing the Seven Courses.

### RESPONSE NO. 9

Research was conducted almost exclusively online via open access journals via PubMed, Google Books, other Medical professional societies – such as the American Cancer Society, American Heart Association, American Neurology Society. The research was often cross-referenced with the most current guidelines published in peer-reviewed journals. Outlines were used as a template and evidence-based research collected from the literature review was compiled into a

text based article. Editing for grammar/syntax and references was done in accordance with daily revisions as needed.

The articles were written in sections of sub-topics based on the proposed outlines. The outlines were designed and drafted based on the respective literature review and the most commonly used general format for medical education, (i.e. Intro, Epidemiology, Patho-physiology, Treatment, Limitations/Obstacles, Communication, Future). Each sub-topic was then drafted based on the respective research completed during the literature review using APA reference format, and was supplemented with further research done at the time of writing. The articles were eventually compiled and edited several times on an ongoing basis. Once the first draft was completed, a general review and editing process commenced. This included edits, deletions, additions and other general formatting common to developing a medical article.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 5, 2017.


/s/Jassin Jouria, M.D.
JASSIN JOURIA, M.D.

Respectfully submitted,


/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
915 S.E. 2 Court
Ft. Lauderdale, Florida 33301
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 5, 2017, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  s/Richard S. Ross
                                                  Richard S. Ross, Esq.

**SERVICE LIST**
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: E mail
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: E mail
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: E mail
*(Attorneys for Elite Continuing Education, Inc.)*


J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: E mail
*(Attorneys for Elite Continuing Education, Inc.)*