# Exhibit 8

| | |
|---|---|
| **From:** | Richard Ross <prodp@ix.netcom.com> |
| **Sent:** | Thursday, October 19, 2017 7:28 AM |
| **To:** | Kern, John P (SFO - X56918) |
| **Cc:** | Lanier, Jessica E (SFO - X56923); Rothschild, Phil (FTL - X27881); Kappes, Daniel P (SFO - X56951); Yee, Myrna M (SFO - X56916) |
| **Subject:** | Re: Request for Discovery Conference |

Available from Wednesday of next week.  Please advise your availability.

On 10/19/2017 7:34 AM, John.Kern@hklaw.com wrote:

> Richard:
>
> I would be grateful if you sent me some times for this coming Monday for a telephonic Discovery Conference on two issues:
>
> 1.   Dr. Jouria's refusal to provide testimony at his deposition in response to my questions about his problems with the medical license accreditation organization, and
> 2.   Dr. Jouria's destruction of a laptop computer (and associated hard drive) almost containing responsive evidence during the pendency of this litigation.
>
> We have not heard any follow up from you on either of these issues.  If we cannot reach an agreement with you via the telephonic discovery conference we will need to move the Court for an order to compel (on the testimony) and evidentiary and terminating sanctions (on the spoliation issue).
>
> I am available Monday anytime except 1-1:30 Eastern.
>
> Kind Regards,
>
> John
>
> **John Kern | Holland & Knight**
> Partner
> Holland & Knight LLP
> 50 California Street, Suite 2800 | San Francisco, CA 94111
> Phone 415.743.6918 | Fax 415.743.6910
> john.kern@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.