UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURSE, INC., d/b/a CME Resource and
NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION,

    Third Party Defendant.
_____/

## EXPEDITED ORDER TO RESPOND

THIS CAUSE is before the Court on Plaintiff's Discovery Motion for a Protective Order Forbidding Defendant From Obtaining Documents From Non-Party Educational Commission for Foreign Medical Graduates Under Rule 45 (ECF No. 148), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before November 22, 2017, the Defendant, NetCE, shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of November, 2017.

                                                         LURANA S. SNOW
                                                         UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record