UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

    Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

    Third Party Defendants.
_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon CE Resource, Inc. d/b/a CME Resource and

NetCE's Motion for Terminating Sanctions [DE 149] (the "Motion"), filed herein on November

20, 2017. The Court has carefully considered the Motion [DE 149] and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Court **REFERS** the Motion [DE 149] to Magistrate Judge Lurana S. Snow for appropriate disposition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of November, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All Counsel of Record