# EXHIBIT "A"

```
************ -COMM. JOURNAL- ************ DATE NOV-09-2017 ***** TIME 17:26 ********

           MODE = MEMORY TRANSMISSION        START=NOV-09 17:25    END=NOV-09 17:26

              FILE NO.=333

      STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION

      001       OK                 913055235639           001/001  00:00:41


                                                              -HOLLAND AND KNIGHT LLP  -

****************************** -            - ***** -                  - ********
```

## UNITED STATES DISTRICT COURT
### COURT REPORTER SECTION
### 400 NORTH MIAMI AVENUE, #8N09
### MIAMI FLORIDA 33128-7788
### 305-523-5635

## TRANSCRIPT NON-APPEAL ORDER FORM

Fax Orders To: (305) 523-5639                    Attn: Court Reporter Coordinator

Note. Please refer to docket sheet for name of reporter or digital number. If reporter present at hearing, please contact reporter directly. Contact Information is listed at: www.flsd.uscourts.gov, under Transcript Information /Contact information. If a digital proceeding, please complete this form and forward to the Court Reporter Coordinator.

Requestor's Name: Philip E. Rothschild     Phone: 954-468-7881

Mailing/Billing Address: c/o Holland & Knight, LLP, 515 E. Las Olas Blvd., Ste. 1200, Ft. Lauderdale, FL 33301

Date Requested: November 9, 2017    Date Sent to Transcriber: November 9, 2017 (Court use only)

Magistrate Judge/District Judge: Magistrate Judge Lurana S. Snow

Date(s) of hearing(s): November 9, 2017

Type of Proceeding(s): Hearing

Case Number: 15-cv-61165-WPD    Case Name/Style: Jouria v. CE Resource, Inc.

Reporter Name/Digital Number: 14:28:58

Special Instructions: regular delivery

☐ Ship Overnight via: Fed ex    Account #: 0333-1523-6    Priority: standard overnight
☐ Hold for pickup

**Indicate transcript rate desired:** *The court reporter will contact you to make financial arrangements*

**14-Day Transcript**

| | Digital Proceeding | Court Reporter |
|---|---|---|
| ☐ Ordinary (A transcript to be completed within 30 calendar days after receipt of order.) | $3.65 per page | $4.02 per page |
| ☐ 14-Day Transcript (A transcript to be completed 14 calendar days after receipt of order.) | $4.25 per page | $4.68 per page |
| ☐ Expedited (A transcript to be completed within 7 calendar days after receipt of order.) | $4.85 per page | $5.34 per page |
| ☐ Daily** (A transcript to be completed by 3:00PM the day following receipt of order.) | $6.05 per page | $6.66 per page |
| ☐ Copy of Audio (Shall not be used as official record nor transcript thereof. Official transcripts must be ordered through court.) | $31.00 | |

**IMPORTANT:** DO NOT use this form for the following requests.
- **CJA Panel Attorneys:** CJA 24 form(s) must be used for all transcript requests.
- **FPD/USAO:** Your in-house order form must be used for all transcript requests.

**West Palm Beach, Ft. Pierce, Key West:** All transcript requests of digitally-recorded proceedings for these locations may take an additional 3 to 4 days to allow for transit time.

*"Transcript Requests received after 3PM are considered received 'next business day'.*

Revised September 9, 2010