# **EXHIBIT A**

| | |
|---|---|
| **From:** | Jessica.Lanier@hklaw.com |
| **Sent:** | Monday, November 20, 2017 7:06 PM |
| **To:** | Mark Wilson; John.Kern@hklaw.com |
| **Cc:** | Kate Cole |
| **Subject:** | RE: |

Mark,

Confirmed--what you describe is acceptable. With respect to the RFPs concerning accreditation, we propose the following accommodations to RFPs 26, 61, and 62. Moreover, we do not need documents concerning the following professions: parenting, electricians, funeral directors, and veterinary professionals.

**REQUEST NO. 26**
Documents sufficient to Identify all accreditations You have or had, from 2012 to the present, for providing continuing education services.

**REQUEST NO. 61**
All Documents reflecting, referring, or related to any attempts You made (including without limitation materials submitted in support of application(s) or materials referenced in submission of application(s)), successful or otherwise, to receive accreditation from any entity for continuing education services, for applications dating from 2012 to present.

**REQUEST NO. 62**
All Communications, from 2012 to the present, reflecting, referring, or related to any attempts You made, successful or otherwise, to receive accreditation from any entity for continuing education services.

If you agree to this proposal, and can produce the appropriate documents no later than December 4, we will withdraw our motion to compel ASAP.

We'll get back to you tomorrow regarding our discussion about NetCE's trade secret claim.

Jesse

**Jessica Lanier | Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Mark Wilson [mailto:markwilson@mvalaw.com]
**Sent:** Monday, November 20, 2017 3:10 PM
**To:** Kern, John P (SFO - X56918) ; Lanier, Jessica E (SFO - X56923)

**Cc:** Kate Cole
**Subject:**

John, I want to follow up on our discussion this afternoon. This email is to confirm that all of the fees collected by Elite for sales of the accused courses are shown in the financial spreadsheets we produced. We are also not aware of any documents reflecting any grading policy for Elite. Finally, we already produced a copy of the one catalog containing an accused course – Depression vs. Dementia in the Elderly (Part 1), mailed to LPNs licensed in Illinois. As we discussed, this eliminates NetCE's motion to compel as it pertains to RFP Nos. 42, 50 and 51. Please confirm ASAP.

**J. Mark Wilson**
Attorney at Law
**T** 704.331.1177
**F** 704.339.5981
markwilson@mvalaw.com

**Moore&VanAllen**  100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

[Moore & Van Allen](#)

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.