# **EXHIBIT C**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA, )
)
    Plaintiff, )
)
v. )
)
CE RESOURCE, INC. d/b/a CME )
RESOURCE and NetCE, )
)
    Defendant. )
_____ )
CE RESOURCE, INC. d/b/a CME )
RESOURCE and NetCE, )
)
    Defendant/Counter-Plaintiff, )
)
v. )
)
DR. JASSIN JOURIA, )
)
    Plaintiff/Counter-Defendant. )
_____ )
CE RESOURCE, INC. d/b/a CME )
RESOURCE and NetCE, )
)
    Defendant/Third-Party Plaintiff, )
)
v. )
)
Elite Continuing Education, Inc. and Alpine )
Management Services III, LLC, )
)
    Third-Party Defendants. )
_____ )

## **DECLARATION OF MICHELLE FRANCHI**

1. My name is Michelle Franchi. During the time period at issue in this litigation, I was the General Manager of Elite Professional Education, LLC ("Elite"). I have personal knowledge of the matters set forth herein.

2. I make this Declaration in response to a Motion to Compel filed by NetCE against Elite on November 15, 2017.

3. I understand that NetCE is currently accusing the following five Elite continuing education courses of infringing its purported copyright rights (hereinafter, the "Accused Courses"):

    a. Traumatic Brain Injury

    b. Cancer and Chemotherapy (Parts 1 and 2)

    c. Depression vs. Dementia in the Elderly (Parts 1 and 2)

    d. Gastroesophageal Reflux Disease

    e. Nonantibiotic Antimicrobial Pharmacology (Parts 1 and 2)

4. Elite has been in the continuing education business since 1999. Elite offers continuing education courses to a multitude of professions, including electricians, funeral directors, veterinary professionals, parenting, barbers, cosmetology, dental, infection control, massage therapist, occupational therapy, pharmacist, pharmacy technicians, physical therapy, professional counselors, psychology, social work/mental health, and nursing professionals.

5. The Accused Courses were marketed and sold by Elite only to nursing professionals, beginning in June 2014.

6. I understand that NetCE has speculated that "Elite may have submitted the . . . courses at issue in this lawsuit to, at least, the America [sic] Nurses Credentialing Center's Commission on Accreditation ("ANCC")." (Motion to Compel, p.3). Elite did not submit any

of the Accused Courses to gain any accreditation from any accrediting body, including the ANCC.

7.  Elite's submissions to the ANCC, as well as its submissions to other accrediting bodies for other professions, are confidential and contain competitive business information. Elite and NetCE are competitors in continuing education for nursing professionals, as well as other professions such as social workers, dental, counselors/therapists, and psychologists.

8.  It would be extremely burdensome for Elite to search for and produce all documents Elite might have in response to NetCE's RFPs 26, 61 and 62, which is why Elite responded with objections and told NetCE exactly what Elite was willing to produce (which Elite produced consistent with its responses).

9.  Elite has produced to NetCE the materials Elite submitted to the ANCC during the relevant time period that could have included the Accused Courses, which shows conclusively that Elite did not submit copies of the Accused Courses to the ANCC.

I declare under penalty of perjury that the foregoing is true and correct.

Date:___11/21/17_____     _____
                                   Michelle Franchi