# **EXHIBIT C**

**AMERICAN NURSES CREDENTIALING CENTER**

# Provider Accreditation Application/ Demographic Information Form



## Section 1: Demographic Information

Organizations interested in submitting an application for accreditation or reapplying to maintain accreditation as a Provider must complete the *Provider Accreditation Application/Demographic Information Form* as well as the *Evaluation of an Organization as a Commercial Interest Form*. Organizations must meet all Eligibility Requirements and submit all forms according to the accreditation timelines. Forms received from organizations that do not meet the Eligibility Requirements will be rejected without substantive review. Applicant organizations must be adhering to the most current ANCC Accreditation Manual, available at the date of application, and answer the following questions:

To view timelines, click the paperclip icon:

_____
Name of Applicant (Name on plaque, website, and accreditation statement)

_____
Web Address

_____
Street Address (P.O. Boxes not accepted)

_____
City                                                                   State            Zip/Postal            Country

_____
If applicant is part of a larger organization, provide name of organization

Identify Organization Type: [Select One]

Requested Review Cycle: [Select One]

If a healthcare provider, select number of RN FTE's: [Select One]

## Section 2

**1** _____
**Lead Nurse Planner:** Name and Credentials (e.g. Mary Smith, MSN, RN)

_____
Telephone Number              Fax Number              Email Address

**2** _____
**Billing Contact if different from above:** Name and Credentials (e.g. Mary Smith)

_____
Telephone Number              Fax Number              Email Address

**3** _____
**Additional Point of Contact:** Name and Credentials (e.g. Mary Smith, MSN, RN)

_____
Title/Position (e.g. Administrator)

_____
Telephone Number              Fax Number              Email Address

Would you like ANCC's Directory of Accredited Organizations to include a hyperlink to your website?   ☐ Yes   ☐ No

# Provider Accreditation Application/Demographic Information Form

## Section 3 • Eligibility Verification

Lead Nurse Planner's Name, Credentials and Title

Lead Nurse Planner is licensed registered nurse with a Master's degree or higher and either a baccalaureate or graduate degree in nursing?   ☐ Yes   ☐ No

Name as it appears on RN License:

RN License Number:                                            State of Issue:

The Lead Nurse Planner has authority within the organization to assure adherence to the   ☑ Yes   ☐ No
ANCC Accreditation Program Criteria in the provision of continuing nursing education?

The Nurse Planner is an active participant in the planning, implementing,   ☐ Yes   ☐ No
and evaluation of **each** continuing education activity?

**Please list each Nurse Planner's name (as it appears on his/her RN license), credentials, and state of licensure.** (Note: Applicants outside the U.S., please contact the Accreditation Program Office at Accreditation@ana.org)

| Lead Nurse Planner | Lead Nurse Planner Credentials | Education Level | State of Licensure |
|---|---|---|---|
|  |  | ☐ BSN ☐ MSN ☐ Other: |  |

| Nurse Planners | Nurse Planner Credentials | Education Level | State of Licensure |
|---|---|---|---|
|  |  | ☐ BSN ☐ MSN ☐ Other: |  |
|  |  | ☐ BSN ☐ MSN ☐ Other: |  |
|  |  | ☐ BSN ☐ MSN ☐ Other: |  |
|  |  | ☐ BSN ☐ MSN ☐ Other: |  |
|  |  | ☐ BSN ☐ MSN ☐ Other: |  |
|  |  | ☐ BSN ☐ MSN ☐ Other: |  |
|  |  | ☐ BSN ☐ MSN ☐ Other: |  |

To list additional Nurse Planners, click here: 

# Provider Accreditation Application/Demographic Information Form

Has the applicant ever been denied **accreditation**, or had accreditation suspended or revoked?   ☐ Yes   ☐ No

Is the applicant currently or has the applicant previously been an **approved** provider through an ANCC Accredited Approver?
☐ Yes   ☐ No

