**EXHIBIT 1**

**Subject:** NetCE v. Elite - Expert Report of James E. Pampinella
**From:** <John.Kern@hklaw.com>
**Date:** 11/16/2017 12:27 AM
**To:** <markwilson@mvalaw.com>, <katecole@mvalaw.com>, <prodp@ix.netcom.com>
**CC:** <Jessica.Lanier@hklaw.com>, <Phil.Rothschild@hklaw.com>, <Daniel.Kappes@hklaw.com>, <Myrna.Yee@hklaw.com>

Counsel:

Please see the attached.

Sent from my iPhone

Begin forwarded message

From: Renee Wong <renee.wong@navigant.com<mailto:renee.wong@navigant.com>>
Date: November 15, 2017 at 8:27:29 PM PST
To: "John.Kern@hklaw.com<mailto:John.Kern@hklaw.com>"
<John.Kern@hklaw.com<mailto:John.Kern@hklaw.com>>,
"Jessica.Lanier@hklaw.com<mailto:Jessica.Lanier@hklaw.com>"
<Jessica.Lanier@hklaw.com<mailto:Jessica.Lanier@hklaw.com>>
Cc: Jim Pampinella <jim.pampinella@navigant.com<mailto:jim.pampinella@navigant.com>>
Subject: NetCE v. Elite - Expert Report of James E. Pampinella

John and Jesse,

Attached please find the Expert Report of James E. Pampinella, along with Attachments and Schedules, in the above-referenced matter.

Please confirm receipt.

Thanks,
Renee

---

RENEE WONG<mailto:renee.wong@navigant.com> | Director
Disputes & Investigations | Navigant
One Market Street | Spear Street Tower, Suite 1200 | San Francisco, CA 94105 | USA
415.399.2135 Direct | renee.wong@navigant.com<mailto:renee.wong@navigant.com>
Assistant: Patricia Connell | Direct: 415.399.2158 |
pconnell@navigant.com<mailto:pconnell@navigant.com>
navigant.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.navigant.com&d=DwMFAg&c=14jPbF-1hWnYXveJ5rixtS_Fo3DRrpL7HUwJDAc4HIc&r=sbgMLc7n97sVEGR2SFakTw4H1d0AQEF5SOd-rUDWEb4&m=EanbR4aybZqT1IyUIxYRCUKu3Cl7IMoq7QyvdthzgPc&

s=PvqMPUYrbXxpfPuSg9OmKQuTcsQQxmxk7_KM1pz7_aM&e=>

This communication is from Navigant Consulting Inc. or one of its subsidiaries. The details of the sender are listed above. E-mail text or attachments may contain information which is confidential and may also be privileged. This communication is for the exclusive use of the intended recipient(s). If you have received this communication in error, please return it with the title "received in error" to NCISecurity@navigant.com<mailto:NCISecurity@navigant.com>, and then delete the email and destroy any copies of it. In addition, this communication is subject to, and incorporates by reference, additional disclaimers found in Navigant Consulting's "Email Disclaimer" section at www.Navigant.com<http://www.Navigant.com>.

Navigant Consulting, Inc., Registered in Delaware, USA, Registered Office: 150 North Riverside Plaza, Suite 2100, Chicago, Illinois 60606
Navigant Consulting (Europe) Limited, Registered in England No. 05402379, Registered Office: 100 New Bridge Street London EC4V 8JA
Navigant Consulting (APAC), Pte. Ltd., Registered in Singapore No. 201205402M, Registered Office: 8 Marina Boulevard #05-02, Marina Bay Financial Centre, Singapore 018981
Ecofys Investments B.V., Registered in the Netherlands, No. 24464589, Registered office: Kanaalweg 15G, 3526 KL, Utrecht

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

ATT00001.htm

Attachments:

| | |
|---|---|
| Pampinella Report, Schedules and Attachments.zip | 810 KB |
| ATT00001.htm | 179 bytes |

**EXHIBIT 2**

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                          ---oOo---

 3   DR. JASSIN JOURIA                  )
                                        )
 4        Plaintiff,                    )
     vs.                                )
 5                                      ) CASE NO:
     CE RESOURCE, INC., d/b/a           ) 0:15-61165-WPD
 6   CME RESOURCE and NetCE,            )
                                        )
 7        Defendant.                    )
                                        )
 8   CE RESOURCE, INC., d/b/a           )
     CME RESOURCE and NetCE,            )
 9                                      )
          Defendant/                    )
10        Counter-Plaintiff,            )
     vs.                                )
11                                      )
     DR. JASSIN JOURIA,                 )
12                                      )
          Plaintiff/                    )
13        Counter-Defendant.            )
                                        )
14   CE RESOURCE, INC., d/b/a           )
     CME RESOURCE and NetCE,            )
15                                      )
          Defendant/Third-Party         )
16        Plaintiff,                    )
     vs.                                )
17                                      )
     Elite Continuing Education,        )
18   Inc. and Alpine Management         )
     Services III, LLC,                 )
19                                      )
          Third-Party                   )
20        Defendants.                   )

21              DEPOSITION OF SARAH CAMPBELL
                         30(B)(6)
22
                     November 14, 2017
23

24

25   DEPOSITION REPORTER:  KAYLA KNOWLES, CSR
```

Case 0:15-cv-61165-WPD   Document 156-1   Entered on FLSD Docket 11/22/2017   Page 6 of 6

DR. JASSIN JOURIA vs. CE RESOURCE, INC., ET AL.
Sarah Campbell on 11/14/2017

30(b)(6)                                                          Page 267

```
 1              THE WITNESS:  I don't recall that
 2   specifically.
 3   BY MR. ROSS:
 4      Q.  Okay.  You are aware that, even if NetCE prevails
 5   on the copyright infringement claimant, it cannot
 6   recover the attorneys' fees it's pertaining to its
 7   lawyers.  Are you aware of that?
 8      A.  I don't know specifically.
 9      Q.  Are you aware that, if Dr. Jouria or Elite
10   prevails on the copyright infringement claims, the court
11   may award Dr. Jouria and/or Elite its attorneys' fees in
12   connection with those claims?  Are you aware of that?
13      A.  I don't know.
14      Q.  Okay.  The damages that you claim have lost
15   revenue are based upon your sales records; correct?
16      A.  Yes.
17      Q.  And you had those sales records from when NetCE
18   was making those sales; correct?  So in 2012, 2013,
19   2014, et cetera.
20      A.  We have sales records for those years.
21      Q.  Is there any reason why NetCE waited until four
22   days ago to provide us spreadsheets on all those lost --
23   claims lost revenue based upon records that they've had
24   from the very beginning?
25      A.  I'm not aware of any specific reason.
```