UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/SNOW

DR. JASSIN JOURIA,

    Plaintiff,

vs.

CE RESOURCE, INC. d/b/a
CME RESOURCE and NetCE,

    Defendant/Counter- Plaintiff/
    Third Party Plainiff

vs.

ALPINE MANAGEMENT
SERVICES III, LLC and ELITE
CONTINUING EDUCATION, INC.,

    Third Party Defendant
_____/

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Plaintiff's Motion to Set Amount of Attorney's Fees Awarded to Plaintiff (ECF No. 124), which was referred to United States Magistrate Judge, Lurana S. Snow, for a Report and Recommendation. The Motion is fully briefed and ripe for consideration.

On August 29, 2017, following a hearing on the Plaintiff's Motion to Compel Against CE Resource, Inc., the undersigned ordered NetCE to "pay the fees Plaintiff incurred in having to bring the instant motion." (ECF No. 97 at 1)  The Order further provided, "If the parties are unable to agree on an amount, Plaintiff may file a motion detailing the amount which complies with S.D. Local Rule 7.3 and NetCE may respond to the motion." Id. The same Order directed the parties to

file a memorandum briefing the issue of what constitutes "the usual course of business" for purposes of Rule 34.  Id.

The parties were unable to agree on the amount of fees to be awarded the Plaintiff for bringing the motion to compel, and the instant Motion followed.  The Motion seeks a fee award in the amount of $8100.00, based on 18 hours of work by attorney Richard Ross at the hourly rate of $450.00.  The Defendant objects to this amount because (1) it includes work performed after August 24, 2017, the date of the hearing; (2) it includes .9 hours spent on a cursory review of NetCE's production, which counsel later admitted was not performed prior to filing the motion to compel, and .5 hours of attorney time should be deducted, and (3) NetCE agreed pay the resulting fee amount of $3,330.00, but now should be required to pay only $1,500.00 because NetCE offered to supplement its discovery responses to cure the general objections.  As to the second argument, the Plaintiff asserts that the .9 hours pertained a review of NetCE's discovery response, not its production, and that this task was performed by Plaintiff's counsel.

The Court accepts the Plaintiff's representation that the disputed .9 hours of attorney time was performed, no reduction in this entry will be made.  As to work performed after August 24, 2017, it was the intent to the undersigned that the Plaintiff be awarded fees through the date of the hearing only.  Supplemental briefing was ordered on an issue of law as to which reasonable minds clearly could differ, and no award of fees is appropriate for this work.  Therefore, the Plaintiff shall be awarded fees in the amount of $3,555.00 for time spent on the motion to compel through August 24, 2017. (ECF No. 124-1 at 2-3).

## **CONCLUSION**

This Court having considered carefully the pleadings, arguments of counsel, and the applicable case law, it is hereby

RECOMMENDED that the Plaintiff's Motion to et Amount of Attorney's Fees Awarded to Plaintiff (ECF No. 124) be GRANTED, and that NetCE reimburse the Plaintiff for attorney's fees in the amount of $3,555.00.

The parties will have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable William P. Dimitrouleas, United States District Judge. Failure to file objections timely shall bar the parties from a <u>de novo</u> determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained therein, except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985); <u>Henley v. Johnson</u>, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1 (2016).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 27th day of November, 2017.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record