UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and Net CE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

**ORDER**

    THIS CAUSE is before the Court on Plaintiff's Motion for Protective Order to Limit/Conclude Deposition (ECF No. 137) which was referred to Lurana S. Snow, United States Magistrate Judge. On November 16, 2017 the Court denied Defendant's Motion to Compel Plaintiff's Deposition Testimony. (ECF No. 145) Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiff's Motion for Protective Order (ECF No. 137) is DENIED AS MOOT.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 28th day of November, 2017.

                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties