**EXHIBIT "1"**

# Holland & Knight

50 California Street, Suite 2800 | San Francisco, CA 94111 | T 415.743.6900 | F 415.743.6910
Holland & Knight LLP | www.hklaw.com

Jessica E. Lanier
(415) 743-6923
jessica.lanier@hklaw.com

November 10, 2017

*Via UPS Next Day Air*

*Richard S. Ross, Esq.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301*

  Re: Navigant Production

Dear Mr. Ross:

The USB drive in the enclosed envelope contains the Navigant production. These documents are produced subject to the confidentiality agreement in effect between NetCE and your client. Also enclosed is a sheet with the password for the drive.

Please contact us if you have any trouble accessing these documents.

Sincerely yours,

HOLLAND & KNIGHT LLP

Jessica E. Lanier

JEL:dah

Richard S. Ross
November 10, 2017
Page 2

Drive: Holland123

#54272558_v1