# EXHIBIT "2"

**Ramsey, Carmen (FTL - X27882)**

| | |
|---|---|
| **From:** | Kern, John P (SFO - X56918) |
| **Sent:** | Tuesday, November 14, 2017 4:51 PM |
| **To:** | katecole@mvalaw.com; markwilson@mvalaw.com; prodp@ix.netcom.com; Lanier, Jessica E (SFO - X56923); Rothschild, Phil (FTL - X27881) |
| **Subject:** | Re: |

Sorry guys, the motion to extend would be heard by Judge D.  And I believe if we cap the extension at Dec 15th the only dates we will need to tweak are for the MSJ.

Sent from my iPhone

On Nov 14, 2017, at 1:24 PM, Kern, John P (SFO - X56918) <John.Kern@hklaw.com> wrote:

> Richard/Kate/Mark,
>
> We think it makes sense to file a motion tomorrow before Magistrate Snow requesting a very short extension (3 weeks? 30 days?) on the time to finish discovery—in light of the many unfinished items—Elite depo, rule 45 subpoenas floating around, Erin's depo, expert rebuttal, expert depo, etc.
>
> Will you join with us on this request?
>
> Regarding Elite's depo, we can do it in Charlotte any day the last week of November except Monday (assuming we have Elite's docs by then).
>
> Regarding Erin Meinyer's depo, she is in Alaska in the noticed date.  Anytime after December 4th she can do.
>
> Please let me know your thoughts on this.
>
> Sent from my iPhone