UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

       Third Party Defendants.
_____/

**ORDER APPROVING STIPULATION OF DISMISSAL OF CLAIM IV [DE 36]**

      THIS CAUSE is before the Court on the Stipulation of Partial Dismissal by NetCE and Elite [DE 168] (the "Stipulation"), filed herein on December 5, 2017. The Court has reviewed the Motion is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Stipulation [DE 168] is **APPROVED**.

2. Claim IV: Tortious Interference with Contractual Relations against Third-Party Defendant Elite Professional Education, LLC of Defendant's Amended Answer, Affirmative Defenses, Amended Counterclaim, and Third-Party Complaint [DE 36] is **DISMISSED** with prejudice, with each party to bear its own attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 6th day of December, 2017.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All Counsel of Record