UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

**DECLARATION OF PHILIP E. ROTHSCHILD IN SUPPORT OF CE RESOURCE, INC.
d/b/a CME RESOURCE and NETCE's RESPONSE IN OPPOSITION TO MOTION TO
QUASH RULE 45 SUBPOENA TO EDUCATIONAL COMMISSION FOR FOREIGN
MEDICAL GRADUATES**

1

My name is Phil Rothschild, and I declare as follows:

1. I am licensed to practice law in the state of Florida and before this Court. I am one of three counsel of record for defendant and counter-plaintiff CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE"). I have personal knowledge of each of the facts below and could testify under oath accordingly.

2. The subpoena to the Education Commission for Foreign Medical Graduates was not served by fax. It was hand delivered. Attached hereto as **Exhibit A** is a true and correct copy of the service confirmation from the process server.

3. NetCE originally authorized service of process for the subpoena on November 15, 2017, and notified Dr. Jouria's counsel accordingly.

4. Dr. Jouria's counsel, Richard Ross, emailed NetCE and requested a meet-and-confer regarding the subpoena. He also requested that NetCE freeze service until the parties had been able to meet and confer. We complied. A meet-and-confer call was scheduled for November 20, 2017. A true and correct copy of these communications is attached hereto as **Exhibit B**.

5. After the meet and confer conference, NetCE re-authorized service of the subpoena and service was affected on November 22, 2017.

6. On November 28, 2017, counsel for ECFMG emailed us and informed us they were refraining from complying with the subpoena until the Motion for Protective Order was resolved. A true and correct copy of these communications is attached hereto as **Exhibit C**.

I declare under penalty of perjury and the laws of the United States and of Florida that the foregoing is true and correct.

Dated: December 7, 2017                    By: */s Philip E. Rothschild*
                                                Philip E. Rothschild

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**