# EXHIBIT "B"

**Ramsey, Carmen (FTL - X27882)**

| | |
|---|---|
| **From:** | Rothschild, Phil (FTL - X27881) |
| **Sent:** | Thursday, November 16, 2017 1:26 PM |
| **To:** | Richard Ross; katecole@mvalaw.com |
| **Cc:** | Ramsey, Carmen (FTL - X27882); peter.chiabotti@akerman.com; markwilson@mvalaw.com; Kern, John P (SFO - X56918); Lanier, Jessica E (SFO - X56923); minniekim@mvalaw.com |
| **Subject:** | RE: SERVICE OF COURT DOCUMENT, Case No. 15-cv-61165-WPD, Jouria v. CE Resource, Inc. and NetCE |

Richard/Kate,

While NetCE disagrees with your interpretation of the Rules as applied to what has occurred to date in this case, we have stopped service upon ECFMG and ANCC (prior to service), and received confirmation from our process server that the subpoenas have not yet been served, and the process server is on hold at this time. We will keep that hold in place at least until we have our meet and confer.

We are available Monday any time starting at 4:00pm eastern time. Please let us know if 4:00pm or a later time works best for you. We anticipate that this meet and confer will encompass the Rule 45 subpoena issues that you raised and the expert report issues. If there are additional issues, please let us know ahead of the call.

Phil

**Phil Rothschild | Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Thursday, November 16, 2017 11:50 AM
**To:** Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; katecole@mvalaw.com
**Cc:** Ramsey, Carmen (FTL - X27882) <Carmen.Ramsey@hklaw.com>; peter.chiabotti@akerman.com; markwilson@mvalaw.com; Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>; minniekim@mvalaw.com
**Subject:** Re: SERVICE OF COURT DOCUMENT, Case No. 15-cv-61165-WPD, Jouria v. CE Resource, Inc. and NetCE

Phil,

Thank you for your response. I am available Monday late afternoon, or Tuesday before 4 p.m.. I do not want to delay the meet and confer past Tuesday as our motion must be "timely."

In terms of your duty under the rules, until and unless the court grants your motion to extend, discovery is now over. Your attempt to obtain discovery after cutoff violates L.R. 26.1(d). We have an automatic protective order in place per the local rule, and any service attempt before the court rules is a willful violation

of that rule and order.  In addition, the subpoenas, as issued, violate Fed.R.Civ.P. 45(c)(2)(A).  Further, as we recited in our response to your motion, relative to ECFMG, the court already ruled against your client, and concluded the information requested in the subpoena is not relevant to the claims and defenses in this case; if you were not permitted to get the same documents from Plaintiff, why do you think you can get them from a third party?  Thus, the subpoenas violate Judge Snow's court order and Rule 26(b)(1).

If you do not wait to serve until the court rules, we will seek sanctions against all responsible.  Please confirm that you will not serve the subpoenas until and unless the court grants your motion for extension of time.

Richard

On 11/16/2017 11:28 AM, Phil.Rothschild@hklaw.com wrote:

> Kate/Richard,
>
> Although I am out of pocket for the day on other matters, John asked me to respond to your emails on the Rule 45 subpoenas.  This email responds to both of your emails below.
>
> To answer your questions, the Rule 45 subpoenas have not been served as of the writing of this email.  However, we fail to see any duty under the Federal Rules or SDFLA Local Rules for NetCE to stop the service of process of these subpoenas.  NetCE provided you with notice prior to service under Rule 45(a)(4).  With regard to the reference to the Court's scheduling order and the discovery cutoff, NetCE has filed a motion for extension of time of the discovery cutoff to complete this limited third party discovery.  Under the Rules, your clients are free to move to quash the subpoenas, and we are available to confer on those threatened motions, but please provide some authority for your apparent demand that we stop service of process of the subpoena.
>
> Kate – following up on John's email from yesterday regarding NetCE's motion for extension of time to extend discovery for the limited third party discovery, does Elite have a position on that motion that we can report to the Court?
>
> Meet and confer:   I have to check with the rest of our team on availability for a meet and confer, but I know the earliest I can do it is Monday late afternoon due to my deadlines today, a 3 hour fed court hearing tomorrow, and another filing due Monday.  I'm available most of the day on Tuesday, pending John or Jesse's availability.
>
> Best,
> Phil
>
> **Phil Rothschild** | **Holland & Knight**
> Senior Counsel
> Holland & Knight LLP
> 515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
> Phone 954.468.7881 | Fax 954.463.2030
> phil.rothschild@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography
>
>> **From:** Kate Cole [mailto:katecole@mvalaw.com]
>> **Sent:** Thursday, November 16, 2017 9:19 AM

