# EXHIBIT "C"

## Ramsey, Carmen (FTL - X27882)

| | |
|---|---|
| **From:** | McEnroe, Elisa P. <elisa.mcenroe@morganlewis.com> |
| **Sent:** | Wednesday, November 29, 2017 6:07 PM |
| **To:** | Rothschild, Phil (FTL - X27881); prodp@ix.netcom.com |
| **Cc:** | Lanier, Jessica E (SFO - X56923); Kern, John P (SFO - X56918) |
| **Subject:** | RE: Third Party Subpoena to ECFMG |

Phil,

In light of your agreement that there is relevant ongoing motions practice regarding the subpoena to ECFMG, it would be unduly burdensome for ECFMG to undertake any effort to identify, collect, review or produce such documents, since it is possible the Court will rule that work is unnecessary in any event.  If you disagree and have authority to support a position that ECFMG is somehow obligated to undertake that burden while such motions practice is pending, we would look forward to reviewing it.

Very truly yours,
Elisa

**Elisa P. McEnroe**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5917 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
elisa.mcenroe@morganlewis.com | www.morganlewis.com
Assistant: Angela P. Garden | +1.215.963.5463 | angela.garden@morganlewis.com

**From:** Phil.Rothschild@hklaw.com [mailto:Phil.Rothschild@hklaw.com]
**Sent:** Wednesday, November 29, 2017 12:18 PM
**To:** McEnroe, Elisa P. <elisa.mcenroe@morganlewis.com>; prodp@ix.netcom.com
**Cc:** Jessica.Lanier@hklaw.com; John.Kern@hklaw.com
**Subject:** RE: Third Party Subpoena to ECFMG

[EXTERNAL EMAIL]
Elisa,

Pleasure to meet you by email.  NetCE, though Holland & Knight as counsel, is absolutely willing to work with you to make it as easy as possible for ECFMG to produce documents responsive to the subpoena.  We understand that you are a neutral third party, and we regret that we even had to involve ECFMG. . . as you may or may not know from Richard Ross (copied on this email), we tried through discovery requests and a deposition to obtain the information from Dr. Jouria, but he has consistently refused to provide the detail of his prior conflict with ECFMG.

To address your concerns, the information we have from our process server is that the subpoena was served at ECFMG's location, and not served by fax (please see attached).  We should have the affidavit of service soon, and will review that to confirm the information we received from the process server.  Thus, there is no service by fax, to answer Richard's question.

Second, we have no problem extending the deadline past November 30 for ECFMG to comply with the subpoena.  However, we are not able to narrow the temporal scope of the request because Dr. Jouria has refused to give us information that would enable us to pinpoint the time period of his dispute with ECFMG.  If we had that information, we could have narrowed the scope.  We do understand and do not expect you to produce responsive

1

documents protected by the attorney/client privilege or the work product doctrine, although if such documents exist, we can further discuss the need for a privilege log.

Finally, there is motions practice on going.  Richard Ross, on behalf of Jouria's counsel, has filed a motion for a protective order regarding the ECFMG subpoena, and NetCE has responded.  We expect a ruling shortly.  In addition, NetCE has now appealed to the District Court the Magistrate's ruling denying NetCE's motion to compel this same information from Dr. Jouria.

Given the above, and upon review again of your email below, it appears that ECFMG's position is that you have no current obligation to gather any documents until Dr. Jouria's motion for protective order is ruled upon.  Please confirm that is the position being taken by ECFMG, or if that is not ECFMG's position, please let us know if ECFMG will begin to search for responsive documents pending resolution of the pending motion.

Best regards,
Phil

**Phil Rothschild** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** McEnroe, Elisa P. [mailto:elisa.mcenroe@morganlewis.com]
**Sent:** Tuesday, November 28, 2017 6:12 PM
**To:** Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>
**Cc:** Richard Ross <prodp@ix.netcom.com>
**Subject:** Third Party Subpoena to ECFMG

Mr. Rothschild,

My firm represents the Educational Commission for Foreign Medical Graduates ("ECFMG").  I understand that ECFMG received the attached via fax today.  It purports to be a subpoena for ECFMG to produce documents on or before Thursday of this week.

As an initial matter, I understand that this subpoena is the subject of ongoing motions practice.  ECFMG reserves its right to formally respond to this subpoena if/when the Court rules that the subpoena is proper.

In the meantime, it is worth noting that the request for production is quite broad and reaches documents that are not properly discoverable, including documents that are protected by attorney/client privilege and the work product doctrine.  Also, the timeframe given for responding to the subpoena is not reasonable.

If you disagree that there is motions practice ongoing that would impact ECFMG's response to this subpoena, please let me know and I'd look forward to discussing.

Please feel free to contact me (my contact information is below) once the pending dispute about the subpoena to ECFMG is resolved.

Very truly yours,
Elisa

**Elisa P. McEnroe**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5917 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
elisa.mcenroe@morganlewis.com | www.morganlewis.com
Assistant: Angela P. Garden | +1.215.963.5463 | angela.garden@morganlewis.com


DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.