UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Enforce Local Rule Protective Order and for Sanctions (ECF No. 166) which was referred to Lurana S. Snow, United States Magistrate Judge. Citing the November 15, 2017 discovery cut-off, Plaintiff seeks an order prohibiting the deposition of Elite Continuing Education, Inc.'s Rule 30(b)(6) deposition from proceeding on December 12, 2017. NetCE responds that the December 12, 2017 deposition of Elite's Rule 30(b)(6) witness recently has been cancelled, and as of this date, NetCE has not secured an agreement to reschedule it. Being fully advised, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion to Enforce Local Rule Protective Order and for Sanctions (ECF No. 166) is DENIED AS MOOT.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of December, 2017.

                                                /s/ Lurana S. Snow
                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties