**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

**DECLARATION OF JESSICA LANIER IN SUPPORT OF CE RESOURCE, INC. d/b/a
CME RESOURCE and NETCE's REPLY IN SUPPORT OF PARTIAL APPEAL OF
OMNIBUS ORDER (DKT. 145)**

I,      Jessica E. Lanier, declare as follows:

1.      I am an attorney with the law firm of Holland & Knight LLP, and I am duly licensed to practice law in the State of California. I am one of the attorneys representing defendant CE Resource, Inc. d/b/a CME Resource and NetCE (hereafter, "NetCE"). I, along with my colleague John Kern, am admitted pro hac vice in the United States District Court for the Southern District of Florida in the above-captioned case. Through this litigation, we have been accompanied by local counsel Phil Rothschild.

2.      I have personal knowledge of the circumstances described below and, if so called, can testify under oath regarding these events.

3.      Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the November 9, 2017 hearing before Magistrate Judge Snow.

4.      Attached hereto as **Exhibit B** is a true and correct copy of an email exchange between counsel ending November 15, 2017.

5.      Attached hereto as **Exhibit C** is a true and correct copy of an email exchange between counsel ending August 11, 2017.

6.      Attached hereto as **Exhibit D** is a true and correct copy of documents produced to Dr. Jouria referencing Dr. Jouria's conflict with ECFMG.


NetCE's discovery of Dr. Jouria's conflict with the ECFMG (in particular the discovery of this conflict by one of NetCE's subject matter planners) led to further investigation of Dr. Jouria's credentials.  *See* **Exhibit D** to Lanier Decl.


Dated: December 13, 2017                              /s/ Jessica Lanier

                                                     Jessica Lanier

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 13, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

HOLLAND & KNIGHT LLP

*/s/ Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCES and NetCE

**SERVICE LIST**

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive

3

Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700