# EXHIBIT "B"

**Ramsey, Carmen (FTL - X27882)**

| | |
|---|---|
| **From:** | Richard Ross <prodp@ix.netcom.com> |
| **Sent:** | Wednesday, November 15, 2017 7:25 AM |
| **To:** | Lanier, Jessica E (SFO - X56923); Fichet, Laura (SFO - X56939) |
| **Cc:** | Graphics@copyscan.com; Rothschild, Phil (FTL - X27881); Kern, John P (SFO - X56918); Kappes, Daniel P (SFO - X56951) |
| **Subject:** | Re: Jouria Production Supplemental |

Jesse,

We will look into the RPF numbers the court ordered us to address, to see if that encompasses all ESI. We are working on that currently with the client. As we did not raise any privilege objections, we will not be producing a privilege log.

On 11/14/2017 9:40 PM, Jessica.Lanier@hklaw.com wrote:

> Richard,
>
> I'm afraid you misunderstood. Judge Snow ordered you to produce *all* responsive documents with the appropriate metadata and according to the specifications we laid out in our written requests for production.
>
> The RFP-by-RFP discussion was in the context of our objections to your written responses, some of which, as discussed at the hearing, are resolved by re-production in the complete and required format.
>
> With respect to the timing of your updated written responses, correctly re-produced documents, and your privilege log, we assumed you would submit these materials at the current close of fact discovery, which is November 15, but if you propose a reasonable alternate deadline, we are more than happy to work with you.
>
> We appreciate your cooperation and assistance.
>
> Jesse
>
> **Jessica Lanier** | **Holland & Knight**
> Associate
> Holland & Knight LLP
> 50 California Street, Suite 2800 | San Francisco, CA 94111
> Phone 415.743.6923 | Fax 415.743.6910
> jessica.lanier@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography

---

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Monday, November 13, 2017 12:06 PM
**To:** Fichet, Laura (SFO - X56939) <Laura.Fichet@hklaw.com>
**Cc:** Graphics@copyscan.com; Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; Kern, John P (SFO - X56918)

1

<John.Kern@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>
**Subject:** Re: Jouria Production Supplemental

Laura,

We are working on the matter with Mike, and our client.  For your information, the court ordered production for certain RFP numbers only.  Further, we will be diligent and will get you the documents in the format you requested, but cannot guarantee production in two days (that was not part of the order anyway).


Sincerely,
RICHARD S. ROSS, ESQ.
**Patents, Trademarks, Copyrights
   and Related Litigation**
915 S.E. 2 Court
Ft. Lauderdale, Florida  33301
tel 954/252-9110
fax 954/252-9192

CONFIDENTIALITY NOTICE:
This e-mail is subject to the Electronics Communications Privacy Act, 18 U.S.C. § 2510-2521, and may be legally privileged. The information contained in this e-mail message, together with any attachments hereto or links contained herein, is strictly private and confidential information intended only for the use of the individual or entity named above. The information contained in this e-mail, and any attachments hereto may be attorney-client privileged, and work product confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is STRICTLY PROHIBITED.

NOTICE UNDER U.S. TREASURY DEPARTMENT CIRCULAR 230, *Regulations Governing the Practice of Attorneys, Certified Public Accountants, Enrolled Agents, Enrolled Actuaries, and Appraisers before the Internal Revenue Service:*
To the extent that this e-mail communication and the attachment(s) hereto, if any, may contain written advice concerning or relating to a Federal (U.S.) tax issue, United States Treasury Department Regulations (Circular 230) require that we (and we do hereby) advise and disclose to you that, unless we expressly state otherwise in writing, such tax advice is not written or intended to be used, and cannot be used by you (the addressee), or other person(s), for purposes of (1) avoiding penalties imposed under the United States Internal Revenue Code or (2) promoting, marketing or recommending to any other person(s) the (or any of the) transaction(s) or matter(s) addressed, discussed or referenced herein for IRS audit, tax dispute or other purposes.

On 11/13/2017 2:10 PM, Laura.Fichet@hklaw.com wrote:

> Mike-
>
> On November 9, the presiding court ordered Dr. Jouria to re-produce all documents it has produced to NetCE (these productions occurred on August 30 and September 9) following the precise instructions contained in the attached (NetCE's Requests for Production).  In particular, the court ordered production of the documents containing all of the requisite metadata fields, in the applicable formats, unitized, and Bates labeled.  Please do so no later than November 15, which is the technical end of fact discovery in this case.
>
> Contact me if you have questions,
>
> **Laura Fichet** | **Holland & Knight**
> eDiscovery Project Manager
> Holland & Knight LLP
> 50 California Street, Suite 2800 | San Francisco, CA 94111
> Phone 415.743.6939 | Fax 415.743.6910
> laura.fichet@hklaw.com | www.hklaw.com

**From:** CopyScan Graphics Department [mailto:Graphics@copyscan.com]
**Sent:** Wednesday, September 06, 2017 1:39 PM
**To:** Fichet, Laura (SFO - X56939) <Laura.Fichet@hklaw.com>
**Subject:** Jouria Production Supplemental

Hi Laura,

I've added the Production Supplemental file to BOX. You can use the link that was previously sent to you to download it.

Thank you,
-Mike



CopyScan Graphics Customer Service
1230 South Andrews Avenue
Fort Lauderdale, FL 33316
graphics@copyscan.com
954-463-9394 (ph)
954-463-4539 (fax)

Please inspect all shipments carefully.  Claims of shortage or mistakes must be reported within five (5) days of receipt.  If any invoice is not paid when due, customer shall pay as a late charge simple interest on the unpaid delinquent balance at the rate of eighteen percent (18%) per annum or the highest rate which is allowed by law, whichever is greater.  In the event that it is necessary for COPYSCAN, INC to engage in any collection activity as a result of customer's account being past due, customer agrees to pay all collection costs, including, but not limited to attorneys fees and court costs, regardless of whether suit is filed.  All invoices are due in 10 days, unless other terms are negotiated and documented in writing.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.