**EXHIBIT "C"**

**Ramsey, Carmen (FTL - X27882)**

| | |
|---|---|
| **From:** | Richard Ross <prodp@ix.netcom.com> |
| **Sent:** | Friday, August 11, 2017 3:16 PM |
| **To:** | Lanier, Jessica E (SFO - X56923) |
| **Subject:** | Re: Problem with your production |

We produced the documents as we received them.  Are you not able to open and print them?

On 8/11/2017 2:19 PM, Jessica.Lanier@hklaw.com wrote:

> Good afternoon, Richard:
>
> We have received the documents you emailed to us.  Unfortunately, you did not follow our production specifications (laid out in great detail in our Requests for Production).  Moreover, the documents are not separated into individual, separate PDFs.  This makes it difficult to review and organize these documents.
>
> Please (i) re-produce the documents in compliance with our production specifications ASAP or (ii) indicate days and times next week when you are available to meet-and-confer regarding this issue.
>
> Jesse
>
> **Jessica Lanier** | **Holland & Knight**
> Associate
> Holland & Knight LLP
> 50 California Street, Suite 2800 | San Francisco, CA 94111
> Phone 415.743.6923 | Fax 415.743.6910
> jessica.lanier@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.