# EXHIBIT "D"



CME RESOURCE
P.O. BOX 997571
SACRAMENTO, CA
95899-7571

# DEVELOPMENT

## PROPOSAL FEEDBACK

Proposed #:    679                    Course #:    3679

Proposed Title:    Depression and Dementia in the Elderly

Proposed Hours/Credits:    10

Faculty:    Jassin Jouria, Jr., MD

The following information was compiled from the evaluations of our review committee and division planners. This information is offered to you for feedback and as constructive criticism of your proposal.

| Reviewers background: | |
|---|---|
| Reviewer #1: | Master's in Medical-Surgical Nursing. PhD in Higher Education Administration. Current position as Director of the Master's of Science in Nursing Program. |
| Reviewer #2: | Master's in Social Work. PhD from UCLA, School of Public Policy and Social Research. Clinical experience in mental health in correctional settings, psychiatric hospitals, and community health centers. |
| Reviewer #3: | PhD in Clinical Psychology. Independent psychology practice for more than 30 years. |
| Reviewer #4: | |
| Reviewer #5: | |
| Reviewer #6: | |
| Reviewer #7: | |
| Reviewer #8: | |
| Reviewer #9: | |

Comments:
Reviewer #1:    Overall, this proposal is rated a 10. The needs assessment and abstract are strong. The author has provided excellent objectives to complement a comprehensive outline. The personal qualifications of the author are strong. An outstanding proposal overall for a topic of extreme importance. The organization is exceptionally well done. It should be a very popular offering.

CONFIDENTIAL                                                                                      NETCE0002711



CME RESOURCE
P.O. BOX 15163
SACRAMENTO, CA
95851-0163

Reviewer #2:     Overall, this proposal is rated a 9. It is a very comprehensive and complete proposal. It is not clear from the outline if the author intends to discuss biological or phsychosocial treatment--both would be best. To target the offering to social workers and nurses, the author might want to add a family component (e.g., how should practitioners work with family members).

Reviewer #3:     Overall, this proposal is rated a 2. The author is too ambitious in his scope and number of learning objectives. It is important for healthcare professionals to differentiate depression, dementia, pseudodementia, and delirium. But the outline and other aspects about learning are incomplete. The author's credentials are unclear.

Reviewer #4:
Reviewer #5:
Reviewer #6:
Reviewer #7:
Reviewer #8:
Reviewer #9:

2                                                                                        03/16/2004

CONFIDENTIAL                                                                          NETCE0002712



CME RESOURCE
P.O. BOX 997571
SACRAMENTO, CA
95899-7571

# DIVISION PLANNER

## PROPOSAL EVALUATION

Proposed #   679          Course #   9679

Proposed Title:   Depression and Dementia in the Elderly

Proposed Hours/Credits:   10

Faculty:   Jassin Jouria, MD

**CME Resource has not received commercial support for the development of this article. CME Resource is obligated to ensure that potential and/or real conflicts of interest of faculty and their immediate family are identified and resolved to preserve the integrity of the content presented.**

Please circle the number that represents your rating of this proposal.

| | LOW <<<<<<< AVERAGE >>>>>> HIGH | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Importance of subject | 1 | 2 | 3 | ④ | 5 | 6 | 7 | 8 | 9 | 10 |
| Author's qualifications in regard to subject | 1 | ② | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Contains material that is both timely and relevant | 1 | ② | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| Overall rating of this proposal | 1 | ② | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

The assessed need is valid.
- ☐ Yes
- ☒ No

If No, please explain. _Author provides no data to identify the number of people in a particular category (e.g. age, diagnosis, region, etc.)._

Approximately how many hours/credits are necessary to cover the proposed material?
___10___ Hours/Credits

*Continued*

NETCE0003314

The course material is relevant.

☐ Yes
☑ No

If No, please explain. _The author proposes too many learning objectives to meet the goal of actually teaching about them. Outline is also too large to meet the goal._ _(assuming it is revised to make it clear and accurate)._

Which disciplines would benefit from this course?

