IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

**ELITE'S CONSENTED MOTION TO FILE UNDER SEAL
AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to S.D. Fl. L. R. 5.4, this Court's CM/ECF Administrative Procedures, and the Stipulated Protective Order (DE 118) entered by this Court on October 13, 2017, Third-Party Defendant Elite Professional Education, LLC ("Elite") respectfully moves this Court for an order to file under seal certain confidential exhibits to be filed in support of Elite's Motion for Summary Judgment, for the reasons as set forth in the following memorandum of law.

**MEMORANDUM OF LAW**

On October 11, 2017, Elite filed the Joint Motion for Entry of Stipulated Protective Order (DE 114), seeking entry of a protective order stipulated to by all parties to this case. On October 13, 2017, this Court entered the Stipulated Protective Order (DE 118 ("Protective Order")), which provides that information or items designated as "Confidential" or "Attorneys' Eyes Only" is protected from public disclosure, but may be disclosed to, *inter alia*, the Court and the

Court's personnel. The Protective Order further states that the parties shall follow the procedures set forth in Local Rule 5.4 when seeking to file under seal.

As stated in S.D. Fla. L.R. 5.4(a), the general policy is that "[u]nless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." A party may seek an exception from the Court by filing "a motion to file under seal that sets forth the factual and legal basis for departing from the policy" that court filings be public. S.D. Fla. L.R. 5.4(b). While the common-law right of access to judicial proceedings "includes the right to inspect and copy public records and documents," this right of access is not absolute, nor does it apply to discovery. *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007). Where the right of access does apply to discovery materials, it "may be overcome by a showing of good cause." *Id.*

Throughout the course of discovery, the parties have designated certain produced documents as Confidential or Attorneys' Eyes Only in accordance to the Protective Order. Two deposition transcripts were also designated by the parties as Confidential under the Protective Order. Elite seeks to file under seal only those select documents and deposition excerpts that one of the other parties has designated as Confidential or Attorneys' Eyes Only under the protections of the Protective Order. These documents comprise excerpts of the depositions of NetCE's designated witness, Alpine's designated witness, and Dr. Jouria, and select documents from the production of NetCE that NetCE has designated Confidential or Attorneys' Eyes Only under the Protective Order (collectively, the "Confidential Exhibits"). The Confidential Exhibits are necessary for Elite to support the arguments set forth in its Motion for Summary Judgment. Elite is not aware of a means other than sealing that will preserve the confidentiality interests of the parties, while also allowing Elite to fully present its arguments to the Court, as it is entitled to do.

The proposed duration of the seal is for the duration of the case, after which point it is requested that the sealed materials be destroyed. For these reasons, Elite respectfully submits that there is good cause for the Confidential Exhibits to be filed under seal. *See Andrx Pharms., Inc. v. Biovail Corp.*, 175 F. Supp. 2d 1362 (S.D. Fla. 2001) (Dimitrouleas, J.) (granting all motions to seal pursuant to previously entered protective order).

WHEREFORE, Elite respectfully requests that this Court: (1) allow the Confidential Exhibits to be filed under seal; and (2) order that the documents remain sealed until this matter has concluded, at which time the documents shall be destroyed.

**Certificate of Good Faith Conference**

Pursuant to Local Rule 7.1(a)(3)(A), counsel for Elite conferred telephonically with counsel for NetCE and Dr. Jouria on December 14, 2017. All parties consent to this motion.

Dated: December 14, 2017

Respectfully submitted,

/s/ Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant
Elite Professional Education, LLC*

### Certificate of Service

      I hereby certify that on December 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                /s/Peter A. Chiabotti
                Peter A. Chiabotti

### Service List

Richard S. Ross, Esq.
Atrium Centre
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild, Esq.
Holland & Knight LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

John P. Kern, Esq.
Jessica E. Lanier, Esq.
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
       jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Akerman LLP
peter.chiabotti@akerman.com
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
*Attorney for Third Party Defendant Elite Continuing Education, Inc.*

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
*Attorneys for Third Party Defendant Elite Continuing Education, Inc.*