IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

**[PROPOSED] ORDER GRANTING
ELITE'S CONSENTED MOTION TO FILE UNDER SEAL**

    THIS MATTER having come before the Court on Third-Party Defendant Elite Professional Education, LLC's Consent Motion to File Under Seal, and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon,

    **ORDERED AND ADJUDGED** that Elite's Motion is hereby **GRANTED.**

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of _____, 20__.

                                       _____
                                       WILLIAM P. DIMITROULEAS
                                       United States District Judge

cc:  All counsel of record