UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and NetCE,

        Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

## **ORDER SETTING HEARING ON MOTIONS**

        THIS CAUSE is before the Court on Defendant's Motion to Compel Production of Documents by Elite Continuing Education, Inc. (ECF No. 143), Plaintiff's Motion for Protective Order Re: Non-Party ECFMG Subpoena (ECF No. 148), Elite Continuing Education's Motion for Protective Order Concerning Subpoena to Non-Party American Nurses Credentialing Center (ECF No. 155), Plaintiff's Motion to Srike Defendant NetCE's Expert Witness and Exclude Expert Report (ECF No. 156) and Plaintiff's Motion to Quash Rule 45 Subpoena to Non-Party ECFMG (ECF NO. 161) which were referred to Lurana S. Snow, United States Magistrate Judge. Being fully advised, it is hereby

        ORDERED AND ADJUDGED that a hearing on the motions (ECF Nos. 143, 148, 155, 156 and 161) will be held on January 9, 2018 at 1:30 p.m. in the Fort Lauderdale Division

before Magistrate Judge Lurana S. Snow, 299 E. Broward Boulevard, Courtroom 203D, Fort Lauderdale, Florida 33301.

DONE AND ORDERED at Fort Lauderdale, Florida, this 14th day of December, 2017.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties

2