# Exhibit A

EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-516**

**Effective Date of Registration:**
May 15, 2015

## Title

       **Title of Work:** 852 Gastroesophageal Reflux Disease

## Completion/Publication

       **Year of Completion:** 2013
       **Date of 1st Publication:** May 15, 2013
       **Nation of 1st Publication:** United States

## Author

-        **Author:** CE Resource, Inc., dba NetCE
       **Author Created:** text
       **Work made for hire:** Yes
       **Domiciled in:** United States
       **Year Born:** N/A
       **Year Died:** N/A

## Copyright Claimant

       **Copyright Claimant:** CE Resource, Inc., dba CME Resource
       1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

       **Name:** Erin Meinyer, Executive Director
       **Date:** May 07, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-463**

**Effective Date of Registration:**
May 15, 2015

## Title
        **Title of Work:** 9538 Nonantibiotic Antimicrobial Pharmacology: A Review

## Completion/Publication
        **Year of Completion:** 2013
        **Date of 1st Publication:** January 17, 2013
        **Nation of 1st Publication:** United States

## Author

-         **Author:** CE Resource, Inc., dba NetCE
        **Author Created:** text
        **Work made for hire:** Yes
        **Domiciled in:** United States
        **Year Born:** N/A
        **Year Died:** N/A

## Copyright Claimant
        **Copyright Claimant:** CE Resource, Inc., dba CME Resource
        1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification
        **Name:** Erin Meinyer, Executive Director
        **Date:** May 07, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-503**

**Effective Date of Registration:**
May 15, 2015

## Title

        **Title of Work:** 875 The Lymphatic and Immune Systems: A Review

## Completion/Publication

     **Year of Completion:** 2012
   **Date of 1st Publication:** September 06, 2012
 **Nation of 1st Publication:** United States

## Author

-           **Author:** CE Resource, Inc., dba NetCE
    **Author Created:** text
 **Work made for hire:** Yes
      **Domiciled in:** United States
         **Year Born:** N/A
         **Year Died:** N/A

## Copyright Claimant

    **Copyright Claimant:** CE Resource, Inc., dba CME Resource, dba CME Resource
                             1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

                **Name:** Erin Meinyer, Executive Director
                 **Date:** May 07, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-523**

**Effective Date of Registration:**
May 15, 2015

## Title
        **Title of Work:** 511 Clinical Cardiovascular Pharmacology

## Completion/Publication
        **Year of Completion:** 2012
        **Date of 1st Publication:** December 06, 2012
        **Nation of 1st Publication:** United States

## Author

-     **Author:** CE Resource, Inc., dba NetCE
        **Author Created:** text
        **Work made for hire:** Yes
        **Domiciled in:** United States
        **Year Born:** N/A
        **Year Died:** N/A

## Copyright Claimant
        **Copyright Claimant:** CE Resource, Inc., dba CME Resource
        1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification
        **Name:** Erin Meinyer, Executive Director
        **Date:** May 07, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-506**

**Effective Date of Registration:**
May 15, 2015

## Title

    **Title of Work:** 025 Traumatic Brain Injury

## Completion/Publication

    **Year of Completion:** 2012
    **Date of 1st Publication:** December 20, 2012
    **Nation of 1st Publication:** United States

## Author

-     **Author:** CE Resource, Inc., dba NetCE
    **Author Created:** text
    **Work made for hire:** Yes
    **Domiciled in:** United States
    **Year Born:** N/A
    **Year Died:** N/A

-     **Author:** CE Resource, Inc., dba CME Resource

## Copyright Claimant

    **Copyright Claimant:** CE Resource, Inc., dba CME Resource
    1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

    **Name:** Erin Meinyer, Executive Director
    **Date:** May 07, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-119-471**

**Effective Date of Registration:**
May 15, 2015

## Title
        **Title of Work:** 3528 Cancer and Chemotherapy

## Completion/Publication
        **Year of Completion:** 2013
      **Date of 1st Publication:** March 21, 2013
      **Nation of 1st Publication:** United States

## Author
                **Author:** CE Resource, Inc., dba NetCE
          **Author Created:** text
     **Work made for hire:** Yes
            **Domiciled in:** United States
               **Year Born:** N/A
               **Year Died:** N/A

## Copyright Claimant
      **Copyright Claimant:** CE Resource, Inc., dba CME Resource
                                      1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification
                  **Name:** Erin Meinyer, Executive Director
                    **Date:** May 07, 2015

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**TX 8-137-336**

**Effective Date of Registration:**
May 15, 2015

## Title

**Title of Work:** 3679 Depression and Dementia in the Elderly

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 18, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** CE Resource, Inc., dba NetCE
  **Author Created:** text
  **Work made for hire:** Yes
  **Domiciled in:** United States
  **Year Born:** N/A
  **Year Died:** N/A

## Copyright Claimant

**Copyright Claimant:** CE Resource, Inc., dba CME Resource
1482 Stone Point Drive, Suite 120, Roseville, CA, 95661, United States

## Certification

**Name:** Erin Meinyer, Executive Director
**Date:** May 07, 2015

Page 1 of 1