UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

## ORDER SETTING HEARING ON MOTION

THIS CAUSE is before the Court on NetCE's Motion for Termination Sanctions (ECF No. 149) which was referred to Lurana S. Snow, United States Magistrate Judge. Being fully advised, it is hereby

ORDERED AND ADJUDGED that a hearing on NetCE's motion (ECF No. 149) will be held on January 11, 2018 at 1:30 p.m. in the Fort Lauderdale Division before Magistrate Judge Lurana S. Snow, 299 E. Broward Boulevard, Courtroom 203D, Fort Lauderdale, Florida 33301.

DONE AND ORDERED at Fort Lauderdale, Florida, this 15th day of December, 2017.

                                                                                                                          */s/ Lurana S. Snow*
                                                                                                                              LURANA S. SNOW
                                                                                               UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties