IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) ) |
| | ) |
| Third-Party Defendants. | ) |

**DECLARATION OF J. MARK WILSON IN SUPPORT OF
<u>ELITE'S MOTION FOR SUMMARY JUDGMENT</u>**

43634817;1

I, J. Mark Wilson, am a licensed attorney in the State of North Carolina and a member of the law firm of Moore & Van Allen PLLC, which represents Third-Party Defendant Elite Professional Education, LLC ("Elite") in the above-captioned case. I have personal knowledge of the matters stated herein, and declare as follows:

1. Attached at Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Ms. Sarah Campbell, the Rule 30(b)(6) witness designated by Defendant/Third-Party Plaintiff CE Resource, Inc. d/b/a CME Resource and NetCE, taken on November 14, 2017 ("NetCE").

2. Attached at Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Dr. Jassin Jouria, taken on September 28, 2017 ("Jouria").

3. Attached at Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Mr. Dan Cremons, the Rule 30(b)(6) witness designated by Alpine Management Services III, LLC, taken on October 12, 2017 ("Alpine").

4. Attached at Exhibit 4 is a true and correct copy of Deposition Exhibit 45, from the deposition of Dr. Jouria ("Jouria Ex. 45").

5. Attached at Exhibit 5 is a true and correct copy of Deposition Exhibit 46, from the deposition of Dr. Jouria ("Jouria Ex. 46").

6. Attached at Exhibit 6 is a true and correct copy of Deposition Exhibit 71, from the deposition of Alpine ("Alpine Ex. 71").

7. Attached at Exhibit 7 is a true and correct copy of Deposition Exhibit 72, from the deposition of Alpine ("Alpine Ex. 72").

8. Attached at Exhibit 8 is a true and correct copy of Deposition Exhibit 74, from the deposition of NetCE ("NetCE Ex. 74").

9. Attached at Exhibit 9 is a true and correct copy of NetCE's Responses to Elite's First Set of Interrogatories, served by NetCE on October 10, 2017 ("NetCE's Responses to Interrogatories").

10. Attached at Exhibit 10 is a true and correct copy of NetCE's Responses and Objections to Elite's Second Set of Requests for Production of Documents, served by NetCE on November 15, 2017 ("NetCE's Responses to Production Requests").

11. Attached at Exhibit 11 is a true and correct copy of documents Bates-stamped ALP0001-0061, as produced by Alpine ("ALP0001").

12. Attached at Exhibit 12 is a true and correct copy of document Bates-stamped NETCEB0003148, as produced by NetCE ("NETCEB3148").

13. Attached at Exhibit 13 is a true and correct copy of document Bates-stamped NETCEB0003149, as produced by NetCE ("NETCEB3149").

14. Attached at Exhibit 14 is a true and correct copy of documents Bates-stamped NETCEB0029016-29020, as produced by NetCE ("NETCEB29016").

15. Attached at Exhibit 15 is a true and correct copy of the documents Bates-stamped NETCEB0029021-29025, as produced by NetCE ("NETCEB29021").

16. Attached at Exhibit 16 is a true and correct copy of documents Bates-stamped NETCEB0030628-30632, as produced by NetCE ("NETCEB30628").

17. Attached at Exhibit 17 is a true and correct copy of documents Bates-stamped NETCEB0031355-31359, as produced by NetCE ("NETCEB31355").

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2017

J. Mark Wilson

Dated: December 15, 2017

Respectfully submitted,

/s/ Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant Elite Professional Education, LLC*

## Certificate of Service

I hereby certify that on December 15, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Peter A. Chiabotti
Peter A. Chiabotti

## Service List

Richard S. Ross, Esq.
Atrium Centre
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*

Philip E. Rothchild, Esq.
Holland & Knight LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

John P. Kern, Esq.
Jessica E. Lanier, Esq.
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
        jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Akerman LLP
peter.chiabotti@akerman.com
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
*Attorney for Third Party Defendant Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
*Attorneys for Third Party Defendant Elite Professional Education, LLC*