Exhibit 4

**To:** Jassin Jouria[jassinjouria@yahoo.com]
**From:** Tracey Foster
**Sent:** Wed 2/6/2013 3:36:19 PM
**Importance:** Normal
**Subject:** RE: Jassin Jouria_Women and Heart Disease

Hi Jassin

Your list is perfect you can just proceed as listed. I did want to share 1 thing with you that seems to get great responses from our licensees. One of our writers adds Assessment Tips to some of the material. Below is an example, if you could implement something like this to your courses it would be great. I understand this would not apply to all writing. Thank you for your consideration on this subject.

**Inspection**
Inspect the patient's lips, teeth, tongue, gums, soft and hard palate, buccal mucosa and the back of the throat. Look for any signs of cracks, bleeding, lesions, ulcers, swelling, induration or broken or decayed teeth. If the patient wears dentures, observe how they fit, whether they are clean, and whether there is any evidence of breakage. Look for signs of leukoplakia, which is a white or gray patch that may develop on the tongue, on the floor of the mouth or on the buccal mucosa. Leukoplakia is most commonly found in elderly patients and is due to irritation from teeth or dentures that rub against the inside of the cheeks or gums or chronic irritation from use of tobacco products. Leukoplakia is usually painless and is generally biopsied to rule out oral cancers.[12]

When inspecting the mouth and oral cavity, remain alert to signs and symptoms of oral cancer. These include:[9]
7 A lump or thickening of the lip or in the patient's mouth.
7 A sore in the mouth or on the lip that does not heal.
7 White or red patches on the gums, tongue or buccal mucosa.
7 Patient complains that there is always a feeling of something "stuck" in the throat.
7 Swelling of the jaw or mouth that changes the way dentures fit.
7 Pain in the ear or when chewing or swallowing.
7 Changes in the patient's voice.

*Assessment Tip: When inspecting the mouth and oral cavity, make sure that extra light is available to allow good visualization of the tongue, buccal mucosa, lips, teeth and gums.*

*Tracey Foster*
*Program Manager*
Elite Professional Education, LLC
1-888-857-6920 Ext 309
tracey.foster@elitecme.com

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Wednesday, February 06, 2013 1:16 PM
**To:** Tracey Foster
**Subject:** Re: Jassin Jouria_Women and Heart Disease

Hi Tracey,

That sounds great. I am usually able to do at least 2 to 3 courses each month, if planned out accordingly.

Here is the list of possible topics for future courses:

Chemotherapy
Gastroesophageal Reflux Disease
Thyroid Disorders
Antimicrobial Pharmacology
Preventable Adverse Events
Traumatic Brain Injuries
Macular Degeneration
Acid-Base Balance
Pathophysiology Basics
Genetics and Familial Diseases
Dementia vs. Depression in the Elderly


EXHIBIT 45

I can also write on pretty much any medical topic, so please feel free to suggest any other courses you may have requests for.

It will be a pleasure working with you!

Thank you,

Jassin

---

**From:** Tracey Foster <tracey.foster@elitecme.com>
**To:** Jassin Jouria <jassinjouria@yahoo.com>
**Sent:** Wednesday, February 6, 2013 9:19 AM
**Subject:** RE: Jassin Jouria_Women and Heart Disease

HI Jassin

This is great to know. I was trying to find your list of topics that you suggested but since I closed the job on elance I cannot access your suggestions. Will you please send me the subjects again and then I will put them in the order we wish to receive. Also if there are other subjects you wish to suggest please do so. At this time there is no limit to the amount of courses we wish to have written for us. We are looking to expand our nursing library in a large way.

Thank you

*Tracey Foster*
*Program Manager*
Elite Professional Education, LLC
1-888-857-6920 Ext 309
tracey.foster@elitecme.com

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Tuesday, February 05, 2013 9:45 AM
**To:** Tracey Foster
**Subject:** Jassin Jouria_Women and Heart Disease

Hi Tracey,

I should have the Women and Heart Disease course completed by Feb. 25th, according to my schedule.

Are there any other courses you would like me to prepare for. I like to plan out my writing schedule for 3 months at a time, if possible. The first step is an extensive literature review.

Please let me know at your convenience.

Thank you,

Jassin