Exhibit 5

**To:** Michelle Franchi[michelle.franchi@elitecme.com]
**From:** Jassin Jouria
**Sent:** Mon 11/11/2013 1:47:18 PM
**Importance:** Normal
**Subject:** Re: Contract and courses

Sent.

-Jassin

On Monday, November 11, 2013 1:26 PM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
386 673 3563

Please fax the whole doc. Thanks

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Monday, November 11, 2013 1:24 PM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Welcome.

Do you have a fax number I can send the two witness signatures to?

-Jassin

On Monday, November 11, 2013 1:20 PM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Gotcha. Okay, thanks so much.

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Monday, November 11, 2013 1:19 PM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi Michelle,

Yes - I am following the schedule. I started both, Women & Heart Disease and TBI, at the same time. I am almost done with the TBI course and I will send that to you within 24 to 48 hours.

Thank you,

-Jassin

EXHIBIT 46

On Monday, November 11, 2013 11:01 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Hey Jassin-

Are you following the schedule? I think you just sent Women and Heart Disease, but Traumatic Brain Injuries was supposed to be before that. Did I miss one?

| Priority | Course Name | Approx % shared content | Due Date |
|---|---|---|---|
| 1. | Thyroid Disorders | Unique to Elite Pro | N/A |
| 2. | Traumatic Brain Injuries | – approx. 15% shared content | 11/5 |
| 3. | Women and Heart Disease | – approx. 10% shared content | 11/5 |

| | | | |
|---|---|---|---|
| 4. | Preventable Adverse Events | – approx. 35% shared content | 11/12 |
| 5. | Depression vs. Dementia in the Elderly Patient: Part I | – approx. 15% shared content | 11/19 |
| 6. | Depression vs. Dementia in the Elderly Patient: Part II | – approx. 10% shared content | 11/19 |
| 7. | Cancer and Chemotherapy: Part I | – approx. 25% shared content | 11/26 |
| 8. | Cancer and Chemotherapy: Part II | – approx. 15% shared content | 11/26 |
| 9. | Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part I | – approx. 10% shared content | 12/3 |
| 10. | Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part II | – approx. 10% shared content | 12/3 |
| 11. | Gastro-Esophageal Reflux Disease (GERD) | – approx. 30% shared content | 12/10 |
| 12. | The Basics of Pathophysiology | – Unique to Elite Pro | N/A |
| 13. | Electrolytes and Acid-Base Disorders | – Unique to Elite Pro | N/A |
| 14. | Macular Degeneration | – Unique to Elite Pro | N/A |

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Monday, November 11, 2013 10:29 AM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Thank you, Michelle.

Attached is the signed copy.

-Jassin

On Monday, November 11, 2013 10:00 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Here's the updated contract.

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Monday, November 11, 2013 7:59 AM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi Michelle,

OK, thats not a problem. Let's just make it a flat rate of $475 per credit hour, where each hour is 4,000 words.

I should have the next re-write sent to you in a couple of days.

Thank you,

-Jassin

On Sunday, November 10, 2013 5:23 PM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
I guess Joy followed up with all authors except you, as I had taken over as point for the relationship until we got these courses straightened out. When she bumped it up to $500, she was asking for 4,500 words a credit hour. We are now only going to require 4,000 words, so I assumed the rate would go down. I never followed up with Joy to see if she had that discussion with you.

Also, there was a range in there because when Janice drafted it, we were still thinking that there would be a discount for the next couple of courses.

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Sunday, November 10, 2013 7:49 AM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi Michelle,

Attached are all of the signed Exhibits.

The master contract states $300-$475 per CE hour. We previously agreed to a flat rate of $500 per CE hour.

Is this a typo or a change?

Thank you,

-Jassin

On Friday, November 8, 2013 5:32 PM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Thanks Jassin

I've attached our master contract for you to sign along with Exhibits for all the courses you are rewriting. For Janice's ease, I just had her date the first 6 in November and the last 8 in December. I need the master contract signed and returned once. I need an exhibit for each course as submit. They already filled out and attached. Please sign and return.

