Exhibit 8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:15-61165-WPD**

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME | ) |
| RESOURCE and NetCE, | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME | ) |
| RESOURCE and NetCE, | ) |
| | ) |
|     Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
|     Plaintiff/Counter-Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME | ) |
| RESOURCE and NetCE, | ) |
| | ) |
|     Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine | ) |
| Management Services III, LLC, | ) |
| | ) |
|     Third-Party Defendants. | ) |

**NOTICE OF RULE 30(b)(6) DEPOSITION OF**
**CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE**



Δ π EXHIBIT 74
Deponent Campbell
Date 11/14/17   Rptr vv
WWW.DEPOBOOK.COM

Please take notice that, pursuant to Federal Rule of Civil Procedure 30(b)(6), Third-Party Defendant Elite Continuing Education, Inc. ("Elite") will take the testimony upon oral deposition of Defendant/Third-Party Plaintiff CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE") on November 13, 2017, commencing at 9:00 a.m. at the offices of Holland & Knight LLP, 50 California Street, Suite 2800, San Francisco, California 94111.  The deposition will be taken before a Notary Public or other person duly authorized by law to administer oaths, and will be conducted pursuant to the provisions of the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the purposes of discovery, use as evidence at trial, and any other purpose allowed by law.  The deposition will be recorded by stenographic means and videotape.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), NetCE must designate one or more witnesses to testify regarding the List of Deposition Topics set forth in Schedule A, attached hereto.

Dated: October 18, 2017

Respectfully submitted,

/s/ J. Mark Wilson
J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*Attorneys for Third Party Defendant Elite*
*Professional Education, LLC*

**SCHEDULE A**

**DEFINITIONS**

The Definitions and Instructions set forth in Elite Continuing Education's First set of Interrogatories to CE Resources, Inc. d/b/a CME Resource and NetCE are incorporated by reference herein.

**TOPICS FOR DEPOSITION**

1.     NetCE's pre-suit investigation of Elite's alleged acts of copyright infringement and trade secret misappropriation.

2.     The Accused Courses.

3.     The NetCE Courses.

4.     NetCE's allegations of copyright infringement against Elite, including, without limitation, an identification of all similarities and differences (whether literal or nonliteral) that NetCE believes exist between each of the NetCE Courses and any of the Accused Courses.

5.     The copyright applications filed with the U.S. Copyright Office for the NetCE Courses.

6.     Documents and correspondence submitted to or exchanged with the U.S. Copyright Office in connection with NetCE's applications for registration of each of the NetCE courses.

7.     NetCE's allegations of copyright infringement by NurseCE4Less, as alleged in NetCE's Complaint filed on September 4, 2015 in the California Litigation.

8.     NetCE's knowledge of the market for continuing medical education courses.

9.     NetCE's knowledge of Elite, its continuing education business, and its offering of continuing medical education courses, including courses directed to nurses, physicians, and allied health professionals.

10.    The NetCE trade secrets and confidential information allegedly misappropriated by Elite.

11.    The factual bases for the allegations contained in the pleadings filed by NetCE in the California Litigation and this Litigation, including "Plaintiff's Complaint for Copyright Infringement, Breach of Contract, Tortious Interference with Contractual Relations, and Unfair Business Practices Under California Business & Professions Code § 17200 *et seq*" filed in the California Litigation on September 4, 2015 at Docket Entry 2; "Plaintiff's Amended Complaint for Copyright Infringement, Breach of Contract, Tortious Interference with Contractual Relations, and Unfair Business Practices Under California Business & Professions Code SECTION 17200 *et seq*., and Misappropriation of Trade Secrets Under California's Uniform

3

Trade Secrets Act (Civil Code § 3426 *et seq*)" filed in the California Litigation on December 16, 2015 at Docket Entry 15; "Defendant's Answer to the Complaint, Counterclaims and Affirmative Defenses" filed in this Litigation on October 6, 2015, at Docket Entry 10; and "Defendant's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third-Party Complaint" filed in this Litigation on October 21, 2016, at Docket Entry 36.

12.     NetCE's responses to requests for production served in the Litigation.

13.     NetCE's document production in the Litigation.

14.     NetCE's interrogatory responses served in the Litigation.

15.     NetCE's Initial Disclosures served in the Litigation.

16.     NetCE's settlement with Alpine, including the settlement agreement executed by Alpine and NetCE (referenced in footnote 3 of NetCE's Response in Opposition to Elite's Motion to Dismiss Third Party claims, filed in the Lawsuit on May 22, 2017).

17.     All harm/damages NetCE believes it has sustained as a result of Elite's alleged conduct, including NetCE's method of calculating such harm/damages and the information used for such calculation.

18.     NetCE's sales of all courses from 2012-2016, including all sales, units, and revenue, on a course-by-course basis.

19.     NetCE's annual sales and revenues (including sales, units, and revenues) for all continuing medical education courses from 2012-2016, including courses directed to nurses, physicians, and allied health professionals.

20.     NetCE's sales projections for continuing medical education courses, including courses directed to nurses, physicians, and allied health professionals, including any sales projections for the NetCE Courses.

## Certificate of Service

I hereby certify that on October 18, 2017, I served the foregoing *NOTICE OF RULE 30(b)(6) DEPOSITION OF CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE* on the parties listed below via email:

Philip E. Rothchild, Esq.
Holland & Knight LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

John P. Kern, Esq.
Jessica E. Lanier, Esq.
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

Richard S. Ross, Esq.
Atrium Centre
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*

/s/ J. Mark Wilson