Exhibit 12

| | |
|---|---|
| From: | Julie Goodwin |
| To: | Sarah Campbell; Kathy Harris |
| Sent: | 1/15/2015 10:29:05 PM |
| Subject: | OH15 Replacement Course |

Hello,

I have replaced GERD with Ischemic Stroke in the OH15 catalog. A new pdf of the catalog schedule is available. Thanks!

Sincerely,

Julie Goodwin
Director of NetCE
CE Resource, Inc. | NetCE
1482 Stone Point Drive, Suite 120
Roseville, CA  95661-2839
Telephone: (800) 232-4238, extension 109
Fax: (916) 783-6067
Email: cedirector@netce.com