UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.
_____/
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

       Third Party Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on the Plaintiff's Motion to Set Attorney's Fees Awarded to Plaintiff [DE 124], and the Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 158]. The Court notes that no objections to the Report [DE 158] have been filed,

and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 72] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 158] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 158] is hereby **ADOPTED** and **APPROVED**;
2. Plaintiff's Motion to Set Amount of Attorney's Fees Awarded to Plaintiff [DE 124] is **GRANTED;**
3. NetCE must reimburse Plaintiff for attorney's fees in the amount of $3,555.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of December, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All Counsel of Record