**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

      Third Party Defendants.

_____/

**ORDER GRANTING IN PART
ELITE'S CONSENTED MOTION TO FILE UNDER SEAL**

THIS MATTER is before the Court on Third-Party Defendant Elite Professional Education, LLC's Consent Motion to File Under Seal [DE 181]. The Court has reviewed the Motion, and is otherwise fully advised in the premises. Elite asks the Court for leave to file under seal certain confidential exhibits to its forthcoming Motion for Summary Judgment. Elite asks that these documents remain under seal for the duration of these proceedings and then be destroyed. The Court has not had the opportunity to examine these documents and Elite does not provide sufficient information about the documents to satisfy the Court that they should be forever withheld from the public record.

**ORDERED AND ADJUDGED** that Elite's Motion [DE 181] is hereby **GRANTED IN PART.** Elite may file under seal confidential exhibits to its forthcoming Motion for Summary Judgment for the limited purpose of the Court's *in camera* review to determine whether the

documents should remain under seal. If the Court determines that any of the documents should not remain sealed, Elite will have the opportunity to withdraw those filings, submit redacted versions for the public record, or provide that the documents will be unsealed and enter the public record at a certain point in time. Upon filing the confidential documents under seal, Elite shall renew its Motion to Seal for the duration of the proceedings.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 15th day of December, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record