# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

       Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

       Third Party Defendants.

_____/

### [PROPOSED] ORDER GRANTING
### ELITE'S RENEWED CONSENTED MOTION TO FILE UNDER SEAL

THIS MATTER having come before the Court on Third-Party Defendant Elite

Professional Education, LLC's Renewed Consent Motion to File Under Seal, and the Court

having reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that Elite's Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this

_____ day of _____, 20__.


_____
      WILLIAM P. DIMITROULEAS
      United States District Judge

cc: All counsel of record