**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

                        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

                        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

                        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

                        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

                        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

                        Third Party Defendants.

_____/

**CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE's UNOPPOSED MOTION**
**FOR LEAVE TO EXCEED PAGE LIMIT FOR OPPOSITION STATEMENT OF FACTS**

Defendant/Third-Party Plaintiff, CE Resource, Inc. d/b/a CME Resource and NetCE's Unopposed Motion for Leave to Exceed Page Limit for Opposition Statement of Facts ("NetCE") respectfully requests leave to exceed the page limits set forth in Local Rule 56 of the Southern District of Florida for its forthcoming Opposition Statement of Facts to Plaintiff's Motion for Summary Judgment [DE 184] and its separate Opposition Statement of Facts to Elite's Motion for Summary Judgment [DE 187]. These Opposition Statement of Facts ("OSOFs") are to be filed on or before December 29, 2017, along with NetCE's responses to Plaintiff and Elite's motions for summary judgment.

NetCE seeks a ten page extension of the ten page limit set forth in Local Rule 56.1(a). NetCE needs this extension as to both of its OSOFs because it must not only controvert the statements of fact submitted by Plaintiff and Elite, but also include the material additional facts that support denial of both motions for summary judgment. Thus, NetCE seeks permission to file both of its opposition statement of facts with up to 20 pages for each opposition statement of fact.

**CERTIFICATE OF COUNSEL Pursuant to L.R. 7.1(a)(3):** Counsel for NetCE has communicated with counsel for Dr. Jouria and for counsel for Elite regarding the requested relief in this motion. Counsel for Dr. Jouria and counsel for Elite do not consent but will not oppose the requested relief.

Dated: December 20, 2017                                  Respectfully submitted,

                                                          HOLLAND & KNIGHT LLP

                                                          */s/ Philip E. Rothschild*
                                                          Philip E. Rothschild
                                                          Florida Bar No. 0088536
                                                          Email: phil.rothschild@hklaw.com
                                                          HOLLAND & KNIGHT LLP
                                                          515 East Las Olas Blvd., 12th Floor
                                                          Fort Lauderdale, FL 33301
                                                          Telephone: (954)525-1000

Facsimile: (954)463-2030

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCES and
NetCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.

#54741736_v1

MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

4

#54741736_v1