# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

## ORDER GRANTING NETCE's MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OPPOSITION STATEMENTS OF FACTS

THIS MATTER having come before the Court on Defendant/Third-Party Plaintiff, CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE's ("NetCE") Motion for Leave to

Exceed Page Limit for Opposition Statement of Facts (the "Motion"), and the Court having reviewed the Motion, and being otherwise fully advised in the premises, including the lack of opposition to the motion, it is thereupon

**ORDERED AND ADJUDGED** as follows:

1. NETCE's Motion is hereby **GRANTED**;

2. NetCE is permitted to file its opposition statements of fact up to 20 pages in length each for its statements in support of its oppositions to Plaintiff/Counter-Defendant Jassin Jouria's Motion for Summary Judgment (ECF No. 183) and to Third Party Defendant Elite Continuing Education, Inc.'s Motion for Summary Judgment (ECF No. 186).

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this ____ day of December, 2017.

                                                   WILLIAM P. DIMITROULEAS
                                                   United States District Judge

cc:  All counsel of record