UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.
_____/

**ORDER GRANTING IN PART NETCE's MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OPPOSITION STATEMENTS OF FACTS**

THIS MATTER is before the Court on Defendant/Third-Party Plaintiff, CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE's ("NetCE") Motion for Leave to Exceed Page Limit

#54753217_v1

2

for Opposition Statement of Facts [DE 194] (the "Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises. NetCE has not articulated a compelling reason to double the page limit for statements of fact. The Court will permit NetCE to file a statement of facts that is 15 pages long, instead of the 20 pages requested.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. NETCE's Motion [DE 194] is **GRANTED IN PART**;

2. NetCE is permitted to file its opposition statements of fact up to 15 pages in length each for its statements in support of its oppositions to Plaintiff/Counter-Defendant Jassin Jouria's Motion for Summary Judgment [DE 183] and to Third Party Defendant Elite Continuing Education, Inc.'s Motion for Summary Judgment [DE 186].

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this 20th day of December, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
All Counsel of Record