IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

**ORDER GRANTING
ELITE'S RENEWED CONSENTED MOTION TO FILE UNDER SEAL**

THIS CAUSE is before the Court on Third-Party Defendant Elite Professional Education, LLC's Renewed Consent Motion to File Under Seal [DE 193], and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that Elite's Motion [DE 193] is hereby **GRANTED**. The Court approves and authorizes filing under seal of Exhibits 2, 3, 11, and 14-17 to Elite's Motion for Summary Judgment, until further order of this Court. Upon conclusion of this case, Elite is directed to file a motion to destroy these exhibits.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 20th day of December, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record