# EXHIBIT A



**CME**
RESOURCE
Continuing Medical Education

March 21, 2013

Jassin M. Jouria, Jr., MD
2648 North 26th Terrace
Hollywood, FL 33020

Dear Dr. Jouria,

Enclosed is the honorarium for the completed draft of your course *Cancer and Chemotherapy*.
Thank you for all of your work on this manuscript.

I look forward to working with you to publish this course. Please feel free to contact me with any
questions.

Sincerely,



SARAH CAMPBELL
Director of Development
development@netce.com

---

1142

**CE RESOURCE, INC.**
1482 STONE POINT DR.
SUITE 120
ROSEVILLE, CA 95661
(916) 783-4238
CE RESOURC, INC. • CME RESOURCE • NetCE • PARAGON

UMPQUA BANK
1-866-4UMPQUA
(1-866-486-7782)
www.umpquabank.com

PAY   **Twelve Thousand And 00/100 Dollars***************************************************************

| | DATE | | AMOUNT |
|---|---|---|---|
| | 03/21/13 | $ | 12,000.00 |

TO THE
ORDER OF   JASSIN JOURIA, MD
2648 N 26TH TER.
HOLLYWOOD, FL 33020

Dennis Meinyer
AUTHORIZED SIGNATURE

Course Developement- #3523 Cancer and Chemotherapy

NETCE0000360