# EXHIBIT B

1482 Stone Point Dr #120
Roseville, CA 95661
916-783-4238 x 114

**CE RESOURCE, INC**
**dba CME RESOURCE**

# Fax — WIRE TRANSFER

| | | | |
|---|---|---|---|
| **To:** | UMPQUA BANK | **From:** | NANCY DAVIS |
| **Fax:** | 916-783-2844 | **Fax:** | 916-772-8585 |
| **Phone:** | 916-677-1164 | **Date:** | 12/06/2012 |
| **Re:** | WIRE TRANSFER | **CC:** | |
| | DR. JOURIA JR MD | **Pages:** | 1 |

Urgent     For Review     Please Comment     Please Reply

| *UMPQUA BANK WIRE TRANSFER* | CE RESOURCE, INC. |
|---|---|
| FROM: | UMPQUA BANK ▓▓▓▓▓ (SENDER) |
| SENDERS ABA#: | 121141819 |
| AMOUNT: | $10,000.00 |
| TO: ACCOUNT NAME (PAYEE NAME): | JASSIN M. JOURIA |
| BANK NAME: | BANK OF AMERICA<br>4601 SHERIDAN STREET<br>HOLLYWOOD, FL 33021 |
| RECEIVERS ACCOUNT #: | ▓▓▓▓▓▓▓▓▓▓ |
| RECEIVERS ABA#: | 026009593 |
| DATE OF TRANSFER: | 12/06/2012 |
| AMOUNT: | $10,000.00 |
| REQUESTED BY: | *Nancy Davis* -DIRECTOR FINANCE |

Word/finance/accounting/banking/wire transfers

CONFIDENTIAL                                                                                            NETCE0002710