# EXHIBIT C



April 18, 2013

Jassin M. Jouria, Jr., MD
2648 North 26th Terrace
Hollywood, FL 33020

Dear Dr. Jouria,

Enclosed is the honorarium for the completed draft of your course *Depression versus Dementia in the Elderly*. I have also included a copy of the signed contract for your records. Thank you for all of your work on this manuscript.

I look forward to working with you to publish this course. Please feel free to contact me with any questions.

Sincerely,

SARAH CAMPBELL
Director of Development
development@netce.com



11502

PAY **Twelve Thousand And 00/100 Dollars**********************************************

DATE  04/18/13     AMOUNT  $ 12,000.00

TO THE ORDER OF
JASSIN JOURIA, MD
2648 N 26TH TER.
HOLLYWOOD, FL 33020

Course Developement #3679 Depression & Dementia in the Elderly