# EXHIBIT D

1482 Stone Point Dr #120
Roseville, CA 95661
916-783-4238 x 114



# Fax – WIRE TRANSFER

| | | | |
|---|---|---|---|
| **To:** | UMPQUA BANK | **From:** | NANCY DAVIS |
| **Fax:** | 916-783-2844 | **Fax:** | 916-772-8585 |
| **Phone:** | 916-677-1164 | **Date:** | 01/17/2013 |
| **Re:** | WIRE TRANSFER | **CC:** | |
| | DR. JOURIA JR MD | **Pages:** | 1 |

Urgent    For Review    Please Comment    Please Reply

| UMPQUA BANK WIRE TRANSFER | CE RESOURCE, INC. |
|---|---|
| FROM: | UMPQUA BANK ■■■■ (SENDER) |
| SENDERS ABA#: | 121141819 |
| AMOUNT: | $11,975.00 |
| TO: ACCOUNT NAME (PAYEE NAME): | JASSIN M. JOURIA |
| BANK NAME: | BANK OF AMERICA<br>4601 SHERIDAN STREET<br>HOLLYWOOD, FL 33021 |
| RECEIVERS ACCOUNT #: | ■■■■ |
| RECEIVERS ABA#: | 026009593 |
| DATE OF TRANSFER: | 01/17/2013 |
| AMOUNT: | $11,975.00 |
| REQUESTED BY: | *[signature]* -DIRECTOR FINANCE |

Word/finance/accounting/banking/wire transfers