# EXHIBIT E



**CME RESOURCE**
Continuing Medical Education

September 6, 2012

Jassin M. Jouria, Jr., MD
2648 North 26th Terrace
Hollywood, FL 33020

Dear Dr. Jouria,

Enclosed is the honorarium for the completed draft of your course *The Lymphatic and Immune SYstems*. Thank you for all of your work on this manuscript.

I look forward to working with you to publish this course. Please feel free to contact me with any questions.

Sincerely,

SARAH CAMPBELL
Director of Development
development@netce.com



| | |
|---|---|
| | 10737 |

**CE RESOURCE, INC.**
1482 Stone Point Dr.
Suite 120
Roseville, CA 95661
(916) 783-4238

CE RESOURC, INC. • CME RESOURCE • NetCE • PARAGON

UMPQUA BANK
1-866-4UMPQUA
(1-866-486-7782)
www.umpquabank.com

PAY  **Twelve Thousand And 00/100 Dollars*********************************************

DATE 09/06/12      AMOUNT  $ 12,000.00

TO THE ORDER OF
JASSIN JOURIA, MD
2648 N 26TH TER.
HOLLYWOOD, FL 33020

AUTHORIZED SIGNATURE

Course #875 The Lymphatic & Immune Systems

JASSIN JOURIA, MD                           Course #875 The Lymphatic & Immune Systems
CE RESOURCE, INC. • 1482 STONE POINT DR., STE. 120 ROSEVILLE, CA 95661                 10737