# EXHIBIT F



**CME RESOURCE**
Continuing Medical Education

May 16, 2013

Jassin M. Jouria, Jr., MD
2648 North 26th Terrace
Hollywood, FL 33020

Dear Dr. Jouria,

Enclosed is the honorarium for the completed course draft for *Gastroesophageal Reflux Disease*. Thank you as always for all of your work on the manuscript.

Please feel free to contact me with any questions.

Sincerely,



SARAH CAMPBELL
Director of Development
development@netce.com

---

1159

**CE RESOURCE, INC.**
1482 Stone Point Dr.
Suite 120
Roseville, CA 95661
(916) 783-4238

CE RESOURC, INC. • CME RESOURCE • NetCE • PARAGON

UMPQUA BANK
1-866-4UMPQUA
(1-866-486-7782)
www.umpquabank.com

PAY **Four Thousand And 00/100 Dollars**************************************************

DATE 05/16/13    AMOUNT $ 4,000.00

TO THE ORDER OF
MEDCREDS WRITING SOLUTIONS, LLC
2648 N 26TH TERRACE
HOLLYWOOD, FL 33020

AUTHORIZED SIGNATURE

Course Development - #9852 Gastroesophageal Reflux Disease