# EXHIBIT G

025 honorarium

# Dell™ 2155cdn Color MFP
## Monitor Report

Fax Number       : 9167728585
Fax Header Name  :

Date/Time: 12/20/2012 16:55
Page:1(Last Page)

The documents were sent.

| No. | Job# | Remote Station | Start Time | Dura. | Pages | Mode | Contents | Result |
|---|---|---|---|---|---|---|---|---|
| 001 | 0015 | 7832844 | 12/20/2012 16:55 | 0'17" | 1/ 1 | SG3 | | Done |

1492 Stone Point Dr #120
Roseville, CA 95661
916-783-4238 x 114

CE RESOURCE, INC
dba CME RESOURCE

## Fax — WIRE TRANSFER

| To: | UMPQUA BANK | From: | NANCY DAVIS |
|---|---|---|---|
| Fax: | 916-783-2844 | Fax: | 916-772-8585 |
| Phone: | 916-677-1164 | Date: | 12/21/2012 |
| Re: | WIRE TRANSFER | CC: | |
| | DR. JOURIA JR MD | Pages: | 1 |

Urgent    For Review    Please Comment    Please Reply

| UMPQUA BANK WIRE TRANSFER | CE RESOURCE, INC. |
|---|---|
| FROM: | UMPQUA BANK ▮▮▮▮ (SENDER) |
| SENDERS ABA#: | 121141819 |
| AMOUNT: | $3,975.00 |
| TO: ACCOUNT NAME (PAYEE NAME): | JASSIN M. JOURIA |
| BANK NAME: | BANK OF AMERICA 4601 SHERIDAN STREET HOLLYWOOD, FL 33021 |
| RECEIVERS ACCOUNT #: | ▮▮▮▮ |
| RECIEVERS ABA#: | 026009593 |
| DATE OF TRANSFER: | 12/21/2012 |
| AMOUNT: | $3,975.00 |
| REQUESTED BY: Word/finance/accounting/banking/wire transfers | [signature] -DIRECTOR FINANCE |

Dell™ is a trademark of Dell Inc.

Date/Time: 12/20/2012 16:55