# EXHIBIT H

| | |
|---|---|
| From: | Jassin Jouria |
| To: | Sarah Campbell |
| Subject: | Re: Course Author |
| Date: | Friday, October 24, 2014 3:45:06 PM |

Sounds great. I will check in at the beginning of next year!

Thanks, Sarah.

-Jassin

On Friday, October 24, 2014 6:34 PM, Sarah Campbell <sarah.campbell@netce.com> wrote:

Dr. Jouria,

Thank you for checking in. We are working diligently on your additional courses (still in development) and hope to have several more published in the coming weeks and months. Now, our focus is on the GERD course, which may be featured in an upcoming mailing.

In regards to new projects, our development schedule is full for the remainder of the year, but if you would like to check back in the new year, we can definitely discuss upcoming contracts or subjects. In the meantime, please feel free to contact me at any time if you have any questions or if you would like to check on the status of your courses.

Sincerely,
Sarah Campbell
Director of Development

NetCE
1482 Stone Point Drive
Suite 120
Roseville, CA 95661
(916) 783-4238 ext. 124
(800) 232-4238

fax: (916) 783-6067
email: development@netce.com

www.netce.com


EXHIBIT 40

From: Jassin Jouria [mailto:jassinjouria@yahoo.com]
Sent: Tuesday, October 07, 2014 12:42 PM
To: Sarah Campbell
Subject: Course Author

Dear Director of Development,

I have been trying to contact Ms. Sarah Campbell regarding some courses I have authored for

NetCE. I believe that some courses are still pending publication, and I wanted to get a status update on them, if possible. I may have an outdated email address.

Also, I am inquiring if there is a need for any additional courses, as I am interested in writing on additional topics.

Please let me know if you have any questions, or concerns.

Give my best to Ms. Campbell.

Regards,

-Jassin Jouria, MD