# Exhibit C

| | |
|---|---|
| From: | Erin Meinyer |
| To: | Sarah Campbell |
| CC: | Lisa Patterson; Dennis Meinyer |
| Sent: | 4/17/2017 2:52:11 PM |
| Subject: | Lawsuits |

Hi Sarah,

Please update Lisa and Dennis today on Alpine and Jouria and move forward. I appreciate your handling these issues. Hopefully, we can put them to bed soon.

Erin Meinyer

Executive Director
CE Resource, Inc. | NetCE
1482 Stone Point Drive, Suite 120
Roseville, CA 95661-2839
916-783-4238 x 112



Δ π EXHIBIT 7φ
Deponent Campbell
Date 11/14/17   Rptr. kw
WWW.DEPOBOOK.COM

| | |
|---|---|
| From: | Julie Goodwin |
| To: | Sarah Campbell |
| Sent: | 1/15/2015 4:18:22 PM |
| Subject: | RE: GERD |

Thanks for letting me know. I'll revise the catalog schedule.

Sincerely,

Julie Goodwin
Director of NetCE
CE Resource, Inc. | NetCE
1482 Stone Point Drive, Suite 120
Roseville, CA 95661-2839
Telephone: (800) 232-4238, extension 109
Fax: (916) 783-6067
Email: cedirector@netce.com

**From:** Sarah Campbell
**Sent:** Wednesday, January 14, 2015 5:25 PM
**To:** Julie Goodwin
**Subject:** GERD

Hi, Julie.

I finished the initial review of the GERD course today, and I wanted to let you know that it is not going to end up being 10 hours. It was 2000 words short from the author, and after significant editing, I think it going to be a 5-hour course. I just thought I would give you a warning that it isn't going to work out for the OH15 feature.

Sincerely,
Sarah Campbell
Director of Development

NetCE
1482 Stone Point Drive
Suite 100
Roseville, CA 95661
(916) 783-4238 ext. 124
(800) 232-4238

fax: (916) 783-6067
email: development@netce.com

www.netce.com