# Exhibit D

**From:** Sarah Campbell
**To:** Jassin Jouria
**Sent:** 5/9/2013 4:03:22 PM
**Subject:** RE: GERD course completed

Dr. Jouria,

Thank you so much for your work on this and all of your courses! I will certainly let you know if room becomes available in our budget and schedule for another project.

Thank you again!
Sarah Campbell
Director of Development

CME Resource
1482 Stone Point Drive
Suite 120
Roseville, CA 95661
(916) 783-4238 ext. 124
(800) 232-4238

fax: (916) 783-6067
email: development@netce.com

www.netce.com

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Thursday, May 09, 2013 1:22 AM
**To:** Sarah Campbell
**Subject:** GERD course completed

Hi Sarah,

I hope all is well.

Attached is the completed GERD course. I believe this satisfies all outstanding contracts between us.

I am currently planning my summer writing schedule, and if you were interested in any courses at this time - please let me know so that I may accomodate any requests.

Please let me know if you have any questions, or concerns.

Thank you for all of your help developing theses courses!

Sincerely,

Jassin



Δ π EXHIBIT 78
Campbell
Deponent
11/14/17
Date         Rptr. vk
WWW.DEPOBOOK.COM

| | |
|---|---|
| From: | Sarah Campbell |
| To: | Jassin Jouria |
| Sent: | 4/13/2013 12:05:24 AM |
| Subject: | RE: Decubitus Ulcer Manuscript - Final Sign Off |
| Attachments: | Winmail.dat |

Dr. Jouria,

Thank you for your quick review of the manuscript! We are looking forward to offering the course next month.

We did have a budget meeting earlier this month, and it was determined that there will be no further proposals accepted until the next quarter (beginning in July). I will certainly let you know when we have the funds open up for additional projects.

Thank you again for everything! I am looking forward to publishing many more courses!

Sincerely,
Sarah Campbell
Director of Development

CME Resource
1482 Stone Point Drive
Suite 120
Roseville, CA 95661
(916) 783-4238 ext. 124
(800) 232-4238

fax: (916) 783-6067
email: development@netce.com

www.netce.com

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Wednesday, April 10, 2013 6:30 AM
**To:** Sarah Campbell
**Subject:** Decubitus Ulcer Manuscript - Final Sign Off

Hi Sarah,

I received and reviewed the final manuscript for the "Decubitus Ulcers" course.

You guys have done a wonderful job of putting it all together - It really looks great, and I am very happy with it!

I have signed off on it, and sent it back to you this morning.

Thank you so much for all of your hard work and help in developing these courses.

I will be finishing up the "Dementia vs. Depression in the Elderly" course by the end of the month, as well as the "GERD" course.

I know you mentioned possibly holding off on future courses until the next budget meeting, and I just wanted to see if you had a timeline of when you would like more courses. I like to plan my writing in 3 month blocks, if possible.

I hope all is well by you!

Thanks again, Sarah.

-Jassin

NETCEB0004997

| | |
|---|---|
| From: | Sarah Campbell |
| To: | Jassin Jouria |
| Sent: | 6/4/2012 9:56:46 PM |
| Subject: | RE: Update |
| Attachments: | Winmail.dat |

Dr. Jouria,

I wanted to let you know that I received your completed manuscript for the course *Decubitus Ulcers*, and everything looks great. The first step is an initial editorial review conducted in our office, after which the manuscript will be distributed to our planners for review. The planners do have to fit their reviews into their already full schedules, so it can take a bit of time for the course to be ready for publication. However, we certainly hope to move it through as quickly as possible. The honorarium is generally issued immediately following the initial editorial review.

I hope that this answers your questions. I look forward to reading this and your future courses! Please let me know if I can be of any further assistance.

Sincerely,
Sarah Campbell
Director of Development

CME Resource
1482 Stone Point Drive
Suite 120
Roseville, CA 95661
(916) 783-4238 ext. 124
(800) 232-4238

fax: (916) 783-6067
email: development@netce.com

www.netce.com

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Friday, June 01, 2012 5:36 AM
**To:** Sarah Campbell
**Subject:** RE: Update

Good morning Ms. Campbell,

Attached is the "Decubitus Ulcers" monograph.

What is the timeline for committee review?

In the meantime, I will be completing the "Multiple Sclerosis" monograph. I have the estimated date of completion set for early July.

Please let me know if you have any questions, comments, or concerns.

