UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

       Third Party Defendants.
_____/

**ORDER GRANTING NETCE's MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL AND DIRECTING CLERK TO SEAL EXHIBITS**

THIS MATTER having come before the Court on Defendant/Third-Party Plaintiff, CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE's ("NetCE") Motion for Leave to File

Certain Exhibits Under Seal. The Court has reviewed the Motion, and being otherwise fully advised in the premises, including the lack of opposition to the motion, it is thereupon

**ORDERED AND ADJUDGED** as follows:

1. NetCE's Motion is hereby **GRANTED**, as NetCE has shown good cause to seal the three exhibits identified in the Motion.

2. The Clerk of Court is directed to either remove Docket Entries 200-1, 200-5, and 200-6 from the public record pending NetCE's filing of the documents under seal or the Clerk of Court may place these three exhibits under seal.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this \_\_\_\_ day of _____, 201.

                                                  WILLIAM P. DIMITROULEAS
                                                  United States District Judge

cc:  All counsel of record