IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

       Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

       Third Party Defendants.

_____/

## ORDER GRANTING MOTION TO FILE UNDER SEAL

THIS CAUSE is before the Court on CE Resource, Inc,. d/b/a CME Resource and NetCE's Unopposed Motion for Leave to File Certain Exhibits Under Seal (the "Motion") [DE 204], and being otherwise fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that the Motion [DE 204] is hereby **GRANTED**. The Court directs the Clerk to **SEAL:** (i) NetCE's Expert Report of James Pampinella [DE 200-1]; (ii) Deposition Excerpts of Jassin Jouria [DE 200-5]; and (iii) Jassin Jouria emails with NurseCE4less [DE 200-6], until further order of this Court. Upon conclusion of this case, NetCE is directed to file a motion to destroy these exhibits.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 2nd day of January, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record

2