**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.

_____/

**PLAINTIFF'S MOTION TO SEAL, PURSUANT TO LOCAL RULE 5.4, TWO DOCUMENTS PRODUCED BY DEFENDANT NETCE DURING DISCOVERY, AND MARKED BY IT AS "CONFIDENTIAL"**

    COMES NOW, the Plaintiff, Dr. Jassin Jouria ("Plaintiff"), who respectfully moves this court, pursuant to Local Rule 5.4, to seal two documents produced during discovery by Defendant, CE Resource, Inc. d/b/a CME Resource and NetCE ("Defendant"). Defendant has marked these two documents, Bates Nos. NETCEB0034857-8, as "Confidential," pursuant to court order. *See* DE 118. Plaintiff requires these documents to support, in part, his reply, DE 208 at Ex. 2, to Defendant's opposition, DE 197, to Plaintiff's motion for summary judgment, DE 183.

    Pursuant to L.R. 5.4(b)(1), Plaintiff submits the following:

1.     The factual basis for departing from the court's policy that filings be public is based upon Defendant's claim that the documents are "Confidential." Plaintiff takes no position whether the documents are, in fact, confidential, but respects Defendant's designation as

such.

2. Plaintiff submits that the documents are necessary for the court's consideration of Plaintiff's summary judgment motion. Plaintiff respectfully submits that the documents will assist the court in its interpretation of the contracts at issue.

3. Plaintiff requests that the documents be sealed for the duration of the litigation, and then destroyed.

WHEREFORE, Plaintiff respectfully requests an order granting the motion, and sealing the two documents from public view or inspection resulting from Defendant's "Confidential" designation, for the duration of the litigation.

**PRE-FILING CONFERENCE CERTIFICATE**

The parties have communicated by e mail on January 3, 2018, regarding the subject of this motion. Defendant maintains its position that the documents should be designated "Confidential," and does not oppose the relief sought by this motion.

Respectfully submitted,

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
915 S.E. 2 Court
Ft. Lauderdale, Florida 33301
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

SERVICE LIST
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Jessica E. Lanier, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*