UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

**STIPULATION AND JOINT MOTION TO CONTINUE DEADLINES PENDING
SETTLEMENT, including JOINT MOTION FOR CONTINUANCE OF TRIAL**

IT IS HEREBY STIPULATED by and between Defendant/Counter-Plaintiff CE Resource, Inc. d/b/a/ CME Resource and NetCE ("NetCE"), Plaintiff/Counter-Defendant Dr. Jassin Jouria ("Dr. Jouria"), and Defendant Elite Professional Education, LLC ("Elite"), by and through its counsel of record, that, subject to the Court's approval as set forth in the below proposed order, which approval is hereby requested, that the parties move for a continuance of the current deadlines for at least 90 days.

The grounds for this Stipulation and request are as follows:

1. On January 4, 2018, NetCE and Elite participated in a private mediation. (NetCE's mediation with Dr. Jouria is currently scheduled for January 10, 2018.) At the mediation, NetCE and Elite discussed in detail the possibility of a global settlement.

2. The parties are currently engaged in substantive settlement negotiations with JAMS in San Francisco, California, with the Honorable Judge James Ware (Ret.) (formerly of the United States District Court for the Northern District of California), acting as the mediator.

3. As an aspect of these ongoing mediation discussions, NetCE and Elite have entered into a memorandum of understanding that addresses the parties intentions and timeline for finalizing a proposed corporate transaction as a part of the global settlement, which, among other things, would dispose of the litigation as it stands against all parties.

4. Judge Ware recommends that, in light of the progress of these discussions, and considering the time-consuming and detailed nature of corporate due diligence the parties have agreed to undertake, the parties seek a continuance of their current deadlines, including the March 12, 2018 trial date, for a period no fewer than 90 days.

5. The parties mutually agree they will need the requested additional time to evaluate corporate documents, complete global settlement and transaction discussions, and complete the drafting of a settlement agreement between all interested parties.

6. Therefore the parties respectfully request a 90-day continuance of all pretrial deadlines, hearing dates, and the trial date as currently set forth in this Court's May 30, 2017 Order Setting Trial Date and other deadlines (DE 76).

7. The proposed new deadlines for litigation events are as follows:

| Event/Deadline | Proposed Post-90-Day-Continuance Date |
| --- | --- |
| Hearings on docket entries 143, 148, 149, 155, 156 and 161. | April 5, 2018 (or at the Court's discretion) |
| Daubert motions | April 9, 2018 |
| Completion of mediation (between NetCE and Dr. Jouria) | April 11, 2018 |
| Pretrial stipulation and motions in limine | May 24, 2018 |
| Responses to motions in limine | May 31, 2018 |
| Jury Instructions or Proposed Findings & Conclusions | May 31, 2018 |
| Calendar call & Voir Dire Questions | June 8, 2018 |
| Trial period commences | June 11, 2018 |
| Exhibit List for Court | First day of Trial (impeachment excepted) |
| Witness List for Court | First day of Trial (impeachment excepted) |

Based on the foregoing, NetCE, Elite, and Dr. Jouria respectfully requests the Court grant this motion and continue the pretrial deadlines and the trial in this action as requested herein, for the good cause shown.

Dated: January 5, 2018

Respectfully submitted,

*/s/ Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
(Attorneys for CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE)

*/s/ Peter A. Chiabotti*
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*/s/ J. Mark Wilson*
J. Mark Wilson, Esq. *(pro hac vice)*
Kathryn G. Cole, Esq. *(pro hac vice)*
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
(Attorneys for Elite Professional Education, LLC)

4

                                              */s/Richard S. Ross, Esq.*  
                                              RICHARD S. ROSS, ESQ.  
                                              Florida Bar No. 436630  
                                              915 S.E. 2nd Court  
                                              Ft. Lauderdale, Florida 33301  
                                              Tel (954)252-9110  
                                              Fax (954)252-9192  
                                              E mail:  prodp@ix.netcom.com  
                                              (Attorney for Plaintiff Dr. Jassin Jouria)

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/*Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
Atrium Centre
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*

Philip E. Rothchild, Esq.
Holland & Knight LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

John P. Kern, Esq.
Jessica E. Lanier, Esq.
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
   jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Akerman LLP
peter.chiabotti@akerman.com
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
*Attorney for Third Party Defendant*
*Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
*Attorneys for Third Party Defendant*
*Elite Professional Education, LLC*

6