**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

**PROPOSED ORDER GRANTING STIPULATION AND JOINT MOTION TO CONTINUE DEADLINES PENDING SETTLEMENT, including JOINT MOTION FOR CONTINUANCE OF TRIAL**

THIS MATTER is before the Court upon the parties Stipulation And Joint Motion To Continue Deadlines Pending Settlement, Including Joint Motion For Continuance Of Trial ("Motion"). The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. The Motion is GRANTED.

2. This current deadlines in this matter set forth at DE 76 are extended for 90 days. The new deadlines and dates for pre-trial and trial events are as follows:

| Event/Deadline | Proposed Post-90-Day-Continuance Date |
|---|---|
| Hearings on docket entries 143, 148, 149 155, 156 and 161. | April 5, 2018 (or at the Court's discretion) |
| Daubert motions | April 9, 2018 |
| Completion of mediation (between NetCE and Dr. Jouria) | April 11, 2018 |
| Pretrial stipulation and motions in limine | May 24, 2018 |
| Responses to motions in limine | May 31, 2018 |
| Jury Instructions or Proposed Findings & Conclusions | May 31, 2018 |
| Calendar call & Voir Dire Questions | June 8, 2018 |
| Trial period commences | June 11, 2018 |
| Exhibit List for Court | First day of Trial (impeachment excepted) |
| Witness List for Court | First day of Trial (impeachment excepted) |

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of January 2018.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: All counsel of record via CM/ECF