## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 0:15-61165-WPD

| | |
|---|---|
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DR. JASSIN JOURIA, | ) |
| | ) |
| Plaintiff/Counter-Defendant. | ) |
| | ) |
| CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, | ) ) |
| | ) |
| Defendant/Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Elite Continuing Education, Inc. and Alpine Management Services III, LLC, | ) ) |
| | ) |
| Third-Party Defendants. | ) |

**SUPPLEMENTAL DECLARATION OF J. MARK WILSON**
**IN SUPPORT OF ELITE'S MOTION FOR SUMMARY JUDGMENT**

I, J. Mark Wilson, am a licensed attorney in the State of North Carolina and a member of the law firm of Moore & Van Allen PLLC, which represents Third-Party Defendant Elite Professional Education, LLC ("Elite") in the above-captioned case. I have personal knowledge of the matters stated herein, and declare as follows:[1]

18. Attached at Exhibit 18 is a true and correct copy of the email exchange between counsel dated December 4, 2017 through December 5, 2017.

19. Attached at Exhibit 19 is a true and correct copy of the Declaration of Tracey Foster filed in *CE Resource, Inc. d/b/a NetCE v. Elite Continuing Education, Inc. et al.*, No. 2:15-cv-01908 (E.D. Cal.), at Docket Entry No. 37-1.

20. Attached at Exhibit 20 is a true and correct printout of NetCE's website located at https://www.netce.com/ce-requirements/nursing/.

21. Attached at Exhibit 21 is a true and correct printout of an archived page from NetCE's website, located at http://www.netce.com:80/static.php?page=credit, dated January 2, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2018

_____
J. Mark Wilson

---

[1] The Declaration of J. Mark Wilson in Support of Elite's Motion for Summary Judgment (DE 188 ("Wilson")), including Exhibits 1-17 attached thereto, is incorporated by reference. This supplemental declaration continues the numbering scheme used in the Wilson Declaration.

Dated: January 5, 2018

Respectfully submitted,

/s/Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant Elite Professional Education, LLC*

2

## Certificate of Service

      I hereby certify that on January 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/Peter A. Chiabotti
      Peter A. Chiabotti

## Service List

Richard S. Ross, Esq.
Atrium Centre
4801 S. University Drive
Suite 237
Fort Lauderdale, FL 33328
Email: prodp@ix.netcom.com
*Attorneys for Plaintiff Dr. Jassin Jouria*

Philip E. Rothchild, Esq.
Holland & Knight LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Email: phil.rothschild@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

John P. Kern, Esq.
Jessica E. Lanier, Esq.
Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Email: john.kern@hklaw.com
      jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Akerman LLP
peter.chiabotti@akerman.com
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
*Attorney for Third Party Defendant Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
*Attorneys for Third Party Defendant Elite Professional Education, LLC*