# EXHIBIT 19

# Exhibit A

MOORE & VAN ALLEN, PLLC
Kathryn G. Cole (CA Bar No. 244307)
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202-4003
Telephone: (704) 331-1045
Facsimile: (704) 339-5659
Email: katecole@mvalaw.com

Attorneys for Defendant Elite Continuing
Education, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CE RESOURCE, INC. *d/b/a* NetCE, ) | Case No.: 2:15-cv-01908-WBS-AC |
| Plaintiff, ) | |
| ) | **DECLARATION OF** |
| vs. ) | **TRACEY FOSTER** |
| ELITE CONTINUING EDUCATION, INC, a ) | |
| Florida Corporation, and Alpine Management ) | |
| Services III, LLC. ) | |
| Defendants. ) | |

1. My name is Tracey Foster. I am the Director of Programming at Elite Professional Education, LLC ("Elite").

2. I have personal knowledge of the matters set forth herein.

3. I understand that NetCE has accused the following seven Elite continuing education courses of infringing its copyright rights (three of which are two-part courses):

   i. Cardiovascular Diseases in Women: the Leading Causes of Death
   ii. Traumatic Brain Injury
   iii. Cancer and Chemotherapy (Parts 1 and 2)
   iv. Depression and Dementia (Parts 1 and 2)
   v. Gastroesophageal Reflux Disease
   vi. Basics of Pathophysiology
   vii. Non Antibiotic Antimicrobial Resistance (Parts 1 and 2)

4. It is my understanding that the typical way by which a customer searches for and purchases an online continuing education course from Elite is as follows:

   a. The customer goes to either the website located at www.elitecme.com (for all continuing education courses offered by Elite) or the website located at www.nursing.elitecme.com (for continuing nursing education courses);

   b. The customer then selects the state (and profession, if on the www.elitecme.com website) for which he or she wishes to purchase a continuing education course;

   c. Based on the state (and profession, if applicable) chosen, a new page appears with a list of courses available for continuing education credit in that specific state;

   d. From that state-specific page displaying a list of available courses, a customer can either (i) click on the course title, and be taken to a different course detail page, which provides more information about the selected course, or (ii) click an "Add to Cart" button, to begin the process of purchasing the course.

5. Elite's continuing education courses, including some course content dating back to 2007, are hosted on Amazon servers. This includes courses currently being offered on Elite's

searchable, customer-facing websites, as well as courses that are no longer offered for purchase or available through the search function on Elite's websites. Elite preserves courses on its Amazon servers for historical/planning and regulatory reasons. Indeed, all of Elite's official records are backed up to Amazon servers for preservation purposes.

6. Elite's courses are made available for review and purchase on its websites by linking the course hosted on an Amazon server to the "front end," customer-facing portion of its websites, which is where customers can search for courses available on a state-specific basis.

7. After learning of NetCE's allegations of infringement directed to the courses listed in Paragraph 3 above, Elite removed from the customer-facing portions of its website the links to the hosted course content on the Amazon servers for the accused courses. This means that, after those access links were removed, when a customer performed a search for continuing education courses on either of Elite's websites, as described in Paragraph 4 above, none of the courses listed in Paragraph 3 appeared. Specifically, Elite removed such access links to the courses listed in Paragraphs 3.ii.-vii. in July 2015, after having received a cease and desist letter from NetCE, but before NetCE filed its Complaint in this matter.

8. Elite did not remove the access link to the "Cardiovascular Diseases in Women: the Leading Causes of Death" course listed in Paragraph 3.i. at that time, as it was significantly different from NetCE's allegedly similar cardiovascular course, and clearly not an infringement of any rights owned by NetCE. However, Elite subsequently removed the access link to that course, in a process that spanned from November 2015 through January 2016, as part of its routine efforts to refresh course content and because of the nature of the allegations against Elite. Thus, for several months now, none of the accused courses have been available through the front end, customer-facing portion of Elite's websites.

9. I understand that NetCE believes the accused courses remain available through Elite's websites because NetCE saved a "direct link" to those courses hosted on Elite's Amazon servers (for example, the direct link to the Traumatic Brain Injury course at https://nursing.elitecme.com/CA/course/NCA06TBI15 or at https://s3.amazonaws.com/EliteCME_WebSite_2013/f/pdf/NCA06TBI15.pdf). This is not how Elite's customers purchase courses from Elite. Even though these direct links to Elite's archived content have existed for some time, Elite is not offering the accused courses. As a further showing of good faith in this matter, Elite recently deactivated the direct links to the accused courses so that any saved links, like the ones apparently saved by NetCE, no longer allow access to the material.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4/11/16

*Tracey Foster*
Tracey Foster