# EXHIBIT 20



# Nursing CE Requirements, Accreditations & Approvals

**Back to Accreditations & Approvals**

NetCE is accredited as a provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation (ANCC).

The American Academy of Nurse Practitioners Certification Board (AANPCB) is a national nursing certification board. Most nurse practitioners are certified through the AANPCB and may complete NetCE courses as we are an ANCC-accredited provider and also authorized to award *AMA PRA Category 1 Credit*™.

The American Association of Nurse Practitioners (AANP) is a continuing education accrediting body. Nurse practitioners may be members of the AANP, but are not required to complete continuing education to maintain membership. NetCE will not seek approval through AANP as most nurse practitioners are certified through the AANPCB.

Please see individual courses for the appropriate AACN Synergy CERP category.

Appropriate NetCE courses fulfill the requirements for recertification for Certified Nurses in the Operating Room (CNOR) set forth by the Association of Operating Room Nurses (AORN).

## Accreditation & Approval Information by State

Select Your State ▼