# EXHIBIT 21

http://www.netce.com:80/static.php?page=creditnurses    Go    JUL JAN FEB
24 captures                                                    02
21 Jun 2006 - 2 Jan 2012                                 2010 2012 2013
About this capture



## Accreditations/Approvals
### Nurses

**Back to types of credit**

CME Resource is accredited as a provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation.

| State | Approval | Contact hours by home study/Renewal |
|---|---|---|
| Alabama | ABNP0353 (Valid through December 12, 2013) | 24/2 |
| Alaska | ANCC | 30/2 |
| Arizona | ANCC | No Requirement* |
| Arkansas | ANCC | 15/2 |
| California RNs | CEP9784 | 30/2 |
| California LVNs/PTs | V10662/V10671 | 30/2 |
| Colorado | ANCC | No Requirement* |
| Connecticut | ANCC | No Requirement* |
| Delaware RNs | ANCC | 30/2 |
| Delaware LPNs | ANCC | 24/2 |
| District of Columbia RNs | ANCC | 24/2 |
| District of Columbia LPNs | ANCC | 18/2 |
| Florida | 50-2405 | 24/2 |
| Georgia | ANCC | No Requirement* |
| Hawaii | ANCC | No Requirement* |
| Idaho | ANCC | No Requirement* |
| Illinois | ANCC | 20/2 RN/LPN<br>50/2 APRN |
| Indiana | ANCC | No Requirement* |
| Iowa** | #295 | 36/3 |
| Kansas | ANCC | 30/2 |
| Kentucky*** | 7-0054 | 14/1 |
| Louisiana | ANCC | 5, 10, 15/1 |
| Maine | ANCC | No Requirement* |
| Maryland | ANCC | No Requirement* |
| Massachusetts | ANCC | 15/2 |
| Michigan | ANCC | 25/2 |
| Minnesota RNs | ANCC | 24/2 |
| Minnesota LPNs | ANCC | 12/2 |
| Mississippi | ANCC | 20/2 |

| State | Approval | Contact hours by home study/Renewal |
|---|---|---|
| Missouri | ANCC | No Requirement* |
| Montana | ANCC | 24/2 |
| Nebraska | ANCC | 20/2 |
| Nevada | ANCC | 30/2 |
| New Hampshire | ANCC | 30/2 |
| New Jersey | ANCC | 30/2 |
| New Mexico | ANCC | 30/2 |
| New York | ANCC | No Requirement* |
| North Carolina | ANCC | 30/2 |
| North Dakota | ANCC | 12/2 |
| Ohio | ANCC | 24/2 |
| Oklahoma | ANCC | No Requirement* |
| Oregon | ANCC | No Requirement* |
| Pennsylvania | ANCC | 30/2 View Requirement |
| Rhode Island | ANCC | 10/2 |
| South Carolina | ANCC | 30/2 |
| South Dakota | ANCC | No Requirement* |
| Tennessee | ANCC | No Requirement* |
| Texas RNs/LVNs | ANCC/Type 1 | 20/2 |
| Utah | ANCC | 30/2 |
| Vermont | ANCC | No Requirement* |
| Virginia | ANCC | No Requirement* |
| Washington | ANCC | 45/3 |
| West Virginia RNs | ANCC | 12/1 |
| West Virginia LPNs | ANCC | 24/2 |
| Wisconsin | ANCC | No Requirement* |
| Wyoming | ANCC | 20/2 |

\* No CE requirement for relicensure. Use for recertification or career advancement.

\*\* A copy of your evaluation may be submitted directly to the Iowa Board of Nursing.

\*\*\* Kentucky Board of Nursing approval of an individual nursing continuing education provider does not constitute endorsement of program content.

**AACN** = Please see individual courses for the appropriate AACN Synergy CERP category.

**CNOR** = Appropriate CME Resource courses fulfill the requirements for recertification for Certified Nurses in the Operating Room (CNOR) set forth by the Association of Operating Room Nurses (AORN).

**Back to types of credit**