IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

    Third Party Defendants.
_____/

**ELITE'S CONSENT MOTION TO FILE NETCE'S EXPERT REPORT UNDER SEAL AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to S.D. Fl. L. R. 5.4, this Court's CM/ECF Administrative Procedures, the Stipulated Protective Order (DE 118) entered by this Court on October 13, 2017, Third-Party Defendant Elite Professional Education, LLC ("Elite") respectfully moves this Court for an order to file under seal NetCE's expert damages report in connection with Elite's *Daubert* motion, for the reasons as set forth in the following memorandum of law.

**Memorandum Of Law**

The Court entered the Stipulated Protective Order (DE 118 ("Protective Order")), which provides that information or items designated as "Confidential" or "Attorneys' Eyes Only" is protected from public disclosure but may be disclosed to, *inter alia*, the Court and the Court's personnel. The Protective Order further states that the parties shall follow the procedures set forth in Local Rule 5.4 when seeking to file under seal.

As stated in S.D. Fla. L.R. 5.4(a), the general policy is that "[u]nless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." A party may seek an exception from the Court by filing "a motion to file under seal that sets forth the factual and legal basis for departing from the policy" that court filings be public. S.D. Fla. L.R. 5.4(b). While the common-law right of access

to judicial proceedings "includes the right to inspect and copy public records and documents," this right of access is not absolute, nor does it apply to discovery. *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007).

NetCE served James E. Pampinella's expert report on damages on November 15, 2017 ("Expert Report"). NetCE designated the entirety the Expert Report as *Attorneys' Eyes Only* pursuant to the Protective Order, presumably because the Expert Report includes sales information from NetCE and/or other information that NetCE considers confidential and proprietary.

In connection with Elite's *Daubert* motion to exclude Mr. Pampinella's testimony, Elite seeks to file the Expert Report, which is necessary for the motion, under seal. The proposed duration of the seal is for the duration of the case, after which point it is requested that the sealed materials be destroyed. For these reasons, Elite respectfully submits that there is good cause for the Expert Report to be filed under seal.

WHEREFORE, Elite respectfully requests that this Court: (1) allow the Expert Report to be filed under seal; and (2) order that the documents remain sealed until this matter has concluded, at which time the documents shall be destroyed.

## Certificate of Good Faith Conference

Pursuant to Local Rule 7.1(a)(3)(A), counsel for Elite conferred via email with counsel for NetCE and Dr. Jouria on January 7, 2018. All parties consent to this motion.

Dated: January 8, 2018                             Respectfully submitted,

/s/ Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

J. Mark Wilson (*pro hac vice*)
markwilson@mvalaw.com
Kathryn G. Cole (*pro hac vice*)
katecole@mvalaw.com
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700

Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant*
*Elite Professional Education, LLC*

### Certificate of Service

    I hereby certify that on January 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via email as agreed between the parties.

    /s/Peter A. Chiabotti
    Peter A. Chiabotti

### Service List

| | |
|---|---|
| Richard S. Ross, Esq.<br>Atrium Centre<br>4801 S. University Drive<br>Suite 237<br>Fort Lauderdale, FL 33328<br>Email: prodp@ix.netcom.com<br>*Attorneys for Plaintiff Dr. Jassin Jouria* | Peter A. Chiabotti<br>Florida Bar No. 0602671<br>Akerman LLP<br>peter.chiabotti@akerman.com<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401<br>Telephone: (561) 653-5000<br>Facsimile: (561) 659-6313<br>*Attorney for Third Party Defendant*<br>*Elite Professional Education, LLC* |
| Philip E. Rothschild, Esq.<br>Holland & Knight LLP<br>515 East Las Olas Blvd., 12th Floor<br>Fort Lauderdale, FL 33301<br>Email: phil.rothschild@hklaw.com<br>*Attorneys for CE Resource, Inc. d/b/a*<br>*CME Resource and NetCE* | J. Mark Wilson (*pro hac vice*)<br>markwilson@mvalaw.com<br>Kathryn G. Cole (*pro hac vice*)<br>katecole@mvalaw.com<br>MOORE & VAN ALLEN PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>Telephone: (704) 331-1000<br>Facsimile: (704) 331-1159<br>*Attorneys for Third Party Defendant*<br>*Elite Professional Education, LLC* |
| John P. Kern, Esq.<br>Jessica E. Lanier, Esq.<br>Holland & Knight LLP<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Email: john.kern@hklaw.com<br>       jessica.lanier@hklaw.com<br>*Attorneys for CE Resource, Inc. d/b/a*<br>*CME Resource and NetCE* | |

43756180;1

3