IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

**[PROPOSED] ORDER GRANTING
ELITE'S CONSENT MOTION TO FILE NETCE'S EXPERT REPORT UNDER SEAL**

THIS MATTER having come before the Court on Third-Party Defendant Elite Professional Education, LLC's Consent Motion To File NetCE's Expert Report Under Seal ("Motion"), and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that Elite's Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of January, 2018.

 

_____
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record

43756180;1