IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

## ORDER GRANTING MOTION TO SEAL

THIS CAUSE is before the Court on Plaintiff's Motion to Seal [DE 209], and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that the Motion [DE 209] is hereby **GRANTED**. The Court approves and authorizes filing under seal of documents marked confidential [DE 210]. Upon conclusion of this case, Plaintiff is directed to file a motion to destroy this filing.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 5th day of January, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record