**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

      Third Party Defendants.
_____/

**ORDER GRANTING
IN PART MOTION TO CONTINUE DEADLINES**

THIS CAUSE is before the Court on the Stipulation and Joint Motion to Continue Deadlines Pending Settlement, including Joint Motion for Continuance of Trial (the "Motion") [DE 211]. The parties request a 90-day continuance of all deadlines pending mediation. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 211] is hereby **GRANTED IN PART**. All deadlines in this action are stayed by 30 days as follows:

| Event/Deadline | Proposed Post-90-Day-Continuance Date |
|---|---|
| Hearing on docket entries 143, 148, 149, 155, 156, and 161 | February 5, 2018 |
| Daubert Motions | February 9, 2018 |
| Completion of mediation (between NetCE and Dr. Jouria) | February 11, 2018 |
| Pretrial stipulation and motions in limine | March 23, 2018 |

| Responses to motions in limine | March 30, 2018 |
| --- | --- |
| Jury Instructions or Proposed Finds & Conclusions | March 30, 2018 |
| Calendar call and Voir Dire Questions | April 6, 2018 |
| Trial Period commences | April 9, 2018 |
| Exhibit List for Court | First day of Trial |
| Witness List for Court | First day of Trial |

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 9th day of January, 2018.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record