UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendants.
_____/

## ORDER RE-SETTING HEARING ON MOTIONS

THIS CAUSE is before the Court on Defendant's Motion to Compel Production of Documents by Elite Continuing Education, Inc. (ECF No. 143), Plaintiff's Motion for Protective Order Re: Non-Party ECFMG Subpoena (ECF No. 148), Elite Continuing Education's Motion for Protective Order Concerning Subpoena to Non-Party American Nurses Credentialing Center (ECF No. 155), Plaintiff's Motion to Srike Defendant NetCE's Expert Witness and Exclude Expert Report (ECF No. 156) and Plaintiff's Motion to Quash Rule 45 Subpoena to Non-Party ECFMG (ECF NO. 161) which were referred to Lurana S. Snow, United States Magistrate Judge. Being fully advised, it is hereby

ORDERED AND ADJUDGED as followed:

1. The hearings on the motions (ECF Nos. 143, 148, 155, 156 and 161) will be re-scheduled for February 6, 2018 at 10:00 a.m. in the Fort Lauderdale Division before Magistrate Judge Lurana S. Snow, 299 E. Broward Boulevard, Courtroom 203D, Fort Lauderdale, Florida 33301. All exhibits must be pre-marked and an Exhibit List shall be furnished to the Court on the date of the hearing.

2. The hearings currently scheduled for January 9, 2018 at 1:30 p.m. are CANCELLED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of January, 2017.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record and/or Pro Se Parties