UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

## ORDER RE-SETTING HEARING ON MOTION

THIS CAUSE is before the Court on NetCE's Motion for Termination Sanctions (ECF No. 149) which was referred to Lurana S. Snow, United States Magistrate Judge. Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

1. A hearing on NetCE's motion (ECF No. 149) will be held on February 8, 2018 at 1:30 p.m. in the Fort Lauderdale Division before Magistrate Judge Lurana S. Snow, 299 E. Broward Boulevard, Courtroom 203D, Fort Lauderdale, Florida 33301. All exhibits must be pre-marked and an Exhibit List shall be furnished to the Court on the date of the hearing.

2. The hearing currently scheduled for January 11, 2018 at 1:30 p.m. is CANCELLED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 9th day of January, 2018.

                            LURANA S. SNOW
                            UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and/or Pro Se Parties