IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

**ORDER GRANTING MOTION TO SEAL**

THIS CAUSE is before the Court on Elite's Consent Motion to File NetCE's Expert Report Under Seal [DE 215], filed herein on January 8, 2017. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Elite's Motion [DE 215] is **GRANTED**. The Court approves and authorizes filing under seal of NetCE's expert damages report in connection with Elite's Daubert motion, until further order of this Court. Upon conclusion of this case, Elite is directed to file a motion to destroy the expert damages report.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 8th day of January, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record