UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

   Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

   Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

   Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

   Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

   Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

   Third Party Defendants.

_____/

**PARTIALLY UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE
RESPONSE TO MOTION TO STRIKE EXPERT**

Defendant/Third Party Plaintiff, CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE") hereby moves to extend the deadline for NetCE's Response to Elite's Motion to Strike (Daubert Motion to Exclude Expert Testimony (DE 217)) ("Motion").

Because the Motion was filed on January 8, 2018, NetCE's Response is presently due Monday, January 22, 2018. However, just a couple hours after Elite filed its motion, later joined by Plaintiff Dr. Jassin Jouria, the Court entered its Order continuing all deadlines by thirty days because of the progress made on settlement of the main claims in this action (DE 220). In order for the ongoing settlement negotiations to continue without unnecessary expense of legal resources, NetCE seeks to extend its response deadline to the Motion until February 9, 2018, the date the Court had reset for filing of such Daubert motions. This extension for NetCE would therefore keep the parties ahead of the Court's revised schedule, and is consistent with the current pre-trial schedule.

### CERTIFICATE OF COUNSEL

Pursuant to Local Rule 7.1(a)(3), counsel for NetCE has consulted with counsel for Elite and Dr. Jouria regarding the requested relief. Elite, who filed the Motion in question, has agreed to the requested relief. However, Dr. Jouria, who filed a Notice of Joinder in the Motion (DE 219), opposes the requested relief.

WHEREFORE, NetCE moves the Court to extend NetCE's deadline to file its Response to Elite's Motion to Strike (DE 217) until Friday, February 9, 2018.

Dated: January 19, 2017                                  Respectfully submitted,

/s/ *Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com

2

        HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ *John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910

*Attorneys for CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 19, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**