## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

       Third Party Defendants.

_____/

### ORDER GRANTING PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO STRIKE EXPERT

THIS MATTER having come before the Court on CE Resource, Inc. d/b/a CME Resource

and NetCE'S Partially Unopposed Motion for Extension of Time to File Response to Motion to

Strike.  The Court has reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon

       **ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby **GRANTED**;

2. NetCE's Response to the Motion to Strike (DE 217) shall now be due by February 9, 2018.

       **DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this \_\_\_\_ day of January, 2018.

       WILLIAM P. DIMITROULEAS
       United States District Judge

cc:  All counsel of record