UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

       Third Party Defendants.
_____/

**ORDER GRANTING PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO STRIKE EXPERT**

THIS MATTER having come before the Court on CE Resource, Inc. d/b/a CME Resource and NetCE'S Partially Unopposed Motion for Extension of Time to File Response to

Motion to Strike [DE 224]. The Court has reviewed the Motion, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 224] is **GRANTED**;

2. NetCE's Response to the Motion to Strike [DE 217] is due on or before February 9, 2018.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this 19th day of January, 2018.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:  All counsel of record