**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**DR. JASSIN JOURIA, ET AL.,**
              **Plaintiff**

vs

**ELITE CONTINUING EDUCATION, INC.**      **CASE NO: 15-61165-CIV-**
                                                          **DIMITROULEAS**

              **Defendant.**

_____ /

### NOTICE OF MEDIATION

Richard S. Ross, Esquire
Law Offices of Richard Ross
Atrium Centre
4801 S. University Dr., Suite 237
Fort Lauderdale, Florida 33328

J. Mark Wilson, Esquire
Moore & Van Allen, PLLC.
100 North Tryon Street
Suite 4700
Charlotte, North Carolina 28202

Peter A. Chiabotti, Esquire
Akerman, LLP
777 South Flagler Drive
Suite 1100
West Palm Beach, Florida 33401

Jessica E. Lanier, Esquire
Holland & Knight
50 California Street
Suite 2800
San Francisco, CA 94111

Philip E. Rothschild, Esquire
Holland & Knight, LLP
515 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, Florida 33301

**YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties and the provisions of Florida Statutes, Chapter 44, a Mediation Conference shall be held in this case before **Thomas D. Lardin, Esquire** of Mediation Firm, Inc., at **Mediation Firm Inc., Ft. Lauderdale, Bank of America Building, 401 East Las Olas Boulevard, 1220, Fort Lauderdale, FL 33301** on **Wednesday, February 07, 2018** at **2:00 PM.** The mediation summaries may be submitted by email to [summary@mediationfirminc.com](mailto:summary@mediationfirminc.com) or by mail to Mediation Firm, Inc., P.O. Box 2010, Fort Lauderdale, Florida, 33303 or by FAX to (954) 767-0505. The Mediation charges are $300.00 per hour. **2 hours have been reserved.**

In the event any party or attorney has concerns about safety or security for the conference for any reason including a history of threats or violence, they must notify Medation Firm, Inc. immediately. There are no metal detectors at this location. If there are security or safety concerns, the attorneys are responsible for making arrangements to move the conference to the courthouse or another metal detector secure environment, after notifying Mediation Firm, Inc.

If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled at no cost to you, the provision of certain assistance. Please contact the ADA Coordinator in the Administrative office of Mediation Firm, Inc., 401 E Las Olas, Fort Lauderdale, Florida 33301, Telephone (954) 765-8000 or (800) 741-7000, within two (2) working days of receipt of this Notice of Mediation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 29th day of January, 2018.

**MEDIATION FIRM, INC.**

**By** _____

**JAMES B. CHAPLIN, ESQUIRE**
**Florida Bar Number 110628**
**401 E Las Olas, Suite 1220**
**Fort Lauderdale, FL 33301**
**Telephone: (954) 764-1000**