## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

**UNOPPOSED JOINT MOTION TO CONTINUE DEADLINES PENDING SETTLEMENT,
including UNOPPOSED JOINT MOTION FOR CONTINUANCE OF TRIAL**

Defendant/Counter-Plaintiff/Third Party Plaintiff CE Resource, Inc. d/b/a/ CME Resource and NetCE ("NetCE"), and Third-Party Defendant Elite Professional Education, LLC ("Elite") (collectively, "the Moving Parties"), by and through their counsel of record move for a continuance of the current deadlines for at least 45 days.

This Joint Motion is based upon the following:

1. On January 4, 2018, NetCE and Elite participated in a private mediation before the Honorable Judge James Ware (Ret.) (formerly of the United States District Court for the Northern District of California). At the mediation, NetCE and Elite discussed in detail the possibility of a corporate transaction involving Elite's parent company's potential acquisition of NetCE, which acquisition—if it occurred—would end this litigation.

2. In order to explore the possibility of that acquisition, the parties executed a Memorandum of Understanding (MOU) and engaged in some preliminary due diligence. On January 5th and 11th, the parties held additional in-person meetings involving respective management and owners—including the private equity owners of Elite's parent company—to explore the idea of an acquisition.

3. On January 19th, those parties executed a formal Letter of Intent ("LOI"), which sets out the basic terms of a proposed corporate acquisition transaction, including price, asset description, limitations, and closing conditions (The LOI is being filed under seal as **Exhibit A** pending court approval).

4. Importantly, the LOI calls for an expedited period of due diligence, and for the Moving Parties to enter into a Definitive Agreement and to close the sale by no later than February 28, 2018.

5. Judge Ware continues to facilitate the Moving Parties' discussions, and he is assisting the Parties as necessary with meeting internal deadlines to promote settlement. He recommends the Parties request that the Court grant an additional extension.

6. The corporate transaction set forth in the LOI requires a certain amount of due diligence to be completed prior to the final transaction being signed by NetCE and Elite. The details of the corporate transaction are confidential, which limits the detail that counsel can put forth in this Motion to further show good cause for this continuance. Should the Court require further detail as to the due diligence steps required prior to completion of the transaction, counsel for the Moving Parties can be available for a sealed telephonic conference.

7. As an additional reason for the extension requested herein, lead counsel for Elite has a family trip overseas scheduled for March 25, 2018 through April 9, 2018. This family trip was set before the current schedule was entered by the Court, and the current dates and deadlines impact counsel's ability to travel with his family.

8. Based upon the above, the Moving Parties respectfully request a 45-day continuance of all pretrial deadlines, hearing dates, and the trial date as currently set forth in this Court's January 9, 2018 Order (DE 220), to allow the corporate transaction to be completed and for this litigation potentially to be resolved without further court action.

9. The proposed new deadlines for litigation events are as follows:

| Event/Deadline | Proposed Post-45-Day-Continuance Date |
| --- | --- |
| Hearings on docket entries 143, 148, 149, 155, 156 and 161. | March 22, 2018 (or at the Court's discretion) |
| Responses to Daubert motion (DE 217) | March 26, 2018 |
| Pretrial stipulation and motions in limine | May 11, 2018 |
| Responses to motions in limine | May 18, 2018 |

| Jury Instructions or Proposed Findings & Conclusions | May 18, 2018 |
|---|---|
| Calendar call & Voir Dire Questions | May 25, 2018 |
| Trial period commences | May 29, 2018 |
| Exhibit List for Court | First day of Trial (impeachment excepted) |
| Witness List for Court | First day of Trial (impeachment excepted) |

10. Based on the foregoing, NetCE and Elite respectfully request the Court grant this motion and continue the pretrial deadlines and the trial in this action as requested herein, for the good cause shown above.

CERTIFICATE OF COUNSEL PURSUANT TO L.R. 7.1(a)(3): NetCE's counsel has communicated with counsel for Dr. Jouria on the requested relief, and while Dr. Jouria does not consent to the requested relief, he will not oppose.

Dated: January 29, 2018                              Respectfully submitted,

/s/ Philip E. Rothschild
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ John P. Kern
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910

(Attorneys for CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE)

*/s/ Peter A. Chiabotti*
Peter A. Chiabotti
Florida Bar No. 0602671
AKERMAN LLP
peter.chiabotti@akerman.com
777 South Flagler Driver
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313

*/s/ J. Mark Wilson*
J. Mark Wilson, Esq. *(pro hac vice)*
Kathryn G. Cole, Esq. *(pro hac vice)*
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
(Attorneys for Elite Professional Education, LLC)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

**SERVICE LIST**

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive

5

Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**