# EXHIBIT A TO UNOPPOSED JOINT MOTION FOR CONTINUANCE

# REDACTED LETTER OF INTENT FILED UNDER SEAL PENDING GRANTING OF MOTION FOR LEAVE TO FILE UNDER SEAL