UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

       Third Party Defendants.
_____/

**PROPOSED ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES PENDING SETTLEMENT, including JOINT MOTION FOR CONTINUANCE OF TRIAL**

THIS MATTER is before the Court upon the NetCE's and Elite's Joint Motion To Continue Deadlines Pending Settlement, Including Joint Motion For Continuance Of Trial ("Motion"). The Court, having reviewed the Motion and being fully advised in the premises, hereby ORDERS and ADJUDGES as follows:

1. The Motion is GRANTED.

2. This current deadlines in this matter set forth at DE 220 are extended for 45 days. The new deadlines and dates for pre-trial and trial events are as follows:

| Event/Deadline | Proposed Post-30-Day-Continuance Date |
|---|---|
| Hearings on docket entries 143, 148, 149 155, 156 and 161. | March 22, 2018 (or at the Court's discretion) |
| Responses to Daubert motion (DE 217) | March 26, 2018 |
| Pretrial stipulation and motions in limine | May 11, 2018 |
| Responses to motions in limine | May 18, 2018 |
| Jury Instructions or Proposed Findings & Conclusions | May 18, 2018 |
| Calendar call & Voir Dire Questions | May 25, 2018 |
| Trial period commences | May 29, 2018 |
| Exhibit List for Court | First day of Trial (impeachment excepted) |
| Witness List for Court | First day of Trial (impeachment excepted) |

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of January 2018.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record via CM/ECF

#55211825_v1