## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA
                Plaintiff,
v.
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
                Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
                Defendant/Counter-Plaintiff,
v.
DR. JASSIN JOURIA,
                Plaintiff/Counter-Defendant
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
                Defendant/Third Party Plaintiff,
v.
ELITE CONTINUING EDUCATION, INC.,
                Third Party Defendants.
_____/

### CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE's UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL AND INCORPORATED MEMORANDUM OF LAW

Pursuant to S.D. Fl. L. R. 5.4, this Court's CM/ECF Administrative Procedures, and the Stipulated Protective Order (DE 118) entered by this Court on October 13, 2017, Defendant/Third-Party Plaintiff, CE Resource, Inc. d/b/a CME Resource and NetCE's ("NetCE") respectfully moves this Court for an order allowing NetCE and Elite to file one exhibit ("Letter of Intent") under seal in support of its Unopposed Joint Motion for Continuance, for the reasons as set forth as follows:

On October 13, 2017, this Court entered the Stipulated Protective Order (DE 118) ("Protective Order"), which provides that information or items designated as "Confidential" or "Attorneys' Eyes Only" is protected from public disclosure, but may be disclosed to, *inter alia*, the Court and the Court's personnel. The Protective Order further states that the parties shall follow the procedures set forth in Local Rule 5.4 when seeking to file under seal.

As stated in S.D. Fla. L.R. 5.4(a), the general policy is that "[u]nless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." A party may seek an exception from the Court by filing "a motion to file under seal that sets forth the factual and legal basis for departing from the policy" that court filings be public. S.D. Fla. L.R. 5.4(b).  The Letter of Intent exhibit to the joint motion to continue sought to be sealed includes confidential and proprietary commercial information as pertains to structure and dollar amount of a transaction that will lead to resolution of this lawsuit.  Public disclosure of the information contained in the exhibit at this time may jeopardize completion of the transaction.  Because courts have held that there is good cause to seal material that contains trade secrets or other confidential research, development, or commercial information, *see Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1310–14 (11th Cir. 2001), this Court should similarly find that good cause exhibits to seal the Joint Motion and its exhibit.

The confidential information is contained throughout the Letter of Intent exhibit such that redaction is not feasible.[1]  NetCE requests that the Court maintain the document under seal during

---

[1] NetCE notes that it has redacted the dollar amounts contained in various places within the exhibit to the Joint Motion.  These redactions are necessary because not all parties to this lawsuit (e.g. Dr. Jouria) are privy to these dollar amounts, and the dollar amounts themselves are not material to the Court's consideration of the exhibit in conjunction with ruling upon the Joint Motion.  Thus, NetCE will be serving the redacted version filed under seal upon Dr. Jouria's counsel.  Therefore, Dr. Jouria's counsel

#55099103_v1

the pendency of the litigation and that it be destroyed at the conclusion of the litigation.

**CERTIFICATE OF COUNSEL Pursuant to L.R. 7.1(a)(3):** Counsel for NetCE has communicated with counsel for Dr. Jouria and for counsel for Elite regarding the requested relief in this motion. Counsel for Dr. Jouria and counsel for Elite do not oppose the requested relief.

WHEREFORE, NetCE respectfully requests that this Court enter an Order: (1) granting this Motion for Leave to File Exhibit Under Seal; (2) directing the Clerk of Court to maintain the sealed status of the exhibit; and (3) granting any other relief that the Court deems appropriate.

Dated: January 29, 2018

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCES and NetCE

---

will have the same information as the Court. Of course, if the Court wishes to view an unredacted version of the LOI, NetCE requests that such review be *ex parte* and *in camera*.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

#55099103_v1