## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

## ORDER GRANTING NETCE's UNOPPOSED MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

THIS MATTER having come before the Court on Defendant/Third-Party Plaintiff, CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE's ("NetCE") Unopposed Motion for

Leave to File One Exhibit under seal.  The Court has reviewed the Motion, and being otherwise fully advised in the premises, including the lack of opposition to the motion, it is thereupon

**ORDERED AND ADJUDGED** as follows:

1. NetCE's Motion is hereby **GRANTED**, as NetCE has shown good cause to seal the one exhibit to the Unopposed Joint Motion for Continuance identified in the Motion to Seal as a Letter of Intent.

2. The Clerk of Court is directed to maintain under seal the document filed as Exhibit A to the Unopposed Joint Motion for Continuance under seal.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida this \_\_\_\_ day of _____, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:  All counsel of record