IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

## ORDER GRANTING MOTION TO SEAL

THIS CAUSE is before the Court on CE Resource, Inc. d/b/a CME Resource and NetCE's Unopposed Motion for Leave to File Exhibit Under Seal [DE 229], filed herein on January 29, 2017. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that CE Resource, Inc.'s Motion [DE 229] is **GRANTED**. The Court approves and authorizes filing under seal of the Letter of Intent in support of the Unopposed Joint Motion for Continuance, until further order of this Court.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 29th day of January, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record