# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

      Third Party Defendants.

_____/

## ORDER GRANTING
## MOTION TO CONTINUE DEADLINES

THIS CAUSE is before the Court on the Unopposed Joint Motion to Continue Deadlines Pending Settlement, including Unopposed Joint Motion to Continuance of Trial (the "Motion") [DE 228]. The parties request a 45-day continuance of all deadlines pending mediation. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** that the Motion [DE 228] is hereby **GRANTED**. All deadlines in this action are stayed by 45 days as follows. The Court is unlikely to grant any additional continuances.

| Event | Deadline |
| --- | --- |
| Hearing on docket entries 143, 148, 149, 155, 156, and 161 | March 22, 2018 |
| Responses to Daubert Motion [DE 217] | March 26, 2018 |
| Pretrial stipulation and motions in limine | May 11, 2018 |

| Responses to motions in limine | May 18, 2018 |
| --- | --- |
| Jury Instructions or Proposed Finds & Conclusions | May 18, 2018 |
| Calendar call and Voir Dire Questions | May 25, 2018 |
| Trial Period commences | May 29, 2018 |
| Exhibit List for Court | First day of Trial |
| Witness List for Court | First day of Trial |

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 30th day of January, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record