UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DR. JASSIN JOURIA, ET AL.,
    Plaintiff,
vs

ELITE CONTINUING EDUCATION, INC.
    Defendant.
_____ /

CASE NO.: 15-61165-CIV-DIMITROULEAS

Type of Case: Other Civil

# MEDIATION REPORT

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by Thomas D. Lardin, Esquire of Mediation, Inc., on February 07, 2018.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation conference is as follows:

    The parties have reached a total IMPASSE.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on February 09, 2018 to:

    Richard S. Ross, Esquire

    J. Mark Wilson, Esquire

    Peter A. Chiabotti, Esquire

    Jessica E. Lanier, Esquire

    Philip E. Rothschild, Esquire

Respectfully Submitted:

_____
JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
for Thomas D. Lardin, Esquire
Certified Mediator for MEDIATION FIRM, INC.
Post Office Box 2010
Fort Lauderdale, FL 33303
Telephone: (954) 765-8000
(800) 741-7000