UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

               Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

               Defendant.

_____

### CERTIFICATION OF DANIEL P. KAPPES, ESQ.

Daniel P. Kappes, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the State of California, the Northern District of California, and the Eastern District of California.

Dated: March 19, 2018

                                                                                  Daniel P. Kappes