UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

**CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE'S REQUEST FOR
JUDICIAL NOTICE IN SUPPORT OF ITS RESPONSE IN OPPOSITION TO MOTION
FOR PROTECTIVE ORDER REGARDING RULE 45 SUBPOENA TO EDUCATIONAL
COMMISSION FOR FOREIGN MEDICAL GRADUATES**

Defendant, CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE") pursuant to Rule 201 of the Federal Rules of Evidence, and Rule 7.1 of the Local Rules of the United States District Court for the Southern District of Florida, respectfully requests the Court to take judicial notice of a public record that is a hearing transcript of Dr. Jouria's testimony in the most recent of Dr. Jouria's bankruptcy proceedings, as more particularly set forth below. In support, NetCE states:

1. Judicial notice is a means by which adjudicative facts not seriously open to dispute are established as true without the normal requirement by proof of evidence. *Dippin' Dots, Inc. v. Frosty Bites Distribution, LLC*, 369 F.3d 1197, 1204 (11th Cir. 2004); FED. R. EVID. 201 (2017). Adjudicative facts are facts that are relevant to a determination of the claims presented in a case. 369 F.3d at 1204. Judicial notice of adjudicative facts may be taken at any stage in a proceeding, including at the summary judgment stage. *Id.*

2. While the Court "*may* take judicial notice on its own," it "*must* take judicial notice if a party requests it and the court is supplied with the necessary information." FED. R. EVID. 201(c) (emphasis added).

3. Federal Rule of Evidence 201 provides that the Court may take judicial notice of facts that are not subject to reasonable dispute because they can accurately and readily be determined from sources whose accuracy cannot reasonably be questioned. FED. R. EVID. 201(b)(2) (2017). Courts have wide discretion to take judicial notice of facts. *Id.*

4. NetCE respectfully requests that this Court take judicial notice of the transcript from an April 6, 2017 hearing filed as ECF #39 in the United States Bankruptcy Court of the Southern District of Florida, Case No. 16-27150-RBR (the "Transcript"), particular Dr. Jouria's testimony at pages 55 to 58. See Exhibit A, Transcript (with highlights of pp. 55 to 58).

#55879885_v2

5. The Transcript is a public record, and is not subject to reasonable dispute because it can accurately and readily be determined from sources whose accuracy cannot reasonably be questioned—i.e., the court and court reporter. In addition, Florida courts often take judicial notice of other court filings, including bankruptcy filings. *See Herrera v. Bank of America, N.A.*, 2016 WL 4542105 at *1 n.2 (S.D. Fla. Aug. 31, 2016) (judicially noticing the state court pleadings, the bankruptcy filings, and the Court's remand order); *see also Horne v. Potter*, 2010 WL 3245149, at *2 (11th Cir. Aug. 16, 2010); *Universal Express, Inc. v. U.S. S.E.C.*, 177 Fed. App'x. 52, 53 (11th Cir. 2006) ("Public records are among the permissible facts a district court may consider.").

CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1(a)(3): Undersigned counsel has exchanged emails with counsel for Dr. Jouria, the party affected by the requested relief, and Dr. Jouria, through counsel opposes the requested relief.

**WHEREFORE**, NetCE respectfully requests that the Court take judicial notice of the Transcript for all future purposes in this action, and grants any other further relief that the Court deems just and proper.

Dated: March 20, 2017

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Daniel Kappes, Esq. (pro hac vice

#55879885_v2

                                                               pending)
                                                               Email: daniel.kappes@hklaw.com
                                                               HOLLAND & KNIGHT LLP
                                                               50 California Street, Suite 2800
                                                               San Francisco, CA 94111
                                                               Telephone: (415)743-6918
                                                               Facsimile: (415)743-6910
                                                               Attorneys for CE RESOURCE, INC.
                                                               d/b/a CME RESOURCES and
                                                               NetCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                     */s/ Philip E. Rothschild*
                                                                       Philip E. Rothschild

**SERVICE LIST**

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
Kristen M. McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

#55879885_v2