UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant

v.

CE RESOURCE, INC. d/b/a CME RESOURCE

and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff

v.

ELITE CONTINUING EDUCATION, INC.,

    Third-Party Defendant.

_____/

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motion to Appear *Pro Hac* Vice, Consent to Designation, and Notice to Receive Electronic Notification (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. [DE 238]. This Court having considered the motion and all other relevant factors, it is hereby **ORDERED AND ADJUDGED** that:

The Motion [DE 238] is **GRANTED**. Daniel P. Kappes, Esq. may appear and participate in this action on behalf of CE Resource, Inc. d/b/a CME Resource and NetCE. The Clerk shall provide

electronic notification of all electronic filings to Daniel P. Kappes, Esq., at daniel.kappes@hklaw.com.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of March, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record