

**Simultaneous Transcript Access Designation Form**
Southern District of Florida via Southern District of Florida
To: appealstranscripts
Please respond to "Southern District of Florida"

03/23/2018 01:31 PM

```
From: Bonnie Joy Lewis <caselawrptg@gmail.com>

New Simultaneous Transcript Access Designation Form

Submitted values are:

Your Name: Bonnie Joy Lewis
Your Email: caselawrptg@gmail.com
Case Number: 15-cv-61165-WPD
Case Style: DR. JASSIN JOURIA v. CE RESOURCE, INC.
Access rights are granted to the following attorney(s) of record:
Signature of court reporter: Bonnie J. Lewis
Date: Fri, 03/23/2018
Upload Transcript:
http://www.flsd.uscourts.gov/sites/flsd/files/webform/110917jouria.pdf
```