**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA,

        Plaintiff,
v.
CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
        Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
        Defendant/Counter-Plaintiff,
v.
DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
        Defendant/Third Party Plaintiff,
v.
ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.
_____/

**CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE's MOTION FOR LEAVE TO FILE TWO EXHIBITS UNDER SEAL AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to S.D. Fl. L. R. 5.4, this Court's CM/ECF Administrative Procedures, and the Stipulated Protective Order (DE 118) entered by this Court on October 13, 2017, Defendant/Third-Party Plaintiff, CE Resource, Inc. d/b/a CME Resource and NetCE's ("NetCE") respectfully moves this Court for an order allowing NetCE to file two exhibits under seal in support of its Response in Opposition to Elite's Daubert Motion To Exclude Expert Testimony (ECF No. 245), for the reasons as set forth as follows:

On October 13, 2017, this Court entered the Stipulated Protective Order (DE 118) ("Protective Order"), which provides that information or items designated as "Confidential" or "Attorneys' Eyes Only" is protected from public disclosure, but may be disclosed to, *inter alia*, the Court and the Court's personnel. The Protective Order further states that the parties shall follow the procedures set forth in Local Rule 5.4 when seeking to file under seal.

As stated in S.D. Fla. L.R. 5.4(a), the general policy is that "[u]nless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record." A party may seek an exception from the Court by filing "a motion to file under seal that sets forth the factual and legal basis for departing from the policy" that court filings be public. S.D. Fla. L.R. 5.4(b).

The two exhibits at issue are Elite's Rebuttal Expert Report ("Bone Report") and NetCE's Supplement to Expert Report ("Pampinella Supplement"). The Bone Report was served by Elite on December 15, 2017. The Pampinella Supplement was served by NetCE on counsel for Dr. Jouria and NetCE on March 22, 2018 in connection with its Response to Elite's Daubert Motion. As the Court is aware, due to settlement negotiations the parties paused the litigation, and obtained a continuance of trial and remaining deadlines for a total of 75 days for the period from early January until late March, including a continuance of the deadline for NetCE to respond to Elite's Daubert Motion. See Orders at DE's 220, 225 and 233.

The Bone Report and Pampinella Supplement should be sealed because they include confidential and proprietary commercial information regarding the profits of both Elite and NetCE, as these reports opine on damages calculations. Public disclosure of the information contained in the exhibits would jeopardize both companies' proprietary information. Because courts have held that there is good cause to seal material that contains trade secrets or other

#56015489_v1

confidential research, development, or commercial information, *see Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1310–14 (11th Cir. 2001), this Court should similarly find that good cause exists to seal both reports.

The confidential information is contained throughout the two exhibits such that redaction is not feasible.  NetCE requests that the Court maintain the documents under seal during the pendency of the litigation and that it be destroyed at the conclusion of the litigation.

**CERTIFICATE OF COUNSEL Pursuant to L.R. 7.1(a)(3):**  Counsel for NetCE has communicated with counsel for Dr. Jouria and for counsel for Elite regarding the requested relief in this motion.  Counsel for Elite does not object to the filing of the Bone report under seal.  Counsel for Dr. Jouria did not take a position on the filing of the Bone report.  As to the Pampinella Supplement, Dr. Jouria's position is that he "objects to the filing of Mr. Pampinella's 'Supplement' report as it is an untimely sur-rebuttal report, and not authorized by any rule or court order."  Similarly, Elite objects to NetCE's reliance on the Supplement because it is untimely and not a proper supplement.  Neither Elite nor Dr. Jouria took a position on the discrete request to seal the Pampinella Supplement, though NetCE infers from their responses that they object *in toto* to the filing of the Supplement.

WHEREFORE, NetCE respectfully requests that this Court enter an Order: (1) granting this Motion for Leave to File Exhibits Under Seal; (2) directing the Clerk of Court to maintain the sealed status of the exhibit; and (3) granting any other relief that the Court deems appropriate.

Dated: March 27, 2018                                         Respectfully submitted,

                                                              HOLLAND & KNIGHT LLP

                                                              */s/ Philip E. Rothschild*
                                                              Philip E. Rothschild
                                                              Florida Bar No. 0088536
                                                              Email: phil.rothschild@hklaw.com

3

#56015489_v1

HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Daniel Kappes, Esq. (pro hac vice)
Email: daniel.kappes@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCES and
NetCE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

**SERVICE LIST**

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
Kristen McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**