**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

**[PROPOSED] ORDER GRANTING
CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE'S MOTION TO FILE TWO EXHIBITS UNDER UNDER SEAL**

THIS CAUSE is before the Court on CE Resource, Inc., d/b/a CME Resource and NetCE's Unopposed Motion for Leave to File Two Exhibits Under Seal (the "Motion"), and being otherwise fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED.** The Court directs the Clerk to **SEAL**: (i) Elite's Rebuttal Expert Report ("Bone Report") and NetCE's Supplement to Expert Report ("Pampinella Supplement"), until further order of this Court.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of March, 2018.

                                                             _____
                                                             WILLIAM P. DIMITROULEAS
                                                             United States District Judge

cc: All counsel of record

#56019358_v1