# **EXHIBIT A**

| | |
|---|---|
| **From:** | Myrna.Yee@hklaw.com |
| **Sent:** | Friday, January 05, 2018 8:12 PM |
| **To:** | Mark Wilson; Kate Cole; prodp@ix.netcom.com |
| **Cc:** | John.Kern@hklaw.com; Jessica.Lanier@hklaw.com; Daniel.Kappes@hklaw.com |
| **Subject:** | NetCE |
| **Attachments:** | Pampinella Response Ltr. - NetCE v. Elite.pdf |

*Re: NetCE v. Elite*

Dear Counsel,

Please see the attached letter from James Pampinella in response to Elite's Rebuttal Expert Report of John R. Bone.

Thank you.

**Myrna M. Yee** | **Holland & Knight**
Sr. Legal Assistant to John Kern and Daniel Kappes
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6916 | Fax 415.743.6910
myrna.yee@hklaw.com | www.hklaw.com

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.