**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

        Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

        Third Party Defendants.

_____/

**Notice of Filing The Proposed Order For Elite's Motion
To Strike Supplemental Report Of James E. Paminella**

        Third-Party Defendant Elite Professional Education, LLC hereby files the proposed order

for Elite's Motion to Strike the Supplemental Expert Report of James Pampinella [DE 250] filed

earlier today.

Dated: March 27, 2018               Respectfully submitted,

                            /s/Peter A. Chiabotti
                            Peter A. Chiabotti
                            Florida Bar No. 0602671
                            Kristen M. McKinney
                            Florida Bar No. 96677
                            AKERMAN LLP
                            777 South Flagler Drive
                            Suite 1100, West Tower
                            West Palm Beach, FL 33401
                            Telephone: (561) 653-5000
                            Fax: (561) 659-6313
                            Email: peter.chiabotti@akerman.com
                            Email: kristen.mckinney@akerman.com

                            J. Mark Wilson (*pro hac vice*)
                            markwilson@mvalaw.com
                            Kathryn G. Cole (*pro hac vice*)
                            katecole@mvalaw.com
                            MOORE & VAN ALLEN PLLC
                            100 North Tryon Street, Suite 4700
                            Charlotte, NC 28202
                            Telephone: (704) 331-1000
                            Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant*
*Elite Professional Education, LLC*

**Certificate of Service**

I hereby certify that on March 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Peter A. Chiabotti
Peter A. Chiabotti

**Service List**

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email: jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*