IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

**[PROPOSED] ORDER GRANTING ELITE'S MOTION
TO STRIKE SUPPLEMENTAL REPORT OF JAMES E. PAMINELLA**

THIS MATTER having come before the Court on Third-Party Defendant Elite Professional Education, LLC's Motion to Strike Supplemental Report of James E. Pampinella and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon,

    **ORDERED AND ADJUDGED** that Elite's Motion is hereby **GRANTED.**

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of _____, 2018.

                                                             _____
                                                             WILLIAM P. DIMITROULEAS
                                                             United States District Judge

cc:  All counsel of record