IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

## ORDER GRANTING
## CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE'S MOTION TO FILE TWO EXHIBITS UNDER SEAL

THIS CAUSE is before the Court on CE Resource, Inc., d/b/a CME Resource and NetCE's Motion for Leave to File Two Exhibits Under Seal (the "Motion") [DE 246]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 246] is hereby **GRANTED.** The Court directs the Clerk to **SEAL**: (i) Elite's Rebuttal Expert Report ("Bone Report"); and (ii) NetCE's Supplement to Expert Report ("Pampinella Supplement"), until further order of this Court.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 27th day of March, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:  All counsel of record