UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.

_____/

## ORDER TO RESPOND

THIS CAUSE is before the Court on Third Party Defendant Elite Professional Education, LLC's Motion to Strike Supplemental Report of James E. Paminella (ECF No. 250), which was referred to United States Magistrate Judge Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before April 4, 2018, Third Party Plaintiff NetCE shall file a response to the motion which shall not exceed three pages in length. Relevant exhibits may be attached. After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 28th day of March, 2018.

                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record