**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

**PLAINTIFF'S REPLY TO NETCE'S OPPOSITION TO ELITE'S *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY**

    COMES NOW, the Plaintiff, Dr. Jassin Jouria ("Plaintiff"), who respectfully replies to Defendant, CE Resource, Inc.'s d/b/a CME Resource and NetCE's ("Defendant"), opposition to Defendant, Elite Continuing Education, Inc.'s ("Elite"), *Daubert* motion to exclude expert testimony. Plaintiff incorporates herein the arguments made in Elite's reply, DE 254. Additionally, Plaintiff addresses the Defendant's continued false statements and misrepresentations made to the court that have gone unabated throughout this litigation. In the present iteration of Defendant's falsehoods and lies about Plaintiff, none of which have anything to do with the substance of Elite's motion, Plaintiff vehemently denies: (1) that he destroyed his laptop computer; (2) that he admitted that it contained potentially relevant records in the matter; (3) that Magistrate Judge Snow agreed with Defendant that

Plaintiff spoliated evidence by destroying the computer; and, (4) that he lied about the status and whereabouts of the computer for months. DE 245 at 4. *See also* DE 249 (Magistrate Snow's Report and Recommendation which directly contradicts Defendant's salacious misrepresentations).

WHEREFORE, Plaintiff respectfully requests the court grant Elite's motion, and exclude Mr. Pampinella from testifying in this action.

Respectfully submitted,

/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
915 S.E. 2 Court
Ft. Lauderdale, Florida 33301
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Richard S. Ross
Richard S. Ross, Esq.

**SERVICE LIST**
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL 33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Daniel Kappes, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
Kristen McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*


J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*