# Exhibit 1

| | |
|---|---|
| **From:** | Jessica.Lanier@hklaw.com |
| **Sent:** | Friday, September 15, 2017 3:15 PM |
| **To:** | Kate Cole; peter.chiabotti@akerman.com |
| **Cc:** | John.Kern@hklaw.com; Denise.Harmon@hklaw.com; Mark Wilson |
| **Subject:** | RE: Request for extension (interrogatory responses) |

Kate,

It was nice to speak with you today. I confirm the dates you describe below.

As we discussed, I will hold off on reaching out regarding the PO for a few more days. In the event Peter is unable to review the PO before the respective deadlines of our written discovery responses, the parties will revisit the issue. We also agree to rolling production of documents, beginning the dates our respective written responses to each other's Requests for Production are due.

Thanks very much, and have a nice weekend,

Jesse

**Jessica Lanier | Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Kate Cole [mailto:katecole@mvalaw.com]
**Sent:** Friday, September 15, 2017 11:50 AM
**To:** Lanier, Jessica E (SFO - X56923) ; peter.chiabotti@akerman.com
**Cc:** Kern, John P (SFO - X56918) ; Harmon, Denise A (SFO - X56925) ; Mark Wilson
**Subject:** RE: Request for extension (interrogatory responses)

Jesse,

Thanks for speaking with me today about the below. To confirm our conversation, Elite consents to your request for an extension of time to respond to Elite's first set of interrogatories, with such deadline being extended to October 10, 2017. You stated that NetCE likewise consents to a two-week extension of time for Elite to respond to NetCE's first set of interrogatories, with such deadline being extended to October 12, 2017.

Thanks,

Kate

**Kate Cole**
Attorney at Law
**T** 704.331.1045
**F** 704.409.5659
katecole@mvalaw.com

**Moore&VanAllen**

100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

---

**From:** Jessica.Lanier@hklaw.com [mailto:Jessica.Lanier@hklaw.com]
**Sent:** Wednesday, September 13, 2017 7:59 PM
**To:** Kate Cole <katecole@mvalaw.com>; peter.chiabotti@akerman.com
**Cc:** John.Kern@hklaw.com; Denise.Harmon@hklaw.com
**Subject:** Request for extension (interrogatory responses)

Kate and Peter,

We are writing to request a two-week extension for our deadline to respond to Elite's First Set of Interrogatories. If you grant our request, our new deadline would be October 10, 2017.

We will be able to serve our written responses to Requests for Production and begin serving documents on the original deadline, September 27.

Please let us know if the two-week extension is acceptable.

(Peter, we hope you were able to ride out Irma with minimal inconvenience or worry and that you and your family are safe and sound.)

Best,

Jesse

**Jessica Lanier | Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s)

2

to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.
Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**