Exhibit 2

| | |
|---|---|
| **From:** | Kate Cole |
| **Sent:** | Monday, September 25, 2017 7:40 PM |
| **To:** | Mark Wilson |
| **Subject:** | Fwd: NetCE v. Jouria and Elite |

Begin forwarded message:

> **From:** <Jessica.Lanier@hklaw.com>
> **Date:** September 25, 2017 at 7:14:42 PM EDT
> **To:** <katecole@mvalaw.com>
> **Subject: RE: NetCE v. Jouria and Elite**
>
> Thank you, Kate,
> I have confirmed with our e-discovery associate, and we are able to comply with the specifications you sent to me earlier today. We will produce documents in this format, beginning on October 4th (first round of rolling document production). We will upload these documents to a secure FTP site (and would prefer to retrieve documents you produce this way as well). Of course, we can touch base about this closer to the first production.
> John is available for the October 12 Alpine deposition in Phoenix. We look forward to receiving copies of the subpoena.
> I am looking into the Initial Disclosure issue we discussed on the phone.
> Looking forward to meeting you Thursday,
> Jesse
>
> **Jessica Lanier | Holland & Knight**
> Associate
> Holland & Knight LLP
> 50 California Street, Suite 2800 | San Francisco, CA 94111
> Phone 415.743.6923 | Fax 415.743.6910
> jessica.lanier@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography
>
> **From:** Kate Cole [mailto:katecole@mvalaw.com]
> **Sent:** Monday, September 25, 2017 2:20 PM
> **To:** Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>
> **Subject:** RE: NetCE v. Jouria and Elite
> Hi Jesse,
> To confirm our discussion today regarding RFP response deadlines, we agreed to a one-week extension of both NetCE's and Elite's deadlines to respond to requests for production, such that NetCE will produce written responses/objections and its first set of documents on October 4, and Elite will produce written responses/objections and its first set of documents on October 5.
> Thanks,
> Kate
>
> **Kate Cole**

1

Attorney at Law
**T** 704.331.1045
**F** 704.409.5659
katecole@mvalaw.com

| | |
|---|---|
| **Moore&VanAllen** | 100 North Tryon Street<br>Suite 4700<br>Charlotte, NC 28202<br>704.331.1000<br>www.mvalaw.com |

**From:** Jessica.Lanier@hklaw.com [mailto:Jessica.Lanier@hklaw.com]
**Sent:** Monday, September 25, 2017 3:19 PM
**To:** Kate Cole <katecole@mvalaw.com>
**Subject:** RE: NetCE v. Jouria and Elite

Thanks, Kate—this is very helpful. I will shoot this over to our e-discovery team and see if there are any issues with this format (I don't anticipate any). Thank you also for the PO revisions. Talk to you (very) soon,

Jesse

**Jessica Lanier | Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Kate Cole [mailto:katecole@mvalaw.com]
**Sent:** Monday, September 25, 2017 11:51 AM
**To:** Lanier, Jessica E (SFO - X56923) <Jessica.Lanier@hklaw.com>
**Subject:** NetCE v. Jouria and Elite

Hi Jesse,

In advance of our call today, I thought I would send our standard list of fields/metadata that is typically agreed upon by parties for document production. We are amenable to the parties producing TIF images via an FTP upload. Please let me know if we can agree to something like this.

Additionally, I have (finally!) attached the protective order, with a couple comments/revisions. I understand you may need some time to review, so let me know if we should set up a separate time to discuss this week. Additionally, we are amenable to extending this week's upcoming RFP/production deadlines by a few days if necessary, given that we don't have the protective order in place yet. Just let me know.

Look forward to talking with you at 3:30.
Best,
Kate

**Kate Cole**
Attorney at Law
**T** 704.331.1045

F 704.409.5659
katecole@mvalaw.com

**Moore&VanAllen**   100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

[Moore & Van Allen](#)

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.
Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

[Moore & Van Allen](#)