# Exhibit 3

| | |
|---|---|
| **From:** | Kate Cole |
| **Sent:** | Tuesday, November 14, 2017 10:09 AM |
| **To:** | Jessica.Lanier@hklaw.com; Mark Wilson; Minnie Kim |
| **Cc:** | John.Kern@hklaw.com; Daniel.Kappes@hklaw.com; Denise.Harmon@hklaw.com |
| **Subject:** | RE: Elite's production |

Hi Jesse,

I believe we have another production of documents going out today.  I am looking into the extent of courses booklets containing accused courses.  I believe only one accused course was published in one booklet in one state, one time, but I am confirming.  We will produce a copy.  I believe we have produced all responsive documents in our possession pertaining to the issues of licensing of copyrighted materials contained in Dr. Jouria's drafts and course development strategy.  We also produced a spreadsheet showing all sales of courses in the field of nursing.   I think this answers all your questions.

Thanks,

Kate

**Kate Cole**
Attorney at Law
T 704.331.1045
F 704.409.5659
katecole@mvalaw.com

**Moore&VanAllen**

100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

---

**From:** Jessica.Lanier@hklaw.com [mailto:Jessica.Lanier@hklaw.com]
**Sent:** Sunday, November 12, 2017 1:33 AM
**To:** Mark Wilson <markwilson@mvalaw.com>; Kate Cole <katecole@mvalaw.com>; Minnie Kim <minniekim@mvalaw.com>
**Cc:** John.Kern@hklaw.com; Daniel.Kappes@hklaw.com; Denise.Harmon@hklaw.com
**Subject:** Elite's production

Kate, Mark, and Minnie,

We have completed review of your production to date.  Has Elite completed its production?  Or can we expect another round of documents?

We note the following items we expected to be included in your production are absent:
- Elite's complete ANCC application (based on one document in production 3, we believe this application was submitted in 2016)
    - We agreed to accept, provisionally, ANCC materials only, prior to the deposition of Elite's 30(b)(6) witness, but we reserve the right to ask for all materials responsive to RFPs 26, 61, and 62, including

1

    without limitation submissions to all applicable state accreditation bodies.  We need you to acknowledge in writing you agree to make a full and complete response to RFPs 26, 61, and 62 if we are not satisfied with Elite's testimony on the issue.
- Course booklets (snail mail) containing the five courses at issue (either singly or in combination)
- Documents related to your attempts to license copyrighted materials contained in Dr. Jouria's drafts (images, tables, etc., that Dr. Jouria did not create)
    - With the exception of one receipt from Shutterstock
- Documents related to Elite's course development strategy
    - With the exception of a few documents related to market research and customer surveys regarding courses of interest
- Information regarding sales of courses in the field of nursing

Jesse

**Jessica Lanier** | **Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6923 | Fax 415.743.6910
jessica.lanier@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.