Exhibit 4

| Production Date | File Name | Bates Range |
|---|---|---|
| 20171114_prod_univ | Course approval #s and dates for reference.docx | ELT0051216-51220 |
| 20171114_prod_univ | prominence of courses v3.pptx | ELT0051221-51272 |
| 20171114_prod_univ | nursece4less - 11-19-2013.pdf | ELT0051273 |
| 20171114_prod_univ | nursece4less - 12-9-2013.pdf | ELT0051274 |
| 20171114_prod_univ | NurseCE4Less FB.pdf | ELT0051275 |
| 20171114_prod_univ | 2013 aging Ce4Less.pdf | ELT0051276-51277 |
| 20171114_prod_univ | 2013 head trauma Ce4Less.pdf | ELT0051278-51279 |
| 20171114_prod_univ | 2013 HIV Ce4Less.pdf | ELT0051280-51281 |
| 20171114_prod_univ | NetCE Jouria Compare.pdf | ELT0051282-51525 |
| 20171114_prod_univ | Copy of WIME_Nursing_Courses_2011-2015 (002).xlsx | ELT0051526 |
| 20171114_prod_univ | List of Courses 2011-2015.xlsx | ELT0051527 |
| 20171114_prod_univ | Elance Message History.pdf | ELT0051528-51531 |
| 20171114_prod_univ | LPNIL20E15.pdf | ELT0051532-51607 |
| 20171114_prod_univ | LPNIL20E15_Cov_4up_8-25-14.pdf | ELT0051608-51609 |
| 20171114_prod_univ | REDO_Non-Antibiotic_Antimicrobial_Pharmacology-A_Comprehensive_Review_Part_I.doc | ELT0051610-51724 |
| 20171114_prod_univ | REDO Part II_Non-_Antibiotic_Antimicrobial_Pharmacology.docx | ELT0051725-51833 |
| 20171114_prod_univ | REDO_Depression_vs._Dementia_PartII_Original with Edits tracked.docx | ELT0051834-51937 |
| 20171114_prod_univ | Cancer_and_Chemotherapy_Part_II_Original with Edits Tracked.docx | ELT0051938-52030 |
| 20171114_prod_univ | GERD_REDO_Original with Edits Tracked.docx | ELT0052031-52100 |