Exhibit 5

| Production Date | File Name | Bates Range |
|---|---|---|
| 20171121_Prod_Univ | PU Self-Study_Elite_Final_.pdf | ELT0052101-52202 |
| 20171121_Prod_Univ | AccreditationProcessTimeline.pdf | ELT0052203 |
| 20171121_Prod_Univ | NursePlannerInfo-ProviderDemoForm9-2013.pdf | ELT0052204-52205 |
| 20171121_Prod_Univ | Activity File 1_Elite_Final.pdf | ELT0052206-52291 |
| 20171121_Prod_Univ | Activity File 2_Elite_Final.pdf | ELT0052292-52374 |
| 20171121_Prod_Univ | Activity File 3_Elite_Final.pdf | ELT0052375-52459 |
| 20171205_Prod_Univ | Cert of Records.pdf | ELT0052460 |
| 20171205_Prod_Univ | Certification of Records.pdf | ELT0052461 |
| 20171205_Prod_Univ | Courses 2011-2017.PDF | ELT0052462-52473 |
| 20171205_Prod_Univ | Current Nurse Courses 11-9-17.xlsx | ELT0052474 |
| 20171205_Prod_Univ | NurseCe4Less Courses.xlsx | ELT0052475 |
| 20171215_Prod_Univ | Certification of Records - signed 121417.pdf | ELT0052476 |
| 20171215_Prod_Univ | 2013-2016 Elite Nursing.xlsx | ELT0052477 |