UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter -Defendant,

    vs.

CE RESOURCE, INC. d/b/a CME Resource and
NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on NetCE's Motion to Downward Designate the ANCC Records Pursuant to the Stipulated Protective Order (ECF No. 260 ), which was referred to United States Magistrate Judge Lurana S. Snow.  Local Rule 7.1(a)(3), requires a party to "confer (orally or in writing), or make a reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . . At the end of the motion, and above the signature block, counsel for the moving party shall certify" the result of the conference. This Court's General Order on Discovery Objections and Procedures (ECF No.  77) goes further.  It requires Counsel to confer, either in person or via telephone, and engage in a genuine effort to resolve discovery disputes before filing discovery motions.  Although Defendant certifies that on April 3,

2018 at 7:09 p.m., its counsel sent an email to Elite's counsel requesting Elite's agreement to the downward designation, Elite had not responded before Defendant filed its motion, which was filed in the afternoon of April 5, 2018.  NetCE's counsel apparently has made no effort to confer in person or via telephone as required by this Court.  With the Court being advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion (ECF No. 260) is DENIED WITHOUT PREJUDICE to file a motion which complies with this Court's General Order on Discovery Objections and Procedures.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of April, 2018.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record