

**Simultaneous Transcript Access Designation Form**
Southern District of Florida via Southern District of Florida          04/09/2018 04:27 PM
To: appealstranscripts
**Please respond to "Southern District of Florida "**

From: Bonnie Joy Lewis <caselawrptg@gmail.com>

New Simultaneous Transcript Access Designation Form

Submitted values are:

Your Name: Bonnie Joy Lewis
Your Email: caselawrptg@gmail.com
Case Number: 15-cv-61165-WPD
Case Style:  DR. JASSIN JOURIA v. CE RESOURCE, INC. d/b/a CME RESOURCE And
NetCE
Access rights are granted to the following attorney(s) of record:
Signature of court reporter: Bonnie J. Lewis
Date: Mon, 04/09/2018
Upload Transcript:
http://www.flsd.uscourts.gov/sites/flsd/files/webform/032218Jouria.pdf