UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC., d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Part Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

    Third Party Defendant.

_____/

## ORDER SETTING HEARING ON MOTION

THIS CAUSE is before the Court on Third Party Defendant Elite Professional Education, LLC's Motion to Strike Supplemental Report of James E. Pampinella (ECF No. 250) which was referred to Lurana S. Snow, United States Magistrate Judge. Being fully advised, it is hereby

ORDERED AND ADJUDGED that a hearing on Elite's Motion to Strike (ECF No. 250) will be held on April 17, 2018 at 1:30 p.m. in the Fort Lauderdale Division before Magistrate Judge Lurana S. Snow, 299 E. Broward Boulevard, Courtroom 203D, Fort Lauderdale, Florida 33301.

DONE AND ORDERED at Fort Lauderdale, Florida, this 10th day of April, 2018.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties