# Exhibit 1

| Production::Begin Bates | Production::End Bates |
| --- | --- |
| ANCC0000001 | ANCC0000086 |
| ANCC0000087 | ANCC0000169 |
| ANCC0000170 | ANCC0000254 |
| ANCC0000255 | ANCC0000255 |
| ANCC0000257 | ANCC0000257 |
| ANCC0000267 | ANCC0000366 |
| ANCC0000367 | ANCC0000487 |
| ANCC0000488 | ANCC0000568 |
| ANCC0000569 | ANCC0000573 |
| ANCC0000577 | ANCC0000578 |
| ANCC0000579 | ANCC0000580 |
| ANCC0000587 | ANCC0000587 |
| ANCC0000614 | ANCC0000616 |
| ANCC0000617 | ANCC0000619 |
| ANCC0000620 | ANCC0000621 |
| ANCC0000625 | ANCC0000626 |
| ANCC0000627 | ANCC0000628 |
| ANCC0000629 | ANCC0000630 |
| ANCC0000631 | ANCC0000637 |
| ANCC0000638 | ANCC0000640 |
| ANCC0000641 | ANCC0000643 |
| ANCC0000649 | ANCC0000674 |
| ANCC0000675 | ANCC0000700 |
| ANCC0000701 | ANCC0000726 |
| ANCC0000727 | ANCC0000765 |
| ANCC0000766 | ANCC0000805 |
| ANCC0000806 | ANCC0000808 |
| ANCC0000811 | ANCC0000813 |
| ANCC0000814 | ANCC0000827 |
| ANCC0000828 | ANCC0000841 |
| ANCC0000842 | ANCC0000855 |
| ANCC0000856 | ANCC0000868 |
| ANCC0000869 | ANCC0000881 |
| ANCC0000882 | ANCC0000890 |
| ANCC0000891 | ANCC0000894 |
| ANCC0000895 | ANCC0000899 |
| ANCC0000900 | ANCC0000900 |
| ANCC0000901 | ANCC0000901 |
| ANCC0000902 | ANCC0000905 |
| ANCC0000906 | ANCC0000909 |
| ANCC0000917 | ANCC0000917 |
| ANCC0000918 | ANCC0000919 |
| ANCC0000920 | ANCC0000924 |
| ANCC0000926 | ANCC0000926 |
| ANCC0000927 | ANCC0000928 |
| ANCC0000930 | ANCC0001031 |
| ANCC0001033 | ANCC0001034 |