UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-61165-CIV-DIMITROULEAS/Snow

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION,

    Third Party Defendant.

_____/

**ORDER TO RESPOND**

THIS CAUSE is before the Court on NetCE's Renewed Motion to Downward Designate Non-Party American Nurses Credentialing Center's Records Pursuant to the Stipulated Protective Order (ECF No. 267), which was referred to United States Magistrate Judge Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that on or before April 20, 2018, Elite Continuing Education shall file a response to the motion which shall not exceed three pages in length.  Relevant exhibits may be attached.  After reviewing the parties' papers, the Court will determine whether a hearing is necessary, and if so, will set the matter on the next available discovery calendar.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of April, 2018.

                                                  LURANA S. SNOW
                                                  UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record