**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

        Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

        Third Party Defendants.

_____/

**Notice of Magistrate Snow's Ruling Regarding Elite's Motion to Strike [DE 250]**
**NetCE's Untimely Supplemental Expert Damages Report**

      Third-Party Defendant Elite Professional Education, LLC hereby notifies the Court of Magistrate Judge Lurana S. Snow's April 18, 2018 Order [DE 273] granting Elite's Motion to Strike the Supplemental Report of James E. Pampinella [DE 250].  See Ex. A.  Judge Snow's Order granting Elite's Motion to Strike is relevant to Elite's *Daubert* Motion to Exclude Expert Testimony [DE 217] and, in particular, NetCE's Response in Opposition [DE 245] that relied on the Supplemental Report.

Dated: April 18, 2018

                                      Respectfully submitted,

                                      /s/Peter A. Chiabotti
                                      Peter A. Chiabotti
                                      Florida Bar No. 0602671
                                      Kristen M. McKinney
                                      Florida Bar No. 96677
                                      AKERMAN LLP
                                      777 South Flagler Drive
                                      Suite 1100, West Tower
                                      West Palm Beach, FL 33401
                                      Telephone: (561) 653-5000
                                      Fax: (561) 659-6313
                                      Email: peter.chiabotti@akerman.com
                                      Email: kristen.mckinney@akerman.com

                                      J. Mark Wilson (*pro hac vice*)
                                      markwilson@mvalaw.com
                                      Kathryn G. Cole (*pro hac vice*)
                                      katecole@mvalaw.com
                                      MOORE & VAN ALLEN PLLC

44962347;1

100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159

*Attorneys for Third Party Defendant*
*Elite Professional Education, LLC*

## Certificate of Service

I hereby certify that on April 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Peter A. Chiabotti
Peter A. Chiabotti

## Service List

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email:  jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*

44962347;1

2