## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

      Third-Party Defendants.

_____/

### Notice of Unavailability

PLEASE TAKE NOTICE that *trial counsel* Kathryn G. Cole of the law firm of Moore & Van Allen PLLC will be unavailable from June 13, 2018 through June 18, 2018. It is respectfully requested that no hearings or other proceedings be scheduled in this case during the above-listed period.

Dated: April 30, 2018

                                              Respectfully submitted,

                                              By: /s/Peter A. Chiabotti
                                              Peter A. Chiabotti
                                              Florida Bar No. 0602671
                                              Kristen M. McKinney
                                              Florida Bar No. 96677
                                              AKERMAN LLP
                                              777 South Flagler Drive
                                              Suite 1100, West Tower
                                              West Palm Beach, FL 33401
                                              Telephone: (561) 653-5000
                                              Fax: (561) 659-6313
                                              Email: peter.chiabotti@akerman.com
                                              Email: kristen.mckinney@akerman.com

45021680;2

        J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

*Attorneys for Third-Party Defendant Elite Professional Education, LLC*

**Certificate of Service**

I hereby certify that on April 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Peter A. Chiabotti
Peter A. Chiabotti

**Service List**

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email: jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*