IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

**Third Party Defendant Elite Professional Education, LLC's Notice Of Filing Pursuant To Local Rule 16.1(d) and Fed. R. Civ. P. 26(a)(3)**

Pursuant to Local Rule 16.1(d) and Fed. R. Civ. P. 26(a)(3), Third Party Defendant Elite Professional Education, LLC ("Elite") provides notice of filing and service of the following:

- Elite's Exhibit List
- Elite's Witness List
- Elite's Deposition Designations

Date: April 30, 2018

Respectfully submitted,

By: /s/Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313

45080063;1

Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*

### Certificate of Service

I hereby certify that on April 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Peter A. Chiabotti
Peter A. Chiabotti

### Service List

| | |
|---|---|
| Richard S. Ross<br>915 SE 2nd Court<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 252-9110<br>Fax: (954) 252-9192<br>Email: prodp@ix.netcom.com<br>*Attorney for Plaintiff Dr. Jassin Jouria*<br><br>Philip E. Rothschild<br>Holland & Knight, LLP<br>515 East Las Olas Blvd., 12th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 525-1000<br>Fax: (954) 463-2030<br>Email: phil.rothschild@hklaw.com<br>*Attorney for CE Resource, Inc. d/b/a*<br>*CME Resource and NetCE* | Peter A. Chiabotti<br>Florida Bar No. 0602671<br>Kristen M. McKinney<br>Florida Bar No. 96677<br>Akerman LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401<br>Telephone: (561) 653-5000<br>Fax: (561) 659-6313<br>Email: peter.chiabotti@akerman.com<br>Email: kristen.mckinney@akerman.com<br>*Attorneys for Third-Party Defendant*<br>*Elite Professional Education, LLC*<br><br>J. Mark Wilson (*pro hac vice*)<br>Kathryn G. Cole (*pro hac vice*)<br>Moore & Van Allen PLLCS |

2

| | |
|---|---|
| John P. Kern<br>Jessica E. Lanier<br>Holland & Knight, LLP<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone: (415) 743-6900<br>Fax: (415) 743-6910<br>Email: john.kern@hklaw.com<br>Email: jessica.lanier@hklaw.com<br>*Attorneys for CE Resource, Inc. d/b/a*<br>*CME Resource and NetCE* | 100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>Telephone: (704) 331-1000<br>Fax: (704) 331-1159<br>Email: markwilson@mvalaw.com<br>Email: katecole@mvalaw.com<br>*Attorneys for Third-Party Defendant*<br>*Elite Professional Education, LLC* |

3

45080063;1