## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

        Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

        Third Party Defendants.

_____/

## THIRD PARTY DEFENDANT ELITE PROFESSIONAL EDUCATION, LLC'S EXHIBIT LIST

    Pursuant to Local Rule 16.1(d) and Fed. R. Civ. P. 26(a)(3)(A)(iii), Third Party

Defendant Elite Professional Education, LLC ("Elite") identifies the following exhibits that Elite

expects to offer at trial and those it may offer if the need arises.

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|---------------|-------------|------------------|-----------|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | Depo. Ex. 27 | November 8, 2013 Independent Contractor Agreements between Elite and Jouria with Exhibits, JOURIA00000807-00000827 | x | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |
| 31 | | | | |
| 32 | | | | |
| 33 | | | | |
| 34 | | | | |
| 35 | Depo. Ex. 35 | January 24, 2013 Elance Job Posting, "Writer for Nursing Continuing Education Courses" | x | |
| 36 | Depo. Ex. 36 | January 26, 2013 Email Chain with MedCreds, "Proposal" | x | |
| 37 | Depo. Ex. 37 | Email Chain, "Course/Invoice", JOURIA00000041-00000059 | | x |
| 38 | | | | |
| 39 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|----------------|-------------|------------------|-----------|
| 40 | | | | |
| 41 | | | | |
| 42 | Depo. Ex. 42 | NetCE's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third-Party Complaint (DE 36) | | x |
| 43 | Depo Ex. 43 | February 3, 2013 Email Chain with MedCreds (ELT0051528-0051531) | x | |
| 44 | Depo. Ex. 44 | January 30, 2013 Independent Contractors Agreement | x | |
| 45 | Depo. Ex. 45 | February 6, 2013 Email Chain, "RE: Jassin Jouria_Women and Heart Disease" | x | |
| 46 | Depo. Ex. 46 | November 11, 2013 Email Chain, "Re: Contract and courses" | x | |
| 47 | Depo. Ex. 47 | October 16, 2015 Email Chain, "Re: Letter from NetCe Attorney" | | x |
| 48 | | | | |
| 49 | | | | |
| 50 | | | | |
| 51 | | | | |
| 52 | | | | |
| 53 | | | | |
| 54 | | | | |
| 55 | | | | |
| 56 | | | | |
| 57 | | | | |
| 58 | | | | |
| 59 | | | | |
| 60 | | | | |
| 61 | | | | |
| 62 | | | | |
| 63 | | | | |
| 64 | | | | |
| 65 | | | | |
| 66 | | | | |
| 67 | | | | |
| 68 | | | | |
| 69 | | | | |
| 70 | | | | |
| 71 | Depo. Ex. 71 | Subpoena to Alpine | | x |
| 72 | | | | |
| 73 | Depo. Ex. 73 | Alpine Document Production, ALP0001-0080 | x | |
| 74 | Depo. Ex. 74 | Notice of Rule 30(b)(6) Deposition of NetCE | | x |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|---------------|-------------|------------------|-----------|
| 75 | Depo. Ex. 75 | NetCE's Responses to Elite's First Set of Interrogatories with Verification | | x |
| 76 | | | | |
| 77 | Depo. Ex. 77 | Compilation of Emails Produced by NetCE | | x |
| 78 | Depo. Ex. 78 | Compilation of Emails Produced by NetCE | | x |
| 79 | | | | |
| 80 | | | | |
| 81 | | | | |
| 82 | | | | |
| 83 | | | | |
| 84 | | | | |
| 85 | | | | |
| 86 | Depo. Ex. 86 | August 17, 2015 Email Chain, "helpspot 161555" | | x |
| 87 | Depo. Ex. 87 | February 13, 2013 Email Chain, "RE: GI Proposal" | | x |
| 88 | | | | |
| 89 | | | | |
| 90 | | | | |
| 91 | | | | |
| 92 | | | | |
| 93 | DE 93 | Elite's Answer to Third Party Complaint and Counterclaims | | x |
| 94 | | | | |
| 95 | DE 95 | NetCE's Answer to Third-Party Defendant Elite Continuing Education, Inc.'s Complaint and Counterclaims | | x |
| 96 | | | | |
| 97 | | | | |
| 98 | | | | |
| 99 | | | | |
| 100 | | | | |
| 101 | | | | |
| 102 | | | | |
| 103 | | | | |
| 104 | | | | |
| 105 | | | | |
| 106 | | | | |
| 107 | | | | |
| 108 | | | | |
| 109 | | | | |
| 110 | | | | |
| 111 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|----------------|-------------|------------------|-----------|
| 112 | | | | |
| 113 | | | | |
| 114 | | | | |
| 115 | | | | |
| 116 | | | | |
| 117 | | | | |
| 118 | | | | |
| 119 | | | | |
| 120 | | | | |
| 121 | DE 121 | Stipulation of Partial Dismissal by NetCE and Elite and Withdrawal of Elite's Motion for Judgment on the Pleadings | | x |
| 122 | | | | |
| 123 | | | | |
| 124 | | | | |
| 125 | | | | |
| 126 | | | | |
