# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

    Third Party Defendants.

_____/

## THIRD PARTY DEFENDANT ELITE PROFESSIONAL EDUCATION, LLC'S WITNESS LIST

Pursuant to Local Rule 16.1(d) and Fed. R. Civ. P. 26(a)(3)(A)(i), Third Party Defendant Elite Professional Education, LLC ("Elite") identifies the following witnesses that Elite expects to present at trial and those it may call if the need arises.

**Elite will call the following witnesses:**

1.     John Bone (Expert Witness)
   Stout Risius Ross, LLC
   One South Wacker Drive, 38th Floor
   Chicago, IL 60606
   Telephone: 312-752-3378

2.     Michelle Franchi
   Elite Professional Education, LLC
   26 N. Beach St., Suite A
   Ormond Beach, FL 32174
   Telephone: 888-857-6920

45078138;1

3.  Alpine Management Services III, LLC (through Rule 30(b)(6) deposition testimony of Dan Cremons)
    Two Embarcadero Center, Suite 2320
    San Francisco, CA 94111
    Telephone: 415-392-9100

4.  Dr. Jassin Jouria (through deposition testimony)
    2511 Premier Street
    Shelbyville, IN 46176
    Telephone: unknown

5.  CE Resource, Inc. d/b/a CME Resource and NetCE (through Rule 30(b)(6) deposition testimony of Sarah Campbell)
    1482 Stone Point Drive, Suite 120
    Roseville, CA 95661
    Telephone: 916-783-4238

**Elite may call the following witnesses if the need arises:**

1.  Mike Duran
    McKissock
    218 Liberty Street
    Warren, PA 16365
    Telephone: 800-328-2008

2.  Tracey Foster
    Elite Professional Education, LLC
    26 N. Beach St., Suite A
    Ormond Beach, FL 32174
    Telephone: 888-857-6920

3.  Joseph McGurrin
    Informed Solutions, Inc.
    1649 Atlantic Blvd #100, Jacksonville, FL 32207
    Telephone: 800-237-6999

4.  Todd Mowl
    Elite Professional Education, LLC
    26 N. Beach St., Suite A
    Ormond Beach, FL 32174
    Telephone: 888-857-6920

5.  Richard Wileczek
    The RiteScreen Company, LLC
    4314 Route 209
    Elizabethville, PA 17023

    Telephone: 800-949-4174

6.  Erin Meinyer
   CE Resource, Inc. d/b/a CME Resource and NetCE
   1482 Stone Point Drive, Suite 120
   Roseville, CA 95661
   Telephone: 916-783-4238

7.  Dennis Meinyer
   CE Resource, Inc. d/b/a CME Resource and NetCE
   1482 Stone Point Drive, Suite 120
   Roseville, CA 95661
   Telephone: 916-783-4238

8.  Sarah Campbell
   CE Resource, Inc. d/b/a CME Resource and NetCE
   1482 Stone Point Drive, Suite 120
   Roseville, CA 95661
   Telephone: 916-783-4238

9.  Julie Goodwin
   CE Resource, Inc. d/b/a CME Resource and NetCE
   1482 Stone Point Drive, Suite 120
   Roseville, CA 95661
   Telephone: 916-783-4238

Date:   April 30, 2018                                 Respectfully submitted,

By: /s/Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*

**Certificate of Service**

      I hereby certify that on April 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                          /s/Peter A. Chiabotti
                                          Peter A. Chiabotti

**Service List**

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email: jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant Elite Professional Education, LLC*