**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

      Third Party Defendants.

_____/

**THIRD PARTY DEFENDANT ELITE PROFESSIONAL EDUCATION, LLC'S DEPOSITION DESIGNATIONS**

Pursuant to Local Rule 16.1(d) and Fed. R. Civ. P. 26(a)(3)(A)(ii), Third Party Defendant Elite Professional Education, LLC ("Elite") designates the following excerpts of the depositions of those witnesses whose testimony Elite expects to present by deposition. Elite will present by deposition the testimony of Jassin Jouria, Alpine Management Services III, LLC (through Rule 30(b)(6) deposition testimony of Dan Cremons), and CE Resource, Inc. d/b/a CME Resource and NetCE (through Rule 30(b)(6) deposition testimony of Sarah Campbell), as set forth below:

| Jassin Jouria | Dan Cremons | Sarah Campbell |
|---|---|---|
| 12:14-13:10 | 5:19-6:7 | 6:8-7:18 |
| 24:19-28:1 | 6:19-7:11 | 8:5-9:7 |
| 28:12-23 | 7:22-8:18 | 12:3-7; 12:12-13:2 |
| 29:8-33:24 | 9:5-10:14 | 25:1-4 |
| 36:3-9 | 12:17-13:1 | 27:6-12 |
| 36:19-37:2 | 13:18-25 | 29:9-12; 29:17-18 |
| 37:12-38:9 | 14:9-21 | 30:20-31:11 |
| 38:19-39:18 | 15:15-24 | 31:22-32:6 |

45078360;1

| Jassin Jouria | Dan Cremons | Sarah Campbell |
|---|---|---|
| 40:10-41:12 | 17:14-21 | 33:16-22 |
| 42:1-43:24 | 18:6; 18:16-25 | 37:13-18 |
| 45:6-18 | 22:6-14 | 42:20-45:9 |
| 46:14-17 | 22:21-27:13 | 46:21-23 |
| 47:3-5 | 44:16-22 | 47:14-50:4; 50:9-11 |
| 53:2-12 | 46:13-47:12 | 57:19-23 |
| 55:7-12 | 47:21-50:4 | 59:23-60:13 |
| 56:17-57:13 | 50:13-19 | 61:10-14 |
| 62:7-17 | 51:24-54:23 | 62:1-6 |
| 68:13-69:7 | 55:2-57:23 | 64:7-66:14 |
| 69:14-70:8 | 60:8-61:2 | 66:25-67:12 |
| 70:11-21 | 62:4-63:8 | 68:15-21 |
| 125:20-22 | 64:1-18 | 69:9-12 |
| 130:21-25 | 65:1-66:21 | 69:18-70:9 |
| 131:15-132:9 | 67:21-68:20 | 70:23-71:7 |
| 132:17-23 | 71:5-11 | 71:17-72:22 |
| 133:11-22 | 72:4-8 | 82:2-20 |
| 138:25-139:9 | 72:25-76:10; 76:13-77:21 | 109:23-25; 110:4-7 |
| 139:23-140:12 | 79:7-80:15 | 111:22-112:20 |
| 140:25-141:6 | 80:25-81:12 | 115:24-116:21 |
| 141:18-23 | 81:25-82:8 | 126:3-7 |
| 144:2-16 | 83:23-84:9 | 126:20-25 |
| 144:23-145:8 | | 127:11-129:12 |
| 157:7-16 | | 129:22-130:14 |
| 170:18-171:8 | | 131:12-16 |
| 175:20-176:2 | | 132:1-20 |
| 176:19-25 | | 134:3-136:18 |
| 179:12-18 | | 137:4-9 |
| 180:23-182:2 | | 137:17-23 |
| 183:2-12 | | 138:9-140:19 |
| 183:21-184:18 | | 141:3-14 |
| 206:23-209:19 | | 143:23-144:8 |
| 210:2-223:11 | | 147:4-149:6 |
| 223:23-224:2 | | 151:6-15 |
| 224:18-225:3 | | 151:22-153:4 |
| 225:10-13 | | 154:7-19 |
| 225:22-227:10 | | 155:1-12 |
| 227:15-229:25 | | 157:13-17 |

45078360;1

| **Jassin Jouria** | **Dan Cremons** | **Sarah Campbell** |
|---|---|---|
| 231:23-232:7 | | 161:5-162:7; 162:9-14; 162:20-23 |
| 232:25-236:1 | | 163:19-23 |
| 236:25-237:9 | | 168:5-8 |
| 240:2-241:6 | | 180:10-20 |
| 242:15-243:19 | | 182:25-185:21 |
| 246:25-247:5 | | 188:12-190:10 |
| 247:10-14 | | 191:19-192:5 |
| 248:15-24 | | 195:10-13 |
| 250:9-251:6 | | 197:13-20 |
| 266:17-267:8 | | 201:22-202:14 |
| 274:6-10 | | 203:19-21 |
| 275:24-276:10 | | 204:10-21 |
| 276:14-16 | | 206:6-14 |
| 277:23-278:8 | | 208:17-211:5 |
| 278:16-280:18 | | 213:2-22 |
| 288:25-289:13 | | 214:10-20 |
| | | 215:25-216:10 |

45078360;1

Date:   April 30, 2018                                  Respectfully submitted,

                                                    By: /s/Peter A. Chiabotti
       Peter A. Chiabotti
       Florida Bar No. 0602671
       Kristen M. McKinney
       Florida Bar No. 96677
       AKERMAN LLP
       777 South Flagler Drive
       Suite 1100, West Tower
       West Palm Beach, FL 33401
       Telephone: (561) 653-5000
       Fax: (561) 659-6313
       Email: peter.chiabotti@akerman.com
       Email: kristen.mckinney@akerman.com

       J. Mark Wilson (*pro hac vice*)
       Kathryn G. Cole (*pro hac vice*)
       MOORE & VAN ALLEN PLLCS
       100 North Tryon Street, Suite 4700
       Charlotte, NC 28202
       Telephone: (704) 331-1000
       Fax: (704) 331-1159
       Email: markwilson@mvalaw.com
       Email: katecole@mvalaw.com

       *Attorneys for Third-Party Defendant*
       *Elite Professional Education, LLC*

45078360;1

**Certificate of Service**

       I hereby certify that on April 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                       /s/Peter A. Chiabotti
                                                        Peter A. Chiabotti

**Service List**

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email: jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant Elite Professional Education, LLC*

45078360;1