**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

DR. JASSIN JOURIA

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

      Third Party Defendant.
_____/

**PLAINTIFF'S PRETRIAL DISCLOSURES**

Pursuant to Rule 16.1(d) of the Local Rules of the United States District Court for the Southern District of Florida, Rule 26(a)(3) of the Federal Rules of Civil Procedure, and the Order Granting Motion to Continue Deadlines, DE 233, the Plaintiff, Dr. Jassin Jouria ("Jouria"), hereby makes the following disclosures.

**I.   WITNESSES**

    **A.   Witnesses/Affiants Plaintiff Expects to Present**

    1.   Dr. Jassin Jouria (available through his counsel).

    **B.   Witnesses Plaintiff May Call if the Need Arises**

    1.   Plaintiff may and hereby reserves the right to call as witnesses the parties to this lawsuit and/or their authorized representatives.

2.  Plaintiff reserves the right to call any and all expert witnesses and fact witnesses listed by any parties of this lawsuit.

3.  Plaintiff reserves the right to call any and all witnesses arising out of discovery not completed to date.

4.  Plaintiff reserves the right to call impeachment and rebuttal witnesses, as necessary.

5.  Plaintiff reserves the right to amend and/or supplement this Witness List at any time in the future.

C. **Deposition Designations**

1.  Plaintiff may designate or present the Sarah Campbell deposition testimony, pp. 231-268.

II. **EXHIBITS**

A. **Exhibits Plaintiff Expects to Offer**

1.  DE 36, NetCE's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third Party Complaint.

2.  DE 183-4, NetCE's Responses and Objections to Elite Professional Education's Second Set of Requests for Production of Documents.

3.  DE 183-6, NetCE's First Supplemental Responses to Dr. Jouria's First Set of Interrogatories.

4.  NetCE Overview of Course Development, NETCEB 34857-8.

5.  DE 121, NetCE Stipulation of Partial Dismissal.

B. **Exhibits Plaintiff May Offer if the Need Arises**

1.  Any and all exhibits, papers, records, or writings attached to, filed with, or referenced

       in Plaintiff's prior filings in this case.

2. All expert witness reports and materials generated in preparation for trial of this lawsuit.

3. Any files, papers, records, writings, or deposit specimens submitted by NetCE to the U.S. Copyright Office in connection with the alleged copyright registrations at issue.

4. Plaintiff reserves the right to use any exhibits listed by any other party.

5. Any newly discovered evidence, records, reports, and exhibits.

6. Applicable California, Florida and Federal Statutes.

7. U.S. Copyright Office, Circular R32.

8. All papers, records, and writings provided by any party in this action to any other party in this case and/or attached to pleadings, papers, motions or other filings in this case.

9. Plaintiff reserves the right to supplement and/or amend this Exhibit List.

10. Plaintiff reserves any and all objections to any and all exhibits listed by any other party in this action.

Respectfully submitted,


/s/ Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
Attorney for Plaintiff Dr. Jassin Jouria
Fla. Bar No. 436630
915 S.E. 2 Court
Ft. Lauderdale, Florida 33301
Tel 954/252-9110
Fax 954/252-9192
E mail: prodp@ix.netcom.com

4

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on April 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/Richard S. Ross
                Richard S. Ross, Esq.

SERVICE LIST
Dr. Jassin Jouria v. CE Resource, et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Daniel Kappes, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
Kristen McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*


J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*