UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

       Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

       Third Party Defendants.

_____

**CE RESOURCE, INC. d/b/a CME RESOURCES
and NETCE's NOTICE OF FILING WITNESS LIST
AND EXHIBIT LIST**

Pursuant to Local Rule 16.1(d), Fed. R. Civ. P. and agreement of the parties, Defendant and Third Party Plaintiff CE Resource, Inc. d/b/a CME Resources and NetCE ("NetCE") hereby files its Witness and Exhibit Lists attached to this Notice of Filing.

Dated: May 1, 2018                                   Respectfully submitted,

        HOLLAND & KNIGHT LLP

        /s/ *Philip E. Rothschild*
        Philip E. Rothschild
        Florida Bar No. 0088536
        Email: phil.rothschild@hklaw.com
        HOLLAND & KNIGHT LLP
        515 East Las Olas Blvd., 12th Floor
        Fort Lauderdale, FL 33301
        Telephone: (954)525-1000
        Facsimile: (954)463-2030

        /s/ *John P. Kern*
        John P. Kern, Esq. (pro hac vice)
        Email: john.kern@hklaw.com
        Daniel Kappes, Esq. (pro hac vice)
        Email: daniel.kappes@hklaw.com
        HOLLAND & KNIGHT LLP
        50 California Street, Suite 2800
        San Francisco, CA 94111
        Telephone: (415)743-6918
        Facsimile: (415)743-6910
        Attorneys for CE RESOURCE, INC. d/b/a
        CME RESOURCE and NetCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Philip E. Rothschild*
        Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
Kristen M. McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**