**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  15-CV-61165-WPD**

DR. JASSIN JOURIA

                              Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

                              Defendant.

_____/


CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

                              Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

                              Plaintiff/Counter-Defendant.

_____/


CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

                              Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

                              Third Party Defendants.

_____/


**CE RESOURCE, INC. d/b/a CME RECOURCE and NetCe's**
**("NETCE'S)**
**EXHIBIT LIST FOR TRIAL**

| PRESIDING JUDGE<br>HONORABLE William P. Dimitrouleas<br>Judicial Assistant: Tammy Barlow | | PLAINTIFF'S ATTORNEY<br><br>Philip E. Rothschild<br>Florida Bar No. 0088536<br>Email: phil.rothschild@hklaw.com<br>HOLLAND & KNIGHT LLP<br>515 East Las Olas Blvd., 12th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954)525-1000<br><br>John P. Kern, Esq. (*pro hac vice*)<br>Email: john.kern@hklaw.com<br>Daniel P. Kappes, Esq. (*pro hac vice*)<br>Email:  daniel.kappes@hklaw.com<br>HOLLAND & KNIGHT LLP<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone: (415)743-6918<br>Facsimile: (415)743-6910<br>*Attorneys for* CE RESOURCE, INC.<br>d/b/a CME RESOURCES and NetCE | DEFENDANT'S ATTORNEY<br><br>Richard S. Ross, Esq.<br>RICHARD S. ROSS, ESQ.<br>915 S.E. 2nd Court<br>Ft. Lauderdale, Florida 33301<br>*Attorney for Plaintiff* Dr. Jassin Jouria)<br><br>Peter A. Chiabotti, Esq.<br>Kristen M. McKinney, Esq.<br>AKERMAN LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401<br>Email:<br>peter.chiabotti@akerman.com<br>kristen.mckinney@akerman.com<br>(Attorneys for Elite Continuing Education, Inc.)<br><br>J. Mark Wilson, Esq.<br>Kathryn G. Cole, Esq.<br>MOORE & VAN ALLEN PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Email:<br>markwilson@mvalaw.com;<br>katecole@mvalaw.com<br>(Attorneys for Elite Continuing Education, Inc.) | |

#56764745_v1

| TRIAL DATE(S) | | COURT REPORTER | | COURTROOM DEPUTY | | |
|---|---|---|---|---|---|---|
| 05/29/2018 to 06/12/2018 (10 days for trial) | | Francine Salopek | | Karen Carlton | | |

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | **NC-001** | | | | 06/19/12-07/24/12 | Email chain between Sarah Campbell and Jassin Jouria re Decubitus Ulcers Monograph | JOURIA00000010-JOURIA00000001 | *DE026* |
| | | **NC-002** | | | | 11/08/13 | Independent Contractor Agreement between Elite Professional Education, LLC and Jassin Jouria – not executed; w/ attached Exhibit A – 11/15/13 Assignments of Rights in Curriculum: <br> - Thyroid Disorders; <br> - Traumatic Brain Injuries; <br> - Women and Heart Disease; <br> - Preventable Adverse Events; <br> - Depression vs. Dementia in the Elderly Patient:  Part I; <br> - Depression vs. Dementia in the Elderly Patient:  Part II; <br> - Cancer and Chemotherapy:  Part I; <br> - Cancer and Chemotherapy:  Part II; <br> - Non-Antibiotic Antimicrobial Pharmacology:  A Comprehensive Review – Part I; <br> - Non-Antibiotic Antimicrobial Pharmacology:  A Comprehensive Review – Part II; <br> - Gastro-Esophageal Reflux Disease (GERD); <br> - the Basics of Pathophysiology; <br> - Electrolytes and Acid-Base Disorders; and <br> - Macular Degeneration | JOURIA00000807-JOURIA00000827 | *DE027* |

3

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | **NC-003** | | | | 11/08/13 | Independent Contractor Agreement between Elite Professional Education, LLC and Jassin Jouria - executed | IR-CE-00019920-IR-CE-00019920 (7 pages) | *DE028* |
| | | **NC-004** | | | | 01/26/13 | MedCreds Writing Solutions, LLC Proposal from Jassin M. Jouria, Jr., MD to Tracey | | *DE036* |
| | | **NC-005** | | | | 03/25/13-04/18/14 | Email to Tracey Foster from Donna re Course/Invoice; w/ attached March 25, 2013 to April 18, 2014 email chain between Tracey Foster, Program Manager, Elite Professional Education and Jassin Jouria and Janice Harless, Curriculum Coordinator, Elite Professional Education, LLC and Michelle Franchi, Elite regarding various courses. | JOURIA00000041-JOURIA00000059 | *DE037* |
| | | **NC-006** | | | | 09/04/13-09/13/13 | Email chain between Jassin Jouria and Sarah Campbell re Immune/Lymphatic System payment | NETCE0011751-NETCE0011753 | *DE038* |
| | | **NC-007** | | | | 10/07/14-10/24/14 | Email chain between Jassin Jouria and Sarah Campbell re Course Author | NETCE0024198-NETCE0024199 | *DE040* |
| | | **NC-008** | | | | 01/30/13 | Independent Contractors agreement between Elite Professional Education, LLC and Jassin M. Jouria, Jr., MD re Women and Heart Disease | | *DE044* |
| | | **NC-009** | | | | 02/05/13-02/06/13 | Email chain between Jassin Jouria and Tracey Foster re Jassin Jouria_Women and Heart Disease | | *DE045* |
| | | **NC-010** | | | | 10/10/13-11/11/13 | Email chain between Michelle Franchi, Janice Harless and Jassin Jouria re Contract and courses | | *DE046* |

4

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-011 | | | | 09/11/15-10/16/15 | Email chain between William Cook, NetCe Attorney to Jassin Jouria re Letter from NetCe Attorney | | DE047 |
| | | NC-012 | | | | 11/12/13 | CME Resource Division Planner – Course Approval re Chronic Obstructive Pulmonary Disease | NETCEB0029016-NETCEB0029020 | DE084 |
| | | NC-013A | | | | | Article - Non-Antibiotic Antimicrobial Pharmacology:  A Comprehensive Review – Part I – 8 Contact Hours | | DE029A |
| | | NC-013B | | | | | Article - Non-Antibiotic Antimicrobial Pharmacology:  A Review – Part II – 9 Contact Hours – Learning Objectives | | DE029B |
| | | NC-014A | | | | | Article - Depression vs. Dementia in the Elderly Part I – 9 CE Hours | | DE030A |
| | | NC-014B | | | | | Article - Depression vs. Dementia in the Elderly Part II – 9 Contact Hours | | DE030B |
| | | NC-015A | | | | | Article - Cancer and Chemotherapy:  A Comprehensive Review – Part I | | DE031A |
| | | NC-015B | | | | | Article - Cancer and Chemotherapy:  A Comprehensive Review – 8 Contact Hours – Part II | | DE031B |
| | | NC-016 | | | | | Article – Traumatic Brain Injury – 6 Contact Hours – Learning Objectives | | DE032 |
| | | NC-017 | | | | | Article – Gastroesophageal Reflux Disease (GERD):  A Comprehensive Review – 6 Contact Hours | | DE033 |
| | | NC-018 | | | | | Article – Chapter:  The Basics of Pathophysiology – 12 Contact Hours | | DE034 |
| | | NC-019 | | | | | Job Posting for Writer for Nursing Continuing Education Courses | | DE035 |
| | | NC-020 | | | | | Article – Women & Heart Disease – Abstract | | DE048 |
| | | NC-021 | | | | | Article – The Basics of Pathophysiology | | DE049 |
| | | NC-022 | | | | | Article – Traumatic Brain Injury – Abstract | | DE050 |

