

**Simultaneous Transcript Access Designation Form**
Southern District of Florida via Southern District of Florida
To: appealstranscripts
Please respond to "Southern District of Florida"

05/01/2018 04:13 PM

```
From: Joanne Mancari <jemancari@gmail.com>

New Simultaneous Transcript Access Designation Form

Submitted values are:

Your Name: Joanne Mancari
Your Email: jemancari@gmail.com
Case Number: 15CV61165
Case Style: Jouria v. CE Resources, Inc.
Access rights are granted to the following attorney(s) of record: Richard
Ross; Philip Rothschild
Signature of court reporter: Joanne Mancari
Date: Tue, 04/17/2018
Upload Transcript:
http://www.flsd.uscourts.gov/sites/flsd/files/webform/4172018JOURIA.pdf
```