UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

      Third-Party Defendants.

_____/

**Motion For Minnie Kim To Appear *Pro Hac Vice*, Consent To Designation, And
Request To Electronically Receive Notices Of Electronic Filing**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Minnie Kim of the law firm of Moore & Van Allen PLLC, 100 North Tryon Street, Suite 4700, Charlotte, NC 28202, for purposes of appearance as co-counsel on behalf of Defendant/Third-Party Plaintiff Elite Professional Education, LLC in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Minnie Kim to receive electronic filings in this case, and in support thereof states as follows:

    1.    Minnie Kim is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bars of North Carolina and New York, as well as the United States District Court for the Western District of North Carolina, United States District Court for the Middle District of North Carolina, and United States District Court for the Eastern District of North Carolina.

    2.    Movant, Peter A. Chiabotti, of the law firm of Akerman LLP, 777 South Flagler Drive, Suite 1100 West Tower, West Palm Beach, FL, 33401, is a member in good standing of

The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Minnie Kim has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Minnie Kim, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Minnie Kim at email address: minniekim@mvalaw.com.

### Pre-Filing Conference Certificate

The parties have communicated by email on May 3, 2018, regarding the subject of this motion. No party objects to this motion.

WHEREFORE, Peter A. Chiabotti moves this Court to enter an Order allowing Minnie Kim to appear before this Court on behalf of Defendant/Third-Party Plaintiff Elite Professional Education, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Minnie Kim.

Dated: May 3, 2018                                      Respectfully submitted,

                                  By: /s/Peter A. Chiabotti
                                       Peter A. Chiabotti
                                       Florida Bar No. 0602671
                                       Kristen M. McKinney
                                       Florida Bar No. 96677
                                       AKERMAN LLP
                                       777 South Flagler Drive
                                       Suite 1100, West Tower
                                       West Palm Beach, FL 33401
                                       Telephone: (561) 653-5000
                                       Fax: (561) 659-6313
                                       Email: peter.chiabotti@akerman.com
                                       Email: kristen.mckinney@akerman.com

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

*Attorneys for Third-Party Defendant
Elite Professional Education, LLC*

45079086;1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

    Third-Party Defendants.

_____/

**Certification Of Minnie Kim**

    Minnie Kim, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bars of North Carolina and New York, as well as the United States District Court for the Western District of North Carolina, United States District Court for the Middle District of North Carolina, and United States District Court for the Eastern District of North Carolina.

                                                                /s/Minnie Kim
                                                                 Minnie Kim

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel on the attached Service List.

/s/Peter A. Chiabotti
Peter A. Chiabotti

## SERVICE LIST

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a
CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email: jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a
CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant
Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant
Elite Professional Education, LLC*