**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE MANAGEMENT SERVICES,

      Third-Party Defendants.

_____/

**Order Granting Motion For Minnie Kim To Appear *Pro Hac Vice*, Consent To Designation And Request To Electronically Receive Notices Of Electronic Filing**

THIS CAUSE having come before the Court on the Motion for Minnie Kim to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED. Minnie Kim may appear and participate in this action on behalf of Defendant/Third-Party Plaintiff Elite Professional Education, LLC.  The Clerk shall provide electronic notification of all electronic filings to Minnie Kim at minniekim@mvalaw.com.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, Florida, this ____ day of May, 2018.

 

                                                                   _____
                                                                   WILLIAM P. DIMITROULEAS
                                                                   United States District Judge

Copies furnished to:
All Counsel of Record