**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.
_____/

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
<u>**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**</u>

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of David I. Holtzman, of the law firm of Holland & Knight, LLP, 50 California Street, Suite 2800, San Francisco, CA 94111, for purposes of appearance as co-counsel on behalf of Defendant CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures to permit David I. Holtzman, to receive electronic filings in this case, and in support thereof states as follows:

1. David I. Holtzman is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of California, the Northern District of California, the Eastern District of California, the Southern District of California, and the Central District of California.

2. Movant Philip E. Rothschild, of the law firm of Holland & Knight, LLP, 515 East Las Olas Blvd., 12th Floor, Fort Lauderdale, FL 33301, Telephone: (954) 525-1000, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this state for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

#57123462_v1

      3.      In accordance with the local rules of this Court, David I. Holtzman has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

      4.      David I. Holtzman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to David I. Holtzman, at the email address: david.holtzman@hklaw.com.

WHEREFORE, Philip E. Rothschild moves this Court to enter an Order permitting David I. Holtzman, to appear before this Court on behalf of Defendants CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to David I. Holtzman.

Dated: May 4, 2018

Respectfully Submitted,

*/s/ Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

David I. Holtzman (pro hac vice)
Email: david.holtzman@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

*Attorneys for CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail and electronic mail on May 4, 2018 on all counsel or parties of record on the Service List below.

                                                */s/ Philip E. Rothschild*
                                                Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

#57123462_v1