## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC.,

        Third Party Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILINGS**

THIS CAUSE comes before the Court upon a Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notice of Electronic Filings (DE __) ("Motion"), filed May 3, 2018. The Court has reviewed the record and is fully advised in the premises.

Pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, the Motion requests permission for the limited appearance of David I. Holtzman, of the law firm of Holland & Knight, LLP, 50 California Street, Suite 2800, San Francisco, CA 94111, as co-counsel on behalf of Defendant in this matter. The Motion has been properly filed with the required documentation, and the attorney appears to be in good standing.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notice of Electronic Filings (DE 9) is **GRANTED**. David I. Holtzman may appear and participate as co-counsel in this action on behalf of Defendant. The Clerk shall provide electronic notification of all electronic filings to David I. Holtzman at david.holtzman@hklaw.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this _____ day of May, 2018.

William P. Dimitrouleas
United States District Judge

Copies to:   Counsel of Record

#57125899_v1