UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:15-61165-WPD**

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE PROFESSIONAL EDUCATION, LLC,

    Third-Party Defendant.

_____/

**Unopposed Motion To Amend Case Caption**

Defendant/Counter-Plaintiff/Third-Party Plaintiff CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE") named "Elite Continuing Education, Inc." ("Elite") as a Third-Party Defendant in this matter.[1]  The proper entity name for Elite is "Elite Professional Education, LLC".  *See* Elite's Corporate Disclosure Statement at [DE 053].  Accordingly, Third-Party Defendant Elite Professional Education, LLC respectfully moves to have the case caption amended to reflect its proper entity name.

**Local Rule 7.1 Certification**

Pursuant to Local Rule 7.1(a)(3), counsel for Elite conferred in person with counsel for NetCE and Dr. Jouria.  No party objects to this Motion.

---

[1] NetCE filed a Motion to Realign the Parties (DE 259) on April 5, 2018, seeking to realign the parties to designate NetCE as Plaintiff, and Dr. Jassin Jouria and Elite as Defendants.

45143852;1

Dated: May 8, 2018	Respectfully submitted,

By: /s/ Peter A. Chiabotti
Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

*Attorneys for Third-Party Defendant*
*Elite Professional Education, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 8, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel on the attached Service List.

/s/ Peter A. Chiabotti
Peter A. Chiabotti

## SERVICE LIST

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email: jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant Elite Professional Education, LLC*

3