UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE PROFESSIONAL EDUCATION, LLC,

    Third-Party Defendant.

_____/

**[Proposed] Order Granting Unopposed Motion To Amend Case Caption**

THIS MATTER is before the Court on Third Party Defendant Elite Professional Education, LLC's Unopposed Motion to Amend Case Caption, and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**;

2. The case caption will amended to reflect the proper entity name for Third-Party Defendant Elite Professional Education, LLC.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of May, 2018.

                                              _____
                                              WILLIAM P. DIMITROULEAS
                                              UNITED STATES DISTRICT JUDGE

cc:    All counsel of record via CM/ECF