UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

      Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE PROFESSIONAL EDUCATION, LLC,

      Third-Party Defendant.

_____/

**Elite's Unopposed Motion For Authorization
To Bring Electronic Equipment Into The Courtroom**

Elite Professional Education, LLC ("Elite") respectfully moves this Court for entry of an Order permitting Elite's attorneys of record and personnel to bring into the courtroom and use electronic equipment for the calendar call and trial in this matter. In support of its Motion, Elite states as follows:

1. The calendar call for this matter is scheduled for May 25, 2018 and the trial is currently set for the Trial Period commencing on May 29, 2018.

2. Counsel for Elite intends to present evidence at trial that rely on the use of computer technology and other technological equipment.

3. Elite has arranged for its counsel's Litigation Support Manager, Matthew Hawkins, to provide IT support, which will require him to bring electronic equipment into the courtroom.

45143853;1

4. Elite respectfully requests that the following individuals be permitted to bring the following electronic equipment into the Courthouse for the calendar call and trial in this matter and continuing until its conclusion:

### Authorized Personnel

Counsel of Record:

1. J. Mark Wilson;
2. Kathryn G. Cole;
3. Minnie Kim; and
4. Peter A. Chiabotti.

Also Matthew Hawkins, Elite's Litigation Support Manager.

### Authorized Electronic Equipment

Laptop/tablet computers, external and flash drives, cellular phones, WiFi hotspot devices, presentation clickers/laser pointers, equipment chargers, and cables.

5. The above-listed equipment will assist counsel at the trial present evidence and conduct trial in an efficient manner.

6. Elite understands that all electronic equipment will be subject to screening by courthouse personnel and courthouse security.

WHEREFORE, Elite respectfully requests this Court enter the attached Order allowing the above-listed electronic equipment to be brought into the Courthouse for the calendar call and trial in this matter.

### LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), counsel for Elite conferred in person with counsel for NetCE and Dr. Jouria. No party objects to this Motion.

| | |
|---|---|
| Dated: May 8, 2018 | Respectfully submitted,<br><br>/s/ Peter A. Chiabotti<br>Peter A. Chiabotti<br>Florida Bar No. 0602671<br>Kristen M. McKinney<br>Florida Bar No. 96677<br>AKERMAN LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401<br>Telephone: (561) 653-5000<br>Fax: (561) 659-6313<br>Email: peter.chiabotti@akerman.com<br>Email: kristen.mckinney@akerman.com<br><br>J. Mark Wilson (*pro hac vice*)<br>Kathryn G. Cole (*pro hac vice*)<br>MOORE & VAN ALLEN PLLCS<br>100 North Tryon Street, Suite 4700<br>Charlotte, NC 28202<br>Telephone: (704) 331-1000<br>Fax: (704) 331-1159<br>Email: markwilson@mvalaw.com<br>Email: katecole@mvalaw.com<br><br>*Attorneys for Third-Party Defendant Elite Professional Education, LLC* |

**Certificate Of Service**

I HEREBY CERTIFY that on May 8, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel on the attached Service List.

/s/Peter A. Chiabotti
Peter A. Chiabotti

**SERVICE LIST**

Richard S. Ross
915 SE 2nd Court
Fort Lauderdale, FL 33301
Telephone: (954) 252-9110
Fax: (954) 252-9192
Email: prodp@ix.netcom.com
*Attorney for Plaintiff Dr. Jassin Jouria*

Philip E. Rothschild
Holland & Knight, LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Fax: (954) 463-2030
Email: phil.rothschild@hklaw.com
*Attorney for CE Resource, Inc. d/b/a
CME Resource and NetCE*

John P. Kern
Jessica E. Lanier
Holland & Knight, LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 743-6900
Fax: (415) 743-6910
Email: john.kern@hklaw.com
Email: jessica.lanier@hklaw.com
*Attorneys for CE Resource, Inc. d/b/a
CME Resource and NetCE*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
Akerman LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com
*Attorneys for Third-Party Defendant
Elite Professional Education, LLC*

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
Moore & Van Allen PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com
*Attorneys for Third-Party Defendant
Elite Professional Education, LLC*

45143853;1

4