UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE PROFESSIONAL EDUCATION, LLC,

    Third-Party Defendant.

_____/

**[Proposed] Order Granting Elite's Unopposed Motion For Authorization To Bring Electronic Equipment Into The Courtroom**

THIS MATTER having come before the Court on Elite Professional Education, LLC's Unopposed Motion for Authorization to Bring Electronic Equipment into the Courtroom ("Motion"), and the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that Elite's Motion is hereby **GRANTED**. The following individuals are allowed to bring the following electronic equipment into the United States District Court for the Southern District of Florida for use during the trial in this matter, from calendar call on May 25, 2018, through the conclusion of trial, which is set for the Trial Period commencing on May 29, 2018:

**Authorized Personnel**

Elite's counsel of record:

1. J. Mark Wilson;
2. Kathryn G. Cole;
3. Minnie Kim; and
4. Peter A. Chiabotti.

Also Matthew Hawkins, Elite's Litigation Support Manager.

45143853;1

**Authorized Electronic Equipment**

Laptop/tablet computers, external and flash drives, cellular phones, WiFi hotspot devices, presentation clicker/laser pointers, equipment chargers and cables.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of May, 2018.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record