## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 0:15-61165-WPD

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE CONTINUING EDUCATION, INC.,

    Defendants.
_____/

DR. JASSIN JOURIA,

    Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Counter-Defendant,
_____/

## ORDER GRANTING MOTION TO RE-ALIGN PARTIES

THIS CAUSE is before the Court upon NetCE's Motion to Re-align Parties [DE 259], filed on April 5, 2018. The Court has carefully considered the Motion, Dr. Jassin Jouria's Response [DE 266], and is otherwise fully advised in the premises.[1]

"[F]ederal courts are required to realign the parties in an action to reflect their interests in the litigation." *City of Vestavia Hills v. Gen. Fid. Ins. Co.*, 676 F.3d 1310, 1313 (11th Cir. 2012) (affirming district court's realigning of the parties against insurance company and denial of motion to remand). "[I]t is the duty of the lower federal courts to look beyond the pleadings and

---

1 The Court notes that Elite Continuing Education, Inc. did not file a Response, and there was no Reply filed.

arrange the parties according to their sides in the dispute, as determined by the principal purpose of the suit and the primary and controlling matter in dispute." *Id.*

The Court agrees that the parties should be re-aligned with NetCE as the Plaintiff and Dr. Jouria and Elite as Defendants.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** that NetCE's Motion to Re-align Parties [DE 259] is **GRANTED**. NetCE is re-aligned as the Plaintiff in this action. Dr. Jouria and Elite Continuing Education, Inc. are re-aligned as Defendants. Dr. Jouria maintains counter-claims against NetCE. Going forward, all filings shall include the case caption on this Order.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of May, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record