**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD**

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

    Defendants.
_____/

DR. JASSIN JOURIA,

    Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Counter-Defendant,
_____/

## ORDER GRANTING MOTION TO AMEND CASE CAPTION

THIS CAUSE is before the Court upon the Unopposed Motion to Amend Case Caption [DE 287], filed May 8, 2018. The Court has carefully considered the Motion and is otherwise fully advised in the premises. Elite Professional Education, LLC (formerly known to the Court at Elite Continuing Education, Inc.) asks to amend the case caption to correctly reflect the name of its business.

Based upon the foregoing, it is **ORDERED AND ADJUDGED** that the Unopposed Motion to Amend Case Caption [DE 287] is **GRANTED.** Going forward, all filings shall include the case caption on this Order.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of May, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record