UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE PROFESSIONAL EDUCATION, LLC,

    Third-Party Defendant.

_____/

## ORDER GRANTING MOTION TO BRING AND USE ELECTRONIC EQUIPMENT AT TRIAL

THIS CAUSE is before the Court on Elite Professional Education, LLC's Unopposed Motion for Authorization to Bring Electronic Equipment into the Courtroom ("Motion") [DE 288]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 288] is **GRANTED**.
2. The Court permits counsel to use equipment available in the courtroom: video monitors, video connections for laptop computers at counsel's table, the Elmo® Document Camera system, and the courtroom's audio system.
3. The Court permits counsel to bring laptop computers, electronic notebooks/tablets, external and flash drives, WiFi hotspot devices, presentation clicker/laser pointers, equipment chargers, and cables into the courtroom for use during the trial in this matter, from calendar call on May 25, 2018, through the

    conclusion of trial, which is set for the Trial Period commencing on May 29, 2018.

4. The Court permits counsel and counsel's associate lawyers to bring their cellular telephones into the courthouse and to use their cellular telephones while outside of the courtroom.

5. If the parties would like to test their equipment before the hearing, they should contact Francine Salopek at (954)769-5657 to arrange a time.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 9th day of May, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

: All counsel of record