# Exhibit A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

DR. JASSIN JOURIA

       Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

       Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc. and Alpine
Management Services III, LLC,

       Third Party Defendants.

_____

**CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE RESPONSES TO ELITE PROFESSIONAL EDUCATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Federal Rules of Civil Procedure 26 and 34, and Magistrate Snow's Standing Order (Dkt. 77), Defendant/Counter-Plaintiff/Third Party Plaintiff CE Resources, Inc. ("NetCE") hereby submits its response to Counter-Defendant Elite Continuing Education, Inc.'s First Set of Requests for Production of Documents and Things.

## PRELIMINARY STATEMENT

NetCE's discovery, internal investigation, and preparation for trial is ongoing and has not been completed at the time of this response. The responses set forth below are based solely upon such information as is presently known to NetCE. Further discovery and investigation (including without limitation documents and information received from parties to this litigation and/or third parties) may reveal additional facts and evidence not presently known to NetCE and upon which NetCE may rely at the time of trial. NetCE specifically reserves the right at the time of trial to introduce evidence from any source which hereafter may be discovered and testimony from any witness whose identity may hereafter be discovered. If any information has unintentionally been omitted from these responses, NetCE reserves the right to rely upon and to present as evidence at trial such additional information as may be discovered and/or developed by Plaintiff and/or NetCE's attorneys during the course of this litigation.

A number of documents responsive to these Requests contain or describe confidential and/or trade secret information. NetCE will produce such documents if and only if a protective order is executed by the parties and approved by the Court.

NetCE will produce documents on a rolling basis as it completes its review of documents. NetCE will meet and confer with counsel for Elite regarding the most agreeable manner in which to handle the production of a privilege log, including without limitation whether a privilege log is necessary.

## RESPONSES TO REQUESTS FOR PRODUCTION

### REQUEST FOR PRODUCTION NO. 1:

Please produce all documents identified in Your Initial Disclosures.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 1:

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

### REQUEST FOR PRODUCTION NO. 2:

Please produce all documents referring or relating to Elite and the NetCE Courses and/or Accused Courses.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

### REQUEST FOR PRODUCTION NO. 3:

Please produce all Communications between You and Alpine related to Dr. Jouria or the allegations contained in the Third Party Complaint.

### RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a

Protective Order is executed by all three parties and approved by this Court. NetCE objects to this Request because it seeks the production of documents (a) subject to third-party confidentiality provisions and (b) whose admissibility likely is barred by Federal Rule of Evidence 408. NetCE is currently conferring with counsel for Elite regarding this Request.

**REQUEST FOR PRODUCTION NO. 4:**

Please produce all documents referring or relating to Alpine, including, without limitation, the settlement agreement executed by Alpine and NetCE (referenced in footnote 3 of NetCE's Response in Opposition to Elite's Motion to Dismiss Third Party claims, filed in the Lawsuit on May 22, 2017), and all correspondence related to such settlement and NetCE's agreement to dismiss Alpine from the Lawsuit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

NetCE objects to this Request because it seeks the production of documents (a) subject to third-party confidentiality provisions and (b) whose admissibility likely is barred by Federal Rule of Evidence 408. NetCE is currently conferring with counsel for Elite regarding this Request.

**REQUEST FOR PRODUCTION NO. 5**

Please produce all Communications between You and Dr. Jouria related to the allegations contained in the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce all documents referring or relating to Dr. Jouria and the NetCE Courses and/or Accused Courses.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce all documents submitted to or exchanged with the U.S. Copyright Office in connection with the Courses, including, without limitation, copies of the deposit materials submitted to the Copyright Office for each course.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce all Documents supporting or detracting from Your contention that "Alpine and Elite impermissibly used the confidential and proprietary knowledge Alpine obtained from NetCE under the NDA and then wrongfully passed this information along to Elite to give Elite a competitive advantage in the marketplace," as alleged in Paragraph 78 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 9:**

Please produce all Documents supporting or detracting from Your contention that Elite obtained from Alpine confidential and proprietary information regarding NetCE, as alleged in Paragraph 79 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 10:**

Please produce all Documents supporting or detracting from Your contention that Elite used confidential and proprietary information regarding NetCE that it obtained from Alpine, as alleged in Paragraph 79 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 11:**

