UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:15-61165-WPD**

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC,

    Defendants.
_____/

DR. JASSIN JOURIA,

    Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Counter-Defendant,
_____/

**[PROPOSED] ORDER GRANTING ELITE'S MOTION *IN LIMINE* NO. 4
TO EXCLUDE COUSRE COMPARISON DOCUMENTS**

THIS MATTER having come before the Court on Defendant Elite Professional Education, LLC's Motion *in Limine* No. 4 to Exclude Course Comparison Documents. The Court having reviewed the Motion, and being otherwise fully advised in the premises, it is thereupon,

**ORDERED AND ADJUDGED** that Elite's Motion is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this _____ day of _____, 20__.

                                                             _____
                                                             WILLIAM P. DIMITROULEAS
                                                            United States District Judge

cc:  All counsel of record

45191437;1