**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**

**CASE NO.:15-61165-CIV-DIMITROULEAS**

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC,

       Defendants,
_____/

DR. JASSIN JOURIA,

       Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Counter-Defendant.
_____/

**DEFENDANT DR. JASSIN JOURIA'S NOTICE OF JOINDER IN SELECT MOTIONS IN LIMINE FILED BY ELITE PROFESSIONAL EDUCATION, LLC**

       COMES NOW, the Defendant, Dr. Jassin Jouria ("Jouria"), who notices the court and the parties of his joinder in the following select Elite Professional Education, LLC motions in limine:

1.     DE 292 -     DEFENDANT ELITE PROFESSIONAL EDUCATION, LLC'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE EXPERT TESTIMONY OF JAMES PAMPINELLA;

2.     DE 294 -     DEFENDANT ELITE PROFESSIONAL EDUCATION, LLC'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE HEARSAY EVIDENCE REGARDING DEMAND FOR PHARMACOLOGY CONTENT

3. DE 295 - DEFENDANT ELITE PROFESSIONAL EDUCATION, LLC'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE COURSE COMPARISON DOCUMENTS

        Respectfully submitted,

        /s/ Richard S. Ross, Esq.
        RICHARD S. ROSS, ESQ.
        Attorney for Defendant Dr. Jassin Jouria
        Fla. Bar No. 436630
        915 S.E. 2 Court
        Ft. Lauderdale, Florida 33301
        Tel 954/252-9110
        Fax 954/252-9192
        E mail: prodp@ix.netcom.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on May 11, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             s/Richard S. Ross
             Richard S. Ross, Esq.

SERVICE LIST
CE Resource, Inc. v. Dr. Jassin Jouria et al.
Case No.: 15-61165-CIV-DIMITROULEAS
United States District Court, Southern District of Florida
(Ft. Lauderdale Division)

Philip E. Rothschild, Esq.
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Ft. Lauderdale, FL  33301
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Daniel Kappes, Esq.
David Holtzman, Esq.
John P. Kern, Esq.
HOLLAND & KNIGHT, LLP
50 California Street, Suite 2800
San Francisco, CA  94111
Method of Service: NEF
*(Attorneys for CE Resource, Inc. d/b/a CME Resource and NetCE)*

Peter A. Chiabotti, Esq.
Kristen McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Minnie Kim, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Method of Service: NEF
*(Attorneys for Elite Continuing Education, Inc.)*