# Exhibit B

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

## CASE NO.:  15-CV-61165-WPD

DR. JASSIN JOURIA
                      Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
                      Defendant.
_____/


CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
                      Defendant/Counter-Plaintiff,
v.
DR. JASSIN JOURIA,
                      Plaintiff/Counter-Defendant.
_____/


CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,
                      Defendant/Third Party Plaintiff,
v.
ELITE CONTINUING EDUCATION, INC.,
                      Third Party Defendants.
_____/

**DR. JASSIN JOURIA'S EXHIBIT LIST FOR TRIAL**
**With NETCE'S OBJECTIONS**

| PRESIDING JUDGE<br>HONORABLE William P. Dimitrouleas<br>Judicial Assistant:<br>Tammy Barlow | PLAINTIFF'S ATTORNEY<br><br>Philip E. Rothschild<br>Florida Bar No. 0088536<br>Email: phil.rothschild@hklaw.com<br>HOLLAND & KNIGHT LLP<br>515 East Las Olas Blvd., 12th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954)525-1000<br><br>John P. Kern, Esq. (*pro hac vice*)<br>Email: john.kern@hklaw.com<br>Daniel P. Kappes, Esq. (*pro hac vice*)<br>Email:  daniel.kappes@hklaw.com<br>David I. Holtzman, Esq. (*pro hac vice*)<br>Email:  david.holtzman@hklaw.com<br>HOLLAND & KNIGHT LLP<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone: (415)743-6918<br>Facsimile: (415)743-6910<br>*Attorneys for* CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE | DEFENDANT'S ATTORNEY<br><br>Richard S. Ross, Esq.<br>Florida Bar No. 436630<br>915 S.E. 2nd Court<br>Ft. Lauderdale, Florida 33301<br>Tel 954/252-9110<br>Fax 954/252-9192<br>E mail:  prodp@ix.netcom.com<br>Attorney for  Dr. Jassin Jouria<br><br>Peter A. Chiabotti, Esq.<br>Kristen M. McKinney, Esq.<br>AKERMAN LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401<br>Email:  peter.chiabotti@akerman.com<br>kristen.mckinney@akerman.com<br>(Attorneys for Elite Continuing Education, Inc.)<br><br>J. Mark Wilson, Esq.<br>Kathryn G. Cole, Esq.<br>MOORE & VAN ALLEN PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Email: markwilson@mvalaw.com;<br>katecole@mvalaw.com<br>(Attorneys for Elite Continuing Education, Inc.) |
|---|---|---|
| TRIAL DATE(S)<br>05/29/2018 to 06/12/2018<br>(10 days for trial) | COURT REPORTER<br>Francine Salopek | COURTROOM DEPUTY<br>Karen Carlton |

2

| JOURIA EXHIBIT NUMBER (EXPECTS TO OFFER) | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | NETCE OBJECTIONS | ELITE OBJECTIONS |
|---|---|---|---|---|---|---|
| JOURIA-1 | | | | NetCE's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third Party Complaint DE 36 | | |
| JOURIA-2 | | | | NetCE's Responses and Objections to Elite Professional Education's Second Set of Requests for Production of Documents DE 183-4 | | |
| JOURIA-3 | | | | NetCE's First Supplemental Responses to Dr. Jouria's First Set of Interrogatories DE 183-6 | | |
| JOURIA-4 | | | | NetCE Overview of Course Development NETCEB 34857-8 | R, I, UP | |
| JOURIA-5 | | | | NetCE Stipulation of Partial Dismissal DE 121 | R, UP | |
| **JOURIA EXHIBIT NUMBER (MAY OFFER)** | | | | | | |
| JOURIA-6 | | | | U.S. Copyright Office, Circular R32. | R, H, A, I | |

3

#57515851_v1