# Exhibit C

# ELITE'S EXHIBIT LIST FOR TRIAL
# INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Ex. No. | Production No. | Description | Expects to Offer | May Offer | NetCE's Objections | Jouria's Objections |
| 2 | 1 | | | | | | |
| 3 | 2 | | | | | | |
| 4 | 3 | | | | | | |
| 5 | 4 | | | | | | |
| 6 | 5 | | | | | | |
| 7 | 6 | | | | | | |
| 8 | 7 | | | | | | |
| 9 | 8 | | | | | | |
| 10 | 9 | | | | | | |
| 11 | 10 | | | | | | |
| 12 | 11 | | | | | | |
| 13 | 12 | | | | | | |
| 14 | 13 | | | | | | |
| 15 | 14 | | | | | | |
| 16 | 15 | | | | | | |
| 17 | 16 | | | | | | |
| 18 | 17 | | | | | | |
| 19 | 18 | | | | | | |
| 20 | 19 | | | | | | |
| 21 | 20 | | | | | | |
| 22 | 21 | | | | | | |
| 23 | 22 | | | | | | |
| 24 | 23 | | | | | | |
| 25 | 24 | | | | | | |
| 26 | 25 | | | | | | |
| 27 | 26 | | | | | | |
| 28 | 27 | Depo. Ex. 27 | November 8, 2013 Independent Contractor Agreements between Elite and Jouria with Exhibits, JOURIA00000807-00000827 | x | | | |
| 29 | 28 | | | | | | |
| 30 | 29 | | | | | | |
| 31 | 30 | | | | | | |
| 32 | 31 | | | | | | |
| 33 | 32 | | | | | | |
| 34 | 33 | | | | | | |
| 35 | 34 | | | | | | |
| 36 | 35 | Depo. Ex. 35 | January 24, 2013 Elance Job Posting, "Writer for Nursing Continuing Education Courses" | x | | H, R | |
| 37 | 36 | Depo. Ex. 36 | January 26, 2013 Email Chain with MedCreds, "Proposal" | x | | H | |
| 38 | 37 | Depo. Ex. 37 | Email Chain, "Course/Invoice", JOURIA00000041-00000059 | | x | H | |
| 39 | 38 | | | | | | |
| 40 | 39 | | | | | | |
| 41 | 40 | | | | | | |
| 42 | 41 | | | | | | |
| 43 | 42 | Depo. Ex. 42 | NetCE's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third-Party Complaint (DE 36) | | x | | |
| 44 | 43 | Depo Ex. 43 | February 3, 2013 Email Chain with MedCreds (ELT0051528-0051531) | x | | H | |
| 45 | 44 | Depo. Ex. 44 | January 30, 2013 Independent Contractors Agreement | x | | | |

1

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 46 | 45 | Depo. Ex. 45 | February 6, 2013 Email Chain, "RE: Jassin Jouria_Women and Heart Disease" | x |  | H |  |
| 47 | 46 | Depo. Ex. 46 | November 11, 2013 Email Chain, "Re: Contract and courses" | x |  | H |  |
| 48 | 47 | Depo. Ex. 47 | October 16, 2015 Email Chain, "Re: Letter from NetCe Attorney" |  | x | H, R |  |
| 49 | 48 |  |  |  |  |  |  |
| 50 | 49 |  |  |  |  |  |  |
| 51 | 50 |  |  |  |  |  |  |
| 52 | 51 |  |  |  |  |  |  |
| 53 | 52 |  |  |  |  |  |  |
| 54 | 53 |  |  |  |  |  |  |
| 55 | 54 |  |  |  |  |  |  |
| 56 | 55 |  |  |  |  |  |  |
| 57 | 56 |  |  |  |  |  |  |
| 58 | 57 |  |  |  |  |  |  |
| 59 | 58 |  |  |  |  |  |  |
| 60 | 59 |  |  |  |  |  |  |
| 61 | 60 |  |  |  |  |  |  |
| 62 | 61 |  |  |  |  |  |  |
| 63 | 62 |  |  |  |  |  |  |
| 64 | 63 |  |  |  |  |  |  |
| 65 | 64 |  |  |  |  |  |  |
| 66 | 65 |  |  |  |  |  |  |
| 67 | 66 |  |  |  |  |  |  |
| 68 | 67 |  |  |  |  |  |  |
| 69 | 68 |  |  |  |  |  |  |
| 70 | 69 |  |  |  |  |  |  |
| 71 | 70 |  |  |  |  |  |  |
| 72 | 71 | Depo. Ex. 71 | Subpoena to Alpine |  | x | R |  |
| 73 | 72 |  |  |  |  |  |  |
| 74 | 73 | Depo. Ex. 73 | Alpine Document Production, ALP0001-0080 | x |  |  |  |
| 75 | 74 | Depo. Ex. 74 | Notice of Rule 30(b)(6) Deposition of NetCE |  | x | R |  |
| 76 | 75 | Depo. Ex. 75 | NetCE's Responses to Elite's First Set of Interrogatories with Verification |  | x |  |  |
| 77 | 76 |  |  |  |  |  |  |
| 78 | 77 | Depo. Ex. 77 | Compilation of Emails Produced by NetCE |  | x |  |  |
| 79 | 78 | Depo. Ex. 78 | Compilation of Emails Produced by NetCE |  | x |  |  |
| 80 | 79 |  |  |  |  |  |  |
| 81 | 80 |  |  |  |  |  |  |
| 82 | 81 |  |  |  |  |  |  |
| 83 | 82 |  |  |  |  |  |  |
| 84 | 83 |  |  |  |  |  |  |
| 85 | 84 |  |  |  |  |  |  |
| 86 | 85 |  |  |  |  |  |  |
| 87 | 86 | Depo. Ex. 86 | August 17, 2015 Email Chain, "helpspot 161555" |  | x |  |  |
| 88 | 87 | Depo. Ex. 87 | February 13, 2013 Email Chain, "RE: GI Proposal" |  | x |  |  |
| 89 | 88 |  |  |  |  |  |  |
| 90 | 89 |  |  |  |  |  |  |
| 91 | 90 |  |  |  |  |  |  |

**ELITE'S EXHIBIT LIST FOR TRIAL**

**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 92 | 91 |  |  |  |  |  |  |
| 93 | 92 |  |  |  |  |  |  |
| 94 | 93 | DE 93 | Elite's Answer to Third Party Complaint and Counterclaims |  | x |  |  |
| 95 | 94 |  |  |  |  |  |  |
| 96 | 95 | DE 95 | NetCE's Answer to Third-Party Defendant Elite Continuing Education, Inc.'s Complaint and Counterclaims |  | x |  |  |
| 97 | 96 |  |  |  |  |  |  |
| 98 | 97 |  |  |  |  |  |  |
