# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

DR. JASSIN JOURIA

        Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

        Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

        Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant.

_____/

CE RESOURCE, INC. d/b/a CME RESOURCES
and NetCE,

        Defendant/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES III, LLC,

        Third Party Defendants.

_____

**CE RESOURCE, INC. d/b/a CME RESOURCES**
**and NETCE's WITNESS LIST**

Pursuant to Local Rule 16.1(d), Fed. R. Civ. P. and agreement of the parties, Defendant and Third Party Plaintiff CE Resource, Inc. d/b/a CME Resources and NetCE ("NetCE") identifies the following witnesses that NetCE intends to rely upon at trial or those it may rely upon if necessary.

**A.      NetCE will call:**

a)  Dr. Jassin Jouria, c/o Richard Ross, Esq.

b)  Mike Duran, McKissock/Colibri Group, 218 Liberty Street Warren, PA 16365 Telephone: 800-328-2008

c)  Michelle Franchi, Elite Professional Education, LLC 26 N. Beach St., Suite A Ormond Beach, FL 32174 Telephone: 888-857-6920)..

d)  Tracey Foster, Elite Professional Education, LLC 26 N. Beach St., Suite A Ormond Beach, FL 32174 Telephone: 888-857-6920).

e)  Sarah Campbell, 1482 Stone Point Drive, Suite 120 Roseville, CA 95661 Telephone: 916-783-4238.

f)  Erin Meinyer, 1482 Stone Point Drive, Suite 120 Roseville, CA 95661 Telephone: 916-783-4238.

g)  Lisa Patterson, 1482 Stone Point Drive, Suite 120 Roseville, CA 95661 Telephone: 916-783-4238.

h)  Julie Goodwin, 1482 Stone Point Drive, Suite 120 Roseville, CA 95661 Telephone: 916-783-4238.

i)  Expert James Pampinella, 101 California Street Suite 4100 San Francisco, CA 94111 United States 415-356-7100.

#56942544_v1

**B.    NetCE may call:**

j)   Todd Mowl, LLC 26 N. Beach St., Suite A Ormond Beach, FL 32174 Telephone: 888-857-6920).

k)   Thomas Burrell, Elite Professional Education, LLC 26 N. Beach St., Suite A Ormond Beach, FL 32174 Telephone: 888-857-6920).

l)   June Thompson, Elite Professional Education, LLC 26 N. Beach St., Suite A Ormond Beach, FL 32174 Telephone: 888-857-6920).

m)  Janice Harness, Elite Professional Education, LLC, Elite Professional Education, LLC 26 N. Beach St., Suite A Ormond Beach, FL 32174 Telephone: 888-857-6920).

n)   Teresa Wise, Elite Professional Education, LLC 26 N. Beach St., Suite A Ormond Beach, FL 32174 Telephone: 888-857-6920).

o)   Richard Wileczek The RiteScreen Company, LLC 4314 Route 209 Elizabethville, PA 17023

NetCE reserves the right to amend or supplement its disclosure of information required by Rule 26(a)(1)(A)-(D).

Dated: May 1, 2018                                    Respectfully submitted,

                                                              HOLLAND & KNIGHT LLP

                                                              /s/ *Philip E. Rothschild*
                                                              Philip E. Rothschild
                                                              Florida Bar No. 0088536
                                                              Email: phil.rothschild@hklaw.com
                                                              HOLLAND & KNIGHT LLP
                                                              515 East Las Olas Blvd., 12th Floor
                                                              Fort Lauderdale, FL 33301
                                                              Telephone: (954)525-1000
                                                              Facsimile: (954)463-2030

                                                              /s/ *John P. Kern*
                                                              John P. Kern, Esq. (pro hac vice)
                                                              Email: john.kern@hklaw.com

Daniel Kappes, Esq. (pro hac vice)
Email: daniel.kappes@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC.
d/b/a
CME RESOURCE and NetCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
Kristen M. McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

#56942544_v1