# Exhibit E

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  15-CV-61165-WPD**

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

                Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE CONTINUING EDUCATION, INC

                Defendants.
_____/

DR. JASSIN JOURIA,

                Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

                Counter-Defendant.
_____/

**DR. JASSIN JOURIA'S WITNESS LIST FOR TRIAL
WITH NETCE'S OBJECTIONS**

<05/11/2018 Page 3 of 4>

| PRESIDING JUDGE<br>HONORABLE William P. Dimitrouleas<br>Judicial Assistant:<br>Tammy Barlow | PLAINTIFF'S ATTORNEY<br><br>Philip E. Rothschild<br>Florida Bar No. 0088536<br>Email: phil.rothschild@hklaw.com<br>HOLLAND & KNIGHT LLP<br>515 East Las Olas Blvd., 12th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954)525-1000<br><br>John P. Kern, Esq. (*pro hac vice*)<br>Email: john.kern@hklaw.com<br>Daniel P. Kappes, Esq. (*pro hac vice*)<br>Email: daniel.kappes@hklaw.com<br>HOLLAND & KNIGHT LLP<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone: (415)743-6918<br>Facsimile: (415)743-6910<br>*Attorneys for* CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE | DEFENDANT'S ATTORNEY<br><br>Richard S. Ross, Esq.<br>Florida Bar No. 436630<br>915 S.E. 2nd Court<br>Ft. Lauderdale, Florida 33301<br>Tel 954/252-9110<br>Fax 954/252-9192<br>E mail: prodp@ix.netcom.com<br>Attorney for Dr. Jassin Jouria<br><br>Peter A. Chiabotti, Esq.<br>Kristen M. McKinney, Esq.<br>AKERMAN LLP<br>777 South Flagler Drive<br>Suite 1100, West Tower<br>West Palm Beach, FL 33401<br>Email: peter.chiabotti@akerman.com<br>kristen.mckinney@akerman.com<br>(Attorneys for Elite Continuing Education, Inc.)<br><br>J. Mark Wilson, Esq.<br>Kathryn G. Cole, Esq.<br>MOORE & VAN ALLEN PLLC<br>100 North Tryon Street, Suite 4700<br>Charlotte, North Carolina 28202<br>Email: markwilson@mvalaw.com;<br>katecole@mvalaw.com<br>(Attorneys for Elite Continuing Education, Inc.) |
|---|---|---|
| TRIAL DATE(S)<br>05/29/2018 to 06/12/2018<br>(10 days for trial) | COURT REPORTER<br>Francine Salopek | COURTROOM DEPUTY<br>Karen Carlton |

2

| JOURIA WITNESSES (EXPECTS TO CALL) | WITNESS ADDRESS | NETCE'S OBJECTIONS[1] |
|---|---|---|
| DR. JASSIN JOURIA | ADDRESS IN CARE OF COUNSEL FOR DR. JOURIA | |
| **JOURIA WITNESSES (MAY CALL BY DEPOSITION)** | | |
| MS. SARAH CAMPBELL | DEPOSITION TESTIMONY PP. 231-268 | H, R, BE, UP |

---

[1] Key to Objections:

A – Authenticity
AA – Asked and Answered
BE – Best Evidence
CU – Cumulative
F - Foundation
I – Contains Inadmissible matter
R – Relevancy
H – Hearsay
UP – Unduly prejudicial-probative value outweighed by undue prejudice
P – Privileged
S - Speculation

#57518399_v1