# Exhibit F

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

        Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

        Defendant/Counter-Plaintiff/Third Party Plaintiff,

v.

ELITE CONTINUING EDUCATION, INC. and ALPINE
MANAGEMENT SERVICES,

        Third Party Defendants.
_____/

**THIRD PARTY DEFENDANT ELITE PROFESSIONAL EDUCATION, LLC'S
WITNESS LIST**

      Pursuant to Local Rule 16.1(d) and Fed. R. Civ. P. 26(a)(3)(A)(i), Third Party Defendant Elite Professional Education, LLC ("Elite") identifies the following witnesses that Elite expects to present at trial and those it may call if the need arises.

**Elite will call the following witnesses:**

1.     John Bone (Expert Witness)
   Stout Risius Ross, LLC
   One South Wacker Drive, 38th Floor
   Chicago, IL 60606
   Telephone: 312-752-3378

2.     Alpine Management Services III, LLC (through Rule 30(b)(6) deposition testimony of Dan Cremons)
   Two Embarcadero Center, Suite 2320
   San Francisco, CA 94111
   Telephone: 415-392-9100

3.     CE Resource, Inc. d/b/a CME Resource and NetCE (through Rule 30(b)(6) deposition testimony of Sarah Campbell)
   1482 Stone Point Drive, Suite 120

       Roseville, CA 95661
       Telephone: 916-783-4238

**Elite may call the following witnesses if the need arises:**

1. Mike Duran
   McKissock
   218 Liberty Street
   Warren, PA 16365
   Telephone: 800-328-2008

2. Michelle Franchi
   Elite Professional Education, LLC
   26 N. Beach St., Suite A
   Ormond Beach, FL 32174
   Telephone: 888-857-6920

3. Tracey Foster
   Elite Professional Education, LLC
   26 N. Beach St., Suite A
   Ormond Beach, FL 32174
   Telephone: 888-857-6920

4. Dr. Jassin Jouria (through deposition testimony)
   2511 Premier Street
   Shelbyville, IN 46176
   Telephone: unknown

5. Joseph McGurrin
   Informed Solutions, Inc.
   1649 Atlantic Blvd #100, Jacksonville, FL 32207
   Telephone: 800-237-6999

6. Todd Mowl
   Elite Professional Education, LLC
   26 N. Beach St., Suite A
   Ormond Beach, FL 32174
   Telephone: 888-857-6920

7. Richard Wileczek
   The RiteScreen Company, LLC
   4314 Route 209
   Elizabethville, PA 17023
   Telephone: 800-949-4174

8. Erin Meinyer
   CE Resource, Inc. d/b/a CME Resource and NetCE
   1482 Stone Point Drive, Suite 120
   Roseville, CA 95661
   Telephone: 916-783-4238

9. Dennis Meinyer
   CE Resource, Inc. d/b/a CME Resource and NetCE
   1482 Stone Point Drive, Suite 120
   Roseville, CA 95661
   Telephone: 916-783-4238

10. Sarah Campbell
    CE Resource, Inc. d/b/a CME Resource and NetCE
    1482 Stone Point Drive, Suite 120
    Roseville, CA 95661
    Telephone: 916-783-4238

11. Julie Goodwin
    CE Resource, Inc. d/b/a CME Resource and NetCE
    1482 Stone Point Drive, Suite 120
    Roseville, CA 95661
    Telephone: 916-783-4238

Date:   May 11, 2018                                   Respectfully submitted,

By:  */s/ J. Mark Wilson*

Peter A. Chiabotti
Florida Bar No. 0602671
Kristen M. McKinney
Florida Bar No. 96677
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: peter.chiabotti@akerman.com
Email: kristen.mckinney@akerman.com

J. Mark Wilson (*pro hac vice*)
Kathryn G. Cole (*pro hac vice*)
MOORE & VAN ALLEN PLLCS
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
Telephone: (704) 331-1000
Fax: (704) 331-1159
Email: markwilson@mvalaw.com
Email: katecole@mvalaw.com

*Attorneys for Third-Party Defendant
Elite Professional Education, LLC*