# Exhibit G

## LIST OF NetCE DEMONSTRATIVE EXHIBITS

| DEMONSTRATIVE NO. | ELITE OBJECTIONS[1] | JOURIA OBJECTIONS |
|---|---|---|
| 1 | | |
| 2 | F, A, I, H, UP, subject of Motion in Limine | F, A, I, H, R, UP |
| 3 | F, A, I, H, UP, subject of Motion in Limine | F, A, I, H, R, UP |
| 4 | R, I | R, I |
| 5 | F, A, I, H, UP, subject of Motion in Limine | F, A, I, H, R, UP |
| 6 | F, A, I, H, UP, subject of Motion in Limine | F, A, I, H, R, UP |
| 7 | F, A, I, H, UP, subject of Motion in Limine | F, A, I, H, R, UP |
| 8 | F, A, I, H, UP, subject of Motion in Limine | F, A, I, H, R, UP |
| 9 | F, UP (contains facts not supported by evidence) | F, UP (contains facts not supported by evidence) |
| 10 | R, UP | |
| 11 | F, A, I, H, UP contains facts not supported by evidence; contains inappropriate | F, A, I, H, R, UP (contains facts not supported by evidence; contains |

---

[1] Key to Objections:
A – Authenticity
AA – Asked and Answered
BE – Best Evidence
CU – Cumulative
F - Foundation
I – Contains Inadmissible matter
R – Relevancy
H – Hearsay
UP – Unduly prejudicial-probative value outweighed by undue prejudice
P – Privileged
S - Speculation

| DEMONSTRATIVE NO. | ELITE OBJECTIONS[1] | JOURIA OBJECTIONS |
|---|---|---|
| | attorney argument), subject of Motion in Limine | inappropriate attorney argument) |
| 12 | **UP (contains facts not supported by evidence; contains inappropriate attorney argument)** | |
| 13 | **UP (contains facts not supported by evidence; contains inappropriate attorney argument)** | **H, UP (contains facts not supported by evidence; contains inappropriate attorney argument)** |
| 14 | **UP (contains facts not supported by evidence; contains inappropriate attorney argument)** | **H, R, UP (contains facts not supported by evidence; contains inappropriate attorney argument)** |
| 15 | **UP (contains facts not supported by evidence; contains inappropriate attorney argument)** | **R, UP (contains facts not supported by evidence; contains inappropriate attorney argument)** |
| 16 | **UP (contains facts not supported by evidence; contains inappropriate attorney argument)** | **UP (contains facts not supported by evidence; contains inappropriate attorney argument)** |

#57516155_v1