# Exhibit H

**NETCE'S OBJECTIONS TO ELITE DEPOSITION DESIGNATIONS**

| DEPOSITION DESIGNATIONS | NETCE'S OBJECTIONS[1] |
|---|---|
| **DEPOSITION TRANSCRIPT OF DANIEL CREMONS TAKEN ON OCTOBER 12, 2017** | |
| Cremons Depo 5:19 - 6:7 | H, R |
| Cremons Depo 6:19 – 7:11 | H |
| Cremons Depo 7:22 – 8:18 | H, R |
| Cremons Depo 9:5 – 10:14 | H, R |
| Cremons Depo 12:17 – 13:1 | H |
| Cremons Depo 13:18 – 13:25 | H, R |
| Cremons Depo 14:9 – 14:21 | H, R |
| Cremons Depo 15:15 – 15:24 | H |
| Cremons Depo 17:14 – 17:21 | H, R |
| Cremons Depo 18:6 | H |
| Cremons Depo 18:16 – 18:25 | H |
| Cremons Depo 22:6 – 22:14 | H |
| Cremons Depo 22:21 – 22:13 | H, R, BE, S |
| Cremons Depo 44:16 – 44:22 | H |
| Cremons Depo 46:13 – 47:12 | H |
| Cremons Depo 47:21 – 50:4 | H |
| Cremons Depo 50:13 – 50:19 | H |
| Cremons Depo 51:24 – 54:23 | H |
| Cremons Depo 55:2 – 57:23 | H, R |
| Cremons Depo 60:8 – 61:2 | H |
| Cremons Depo 62:4 – 63:8 | H, R |
| Cremons Depo 64:1 – 64:18 | H |
| Cremons Depo 67:21 – 68:20 | H |
| Cremons Depo 71:5 – 71:11 | H, BE |
| Cremons Depo 72:4 – 72:8 | H |

---

[1] Objection Key:

A – Authenticity
AA – Asked and Answered
BE – Best Evidence
CU – Cumulative
F - Foundation
I – Contains Inadmissible matter
R – Relevancy
H – Hearsay
UP – Unduly prejudicial-probative value outweighed by undue prejudice
P – Privileged
S - Speculation

**NETCE'S OBJECTIONS TO ELITE DEPOSITION DESIGNATIONS**

| DEPOSITION DESIGNATIONS | NETCE'S OBJECTIONS[1] |
|---|---|
| Cremons Depo 72:25 – 76:10 | H, BE, R |
| Cremons Depo 76:13 – 77:21 | H, BE, R |
| Cremons Depo 79:7 – 80:15 | H, BE, R |
| Cremons Depo 80:25 – 81:12 | H, BE |
| Cremons Depo 81:25 – 82:8 | H, R |
| Cremons Depo 83:23 – 84:9 | H |
| **DEPOSITION TRANSCRIPT OF SARAH CAMPBELL TAKEN ON NOVEMBER 14, 2017** | |
| Campbell depo 6:8 – 7:18 | H, BE |
| Campbell depo 8:8 – 9:7 | H, R |
| Campbell depo 12:3 – 12:7 | H, R |
| Campbell depo 12:12 – 13:2 | H, R |
| Campbell depo 27:6 – 27:12 | H, R |
| Campbell depo 29:9 – 29:12 | H, R |
| Campbell depo 29:17 – 29:18 | H, R |
| Campbell depo 30:20 -31:11 | H, BE |
| Campbell depo 31:22 – 32:6 | H |
| Campbell depo 33:16 – 33:22 | H, R |
| Campbell depo 37:13 – 37:18 | H, R |
| Campbell depo 42:20 – 45:9 | BE, H |
| Campbell depo 46:21 – 46:23 | H, R |
| Campbell depo 47:14 – 50:5 | BE, H |
| Campbell depo 50:9 – 50:11 | H, R |
| Campbell depo 59:23 – 60:13 | BE, H |
| Campbell depo 61:10 – 61:14 | H, BE |
| Campbell depo 62:1 – 62:6 | H, R |
| Campbell depo 64:7 – 66:14 | R, BE, H |
| Campbell depo 66:25 – 67:12 | H, R |
| Campbell depo 68:15 – 68:21 | H, R |
| Campbell depo 69:9 – 69:12 | H, R |
| Campbell depo 69:18 – 70:9 | BE, H, R |
| Campbell depo 70:23 – 71:7 | H, R |
| Campbell depo 71:17 – 72:22 | H, R |
| Campbell depo 82:2 – 82:20 | H, R |
| Campbell depo 109:23 – 109:25 | H, R |
| Campbell depo 110:4 – 110:7 | H, R |
| Campbell depo 111:22 – 112:20 | H, R, UP |
| Campbell depo 115:24 – 116:21 | H, R |
| Campbell depo 126:3 – 126:7 | H, R |
| Campbell depo 126:20 – 126:25 | H, R |

