UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

       Defendants.

_____/

DR. JASSIN JOURIA,

       Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

       Counter-Defendant,

_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
### BETWEEN NETCE AND ELITE

Plaintiff/Counter-Defendant CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE ("NetCE") and Defendant ELITE PROFESSIONAL EDUCATION, LLC. ("Elite"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to a voluntary dismissal *with prejudice* of NetCE's claims against Elite and Elite's claims against NetCE in this action. NetCE and Elite each agree to bear their own attorney's fees and costs in this matter as to their claims against each other. This dismissal between NetCE and Elite is without prejudice to NetCE's pending

claims against Dr. Jassin Jouria. As part of this stipulated dismissal, and upon entry by the Court, Elite withdraws its Motions in Limine filed on May 11, 2018.

Dated: May 14, 2018

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Daniel P. Kappes, Esq. (pro hac vice)
Email: Daniel.kappes@hklaw.com
David Holtzman, Esq. (pro hac vice)
Email: david.holtzman@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE

*and*

*/s/Peter A. Chiabotti, Esq.*
Peter A. Chiabott, Esq.
Kristen M. McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Email: peter.chiabotti@akerman.com;
kristen.mckinney@akerman.com

2

*/s/ J. Mark Wilson*
J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
Minnie Kim, Esq.
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Email:  markwilson@mvalaw.com;
katecole@mvalaw.com;
minniekim@mvalaw.com
Attorneys for ELITE PROFESSIONAL EDUCATION, LLC.,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
Email:  prodp@ix.netcom.com;
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**