UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE PROFESSIONAL EDUCATION, LLC,

    Third-Party Defendant.

_____/

## ORDER OF DISMISSAL AS TO DEFENDANT ELITE PROFESSIONAL EDUCATION, LLC ONLY

THIS CAUSE is before the Court on Joint Stipulation for Dismissal with Prejudice Between NetCE and Elite (the "Notice") [DE 303], filed herein on May 14, 2018. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation [DE 303] is **APPROVED**;

2. This case is **DISMISSED** as to Elite Professional Education, LLC only; and

3. Defendant Elite Professional Education, LLC's Motion in Limine No. 2 to Exclude Evidence and Argument Regarding Damages for Trade Secret Misappropriation [DE 293] and Defendant Elite Professional Education, LLC's Motion in Limine No. 5 to Exclude Insufficiently Defined Trade Secrets [DE 296] are **DENIED as moot**;[1]

3. This case shall remain pending as to the remaining parties.

---

[1] Dr. Jouria has adopted Elite's remaining Motions in Limine: [DEs 292, 294, and 295]. *See* [DEs 298, 304].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of May, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: All Counsel of Record