# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

        Defendants.

_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant,

_____/

### PLAINTIFF NETCE'S UNOPPOSED MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTHOUSE FOR MAY 25 THROUGH JUNE 8, 2018 TRIAL

      Plaintiff CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE"), hereby moves for leave to bring certain limited electronic equipment into the United States Courthouse located at 299 E. Broward Blvd., Fort Lauderdale, Florida, for use during Calendar call and trial in Courtroom #205B from Friday, May 25, 2018 through June 8, 2018. The purpose of the equipment would be for use during the trial by attorneys, paralegals and a digital graphics consultant for NetCE to present materials to the court and the jury. NetCE will use the electronic evidence presentation already

installed in the courtroom, but needs a few additional items to properly connect with the Court's systems.

The person working with counsel from Holland & Knight, LLP, to facilitate NetCE's presentation to the jury is Patrick Justesen (trial tech) of Decision Quest. NetCE requests that Mr. Justesen be allowed to bring the following:

- Small Tech table
- Laptop
- Computer Monitor
- Wifi hotspot
- Video cables and adaptors
- Power cables and adaptors
- Speakers (size of lunch box)
- PowerPoint remote

In addition, Holland & Knight attorneys John Kern, Phil Rothschild, Dan Kappes and David Holtzman, plus paralegal Diane Nixon of Holland & Knight, will each be bringing a laptop as well. As an non-attorney, NetCE requests that Diane Nixon, paralegal, be allowed to bring in her cellphone. Finally, NetCE requests that its client representatives, Erin Meinyer and Dennis Meinyer, be allowed to bring their smartphones into the courthouse, as well as company witnesses Sarah Campbell and Julie Goodwin.

## CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1(a)(3)

Counsel for Plaintiff has communicated with Defendant's counsel, Richard S. Ross, and Defendant has no objection to the relief requested in this motion.

WHEREFORE, Defendant respectfully requests that they be permitted to bring the above equipment into the courthouse on May 25, 2018 through June 8, 2018. A Proposed Order for the Court's consideration is attached hereto.

Dated: May 17, 2018                                                                 Respectfully submitted,
                                                                                     HOLLAND & KNIGHT LLP

>*/s/ Philip E. Rothschild*
>Philip E. Rothschild
>Florida Bar No. 0088536
>Email: phil.rothschild@hklaw.com
>HOLLAND & KNIGHT LLP
>515 East Las Olas Blvd., 12th Floor
>Fort Lauderdale, FL 33301
>Telephone: (954)525-1000
>Facsimile: (954)463-2030
>
>*/s/ John P. Kern*
>John P. Kern, Esq. (pro hac vice)
>Email: john.kern@hklaw.com
>Daniel P. Kappes, Esq. (pro hac vice)
>Email: Daniel.kappes@hklaw.com
>David Holtzman, Esq. (pro hac vice)
>Email: david.holtzman@hklaw.com
>HOLLAND & KNIGHT LLP
>50 California Street, Suite 2800
>San Francisco, CA 94111
>Telephone: (415)743-6918
>Facsimile: (415)743-6910
>Attorneys for CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

>*/s/ Philip E. Rothschild*
>Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
Email:  prodp@ix.netcom.com;
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

#57617078_v1