## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

             Plaintiff,

v.


DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

             Defendants.

_____/

DR. JASSIN JOURIA,

             Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

             Counter-Defendant,

_____/

## [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTHOUSE

THIS CAUSE has come before the Court upon Plaintiff's Unopposed Motion to Allow Electronic Equipment Into The Courthouse (D.E. ___) ("Motion"). The Court having reviewed the Unopposed Motion and being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff's counsel from Holland & Knight may bring the following equipment into the Courthouse from May 25, 2018 through June 8, 2018 for the Calendar Call and Trial scheduled before the undersigned:

Patrick Justesen of Decision Quest may bring the following into the courthouse:

2

- Small Tech table
- Laptop
- Computer Monitor
- Wifi hotspot
- Video cables and adaptors
- Power cables and adaptors
- Speakers (size of lunch box)
- PowerPoint remote

Holland & Knight attorneys John Kern, Phil Rothschild, Daniel Kappes and David

Holtzman may each bring a laptop computer into the courthouse.

Holland & Knight paralegal Diane Nixon may bring a laptop and a smartphone into the

courthouse.

NetCE's personnel Erin Meinyer, Dennis Meinyer, Sarah Campbell and Julie Goodwin

may each being a smartphone into the courthouse.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida in the Southern District

of Florida, this _____ day of May, 2018.

_____
Judge William Dimitrouleas

cc: All Counsel of Record

2

#57618128_v1