UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

    Defendants.
    _____/

DR. JASSIN JOURIA,

    Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Counter-Defendant,
    _____/

## ORDER GRANTING MOTION TO BRING AND USE ELECTRONIC EQUIPMENT AT TRIAL

THIS CAUSE is before the Court on Plaintiff NetCE's Unopposed Motion for Leave to Allow Electronic Equipment into the Courthouse for May 25 Through June 8, 2018 Trial ("Motion") [DE 310]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 310] is **GRANTED**.
2. The Court permits counsel to use equipment available in the courtroom: video monitors, video connections for laptop computers at counsel's table, the Elmo® Document Camera system, and the courtroom's audio system.
3. The Court permits counsel to bring laptop computers, small tech table, computer

> monitor, WiFi hotspot devices, video/power cables and adaptors, speakers, electronic notebooks/tablets, external and flash drives, and presentation clicker/laser pointers into the courtroom for use during the trial in this matter, from calendar call on May 25, 2018, through the conclusion of trial, which is set for the Trial Period commencing on May 29, 2018.

4. The Court permits counsel and counsel's associate lawyers, as well as Diane Nixon, Erin Meinyer, Dennis Meinyer, Sarah Campbell, and Julie Goodiwn to bring their cellular telephones into the courthouse and to use their cellular telephones while outside of the courtroom.

5. If the parties would like to test their equipment before the hearing, they should contact Francine Salopek at (954)769-5657 to arrange a time.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 17th day of May, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All counsel of record