# EXHIBIT "A"

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

            CASE NO. 0:15-CV-61165-WPD
```

DR. JASSIN JOURIA,

              Plaintiff,

v.

CE RESOURCE, INC. d/b/a
CME RESOURCE and NetCE,

              Defendant.
_____/

CE RESOURCE, INC. d/b/a
CME RESOURCE and NetCE,

    Defendant/Counter-Plaintiff,

v.

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant.
_____/

CE RESOURCE, INC. d/b/a
CME RESOURCE and NetCE,

    Defendant/Third Party Plaintiff,

v.

Elite Continuing Education, Inc.
and Alpine Management Services, III,
LLC,

    Third Party Defendants.
_____/

```
              VIDEOTAPE DEPOSITION OF
                  DR. JASSIN JOURIA
                 Pages 1 through 297
            Confidential, Attorneys' Eyes Only

             Thursday, September 28, 2017
                      9:49 a.m.
          515 East Las Olas Blvd., 12th Floor
                Fort Lauderdale, Florida

             Stenographically Reported By:
    Debra L. Stark, Notary Public State of Florida
```

Page 206

1  MR. KERN: Okay. So let me just state
2  for the record that this is clearly something
3  that undoubtedly somebody from Holland &
4  Knight marked up. It's not the file copy and
5  we will be happy to, prior to circulating to
6  the court reporter, if it's to everyone's
7  satisfaction, to replace this with the ECF
8  version.
9      MR. WILSON: It's fine.
10     MR. KERN: No, I mean, only because I --
11 just for future use I'd hate for someone to
12 accidentally then file it.
13     MS. COLE: I mean, I think we can all
14 access the as-filed version, I just didn't
15 have a copy of that with me today, so I wanted
16 to understand what that was.
17     MR. KERN: Understood, and I do apologize.
18     MR. ROSS: No apology is necessary.
19     MR. KERN: That is similar to the type of
20 notes, unintelligent notes I take on things.
21 It's not actually my writing.
22 BY MS. COLE:
23     Q. Dr. Jouria, one of the topics of
24 questioning earlier today was about your education
25 and credentials.

Page 207

1       Do you remember that questioning?
2   A.  Yes, somewhat.
3   Q.  So to be clear on this, you attended
4  college?
5   A.  Yes.
6   Q.  You then attended medical school?
7   A.  Yes.
8   Q.  You passed your board exams?
9   A.  Yes, all of them.
10  Q.  You have an M.D.?
11  A.  Yes.
12  Q.  You completed an internship?
13  A.  Yes.
14  Q.  You completed a residency?
15  A.  Yes.
16  Q.  You are licensed to practice medicine in
17 Florida?
18  A.  Yes.
19  Q.  You are licensed to practice medicine in
20 Indiana?
21  A.  Yes.
22  Q.  And in fact, you are now an emergency
23 room physician; is that right?
24  A.  That's correct.
25     MS. COLE: I would like to mark as an

Page 208

1  Exhibit 42.
2       (Thereupon, Deposition Exhibit No. 42,
3       Defendant's Amended Answer to Complaint, was
4       marked for identification.)
5       MR. ROSS: Thank you.
6       THE WITNESS: Thank you.
7  BY MS. COLE:
8   Q.  Dr. Jouria, this is printed double-sided.
9  If you flip to the second page you see this is
10 Defendant's Amended Answer to the Complaint. I
11 can represent to you that this is a pleading that
12 NetCE filed in this case.
13  A.  Okay.
14  Q.  Do you have any reason to disagree with
15 that?
16  A.  No.
17  Q.  If you can turn to page 17 of this
18 document?
19  A.  Okay.
20  Q.  Paragraph 30, I am going to read that.
21 It says, "On information and belief, because he
22 has not completed a residency, Dr. Jouria is not
23 a licensed, certified or practicing physician in
24 the United States."
25     Did I read that -- did I read that

Page 209

1  correctly?
2   A.  You read it correctly.
3   Q.  That's not true, is it?
4   A.  That's not true.
5   Q.  Earlier today you testified about your
6  first communications with Elite.
7       Do you remember that testimony?
8   A.  Yes.
9   Q.  How did Elite find out about you?
10  A.  I think it was through Elance. Elance
11 Odesk.
12  Q.  Did Elite reach out to you directly?
13  A.  No. I think I responded to that
14 posting, I think that was the first form of
15 communication.
16  Q.  So you reached out to Elite?
17  A.  Yes.
18  Q.  If we can pull out Exhibits 35 and 36.
19  A.  35 and 36, yes.
20  Q.  Exhibit 35 is Elite's job posting on
21 Elance for a Writer for Nursing Continuing
22 Education Courses; correct?
23  A.  It doesn't state who it's from, but
24 I -- it is a job posting for continuing nursing
25 education, yes. I don't think it says who it is