# EXHIBIT "B"

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 0:15-CV-61165-WPD

  DR. JASSIN JOURIA,

                    Plaintiff,
v.
  CE RESOURCE, INC. d/b/a
  CME RESOURCE and NetCE,

                    Defendant.
_____/
  CE RESOURCE, INC. d/b/a
  CME RESOURCE and NetCE,

     Defendant/Counter-Plaintiff,
v.

  DR. JASSIN JOURIA,

     Plaintiff/Counter-Defendant.
_____/
  CE RESOURCE, INC. d/b/a
  CME RESOURCE and NetCE,

     Defendant/Third Party Plaintiff,
v.
Elite Continuing Education, Inc.
and Alpine Management Services, III,
LLC,

        Third Party Defendants.
_____/

               VIDEOTAPE DEPOSITION OF
                  DR. JASSIN JOURIA
                 Pages 1 through 297
           Confidential, Attorneys' Eyes Only

              Thursday, September 28, 2017
                       9:49 a.m.
           515 East Las Olas Blvd., 12th Floor
                 Fort Lauderdale, Florida

              Stenographically Reported By:
      Debra L. Stark, Notary Public State of Florida
```

Page 258

1   Q.  Different ideas?
2   A.  Yes.
3   Q.  Different objectives?
4   A.  Yes.
5   Q.  Different citations?
6   A.  Yes.
7   Q.  Different content?
8   A.  Yes.
9   Q.  Other than the fact that both courses
10  generally relate to issues with the heart, there's
11  no similarity between them?
12  A.  Would be hard-pressed to find,
13  quote-unquote, similarity.
14          (Thereupon, Deposition Exhibit No. 60,
15      Plagiarism Checker X Originality Report, was
16      marked for identification.)
17  BY MS. COLE:
18  Q.  I am handing you what has been marked as
19  Exhibit 60.
20          I can represent this was attached as an
21  exhibit to Elite's motion for judgment on the
22  pleadings that was recently filed.
23          I understand that you or your counsel has
24  seen this.  It's a -- I can represent it's a --
25  as shown at the top, it's called Plagiarism

Page 259

1   Checker X Originality Report.
2   A.  Yes.
3   Q.  It's my understanding there are a number
4   of plagiarism software detection programs out
5   there.
6           Are you familiar with this one at all?
7   A.  I've heard of it.
8   Q.  Any reason to question the reliability of
9   the program used for Exhibit 60?
10          MR. KERN:  Objection, utterly unqualified
11      to answer the question, lacks foundation, not
12      an expert.
13  BY MS. COLE:
14  Q.  Dr. Jouria, do you have any reason to
15  question the plagiarism detection program used to
16  create Exhibit 60?
17  A.  I have used it before.  I have used
18  several of them before.  I think it's fine.
19  Q.  I can represent to you that Exhibit 60 is
20  a comparison of the two articles we were just
21  looking at in 58 and 59.
22  A.  Okay.
23  Q.  Do you see some of the highlighted
24  sections in Exhibit 60?
25  A.  Yes.

Page 260

1   Q.  Starting, for example, the first one on
2   the first page.
3   A.  Yes.
4   Q.  Are you familiar with the way that these
5   plagiarism reports generate their comparison is
6   that they highlight overlap in similar words or
7   same words?
8   A.  A general understanding, yes, I do know.
9   Q.  And I can represent to you here that the
10  way this program works is that the report, such
11  as what we are looking at in 60, highlights the
12  areas of overlap.
13  A.  Okay.
14  Q.  Does that seem familiar?
15  A.  Yes, sure.  Several companies have a
16  similar process.
17  Q.  Looking through the highlighted overlaps
18  shown in Exhibit 60, do these appear to be common
19  words and phrases that would be used in many
20  different articles in the CE field?
21  A.  Yes.
22  Q.  Does this report confirm for you the
23  articles shown in Exhibit 58 and 59 are completely
24  different articles?
25  A.  Yes.

Page 261

1   Q.  They are not substantially similar in any
2   way, are they?
3           MR. KERN:  Objection, calls for a legal
4       conclusion.
5           THE WITNESS:  I think it's obvious.
6           MR. KERN:  It's a term of art, legal term
7       of art.
8           Go ahead.  Sorry, Doctor.
9   BY MS. COLE:
10  Q.  Based on your understanding of the word
11  similar or similarity, does this confirm for you
12  that these two articles are not similar in any
13  way?
14  A.  For me it does.  One percent is minimal.
15  Q.  One of these articles was not derived
16  from the other, was it?
17  A.  No.  It wasn't.
18  Q.  Moving along to the next article that you
19  wrote for Elite in that stack which is Exhibit 49,
20  entitled, "The Basics of Pathophysiology."
21  A.  I'll find it.
22          Okay.
23  Q.  Do you recall writing this article for
24  Elite?
25  A.  Generally, yes.