**OBTAIN DESCRIPTION**        **PRIORITY**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE

      *Plaintiff*
      v.

DR. JASSIN JOURIA,

      *Defendant*

DR. JASSIN JOURIA,

      Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE,

      Counter-Defendant.

Civil Action No. 15-61165-CIV-DIMITROULEAS

SERVED: PAM SCHUTTE
DATE: 5-18-18   TIME: 9:01 AM
INITIALS: PM   ID#: _____

PER FL STATUTE 48.031

## SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Dr. Jassin Jouria
Decatur County Memorial Hospital
720 N Lincoln St.
St. Greensburg, IN 47240

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Honorable William P. Dimitrouleas<br>U.S. Federal Courthouse<br>299 East Broward Blvd.<br>Ft. Lauderdale, FL 33301 | Courtroom No.: 205B<br>Date and Time:<br>May 29, 2018 – June 8, 2018<br>At 9:00 A.M. |
|---|---|

RECEIVED MAY 17 2018 BY: _____

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if ...)*

---

[1] NOTE: You will note that the subpoena specifies a date you are required to appear to testify. **We do not know the exact date or time during the trial that we will be calling you to testify** as it depends on proceedings during the trial. The trial period two (2) weeks. Please be sure to call Philip Rothschild at 954-468-7881 before you make plans to appear, as we do not know th exact date and time you will be called to testify. **Please do not go to the courthouse before calling Philip Rothschild at 954 468-7881**