## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-61165-WPD

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

    Defendants.
_____/

DR. JASSIN JOURIA,

    Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Counter-Defendant,
_____/

### DECLARATION OF DEFENDANT, DR. JASSIN JOURIA

I, DR. JASSIN JOURIA, declare under penalty of perjury, that:

1. On May 18, 2018, service of the attached trial subpoena was attempted on me in Indiana.

2. The trial subpoena commands my physical attendance at trial in this action in which I am a party, in Florida from May 29, 2018 to June 8, 2018.

3. I am a resident of Indiana. I am employed in Indiana. I do not regularly transact business in person in Florida.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5-18-2018

Dr. Jassin Jouria

OBTAIN DESCRIPTION **PRIORITY**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE

*Plaintiff*
v.

DR. JASSIN JOURIA,

*Defendant*

Civil Action No. 15-61165-CIV-DIMITROULEAS

DR. JASSIN JOURIA,

Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE,

Counter-Defendant.

SERVED: PAM SCHUTTE
DATE: 5-18-18   TIME: 9-01 AM
INITIALS: [illegible]   ID#: _____
PER FL STATUTE 48.031

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Dr. Jassin Jouria
Decatur County Memorial Hospital
720 N Lincoln St.
St. Greensburg, IN 47240

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: Honorable William P. Dimitrouleas<br>U.S. Federal Courthouse<br>299 East Broward Blvd.<br>Ft. Lauderdale, FL 33301 | Courtroom No.: 205B<br>Date and Time:<br>May 29, 2018 – June 8, 2018<br>At 9:00 A.M. |

RECEIVED MAY 17 2018 BY:_____

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if*

---

[1] **NOTE:** You will note that the subpoena specifies a date you are required to appear to testify. **We do not know the exact date or time during the trial that we will be calling you to testify as it depends on proceedings during the trial.** The trial period two (2) weeks. Please be sure to call Philip Rothschild at 954-468-7881 before you make plans to appear, as we do not know th exact date and time you will be called to testify. **Please do not go to the courthouse before calling Philip Rothschild at 954 468-7881**