**Subject:** RE: Notice to Court Regarding Length of Trial_57605527_1-3
**From:** <John.Kern@hklaw.com>
**Date:** 5/18/2018 12:59 PM
**To:** <prodp@ix.netcom.com>, <Phil.Rothschild@hklaw.com>
**CC:** <Daniel.Kappes@hklaw.com>, <David.Holtzman@hklaw.com>

We oppose.

John Kern | Holland & Knight
Partner
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com | www.hklaw.com

_____
Add to address book | View professional biography

> From: Richard Ross [mailto:prodp@ix.netcom.com]
> Sent: Friday, May 18, 2018 7:15 AM
> To: Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>
> Cc: Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Holtzman, David I (SFO - X56909) <David.Holtzman@hklaw.com>
> Subject: Re: Notice to Court Regarding Length of Trial_57605527_1-3
>
> John,
>
> It appears that you have attempted to serve Dr. Jouria with a trial subpoena in Indiana, even though you acknowledged below that "trial subpoenas cannot reach Indiana." We intend to file a a motion to quash. Please advise if you will consent or oppose.
>
> Richard
>
> > On 5/15/2018 8:18 PM, John.Kern@hklaw.com wrote:
> >
> > Richard,
> >
> > You have represented all along Dr. Jouria will appear—by the initiation of the lawsuit, by that fact we have seen no petition to the Court regarding his unavailability, by your argument that NetCE cannot use the depo transcript (which, if you made a showing he were unavailable, we would almost certainly would be permitted to use), by your inclusion of Dr. Jouria's name on your witness list, by virtue of Dr. Jouria being a party in this case and the original plaintiff (and still counter-plaintiff).
> >
> > You are perfectly aware that trial subpoenas cannot reach Indiana (if that is where he is). We inquired about the trial subpoena, because for all we know he is back in Fort Lauderdale, or will be next week for or the following for trial.
> >
> > So Richard, we need you to be straight with us regarding what on Earth you expect to happen May 29th. We have at least a half dozen human beings leaving work and their families (including our primary fact witness who is nursing a new born) to travel 3000 miles for participation at trial

in a loca on your client insisted on being in. If you plan to pull some stunt, or are telling us you have no control over your party client's appearance at trial, we are asking you to come clean now so that we can address it.

John Kern | Holland & Knight
Partner
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com | www.hklaw.com
_____
Add to address book | View professional biography

> From: Richard Ross [mailto:prodp@ix.netcom.com]
> Sent: Tuesday, May 15, 2018 5:04 PM
> To: Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>
> Cc: Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Holtzman, David I (SFO - X56909) <David.Holtzman@hklaw.com>
> Subject: Re: No ce to Court Regarding Length of Trial_57605527_1-3
>
> John,
>
> I explained this matter to you several times. We also discussed it at the meet and confer. I asked you what rule provides for the issuance of a valid trial subpoena given that he is not a Florida resident and does not work in Florida. When you refused to respond in substance, I informed you that I would not accept a trial subpoena on Dr. Jouria's behalf. To date, I cannot represent either way whether Dr. Jouria will appear or will not.
>
> I hope this provides you some clarity.
>
> Richard
>
> On 5/15/2018 7:45 PM, John.Kern@hklaw.com wrote:
>> Richard, I still don't know what you mean when you say: "Dr. Jouria continues to object to NetCE calling Dr. Jouria through his deposition testimony since he was never so designated. *See* DE 300-4."
>>
>> We want to take his testimony at trial. His depo transcript we intend to use for impeachment only (if necessary).
>>
>> He is appearing at trial, yes? Would you like us to provide you a subpoena? Can you represent he is appearing? Pretty important that we get an answer to this—you have side-stepped my previous inquiries.

Thanks much,

John

John Kern | Holland & Knight
Partner
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6918 | Fax 415.743.6910
john.kern@hklaw.com | www.hklaw.com
_____
Add to address book | View professional biography

From: Rothschild, Phil (FTL - X27881)
Sent: Tuesday, May 15, 2018 1:27 PM
To: Richard Ross <prodp@ix.netcom.com>
Cc: Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>
Subject: RE: Notice to Court Regarding Length of Trial_57605527_1-3

Richard,

No, we do not agree. As I tried to state in my email from 3:57pm sending the updated draft (attached) this is not a briefing or argumentative filing. We simply want to inform the Court for scheduling purposes what we intend to put forward. If you don't want to have a simple filing as to the length of trial and witness in the form attached, then let us know and we will file something simple just on behalf of NetCE.

Phil Rothschild | Holland & Knight
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com
_____
Add to address book | View professional biography

From: Richard Ross [mailto:prodp@ix.netcom.com]
Sent: Tuesday, May 15, 2018 4:03 PM
To: Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>
Subject: Notice to Court Regarding Length of Trial_57605527_1-3

Here are my redlines. If you approve, you may file.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.