UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-61165-WPD

DR. JASSIN JOURIA,

    Plaintiff/Counter-Defendant,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Defendant/Counter-Plaintiff/Third-Party Plaintiff,

v.

ELITE PROFESSIONAL EDUCATION, LLC,

    Third-Party Defendant.

_____/

## ORDER REQUIRING EXPEDITED RESPONSE

THIS CAUSE is before the Court on Defendant Dr. Jassin Jouria's Motion to Quash Trial Subpoena of Dr. Jassin Jouria [DE 316] (the "Motion"), filed herein on May 18, 2018. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. Plaintiff must file a Response to the Motion [DE 316] on or before **May 21, 2018**;

2. Defendant Dr. Jassin Jouria may file a Reply thereto on or before **May 22, 2018**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of May, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: All Counsel of Record