# EXHIBIT "B"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(Fort Lauderdale Division)**
**CASE NO.:15-61165-CIV-DIMITROULEAS**

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

      Defendants.

_____/

DR. JASSIN JOURIA,

      Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

      Counter-Defendant.

_____/

**<u>DEFENDANT DR. JASSIN JOURIA'S PROPOSED VERDICT FORM</u>**

VF-300. Breach of Contract (Adapted from Judicial Council of California Civil Jury Instructions (Nov. 2017)).

We answer the questions submitted to us as follows:

1. Did NETCE and DR. JOURIA enter into a contract for:

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2) 9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____


If your answer to Question 1 is "Yes" for any medical research paper, then answer Question 2. If you answered "No" to all, stop here, answer no further questions, and have the presiding juror sign and date this form located on the last page.

2.  Did NETCE do all, or substantially all, of the significant things that the contract(s) required it to do?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 2 is "Yes" to any, then answer Question 3 for those to which you answered "Yes."  If you answered "No" all, stop here, answer no further questions, and have the presiding juror sign and date this form.

3.  Did NETCE "expressly reject" any of DR. JOURIA'S medical research papers?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 3 is "No" to any, then answer Question 4 for those to which you answered "No."   If you answered "Yes" to any, then do not answer the next question for those to which you answered "Yes"; if you answered "Yes" to all, stop here, answer no further questions for breach of contract, and go to the section on copyright infringement.

4.  Did DR. JOURIA sell the same "Articles" he authored for NETCE to any third party?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 4 is "Yes" to any, then answer Question 5 for those to which you answered "Yes."   If you answered "No" to any, then do not answer the next question for those to which you answered "No"; if you answered "No" to all, stop here, answer no further questions for breach of contract, and go to the section on copyright infringement.

5.  Did DR. JOURIA do something that the contract(s) prohibited him from doing?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 5 is "Yes" to any, then answer Question 6 for those to which you answered "Yes." If you answered "No" to any, then do not answer the next question for those to which you answered "No"; if you answered "No" to all, stop here, answer no further questions for breach of contract, and go to the section on copyright infringement.

6. Was NETCE harmed by DR. JOURIA's breach of contract?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2) 9538 Nonantibotic Antimicrobial Pharmacology: A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems: A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 6 is "Yes" to any, then answer Question 7.

7. What are NETCE's contract damages?

$_____


Continue to the next questions on copyright infringement.

Copyright - Ownership - Deposit Copy

Do you find from a preponderance of the evidence what NETCE filed as the deposit copy with the United State Copyright Office for any of the works below:

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 2 is "Yes" to any, then continue with the next section for those works to which you answered "Yes."  If you answered "No" to all, stop here, answer no further questions, and have the presiding juror sign and date this form.


Copyright - Ownership - Work Made for Hire[1]

SPECIAL INTERROGATORIES TO THE JURY

1.  Did NETCE and DR. JOURIA expressly agree in a signed, written document that the DR. JOURIA'S medical research papers were to be considered a work made for hire?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

[1] Adpated from the Eleventh Circuit Pattern Jury Instructions.

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 1 is "Yes" to any, then answer Question 2 for those to which you answered "Yes." If you answered "No" to all, stop here, answer no further questions, and have the presiding juror sign and date this form.

2.  Did NETCE and DR. JOURIA expressly agree in a writing signed by

them that NETCE would own the copyright in the DR. JOURIA'S medical research

papers only if NETCE approved them for publication?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____  No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____  No_____

5) 025 Traumatic Brain Injury

Yes _____  No_____

6) 3528 Cancer and Chemotherapy

Yes _____  No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____  No_____

If your answer to Question 2 is "Yes" to any, then answer Question 3 for those to which you answered "Yes."  If you answered "No" to any, then answer Question 4 for those to which you answered "No."

     3.     Did NETCE approve DR. JOURIA'S medical research papers for

publication?

1) 852 Gastroesophageal Reflux Disease

Yes _____  No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____  No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____  No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 3 is "Yes" to any, then answer Question 4 for those to which you answered "Yes."  If you answered "No" to any, answer no further questions for those to which you answered "No"; and if you answered "No" to all, stop here, do not answer any more questions, and have the presiding juror sign and date this form.

    4.      In which medical research papers does NETCE own copyrights:

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____


Copyright (Originality)

**SPECIAL INTERROGATORIES TO THE JURY**

1. For each of the claimed works, do you find that NETCE has shown by a preponderance of the evidence that any of them contain original text. Understand that you may not consider ideas or facts as being original to qualify for copyright protection?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 1 is "Yes," continue with Questions 2 and 3 below.  If your answer to Question 1 is "No," don't continue with your analysis of NETCE'S claims for infringement, and have the presiding juror sign and date this form.

2.  For each of the claimed works that contain original text, do you find that the text was original to DR. JOURIA?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 2 is "Yes," continue with Question 3 for those to which you answered "Yes."  If your answer to Question 2 is "No" to all, don't continue with your analysis of NETCE'S claims for infringement, and have the presiding juror sign and date this form.

    3. For each of the claimed works that contain original text, do you find that the text possesses at least a minimal degree of creativity?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If your answer to Question 3 is "Yes," continue with the next section for those to which you answered "Yes."  If your answer to Question 3 is "No" to all, don't continue with your analysis of NETCE'S claims for infringement, and have the presiding juror sign and date this form.

<u>Copyright Validity - Ideas and Expressions</u>

<span style="text-align:center">**S**PECIAL **I**NTERROGATORIES TO THE **J**URY</span>

Do you find that NETCE is seeking copyright protection in:

1. A portion of a work that is not original to the author;

2. A portion of the work that is in the public domain; or

3. An idea, concept, principle, discovery, fact, list or table taken from public documents or other common sources, actual event, process, or method expressed or described in a work?

