**EXHIBIT "2"**

**Kappes, Daniel P (SFO - X56951)**

| | |
|---|---|
| **From:** | Rothschild, Phil (FTL - X27881) |
| **Sent:** | Monday, May 07, 2018 5:23 AM |
| **To:** | Mark Wilson; prodp@ix.netcom.com; Kate Cole; peter.chiabotti@akerman.com |
| **Cc:** | kristen.mckinney@akerman.com; Kern, John P (SFO - X56918); Kappes, Daniel P (SFO - X56951); Minnie Kim; Holtzman, David I (SFO - X56909) |
| **Subject:** | RE: NetCE v. Jouria v. Elite -- Joint Pretrial Stipulation coordination |

Mark,

We will try and address the points you raise in your email to avoid unnecessary motion practice. But frankly NetCE has sought Elite's cooperation on pretrial matters and received no response—despite repeated outreach on our part. As such, we are a bit surprised by your claims.

First, the Courts' orders (DE76) and (DE 233) setting pretrial deadlines supersede the Local and Federal Rules. As such, NetCE's witness and exhibit lists are not untimely. In addition, we understood the parties had an agreement that NetCE would provide its exhibit list, witness list, and a draft pretrial stipulation on May 1, 2018, well before the May 11, 2018, deadline ordered in DE 233. In fact, our email on April 24, 2018, stated,

- "Good morning Counsel. In compliance with the Local Rules and the Court's scheduling order, NetCE, as the (soon to be designated) Plaintiff, proposes the following coordination for putting together the joint pretrial stipulation, due to be filed on Friday, May 11."

NetCE also offered and understood that Elite would not need to provide NetCE comments on the pretrial stipulation or provide its exhibit and witness lists to NetCE until May 4, 2018. If you felt differently, April 24th was the time to notify us—not wait and inform us almost two weeks later.

Second, NetCE reserves the right to rely on deposition transcripts for impeachment purposes, but currently does not intend to rely on deposition transcripts when the witnesses are available to testify in person.

Third, the only reason we requested copies of your exhibits is because the Court ordered the parties to exchange copies of the actual exhibits. We understand that Elite's exhibits are identified in the exhibit list.

Fourth, does Elite intend to offer any demonstratives? To be clear, NetCE still intends to provide Elite with copies of NetCE's demonstratives by May 8.

We are happy to discuss further if necessary.

Best regards,
Phil

**Phil Rothschild** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

1

**From:** Mark Wilson [mailto:markwilson@mvalaw.com]
**Sent:** Friday, May 04, 2018 5:01 PM
**To:** Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; prodp@ix.netcom.com; Kate Cole <katecole@mvalaw.com>; peter.chiabotti@akerman.com
**Cc:** kristen.mckinney@akerman.com; Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>; Minnie Kim <minniekim@mvalaw.com>; Holtzman, David I (SFO - X56909) <David.Holtzman@hklaw.com>
**Subject:** RE: NetCE v. Jouria v. Elite -- Joint Pretrial Stipulation coordination

Below is a link to Elite's trial exhibits.  I note that you already had all of our exhibits as shown by the references on our exhibit list.  An Excel version of our trial exhibit list is attached as well, for your convenience.

We are available to discuss the PTS on May 9 or May 10.

One additional point that we need to address.  NetCE filed and served its exhibit list and witness list late under the rules.  NetCE never filed and served any deposition designations as required by the rules, so there can't be any now.  Then, NetCE filed and served another copy of its exhibit list, even later, with new exhibits.  Both exhibit lists contain references to documents that were never produced in discovery.  Both lists contain inappropriate block entries to "exhibits" that don't list any actual documents (see for example NC-275—NC-278 on NetCE's original list and NC-294—NC-297 on NetCE's "corrected" list).  And NetCE's exhibit lists still do not comply with the rules.  For obvious reasons, this is all unacceptable to Elite.


