# Exhibit 3

**Kappes, Daniel P (SFO - X56951)**

| | |
|---|---|
| **From:** | Richard Ross <prodp@ix.netcom.com> |
| **Sent:** | Wednesday, May 16, 2018 4:11 PM |
| **To:** | Kern, John P (SFO - X56918) |
| **Cc:** | Rothschild, Phil (FTL - X27881); Kappes, Daniel P (SFO - X56951) |
| **Subject:** | Re: Dr. Jouria's Participation at Trial |

Sorry, no. Anything you want to discuss you can call me.

On 5/16/2018 5:39 PM, John.Kern@hklaw.com wrote:

> Richard,
>
> I would like to contact Dr. Jouria to discuss whether he intends to appear at trial. Would you be willing to organize such a call? Or, if not, would you grant me permission to speak with him alone (obviously after you gain his consent that I may call him)?
>
> I don't intend or desire to discuss anything with Dr. Jouria other than whether he intends to appear for trial and to testify. But, as you have represented that you do not know whether he will testify, I am asking that you give me a chance to find out myself. Many people—colleagues, third parties, and client employees—have entrusted management of this case, and their lives and schedules, to me. I feel obligated to make every effort to understand and determine what actually is going to happen on May 29th.
>
> Kind Regards,
>
> John
>
>
> **John Kern** | **Holland & Knight**
> Partner
> Holland & Knight LLP
> 50 California Street, Suite 2800 | San Francisco, CA 94111
> Phone 415.743.6918 | Fax 415.743.6910
> john.kern@hklaw.com | www.hklaw.com
>
> Add to address book | View professional biography
>
> ---
>
> NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.