UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Plaintiff,

v.

DR. JASSIN JOURIA,

        Defendant.

_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant,

_____/

## UNOPPOSED MOTION FOR LEAVE FROM LOCAL RULE 11.1(d)(7)

Plaintiff, CE Resource, Inc. d/b/a CME Resource and NetCE ("NetCE"), pursuant to Local Rule 7.1, hereby files this Unopposed Motion for Leave from Local Rule 11.1(d)(7) (the "Motion"), and in support, states:

    1.    Local Rule 11.1(d)(7) allows the Court to permit more than two attorneys on each side to argue the merits of the case. Local Rule 11.1(d)(7) states: "Only one (1) attorney on each side shall examine or cross-examine a witness, and not more than two (2) attorneys on each side shall argue the merits of the action or proceeding *unless the Court shall permit otherwise*."

2

2. NetCE's undersigned counsel respectfully requests this Court grant counsel leave from Local Rule 11.1(d)(7) and allow more than two attorneys to argue the merits of the case on behalf of NetCE.

3. NetCE is requesting that one additional attorney be allowed to argue the merits on behalf of NetCE for a total of three (3) attorneys on NetCE's side.  Undersigned counsel for NetCE is requesting a third attorney so that a junior associate, Daniel Kappes, may have the opportunity to take witness testimony should the need arise.

4. Following standard trial procedures, only one attorney for NetCE would argue on any particular issue, and only one attorney would question a witness or object to Dr. Jouria's counsel's questions to a witness.

CERTIFICATE OF CONFERENCE WITH COUNSEL PER L.R. 7.1(a)(3): Undersigned counsel for NetCE exchanges a series of emails regarding the requested relief with counsel for Dr. Jouria on April 24, 2018, and Dr. Jouria does not oppose the requested relief with the clarification in ¶ 4 above.

**WHEREFORE**, NetCE respectfully requests that this Court grant its Motion for Leave from Local Rule 11.1(d)(7) to allow a total of three (3) attorneys from NetCE to argue on behalf of NetCE and grant any further relief this Court deems necessary and proper.

Dated: May 21, 2018

Respectfully submitted,

HOLLAND & KNIGHT LLP

*/s/ Philip E. Rothschild*
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000

2

#57738390_v2

        Facsimile: (954)463-2030

        */s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Daniel P. Kappes, Esq. (pro hac vice)
Email: Daniel.kappes@hklaw.com
David Holtzman, Esq. (pro hac vice)
Email: david.holtzman@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Philip E. Rothschild*
        Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
Email: prodp@ix.netcom.com;
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

#57738390_v2