SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

        Defendants.
_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant,
_____/

**[PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE FROM LOCAL RULE 11.1(d)(7)**

THIS CAUSE has come before the Court upon Plaintiff's Unopposed Motion for Leave from Local Rule 11.1(d)(7) (D.E.   ) ("Motion"). The Court having reviewed the Unopposed Motion and being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED, in that NetCE is permitted to have one additional attorney participate in the trial on behalf of NetCE for a total of three (3) attorneys on NetCE's side.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida in the Southern District of Florida, this ____ day of May, 2018.

                                                     _____
                                                   U.S. District Judge William Dimitrouleas

cc: All Counsel of Record

#57755453_v1