**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:15-cv-61165-WPD**

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE

        Plaintiff,

v.

DR. JASSIN JOURIA,

        Defendant.

_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant.

_____/

## NETCE'S MOTION TO REVISE EXHIBIT LIST SUBMITTED WITH JOINT PRETRIAL STIPULATION

    Plaintiff CE Resource, Inc. d/b/a/ CME Resource and NetCE ("NetCE"), hereby moves the Court to revise its exhibit list given the dismissal of Elite Professional Education, LLC ("Elite"). NetCE seeks both to narrow its list, given the dismissal of Elite, as well as correct the version of its exhibit list attached to the joint pretrial stipulation pursuant to Fed. R. Civ. P. 60(b)(1).

    On May 11, 2018, NetCE, Elite, and Dr. Jassin Jouria filed their Joint Pretrial Stipulation ("JPS") pursuant to this Court's pre-trial order (DE 300). At that time all three parties were still in active litigation and believed all three would be involved in trial—the exhibit list reflected that. However, subsequent to the filing of the JPS, NetCE and Elite reached an amicable settlement of all issues. NetCE and Elite then requested this Court dismiss the action as to Elite. This Court

dismissed Elite from this action on May 16, 2018 (DE 307).  In light of this dismissal, many proposed exhibits are no longer relevant.

NetCE respectfully requests that this Court permit it to remove the following exhibits from its exhibit list:

| | | |
|---|---|---|
| | **NC-039** | Non-Disclosure Agreement between Alpine Management Services III, LLC's ("Receiving Party") and CE Resource, Inc. (the "Company") |
| | **NC-040** | Letter to Joseph J. McGurrin, InforMed, Inc. from John Kern re *InforMed Continued Trade Dress Infringement*;<br> - Exhibit A:  05/18/15 Letter to Joseph J. McGurrin from John Kern re *InforMed/Trade Dress Infringement*;<br>-  Exhibit B:  10/03/13 Certificates  of Registration TX 7-782-458; TX7-891-671; TX 8-004-367; (2) TX 8-165-786 effective Date 09/22/2015;  and TX 8-191-812. |
| | **NC-041** | Email chain between Doug Wnorowski, Rita Brinkley, Michelle Franchi and Mike Duran re Elite NetCE Cease and Desist Notice |
| | **NC-042** | Letter from Tracey Foster, Elite Professional Education to The New York State Education Department re application for approval. |
| | **NC-043** | Application for Provider Approval – NY Board of Physical Therapy |
| | **NC-044** | Application for Provider Approval – NY Board of Physical Therapy |
| | **NC-045** | The University of the State of New York, the State Education Department – Guidelines for Completing the Application for Approval as a Provider of Continuing Education for Physical Therapists and Physical Therapist Assistants. |
| | **NC-046** | Email from Mike Duran to James Fehlman, Richard Wileczek and Michelle Franchi re FLMT Report Out. |
| | **NC-047** | Email chain between Mike Duran, Michelle Franchi, Richard Wileczek re Just a quick report out from Colorado… |
| | **NC-048** | Directive Analytics Invoice 2626 to Mike Duran, McKissock re Nursing Investigation |
| | **NC-049** | DirectiveAnalytics Elite CME Nursing Investigation Quantitative Full Report – Elite Continuing Education |
| | **NC-051** | Power Point - The Journey to ANCC Criteria Compliance:  Proven Methodology for Delivery of High-Quality Nursing Continuing Education – Elite Professional Education's Journey toward Excellence |

