UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCES, INC. d/b/a CME Resources and NetCE

        Plaintiff,

v.

DR. JASSIN JOURIA,

        Defendant.
_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE,

        Counter-Defendant,
_____/

**DECLARATION OF DANIEL P. KAPPES IN SUPPORT OF CE RESOURCE INC. d/b/a/ NETCE's MOTION FOR PERMISSION TO FILE A REVISED TRIAL EXHIBIT LIST**

I, Daniel P. Kappes, hereby declare and state as follows:

1. I am an attorney with the law firm of Holland & Knight LLP, and I am duly licensed to practice law in the State of California. I am one of the attorneys representing defendant CE Resource, Inc. d/b/a CME Resource and NetCE (hereafter, "NetCE"). I, along with my colleagues John Kern and David Holtzman, am admitted pro hac vice in the United States District Court for the Southern District of Florida in the above-captioned case. Through this litigation, we have been accompanied by local counsel Phil Rothschild.

2. On May 1, 2018, NetCE provided to Richard Ross, counsel for Dr. Jouria, a

1

version of its proposed exhibit list for trial. NetCE's exhibit list was filed with the Court as docket entry 279-2.

3.  The following day, on May 2, 2018, I realized that NetCE inadvertently omitted several trial exhibits from its exhibit list and provided Mr. Ross a copy of its corrected exhibit list. NetCE's corrected exhibit list was promptly filed as docket entry 281-1.

4.  In the May 1 filing, NetCE failed to include the Freelance Writer Agreements and corresponding medical education courses in docket Entry 279-2. The omitted documents had previously been identified last summer as exhibits 6 and 9 to 25 at the deposition of Jassin Jouria and as NetCE's trial exhibits NC 272 to 290. These documents are crucial to the claims and defenses at issue in this case.

5.  On May 11, 2018, I coordinated the filing of the parties' Joint Pretrial Stipulation and attachments (Exhibits A-H). Inadvertently, NetCE provided to opposing counsel and filed with the parties' Joint Pretrial Stipulation the version of its exhibit list that omitted trial exhibits, Dkt. 279-2. NetCE should have filed with the Joint Pretrial Stipulation the corrected exhibit list, Dkt. 281-1. Hence, NetCE's current exhibit list filed with the Joint Pretrial Stipulation as Dkt. 300-1 also omits exhibits NC 272 to 290.

6.  During the course of preparing for trial, I noticed that NetCE inadvertently filed the wrong version of its exhibit list Dkt. 279-2, instead of Dkt. 281-1. I promptly investigated to determine the scope of the error.

7.  On May 17, 2018, NetCE contacted Mr. Ross via telephone and advised him that we inadvertently omitted those exhibits from Dkt. 300-1 and asked whether he would oppose NetCE revising its trial exhibit list to correspond with its corrected exhibit list (Dkt. 281-1). NetCE also advised Mr. Ross that it would seek to remove exhibits from Dkt. 300-1

since Elite was no longer part of the case.

8. On May 21, 2018, per Mr. Ross's request, I sent him a detailed list of each exhibit NetCE sought to remove from Dkt. 300-1 and which exhibits were inadvertently omitted from Dkt. 300-1 (but which did appear on Dkt. 281-1). I apologized for the oversight on my part. **Exhibit 1**.

9. That same day, Mr. Ross objected to NetCE revising its trial exhibit list Dkt. 300-1 to include the documents already included in the exhibit list filed as Dkt. 281-1. Mr. Ross did not oppose NetCE's removal of exhibits.

I declare under penalty of perjury and the laws of the United States and of Florida that the foregoing is true and correct.

Dated: May 21, 2018                              By: */s Dan Kappes*
                                                     Daniel P. Kappes

# Exhibit 1

**Kappes, Daniel P (SFO - X56951)**

| | |
|---|---|
| **From:** | Richard Ross <prodp@ix.netcom.com> |
| **Sent:** | Monday, May 21, 2018 2:48 PM |
| **To:** | Kappes, Daniel P (SFO - X56951) |
| **Cc:** | Kern, John P (SFO - X56918); Rothschild, Phil (FTL - X27881); Holtzman, David I (SFO - X56909) |
| **Subject:** | Re: Proposed Changes to NetCE's Exhibit List |

We do not oppose the removals, but do oppose the additions.

