SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

        Defendants.
_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant,
_____/

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE FROM LOCAL RULE 11.1(d)(7)

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Leave from Local Rule 11.1(d)(7) [DE 321] (the "Motion"). The Court has carefully reviewed the Unopposed Motion and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 321] is **GRANTED**. NetCE is permitted to have one additional attorney participate in the trial on behalf of NetCE for a total of three (3) attorneys on NetCE's side.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida in the Southern District of Florida, this 22nd day of May, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: All Counsel of Record