UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE

        Plaintiff,

v.

DR. JASSIN JOURIA,

        Defendant.

_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant.

_____/

**PLAINTIFF NETCE'S PROPOSED VOIR DIRE QUESTIONS**

Plaintiff CE Resource, Inc. d/b/a/ CME Resource and NetCE ("NetCE"), hereby requests that the Court ask these additional questions in addition to the Court's basic background questions:

**<u>ADDITIONAL BACKGROUND QUESTIONS</u>**

1. Do you work in the healthcare area?

    As Doctor, nurse, social worker, other?

    If yes, please describe:

2. Do you work in education or academia?

3. Do you have any experience with copyrights?   Explain:

4. Have you ever owned a business?

    a. If so, how many employees?

    b. What type of business?

5. If you previously served on a civil jury, did the jury award money damages?

6. If you previously served on a jury, will you be able to put aside your prior jury experience as you sit in this case, to ignore completely anything you learned about the law or evidence in those cases, and decide this case solely on the basis of the evidence in this case?

7. Whether or not you have been on a jury, what do you think are the most important qualities a juror should have?

8. There is a substantial difference between the burden of proof in a criminal trial and the burden of proof in a civil trial.   In a criminal trial, the prosecution must prove all the essential facts beyond a reasonable doubt.  In a civil trial such as this one, by contrast, the burden of proof is less demanding. To win a civil case, plaintiff generally must prove all the essential facts by a preponderance of the evidence, in other words, that a fact is more likely than not to be true.  Preponderance of the evidence means that after the jury takes into account the evidence the defendants have presented, the jury concludes that the essential facts are more likely true than not true.

    a. Do any of you think you would have any difficulty in applying the preponderance of the evidence standard in this civil action?

9. Have you, or has anyone in your immediate family, been a party (either as a plaintiff or as a defendant) to any lawsuit, civil or criminal?

10. If so, who (you or a family member) was the party to the case? Was the person a plaintiff or a defendant?

11. Was there anything about that experience that would cause you to question your ability to decide this case fairly and impartially?

12.  Did you testify in that case?  For the plaintiff or the defendant?

13. What was the nature of the case?

**LAW, GENERALLY**

1. Have you, or has anyone in your immediate family, attended law school or had any other training in the law?

2. If so, will you put whatever knowledge of the law you may have acquired before today out of your mind during this trial, and will you promise to apply only those legal principles the Judge instructs you to apply?

3. Do any of you have any specific feelings or opinions about lawsuits, lawyers or the parties who bring lawsuits, either positive or negative?

4. Do any of you have any personal objection to lawsuits that seek monetary compensation for injuries and damages suffered?

5. Do you have any specific feelings about the size of jury awards?

6. Would you be willing to issue that verdict that causes an individual to pay money damages to a corporation, if you conclude based on the evidence the individual committed unlawful conduct which caused the corporation damage?

**CONTINUING EDUCATION SPECIFICALLY**

1. Have you ever heard of "Continuing Education"?

2. Where?  What context?  Any specific profession?

3. Does your profession require you to take Continuing Education courses?

4. If not, do you know anyone?

5. If yes, how do you take those courses?

**COPYRIGHT**

1. Do you know what intellectual property is?

2. Do you think that it is okay for individuals or companies to own—in addition to tangible property like cars or buildings or computers—intellectual property, like patents on inventions or copyrights to certain written materials or computer software?

3. Do you believe intellectual property—like a copyrighted piece of music, book, or painting—has economic value?

3

4.    Do you consider yourself an artist?  Have you ever written a book?  Recorded a song?  Sold a book, or an article?

5.    Are you a writer?  What kind?  Have you ever been paid for something you wrote?

6.    Do you operate a blog?   Write for a blog?

7.    Do you own any copyrights?  Have you ever applied for a copyright with the U.S. Copyright Office.   If so, please explain what it was for, whether or not it was granted, and when it was.

8.    Have any of you ever been accused of infringing someone else's copyright?

9.    Have you even been paid for any art you created?   Painting?  Poem?  Book?  Song?  Novel?   Other writing?

10.   Have you ever had someone accuse you of stealing or using their written work?  Music?  Work product?

11.   Have you ever been accused of taking credit for an idea that was not your own?

12.   Do you, or anyone in your family or any of your close friends, work for companies involved in licensing intellectual property or software?

    a. If yes, please describe that work experience.

13.   Have you or a member of your immediate family ever felt that suing someone was the only way to protect their rights, or recover something of value you or they believed was stolen?


**CONTRACTS, ATTITUDES**

1.    Are you a party to any contracts in your life or business? Employment agreement?  Mortgage or loan agreement? Lease/rental agreement?  Contracts specifically to buy something or sell something?  Contract related to services?

Please explain:


2.    Have any of you ever been personally involved in a breach of contract dispute?  If yes:

    a. What was the dispute?

    b. Were you accused of breach of contract or did you accuse another person or entity of breach of contract?

    c. Was a court action filed?

      d. What was the outcome?

3. Have any of you ever specifically negotiated the terms of a written contract? If yes:

      a. What was the contract?

      b. Did you retain legal counsel for the negotiations?

4. Have any of you ever worked for a company that has been involved in a breach of contract lawsuit? If yes:

      a. What was the outcome?

      b. How did you feel about the outcome?

5. Have you or any member of your immediate family ever had a claim against anyone for damages? (If so, what kind of claim? What did it involve? Was this claim compromised or settled out of court, or did the matter go to trial? Would that fact influence you in any way in reaching a verdict in this case? Were you satisfied with the outcome of this claim?)

6. Has anyone ever had a claim for damages against you or a member of your immediate family? (If so, what kind of claim? What did it involve? Was this claim compromised or settled out of court, or did the matter go to trial? Would that fact influence you in any way in reaching a verdict in this case? Were you satisfied with the outcome of this claim?)

7. Do you think that if you sign an agreement with another party, and that other party upholds that end of the contract, you should honor you end of the contract?

8. Have you ever accused someone or some company of breaching an agreement with you? Explain:

9. If you believed someone broke a deal with you, breached a contract, and you lost money as a result, would you consider suing them if they refused to acknowledge their breach or compensate you for the damage they caused?

Dated: May 23, 2018                              Respectfully submitted,

                                                         */s/ Philip E. Rothschild*
                                                         Philip E. Rothschild
                                                         Florida Bar No. 0088536
                                                         Email: phil.rothschild@hklaw.com
                                                         HOLLAND & KNIGHT LLP
                                                         515 East Las Olas Blvd., 12th Floor
                                                         Fort Lauderdale, FL 33301
                                                         Telephone: (954)525-1000
                                                         Facsimile: (954)463-2030

                                                         */s/ John P. Kern*

#57787142_v1

        John P. Kern, Esq. (pro hac vice)
        Email: john.kern@hklaw.com
        Daniel P. Kappes (pro hac vice)
        Email: daniel.kappes@hklaw.com
        David I. Holtzman (pro hac vice)
        david.holtzman@hklaw.com
        HOLLAND & KNIGHT LLP
        50 California Street, Suite 2800
        San Francisco, CA 94111
        Telephone: (415)743-6918
        Facsimile: (415)743-6910
        (Attorneys for CE RESOURCE,
        INC. d/b/a CME RESOURCES and
        NetCE)

## CERTIFICATE OF SERVICE

      I hereby certify that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Philip E. Rothschild*
        Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**