UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CE RESOURCE, INC., d/b/a                                            CASE NO.  15-61165-CIV-DIMITROULEAS
CME RESOURCE and
NetCE,

      Plaintiff,

vs.

DE. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC,

      Defendants,
_____/

DR. JASSIN JOURIA,

      Counter-Plaintiff,

vs.

CE RESOURCE, INC., d/b/a RESOURCE
And NetCE,

      Counter-Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court on Plaintiff, CE Resource, One, d/b/a NetCe's (NetCe) May 21, 2018 Motion to Amend PreTrial Stipulation.  [DE-323].  The Court has considered Defendant, Dr. Jassin Jouria's (Dr. Jouria) May 23, 2018 Response [DE-329] and sees no reason to await a reply, and finds as follows:

1.  NetCe seeks to delete a number of exhibits that previously related to a dismissed party. There being no objection, that motion is Granted.

2.  NetGe seeks to add exhibits NC-272, NC-273 and NC-274 to its exhibit list.  The court finds no prejudice to Dr. Jouria.

Wherefore, the Motion to Amend Pre Trial Stipulation [DE-323] is Granted.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of May, 2018.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record