# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE

        Plaintiff,

v.

DR. JASSIN JOURIA,

        Defendant.

_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant.

_____/

## NETCE'S MOTION FOR CLARIFICATION OF ORDER GRANTING MOTION TO AMEND PRETRIAL STIPULATION

    Plaintiff CE Resource, Inc. d/b/a/ CME Resource and NetCE ("NetCE"), hereby seeks clarification of the Order just entered at Docket Entry 333 that granted NetCE's May 21, 2018 Motion to Amend PreTrial Stipulation ("Motion") filed at Docket Entry 323.

    The Motion, which sought to revise NetCE's exhibit list to both remove certain exhibits related to the dismissed defendant, and also correct the version of its exhibit list attached to the joint pretrial stipulation, was "Granted" by the Court. However, the Order only lists three additional exhibits, NC-272, NC-273, and NC-274, which were the first three such exhibits listed in the Motion

at the bottom of page 8.  However, the Motion sought to add exhibits NC-272 **through NC-290**, identified at pages 8 and 9 of the Motion (DE 323).  These exhibits, which had been previously disclosed to Defendant Dr. Jouria as explained in the Motion, including the Freelance Writer Agreements ("FWAs") and copies of the at-issue courses that Dr. Jouria identified long ago at his deposition last year.  NetCE believes that the Order simply contained a typographical error, and seeks clarification by the instant motion that the Court's ruling of no prejudice to Dr. Jouria extends to also adding exhibits NC-275 through NC-290.[1]  The same reasons supporting the addition of NC-272, 273 and 274 would apply to NC-275 through NC-290 (listed on page 9 of the prior Motion).

   CERTIFICATE OF COUNSEL PURSUANT TO L.R. 7.1(a)(3):   Because the prior Motion was opposed by counsel for Dr. Jouria as to the addition of any exhibits, NetCE relies upon the same certificate as was submitted with the Motion filed at DE 323, in that counsel for Dr. Jouria has indicated that he does not consent to the addition of any exhibits.

   WHEREFORE, NetCE requests that this Court re-issue its Order at DE 333 to include that NetCE can add exhibits NC-272 through NC-290, inclusive, to its exhibit list for use in the trial in this matter.

Dated: May 24, 2018         Respectfully submitted,

                 */s/ Philip E. Rothschild*
                 Philip E. Rothschild
                 Florida Bar No. 0088536
                 Email: phil.rothschild@hklaw.com
                 HOLLAND & KNIGHT LLP
                 515 East Las Olas Blvd., 12th Floor
                 Fort Lauderdale, FL 33301
                 Telephone: (954)525-1000
                 Facsimile: (954)463-2030

---

[1] The proposed order for this motion in Word format that was submitted via email to the Court's chambers email inbox on May 21, 2018 at 10:18 pm is attached as Exhibit 1 to this motion.

*/s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Daniel P. Kappes (pro hac vice)
Email: daniel.kappes@hklaw.com
David I. Holtzman (pro hac vice)
david.holtzman@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
(Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCES and NetCE)

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Philip E. Rothschild*
Philip E. Rothschild

**SERVICE LIST**

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**