UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

        Defendants.
_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant,
_____/

## ORDER ON PLAINTIFF'S MOTION FOR CLARIFICATION OF ORDER GRANTING MOTION TO AMEND PRETRIAL STIPULATION

THIS CAUSE has come before the Court upon Plaintiff's Motion for Clarification of Order Granting Motion to Amend Pretrial Stipulation (D.E.   ) ("Motion"). The Court having reviewed the Motion and being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED, in that the Court's May 24, 2018 Order that granted NetCE's Motion to Amend Pretrial Stipulation is clarified that NetCE's Exhibit List may be revised to include the exhibits listed in Docket Entry 281-1 (NC-272 through NC-290, inclusive).

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida in the Southern District of Florida, this 25 day of May, 2018.

                                                                          U.S. District Judge William Dimitrouleas

cc: All Counsel of Record

#57877230_v1