UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

    Defendants.
_____/

DR. JASSIN JOURIA,

    Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Counter-Defendant,
_____/

## ORDER ON PLAINTIFF'S MOTION TO REVISE EXHIBIT LIST SUBMITTED WITH THE JOINT PRETRIAL STIPULATION

THIS CAUSE has come before the Court upon Plaintiff's Motion to Revise Exhibit List Submitted with the Joint Pretrial Stipulation (D.E. 323) ("Motion"). The Court having reviewed the Motion and being duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED, in that NetCE's Exhibit List may be revised to include the exhibits listed in Docket Entry 281-1 (NC272 to NC290), and to exclude the list of exhibits in the Motion that NetCE is withdrawing.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida in the Southern District of Florida, this 25 day of May, 2018.

            U.S. District Judge William Dimitrouleas

cc: All Counsel of Record

#57769841_v1