UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:15-61165-WPD

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Plaintiff,

v.

DR. JASSIN JOURIA,

    Defendant.
_____/

DR. JASSIN JOURIA,

    Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME Resource and NetCE,

    Counter-Defendant,
_____/

**ORDER MEMORIALIZING RULINGS FROM THE BENCH**

THIS CAUSE is before the Court *sua sponte*.

At the May 25, 2018 Calendar Call, the Court heard arguments on Plaintiff NetCE's Motions in Limine [DEs 297, 299], Defendant Dr. Jassin Jouria's Motions in Limine [DEs 292, 294, 295, 301],[1] Dr. Jouria's Request to take Judicial Notice of U.S. Copyright [DE 302], NetCE's Motion to Voluntarily Dismiss Two Counts [DE 305], Defendant Dr. Jassin Jouria's Motion to Quash Trial Subpoena of Dr. Jassin Jouria [DE 316], and NETCE's Motion to Revise Exhibit List Submitted with Joint Pretrial Stipulation [DE 323]. This Order will memorialize the rulings from the bench.

---

[1] Elite Professional Education, LLC ("Elite") filed three Motions in Limine in which Dr. Jouria joined. *See* [DE 298]. Elite has since been dismissed from this action, but Dr. Jouria maintained his notice of adoption and joinder of [DEs 292, 294, and 296] filed by Elite. *See* [DEs 304, 307].

Accordingly, for the reasons stated by the Court at the May 25, 2018 hearing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion in Limine to Preclude Evidence of NetCE's Voluntary Dismissal of Two Courses [DE 297] **is GRANTED without prejudice;**

2. Plaintiff's Motion in Limine to Preclude Re-Litigating of Issues Already Decided by the Court [DE 299] is **GRANTED without prejudice;**

3. Defendant's Motion in Limine No. 1 to Exclude Expert Testimony of James Pampinella [DE 292] is **DENIED without prejudice**;

4. Defendant's Motion in Limine No. 3 to Exclude Hearsay Evidence Regarding Demand for Pharmacology Content [DE 294] is **DENIED as withdrawn**;

5. Defendant's Motion No. 4 to Exclude Course Comparison Documents [DE 295] is **GRANTED without prejudice**;

6. Defendant's Consolidated Motion in Limine [DE 301] is **GRANTED IN PART AND DENIED IN PART** as follows:

    (1) **DENIED without prejudice** regarding use of "derivative ;"

    (2) **DENIED without prejudice** regarding "compilation" rights;

    (3) **DENIED without prejudice** regarding evidence of indirect copyright infringement;

    (4) **DENIED as moot** regarding statutory damages and attorney's fees;

    (5) **GRANTED without prejudice** regarding evidence related to Educational Commission for Foreign Medical Graduates;

    (6) **DENIED without prejudice** regarding NetCE's damages expert;

    (7) **GRANTED without prejudice** regarding Jouria's alleged misrepresentation

      of educational background;

      (8) **DENIED as moot** regarding offering without sale;

      (9) **DENIED without prejudice** regarding NetCE's burden to establish copyright registration validity; and

      (10) **DENIED as moot** regarding NetCE's motion for terminating sanctions.

7. Dr. Jouria's Request to take Judicial Notice of U.S. Copyright [DE 302] is **GRANTED**;

8. NetCE's Motion to Voluntarily Dismiss Two Counts [DE 305] is **GRANTED**;

9. The Court has now reviewed *in camera* the settlement agreement [DE 335-1] that is the subject of the Motion to Compel [DE 306]. The Motion to Compel [DE 306] is Denied, without prejudice to being re-visited post trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of May, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

CC: All Counsel of Record