UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

          Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

          Defendants.
_____/

DR. JASSIN JOURIA,

          Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

          Counter-Defendant,
_____/

**VERDICT FORM**

**Do you find from a preponderance of the evidence:**

**Breach of Contract**

    1.    Do you find the Freelance Writer Agreements were valid contracts for the five at issue Articles:

    a) Gastroesophageal Reflux Disease: Answer Yes or No __Yes__

    b) Cancer and Chemotherapy: Answer Yes or No __Yes__

c.) Traumatic Brain Injury: Answer Yes or No __Yes__

d.) Depression v. Dementia in the Elderly: Answer Yes or No __Yes__

e.) Non-Antibiotic Antimicrobial Pharmacology: Answer Yes or No __Yes__

If your answer to this question is "Yes," to any, then go to question number 2. If your answer is "No," to all, please have the foreperson sign and date the verdict form.

2. Has NetCE proved that Dr. Jouria breached any of the Freelance Writer Agreements?

a) Gastroesophageal Reflux Disease: Answer Yes or No __Yes__

b) Cancer and Chemotherapy: Answer Yes or No __Yes__

c.) Traumatic Brain Injury: Answer Yes or No __Yes__

d.) Depression v. Dementia in the Elderly: Answer Yes or No __Yes__

e.) Non-Antibiotic Antimicrobial Pharmacology: Answer Yes or No __Yes__

If you answered "No" to all of question 2, then please go to question 6. If you answered "Yes" to any of question 2, please continue to question 3.

3. Did Dr. Jouria's breach cause NetCE to incur damages?
Answer Yes or No __Yes__

2

#57666143_v4

If you answered "No" to question 3, then please go to question 6. If you answered "Yes" to question 3, please continue to question 4.

4. Did NetCE reasonably mitigate damages?

   Answer Yes or No __Yes__

If you answered "No" to question 4, then please go to question 6. If you answered "Yes" to question 4, please continue to question 5.

5. What is the total amount of damages caused by Dr. Jouria's breach of the contract(s) with NetCE?   $ __1,000,000__

**<u>Copyright Infringement:</u>**

6. Do you find that NetCE owns a valid copyright in any of the five at-issue Articles:

a) Gastroesophageal Reflux Disease:  Answer Yes or No __Yes__

b) Cancer and Chemotherapy:  Answer Yes or No __Yes__

c.) Traumatic Brain Injury:  Answer Yes or No __Yes__

d.) Depression v. Dementia in the Elderly:  Answer Yes or No __Yes__

e.) Non-Antibiotic Antimicrobial Pharmacology: Answer Yes or No __Yes__

3

If your answer to this question is "Yes," to any, then go to question number 7. If your answer is "No," to all, then please have the foreperson sign and date the verdict form.

7. Did Dr. Jouria submit works to Elite that contained parts of NetCE's copyrighted works? Answer Yes or No __Yes__

If your answer to this question is "Yes," go to question 8. If "No," then please have the foreperson sign and date the verdict form.

8. Did the works Dr. Jouria submitted to Elite contain NetCE's copyrightable expression?

Answer Yes or No __Yes__

If your answer to this question is "Yes," go to question 9. If "No," then please have the foreperson sign and date the verdict form.

9. What is the total amount of damages caused by Dr. Jouria's copyright infringement? Do not include any damages here that you have already awarded in question 5, if any.

$ __2,000,000__

4

#57666143_v4

SO SAY WE ALL:

_____

_____
Foreperson

Date: June 4th, 2018