UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

        Defendants.

_____/

DR. JASSIN JOURIA,

        Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

        Counter-Defendant,

_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon the conclusion of the trial in this matter and the Jury Verdict entered on June 4, 2018.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered on behalf of Plaintiff CE RESOURCE, INC. d/b/a CME RESOURCE and NetCE, in the amount of $3,000,000 (three million);

2

    2.     The Court reserves jurisdiction to amend this judgment to include attorneys' fees and costs.

    3.     The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 4th day of June, 2018.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge