AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Southern DISTRICT OF Florida

CE Resource, Inc. v. Jouria, et al.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 15-61165-CV

| | | | | | |
|---|---|---|---|---|---|
| PRESIDING JUDGE William P. Dimitrouleas | | | PLAINTIFF'S ATTORNEY John Keen, Phil Rothschild, D. Holtzman | | DEFENDANT'S ATTORNEY Richard S. Ross |
| TRIAL DATE(S) 5/29/18, 5/30/18, 5/31/18, 6/1/18 | | | COURT REPORTER Francine Salopek | | COURTROOM DEPUTY K. Orton-St. Angelis |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 | | 5/30 | | | Sarah Campbell |
| W-2 | | 5/30 | | | Dr. Jassin Jouria |
| W-3 | | 5/31 | | | Julie Goodwin |
| W-4 | | | | | James Pampinella |
| | W-5 | | | | Dr. Jassin Jouria |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | (See attached exhibits) |

AO 187 (Rev. 11/2002) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.: 15-CV-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

            Plaintiff,

v.

DR. JASSIN JOURIA,

            Defendant.
_____/

DR. JASSIN JOURIA,

            Counter-Plaintiff,

v.

CE RESOURCE, INC., d/b/a CME RESOURCE
and NetCE

            Counter-Defendant.
_____/

## TRIAL EXHIBIT LIST
### (FOR USE AT TRIAL – MARKED/ADMITTED EXHIBITS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE William P. Dimitrouleas<br>Judicial Assistant: Tammy Barlow | Philip E. Rothschild, Esq.<br>Florida Bar No. 0088536<br>Email: phil.rothschild@hklaw.com<br>HOLLAND & KNIGHT LLP<br>515 East Las Olas Blvd., 12th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954)525-1000<br><br>John P. Kern, Esq. (*pro hac vice*)<br>Email: john.kern@hklaw.com<br>Daniel P. Kappes, Esq. (*pro hac vice*)<br>Email: daniel.kappes@hklaw.com<br>David I. Holtzman (*pro hac vice*)<br>Email: david.holtzman@hklaw.com<br>HOLLAND & KNIGHT LLP<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone: (415)743-6918<br>Facsimile: (415)743-6910<br>*Attorneys for* CE RESOURCE, INC. d/b/a<br>CME RESOURCES and NetCE | Richard S. Ross, Esq.<br>RICHARD S. ROSS, ESQ.<br>915 S.E. 2nd Court<br>Ft. Lauderdale, Florida 33301<br>*Attorney for Plaintiff* Dr. Jassin Jouria) |
| TRIAL DATE(S)<br>05/29/2018 through 06/01/2018 | COURT REPORTER<br>Francine Salopek | COURTROOM DEPUTY<br>Karen Carlton |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| NC-001 | | | | | 06/19/12-07/24/12 Email chain between Sarah Campbell and Jassin Jouria re Decubitus Ulcers Monograph |
| NC-002 | | | | 5/31 | 11/08/13 Independent Contractor Agreement between Elite |

