Your Honor,   15cv61165-WPD

We have voted yes on all of the answers except for "Did NetCE reasonably mitigate damages & what amount of the damages should be?"

Are we able to have you make a ruling on these two questions? If not, do you have any guidance for us?

*[signature]*
6/1/18

15CV61165-WPD

We have Reached a Verdict

June 4, 2018