| JOURIA EXHIBIT NUMBER (EXPECTS TO OFFER) | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | NETCE OBJECTIONS | ELITE OBJECTIONS |
|---|---|---|---|---|---|---|
| JOURIA-1 | | | | NetCE's Amended Answer to the Complaint, Affirmative Defenses, Amended Counterclaim, and Third Party Complaint DE 36 | | |
| JOURIA-2 | | | 5/30 | NetCE's Responses and Objections to Elite Professional Education's Second Set of Requests for Production of Documents DE 183-4 | | |
| JOURIA-3 | | | | NetCE's First Supplemental Responses to Dr. Jouria's First Set of Interrogatories DE 183-6 | | |
| JOURIA-4 | | | 5/30 | NetCE Overview of Course Development NETCEB 34857-8 | R, I, UP | |
| JOURIA-5 | | | | NetCE Stipulation of Partial Dismissal DE 121 | R, UP | |
| JOURIA EXHIBIT NUMBER (MAY OFFER) | | | | | | |
| JOURIA-6 | | | | U.S. Copyright Office, Circular R32. | R, H, A, I | |

3

#57515851_v1