OVERVIEW OF COURSE DEVELOPMENT

1. The course proposal, including the nine items listed on page 2, is received by CME Resource

2. CME Resource reviews the proposal for compliance with development guidelines and acknowledges receipt of all parts of the proposal.

3. The course proposal, with comments regarding development and changes that may be required by the Lead Planner for that discipline, is returned to the contributing faculty member. In addition, a freelance writer contract is sent for the contributing faculty member to review and return. In this contract, CME resource will indicate a development schedule.

4. The contributing faculty member completes the course as detailed in the guide.

5. Once the contributing faculty member has fully developed and submitted the first draft, copies are reviewed by the Editor, the Lead Planner and members of the Reading Committee (who are currently licensed professionals with specialties in areas relevant to the course topic) for review and reference verification.

6. Upon review of the manuscript and the comments of the Reading Committee, the Editor and the Lead Planner, the decision is made to do one of the following:

    - Approve the manuscript.

    - Approve the manuscript contingent upon the faculty member making requested additions, deletions, corrections and/or clarifications.

    - Reject the manuscript. Rejection of the manuscript is very unlikely provided that the proposal has been approved, the text follows the abstract, objectives and topical outline in the proposal, any requested changes are made and the stipulations in the Guide have been followed.

7. Comments and concerns from the reviewers are compiled and sent to the contributing faculty member for final editing, and/or editing will be done in-house by the Editor.

8. The contributing faculty member will be required to review and sign-off* on the final edited manuscript. Payment will be issued at this time. The contributing faculty member will receive five copies of the course.

CASE NO. 15-CV-61165-WPD:  JOURIA-4

CONFIDENTIAL
NETCEB0034857

*Note: Sign-off on a copy means that the faculty member is taking responsibility for the content provided, including reprint permission and accuracy of sources.

CONFIDENTIAL                                                                                                    NETCEB0034858