UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-61165-WPD

CE Resource, Inc.
　　　　　　　Plaintiff(s),

vs.

Jouria, et al
　　　　　　　Defendant(s).
_____/

FILED BY ___ D.C.
JUN 1 1 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
　　Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
　　Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[X] Other (Explain): Defendants Paper Exhibits

[ ] Attachments
(Exhibit list, Order of Court)

Signature: /s/
Print Name: Richard Ross
Agency or Firm: Same
Address: 915 SE 2CT
　　　　　Ft. Laud., FL 33301
Telephone: 954/452-9110
Date: 6/11/18

Exhibits Released by:
/s/ Lisa I. Streets
LISA I. STREETS
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
　　Courtroom Deputy
　　Counsel of Record