# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.: 15-CV-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

          Plaintiff,

v.

DR. JASSIN JOURIA,

          Defendant.
_____/

DR. JASSIN JOURIA,

          Counter-Plaintiff,

v.

CE RESOURCE, INC., d/b/a CME RESOURCE
and NetCE

          Counter-Defendant.
_____/

**INDEX OF EXHIBITS ADMITTED AT TRIAL**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| HONORABLE William P. Dimitrouleas<br>Judicial Assistant: Tammy Barlow | Philip E. Rothschild, Esq.<br>Florida Bar No. 0088536<br>Email: phil.rothschild@hklaw.com<br>HOLLAND & KNIGHT LLP<br>515 East Las Olas Blvd., 12th Floor<br>Fort Lauderdale, FL 33301<br>Telephone: (954)525-1000<br><br>John P. Kern, Esq. (*pro hac vice*)<br>Email: john.kern@hklaw.com<br>Daniel P. Kappes, Esq. (*pro hac vice*)<br>Email: daniel.kappes@hklaw.com<br>David I. Holtzman (*pro hac vice*)<br>Email: david.holtzman@hklaw.com<br>HOLLAND & KNIGHT LLP<br>50 California Street, Suite 2800<br>San Francisco, CA 94111<br>Telephone: (415)743-6918<br>Facsimile: (415)743-6910<br>*Attorneys for* CE RESOURCE, INC. d/b/a CME RESOURCES and NetCE | Richard S. Ross, Esq.<br>RICHARD S. ROSS, ESQ.<br>915 S.E. 2nd Court<br>Ft. Lauderdale, Florida 33301<br>*Attorney for Plaintiff* Dr. Jassin Jouria) |
| TRIAL DATE(S)<br>05/29/2018 through 06/04/2018 | COURT REPORTER<br>Francine Salopek | COURTROOM DEPUTY<br>Karen Carlton |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | BATCH AND PAGE # | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| NC-002 | | | | 05/31/18 | 1 pages 1-21 | 11/08/13 Independent Contractor Agreement between Elite Professional Education, LLC and Jassin Jouria – not executed; w/ attached Exhibit A – |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | BATCH AND PAGE # | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | 11/15/13 Assignments of Rights in Curriculum:<br>- Thyroid Disorders;<br>- Traumatic Brain Injuries;<br>- Women and Heart Disease;<br>- Preventable Adverse Events;<br>- Depression vs. Dementia in the Elderly Patient: Part I;<br>- Depression vs. Dementia in the Elderly Patient: Part II;<br>- Cancer and Chemotherapy: Part I;<br>- Cancer and Chemotherapy: Part II;<br>- Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I;<br>- Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part II;<br>- Gastro-Esophageal Reflux Disease (GERD);<br>- the Basics of Pathophysiology;<br>- Electrolytes and Acid-Base Disorders; and<br>- Macular Degeneration |
| NC-003 | | | | 05/31/18 | 1 – pages 22-28 | 11/08/13 Independent Contractor Agreement between Elite Professional Education, LLC and Jassin Jouria - executed |
| NC-007 | | | | 05/31/18 | 1 pages 29-30 | 10/07/14-10/24/14 Email chain between Jassin Jouria and Sarah Campbell re Course Author |
| NC-011 | | | | 05/30/18 | 1 pages 31-36 | 09/11/15-10/16/15 Email chain between William Cook, NetCE Attorney to Jassin Jouria re Letter from NetCE Attorney |
| NC-022 | | | | 05/30/18 | 1 pages 37-108 | Article – Traumatic Brain Injury – Abstract |
| NC-023 | | | | 05/30/18 | 1 pages 109-220 | Article – Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I – Abstract |
| NC-024 | | | | 05/30/18 | 2 pages 1-92 | Article – Non-Antibiotic Antimicrobial Pharmacology: A Review – Part II – Anti-Tubercular Agents |
| NC-025 | | | | 05/30/18 | 2 pages 93-156 | Article – Gastro-Esophageal Reflux Disease (GERD): A Comprehensive Review – Abstract |
| NC-026 | | | | 05/30/18 | 3 pages 1-110 | Article – Cancer and Chemotherapy: A Comprehensive Review – Part I |
| NC-027 | | | | 05/30/18 | 3 pages 111-197 | Article – Cancer and Chemotherapy: A Comprehensive Review – Part II – Modern & Experimental Types of Chemotherapy |
| NC-028 | | | | 05/30/18 | 4 pages 1-108 | Article – Depression v. Dementia in the Elderly – Part I – Abstract |
| NC-029 | | | | 05/30/18 | 4 pages 109-206 | Article – Depression v. Dementia in the Elderly – Part II – Depression in Elderly |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | BATCH AND PAGE # | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| NC-052 | | | | 05/30/18 | 4 pages 207-214 | 10/21/16 Certificates of Registration as follows:<br>- 05/15/15 Registration No.: TX 8-19-516 re 852 Gastroesophageal Reflux Disease;<br>- 05/15/15 Registration No.: TX 8-119-463 re 9538 Nonantibiotic Antimicrobial Pharmacology: A Review;<br>- 05/15/15 Registration No.: TX 8-119-503 re 875 The Lymphatic and Immune Systems: A Review;<br>- 05/15/15 Registration No.: TX 8-119-523 re 511 Clinical Cardiovascular Pharmacology;<br>- 05/15/15 Registration No.: TX 8-119-506 re 025 Traumatic Brain Injury;<br>- 05/15/15 Registration No.: TX 8-119-471 re 3528 Cancer and Chemotherapy; and<br>- 05/15/15 Registration No.: TX 8-137-336 re 3679 Depression and Dementia in the Elderly. |
| NC-053 | | | | 05/30/18 | 4 pages 215-217 | 04/06/12-04/09/12 Email chain between Sarah Campbell and Jassin Jouria re CE/CME Author |