Has the applicant ever been denied **approval,** or had an approval suspended or revoked?   ☐ Yes   ☐ No

Is the applicant currently or has the applicant previously been **accredited** by ACCME or ACPE?   ☐ Yes   ☐ No

The applicant has been operational, using the ANCC Accreditation criteria, for 6 months?   ☐ Yes   ☐ No

# Provider Accreditation Application/Demographic Information Form

The applicant has assessed, planned, implemented, and evaluated:

- at least three separate educational activities provided at separate and distinct events?  ☐ Yes  ☐ No

- with the direct involvement of a Nurse Planner?  ☐ Yes  ☐ No

- that adhere to the ANCC Accreditation Criteria?  ☐ Yes  ☐ No

- each learning activity which is at least 1 hour (60 minutes) in length?  ☐ Yes  ☐ No

If new accreditation applicant, were any of the activities co-provided?  ☐ Yes  ☐ No  ☐ N/A

Applicant is in compliance with all applicable Local, State, Federal, and International laws and regulations that apply to the delivery of CNE.  ☐ Yes  ☐ No

Applicant has completed and **attached**, for the prior 12 months, the Accredited Provider Continuing Education Summary.  ☐ Yes  ☐ No

# Provider Accreditation Application/Demographic Information Form

## Section 4 • Statement of Understanding

I attest, by my signature below, that I am duly authorized by _____ (Insert name of organization) to submit this application for accreditation offered by the American Nurses Credentialing Center (ANCC) and to make the statements herein. On behalf of _____ (Insert name of organization), I have read the accreditation eligibility requirements and criteria. I understand that _____ (Insert name of organization) is subject to all eligibility requirements and criteria for accreditation as described in the current Accreditation Manual and any updates thereto. I understand that accreditation depends on successfully meeting eligibility requirements and accreditation criteria and that continued accreditation is dependent upon continued compliance. If accredited, _____ (Insert name of organization)'s name will be included in the official listing of ANCC accredited organizations.

On behalf of _____ (Insert name of organization), by my signature below, I authorize ANCC staff and the Commission on Accreditation to make whatever inquiries and investigations that they, in their sole discretion, deem necessary to obtain or verify information submitted with or necessary for review of this application.

On behalf of _____ (Insert name of organization), I expressly acknowledge and agree that information accumulated by ANCC through the accreditation process may be used for statistical, research, and evaluation purposes and that ANCC may enter into agreements to release anonymous and aggregate data to third parties. Otherwise, subject to the mailing list authorization, all information will be kept confidential and shall not be used for any other purposes without _____ (Insert name of organization)'s permission.

On behalf of _____ (Insert name of organization), I hereby certify that the information provided on and with this application is true, complete, and correct. I further attest, by my signature on behalf of _____ (Insert name of organization), that _____ (Insert name of organization) will comply with all eligibility requirements and accreditation criteria throughout the entire accreditation period, including all reapplication periods for maintaining accreditation, and that _____ (Insert name of organization) will notify ANCC promptly if, for any reason while this application is pending or during any accreditation period, _____ (Insert name of organization) does not maintain compliance. I understand that any misstatement of material fact submitted on, with or in furtherance of this application for accreditation shall be sufficient cause for ANCC to deny, suspend or terminate _____ (Insert name of organization)'s accreditation and to take other appropriate action against _____ (Insert name of organization).

*(Applications received without a signature incur a delay in processing which will cause a delay in the review of the accreditation application.)*

An "X" in the box below serves as the electronic signature of the individual completing this Accreditation Application Form and attests to the accuracy of the information contained.

☐ **Electronic Signature Required**          **Date** _____

_____
**Completed By: Name and Title**

**Please complete and electronically return the following:** 1) Provider Accreditation Application; 2) Accredited Provider Continuing Education Summary; and 3) the Evaluation of an Organization as a Commercial Interest to: **Accreditation@ana.org.**

**\*\*Organizations will be invoiced by ANCC and fee must be paid in full prior to the Accreditation Decision.**