2

**To:** Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>
**Cc:** Ramsey, Carmen (FTL - X27882) <Carmen.Ramsey@hklaw.com>; peter.chiabotti@akerman.com; Mark Wilson <markwilson@mvalaw.com>; Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>; Minnie Kim <minniekim@mvalaw.com>; Richard Ross <prodp@ix.netcom.com>
**Subject:** RE: SERVICE OF COURT DOCUMENT, Case No. 15-cv-61165-WPD, Jouria v. CE Resource, Inc. and NetCE

Phil,

Please also confirm that you have not yet served the subpoena directed to the ANCC.  The subpoena is improper and, at a minimum, a violation of the Local Rules and the Court's Order Setting Trial Date and Discovery Deadlines.  Please let us know dates and times for a meet and confer.  We intend to file a motion to quash unless we can resolve these issues.

Kate

**Kate Cole**
Attorney at Law
T 704.331.1045
F 704.409.5659
katecole@mvalaw.com

Moore&VanAllen

100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Thursday, November 16, 2017 6:51 AM
**To:** Kate Cole <katecole@mvalaw.com>; Phil.Rothschild@hklaw.com
**Cc:** Carmen.Ramsey@hklaw.com; peter.chiabotti@akerman.com; Mark Wilson <markwilson@mvalaw.com>; John.Kern@hklaw.com; Jessica.Lanier@hklaw.com
**Subject:** Re: SERVICE OF COURT DOCUMENT, Case No. 15-cv-61165-WPD, Jouria v. CE Resource, Inc. and NetCE

Phil,

We intend to move to quash the subpoena directed to the ECFMG.  Please confirm that you have not yet served the document, and will not serve it, until our motion is decided.  Please provide dates and times for a meet and confer to see if we can resolve the issue.


Sincerely,
RICHARD S. ROSS, ESQ.
**Patents, Trademarks, Copyrights
    and Related Litigation**
915 S.E. 2 Court
Ft. Lauderdale, Florida  33301
tel 954/252-9110

fax 954/252-9192

CONFIDENTIALITY NOTICE:
This e-mail is subject to the Electronics Communications Privacy Act, 18 U.S.C. § 2510-2521, and may be legally privileged. The information contained in this e-mail message, together with any attachments hereto or links contained herein, is strictly private and confidential information intended only for the use of the individual or entity named above. The information contained in this e-mail, and any attachments hereto may be attorney-client privileged, and work product confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED.

NOTICE UNDER U.S. TREASURY DEPARTMENT CIRCULAR 230, *Regulations Governing the Practice of Attorneys, Certified Public Accountants, Enrolled Agents, Enrolled Actuaries, and Appraisers before the Internal Revenue Service:*
To the extent that this e-mail communication and the attachment(s) hereto, if any, may contain written advice concerning or relating to a Federal (U.S.) tax issue, United States Treasury Department Regulations (Circular 230) require that we (and we do hereby) advise and disclose to you that, unless we expressly state otherwise in writing, such tax advice is not written or intended to be used, and cannot be used by you (the addressee), or other person(s), for purposes of (1) avoiding penalties imposed under the United States Internal Revenue Code or (2) promoting, marketing or recommending to any other person(s) the (or any of the) transaction(s) or matter(s) addressed, discussed or referenced herein for IRS audit, tax dispute or other purposes.

On 11/15/2017 5:47 PM, Carmen.Ramsey@hklaw.com wrote:

| | |
|---:|:---|
| Court: | U.S. District Court, Southern District of Florida |
| Case No.: | **15-cv-61165-WPD** |
| Initial Plaintiff: | Dr. Jassin Jouria |
| Initial Defendants: | CE Resource, Inc. d/b/a CME Resource and NetCE |
| Title of Document being served: | **Notice of Subpoenas (with attachments)** |
| Sender's Name: | John P. Kern, Philip E. Rothschild and Jessica E. Lanier (counsel for Defendant/Counter-Plaintiff) |
| Sender's Phone: | (954) 525-1000 |
| Sender's Email: | Philip.rothschild@hklaw.com; john.kern@hklaw.com; jessica.lanier@hklaw.com |

**Carmen Ramsey** | **Holland & Knight**
Sr Legal Secretary to Phil Rothschild, Martin Alexander and Ben Taormina
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7882 | Fax 954.463.2030
carmen.ramsey@hklaw.com | www.hklaw.com

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone

4

else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**