☑ Medicine    ☑ Dentistry    ☑ Nursing    ☑ Behavioral Sciences
☑ NHA    ☑ Psychology    ☑ CST/CSFA
☐ Other _____

From which disciplines would you suggest collaboration on this course?

☑ Medicine    ☐ Dentistry    ☑ Nursing    ☐ Behavioral Sciences
☐ NHA    ☑ Psychology    ☐ CST/CSFA
☐ Other _____

What are the strengths of this proposal? Limitations?

| Strengths | Limitations |
|---|---|
| 1. It is important for health care personnel to differentiate among depression dementia, pseudo-dementia and delirium. This course has the opportunity to do so. | 1. Author's credentials are unclear. |
| 2. course has the opportunity to do so. | 2. Proposes too many learning objectives, including the size of the outline. |
| 3. | 3. Outline and other aspects about learning are incomplete or inaccurate. |
| 4. | 4. |
| 5. | 5. |

*Continued*

2

NETCE0003315

Please list any criticisms, comments, or concerns you may have regarding this proposal, including recommendations for improvement or expansion. Use an additional page if necessary.

This proposal offers a course that is quite important because of the topic, Depression and Dementia in the Elderly. Unfortunately there are serious problems in the proposal. The author doesn't seem to have an effective grasp of the English language. As a result, there are words and phrases that don't make sense when they are used.

The author's credentials are hard to accept. He states he is a Physician (MD) since March 2007. That raises questions to me! ① Why hasn't he done a residency? ② Why isn't he licensed or if he is why doesn't he note that on his CV. ③ He was a student somewhere why; why not as a MD? ④ He's never published anything; why hasn't he published something about depression or dementia? ⑤ Why has he never practiced? Whether or not he uses his degree is less important to me than his decision to not practice.

☐ Proposal Accepted
☐ Proposal Accepted with changes
☑ Proposal Declined

Print Name JAMES T. TRENT, PhD    Date May 13, 2013

Signature James T. Trent, PhD

*Please return this form to CME Resource in the envelope provided.*
Any questions? Please call: 1-800-232-4238. Thank you.

3



# DEPRESSION V. DEMENTIA IN THE ELDERLY

*I'm not sure what this means.*

## ABSTRACT

Dementia and depression are two separate mental health problems that are frequently encountered in the medical practice and social interaction with the elderly population. Approximately 50% of patients who present with late-onset depression have some form of cognitive impairment [1]. The extremely high amount of cross-over between the signs and symptoms of depression and dementia in the elderly make it a challenging task to both diagnose and manage the two disease entities appropriately. Moreover, the current literature suggests that the prevalence of depression in patients with dementia has been reported to be between 10% and 70% [2]. Depression has been identified to be both a risk factor as well as a premonitory symptom of dementia. This course is an in-depth academic review of the multifaceted relationship that exists between the two conditions. The course will cover definitions, epidemiology, related concepts, diagnostic tools and challenges, treatment, and emerging research. The operational issues and the instruments underlying their relationship are also emphasized. The association between the two illnesses is far from decisive, but this course will help healthcare professionals review the most important factors of the respective disease entities and offer guidance on how to approach the clinical challenges that are presented with them. The purpose of this course is to increase clinicians' ability to diagnose depression and dementia in elderly patients and to intervene early and appropriately, with the ultimate goal of improving patients' quality of life.

## ACTIVITY LENGTH

5 to 10 contact hours or approximately 10,000 to 20,000 words.