Thanks and have a great weekend.

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Friday, November 8, 2013 5:19 PM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi Michelle,

Attached is the Women and Heart Disease RE-WRITE.

Please let me know if you have any questions.

Thank you,

-Jassin

On Monday, November 4, 2013 12:42 PM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
THANK YOU!

Janice is back in the office today. I'll have her draft up appendices. Thanks

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]

**Sent:** Monday, November 4, 2013 12:41 PM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Michelle,

Just wanted to give you an update.

I should have the first course completed and sent to you before the end of the week, but not by the 5th. I will then try to finish up a course every 3 to 4 days until I have all courses back to you.

I will keep you posted.

Thank you,

-Jassin

On Friday, November 1, 2013 9:55 AM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
Hi Michelle,

I will get started on them this weekend.

I will send them to you as I finish them up.

Thank you,

-Jassin

On Friday, November 1, 2013 9:12 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Here are the other 3 that I couldn't find Wednesday...

**From:** Michelle Franchi
**Sent:** Wednesday, October 30, 2013 1:59 PM
**To:** 'jassinjouria'
**Subject:** RE: Contract and courses

Here you go

**From:** jassinjouria [mailto:jassinjouria@yahoo.com]
**Sent:** Tuesday, October 29, 2013 9:55 PM
**To:** Michelle Franchi
**Subject:** RE: Contract and courses

This looks doable. Can you send me the latest working documents for each course?

Sent from my Samsung Galaxy S®4

-------- Original message --------
From: Michelle Franchi <michelle.franchi@elitecme.com>
Date: 10/29/2013 8:11 PM (GMT-05:00)
To: Jassin Jouria <jassinjouria@yahoo.com>
Subject: RE: Contract and courses

This information is helpful. I understand that some of these will take longer than others. I changed the priority of two and lumped together the same topics. I just want to be able to hand a schedule off to Janice. Would the following work for you?

| Priority | Course Name | Approx % shared content | Due Date |
|---|---|---|---|
| 1. | Thyroid Disorders | Unique to Elite Pro | N/A |
| 2. | Traumatic Brain Injuries | – approx. 15% shared content | 11/5 |
| 3. | Women and Heart Disease | – approx. 10% shared content | 11/5 |
| 4. | Preventable Adverse Events | – approx. 35% shared content | 11/12 |
| 5. | Depression vs. Dementia in the Elderly Patient: Part I | – approx. 15% shared content | 11/19 |
| 6. | Depression vs. Dementia in the Elderly Patient: Part II | – approx. 10% shared content | 11/19 |
| 7. | Cancer and Chemotherapy: Part I | – approx. 25% shared content | 11/26 |
| 8. | Cancer and Chemotherapy: Part II | – approx. 15% shared content | 11/26 |
| 9. | Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part I | – approx. 10% shared content | 12/3 |
| 10. | Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part II | – approx. 10% shared content | 12/3 |
| 11. | Gastro-Esophageal Reflux Disease (GERD) | – approx. 30% shared content | 12/10 |
| 12. | The Basics of Pathophysiology | – Unique to Elite Pro | N/A |
| 13. | Electrolytes and Acid-Base Disorders | – Unique to Elite Pro | N/A |
| 14. | Macular Degeneration | – Unique to Elite Pro | N/A |

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Tuesday, October 29, 2013 8:01 PM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi Michelle,

I went through all of the courses you listed, double-checked, and cross-referenced them with my records. Below is the result:

1. Thyroid Disorders – Unique to Elite Pro
2. Traumatic Brain Injuries – approx. 15% shared content
3. Preventable Adverse Events – approx. 35% shared content
4. Women and Heart Disease – approx. 10% shared content
5. Depression vs. Dementia in the Elderly Patient: Part I – approx. 15% shared content
6. Depression vs. Dementia in the Elderly Patient: Part II – approx. 10% shared content

7. Cancer and Chemotherapy: Part I – approx. 25% shared content
8. Cancer and Chemotherapy: Part II – approx. 15% shared content
9. Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part I – approx. 10% shared content
10. Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part II – approx. 10% shared content
11. Gastro-Esophageal Reflux Disease (GERD) – approx. 30% shared content
12. The Basics of Pathophysiology – Unique to Elite Pro
13. Electrolytes and Acid-Base Disorders – Unique to Elite Pro
14. Macular Degeneration – Unique to Elite Pro

It will take time to really change up the content since this is all scientific information. I know I can get at least 1 course a week done, and most likely 2 courses completed during some weeks. But I will not be able to consistently produce 3 courses per week for you, I apologize.