Thank you,

Jassin

--- On **Thu, 5/31/12, Sarah Campbell <*sarah.campbell@netce.com*>** wrote:

From: Sarah Campbell <sarah.campbell@netce.com>
Subject: RE: Update
To: "Jassin Jouria" <jassinjouria@yahoo.com>
Date: Thursday, May 31, 2012, 6:09 PM

Dr. Jouria,

I apologize for the delay in getting back to you; I was out of the office for a few days this week. I know that the Faculty Guide requests that you send both a print and electronic copy of the completed manuscript, but if you would rather just email the completed course whenever you are ready, that would be great. I will verify receipt and print a hard copy for our records.

It sounds like the writing is going well! If you need anything else at all, please let me know.

NETCEB0005228

Sincerely,

Sarah Campbell

Director of Development


CME Resource

1482 Stone Point Drive

Suite 120

Roseville, CA  95661

(916) 783-4238 ext. 124

(800) 232-4238


fax: (916) 783-6067

email: development@netce.com


www.netce.com

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Tuesday, May 29, 2012 6:06 AM
**To:** Sarah Campbell
**Subject:** RE: Update


Hello Ms. Campbell,

I am just about done with the "Decubitus Ulcers" monograph. Would you like me to first send you an electronic copy for the initial review, followed by a hard copy? Or would you prefer that I send both formats simultaneously?

Thank you,

Jassin Jouria

--- On **Fri, 4/20/12, Sarah Campbell** <*sarah.campbell@netce.com*> wrote:

From: Sarah Campbell <sarah.campbell@netce.com>
Subject: RE: Update
To: "Jassin Jouria" <jassinjouria@yahoo.com>
Date: Friday, April 20, 2012, 11:13 AM

Dr. Jouria,


I am happy to report that the Development Committee has approved your proposals for both Multiple Sclerosis and Decubitus Ulcers. The contracts for both monographs were mailed yesterday and should arrive in the next few days.


We do not currently have any lymphatic/immune system courses in development, and we can definitely make that the next topic on the schedule. If you have any questions or if I can be of any assistance, please feel free to contact me.


Sincerely,

Sarah Campbell

Director of Development

CME Resource

1482 Stone Point Drive

Suite 120

Roseville, CA  95661

(916) 783-4238 ext. 124

(800) 232-4238

fax: (916) 783-6067

email: development@netce.com

www.netce.com

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Friday, April 20, 2012 6:43 AM
**To:** Sarah Campbell
**Subject:** Update

Hello Ms. Campbell,

I just wanted to touch base with you on a couple of things:

1) Has the committee accepted the formal Multiple Sclerosis proposal?

2) Can you check to see if anyone is currently doing a monograph on the Immune/Lymphatic System - I am thinking about submitting a formal proposal for that, after I complete the decubitus ulcer paper.

Please let me know at your convenience.

Thank you!

-Jassin Jouria

| | |
|---|---|
| **From:** | Sarah Campbell |
| **To:** | Jassin Jouria |
| **Sent:** | 5/31/2012 10:09:17 PM |
| **Subject:** | RE: Update |
| **Attachments:** | Winmail.dat |

Dr. Jouria,

I apologize for the delay in getting back to you; I was out of the office for a few days this week. I know that the Faculty Guide requests that you send both a print and electronic copy of the completed manuscript, but if you would rather just email the completed course whenever you are ready, that would be great. I will verify receipt and print a hard copy for our records.

It sounds like the writing is going well! If you need anything else at all, please let me know.

Sincerely,
Sarah Campbell
Director of Development

CME Resource
1482 Stone Point Drive
Suite 120
Roseville, CA 95661
(916) 783-4238 ext. 124
(800) 232-4238

fax: (916) 783-6067
email: development@netce.com

www.netce.com

---

**From:** Jassin Jouria [mailto:jassinjouria@yahoo.com]
**Sent:** Tuesday, May 29, 2012 6:06 AM
**To:** Sarah Campbell
**Subject:** RE: Update

Hello Ms. Campbell,

I am just about done with the "Decubitus Ulcers" monograph. Would you like me to first send you an electronic copy for the initial review, followed by a hard copy? Or would you prefer that I send both formats simultaneously?

Thank you,

Jassin Jouria

--- On **Fri, 4/20/12, Sarah Campbell** *<sarah.campbell@netce.com>* wrote:

From: Sarah Campbell <sarah.campbell@netce.com>
Subject: RE: Update
To: "Jassin Jouria" <jassinjouria@yahoo.com>
Date: Friday, April 20, 2012, 11:13 AM

Dr. Jouria,

I am happy to report that the Development Committee has approved your proposals for both Multiple Sclerosis and Decubitus Ulcers. The contracts for both monographs were mailed yesterday and should arrive in the next few days.

We do not currently have any lymphatic/immune system courses in development, and we can definitely make that the next topic on the schedule. If you have any questions or if I can be of any assistance, please feel free to contact me.

Sincerely,

Sarah Campbell

Director of Development

NETCEB0005235