| 127 | | | | |
| 128 | | | | |
| 129 | | | | |
| 130 | | | | |
| 131 | | | | |
| 132 | | | | |
| 133 | | | | |
| 134 | | | | |
| 135 | | | | |
| 136 | | | | |
| 137 | | | | |
| 138 | | | | |
| 139 | | | | |
| 140 | | | | |
| 141 | | | | |
| 142 | | | | |
| 143 | | | | |
| 144 | | | | |
| 145 | | | | |
| 146 | | | | |
| 147 | | | | |
| 148 | | | | |
| 149 | | | | |
| 150 | | | | |
| 151 | | | | |
| 152 | | | | |
| 153 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|----------------|-------------|------------------|-----------|
| 154 | | | | |
| 155 | | | | |
| 156 | | | | |
| 157 | | | | |
| 158 | | | | |
| 159 | | | | |
| 160 | | | | |
| 161 | | | | |
| 162 | | | | |
| 163 | | | | |
| 164 | | | | |
| 165 | | | | |
| 166 | | | | |
| 167 | | | | |
| 168 | DE 168 | Stipulation of Partial Dismissal by NetCE and Elite (NetCE's Claim Four: Tortious Interference with Contractual Relations) | | x |
| 169 | | | | |
| 170 | | NetCE's Responses to Elite's Second Set of Interrogatories with Verification, served on November 15, 2017 | | x |
| 171 | | NetCE's First Set of Requests for Production of Documents and Things to Elite, served on August 25, 2017 | | x |
| 172 | | NetCE's Responses to Jouria's First Set of Interrogatories, served on July 3, 2017 | | x |
| 173 | | NetCE's First Supplemental Responses to Jouria's First Set of Interrogatories, served on August 30, 2017 | | x |
| 174 | | | | |
| 175 | | | | |
| 176 | | | | |
| 177 | | | | |
| 178 | | | | |
| 179 | | | | |
| 180 | | | | |
| 181 | | | | |
| 182 | | | | |
| 183 | | | | |
| 184 | | | | |
| 185 | | | | |
| 186 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---|---|---|---|---|
| 187 | | | | |
| 188 | | | | |
| 189 | | | | |
| 190 | | | | |
| 191 | | | | |
| 192 | | | | |
| 193 | | | | |
| 194 | | | | |
| 195 | | | | |
| 196 | | | | |
| 197 | | | | |
| 198 | | | | |
| 199 | | | | |
| 200 | NETCEB0004546 | November 26, 2013 Email, "Re: NurseCE4Less" | | x |
| 201 | NETCEB0005992 | April 02, 2014 Email, "Re: William A Cook" | | x |
| 202 | NETCEB0006146 | August 13, 2015 Email, "RE: Did Elite buy them. Jouria on his own?" | | x |
| 203 | NETCEB0026884 | October 04, 2016 Email, "Elite ancc" | | x |
| 204 | NETCEB0026924-0026925 | June 09, 2015 Email Chain, "RE: Elite" | | x |
| 205 | NETCEB0032340-0032341 | April 14, 2011 Email Chain, "Re: Competitor Social Work Catalog" | | x |
| 206 | NETCEB0032353 | May 18, 2012 Email Chain, "Re: CE Broker Going Nationwide" | | x |
| 207 | NETCEB0032356-0032357 | March 02, 2012 Email Chain, "Re: Elite CA Catalog" | | x |
| 208 | NETCEB0032437 | April 14, 2013 Email, "Fwd: Google Alert - elitecme.com" | | x |
| 209 | NETCEB0032872-0032873 | December 14, 2013 Email Chain, "Re: Elite's FB Post" | | x |
| 210 | NETCEB0032902-0032903 | October 30, 2013 Email Chain, "Re: 3V Discussion" | | x |
| 211 | NETCEB0035065 | November 05, 2013 Email Chain, "RE: Thanks Again" | | x |
| 212 | NETCEB0003115-0003116 | May 09, 2016 Email, "Re: Legal" | | x |
| 213 | NETCEB0004496 | April 07, 2016 Email, "RE: Jouria" | | x |
| 214 | NETCEB0004497-0004499 | April 04, 2016 Email, "RE: Lawsuit documentation" | | x |
| 215 | NETCEB0004505 | December 05, 2015 Email, "RE: The 2016 pipeline" | | x |
| 216 | NETCEB0004522 | July 02, 2015 Email, "Follow-up" | | x |
| 217 | NETCEB0006136 | November 13, 2015 Email, "Re: EliteCME/Alpine Investments" | | x |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|--------------|-------------|------------------|-----------|
| 218 | NETCEB0006161 | June 18, 2016 Email, "Re: INFORMED - Home Page" | | x |
| 219 | NETCEB0026881 | October 14, 2016 Email, "Sent from Snipping Tool" | | x |
| 220 | NETCEB0026890 | March 29, 2016 Email, "Fwd: Elite Using ANCC in URL" | | x |
| 221 | NETCEB0026919 | April 19, 2016 Email, "RE: Elite ANCC" | | x |
| 222 | NETCEB0026921 | April 14, 2016 Email, "RE: Elite" | | x |
| 223 | NETCEB0026923 | April 06, 2016 Email, "Elite ANCC Complaint" | | x |
| 224 | NETCEB0028618 | March 29, 2012 Email, "Florida cosmetology course" | | x |
| 225 | NETCEB0032336-0032339 | May 06, 2011 Email, "Re: Mental Health Catalog Covers" | | x |