5

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-023 | | | | | Article – Non-Antibiotic Antimicrobial Pharmacology:  A Comprehensive Review – Part I – Abstract | | *DE051* |
| | | NC-024 | | | | | Article – Non-Antibiotic Antimicrobial Pharmacology:  A Review – Part II – Anti-Tubercular Agents | | *DE052* |
| | | NC-025 | | | | | Article – Gastro-Esophageal Reflux Disease (GERD):  A Comprehensive Review – Abstract | | *DE053* |
| | | NC-026 | | | | | Article – Cancer and Chemotherapy:  A Comprehensive Review – Part I | | *DE054* |
| | | NC-027 | | | | | Article – Cancer and Chemotherapy:  A Comprehensive Review – Part II – Modern & Experimental Types of Chemotherapy | | *DE055* |
| | | NC-028 | | | | | Article – Depression v. Dementia in the Elderly – Part I – Abstract | | *DE056* |
| | | NC-029 | | | | | Article – Depression v. Dementia in the Elderly – Part II – Depression in Elderly | | *DE057* |
| | | NC-030 | | | | | Article – Depression vs. Dementia in the Elderly – Part I – 9 CD Hours – About the Author (redline version) | | *DE062* |
| | | NC-031 | | | | | Article – Traumatic Brain Injury – 6 CE Hours - Abstract | | *DE063* |
| | | NC-032 | | | | | Article – Non-Antibiotic Antimicrobial Pharmacology:  A Comprehensive Review – Part I – Abstract | | *DE064* |
| | | NC-033 | | | | | Article – Non-Antibiotic Antimicrobial Pharmacology:  A Review – Part II – Anti-Tubercular Agents – Overview | | *DE065* |
| | | NC-034 | | | | | Article – Depression V. Dementia in the Elderly – Part II – Depression in Elderly | | *DE066* |

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-035 | | | | | Article – Gastro-Esophageal Reflux Disease (GERD):  A Comprehensive Review – Abstract | | *DE067* |
| | | NC-036 | | | | | Article – Women and Heart Disease (redline version) | | *DE068* |
| | | NC-037 | | | | | Article – Cancer and Chemotherapy:  A Comprehensive Review – Part I – Abstract | | *DE069* |
| | | NC-038 | | | | | Article – Cancer and Chemotherapy:  A Comprehensive Review – Part II – Modern & Experimental Types of Chemotherapy | | *DE070* |
| | | NC-039 | | | | 07/20/12 | Non-Disclosure Agreement between Alpine Management Services III, LLC's ("Receiving Party") and CE Resource, Inc. (the "Company") | | *DE071* |
| | | NC-040 | | | | 07/26/15 | Letter to Joseph J. McGurrin, InforMed, Inc. from John Kern re *InforMed Continued Trade Dress Infringement*;<br> - Exhibit A:  05/18/15 Letter to Joseph J. McGurrin from John Kern re *InforMed/Trade Dress Infringement*;<br>-  Exhibit B:  10/03/13 Certificates  of Registration TX 7-782-458; TX7-891-671; TX 8-004-367; (2) TX 8-165-786 effective Date 09/22/2015;  and TX 8-191-812. | ELT0006103-ELT0006115 | |
| | | NC-041 | | | | 04/27/15 | Email chain between Doug Wnorowski, Rita Brinkley, Michelle Franchi and Mike Duran re Elite NetCE Cease and Desist Notice | ELT0001331 | |
| | | NC-042 | | | | | Letter from Tracey Foster, Elite Professional Education to The New York State Education Department re application for approval. | ELT0000943 | |
| | | NC-043 | | | | | Application for Provider Approval – NY Board of Physical Therapy | ELT0000755-ELT0000766 | |
| | | NC-044 | | | | | Application for Provider Approval – NY Board of Physical Therapy | ELT0000947-ELT0000958 | |

7

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-045 | | | | | The University of the State of New York, the State Education Department – Guidelines for Completing the Application for Approval as a Provider of Continuing Education for Physical Therapists and Physical Therapist Assistants. | ELT0000944-ELT0000946 | |
| | | NC-046 | | | | 05/29/13 | Email from Mike Duran to James Fehlman, Richard Wileczek and Michelle Franchi re FLMT Report Out. | ELT0001172 | |
| | | NC-047 | | | | 02/21/13-02/22/13 | Email chain between Mike Duran, Michelle Franchi, Richard Wileczek re Just a quick report out from Colorado… | ELT0001338 | |
| | | NC-048 | | | | 02/15/13 | Directive Analytics Invoice 2626 to Mike Duran, McKissock re Nursing Investigation | ELT0012110 | |
| | | NC-049 | | | | 02/2013 | DirectiveAnalytics Elite CME Nursing Investigation Quantitative Full Report – Elite Continuing Education | ELT0012051-ELT0012108 | |
| | | NC-050 | | | | 04/06/12 | Email from Sarah Campbell to Jassin Jouria re CE/CME Author; w/ attached Faculty Guide to Activity Development | NETCE0016694-NETCE0016710 | *DE041* |
| | | NC-051 | | | | | Power Point - The Journey to ANCC Criteria Compliance:  Proven Methodology for Delivery of High-Quality Nursing Continuing Education – Elite Professional Education's Journey toward Excellence | ELT0012027-ELT0012045 | |

8

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-052 | | | | 10/21/16 | Certificates of Registration as follows: <br> - 05/15/15 Registration No.: TX 8-19-516 re 852 Gastroesophageal Reflux Disease; <br> - 05/15/15 Registration No.: TX 8-119-463 re 9538 Nonantibiotic Antimicrobial Pharmacology: A Review; <br> - 05/15/15 Registration No.: TX 8-119-503 re 875 The Lymphatic and Immune Systems: A Review; <br> - 05/15/15 Registration No.: TX 8-119-523 re 511 Clinical Cardiovascular Pharmacology; <br> - 05/15/15 Registration No.: TX 8-119-506 re 025 Traumatic Brain Injury; <br> - 05/15/15 Registration No.: TX 8-119-471 re 3528 Cancer and Chemotherapy; and <br> - 05/15/15 Registration No.: TX 8-137-336 re 3679 Depression and Dementia in the Elderly. | DKT. 36-1 | |
| | | NC-053 | | | | 04/06/12-04/09/12 | Email chain between Sarah Campbell and Jassin Jouria re CE/CME Author | NETCE0016691-NETCE0016693 | |
| | | NC-054 | | | | 09/30/12 | CE Resource, Inc. Statement of Assets, Liabilities & Equity – Income Tax Basis | ALP0006-ALP0012 | |
| | | NC-055 | | | | 02/06/13-02/11/13 | Email chain between Sarah Campbell and Jassin Jouria re Course Updates | A00000166-A00000167 | |
| | | NC-056 | | | | 11/26/12-01/04/13 | Email chain between Sarah Campbell and Jassin Jouria re GERD Proposal | A00000180-A00000181 | |
| | | NC-057 | | | | 07/16/14 | Quarterly Course Development Status | NETCE0024487-NETCE0024494 | |
| | | NC-058 | | | | 02/17/17 | Letter to J. Mark Wilson, Moore & Van Allen PLLC from John P. Kern, Holland & Knight re *Jouria v. CE Resource, Inc,*; w/ attached Elite Continuing Education Course Overviews. | ELT0002908-ELT0002919 | |
| | | NC-059 | | | | 12/17/13-06/19/15 | Email chain between Michelle Franchi and Tracey Foster and Jassin Jouria re SPAM: Cancer and Chemo part I Re-write | ELT0011885 | |