Please produce all Documents supporting or detracting from Your contention that "Elite was aware of Dr. Jouria's Freelance Writer Agreements with NetCE," as alleged in Paragraph 103 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control.  To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 12:**

Please produce all Documents supporting or detracting from Your contention that any alleged conduct by Elite was willful, malicious, fraudulent, and/or in conscious disregard of NetCE's rights and interests, as alleged in Paragraphs 105, 116, and 135 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control.  To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 13:**

Please produce all Documents supporting or detracting from Your contention that any alleged conduct by Elite was "undertaken with the intent to injure NetCE's property and legal rights," as alleged in Paragraph 105 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 14:**

Please produce all Documents supporting or detracting from Your contention that "Elite was aware of NetCE's NDA with Alpine," as alleged in Paragraph 111 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 15:**

Please produce all Documents supporting or detracting from Your contention that "Elite intentionally interfered with the NDA between Alpine and NetCE," as alleged in Paragraph 113 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 16:**

Please produce all Documents related to the "financial performance data" referenced in Paragraph 127 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 17:**

Please produce Documents sufficient to show the "reasonable efforts" You have made to preserve the confidentiality of Your confidential and proprietary information allegedly misappropriated by Elite, as alleged in Paragraph 128 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 18:**

Please produce all Documents supporting or detracting from Your contention that Elite misappropriated any of Your alleged trade secrets or confidential information.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged

documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 19:**

Please produce all Documents supporting or detracting from Your contention, set forth in Your counsel's letter to Elite's counsel dated February 17, 2017, that "damages from this case based on lost sales, opportunity costs, unrealized investment in marketing and development expenditures, and recovering the profits Elite reaped from its infringing activity are in the tens of millions of dollars."

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control.  To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 20:**

Please produce the drafts of each Course as originally submitted to NetCE by Dr. Jouria, as described in Paragraph 35 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 20:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control.  To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 21:**

Please produce all Documents supporting Your allegation that "Dr. Jouria's works were littered with plagiarized content," as alleged in Paragraph 55 of the Third Party Complaint,

including any reports or documents generated from Your use of the "iThenticate" plagiarism detection program referenced in Paragraph 55 of the Third Party Complaint.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 22:**

Please produce all Documents referring or relating to the creation and/or publication of the NetCE Courses.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 23:**

Please produce all Documents referring or relating to similarities and/or differences between the NetCE Courses and the Accused Courses, including any results or reports of comparisons You made between the NetCE Courses and the Accused Courses.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 24:**

Please produce all Documents referred to, relied upon, or considered in preparing any pleading in the Lawsuit or the California Litigation, including but not limited to the Third Party Complaint, discovery requests and responses, interrogatory responses, and any other documents prepared by or for You pursuant to the Federal Rules of Civil Procedure, Federal Rules of Evidence, any court's local rules, or for any other reason related to the Lawsuit or the California Litigation.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 24:**

NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 25:**

Please produce copies of all Documents provided to or from, or exchanged with any actual or potential expert witness.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

NetCE objects to this Request as premature, as discovery is just beginning. NetCE objects to this Request to the extent it seeks information beyond the scope of Fed. R. Civ. P. 26(b)(4)(B), (C), and (D). NetCE reports it has no responsive documents at this time. NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control, once such resposnive documents exist. To the extent responsive documents exist that should be treated as "Confidential" or "Attorneys' Eyes Only," NetCE shall produce such non-privileged documents responsive to this Request, once such documents exist, that are in its possession, custody, and control if and when a Protective Order is executed by all three parties and approved by this Court.

**REQUEST FOR PRODUCTION NO. 26:**

Please produce copies of all actual or potential exhibits You intend to use or attempt to use in this Lawsuit.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26:**

NetCE objects to this Request as premature, as discovery is just beginning. NetCE shall produce non-privileged documents responsive to this Request that are in its possession, custody, and control. As discovery is ongoing, and the deadline to determine trial exhibits is not for several months, NetCE reserves the right to supplement its productions once all such trial exhibits are identified.

Dated: October 4, 2017 		Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Philip E. Rothschild
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ John P. Kern
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Jessica E. Lanier, Esq. (pro hac vice)
Email: Jessica.Lanier@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC. d/b/a
CME RESOURCE and NetCE