| 99 | 98 |  |  |  |  |  |  |
| 100 | 99 |  |  |  |  |  |  |
| 101 | 100 |  |  |  |  |  |  |
| 102 | 101 |  |  |  |  |  |  |
| 103 | 102 |  |  |  |  |  |  |
| 104 | 103 |  |  |  |  |  |  |
| 105 | 104 |  |  |  |  |  |  |
| 106 | 105 |  |  |  |  |  |  |
| 107 | 106 |  |  |  |  |  |  |
| 108 | 107 |  |  |  |  |  |  |
| 109 | 108 |  |  |  |  |  |  |
| 110 | 109 |  |  |  |  |  |  |
| 111 | 110 |  |  |  |  |  |  |
| 112 | 111 |  |  |  |  |  |  |
| 113 | 112 |  |  |  |  |  |  |
| 114 | 113 |  |  |  |  |  |  |
| 115 | 114 |  |  |  |  |  |  |
| 116 | 115 |  |  |  |  |  |  |
| 117 | 116 |  |  |  |  |  |  |
| 118 | 117 |  |  |  |  |  |  |
| 119 | 118 |  |  |  |  |  |  |
| 120 | 119 |  |  |  |  |  |  |
| 121 | 120 |  |  |  |  |  |  |
| 122 | 121 | DE 121 | Stipulation of Partial Dismissal by NetCE and Elite and Withdrawal of Elite's Motion for Judgment on the Pleadings |  | x | R, UP |  |
| 123 | 122 |  |  |  |  |  |  |
| 124 | 123 |  |  |  |  |  |  |
| 125 | 124 |  |  |  |  |  |  |
| 126 | 125 |  |  |  |  |  |  |
| 127 | 126 |  |  |  |  |  |  |
| 128 | 127 |  |  |  |  |  |  |
| 129 | 128 |  |  |  |  |  |  |
| 130 | 129 |  |  |  |  |  |  |
| 131 | 130 |  |  |  |  |  |  |
| 132 | 131 |  |  |  |  |  |  |
| 133 | 132 |  |  |  |  |  |  |
| 134 | 133 |  |  |  |  |  |  |
| 135 | 134 |  |  |  |  |  |  |
| 136 | 135 |  |  |  |  |  |  |
| 137 | 136 |  |  |  |  |  |  |
| 138 | 137 |  |  |  |  |  |  |
| 139 | 138 |  |  |  |  |  |  |
| 140 | 139 |  |  |  |  |  |  |
| 141 | 140 |  |  |  |  |  |  |
| 142 | 141 |  |  |  |  |  |  |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 143 | 142 | | | | | | |
| 144 | 143 | | | | | | |
| 145 | 144 | | | | | | |
| 146 | 145 | | | | | | |
| 147 | 146 | | | | | | |
| 148 | 147 | | | | | | |
| 149 | 148 | | | | | | |
| 150 | 149 | | | | | | |
| 151 | 150 | | | | | | |
| 152 | 151 | | | | | | |
| 153 | 152 | | | | | | |
| 154 | 153 | | | | | | |
| 155 | 154 | | | | | | |
| 156 | 155 | | | | | | |
| 157 | 156 | | | | | | |
| 158 | 157 | | | | | | |
| 159 | 158 | | | | | | |
| 160 | 159 | | | | | | |
| 161 | 160 | | | | | | |
| 162 | 161 | | | | | | |
| 163 | 162 | | | | | | |
| 164 | 163 | | | | | | |
| 165 | 164 | | | | | | |
| 166 | 165 | | | | | | |
| 167 | 166 | | | | | | |
| 168 | 167 | | | | | | |
| 169 | 168 | DE 168 | Stipulation of Partial Dismissal by NetCE and Elite (NetCE's Claim Four: Tortious Interference with Contractual Relations) | | x | R, UP | |
| 170 | 169 | | | | | | |
| 171 | 170 | | NetCE's Responses to Elite's Second Set of Interrogatories with Verification, served on November 15, 2017 | | x | | |
| 172 | 171 | | NetCE's First Set of Requests for Production of Documents and Things to Elite, served on August 25, 2017 | | x | R | |
| 173 | 172 | | NetCE's Responses to Jouria's First Set of Interrogatories, served on July 3, 2017 | | x | | |
| 174 | 173 | | NetCE's First Supplemental Responses to Jouria's First Set of Interrogatories, served on August 30, 2017 | | x | | |
| 175 | 174 | | | | | | |
| 176 | 175 | | | | | | |
| 177 | 176 | | | | | | |
| 178 | 177 | | | | | | |
| 179 | 178 | | | | | | |
| 180 | 179 | | | | | | |
| 181 | 180 | | | | | | |
| 182 | 181 | | | | | | |
| 183 | 182 | | | | | | |
| 184 | 183 | | | | | | |
| 185 | 184 | | | | | | |
| 186 | 185 | | | | | | |

# ELITE'S EXHIBIT LIST FOR TRIAL
## INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS

|     | A   | B                          | C                                                                      | D | E | F | G |
|-----|-----|----------------------------|------------------------------------------------------------------------|---|---|---|---|
| 187 | 186 |                            |                                                                        |   |   |   |   |
| 188 | 187 |                            |                                                                        |   |   |   |   |
| 189 | 188 |                            |                                                                        |   |   |   |   |
| 190 | 189 |                            |                                                                        |   |   |   |   |
| 191 | 190 |                            |                                                                        |   |   |   |   |
| 192 | 191 |                            |                                                                        |   |   |   |   |