NETCE'S OBJECTIONS TO ELITE DEPOSITION DESIGNATIONS

| DEPOSITION DESIGNATIONS | NETCE'S OBJECTIONS[1] |
|---|---|
| Campbell depo 127:11 – 129:12 | H |
| Campbell depo 129:22 – 130:14 | H, BE |
| Campbell depo 131:12 – 131:16 | H, BE |
| Campbell depo 132:1 – 132:20 | H, R |
| Campbell depo 143:23 – 144:8 | H, R |
| Campbell depo 147:4 – 149:6 | H, R |
| Campbell depo 151:6 – 151:15 | H, S |
| Campbell depo 151:22 – 153:4 | H, R |
| Campbell depo 154:7 – 154:19 | H, R |
| Campbell depo 155:1 – 155:12 | H, BE |
| Campbell depo 157:13 – 157:17 | H, S |
| Campbell depo 161:5 – 162:7 | H, AA, S, R |
| Campbell depo 162: 9 – 162:14 | H, S, AA |
| Campbell depo 162:20 – 162:23 | H, S, AA |
| Campbell depo 163:19 – 163:23 | H, R |
| Campbell depo 168:5 – 168:8 | H, R |
| Campbell depo 180:10 – 18-:20 | H, UP, R |
| Campbell depo 183:1 – 185:21 | BE, H |
| Campbell depo 188:12 – 190:10 | BE, H, R |
| Campbell depo 191:19 – 192:5 | H, R |
| Campbell depo 195:10 – 195:13 | H, R |
| Campbell depo 197:13 – 197:20 | H, R |
| Campbell depo 201:22 – 202:14 | H, R |
| Campbell depo 203:19 – 203:21 | H, R |
| Campbell depo 204:10 – 204:21 | H, R |
| Campbell depo 206:6 – 206:14 | H, R |
| Campbell depo 208:17 – 211:5 | H, R |
| Campbell depo 213:2 – 213:22 | R, BE |
| Campbell depo 214:10 – 214:20 | H, R |
| Campbell depo 215:25 – 216:10 | H, R |
| **DR. JASSIN JOURIA DEPOSITION TRANSCRIPT TAKEN ON SEPTEMBER 28, 2017** | |
| Jouria Depo 12:14 – 13:10 | H |
| Jouria Depo 24:19 – 28:1 | H |
| Jouria Depo 28:12 – 28:23 | H, BE, R |
| Jouria Depo 29:8 – 33:24 | H, BE, R |
| Jouria Depo 36:3 – 36:9 | H, R, BE |
| Jouria Depo 36:19 – 37:2 | H, R, BE |
| Jouria Depo 37:12 – 38:9 | H, R, BE |
| Jouria Depo 38:19 – 39:18 | H, R, BE |

**NETCE'S OBJECTIONS TO ELITE DEPOSITION DESIGNATIONS**

| DEPOSITION DESIGNATIONS | NETCE'S OBJECTIONS[1] |
|---|---|
| Jouria Depo 40:10 – 41:12 | H, R |
| Jouria Depo 42:1 – 43:24 | H, BE, R |
| Jouria Depo 45:6 – 45:18 | H, R |
| Jouria Depo 46:14 – 46:17 | H, R |
| Jouria Depo 47:3 – 47:5 | H, R |
| Jouria Depo 53:2 – 53:12 | R, BE, H |
| Jouria Depo 55:7 – 55:12 | H |
| Jouria Depo 56:17 – 57:13 | H |
| Jouria Depo 62:7 - 62:17 | H |
| Jouria Depo 68:13 – 69:7 | H |
| Jouria Depo 69:14 – 70:8 | H, R |
| Jouria Depo 70:11 – 70:21 | H, R |
| Jouria Depo 125:20 – 125:22 | H, R |
| Jouria Depo 131:15 – 132:9 | H |
| Jouria Depo 132:17 – 132:23 | H, BE |
| Jouria Depo 133:11 – 133:22 | H, BE |
| Jouria Depo 138:25 – 139:9 | H |
| Jouria Depo 139:23 – 140:12 | H |
| Jouria Depo 140:25 – 141:6 | H |
| Jouria Depo 141:18  141:23 | H |
| Jouria Depo 144:2 – 144:16 | H |
| Jouria Depo 144:23 – 145:8 | H, R |
| Jouria Depo 157:7 – 157:16 | H, R |
| Jouria Depo 170:18 – 171:8 | H, R |
| Jouria Depo 175:20 – 176:2 | H, R |
| Jouria Depo 176:19 – 176:25 | H, R |
| Jouria Depo 179:12 – 179:18 | H, R |
| Jouria Depo 180:23 – 182:2 | H, R |
| Jouria Depo 183:2 – 183:12 | H, BE |
| Jouria Depo 183:21 – 184:18 | H, BE |
| Jouria Depo 206:23 – 209:19 | H, R, BE |
| Jouria Depo 210:2 – 223:3 | H, BE, R |
| Jouria Depo 223:23 – 224:2 | H, R |
| Jouria Depo 224:18 – 225:3 | H, BE |
| Jouria Depo 225:10 – 225:13 | H |
| Jouria Depo 225:22 – 227:10 | H, BE |
| Jouria Depo 227:15 – 229:25 | H, BE, R |
| Jouria Depo 231:23 – 232:7 | H |
| Jouria Depo 232:25 – 236:1 | H, BE, R |
| Jouria Depo 236:25 - 237:9 | H, BE, R |

**NETCE'S OBJECTIONS TO ELITE DEPOSITION DESIGNATIONS**

| DEPOSITION DESIGNATIONS | NETCE'S OBJECTIONS[1] |
|---|---|
| Jouria Depo 240:2 – 241:6 | H, R, BE |
| Jouria Depo 242:15 – 243:13 | H, BE |
| Jouria Depo 246:25 – 247:5 | H |
| Jouria Depo 247:10 – 247:14 | H |
| Jouria Depo 248:15 – 248:24 | H, R |
| Jouria Depo 250:9 – 251:6 | H, R |
| Jouria Depo 266:17 -267:8 | H, R |
| Jouria Depo 274:6 – 274:10 | H, R |
| Jouria Depo 275:24 – 276:10 | H |
| Jouria Depo 276:14 – 276:16 | H |
| Jouria Depo 277:23 – 278:8 | H, R |
| Jouria Depo 278:16 – 280:18 | H, BE, R |
| Jouria Depo 288:25 – 289:13 | H, R |