Answer Yes or No         _____

If your answer to the above question is "Yes," as to any ideas or facts in which NETCE is claiming copyright protection, you should exclude those

ideas or facts from the material NETCE'S copyright infringement claim can be based on.

Copyright Validity - The Merger Doctrine

**SPECIAL INTERROGATORIES TO THE JURY**

1. Do you find that NETCE is seeking copyright protection in ideas or facts that may only be expressed in so few ways that to protect the expression would effectively grant NETCE a monopoly over ideas or facts that isn't protectable by copyright?

Answer Yes or No _____

If your answer to this question is "Yes" for any of the ideas or facts in which NETCE is claiming copyright protection, you should exclude those ideas or facts from the material NETCE'S copyright infringement claims can be based on.

Copyright Validity - Quantity

**SPECIAL INTERROGATORIES TO THE JURY**

Do you find from a preponderance of the evidence:

1. That Dr. JOURIA appropriated only a small amount of the original text?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If you answered "Yes," to any, for those to which you answered "Yes," go to Question No. 4.  If you answered "No" to any, for those to which you answered "No," go to Question No. 5.

4.   That the small amount appropriated is insignificant to the overall medical research papers DR. JOURIA wrote for NETCE?

1) 852 Gastroesophageal Reflux Disease

Yes _____ No_____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

Yes _____ No_____

3) 875 The Lymphatic and Immune Systems:  A Review

Yes _____ No_____

4) 511 Clinical Cardiovascular Pharmacology

Yes _____ No_____

5) 025 Traumatic Brain Injury

Yes _____ No_____

6) 3528 Cancer and Chemotherapy

Yes _____ No_____

7) 3679 Depression and Dementia in the Elderly

Yes _____ No_____

If you answered "Yes," to any, do not continue to the following sections for those to which you answered "Yes."  If you answered "Yes" to all, do not continue at all and have the presiding juror sign and date this form.   If you answered "No" to any, for those to which you answered "No," go to the next section.

Copyright - Substantially Similar Text and Infringement

1.  On NETCE's claim that original, protectible copyrighted text and the accused text are substantially similar, and thus is an infringement, we find for (check one):

1) 852 Gastroesophageal Reflux Disease

      NETCE: _____      DR. JOURIA: _____

2)  9538 Nonantibotic Antimicrobial Pharmacology:  A Review

      NETCE: _____      DR. JOURIA: _____

3) 875 The Lymphatic and Immune Systems:  A Review

      NETCE: _____      DR. JOURIA: _____

4) 511 Clinical Cardiovascular Pharmacology

      NETCE: _____      DR. JOURIA: _____

5) 025 Traumatic Brain Injury

      NETCE: _____      DR. JOURIA: _____

6) 3528 Cancer and Chemotherapy

      NETCE: _____      DR. JOURIA: _____

7) 3679 Depression and Dementia in the Elderly

      NETCE: _____      DR. JOURIA: _____

Copyright - DR. JOURIA Defenses

## SPECIAL INTERROGATORIES TO THE JURY

1.  Do you find by a preponderance of the evidence that DR. JOURIA

has established a defense of fair use?

      Answer Yes or No      _____

If you answered "Yes," to Question 1, sign the form and don't answer any additional questions.  If you answered "No," answer Question 2.

3.  Do you find by a preponderance of the evidence that DR. JOURIA has established a defense of or estoppel?

Answer Yes or No            _____

Copyright - Damages - Actual Damages

**SPECIAL INTERROGATORIES TO THE JURY**

1. Do you find to a reasonable probability that NETCE suffered a loss as a result of the infringement found?

Answer Yes or No            _____

If you answered "No," you don't need to answer the remaining questions, and have the presiding juror sign and date this form.  If you answered "Yes," go to the next question.

2. Do you find to a reasonable probability that the loss suffered by NETCE was caused by DR. JOURIA's alleged act of infringement?

Answer Yes or No            _____

If you answered "No," you don't need to answer the remaining questions, and have the presiding juror sign and date this form.  If you answered "Yes," go to the next question.

3. Do you find to a reasonable probability that this loss would have occurred even if there had been no infringement by DR. JOURIA?

Answer Yes or No            _____

If you answered "Yes," you don't need to answer the following question, and have the presiding juror sign and date this form.  If you answered "No," go to the next question.

4. What amount of money do you determine is adequate to compensate NETCE for the actual damages caused by DR. JOURIA'S act of infringement?

$_____

Copyright - Damages - Disgorgement of Profits

**SPECIAL INTERROGATORIES TO THE JURY**

1. Did NETCE prove by a preponderance of the evidence that DR. JOURIA received profits that were causally related to the infringement you found of the copyrighted work?

Answer Yes or No            _____

If you answered "Yes," go to the next question. If you answered "No," don't continue with the remaining questions, and have the presiding juror sign and date this form.

2. What amount of gross revenue attributable to infringement of the copyrighted work, if any, has NETCE proven by a preponderance of the evidence was received by DR. JOURIA?

DR. JOURIA                $_____

3. What amount of deductible expenses, if any, has DR. JOURIA proven by a preponderance of the evidence was incurred in making the gross revenue above?

DR. JOURIA                $_____

4. What portion of DR. JOURIA's profits, if any, has DR. JOURIA proven by a preponderance of the evidence is attributable to factors other than infringement?

DR. JOURIA                $_____

5. What amount of money do you determine is DR. JOURIA's profits, if any, that are attributable to the infringement you found, that were not already taken into account in calculating NETCE's actual damages?

DR. JOURIA                $_____

SO SAY WE ALL:


_____

Foreperson's Signature

DATE: _____