URL: https://mva.sharefile.com/d-s74e940f1c204b56a

PASSWORD:   fKXv2gztp


**J. Mark Wilson**
Attorney at Law
T 704.331.1177
F 704.339.5981
markwilson@mvalaw.com

**Moore&VanAllen**

100 North Tryon Street
Suite 4700
Charlotte, NC 28202
704.331.1000
www.mvalaw.com

---

**From:** Phil.Rothschild@hklaw.com [mailto:Phil.Rothschild@hklaw.com]
**Sent:** Thursday, May 03, 2018 3:54 PM
**To:** prodp@ix.netcom.com; Mark Wilson <markwilson@mvalaw.com>; Kate Cole <katecole@mvalaw.com>; peter.chiabotti@akerman.com
**Cc:** kristen.mckinney@akerman.com; John.Kern@hklaw.com; Daniel.Kappes@hklaw.com; Minnie Kim <minniekim@mvalaw.com>; David.Holtzman@hklaw.com
**Subject:** RE: NetCE v. Jouria v. Elite -- Joint Pretrial Stipulation coordination

Richard/Mark/Kate,

We laid out the joint pretrial stip so that each party's exhibit list (and witness list) would be a separate exhibit – so was not anticipating a single exhibit list for purposes of the Joint Pretrial Stip.  I believe we included columns in our exhibit

list just in case the parties did in fact list the same exhibits, and we can then give the Court a single list by the time we get to trial.  But the short answer is that for the Joint Pretrial stip each side would have their own exhibit list.

As to including objections, am attaching here the Word version of our exhibit list – feel free to add a column for objections.   Can you send us your list in Word too please?

Mark/Kate – Please let us know when we can expect to see your exhibits.  And please send us your exhibit list in Word so we can add any objections we may have.

Also, let us know if there are any issues with the iManage File Share email link that you should have received late yesterday for our exhibits.

Best regards

**Phil Rothschild** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Thursday, May 03, 2018 8:24 AM
**To:** Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; markwilson@mvalaw.com; katecole@mvalaw.com; peter.chiabotti@akerman.com
**Cc:** kristen.mckinney@akerman.com; Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>
**Subject:** Re: NetCE v. Jouria v. Elite -- Joint Pretrial Stipulation coordination

Phil,

We plan on providing our exhibits by tomorrow.  Are we working on a joint exhibit list for the PTS based upon your filing since you identified all parties on it?  If so, please forward a Word version.  Also, if this is the manner in which we address this, please add columns for each party's objections.  Kindly advise.

We are available to meet anytime on May 9 to discuss the PTS.

Richard

On 5/2/2018 7:17 PM, Phil.Rothschild@hklaw.com wrote:

> Counsel,
>
> In the course of preparing the electronic exhibits for your convenience, we noticed that we did not specifically list certain exhibits 6 and 9-25 from the deposition of Dr. Jouria.  These documents were previously identified as exhibit number (NC-275), and are now added at the end of the attached list.   You will be receiving an email shortly from Diane Nixon of Holland & Knight with an iManage File Share email with a link to the exhibits themselves.

We are also filing the corrected exhibit list shortly.

Please let us know when you are sending your exhibits over to us to enable us to review for purposes of the joint pretrial stipulation.

Thanks,
Phil

**Phil Rothschild | Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Rothschild, Phil (FTL - X27881)
**Sent:** Tuesday, May 01, 2018 4:57 PM
**To:** 'Richard Ross' <prodp@ix.netcom.com>; 'markwilson@mvalaw.com' <markwilson@mvalaw.com>; 'katecole@mvalaw.com' <katecole@mvalaw.com>; 'peter.chiabotti@akerman.com' <peter.chiabotti@akerman.com>
**Cc:** 'kristen.mckinney@akerman.com' <kristen.mckinney@akerman.com>; Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>
**Subject:** RE: NetCE v. Jouria v. Elite -- Joint Pretrial Stipulation coordination

Counsel,

Please find attached our exhibit and witness lists for purposes of putting together the exhibits to the joint pretrial stipulation.  We expect to have our portion of the joint pretrial stipulation itself over to you later tonight or tomorrow morning.  We also expect to send you an iManage Share Link tomorrow to view PDF marked copies of all of the exhibits on the list.