| | |
|---|---|
| **NC-064** | Notifications CE Broker Tracking info to Tracey Foster re Completed Course Credits Processed |
| **NC-065** | Curriculum Vitae Thomas S. Burrell, PhD, MN, CRNI-R, RN-BC-Retired |
| **NC-068** | Email chain between Steve Powley, Tracey Foster and Michelle Franchi re CE Broker Analysis of FL RN's coming due in 2014. |
| **NC-069** | Email chain between Michelle Franchi and Steve Powley re Share report by provider for CE Broker data on FL RN due 4-40. |
| **NC-070** | Email chain between Michelle Franchi and Steve Powley re Share report by provider for CE Broker data on FL RN due 4-40. |
| **NC-071** | Email from Michelle Franchi to Tracey Foster and Todd Mowl re Money back guarantee. |
| **NC-072** | Email from Todd Mowl to Michelle Franchi and Trace Foster re NetCe. |
| **NC-073** | Email chain between Michelle Francyi, Steve Powley and Tracey Foster re RN records for July renewal. |
| **NC-074** | Elite Professional Education Biographical and Conflict of Interest Form – 2013 Criteria. |
| **NC-076** | Elite Continuing Education letter from Tracey Foster, Program Administrator to Dear Licensee re Chapters 1-4 of Course. |
| **NC-078** | Email chain between Tracey Foster, Amanda Kyler, Janet Blanner, Cynthia Koeneker, Patrick Westin re Nurs CE FL COR SMPC RN. |
| **NC-079** | NetCE Continuing Education – Continuing Education for Florida Nurses – 26 Hours $29.00 |
| **NC-080** | Email chain between Janet Blanner, June Thompson, Tracey Foster and Cynthia Koeneker re Florida NetCE. |
| **NC-082** | Email from Tracey Foster to Teresa Wise re Marcus Jang – Advisor |
| **NC-083** | Appendix D: Resume of Administrator – Tracey Foster |
| **NC-084** | Email chain between Tracey Foster and Roe Barletta re CA Dentist. |
| **NC-087** | Email chain between Tracey Foster, Todd Mowl and Roe Barletta, Chris Calabucci re Sent from Snipping Tool. |
| **NC-088** | Email chain between Dana Harrington, Amanda Kyler, Michelle Franchi and Tracey Foster re FL MT Correspondence Books. |
| **NC-089** | Email chain between Todd Mowl, Dolley Brawner, Tracey Foster, Mark Bateh and James Fehlman re Document –Oct 14, 2012. |
| **NC-093** | McKissock – Power Point Elite Email Strategy & Messaging January 2014 – Elite Continuing Education. |

| | | |
|---|---|---|
| | **NC-095** | Email from Roe Barletta to Dolley Brawney and Michelle Franchi re FL Paharm 2013 part 2. |
| | **NC-113** | Email from Erin Meinyer to Corrie Camp and Julie Goodwin re Learn click done. |
| | **NC-115** | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer; cc: Dan Cremons re Thanks again. |
| | **NC-116** | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re Followin Up |
| | **NC-117** | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re: Office Address |
| | **NC-119** | Email chain between Julie Goodwin, Tim Naughton and Erin Meinyer re 3V Discussion. |
| | **NC-120** | Email chain between Erin Meinyer and Michael Pentecost re Elite CME/Alpine Investments. |
| | **NC-140** | Emil chain between Teresa Wise, NurseCe4Less, helpnurse@nursece4less.com re Drug Diversion Training – New Course at NurseCe4Less. |
| | **NC-145** | Email chain between Dan Cremons and Erin Meinyer re Follow up. |
| | **NC-146** | Email from Dan Cremons to Erin Meinyer and Mike Duran re Follow Up. |
| | **NC-147** | Email chain between Dan Cremons and Erin Meinyer re Follow Up. |
| | **NC-148** | Email chain between Mike Duran, Dan Cremons, Erin Meinyer, Dennis Meinyer re Follow Up. |
| | **NC-150** | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re Follow Up. |
| | **NC-151** | Email chain between Mike Duran, Erin Meinyer and Dennis Meinyer re Follow Up. |
| | **NC-152** | Email from Mike Duran to Erin Meinyer and Dennis Meinyer re Follow Up. |
| | **NC-153** | Email chain between Erin Meinyer, Dan Cremons and Dennis Meinyer re CE Resource, Inc. Financials. |
| | **NC-154** | Email chain between Erin Meinyer, Dan Cremons and Dennis Meinyer re CE Resource, Inc. Financials. |
| | **NC-155** | Email from Julie Goodwin julesgood@gmail.com to Erin Meinyer re CE-credit.com |
| | **NC-156** | Email chain between Julie Goodwin julesgood@gmail.com to Erin Meinyer re CE-credit.com |
| | **NC-157** | Email chain between Erin Meinyer, Mike Duran, Dan Cremons and Dennis Meinyer re Thanks Again. |
| | **NC-158** | Email chain between Erin Meinyer, Mike Duran, Dan Cremons and Dennis Meinyer re Thanks Again. |
| | **NC-160** | Email chain between Erin Meinyer to Dan Cremons re Follow Up. |