On 5/21/2018 5:46 PM, Daniel.Kappes@hklaw.com wrote:

> Mr. Ross:
>
> Yes, the only additions were on NetCE's "corrected" exhibit list. They are shown below for you convenience.
>
> I apologize for the mistake on my part (a learning experience for this associate).
>
> Sincerely,
> Dan

| NC-272 | Jassin M. Jouria, Jr., M.D. Resume | DE006 |
|---|---|---|
| NC-273 | Plaintiff's Response to NetCE's First Request for the Production of Documents and Things | DE009 |
| NC-274 | Plaintiff's Response to NetCE's First Set of Interrogatories | DE010 |
| NC-275 | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Cancer and Chemotherapy course. | DE011 |
| NC-276 | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Gastroesophageal Reflux Disease course; w/ attached W-9 Form for Dr. Jouria. | DE013 |
| NC-277 | Gastroesophageal Reflux Disease – Learning Objectives | DE014 |
| NC-278 | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Traumatic Brain Injury course. | DE015 |
| NC-279 | Traumatic Brain Injury – Abstract | DE016 |
| NC-280 | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Clinical Cardiovascular Pharmacology course. | DE017 |
| NC-281 | Clinical Cardiovascular Pharmacology – Abstract | DE018 |
| NC-282 | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for The Lymphatic and Immune Systems: A Comprehensive Review course. | DE019 |
| NC-283 | The Immune and Lymphatic Systems: A Comprehensive Review – Abstract | DE020 |
| NC-284 | Non-Antibiotic Antimicrobial Pharmacology: A Review – Abstract | DE021 |
| NC-285 | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Non-Antibiotic Antimicrobial Pharmacology: A Review course | DE022 |
| NC-286 | Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Depression and Dementia in the Elderly course. | DE023 |
| NC-287 | Non-Disclosure Agreement entered into between Alpine Management Services III, LLC and CE Resource, Inc. | |

| NC-288 | Cancer and Chemotherapy: A Comprehensive Review – Abstract | *DE012* |
| NC-289 | Depression and Dementia in the Elderly course | *DE024* |
| NC-290 | Composite Exhibit:<br>- CE Resource, Inc. d/b/a CME Resource Fax – Wire Transfer from Nancy Davis to Dr. Jouria account in the amount of $3,975.00;<br>- 12/06/12 Wire Transfer in the amount of $10,000.00;<br>- 01/17/13 WireTransfer in the amount of $11,975.00;<br>- 09/06/12 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course The Lymphatic and Immune Systems w/ check for $12,000;<br>- 04/18/13 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course Depression versus Dementia in the Elderly w/ check for $12,000; and<br>- 03/21/13 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course Cancer and Chemotherapy w/ check for $12,000 | *DE025* |

**Daniel Kappes** | **Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6951 | Fax 415.743.6910
daniel.kappes@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Richard Ross [mailto:prodp@ix.netcom.com]
**Sent:** Monday, May 21, 2018 2:43 PM
**To:** Kappes, Daniel P (SFO - X56951) <Daniel.Kappes@hklaw.com>
**Cc:** Kern, John P (SFO - X56918) <John.Kern@hklaw.com>; Rothschild, Phil (FTL - X27881) <Phil.Rothschild@hklaw.com>; Holtzman, David I (SFO - X56909) <David.Holtzman@hklaw.com>
**Subject:** Re: Proposed Changes to NetCE's Exhibit List

Sorry, I see the attachment. Are the "corrected" documents the ones you want to add now?

On 5/21/2018 5:40 PM, Richard Ross wrote:

> Nothing attached. Want to send me a redline?
>
> What are the exhibit numbers you want to add in 281-1 that were not included in 279-2?
>
> On 5/21/2018 5:22 PM, Daniel.Kappes@hklaw.com wrote:
>
>> Richard,
>>
>> Per our discussion last week, NetCE intends to move the Court to revise its exhibit list (Dkt. 300-1) given the absence of Elite. Please see the attached list of proposed removals/additions.
>>
>> Please note, the only additions we seek to add to Dkt. 300-1 are exhibits that were included on NetCE's corrected exhibit list filed as Dkt.

2

281.  NetCE inadvertently filed with the pretrial stipulation the exhibit list provided to you as Dkt. 279-2.  When NetCE filed the pretrial stipulation and attached the parties' respective exhibit lists, NetCE should have filed the exhibit list provided to you as Dkt. 281—not Dkt. 279-2.

If you oppose, please let me know as soon as possible so that we may ask the Court for relief.

Regards,
Dan

**Daniel Kappes** | **Holland & Knight**
Associate
Holland & Knight LLP
50 California Street, Suite 2800 | San Francisco, CA 94111
Phone 415.743.6951 | Fax 415.743.6910
daniel.kappes@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.