Page 1 of 11 Pages

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Professional Education, LLC and Jassin Jouria – not executed; w/ attached Exhibit A – 11/15/13 Assignments of Rights in Curriculum: <br> - Thyroid Disorders; <br> - Traumatic Brain Injuries; <br> - Women and Heart Disease; <br> - Preventable Adverse Events; <br> - Depression vs. Dementia in the Elderly Patient: Part I; <br> - Depression vs. Dementia in the Elderly Patient: Part II; <br> - Cancer and Chemotherapy: Part I; <br> - Cancer and Chemotherapy: Part II; <br> - Non-Antiobiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I; <br> - Non-Antiobiotic Antimicrobial Pharmacology: A Comprehensive Review – Part II; <br> - Gastro-Esophageal Reflux Disease (GERD); <br> - the Basics of Pathophysiology; <br> - Electrolytes and Acid-Base Disorders; and <br> - Macular Degeneration |
| NC-003 | | | | 5/31 | 11/08/13 Independent Contractor Agreement between Elite Professional Education, LLC and Jassin Jouria - executed |
| NC-004 | | | | | 01/26/13 MedCreds Writing Solutions, LLC Proposal from Jassin M. Jouria, Jr., MD to Tracey |
| NC-005 | | | | | 03/25/13-04/18/14 Email to Tracey Foster from Donna re Course/Invoice; w/ attached March 25, 2013 to April 18, 2014 email chain between Tracey Foster, Program Manager, Elite Professional Education and Jassin Jouria and Janice Harless, Curriculum Coordinator, Elite Professional Education, LLC and Michelle Franchi, Elite regarding various courses. |
| NC-006 | | | | | 09/04/13-09/13/13 Email chain between Jassin Jouria and Sarah Campbell re Immune/Lymphatic System payment |
| NC-007 | | | | 5/31 | 10/07/14-10/24/14 Email chain between Jassin Jouria and Sarah Campbell re Course Author |
| NC-008 | | | | | 01/30/13 Independent Contractors agreement between Elite Professional Education, LLC and Jassin M. Jouria, Jr., MD re Women and Heart Disease |
| NC-009 | | | | | 02/05/13-02/06/13 Email chain between Jassin Jouria and Tracey Foster re Jassin Jouria_Women and Heart Disease |
| NC-010 | | | | | 10/10/13-11/11/13 Email chain between Michelle Franchi, Janice Harless and Jassin Jouria re Contract and courses |
| NC-011 | | | | 5/30 | 09/11/15-10/16/15 Email chain between William Cook, NetCE Attorney to Jassin Jouria re Letter from NetCE Attorney |
| NC-012 | | | | | 11/12/13 CME Resource Division Planner – Course Approval re Chronic Obstructive Pulmonary Disease |
| NC-013A | | | | | Article - Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I – 8 Contact Hours |
| NC-013B | | | | | Article - Non-Antibiotic Antimicrobial Pharmacology: A Review – Part II – 9 Contact Hours – Learning Objectives |
| NC-014A | | | | | Article - Depression vs. Dementia in the Elderly Part I – 9 CE Hours |
| NC-014B | | | | | Article - Depression vs. Dementia in the Elderly Part II – 9 Contact Hours |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| NC-015A | | | | | Article - Cancer and Chemotherapy: A Comprehensive Review – Part I |
| NC-015B | | | | | Article - Cancer and Chemotherapy: A Comprehensive Review – 8 Contact Hours – Part II |
| NC-016 | | | | | Article – Traumatic Brain Injury – 6 Contact Hours – Learning Objectives |
| NC-017 | | | | | Article – Gastroesophageal Reflux Disease (GERD): A Comprehensive Review – 6 Contact Hours |
| NC-018 | | | | | Article – Chapter: The Basics of Pathophysiology – 12 Contact Hours |
| NC-019 | | | | | Job Posting for Writer for Nursing Continuing Education Courses |
| NC-020 | | | | | Article – Women & Heart Disease – Abstract |
| NC-021 | | | | | Article – The Basics of Pathophysiology |
| NC-022 | | | | 5/30 | Article – Traumatic Brain Injury – Abstract |
| NC-023 | | | | 5/30 | Article – Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I – Abstract |
| NC-024 | | | | 5/30 | Article – Non-Antibiotic Antimicrobial Pharmacology: A Review - Part II – Anti-Tubercular Agents |