| NC-114 | | | | 05/31/18 | 4 pages 218-219 | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria, Jr., M.D. to Tracey Foster re Cancer and Chemotherapy, Part I Course. |
| NC-126 | | | | 05/31/18 | 4 pages 220-232 | 2014 Excel Spreadsheet re Campaign Schedule 2014 |
| NC-129 | | | | 05/31/18 | 4 pages 233-234 | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria, Jr., M.D. to Tracey Foster for Non-Antibiotic Antimicrobial Pharmacology Part II. |
| NC-130 | | | | 05/31/18 | 4 pages 235-236 | MedCreds Writing Solutions, LLC Invoice from Jassin M. Jouria, Jr., M.D. to Tracey Foster for Traumatic Brain Injuries Course. |
| NC-134 | | | | 05/31/18 | 4 pages 237–250 | 10/10/13-11/10/13 Email chain between Jassin Jouria, Michelle Franchi and Janice Harless regarding Contract and courses. |
| NC-167 | | | | 05/31/18 | 4 pages 251-261 | 11/20/17 Plaintiff, Dr. Jassin Jouria's Response to NetCe's First Set of Interrogatories bearing certificate of service date 08/14/17. |
| NC-171 | | | | 05/30/18 | 4 page 262 | 12/20/12 CE Resource, Inc. dba CME Resource FAX Wire Transfer to Umpgha Bank from Nancy Davis re Dr. Jouria, Jr. MD in the amount of $3,975.00. |
| NC-172 | | | | 05/30/18 | 4 page 263 | 05/16/13 CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD from Sarah Campbell re enclosed honorarium for completed course draft for Gastroesophageal Reflux Disease; w/ attached check in the amount of $4,000 payable to Medcreds Writing Solutions, LLC. |
| NC-174 | | | | 05/30/18 | 4 page 264 | 01/17/13 CE Resource, Inc. d/b/a CME Resource Fax Wire Transfer to UMPQUA Bank from Nancy Davis to Jassin M. Jouria Account in the amount of $11,975.00. |
| NC-175 | | | | 05/30/18 | 4 page 265 | 03/21/13 CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD re enclosed honorarium for completed course draft for Cancer and Chemotherapy; w/ attached check in the amount of $12,000 |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | BATCH AND PAGE # | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| | | | | | | payable to Jassin Jouria, MD. |
| NC-177 | | | | 05/30/18 | 4 page 266 | 04/18/13 CME Resource Continuing Medical Education letter to Jassin M. Jouria, Jr., MD from Sarah Campbell re enclosed honorarium for completed draft course Depression versus Dementia in the Elderly; w/ attached check in the amount of $12,000 to Jassin Jouria, MD. |
| NC-181 | | | | 05/30/18 | 5 pages 1 - 60 | Traumatic Brain Injury – 6 Contact Hours – Learning Objectives |
| NC-182 | | | | 05/30/18 | 5 pages 61-141 | Cancer and Chemotherapy: A Comprehensive Review – 8 Contact Hours Part II |
| NC-183 | | | | 05/30/18 | 5 pages 142-287 | Cancer and Chemotherapy: A Comprehensive Review – Part I – Learning Objectives |
| NC-184 | | | | 05/30/18 | 5 pages 288-394 | Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review – Part I – 8 Contact Hours – Learning Objectives |
| NC-185 | | | | 05/30/18 | 5 pages 395-488 | Non-Antibiotic Antimicrobial Pharmacology: A Review – Part II – 9 Contact Hours – Learning Objectives: |
| NC-186 | | | | 05/30/18 | 5 pages 489-567 | Depression vs. Dementia in the Elderly – Part I – 9 CE Hours |
| NC-187 | | | | 05/30/18 | 5 pages 568-612 | Depression vs. Dementia in the Elderly – Part II – 9 Contact Hours |
| NC-189 | | | | 05/30/18 | 5 pages 613-673 | Gastroesophageal Reflux Disease (GERD): A Comprehensive Review – 6 Contact Hours – Learning Objectives |
| NC-275 | | | | 05/30/18 | 5 pages 674-679 | 01/15/13 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Cancer and Chemotherapy course. |
| NC-276 | | | | 05/30/18 | 5 pages 680-686 | 01/15/13 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Gastroesophageal Reflux Disease course; w/ attached W-9 Form for Dr. Jouria. |
| NC-277 | | | | 05/30/18 | 5 pages 687-760 | Gastroesophageal Reflux Disease – Learning Objectives |
| NC-278 | | | | 05/30/18 | 5 pages 761-766 | 08/24/12 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Traumatic Brain Injury course. |
| NC-279 | | | | 05/30/18 | 5 pages 767-832 | Traumatic Brain Injury – Abstract |
| NC-284 | | | | 05/30/18 | 6 Pages 1-244 | Non-Antibiotic Antimicrobial Pharmacology: A Review – Abstract |

| PL. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | BATCH AND PAGE # | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| NC-285 | | | | 05/30/18 | 6 pages 245-249 | 10/12/12 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Non-Antibiotic Antimicrobial Pharmacology: A Review course |
| NC-286 | | | | 05/30/18 | 6 pages 250-255 | 04/05/13 Freelance Writer Agreement between Jassin Jouria, Jr., MD and CME Resource for Depression and Dementia in the Elderly course. |
| NC-288 | | | | 05/30/18 | 7 pages 1-198 | Cancer and Chemotherapy: A Comprehensive Review – Abstract |
| NC-289 | | | | 05/30/18 | 8 pages 1-204 | Depression and Dementia in the Elderly course |