## LEARNING OBJECTIVES

Upon completion of this course, you should be able to:

1. Define depression, dementia, delirium, and pseudo-dementia.
2. Appreciate the epidemiology of dementia and depression present in the elderly population.
3. Identify the screening guidelines for dementia and depression.
4. Describe the pathophysiology of major depression.
5. List the nonmodifiable and modifiable risk factors for depression.
6. Describe the pathophysiology of dementia
7. List the nonmodifiable and modifiable risk factors for dementia.
8. Describe the pathophysiology of and risk factors for pseudo-dementia.
9. Identify the problems associated in differentiating depression from dementia in the elderly.
10. Evaluate the clinical presentation of delirium and its causes.
11. Categorize the different types of depression and dementia.
12. Discuss the signs and symptoms of depression and dementia in the elderly.
13. Explain the importance of correct diagnosis of dementia and depression.
14. Discuss the diagnostic tools available to aid in the diagnosis of dementia and depression in older patients.
15. Identify diagnostic imaging used in the diagnosis of dementia and depression.

CONFIDENTIAL

16. Discuss the application of a full neuropsychological evaluation in the diagnosis of dementia and depression.
17. Describe the treatment options for both dementia and depression.
18. Evaluate the effectiveness of each treatment option in the care of depression and dementia in the elderly.
19. Explain the side effects of the medical management of dementia and depression.
20. Identify lifestyle factors that affect the development of dementia and depression in the elderly.
21. Discuss the role of mental exercise and activity in the prevention of depression and dementia.
22. Examine the options available to healthcare workers for the evaluation of disease progression of dementia and depression in the elderly.
23. Identify other factors, such as comorbidities, medications, and family members, that play a role in the management and progression/prevention of dementia and depression in the elderly.
24. Evaluate the potential benefit of future preventive measures and treatment options for depression and dementia in the elderly.
25. Identify the role of the most current advancement in neuropsychological research.
26. Communicate the importance of disease education to patients and families who suffer from either dementia or depression.

## OUTLINE

I. Introduction
    A. Definitions
        1. Depression
        2. Dementia
        3. Delirium
        4. Pseudo-dementia
    B. Epidemiology
        1. Screening
        2. Prevalence
    C. Etiology
II. Pathophysiology of Depression
    A. Risk Factors
        1. Modifiable
        2. Nonmodifiable
    B. Causes
    C. Environment
III. Pathophysiology of Dementia
    A. Risk Factors
        1. Modifiable
        2. Nonmodifiable
    B. Causes
    C. Environment
IV. Pathophysiology of Pseudo-dementia
    D. Risk Factors
        1. Modifiable
        2. Nonmodifiable
    E. Causes
    F. Environment
V. Distinguishing Depression and Dementia
    A. Problems in differentiation

NETCE0003318

1. Inaccurate terminology/use
2. Normal decline in function
3. Depression-induced decline in function
B. Delirium
   1. Clinical presentation
   2. Causes
VI. Types/Stages of Disease
  A. Depression
    1. Signs
    2. Symptoms
    3. Types
  B. Dementia
    1. Signs
    2. Symptoms
    3. Types
  C. Pseudo-dementia
    1. Signs
    2. Symptoms
    3. Types
  D. Delirium
    1. Signs
    2. Symptoms
    3. Types
VII. Importance of Diagnosis
  A. Diagnostic tools
    1. Imaging
    2. Cognitive findings
    3. Mini-mental status exam
    4. EEG
    5. Complete neuropsychological evaluation
  B. Differential Diagnosis
VIII. Treatment
  A. Options
  B. Effectiveness
  C. Side Effects
IX. Lifestyle
  A. Living Arrangements
  B. Diet
  C. Mental Exercise
  D. Activity
X. Disease Monitoring
  A. Imaging
  B. Neuropsychological evaluations
  C. Cognitive evaluations
XI. Other factors
  A. Comorbidities
  B. Medications
  C. Speed of disease progression
  D. Difficulty with family members
XII. Neuropsychological research
XIII. New Advancements
  A. Diagnosis/Detection
  B. Treatment Options

*[handwritten annotation: These should be described in the order in which they are used for diagnostic reasons!]*

XIV. Educating Patients and Family Members
XV. Conclusion

**AUDIENCE**

This course is designed for primary care providers, nurses, and mental health professionals involved in the care of elderly patients.