Is that acceptable? And if so, should I start in numerical order as above?

Please advise.

Thank you,

-Jassin

On Tuesday, October 29, 2013 10:01 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Absolutely. Thanks so much.

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Tuesday, October 29, 2013 10:00 AM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi Michelle,

I am happy to get this resolved. I would like a chance to review all of the courses I have submitted to you and the exact (or close to exact) amount of overlap in each course before committing to a number of courses per week. I may be able to do 3 courses a week, but I do not want to promise you that and not be able to deliver.

Can I get back to you by this evening with a more accurate answer?

-Jassin

On Tuesday, October 29, 2013 9:50 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Hi Jassin-

I appreciate the compromise. Please do track changes. I would like all of the courses that you have written for us to be unique content. Thus, any courses with overlap should have the overlap rewritten. Below is the list of courses we have purchased from you in priority order. Can you please start at the top and work your way down. If the overlap is really as small as you say, is it possible to receive 3 updated courses per week, starting next Tuesday, November 5th?

I have also attached the main contract for all our writers. Once we agree upon a schedule for delivery (ie my proposed 3 per week above), I will have Janice draft up all the appendices with the names of the courses below and their due date.

Thanks,
Michelle

1. Thyroid Disorders
2. Traumatic Brain Injuries
3. Preventable Adverse Events

4. Women and Heart Disease
5. Depression vs. Dementia in the Elderly Patient: Part I
6. Depression vs. Dementia in the Elderly Patient: Part II
7. Cancer and Chemotherapy: Part I
8. Cancer and Chemotherapy: Part II
9. Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part I
10. Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part II
11. Gastro-Esophageal Reflux Disease (GERD)
12. The Basics of Pathophysiology
13. Electrolytes and Acid-Base Disorders
14. Macular Degeneration

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Monday, October 28, 2013 1:32 PM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi Michelle,

I understand your position. To be completely frank, I was under the impression that Elite (and all other organization I wrote for) used my content to develop their courses uniquely, as this was the case with NetCE.

I have no problem replacing content and making a course unique to Elite. In all fairness, I think there are only 2 courses that have up to 40% (maximum) shared content.

Of course, this will be very time consuming - but I am willing to do it for your organization if it will save our working relationship.

Please send me all of the courses you would like for me to replace content for, and please provide me with a deadline of when it needs to be completed by, and I will gladly incorporate into my current schedule.

I can track all changes for you so that yo can see what content is removed and replaced, if you wish.

Hope this helps.

Thank you,

-Jassin

On Monday, October 28, 2013 10:59 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Hi Jassin-

As you know, Elite hired and paid you to develop courses with the understanding that we would own all rights to the courses. I now understand that you used some of the materials in the courses developed for us in courses that you sold to other companies. I appreciate your confirmation that we have the right to use all courses and that your dealings with other companies have been on a non-exclusive basis, meaning that you believe we all have the right to use the courses you developed. I asked you to send me the contracts with these other companies and you declined. As you can appreciate, this leaves us in a position that is different from where we thought we would be when we hired and paid you.

We would like to have courses that are unique to Elite. This is what we thought we were paying you to develop for us. You have indicated that as much as 40% of the content of our courses was used in subsequent courses sold to our competitors. We believe that you should replace the 40% so that Elite has courses that truly are unique to us. This is consistent with what we hired and paid you to do in the first place. The new components would absolutely be exclusively written for Elite, owned by Elite, and not used by anyone else. Will you please do this for us?