| 226 | NETCEB0032445 | February 04, 2013 Email, "RE: Price Matching" | | x |
| 227 | NETCEB0032796-0032799 | November 03, 2014 Email, "Re: FLMHP15 Adwords Campaign" | | x |
| 228 | NETCEB0032800 | October 17, 2014 Email, "Re: Elite" | | x |
| 229 | NETCEB0032805 | July 09, 2014 Email, "Re: Elite" | | x |
| 230 | NETCEB0032969 | February 06, 2015 Email, "Elite NY & NJ SWs" | | x |
| 231 | NETCEB0034348 | May 11, 2016 Email, "Re: Elite and Careisma Scrubs" | | x |
| 232 | NETCEB0032443-0032444 | January 31, 2013 Email, "Jackie Spivey wants to know why our courses are so expensive" | | x |
| 233 | NETCEB0006135 | November 13, 2015 Email, "Re: EliteCME /Alpine Investments" | | x |
| 234 | NETCEB0005264-0005265 | April 09, 2012 Email Chain, "RE: CE/CME Author" | | x |
| 235 | NETCEB0003017 | September 18, 2012 Email, "New Course Proposals - Pharmacology" | | x |
| 236 | NETCEB0003040-0003043 | July 09, 2012 Email Chain, "RE: Decubitus Ulcers Monograph" | | x |
| 237 | NETCEB0005077 | September 26, 2012 Email Chain, "RE: Future Topics" | | x |
| 238 | NETCEB0003006-0003007 | January 04, 2013 Email Chain, "Re: Thank you!" | | x |
| 239 | NETCEB0003002 | February 10, 2013 Email Chain, "Re: Course Updates" | | x |
| 240 | NETCEB0021745 | Notification letters.docx | | x |
| 241 | NETCEB0017845-0017858 | Catalog History 2013-Present (LATEST).pdf | | x |
| 242 | NETCEB0034794-0034806 | 2014 Catalog Schedule.doc | | x |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|---------------|-------------|------------------|-----------|
| 243 | NETCEB0024462-0024473 | 2015 Catalog Schedule Draft_Julie.pdf | | x |
| 244 | NETCEB0003146-0003147 | March 29, 2016 Email Chain, "RE: Elite Now ANCC" | | x |
| 245 | NETCEB0004526 | May 19, 2015 Email Chain, "RE: ANCC Complaint follow up" | | x |
| 246 | NETCEB0026863 | April 19, 2016 Email, "Complaint regarding an accredited organization" | | x |
| 247 | NETCEB0032347 | November 4, 2012 Email Chain, "Re: Elite" | | x |
| 248 | NETCEB0033006 | February 4, 2014 Email Chain, "Re: Georgia" | | x |
| 249 | NETCEB0033180 | June 1, 2015 Email, "Complaint Regarding Elite to NBCC" | | x |
| 250 | NETCEB0034342 | April 1, 2016 Email Chain, "Fwd: Your Password Reset Request" | | x |
| 251 | NETCEB0003731-0003732 | February 25, 2017 Email Chain, "RE: Checking in" | | x |
| 252 | NETCEB0014274-0014275 | productid_3123.pdf (NetCE's FL14A Cover) | | x |
| 253 | NETCEB0014384-0014385 | productid_3126.pdf (NetCE's FL14B Cover) | | x |
| 254 | NETCEB0014502-0014503 | productid_3192.pdf (NetCE's GCA14 Cover) | | x |
| 255 | NETCEB0014808-0014809 | productid_3215.pdf (NetCE's GTX14 Cover) | | x |
| 256 | NETCEB0015045-0015046 | productid_3271.pdf (NetCE's OH14 Cover) | | x |
| 257 | NETCEB0015493-0015494 | productid_3318.pdf (NetCE's GIA14 Cover) | | x |
| 258 | NETCEB0016035-0016036 | productid_3390.pdf (NetCE's GKY14 Cover) | | x |
| 259 | NETCEB0004525 | June 3, 2015 Email, "Elite catalogs" | | x |
| 260 | NETCEB0005322 | June 16, 2017 Email, "Documentation" | | x |
| 261 | NETCEB0035001-0035017 | Marketing plan 2016 Exec Summary.docx | | x |
| 262 | | | | |
| 263 | | | | |
| 264 | | | | |
| 265 | | | | |
| 266 | | | | |
| 267 | | | | |
| 268 | | | | |
| 269 | | | | |
| 270 | | | | |
| 271 | | | | |
| 272 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---|---|---|---|---|
| 273 | | | | |
| 274 | | | | |
| 275 | | | | |
| 276 | | | | |
| 277 | | | | |
| 278 | | | | |
| 279 | | | | |
| 280 | | | | |
| 281 | | | | |
| 282 | | | | |
| 283 | | | | |
| 284 | | | | |
| 285 | | | | |
| 286 | | | | |
| 287 | | | | |
| 288 | | | | |
| 289 | | | | |
| 290 | | | | |
| 291 | | | | |
| 292 | | | | |
| 293 | | | | |
| 294 | | | | |
| 295 | | | | |
| 296 | | | | |
| 297 | | | | |
| 298 | | | | |
| 299 | | | | |
| 300 | ELT0007870-0007873 | March 11, 2013 Email, "RE: Jassin Jouria_Women and Heart Disease" | x | |
| 301 | ELT0007884 | February 06, 2013 Email, "RE: Jassin Jouria_Women and Heart Disease" | x | |
| 302 | ELT0000435-0000436 | April 10, 2013 Email, "Re: Course/Invoice" | x | |
| 303 | ELT0000439-0000440 | May 25, 2013 Email, "Re: New Course: Depression vs. Dementia in the Elderly (Parts I and II)" | x | |