9

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-060 | | | | 01/02/14-06/19/15 | Email chain between Jassin Jouria and Janice Harless, Michelle Franchi and Tracey Foster re Chest Trauma Course | ELT0007037-ELT0007039 | |
| | | NC-061 | | | | 04/27/15 | Email chain between Rita Brinkley, Michelle Franchi, Doug Wnorowski and Mike Duran re Elite NetCE Cease and Desist Notice | ELT0001333 | |
| | | NC-062 | | | | 04/21/15 | Letter from John Kern, Holland & Knight to Elite Professional Education, LLC re Dease & Desist Unlawful Conduct – Document Preservation/Litigation Hold Notice | ELT0002903-ELT0002907 | |
| | | NC-063 | | | | 01/17/15 | Florida Health - Medical Quality Assurance (MQA) Services – License Verification for Jassin Matthew Jouria Jr. | ELT0000646 | |
| | | NC-064 | | | | 02/15/15 | Notifications CE Broker Tracking  info to Tracey Foster re Completed Course Credits Processed | ELT0001103 | |
| | | NC-065 | | | | | Curriculum Vitae Thomas S. Burrell, PhD, MN, CRNI-R, RN-BC-Retired | ELT0000798-ELT0000803 | |
| | | NC-066 | | | | | Guidelines for Writing Learning Objectives | ELT0000323 | |
| | | NC-067 | | | | 04/22/14 | Email from Janice Harless to Teresa Wise re NetCE Course Offerings Apr 2014.docs | ELT0001405 | |
| | | NC-068 | | | | 03/19/14 | Email chain between Steve Powley, Tracey Foster and Michelle Franchi re CE Broker Analysis of FL RN's coming due in 2014. | ELT0000640 | |
| | | NC-069 | | | | 03/13/14 | Email chain between Michelle Franchi and Steve Powley re Share report by provider for CE Broker data on FL RN due 4-40. | ELT0001397 | |
| | | NC-070 | | | | 03/13/14 | Email chain between Michelle Franchi and Steve Powley re Share report by provider for CE Broker data on FL RN due 4-40. | ELT0001347 | |
| | | NC-071 | | | | 03/10/14 | Email from Michelle Franchi to Tracey Foster and Todd Mowl re Money back guarantee. | ELT0012569 | |
| | | NC-072 | | | | 03/10/14 | Email from Todd Mowl to Michelle Franchi and Trace Foster re NetCe. | ELT0001301 | |
| | | NC-073 | | | | 03/03/14 | Email chain between Michelle Francyi, Steve Powley and Tracey Foster re RN records for July renewal. | ELT0000215-ELT0000216 | |

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-074 | | | | 2013 | Elite Professional Education Biographical and Conflict of Interest Form – 2013 Criteria. | ELT0012046-ELT0012049 | |
| | | NC-075 | | | | 11/13/13 | Email chain between Michelle Franchi and Jassin Jouria re TBI redo. | ELT0012570 | |
| | | NC-076 | | | | | Elite Continuing Education letter from Tracey Foster, Program Administrator to Dear Licensee re Chapters 1-4 of Course. | ELT0001175-ELT0001246 | |
| | | NC-077 | | | | 06/16/13-06/17/13 | Email chain between Donna Kearney, Janice Harless and Tracey Foster and Jassin Jouria re Course. | ELT0000274-ELT0000275 | |
| | | NC-078 | | | | 01/24/17-01/26/17 | Email chain between Tracey Foster, Amanda Kyler, Janet Blanner, Cynthia Koeneker, Patrick Westin re Nurs CE FL COR SMPC RN. | ELT0001071-ELT0001074 | |
| | | NC-079 | | | | | NetCE Continuing Education – Continuing Education for Florida Nurses – 26 Hours $29.00 | ELT0000007 | |
| | | NC-080 | | | | 01/05/17 | Email chain between Janet Blanner, June Thompson, Tracey Foster and Cynthia Koeneker re Florida NetCE. | ELT0015359 | |
| | | NC-081 | | | | 11/18/15 | Email from Maggie Koziol, Curriculum Coordinator, Elite Continuing Education to Tracey Foster re Need assistance re:  6 HR OT course. | ELT0006815 | |
| | | NC-082 | | | | 05/22/15 | Email from Tracey Foster to Teresa Wise re Marcus Jang - Advisor | ELT0000629 | |
| | | NC-083 | | | | | Appendix D:  Resume of Administrator – Tracey Foster | ELT0000771 | |
| | | NC-084 | | | | 03/13/14 | Email chain between Tracey Foster and Roe Barletta re CA Dentist. | ELT0000639 | |
| | | NC-085 | | | | 10/30/13 | Email from Tracey Foster to Michelle Franchi re Emailing:  Jassin Courses. | ELT0009531 | |
| | | NC-086 | | | | 10/30/13 | Email from Tracey Foster to Michelle Franchi re Emailing:  Jassin Courses. | ELT0000561 | |
| | | NC-087 | | | | 05/17/13-05/20/13 | Email chain between Tracey Foster, Todd Mowl and Roe Barletta, Chris Calabucci re Sent from Snipping Tool. | ELT0001087-ELT0001088 | |

11

#56764745_v1

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-088 | | | | 04/11/13 | Email chain between Dana Harrington, Amanda Kyler, Michelle Franchi and Tracey Foster re FL MT Correspondence Books. | ELT0001334 | |
| | | NC-089 | | | | 10/14/12-10/15/12 | Email chain between Todd Mowl, Dolley Brawner, Tracey Foster, Mark Bateh and James Fehlman re Document –Oct 14, 2012. | ELT0000557 | |
| | | NC-090 | | | | 02/03/13 | Email to Tracey Foster from Jassin Jouria re Women and Heart Disease course. | | *DE043* |
| | | NC-091 | | | | 04/09/13-04/10/13 | Email chain between Jassin Jouria, Tracey Foster and Donna Kearney Course/Invoice. | ELT0000435-ELT0000436 | |
| | | NC-092 | | | | 01/30/13 | Email from Elance – The Doc to Tracey Foster and Jassin Jouria re Writer for Nursing Continuing Education Courses. | ELT0000475 | |
| | | NC-093 | | | | 01/2014 | McKissock – Power Point Elite Email Strategy & Messaging January 2014 – Elite Continuing Education. | ELT0017018-ELT0017025 | |
| | | NC-094 | | | | 01/14/15-01/15/15 | Email chain from Julie Goodwin to Sarah Campbell re GERD. | NETCEB0003149 | |
| | | NC-095 | | | | 06/14/13 | Email from Roe Barletta to Dolley Brawney and Michelle Franchi re FL Paharm 2013 part 2. | ELT0001173 | |
| | | NC-096 | | | | | About your CE - Instructions | ELT0001174 | |
| | | NC-097 | | | | | Expert Report and Disclosure Pursuant to Rule 26(a)(2)(B) by James E. Pampinella, CPA, CFF, CLP Navigant Consulting, Inc. | | |
| | | NC-098 | | | | | Attachment A to Pampinella's Expert Report | | |
| | | NC-099 | | | | | Attachment B to Pampinella's Expert Report | | |
| | | NC-100 | | | | | Schedule 1:  to Pampinella's Expert Report  - NetCe's Lost Profits | | |
| | | NC-101 | | | | | Schedule 2:  to Pampinella's Expert Report  - Monthly Revenues by Year for Benchmark Jouria Course | | |
| | | NC-102 | | | | | Schedule 3:  to Pampinella's Expert Report  - Total 3-Year Revenues for Benchmark Jouria Course | | |
| | | NC-103 | | | | | Schedule 4:  to Pampinella's Expert Report  - Catalog Revenue Allocations by Year | | |