| 193 | 192 |                            |                                                                        |   |   |   |   |
| 194 | 193 |                            |                                                                        |   |   |   |   |
| 195 | 194 |                            |                                                                        |   |   |   |   |
| 196 | 195 |                            |                                                                        |   |   |   |   |
| 197 | 196 |                            |                                                                        |   |   |   |   |
| 198 | 197 |                            |                                                                        |   |   |   |   |
| 199 | 198 |                            |                                                                        |   |   |   |   |
| 200 | 199 |                            |                                                                        |   |   |   |   |
| 201 | 200 | NETCEB0004546              | November 26, 2013 Email, "Re: NurseCE4Less"                            |   | x |   |   |
| 202 | 201 | NETCEB0005992              | April 02, 2014 Email, "Re: William A Cook"                             |   | x |   |   |
| 203 | 202 | NETCEB0006146              | August 13, 2015 Email, "RE: Did Elite buy them. Jouria on his own?"    |   | x |   |   |
| 204 | 203 | NETCEB0026884              | October 04, 2016 Email, "Elite ancc"                                   |   | x |   |   |
| 205 | 204 | NETCEB0026924-0026925      | June 09, 2015 Email Chain, "RE: Elite"                                 |   | x |   |   |
| 206 | 205 | NETCEB0032340-0032341      | April 14, 2011 Email Chain, "Re: Competitor Social Work Catalog"       |   | x |   |   |
| 207 | 206 | NETCEB0032353              | May 18, 2012 Email Chain, "Re: CE Broker Going Nationwide"             |   | x |   |   |
| 208 | 207 | NETCEB0032356-0032357      | March 02, 2012 Email Chain, "Re: Elite CA Catalog"                     |   | x |   |   |
| 209 | 208 | NETCEB0032437              | April 14, 2013 Email, "Fwd: Google Alert- elitecme.com"                |   | x |   |   |
| 210 | 209 | NETCEB0032872-0032873      | December 14, 2013 Email Chain, "Re: Elite's FB Post"                   |   | x |   |   |
| 211 | 210 | NETCEB0032902-0032903      | October 30, 2013 Email Chain, "Re: 3V Discussion"                      |   | x |   |   |
| 212 | 211 | NETCEB0035065              | November 05, 2013 Email Chain, "RE: Thanks Again"                      |   | x |   |   |
| 213 | 212 | NETCEB0003115-0003116      | May 09, 2016 Email, "Re: Legal"                                        |   | x | R |   |
| 214 | 213 | NETCEB0004496              | April 07, 2016 Email, "RE: Jouria"                                     |   | x | R |   |
| 215 | 214 | NETCEB0004497-0004499      | April 04, 2016 Email, "RE: Lawsuit documentation"                      |   | x |   |   |
| 216 | 215 | NETCEB0004505              | December 05, 2015 Email, "RE: The 2016 pipeline"                       |   | x | R |   |
| 217 | 216 | NETCEB0004522              | July 02, 2015 Email, "Follow-up"                                       |   | x | R |   |
| 218 | 217 | NETCEB0006136              | November 13, 2015 Email, "Re: EliteCME/Alpine Investments"             |   | x | R |   |
| 219 | 218 | NETCEB0006161              | June 18, 2016 Email, "Re: INFORMED - Home Page"                        |   | x | R |   |
| 220 | 219 | NETCEB0026881              | October 14, 2016 Email, "Sent from Snipping Tool"                      |   | x | R |   |
| 221 | 220 | NETCEB0026890              | March 29, 2016 Email, "Fwd: Elite Using ANCC in URL"                   |   | x | R |   |
| 222 | 221 | NETCEB0026919              | April 19, 2016 Email, "RE: Elite ANCC"                                 |   | x | R |   |
| 223 | 222 | NETCEB0026921              | April 14, 2016 Email, "RE: Elite"                                      |   | x | R |   |
| 224 | 223 | NETCEB0026923              | April 06, 2016 Email, "Elite ANCC Complaint"                           |   | x | R |   |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 225 | 224 | NETCEB0028618 | March 29, 2012 Email, "Florida cosmetology course" |  | x | R |  |
| 226 | 225 | NETCEB0032336-0032339 | May 06, 2011 Email, "Re: Mental Health Catalog Covers" |  | x |  |  |