Best regards,
Phil

**Phil Rothschild | Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Rothschild, Phil (FTL - X27881)
**Sent:** Tuesday, April 24, 2018 5:36 PM
**To:** 'Richard Ross' <prodp@ix.netcom.com>; markwilson@mvalaw.com; katecole@mvalaw.com; peter.chiabotti@akerman.com
**Cc:** kristen.mckinney@akerman.com; Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>

4

**Subject:** RE: NetCE v. Jouria v. Elite -- Joint Pretrial Stipulation coordination and pending Motion to Realign the parties

Thanks Richard.  We will need until end of the day on the west coast of May 1 to have our portion done.  If you need a whole week then Defendants can take until May 8, and we should pencil in some time on May 10 to go over the respective objections to see if we can resolve anything prior to filing.   As for the demonstratives, we can provide an identification/description as you suggest by May 3, so we can agree to exchange identification/description on the afternoon of May 3.

Mark/Kate?   Your position on the "Joint Notice of Non-Opposition" to get the Motion to Realign resolved?  And then your thoughts on the above PTS exchange schedule.

Best,
Phil

**Phil Rothschild** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Tuesday, April 24, 2018 4:48 PM
**To:** Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; markwilson@mvalaw.com; katecole@mvalaw.com; peter.chiabotti@akerman.com
**Cc:** kristen.mckinney@akerman.com; Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>
**Subject:** Re: NetCE v. Jouria v. Elite -- Joint Pretrial Stipulation coordination and pending Motion to Realign the parties

Thoughts:  Draft by Friday, April 27 to give us a full week to provide comments/edits/additions including defendants' exhibit/witness lists by May 4, and your draft and our comments to include an identification of demonstratives prior to the proposed exchange date.

No opposition to the joint notification.

On 4/24/2018 10:41 AM, Phil.Rothschild@hklaw.com wrote:

> Good morning Counsel.
>
> In compliance with the Local Rules and the Court's scheduling order, NetCE, as the (soon to be designated) Plaintiff, proposes the following coordination for putting together the joint pretrial stipulation, due to be filed on Friday, May 11.
>
> NetCE will provide its draft joint pretrial stipulation, including exhibit list and witness list, to both Dr. Jouria and Elite by early evening on Tuesday, May 1.  Then, Dr. Jouria and Elite will provide its comments/edits/additions, including both defendants' exhibit and witness lists, to NetCE by Friday, May 4.  That will give the parties a full week to iron

5

out any differences and include any objections to exhibits by the filing deadline of Friday, May 11.

As to demonstrative exhibits, we will need a bit longer, and propose that both sides exchange demonstratives at 5:00pm eastern time on Tuesday, May 8.

As to the pending Motion to Realign the Parties, which has no opposition, we think all sides' trial preparation will benefit from an immediate final decision from the Court.  We are thinking that perhaps filing a "Joint Notice of Non-Opposition" by all three sides might help bring forth an order on the motion.  It can just be one sentence that says,   "NetCE, Dr. Jouria, and Elite, hereby jointly notify the Court that the pending Motion to Realign the Parties (DE 259) has no opposition."

Please let us know your position on the above items at your earliest convenience.

Best regards,
Phil

**Phil Rothschild** | **Holland & Knight**
Senior Counsel
Holland & Knight LLP
515 East Las Olas Boulevard, Suite 1200 | Fort Lauderdale, FL 33301
Phone 954.468.7881 | Fax 954.463.2030
phil.rothschild@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

Moore & Van Allen

CONFIDENTIAL & PRIVILEGED Unless otherwise indicated or obvious from the nature of the following communication, the information contained herein is attorney-client privileged and confidential information/work product. The communication is intended for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies, electronic, paper or otherwise, which you may have of this communication. Thank You.

**Moore & Van Allen**