| | |
|---|---|
| **NC-162** | Email chain between Corrie Camp, Erin Meinyer, Julie Goodwin and Kevin Bluck re Learn click done. |
| **NC-163** | Email chain between between Corrie Camp, Erin Meinyer, Julie Goodwin and Kevin Bluck re Learn click done. |
| **NC-164** | Email from Mike Duran to Dennis Meinyer, Erin Meinyer and Dan Cremons re Thanks Again. |
| **NC-192** | Minutes CME Resource – Quarterly Development Meeting |
| **NC-193** | Minutes CME Resource – Quarterly Development Meeting |
| **NC-194** | Minutes CME Resource – Quarterly Development Meeting |
| **NC-195** | Minutes NetCE – Quarterly Development Meeting |
| **NC-196** | Minutes NetCE – Quarterly Development Meeting |
| **NC-197** | Email chain between Ann Wileczek, Steve Mastin, McKissock, Doug Wnorowski, McKissock, Michelle Franchi, Shane Higgins, Lockton, Kaniel Klein, Raymond Dion, Chris Dion, Betsy Carpenter, Phil Pierce re WC McKissock Investment, LLC/Elite Continuing Education, Inc.(CE Resource, Inc. d/b/a NetCE v. Jouria and Elite) (ACE Notice) |
| **NC-210** | Letter from Pamela S. Dickerson, PhD, RN-BC, Chairperson, Commission on Accreditation, ANCC to thomas S. Burrell, MN, CRNI-R, RN-BC-Retired, Lead Nurse Planner, Elite re Commission on Accreditation Action. |
| **NC-211** | Letter from Angelo Somaschini, Esq., Deputy General Counsel, ANCC to Elite Continuing Education re Cease and Desist Improper Use of ANCC's Registered Trademark. |
| **NC-212** | Letter from Angelo Somaschini, Esq., Deputy General Counsel, ANCC to Elite Continuing Education re Cease and Desist Improper Use of Intellectual Property |
| **NC-213** | Letter from Angelo Somaschini, Esq., Deputy General Counsel, ANCC to Elite Continuing Education re Cease and Desist Improper Use of ANCC's Registered Trademark; w/ attached 10/17/16 Letter from Angelo Somaschini, Esq., Deputy General Counsel, ANCC to Elite Continuing Education re Cease and Desist Improper Use of ANCC's Registered Trademark. |
| **NC-217** | Additional Documentation Requested from Elite |
| **NC-221.2** | American Nurses Credentialing Center Provider Accreditation Application/Demographic Information Form for Elite |
| **NC-224** | Excel Spreadsheet – CE Activity Summary |
| **NC-229** | Letter from Sibyl Lavin, MSN, RN, Senior Accreditation Analyst to Thomas S. Burrell, Lead Nurse Planner, Elite re review of application. |

| | | |
|---|---|---|
| NC-230 | | Letter from Sibyl Lavin, MSN, RN, Senior Accreditation Analyst to Thomas S. Burrell, Lead Nurse Planner, Elite re review of application. |
| NC-238 | | American Nurses Credentialing Center Accreditation Program – 2015 Accreditation Criteria – Final Report – Elite Continuing Education |
| NC-239 | | ANCC Annual Accreditation Demographic Information Form – Provider – Elite Continuing Education |
| NC-241 | | American Nurses Credentialing Center Accreditation Program – 2013 Accreditation Criteria – WRAC – Accredited Provider Unit – Elite - Activity Title:  Pharmacology:  Mental Health Medications |
| NC-245 | | American Nurses Credentialing Center Accreditation Program – 2013 Accreditation Criteria – WRAC – Accredited Provider Unit – Elite  - Activity Title:  Pain Management at the End of Life |
| NC-246 | | ANCC Quantitative Review Initial Review (QRIR) 2013 Criteria – Accredited Provider Unit – Elite |
| NC-247 | | Elite – Accredited Provider Continuing Education Summary |
| NC-248 | | Provider Unit submittal criteria |
| NC-249 | | Elite Nurse Planner Position Description |
| NC-250 | | Organization Chart |
| NC-253 | | Email chain between Thomas Burrell and Elizabeth Collins and Kendria Jackson re Notification of resignation of Lead Nurse Planner. |
| NC-255 | | CNE Description of Provider Unit |
| NC-256 | | Email from Michelle Franchi to June Thompson re New Permanent Lead Nurse Planner for Elite. |
| NC-258 | | Elite – Accredited Provider Self Study |

As Elite is no longer a party to this litigation, the above documents are no longer relevant. NetCE respectfully requests the right to revise its exhibit list to remove them.