| NC-025 | | | | 5/30 | Article – Gastro-Esophageal Reflux Disease (GERD): A Comprehensive Review – Abstract |
| NC-026 | | | | 5/30 | Article – Cancer and Chemotherapy: A Comprehensive Review - Part I |
| NC-027 | | | | 5/30 | Article – Cancer and Chemotherapy: A Comprehensive Review - Part II – Modern & Experimental Types of Chemotherapy |
| NC-028 | | | | 5/30 | Article – Depression v. Dementia in the Elderly – Part I – Abstract |
| NC-029 | | | | 5/30 | Article – Depression v. Dementia in the Elderly – Part II - Depression in Elderly |
| NC-030 | | | | | Article – Depression vs. Dementia in the Elderly – Part I – 9 CE Hours – About the Author (redline version) |
| NC-031 | | | | | Article – Traumatic Brain Injury – 6 CE Hours - Abstract |
| NC-032 | | | | | Article – Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I – Abstract |
| NC-033 | | | | | Article – Non-Antibiotic Antimicrobial Pharmacology: A Review - Part II – Anti-Tubercular Agents – Overview |
| NC-034 | | | | | Article – Depression V. Dementia in the Elderly – Part II - Depression in Elderly |
| NC-035 | | | | | Article – Gastro-Esophageal Reflux Disease (GERD): A Comprehensive Review – Abstract |
| NC-036 | | | | | Article – Women and Heart Disease (redline version) |
| NC-037 | | | | | Article – Cancer and Chemotherapy: A Comprehensive Review - Part I – Abstract |
| NC-038 | | | | | Article – Cancer and Chemotherapy: A Comprehensive Review - Part II – Modern & Experimental Types of Chemotherapy |
| NC-039-NC-049 | | | | | **REMOVED 05-18-2018** |
| NC-050 | | | | | 04/06/12 Email from Sarah Campbell to Jassin Jouria re CE/CMI Author; w/ attached Faculty Guide to Activity Development |
| NC-051 | | | | | **REMOVED 05-18-2018** |
| NC-052 | | | | 5/30 | 10/21/16 Certificates of Registration as follows:<br>- 05/15/15 Registration No.: TX 8-19-516 re 852 Gastroesophagea |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Reflux Disease;<br>- 05/15/15 Registration No.: TX 8-119-463 re 9538 Nonantibiotic Antimicrobial Pharmacology: A Review;<br>- 05/15/15 Registration No.: TX 8-119-503 re 875 The Lymphatic and Immune Systems: A Review;<br>- 05/15/15 Registration No.: TX 8-119-523 re 511 Clinical Cardiovascular Pharmacology;<br>- 05/15/15 Registration No.: TX 8-119-506 re 025 Traumatic Brain Injury;<br>- 05/15/15 Registration No.: TX 8-119-471 re 3528 Cancer and Chemotherapy; and<br>- 05/15/15 Registration No.: TX 8-137-336 re 3679 Depression and Dementia in the Elderly. |
| NC-053 | | | | 5/30 | 04/06/12-04/09/12 Email chain between Sarah Campbell and Jassin Jouria re CE/CME Author |
| NC-054 | | | | | 09/30/12 CE Resource, Inc. Statement of Assets, Liabilities & Equity – Income Tax Basis |
| NC-055 | | | | | 02/06/13-02/11/13 Email chain between Sarah Campbell and Jassin Jouria re Course Updates |
| NC-056 | | | | | 11/26/12-01/04/13 Email chain between Sarah Campbell and Jassin Jouria re GERD Proposal |
| NC-057 | | | | | 07/16/14 Quarterly Course Development Status |
| NC-058 | | | | | 02/17/17 Letter to J. Mark Wilson, Moore & Van Allen PLLC from John P. Kern, Holland & Knight re *Jouria v. CE Resource, Inc,*; w. attached Elite Continuing Education Course Overviews. |
| NC-059 | | | | | 12/17/13-06/19/15 Email chain between Michelle Franchi and Tracey Foster and Jassin Jouria re SPAM: Cancer and Chemo part Re-write |
| NC-060 | | | | | 01/02/14-06/19/15 Email chain between Jassin Jouria and Janice Harless, Michelle Franchi and Tracey Foster re Chest Trauma Course |
| NC-061 | | | | | 04/27/15 Email chain between Rita Brinkley, Michelle Franchi Doug Wnorowski and Mike Duran re Elite NetCE Cease and Desis Notice |
| NC-062 | | | | | 04/21/15 Letter from John Kern, Holland & Knight to Elite Professional Education, LLC re Dease & Desist Unlawful Conduct - Document Preservation/Litigation Hold Notice |
| NC-063 | | | | | 01/17/15 Florida Health - Medical Quality Assurance (MQA Services – License Verification for Jassin Matthew Jouria Jr. |