**NEEDS ASSESSMENT INFORMATION**

The elderly population in the United States is growing at the fastest rate it ever has. The aging process presents with a normal, progressive decline in cognitive and neurological function. Accordingly, the incidence and prevalence of dementia and delirium will also increase in this population. It becomes imperative that healthcare professionals and family members are able to distinguish between the normal neuropsychological decline present with aging and the disease processes known as depression, dementia, and delirium. Furthermore, depression in the elderly may present with a convoluted manifestation of pseudo-dementia, making the ability to distinguish between these neurological deficiencies even more challenging. While awareness among healthcare professionals has increased in recent years, there still exists a need for continued research and education that will lead to better recognition, earlier detection, and improved treatment outcomes of both dementia and depression. Additionally, risk stratifications and biomarkers are constantly being described, requiring healthcare providers to stay up-to-date on the risk factors, preventive measures, clinical presentations, effective management, and progression of neurological diseases. There is also a continuous need for healthcare providers to communicate with and educate their patients on the relative risk factors, clinical symptoms, treatment options, and disease prognosis. This course will serve to increase awareness and update healthcare professionals on the epidemiology, risk factors, and clinical management of depression and dementia in the elderly.

**CURRICULUM VITAE (CV)**

Please see separate attachment.

**QUALIFICATION SUMMARY**

I am a medical doctor and professional freelance author, as well as a professor of academic medicine. I have several years of teaching experience in higher education, as well as writing and preparing medical continuing education courses, presentations, and articles. I have encountered and treated many patients, domestic and abroad, with various forms of pathology. Currently, I am working with the University of Miami's department of surgery doing clinical research of various forms of mental disorders and brain injuries.

References

1. Bhalla RK, Butters MA. Cognitive functioning in late-life depression. *BCMJ.* 2011;53(7):357-360.

2. Muliyala KP, Varghese M. The complex relationship between depression and dementia. *Ann Indian Acad Neurol.* 2010;13(Suppl2):S69-S73.

NETCE0003320

# Jassin M. Jouria, Jr., M.D.

2648 N. 26ᵗʰ Terrace · Hollywood, Florida · 33020 · 954.557.0711 · jassinjouria@yahoo.com

## EDUCATION

**Medical School**
Ross University School of Medicine, New Brunswick, NJ
Doctor of Medicine                                                                    March 2007

**Graduate School**
Philadelphia University, Philadelphia, PA
Post Graduate Studies in Disaster Medicine                                       September 2008

**Undergraduate School**
Nova Southeastern University, Davie, FL
Biology Major                                                                      Sep 1999 – May 2003

## WORK EXPERIENCE

KAPLAN Inc., Pembroke Pines, FL, Jan. 2010 - Present
**Program Chair**
Supervise all academic affairs of the Medical Assistant, Medical Office Specialist, and Medical
Practice Management programs for a start-up campus in Pembroke Pines, Florida. Responsible
for the hiring, supervising, and training of faculty in all of the allied health departments.
Communicated daily with faculty, staff, adjunct instructors, and students regarding academic,
curricula, policy, and procedural matters. Provide students with academic and career planning
and counseling, monitor student satisfaction, attendance, and retention, and communicate
potential hardships with Academic Dean and Director of Student Services.

- Designed and implemented a faculty file auditing system that produced 100%
  Compliance.
- Organized and maintained property/asset management spreadsheet.
- Evaluated and trained faculty on proper ACICS protocol classroom management.
- Collaborated with Admissions to increase and strengthen campus enrollment.
- Instrumental in ensuring smooth and efficient campus operations.

SANFORD-BROWN INSTITUTE, Ft. Lauderdale, FL, Oct. 2008 – Dec. 2009
**Lead Faculty**
Lectured all courses for the Medical Assistant, Ultrasound, and Surgical Technology programs.
Accountable for the compliance of ACICS guidelines of the medical labs and equipment.
Designed and supervised the development of an Instructor Review Committee.

- Established new procedures for smooth transition of on-boarding new faculty.
- Recorded highest retention rate (94%) of all instructors for an entire year.