Thanks,
Michelle

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Wednesday, October 23, 2013 9:47 AM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Michelle,

I understand your position. But this is way out of my league. I don't have an attorney that deals with this kind of thing. I know the contracts I signed with NetCE were non-disclosure agreements stating that I was not endorsed by any pharmaceutical companies or other partisan organizations. I sold the material to them under the impression that they would take the text-based information and convert it into full blown courses approved by their curriculum design team.

I want to continue a working relationship as well, however, I do not think it is fair for me to refund those courses, or replace those courses at no cost. I can write new courses at a discounted rate, and over time, they will make up for nay lost revenue on courses that you are not able to use. Please remember that I did not sell you the same courses as those sold to NetCE; I put time and work into your courses. At most, the material is 40%. However, one would be hard to find *any* course on *any* topic that is not 40% covered elsewhere.

I hope you can understand my position as well. Im certain we can work something out...

-Jassin

On Wednesday, October 23, 2013 9:19 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Jassin-

Do you have an attorney that can review the competitor contracts and confirm to my attorney the language around exclusive rights?

I am still in the scenario that I cannot use courses that have been sold to other competitors, specifically NetCE (regardless if the contract is approved by our attorneys). As alternative solutions, I would also propose the idea of refunds on those courses or replacement courses for those courses at no cost.

How do you feel about that? I would really like to continue the relationship, as you are our key author in a field that we are doubling down on next year with big investments across the board, but right now, I'm sitting on more than $60k of content that we paid you for that I can't use.

Thanks for your consideration,
Michelle

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Tuesday, October 15, 2013 7:02 AM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi MIchelle,

I looked through a contract from NetCE, and I did not sign exclusive rights. I signed a Non-disclosure agreement with them, however.

Please let me know if I can be of any further help.

Thank you,

Jassin

On Friday, October 11, 2013 12:52 PM, jassinjouria <jassinjouria@yahoo.com> wrote:
I don't think I signed exclusive rights. I will have to check. Approximately 40 to 50% of the content is the

same. I don't have an electronic copy of the contract on hand.
-Jassin


Sent from my Samsung Galaxy S®4

I don't think I signed exclusive rights.  I will have to check.  Approximately 40 to 50% of the content is the same.  I don't have an electronic copy of the contract on hand.
-Jassin


Sent from my Samsung Galaxy S®4


-------- Original message --------
From: Michelle Franchi <michelle.franchi@elitecme.com>
Date: 10/11/2013  12:31 PM  (GMT-05:00)
To: Jassin Jouria <jassinjouria@yahoo.com>
Subject: RE: Contract and courses

For the NetCE courses, did you sign off exclusive rights? Would we be able to see the contract?

For the NetCE courses, what % of content in the course was overlapping?

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Friday, October 11, 2013 12:08 PM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Hi Michelle,

The following courses had content sold specifically to NetCE:

Cancer and Chemotherapy: Part I
Cancer and Chemotherapy: Part II
Depression vs. Dementia in the Elderly Patient: Part I
Depression vs. Dementia in the Elderly Patient: Part II
Gastro-Esophageal Reflux Disease (GERD)
Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part I
Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part II

The following courses had content sold to other organizations (but not to NetCE):

Preventable Adverse Events
Women and Heart Disease
The Basics of Pathophysiology
Traumatic Brain Injuries
Electrolytes and Acid-Base Disorders
Macular Degeneration

Hope this helps.

Please let me know if you need anything else.

Thank you,

Jassin

On Friday, October 11, 2013 11:54 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:

I forwarded this note to Janice. Please let me know about the other courses. Please specifically call out any courses that have ANY content that were also sold specifically to NetCE.

Thanks,
Michelle

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Friday, October 11, 2013 9:47 AM
**To:** Michelle Franchi
**Subject:** Re: Contract and courses

Janice,

I am starting to go through all of the courses, and I remembered that a significant part of "Chest Trauma" has been used in another course sold to NurseCE4less. No part of the Lower Back Pain course has been used or sold anywhere else.

I will start to go through the other courses this weekend.