| 304 | ELT0000470 | April 23, 2013 Email, "Re: Cancer Part I" | x | |
| 305 | ELT0008125-0008126 | February 06, 2013 Email, "Re: Jassin Jouria_Women and Heart Disease" | x | |
| 306 | ELT0008500 | July 18, 2013 Email, "Re: Course" | x | |
| 307 | ELT0001303-0001316 | November 10, 2013 Email, "Re: Contract and courses" | x | |
| 308 | ELT0013854 | September 19, 2013 Email, "Phone conference" | x | |
| 309 | ELT0000562-0000563 | June 10, 2013 Email Chain, "FW: Bio" | x | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---|---|---|---|---|
| 310 | ELT0000564 | JassinJouriaMD_Bio.docx | x | |
| 311 | ELT0011373-0011374 | November 16, 2015 Email Chain, "FW: Nursing Investigation Quant Questionnaire" | x | |
| 312 | ELT0011375-0011393 | McKissock Nursing Investigation Quantitative Survey 1.10.12.docx | x | |
| 313 | ELT0012013-0012014 | October 7, 2013 Email, "Conference Call" | x | |
| 314 | ELT0012015-0012016 | December 2, 2013 Email, "Contract Attachments - Managing Back Pain: Acute and Chronic and A Comprehensive Nursing Review of Chest Trauma" | x | |
| 315 | ELT0012021-0012022 | AUTHOR GUIDELINES & PROCESS.doc | x | |
| 316 | ELT0012050 | February 18, 2013 Email Chain, "Fwd: Nursing Investigation Quantitative Report" | x | |
| 317 | ELT0012051-0012108 | McKissock Nursing Investigation Full Report 2.15.13.pptx | x | |
| 318 | ELT0012110 | McKissock Nursing Investigation Invoice 3.pdf | x | |
| 319 | ELT0001259-0001260 | January 10, 2014 Email Chain, "Fwd: The Basics of Pharmacology for Nurses - New Course at NurseCe4Less" | x | |
| 320 | ELT0001285-0001289 | JassinJouria-resume.pdf | x | |
| 321 | ELT0001303-0001316 | November 10, 2013 Email Chain, "Re: Contract and courses" | x | |
| 322 | ELT0001355 | June 13, 2013 Email, "one of our biggest allied health competitors" | x | |
| 323 | ELT0001356-0001382 | Care2Learn Course Catalog.pdf | x | |
| 324 | | | | |
| 325 | | | | |
| 326 | | | | |
| 327 | | | | |
| 328 | | | | |
| 329 | | | | |
| 330 | | | | |
| 331 | | | | |
| 332 | | | | |
| 333 | | | | |
| 334 | | | | |
| 335 | | | | |
| 336 | | | | |
| 337 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|---------------|-------------|------------------|-----------|
| 338 | | | | |
| 339 | | | | |
| 340 | | | | |
| 341 | | | | |
| 342 | | | | |
| 343 | | | | |
| 344 | | | | |
| 345 | | | | |
| 346 | | | | |
| 347 | | | | |
| 348 | | | | |
| 349 | | | | |
| 350 | | | | |
| 351 | | | | |
| 352 | | | | |
| 353 | | | | |
| 354 | | | | |
| 355 | | | | |
| 356 | | | | |
| 357 | | | | |
| 358 | | | | |
| 359 | | | | |
| 360 | | | | |
| 361 | | | | |
| 362 | | | | |
| 363 | | | | |
| 364 | | | | |
| 365 | | | | |
| 366 | | | | |
| 367 | | | | |
| 368 | | | | |
| 369 | | | | |
| 370 | | | | |
| 371 | | | | |
| 372 | | | | |
| 373 | | | | |
| 374 | | | | |
| 375 | | | | |
| 376 | | | | |
| 377 | | | | |
| 378 | | | | |
| 379 | | | | |
| 380 | | | | |
| 381 | | | | |
| 382 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---|---|---|---|---|
| 383 | | | | |
| 384 | | | | |
| 385 | | | | |
| 386 | | | | |
| 387 | | | | |
| 388 | | | | |
| 389 | | | | |
| 390 | | | | |
| 391 | | | | |
| 392 | | | | |
| 393 | | | | |
| 394 | | | | |
| 395 | | | | |
| 396 | | | | |
| 397 | | | | |
| 398 | | | | |
| 399 | | | | |
| 400 | ELT0051216-0051220 | Course approval #s and dates for reference.docx | | x |
| 401 | ELT0051221-0051272 | prominence of courses v3.pptx | | x |
| 402 | ELT0051526 | Copy of WIME_Nursing_Courses_2011-2015 (002).xlsx (Wild Iris) | | x |
| 403 | ELT0051527 | List of Courses 2011-2015.xlsx (OnCourse Learning) | | x |
| 404 | ELT0052460 | Cert of Records.pdf (NurseCE4Less) | | x |
| 405 | ELT0052461 | Certification of Records.pdf (CEUfast) | | x |
| 406 | ELT0052462-0052473 | Courses 2011-2017.PDF (CEUfast) | | x |
| 407 | ELT0052474 | Current Nurse Courses 11-9-17.xlsx (NurseCE4Less) | | x |
| 408 | ELT0052475 | NurseCe4Less Courses.xlsx | | x |
| 409 | ELT0052476 | Certification of Records - signed 121417.pdf (OnCourse Learning) | | x |
| 410 | | Elite's Notice of Non-Party Subpoenas to NetCE, served on October 31, 2017 | | x |