12

#56764745_v1

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-104 | | | | | Schedule 5:  to Pampinella's Expert Report - COPD and Multiple Sclerosis Courses Gross Profits | | |
| | | NC-105 | | | | | Schedule 6:  to Pampinella's Expert Report - Revenues and Gross Profits Attributable to COPD and Multiple Sclerosis Courses | | |
| | | NC-106 | | | | | Schedule 7:  to Pampinella's Expert Report - Jouria Courses Published by NetCE | | |
| | | NC-107 | | | | 11/06/12 | Email from Erin Meinyer to Dan Cremons re CE Resource, Inc. Financials | ALP0001-ALP0080 | *DE073* |
| | | NC-108 | | | | 04/17/17 | Composite Exhibit containing various emails, including Email from Erin Meinyer to Sarah Campbell; cc:  Lisa Patterson and Dennis Meinyer re Lawsuits. | | *DE076* |
| | | NC-109A | | | | 11/12/13 | CME Resource Division Planner Course Approval – Proposed Title:  Chronic Obstructive Pulmonary Disease. | NETCEB0029016-NETCEB0029020 | |
| | | NC-109B | | | | 11/20/13 | CME Resource Division Planner Course Approval – Proposed Title:  Chronic Obstructive Pulmonary Disease. | NETCEB0029021-NETCEB0029025 | |
| | | NC-110 | | | | 2/12/13 | CME Resource Division Planner Course Approval – Proposed Title:  Multiple Sclerosis:  A Comprehensive Review | NETCEB0030628-NETCEB0030632 | |
| | | NC-111 | | | | | CME Resource Division Planner Course Approval – Proposed Title:  Decubitus Ulcers:  Pathophysiology and Prevention | NETCEB0031355-NETCEB0031359 | |
| | | NC-112A | | | | 03/15/17 | Confidential Settlement Agreement and Release between CE Resource, Inc. d/b/a NetCE and Alpine Management Services III, LLC. | ALP0071-ALP0074 | |
| | | NC-112B | | | | 04/18/17 | Confidential Settlement Agreement and Release between CE Resource, Inc. d/b/a NetCE and Alpine Management Services III, LLC. | ALP0075-ALP0080 | |
| | | NC-113 | | | | 10/20/13 | Email from Erin Meinyer to Corrie Camp and Julie Goodwin re Learn click done. | NETCE0031771 | |

13

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-114 | | | | | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria, Jr., M.D. to Tracey Foster re Cancer and Chemotherapy, Part I Course. | ELT0000471-ELT0000472 | |
| | | NC-115 | | | | 10/31/13-11/15/13 | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer; cc: Dan Cremons re Thanks again. | NETCEB0034309 | |
| | | NC-116 | | | | 12/08/14-12/12/14 | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re Follow in Up | NETCE0034310 | |
| | | NC-117 | | | | 09/23/15-09/25/15 | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re: Office Address | NETCEB0034311-NETCeB0034312 | |
| | | NC-118 | | | | 02/06/15 | Email from Julie Goodwin to Erin Meinyer re Elite NY & NJ SWS | NETCEB0032969 | |
| | | NC-119 | | | | 10/29/13-10/30/13 | Email chain between Julie Goodwin, Tim Naughton and Erin Meinyer re 3V Discussion. | NETCEB0032902 | |
| | | NC-120 | | | | 11/12/15-11/13/15 | Email chain between Erin Meinyer and Michael Pentecost re Elite CME/Alpine Investments. | NETCEB0006136 | |
| | | NC-121 | | | | 04/01/16-04/04/16 | Email chain between Sarah Campbell and CC Chernev re Lawsuit Documentation | NETCEB0004497-NETCEB0004499 | |
| | | NC-122 | | | | 03/28/16-03/29/16 | Email chain between Julie Goodwin, Sarah Campbell and Erin Meinyer re Elite Now ANCC. | NETCEB0003146-NETCEB0003147 | |
| | | NC-123 | | | | 11/25/13-11/26/13 | Email chain between Sarah Campbell, Erin Meinyer, Kevin Bluck, Julie Goodwin re NurseCE4Less. | NETCE0012613 | |
| | | NC-124 | | | | 10/30/13 | Email from Tracey Foster to Michelle Franchi re Emailing: Jassin Courses. | ELT0009531 | |
| | | NC-125 | | | | 09/11/13 | Email from Jassin Jouria to Janice Harless re Trauma Course. | ELT0012846 | |
| | | NC-126 | | | | 2014 | Excel Spreadsheet re Campaign Schedule 2014 | NETCEB0034794-NETCEB0034806 | |
| | | NC-127 | | | | 2014 | Excel Spreadsheet re Campaign Schedule 2014 | NETCEB0024474-NETCEB0024484 | |

14

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-128 | | | | | Excel Spreadsheet re Cost vs. Revenue By Catalog | | |
| | | NC-129 | | | | | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria, Jr., M.D. to Tracey Foster for Non-Antibiotic Antimicrobial Pharmacology Part II. | ELT0008844-ELT0008845 | |
| | | NC-130 | | | | | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria, Jr., M.D. to Tracey Foster for Traumatic Brain Injuries Course. | ELT0000437-ELT0000438 | |
| | | NC-131 | | | | 12/15/17 | Declaration of Dr. Jassin Jouria in Support of Plaintiff's Motion for Summary Judgment. | DKT. 183-3 | |
| | | NC-132 | | | | | Jassin M. Jouria, Jr., M.D. Resume | ELT0001285-ELT0001289 | |
| | | NC-133 | | | | 02/11/12 | CME Resource Division Planner Course Approval – Proposed Title:  Gastroesophageal Reflux Disease. | NETCE006788-NETCE006796 | |
| | | NC-134 | | | | 10/10/13-11/10/13 | Email chain between Jassin Jouria, Michelle Franchi and Janice Harless regarding Contract and courses. | ELT0001303-ELT0001316 | |
| | | NC-135 | | | | 07/22/13-08/01/13 | Email chain between Jassin Jouria and Janice Harless re Future Courses. | ELT0014450-ELT0014451 | |
| | | NC-136 | | | | 03/24/14 | Email chain between Jassin Jouria and Janice Harless re Revisions:  Depression vs-dementia course. | ELT0014153-ELT0014155 | |
| | | NC-137 | | | | 02/25/14 | Email from Janice Harless to Jassin Jouria, M.C. re 3 Redo-Traumatic Brain Injury. | ELT0012986 | |
| | | NC-138 | | | | 01/25/14-01/28/14 | Email chain between Jassin Jouria, Janice Harless, Michelle Franchi re:  Following up Chest Trauma. | ELT0012413-ELT0012414 | |
| | | NC-139 | | | | 11/25/13 | Emil chain between Teresa Wise, NurseCe4Less, helpnurse@nursece4less.com re Facial Injuries – New Course at NurseCe4Less. | ELT0001632-ELT0001633 | |
| | | NC-140 | | | | | Emil chain between Teresa Wise, NurseCe4Less, helpnurse@nursece4less.com re Drug Diversion Training – New Course at NurseCe4Less. | ELT0001642-ELT0001643 | |