| 227 | 226 | NETCEB0032445 | February 04, 2013 Email, "RE: Price Matching" |  | x | R |  |
| 228 | 227 | NETCEB0032796-0032799 | November 03, 2014 Email, "Re: FLMHP15 Adwords Campaign" |  | x |  |  |
| 229 | 228 | NETCEB0032800 | October 17, 2014 Email, "Re: Elite" |  | x | R |  |
| 230 | 229 | NETCEB0032805 | July 09, 2014 Email, "Re: Elite" |  | x |  |  |
| 231 | 230 | NETCEB0032969 | February 06, 2015 Email, "Elite NY & NJ SWs" |  | x |  |  |
| 232 | 231 | NETCEB0034348 | May 11, 2016 Email, "Re: Elite and Careisma Scrubs" |  | x | R |  |
| 233 | 232 | NETCEB0032443-0032444 | January 31, 2013 Email, "Jackie Spivey wants to know why our courses are so expensive" |  | x |  |  |
| 234 | 233 | NETCEB0006135 | November 13, 2015 Email, "Re: EliteCME /Alpine Investments" |  | x |  |  |
| 235 | 234 | NETCEB0005264-0005265 | April 09, 2012 Email Chain, "RE: CE/CME Author" |  | x |  |  |
| 236 | 235 | NETCEB0003017 | September 18, 2012 Email, "New Course Proposals - Pharmacology" |  | x |  |  |
| 237 | 236 | NETCEB0003040-0003043 | July 09, 2012 Email Chain, "RE: Decubitus Ulcers Monograph" |  | x |  |  |
| 238 | 237 | NETCEB0005077 | September 26, 2012 Email Chain, "RE: Future Topics" |  | x |  |  |
| 239 | 238 | NETCEB0003006-0003007 | January 04, 2013 Email Chain, "Re: Thank you!" |  | x |  |  |
| 240 | 239 | NETCEB0003002 | February 10, 2013 Email Chain, "Re: Course Updates" |  | x |  |  |
| 241 | 240 | NETCEB0021745 | Notification letters.docx |  | x |  |  |
| 242 | 241 | NETCEB0017845-0017858 | Catalog History 2013-Present (LATEST).pdf |  | x |  |  |
| 243 | 242 | NETCEB0034794-0034806 | 2014 Catalog Schedule.doc |  | x |  |  |
| 244 | 243 | NETCEB0024462-0024473 | 2015 Catalog Schedule Draft_Julie.pdf |  | x | A |  |
| 245 | 244 | NETCEB0003146-0003147 | March 29, 2016 Email Chain, "RE: Elite Now ANCC" |  | x | R |  |
| 246 | 245 | NETCEB0004526 | May 19, 2015 Email Chain, "RE: ANCC Complaint follow up" |  | x | R |  |
| 247 | 246 | NETCEB0026863 | April 19, 2016 Email, "Complaint regarding an accredited organization" |  | x | R |  |
| 248 | 247 | NETCEB0032347 | November 4, 2012 Email Chain, "Re: Elite" |  | x | R |  |
| 249 | 248 | NETCEB0033006 | February 4, 2014 Email Chain, "Re: Georgia" |  | x | R |  |
| 250 | 249 | NETCEB0033180 | June 1, 2015 Email, "Complaint Regarding Elite to NBCC" |  | x | R |  |
| 251 | 250 | NETCEB0034342 | April 1, 2016 Email Chain, "Fwd: Your Password Reset Request" |  | x | R |  |
| 252 | 251 | NETCEB0003731-0003732 | February 25, 2017 Email Chain, "RE: Checking in" |  | x | R |  |
| 253 | 252 | NETCEB0014274-0014275 | productid_3123.pdf (NetCE's FL14A Cover) |  | x |  |  |
| 254 | 253 | NETCEB0014384-0014385 | productid_3126.pdf (NetCE's FL14B Cover) |  | x |  |  |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 255 | 254 | NETCEB0014502-0014503 | productid_3192.pdf (NetCE's GCA14 Cover) |  | x |  |  |
| 256 | 255 | NETCEB0014808-0014809 | productid_3215.pdf (NetCE's GTX14 Cover) |  | x |  |  |
| 257 | 256 | NETCEB0015045-0015046 | productid_3271.pdf (NetCE's OH14 Cover) |  | x |  |  |
| 258 | 257 | NETCEB0015493-0015494 | productid_3318.pdf (NetCE's GIA14 Cover) |  | x |  |  |
| 259 | 258 | NETCEB0016035-0016036 | productid_3390.pdf (NetCE's GKY14 Cover) |  | x |  |  |
| 260 | 259 | NETCEB0004525 | June 3, 2015 Email, "Elite catalogs" |  | x |  |  |
| 261 | 260 | NETCEB0005322 | June 16, 2017 Email, "Documentation" |  | x |  |  |
| 262 | 261 | NETCEB0035001-0035017 | Marketing plan 2016 Exec Summary.docx |  | x |  |  |
| 263 | 262 |  |  |  |  |  |  |
| 264 | 263 |  |  |  |  |  |  |
| 265 | 264 |  |  |  |  |  |  |
| 266 | 265 |  |  |  |  |  |  |
| 267 | 266 |  |  |  |  |  |  |
| 268 | 267 |  |  |  |  |  |  |
| 269 | 268 |  |  |  |  |  |  |
| 270 | 269 |  |  |  |  |  |  |
| 271 | 270 |  |  |  |  |  |  |
| 272 | 271 |  |  |  |  |  |  |
| 273 | 272 |  |  |  |  |  |  |
| 274 | 273 |  |  |  |  |  |  |
| 275 | 274 |  |  |  |  |  |  |
| 276 | 275 |  |  |  |  |  |  |
| 277 | 276 |  |  |  |  |  |  |
| 278 | 277 |  |  |  |  |  |  |
| 279 | 278 |  |  |  |  |  |  |
| 280 | 279 |  |  |  |  |  |  |
| 281 | 280 |  |  |  |  |  |  |
| 282 | 281 |  |  |  |  |  |  |
| 283 | 282 |  |  |  |  |  |  |
| 284 | 283 |  |  |  |  |  |  |
| 285 | 284 |  |  |  |  |  |  |
| 286 | 285 |  |  |  |  |  |  |
| 287 | 286 |  |  |  |  |  |  |
| 288 | 287 |  |  |  |  |  |  |
| 289 | 288 |  |  |  |  |  |  |
| 290 | 289 |  |  |  |  |  |  |
| 291 | 290 |  |  |  |  |  |  |
| 292 | 291 |  |  |  |  |  |  |
| 293 | 292 |  |  |  |  |  |  |