NetCE also moves the Court to permit it to amend its exhibit list to add the documents listed below pursuant to Fed. R. Civ. P. 60(b)(1).  On May 1, 2018, NetCE provided Dr. Jouria, through counsel, a copy of its exhibit list. See attached Declaration of Daniel Kappes ("Kappes Decl.") ¶ 2. On May 2, 2018, undersigned counsel noted an error in the exhibit list and promptly notified Dr. Jouria.  Kappes Decl. ¶¶ 3-4.  Specifically, the exhibit list failed to list the relevant agreements and courses.  Kappes Decl. ¶ 4.  NetCE produced a corrected version of the exhibit list that day, and all of the added exhibits had previously been used by the parties during depositions.  Kappes Decl. ¶ 3.

6

However, when time came to file the JPS containing each party's exhibit list, NetCE inadvertently included the earlier, incorrect version, rather than the properly corrected version it produced to Dr. Jouria on May 2. Kappes Decl. ¶ 5. NetCE respectfully requests this Court permit it to modify the exhibits to the JPS to include the inadvertently omitted exhibits.

"On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for … (1) mistake, inadvertence, surprise, or excusable neglect." Fed. R. Civ. P. 60(b)(1). In analyzing whether to grant relief, the Court must look to a "four-factor test." *Advanced Estimating Sys., Inc. v. Riney*, 130 F.3d 996, 997 (11th Cir. 1997). The four factors include: 1. "the danger of prejudice to the [nonmovant];" 2. "the length of delay and its potential impact on judicial proceedings;" 3. "the reason for the delay, including whether it was within the reasonable control of the movant;" and 4. "whether the movant acted in good faith." *Id.* at 997-998. When exercising its discretion this Court "should balance the policy in favor of serving the ends of justice against the policy in favor of finality." *Mazzone v. Stamler*, 157 F.R.D. 212, 214 (S.D.N.Y. 1994). Analysis of each of these factors favors NetCE.

First, there is no prejudice to the non-movant, Dr. Jouria. Dr. Jouria proved this beyond question when, on May 21, 2018, without notice to counsel, he added a new exhibit to his list (DE 322) (adding "NetCE responses to Dr. Jouria's first request for production of documents (Exhibit 4).").[1] By contrast, NetCE properly notified Dr. Jouria back on May 2 of its intent to include all the below items on its exhibit list. Kappes Decl. ¶ 3. NetCE erred only with respect to the filing in this Court on May 11, when it inadvertently substituted an earlier exhibit list for the correct one. Kappes Decl. ¶ 5. Moreover, the exhibits in question are the Freelance Writer Agreements ("FWAs") and copies of the at-issue courses that Dr. Jouria identified at his deposition last year. Since the FWAs form the core of Dr. Jouria's defense, their inclusion is not only not prejudicial, but actively aids Dr. Jouria's defense to NetCE's claims. *See* DE 300. The courses are those Dr. Jouria identified as the ones he provided to NetCE. They have been at issue for years and thus Dr. Jouria has had every opportunity to object or move to exclude them. Thus there is no prejudice.

---

[1] To the extent it speeds matters along, NetCE has no objection to Dr. Jouria's late-filed, non-noticed update to his exhibit list.

7

Second, NetCE delayed only six days before noticing its error.  *See Cheney v. Anchor Glass Container Corp.*, 71 F.3d 848, 850 (11th Cir. 1996) (excusable neglect where Cheney filed motion for new trial six days late).  NetCE filed the pre-trial stipulation on Friday, May 11, 2018 (DE 300). It noted its error and alerted counsel for Dr. Jouria by phone on Thursday, May 17, 2018.  Kappes Decl. ¶ 7.  It promptly double-checked to ensure there were no further errors and provided an updated list to Dr. Jouria on Monday, May 21, 2018.  This short turnaround should have absolutely no impact on the proceedings in this matter.  NetCE stands ready and able to begin trial during the designated trial period commencing May 29, 2018.

Third, the cause of the delay is that NetCE simply had no reason to check the pre-trial stipulation against its earlier version noticed to counsel.[2]  Only during the course of preparing for trial did NetCE notice the error, and undersigned counsel called Dr. Jouria's counsel that day to notify him of NetCE's intent to amend its JPS exhibit list to make up for the error.  Kappes Decl. ¶ 6.