| NC-064-NC-065 | | | | | **REMOVED 05-18-2018** |
| NC-066 | | | | | Guidelines for Writing Learning Objectives |
| NC-067 | | | | | 04/22/14  Email from Janice Harless to Teresa Wise re NetCl Course Offerings Apr 2014.docs |
| NC-068-NC-074 | | | | | **REMOVED 05-18-2018** |
| NC-075 | | | | | 11/13/13 Email chain between Michelle Franchi and Jassin Jouria r TBI redo. |
| NC-076 | | | | | **REMOVED 05-18-2018** |
| NC-077 | | | | | 06/16/13-06/17/13 Email chain between Donna Kearney, Janic Harless and Tracey Foster and Jassin Jouria re Course. |
| NC-078-NC-080 | | | | | **REMOVED 05-18-2018** |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| NC-081 | | | | | 11/18/15 Email from Maggie Koziol, Curriculum Coordinator, Elite Continuing Education to Tracey Foster re Need assistance re: 6 HR OT course. |
| NC-082-NC-084 | | | | | **REMOVED 05-18-2018** |
| NC-085 | | | | | 10/30/13 Email from Tracey Foster to Michelle Franchi re Emailing: Jassin Courses. |
| NC-086 | | | | | **NUMBER NOT USED** |
| NC-087-NC-089 | | | | | **REMOVED 05-18-2018** |
| NC-090 | | | | | 02/03/13 Email to Tracey Foster from Jassin Jouria re Women and Heart Disease course. |
| NC-091 | | | | | 04/09/13-04/10/13 Email chain between Jassin Jouria, Tracey Foster and Donna Kearney Course/Invoice. |
| NC-092 | | | | | 01/30/13 Email from Elance – The Doc to Tracey Foster and Jassin Jouria re Writer for Nursing Continuing Education Courses. |
| NC-093 | | | | | **REMOVED 05-18-2018** |
| NC-094 | | | | | 01/14/15-01/15/15 Email chain from Julie Goodwin to Sarah Campbell re GERD. |
| NC-095 | | | | | **REMOVED 05-18-2018** |
| NC-096 | | | | | About your CE - Instructions |
| NC-097-NC-106 | | | | | **NUMBERS NOT USED** |
| NC-107 | | | | | 11/06/12 Email from Erin Meinyer to Dan Cremons re CE Resource, Inc. Financials |
| NC-108 | | | | | 04/17/17 Composite Exhibit containing various emails, including Email from Erin Meinyer to Sarah Campbell; cc: Lisa Patterson and Dennis Meinyer re Lawsuits. |
| NC-109A | | | | | 11/12/13 CME Resource Division Planner Course Approval – Proposed Title: Chronic Obstructive Pulmonary Disease. |
| NC-109B | | | | | 11/20/13 CME Resource Division Planner Course Approval – Proposed Title: Chronic Obstructive Pulmonary Disease. |
| NC-110 | | | | | 2/12/13 CME Resource Division Planner Course Approval – Proposed Title: Multiple Sclerosis: A Comprehensive Review |
| NC-111 | | | | | CME Resource Division Planner Course Approval – Proposed Title Decubitus Ulcers: Pathophysiology and Prevention |
| NC-112A | | | | | **NUMBER NOT USED** |
| NC-112B | | | | | 04/18/17 Confidential Settlement Agreement and Release between CE Resource, Inc. d/b/a NetCE and Alpine Management Services III, LLC. |
| NC-113 | | | | | **REMOVED 05-18-2018** |
| NC-114 | | | | 5/31 | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria Jr., M.D. to Tracey Foster re Cancer and Chemotherapy, Part Course. |
| NC-115-NC-117 | | | | | **REMOVED 05-18-2018** |
| NC-118 | | | | | 02/06/15 Email from Julie Goodwin to Erin Meinyer re Elite NY & NJ SWS |
| NC-119-NC-120 | | | | | **REMOVED 05-18-2018** |
| NC-121 | | | | | 04/01/16-04/04/16 Email chain between Sarah Campbell and CC Chernev re Lawsuit Documentation |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| NC-122 | | | | | 03/28/16-03/29/16 Email chain between Julie Goodwin, Sarah Campbell and Erin Meinyer re Elite Now ANCC. |
| NC-123 | | | | | 11/25/13-11/26/13 Email chain between Sarah Campbell, Erin Meinyer, Kevin Bluck, Julie Goodwin re NurseCE4Less. |
| NC-124-NC-125 | | | | | **NUMBERS NOT USED** |
| NC-126 | | | | 5/31 | 2014 Excel Spreadsheet re Campaign Schedule 2014 |
| NC-127 | | | | | 2014 Excel Spreadsheet re Campaign Schedule 2014 |
| NC-128 | | | | | Excel Spreadsheet re Cost vs. Revenue By Catalog |