- Facilitated all-department training programs on OSHA and HIPAA policies and regulations.
- Developed and implemented CPR Certification program for instructors.

## HONORS/AWARDS

**Kaplan College**
Faculty of the Year (2010)
Employee of the Quarter (1st Quarter 2010)

**Sanford Brown Institute**
Faculty of the Quarter (3rd Quarter 2009)

**Ross University School of Medicine**
Chief Medical Student (2007)
Co-Chief Medical Student (2005)
Microbiology and Immunology II Honors (December 2004)

**American Medical Student Association**
Member since 2001

**Nova Southeastern University**
Sigma Alpha Epsilon Chapter Co-founder (2001)
Dean's List (1999-2000)
Nova Honors Award – Scholarship (1999)

**Florida Bright Futures of America**
Full 100% Academic Scholarship (1999)

## EXAMINATIONS

**USMLE Step 3**          - Passed on 1st attempt
September 2010 – 81/198

**NZREX –** Passed on 1st attempt
June 2010 – PASS

**USMLE Step 2 CS –** Passed on 1st attempt
July 2006 – PASS

**USMLE Step 2 CK –** Passed on 1st attempt
June 2006 – 88/217

**USMLE Step 1 –** Passed on 1st attempt
June 2005 – 79/194

NETCE0003322

## VOLUNTEER EXPERIENCE

**Kaplan College –** Pembroke Pines, Fl 2010
**Organizer**
Organized and participated in a free health care screening fair for our campus's local community. Services included hypertension and diabetes screening, vaccinations, and blood donating.

**The John Paul Foundation –** Roseau, Dominica 2006
**Founder**
Raised $5000USD towards the medical care for a poor citizen of Dominica.

**The YMCA –** Wauchula, FL, 1999
Completed 75 hours of volunteer community service at our local YMCA chapter towards receiving the Florida Bright Futures of America Scholarship.

## HOBBIES/INTERESTS

Learning to speak foreign languages, live music, sports, traveling, and camping.

NETCE0003323



CME RESOURCE
P.O. BOX 997571
SACRAMENTO, CA
95899-7571

# DEVELOPMENT

## PROPOSAL FEEDBACK

Proposed #:     852                       Course #:     9852

Proposed Title:     Gastroesophageal Reflux Disease

Proposed Hours/Credits:     10

Faculty:     Jassin Jouria, Jr., MD

The following information was compiled from the evaluations of our review committee and division planners. This information is offered to you for feedback and as constructive criticism of your proposal.

| Reviewers background: | |
|---|---|
| Reviewer #1: | Master's in Medical-Surgical Nursing. PhD in Higher Education Administration. Current position as Director of the Master's of Science in Nursing Program. |
| Reviewer #2: | MD from University of Illinois College of Medicine at Urbana/Champaign. Master's degree in Public Health from the Medical College of Wisconsin. Member, American Academy of Family Physicians. |
| Reviewer #3: | |
| Reviewer #4: | |
| Reviewer #5: | |
| Reviewer #6: | |
| Reviewer #7: | |
| Reviewer #8: | |
| Reviewer #9: | |

Comments:
Reviewer #1:     Overall, this proposal is rated a 10. The content addresses the need for an educational offering addressing a common disorder. The abstract, outline, and objectives are all strong. The author appears well qualified to write on the subject. An excellent presentation of a highly needed course. So many people have the disorder, care providers need this background information and updates.

NETCE0006394



CME RESOURCE
P.O. BOX 15163
SACRAMENTO, CA
95851-0163

Reviewer #2:     Overall, this proposal is rated an 8. It is a common condition, and the proposal appears well organized and outlined. However, the author has been sanctioned by the ECFMG and accused of wrongdoing. I don't see that he completed his residency. If we consider him a medical writer, this is okay, but it would be something to look into.