Thank you,

Jassin

On Thursday, October 10, 2013 3:32 PM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
This will take some time to really go through. In fact, a lot of time.

Do you have a timeline of when you need this by?

I have written courses for Iris Medical Ed, NetCe, CE4less, nurse.com, mastercpe, gannett education, Strafford Ed, nurseceu.com, ceufast.com, CE solutions, and others over the past few years. I can get you an exhaustive list if needed.

Thank you,

Jassin

On Thursday, October 10, 2013 2:49 PM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Jassin-

Can you please either highlight or somehow mark the sections of the old courses that we double used so that I can send to my legal team? If it's only a couple of paragraphs, I'm sure it will be fine for the past courses. If it's major overlap, like the preventable adverse effects course, then I can't use them.

Can you please also confirm who you sold them to? It will help determine path forward. Were any NetCE?

Thanks,
Michelle

---

**From:** Janice Harless
**Sent:** Thursday, October 10, 2013 2:43 PM
**To:** Joy Beaver; Michelle Franchi
**Cc:** Tracey Foster
**Subject:** FW: Contract and courses

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Thursday, October 10, 2013 2:40 PM
**To:** Janice Harless
**Subject:** Re: Contract and courses

Hi Janice,

The contract looks fine, but it states each credit hour is based on 4,000 words ( i thought it was 4,500?)

I have sold portions (some small, some significant) of ALL of the above *old* courses to other providers. However, no part or whole of the *new* courses have been sold anywhere else.

Thank you,

-Jassin

On Thursday, October 10, 2013 2:27 PM, Janice Harless <Janice.Harless@elitecme.com> wrote:

Hi Jassin,

Please find your new master contract attached to this e-mail. Please sign and return this contract to me as soon as possible. Please note that there is a space for two witnesses to sign, as well. The way the new contract works is that this main document establishes things like rate and rights to the material, etc. The contract will then have attachments "Exhibit A" and "Addendum" that contain the details about each of the courses that you have authored for us. Future assignments will also be outlined in those contract attachments.

Per your conversation with Michelle, please look at the list below and identify which of these courses have not been sold elsewhere, so I can draw up the contract attachments and get them back to you to sign.

- Cancer and Chemotherapy: Part I
- Cancer and Chemotherapy: Part II
- Depression vs. Dementia in the Elderly Patient: Part I
- Depression vs. Dementia in the Elderly Patient: Part II
- Electrolytes and Acid-Base Disorders
- Gastro-Esophageal Reflux Disease (GERD)
- Macular Degeneration
- Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part I
- Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part II
- Preventable Adverse Events
- The Basics of Pathophysiology
- Thyroid Disorders
- Traumatic Brain Injuries
- Women and Heart Disease

New Courses at new rate:
- Chest Trauma – 21,615 words (4 CE hours, not 5)
- Lower Back Pain – 36,824 words (9 CE hours)

Please let me know if you have any questions.

Thanks,
Janice

**Janice Harless**
Curriculum Coordinator

***Elite Professional Education, LLC***
janice.harless@elitecme.com
(888) 857-6920 ext. 311
Fax: (386) 673-3552

For the NetCE courses, did you sign off exclusive rights? Would we be able to see the contract?

For the NetCE courses, what % of content in the course was overlapping?

From: Jassin Jouria [mailto:jassinjouria@yahoo.com]
Sent: Friday, October 11, 2013 12:08 PM
To: Michelle Franchi
Subject: Re: Contract and courses

Hi Michelle,

The following courses had content sold specifically to NetCE:

Cancer and Chemotherapy: Part I
Cancer and Chemotherapy: Part II
Depression vs. Dementia in the Elderly Patient: Part I
Depression vs. Dementia in the Elderly Patient: Part II
Gastro-Esophageal Reflux Disease (GERD)
Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part I
Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part II

The following courses had content sold to other organizations (but not to NetCE):

Preventable Adverse Events
Women and Heart Disease
The Basics of Pathophysiology
Traumatic Brain Injuries
Electrolytes and Acid-Base Disorders
Macular Degeneration

Hope this helps.