| 411 | | Subpoena to NurseCE4Less | | x |
| 412 | | Subpoena to Wild Iris | | x |
| 413 | | Subpoena to CEUfast | | x |
| 414 | | Subpoena to OnCourse Learning | | x |
| 415 | | Subpoena to MasterCPE | | x |
| 416 | | Subpoena to Strafford | | x |
| 417 | | | | |
| 418 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---|---|---|---|---|
| 419 | | | | |
| 420 | | | | |
| 421 | | | | |
| 422 | | | | |
| 423 | | | | |
| 424 | | | | |
| 425 | | | | |
| 426 | | | | |
| 427 | | | | |
| 428 | | | | |
| 429 | | | | |
| 430 | | | | |
| 431 | | | | |
| 432 | | | | |
| 433 | | | | |
| 434 | | | | |
| 435 | | | | |
| 436 | | | | |
| 437 | | | | |
| 438 | | | | |
| 439 | | | | |
| 440 | | | | |
| 441 | | | | |
| 442 | | | | |
| 443 | | | | |
| 444 | | | | |
| 445 | | | | |
| 446 | | | | |
| 447 | | | | |
| 448 | | | | |
| 449 | | | | |
| 450 | | | | |
| 451 | | | | |
| 452 | | | | |
| 453 | | | | |
| 454 | | | | |
| 455 | | | | |
| 456 | | | | |
| 457 | | | | |
| 458 | | | | |
| 459 | | | | |
| 460 | | | | |
| 461 | | | | |
| 462 | | | | |
| 463 | | | | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|----------------|-------------|------------------|-----------|
| 464 | | | | |
| 465 | | | | |
| 466 | | | | |
| 467 | | | | |
| 468 | | | | |
| 469 | | | | |
| 470 | | | | |
| 471 | | | | |
| 472 | | | | |
| 473 | | | | |
| 474 | | | | |
| 475 | | | | |
| 476 | | | | |
| 477 | | | | |
| 478 | | | | |
| 479 | | | | |
| 480 | | | | |
| 481 | | | | |
| 482 | | | | |
| 483 | | | | |
| 484 | | | | |
| 485 | | | | |
| 486 | | | | |
| 487 | | | | |
| 488 | | | | |
| 489 | | | | |
| 490 | | | | |
| 491 | | | | |
| 492 | | | | |
| 493 | | | | |
| 494 | | | | |
| 495 | | | | |
| 496 | | | | |
| 497 | | | | |
| 498 | | | | |
| 499 | | | | |
| 500 | NETCEB0020595-0020596 | Payment Schedule.pdf | | x |
| 501 | NETCEB0020621 | Wire Transfer.pdf | | x |
| 502 | NETCEB0020682 | Cancer and Chemotherapy_Author Payment.pdf | | x |
| 503 | NETCEB0022125 | Payment Schedule_Clinical Cardiovascular Pharmacology.pdf | | x |
| 504 | NETCEB0022138 | Wire Transfer_Clinical Cardiovascular Pharmacology.pdf | | x |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---|---|---|---|---|
| 505 | NETCEB0022150 | Author Payment_Depression vs. Dementia in the Elderly.pdf | | x |
| 506 | NETCEB0023685 | Payment Schedule_Nonantibiotic Antimicrobial Pharmacology A Review.pdf | | x |
| 507 | NETCEB0023711 | Wire Transfer_Nonantibiotic Antimicrobial Pharmacology A Review.pdf | | x |
| 508 | NETCEB0024158 | Author Payment_The Lymphatic and Immune Systems A Review.pdf | | x |
| 509 | NETCEB0024581 | Author Payment.GERD.pdf | | x |
| 510 | NETCEB0028691 | Payment Schedule.pdf | | x |
| 511 | NETCEB0028697 | Wire Transfer_Jouria.pdf | | x |
| 512 | NETCEB0030439 | Jouria Wire Transfer.pdf | | x |
| 513 | NETCEB0031161 | Author Payment_Jouria.pdf | | x |
| 514 | NETCEB0034167 | 00000000C13168FA772A224191C915317FB2AF28C45F3900.msg | | x |
| 515 | NETCEB0034377 | Final Adj and Revised BS and IS 2014.xlsx | | x |
| 516 | NETCEB0034584 | 00000000E4C287A496310444BCF702366F1C092024602300.msg | | x |
| 517 | NETCEB0034863 | 2016.06.28 DOME expense.xlsx | | x |
| 518 | NETCEB0035149 | 2016.12.31 Departmental Expense Report.xlsx | | x |
| 519 | NETCEB0035196 | 8.2_CE Monthly P _And_ L 2015-2016 at July 2016 latest (1).xlsx | | x |
| 520 | NETCEB0035202-0035207 | Draft P L and BS Dec 31 2016.pdf | | x |
| 521 | NETCEB0035209-0035210 | IT CapEx Est Support.pdf | | x |
| 522 | NETCEB0035222 | May 2016 12 month P&L.xlsx | | x |
| 523 | NETCEB0037040 | 00000000AFFD0D05427EBF4095C3412772B48D8184232700.msg | | x |
| 524 | NETCEB0037133-0037134 | 00000000E4C287A496310444BCF702366F1C092084DE2300.msg | | x |
| 525 | NETCEB0037220 | CE Profit and Loss 2016 at July 2016 latest.xlsx | | x |
| 526 | NETCEB0037279-0037326 | NetCE - Investment Memo 2012.12.12 (distribution).pptx | | x |
| 527 | ALP0001-0061 | NetCE Financials from Alpine Document Production | x | |
| 528 | ELT0052477 | 2013-2016 Elite Nursing.xlsx | | x |
| 529 | | Tab 1 to Rebuttal Expert Report, Curriculum Vitae | x | |
| 530 | | Tab 2 to Rebuttal Expert Report, List of Documents Considered | x | |