15

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-141 | | | | 07/17/13-07/19/13 | Email chain between Angela Palet, Janice Harless and Jassin Jouria and Tracey Foster re Question about invoices. | ELT0012571-ELT0012572 | |
| | | NC-142 | | | | 07/07/13-07/08/13 | Email chain between Jassin Jouria, Janice Harless, Donna Kearney and Tracey Foster re Nursing Course – GERD. | ELT0008958 | |
| | | NC-143 | | | | 04/23/13 | Email chain between Jassin Jouria and Tracey Foster re Cancer Part I. | ELT0000470 | |
| | | NC-144 | | | | 04/09/13-04/10/13 | Email chain between Tracey Foster and Jassin Jouria and Donna Kearney re Course Invoice – Traumatic Brain Injury Course. | ELT0007710 | |
| | | NC-145 | | | | 10/22/12-11/01/12 | Email chain between Dan Cremons and Erin Meinyer re Follow up. | NETCEB0035038-NETCEB0035039 | |
| | | NC-146 | | | | 11/07/12 | Email from Dan Cremons to Erin Meinyer and Mike Duran re Follow Up. | NETCEB0035040 | |
| | | NC-147 | | | | 11/07/12 | Email chain between Dan Cremons and Erin Meinyer re Follow Up. | NETCEB0035041-NETCEB0035042 | |
| | | NC-148 | | | | 11/07/12-11/09/12 | Email chain between Mike Duran, Dan Cremons, Erin Meinyer, Dennis Meinyer re Follow Up. | NETCEB0035043 | |
| | | NC-149 | | | | 11/07/12-11/12/12 | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re Follow Up. | NETCEB0035044-NETCEB0035045 | |
| | | NC-150 | | | | 11/07/12-11/12/12 | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re Follow Up. | NETCEB0035046-NETCEB0035048 | |
| | | NC-151 | | | | 11/07/12-11/13/12 | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re Follow Up. | NETCEB0035049-NETCEB0035052 | |
| | | NC-152 | | | | 11/16/12 | Email from Mike Duran to Erin Meinyer and Dennis Meinyer re Follow Up. | NETCEB0035053 | |
| | | NC-153 | | | | 11/06/12-11/07/12 | Email chain between Erin Meinyer, Dan Cremons and Dennis Meinyer re CE Resource, Inc. Financials. | NETCEB0035054-NETCEB0035057 | |
| | | NC-154 | | | | 11/06/12-11/07/12 | Email chain between Erin Meinyer, Dan Cremons and Dennis Meinyer re CE Resource, Inc. Financials. | NETCEB0035058-NETCEB0035062 | |
| | | NC-155 | | | | 11/05/13 | Email from Julie Goodwin julesgood@gmail.com to Erin Meinyer re CE-credit.com | NETCEB0035063 | |

#56764745_v1

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-156 | | | | 11/05/13 | Email chain between Julie Goodwin julesgood@gmail.com to Erin Meinyer re CE-credit.com | NETCEB0035064 | |
| | | NC-157 | | | | 10/31/13 11/05/13 | Email chain between Erin Meinyer, Mike Duran, Dan Cremons and Dennis Meinyer re Thanks Again. | NETCEB0035065 | |
| | | NC-158 | | | | 10/31/13-11/05/13 | Email chain between Erin Meinyer, Mike Duran, Dan Cremons and Dennis Meinyer re Thanks Again. | NETCEB0035066 | |
| | | NC-159 | | | | 10/22/12 | Email from Erin Meinyer to Dan Cremons re Follow Up. | NETCEB0035067 | |
| | | NC-160 | | | | 10/22/12-10/29/12 | Email chain between Erin Meinyer to Dan Cremons re Follow Up. | NETCEB0035068 | |
| | | NC-161 | | | | 10/30/13 | Email from Erin Meinyer to Corrie Camp, Julie Goodwin and Kevin Bluck re Learn click done. | NETCEB0035069 | |
| | | NC-162 | | | | 10/30/13 | Email chain between Corrie Camp, Erin Meinyer, Julie Goodwin and Kevin Bluck re Learn click done. | NETCEB0035070 | |
| | | NC-163 | | | | 10/30/13 | Email chain between between Corrie Camp, Erin Meinyer, Julie Goodwin and Kevin Bluck re Learn click done. | NETCEB0035071 | |
| | | NC-164 | | | | 10/31/13 | Email from Mike Duran to Dennis Meinyer, Erin Meinyer and Dan Cremons re Thanks Again. | NETCEB0035072 | |
| | | NC-165 | | | | 10/10/17 | Plagiarism Checker X Originality Report re Cancer and Chemotherapy – A Comprehensive Review | ELT0051282-ELT0051525 | |
| | | NC-166 | | | | 11/20/17 | Plaintiff, Dr. Jassin Jouria's Response to NetCe's First Request for the Production of Documents and Things bearing certificate of service date 08/09/17; w/ attached Plaintiff, Dr. Jassin Jouria's Supplemental Response to NetCe's First Request for the Production of Documents and Things bearing certificate of service date 09/05/17. | Dkt. 150-2 | |

17

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-167 | | | | 11/20/17 | Plaintiff, Dr. Jassin Jouria's Response to NetCe's First Set of Interrogatories bearing certificate of service date 08/14/17. | Dkt. 150-3 | |
| | | NC-168 | | | | 11/20/17 | Plaintiff, Dr. Jassin Jouria's Supplemental Response to NetCe's First Set of Interrogatories bearing certificate of service date 08/28/17. | Dkt. 150-4 | |
| | | NC-169 | | | | 11/20/17 | Plaintiff, Dr. Jassin Jouria's Second Supplemental Response to NetCe's First Set of Interrogatories bearing certificate of service date 09/05/17. | Dkt. 150-5 | |
| | | NC-170 | | | | 11/20/17 | 08/30/17 to 09/01/17 email chain between Richard Ross, Jessica Lanier, Phil Rothschild, John P. Kern and Denise A. Harmon re Meet and confer August 30 and next steps. | Dkt. 150-6 | |
| | | NC-171 | | | | 12/20/12 | CE Resource, Inc. dba CME Resource FAX Wire Transfer to Umpgha Bank from Nancy Davis re Dr. Jouria, Jr. MD in the amount of $3,975.00. | NETCE0000299 | |
| | | NC-172 | | | | 05/16/13 | CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD from Sarah Campbell re enclosed honorarium for completed course draft for Gastroesophageal Reflux Disease; w/ attached check in the amount of $4,000 payable to Medcreds Writing Solutions, LLC. | NETCE0006402 | |
| | | NC-173 | | | | 09/06/12 | CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD from Sarah Campbell re enclosed honorarium for completed course draft for The Lymphatic and Immune Systems; w/ attached check in the amount of $12,000 payable to Jassin Jouria, MD | NETCE0005556 | |
| | | NC-174 | | | | 01/17/13 | CE Resource, Inc. d/b/a CME Resource Fax Wire Transfer to UMPQUA Bank from Nancy Davis to Jassin M. Jouria Account in the amount of $11,975.00. | NETCE0005109 | |