| 294 | 293 |  |  |  |  |  |  |
| 295 | 294 |  |  |  |  |  |  |
| 296 | 295 |  |  |  |  |  |  |
| 297 | 296 |  |  |  |  |  |  |
| 298 | 297 |  |  |  |  |  |  |
| 299 | 298 |  |  |  |  |  |  |
| 300 | 299 |  |  |  |  |  |  |
| 301 | 300 | ELT0007870-0007873 | March 11, 2013 Email, "RE: Jassin Jouria_Women and Heart Disease" | x |  | H, R |  |
| 302 | 301 | ELT0007884 | February 06, 2013 Email, "RE: Jassin Jouria_Women and Heart Disease" | x |  | H, R |  |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 303 | 302 | ELT0000435-0000436 | April 10, 2013 Email, "Re: Course/Invoice" | x | | H | |
| 304 | 303 | ELT0000439-0000440 | May 25, 2013 Email, "Re: New Course: Depression vs. Dementia in the Elderly (Parts I and II)" | x | | H | |
| 305 | 304 | ELT0000470 | April 23, 2013 Email, "Re: Cancer Part I" | x | | H | |
| 306 | 305 | ELT0008125-0008126 | February 06, 2013 Email, "Re: Jassin Jouria_Women and Heart Disease" | x | | H | |
| 307 | 306 | ELT0008500 | July 18, 2013 Email, "Re: Course" | x | | H | |
| 308 | 307 | ELT0001303-0001316 | November 10, 2013 Email, "Re: Contract and courses" | x | | H | |
| 309 | 308 | ELT0013854 | September 19, 2013 Email, "Phone conference" | x | | H | |
| 310 | 309 | ELT0000562-0000563 | June 10, 2013 Email Chain, "FW: Bio" | x | | H, R | |
| 311 | 310 | ELT0000564 | JassinJouriaMD_Bio.docx | x | | H, R | R |
| 312 | 311 | ELT0011373-0011374 | November 16, 2015 Email Chain, "FW: Nursing Investigation Quant Questionnaire" | x | | H, R | |
| 313 | 312 | ELT0011375-0011393 | McKissock Nursing Investigation Quantitative Survey 1.10.12.docx | x | | R | |
| 314 | 313 | ELT0012013-0012014 | October 7, 2013 Email, "Conference Call" | x | | H, R | |
| 315 | 314 | ELT0012015-0012016 | December 2, 2013 Email, "Contract Attachments - Managing Back Pain: Acute and Chronic and A Comprehensive Nursing Review of Chest Trauma" | x | | H | |
| 316 | 315 | ELT0012021-0012022 | AUTHOR GUIDELINES & PROCESS.doc | x | | | |
| 317 | 316 | ELT0012050 | February 18, 2013 Email Chain, "Fwd: Nursing Investigation Quantitative Report" | x | | R | |
| 318 | 317 | ELT0012051-0012108 | McKissock Nursing Investigation Full Report 2.15.13.pptx | x | | | |
| 319 | 318 | ELT0012110 | McKissock Nursing Investigation Invoice 3.pdf | x | | R | |
| 320 | 319 | ELT0001259-0001260 | January 10, 2014 Email Chain, "Fwd: The Basics of Pharmacology for Nurses - New Course at NurseCe4Less" | x | | R | |
| 321 | 320 | ELT0001285-0001289 | JassinJouria-resume.pdf | x | | | R |
| 322 | 321 | | | | | H | |
| 323 | 322 | ELT0001355 | June 13, 2013 Email, "one of our biggest allied health competitors" | x | | | |
| 324 | 323 | ELT0001356-0001382 | Care2Learn Course Catalog.pdf | x | | R | |
| 325 | 324 | | | | | | |
| 326 | 325 | | | | | | |
| 327 | 326 | | | | | | |
| 328 | 327 | | | | | | |
| 329 | 328 | | | | | | |
| 330 | 329 | | | | | | |
| 331 | 330 | | | | | | |
| 332 | 331 | | | | | | |
| 333 | 332 | | | | | | |

ELITE'S EXHIBIT LIST FOR TRIAL
INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 334 | 333 | | | | | | |
| 335 | 334 | | | | | | |
| 336 | 335 | | | | | | |
| 337 | 336 | | | | | | |
| 338 | 337 | | | | | | |
| 339 | 338 | | | | | | |
| 340 | 339 | | | | | | |
| 341 | 340 | | | | | | |
| 342 | 341 | | | | | | |
| 343 | 342 | | | | | | |
| 344 | 343 | | | | | | |
| 345 | 344 | | | | | | |
| 346 | 345 | | | | | | |
| 347 | 346 | | | | | | |
| 348 | 347 | | | | | | |
| 349 | 348 | | | | | | |
| 350 | 349 | | | | | | |
| 351 | 350 | | | | | | |
| 352 | 351 | | | | | | |
| 353 | 352 | | | | | | |
| 354 | 353 | | | | | | |
| 355 | 354 | | | | | | |
| 356 | 355 | | | | | | |
| 357 | 356 | | | | | | |
| 358 | 357 | | | | | | |
| 359 | 358 | | | | | | |
| 360 | 359 | | | | | | |
| 361 | 360 | | | | | | |
| 362 | 361 | | | | | | |
| 363 | 362 | | | | | | |
| 364 | 363 | | | | | | |
| 365 | 364 | | | | | | |
| 366 | 365 | | | | | | |
| 367 | 366 | | | | | | |
| 368 | 367 | | | | | | |
| 369 | 368 | | | | | | |
| 370 | 369 | | | | | | |
| 371 | 370 | | | | | | |
| 372 | 371 | | | | | | |
| 373 | 372 | | | | | | |
| 374 | 373 | | | | | | |
| 375 | 374 | | | | | | |
| 376 | 375 | | | | | | |
| 377 | 376 | | | | | | |
| 378 | 377 | | | | | | |
| 379 | 378 | | | | | | |
| 380 | 379 | | | | | | |
| 381 | 380 | | | | | | |
| 382 | 381 | | | | | | |
| 383 | 382 | | | | | | |
| 384 | 383 | | | | | | |
| 385 | 384 | | | | | | |
| 386 | 385 | | | | | | |
| 387 | 386 | | | | | | |
| 388 | 387 | | | | | | |