Finally, at all times NetCE acted in good faith.  It properly noticed opposing counsel of its exhibit list—its only failure was including the wrong version in its filing with this Court.  As soon as it noticed its error, NetCE notified opposing counsel.  Kappes Decl. ¶¶ 3 & 7.  *See Consol. Freightways Corp. of Delaware v. Larson*, 827 F.2d 916, 920 (3d Cir. 1987) (Finding good faith in part due to "timely service of the Notice upon opposing counsel, such that plaintiffs suffered no prejudice as a result of counsel's error.").  NetCE quickly verified the extent of the error, and prepared a written list for opposing counsel.  Kappes Decl. ¶ 8.  After its discussion with opposing counsel pursuant to L.R. 7.1(a)(3), it timely filed this motion.

NetCE therefore respectfully requests the court for permission to add the following, inadvertently omitted exhibits, to its exhibit list attached to the JPS:

| **NC-272** | Jassin M. Jouria, Jr., M.D. Resume | *DE006* |
|---|---|---|
| **NC-273** | Plaintiff's Response to NetCE's First Request for the Production of Documents and Things | *DE009* |
| **NC-274** | Plaintiff's Response to NetCE's First Set of Interrogatories | *DE010* |

---

[2]   At this point, Elite was still in the case.

| | | |
|---|---|---|
| **NC-275** | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Cancer and Chemotherapy course. | *DE011* |
| **NC-276** | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Gastroesophageal Reflux Disease course; w/ attached W-9 Form for Dr. Jouria. | *DE013* |
| **NC-277** | Gastroesophageal Reflux Disease – Learning Objectives | *DE014* |
| **NC-278** | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Traumatic Brain Injury course. | *DE015* |
| **NC-279** | Traumatic Brain Injury – Abstract | *DE016* |
| **NC-280** | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Clinical Cardiovascular Pharmacology course. | *DE017* |
| **NC-281** | Clinical Cardiovascular Pharmacology – Abstract | *DE018* |
| **NC-282** | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for The Lymphatic and Immune Systems: A Comprehensive Review course. | *DE019* |
| **NC-283** | The Immune and Lymphatic Systems: A Comprehensive Review – Abstract | *DE020* |
| **NC-284** | Non-Antibiotic Antimicrobial Pharmacology: A Review – Abstract | *DE021* |
| **NC-285** | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Non-Antibiotic Antimicrobial Pharmacology: A Review course | *DE022* |
| **NC-286** | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Depression and Dementia in the Elderly course. | *DE023* |
| **NC-287** | Non-Disclosure Agreement entered into between Alpine Management Services III, LLC and CE Resource, Inc. | |
| **NC-288** | Cancer and Chemotherapy: A Comprehensive Review – Abstract | *DE012* |
| **NC-289** | Depression and Dementia in the Elderly course | *DE024* |
| **NC-290** | Composite Exhibit:<br> - CE Resource, Inc. d/b/a CME Resource Fax – Wire Transfer from Nancy Davis to Dr. Jouria account in the amount of $3,975.00;<br> - 12/06/12 Wire Transfer in the amount of $10,000.00;<br> - 01/17/13 WireTransfer in the amount of $11,975.00;<br> - 09/06/12 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course The Lymphatic and Immune Systems w/ check for $12,000;<br> - 04/18/13 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course Depression versus Dementia in the Elderly w/ check for $12,000; and<br> - 03/21/13 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course Cancer and Chemotherapy w/ check for $12,000 | *DE025* |

CERTIFICATE OF COUNSEL PURSUANT TO L.R. 7.1(a)(3): NetCE's counsel has communicated with counsel for Dr. Jouria on the requested relief, and Dr. Jouria has indicated that he consents to the removal of exhibits but not to the addition.

Dated: May 21, 2018                                    Respectfully submitted,

/s/ Philip E. Rothschild
Philip E. Rothschild
Florida Bar No. 0088536
Email: phil.rothschild@hklaw.com
HOLLAND & KNIGHT LLP
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954)525-1000
Facsimile: (954)463-2030

/s/ John P. Kern
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Daniel P. Kappes (pro hac vice)
Email: daniel.kappes@hklaw.com
David I. Holtzman (pro hac vice)
david.holtzman@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
(Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCES and NetCE)

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Philip E. Rothschild
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**