| NC-129 | | | | 5/31 | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria, Jr., M.D. to Tracey Foster for Non-Antibiotic Antimicrobial Pharmacology Part II. |
| NC-130 | | | ✓ | 5/31 | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria, Jr., M.D. to Tracey Foster for Traumatic Brain Injuries Course. |
| NC-131 | | | | | 12/15/17 Declaration of Dr. Jassin Jouria in Support of Plaintiff's Motion for Summary Judgment. |
| NC-132 | | | | | Jassin M. Jouria, Jr., M.D. Resume |
| NC-133 | | | | | 02/11/12 CME Resource Division Planner Course Approval – Proposed Title: Gastroesophageal Reflux Disease. |
| NC-134 | | | | 5/31 | 10/10/13-11/10/13 Email chain between Jassin Jouria, Michelle Franchi and Janice Harless regarding Contract and courses. |
| NC-135 | | | | | 07/22/13-08/01/13 Email chain between Jassin Jouria and Janice Harless re Future Courses. |
| NC-136 | | | | | 03/24/14 Email chain between Jassin Jouria and Janice Harless re Revisions: Depression vs-dementia course. |
| NC-137 | | | | | 02/25/14 Email from Janice Harless to Jassin Jouria, M.C. re 3 Redo-Traumatic Brain Injury. |
| NC-138 | | | | | 01/25/14-01/28/14 Email chain between Jassin Jouria, Janice Harless, Michelle Franchi re: Following up Chest Trauma. |
| NC-139 | | | | | 11/25/13 Email chain between Teresa Wise, NurseCe4Less, helpnurse@nursece4less.com re Facial Injuries – New Course at NurseCe4Less. |
| NC-140 | | | | | **REMOVED 05-18-2018** |
| NC-141 | | | | | 07/17/13-07/19/13 Email chain between Angela Palet, Janice Harless and Jassin Jouria and Tracey Foster re Question about invoices. |
| NC-142 | | | | | 07/07/13-07/08/13 Email chain between Jassin Jouria, Janice Harless, Donna Kearney and Tracey Foster re Nursing Course – GERD. |
| NC-143 | | | | | 04/23/13 Email chain between Jassin Jouria and Tracey Foster re Cancer Part I. |
| NC-144 | | | | | **NUMBER NOT USED** |
| NC-145-NC-148 | | | | | **REMOVED 05-18-2018** |
| NC-149 | | | | | **NUMBER NOT USED** |
| NC-150-NC-158 | | | | | **REMOVED 05-18-2018** |
| NC-159 | | | | | **NUMBER NOT USED** |
| NC-160 | | | | | **REMOVED 05-18-2018** |
| NC-161 | | | | | **NUMBER NOT USED** |
| NC-162-NC-164 | | | | | **REMOVED 05-18-2018** |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| NC-165 | | | | | 10/10/17 Plagiarism Checker X Originality Report re Cancer and Chemotherapy – A Comprehensive Review |
| NC-166 | | | | | 11/20/17 Plaintiff, Dr. Jassin Jouria's Response to NetCe's First Request for the Production of Documents and Things bearing certificate of service date 08/09/17; w/ attached Plaintiff, Dr. Jassin Jouria's Supplemental Response to NetCe's First Request for the Production of Documents and Things bearing certificate of service date 09/05/17. |
| NC-167 | | | | 5\31 | 11/20/17 Plaintiff, Dr. Jassin Jouria's Response to NetCe's First Set of Interrogatories bearing certificate of service date 08/14/17. |
| NC-168 | | | | | 11/20/17 Plaintiff, Dr. Jassin Jouria's Supplemental Response to NetCe's First Set of Interrogatories bearing certificate of service date 08/28/17. |
| NC-169 | | | | | 11/20/17 Plaintiff, Dr. Jassin Jouria's Second Supplemental Response to NetCe's First Set of Interrogatories bearing certificate of service date 09/05/17. |
| NC-170 | | | | | 08/30/17 to 09/01/17 email chain between Richard Ross, Jessica Lanier, Phil Rothschild, John P. Kern and Denise A. Harmon re Meet and confer August 30 and next steps. |
| NC-171 | | | | 5\30 | 12/20/12 CE Resource, Inc. dba CME Resource FAX Wire Transfer to Umpgha Bank from Nancy Davis re Dr. Jouria, Jr. MD in the amount of $3,975.00. |
| NC-172 | | | | 5\30 | 05/16/13 CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD from Sarah Campbell re enclosed honorarium for completed course draft for Gastroesophageal Reflux Disease; w/ attached check in the amount of $4,000 payable to Medcreds Writing Solutions, LLC. |