Reviewer #3:
Reviewer #4:
Reviewer #5:
Reviewer #6:
Reviewer #7:
Reviewer #8:
Reviewer #9:

03/16/2004

CONFIDENTIAL

NETCE0006395



**CME RESOURCE**
P.O. BOX 997571
SACRAMENTO, CA
95899-7571

## DIVISION PLANNER

### PROPOSAL EVALUATION

Proposed #    852          Course #    9852

Proposed Title:    Gastroesophageal Reflux Disease

Proposed Hours/Credits:    10

Faculty:    Jassin Jouria, Jr., MD

**CME Resource has not received commercial support for the development of this article. CME Resource is obligated to ensure that potential and/or real conflicts of interest of faculty and their immediate family are identified and resolved to preserve the integrity of the content presented.**

Please circle the number that represents your rating of this proposal.

|  | LOW <<<<<<< AVERAGE >>>>>> HIGH | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Importance of subject | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |
| Author's qualifications in regard to subject | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 – uncerta |
| Contains material that is both timely and relevant | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |
| Overall rating of this proposal | 1 | 2 | 3 | 4 | 5 | 6 | 7 | (8) | 9 | 10 |

The assessed need is valid.
    ☒ Yes
    ☐ No
If No, please explain. _____
_____
_____
_____

Approximately how many hours/credits are necessary to cover the proposed material?
5 – ~~10~~ Hours/Credits

*Continued*

The course material is relevant.

    ☒ Yes
    ☐ No

If No, please explain. _____

_____

_____

_____

Which disciplines would benefit from this course?

| | | | |
|---|---|---|---|
| ☒ Medicine | ☐ Dentistry | ☒ Nursing | ☐ Behavioral Sciences |
| ☐ NHA | ☐ Massage Therapy | ☐ Psychology | ☐ CST/CSFA |
| ☐ Other _____ Physician Assistants | | | |

From which disciplines would you suggest collaboration on this course?

| | | | |
|---|---|---|---|
| ☐ Medicine | ☐ Dentistry | ☐ Nursing | ☐ Behavioral Sciences |
| ☐ NHA | ☐ Massage Therapy | ☐ Psychology | ☐ CST/CSFA |
| ☐ Other _____ | | | |

What are the strengths of this proposal? Limitations?

| Strengths | Limitations |
|---|---|
| 1. _Common condition_ | 1. _____ |
| 2. _Well organized + outlined_ | 2. _____ |
| 3. _____ | 3. _____ |
| 4. _____ | 4. _____ |
| 5. _____ | 5. _____ |

*Continued*

2

NETCE0006789

Please list any criticisms, comments, or concerns you may have regarding this proposal, including recommendations for improvement or expansion. Use an additional page if necessary.

Note : The content and outline look OK.

Question - has Dr Jouria written ~~for~~ for CME Resource before?

He was sanctioned by ECFMG and engaged in legal action - accused of wrong doing.

I don't see that he has completed a residency

If CME Resource considers him a medical writer, that's OK, but he is not an expert clinician. He does not practice / is not board certified

His resume states " Ross University School of Medicine, New Brunswick, N.J." - but Ross U. School of Medicine is located in the Dominican Republic ("off-shore med school)

pending review of above

- [x] ~~Proposal Accepted~~
- [ ] Proposal Accepted with changes
- [ ] Proposal Declined

Print Name _____ John V. Jouria _____  Date 2/11/13

Signature _____ John Jun _____

*Please return this form to CME Resource in the envelope provided.*
Any questions? Please call: 1-800-232-4238. Thank you.

3

Feel free to call or write / email me.

JJ

CONFIDENTIAL

## GASTROESOPHAGEAL REFLUX DISEASE (GERD):

## A COMPREHENSIVE REVIEW

### ABSTRACT

Gastroesophageal reflux disease (GERD) is a condition in which gastric acid and gastric contents reflux retrograde in a person's esophagus. This results in chronic irritation, burning, dysphagia, and (if left untreated) may eventually progress to esophageal cancer. Numerous etiological factors for GERD have been identified, ranging from an incompetent lower esophageal sphincter to obesity. More than 20% of Americans are living with GERD, and greater numbers are being diagnosed annually. The National Ambulatory Medical Care Survey (NAMCS) reported that 38.53 million annual adult outpatient visits were related to GERD. Therefore, its recognition and treatment must be managed in its early stage to prevent complications and comorbidities associated with the progression of GERD. The purpose of this course is to provide a comprehensive review for primary care providers who may identify and aggressively treat patients with GERD.