Please let me know if you need anything else.

Thank you,

Jassin


On Friday, October 11, 2013 11:54 AM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
I forwarded this note to Janice. Please let me know about the other courses. Please specifically call out any courses that have ANY content that were also sold specifically to NetCE.

Thanks,
Michelle

From: Jassin Jouria [mailto:jassinjouria@yahoo.com]
Sent: Friday, October 11, 2013 9:47 AM
To: Michelle Franchi
Subject: Re: Contract and courses

Janice,

I am starting to go through all of the courses, and I remembered that a significant part of "Chest Trauma" has been used in another course sold to NurseCE4less. No part of the Lower Back Pain course has been used or sold anywhere else.

I will start to go through the other courses this weekend.

Thank you,

Jassin

On Thursday, October 10, 2013 3:32 PM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
This will take some time to really go through. In fact, a lot of time.

Do you have a timeline of when you need this by?

I have written courses for Iris Medical Ed, NetCe, CE4less, nurse.com, mastercpe, gannett education, Strafford Ed, nurseceu.com, ceufast.com, CE solutions, and others over the past few years. I can get you an exhaustive list if needed.

Thank you,

Jassin

On Thursday, October 10, 2013 2:49 PM, Michelle Franchi <michelle.franchi@elitecme.com> wrote:
Jassin-

Can you please either highlight or somehow mark the sections of the old courses that we double used so that I can send to my legal team? If it's only a couple of paragraphs, I'm sure it will be fine for the past courses. If it's major overlap, like the preventable adverse effects course, then I can't use them.

Can you please also confirm who you sold them to? It will help determine path forward. Were any NetCE?

Thanks,
Michelle

From: Janice Harless
Sent: Thursday, October 10, 2013 2:43 PM
To: Joy Beaver; Michelle Franchi
Cc: Tracey Foster
Subject: FW: Contract and courses


From: Jassin Jouria [mailto:jassinjouria@yahoo.com]
Sent: Thursday, October 10, 2013 2:40 PM
To: Janice Harless
Subject: Re: Contract and courses

Hi Janice,

The contract looks fine, but it states each credit hour is based on 4,000 words ( i thought it was 4,500?)

I have sold portions (some small, some significant) of ALL of the above old courses to other providers. However, no part or whole of the new courses have been sold anywhere else.

Thank you,

-Jassin

On Thursday, October 10, 2013 2:27 PM, Janice Harless <Janice.Harless@elitecme.com> wrote:
Hi Jassin,

Please find your new master contract attached to this e-mail. Please sign and return this contract to me as soon as possible. Please note that there is a space for two witnesses to sign, as well. The way the new contract works is that this main document establishes things like rate and rights to the material, etc. The contract will then have attachments "Exhibit A" and "Addendum" that contain the details about each of the courses that you have authored for us. Future assignments will also be outlined in those contract attachments.

Per your conversation with Michelle, please look at the list below and identify which of these courses have not been sold elsewhere, so I can draw up the contract attachments and get them back to you to sign.

- Cancer and Chemotherapy: Part I
- Cancer and Chemotherapy: Part II
- Depression vs. Dementia in the Elderly Patient: Part I
- Depression vs. Dementia in the Elderly Patient: Part II
- Electrolytes and Acid-Base Disorders
- Gastro-Esophageal Reflux Disease (GERD)
- Macular Degeneration
- Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part I
- Non-Antibiotic Antimicrobial Pharmacology--A Comprehensive Review--Part II
- Preventable Adverse Events
- The Basics of Pathophysiology
- Thyroid Disorders
- Traumatic Brain Injuries
- Women and Heart Disease

New Courses at new rate:
- Chest Trauma – 21,615 words (4 CE hours, not 5)
- Lower Back Pain – 36,824 words (9 CE hours)

Please let me know if you have any questions.


Thanks,
Janice

Janice Harless
Curriculum Coordinator

Elite Professional Education, LLC
janice.harless@elitecme.com
(888) 857-6920 ext. 311
Fax: (386) 673-3552