16

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|---------------|-------------|------------------|-----------|
| 531 | | Exhibit 1A of Tab 3 to Rebuttal Expert Report, Profit Disgorgement - 2013-2017 | x | |
| 532 | | Exhibit 1.1A of Tab 3 to Rebuttal Expert Report, Elite Courses Authored by Jouria - Revenue - 2013-2017 | x | |
| 533 | | Exhibit 1B of Tab 3 to Rebuttal Expert Report, Unjust Enrichment - Profit Disgorgement - 2013-2017 - Alternative Scenario | x | |
| 534 | | Exhibit 1.1B of Tab 3 to Rebuttal Expert Report, Elite Courses Authored by Jouria - Allocated Revenue - Pampinella Allocation Method - 2013-2017 | x | |
| 535 | | Exhibit 1.2 of Tab 3 to Rebuttal Expert Report, Amount Elite Paid to Jouria for Accused Courses | x | |
| 536 | | Exhibit 2 of Tab 3 to Rebuttal Expert Report, Actual Damages - Direct Costs Incurred by NetCE Related to the Courses at Issue | x | |
| 537 | | Exhibit 3 of Tab 3 to Rebuttal Expert Report, CE Resource, Inc. - Profit and Loss Statement 2014-2016 | x | |
| 538 | | Exhibit 4 of Tab 3 to Rebuttal Expert Report, Elite Continuing Education - Profit and Loss Statement - 2013-2016 | x | |
| 539 | | Exhibit 4.1 of Tab 3 to Rebuttal Expert Report, Elite Continuing Education - Nursing Profession - Profit and Loss Statement - 2013-2016 | x | |
| 540 | | Exhibit 5 of Tab 3 to Rebuttal Expert Report, NetCE Catalog Analysis - Summary | x | |
| 541 | | Exhibit 5.1 of Tab 3 to Rebuttal Expert Report, NetCE Catalog Analysis - Course by Year and State Licensure | x | |
| 542 | | Exhibit 5.2 of Tab 3 to Rebuttal Expert Report, NetCE Catalog Analysis - Catalogs Sold by Market (State) | x | |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---|---|---|---|---|
| 543 | | Exhibit 5.3 of Tab 3 to Rebuttal Expert Report, NetCE Catalog Analysis - Unique Courses Offered within NetCE's Catalogs | x | |
| 544 | | Exhibit 6 of Tab 3 to Rebuttal Expert Report, NetCE Revenue for Catalogs Containing 2014 Course Authored by Dr. Jouria | x | |
| 545 | | Exhibit 7 of Tab 3 to Rebuttal Expert Report, Mr. Pampinella's Lost Profits as a Percentage of Actual Operating Profits - 2015-2016 | x | |
| 546 | | Exhibit 8 of Tab 3 to Rebuttal Expert Report, Revenue Attributable to Course by Catalog - Recreation of Mr. Pampinella's Analysis | x | |
| 547 | | Exhibit 9 of Tab 3 to Rebuttal Expert Report, Alternative Lost Profits Calculation - Summary | x | |
| 548 | | Exhibit 9.1 of Tab 3 to Rebuttal Expert Report, Alternative Lost Profits Calculation - Individual Course Revenue Summuary | x | |
| 549 | | Exhibit 9.2 of Tab 3 to Rebuttal Expert Report, Alternative Lost Profits Calculation - Individual Course Lifetime Revenue | x | |
| 550 | | Exhibit 9.3 of Tab 3 to Rebuttal Expert Report, Alternative Lost Profits Calculation - NetCE Gross Profit Percentage | x | |
| 551 | NETCEB0003067-0003068 | April 10, 2012 Email Chain, "RE: CE/CME Author" | | x |
| 552 | NETCEB0003148 | January 15, 2015 Email, "OH15 Replacement Course" | | x |
| 553 | NETCEB0003149 | January 15, 2015 Email, "RE: GERD" | | x |
| 554 | ELT0048025 | 2013-04-10 MedCreds INV 003.pdf (TBI) | | x |
| 555 | ELT0048026 | 2013-04-23 MedCreds INV 001.pdf (Cancer and Chemo I) | | x |
| 556 | ELT0048041 | 2013-04-29 MedCreds INV 001.pdf (Cancer and Chemo II) | | x |
| 557 | ELT0048042 | 2013-05-28 MedCreds INV 0011.pdf (Depression vs. Dementia I) | | x |
| 558 | ELT0048043 | 2013-05-28 MedCreds INV 00111.pdf (Depression vs. Dementia II) | | x |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|----------------|-------------|------------------|-----------|
| 559 | ELT0048047 | 2013-07-22 MedCreds INV 001.pdf (Non-Abx Pharmacology I) | | x |
| 560 | ELT0048049 | 2013-07-22 MedCreds INV 00111.pdf (Non-Abx Pharmacology II) | | x |
| 561 | ELT0014289-0014290 | MedCreds Invoice_Elite Pro_GERD.doc | | x |
| 562 | NAVIGANT 00001 | 2014 Cost Vs. Revenue By Catalog.xls | | x |