#56764745_v1

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-175 | | | | 03/21/13 | CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD re enclosed honorarium for completed course draft for Cancer and Chemotherapy; w/ attached check in the amount of $12,000 payable to Jassin Jouria, MD. | NETCE0000360 | |
| | | NC-176 | | | | 12/06/12 | Ce Resource, Inc. d/b/a CME Resource FAX Wire Transfer to UMPQUA Bank from Nancy Davis for Jassin M. Jouria in the amount of $10,000. | NETCE0002710 | |
| | | NC-177 | | | | 04/18/13 | CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD from Sarah Campbell re enclosed honorarium for completed draft course Depression versus Dementia in the Elderly; w/ attached check in the amount of $12,000 to Jassin Jouria, MD. | NETCE0002722 | |
| | | NC-178 | | | | 03/07/08 | Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations re USMLE/ECFMG Identification No. 0-678-802-0. | ECFMG000001-ECFMG000003 | |
| | | NC-179 | | | | 03/26/08 | Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations re USMLE/ECFMG Identification No. 0-678-802-0. | ECFMG000004-ECFMG000005 | |
| | | NC-180 | | | | 04/16/08 | Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice president of Operations re USMLE/ECFMG Identification No. 0-678-802-0. | ECFMG000006-ECFMG000007 | |
| | | NC-181 | | | | | Traumatic Brain Injury – 6 Contact Hours – Learning Objectives | | |
| | | NC-182 | | | | | Cancer and Chemotherapy:  A Comprehensive Review – 8 Contact Hours Part II | | |
| | | NC-183 | | | | | Cancer and Chemotherapy:  A Comprehensive Review – Part I – Learning Objectives | | |

#56764745_v1

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-184 | | | | | Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I – 8 Contact Hours – Learning Objectives | | |
| | | NC-185 | | | | | Non-Antibiotic Antimicrobial Pharmacology: A Review – Part II – 9 Contact Hours – Learning Objectives: | | |
| | | NC-186 | | | | | Depression vs. Dementia in the Elderly – Part I – 9 CE Hours | | |
| | | NC-187 | | | | | Depression vs. Dementia in the Elderly – Part II – 9 Contact Hours | | |
| | | NC-188 | | | | | Chapter:  The Basics of Pathophysiology – 12 Contact Hours – Learning Objectives | | |
| | | NC-189 | | | | | Gastroesophageal Reflux Disease (GERD): A Comprehensive Review – 6 Contact Hours – Learning Objectives | | |
| | | NC-190 | | | | 11/18/13 11/19/13 | Email chain between Kate McPike to Sarah Campbell re New Course | NETCEB0003651 | |
| | | NC-191 | | | | 02/11/13- 02/13/13 | Email chain between John V. Jurica, MD, Senior Vice President and Chief Medical Officer, Riverside Medical Center and Sarah Campbell, Director of Development, NetCE re GI Proposal. | NETCEB0003000- NETCEB0003001 | |
| | | NC-192 | | | | 08/15/12 | Minutes CME Resource – Quarterly Development Meeting | NETCE0024482- NETCE0024486 | |
| | | NC-193 | | | | 05/24/13 | Minutes CME Resource – Quarterly Development Meeting | NETCE0024458- NETCE0024461 | |
| | | NC-194 | | | | 03/12/14 | Minutes CME Resource – Quarterly Development Meeting | NETCE0024467- NETCE0024470 | |
| | | NC-195 | | | | 05/19/15 | Minutes NetCE – Quarterly Development Meeting | NETCE0024471- NETCE0024474 | |
| | | NC-196 | | | | 01/13/16 | Minutes NetCE – Quarterly Development Meeting | NETCE0024475- NETCE0024478 | |

#56764745_v1

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-197 | | | | 11/05/15 | Email chain between Ann Wileczek, Steve Mastin, McKissock, Doug Wnorowski, McKissock, Michelle Franchi, Shane Higgins, Lockton, Kaniel Klein, Raymond Dion, Chris Dion, Betsy Carpenter, Phil Pierce re WC McKissock Investment, LLC/Elite Continuing Education, Inc.(CE Resource, Inc. d/b/a NetCE v. Jouria and Elite) (ACE Notice) | ELT0012549 | |
| | | NC-198 | | | | 11/05/15 | Letter to ACE USA, Claims Department from Shane Higgins, Associate Account Manager, Lockton Insurance Brokers, LLC and Daniel S. Klein, Esq., Insurance & Claims Counsel, Lockton Insurance Brokers, LLC re QC McKissock Invest, LLC (Insured) re CE Resource, Inc. d/b/a NetCE (Claimant) | ELT0012565-ELT0012566 | |
| | | NC-199 | | | | 12/02/13 | Email chain between Janice Harless, Michelle Franchi and Jassin Jouria, re Contract Attachments:  Managing Back pain:  Acute and Chronic and A Comprehensive Nursing Review of Chest Trauma. | ELT0012015-ELT0012016 | |
| | | NC-200 | | | | 03/31/07 | Ross University Doctor of Medicine for Jassin Matthew Jouria | JOURIA00000830 | |
| | | NC-201 | | | | 11/10/14-12/16/14 | Email chain between Jassin Jouria and Tracey Foster re Update. | ELT0000312-ELT0000313 | |
| | | NC-202 | | | | 04/30/18 | Plagiarism Checker X Originality Report re Traumatic Brain Injury | | |
| | | NC-203 | | | | 04/30/18 | Plagiarism Checker X Originality Report re Gastro-Esophageal Reflux Disease (GERD) | | |
| | | NC-204 | | | | 05/01/18 | Plagiarism Checker X Originality Report re Non-Antibiotic Antimicrobial Pharmacology Part I PCX | | |
| | | NC-205 | | | | 05/01/18 | Plagiarism Checker X Originality Report re Non-Antibiotic Antimicrobial Part II PCX | | |
| | | NC-206 | | | | 05/01/18 | Plagiarism Checker X Originality Report re Chemotherapy Part I PCX | | |