| 389 | 388 | | | | | | |
| 390 | 389 | | | | | | |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 391 | 390 | | | | | | |
| 392 | 391 | | | | | | |
| 393 | 392 | | | | | | |
| 394 | 393 | | | | | | |
| 395 | 394 | | | | | | |
| 396 | 395 | | | | | | |
| 397 | 396 | | | | | | |
| 398 | 397 | | | | | | |
| 399 | 398 | | | | | | |
| 400 | 399 | | | | | | |
| 401 | 400 | ELT0051216-0051220 | Course approval #s and dates for reference.docx | | x | R | |
| 402 | 401 | ELT0051221-0051272 | prominence of courses v3.pptx | | x | R, A | |
| 403 | 402 | ELT0051526 | Copy of WIME_Nursing_Courses_2011-2015 (002).xlsx (Wild Iris) | | x | R, A | |
| 404 | 403 | ELT0051527 | List of Courses 2011-2015.xlsx (OnCourse Learning) | | x | | |
| 405 | 404 | ELT0052460 | Cert of Records.pdf (NurseCE4Less) | | x | | |
| 406 | 405 | ELT0052461 | Certification of Records.pdf (CEUfast) | | x | | |
| 407 | 406 | ELT0052462-0052473 | Courses 2011-2017.PDF (CEUfast) | | x | R | |
| 408 | 407 | ELT0052474 | Current Nurse Courses 11-9-17.xlsx (NurseCE4Less) | | x | R | |
| 409 | 408 | ELT0052475 | NurseCe4Less Courses.xlsx | | x | R | |
| 410 | 409 | ELT0052476 | Certification of Records - signed 121417.pdf (OnCourse Learning) | | x | | |
| 411 | 410 | | Elite's Notice of Non-Party Subpoenas to NetCE, served on October 31, 2017 | | x | R | |
| 412 | 411 | | Subpoena to NurseCE4Less | | x | R | |
| 413 | 412 | | Subpoena to Wild Iris | | x | R | |
| 414 | 413 | | Subpoena to CEUfast | | x | R | |
| 415 | 414 | | Subpoena to OnCourse Learning | | x | R | |
| 416 | 415 | | Subpoena to MasterCPE | | x | R | |
| 417 | 416 | | Subpoena to Strafford | | x | R | |
| 418 | 417 | | | | | | |
| 419 | 418 | | | | | | |
| 420 | 419 | | | | | | |
| 421 | 420 | | | | | | |
| 422 | 421 | | | | | | |
| 423 | 422 | | | | | | |
| 424 | 423 | | | | | | |
| 425 | 424 | | | | | | |
| 426 | 425 | | | | | | |
| 427 | 426 | | | | | | |
| 428 | 427 | | | | | | |
| 429 | 428 | | | | | | |
| 430 | 429 | | | | | | |
| 431 | 430 | | | | | | |
| 432 | 431 | | | | | | |
| 433 | 432 | | | | | | |
| 434 | 433 | | | | | | |
| 435 | 434 | | | | | | |
| 436 | 435 | | | | | | |

ELITE'S EXHIBIT LIST FOR TRIAL
INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 437 | 436 | | | | | | |
| 438 | 437 | | | | | | |
| 439 | 438 | | | | | | |
| 440 | 439 | | | | | | |
| 441 | 440 | | | | | | |
| 442 | 441 | | | | | | |
| 443 | 442 | | | | | | |
| 444 | 443 | | | | | | |
| 445 | 444 | | | | | | |
| 446 | 445 | | | | | | |
| 447 | 446 | | | | | | |
| 448 | 447 | | | | | | |
| 449 | 448 | | | | | | |
| 450 | 449 | | | | | | |
| 451 | 450 | | | | | | |
| 452 | 451 | | | | | | |
| 453 | 452 | | | | | | |
| 454 | 453 | | | | | | |
| 455 | 454 | | | | | | |
| 456 | 455 | | | | | | |
| 457 | 456 | | | | | | |
| 458 | 457 | | | | | | |
| 459 | 458 | | | | | | |
| 460 | 459 | | | | | | |
| 461 | 460 | | | | | | |
| 462 | 461 | | | | | | |
| 463 | 462 | | | | | | |
| 464 | 463 | | | | | | |
| 465 | 464 | | | | | | |
| 466 | 465 | | | | | | |
| 467 | 466 | | | | | | |
| 468 | 467 | | | | | | |
| 469 | 468 | | | | | | |
| 470 | 469 | | | | | | |
| 471 | 470 | | | | | | |
| 472 | 471 | | | | | | |
| 473 | 472 | | | | | | |
| 474 | 473 | | | | | | |
| 475 | 474 | | | | | | |
| 476 | 475 | | | | | | |
| 477 | 476 | | | | | | |
| 478 | 477 | | | | | | |
| 479 | 478 | | | | | | |
| 480 | 479 | | | | | | |
| 481 | 480 | | | | | | |
| 482 | 481 | | | | | | |
| 483 | 482 | | | | | | |
| 484 | 483 | | | | | | |
| 485 | 484 | | | | | | |
| 486 | 485 | | | | | | |
| 487 | 486 | | | | | | |
| 488 | 487 | | | | | | |
| 489 | 488 | | | | | | |
| 490 | 489 | | | | | | |
| 491 | 490 | | | | | | |
| 492 | 491 | | | | | | |
| 493 | 492 | | | | | | |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 494 | 493 | | | | | | |
| 495 | 494 | | | | | | |
| 496 | 495 | | | | | | |
| 497 | 496 | | | | | | |
| 498 | 497 | | | | | | |
| 499 | 498 | | | | | | |
| 500 | 499 | | | | | | |
| 501 | 500 | | | | | | |
| 502 | 501 | | | | | | |
| 503 | 502 | | | | | | |
| 504 | 503 | | | | | | |
| 505 | 504 | | | | | | |
| 506 | 505 | | | | | | |
| 507 | 506 | | | | | | |
| 508 | 507 | | | | | | |
| 509 | 508 | | | | | | |
| 510 | 509 | | | | | | |
| 511 | 510 | | | | | | |
| 512 | 511 | | | | | | |
| 513 | 512 | | | | | | |
| 514 | 513 | | | | | | |
| 515 | 514 | | | | | | |
| 516 | 515 | NETCEB0034377 | Final Adj and Revised BS and IS 2014.xlsx | | x | A | |
| 517 | 516 | | | | | | |