| NC-173 | | | | | 09/06/12 CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD from Sarah Campbell re enclosed honorarium for completed course draft for The Lymphatic and Immune Systems; w/ attached check in the amount of $12,000 payable to Jassin Jouria, MD |
| NC-174 | | | | 5\30 | 01/17/13 CE Resource, Inc. d/b/a CME Resource Fax Wire Transfer to UMPQUA Bank from Nancy Davis to Jassin M. Jouria Account in the amount of $11,975.00. |
| NC-175 | | | | 5\30 | 03/21/13 CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD re enclosed honorarium for completed course draft for Cancer and Chemotherapy; w/ attached check in the amount of $12,000 payable to Jassin Jouria, MD. |
| NC-176 | | | | | 12/06/12 CE Resource, Inc. d/b/a CME Resource FAX Wire Transfer to UMPQUA Bank from Nancy Davis for Jassin M. Jouria in the amount of $10,000. |
| NC-177 | | | | 5\30 | 04/18/13 CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD from Sarah Campbell re enclosed honorarium for completed draft course Depression versus Dementia in the Elderly; w/ attached check in the amount of $12,000 to Jassin Jouria, MD. |
| NC-178 | | | | | 03/07/08 Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations re USMLE/ECFMG Identification No. 0-678-802-0. |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| NC-179 | | | | | 03/26/08 Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations re USMLE/ECFMG Identification No. 0-678-802-0. |
| NC-180 | | | | | 04/16/08 Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice president of Operations re USMLE/ECFMG Identification No. 0-678-802-0. |
| NC-181 | | | | 5/30 | Traumatic Brain Injury – 6 Contact Hours – Learning Objectives |
| NC-182 | | | | 5/30 | Cancer and Chemotherapy: A Comprehensive Review – 8 Contact Hours Part II |
| NC-183 | | | | 5/30 | Cancer and Chemotherapy: A Comprehensive Review – Part I – Learning Objectives |
| NC-184 | | | | 5/30 | Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I – 8 Contact Hours – Learning Objectives |
| NC-185 | | | | 5/30 | Non-Antibiotic Antimicrobial Pharmacology: A Review – Part II – 9 Contact Hours – Learning Objectives: |
| NC-186 | | | | 5/30 | Depression vs. Dementia in the Elderly – Part I – 9 CE Hours |
| NC-187 | | | | 5/30 | Depression vs. Dementia in the Elderly – Part II – 9 Contact Hours |
| NC-188 | | | | | Chapter: The Basics of Pathophysiology – 12 Contact Hours – Learning Objectives |
| NC-189 | | | | 5/30 | Gastroesophageal Reflux Disease (GERD): A Comprehensive Review – 6 Contact Hours – Learning Objectives |
| NC-190 | | | | | 11/18/13-11/19/13 Email chain between Kate McPike to Sarah Campbell re New Course |
| NC-191 | | | | | 02/11/13-02/13/13 Email chain between John V. Jurica, MD, Senior Vice President and Chief Medical Officer, Riverside Medical Center and Sarah Campbell, Director of Development, NetCE re GI Proposal. |
| NC-192-NC-197 | | | | | **REMOVED 05-18-2018** |
| NC-198 | | | | | **NUMBER NOT USED** |
| NC-199 | | | | | 12/02/13 Email chain between Janice Harless, Michelle Franchi and Jassin Jouria, re Contract Attachments: Managing Back pain: Acute and Chronic and A Comprehensive Nursing Review of Chest Trauma. |
| NC-200 | | | | | 03/31/07 Ross University Doctor of Medicine for Jassin Matthew Jouria |
| NC-201 | | | | | 11/10/14-12/16/14 Email chain between Jassin Jouria and Tracey Foster re Update. |
| NC-202 | | | | | 04/30/18 Plagiarism Checker X Originality Report re Traumatic Brain Injury |
| NC-203 | | | | | 04/30/18 Plagiarism Checker X Originality Report re Gastro-Esophageal Reflux Disease (GERD) |
| NC-204 | | | | | 05/01/18 Plagiarism Checker X Originality Report re Non-Antibiotic Antimicrobial Pharmacology Part I PCX |
| NC-205 | | | | | 05/01/18 Plagiarism Checker X Originality Report re Non-Antibiotic Antimicrobial Part II PCX |
| NC-206 | | | | | 05/01/18 Plagiarism Checker X Originality Report re Chemotherapy Part I PCX |