### ACTIVITY LENGTH

8-10 contact hours or approximately 16,000 to 20,000 words

### LEARNING OBJECTIVES

Upon completion of this course, you should be able to:

1. Describe the epidemiology of GERD.
2. Define the etiology and pathophysiology of GERD.
3. Recognize the most common signs and symptoms of early-onset versus late-onset GERD.
4. Distinguish between erosive and ulcerative esophagitis.
5. Characterize the signs and symptoms present in the progression of GERD.
6. Identify and describe the effectiveness of the diagnostic tests and criteria used to diagnose GERD.
7. Evaluate the various nonsurgical treatment options of GERD.
8. Discuss various lifestyle modifications for patients with mild to moderate GERD.
9. Describe pharmacologic treatment options for GERD (e.g., PPIs, H2 blockers).
10. Evaluate the effectiveness of monitoring disease progression of GERD.
11. Develop optimal treatment plans for patients with GERD based on their presenting symptomology and disease stage.
12. Describe new advancements in treatment options and early detection of GERD.
13. Design methods for educating patients on the regimens that improve patient compliance and prognosis outcomes.

### OUTLINE

I.    Introduction
    A. Epidemiology
    B. Etiology
II.   Pathophysiology
    A. Lifestyle
       a. Smoking

        b. Alcohol
        c. Obesity
    B. Diet
        a. Caffeine
        b. Spicy foods
        c. Fatty foods
    C. Physiological
        a. Incompetent lower esophageal sphincter
III.  Signs/Symptoms
    A. Acute
        1. Early-onset
        2. Late-onset
    B. Chronic
    C. Atypical manifestations
    D. Disease progression
IV.  Diagnosis
    A. Tests
    B. Criteria
V.  Treatment
    A. Options
        1. Lifestyle modification
        2. Pharmacologic options
            a) PPIs
            b) H2 blockers
        3. Surgery
    B. Effectiveness
    C. Side Effects
VI.  Disease Monitoring
    A. Physical Exam
    B. pH monitoring
    C. Endoscopy
VII.  Individual Treatment Plans
    a. Lifestyle modifications
VIII.  New Advancements
    A. Diagnosis/Detection
    B. Treatment Options
IX.  Educating Patients
X.  Conclusion

## AUDIENCE

This course is designed for physicians, physician assistants, nurses, and allied healthcare professionals involved in the care of patients with GERD.

## NEEDS ASSESSMENT INFORMATION

GERD is a very common disease that affects more than 60 million Americans. It has serious implications that affect quality of life and may potentially progress to esophageal cancer if left untreated. Healthcare providers (especially primary care providers) must recognize the early signs and symptoms of GERD and treat (and monitor) these patients accordingly. Furthermore, they should also recognize and identify those patients in which treatment fails and explore further options (such as anti-reflux surgery and lifestyle modifications). This course aims to provide the identification and clinical management for GERD by the primary care provider. Successful and aggressive treatment of early-onset GERD may dramatically



decrease healthcare costs and help prevent serious irreversible complications such as Barrett's esophagus and esophageal cancer.

**CURRICULUM VITAE (CV)**

Please see separate attachment.

**QUALIFICATION SUMMARY**

I am a medical doctor and professional freelance author, as well as a professor of academic medicine. I have several years of teaching experience in higher education, as well as writing and preparing medical continuing education courses, presentations, and articles. I have encountered and treated many patients, domestic and abroad, with various forms of microbiological pathogens.

**DISCLOSURE FORM**

Will be provided upon request.