| 563 | NAVIGANT 00022 | 2017.11.08 Sales by Referral_Catalog_2008 through Oct 2017.xlsx | | x |
| 564 | NAVIGANT 00147 | Direct Costs Incurred Published Courses.xlsx | | x |
| 565 | NAVIGANT 00163-00170 | ELT0015363_image.pdf | | x |
| 566 | NAVIGANT 00171-00172 | ELT0015612_image.pdf | | x |
| 567 | NAVIGANT 00173-00407 | ELT0016783_image.pdf | | x |
| 568 | NAVIGANT 00453 | Revised Direct Costs Incurred.xlsx | | x |
| 569 | NAVIGANT 00454 | SalesCertsByProfessionSummary-2010-2016 YTD July 2017.xlsx | | x |
| 570 | NAVIGANT 00456 | 20140301-20170907.xlsx | | x |
| 571 | NAVIGANT 00457 | Jassin.xlsx | | x |
| 572 | NAVIGANT 00458 | Medcreds.xlsx (ELT0048059-0048063) | | x |
| 573 | NAVIGANT 00002-00004 | 2016 Course Update Revenue.doc | | x |
| 574 | NAVIGANT 00025-00053 | Course Index.pdf | | x |
| 575 | NAVIGANT 00500 | 2016 Cost Vs. Revenue By Catalog.xls (NETCEB0034622) | | x |
| 576 | NAVIGANT 00890 | 2015 Cost Vs. Revenue By Catalog.xls (NETCEB0034621) | | x |
| 577 | NAVIGANT 00023-00024 | 98590 Sales By Product Trend.pdf | | x |
| 578 | NAVIGANT 00054-00059 | Courses Completed By State 98590.pdf | | x |
| 579 | NAVIGANT 00060-00064 | Courses Completed By State_98591 update.pdf | | x |
| 580 | NETCEB0030440 | Payment Schedule.pdf | | x |
| 581 | NETCEB0034168-0034182 | Advertising and Promotion YTD at May 2016.pdf | | x |
| 582 | NETCEB0034183-0034208 | Executive Reporting Package May 2016.pdf | | x |
| 583 | NETCEB0034585-0034613 | SKMBT_75117020617300.pdf | | x |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---------|---------------|-------------|------------------|-----------|
| 584 | NETCEB0034614-0034646 | 00000000E4C287A496310444BCF70236 6F1C0920A4682300.msg | | x |
| 585 | NETCEB0034617 | Balance Sheet Detail - Monthly - Prior Month Comparison Jan 2017.xlsx | | x |
| 586 | NETCEB0034618 | Profit and Loss - by Deparment - YTD January 2017 Intaact.xlsx | | x |
| 587 | NETCEB0034619 | Profit and Loss - Detail - Monthly Jan 2017 Intaact.xlsx | | x |
| 588 | NETCEB0034620 | 00000000E4C287A496310444BCF70236 6F1C0920042A2700.msg | | x |
| 589 | NETCEB0037221-0037222 | 00000000E4C287A496310444BCF70236 6F1C0920C4E82600.msg | | x |
| 590 | NETCEB0037223-0037270 | NetCE - Investment Memo 2012 12 12 (distribution).ppt | | x |
| 591 | NETCEB0034623 | 2017 Cost Vs. Revenue By Catalog.xls | | x |
| 592 | NETCEB0034624 | 2017 Q1 Flash Report r1.pdf | | x |
| 593 | NETCEB0034625 | Profit and Loss - Detail - 2015 and 2016.xlsx | | x |
| 594 | NETCEB0034864 | Product sales q1 16.xlsx | | x |
| 595 | NETCEB0035150 | 2017 Proforma Profit and Loss - by Deparment - CE Resource.xlsx | | x |
| 596 | NETCEB0035197 | 8.15_2016.09.30_Revenue By State by Profession 2016_PQJ_lp (1).xlsx | | x |
| 597 | NETCEB0035198 | 2016.12.31 Departmental Expense Report.xlsx | | x |
| 598 | NETCEB0035199 | Bills Analysis Report.xls | | x |
| 599 | NETCEB0035200 | CE Profit and Loss YTD Nov 2016 and Q4 Forecast.xlsx | | x |
| 600 | NETCEB0035201 | Departmental Expense Report - YTD at April 2016 (1).xlsx | | x |
| 601 | NETCEB0035211 | Profit and Loss - Actual vs. Budget - by Department - Current Quarter.xls | | x |
| 602 | NETCEB0035212 | Profit and Loss - by Class (1).xls | | x |
| 603 | NETCEB0035213 | Profit and Loss - by Class.xls | | x |
| 604 | NETCEB0035214 | Profit and Loss - by Department - Current Quarter.xls | | x |
| 605 | NETCEB0035215 | Profit and Loss - by Department - Current Year (1).xls | | x |
| 606 | NETCEB0035216 | Profit and Loss - Detail - YTD.xls | | x |
| 607 | NETCEB0035217 | Profit and Loss - Detail (1).xls | | x |
| 608 | NETCEB0035218 | Profit and Loss - Detail (2).xls | | x |
| 609 | NETCEB0035219 | Profit and Loss - Detail.xls | | x |
| 610 | NETCEB0035223 | May YDT 2016 Marketing costs.xlsx | | x |
| 611 | NETCEB0037041-0037088 | NetCE - Investment Memo 2012.12.12 (distribution).pptx | | x |