21

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-207 | | | | 05/01/18 | Plagiarism Checker X Originality Report re Chemotherapy Part II PCX | | |
| | | NC-208 | | | | 05/01/18 | Plagiarism Checker X Originality Report re Depression Dementia Part I PCX | | |
| | | NC-209 | | | | 05/01/18 | Plagiarism Checker X Originality Report re Depression Dementia Part 2 PCX | | |
| | | NC-210 | | | | 04/28/14 | Letter from Pamela S. Dickerson, PhD, RN-BC, Chairperson, Commission on Accreditation, ANCC to thomas S. Burrell, MN, CRNI-R, RN-BC-Retired, Lead Nurse Planner, Elite re Commission on Accreditation Action. | ANCC0000581-ANCC0000582 | |
| | | NC-211 | | | | 10/17/16 | Letter from Angelo Somaschini, Esq., Deputy General Counsel, ANCC to Elite Continuing Education re Cease and Desist Improper Use of ANCC's Registered Trademark. | ANCC0000589 | |
| | | NC-212 | | | | 05/11/15 | Letter from Angelo Somaschini, Esq., Deputy General Counsel, ANCC to Elite Continuing Education re Cease and Desist Improper Use of Intellectual Property | ANCC0000622-ANCC0000624 | |
| | | NC-213 | | | | 12/18/17 | Letter from Angelo Somaschini, Esq., Deputy General Counsel, ANCC to Elite Continuing Education re Cease and Desist Improper Use of ANCC's Registered Trademark; w/ attached 10/17/16 Letter from Angelo Somaschini, Esq., Deputy General Counsel, ANCC to Elite Continuing Education re Cease and Desist Improper Use of ANCC's Registered Trademark. | ANCC0000647-ANCC0000648 | |
| | | NC-214 | | | | | Elite Continuing Education Planning Form for Educational Activities – Title of Activity: Pharmacology:  Mental Health Medications | ANCC0000001-ANCC0000086 | |
| | | NC-215 | | | | | Elite Continuing Education Planning Form for Educational Activities – Title of Activity: Vaccine-Preventable Diseases: Dealing with the Threat of Potential Disease Outbreak | ANCC0000087-ANCC0000169 | |

22

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | **NC-216** | | | | | Elite Continuing Education Planning Form for Educational Activities – Title of Activity: Bugs and Drugs:  Pharmacology of Infectious Disease Review | ANCC0000170-ANCC0000254 | |
| | | **NC-217** | | | | | Additional Documentation Requested from Elite | ANCC0000255 | |
| | | **NC-218** | | | | 03/23/16 | Elite Continuing Education Personnel Change re Janet Blanner and June D. Thompson | ANCC0000257 | |
| | | **NC-219** | | | | | Elite Continuing Education  –  Activity File: Pain Management at the End of Life | ANCC0000267-ANCC0000366 | |
| | | **NC-220** | | | | | Elite Continuing Education  –  Activity File: Best Practices for Opioid Prescribing in Chronic Non-Cancer Patients | ANCC0000367-ANCC0000487 | |
| | | **NC-221** | | | | | Elite Continuing Education  –  Activity File: Self-Directed Searching & Learning | ANCC0000488-ANCC0000568 | |
| | | **NC-221** | | | | | American Nurses Credentialing Center Provider Accreditation Application/Demographic Information Form for Elite | ANCC0000569-ANCC0000573 | |
| | | **NC-222** | | | | | Elite Application/Eligibility Review Checklist | ANCC0000577-ANCC0000578 | |
| | | **NC-223** | | | | | Elite Application/Eligibility Review Checklist | ANCC0000579-ANCC0000580 | |
| | | **NC-224** | | | | | Excel Spreadsheet – CE Activity Summary | ANCC0000587 | |
| | | **NC-225** | | | | 01/20/16 | Decision Matrix – Commission on Accreditation – Accredited Provider Applicant - Elite | ANCC0000614-ANCC0000616 | |
| | | **NC-226** | | | | 10/03/14 | Decision Matrix – Commission on Accreditation – Accredited Provider Applicant - Elite | ANCC0000617-ANCC0000619 | |
| | | **NC-227** | | | | | ANCC Demographic Information Change Form re Provider Unit:  Elite | ANCC0000620-ANCC0000621 | |
| | | **NC-228** | | | | 02/15/14 | Letter from Christina A. Chadwick, Team Leader and Patricia L. Haresign, Team Member, ANCC to Thomas S. Burrell, Lead Nurse Planner, Elite re request for additional documents and/or explanations. | ANCC0000625-ANCC0000626 | |

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-229 | | | | 01/06/14 | Letter from Sibyl Lavin, MSN, RN, Senior Accreditation Analyst to Thomas S. Burrell, Lead Nurse Planner, Elite re review of application. | ANCC0000627-ANCC0000628 | |
| | | NC-230 | | | | 12/19/13 | Letter from Sibyl Lavin, MSN, RN, Senior Accreditation Analyst to Thomas S. Burrell, Lead Nurse Planner, Elite re review of application. | ANCC0000629-ANCC0000630 | |
| | | NC-231 | | | | 11/13/15 | ANCC Self-Study Review – 2015 Criteria – Accredited Provider Applicant re Elite | ANCC0000631-ANCC0000637 | |
| | | NC-232 | | | | 07/01/15-03/15/16 | Accredited Provider Continuing Education Summary for Elite Continuing Education | ANCC0000638-ANCC0000640 | |
| | | NC-233 | | | | | ANCC Annual Accreditation Demographic Information Form – Provider – Elite Continuing Education | ANCC0000641-ANCC0000643 | |
| | | NC-234 | | | | 12/29/15 | American Nurses Credentialing Center Accreditation Program – 2015 Accreditation Criteria – Final Report – Elite Continuing Education | ANCC0000649-ANCC0000674 | |
| | | NC-235 | | | | 12/29/15 | American Nurses Credentialing Center Accreditation Program – 2015 Accreditation Criteria – Final Report – Elite Continuing Education | ANCC0000675-ANCC0000700 | |
| | | NC-236 | | | | 12/29/15 | American Nurses Credentialing Center Accreditation Program – 2015 Accreditation Criteria – Final Report – Elite Continuing Education | ANCC0000701-ANCC0000726 | |
| | | NC-237 | | | | 03/18/14 | American Nurses Credentialing Center Accreditation Program – 2015 Accreditation Criteria – Final Report – Elite Continuing Education | ANCC0000727-ANCC0000765 | |
| | | NC-238 | | | | 03/18/14 | American Nurses Credentialing Center Accreditation Program – 2015 Accreditation Criteria – Final Report – Elite Continuing Education | ANCC0000766-ANCC0000805 | |

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-239 | | | | | ANCC Annual Accreditation Demographic Information Form – Provider – Elite Continuing Education | ANCC0000806-ANCC0000808 | |
| | | NC-240 | | | | | Decision Matrix – Commission on Accreditation – Accredited Provider Applicant - Elite | ANCC0000811-ANCC0000813 | |
| | | NC-241 | | | | 11/13/15 | American Nurses Credentialing Center Accreditation Program – 2013 Accreditation Criteria – WRAC – Accredited Provider Unit – Elite<br>- Activity Title:  Pharmacology:  Mental Health Medications | ANCC0000814-ANCC0000827 | |
| | | NC-242 | | | | 11/13/15 | American Nurses Credentialing Center Accreditation Program – 2013 Accreditation Criteria – WRAC – Accredited Provider Unit – Elite<br>- Activity Title:  Pharmacology:  Mental Health Medications | ANCC0000828-ANCC0000841 | |
| | | NC-243 | | | | 11/13/15 | American Nurses Credentialing Center Accreditation Program – 2013 Accreditation Criteria – WRAC – Accredited Provider Unit – Elite<br>- Activity Title:  Pharmacology:  Mental Health Medications | ANCC0000842-ANCC0000855 | |
| | | NC-244 | | | | 11/01/15 | American Nurses Credentialing Center Accreditation Program – 2013 Accreditation Criteria – WRAC – Accredited Provider Unit – Elite<br>- Activity Title:  Pain Management at the End of Life | ANCC0000856-ANCC0000868 | |
| | | NC-245 | | | | 11/01/15 | American Nurses Credentialing Center Accreditation Program – 2013 Accreditation Criteria – WRAC – Accredited Provider Unit – Elite<br>- Activity Title:  Pain Management at the End of Life | ANCC0000869-ANCC0000881 | |