| 518 | 517 | NETCEB0034863 | 2016.06.28 DOME expense.xlsx | | x | | |
| 519 | 518 | NETCEB0035149 | 2016.12.31 Departmental Expense Report.xlsx | | x | H | |
| 520 | 519 | NETCEB0035196 | 8.2_CE Monthly P _And_ L 2015-2016 at July 2016 latest (1).xlsx | | x | H | |
| 521 | 520 | NETCEB0035202-0035207 | Draft P L and BS Dec 31 2016.pdf | | x | H | |
| 522 | 521 | NETCEB0035209-0035210 | IT CapEx Est Support.pdf | | x | H | |
| 523 | 522 | NETCEB0035222 | May 2016 12 month P&L.xlsx | | x | H | |
| 524 | 523 | | | | | | |
| 525 | 524 | | | | | | |
| 526 | 525 | NETCEB0037220 | CE Profit and Loss 2016 at July 2016 latest.xlsx | | x | H | |
| 527 | 526 | NETCEB0037279-0037326 | NetCE - Investment Memo 2012.12.12 (distribution).pptx | | x | | |
| 528 | 527 | | | | | | |
| 529 | 528 | | | | | | |
| 530 | 529 | | Tab 1 to Rebuttal Expert Report, Curriculum Vitae | x | | | |
| 531 | 530 | | Tab 2 to Rebuttal Expert Report, List of Documents Considered | x | | | |
| 532 | 531 | | Exhibit 1A of Tab 3 to Rebuttal Expert Report, Profit Disgorgement - 2013-2017 | x | | | |
| 533 | 532 | | Exhibit 1.1A of Tab 3 to Rebuttal Expert Report, Elite Courses Authored by Jouria - Revenue - 2013-2017 | x | | | |
| 534 | 533 | | Exhibit 1B of Tab 3 to Rebuttal Expert Report, Unjust Enrichment - Profit Disgorgement - 2013-2017 - Alternative Scenario | x | | | |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 535 | 534 | | Exhibit 1.1B of Tab 3 to Rebuttal Expert Report, Elite Courses Authored by Jouria - Allocated Revenue - Pampinella Allocation Method - 2013-2017 | x | | | |
| 536 | 535 | | Exhibit 1.2 of Tab 3 to Rebuttal Expert Report, Amount Elite Paid to Jouria for Accused Courses | x | | | |
| 537 | 536 | | Exhibit 2 of Tab 3 to Rebuttal Expert Report, Actual Damages - Direct Costs Incurred by NetCE Related to the Courses at Issue | x | | | |
| 538 | 537 | | Exhibit 3 of Tab 3 to Rebuttal Expert Report, CE Resource, Inc. - Profit and Loss Statement 2014-2016 | x | | | |
| 539 | 538 | | | | | | |
| 540 | 539 | | Exhibit 4.1 of Tab 3 to Rebuttal Expert Report, Elite Continuing Education - Nursing Profession - Profit and Loss Statement - 2013-2016 | x | | | |
| 541 | 540 | | Exhibit 5 of Tab 3 to Rebuttal Expert Report, NetCE Catalog Analysis - Summary | x | | | |
| 542 | 541 | | Exhibit 5.1 of Tab 3 to Rebuttal Expert Report, NetCE Catalog Analysis - Course by Year and State Licensure | x | | | |
| 543 | 542 | | Exhibit 5.2 of Tab 3 to Rebuttal Expert Report, NetCE Catalog Analysis - Catalogs Sold by Market (State) | x | | | |
| 544 | 543 | | Exhibit 5.3 of Tab 3 to Rebuttal Expert Report, NetCE Catalog Analysis - Unique Courses Offered within NetCE's Catalogs | x | | | |
| 545 | 544 | | Exhibit 6 of Tab 3 to Rebuttal Expert Report, NetCE Revenue for Catalogs Containing 2014 Course Authored by Dr. Jouria | x | | | |
| 546 | 545 | | Exhibit 7 of Tab 3 to Rebuttal Expert Report, Mr. Pampinella's Lost Profits as a Percentage of Actual Operating Profits - 2015-2016 | x | | | |
| 547 | 546 | | Exhibit 8 of Tab 3 to Rebuttal Expert Report, Revenue Attributable to Course by Catalog - Recreation of Mr. Pampinella's Analysis | x | | | |
| 548 | 547 | | Exhibit 9 of Tab 3 to Rebuttal Expert Report, Alternative Lost Profits Calculation - Summary | x | | | |
| 549 | 548 | | Exhibit 9.1 of Tab 3 to Rebuttal Expert Report, Alternative Lost Profits Calculation - Individual Course Revenue Summuary | x | | | |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 550 | 549 |  | Exhibit 9.2 of Tab 3 to Rebuttal Expert Report, Alternative Lost Profits Calculation - Individual Course Lifetime Revenue | x |  |  |  |
| 551 | 550 |  | Exhibit 9.3 of Tab 3 to Rebuttal Expert Report, Alternative Lost Profits Calculation - NetCE Gross Profit Percentage | x |  |  |  |
| 552 | 551 | NETCEB0003067-0003068 | April 10, 2012 Email Chain, "RE: CE/CME Author" |  | x |  |  |
| 553 | 552 | NETCEB0003148 | January 15, 2015 Email, "OH15 Replacement Course" |  | x |  |  |
| 554 | 553 | NETCEB0003149 | January 15, 2015 Email, "RE: GERD" |  | x |  |  |
| 555 | 554 |  |  |  |  |  |  |
| 556 | 555 |  |  |  |  |  |  |
| 557 | 556 |  |  |  |  |  |  |
| 558 | 557 |  |  |  |  |  |  |
| 559 | 558 |  |  |  |  |  |  |
| 560 | 559 |  |  |  |  |  |  |
| 561 | 560 |  |  |  |  |  |  |
| 562 | 561 |  |  |  |  |  |  |
| 563 | 562 | NAVIGANT 00001 | 2014 Cost Vs. Revenue By Catalog.xls |  | x | A |  |
| 564 | 563 | NAVIGANT 00022 | 2017.11.08 Sales by Referral_Catalog_2008 through Oct 2017.xlsx |  | x |  |  |