| NC-207 | | | | | 05/01/18 Plagiarism Checker X Originality Report re Chemotherapy Part II PCX |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| NC-208 | | | | | 05/01/18 Plagiarism Checker X Originality Report re Depression Dementia Part I PCX |
| NC-209 | | | | | 05/01/18 Plagiarism Checker X Originality Report re Depression Dementia Part 2 PCX |
| NC-210 NC-213 | | | | | **REMOVED 05-18-2018** |
| NC-214- NC-216 | | | | | **NUMBERS NOT USED** |
| NC-217 | | | | | **REMOVED 05-18-2018** |
| NC-218- NC-221.1 | | | | | **NUMBERS NOT USED** |
| NC-221.2 | | | | | **REMOVED 05-18-2018** |
| NC-222- NC-223 | | | | | **NUMBERS NOT USED** |
| NC-224 | | | | | **REMOVED 05-18-2018** |
| NC-225- NC-228 | | | | | **NUMBERS NOT USED** |
| NC-229- NC-230 | | | | | **REMOVED 05-18-2018** |
| NC-231- NC-237 | | | | | **NUMBERS NOT USED** |
| NC-238- NC-239 | | | | | **REMOVED 05-18-2018** |
| NC-240 | | | | | **NUMBER NOT USED** |
| NC-241 | | | | | **REMOVED 05-18-2018** |
| NC-242- NC-244 | | | | | **NUMBERS NOT USED** |
| NC-245- NC-250 | | | | | **REMOVED 05-18-2018** |
| NC-251- NC-252 | | | | | **NUMBERS NOT USED** |
| NC-253 | | | | | **REMOVED 05-18-2018** |
| NC-254 | | | | | **NUMBER NOT USED** |
| NC-255- NC-256 | | | | | **REMOVED 05-18-2018** |
| NC-257 | | | | | **NUMBER NOT USED** |
| NC-258 | | | | | **REMOVED 05-18-2018** |
| NC-259 | | | | | **NUMBER NOT USED** |
| NC-260 | | | | | 05/07/08 Letter to Medical Education Credentials Committee, Educational Commission for Foreign Medical Graduates c/o William C. Kelly, Associate Vice President of Operations from Gilbert B. Abramson, cc: Brian W. Shaffer, Esquire and Jassin M. Jouria, M.D. re behalf of Jassin Matthew Jouria, M.D. |
| NC-261 | | | | | 05/01/08 Letter to Mr. Gilbert B. Abramson from Billy De Los Santos, MD, MS, Medical Resident-Caritas Health Care, Inc. re behalf of Jassin M. Jouria, MD. |
| NC-262 | | | | | 05/06/08 Handwritten letter to Mr. Gilbert Abramson from Adriana M. Lange re behalf of Dr. Jassin M. Jouria. |
| NC-263 | | | | | 04/28/08 Letter to Whom It May Concern from Federico Dumenigo, M.D. re: behalf of Jassin M. Jouria. |
| NC-264 | | | | | 05/01/08 Letter to Whom It May Concern from C. Sharryse Henderson, Assistant Professor of Biology Division of Science and Physical Education, Georgia Highlands College re: behalf of Jassin M. Jouria. |
| NC-265 | | | | | 05/01/08 Letter to Whom It May Concern from Johnny Moreland re behalf of Jassin M. Jouria. |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| NC-266 | | | | | 05/01/08 Letter to Whom It May Concern from Bradley S. Taylor re: behalf of Jassin M. Jouria. |
| NC-267 | | | | | 06/06/08 Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations, cc: Gilbert B. Abramson, Esq. re USMLE/ECFMG Identification No. 0-678-802-0. |
| NC-268 | | | | | 05/12/08 Transcript from Administrative Proceedings held at the Rittenhouse Hotel, 210 West Rittenhouse Square, Philadelphia, Pennsylvania 19103 |
| NC-269 | | | | | 05/19/08 Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations, cc: Gilbert B. Abramson, Esq. re USMLE/ECFMG Identification No. 0-678-802-0. |
| NC-270 | | | | | 07/17/08 Letter to James A. Hallock, M.D., President and CEO of Educational Commission for Foreign Medical Graduates, from Gilbert B. Abramson, cc: Brian W. Shaffer, Esq. and Jassin M. Jouria, M.D.. re Jassin Matthew Jouria, M.D.. with attached Exhibit 1: 05/19/08 Letter to Dr. Jassin Matthew Jouria from William C. Kelly, Associate Vice President of Operations, cc: Gilbert B. Abramson, Esq. re USMLE/ECFMG Identification No. 0-678-802-0 with enclosure: Rules of Appellate Procedure; Exhibit 2: 05/12/2008 Letter to Medical Education Credentials Committee, Educational Commission for Foreign Medical Graduates, c/o Brian W. Shaffer, Esquire, Counsel to the Committee re: Jassin Matthew Jouria, M.D. |