CONFIDENTIAL

# Jassin M. Jouria, Jr., M.D.

2648 N. 26° Terrace · Hollywood, Florida · 33020 · 954.557.0711 · jassinjouria@yahoo.com

## EDUCATION

**Medical School**
Ross University School of Medicine, New Brunswick, NJ
Doctor of Medicine                                          March 2007

**Graduate School**
Philadelphia University, Philadelphia, PA
Post Graduate Studies in Disaster Medicine                  September 2008

**Undergraduate School**
Nova Southeastern University, Davie, FL
Biology Major                                               Sep 1999 – May 2003

## WORK EXPERIENCE

KAPLAN Inc., Pembroke Pines, FL, Jan. 2010 - Present
**Program Chair**
Supervise all academic affairs of the Medical Assistant, Medical Office Specialist, and Medical Practice Management programs for a start-up campus in Pembroke Pines, Florida. Responsible for the hiring, supervising, and training of faculty in all of the allied health departments. Communicated daily with faculty, staff, adjunct instructors, and students regarding academic, curricula, policy, and procedural matters. Provide students with academic and career planning and counseling, monitor student satisfaction, attendance, and retention, and communicate potential hardships with Academic Dean and Director of Student Services.

- Designed and implemented a faculty file auditing system that produced 100% Compliance.
- Organized and maintained property/asset management spreadsheet.
- Evaluated and trained faculty on proper ACICS protocol classroom management.
- Collaborated with Admissions to increase and strengthen campus enrollment.
- Instrumental in ensuring smooth and efficient campus operations.

SANFORD-BROWN INSTITUTE, Ft. Lauderdale, FL, Oct. 2008 – Dec. 2009
**Lead Faculty**
Lectured all courses for the Medical Assistant, Ultrasound, and Surgical Technology programs. Accountable for the compliance of ACICS guidelines of the medical labs and equipment. Designed and supervised the development of an Instructor Review Committee.

- Established new procedures for smooth transition of on-boarding new faculty.
- Recorded highest retention rate (94%) of all instructors for an entire year.

CONFIDENTIAL

- Facilitated all-department training programs on OSHA and HIPAA policies and regulations.
- Developed and implemented CPR Certification program for instructors.

## HONORS/AWARDS

**Kaplan College**
Faculty of the Year (2010)
Employee of the Quarter (1st Quarter 2010)

**Sanford Brown Institute**
Faculty of the Quarter (3rd Quarter 2009)

**Ross University School of Medicine**
Chief Medical Student (2007)
Co-Chief Medical Student (2005)
Microbiology and Immunology II Honors (December 2004)

**American Medical Student Association**
Member since 2001

**Nova Southeastern University**
Sigma Alpha Epsilon Chapter Co-founder (2001)
Dean's List (1999-2000)
Nova Honors Award – Scholarship (1999)

**Florida Bright Futures of America**
Full 100% Academic Scholarship (1999)

## EXAMINATIONS

**USMLE Step 3** - Passed on 1st attempt
September 2010 – 81/198

**NZREX** – Passed on 1st attempt
June 2010 – PASS

**USMLE Step 2 CS** – Passed on 1st attempt
July 2006 – PASS

**USMLE Step 2 CK** – Passed on 1st attempt
June 2006 – 88/217

**USMLE Step 1** – Passed on 1st attempt
June 2005 – 79/194

NETCE0006795

## VOLUNTEER EXPERIENCE

**Kaplan College –** Pembroke Pines, Fl 2010
**Organizer**
Organized and participated in a free health care screening fair for our campus's local community. Services included hypertension and diabetes screening, vaccinations, and blood donating.

**The John Paul Foundation –** Roseau, Dominica 2006
**Founder**
Raised $5000USD towards the medical care for a poor citizen of Dominica.

**The YMCA –** Wauchula, FL, 1999
Completed 75 hours of volunteer community service at our local YMCA chapter towards receiving the Florida Bright Futures of America Scholarship.

## HOBBIES/INTERESTS

Learning to speak foreign languages, live music, sports, traveling, and camping.

NETCE0006796