| Ex. No. | Production No. | Description | Expects to Offer | May Offer |
|---|---|---|---|---|
| 612 | NETCEB0037135-0037216 | 03.16.2017 Draft CE Resource Valuation Report.pdf | | x |
| 613 | NETCEB0037217-0037219 | 00000000E4C287A496310444BCF702366F1C0920A4512300.msg | | x |
| 614 | | | | |
| 615 | | | | |
| 616 | | | | |
| 617 | | | | |
| 618 | | | | |
| 619 | | | | |
| 620 | | | | |
| 621 | | | | |
| 622 | | | | |
| 623 | | | | |
| 624 | | | | |
| 625 | | | | |
| 626 | | | | |
| 627 | | | | |
| 628 | | | | |
| 629 | | | | |
| 630 | | | | |
| 631 | | | | |
| 632 | | | | |
| 633 | | | | |
| 634 | | | | |
| 635 | | | | |
| 636 | | | | |
| 637 | | | | |
| 638 | | | | |
| 639 | | | | |
| 640 | | | | |
| 641 | | | | |
| 642 | | | | |
| 643 | | | | |
| 644 | | | | |
| 645 | | | | |
| 646 | | | | |
| 647 | | | | |
| 648 | | | | |
| 649 | | | | |
| 650 | | | | |

Date:   April 30, 2018                              Respectfully submitted,

                                          By: /s/Peter A. Chiabotti
                                               Peter A. Chiabotti
                                               Florida Bar No. 0602671
                                               Kristen M. McKinney
                                               Florida Bar No. 96677
                                               AKERMAN LLP
                                               777 South Flagler Drive
                                               Suite 1100, West Tower
                                               West Palm Beach, FL 33401
                                               Telephone: (561) 653-5000
                                               Fax: (561) 659-6313
                                               Email: peter.chiabotti@akerman.com
                                               Email: kristen.mckinney@akerman.com

                                               J. Mark Wilson (*pro hac vice*)
                                               Kathryn G. Cole (*pro hac vice*)
                                               MOORE & VAN ALLEN PLLCS
                                               100 North Tryon Street, Suite 4700
                                               Charlotte, NC 28202
                                               Telephone: (704) 331-1000
                                               Fax: (704) 331-1159
                                               Email: markwilson@mvalaw.com
                                               Email: katecole@mvalaw.com

                                               *Attorneys for Third-Party Defendant*
                                               *Elite Professional Education, LLC*

## Certificate of Service

I hereby certify that on April 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Peter A. Chiabotti
Peter A. Chiabotti

## Service List

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email: jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a*
*CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*