25

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-246 | | | | 12/13/13 | ANCC Quantitative Review Initial Review (QRIR) 2013 Criteria – Accredited Provider Unit – Elite | ANCC0000882-ANCC0000890 | |
| | | NC-247 | | | | 11/2012-11/2013 | Elite – Accredited Provider Continuing Education Summary | ANCC0000891-ANCC0000894 | |
| | | NC-248 | | | | | Provider Unit submittal criteria | ANCC0000895-ANCC0000899 | |
| | | NC-249 | | | | | Elite Nurse Planner Position Description | ANCC0000900 | |
| | | NC-250 | | | | | Organization Chart | ANCC0000901 | |
| | | NC-251 | | | | 06/16/15 | American Nurses Credentialing Center – Evaluation of an Organization As a Commercial Interest – Elite | ANCC0000902-ANCC0000905 | |
| | | NC-252 | | | | 06/16/15 | American Nurses Credentialing Center – Evaluation of an Organization As a Commercial Interest – Elite | ANCC0000906-ANCC0000909 | |
| | | NC-253 | | | | 07/15/15 | Email chain between Thomas Burrell and Elizabeth Collins and Kendria Jackson re Notification of resignation of Lead Nurse Planner. | ANCC0000917 | |
| | | NC-254 | | | | 11/23/15 | Letter from Jennifer Graebe, American Nurses Credentialing Center, Senior Operations Manager Primary Accreditation, ANCC to June Thompson, Lead Nurse Planner, Elite re review of application submitted for re-accreditation as an ANCC Accredited Provider Unit. | ANCC0000918-ANCC0000919 | |
| | | NC-255 | | | | | CNE Description of Provider Unit | ANCC0000920-ANCC0000924 | |
| | | NC-256 | | | | 08/17/15 | Email from Michelle Franchi to June Thompson re New Permanent Lead Nurse Planner for Elite. | ANCC0000926 | |
| | | NC-257 | | | | | ANCC Demographic Information Change Form for Elite | ANCC0000927-ANCC0000928 | |
| | | NC-258 | | | | | Elite – Accredited Provider Self Study | ANCC0000930-ANCC0001031 | |
| | | NC-259 | | | | | Accreditation Demographic Information Form – Provider | ANCC0001033-ANCC0001034 | |

26

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-260 | | | | 05/07/08 | Letter to Medical Education Credentials Committee, Educational Commission for Foreign Medical Graduates c/o William C. Kelly, Associate Vice President of Operations from Gilbert B. Abramson, cc: Brian W. Shaffer, Esquire and Jassin M. Jouria, M.D. re behalf of Jassin Matthew Jouria, M.D. | ECFMG000008-ECFMG000011 | |
| | | NC-261 | | | | 05/01/08 | Letter to Mr. Gilbert B. Abramson from Billy De Los Santos, MD, MS, Medical Resident-Caritas Health Care, Inc. re behalf of Jassin M. Jouria, MD. | ECFMG000012 | |
| | | NC-262 | | | | 05/06/08 | Handwritten letter to Mr. Gilbert Abramson from Adriana M. Lange re behalf of Dr. Jassin M. Jouria. | ECFMG000013 | |
| | | NC-263 | | | | 04/28/08 | Letter to Whom It May Concern from Federico Dumenigo, M.D. re: behalf of Jassin M. Jouria. | ECFMG000014 | |
| | | NC-264 | | | | 05/01/08 | Letter to Whom It May Concern from C. Sharryse Henderson, Assistant Professor of Biology Division of Science and Physical Education, Georgia Highlands College re: behalf of Jassin M. Jouria. | ECFMG000015 | |
| | | NC-265 | | | | 05/01/08 | Letter to Whom It May Concern from Johnny Moreland re: behalf of Jassin M. Jouria. | ECFMG000017 | |
| | | NC-266 | | | | 05/01/08 | Letter to Whom It May Concern from Bradley S. Taylor re: behalf of Jassin M. Jouria. | ECFMG000018 | |
| | | NC-267 | | | | 06/06/08 | Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations, cc: Gilbert B. Abramson, Esq. re USMLE/ECFMG Identification No. 0-678-802-0. | ECFMG000019 | |
| | | NC-268 | | | | 05/12/08 | Transcript from Administrative Proceedings held at the Rittenhouse Hotel, 210 West Rittenhouse Square, Philadelphia, Pennsylvania 19103 | ECFMG000020-ECFMG000053 | |

27

#56764745_v1

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | NC-269 | | | | 05/19/08 | Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations, cc: Gilbert B. Abramson, Esq. re USMLE/ECFMG Identification No. 0-678-802-0. | ECFMG000054-ECFMG000055 | |
| | | NC-270 | | | | 07/17/08 | Letter to James A. Hallock, M.D., President and CEO of Educational Commission for Foreign Medical Graduates, from Gilbert B. Abramson, cc: Brian W. Shaffer, Esq. and Jassin M. Jouria, M.D.. re Jassin Matthew Jouria, M.D.. with attached Exhibit 1: 05/19/08 Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations, cc: Gilbert B. Abramson, Esq. re USMLE/ECFMG Identification No. 0-678-802-0 with enclosure: Rules of Appellate Procedure; Exhibit 2: 05/12/2008 Letter to Medical Education Credentials Committee, Educational Commission for Foreign Medical Graduates, c/o Brian W. Shaffer, Esquire, Counsel to the Committee re: Jassin Matthew Jouria, M.D. | ECFMG000056-ECFMG000066 | |
| | | NC-271 | | | | 11/13/08 | Letter to Dr. Jassin Matthew Jouria from Stephen S. Seeling, J.D., Vice President of Operations, cc: Gilbert B. Abramson, Esq. re USMLE/ECFMG Identification No. 0-678-802-0. | ECFMG000067-ECFMG000068 | |
| | | NC-272 | | | | | Deposition Transcript of Jassin Jouria, MD taken on September 28, 2017 | | |
| | | NC-273 | | | | | Deposition Transcript of Daniel Cremons taken on October 12, 2107. | | |
| | | NC-274 | | | | | Deposition Transcript of Sarah Campbell taken on November 14, 2017. | | |
| | | NC-275 | | | | | All Exhibits marked at any Depositions taken in this matter | | |
| | | NC-276 | | | | | All Exhibits listed by Elite Continuing Education on its Exhibit List for Trial | | |

28

| JOURIA EXHIBIT NUMBER | ELITE EXH NO. | NETCE EXHIBIT NUMBER | DATE OFFERED | MARKED | ADMITTED | DATE | DESCRIPTION OF EXHIBITS* AND WITNESSES | BATES NUMBERS | DEPO EXHIBIT |
|---|---|---|---|---|---|---|---|---|---|
| | | **NC-277** | | | | | All Exhibits listed by Jassin Jouria, MD on his Exhibit List for Trial | | |
| | | **NC-278** | | | | | NetCE reserves the right to supplement its exhibit list upon notice to all parties | | |

29