| 565 | 564 |  |  |  |  |  |  |
| 566 | 565 |  |  |  |  |  |  |
| 567 | 566 |  |  |  |  |  |  |
| 568 | 567 | NAVIGANT 00173-00407 | ELT0016783_image.pdf |  | x |  |  |
| 569 | 568 |  |  |  |  |  |  |
| 570 | 569 | NAVIGANT 00454 | SalesCertsByProfessionSummary-2010 2016 YTD July 2017.xlsx |  | x | A |  |
| 571 | 570 |  |  |  |  |  |  |
| 572 | 571 |  |  |  |  |  |  |
| 573 | 572 |  |  |  |  |  |  |
| 574 | 573 | NAVIGANT 00002-00004 | 2016 Course Update Revenue.doc |  | x |  |  |
| 575 | 574 | NAVIGANT 00025-00053 | Course Index.pdf |  | x |  |  |
| 576 | 575 | NAVIGANT 00500 | 2016 Cost Vs. Revenue By Catalog.xls (NETCEB0034622) |  | x | A, R |  |
| 577 | 576 | NAVIGANT 00890 | 2015 Cost Vs. Revenue By Catalog.xls (NETCEB0034621) |  | x | A, R |  |
| 578 | 577 | NAVIGANT 00023-00024 | 98590 Sales By Product Trend.pdf |  | x |  |  |
| 579 | 578 |  |  |  |  |  |  |
| 580 | 579 |  |  |  |  |  |  |
| 581 | 580 |  |  |  |  |  |  |
| 582 | 581 | NETCEB0034168-0034182 | Advertising and Promotion YTD at May 2016.pdf |  | x |  |  |
| 583 | 582 | NETCEB0034183-0034208 | Executive Reporting Package May 2016.pdf |  | x | H |  |
| 584 | 583 | NETCEB0034585-0034613 | SKMBT_75117020617300.pdf |  | x | H |  |
| 585 | 584 |  |  |  |  |  |  |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 586 | 585 | NETCEB0034617 | Balance Sheet Detail - Monthly - Prior Month Comparison Jan 2017.xlsx | | x | | |
| 587 | 586 | NETCEB0034618 | Profit and Loss - by Deparment - YTD January 2017 Intaact.xlsx | | x | | |
| 588 | 587 | NETCEB0034619 | Profit and Loss - Detail - Monthly Jan 2017 Intaact.xlsx | | x | | |
| 589 | 588 | NETCEB0034620 | 00000000E4C287A496310444BCF70 2366F1C0920042A2700.msg | | x | | |
| 590 | 589 | | | | | | |
| 591 | 590 | | | | | | |
| 592 | 591 | NETCEB0034623 | 2017 Cost Vs. Revenue By Catalog.xls | | x | | |
| 593 | 592 | NETCEB0034624 | 2017 Q1 Flash Report r1.pdf | | x | | |
| 594 | 593 | NETCEB0034625 | Profit and Loss - Detail - 2015 and 2016.xlsx | | x | | |
| 595 | 594 | NETCEB0034864 | Product sales q1 16.xlsx | | x | | |
| 596 | 595 | NETCEB0035150 | 2017 Proforma Profit and Loss - by Deparment - CE Resource.xlsx | | x | | |
| 597 | 596 | NETCEB0035197 | 8.15_2016.09.30_Revenue By State by Profession 2016_PQJ_lp (1).xlsx | | x | | |
| 598 | 597 | NETCEB0035198 | 2016.12.31 Departmental Expense Report.xlsx | | x | | |
| 599 | 598 | NETCEB0035199 | Bills Analysis Report.xls | | x | | |
| 600 | 599 | NETCEB0035200 | CE Profit and Loss YTD Nov 2016 and Q4 Forecast.xlsx | | x | | |
| 601 | 600 | NETCEB0035201 | Departmental Expense Report - YTD at April 2016 (1).xlsx | | x | H | |
| 602 | 601 | NETCEB0035211 | Profit and Loss - Actual vs. Budget - by Department - Current Quarter.xls | | x | | |
| 603 | 602 | NETCEB0035212 | Profit and Loss - by Class (1).xls | | x | | |
| 604 | 603 | NETCEB0035213 | Profit and Loss - by Class.xls | | x | | |
| 605 | 604 | NETCEB0035214 | Profit and Loss - by Department - Current Quarter.xls | | x | | |
| 606 | 605 | NETCEB0035215 | Profit and Loss - by Department - Current Year (1).xls | | x | | |
| 607 | 606 | NETCEB0035216 | Profit and Loss - Detail - YTD.xls | | x | | |
| 608 | 607 | NETCEB0035217 | Profit and Loss - Detail (1).xls | | x | | |
| 609 | 608 | NETCEB0035218 | Profit and Loss - Detail (2).xls | | x | | |
| 610 | 609 | NETCEB0035219 | Profit and Loss - Detail.xls | | x | | |
| 611 | 610 | NETCEB0035223 | May YDT 2016 Marketing costs.xlsx | | x | | |
| 612 | 611 | | | | | | |
| 613 | 612 | NETCEB0037135-0037216 | 03.16.2017 Draft CE Resource Valuation Report.pdf | | x | | |
| 614 | 613 | | | | | | |
| 615 | 614 | | | | | | |
| 616 | 615 | | | | | | |
| 617 | 616 | | | | | | |
| 618 | 617 | | | | | | |
| 619 | 618 | | | | | | |
| 620 | 619 | | | | | | |
| 621 | 620 | | | | | | |
| 622 | 621 | | | | | | |
| 623 | 622 | | | | | | |
| 624 | 623 | | | | | | |
| 625 | 624 | | | | | | |

**ELITE'S EXHIBIT LIST FOR TRIAL**
**INCLUDING NETCE'S and DR. JOURIA'S OBJECTIONS**

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 626 | 625 | | | | | | |
| 627 | | | | | | | |
| 628 | [1]Objection Key: | | CU - Cumulative | UP - Unduly prejudicial-probative value outweighted by undue prejudice | | | |
| 629 | | | F - Foundation | | | | |
| | A - Authenticity | | I - Contains Inadmissible matter | | | | |
| 630 | AA - Asked and Answered | | R - Relevancy | P - Privileged | | | |
| 631 | BE - Best Evidence | | H - Hearsay | S - Speculation | | | |