| NC-271 | | | | | 11/13/08 Letter to Dr. Jassin Matthew Jouria from Stephen S. Seeling, J.D., Vice President of Operations, cc: Gilbert B. Abramson, Esq. re USMLE/ECFMG Identification No. 0-678-802-0. |
| NC-272 | | | | | Jassin M. Jouria, Jr., M.D. Resume |
| NC-273 | | | | | 08/09/17 Plaintiff's Response to NetCE's First Request for the Production of Documents and Things |
| NC-274 | | | | | 08/14/17 Plaintiff's Response to NetCE's First Set of Interrogatories |
| NC-275 | | | | 5/30 | 01/15/13 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Cancer and Chemotherapy course. |
| NC-276 | | | | 5/30 | 01/15/13 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Gastroesophageal Reflux Disease course; w/ attached W-9 Form for Dr. Jouria. |
| NC-277 | -- | | | 5/30 | Gastroesophageal Reflux Disease – Learning Objectives |
| NC-278 | | | | 5/30 | 08/24/12 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Traumatic Brain Injury course. |
| NC-279 | | | | 5/30 | Traumatic Brain Injury – Abstract |
| NC-280 | | | | | 10/12/12 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Clinical Cardiovascular Pharmacology course. |
| NC-281 | | | | | Clinical Cardiovascular Pharmacology – Abstract |
| NC-282 | | | | | 05/10/12 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for The Lymphatic and Immune Systems: A Comprehensive Review course. |
| NC-283 | | | | | The Immune and Lymphatic Systems: A Comprehensive Review – Abstract |
| NC-284 | | | | 5/30 | Non-Antibiotic Antimicrobial Pharmacology: A Review – Abstract |
| NC-285 | | | | 5/30 | 10/12/12 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Non-Antibiotic Antimicrobial |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Pharmacology: A Review course |
| NC-286 | | | | 5/30 | 04/05/13 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Depression and Dementia in the Elderly course. |
| NC-287 | | | | | 07/20/12 Non-Disclosure Agreement entered into between Alpine Management Services III, LLC and CE Resource, Inc. |
| NC-288 | | | | 5/30 | Cancer and Chemotherapy: A Comprehensive Review – Abstract |
| NC-289 | | | | 5/30 | Depression and Dementia in the Elderly course |
| NC-290 | | | | | 12/20/12 Composite Exhibit:<br>- CE Resource, Inc. d/b/a CME Resource Fax – Wire Transfer from Nancy Davis to Dr. Jouria account in the amount of $3,975.00;<br>- 12/06/12 Wire Transfer in the amount of $10,000.00;<br>- 01/17/13 WireTransfer in the amount of $11,975.00;<br>- 09/06/12 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course The Lymphatic and Immune Systems w/ check for $12,000;<br>- 04/18/13 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course Depression versus Dementia in the Elderly w/ check for $12,000; and<br>- 03/21/13 letter to Dr. Jouria from Sarah Campbell enclosing honorarium for completed draft of course Cancer and Chemotherapy w/ check for $12,000 |
| NC-291 | | | | | All Exhibits listed by Jassin Jouria, MD on his Exhibit List for Trial |
| NC-292 | | | | | NetCE reserves the right to supplement its exhibit list upon notice to all parties |


| JOURIA EXHIBIT NUMBER (EXPECTS TO OFFER) | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | NETCE OBJECTIONS | ELITE OBJECTIONS |
|---|---|---|---|---|---|---|
| JOURIA-1 | | | | NetCE's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third Party Complaint DE 36 | | |
| JOURIA-2 | | | 5/30 | NetCE's Responses and Objections to Elite Professional Education's Second Set of Requests for Production of Documents DE 183-4 | | |
| JOURIA-3 | | | | NetCE's First Supplemental Responses to Dr. Jouria's First Set of Interrogatories DE 183-6 | | |
| JOURIA-4 | | | 5/30 | NetCE Overview of Course Development NETCEB 34857-8 | R, I, UP | |
| JOURIA-5 | | | | NetCE Stipulation of Partial Dismissal DE 121 | R, UP | |
| **JOURIA EXHIBIT NUMBER (MAY OFFER)** | | | | | | |
| JOURIA-6 | | | | U.S. Copyright Office, Circular R32. | R, H, A, I | |

3

#57515851_v1