CASE NO.: 15-CV-61165-WPD

**NetCE'S EXHIBIT 002**

## INDEPENDENT CONTRACTOR AGREEMENT

This INDEPENDENT CONTRACTOR AGREEMENT ("Agreement") is made and entered into this _____8th_____ day of _____November_____, 2013, ("Effective Date") by and between Elite Professional Education, LLC, a Delaware limited liability company ("Company"), and __Jassin Jouria__, individually ("Contractor").

WHEREAS, Company is in the business of providing continuing education services; and

WHEREAS, Company desires to engage (or continue to engage) Contractor to prepare the curriculum for one or more courses (the "Curricula") for Company, and Contractor desires to be so engaged; and

WHEREAS, the parties intend for Company to acquire ownership of all right, title, and interest in and to the Curricula.

NOW THEREFORE, for and in consideration of the mutual promises and covenants contained herein, and other good and valuable consideration, the adequacy and receipt of which are acknowledged by the parties' signatures below, the parties agree as follows:

1.    **Scope of Engagement and Duration of Agreement**. Contractor agrees to prepare all course materials for each continuing education course topic, as and when directed by Company (each a "Curriculum"). All services provided by Contractor hereunder shall at all times comply with any and all applicable laws, statutes, regulations and ordinances, whether federal, state or local. Contractor's engagement shall be episodic but shall always be governed by the terms hereof unless otherwise expressly agreed by the parties in writing. The parties expressly acknowledge and agree that all work performed by Contractor for Company is governed by this Agreement.

2.    **Development Milestones; Compensation.** Upon mutual agreement by Company and Contractor with respect to the topic, the components of a Curriculum, and the deadline for delivery of the Curriculum ("Deadline"), the parties will execute an Addendum outlining same for attachment to (and thereby incorporation into) this Agreement, and Contractor shall commence development of the Curriculum. The Purchase Price for each Curriculum shall be __$300 to $475 per CE hour (a minimum of 4,000 words per CE hour, not including references and test questions)__, and Contractor shall not be entitled to any further compensation with respect to the Curriculum. If Contractor delivers the completed Curriculum on or before the Deadline, along with an assignment of all rights therein in a form substantially as provided in Exhibit A, Company shall pay to Contractor fifty percent (50%) of the Purchase Price. Upon delivery of the Curriculum on or before the Deadline, Company shall review the Curriculum with respect to form, format, and content. If such review results in acceptance of the Curriculum ("Acceptance"), Company shall submit the Curriculum to any and all jurisdictions and agencies that it deems necessary or desirable for approval for continuing education credit (collectively "Approvals"). Upon receipt of final Approvals from all jurisdictions and/or agencies, Company shall pay Contractor the remaining fifty percent (50%) of the Purchase Price. Contractor shall be solely responsible for all expenses incurred by Contractor in connection with performance of the services hereunder.

**EXHIBIT**

_27_

{040008-008 : HVARG/HVARG : 01564928.DOC; 1}

3.    **Late Penalty.** The Purchase Price shall be reduced by fifty and no/100 Dollars ($50.00) per day for a 1 to 3 CE hour course, one hundred and no/100 Dollars ($100.00) per day for a 4 to 7 CE hour course, and one hundred and fifty and no/100 Dollars ($150.00) per day for an 8 or more CE hour course for each day by which Contractor misses the Deadline. If Contractor fails to submit the Curriculum within thirty (30) days of the Deadline, Company may, in its sole and unrestricted discretion, cancel the request for the Curriculum. Immediately upon notice of such cancellation, Contractor shall refund any and all amounts already paid to him or her for the Curriculum at issue.

4.    **Modifications.** Contractor agrees to make any and all required changes and modifications to a Curriculum during the period between submission of the Curriculum and Acceptance, upon the reasonable request of Company. Contractor further agrees to make any and all required changes and modifications to a Curriculum that are required by any jurisdiction or agency to obtain the Approvals. Contractor agrees to provide Company with an additional assignment of the rights in the work at any time that Company deems it to be necessary or desirable as a result of such modifications. In the event that Contractor refuses to make any change or modification to a course that is required by Company or a jurisdiction or agency, or fails to do so within a reasonable time from the request for same, or fails or refuses to provide any additional assignment of rights in the Curriculum, Company may, in its sole and unrestricted discretion, either (i) return the Curriculum to Contractor for a full refund of the Purchase Price paid to the date of termination or (ii) retain the Curriculum with no additional compensation being paid to Contractor.

5.    **Intellectual Property.** The parties acknowledge and agree that it is their primary intent that Company shall own all rights, including the copyright in the Curricula. Each Curriculum is hereby agreed to be a Work Made or Hire pursuant to subsection (2) of the definition of "Work Made for Hire" in the Copyright Act (17 USC §101), including any Curricula prepared by Contractor prior to the date hereof. To the extent that any Curriculum is found not to qualify as a work made for hire pursuant to such provision, then the parties agree that by execution of this Agreement, the copyright in each Curriculum, together with all rights appurtenant thereto, shall be deemed automatically assigned, effective as of the date of creation, to Company by Contractor and shall be the sole and complete property of Company. The assignment executed by Contractor pursuant hereto is not designed to supersede the foregoing, but to provide further evidence of the parties' intentions hereunder. However, in the event that any Curriculum is found not to qualify as a work made for hire and the automatic assignment hereunder is found to be invalid, then the assignment shall control.

6.    **Intellectual Property Ownership.** Contractor acknowledges and agrees that the foregoing is an exclusive transfer of the right, title, and interest in and to the Curriculum and that Contractor may not personally use the Curriculum, or sell, give, or loan the Curriculum to any third party, without Company's express written permission. Contractor further acknowledges and agrees that Company may use the Curriculum in any form or format, now known or hereafter developed and may change, modify, alter, or revise the Curriculum in any way Company deems appropriate, in its sole and unrestricted discretion. Company may or may not include Contractor's name in the materials as the original author, in Company's sole discretion.

7.    **Termination.**

JOURIA00000808

A.    *Right to Terminate.* Contractor's engagement with the Company shall be terminated without further action by Contractor or the Company, except as provided in this Paragraph, as follows:

1.    *Death.* This Agreement shall terminate automatically upon Contractor's death.

2.    *For Cause.* The Company may terminate this Agreement and Contractor's engagement for "Cause" at any time immediately upon delivery of notice of reason for termination. For purposes of this Agreement, Cause shall include: (i) material default or other material breach by Contractor of Contractor's obligations hereunder; (ii) failure or inability by Contractor to perform diligently and competently Contractor's duties to the Company after written notice from the Company of such failure and three (3) business days to correct or cure such failures; or (iii) misconduct, dishonesty, or insubordination, including, without limitation, (A) use of alcohol or illegal drugs such as to interfere with the performance of Contractor's obligations hereunder, (B) conviction of or plea of guilty or no contest to a felony or any crime involving moral turpitude, dishonesty, or theft, and (C) material failure by Contractor to comply with applicable laws or governmental regulations with respect to Company operations or the performance of Contractor's duties.

3.    *Without Cause.* Either Contractor or the Company may terminate Contractor's engagement without Cause or for convenience with one (1) week notice.

B.    *Nature of Agreement.* In the event of termination of this Agreement for any reason, Company's only obligation to contractor shall be to pay fees for services rendered by Contractor through the date of termination, if and only if such are clearly due and owing pursuant to the other provisions of this Agreement. Company shall not be required to make any payment to Contractor in the event that Contractor terminates this Agreement without cause. The payments, if any, required to be provided to Contractor pursuant to this paragraph shall be in full and complete satisfaction of any and all obligations owing to Contractor pursuant to this Agreement.

**8.    Representations, Warranties, and Covenants of Contractor.** Contractor represents, warrants, and covenants to Company that: (a) Contractor will use its best efforts to perform its obligations hereunder in a timely and professional manner, and all services hereunder shall be rendered in accordance with applicable laws and regulations; (b) Contractor has all necessary authority to enter into this Agreement and to perform the services; (c) All materials created by Contractor during the course of engagement by Company, do not, and will not infringe the trademark, copyright, patent or other rights of any third-party; and Contractor is the sole and exclusive author and owner of each Curriculum.

**9.    Confidentiality.** The parties agree not to disclose the terms of this Agreement to any third party, except its legal and financial counsel or as otherwise required by law. The parties further acknowledge and agree that each will not disclose the Confidential Information to any third party. The term Confidential Information as used herein shall refer to any material, regardless of format, that is disclosed to the other party and designated in writing as confidential. The parties agree that all versions of the Curriculum are Confidential Information of both parties unless and until Company elects to commence distribution of same.

JOURIA00000809

**10.     Indemnification.** Contractor covenants and agrees to indemnify and hold Company, its owners, officers, directors, employees, agents and other representatives (collectively, "Indemnified Party") harmless from any and all damages (including incidental and consequential damages), expenses (including costs of investigation and defense and reasonable attorneys' fees), liabilities, losses, causes of action, suits, judgments, claims, awards, costs, fees and expenses, whether or not involving a third-party claim, arising directly or indirectly out of or in connection with: (i) any breach of any covenant, representation or warranty made by Contractor in this Agreement; or (ii) any acts or omissions of Contractor in connection with his or her performance hereunder.

**11.     Limitation of Liability.** Contractor agrees that the Company's entire liability, if any, for any claim(s) for damages relating to this Agreement which are made against Company, whether based in contract, negligence, or otherwise, shall be limited to the amount paid by Company to Contractor. In no event will Company be liable for any consequential, exemplary, incidental, indirect, or special damages, arising from or in any way related to, this Agreement or relating in whole or in part to Contractor's rights hereunder, even if Company has been advised of the possibility of such damages.

**12.     Right of Offset**

If Contractor's engagement with Company is terminated for any reason, Company shall have the right to offset against any fees or other amounts due to Contractor under this Agreement or otherwise, any indebtedness, whether or not evidenced by a promissory note and whether or not mature or due and payable, owed by Contractor to Company under this Agreement or otherwise including, but not limited to, any amounts owed to Company by Contractor pursuant to any indemnities given by Contractor to Company under this Agreement or otherwise.

**13.     Independent Contract.** Contractor is an independent contractor and nothing in this Agreement is intended nor shall be construed to create an employer/employee relationship, a joint venture relationship, a partnership relationship, or to allow Company to exercise control or direction over the manner or method by which Contractor performs the services which are the subject matter of this Agreement. Contractor understands and agrees that: (a) Company will not withhold from fees payable to Contractor pursuant to this Agreement any sums for income tax, unemployment insurance, social security or any other withholding; (b) Company will not provide any benefits such as workers' compensation insurance, health insurance, petty cash funds, automobile allowances, vacation or sick leave; (c) All such payments, benefits, withholding and taxes are the sole responsibility of the Contractor; and (d) Contractor will indemnify and hold Company harmless from any and all loss or liability arising with respect to such payments, withholding or taxes. The parties hereto agree that both Contractor and Company shall have the right to participate in any discussion or negotiation with the Internal Revenue Service concerning Contractor's independent contractor status under this Agreement irrespective of whom or by whom such discussions or negotiations are initiated.

**14.     Miscellaneous Provisions**

A.     *Further Assurances.* The parties hereto shall at any and all times, upon request by the other party, or its legal representative, make, execute, and deliver any and all such other and further instruments as may be necessary or desirable for the purpose of giving full force and effect to the provisions of this Agreement, without charge therefor.

{040008-008 : IIVARG/IIVARG : 01564928.DOC; 1}          4

JOURIA00000810

B.     *Additional Obligations.*  Both during and after the Term, Contractor shall, upon reasonable notice, furnish Company with such information as may be in Contractor's possession, and cooperate with Company, as may reasonably be requested by Company (and, after the Term, with due consideration for Contractor's obligations with respect to any new engagement or business activity) in connection with any litigation in which Company is or may become a party.  Company shall reimburse Contractor for all reasonable expenses incurred by Contractor in fulfilling Contractor's obligations under this paragraph.

C.     *Notice.*  Any notice or other communication required or permitted under this Agreement by either party hereto to the other shall be in writing, and shall be deemed effective upon (i)  personal delivery, if delivered by hand, (ii)  the day of delivery if delivered by facsimile or electronic mail, or (iii)  the next business day, if sent prepaid by nationally recognized overnight delivery or courier service and received by the recipient as evidenced by such courier service, and in each case addressed as follows:

If to Contractor:

Name of contact:     Jassin M. Jouria, Jr., M.D.
Street Address:     2648 N. 26th Terrace
City, State, Zip code: Hollywood, FL  33020
Telephone number:   (954) 557-0711
Facsimile number:     (954) 367-6667
E-mail address:       jassinjouria@yahoo.com

If to Company:

Name of contact:     Michelle Franchi
Street Address:       1452 N. US Hwy. 1, Suite 100
City, State, Zip code: Ormond Beach, FL 32174
Telephone number:   (888) 857-6920
Facsimile number:     (386) 673-3563
E-mail address:       michelle.franchi@elitecme.com

Either party may change the address or addresses to which notices are to be sent by giving notice of such change of address in the manner provided by this paragraph.

D.     *Entire Agreement.*  This Agreement represents the entire agreement between Company and Contractor with respect to Contractor's engagement with Company, and supersedes and is in full substitution for any and all prior agreements or understandings, whether oral or written, relating to Contractor's engagement.

E.     *Amendment.*  This Agreement may not be amended except in a writing signed by both parties hereto.

JOURIA00000811

F.      *No Waiver.* The failure at any time either of Company to require the performance of any provision of this Agreement shall in no way affect the full right of Company to require such performance at any time thereafter, nor shall the waiver by Company of any breach of any provision of this Agreement be taken or held to constitute a waiver of any succeeding breach of such or any other provision of this Agreement.

G.      *Assignment.* This Agreement is binding on and for the benefit of the Company and Contractor and their respective successors, heirs, executors, administrators, and other legal representatives. Contractor acknowledges that this is a personal services contract and may not be assigned by Contractor without Company's prior written consent. Company may assign this Agreement in connection with the sale of all or substantially all of the assets of Company or of the division or department in which Contractor provides services.

H.      *Severability.* Any term or provision of this Agreement that is invalid or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such invalidity or unenforceability without rendering invalid or unenforceable the remaining terms and provisions of this Agreement or affecting the validity or enforceability of any of the terms or provisions of this Agreement in any other jurisdiction. If any provision of this Agreement is so broad as to be unenforceable, such provision shall be interpreted to be only so broad as is enforceable.

I.      *Governing Law; Jurisdiction; Venue.* The parties agree that this Agreement is being entered into in the state of Florida and shall be governed and construed in accordance with the laws of Florida, without regard to conflicts of laws principles. The parties hereby agree that in any action or proceeding arising out of the parties' relationship, such proceeding shall be brought exclusively in the courts of the State of Florida, County of Volusia or the federal court with subject matter jurisdiction and encompassing the County of Volusia, Florida. Either party may, as a matter of convenience, request the other to execute the Agreement some place other than Florida. In exchange for such convenience, each party hereby knowingly and voluntarily waives any defense it may have to jurisdiction and venue of any action brought on this Agreement, and irrevocably consents and submits to the jurisdiction of, and venue in, the aforementioned courts, and further waives any claim that a proceeding brought therein has been brought in an inconvenient forum. Each party acknowledges that such waiver is a condition precedent to this Agreement should this Agreement be executed outside of Florida. Process in any action or proceeding referred to in this subsection may be served on any party anywhere in the world and may be served by delivery of service of process by certified mail return receipt requested and the party receiving such service hereby waives any and all objections to delivery of service of process in this manner, and shall indemnify the other party for any damages arising from any claims to the contrary.

J.      *Attorneys Fees.* The prevailing party in any action to enforce any provision of, or based on any right arising out of, this Agreement shall be entitled to an award of its reasonable attorneys fees and costs, whether incurred presuit, during litigation, on appeal, or in bankruptcy court.

K.      *Survival.* Upon termination of this Agreement, the provisions of paragraphs 5, 6, and 8 through 14 shall survive. Contractor specifically acknowledges and agrees that ownership of all Curricula and the copyrights therein survives the termination of this Agreement.

JOURIA00000812

L.   **WAIVER OF JURY TRIAL:  BY EXECUTING THIS AGREEMENT, THE PARTIES HERETO KNOWINGLY AND WILLINGLY WAIVE ANY RIGHT THEY HAVE UNDER APPLICABLE LAW TO A TRIAL BY JURY IN ANY DISPUTE ARISING OUT OF OR IN ANY WAY RELATED TO THIS AGREEMENT OR THE ISSUES RAISED BY ANY SUCH DISPUTE.**

M.   *Counterparts; Headings; Facsimile Signature.* This Agreement may be executed in several counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same agreement. The headings herein are inserted as a matter of convenience only, and do not define, limit, or describe the scope of this Agreement or the intent of the provisions hereof. This Agreement may be executed by facsimile signature.

N.   *Construction; Engagement of Legal Counsel.* Contractor has consulted or has had the opportunity to consult with an attorney prior to entering into this Agreement. **THIS AGREEMENT HAS BEEN READ BY CONTRACTOR AND ITS LANGUAGE, TENOR AND EFFECT IS UNDERSTOOD BY CONTRACTOR, WHO AGREES THAT ALL DOUBTS AND AMBIGUITIES IN CONNECTION WITH THIS AGREEMENT SHALL NOT BE CONSTRUED AGAINST COMPANY AS DRAFTER.** Contractor acknowledges and agrees that the law firm of Cobb Cole and Heather Bond Vargas, Esq. are legal counsel for the Company and do not represent the Contractor's interest.

IN WITNESS WHEREOF, the undersigned have set their hands and seals as of the Effective Date.

Witnesses:

_____          Signature: _____

_____

Witnesses:

_____          _____
                                            Elite Professional Education, LLC

_____          By: ___Michelle Franchi_____
                                                   Printed Name

                                            Its: ___General Manager_____
                                                   Title

JOURIA00000813

<u>Exhibit A</u>
<u>Assignment of Rights in Curriculum</u>

THIS ASSIGNMENT is made as of the _____15th_____ day of _____November_____, 2013 (the "Effective Date") from ___Jassin Jouria___ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Thyroid Disorders_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
Jassin Jouria
(Name Printed or Typed)

JOURIA00000814

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____15th_____ day of _____November_____, 20<u>13</u> (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Traumatic Brain Injuries_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
Jassin Jouria
(Name Printed or Typed)

JOURIA00000815

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the ____15th____ day of _____November____, 2013 (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Women and Heart Disease_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
(Name Printed or Typed)

JOURIA00000816

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the ____15th____ day of _____November_____, 20<u>13</u> (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Preventable Adverse Events_____ ; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
            Jassin Jouria
        (Name Printed or Typed)

JOURIA00000817

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____15th_____ day of _____November_____, 2013 (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Depression vs. Dementia in the Elderly Patient: Part I_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
       (Name Printed or Typed)

JOURIA00000818

### Exhibit A
### Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____ 15th _____ day of _____ November _____, 20<u>13</u> (the "Effective Date") from __ Jassin Jouria __ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____ Depression vs. Dementia in the Elderly Patient: Part II _____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
       Jassin Jouria
       (Name Printed or Typed)

JOURIA00000819

### Exhibit A
### Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____ 15th _____ day of _____ December _____, 2013 (the "Effective Date") from __ Jassin Jouria __ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____ Cancer and Chemotherapy: Part I _____ ; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
      Jassin Jouria
      (Name Printed or Typed)

JOURIA00000820

<u>Exhibit A</u>
<u>Assignment of Rights in Curriculum</u>

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 20<u>13</u> (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Cancer and Chemotherapy: Part II_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
          Jassin Jouria
          (Name Printed or Typed)

JOURIA00000821

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 2013 (the "Effective Date") from ___Jassin Jouria___ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review—Part I__; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____Jassin Jouria_____
     (Name Printed or Typed)

JOURIA00000822

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 2013 (the "Effective Date") from _____Jassin Jouria_____ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review—Part II_ ; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
                Jassin Jouria
          (Name Printed or Typed)

JOURIA00000823

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____ 15th _____ day of _____ December _____, 2013 (the "Effective Date") from _____ Jassin Jouria _____ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____ Gastro-Esophageal Reflux Disease (GERD) _; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____ Jassin Jouria _____
(Name Printed or Typed)

JOURIA00000824

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____ 15th _____ day of _____ December _____, 2013 (the "Effective Date") from _____ Jassin Jouria _____ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____ The Basics of Pathophysiology _____ ; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____ Jassin Jouria _____
(Name Printed or Typed)

JOURIA00000825

## Exhibit A
## Assignment of Rights in Curriculum

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 20<u>13</u> (the "Effective Date") from ___Jassin Jouria___ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled ___Electrolytes and Acid-Base Disorders___ ; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
        Jassin Jouria
        (Name Printed or Typed)

JOURIA00000826

**Exhibit A**
**Assignment of Rights in Curriculum**

THIS ASSIGNMENT is made as of the _____15th_____ day of _____December_____, 2013 (the "Effective Date") from __Jassin Jouria__ ("Contractor") to Elite Professional Education, LLC ("Company").

WHEREAS, Contractor has developed a continuing education course ("Curriculum") entitled _____Macular Degeneration_____; and

WHEREAS, the parties acknowledge and agree that it is their intention that all rights in and to the Curriculum, are, and shall be, owned entirely by Company.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, effective as of the Effective Date, and for the full duration of all such rights, Contractor hereby irrevocably assigns all of its rights, past, current, and future, in and to the copyright, trademark, trade secret, and all other rights of whatsoever nature in the Curriculum, to the Company, its successors and assigns. Contractor also hereby assigns to Company and/or waives any and all claims that Contractor may now or hereafter have in any jurisdiction to so-called "moral rights" or rights of "droit morale" in connection with the Curriculum.

IN WITNESS WHEREOF, the Contractor has executed this Assignment, effective as of the Effective Date first written above.

Sign: _____

By: _____
        Jassin Jouria
       (Name Printed or Typed)

JOURIA00000827

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 003

## INDEPENDENT CONTRACTOR AGREEMENT

This INDEPENDENT CONTRACTOR AGREEMENT ("Agreement") is made and entered into this _____8th_____ day of _____November_____, 2013, ("Effective Date") by and between Elite Professional Education, LLC, a Delaware limited liability company ("Company"), and __Jassin Jouria__, individually ("Contractor").

WHEREAS, Company is in the business of providing continuing education services; and

WHEREAS, Company desires to engage (or continue to engage) Contractor to prepare the curriculum for one or more courses (the "Curricula") for Company, and Contractor desires to be so engaged; and

WHEREAS, the parties intend for Company to acquire ownership of all right, title, and interest in and to the Curricula.

NOW THEREFORE, for and in consideration of the mutual promises and covenants contained herein, and other good and valuable consideration, the adequacy and receipt of which are acknowledged by the parties' signatures below, the parties agree as follows:

1.      **Scope of Engagement and Duration of Agreement.** Contractor agrees to prepare all course materials for each continuing education course topic, as and when directed by Company (each a "Curriculum"). All services provided by Contractor hereunder shall at all times comply with any and all applicable laws, statutes, regulations and ordinances, whether federal, state or local. Contractor's engagement shall be episodic but shall always be governed by the terms hereof unless otherwise expressly agreed by the parties in writing. The parties expressly acknowledge and agree that all work performed by Contractor for Company is governed by this Agreement.

2.      **Development Milestones; Compensation.** Upon mutual agreement by Company and Contractor with respect to the topic, the components of a Curriculum, and the deadline for delivery of the Curriculum ("Deadline"), the parties will execute an Addendum outlining same for attachment to (and thereby incorporation into) this Agreement, and Contractor shall commence development of the Curriculum. The Purchase Price for each Curriculum shall be __$475 per CE hour (a minimum of 4,000 words per CE hour, not including references and test questions)__, and Contractor shall not be entitled to any further compensation with respect to the Curriculum. If Contractor delivers the completed Curriculum on or before the Deadline, along with an assignment of all rights therein in a form substantially as provided in Exhibit A, Company shall pay to Contractor fifty percent (50%) of the Purchase Price. Upon delivery of the Curriculum on or before the Deadline, Company shall review the Curriculum with respect to form, format, and content. If such review results in acceptance of the Curriculum ("Acceptance"), Company shall submit the Curriculum to any and all jurisdictions and agencies that it deems necessary or desirable for approval for continuing education credit (collectively "Approvals"). Upon receipt of final Approvals from all jurisdictions and/or agencies, Company shall pay Contractor the remaining fifty percent (50%) of the Purchase Price. Contractor shall be solely responsible for all expenses incurred by Contractor in connection with performance of the services hereunder.

[040008-008 : HVARG/HVARG : 01564928.DOC; 1]

**EXHIBIT**

28

IR-CE-00019920

3.    **Late Penalty.** The Purchase Price shall be reduced by fifty and no/100 Dollars ($50.00) per day for a 1 to 3 CE hour course, one hundred and no/100 Dollars ($100.00) per day for a 4 to 7 CE hour course, and one hundred and fifty and no/100 Dollars ($150.00) per day for an 8 or more CE hour course for each day by which Contractor misses the Deadline. If Contractor fails to submit the Curriculum within thirty (30) days of the Deadline, Company may, in its sole and unrestricted discretion, cancel the request for the Curriculum. Immediately upon notice of such cancellation, Contractor shall refund any and all amounts already paid to him or her for the Curriculum at issue.

4.    **Modifications.** Contractor agrees to make any and all required changes and modifications to a Curriculum during the period between submission of the Curriculum and Acceptance, upon the reasonable request of Company. Contractor further agrees to make any and all required changes and modifications to a Curriculum that are required by any jurisdiction or agency to obtain the Approvals. Contractor agrees to provide Company with an additional assignment of the rights in the work at any time that Company deems it to be necessary or desirable as a result of such modifications. In the event that Contractor refuses to make any change or modification to a course that is required by Company or a jurisdiction or agency, or fails to do so within a reasonable time from the request for same, or fails or refuses to provide any additional assignment of rights in the Curriculum, Company may, in its sole and unrestricted discretion, either (i) return the Curriculum to Contractor for a full refund of the Purchase Price paid to the date of termination or (ii) retain the Curriculum with no additional compensation being paid to Contractor.

5.    **Intellectual Property.** The parties acknowledge and agree that it is their primary intent that Company shall own all rights, including the copyright in the Curricula. Each Curriculum is hereby agreed to be a Work Made or Hire pursuant to subsection (2) of the definition of "Work Made for Hire" in the Copyright Act (17 USC §101), including any Curricula prepared by Contractor prior to the date hereof. To the extent that any Curriculum is found not to qualify as a work made for hire pursuant to such provision, then the parties agree that by execution of this Agreement, the copyright in each Curriculum, together with all rights appurtenant thereto, shall be deemed automatically assigned, effective as of the date of creation, to Company by Contractor and shall be the sole and complete property of Company. The assignment executed by Contractor pursuant hereto is not designed to supersede the foregoing, but to provide further evidence of the parties' intentions hereunder. However, in the event that any Curriculum is found not to qualify as a work made for hire and the automatic assignment hereunder is found to be invalid, then the assignment shall control.

6.    **Intellectual Property Ownership.** Contractor acknowledges and agrees that the foregoing is an exclusive transfer of the right, title, and interest in and to the Curriculum and that Contractor may not personally use the Curriculum, or sell, give, or loan the Curriculum to any third party, without Company's express written permission. Contractor further acknowledges and agrees that Company may use the Curriculum in any form or format, now known or hereafter developed and may change, modify, alter, or revise the Curriculum in any way Company deems appropriate, in its sole and unrestricted discretion. Company may or may not include Contractor's name in the materials as the original author, in Company's sole discretion.

7.    **Termination.**

IR-CE-00019920

A. *Right to Terminate.* Contractor's engagement with the Company shall be terminated without further action by Contractor or the Company, except as provided in this Paragraph, as follows:

1. *Death.* This Agreement shall terminate automatically upon Contractor's death.

2. *For Cause.* The Company may terminate this Agreement and Contractor's engagement for "Cause" at any time immediately upon delivery of notice of reason for termination. For purposes of this Agreement, Cause shall include: (i) material default or other material breach by Contractor of Contractor's obligations hereunder; (ii) failure or inability by Contractor to perform diligently and competently Contractor's duties to the Company after written notice from the Company of such failure and three (3) business days to correct or cure such failures; or (iii) misconduct, dishonesty, or insubordination, including, without limitation, (A) use of alcohol or illegal drugs such as to interfere with the performance of Contractor's obligations hereunder, (B) conviction of or plea of guilty or no contest to a felony or any crime involving moral turpitude, dishonesty, or theft, and (C) material failure by Contractor to comply with applicable laws or governmental regulations with respect to Company operations or the performance of Contractor's duties.

3. *Without Cause.* Either Contractor or the Company may terminate Contractor's engagement without Cause or for convenience with one (1) week notice.

B. *Nature of Agreement.* In the event of termination of this Agreement for any reason, Company's only obligation to contractor shall be to pay fees for services rendered by Contractor through the date of termination, if and only if such are clearly due and owing pursuant to the other provisions of this Agreement. Company shall not be required to make any payment to Contractor in the event that Contractor terminates this Agreement without cause. The payments, if any, required to be provided to Contractor pursuant to this paragraph shall be in full and complete satisfaction of any and all obligations owing to Contractor pursuant to this Agreement.

8. **Representations, Warranties, and Covenants of Contractor.** Contractor represents, warrants, and covenants to Company that: (a) Contractor will use its best efforts to perform its obligations hereunder in a timely and professional manner, and all services hereunder shall be rendered in accordance with applicable laws and regulations; (b) Contractor has all necessary authority to enter into this Agreement and to perform the services; (c) All materials created by Contractor during the course of engagement by Company, do not, and will not infringe the trademark, copyright, patent or other rights of any third-party; and Contractor is the sole and exclusive author and owner of each Curriculum.

9. **Confidentiality.** The parties agree not to disclose the terms of this Agreement to any third party, except its legal and financial counsel or as otherwise required by law. The parties further acknowledge and agree that each will not disclose the Confidential Information to any third party. The term Confidential Information as used herein shall refer to any material, regardless of format, that is disclosed to the other party and designated in writing as confidential. The parties agree that all versions of the Curriculum are Confidential Information of both parties unless and until Company elects to commence distribution of same.

{040008-008 : HVARG/HVARG : 01564928.DOC; 1}          3

IR-CE-00019920

10.   Indemnification.  Contractor covenants and agrees to indemnify and hold Company, its owners, officers, directors, employees, agents and other representatives (collectively, "Indemnified Party") harmless from any and all damages (including incidental and consequential damages), expenses (including costs of investigation and defense and reasonable attorneys' fees), liabilities, losses, causes of action, suits, judgments, claims, awards, costs, fees and expenses, whether or not involving a third-party claim, arising directly or indirectly out of or in connection with: (i) any breach of any covenant, representation or warranty made by Contractor in this Agreement; or (ii) any acts or omissions of Contractor in connection with his or her performance hereunder.

11.   Limitation of Liability.  Contractor agrees that the Company's entire liability, if any, for any claim(s) for damages relating to this Agreement which are made against Company, whether based in contract, negligence, or otherwise, shall be limited to the amount paid by Company to Contractor. In no event will Company be liable for any consequential, exemplary, incidental, indirect, or special damages, arising from or in any way related to, this Agreement or relating in whole or in part to Contractor's rights hereunder, even if Company has been advised of the possibility of such damages.

12.   Right of Offset

If Contractor's engagement with Company is terminated for any reason, Company shall have the right to offset against any fees or other amounts due to Contractor under this Agreement or otherwise, any indebtedness, whether or not evidenced by a promissory note and whether or not mature or due and payable, owed by Contractor to Company under this Agreement or otherwise including, but not limited to, any amounts owed to Company by Contractor pursuant to any indemnities given by Contractor to Company under this Agreement or otherwise.

13.   Independent Contract.  Contractor is an independent contractor and nothing in this Agreement is intended nor shall be construed to create an employer/employee relationship, a joint venture relationship, a partnership relationship, or to allow Company to exercise control or direction over the manner or method by which Contractor performs the services which are the subject matter of this Agreement.  Contractor understands and agrees that: (a) Company will not withhold from fees payable to Contractor pursuant to this Agreement any sums for income tax, unemployment insurance, social security or any other withholding; (b) Company will not provide any benefits such as workers' compensation insurance, health insurance, petty cash funds, automobile allowances, vacation or sick leave; (c) All such payments, benefits, withholding and taxes are the sole responsibility of the Contractor; and (d) Contractor will indemnify and hold Company harmless from any and all loss or liability arising with respect to such payments, withholding or taxes. The parties hereto agree that both Contractor and Company shall have the right to participate in any discussion or negotiation with the Internal Revenue Service concerning Contractor's independent contractor status under this Agreement irrespective of whom or by whom such discussions or negotiations are initiated.

14.   Miscellaneous Provisions

A.   *Further Assurances.*  The parties hereto shall at any and all times, upon request by the other party, or its legal representative, make, execute, and deliver any and all such other and further instruments as may be necessary or desirable for the purpose of giving full force and effect to the provisions of this Agreement, without charge therefor.

IR-CE-00019920

B.    *Additional Obligations.*  Both during and after the Term, Contractor shall, upon reasonable notice, furnish Company with such information as may be in Contractor's possession, and cooperate with Company, as may reasonably be requested by Company (and, after the Term, with due consideration for Contractor's obligations with respect to any new engagement or business activity) in connection with any litigation in which Company is or may become a party.  Company shall reimburse Contractor for all reasonable expenses incurred by Contractor in fulfilling Contractor's obligations under this paragraph.

C.    *Notice.*  Any notice or other communication required or permitted under this Agreement by either party hereto to the other shall be in writing, and shall be deemed effective upon (i)  personal delivery, if delivered by hand, (ii)  the day of delivery if delivered by facsimile or electronic mail, or (iii)  the next business day, if sent prepaid by nationally recognized overnight delivery or courier service and received by the recipient as evidenced by such courier service, and in each case addressed as follows:

If to Contractor:

| | |
|---|---|
| Name of contact: | Jassin M. Jouria, Jr., M.D. |
| Street Address: | 2648 N. 26th Terrace |
| City, State, Zip code: | Hollywood, FL 33020 |
| Telephone number: | (954) 557-0711 |
| Facsimile number: | (954) 367-6667 |
| E-mail address: | jassinjouria@yahoo.com |

If to Company:

| | |
|---|---|
| Name of contact: | Michelle Franchi |
| Street Address: | 1452 N. US Hwy. 1, Suite 100 |
| City, State, Zip code: | Ormond Beach, FL 32174 |
| Telephone number: | (888) 857-6920 |
| Facsimile number: | (386) 673-3563 |
| E-mail address: | michelle.franchi@elitecme.com |

Either party may change the address or addresses to which notices are to be sent by giving notice of such change of address in the manner provided by this paragraph.

D.    *Entire Agreement.*  This Agreement represents the entire agreement between Company and Contractor with respect to Contractor's engagement with Company, and supersedes and is in full substitution for any and all prior agreements or understandings, whether oral or written, relating to Contractor's engagement.

E.    *Amendment.*  This Agreement may not be amended except in a writing signed by both parties hereto.

IR-CE-00019920

F.     *No Waiver.* The failure at any time either of Company to require the performance of any provision of this Agreement shall in no way affect the full right of Company to require such performance at any time thereafter, nor shall the waiver by Company of any breach of any provision of this Agreement be taken or held to constitute a waiver of any succeeding breach of such or any other provision of this Agreement.

G.     *Assignment.* This Agreement is binding on and for the benefit of the Company and Contractor and their respective successors, heirs, executors, administrators, and other legal representatives. Contractor acknowledges that this is a personal services contract and may not be assigned by Contractor without Company's prior written consent. Company may assign this Agreement in connection with the sale of all or substantially all of the assets of Company or of the division or department in which Contractor provides services.

H.     *Severability.*   Any term or provision of this Agreement that is invalid or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such invalidity or unenforceability without rendering invalid or unenforceable the remaining terms and provisions of this Agreement or affecting the validity or enforceability of any of the terms or provisions of this Agreement in any other jurisdiction.  If any provision of this Agreement is so broad as to be unenforceable, such provision shall be interpreted to be only so broad as is enforceable.

I.     *Governing Law; Jurisdiction; Venue.* The parties agree that this Agreement is being entered into in the state of Florida and shall be governed and construed in accordance with the laws of Florida, without regard to conflicts of laws principles.  The parties hereby agree that in any action or proceeding arising out of the parties' relationship, such proceeding shall be brought exclusively in the courts of the State of Florida, County of Volusia or the federal court with subject matter jurisdiction and encompassing the County of Volusia, Florida. Either party may, as a matter of convenience, request the other to execute the Agreement some place other than Florida. In exchange for such convenience, each party hereby knowingly and voluntarily waives any defense it may have to jurisdiction and venue of any action brought on this Agreement, and irrevocably consents and submits to the jurisdiction of, and venue in, the aforementioned courts, and further waives any claim that a proceeding brought therein has been brought in an inconvenient forum. Each party acknowledges that such waiver is a condition precedent to this Agreement should this Agreement be executed outside of Florida. Process in any action or proceeding referred to in this subsection may be served on any party anywhere in the world and may be served by delivery of service of process by certified mail return receipt requested and the party receiving such service hereby waives any and all objections to delivery of service of process in this manner, and shall indemnify the other party for any damages arising from any claims to the contrary.

J.     *Attorneys Fees.* The prevailing party in any action to enforce any provision of, or based on any right arising out of, this Agreement shall be entitled to an award of its reasonable attorneys fees and costs, whether incurred presuit, during litigation, on appeal, or in bankruptcy court.

K.     *Survival.* Upon termination of this Agreement, the provisions of paragraphs 5, 6, and 8 through 14 shall survive.  Contractor specifically acknowledges and agrees that ownership of all Curricula and the copyrights therein survives the termination of this Agreement.

{040008-008 : HVARG/HVARG : 01564928.DOC; 1}          6

IR-CE-00019920

L.   WAIVER OF JURY TRIAL:  BY EXECUTING THIS AGREEMENT, THE PARTIES HERETO KNOWINGLY AND WILLINGLY WAIVE ANY RIGHT THEY HAVE UNDER APPLICABLE LAW TO A TRIAL BY JURY IN ANY DISPUTE ARISING OUT OF OR IN ANY WAY RELATED TO THIS AGREEMENT OR THE ISSUES RAISED BY ANY SUCH DISPUTE.

M.   *Counterparts; Headings; Facsimile Signature.*  This Agreement may be executed in several counterparts, each of which shall be deemed an original, and all of which together shall constitute one and the same agreement.  The headings herein are inserted as a matter of convenience only, and do not define, limit, or describe the scope of this Agreement or the intent of the provisions hereof.  This Agreement may be executed by facsimile signature.

N.   *Construction; Engagement of Legal Counsel.*  Contractor has consulted or has had the opportunity to consult with an attorney prior to entering into this Agreement.  THIS AGREEMENT HAS BEEN READ BY CONTRACTOR AND ITS LANGUAGE, TENOR AND EFFECT IS UNDERSTOOD BY CONTRACTOR, WHO AGREES THAT ALL DOUBTS AND AMBIGUITIES IN CONNECTION WITH THIS AGREEMENT SHALL NOT BE CONSTRUED AGAINST COMPANY AS DRAFTER.  Contractor acknowledges and agrees that the law firm of Cobb Cole and Heather Bond Vargas, Esq. are legal counsel for the Company and do not represent the Contractor's interest.

IN WITNESS WHEREOF, the undersigned have set their hands and seals as of the Effective Date.

Witnesses:

Signature: _____
JASSIN JOURIA, M.D.

DANNY CARBECAN

Witnesses:

Elite Professional Education, LLC

EMMA VARLAS

By:   Michelle Franchi
      Printed Name

Its:   General Manager
       Title

{040008-008 : HVARG/HVARG : 01564928.DOC; 1}          7

IR-CE-00019920

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 007

| From: | Jassin Jouria |
|---|---|
| To: | Sarah Campbell |
| Subject: | Re: Course Author |
| Date: | Friday, October 24, 2014 3:45:06 PM |

Sounds great. I will check in at the beginning of next year!

Thanks, Sarah.

-Jassin

On Friday, October 24, 2014 6:34 PM, Sarah Campbell <sarah.campbell@netce.com> wrote:

Dr. Jouria,

Thank you for checking in. We are working diligently on your additional courses (still in development) and hope to have several more published in the coming weeks and months. Now, our focus is on the GERD course, which may be featured in an upcoming mailing.

In regards to new projects, our development schedule is full for the remainder of the year, but if you would like to check back in the new year, we can definitely discuss upcoming contracts or subjects. In the meantime, please feel free to contact me at any time if you have any questions or if you would like to check on the status of your courses.

Sincerely,
Sarah Campbell
Director of Development

NetCE
1482 Stone Point Drive
Suite 120
Roseville, CA 95661
(916) 783-4238 ext. 124
(800) 232-4238

fax: (916) 783-6067
email: development@netce.com

www.netce.com

From: Jassin Jouria [mailto:jassinjouria@yahoo.com]
Sent: Tuesday, October 07, 2014 12:42 PM
To: Sarah Campbell
Subject: Course Author



EXHIBIT
40

Dear Director of Development,

I have been trying to contact Ms. Sarah Campbell regarding some courses I have authored for

NetCE. I believe that some courses are still pending publication, and I wanted to get a status update on them, if possible. I may have an outdated email address.

Also, I am inquiring if there is a need for any additional courses, as I am interested in writing on additional topics.

Please let me know if you have any questions, or concerns.

Give my best to Ms. Campbell.

Regards,

-Jassin Jouria, MD

NETCE0024199

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 011

8/4/2017                                                          Print

**Subject:**   Re: Letter from NetCe Attorney

**From:**   William Cook (wmcookphd@ce4less.com)

**To:**   jassinjouria@yahoo.com;

**Date:**   Friday, October 16, 2015 3:32 PM

Hi Jassin,

  Yes, they were taken down within 24 hours.

Best,

Will

On Fri, Oct 16, 2015 at 1:22 PM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
  Hi Will,

  My attorney is asking if NurseCE4less.com took down the courses in question within 72 hours of receiving notice from NetCE.

  He affirms that NetCE will have no power to litigate against NurseCE4less should that be the case.

  Thank you,

  Jassin


  Sent from Yahoo Mail on Android

**From:** "William Cook" <wmcookphd@ce4less.com>
**Date:** Fri, Oct 9, 2015 at 2:44 PM
**Subject:** Re: Letter from NetCe Attorney

Hi Jassin,

  We are going to need the same courses re-written. We have removed those courses from the accounts of customers who have purchased them. I would of course like to replace them as soon as possible so I don't have to write refund checks for each course.

Thanks,

Will

On Fri, Oct 9, 2015 at 11:01 AM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
  Hi Will,

  Also, I do not think the Head Trauma course should be included in their "copyright" issue. I sold them a course on Traumatic Brain Injuries, a distinctly different course, If I remember correctly. The Head trauma course was part of a unique series on Trauma for NurseCe4Less.

**EXHIBIT**

**47**

Print

The remaining courses, while different, are based on the same research I provided to them - So I understand their position.

Thank you,

-Jassin

On Friday, October 9, 2015 11:42 AM, William Cook <wmcookphd@ce4less.com> wrote:

Hi Jassin,

   I have just asked Susan if she would like courses on similar topics.  I just had a meeting with my attorney and copyright/intellectual property attorneys.  They are going to call the NetCe attorney regarding the status of their demands.

Best,

Will

On Fri, Oct 9, 2015 at 8:56 AM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
   Hi Will,

   Thank you for that info. NetCE now advises that they want rights to publish those courses, after initially refusing/not planning to do so. Because they are claiming copyright infringement, my attorney suggested I settle it in the most efficient manner possible.

   I no longer want to write for them. I do, however, want to continue writing for you. While I clear this all up, I am willing to re-write all new courses for you to replace the "copyrighted" courses claimed by NetCE. I can either re-write all of those same courses, or supply you with completely new courses (topics).

   They originally requested that I write those courses, to which I agreed. After submission, I offered them several opportunities to publish/edit those courses and they never advised of their motive.  That is why offered to sell them to NurseCE4Less.

   I apologize for the incovenience, Will. Please let me know what is best/easiest for you.

   Thank you,

   -Jassin

On Thursday, October 8, 2015 1:23 PM, William Cook <wmcookphd@ce4less.com> wrote:

Hi Jassin,

   Here are the courses and amounts paid:

8/4/2017

|  | Print |
|---|---|
| Head Trauma | 3900 |
| Antimicrobial Pharma Part 1 | 1625 |
| Antimicrobial Pharma Part 2 | 1600 |
| Antimicrobial Pharma Part 3 | 1200 |
| Antimicrobial Pharma Part 4 | 3200 |
| Cardiovascular Pharmacology Pt 1 | 2000 |
| Cardiovascular Pharmacology Pt 2 | 1600 |
| Cardiovascular Pharmacology Pt 3 | 1800 |
| Lymph Nodes & Cancer: Part 1 | 2000 |
| Lymph Nodes & Cancer: Part 2 | 2000 |
| | |
| Total | 20925 |

On Thu, Oct 8, 2015 at 8:05 AM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
Hi Will,

Would you happen to have an invoice for the 4 courses I sold to NurseCE4less that NetCE purports has copyrights on?

I have to disclose my earnings for those courses, even though they are not publishing them.

Thank you,

Jassin

Sent from Yahoo Mail on Android

From:"William Cook" <wmcookphd@ce4less.com>
Date:Wed, Oct 7, 2015 at 9:16 AM
Subject:Re: Letter from NetCe Attorney

Hi Jassin,

   What is the latest on the NetCe situation?  I just received another letter from their attorney.

Best,

Will

On Mon, Sep 21, 2015 at 9:59 AM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
Hi Will,

My attorney advised me that I should be filing a complaint against them...so we did.

We are filing a complaint that I was not hired as an author for them, only as a subject matter expert and it was their responsibility to ensure that the research and text I provided them was used for their team of authors.

I will keep you posted.

Print

I can also give you my attorney's information if you would like.

Thank you,

Jassin

Sent from Yahoo Mail on Android

**From:**"William Cook" <wmcookphd@ce4less.com>
**Date:**Mon, Sep 21, 2015 at 10:34 AM
**Subject:**Re: Letter from NetCe Attorney

Hi Jassin,

What is the status of the copyright issue with NetCe?

Best,

Will

On Fri, Sep 11, 2015 at 7:39 PM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
I completely understand, Will. It may be easiest to put those courses on hold for now until all of this is cleared up. I apologize for the inconvenience, and again I am happy to make up any and all courses that you are not able to use.

Thank you, Will.

Jassin

Sent from Yahoo Mail on Android

**From:**"William Cook" <wmcookphd@ce4less.com>
**Date:**Fri, Sep 11, 2015 at 6:41 PM
**Subject:**Re: Letter from NetCe Attorney

Hi Jassin,

I value our working relationship also.  My concern is that they are saying that they own these courses and expect me to provide sales numbers generated by those courses.  I am not happy with the prospect of having to hire an attorney to deal with this and their demands.

Will

On Fri, Sep 11, 2015 at 4:14 PM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
I understand Will.

To be honest, I'm not certain if the courses are rejected.

In the meantime, my attorney is clearing it all up.

I value the working relationship I have with you, and I am willing to write 4 new courses for NurseCE4less in case you decide it's best to remove those courses.

Print

Thank you,

Jassin

Sent from Yahoo Mail on Android

**From:**"William Cook" <wmcookphd@ce4less.com>
**Date:**Fri, Sep 11, 2015 at 6:02 PM
**Subject:**Re: Letter from NetCe Attorney

Hi Jassin,

  I am a bit confused where this leaves NurseCe4Less with
those courses. I see they haven't published them but say they
are the copyright holder for articles you submitted to NetCe
unless they rejected the courses. Did they reject these? At this point, I
need to know if I need to remove those courses from the website.

Will

On Fri, Sep 11, 2015 at 3:31 PM, Jassin Jouria <jassinjouria@yahoo.com> wrote:
  Hi Will,

My attorney is handling those allegations. In short, they are upset that I used the
same research for those courses, even though they are different courses. I even
offered to re write those courses for them, to no avail.

I was hired as a subject matter expert for them years ago and provided the research
needed for their team to author courses with my research.

My attorney advised me to file suit and we are serving them an official litigation.

Please let me know if you have any questions.

Thank you,

Jassin

Sent from Yahoo Mail on Android

**From:**"William Cook" <wmcookphd@ce4less.com>
**Date:**Fri, Sep 11, 2015 at 5:24 PM
**Subject:**Letter from NetCe Attorney

Hi Jassin,

  I just received this letter from NetCe's attorneys for
4 courses you provided NurseCe4Less. I would imagine
that you have heard from them also.

    What is the status of these courses?

Best,

Will

# Traumatic Brain Injury

## ABSTRACT

Traumatic brain injury can be defined as structural damage or functional deficit of the brain due to any external/physical force. The extent of injury may vary from mild contusion to structurally unrecognizable but devastating diffuse axonal injury or a big hematoma compressing the brain structures. It is so important to recognize the deteriorating neurological functions in a timely manner so as to prevent substantial morbidity or even mortality of the patient. A wide variety of neuroimaging studies are available to accurately diagnose traumatic brain injury and provide the suitable management. It has been shown that there is a potential effect of brain injury in causation of neurodegenerative disorders late in life. This article will discuss the traumatic brain injury in detail beginning from basic medical knowledge of epidemiology, etiopathology, clinical features to advanced diagnosis and treatment modalities. There will an emphasis on consequences and prevention of traumatic brain injury at the last.

## LEARNING OBJECTIVES

After finishing the course material, the learners will be able to:

1. Identify the epidemiology of traumatic brain injury.
2. Define the etiology and mechanisms of traumatic brain injury.
3. Classify the brain injuries according to different mechanisms of causation.
4. Recognize the most common signs and symptoms of various types of brain injuries.
5. Explain the pathophysiology of traumatic brain injury.
6. Assess the severity of brain injury based on Glassgow Coma Scale.
7. Compare the effectiveness of various imaging modalities in brain injury diagnosis.
8. Evaluate the various treatment options of traumatic brain injury with regard to indication, efficacy, and adverse effects.
9. Explain the early and late consequences of traumatic brain injury.
10. Employ the methods for educating people to prevent future problems related to traumatic brain injury.

## OUTLINE

I.     Introduction
    A. Epidemiology
    B. Etiology
II.    Mechanisms
III.   Classification
    A. Primary
    B. Secondary
IV     Pathophysiology
IV.    Signs/Symptoms


DEPOSITION
EXHIBIT
50
PENGAD 800-631-6989

V.      Diagnosis
        A   Clinical History
        B   Physical Exam
        C   Investigations
VI.     Treatment
VII.    Prognosis
VIII.   Consequences
        a.   Early Consequences
        b.   Late Consequences
IX.     Prevention
X.      Conclusions

**INTRODUCTION**

Traumatic injury of the head and brain has been a serious issue for humankind since the dawn of civilization. Even early writings in neurosurgery describe maintenance of head injury. The brain is a partially solid structure that weighs approximately 3 lbs. and utilizes around 80% of the body's total volume consumption of oxygen [1]. The brain contains our identity, which directs movement and thought [2]. The brain is covered with three tough membranes that are called meninges. Resting inside the cranium, the brain is cushioned by cerebrospinal fluid, which protects the gray matter from being harmed. However, when external force is applied, an alteration in brain function may result. This external force may take the form of an insult such as an acceleration that is followed by deceleration, a penetrating injury, or an explosive blast. In these instances, the meninges no longer have the ability to protect the brain and the brain slams against the skull. This leads to the development of contusions, swelling, or subdural hematoma. The alteration in brain function is referred to as traumatic brain injury (TBI) [3].

Clinicians like to use the analogy of an egg to explain how damage may occur to the brain, even when there is little to no outward sign of damage: the shell of the egg - in this case the cranium - may remain intact, but the yolk of the egg - in this case the brain - is violently displaced as it is thrown within the white of the egg, or the cerebral spinal fluid.

TBI occurs most commonly after a sudden blow or shock to the head [4]. There are 3 primary mechanisms of TBI injury: blunt, penetrating, and blast [5]. TBI may be mild, moderate, or severe. Severity is often first determined by an initial exam that includes assessment on the Glasgow Coma Scale, and assessment of the cranial nerve reflexes, which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, and gag reflex, and a motor examination. An exam is also done to assess for concurrent cervical spine injury. More advanced assessment techniques, such as CT and MRI are utilized to assess TBI insults as injury progresses.

There are two classifications of TBI: primary insults and secondary insults. The primary insult occurs at the moment of impact. The secondary insult consists of the complications that result from the primary insult. For example, the primary insult may consist of the shift in brain tissues

that results from a blow to the head [3]. The secondary insult may then consist of the gradual swelling that occurs in the injured brain.

While TBI may seem isolated, and trauma confined to the head, it is in fact a complex, chronic, and dynamic process that requires consistent attention as associated affected body systems are managed [6, 7]. Additionally, TBI presents differently and must be treated differently in different populations. Neonates, children, and geriatric populations present in different ways and must be treated differently in neurosurgical units for both mild and severe TBI.

## EPIDEMIOLOGY AND ETIOLOGY

TBI is the leading cause of morbidity and mortality after trauma and presents as the leading world-wide cause of morbidity and mortality in individuals under 45 years of age [8]. TBI represents more than half of the trauma related deaths in the United States [9]. However, mortality from TBI has improved significantly over the past 2 decades as a result of improvements made in neurosurgical care, avoidance of serious comorbidities that can occur inpatient, and interventions in the public safety sector [10].

The estimated annual incidence of TBI in the United States is around 1.7 million occurrences, with about 506 cases per each 100,000; this estimate doesn't take into consideration TBI sustained by patients evaluated at military hospitals or Veterans affairs, or those who are undiagnosed because they choose not to seek treatment [11]. Disclosed occurrence of TBI is greater in developing nations; this has largely been attributed to increased rates in motor vehicle injuries [12].

In the United States, major risk factors associated with TBI are age, gender, and quality of insurance. While the most common causes of TBI are falling, motor vehicle accidents, being hit by an object, and assault, age makes a difference when it comes to prevalence of injury. TBI is a common cause of acquired childhood disability [13], with various contributing factors. Across the board, the greatest contributor to TBI injuries, emergency room visits, and hospitalizations in the U.S. is falling [14], with the most frequent injuries occurring in those under 4 years of age or over 75 years of age [15]. The greatest contributor to TBI injuries in individuals 15 to 24 years of age is motor vehicle accidents. Motor vehicle accidents also have the highest mortality rate associated with TBI [15]. In the pediatric population, major causes of TBI vary by age. In infants, inflicted TBI is the major cause of TBI [16]. In toddlers, falling is the major contributor to TBI [17]. In older children and adolescents, motor vehicle accidents are the main cause of TBI [15].

Gender also matters. Males are twice as likely to suffer a TBI as were females [15]. Additionally, uninsured or publicly insured patients were twice as likely to suffer TBI when compared with privately insured patients.

In the United States, of the 1.1 million individuals who suffer TBI each year and are evaluated in the emergency room, 50,000 die. Children 14 years of age and younger account for more than 2,600 deaths, and children between the ages of 0 - 4 and 15 – 19 have the highest percentage of visits to the emergency room as a result of TBI. Adults older than 75 years of age have the highest percentage of hospitalizations and death as a result of TBI [9].

Initial evaluation of severity of TBI is similar to the initial evaluation done on all trauma patients. The initial exam includes assessment on the Glasgow Coma Scale, and assessment of the cranial nerve reflexes, which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, and gag reflex, and a motor examination. An exam is also done to assess for concurrent cervical spine injury. From there, practitioners must be alert for ever-evolving secondary insults, injuries that may include hypotension, anemia, hypercapnia, hypocapnia, hypotension, intracranial hypertension, lesions that work to compress unaffected tissues, cerebral edema, and hypoxia.

**Epidemiology of Mild Traumatic Brain Injury**

Ninety percent of TBIs are considered mild, with infrequent intracranial complications that are either life threatening (10% of cases) or require neurosurgical intervention (1% of cases) [18, 19]. Approximately 275,000 hospital evaluations occur every year in the U.S. for nonfatal TBI. A concussion is considered a mild TBI. One study [20] on concussions in sports reported that 30% of high school football players indicated that they had suffered at least one concussion previously; 15% of players indicated that they had suffered a concussion during the present football season.

There are approximately 1.12 million mild TBIs each year in the U.S. However, number may be underestimated, as many individuals who sustain mild TBI do not seek medical attention after being injured and are therefore not evaluated in the emergency room or admitted into the hospital [21].

**MECHANISMS**

Understanding the mechanism of injury is essential for proper treatment. This offers several essential opportunities to the caregiver: the first is the opportunity to be assured that no aspect of the initial injury has been overlooked or missed [5]; the second is the opportunity to avoid potential complications secondary to the primary insult.

There are 3 primary mechanisms of TBI injury: blunt, penetrating, and blast. However, it is the conveyance of energy to brain tissue that causes the subsequent damage. This conveyance may be summarized as follows:

$$KE = M/2 \times V^2$$

in which KE = kinetic energy; M = mass; and V = velocity.

Source: [5]

**Blunt Trauma**

Blunt traumatic injury is the most common cause of TBI. Blunt trauma frequently results from motor vehicle accidents, bicycle or motorcycle accidents, falls, sporting accidents, or assaults. Motor vehicle accidents account for 50% of all blunt traumatic injuries. This number includes accidents that consist of motor vehicles, motorcycles, bicycles, and motor vehicle and pedestrian

collisions [5]. Motor vehicle accidents are frequently covered by private insurance, a factor that may determine where an individual ends up when discharged for follow-up treatment [22]. This factor may also determine if the individual receives extra services or additional follow-up care.

Determining force of impact in blunt traumatic injury, particularly in motor vehicle accidents, helps practitioners predict severity of injury, short and long term consequences, and probable prognosis. In motor vehicle accidents, force is determined by 5 different factors: mass x acceleration, direction, duration, and rate. To give an example: If an unrestrained passenger is thrown from an automobile traveling at 30 mph, this is the same force of impact as if that person fell from a 3 story building.

Severity of injury and subsequent prediction of consequences can be determined by the percentage of impact the passenger absorbs. For instance, in a motorcycle accident, the passenger absorbs 100% of the force of impact. TBI in motorcycle accidents causes 75% of all correlated deaths. However, if the passenger wears a helmet, risk of death declines, because the passenger will absorb a lower force of impact in the event of an accident.

Similarly, if passengers in automobiles wear safety belts, or are riding in automobiles equipped with air bags, the risk of death declines, because the passenger will absorb a lower force of impact in the event of an accident than they would have if they had hit a windshield or a seat unrestrained.

It is important for practitioners to know if incoming patients with TBI were in accidents with or without restraining devices.

**Penetrating Trauma**

Penetrating traumatic injury is the result of a blunt sharp object penetrating the skull. The brain is then exposed and the object enters the brain. While force of impact is a factor in severity of injury in penetrating trauma, factors such as point of entry and angle and depth of entry must also be considered when determining extent and severity of injuries.

The highest number of deaths related to penetrating TBI is attributable to gunshot wounds. Practitioners are well served in having basic knowledge of ballistics and kinematics. Put simply, ballistics deals with the flight mechanics of objects such as bullets. Kinematics in human motion deals with the study of human positioning, angles, and velocity in various body segments [23]. In treating gunshot wounds, these sciences may be used to determine extent and severity of injury by first determining flight, force, and motion.

Three factors that determine the extent of injury in gunshot wounds are frontal area, velocity, and distance. The frontal area is the surface area of the bullet where it strikes an object. Velocity refers to speed and is key in the general extent of the injury. Higher velocity means higher energy, which translates into higher force of impact. What this essentially translates into is that a small caliber bullet traveling very fast can do more damage than a large caliber bullet traveling slowly, and high velocity weapons do more damage than medium velocity weapons. Therefore, velocity in an injury is an important consideration for practitioners. Finally, distance refers to how far away the victim was from the weapon that caused the damage. When there is great distance between the victim and the weapon, there has been opportunity for air resistance to decrease the velocity of the bullet, which decreases energy and therefore descreases the

subsequent force of impact. This means that knowing the approximate distance between the victim and the weapon is important for practitioners in determining extent and severity of injuries, as well as determining potential secondary complications.

## Blast Trauma

Blast traumatic injury results from a combination of blunt and penetrating force injuries and is becoming more common. Blast traumatic injury is frequently seen in soldiers returning from war zones. Blast trauma that is directly linked with TBI may be classified as:

1. Primary trauma with associated barotraumas and ambient pressure with ensuing blast waves that results in concussion, gaseous embolisms, diffuse axonal injuries, infarction, and subdural hematomas.
2. Secondary trauma (penetrating injury) with penetration of the brain by projectile fragments as a result of blast waves.
3. Tertiary trauma (impact injury); injury that results from ejection or blast wind velocity to nonmoving objects [24]

Understanding the mechanics of blast traumatic injury is important for practitioners so they can understand how to care for patients who have suffered these traumas.

## CLASSIFICATION

TBI injury may be classified as either primary or secondary. TBI is also classified by severity of injury.

### Primary Insults

The primary insult in TBI occurs at the moment of impact. The primary insult is the initial physical displacement of the brain tissue [3]. When the impact occurs, the extent of injury may be determined by the extent to which cerebral perfusion pressure (CPP) is adequately maintained. This is gauged by examining autoregulation of cerebral blood flow (CBF), which is roughly estimated through calculating CPP by taking the difference between the mean arterial pressure (MAP) and intracranial pressure (ICP). Cerebral blood vessels autoregulate and maintain the desired CBF by constricting and dilating in response to changing physiologic conditions. However, in the event of trauma, autoregulation and CBF are frequently disrupted.

When there is direct tissue damage that leads to dis-regulation of cerebral blood flow, metabolism is in turn disrupted, which results in anaerobic metabolism. Anaerobic metabolism does not provide sufficient cell energy; therefore, this in turn leads to the depletion of ATP stores and the membrane ion pump fails, as it is dependent on cellular energy. When the membrane ion pump fails, there is mass membrane depolarization and a release of a tide of excitatory neurotransmitters. This in turn incites generation of free radicals. These events cascade and lead to necrotic cell death, which then incites secondary insults. The extent of change to these aspects is directly correlated with clinical outcome [1].

Immediate cell death is the result of the primary injury, and this damage to the brain tissue is irreversible [25]. This is why many treatments focus on the inhibition of secondary insult cascades to protect the integrity of the remaining neurological architecture.

**Secondary Insults**

Neurological damage does not happen all at once and at the moment of impact. The damage also evolves afterward in a cascade of secondary insults, or injuries. Secondary brain insults are the leading contributor of in-hospital death post-TBI [26].

The secondary insult consists of the complications that result from the primary insult. Secondary insults evolve more slowly than primary insults. Secondary injuries are both the result of severity of the primary injury and may contribute to the worsening of the outcome of the primary injury. Additionally, the type and degree of the secondary injury is a major deciding factor in the final clinical outcome [1].

Secondary insults can be either extracranial or intracranial [27]. Examples of extracranial secondary insults are hypoxia, hypothermia, hyperthermia, and hypotension. These conditions can be very serious. For example, in adults, hypotension is determined to be a single measure of systolic blood pressure below 90 mm Hg. In individuals having sustained severe TBI, a single episode of hypotension post-trauma was associated with doubled risk of mortality and increased risk of morbidity [27]. Examples of intracranial secondary insults are intracranial hypertension, lesions that work to affect unaffected tissues, and cerebral edema. Secondary insults may have extreme adverse effects should they occur either pre-hospital or in hospital, and practitioners should watch for occurrence of these injuries.

**Severity.**

Severity is a general classification approach to TBI. Clinically, this general categorization of severity is made based on the Glasgow Coma Score [28]. There are several important things to remember when categorizing severity of injury. The first is that extenuating circumstances and patient history may affect the Glasgow Coma Score. Early responders and physicians need to take into account factors such as previous TBI injury, medications the patient may be taking, sedation, and ventilation. These are only several of the factors that must be considered. Secondly, the Glasgow Coma Scale utilizes a hard differentiation into mild, moderate, and severe injury, which is an artificial differentiation. Practitioners must use caution when approaching this differentiation and keep in mind that each injury and patient is unique, and the injuries fall along a continuum. The conclusion is that classification of TBI injury as based on severity is complex and multidimensional.

## PATHOPHYSIOLOGY

**General Pathophysiology**

One signature characteristic of TBI is diffuse axonal injury, which occurs as a direct result of the trauma [29]. Diffuse axonal injury results from rotational forces that are in play during traumatic impact. This is an example of a primary insult. There is direct tissue damage that leads to dis-regulation of cerebral blood flow and disrupted metabolism, which results in anaerobic metabolism. Anaerobic metabolism does not provide sufficient cell energy; therefore, this in turn leads to the depletion of ATP stores and the membrane ion pump fails; there is then mass membrane depolarization and a release of a tide of excitatory neurotransmitters. This in turn incites the generation of free radicals. These events cascade to form a perfect storm that leads to necrotic cell death. This then leads to secondary insults that may include conditions such as

hypotension, anemia, hypercapnia, hypocapnia, hypotension, intracranial hypertension, lesions that work to compress unaffected tissues, cerebral edema, and hypoxia.

## Specific Pathophysiology

### Cerebral Blood Flow

The extent of severity of injury may be determined by the extent to which cerebral perfusion pressure (CPP) is adequately maintained. This is gauged by examining autoregulation of cerebral blood flow (CBF), which is roughly estimated through calculating CPP by taking the difference between the mean arterial pressure (MAP) and intracranial pressure (ICP). Cerebral blood vessels autoregulate and maintain the desired CBF by constricting and dilating in response to changing physiologic conditions. However, in the event of trauma, autoregulation and CBF may be disrupted.

The Brain Trauma Foundation offers guidelines for managing CPP in patients who have suffered severe TBI. It is recommended that CPP be maintained at over 60 mm Hg in these patients, as it has been shown that a very low CPP carries a significant risk of cerebral ischemia, which in turn triggers a cascade of damaging pathophysiological processes that threaten the integrity of brain structures [30].

### Cerebrovascular Autoregulation

After TBI occurs, autoregulation of CBF – meaning cerebrovascular constriction or dilation that occurs in response to either increases or decreases in CPP – is impaired or entirely destroyed in most patients [31]. Defective autoregulation of CBF may present itself immediately after the trauma or it may develop over time, and it is either transient or persistent in nature irrespective of the severity of the damage caused.

Additionally, autoregulatory vasoconstriction appears to be more resistant than does autoregulatory vasodilation. This indicates that patients may be more sensitive to damage from lower rather than higher CPPs.

### Cerebral Vasospasm

An important secondary insult that decides patient outcome [32] is post-traumatic cerebral vasospasm, which occurs in over one-third of TBI patients. Vasospasm indicates severe brain damage.

Onset varies from day 2 to day 15 and hypoperfusion typically occurs in 50% of patients that develop vasospasm.

### Cerebral Metabolic Dysfunction

It is widely known that the brain endures a metabolic crisis post-TBI [33]. This is typical of a post-trauma state, as cerebral metabolism and energy are often reduced after TBI [34]. The degree of reduction or failure of metabolism directly relates to the severity of the primary insult, and outcome is worse in patients with lower metabolic rates as compared to patients with minor or no cerebral metabolic dysfunction [35].

An alternative event, hypermetabolism, may also occur [33]. This event is driven by the brief ionic fluxation of the transmembrane with consecutive neuroexcitation that are not sufficiently met by increases in CBF. This failure supports the cascade of secondary ischemic injury.

**Cerebral Oxygenation**

A characterizing quality of TBI is the imbalance between the delivery and consumption of cerebral oxygen. This mismatch is induced by several vascular and hemodynamic mechanisms, but the common endpoint to be discussed is tissue hypoxia.

The critical threshold of oxygen pressure, as measured in the brain tissue of patients suffering from TBI, is 15–10 mm Hg PtO2 [36]. Below this threshold, infarction of the neuronal tissue occurs. Consequently, the extent and duration of tissue hypoxia correlates with outcome.

However, it is important for practitioners to note and keep in mind that deprivation of oxygen to the brain with secondary brain damage may occur even with normal CPP or intracranial pressure (ICP) [37].

**Edema**

Edema formation is a frequent occurrence after TBI. Brain edema is related to structural damage or osmotic imbalance prompted by the primary or secondary insult.

- Vasogenic brain edema:
  - o Caused by autodigestive or mechanical disruption or the breakdown of the endothelial cells of the brain. This allows for uncontrolled ion and protein transfer from the intravascular brain to the interstitial brain, which prompts water accumulation and increases extracellular space [38].
- Cytoxic brain edema:
  - o The characterizing factor of this edema is the intracellular accumulation of neurons, astrocytes, and microglia. This occurs irrespective of the vascular endothelial cell wall, and is caused by increased membrane permeability, the failure of the ionic pump as a result of energy depletion, and reabsorption of osmotically active solutes [37].

Both vasogenic and cytoxic edema relate to increased ICP and secondary ischemic insults [39].

**Inflammation**

TBI prompts an array of immunological and inflammatory tissue responses. Both primary and secondary insults prompt the release of free radicals, pro-inflammatory cytokines, and prostaglandins.

**Necrosis and Apoptosis**

There are two different types of cell death that can occur after TBI. One is necrosis, which is the localized death of cells due to an injury. The other is apoptosis, or the programmed death of a cell.

Necrosis occurs as a response to major mechanical or ischemic hypoxic tissue damage associated with an excessive release of excitatory amino acid neurotransmitters, which is also accompanied by metabolic failure. Phospholipases, lipid, and proteases subsequently autolyse the membrane and the resulting cell debris is perceived to be an antigen that is then removed by inflammatory process. Scar tissue is subsequently left in its place.

In apoptosis, neurons are intact during the period immediately following trauma and have adequate ATP production. However, apoptosis becomes apparent hours or even days after the primary injury. This occurs because apoptosis is an immunological response that occurs in reaction to perceived immune threat [40]. Immune threat may occur when cells are damaged, and therefore programmed cell death occurs to eliminate damaged cells.

**Pathophysiology of TBI in Geriatric Populations**

Patients in geriatric populations experienced similar injury patterns as those patients in younger populations post-TBI. However, there are key differences in pathophysiology [41], and there is still much to be learned about how age affects outcomes.

The older brain often displays atrophy that progresses with age. In smaller sized brains, bridging veins must travel greater distances, and the fragile nature of these veins in aging patients makes the population more prone to venous tears and subdural hematomas post-trauma. Additionally, brain tissue undergoes a process of long-term atrophy that progresses post-TBI, which may further accelerate the atrophy. This process is affiliated with aging [42, 43, 44].

The effects of cerebral edema are elevated intracranial pressure and decreased cerebral perfusion pressure. On the cellular level, excitotoxicity may result in neuronal and astrocyte swelling that is secondary to the flow of sodium and chloride as well as the overflow of excitatory amino acids [45, 46, 47]. Excess excitatory acids also lead to increased intracellular calcium, which in turn leads to the production of free radicals. This subsequently leads to oxidative damage to DNA and cell membranes that will ultimately result in cell death [48]. Vulnerability to glutamate mediated oxidative harm to DNA and cell membranes becomes more likely as age advances [46, 49]. This means that geriatric patients are more likely to have larger amounts of cell death post-TBI.

Endocrine:

Endocrine disorders typically occur secondary to pituitary gland dysfunction and are quite common post-TBI [50, 51]. These disorders can negatively affect patient cognition and contribute to poor outcomes. For example, many individuals with TBI will develop hypothyroidism, chronic growth hormone deficiency and hypogonadism. All of these disorders may occur with aging, but they are all also especially common within the geriatric population post-TBI. Therefore, it is essential for practitioners to examine laboratory values on a routine basis in elderly patients to check to see if hormone replacement is needed [52] to help maximize recovery.

The sex hormones and sex play a complicated role in neurological protection in TBI. Literature suggests that female sex hormones may abate oxidative damage [53] as well as lesson the cascade of secondary injuries that occur early post-TBI [54]. Additionally, evidence shows that progesterone may improve outcomes and mortality post-TBI by affecting vascular remodeling

and restoring the blood brain barrier [55, 56, 57]. Estrogen therapy may provide neurological protection in both men and women [56, 57].

There is a known neuroprotective component of sex hormones on TBI pathophysiology; however production of endogenous gonadal hormone is drastically reduced post-TBI. Connected to less favorable outcomes is the fact that with older age hormone production via extragonadal sources increases [46]. Therefore, practitioners must carefully monitor patients placed on hormone therapy, and secondary injury markers should be observed closely.

Chronic hypogonadism is a common occurrence and has a negative impact on cognition and on outcome [58].

Neurodegeneration:

Chronic nerve degeneration occurs after TBI in geriatric populations in relation to cerebral atrophy, and the accelerated development of the markers associated with aging and dementia. Additionally, progressive cognitive decline is frequently seen specifically within geriatric populations post-TBI [42].

Alzheimer's disease, dementia and TBI:

TBI is considered a risk factor for the development of Alzheimer's disease. There is a positive correlation between increasing severity of injury and the increased risk of developing Alzheimer's disease [59, 60]. There are marked histological similarities between Alzheimer's disease and TBI, which include the presence of neurofibrillary tangles and amyloid beta plaques [59, 60]. Additionally, the accumulation of amyloid beta substrate proteins within damaged axons is typical to both Alzheimer's disease and TBI. Those who are carriers of the apolipoprotein epsilon 4 (APOE 4) allele have a higher risk of developing Alzheimer's. Research indicates that those who are carriers of the APOE 4 who also suffered TBI sustained more severe cognitive deficiencies as well as an increased likelihood of further developing dementia. Additionally, they may have an overall recovery rate that is slower than that of patients without the allele [60, 61]. This has compelling implications for continuing dysfunction in aging patients.

Parkinson's disease and aging, and TBI:

Research indicates that individuals who have sustained TBI may be at greater risk for developing Parkinson's disease [62, 63]. This is a specific concern for aging patients as those in geriatric populations are more likely to suffer repeated head trauma or multiple falls. Additionally, individuals with Parkinson's disease are at increased risk for suffering TBI secondary to their increased risk of falling.

Such patients may be at risk for more unfavorable secondary outcomes affiliated with depleted dopamine (DA) neurotransmitter systems that occur with Parkinson's disease [64]. Post-TBI changes occur in CNS-DA levels that are secondary to multiple mechanisms [65, 66]. Long-term changes in the dopamine transporter, as well as changes in other dopamine system proteins are seen in the cortex and striatum. These changes are attended by changes in postsynaptic secondary signaling and presynaptic dopamine synthetic enzymes post-TBI [67]. In the normal course of advancing age, the concentration of dopamine transporter within the basal ganglia ebbs. This occurs more quickly in individuals with Parkinson's disease.

Patients with Parkinson's disease commonly need frequent increases in medication dosage in acute and sub-acute time periods post-TBI. Geriatric patients also frequently present with symptoms seen in Parkinson's disease, even if they did not have these symptoms pre-TBI.

## SIGNS/SYMPTOMS

### Glasgow Coma Scale

The Glasgow Coma Scale is the major scale for determining extent and severity of insult, and for determining the depth and duration of coma, as based on verbal performance, motor responsiveness, and eye opening to the appropriate stimuli. The GCS offers practitioners the opportunity to gauge the impact of damage related to the primary insult as well as ongoing and evolving damage as secondary insults present themselves. The scale is as follows:

Eye Opening Response:

4 Spontaneous – open with blinking

3 To verbal stimuli, command, or speech

2 To pain only

1 No response


Verbal Response:

5 Oriented

4 Confused conversation, but with the ability to respond to questions

3 Inappropriate words

2 Incomprehensible speech

1 No response


Motor Response:

6 Obeys commands for movement

5 Movement with purpose in response to painful stimuli

4 Withdrawal from painful stimuli

3 Flexion in response to painful stimuli

2 Extension in response to painful stimuli

1 No response

The total score is then calculated by adding the individual scores from eye opening response, verbal response, and motor response and head injuries are classified as follows: A GCS score of 13 – 15 signifies minor head injury; a GCS score of 9 – 12 signifies moderate head injury; and a GCS score of ≤ 8 signifies severe head injury.

Source: [68]

A patient is considered comatose if he or she has a GCS of 3 – 8, has no eye opening, no verbalization of words, and does not have the ability to follow commands.

**Glasgow Coma Scale – Modified for Pediatrics**

Children who have suffered TBI must be treated differently than adults. The Glasgow Coma Scale has also therefore been modified for the evaluation of children and is scaled based on the age of the child, as follows:

EYE OPENING:

≥1 year:

4 Spontaneously

3 To verbal command

2 To pain

1 No response


0 – 1 year:

4 Spontaneously

3 To shout

2 To pain

1 No response


BEST MOTOR RESPONSE:

≥1 year:

6 Obeys

5 Localizes pain

4 Flexion withdrawal

3 Flexion abnormal

2 Extension

1 No response


0 – 1 year:

5 Localizes pain

4 Flexion withdrawal

3 Flexion abnormal

2 Extension

1 No response


BEST VERBAL RESPONSE:

>5 years:

5 Oriented and converses

4 Disoriented and converses

3 Inappropriate words

2 Incomprehensible sounds

1 No response


0 – 2 years:

5 Cries appropriately, smiles, coos

4 Cries

3 Inappropriate crying or screaming

2 Grunts

1 No response


2 – 5 years:

5 Appropriate words and phrases

4 Inappropriate words

3 Cries or screams

2 Grunts

1 No response

The total score is then calculated by adding the individual scores from eye opening, best motor response and best motor response. A GCS score of 13 – 15 signifies minor head injury; a GCS score of 9 – 12 signifies moderate head injury; and a GCS score of ≤ 8 signifies severe head injury.

Source: [69]

### Assessing Signs and Symptoms in Mild TBI

While mild TBI may also be assessed utilizing the GCS, patients who sustain mild TBI are more likely to either have a GCS of 13 -15, or they are unlikely to score on the GCS at all.

Symptoms of patients with mild TBI may still be assessed on a scaled system however. One such system is the Post-Concussion Symptom Scale (PCSS), which is designed to identify common mild TBI symptoms across 4 categories: cognitive, physical, emotional, and sleep [70]. Each symptom is rated from 0 – 6, as follows:

0 no symptoms

1 minor symptoms

2 annoying symptoms

3 moderate symptoms

4 more significant symptoms

5 intense symptoms that are disruptive to basic functioning

6 unbearable symptoms

It is recommended that the PCSS be administered to patients in addition to gathering a detailed patient history. Further, it is recommended that the PCSS be administered to patients repeatedly over the 72 hours immediately following the injury to assess worsening of symptoms and potential cascade of secondary insults [70].

### Signs/Symptoms Following TBI

It is not unusual to have symptoms following TBI. There are symptoms that are common following TBI. These include dizziness, headache, anxiety, emotional or physical problems, and fatigue [71]. The symptoms generally occur immediately or manifest within days post-TBI.

These symptoms are often problematic because they are chronic and may interfere with the ability to return to activities that were previously enjoyable. Additionally, patients are not always monitored regularly by healthcare practitioners once their condition moves out of the acute phase. It is important to engage in regular monitoring for acute conditions and/or to be aware of the symptoms that may occur post-TBI in order to treat them effectively and in a timely manner.

Physical Symptoms Post-TBI:

Some of the most common symptoms post-TBI are dizziness, headache, neck pain, disruption of sleep, and disruption of vision and postural control [72]. More than one factor may lead to these symptoms.

One factor that leads to these symptoms is the mechanism of the injury. An example of the mechanism of the injury would be the acceleration and deceleration forces at play in a motor vehicle accident. Headache is the most common physical complaint post-TBI. Up to 90% of those individuals who have sustained TBI will experience headache symptoms very soon post-trauma, and 44% will still suffer headache 6 months post-trauma [73]. Neck pain is often experienced along with headache and is most often seen in those with acceleration/deceleration injuries. An example of an injury in which neck pain would be common would be a TBI sustained in a motor vehicle accident in which the head was thrown violently forward and then back.

Patients may also suffer dizziness, disruption of sleep, and disruption of vision. While these symptoms generally decrease as time from injury increases, one study found that patients' physical symptoms continued at 6 months post-trauma [74].

Emotional Symptoms Post-TBI:

Emotional symptoms such as anxiety, irritability, and depression may be found post-TBI, even in those with mild TBI. Irritability and anxiety were among the top 5 symptom complaints in one study [75]. Panic disorders occur at higher rates [76] in those who have sustained TBI than in the general population. Post-traumatic stress disorder (PTSD) is common in those with mild TBI [77].

It is important for practitioners to remember, however, that these conditions and symptoms may exist prior to injury. Further, there are certain factors that can increase the likelihood of experiencing some of these symptoms. For instance, factors that lead to a greater likelihood of experiencing PTSD include co-morbid depression, stress, anxiety disorders, and substance abuse. Practitioners should obtain a full patient history and examine all factors when observing and diagnosing symptoms.

Cognitive Symptoms Post-TBI:

Common cognitive symptoms post-TBI are difficulty paying attention, memory problems, concentration issues, and difficulty with problem solving and executive function. Patients in the

first several months post-TBI have more difficulty with memory and attention than do healthy patients [78].

It is important for practitioners to pay attention to cognitive difficulties in those who have sustained TBI as they manifest themselves as the patient is working to recover. Some patients are unable to effectively manage their symptoms or self-monitor, to plan appropriately or to remember how to do tasks correctly. This may impede recovery, and this is often seen even in patients who have sustained mild TBI.

## DIAGNOSIS

While the basic mechanisms of TBI are easily classifiable, each TBI trauma is unique and patients react differently when it comes to response to both primary and secondary insults.

The main method for identifying concussion or non-penetrating TBI hinges on patient self-reporting or on witness reporting that an insult has occurred. More serious TBI injuries generally depend on witness reporting. Further, the injured individual must have symptoms such as dizziness, headache, loss of consciousness, vomiting and nausea, and confusion.

### TBI

In any TBI, the practitioner must first determine the circumstances of primary damage. The primary injury can be either diffuse or focal. Focal injuries are customarily caused by direct impact to the head. These generally result in vascular injuries, cortical contusion, and hemorrhage that is accompanied by ischemia. Diffuse injuries are customarily caused by acceleration-deceleration forces that lead to diffuse axonal damage [25].

Severity may be determined by trauma assessment. Initial trauma assessment is generally conducted by emergency personnel or by physicians similarly to the way trauma assessment is conducted on any patient who has endured trauma: the patient is assessed according to the Glasgow Coma Scale (GCS), and assessment of the cranial nerve reflexes, which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, and gag reflex, and a motor examination.

The Glasgow Coma Scale classifies TBI as mild, moderate, or severe injury [79]. It offers a quick assessment based on the level of consciousness present in the patient, as well as coherence, which is determined by pupil responses. Additionally, verbal and motor capabilities are assessed.

The Glasgow Coma Scale offers emergency personnel and physicians a standardized way to quickly triage a patient. However, it is not without complications in its usage. Other injuries, breathing apparatus, and age may interfere with motor and verbal responses and may skew results. Additionally, medication that the patient is taking may affect validity of the results. Therefore, it is important that those who administer this test be alert for the presence of other injuries and gather a full medical history of the patient.

Another assessment used by doctors, is the Acute Concussion Evaluation (ACE) form. This assessment is part of a kit developed by the Centers for Disease Control and Prevention. The

kit's check list includes symptoms such as changes in cognitive, physical, emotional, and sleep characteristics post-trauma. It also includes risk factors such as previous concussions, migraine headaches, ADHD and psychiatric history. One aspect this assessment takes into consideration is changes in cognitive and physical activity upon exertion, with the consideration that there are some symptoms that may not manifest without exertion.

A physical exam is also administered to assess for concurrent cervical spine injury. From there, practitioners must be alert for ever-evolving secondary insults. If a patient is determined to be comatose, which is indicated by a score of 8 or lower on the GCS, duration of coma and post-traumatic amnesia (PTA) upon waking from coma offer reliable indicators of the extent of brain injury.

PTA is not uncommon upon waking from a comatose state [80]. The hallmark characteristics of PTA are confusion, lack of behavioral control, the inability to form new memories, and disorientation when referring to time, people, and places. PTA may last for under an hour, but it may also last for weeks or months as well.

**Mild TBI**

Mild TBI falls onto a very broad spectrum. Mild TBI can range from mild neurometabolic brain changes that have rapid recovery time to permanent problems that come as a result of structural brain damage. Mild TBI doesn't necessarily typically cause brain damage, but it is errant to assume that it cannot cause brain damage. Given the broad spectrum mild TBI falls on, mild TBI is a very individualized injury and must be treated as such. It is essential to determine the existence of mild TBI because mild TBI may have severe adverse effects: after mild TBI many patients are in fact unable to resume many normal activities, such as working [81]. Effective post-traumatic diagnosis and treatment may help patients resume normal activity more quickly.

The majority of people who sustain mild TBI recover quickly and fully. However, there are some who sustain mild TBI who have long term problems and require long term care. Long term problems may be caused either by the primary insult, by secondary factors, or by pre-existing or co-existing factors that cause or exacerbate problems. These pre-existing or co-existing factors may include – but are not limited to – factors such as pre-existing health or mental conditions, chronic pain, and personality characteristics. It is essential for practitioners to consider these and other factors that can cause or exacerbate problems after mild TBI in order to determine extent of damage to the person's brain and if there is permanent damage.

It is also important for practitioners to determine if the injury is a complicated or uncomplicated mild TBI. This can be determined by utilizing the following rule [82]:

- Complicated mild TBI is noted as having structural abnormality that is visible on neuroimaging
- Uncomplicated mild TBI is noted as having normal neuroimaging

Diagnosis of complicated versus uncomplicated mild TBI may be accomplished with a computed tomography (CT) scan.

There are further diagnostic criteria for of both of these:

Complicated Mild TBI is diagnosed if:

- The person has a GCS score of 13 – 15 but still shows brain abnormality of some kind, such as hematoma, contusions, or edema on CT or MRI; or
- If the person has a skull fracture

Uncomplicated Mild TBI is diagnosed if:

- The person has no intracranial abnormalities and no skull fracture
- All other criteria for severity must also be in the mild range

Concussions are considered mild TBIs. This is the general diagnostic term utilized for mild head injuries sustained in sports and are usually associated with good recovery. However, concussions are on a spectrum, as are other head injuries in the mild TBI range, and it is essential for practitioners to know patient history when offering treatment.

**Traumatic Brain Injury in Sports**

The most common TBI injury in sports is concussion, which is considered a mild TBI. Concussion occurs on a spectrum, however, and should never be taken lightly, as concussion injury may be serious.

Injury to the brain that is sustained on the athletic field is usually diagnosed first on-site:

A more recent addition to the grouping of on-site testing for neurological impairment is the King-Devick test for concussion [83]. This assessment does not test for TBI, but rather has been indicated as a useful method for examining athletes for concussions that result from sporting injuries.

This assessment evaluates attention, impaired eye movements, and language. The test is not quantitative; however, it may be a good starting point for on-site evaluation for sporting injuries because it can be performed by operators that are not technically trained in the administration of such medical assessments. Athletes can then be evaluated more fully by trained medical personnel.

An additional neurocognitive test, the ImPACT (Immediate Postconcussion Assessment and Cognitive Testing) has been utilized by sporting organizations for evaluations post-concussion. This test evaluates cognitive function and is a useful tool in evaluating the individual's ability to return to the playing field [84, 85]. However, in order for this test to be accurate, a baseline assessment prior to head injury has to have been performed in order to assess for changes in memory, attention, or thinking ability. There have been concerns expressed about the validity of results from this kind of test because results may be affected by stress, fatigue, or medication [86]. Therefore, the test might be more useful in monitoring recovery post-concussion as opposed to providing an initial diagnosis.

**Traumatic Brain Injury in the Geriatric Population (crownover)**

There are increasing numbers of geriatric patients being admitted to emergency rooms and ICUs with TBI injuries [87]. Over 323,000 of the 1.7 million TBI injuries each year involve people older than 55 years of age [88]. Adults that are 75 years of age or older have the highest rates of

hospitalization and death related to TBI in the United States [88]. Elderly individuals have a lower GCS on presentation to a hospital setting, an increased likelihood of midline shift on computed tomography (CT), and a greater likelihood of suffering a fatality following TBI [89, 90]. Geriatric patients also have a greater number of chronic diseases with lower physiologic reserve for organ systems other than their brains [87, 90, 91]. However, each is an independent predictor of less favorable outcomes post-TBI [87, 92].

Those in the geriatric population tend to have worse overall outcomes with lower functional independence physically and cognitively post-TBI. This results in longer stays in acute and non-acute settings and an increased percentage of discharges to long-term care facilities, regardless of the severity of TBI [93, 94]. The length of stay and cost also are higher with elderly patients as well [93, 95] in inpatient facilities. Therefore, it is essential that practitioners understand the unique needs of geriatric patients.

**Traumatic Brain Injury in Neonates, Children, and Adolescents**

Childhood TBI may have marked implications for later development and quality of life, especially when injury is severe or results in disability [13].

Diagnosing and treating TBI in a young and developing brain is different than diagnosing and treating TBI in the adult brain.

Some observations must first be made. First, there is evidence that TBI in childhood has effects that are more serious and may persist longer than do similar insults seen in adults. The increased vulnerability found in children may be a result of the immaturity of the young brain. Additionally, there is potential for early injuries to disrupt ongoing development of the brain and related cognitive development [13, 96, 97] While further research is needed in this area, practitioners should exercise caution in their approach of TBI in children and keep in mind that having seen the same injury in an adult does not necessarily mean that injury will respond similarly when sustained by a child.

Additionally, while the young brain is elastic and not fully developed, it reaches various points of development at different ages. Therefore, youth of different ages typically tend to sustain TBI in different ways, and general stage of development must be taken into account.

Overall, three main factors [98] may influence outcome following trauma to the developing brain and central nervous system:
1. The stage of development at which populations of glia and neurons are at the focal point of injury;
2. The stage of development of white matter of the brain;
3. The effect of injury on subsequent development of integrative networks in the brain

Falls are common injuries in children. Children who are learning to walk, as well as children who are in the first 4 – 5 years of life will often fall, although these falls are frequently of short distances, approximately of their own height. Exceptions to this are falls down stairs or from play equipment such as swing sets, or from trees or out of windows. Clinical distinctions are made between falls of short distances (less than 6 ft.) and long distances (greater than 6 ft.) Children who sustain short falls almost always only sustain contact injuries to the body or scalp

and do not experience a loss or consciousness or brain injury. However, between 1% – 3% of patients may sustain linear skull fractures in short falls [99]. Of this number, less than 1% may suffer subdural or epidural hematoma. Falls of long distance indicate greater risk of TBI because the risk of acceleration/deceleration injury is increased. The patient may have multiple fractures, as well as subdural hematoma and subarachnoid hemorrhage. Injury to the white matter of the brain could occur if there is rotational or angularly movement of the head at the moment of impact. Slightly older children are more likely to sustain falls from bicycles, animals such as horses, skateboards, from trees, or out of windows. There is still a high risk of injury to the white matter of the brain if rotational or angular movement of the head occurs at the moment of impact.

As adolescents, youngsters are frequently involved in motor vehicle accidents, as drivers, passengers, and as pedestrians being struck by vehicles [17]. Additionally, adolescents are more likely to sustain TBI as a result of contact sports and may suffer concussions with loss of consciousness.

During concussion on up through moderate and severe TBI, traumatic axonal injury occurs. The severity of injury may be correlated with how many nerve fibers are injured [100].

As youngsters enter late adolescence, they are increasingly more likely to sustain TBI as the drivers of motor vehicles as they obtain drivers licenses. The pathology of the injured brain in older adolescents in comparable to that of the adult injured brain.

**Traumatic Brain Injury in Military Populations**

TBI is considered the classic wound of military populations [101, 102, 103, 104]. Research indicates that military populations suffer greatly from blast trauma in particular, and there is a large amount of recent literature examining casualties of war resulting from TBI, specifically from Iraq and Afghanistan [105, 106, 107].

Improvised explosive devices (IED) are the primary cause of blast trauma death in civilians and military personnel in war zones [108]. In high conflict regions such as Afghanistan, Iraq, Pakistan and Vietnam blast trauma accounts for at least 35% of all TBI related injuries [109]. Blast trauma casualty is not isolated to these regions, however, since urban warfare perpetrated by terrorist groups has risen in the rest of the world [110].

TBI sustained by military populations may differ from TBI sustained by civilian populations, although the extent to which a difference exists, and what that difference may be, is currently unknown [27]. However, soldiers deployed in combat locations are more likely to suffer blast TBI and penetrating TBI than are civilians located in non-combat locations. TBI resulting from blast trauma is also known to be qualitatively different from TBI sustained in injuries such as sporting injuries [111].

Blast trauma that is directly linked with TBI may be classified as:

1. Primary trauma with associated barotraumas and ambient pressure, with ensuing blast waves that results in concussion, gaseous embolisms, diffuse axonal injuries, infarction, and subdural hematomas.
2. Secondary trauma (penetrating injury), with penetration of the brain by projectile fragments as a result of blast waves.

3.   Tertiary trauma (impact injury); injury that results from ejection or blast wind velocity to nonmoving objects [24]

Recent studies estimated that approximately 10% - 20% of troops returning from Operation Iraqi Freedom and Operation Enduring Freedom tested positive for a probable TBI [112, 113]. Further, soldiers suffering from mild TBI often find that TBI is complicated by post-traumatic stress disorder (PTSD), although exact incidence of comorbidity as compared to civilian populations is not known, since studies of civilian populations with TBI do not usually include post-traumatic stress disorder as a measure.

However, the issue of post-traumatic stress disorder must not be minimized in military populations, because its effects may create a distinct and unique sensitivity to the impact TBI has. For instance, PTSD may cause sleep disturbances, which can aggravate TBI secondary insult.

TBI in military populations is assessed much the same way it is in other populations. The Glasgow Coma Scale is used for initial assessment.

Another assessment, known as the MACE (Military Acute Concussion Evaluation) is utilized by the US Department of Defense in its initial screening of military personnel. Some concerns have been raised that there is a possibility that some military personnel memorize the answers to this assessment so that they may pass the test to return to duty while still injured. This raises concerns regarding the effectiveness of this test. Further, this indicates deep implications regarding the safety of the military unit in question.

A more recent neurocognitive test, the ANAM (Automated Neuropsychological Assessment Metrics) has been utilized by the military to evaluate personnel post-concussion for cognitive function. This test evaluates cognitive function and is a useful tool in evaluating the individual's ability to return to active duty [114, 115]. There have been concerns expressed about the validity of results from this kind of test because results may be affected by stress, fatigue, or medication. Therefore, the test might be more useful in monitoring recovery post-concussion as opposed to initial diagnosis.

A look to the future:

The military is on the cutting edge of development of medical assessment and treatment tools for TBI. Prompted by the increase in IED related blast trauma in war zones, the military has worked to develop tele-medical systems that are more effective at providing neurological assessment treatments, intervention behavioral therapy, and occupational and physical rehabilitation. The care systems of the future would include robotic neurosurgery, cloud computing, telecoms location and neurosurgery, and tele-rehabilitation and home care.

In a technological age, virtual systems are becoming increasingly important in a drive to integrate care processes that will optimize the cognitive and functional outcomes of patients. These care systems will serve to support TBI patients regardless of constraints on space and time, and they will do so through the deployment of wireless architecture, intelligent care applications, and GPS managed mobile networks.

Area that continue to evolve, and that will do so as well in a virtual system, is advanced diagnostics, diagnostics utilizing biomarkers, and genotyping that will lead to efficient identification of pathophysiological developments as they occur with TBI. Risk classification tools that assist with assessing prognosis will also continue to evolve, as well as quality assessments tools and evidence-based national and international guidelines.

The military is working at improving neuroprotective technologies to minimize the intensity and to prevent the cascade of secondary insults that occur during TBI by focusing on neural plasticity and regeneration and replacement of lost cells [109].

Also, being considered are interactive video teleconferencing and remote cognitive assessment systems, which will help in quickly assessing reaction time, mood, variations in memory, and will help facilitate tele-neuroconsultations.

All of these technologies will assist in bringing intensive care teams into the field remotely to help identify TBI. There are many advantages to these systems. They are efficient and they offer many individuals sustainable access to the best care. They also offer continuity of care, even with geographical constraints. They help prevent unnecessary or risky evacuations in dangerous areas, while still offering care. Essentially these systems help facilitate recovery, as well as rehabilitation and emphasize social reintegration by offering a remote team of specialists to the injured individual without him or her ever having to leave his or her home or location.

**Clinical History**

It is important for practitioners to note whether or not patients who have suffered TBI have a history of previous or multiple TBI, as these may both affect outcome. It is essential that each occurrence of TBI be recorded and that there be an accurate and accessible patient history detailing TBI occurrence to allow for careful treatment of the current TBI.

It is also essential that practitioners gather a full psychiatric history [116]. There are common psychiatric disorders that may result from TBI injury; however, many of these disorders may exist pre-trauma and it is important to be able to rule out whether the disorder is pre-existing, post-trauma, or perhaps contributing to other difficulties post-TBI.

**Examination**

Should symptoms and assessments show a possible concussion, practitioners should then further evaluate utilizing imaging of the head and brain. Computerized axial tomography (CAT or CT) are utilized to detect large hemorrhages, skull fractures, and hematomas [117]. While CAT scans may be beneficial in locating injury in the brain region in severe or moderate TBI, they are often not beneficial in mild TBI injuries, where there is no obvious injury to the brain [118].

Magnetic resonance imaging (MRI) may be employed to observe fine resolution, as well as offer more information on the brain tissue. However, it is not often performed as there are many drawbacks, which include complications stemming from metal shrapnel lodged in the body, patient intolerance or claustrophobia in the device, or the length of time needed to complete the test. However, there are recent newer techniques utilizing MRI that can detect microscopic damage to the brain. Susceptibility-weighted imaging (SWI), diffuse tensor imaging (DTI),

magnetic resonance spectroscopy imaging (MRSI), as well as other techniques have shown promise [119].

SWI is frequently used to detect hemorrhage. DTI is more often used for edema quantification and to identify axonal injury. MRSI is utilized to measure brain metabolites, as well as a variety of biochemical processes at a cellular level. These imaging techniques are very sensitive; however, they are limited by factors that include size, availability, cost, and a need for trained operators.

Imaging itself is considered the gold standard for diagnosing TBI [120]. Therefore, there is an ongoing need for sensitive, specific, and rapid diagnostic tests that may be used for on-site, as well as follow-up, patient care.

There are a number of emerging imaging techniques that are being considered for use to increase speed and sensitivity of testing. Among these are multi-slice CT, volumetric MRI analysis, magnetization transfer imaging, functional MRI, and hyperpolarization scanning. However, while research is examining these techniques, CT continues to be the mainstay test for screening for TBI, primarily due to its speed and the ability to reproduce results [121].

**Investigations**

At present, there is no objective diagnostic blood test to indicate TBI injury. However, there is a significant drive to develop testing to assess biochemical markers that could be utilized in deciding type and severity of TBI [120].

**TREATMENT**

Treating TBI aggressively, even severe TBI, is considered to be a cost-effective choice for patients of any age, including geriatric patients [122]. Practitioners must be observant of symptoms stemming from both the primary and secondary insults and treat all accordingly.

**Pre-hospital Treatment of TBI**

Early identification of severe TBI at the scene of an accident with appropriate assessment, treatment, and transportation to an appropriate treatment facility may lower the risk of secondary insults and ongoing long term care. There are several key treatment factors to observe:

Oxygenation and blood pressure:

Research has shown that endotracheal intubation decreases the risk of death for patients with severe TBI from 50% to 23% [123]. Short acting neuromuscular blockade may be safely used at the accident scene to help facilitate endotracheal intubation. If there are no signs of cerebral herniation, ventilator assistance after intubation should be administered at a respiratory rate of approximately 10 breaths per minute for adults, approximately 20 breaths per minute for children, and approximately 25 breaths per minute for neonates.

Shock should be avoided; however if the patient is in shock, the condition must be rapidly diagnosed and treated [124, 125] and appropriate blood pressure restored. A common underlying cause of hypotension is hemorrhage. The administration of intravascular fluid is the most effective way to restore blood pressure.

Hyperventilation:

Hyperventilation may lower acutely increased intracranial pressure. Controlled hyperventilation is utilized. Hyperventilation may be useful on a transient basis should the patient show obvious signs of cerebral herniation after correction of hypoxemia or hypotension [126]. The signs of cerebral herniation are dilated, fixed, or asymmetric pupils and motor responses or no movement when unpleasant stimuli are applied. When such signs are present in a patient with TBI, hyperventilation may be utilized until arrival at the hospital, at approximately 20 breaths per minute for adults, approximately 30 breaths per minute for children, and approximately 35 breaths per minute for neonates.

Transportation and care decisions:

A well-organized emergency care and medical services system improves the outcome for patients with severe TBI. If patients are directly transported to a qualified trauma facility with adequate resources, outcome improves. If appropriate information is obtained by emergency personnel when a call is made to emergency services and the probability and extent of TBI can be assessed prior to arrival, outcome improves. Additionally, length of time from dispatch to arrival at the scene of the accident makes a great difference in outcome.

The value of emergency medical services in general should not be underestimated. For example, in a comparison study of risk of death and use of emergency medical services in both the United States and India, the risk of death in India was twice that of the U.S. There was a correlation drawn to the usage of emergency medical services: ambulances were called 0% - 5% of the time in India, while ambulances were called 84% of the time in the U.S. Patients also took much longer to arrive at the emergency room than they did in the U.S. These factors translated into a significant difference in outcome [127].

Patients with severe TBI have more favorable outcomes overall if they are treated pre-hospital within a trauma system that includes appropriate pre-hospital care and triage, transport, and admission into qualified trauma centers or emergency departments. In rural areas, appropriate transport may include helicopters that take the place of vehicles in order to transport patients more quickly to trauma centers. The choice in transport is often life-altering and makes a critical difference in outcome.

Patients who have sustained major TBI should be transported to a facility that has a qualified trauma unit in whatever instances it is feasible. Not only is survivability better in these instances that patients are seen in fully equipped and qualified trauma units, but patients with severe injuries face better overall outcomes if they are promptly seen in qualified trauma units than if they are see in ordinary emergency departments. Additionally, it is also important to note that patients also face better outcomes if they are promptly seen in qualified trauma units than if they are first treated in local hospitals and then transferred to emergency or trauma units [128]. This is because trauma centers have the appropriate facilities, equipment, and staff available for the immediate care of serious and critically injured patients.

For a trauma center to be considered qualified for a patient who has suffered severe TBI, the center must have 24 hour availability of an operating room, a computer tomography (CT)

scanner, neurological treatment specialists, intracranial pressure monitoring, and personnel experienced in the critical care management of intracranial pressure.

**Hospital Treatment of TBI**

Once a patient has been admitted to the hospital, there are guidelines that must be followed to manage treatment and to help ensure the most favorable outcomes possible. Guidelines to be considered are:

Variability in management of care:

There is great variation in practical patient care in patients who have suffered TBI even within the same country that may have a serious impact on the final outcome. For example, in the United States, one survey [128] of trauma centers indicated that intracranial pressure monitoring was utilized routinely in only 28% of hospitals. Since TBI has a primary component and a secondary component that evolves over time, there is every indication that a difference in care would make a difference in outcome, so measures such as monitoring of intracranial pressure to alleviate or help avoid secondary insults would be beneficial and should be broadly adopted. Given this indication, guidelines for the management of serious head injuries were developed due to the variability of critical care management in the U.S. [128].

Neurosurgical operations:

Stable patients who have sustained TBI should be analyzed by CT to determine if there are subdural or epidural hematomas that require surgery. Acute subdural hematomas are associated with high mortality and poor outcome if they are removed more than 4 hours post-trauma; however, if they are removed earlier the outcome greatly improves. This not only lends support for standardization of the use of CT across treatment centers, it also lends support to the idea that rapid transport to a qualified trauma facility is beneficial and produces more favorable outcome.

In-hospital monitoring of intracranial pressure:

Increased intracranial pressure (ICP) may cause a reduction in cerebral perfusion. This is a definitive factor in secondary injury and makes monitoring and treating increased intracranial pressure of utmost importance. Doing so effectively increases the likelihood of a favorable outcome.

The current methods for monitoring of ICP are subdural, parenchymal, epidural, subarachnoid, and ventricular locations. A ventricular ICP catheterization has in the past been used as the standard preferred technique when feasible because it is an accurate, reliable, and cost-effective way to monitor intracranial pressure [129].

The normal range for intracranial pressure is 5 -15 mm Hg [130, 131], and treatment should be initiated at the upper limit of normal, which is considered 20 -25 mm Hg. Some advise utilizing the 15mm Hg measurement as the upper limit, and to start treatment when pressure reaches 15 mm Hg [128].

Management of CPP:

When CPP is maintained above 70 mm Hg, mortality is significantly reduced in patients who have suffered TBI. If CPP is below 70 mm Hg, alpha agonists – for example, norepinephrine – may be used to raise the mean arterial blood pressure. This in turn increases the CPP.

Prior to managing CPP, practitioners should ensure that the patient has a normal blood volume by placing a central line.

There is no evidence that outcomes improve if CPP is maintained at levels higher than 70 mm Hg. However, outcome is less favorable if CPP is very low, as low CPP contributes to the cascade of secondary insults.

**Neurorehabilitation**

Neurorehabilitation is the basic term utilized to describe the general rehabilitation of those individuals who have functional impairments as a result of an injury or disease that has affected the central nervous system (CNS) [132].

Rehabilitation for TBI may be provided in a variety of settings, including acute and subacute facilities, home care, or outpatient care. The appropriate location for rehabilitation depends on a number of factors, including the severity of the initial injury, the affiliated impairments, the level of need for ongoing medical care, and the length of time that has passed since the initial injury.

Transfer to a rehabilitation setting is generally considered once a patient with TBI has been stabilized and no longer requires intensive care treatment on a continuous basis. However, certain criteria must be met for admission to an acute care facility [132]. These include:

- Medical complexity requiring specialized nursing expertise in rehabilitation and that a physician be present around the clock.
- Reasonable expectation that there will be improvement in function and discharge into the community within a reasonable amount of time.
- Deficits in function that require a minimum of 3 hours of specialized rehabilitation therapy.

Those who don't meet the criteria but who still cannot return home because they suffer TBI related impairments are to be considered for admission to a subacute rehabilitation program. Subacute rehabilitation programs provide less intensive medical and nursing intervention

Home care is intended for individuals who no longer require treatment in an acute or subacute facility.

Outpatient care may come in a variety of forms. Outpatient care may be a group the individual attends to assist in re-socialization post-TBI, it may be individual counseling sessions, or it may be continued doctor or rehabilitative treatments the patient receives on an ongoing basis to assist in recovery.

Recent research [133] has indicated that patients may be well served by receiving rehabilitative treatment that starts early after injury and continues uninterrupted until it is no longer needed. Patients who received early onset treatment in the acute phase and a continuous course of

rehabilitation had better outcomes, as measured by the Glasgow Outcome Scale Extended (GOSE) and the Disability Rating Scale (DRS), than did those whose treatment started late.

**Treatment of Mild TBI : Early Intervention Programs**

Early intervention is essential in people who have suffered a mild TBI, as early intervention, education, and assurance of a good outcome may reduce frequency of post-mild TBI symptoms such as amnesia, headache, and fatigue [82].

The main goal of early intervention programs is to promote uneventful recovery and the resumption of normal activities, such as the return to work. Early intervention programs offer patients educational materials and assessments such as neuropsychological testing, meetings with a therapist, and access to a team that will help in their recovery. Education efforts are aimed at providing information regarding symptoms, likely recovery times, course and reassurance of recovery, and suggested coping strategies to deal with post-mild TBI symptoms [134].

**Drug Treatment for TBI**

Drug treatment for TBI is not standardized, and there are no suggested dosages provided by the Physicians' Desk Reference [135], due in part to the heterogeneity of TBI pathology as well as the fact that the FDA has not approved the drugs that are often used for conditions arising from TBI for such purposes.

- Sympathomimetics
  - These medications are commonly used for treating ADHD and hold a risk of abuse. They therefore must be closely monitored. There are also questions of the viability of their use at all in patients with a history of stimulant abuse [136]. When administered in a specified sequence and in low doses, however, they may help increase focus and awareness in individuals who are suffering TBI related cognitive impairments.
- Anti-Inflammatory Drugs
  - Anti-inflammatory drugs may lead to better functional outcomes. One study [137] utilizing the drug carprofen (a COX-2 inhibitor), found that the drug reduced lesions in the cortex and decreased water content post-TBI.
- Drugs for Secondary Conditions:
  - Insomnia
    - Medications that are currently used include ramelteon, which is a melatonin receptor agonist that has been approved for long-term use for chronic insomnia, and the nonbenzodiazepine hypnotics (zolpidem, zopiclone, eszopiclone, zaleplon), which act on the $\Omega$-1 benzodiazepine receptor that is located in the GABA receptor complex. All of these are indicated for sleep onset insomnia. However, usage of benzodiazepine hypnotics are not recommended for habitual use post-TBI [138].
      - Zolpidem
        - this medication has an onset of 30 minutes and a midrange half-life. This medication is also available in an extended release formula.
      - Zopiclone

- o this medication has a midrange half-life. this medication is not available for use in the United States.
    - Eszopiclone
        - o this medication has a long half-life, and it is approved to be used long-term
    - Zaleplon
        - o this medication has a short half-life, and an onset of 14 to 30 minutes, which means it may be used in the middle of the night as it is needed
- o Narcolepsy and Post-Traumatic Hypersomnia (PTH)
    - Modafinil is sometimes used in the treatment of narcolepsy, and PTH post-TBI. Research is inconclusive on the efficacy of this medication in treating these conditions in patients who have suffered TBI. Modafinil in dosages of up to 400 mg per day did not show improvement in subjective sleepiness or in fatigue in patients who had sustained TBI [139].

**Essential Treatment Rules:**

- It is essential to understand how the person has been affected by TBI as a unique individual, as opposed to generalizing across the spectrum of TBI. Practitioners should take a multidisciplinary approach and pull treatment options from a range of therapeutic sources.
- When possible, practitioners should try to corroborate facts with those close to the person who has suffered TBI. Individuals who have sustained TBI often have problems with memory or misinterpret events. However, not all individuals who have sustained TBI have these problems, and even if they do, their concerns regarding the course of events must be given serious audience even if they aren't historically accurate.
- Practitioners and family and friends alike should start by offering more support than the person who has suffered TBI may need, then gradually remove support. It is better to have too much support as those who have sustained TBI establish new routines and reacquaint themselves with their lives than to have not enough. Also, it is difficult to start with a minimum amount of support and to then add more support at a later time. Consistency of support is also essential; however.
- Practitioners should take care to guide families in assisting loved ones post-trauma by providing adequate information, monitoring and support for the appropriate amount of time [140]. The Family Outcome Measure [141] can be used very early on to assess difficulties and to enable practitioners to offer proactive support. Counseling offers an effective tool to support family members as they help to reintegrate the individual who has sustained TBI.
- The practitioner should seek to record the individual's capacity clearly, as it relates to various aspects of the individual's life. The Mental Capacity Act of 2005 offers general assumptions of capacity; however, those individuals who have suffered severe TBI usually have some level of cognitive impairment that means making assumptions regarding capacity will be risky. Therefore, assessment is advised. Additionally, assessments offer opportunities for record keeping, which may help identify patterns in behavior, such as likely triggers of conflict.

- Even if an individual is considered to be low in capacity or to lack capacity in a specific area, they should be included in the process of making decisions about their own care.
- Practitioners must make certain that they are communicating in a clear way and keeping in mind the limitations of the person who has suffered TBI. For instance, some individuals have speech and language limitations, and tools such as an alphabet board must be used. It is essential that the use of jargon and complex words and sentences be avoided when speaking to patients, and that distracting stimuli be limited if possible.

**Major Treatment Issues to Consider Following TBI: Areas of Difficulty**

Individuals who have suffered any TBI may struggle with major treatment issues as they work to recover from their injury. Some of these include:

**Disability**

Physical disability is one of the most prominent areas of difficulty to consider after TBI. An individual's life may be dramatically changed by TBI. The type and extent of disability may vary, dependent on a number of factors; disability in patients is relatively unpredictable and may depend largely on factors such as severity of injury, genetics, or age, but each injury is ultimately unique to the individual [142].

The individual may experience paresis, which is muscle weakness. When this affects one side of the body this is called hemiparesis. When it affects both legs it is called paraparesis. When it affects both legs and both arms, it is called tetraparesis.

The individual may also experience spasticity, which is increased muscle tone. The problem with spasticity is that limbs may become extended or flexed to the point that they become painful. This condition is accompanied by spasms, and without exercise treatments the muscle fibers will shrink, which causes the limbs to contract. This condition is often overlooked by staff in non-specialist wards, especially when there are other concerns [80]. It is exceedingly problematic when the condition is overlooked, however, as this may create difficulties in future movement for the afflicted individual. For example, the patient may lose full range of motion in the afflicted areas, movements may become clumsy and uncoordinated, and skin hygiene in areas that are tightly closed becomes difficult.

Cognitive problems may also lead to deficits in movement, including the conscious ability to perform actions. This is called apraxia. Additionally, the individual may find they experience heightened sensitivity or lowered sensitivity (loss of the senses), due to either damage to the areas of the brain that process sensory information or to the sense organs themselves. This kind of damage can make it difficult for individuals who have suffered TBI to safely and effectively navigate their environment.

Another physical problem some individuals suffer post-TBI is dysphagia, which is having trouble swallowing. This can lead to anxiety in eating and require the assistance of another person in feeding. Additionally, poorly trained feeding personnel may put the individual at risk of choking, aspirating, developing pneumonia, or dying. These risks also exist if the individual doesn't communicate their feeding needs well; for example, if the individual becomes embarrassed that the feeder is feeding them too quickly and says nothing.

### Problems Communicating

It is not uncommon for people who have suffered TBI to develop problems with language and speech, such as aphasia or dysphasia. This includes understanding what is said and being able to read or write. These difficulties sometimes occur along with dyspraxia, a condition in which the person has difficulty organizing the sound sequences in words. This condition usually occurs in children, but may also manifest in older individuals after a person suffers TBI.

Patients may also find they are unable to coordinate the muscles required to speak, a condition referred to as dysarthria. Electronic keyboards may help with communication in this case, but these are not useful if the person also suffers from other speech related conditions that affect ordering.

Communication problems can prove very frustrating to both patients and caregivers and may interfere with treatment.

### Sleep Disorders

It is quite common post-TBI for patients to have complaints about sleep disorders, and recent studies have shown that there is a high prevalence of disordered sleep in those who have suffered TBI. For instance, 47% of patients complain of sleeping problems, and more than half of patients who have sustained a TBI injury will complain about insomnia {138}. Patients may also complain about disorders that include features such as excessive sleepiness and circadian rhythm disturbance. Sleep disorders may have serious consequences on outcomes, secondary conditions, and overall well-being. Sleep and most specifically the rapid eye movement associated with sleep is thought to be involved with memory consolidation and learning [143, 144]. There are also known associations with such higher cognitive functions as insight development and decision-making. Sleep disorders may also result in added neurocognitive defects and impairments in function which can worsen the overall effect of the TBI. Some of these impairments may be attributed to the original TBI insult and left untreated; however, practitioners should be alert to the possibility of disordered sleep, and the effects it can have on the patient.

Some sleep disorders commonly seen in patients who have sustained TBI are posttraumatic hypersomnia (PTH), narcolepsy, obstructive sleep apnea (OSA), and periodic limb movements (PLMS) [145, 146, 147, 148].

Hypersomnia:

One of the most common complaints is excessive daytime sleepiness(EDS), which may be estimated by using the Epworth Sleepiness Scale (ESS). This scale is an eight item questionnaire, which is self-administered and is utilized to assess an individual's subjective sleepiness during the day. The individual rates their likelihood of dozing off in specific situations on a scale of 0 to 3 [149]. There is also an objective measure which may be used, called the Multiple Sleep Latency Test (MSLT) [150]. This assessment involves a series of 4-5 naps set at 2 hour intervals conducted after a normal night's sleep. Individuals sleep while having EEG leads in place and sleep stages are recorded in 30 second intervals.

Narcolepsy:

It is not uncommon for patients who have suffered TBI to complain of post-traumatic narcolepsy. There is a possibility that the narcolepsy may have preceded the trauma or to have caused it [138]. Also possible is another condition, such as a brain injury that is not traumatic, for example, a tumor; these injuries have been known to cause narcolepsy as well. It is therefore conceivable that a TBI injury may trigger events that reveal narcolepsy in people who were at risk previously for developing it.

Posttraumatic hypersomnia:

Post-traumatic hypersomnia (PTH) is a sleep disorder marked by excessive sleepiness that occurs after a traumatic event that involves the central nervous system (CNS). One study of brain injured patients indicated that 30% of these patients suffered from PTH [7].

A diagnosis of PTH is made only when the following criteria are met:

- Excessive sleepiness starts only post-TBI.
- History and nocturnal polysomnography are utilized to exclude other causes of sleepiness.
- The patient has an MSLT score of <10 minutes [138].

It is essential that practitioners work to exclude other causes of excessive sleepiness in patients who have sustained TBI, including medications that may have sedative effects. These medications include anti-epileptic drugs which are frequently used in patients who have suffered TBI.

Hypersomnia as related to sleep disordered breathing:

Sleep disordered breathing refers to a group of breathing disorders that occur in sleep to varying degrees of severity [151, 152]. These disorders include obstructive sleep apnea (OSA), upper airway resistance syndrome, and central sleep apnea. The most widely studied of these disorders in patients who have sustained TBI is OSA. OSA is caused by the narrowing or complete occlusion of upper airway passages that is accompanied by an attempt to continue breathing despite increased resistance. These attempts result in intermittent hypoxemia, sleep disruption, and difficulty sleeping.

It is well-established that there is a correlation between cognitive impairment and TBI that increases with severity of injury [153]. Patients who have sustained TBI and also suffer OSA have a greater likelihood of impairment of cognitive function, particularly of sustained attention and memory when compared with patients who do not suffer from sleep disordered breathing [145].

Insomnia:

Insomnia is an ongoing difficulty with the initiation of sleep, sleep duration, and consolidation or quality of sleep that occurs despite an individual having had adequate time and opportunity for sleep. Insomnia results in some type of impairment while waking [151].

Insomnia can be a chronic condition post-TBI. Individuals who are hospitalized after having had a recent TBI are much more likely to indicate that they have difficulty initiating or maintaining sleep. Sleep difficulties may persist even after hospital discharge [154]. Even minor TBI may be associated with lower sleep quality and increased sleep interruptions when compared to pre-injury sleep quality [155].

Recent research has indicated that approximately 30 -- 50% of patients in an outpatient rehabilitation setting who have suffered TBI have sleep difficulties. Sixty-four percent of these patients indicate that they have early-morning awakening. Forty-five percent of these patients indicate that they have problems initiating sleep [156, 157]. This is compared to patients who have had non-neurological injuries. Individuals who have sustained TBI are more likely to have difficulty in falling or staying asleep.

Circadian rhythm disorders:

A minority of patients that present with insomnia may also present with a circadian rhythm disorder [138]. Circadian rhythm disorders are not as common in both the general population and in TBI populations. However, having sustained a TBI is an increased risk factor for developing a circadian rhythm disorder.

Periodic limb movements:

Periodic limb movements during sleep (PLMS) is a movement disorder that occurs during sleep that is characterized by slow rhythmic movements that occur predominantly in the lower limbs. Upper limb movements may also occur; however, these occur primarily during non-REM sleep. About 80% of patients who have restless leg syndrome (RLS) also have PLMS, but restless leg syndrome is a waking disorder that is characterized by subjective feelings of discomfort that are accompanied by the need to move extremities. RLS occurs later in the day and the evening and has the tendency to cause sleep onset insomnia. In contrast, periodic limb movements (PLMS) are a sleep disorder and have a tendency to cause sleep maintenance insomnia.

Other movement disorders:

Parasomnias:

The parasomnias most commonly associated with TBI is REM Sleep Behavior Disorder (RBD). Clinical RBD is typified by dream enactment, as well as the presence of REM sleep, with no normally occurring atonia. Subclinical RBD is described as polysomnographic detection of extreme REM sleep, as well as movement without the overt enactment of dreams [151]. A recent study indicated that parasomnias were the initial presenting complaint of 25% of patients with TBI with clinical or subclinical RBD being the most common [147].

Dreaming:

The research on dreaming in patients who have sustained TBI is conflicting. There have been reports that indicate that there is potential reduced REM sleep in patients who have sustained minor TBI [158, 159]. Early case studies have included reports that indicate a decrease in dreaming among individuals post-TBI; however, a more recent study that was based on patient self-report indicated that patients who have sustained TBI experience a change in the quality of

dreaming as opposed to the quantity of dreaming. In a study with 51 subjects who have sustained TBI frequent dreaming that contained threatening content increased by 23.5%, while dreaming that contained sexual content decreased by 9.8%. post-TBI [160, 161].

There are a variety of treatment options for sleep disorders. Treatment options for sleep disordered breathing include continuous positive airway pressure therapy. However, this treatment may not reverse hypersomnia neuro-cognitive deficits that follow. This failure may be due to persistent PTH post-treatment [138]. Cognitive behavioral therapy is also an option and has been shown to benefit patients who have suffered TBI and are also suffering insomnia [162]. Cognitive behavioral therapy has been indicated as a way to improve the emotional well-being of patients and lead to relaxation, which may help in the treatment of insomnia [163]. The treatment of post-TBI insomnia with drugs such as hypnotics has not been adequately studied; more research is needed, although up to 20% of TBI patients may already receive this treatment [164].

**Sexual Dysfunction**

After TBI, 50% of people indicate that they experience some form of sexual dysfunction [165]. The cause of these problems varies. For some people, the dysfunction was pre-existing, but the trauma lends new significance to the dysfunction and magnifies it. For others, sexual dysfunction can result from TBI injuries. One example of a TBI injury that may result in sexual impairment would be an injury that affects motor coordination. Another would be an injury that affects the senses, making an individual either hypersensitive or experience decreased sensitivity to touch.

Other factors may also affect sexual performance after TBI. These factors may include stress, anxiety, depression, and other psychological or physical ailments. The patient may be suffering anxiety or shame related to disability or scarring they sustained when they were injured, or there may be some lingering instance of PTA.

Diagnosing and treating sexual dysfunction that results from TBI is important because sexuality and the ability to express oneself sexually are important aspects of a person's self-esteem and sense of identity. A patient who has suffered a TBI may already feel their identity threatened on other fronts by their injuries; therefore, sexuality and the expression of sexuality may take on new and greater significance post-TBI. Additionally, changes in the way sexuality is expressed can create tension with significant others, making early and effective treatment essential.

**Cognitive Problems**

Cognitive problems after TBI often prove more puzzling and distressing for caregivers than do physical problems, primarily because the person who has suffered TBI may seem like an entirely different person mentally and emotionally. Some of the cognitive issues commonly seen in individuals who have sustained a TBI are slow information processing, language impairments, impaired attention, or difficulty with executive function (such as making decisions).

It is not uncommon for individuals to become mentally "stuck", or to have difficulty organizing and initiating activities. Other common problems include issues with spatial reasoning, object recognition, and difficulties with remembering information stored in either short of long term memory. Post-trauma, it is not unusual to experience some form of amnesia, particularly in those who are post-coma. Additionally, learning new information or remembering things that are to

occur in the future – such as a doctor's appointment that is scheduled a week in advance, for example – become very difficult.

For others, cognitive problems include over or under-stimulation. For those who have problems with overstimulation, external stimuli provide confusion and distraction that leads to an inability to effectively make decisions about the situation. This can lead to frustration or withdrawal, and individuals who experience this may become overly reliant on others to make decisions for them. For those who are under-stimulated, external stimuli don't provide enough input. These individuals may tend toward thrill seeking that they might not have previously tended toward. Some of their behavior may be inappropriate and even careless toward themselves and others. Teaching patients in both of these situations effective ways to manage decision making and observe boundaries is essential.

Agitation is another problem related to problems with stimuli and is considered a type of delirium that is unique to those who have sustained TBI. Individuals who have problems controlling agitation often also have problems with anxiety, a behavioral issue [132]. Agitation behaviors include impulsivity, edginess, distractibility, restlessness, fidgeting, and uneasiness. Agitation may also include physical or verbal aggression that can stem from either a lack of ability to control aggression or frustration over symptoms. These symptoms can delay recovery and can lead to social isolation, which is difficult for patients who are often already struggling to readjust to changed life conditions post-TBI.

Other patients struggle with impairments in social perceptiveness, which means that they don't always read social situations correctly and may misjudge the impact their actions have on other people. This also means that they essentially don't learn from any of the mistakes they make in social situations, and tend to repeat unacceptable behavior over and over again. These individuals may also benefit from being taught proper boundaries, but often they struggle with additional emotional issues and lack empathy or have additional issues with disinhibition that also need to be addressed.

**Psychological and Behavioral Problems**

When one sustains a TBI, it is both a physiological and psychological disruption to their life. The damage to the psyche may be quite great as the patient sees their expectations on where their life was headed change entirely. Additionally, the ability to rebuild the life they had previous to the TBI may be significantly different as physical and mental capabilities are different from what they were.

A deciding factor in adjustment and how well an individual who has suffered TBI is able to rebuild their life not only rests in physiological factors but also in how well and fully they are valued and accepted by family and friends and reintegrated into life as who they are after their injury [166]. Also essential is reacquainting themselves with old roles and adapting and finding new roles. Family and friends can be essential in this journey by being open to the new paths post-trauma may bring and exploring them fully with the individual. Individual, group, and family counseling may also help.

The most common psychological disorder post-TBI is depression [167, 168]. Individuals who have sustained TBI may suffer depression that is either minor or major; the severity of the TBI

injury does not indicate the subsequent development of depression. Major depression is especially hazardous, as is it associated with poor psychosocial outcomes and cognitive deficits [169]. Those with major depression after TBI often experience impaired psychosocial function in the first year after their injury. Further, this impairment may persist for up to 3 years post-TBI, and have a negative effect on productivity at work [170, 171]. The exact cause of the depression is often difficult to determine, as the cause is frequently multifactorial. Depression can arise as a reaction to the injury itself, to life stressors created in response to the injury, or it could be pre-existing.

Depression symptoms closely mirror those of post-concussive disorder, providing a diagnostic challenge for practitioners. Given this, some researchers have simply recommended a course of antidepressant treatment [172] or cognitive behavioral therapy (CBT) [173] with tailoring toward treatment of post-concussion syndrome.  Other researchers have also recommended these treatments with the addition of exercise for mild depression [174] to improve mood and self-esteem.

The second most commonly reported psychological disorder post-TBI is personality changes [175]. When compared to patients who didn't experience personality changes, those who did experience personality changes also experienced lower overall well-being as well as impairments in social and physical functioning. These impairments can have ramifications for favorable outcome, as outcome is in part dependent on the extent to which a patient is able to re-establish him or herself socially as well as physically.

Behavioral problems such as aggression are also common after TBI. Behavioral problems are most common when frontal systems in the brain are damaged. In one study [176] aggressive behavior was found in 33% of patients who had suffered TBI as compared with 11% of patients who had suffered multiple trauma but had not suffered TBI within the first 6 months of injury. Rapid, aggressive change in emotion may make the individual appear unpredictable, which can lead to poor outcome in social functioning and relationships. This may in turn lead to isolation.

Cognitive problems also often produce behavioral problems. Impairments in thinking may produce rigidity in thought, or black and white thinking, where situations are viewed in absolute and opposite terms. For example, an individual may view a relative as either loving or hating them, with no room for any emotion existing in between. This kind of thinking makes flexibility and negotiation impossible, and leads to difficulty forming and maintaining positive personal bonds. It may also lead to the escalation of relatively minor issues into major arguments.

Individuals sometimes also lack behavior, which can be just as much a problem as too much behavior, or extremity of behavior. Individuals who lack behavior may fail to provide effective feedback, or they may fail to protect themselves or act to meet their own needs. This can lead to failed relationships when people either answer for them or fail to interact, resulting in isolation or possibly even abuse.

**Additional Considerations:**

**Age: Rehabilitation of Geriatric Populations**

Those in geriatric populations tend to have worse outcomes with a lower functional independence physically and cognitively following TBI. This results in longer stays in acute and non-acute settings and an increased percentage of discharges to long-term care facilities regardless of the severity of TBI [93, 94]. The length of stay and cost also are higher with elderly patients as well [93, 95] in inpatient facilities. Therefore, it is essential that practitioners understand the unique needs of geriatric patients.

Geriatric patients make similar functional gains as do younger patients. However, they often have greater overall disability at admission as well as discharge from acute rehabilitation facilities. Elderly patients also tend to improve at slower rates than do younger patients. Most elderly TBI patients are discharged to community facilities; however, elderly patients consist of a significantly smaller portion of community patients than do younger patients [94, 177].

Team approach to rehabilitation in geriatric populations:

It can be challenging from both a medical and psychosocial perspective to maximize the rehabilitation potential in geriatric populations with TBI. However, this may best be done by using a multidisciplinary approach. A multidisciplinary approach includes primary care physicians, therapists, psychologists, psychiatrists, social workers, home care providers, and other relevant sources provided through rehabilitation programs. These resources can all be extremely helpful in managing the complexities of TBI in geriatric populations and ensuring an optimal outcome.

Medical complications may frequently occur in combination with a poor transition of care from hospitalization to an inpatient rehabilitation center and also during transition to a community center. It is important that emphasis be placed on effective communication within the multidisciplinary approach as patients negotiate difficult transitions. It is also essential that practitioners effectively communicate with family members to ensure smooth transition, as well as teach family members how they can take an active role in the care of their loved one once they are discharged from acute or sub-acute facility. Finally, coordinating follow-up appointments with primary and specialty care and community care through home health services and establishing a plan for ongoing therapy may be the best way to ensure a safe transition for the elderly patient back to the community setting.

Comorbidity:

Age is an independent risk factor for less favorable outcome after TBI. However, there is an increased predominance of comorbidities in older populations that also play a role in outcome [178]. Some of these comorbidities are higher incidence of diabetes, pulmonary disease, hypertension/hypotension, poor nutrition, premorbid dementia, and cardiovascular disease. These may all contribute to outcomes post-TBI.

Diabetes mellitus is an independent risk factor following TBI for mortality. Outcomes are less favorable in those with premorbid dependence on insulin. Hypoglycemic episodes may make glutamate induced excitotoxicity worse [179, 180]; hyperglycemia may impair cerebral perfusion, induce oxidative stress, promote acidosis, promote excitotoxicity, and worsen blood

brain barrier disruption [179; 181] How to best manage diabetes after TBI is controversial. The current consensus regarding management is to maintain fairly well-controlled glucose levels and to avoid excessive hyperglycemic or hypoglycemic values post-TBI [179;182].

Those in the geriatric population also have a tendency to be malnourished. Providing enteral nutrition early on post-TBI may improve outcomes and can provide beneficial effects on cortisol, TSH/T3/T4, and testosterone [183;184]. Nutrition is particularly essential in a patient that is pre-morbidly malnourished. With malnourishment and with age group, practitioners are also likely to see vitamins deficiencies and related conditions. For instance, geriatric populations have a higher incidence of osteoporosis. Therefore, bone fractures are more frequently seen in head injuries in older individuals.

Pharmacology and neurologic recovery in rehabilitation in geriatric populations:

Careful attention should be paid during the rehabilitation process to commonly prescribed medications that could affect neurological recovery in geriatric patients. All patients that have suffered TBI may experience side effects from medications. Elderly patients with TBI in particular are more likely to experience side effects from medications.

Some medications that are commonly used to manage agitation, urinary disorders, bowel disorders and sleep disorders must often be minimized, as they produce negative side effects in elderly patients. These medications include anticholinergics, antidopaminergics, and antihistamines [185].

Benzodiazepines and atypical GABA agonists utilized for sleep disorders may also negatively affect recovery in post-TBI in elderly patients. Other options to treat insomnia may be considered. These include melatonergic and serotoninergic drugs [186].

Some medications commonly prescribed post-TBI have increased side effects and severity, especially in the elderly. Some examples of these are antipsychotics used to treat insomnia and agitation and antiepileptic medications. However, when used in geriatric populations antipsychotics have been shown to delay spatial learning and motor recovery post-TBI [185; 187]. Prolonged use of the antiepileptic medication phenytoin may also negatively affect neurological recovery; the negative effects may be curtailed by reducing duration of use. However, there are recent studies that suggest that levetiracetam could have similar efficacy to phenytoin. Additionally, levetiracetam may have marked neuroprotective qualities, if administered daily post-TBI [188].

Patients in geriatric populations, as with other patients post-TBI require pharmacological and psychological treatment for issues that may impede rehabilitation participation and progress such as post-traumatic stress disorder (PTSD) or post-traumatic depression (PTD). Geriatric patients may also possess cognitive deficits. The approaches to treat these are similar to the approaches used to treat younger patients with TBI. However there are some differences that must be considered.

The use of dopamine agonists such as methylphenidate may increase rehabilitation participation, arousal, and cognitive and motor processing speed. These medications may bring an increased risk of cardiovascular side effects, including hypertension and arrhythmia [189]. While safety studies suggest that these drugs are generally safe, close monitoring is still suggested and caution should be taken when considering usage in patients with known arrhythmias and other serious cardiovascular conditions.

Other medications, such as L-dopa, can be considered for use in enhancing mood, cognition, and participation in geriatric patients with new onset Parkinsonian features post-TBI. SSRIs are typically used to address PTD. The risk of developing PTD may be linked with a genetic predisposition at the serotonin transporter [190]. Also, geriatric depression may be genetically predisposed. However, more research is needed in this area to fully understand the scope of geriatric depression post-TBI and the effects these drugs have on the geriatric population. It is also essential for practitioners to note that SSRIs carry several drug interaction warnings that may necessitate consideration regarding use in certain geriatric patients with TBI [191].

Preventing falls in elderly patients post-TBI:

Falls are the leading cause of TBI in the elderly. Therefore, preventing head trauma plays a key role in improving and maintaining overall health in geriatric populations. Ongoing efforts to prevent falls must be taken, whether it is while the patient is still in the hospital, in the long-term care facility, or in a community setting. Risk for recurrent fall post-TBI and subsequent TBI is significant. Caregivers must develop approaches to prevent recurrent injuries.

Elderly patients are highly predisposed to delirium associated falls in hospital settings [192]. The Hospital Elder life program outlines steps to prevent and treat delirium associated falls. These include frequent orientation early mobilization, therapeutic activities, the use of proper glasses and hearing aids, and proper sleep hygiene [193;194]. Ensuring that rooms have adequate lighting and reducing unnecessary tubes, lines, and physical restraints, along with incorporating the use of padded floors, low beds, and alarms are common approaches utilized by programs that work with the elderly.

When geriatric patients move to the community setting post-rehabilitation, safety initiatives should extend to their home environment. This starts with a comprehensive home assessment that should be geared towards minimizing the risk of a falling. Utilizing a multidisciplinary approach wherein a rehabilitation team may observe a patient in their home setting helps the team formulate safety initiatives and implement individualized goals for therapy. Once the elderly patient has mastered the home environment, safety goals may be expanded to re-integrate them into the community at large.

Initial at-home goals should emphasize energy conservation and negotiating barriers, such as improving balance and negotiating obstacles such as curbs. Long-term goals may focus on reintegration and improving cardiovascular endurance. Cardiovascular endurance may be improved through exercise and physical therapy, which may be done at home or through an outpatient rehabilitation program specifically designed for the older patient. These programs help reduce the risk of falling, especially when balance retraining is added to the program [195].

These programs may also help improve confidence in older patients by reducing the fear of falling; this improves overall quality of life as well.

There are numerous medications commonly prescribed to geriatric patients that may increase the risk of falling. It is a good idea to review medication and remove medications that may increase the risk of falling while in rehabilitation.

Conclusions:

Overall, the cost of care post TBI in geriatric patients is high. Acute care resource usage is greater in geriatric patients when compared to younger patients post-TBI [178]. However, if practitioners are sensitive to the unique nature of TBI in geriatric populations a poor outcome is not a certainty.

Age: Rehabilitation in Children

Behavioral Problems

Children experience many of the same problems that adults do post-TBI. However, the most common problems experienced by children are psychological and related behavioral problems.

Inhibitory control:

Children frequently have difficulty with inhibitory control post TBI. The depth of difficulty, as well as the kind of difficulty depends on the stage of development the child is in [196]. Additionally the age of the child and the time since the TBI was sustained are deciding factors in difficulty with inhibitory control.

For instance, inhibition of return becomes apparent between three and six months of life. This coincides with the ability to effectively direct saccades to certain locations. Effortful inhibition has a longer rate of development, with processes that are immature in young children. Increased interference control becomes apparent around middle childhood. Children learn to shift behavior between rules by about five years of age. Cancellation inhibition increases throughout childhood and adolescence. Restraint inhibition peaks at around 12 years of age.

These constructs are multifaceted. Each process has a different developmental trajectory and relies on different cognitive paradigms. This variability is paralleled by the variability that is seen in TBI injury.

Some inhibitory control processes are more vulnerable to TBI injury than are others. For instance, effortful inhibitory control processes may be more vulnerable post TBI than are reflexive processes.

Children who have suffered TBI may experience impaired response flexibility. This is especially common in those who have lesions located in the left frontal lobe. A recent study of adolescents and young adults who had sustained TBI during childhood indicated poor performance on the

Children's Category Test [197; 198], which suggested impaired response flexibility. However, this test contains a number of questions that are unrelated to inhibitory control, such as divided attention, abstract concepts, and working memory. A different study [199] used the spatial reversal task to analyze cognitive flexibility post-TBI. In this test, the child develops a response set to locate a reward that is hidden in a certain location. The child must then reverse his or her response set to point towards a different location. Children who had sustained moderate and severe TBI injury, as well as children in the control group performed equally well on the test. This suggested that these children possessed an intact ability to inhibit previous roles.

Children who have sustained TBI and are in either the acute or chronic phase of recovery may suffer deficiencies in the cancellation inhibition. This is indicated by less efficient or slower, SSRT on a stop signal task. A recent study indicated that children who sustained TBI do not make more errors of commission than do children in the control group in spite of slowed SSRT on the stop signal [200]. However, other studies have indicated increased errors in commission [201], particularly in children in the chronic phase of recovery.

Difficulty with inhibitory control may cause secondary conditions. For example, children who sustained TBI commonly present with deficits to attention. Ten - 19% of children who sustained TBI present with a pre-injury diagnosis of P-ADHD. Around 15 to 20% of children develop S-ADHD post-TBI [202]. S-ADHD is the most prevalent psychiatric disorder among children who have sustained TBI.

Those children who displayed greater behavioral difficulties before they were injured, such as over-activity or problems with attention were more likely to exhibit a poorer cancellation condition on the stop signal test post-TBI than were those children without these difficulties. However, a diagnosis of P-ADHD pre-injury does not affect the acute phase of cancellation deficit in any significant way. Children with S-ADHD who are in the chronic phase present with longer SSRT on the stop signal test and display performance that is similar to those who have sustained TBI but do not have S-ADHD than do those children in the control group, who are developing typically.

Depression and Anxiety:

Children frequently experience depression and anxiety post-TBI, although this experience is less common in children than it is in adults post-TBI. Factors that contribute independently to an increased incidence in depression and anxiety post-TBI in children are age at time of TBI injury and family history of depression or other mental illness. These conditions may occur together or separately. Recent research [203] indicated that non-anxious depression post-TBI in children seems to be associated with specific left sided lesions, while anxious depression is associated with right sided lesions.

**Treatment Risks:**

**Infection**

Individuals who have sustained a traumatic brain injury are considered to be at higher risk for infection. Individuals who have suffered TBI and had to undergo brain surgery are at a higher risk of infection than both those who have either suffered TBI and have not had to undergo brain surgery or those who have not suffered TBI.

One retrospective study, conducted by Kourbeti et al. [204], indicated that patients who have suffered TBI are at high risk of having nosocomial infection. This risk is higher in patients who have sustained TBI than in those who are critically ill or in other neurosurgical patients. The reason for this may be that defenses in the immune system may be compromised even if there is no systemic injury.

The study further indicated that the most common infections were respiratory tract infections. Infections at the surgical site developed in 10.5% of the surgeries. Meningitis post-surgery developed in 4.7% of the patients. Major risk factors for the development of infections at the surgical site in general, and for meningitis specifically, were the length of stay and environment. Correlating factors were lower, preoperative Glasgow Coma Scale (GCS), which was positively correlated with longer duration of stay, surgery, and adversity of final outcome; low Glasgow Outcome Scale (GOS); and an increased propensity to develop infections, other than those at the surgical site. Additionally, a longer hospital stay pre-surgery was directly associated with infections such as pneumonia and UTI.

Therefore, managing infection is essential to favorable outcomes in those who have sustained TBI.

### Mechanisms and Their Effect on Treatment Decisions

The mechanism of injury may, to an extent, determine the kind and extent of treatment an individual receives for TBI. For example, motor vehicle accidents, the most frequently sustained blunt trauma, are frequently covered by private insurance, a factor that may determine where an individual ends up when discharged for follow-up treatment [205]. This factor also may determine whether an individual receives additional follow-up care.

Penetrating trauma is most likely to be the result of a gunshot wound.

In blast trauma, which is frequently sustained by military personnel in war zones, the individual is likely to be treated in a military hospital or veteran's establishment.

### PROGNOSIS

### Early Consequences

Early indicators within 24 hours of injury that indicate outcome may be useful to help guide in rehabilitation counseling. One significant indicator is the linear relationship between the GCS measure immediately after resuscitation and outcome. The GCS shows a linear relationship to a poor outcome, for example, neurological disability, vegetative state, or death, when the GCS immediately post-resuscitation is in the 3 – 9 range [26].

There has also been a fair amount of research done to identify the early prognostics of functional outcome and mortality, as it is assessed by the Glasgow Outcome Scale (GOS) upon admission to an emergency department or hospital. The GOS is generally divided into good recovery along with mild disability versus severe disability, vegetative state, and mortality.

Some factors that must be examined when considering early consequences:

- Demographic Factors
  - Age is one of the most powerful predictors of functional outcome and mortality in TBI. Studies have shown that older age is commonly associated with less favorable outcome [206; 207] and higher treatment costs.
  - Studies that have analyzed the continuous association between age and outcome have reported that there is a change around age 30 – 40. Above this age range, the outcome of TBI consequences becomes increasingly less favorable [206; 207; 208].
  - Additionally, there is a sharp rise in risk of a less favorable outcome if the patient is over 60 years of age [26].
- Gender Factors
  - Current studies did not find relationships between gender and outcome after adjustments were made for confounding variables [206; 209; 210].
  - However, a meta-analysis found that women who survived TBI experienced worse functional outcomes and overall quality of life than did men who survived TBI [207].
- Ethnic Factors
  - A meta-analysis of 5320 patients indicated that black patients have a less favorable outcome than do white or Asian patients. This indication has been further confirmed in recent studies [207; 211; 212; 213].
  - Reasons underlying this indication are unknown and may only be speculated upon, but may include differences in genetic makeup, which in turn may lead to a different response to injury. Additionally, individuals of different ethnicities may have different access to acute and post-acute medical care. More research is needed in this specific area.
- Clinical Severity
  - Clinical severity refers to the extent of extracranial and intracranial insults. Many studies that examine TBI and extracranial injury have examined patients with traumatic extracranial injury both with and without TBI. These studies have concluded that the coexistence of extracranial injury and moderate TBI is correlated with high mortality and morbidity [214].
  - Some studies indicated that outcome of extracranial injury in patients with TBI depends primarily on the severity of the cerebral damage and is not made worse by the presence of the extracranial injuries [214]; however, other studies indicated that the presence of major extracranial injuries was correlated with less favorable outcomes [215; 216].

Computed tomography (CT) can also help reveal intracranial insults that are prognostic. The cisterns surrounding the midbrain are usually visible, but when the brain swells and herniates

these spaces become occluded and are no longer visible. This is a compelling predictor of poor prognosis.

**Late Consequences**

Secondary insults are particularly common in the pre-hospital and hospital setting. These can increase the degree of damage the patient suffers and lead to a less favorable outcome.

TBI incites a stereotypical inflammatory response that activates the micro-glia in residence as well as well as white blood cells pervading from the central nervous system [217]. Post-traumatic inflammation may continue for many months or even years after the initial injury. The majority of improvement occurs within the first 6 months after injury and many studies use the GOS at 6 months after injury to compare with earlier scores to determine overall prognosis and progress [26].

Studies have indicated that the combination of hypotension and hypoxia has a greater negative effect on outcome than may be explained by either hypotension or hypoxia alone [218]. Additionally, lengthy persistent vegetative states lead to very poor prognoses; no examples of good recovery have been observed in either adults or children who were in vegetative states for 12 months [26].

Patients, while not having an unfavorable outcome, may not have a good outcome either [219]. Research has shown that of patients with moderate injuries, 45% (GCS of 9 – 12) have moderate to serious disabilities 1 year post-TBI. Of those with serious injuries, 48% have moderate to serious disabilities 1 year post-TBI, and only 14% have a good outcome by 1 year post-TBI. Additionally, patients with even minor injuries may remain unable to resume normal daily activities post-TBI; research has shown that 47% of patients with a GCS of 13 – 15 were unable to resume work and have moderate to serious disabilities at 1 year post-TBI [220].

**PREVENTION**

TBI may be prevented by providing individuals with proper safety education on the types of high-risk behaviors that can lead to TBI. Additionally, officials can work to identify populations that are at especially high risk for suffering TBI. In doing so, safety measures can then be instituted to help lower the prevalence of TBI in these populations. Further, offering recommendations on safety gear in high risk sports and educating leaders (i.e. coaches) in these areas may lead to further reducing instances of TBI.

Additionally, educating the public on the difference safety items such as wearing safety belts while driving and riding in cars and wearing helmets while bicycling or riding a motorcycle can make may lead to lowered instance of TBI. Also, educating the public on extraneous substances that increase the risk of TBI, such as the use of alcohol, would be prudent, as avoiding the use and abuse of such items may help lower instances of TBI.

**CONCLUSION**

Traumatic injury of the head and brain has been a serious issue for humankind since the dawn of civilization. When external force is applied, an alteration in brain function may result. This alteration in brain function is referred to as traumatic brain injury (TBI) [3].

TBI occurs most commonly after a sudden blow or shock to the head [4]. There are 3 primary mechanisms of TBI injury: blunt, penetrating, and blast [5]. TBI may be mild, moderate or severe. There are two classifications of TBI: primary insults and secondary insults. The primary insult occurs at the moment of impact. The secondary insult consists of the complications that result from the primary insult.

While TBI may seem isolated and trauma confined to the head, it is in fact a complex, chronic, and dynamic process that requires consistent attention as associated affected body systems are managed [6; 7]. Additionally, TBI presents differently and must be treated differently in different populations. Neonates, children, and geriatric populations present in different ways and must be treated differently in neurosurgical units for both mild and severe TBI.

Advances in imaging and critical care have led to a reduction in death and disability resulting from traumatic brain injury [26]. The future of TBI sees researchers recognizing the importance of and taking initiative in moving toward standardization in defining TBI and data collection across studies of TBI [28], as well as utilizing new techniques to diagnose and treat TBI.

## Test Questions

1. The brain is a partially solid structure that weighs approximately
   a. 5 lbs.
   b. 7 lbs.
   c. 3lbs.
   d. 4lbs.

2. Which of the following is not a primary mechanism of TBI injury?
   a. Blunt trauma
   b. Blast trauma
   c. Penetrating trauma
   d. Reflexive Trauma

3. What are the two classifications of TBI insults?
   a. Blunt and penetrating
   b. Accelerating and decelerating
   c. Primary and secondary
   d. Complicated and uncomplicated

4. TBI is isolated to:
   a. The head. TBI is a brain injury.

     b.  No one part of the body alone. TBI is a complex process.

     c.  The head and neck. TBI affects the neck as well.

     d.  The face. TBI may disturb the face.

5. Which of the following is NOT a reason why mortality from TBI has improved significantly over the past 2 decades?

     a.  Usage of exhausted  imaging techniques in the field

     b.  Improvements made in neurosurgical care

     c.  Interventions in the public safety sector

     d.  Avoidance of serious comorbidities that can occur

6. In the United States, what are the top major risk factors that are associated with TBI?

     a.  Age, gender, and sexual orientation

     b.  Age, drug usage and quality of insurance

     c.  Quality of insurance, gender and age

     d.  Gender, political affiliation, and age

7. What is the greatest contributor to TBI injuries?

     a.  Motor vehicle accidents

     b.  Falling

     c.  Penetrating injury, such as a gunshot wound

     d.  Blast injury, such as from a bomb

8. The greatest contributor to TBI injuries in individuals 15 to 24 years of age is

     a.  Falling

     b.  Motor vehicle accidents

     c.  Gunshot wounds

     d.  Bombs

9. What TBI injury has the highest associated mortality rate?

     a.  Falling

     b.  Gunshot wounds

     c.  Motor vehicle accidents

     d.  Bombs

10. Of the patients evaluated in hospital emergency rooms with TBI each year in the United States, how many die?

     a.  50,000

     b.  60,000

  c. 70,000

  d. 80,000

11. What percentage of TBI is considered mild TBI?

  a. 70%

  b. 80%

  c. 90%

  d. 100%

12. A major problem with individuals who sustain mild TBI that leads to an underestimation in the number of individuals who sustain mild TBI each year is

  a. Individuals who sustain mild TBI are brain damaged beyond repair  and  they can therefore not be counted in any estimation of individuals who sustain TBI

  b. Individuals who sustain mild TBI may not know they have TBI

  c. Individuals who sustain mild TBI do not understand what TBI is the way medical professional do

  d. Individuals who sustain mild TBI do not seek medical attention after being injured and are therefore not evaluated in the emergency room

13. Which trauma is the most common cause of TBI?

  a. Blunt trauma

  b. Penetrating trauma

  c. Blast trauma

  d. Reflexive trauma

14. What percentage of blunt traumatic injuries does motor vehicle accidents account for?

  a. 30%

  b. 40%

  c. 50%

  d. 60%

15. What kind of TBI is the result of a blunt sharp object penetrating the skull?

  a. Blunt trauma

  b. Penetrating trauma

  c. Blast trauma

  d. Reflexive trauma

16. What is the highest number of deaths related to penetrating traumatic injuries attributable to?

  a. Stab wounds

  b. Shrapnel wounds

     c. Gunshot wounds

     d. Impact wounds

17. Which of the following is NOT a factor in determining the extent of injury in a gunshot wound?

     a. Frontal area

     b. Velocity

     c. Distance

     d. Proximal severity

18. What kind of TBI injury results from a combination of blunt and penetrating force injuries?

     a. Blunt trauma

     b. Penetrating trauma

     c. Blast trauma

     d. Reflexive trauma

19. What kind of TBI injury is becoming more common than it used to be?

     a. Blunt trauma

     b. Penetrating trauma

     c. Blast trauma

     d. Reflexive trauma

20. The primary insult in TBI injury occurs

     a. At the moment of impact

     b. As a cascade of events after the initial injury

     c. When the patient is recovering at home

     d. In the ambulance on the way to the hospital

21. Which of the following is considered a secondary insult?

     a. P-ADHD

     b. Intracranial hypertension

     c. Gunshot wound

     d. Well maintained CPP

22. What does diffuse axonal injury result from?

     a. Secondary injury

     b. Disrupted metabolism and dis-regulated CBF

     c. Necrotic cell death

     d. Rotational forces at play during traumatic impact

23. What is a crisis that the brain may endure as a result of TBI?
    a. Inadequate maintenance of CPP
    b. A metabolic crisis
    c. Deprivation of oxygen to the brain
    d. All of the above

24. Older patients are
    a. More likely to have larger amounts of cell death post TBI than are younger patients
    b. Likely to recover more quickly than are younger patients
    c. Not as affected by the damage of TBI as are younger patients
    d. More likely to sustain TBI in motor vehicle accidents than any other group

25. TBI is considered a risk factor for developing
    a. Flatulence
    b. Alzheimer's disease
    c. Smallpox
    d. Crohn's disease

26. Which is NOT a factor utilized for measurement on the Glasgow Coma Scale?
    a. Verbal performance
    b. Memory recall
    c. Motor responsiveness
    d. Eye opening to appropriate stimuli

27. Which Glasgow Coma Scale Score indicates that the patient has a severe head injury?
    a. 15 – 17
    b. 13 – 15
    c. 9 – 12
    d. ≤ 8

28. What is the most common physical complaint post-TBI?
    a. Headache
    b. Neck pain
    c. Sleep disruption
    d. Disruption in vision and postural control

29. Which of the following may fall into the category of mild TBI?
    a. A skull fracture with a GCS below 13

      b.  A skull fracture with intracranial abnormalities and a GCS below 13

      c.  A severe concussion with  a secondary brain abnormality and  a GCS of below 13

      d.  A skull fracture with a GCS of 13 – 15

30.  What segment of the population has the highest rates of hospitalization and death related to TBI?

      a.  Children under 4 years of age

      b.  Adolescents and young adults, 15 – 25

      c.  Adults, 26 – 55

      d.  Adults over 75 years of age

31.  What is the primary cause of blast trauma related death in civilians and military personnel in war zones?

      a.  Improvised explosive devices (IED)

      b.  Suicide bombers

      c.  Motor vehicle accidents

      d.  C4

32. What percentage of troops returning from Operation Iraqi Freedom and Operation Enduring Freedom tested positive for probable TBI?

      a.  10% - 20%

      b.  20% - 30%

      c.  30% - 40%

      d.  Zero – the troops did not sustain TBI during these operations

33. What kind of testing is considered the gold standard for diagnosing TBI?

      a.  Glasgow Coma Scale (GCS)

      b.  Imaging (MRI, CT, SWI…)

      c.  The Military Acute Concussion Evaluation  (MACE)

      d.  The Automated Neuropsychological Assessment (ANAM)

34. Which of the following is NOT a factor that improves outcome?

      a.  Reduced time from length of dispatch of emergency services to arrival at the scene

      b.  Direct transportation to a qualified trauma facility with adequate resources

      c.  Waiting to fully assess TBI until arrival at the scene

      d.  Calling an ambulance/emergency services as soon as possible after the injury occurs

35. What is neurorehabilitation?

    a.  It is the term used to refer to the attempt to replace cells in the brain that have died as a result of TBI

    b.  It is the term used to refer to the attempt to stop the cascade of secondary injuries

    c.  It is the term used to refer to the attempt to fix the brains of crazy people

    d.  It is the term used to refer to the  general rehabilitation of people who have impairments as a result of an injury that has affected the CNS

36. Which of the following is NOT one of the requirement criteria for admission to an acute care facility?

    a.  Medical complexity that requires around the clock specialized nursing care

    b.  Suffer TBI impairments that prohibit the individual from returning home

    c.  Reasonable expectation that there will be an improvement in function and discharge into the community within a reasonable amount of time

    d.  Deficits in function that require a minimum of 3 hours of specialized rehabilitation therapy.

37. Why is it better to offer someone who has sustained TBI too much support as opposed to not enough?

    a.  Individuals who have sustained TBI are working to re-establish their lives and routines and require consistency

    b.  Individuals who have sustained TBI may become confused if you don't offer any support

    c.  Individuals who have sustained TBI cannot be trusted

    d.  Individuals who have sustained TBI have cognitive impairments

38. What is one of the most prominent areas of difficulty to consider post-TBI?

    a.  Sleep difficulties

    b.  Physical disability

    c.  Behavioral problems

    d.  Sexual dysfunction

39. Recent research indicated that what percentage of patients who had sustained TBI also had sleep difficulties?

    a.  10% - 30%

    b.  30%-50%

    c.  50%-70%

    d.  70%-90%

40. What changes in the patterns of dreaming in patients who have sustained TBI, as indicated by recent studies?

    a.  Dream quantity changes
    b.  Dreams stop
    c.  Dream quality changes
    d.  Dreams become more vivid

41. Post-TBI, what percentage of individuals who have sustained TBI indicate that they have experienced some sort of sexual dysfunction?
    a.  40%
    b.  50%
    c.  60%
    d.  70%

42. Why is it so important to diagnose and treat sexual dysfunction that results from TBI injury?
    a.  Everyone likes sex, and sexual dysfunction makes sex impossible
    b.  People who have sexual dysfunction post-TBI may be regarded as strange and thus have trouble with re-socialization
    c.  Sexuality and the ability to express oneself sexually are important aspects of a person's self-esteem and sense of identity
    d.  Providers like to treat the whole person, and sexual dysfunction is just another issuc that must be treated when it comes to treating the whole person

43. What is an example of a cognitive problem that may result from TBI injury?
    a.  Sexual dysfunction
    b.  Depression
    c.  Agitation
    d.  Sleep Apnea

44. What is the most common psychological disorder in adults post-TBI?
    a.  ADHD
    b.  Post-traumatic stress disorder (PTSD)
    c.  Personality changes
    d.  Depression

45. How can rehabilitation potential be maximized in geriatric populations?
    a.  By utilizing a multidisciplinary approach to treatment
    b.  By keeping geriatric patients in acute treatment facilities indefinitely
    c.  By acknowledging that geriatric patients are more likely to die than are younger patients
    d.  By treating all TBI injuries seen in geriatric patients the same way

46. Which of the following is an independent risk factor following TBI for mortality in geriatric patients?
   a. Sexual orientation
   b. Age
   c. Pre-trauma existence of dementia
   d. Malnourishment

47. Recent studies have confirmed that which of the following groups have less favorable outcomes post-TBI injury?
   a. Black patients
   b. Females
   c. Young children under 4 years of age
   d. White patients

48. Research has shown that what percentage of individuals with severe injuries have a good outcome by 1 year post-TBI?
   a. 12%
   b. 14%
   c. 16%
   d. 18%

49. How can TBI best be prevented?
   a. By providing individuals with proper safety education on the types of high risk behaviors that can lead to TBI
   b. By working to identify populations that are at especially high risk for suffering TBI
   c. By instituting safety measures to help lower the prevalence of TBI in high risk populations
   d. All of the above

50. What is an example of a safety measure that may be taken to help prevent TBI?
   a. Wearing a helmet when riding a bicycle
   b. Wearing a safety belt when riding in a car
   c. Installing extra air bags in cars
   d. All of the above

**Answer Key**

1. C     Pg. 1, Introduction, Obj. 1

2.  D     Pg. 1, Introduction, Obj. 2, 3
3.  C     Pg. 1, Introduction, Obj. 3
4.  B     Pg. 1, Introduction, Obj. 1
5.  A     Pg. 2, Epidemiology and Etiology, Obj. 1, 2
6.  C     Pg. 2, Epidemiology and Etiology, Obj. 2
7.  B     Pg. 2, Epidemiology and Etiology, Obj. 2
8.  B     Pg. 2, Epidemiology and Etiology, Obj. 2
9.  C     Pg. 2, Epidemiology and Etiology, Obj. 1, 2
10. A     Pg. 2, Epidemiology and Etiology, Obj. 1
11. C     Pg. 3, Epidemiology and Etiology, Epidemiology of Mild TBI, Obj. 1
12. D     Pg. 3, Epidemiology and Etiology, Epidemiology of Mild TBI, Obj. 1
13. A     Pg. 3, Mechanisms, Blunt Trauma, Obj. 3
14. C     Pg. 3, Mechanisms, Blunt Trauma, Obj. 3
15. B     Pg. 4, Mechanisms, Penetrating Trauma, Obj. 3
16. C     Pg. 4, Mechanisms, Penetrating Trauma, Obj. 3
17. D     Pg. 4, Mechanisms, Penetrating Trauma, Obj. 3
18. C     Pg. 4, Mechanisms, Blast Trauma, Obj. 3
19. C     Pg. 4, Mechanisms, Blast Trauma, Obj. 3
20. A     Pg. 5, Classification, Primary Insults, Obj. 3
21. B     Pg. 6, Classification, Secondary Insults, Obj. 3, 4
22. D     Pg. 6, Pathophysiology, Obj. 4, 5
23. D     Pg. 6-7, Pathophysiology, Obj. 4, 5
24. A     Pg. 9, Pathophysiology, Pathophysiology of TBI in Geriatric, Obj. 4, 5
25. B     Pg. 10, Pathophysiology, Pathophysiology of TBI in Geriatric, Obj. 5
26. B     Pg. 11, Signs/Symptoms, Obj. 6
27. D     Pg. 11, Signs/Symptoms, Obj. 6
28. A     Pg. 15, Signs/Symptoms, Signs/Symptoms Following TBI, Obj.4
29. D     Pg. 18, Diagnosis, Mild TBI, Obj. 4, 6
30. D     Pg. 18, Diagnosis, TBI in the Geriatric Population, Obj. 1
31. A     Pg. 20, Diagnosis, TBI in Military Populations, Obj. 2, 3
32. A     Pg. 21, Diagnosis, TBI in Military Populations, Obj. 1
33. B     Pg. 23, Diagnosis, Examination, Obj. 7
34. C     Pg. 24, Treatment, Obj. 8, 9
35. D     Pg. 26, Treatment, Neurorehabilitation, Obj. 8
36. B     Pg. 26, Treatment, Neurorehabilitation, Obj. 8
37. A     Pg. 28, Treatment, Essential Treatment Rules, Obj. 8
38. B     Pg. 29, Treatment, Major Treatment Issues to Consider, Obj. 8
39. B     Pg. 30, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
40. C     Pg. 32, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
41. B     Pg. 33, Treatment, Major Treatment Issues to Consider, Obj. 8, 9

42. C Pg. 33, Treatment, Major Treatment Issues to Consider, Obj. 8
43. C Pg. 34, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
44. D Pg. 34, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
45. A Pg. 36, Treatment, Age: Rehabilitation of Geriatric Populations, Obj. 8
46. B Pg. 36, Treatment, Age: Rehabilitation of Geriatric Populations, Obj. 2
47. A Pg. 42, Prognosis, Early Consequences, Obj. 9
48. B Pg. 43, Prognosis, Late Consequences, Obj. 9
49. D Pg. 43, Prevention, Obj. 10
50. D Pg. 43, Prevention, Obj. 10

**REFERENCES**

1. Heegard W, Biros M. Traumatic brain injury. Emerg Med Clin N Am. 2007;25:655-678.

2. Wick JY. Traumatic brain injury: special problem, special care. Consultant Pharm. 2012;27(6);392-399.

3. Menon DK, Schwab K, Wright DW, et al. Position statement: Definition of traumatic brain injury. Arch Phys Med Rehabil. 2010; 91:1637-1640.

4. Spencer DC, Karceski S, ed. About traumatic brain injury. Available at http//www.thebrainmatters.org. Last accessed September 16, 2012.

5. Nolan S. Traumatic brain injury. Crit Care Nurs Q. 2005;2:188-194.

6. Losiniecki A, Shutter L. Management of traumatic brain injury. Curr Treat Opt Neurology. 2010;12:142-154.

7. Masel BE, DeWitt DS. Traumatic brain injury: a disease process, not an event. J Neurotrauma. 2010;27:1529-1540.

8. Werner C, Engelhard K. Pathophysiology of traumatic brain injury. Br J Anaesth. 2007;99(1):4-9.

9. Menaker J, Cowley RA, Scalea TM. Traumatic brain injury. Trauma Reports. Available at http://go.galegroup.com.proxy.libraries.uc.edu. Last accessed September 18, 2012.

10. Decuypere M, Klimo P. Spectrum of traumatic brain injury from mild to severe. Surg Clin N Amer. 2012;92:939-957.

11.   Ough JK, Namplaparampli DE. Pain after traumatic brain injury. Handbook of Pain and Palliative Care: Biobehavioral Approaches for the Life Course. 2012.

12.   Corrigan JD, Selassie AW, Orman JA.The epidemiology of traumatic brain injury. J Head Trauma Rehab. 2010;25(2):72–80.

13.   Anderson V, Spencer-Smith M, Leventer R, et al. Childhood brain insult: can age at insult help us predict outcome? Brain. 2009;132:45–56.

14.   Gilmore E, Karceski S. Traumatic brain injury. Neurology. 2012;74(28):1-6.

15.   Faul M, Xu L, Wald M, et al. Traumatic brain injury in the United States: emergency department visits, hospitalizations and deaths 2002–2006 . Atlanta: Centers for Disease Control and Prevention, National Center for Injury Prevention and Control. 2010.

16.   Keenan HT, Runyan DK, Nocera M. Child outcomes and family characteristics 1 year after severe inflicted or noninflicted traumatic brain injury. Pediatrics. 2006;117:317–324.

17.   Giza, CC. Lasting effects of pediatric traumatic brain injury. Indian J Neurotrauma. 2006;3:19–26.

18.   Vos PE, Alekseenko Y, Battistin L, et al. Mild traumatic brain injury. Euro J Neurology. 2012;19:191-198.

19.   Bigler ED. Mild traumatic brain injury: the elusive timing of "recovery". Neuroscience Letters. 2012;509:1-4.

20.   McCrea, MA. Mild traumatic brain injury and postconcussion syndrome: the new evidence base for diagnosis and treatment. New York: Oxford University Press. 2008.

21.   Sosin, DM, Sniezek, JE, Thurman, DJ. Incidence of mild and moderate brain injury in the United States. Brain Injury. 1996;10(1):47–54.

22.   Kim JJ, Gean AD. Imaging for the diagnosis and management of traumatic brain injury. Neurotherapeutics. 2011;8(1):39-53.

23.   Richey. Gun shot wounds. Available at https://docs.google.com/ viewer?a=v&q=cache:bY1-idPDMDsJ:classes.kumc.edu/ cahe/respcared/ptcs/richey.pps+determine+force+of+impact+in+gunshot+wounds&hl=en &gl=us&pid=bl&srcid=…Last accessed October 2, 2012.

24.   DePalma RG, Burris DG, Champion HR, et al. Blast injuries. New Engl J Med. 2005;352:1335-1342.

25.  Albert-Weisenberger C, Siren A. Experimental traumatic brain injury. Exp & Trans Stroke Med. 2010;2(16):1-8.

26.  Ghajar J. Traumatic brain injury. The Lancet.2000;356:923-928

27.  Maas AI, Harrison-Felix CL, Menon D, et al. Common data elements for traumatic brain injury: recommendations from the interagency working group on demographics and clinical assessment. 2010;91:1641-1649.

28.  Maas AI, Harrison-Felix CL, Menon D, et al. Standardizing data collection in traumatic brain injury. J Neurotrauma. 2011;28:177-187

29.  Sahler CS, Greenwald BD. Traumatic brain injury in sports: a review. Rehab Research Practice. 2012;2012:1-10.

30.  Zink BJ, Szmydynger-Chodobska J, Chodobski A. Emerging concepts in the pathophysiology of traumatic brain injury. Psychiatr Clin N Am. 2010;33:741-756.

31.  Werner C, Engelhard K. Pathophysiology of traumatic brain injury. Br J Anaesth. 2077;1:4-9.

32.  Oertel M, Boscardin W, Obrist W, et al. Post traumatic vasospasm: the epidemiology, severity, and time course of an underestimated phenomenon: a prospective study performed in 299 patients. J Neurosurg. 2005;103(5):812–824.

33.  Kan MK, Ling EA, Lu J. Microenvironment changes in mild traumatic brain injury. Brain Research Bulletin. 2012;87:359-372.

34.  Cunningham AS, Salvador R, Coles JP, et al. Physiological thresholds for irreversible tissue damage in contusional regions following traumatic brain injury. Brain. 2005;128:1931–1942.

35.  Wu Q, Xuan W, Ando T, et al. Low-level laser therapy for closed-head traumatic brain injury in mice: effect of different wavelengths. Lasers in Surg & Med. 2012;44:218-226.

36.  Johnston AJ, Steiner LA, Chatfield DA, et al. Effects of propofol on cerebral oxygenation and metabolism after head injury. Br J Anaesth. 2003;91:781-786.

37.  Stiefel MF, Spiotta A, Gracias VH, et al.  Reduced mortality rate in patients with severe traumatic brain injury treated with brain tissue oxygen monitoring. J Neurosurg. 2005;103:805–811.

38.  DeWitt DS, Prough DS. Blast-induced brain injury and posttraumatic hypotension and hypoxemia. J Neurotrauma. 2009;26:877–887.

39.     Marmarou A, Anderson RL, Ward JD, et al. Impact of ICP instability and hypotension on outcome in patients with severe head trauma. J Neurosurg Spec Suppl. 1991;75:59–66.

40.     Elmore S. Apoptosis: a review of programmed cell death. Tox Path. 2007;35:495-516.

41.     Crownover J, Galang GN, Wagner A. Rehabilitation considerations for traumatic brain injury in the geriatric population: epidemiology, neurobiology, prognosis, and management. Curr Tran Geriatr Gerontrol Rep. 2012;1:149-158.

42.     Dixon CE, Kochanek PM, Yan HQ, et al. One-year study of spatial memory performance, brain morphology, and cholinergic markers after moderate controlled cortical impact in rats. J Neurotrauma. 1999;16(2):109–122.

43.     Ross DE. Review of longitudinal studies of MRI brain volumetry in patients with traumatic brain injury. Brain Inj. 2001;25(13-14):1271–1278.

44.     Tate DF, Khedraki R, Neeley ES, et al. Cerebral volume loss, cognitive deficit, and neuropsychological performance: comparative measures of brain atrophy: II.. J Int Neuropsych Soc. 2011;17(2):308–316.

45.     Bullock R. Excitatory amino acids following brain injury. J Neurosurg. 1994;80(3):595–596.

46.     Wagner AK, McCullough EH, Niyonkuru C, et al. Acute serum hormone levels: characterization and prognosis after severe traumatic brain injury. J Neurotrauma. 2011;28(6):871–888.

47.     Choi DW. Ionic dependence of glutamate toxicity. J Neurosci. 1987;7(2):369–79.

48.     Love S. Oxidative stress in brain ischemia. Brain Pathol. 1999;9(1):119–131.

49.     Mellergard P, Sjogren F, Hillman J. The cerebral extracellular release of glycerol, glutamate, and FGF2 is increased in older patients following severe traumatic brain injury. J Neurotrauma. 2012;29:112–118.

50.     Behan LA, Phillips J, Thompson CJ, et al. Neuroendocrine disorders after traumatic brain injury. J Neurol Neurosurg Psychiatry. 2008;79(7):753–759.

51.     Bondanelli M, Ambrosio MR, Zatelli MC, et al. Hypopituitarism after traumatic brain injury. Eur J Endocrinology. 2005;152(5):679–691.

52.     Bavisetty S, McArthur DL, Dusick JR, et al. Chronic hypopituitarism after traumatic brain injury: risk assessment and relationship to outcome. Neurosurgery. 2008;62(5):1080–1093.

53. Wagner AK, Bayir H, Ren D, et al. Relationships between cerebrospinal fluid markers of excitotoxicity, ischemia, and oxidative damage after severe TBI: the impact of gender, age, and hypothermia. J Neurotrauma. 2004;21(2):125–136.

54. Roof RL, Hall ED. Gender differences in acute CNS trauma and stroke: neuroprotective effects of estrogen and progesterone. J Neurotrauma. 2000;17(5):367–388.

55. Li Z, Wang B, Kan Z, et al. Progesterone increases circulating endothelial progenitor cells and induces circulating endothelial progenitor cells and induces neural regeneration after traumatic brain injury in aged rats. J Neurotrauma. 2012;29:343–353.

56. Cutler SM, Cekic M, Miller DM, et al. Progesterone improves acute recovery after traumatic brain injury in the aged rat. J Neurotrauma. 2007;24:1475-1486.

57. Xiao G, Wei J, Yan W, et al. Improved outcomes from the administration of progesterone for patients with acute severe traumatic brain injury: a randomized controlled trial. Crit Care. 2008;12:R61.

58. Kozlowski M, Yollin E, Merlen E, et al. Lasting pituitary hormone deficiency after traumatic brain injury. J Neurotrauma. 2012;29:81–89.

59. Dziedzic T. Systemic inflammatory markers and risk of dementia. Am J Alzheimers Dis Other Demen. 2006;21:258–262.

60. Sivanandam T. Thakur MK. Traumatic brain injury: a risk factor for Alzheimer's disease Neurosci Biobehav Rev. 2012;36:1376–1381.

61. Johnson VE, Stewart W, Smith DH, et al. Traumatic brain injury and amyloid-B pathology: a link to Alzheimer's disease? Nat Rev Neurosci. 2010;11(5):361–370.

62. Dick FD, De Palma G, Ahmadi A, et al. Environmental risk factors for Parkinson's disease and parkinsonism: the geoparkinson study. Occup Environ Med. 2007;64(10):666–672.

63. Factor SA, Sanchez-Ramos J, Weiner WJ. Trauma as an etiology of parkinsonism: a historical review of the concept. Mov Disord. 1988;3(1):30–36.

64. Joohyung L, Zhu W, Stanic D, et al. Sprouting of dopamine terminals and altered dopamine release and uptake in Parkinsonian dyskinaesia. Brain. 2008;131:1574–1587.

65. Massucci JL, Kline AE, Ma X, et al. Time dependent alterations in dopamine tissue levels and metabolism after experimental traumatic brain injury in rats. Neurosci Lett. 2004;372:127–131.

66.   Donnemiller E, Brenneis C, Wissel J, et al. Impaired dopaminergic neurotransmission in patients with traumatic brain injury: a SPECT study using 1231-beta-CIT and 1231-IBZM. Eur J Nucl Med. 2000;27(9):141–144.

67.   Bales JW, Wagner AK, Kline AE, et al. Persistent cognitive dysfunction during rehabilitation of traumatic brain injury: towards a dopamine hypothesis. Neurosci Biobehav Rev. 2009;33(7):981–1003.

68.   CDC. Mass Casualties. Available at www.bt.cdc.gov/masscasualties. Last accessed September 9, 2012.

69.   Pons PT. Head trauma. Emergency Pediatrics. 2003;417-431.

70.   Schatz P, Pardini JE, Lovell MR, et al. Sensitivity and specificity of the ImPACT test battery for concussion in athletes. Arch Clin Neuropsychology. 2006;21(1):91-99.

71.   Bergman K, Bay E. Mild traumatic brain injury/concussion: a review for ED nurses. J Emerg Nurs. 2010;36:221-230.

72.   Sosnoff JJ, Broglio SP, Shin S, et al. Previous mild traumatic brain injury and postural control dynamics. J Athletic Train. 2011;46(1):85-91.

73.   Nicholson K, Martelli M. The problem of pain. J Head Trauma Rehab. 2004;19:2-9.

74.   Kraus J, Schaffer K, Ayers K, et al. Physical complaints, medical service use, and social and employment changes following mild traumatic brain injury: a 6-month longitudinal study. J Head Trauma Rehab. 2005;20:239-256.

75.   Bay E, Bergman K. Symptom experience and emotional distress after traumatic brain injury. Care Manage J. 2006;7:3-9.

76.   Deb S, Lyons I, Koutzoukis C. Neuropsychiatric sequelae one year after a minor head injury. J Neurol Neurosurg Psychiatry. 1998;65:899-902.

77.   Harvey A, Bryant R. Two-year prospective evaluation of the relationship between acute stress disorder and posttraumatic stress disorder following mild traumatic brain injury. Am J Psychiatry. 2000;157:626-628.

78.   Mathias JL, Beall JA, Bigler ED. Neuropsychological and information processing deficits following mild traumatic brain injury. J Int Neuropsychol Soc. 2004;10:286-297.

79.   Holder S. 2008. The Glasgow Coma Scale. Available at http://www.headbraininjuries.com/glasgow-coma-scale. Last accessed October 2, 2012.

80.   Mantell A. Traumatic brain injury and potential safeguarding concerns. J Adult Protect. 2010;12(4):31-42.

81.   Stuart B, Mandleco M, Wilshaw R, et al. Mild traumatic brain injury: are ED providers identifying which patients are at risk? J Emerg Nurs. 2012;38:435-442.

82.   Iverson GL, Lange RT. Mild traumatic brain injury. The Little Black Book of Neuropsychology. 2011;697-719.

83.   Galetta KM, Barrett J, AllenM,Madda F, DelicataD, et al. The King-Devick test as a determinant of head trauma and concussion in boxers and MMA fighters. Neurology. 2011;76:1456–1462.

84.   Vista Life Science. Automated neuropsychological assessment metrics (ANAM4TM). Available at http://www.vistalifesciences.com/anam4.html. Last accessed September 9, 2012.

85.   ImPACT Appl. Overview and features of the ImPACT test. Available at http://impacttest.com/about/background. Last accessed October 2, 2012.

86.   Brewin B. Battlefield brain-injury assessment tool has high failure rate. Available at http://www.nextgov.com/nextgov/ng_20110316_3265.php. Last accessed October 2, 2012.

87.   Stocchetti N, Paterno R, Citerio G, et al. Traumatic brain injury in an aging population. J Neurotrauma. 2011;29:1119–1125.

88.   Frieden TR, Ikeda R, Hunt R. et al. Traumatic brain injury in the United States: emergency department visits, hospitalizations and deaths 2002–2006. National Center for Injury Prevention and Control, Centers for Disease Control and Prevention. Available at http://www.cdc.gov/traumaticbraininjury/tbi_ed.html. Last accessed October 2, 2012.

89.   Ramanathan D, McWilliams N, Schatz P, et al. Epidemiological shifts in elderly traumatic brain injury: 18-year trends in Pennsylvania. J Neurotrauma. 2012;29:1–8.

90.   Thompson HJ, Weir S, Rivara FP, et al. Utilization and costs of health care following geriatric traumatic brain injury. J Neurotrauma. 2012;29(10):1864-1871.

91.   Pennings JL, Bachulis BL, Simons CT, et al. Survival after severe brain injury in the aged. Arch Surg. 1993;128:787–794.

92.   Tokutomi T, Miyagi T, Ogawa T. Age-associated increases in poor outcomes after traumatic brain injury: a report from the japan neurotrauma data bank. J Neurotrauma. 2008;25:1407–1414.

93.   Leblanc J, DeGuise E, Gosselin N, et al. Comparison of functional outcome following acute care in young, middle-aged and elderly patients with traumatic brain injury. Brain Inj. 2006;20(8):779–790.

94.   Testa JA, Malec J, Moessner A, et al. Outcome after traumatic brain injury: effects of aging on recovery. Arch Phys Med Rehabil. 2005;86:1815–1823.

95.   Cifu DX, Kreutzer JS, Marwitz JH, et al. Functional outcomes of older adults with traumatic brain injury: a prospective, multicenter analysis. Arch Phys Med Rehab. 1996;77:883–888.

96.   Anderson V, Godfrey C, Rosenfeld JV, et al. 10 years outcome from childhood traumatic brain injury. Int J Dev Neurosci. 2012;30:217-224.

97.   Giza CC, Prins ML. Is being plastic fantastic? Mechanisms of altered plasticity after developmental traumatic brain injury. Dev Neurosci. 2006;28:364–379.

98.   Maxwell WL. Traumatic brain injury in the neonate, child and adolescent human: an overview of the pathology. Intl J Dev Neurosci. 2012;30:167-183.

99.   Case ME. Accidental traumatic head injury in infants and young children. Brain Pathol. 2008;18:583–589.

100.  Bigler ED, Maxwell WL. Neuroimaging and neuropathology of TBI. Neuro Rehab. 2011;28:1–12.

101.  French LM, Parkinson GW. Assessing and treating veterans with traumatic brain injury. J Clin Psychology. 2008;64:1004-1013.

102.  Hayward P. Traumatic brain injury: the signature of modern conflicts. The Lancet. 2008;7(3):200-201.

103.  Okie S. Reconstructing lives - a tale of two soldiers. New Engl J Med. 2006;355(25):2609-2615.

104.  Moore DF, Jaffee MS. Blast associated traumatic brain injury. J Acoust Soc Am. 2010;127(3):1788.

105.  Bhattacharjee Y. Shell shock revisited: solving the puzzle of blast trauma. Science. 2008;319:406-408.

106.    Kocsis J, Tessler A. Pathology of blast-related brain injury. J Rehab Research Dev. 2009;46(6):667-672.

107.    Warden DL, French L. Traumatic brain injury in the war zone. New Engl J Med. 2005;353:633-634.

108.    Warden, DL. Military TBI during the Iraq and Afghanistan wars. J Head Trauma Rehab. 2006;21(5):398-402.

109.    Caro DH. Traumatic brain injury care systems: 2020 transformational challenges. Global J Health Science. 2011;3(1):19-29.

110.    Almogy G, Rivkind AI. Terror in the 21st century: milestones and prospects-part I. Current Problems in Surgery. 2007;44:496-554.

111.    Wolf S, Bebarta V, Bonnett C, et al. Blast injuries. The Lancet. 2009;374(9687):405-415.

112.    Hoge CW. Deployment to the Iraq war and neuropsychological sequelae. JAMA. 2006;296:2678-2679.

113.    Snell F, Halter M. A signature wound of war, mild traumatic brain injury. J Psychosoc Nurs & Mental Health Serv. 2010;48(2):22-28.

114.    Defense Veterans Brain Injury Center. Military acute concussion evaluation (MACE). Available at http://www.pdhealth.mil/downloads/MACE.pdf. Last accessed October 2, 2012.

115.    Defense Centers of Excellence. Automated neuropsychological assessment metrics (ANAM). Available at http://www.dcoe.health.mil/Content/Navigation/ Documents/About%20ANAM.pdf. Last accessed September 9, 2012.

116.    Podell K, Gifford K, Bougakov D, et al. Neuropsychological assessment in traumatic brain injury. Psychiatr Clin N Am. 2010;33:855-876.

117.    Le TH, Gean AD. Neuroimaging of traumatic brain injury. Mt. Sinai J Med. 2009;76:145–162.

118.    Holder S. MRI versus CT scan in determining brain injuries. Available at http://www.headbraininjuries.com/brain-injuries-mri-ct-scan. Last accessed October 2, 2012.

119.    Kou ZF, Wu Z, Tong KA, et al. The role of advanced MR imaging findings as biomarkers of traumatic brain injury. J. Head Trauma Rehab. 2010;25:267–282.

120. North SH, Shriver-Lake LC, Taitt CR, et al. Rapid analytical methods for on-site triage for traumatic brain injury. Annu Rev Anal Chem. 2012;5:35-56.

121. Hunter JV, Wilde EA, Tong KA, et al. Emerging imaging tools for use with traumatic brain injury research. J Neurotrauma. 2012;29:654-671.

122. Whitmore RG, Thawani JP, Grady MS, et al. Is aggressive treatment of traumatic brain injury cost-effective? J Neurosurg. 2012;116(5):1106-1113..

123. Winchell RJ, Hoyt DB. Endotracheal intubation in the field improves survival in patients with severe head injury. Arch Surg. 1997;132:592–597.

124. Chesnut RM, Marshall LF, Klauber MR, et al. The role of secondary brain injury in determining outcome from severe head injury. J Trauma. 1993;34:216–222.

125. Subhas K, Appleby I. Traumatic brain injury: initial resuscitation and transfer. Anaesth Intens Care Med. 2011;12(5):201-203.

126. Brain Trauma Foundation. Guidelines for the prehospital management of traumatic brain injury. New York: Brain Trauma Foundation, 2000. Available at www.braintrauma.org. Last accessed October 2, 2012.

127. Colohan AR, Alves WM, Gross CR, et al. Head injury mortality in two centers with different emergency medical services and intensive care. J Neurosurg. 1989;71: 202–207.

128. Ghajar J, Hariri RJ, Narayan RK. Survey of critical care management of comatose, head-injured patients in the United States. Crit Care Med. 1995;23:560–567.

129. Bullock R. Guidelines for the management of severe traumatic brain injury. J Neurotrauma. 2007;24(Supp.1):S1-S106.

130. Campbell WW. DeJong's the Neurologic Examination. 6th ed. Philadelphia, PA: Lippincott, Williams & Wilkins; 2005.

131. Wiegand DL, ed. AACN Procedure Manual for Critical Care. 6th ed. St Louis, MO: Elsevier Saunders; 2011.

132. Levine JM, Flanagan SR. Rehabilitation of traumatic brain injury. Psychiatr Clin N Am. 2010;33:877-891.

133. Andelic N, Baut-Holter E, Ronning P, et al. Does an early onset and continuous chain of rehabilitation improve the long-term functional outcome of patients with severe traumatic brain injury? J Neurotrauma. 2012;29:66-74.

134.   Ponsford J, Willmott C, Rothwell A, et al. Impact of early intervention on outcome following mild head injury in adults. J Neurology, Neurosurgery & Psychiatry. 2002;73(3):330–332.

135.   Physicians' Desk Reference. Motvale NJ: Thomson PDR; 2005.

136.   Young JA. Pharmacotheraphy for traumatic brain injury: focus on sympathomimetics. Pharmacology & Therapeutics. 2012;134:1-7.

137.   Thau-Zuchman O, Shohami E, Alexandrovich AG, et al. The anti-inflammatory drug Carprofen improves long-term outcome and induces gliogenesis after traumatic brain injury. J Neurotrauma. 2012;29:375-384.

138.   Castriotta RJ, Murthy JN. Sleep disorders in patients with traumatic brain injury. CNS Drugs. 2011;25(3):175-185.

139.   Jha A, Weintraub A, Allshouse A, et al. A randomized trial of modafinil for the treatment of fatigue and excessive daytime sleepiness in individuals with chronic traumatic brain injury. J Head Trauma Rehab. 2008;23(1):52-63.

140.   Hassan ST, Khaw WF, Rosna AR, et al. Traumatic brain injury: caregivers' problems and needs. J Nepal Med Assoc. 2011;51(181):53-55.

141.   Simpson GK, Winstanley J, Sasaki K, et al. Family Outcome Measure: User Manual 1.0. Sydney: Sydney South West Area Health Service. 2009.

142.   Svestkova O, Angerova Y, Sladkova P, et al. Functioning and disability in traumatic brain injury. Disability & Rehab. 2010;32(Supp1):S68-S77.

143.   Rauchs G, Bertran F, Guillery-Girard B, et al. Consolidation of strictly episodic memories mainly requires rapid eye movement sleep. Sleep. 2004;27(3):395-401.

144.   Stickgold R. Sleep-dependent memory consolidation. Nature. 2005;437(7063):1272-1278.

145.   Wilde MC, Castriotta RJ, Lai JM, et al. Cognitive impairment in patients with traumatic brain injury and obstructive sleep apnea. Arch Phys Med Rehab. 2007;88(10):1284-1288.

146.   Castriotta RJ, Wilde MC, Lai JM, et al. Prevalence and consequences of sleep disorders in traumatic brain injury. J Clin Sleep Med. 2007;3(4):349-356.

147.   Verma A, Anand V, Verma NP. Sleep disorders in chronic traumatic brain injury. J Clin Sleep Med. 2007;3(4):357-362.

148. Rao V, Spiro J, Vaishnavi S, et al. Prevalence and types of sleep disturbances acutely after traumatic brain injury. Brain Inj. 2008;22(5):381-386.

149. Johns MW. Daytime sleepiness, snoring, and obstructive sleep apnea: the Epworth Sleepiness Scale. Chest. 1993;103(1):30-36.

150. Carskadon MA, Dement WC, Mitler MM, et al. Guidelines for the Multiple Sleep Latency Test (MSLT): a standard measure of sleepiness. Sleep. 1986;9(4):519-524.

151. American Academy of Sleep Medicine. International classification of sleep disorders. 2nd ed. Diagnostic and coding manual. Westchester, IL: American Academy of Sleep Medicine; 2005:148-151.

152. Hoffstein V. Snoring and upper airway resistance. In: Kryger MH, Roth T, Dement WC, ed. Principles and practice of sleep medicine. Philadelphia, PA: Elsevier Saunders; 2005:1001-12.

153. Dikmen S, Machamer J, Temkin N, et al. Neuropsychological recovery in patients with moderate to severe head injury: 2 year follow-up. J Clin Exp Neuropsychology 1990;12(4):507-519.

154. Cohen M, Oksenberg A, Snir D, et al. Temporally related changes of sleep complaints in traumatic brain injured patients. J Neurol Neurosurg Psychiatry. 1992;55(4):313-315.

155. Kaufman Y, Tzischinsky O, Epstein R, et al. Long-term sleep disturbances in adolescents after minor head injury. Pediatric Neurology. 2001;24(2):129-134.

156. Parcell DL, Ponsford JL, Redman JR, et al. Poor sleep quality and changes in objectively recorded sleep after traumatic brain injury: a preliminary study. Arch Phys Med Rehab. 2008;89(5):843-850.

157. Fichtenberg NL, Zafonte RD, Putnam S, et al. Insomnia in a post-acute brain injury sample. Brain Inj. 2002;16(3):197-206.

158. Gosselin N, Lassonde M, Petit D, et al. Sleep following sport-related concussions. Sleep Med. 2009;10(1):35-46.

159. Schreiber S, Barkai G, Gur-Hartman T, et al. Long-lasting sleep patterns of adult patients with minor traumatic brain injury (mTBI) and non-mTBI subjects. Sleep Med. 2008;9(5):481-487.

160. Benyakar M, Tadir M, Groswasser Z, et al. Dreams in head injured patients. Brain Inj. 1988;2(4):351-356.

161.    Prigatano GP, Stahl ML, Orr WC, et al. Sleep and dreaming disturbances in closed head injury patients. J Neurol Neurosurg Psychiatry. 1982;45(1):78-80.

162.    Ouellet MC, Morin CM. Cognitive behavioral therapy for insomnia associated with traumatic brain injury: a single-case study. Arch Phys Med Rehab. 2004;85(8):1298-1302.

163.    Bradbury CL, Christensen BK, Lau MA, et al. The efficacy of cognitive behavior therapy in the treatment of emotional distress after acquired brain injury. Arch Phys Med Rehab. 2008; 89(12 Suppl.):S61-S68.

164.    Worthington AD, Melia Y. Rehabilitation is compromised by arousal and sleep disorders: results of a survey of rehabilitation centres. Brain Inj. 2006;20(3):327-332.

165.    Daisley A, Tams R,  Kischka U. Head Injury. Oxford: Oxford University Press. 2009.

166.    Albert S, Im A, Brenner L, et al. Effect of a social work liaison program on family caregivers to people with brain injury. J Head Inj Trauma. 2002;17(2):175–189.

167.    Bryant RA, O'Donnell ML, Creamer M, et al. The psychiatric sequelae of traumatic injury. AJB J Psychiatry 2010;167(3):312-320.

168.    Hart T, Brenner L, Clark AN, et al. Major and minor depression after traumatic brain injury. Arch Phys Med Rehab. 2011;92:1211-1219.

169.    Rapoport MJ. Depression following traumatic brain injury. CNS Drugs. 2012;26(2):111-121.

170.    Dawson DR, Schwartz ML, Winocur G, et al. Return to productivity following traumatic brain injury: cognitive, psychological, physical, spiritual, and environmental correlates. Disabil Rehab. 2007;2(4):301-313.

171.    Franulic A, Carbonell CG, Pinto P, et al. Psychosocial adjustment and employment outcome 2 and 10 years after TBI. Brain Inj. 2004;18(2):119-129.

172.    Zafonte RD, Cullen N, Lexell J. Serotonin agents in the treatment of acquired brain injury. J Head Trauma Rehab. 2002;17(4):322–334.

173.    Mittenberg W, Tremont G, Zielinski RE, et al. Cognitive-behavioral prevention of postconcussion syndrome. Arch Clin Neuropsychology. 1996;11(2):139–145.

174.    Rimer J, Dwan K, Lawlor DA, et al. Exercise for depression. Cochrane Database Summaries; 2012. Available at http://summaries.cochrane.org/CD004366/exercise-for-depression. Last accessed October 2, 2012.

175. Diaz AP, Schwarzbold ML, Thais ME. Psychiatric disorders and health-related quality of life after severe traumatic brain injury: a prospective study. J Neurotrauma. 2012;29:1029-1037.

176. Tateno A, Jorge R, Robinson R. Clinical correlates of aggressive behavior after traumatic brain injury. J Neuropsychiatry Clin Neurosci. 2003;15(2):155–160.

177. Frankel JE, Marwitz JH, Cifu D, et al. A follow-up study of older adults with traumatic brain injury: taking into account decreasing length of stay. Arch Phys Med Rehab. 2006;87:57–62.

178. Stocchetti N, Paterno R, Citerio G, et al. Traumatic brain injury in an aging population. J Neurotrauma. 2012;29(6):1119–1125.

179. Meier R, Bechir M, Ludwig S, et al. Differential temporal profile of lowered blood glucose levels (3.5 to 6.5 mmol/l versus 5 to 8 mmol/l) patients with severe traumatic brain injury. Crit Care. 2008;12:R98.

180. Vespa P, Boonyaputthikul R, McArthur DL, et al. Intensive insulin therapy reduces microdialysis glucose values without altering glucose utilization or improving the lactate/pyruvate ratio after traumatic brain injury. Crit Care Med. 2006;34(3):850–856.

181. Erol A. Insulin resistence is an evolutionarily conserved physiological mechanism at the cellular level for protection against oxidative stress. Bioessays. 2007;29(8):811–818.

182. Meierhans R, Bechir M, Ludwig S, et al. Brain metabolism is significantly impaired at blood glucose 6 mM and brain glucose below 1 mM in patients with severe traumatic brain injury. Crit Care. 2010;14:R13.

183. Bistrian BR, Askew W, Erdman JW, et al. Nutrition and traumatic brain injury: a perspective from the Institute of Medicine report. JPEN. 2011;35:556–559.

184. Chourdakis M, Kraus MM, Tzellos T, et al. Effect of early compared with delayed enteral nutrition on endocrine function in patients with traumatic brain injury: an open-labeled randomized trial. JPEN. 2012;36(1):108–116.

185. Kline AE, Cheng JP, Zafonte RD, et al. Chronic administration of antipsychotics impede behavioral recovery after experimental traumatic brain injury. Neuroscience Letters. 2008;448(3):263–267.

186. Larson EB, Zollman FS. The effect of sleep medications on cognitive recovery from traumatic brain injury. J Head Trauma Rehab. 2010;25(1):61–67.

187. Hoffman AN, Cheng JP, Zafonte RD, et al. Administration of haloperidol and risperidone after neurobehavioral testing hinders the recovery of traumatic brain injury-induced deficits. Life Sci. 2008;83(17–18):602–607.

188. Zou H, Hurwitz M, Wagner AK. Levetiracetam effects on inflammation and excitotoxicity after controlled cortical impact. J Neurotrauma. 2011;28(6):A104.

189. Willmott C, Ponsford J, Oliver J, et al. Safety of methylphenidate following traumatic brain injury: impact on vital signs and side-effects during inpatient rehabilitation. J Rehab Med. 2009;41(7):585–587.

190. Carter MD, Miller MA, Burkhardt JN, et al. Variants of SLC6A4 and BDNF in depression risk and onset following severe TBI. J. Neurotrauma. 2011;28(6):A14.

191. Epocrates Online Drugs. Epocrates, Inc. 2012. Citalopram, Fluoxetine, Escitalopram, Paroxetine, Sertraline. Available at http://www.epocrates.com. Last accessed October 2, 2012.

192. Stenvall M, Olofsson B, Lundstrom M, et al. Inpatient falls and injuries in older patients treated for femoral neck fracture. Arch Gerontol Geriatr. 2006;43(3):389–399.

193. The Hospital Elder Life Program (HELP). Available at http://hospitalelderlifeprogram.org/public/public-main.php. Last accessed October 2, 2012.

194. Inouye SK, Brown CJ, Tinetti ME. Medicare nonpayment, hospital falls, and unintended consequences. N Engl J Med. 2009;360(23):2390–2393.

195. Gillespie LD, Robertson MC, Gillespie WJ, et al: Interventions for preventing falls in older people living in the community. Cochrane Database Syst Rev. 2009.

196. Sinopoli KJ, Dennis M. Inhibitory control after traumatic brain injury in children. Intl J Dev Neurosci. 2012;30:207-215.

197. Johnstone SJ, Dimoska A, Smith JL, et al. The development of stop-signal and Go/Nogo response inhibition in children aged 7–12 years: performance and event-related potential indices. Intl J Psychophysiology. 2007;63(1):25–38.

198. Horneman G, Emanuelson I. Cognitive outcome in children and young adults who sustained severe and moderate traumatic brain injury 10 years earlier. Brain Inj. 2009;23(11):907–914.

199. Ewing-Cobbs L, Prasad MR, Landry SH, et al. Executive functions following traumatic brain injury in young children: a preliminary analysis. Dev Neuropsych. 2004;26(1):487–512.

200. Sinopoli KJ, Schachar R, Dennis M. Traumatic brain injury and secondary attention-deficit/hyperactivity disorder in children and adolescents: the effect of reward on inhibitory control. J Clin Exp Neuropsych. 2011;33:805–819.

201. Levin H, Hanten G, Max J, et al. Symptoms of attention-deficit/hyperactivity disorder following traumatic brain injury in children. J Dev Behav Pediatrics. 2007;28(2):108–118.

202. Slomine BS, Salorio CF, Grados MA, et al. Differences in attention, executive functioning, and memory in children with and without ADHD after severe traumatic brain injury. J Intl Neuropsych Soc. 2005;11(5):645–653.

203. Max JE, Keatly E, Wilde EA, et al. Depression in children and adolescents in the first 6 months after traumatic brain injury. Int J Devl Neurosci. 2012;30:239-245.

204. Kourbeti IS, Papadakis JA, Neophytou C, et al. Infections in patients with traumatic brain injury who undergo neurosurgery. Br J Neurosurg. 2011;25(1):9-15.

205. Kim YJ. The impact of time from ED arrival to surgery on mortality and hospital length of stay in patients with traumatic brain injury. J Emerg Nurs. 2011;37(4):328-333.

206. MRC CRASH Trial Collaborators. Predicting outcome after traumatic brain injury: practical prognostic models based on large cohort of international patients. BMJ. 2008;336:425–429.

207. Mushkudiani NA, Engel DC, Steyerberg EW, et al. Prognostic value of demographic characteristics in traumatic brain injury: results from the IMPACT study. J Neurotrauma. 2007;24:259–269.

208. Hukkelhoven CW, Steyerberg EW, Rampen AJ, et al. Patient age and outcome following severe traumatic brain injury: an analysis of 5600 patients. J Neurosurg. 2003;99:666–673.

209. Colantonio A, Escobar MD, Chipman M, et al. Predictors of postacute mortality following traumatic brain injury in a seriously injured population. J Trauma. 2008;64:876–882.

210. Utomo WK, Gabbe BJ, Simpson PM, et al. Predictors of in-hospital mortality and 6-month functional outcomes in older adults after moderate to severe traumatic brain injury. Injury. 2009;40:973–977.

211. Sorani MD, Lee M, Kim H, et al. Race/ethnicity and outcome after traumatic brain injury at a single, diverse center. J Trauma. 2009;67:75–80.

212. Shafi S, Marquez de la Plata C, Diaz-Arrastia R, et al. Racial disparities in long-term functional outcome after traumatic brain injury. J Trauma. 2007;63:1263–1270.

213. Arango-Lasprilla JC, Rosenthal M, Deluca J, et al. Traumatic brain injury and functional outcomes: does minority status matter? Brain Inj. 2007;21:701–708.

214. Sarrafzadeh AS, Peltonen EE, Kaisers U, et al. Secondary insults in severe head injury – do multiply injured patients do worse? Crit Care Med. 2001;29:1116–1123.

215. Perel P, Edwards P, Wentz R, et al. Systematic review of prognostic models in traumatic brain injury. BMC Med Inform. 2006;6:38.

216. Lefering R, Paffrath T, Linker R, et al. Head injury and outcome— what influence do concomitant injuries have? J Trauma. 2008;65:1036–1043.

217. Cederberg D, Siesjo P. What has inflammation to do with traumatic brain injury? Child Nerv Syst. 2010;26:221-226.

218. McHugh GS, Engel DC, Butcher I, et al. Prognostic value of secondary insults in traumatic brain injury: results from the IMPACT study. J Neurotrauma. 2007;24:287–293.

219. Tsang KK, Whitfield PC. Traumatic brain injury: a review of current management strategies. Br J Oral Max Surg. 2012;50:298-308.

220. Thornhill S, Teasdale GM, Murray GD, et al. Disability in young people and adults one year after head injury: prospective cohort study. BMJ. 2000;320:1631–1635.

CASE NO. 15-CV-61165-WPD

NetCE'S EXHIBIT 023

# Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review

## PART I

## ABSTRACT

Microorganisms exist throughout our environment. Many microorganisms, the microbiome, function as symbiotic organisms, coexisting naturally within the internal environment of the human body. Under normal conditions, most microorganisms do not cause a pathological response in the body. However, when the body's natural defense mechanisms and immunity are compromised, or overwhelmed by virulent microorganisms, the human body becomes vulnerable to disease. This course will review the basic mechanisms of pathology caused by non-bacterial pathogens, and the corresponding targeted pharmacotherapy required for treatment. The latest research has shown that there is a serious need for new antifungal agents to treat potentially life-threatening invasive fungal infections. This course will review antifungal therapy to reflect the intensified interest in this focused area of infectious diseases. Additionally, parasitic diseases affect more than 2 billion people worldwide, and cause significant morbidity and mortality, predominantly amongst the world's most underprivileged people. This review also focuses on the treatment of the major parasitic, protozoan, and helminth infections in humans. Furthermore, there have been recent advances in antiviral pharmacology, specifically in highly active antiretroviral therapy (HAART), in which three or more drugs are given in combination; consequently, substantial improvements have been made in the clinical management of HIV-1 infection, and a related review is included in this course. A standardized treatment protocol has been recommended by the World Health Organization (WHO) for the treatment of active tuberculosis (TB). This therapy is widely used, and a comprehensive review is included in this course. The non-antibiotic antimicrobial agents used to treat infection, along with their applicable laboratory tests and the corresponding patient education, are also discussed. Finally, the rise of Mult-Drug Resistant (MDR) organisms and potential approaches to these will be discussed. The course will be presented as a two-part series.

## ACTIVITY LENGTH

Part I: 9 Credit Hours

Part II: 10 Credit Hours

## LEARNING OBJECTIVES

After finishing the course material, the students will be able to:

1. Distinguish antibiotic from non-antibiotic antimicrobials.
2. Classify antimicrobials based on their mechanism of action.



DEPOSITION EXHIBIT

51

PENGAD 800-631-6989

3. Solidify their understanding of antibiotic therapy selection.
4. Further appreciate the factors involved in guiding antibiotic therapy selection.
5. Analyze the synergy between antiobiotic and non-antibiotic antimicrobials.
6. Discuss the general considerations and approach of non-antibiotic antimicrobial therapy selection.
7. Recognize the fundamental mechanisms of action of non-antibiotic antimicrobial agents.
8. Review the basic mechanism of medication resistance.
9. Define and review the various types of non-bacterial pathogens.
10. Identify the main indications, side effects, precautions, and contraindications for each of the major classes of non-antibiotic antimicrobial agents.
11. Identify exemplar medications representative of the antimicrobial classes.
12. Classify the various forms of antifungal species.
13. Discuss the different approaches to antifungal therapy.
14. Recognize the specific side effects of antifungal pharmacology.
15. Define and recognize the signs and symptoms of a possible super-infection.
16. Identify and characterize other miscellaneous forms of non-antibiotic antimicrobial medications.
17. Distinguish the various forms of parasitic microorganisms.
18. Identify the epidemiology of parasitic infections.
19. Discuss the general approach to treating parasitic infections.
20. Review how tuberculosis is diagnosed.
21. Examine the different pharmacological treatments for exposure and active tuberculosis.
22. Identify the most common side effects of anti-TB drugs.
23. Recognize the most important contraindications to anti-TB pharmacology.
24. Identify the most common treatment modalities used for human immunodeficiency virus (HIV) and acquired immune deficiency syndrome (AIDS).
25. Organize the different classes of ant-HIV medications.
26. Recognize the major side effects of the different classes of HAART (Highly Active AntiRetroviral Therapy).
27. Discuss the recent advancements in HAART.
28. Review other forms of antiviral pharmacology.
29. Isolate specific laboratory tests which must be monitored when administering non-antibiotic antimicrobial agents.
30. Identify the most important facts to be incorporated into patient education related to non-antibiotic antimicrobial therapy.


**OUTLINE**

I. Antibiotic vs. Non-antibiotic Antimicrobial Therapy.
    A. Considerations for selection

    B. Broad Categories

II. General principles for all antimicrobial agents.
    A. Indications – choice of agent.

    B. Side effects.
        1. Gastrointestinal (GI) side effects common among all agents – nausea, vomiting, diarrhea, stomach / abdominal cramping.

    C. Precautions.
        1. Antibiotics decrease the effectiveness of oral contraceptive   agents.
        2. All have the potential of causing a superinfection.

    D. Contraindications.
        1. Sensitivity / allergy to any drug in class.

    E. Nursing actions.
        1. Ensure accurate allergy list – allergic reactions on continuum.
        2. Follow specific labs for response.
        3. Follow culture and sensitivity results for appropriateness of antimicrobial agent(s).

III. Antifungal agents.
    A. Indications
        1. Susceptible fungal organisms – *Candida, Coccidioides, Aspergillus.*
        2. Multiple sites of infection: oral, esophagus, skin, pulmonary vaginal, systemic.

    B. Side effects.
        1. Headache, nausea, vomiting, liver / renal dysfunction / toxicity.

        2. Amphotericin B:  fever, shivering, renal / neuro toxicity, cardiac dysrhythmias.

    C. Precautions.
        1. Renal or liver impairment.
        2. Many drug interactions.

    D. Contraindications.
        1. Liver failure.
        2. Other approaches to therapy.

    E. Nursing actions.
        1. Follow Liver Function Tests (LFTs), Blood Urea Nitrogen (BUN) and Creatinine (Cr).
        2. Ensure appropriate premedication as indicated.

    F.  Examples of drugs in class.
         1.  Fungizone (amphotericin B = AMB) – IV
            a. Abelcet – lipid preparation, IV
         2.  Cansidas (caspofungin) – IV
            a. Invasive *aspergillosis*; empiric tx for suspected fungal infection
            in patients who are febrile and neutropenic.
         3.  Diflucan (fluconazole)
         4.  Eraxis (anidulafungin)
         5.  Mycostatin (nystatin)
            a. Oral, topical, vaginal
         6.  VFEND (voriconazole)

IV. Anti-Parasitics
    A. Indications/Types

    B. Side Effects

    C. Precautions

    D. Contraindications

    E. Nursing actions

    F. Examples of drugs in class
        1. Praziquantel
        2. Piperazine
        3. Pyrantel
        4. Ivermectin

V.  Miscellaneous.
    A.  Flagyl (metronidazole)
        1.  Indications.
            a. Susceptible protozoal / anaerobic organisms.
            b. First line therapy for *C. difficile*.
            c. Prophylaxis and treatment in colorectal and gyn surgery /
            infection.
        2.  Side effects.
            a. Headache, dizziness, liver dysfunction.
            b. Antabuse effect, metallic taste.
            c. Neutropenia, thrombocytopenia.
        3.  Precautions.
            a. Liver or renal dysfunction, fungal infection.
            b. Multiple drug interactions.
        4.  Contraindications.
            a. Pregnancy, first trimester (Category X).
        5.  Nursing actions

a. Follow LFTs, BUN / Cr.

b. *C. difficile*:  C / S, infection control

VI. Anti-tubercular agents.

    A. Indications.

        1. Prophylaxis with exposure to tuberculosis (TB).

        2. Treatment of active TB.

    B. Side effects.

        1. Hepatitis; liver toxicity.

        2. Pyridoxine (Vitamin $B_6$) deficiency – INH:  peripheral neuropathy.

        3. Nephrotoxicity.

    C. Precautions.

        1. Liver and renal disease.

    D. Contraindications.

        1. Acute / major liver or renal disease.

    E. Nursing actions.

        1. Sputum testing for acid fast bacilli (AFB).

        2. LFTs, hepatitis profile.

        3. CBC, BUN / Creatinine

    F. Examples of drugs in class.

        1. Isoniazid (INH).

            a. Prophylaxis with exposure, and treatment of active TB.

            b. Supplement with pyridoxine (Vitamin $B_6$) – prophylaxis.

        2. Rifampin.

            a. Take on empty stomach; turns all body fluids red / orange.

            b. May see with other infections, based on C / S.

        3. Pyrazinamide (PZA).

        4. Ethambutol

        5. Streptomycin.

            a. Less common use

            b. Toxicity

VII. HIV / AIDS agents.

    A. Indications.

        1. Infection with human immunodeficiency virus (HIV).

        2. Exposure to human immunodeficiency virus (HIV).

        3. Diagnosis of acquired immune deficiency syndrome (AIDS).

        4.  Goal: viral load < 50 copies / ml blood; CD4 > 200 cells / $mm^3$;
general result – no opportunistic infections.

B.  Side effects.
  1.  Protease inhibitors.
      a. Lipodystrophy.
      b. Dyslipidemia.
      c. Diabetes.
  2.  Bone demineralization leading to potential for osteoporosis.
  3.  Nausea / vomiting / diarrhea.
  4.  Bone marrow suppression.

C.  Precautions.
  1.  Concurrent infection with Hepatitis C, tuberculosis.
  2.  Multiple drug interactions.

D.  Contraindications.
  1. Known severe drug allergy or intolerable side effects.

E.  Nursing actions.
  1.  Follow viral load and CD4 counts.
  2.  Monitor for side effects.
  3.  Monitor for opportunistic infections

F.  Examples of drugs in class.
  1.  Reverse transcriptase inhibitors – inhibits reverse transcriptase enzyme.
      a. Nucleoside
          1. AZT or Retrovir (zidovudine)
      b. Non-nucleoside
          1. Viramune (nevirapine).
      c. Nucleotide
          1. Viread (tenofovir).
  2.  Protease inhibitors – inhibit protease retroviral enzyme.
      a. Crixivan (indinavir)
  3.  Fusion inhibitors – inhibits viral fusion to the host T lymphocyte.
      a. Fuzeon (enfuvirtide)

XIII. Client teaching.
  A.  Use of various antimicrobial agents – appropriateness.

  B.  Guidelines for how to take the drug.

  C.  Course of treatment.

  D.  Potential side effects and drug interactions.

XIV. Conclusion

**Biography**

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and has completed his clinical clerkship training in various teaching hospitals throughout New York, including King's County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria has passed all USMLE medical board exams on first attempt, and has served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field including faculty member and Department Chair. Dr. Jouria continues to serves as a Subject Matter Expert for several continuing education organizations covering multiple basic medical sciences. He has also developed several continuing medical education courses covering various topics in clinical medicine. Recently, Dr. Jouria has been contracted by the University of Miami/Jackson Memorial Hospital's Department of Surgery to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on Human Anatomy & Physiology.

## INTRODUCTION

Non-antibiotics are compounds that were not initially designed for antibiotic or chemotherapeutic purposes, but subsequently exhibited properties similar to antibiotics. These therapeutic agents modify cell permeability and show broad-spectrum antimicrobial activity *in vitro* against bacteria and other microbes [1–11]. These drugs also increase the *in-vitro* activity of some antibiotics against specific bacteria, [1, 2, 3, 12] which converts antibiotic-resistant bacteria to become susceptible to previously ineffective drugs [8, 13, 14, 15] and enhances antimycobacterial activity against drug resistant strains. [15, 16]. Non-antibiotic agents such as phenothiazines and thioxanthenes are also known as membrane stabilizers [1, 17] as they are characterized by their effects on the plasma membrane of eukaryotic cells resulting in local anesthesia.  Phenothiazines inhibit ABC (ATP-binding cassette) type efflux pumps that are responsible for the antibiotic resistance of the microorganism.

**Table 1:** Examples of antimicrobial activity of non-antibiotics

| Compound | Activity against |
|---|---|
| **General anaesthetics** | |
|    barbiturates | *Escherichia coli* |
|    phenobarbital thiobarbital | *Staphylococcus aureus* |
|    chloroform | *S. aureus*; *E. coli*; *Corynebacterium diphtheriae*; |
|    ether | *Serratia marcescens*; *Proteus* |
|    halothane | *vulgaris*;*Pseudomonas aeruginosa* |
|    enflurane | |
| **Local anaesthetics** | |
|    lidocaine | *S. aureus*; *E. coli*; *Shigella* spp.; *Vibrio cholerae*; |
|    lignocaine | *Proteus mirabilis*; *P. aeruginosa*; |

| | |
|---|---|
| procaine | *Enterococcus faecalis*; *Bacillus cereus*; *Candida albicans* |
| tetracaine | |
| **Antihypertensives** | *S. aureus*; *P. aeruginosa*; *Bacillus subtilis*; *C. albicans* |
| Beta-adrenergic receptor | |
| antagonists: | *S. aureus*; *E. coli*; *P. aeruginosa* |
| bupranolol propranolol | *S. aureus*; *E. coli*; *Shigella* spp.; *V. cholerae* |
| methyl-dopa | |
| Diuretics | |
| amiloride | *E. faecalis* |
| triamterene | *Streptococcus pyogenes* |
| **Anti-inflammatory drugs** | |
| sodium salicylate | *Klebsiella pneumoniae* |
| **Mucolytic agents** | |
| *N*-acetylcysteine | *S. aureus*; *P. aeruginosa* |
| **Na ,K -ATPase modulators:** | *S. aureus*; *Staphylococcus epidermidis*; |
| 5-hydroxycoumarin | *Streptococcus pneumoniae*; *B. subtilis*; *Listeria monocytogenes*; *Neisseria meningitidis*; *Neisseria gonorrhoeae* |
| **Proton pump inhibitors** | |
| omeprazole | *Helicobacter pylori* |
| lansoprazole | |
| **Calcium antagonists** | |
| verapamil | Trypanosomes |
| **Antihistamines** | |
| ciproheptaden | *Plasmodium berghei*; *Plasmodium yoelii*; |
| ketotifen | *Plasmodium falciparum* |
| pizotifen | |
| bromodiphenhydramine | *S. aureus*; *S. pneumoniae*; *E. coli*; *Klebsiella* spp.; |
| diphenhydramine prometazine | *Pseudomonas* spp.; *Shigella* spp; *V. cholerae* |
| **Psychotherapeutic compounds** | |
| chlorpromazine | *S. aureus*; *E. faecalis*; *E. coli*; *Mycobacterium* |
| thioxanthenes | *tuberculosis*; atypical mycobacteria;influenza virus; measles virus; herpes simplex virus |
| phenothiazines | *V. cholerae*; *P. falciparum*; *Leishmania* spp.; *Candida* spp.; *Amoeba* spp.; herpessimplex virus |
| amitriptyline | Intestinal anaerobes; *Bacteroides* spp.; *Prevotella* spp.; *Fusobacterium* spp.; |
| diazepam trifluoperazine | *Bifidobacterium* spp.; *Eubacterium* spp.; |
| chlordiazepoxide | *Proprionibacterium* spp.; *Actinomyces* spp.; |
| haloperidol | *Peptococcus* spp.; |
| lithium | *Peptostreptococcus* spp. |
| | Rauscher murine leukaemia virus |
| | Herpes simplex virus |

Some nonantibiotic agents, alone or in combination with antibiotics, may be prescribed as an adjunct in the management of some bacterial infections associated with a higher risk for the development of antibiotic resistance.

**Synergy between non-antibiotics and antibiotics**

Synergy occurs when the antimicrobial activity exerted by a combination of two or more antibiotics against a particular microbe is greater than the sum of the individual activities of each antibiotic.The total drug concentration is assumed to be constant during that period.  It is not necessary that the drugs being used against a particular microbe be active at the concentrations used.  Synergistic effect between non-antibiotics and antibiotics has resulted in the development of new drug combinations for managing infections that are difficult to treat with a single antibiotic. Several studies have observed synergistic effect between non-antibiotics and antibiotics. The non antibiotic compounds that produce synergistic effect with antibiotics against a wide variety of bacteria are phenothiazines such as chlorpromazine, methidilazine, etc. and tricyclic antidepressants, plus membrane stabilizing compounds prescribed in the management of pain and psychoses.

The synergy produced by chlorpromazine in combination with aminoglycosides, -lactams, quinolones, etc. has been limited to bacteria that are sensitive either to the antibiotic or to chlorpromazine. In children presenting with recurrent pyelonephritis, for example, treatment with an aminoglycoside and chlorpromazine has shown a significant synergistic effect compared with treatment with the aminoglycoside alone.

| Compound | Activity against |
|---|---|
| **Antihistamines** | |
| Bromodiphenhydramine/ampicillin | *S. aureus* |
| Methdilazine/aminoglycosides | *S. aureus*; *S. pneumoniae*; *E. coli* |
| **Calcium antagonists** | |
| Amlodipine/chloroquine | *P. falciparum*; *P. yoelii* |
| **Neurotropic compounds** | |
| Chlorpromazine/streptomycin | *Brucella abortus* |
| Chlorpromazine/isoniazid | *Mycobacterium intracellulare* |
| Chlorpromazine/ -lactams | *E. coli*; *S. aureus* |
| Chlorpromazine/aminoglycosides | |
| Chlorpromazine/quinolones | |
| Chlorpromazine/erythromycin | *Bordetella pertussis* |
| Phenothiazines/erythromycin | *S. aureus* |
| Amitriptyline/streptomycin | *S. aureus* |
| Perphenazine/nalidixic acid | *P. aeruginosa* |
| Transclopenthixol/penicillin | *S. pneumoniae* |
| Desipramine/chloroquine | *P. falciparum* |
| Chlorpromazine/chloroquine | *P. falciparum* |
| **Diuretic** | |

| Amiloride/tobramycin | *Burkholderia cepacia* |

**Table 2:** Synergy between non-antibiotics and antibiotics

**Reversal of resistance**

This is a distinctive synergy produced by the combination of antibiotics to which the organism is initially resistant, and non-antibiotics.   This combination of non-antibiotics and antibiotics makes the "resistant" organism "susceptible."  For example, a combination methicillin, a beta-lactam antibiotic to which the strains of *Staphylococcus aureus* are initially resistant and phenothiazine (chlorpromazine, a non-antibiotic) makes the pathogen sensitive to concentrations of methicillin. Similar synergistic effects are observed when penicillin-resistant corynebacteria are cultured in the presence of low concentrations of chlorpromazine (non-antibiotic) and penicillin, an antibiotic.

**Mode of action**

The exact mechanism by which non-antibiotics produce antimicrobial effects is still unknown.  However, it is believed that these agents act on the cell wall of both resistant and susceptible bacteria in a manner similar to those produced by a beta-lactam antibiotic. Antibiotic activity is enhanced by nonantibiotics when the microbe is sensitive to at least one of the compounds of the drug combination. Non-antibiotics also have inhibitory effect on efflux pumps. Efflux pumps are transport proteins that flush out toxic substances and antibiotics from the cell.  When a bacterium is susceptible to a particular antibiotic, and if the antibiotic is flushed out of the bacterium by efflux pumps, then non-antibiotic inhibits the function of efflux pumps causing accumulation of the antibiotic inside the bacterium.

## ANTIMICROBIALS

Antimicrobials are chemical substances that prevent, inhibit (microbiostatic) or eliminate the growth of a microorganism (microbicidal). Antimicrobials encompass all types of antibiotics, antiseptics and disinfectants.  Antimicrobial agents are extensively used and often abused injudiciously in modern medicine today.  Factors that must be considered when using antimicrobials include:
- Accurate diagnosis of infection
- Proper understanding of empiric and definitive therapy
- Preference for narrow-spectrum, and low-priced oral drugs for the shortest duration
- Understanding pharmacodynamics and efficacy of antimicrobial agents
- Host characteristics that can influence activity of antimicrobials
- Understanding the adverse effects of antimicrobials on the host

If needed, it is important for health care provider to consult infectious disease specialists for guidance, and to avoid unnecessary use of antimicrobials. Antimicrobial agents are effective in the treatment of a variety of infections due to their selective toxicity. Selective toxicity is the ability of antimicrobials to injure or kill an invading microorganism without causing substantial damage to hosts cell.  In majority of cases, the selective toxicity is relative rather than absolute, which essentially means that the

concentration of a particular antimicrobial should be carefully controlled to attack the microbe, while still being tolerated by the host.

## SELECTION OF ANTIMICROBIAL AGENTS
Selection of the most appropriate antimicrobial drug is guided by the following factors:
1. Identification of the causative microorganism
2. Susceptibility of the microorganism to a particular drug
3. Site of the infection
4. Patient factors
5. Safety of the drug
6. Cost of therapy

However, in some cases, patients need to be initiated on empiric therapy (immediate administration of drug or drugs) before bacterial identification and susceptibility testing.

### A. Identification of the infecting organism
Characterizing the infecting organism is crucial for selection of the proper drug. Gram staining may be used for characterizing the nature of the microbe: however, an active culture of the infective microorganism is essential for conclusive diagnosis and to determine the sensitivity and susceptibility of the microorganism to a particular drug. Healthcare providers should obtain a culture of the microorganism before starting the treatment, whenever possible. In certain infections, infecting microorganism can be identified by laboratory tests, such as detection of microbial antigens, DNA, or RNA, or an inflammatory or host immune response to the microorganism.

### B. Empiric therapy prior to identification of the organism
In ideal conditions, the antimicrobial drug is selected after the identification of the infective organism and determination of its susceptibility to a particular drug. However, in critical situations, such as with patients in septic shock, a delay could mean death, and immediate empiric therapy is indicated.

**1. Timing:** Acutely ill patients with infections of unknown origin—for example, patients with neutropenia or meningitis —require urgent treatment. In such cases, treatment should be initiated after samples for laboratory tests have been obtained and prior to the availability of culture results. In more stable conditions, such as subacute bacterial endocarditis, treatment with antimicrobials should be deliberately kept on hold until the collection and submission of appropriate specimens. Premature initiation of antimicrobial in such cases can inhibit or suppress bacterial growth and impede establishing a microbiological diagnosis. Microbiological culture results are generally available only after 24 to 72 hours; therefore, the initial treatment is usually empiric and according to the clinical presentation. Several studies have observed that inadequate therapy for infections in seriously ill patients is associated with poor outcomes, including increased mortality and morbidity and as well as increased length of stay [18, 19].

**2. Selecting a drug:**
Drug choice in the empiric therapy depends on the following factors:

1. Site of infection and prior knowledge of microbes known to colonize a given patient
2. Patient's history including age, immune status, previous infections, recent travel history, type of infection i.e. hospital- or community-acquired.
3. Local bacterial resistance patterns or antibiograms [20]

Broad-spectrum therapy should be prescribed if the microbe is not identified or there is likelihood of a polymicrobial infection. The choice of drug also depends on known association of particular microorganisms with the specific clinical syndrome. For instance, grampositive cocci in the CSF of an infant are likely to be *S. agalactiae* and not *S. pneumoniae* and, therefore, Penicillin *G* would be prescribed. By contrast, gram-positive cocci in the CSFof an adult patient is most likely to be *S. pneumoniae*. This organism is usually resistant to penicillin *G* and generally necessitates treatment with a high dose ceftriaxone, a third-generation cephalosporin or with vancomycin.

**Table 3: Types of Antibiotics and Organisms Affected**

| Range of Activity | Organisms Affected | Antibiotics Examples |
|---|---|---|
| Narrow Spectrum | Gram-positives (Actinomyces, Corynebacteria, Bacillus, Clostridium, Pyogenic cocci, Spirochetes) | Macrolides (Erythromycin) Polypeptides (Polymyxin) |
| Moderate Spectrum | Gram-positives plus systemic, enteric and urinary tract Gram-negatives | Sulfonamides Aminoglycosides (Streptomycin, Gentamycin, Tobramycin) |
| Narrow/Moderate Spectrum | Gram-positives plus Gram-negatives | Beta-lactams (Penicillin, Ampicillin, Cephalosporins) |
| Broad Spectrum | All prokaryotes except Mycobacteria and Pseudomonas | Chloramphenicol Tetracycline |
| Anti-mycobacterial | Mycobacteria | Isoniazid Ethambutol Streptomycin Rifampin |

**C. Determining antimicrobial susceptibility of infective organisms**

After a pathogen is cultured, antimicrobial susceptibility testing (AST) is usually performed. The susceptibility of the pathogenic microbe to specific antibiotics helps immensely in selecting an appropriate antimicrobial therapy. Certain microbes, such as *Neisseria meningitidis* and *Streptococcus pyogenes*, usually have predictable susceptibility patterns to specific antibiotics. However, some microbes, including

enterococci and majority of gram-negative bacilli, often exhibit unpredictable susceptibility patterns to different types of antibiotics and require antimicrobial susceptibility testing to determine appropriate antimicrobial therapy.

**1. Bacteriostatic vs. bactericidal drugs:**
Antimicrobial agents can be categorized as bacteriostatic or bactericidal. Bacteriostatic drugs such as sulfonamides, macrolide, and tetracyclines inhibit the replication of bacteria without killing the organism in the patient.  This limits the spread of infection until the body's immune system eliminates the pathogen. Bactericidal drugs such as fluoroquinolones and daptomycin kill bacteria and are often the drugs of choice in seriously ill patients. Some drugs can be bactericidal against certain organisms and bacteriostatic against others and vice versa. For example, chloramphenicol is bactericidal against *S. pneumoniae* and is bacteriostatic against gram-negative rods.
Common bactericidal include cephalosporins, penicillin, impeniem, aztreonam, vancomycin, and aminoglycosides. Common bacteriostatic drugs include tetracycline, erythromycin, sulfonomides, cholramphenicol, clindamycin, and trimethoprim

**2. Minimum inhibitory concentration:**

Minimum inhibitory concentration (MIC) is the lowest concentration of an antibiotic that inhibits visible growth of a microorganism.  MIC is interpreted as "susceptible," "resistant," or "intermediate."

According to the new ISO 20776-1 standard, these terms are defined as follows:

- **Susceptible:** A bacterial strain is "susceptible" to a given antimicrobial agent when it is inhibited *in vitro* by a concentration of this drug that is associated with a high likelihood of therapeutic success.
- **Intermediate:** The sensitivity of a bacterial strain to a given antimicrobial agent is defined as "intermediate" when it is inhibited *in vitro* by a concentration of this drug that is associated with an uncertain therapeutic effect.
- **Resistant:** A bacterial strain is "resistant" to a given antimicrobial agent when it is inhibited *in vitro* by a concentration of this drug that is associated with a high likelihood of therapeutic failure.

**3. Minimum bactericidal concentration:**

The Minimum Bactericidal Concentration (MBC) is the lowest concentration of antibiotic required to kill a specific bacterium [21] and results in a 99.9 percent decline in colony count after overnight broth dilution incubations.  Antimicrobials are generally regarded as bactericidal when the MBC is no more than four times the MIC [22].
An MIC assay determines the Minimum Bactericidal Concentration (MBC).

**D. Effect of the site of infection on therapy:**

**The blood-brain barrier**

The efficacy of antimicrobial agents depends on their ability to achieve a concentration equal to or greater than the MIC at the site of infection and modification of activity at certain sites. Adequate levels of an antimicrobial agent must reach the site of infection in order to eliminate the pathogenic microorganisms. For example, first- and second-generation cephalosporins and macrolides are not prescribed to the patients with CNS infections as they do not achieve serum levels in the CSF. These drugs are unable to move across the blood-brain barrier, and, therefore, are not recommended for central nervous system infections. Fluoroquinolones attain high concentrations in the prostatic tissues and are preferred oral drugs for the treatment of prostatitis [23]

The penetration and concentration of an antimicrobial drug in the CSF depends on the following factors:

**1. Lipid solubility of the drug:**
Under normal circumstances, the lipid soluble drugs such as chloramphenicol and metronidazole penetrate into the brain easily, where as the water soluble β-lactam antibiotics, such as penicillin, cannot penetrate the brain easily because as they have low solubility in lipids and are ionized at physiologic pH. During CNS infections such as meningitis, the brain is inflamed and the blood brain barrier function is impaired resulting in increased local permeability. In such conditions some β-lactam antibiotics can enter the CSF in therapeutic amounts.

**2. Molecular weight of the drug:**
The entry of a drug into the CSF depends on the square root of its molecular mass. A compound with a low molecular weight easily moves across the blood-brain barrier, whereas drugs such as vancomycin with a higher molecular weight have difficulty moving across the blood brain barrier and penetrate poorly, even during meningitis.

**3. Protein binding of the drug:**
In normal conditions when the brain barrier is intact, only the plasma fraction with unbound agent can easily penetrate; protein binding of a drug restricts its entry into the brain to a large extent.

**E. Patient factors**
Following factors should be accounted in selecting an antibiotic for an individual:
- Status of the immune system
- Kidney and liver function
- Perfusion status
- Age
- Pregnant or breast-feeding woman

**1. Immune system:**
A healthy immune system is a key factor for eradicating pathogenic microorganisms from the host's body. Antimicrobial agents can be bacteriostatic (suppress the microbial growth) or bactericidal (decrease the microbial population by killing them), but the host immune system must ultimately eliminate the pathogenic microorganisms, the resultant cellular debris and, along with other organ systems, any toxins produced. An individual can have impaired immune system in conditions such as:
- Diabetes

- Alcoholism
- HIV infection
- Malnutrition
- Autoimmune diseases
- Cancer
- Pregnancy
- Advanced age
- Immunosuppressive drugs

Such patients require higher-than-usual doses of antimicrobial agents or long term treatment to eliminate pathogenic microorganisms.

## 2. Renal dysfunction:

It is important to assess kidney function during antimicrobial therapy because the majority of drugs are eliminated by the kidney or liver. There is a high risk of accumulation of antibiotics when the drug is given to people with poor renal function (10% or less of normal). Dosage adjustment is required to prevent accumulation of drug and thus avoid adverse effects. In majority of cases, dose reduction is essential to prevent accumulation and toxicity in patients with poor kidney function. However, in certain cases, doses might need to be increased to prevent underdosing in young healthy patients with rapid renal elimination or those with rapid hepatic metabolism which may occur because of enzyme induction by the concomitant use of agents such as phenytoin or rifampin.

Serum creatinine levels are usually monitored as it is a good index of kidney function for adjustment of drug regimens. However, when administering certain antibiotics such as aminoglycosides, direct monitoring of serum levels is a better option to quantify maximum and minimum values. Rising minimum values indicate potential drug toxicity. Additionally, antibiotics that undergo extensive metabolism or are excreted via the biliary route may be favored in patients with poor renal function.

**3. Hepatic dysfunction:** It is important to assess liver function during antimicrobial therapy because many drugs such as erythromycin and tetracycline are concentrated or eliminated by the liver. Such drugs must be used with caution when treating patients with liver impairment.

## 4. Poor perfusion:

Poor circulation to a particular part of the body reduces the amount of antibiotic that reaches that area, making these infections very difficult to treat. This situation is especially true for patients with diabetes or congestive heart failure.

## 5. Age:

Newborns have a poor ability to eliminate drugs through the kidney or liver. This makes them susceptible to the toxic effects of drugs such as chloramphenicol and sulfonamides. Tetracyclines or quinolones should be avoided in young children as these agents can

adversely affect bone growth.   With aging, the number of functioning nephrons decreases; therefore, elderly patients are especially susceptible to drug accumulation.

## 6. Pregnancy and Lactation:

Antimicrobial agents should be used with caution in pregnancy as the drug can not only affect the mother but also the fetus. Many antimicrobials such aminoglycosides are teratogenic and should not be given during pregnancy because of their ototoxic effect. Similarly, tetracyclines can cause damage to teeth, dysplasia and suppression of bone growth. However, the majority of antibiotics are not teratogenic if used and dosed properly [24-28]. Drugs administered to a breastfeeding mother may enter the nursing infant through the breast milk. Although the concentration of an antimicrobial agent in breast milk is usually low, the total dose to the infant may be sufficient to produce adverse effects.

**Table 4: Approved antibiotic usage during pregnancy and lactation period**

|  | Pregnancy | | Lactation period |
| --- | --- | --- | --- |
|  | Crosses placental barrier | FDA Category | Diffusion into breast milk |
| Amikacin | + | C/D | + |
| Amoxicillin | ++ | B | + |
| Amoxicillin/ clavulanic acid | ? | B | + |
| Ampicillin | +++ | B | + |
| Ampicillin/ sulbactam | ? | B | + |
| Azithromycin | + | B | + |
| Aztreonam | + | B | + |
| Benzylpenicillin | +++ | B | + |
| Cefaclor | ? | B | + |
| Cefadroxil | +++ | B | + |
| Cefalexin | +++ | B | + |
| Cefazolin | +++ | B | + |

| | Pregnancy | | Lactation period |
| --- | --- | --- | --- |
| | Crosses placental barrier | FDA Category | Diffusion into breast milk |
| Cefepim | ++ | B | + |
| Cefixim | +++ | B | + |
| Cefotaxim | + | B | + |
| Cefotiam | ? | – | + |
| Cefoxitin | +++ | B | + |
| Cefpodoxim–proxetil | ? | B | + |
| Ceftazidim | ++ | B | + |
| Ceftibuten | ? | B | + |
| Ceftriaxon | + | B | + |
| Cefuroxime | ? | B | + |
| Cefuroximaxetil | + | B | + |
| Chloramphenicol | +++ | C | + |
| Ciprofloxacin | +++ | C | ? |
| Clarithromycin | ? | C | + |
| Clindamycin | ++ | B | + |
| Cotrimoxazole | +++ | C | + |
| Doxycycline | ++ | D | + |
| Ertapenem | ? | B | + |
| Erythromycin | ? | B | + |
| Ethambutol | +++ | B | + |
| Flucloxacillin | ++ | B | + |

| | Pregnancy | | Lactation period |
|---|---|---|---|
| | Crosses placental barrier | FDA Category | Diffusion into breast milk |
| Fosfomycin | ++ | B | + |
| Gentamicin | ++ | C | + |
| Imipenem/ cilastatin | +++ | C | ? |
| Isoniazid | +++ | B/C | ? |
| Josamycin | ? | – | ++ |
| Levofloxacin | +++ | C | + |
| Linezolid | ? | C | |
| Loracarbef | + | B | + |
| Meropenem | ? | B | + |
| Metronidazole | +++ | B | + |
| Mezlocillin | +++ | B | + |
| Minocycline | ? | D | + |
| Moxifloxacin | ? | C | + |
| Netilmicin | + | C/D | ? |
| Norfloxacin | ? | C | ? |
| Ofloxacin | ? | C | ? |
| Oxacillin | + | B | + |
| Phenoxymethyl- penicillin | ? | B | + |
| Piperacillin | + | B | + |
| Piperacillin/ tazobactam | ? | B | ? |

|  | Pregnancy | | Lactation period |
|---|---|---|---|
|  | Crosses placental barrier | FDA Category | Diffusion into breast milk |
| Pyrazinamide | ? | C | + |
| Quinupristin/ dalfopristin | ? | B | ? |
| Rifabutin | ? | C | ? |
| Rifampicin | ++ | B/C | + |
| Roxithromycin | ? | B | + |
| Teicoplanin | ? | C | ? |
| Telithromycin | ? | – | ? |
| Tobramycin | +++ | C/D | + |
| Trimethoprim | +++ | C | + |
| Vancomycin | +++ | C | + |

+ denotes minor crossing of the placental barrier/diffusion into breast milk
++ denotes moderate crossing of the placental barrier/diffusion into breast milk
+++ denotes distinct crossing of the placental barrier/diffusion into breast milk
? Denotes unknown
FDA classification:
>   *A:* Controlled human studies show no fetal risks; these drugs are the safest
>   **B**: Animal studies show no risk to the fetus and no controlled human studies have been conducted, or animal studies show a risk to the fetus but well-controlled human studies do not
>   **C:** No adequate animal or human studies have been conducted, or adverse fetal effects have been shown in animals but no human data are available.
>   **D:** Evidence of human fetal risk exists, but benefits may outweigh risks in certain situations (e.g., life-threatening disorders, serious disorders for which safer drugs cannot be used or are ineffective), *X* proven fetal risks outweigh any possible benefits.

**F. Safety of the agent**
Many antibiotics, such as the penicillins, are very safe and among the least toxic of all antimicrobial agent because they only interfere with a site that is unique to the growth of

pathogenic microorganisms. However, certain drugs such as chloramphenicol are less specific and are prescribed only in life-threatening infections as they can be highly toxic. FDA Pregnancy Risk Categories:

Caution should be taken when considering drug therapy during pregnancy

- Category A: remote risk to fetus (e.g. daily multivitamin)
- Category B: Slight risk to fetus ($\beta$-Lactamse, cephalosporins, erythromycin)
- Category C: Greater risk than category B. Use if the potential benefit justifies the potential risk to the fetus (vancomycin, chloramphenicol, fluoroquinolones).
- Category D: Proven risk of fetal harm; use only if there isn't another alternative (aminoglycosides and tetracycline).
- Category X: Proven risk of fetal harm with. Risk outweighs any possible benefit to the mother.

### G. Cost of therapy

Several antimicrobial agents can have similar efficacy in treating an infection, but vary widely in cost. The cost factor becomes very important particularly for poor patients or for a poor country.

### ROUTE OF ADMINISTRATION

The oral route of administration is preferred in patients with mild infections and can be given on an outpatient basis. Additionally, oral antibiotic therapy puts less economic burden on an individual or a nation.  In cases requiring intravenous treatment initially, the switch to oral drugs should occur as soon as possible.  However, parenteral administration is necessary for certain antibiotics, such as aminoglycosides and vancomycin because they are very poorly absorbed when taken orally.  Patients hospitalized with severe infections are usually administered intravenous antimicrobial agents.  However, patients with mild to moderate infections who are hospitalized for other reasons such as arrhythmias or dehydration and have normal gastrointestinal function are usually administered antimicrobial agents orally. An agent that has excellent absorption and bioavailability is preferred for oral therapy in patients with invasive infections such as abscesses or pneumonia.  Antibiotics such as fluoroquinolones, trimethoprim-sulfamethoxazole, and metronidazole can be given in these conditions. However, in severe infections, such as meningitis in which high serum or CSF drug concentrations needs to be achieved, oral therapy is not preferred, is less reliable and not generally recommended [29].

**Table 5:** Oral versus intravenous administration

| Mode of Administration | Advantages | Disadvantages |
|---|---|---|
| **ORAL** | • Safe.<br>• Convenient<br>• Economical<br>• Drug absorption is good due to extensive surface area | • Some drugs have slow absorption.<br>• Onset of drug action is slow.<br>• Irritable and unpalatable drugs can not be given.<br>• Not utilized in unconscious and uncooperative patients.<br>• Cannot utilize in severe vomiting.<br>• Some drugs are destroyed in stomach like insulin etc.<br>• Drugs after absorption are metabolized in liver before reaching the systemic circulation; this is called "First Pass Effect"<br>• Drug absorption affected by intake of food.<br>• Some drugs produce irritation to gastric mucosa. |
| **INTRA-VENOUS** | • No absorption required;<br>• Bioavailability is 100%.<br>• Desired blood concentration of drug is achieved quickly and can be maintained.<br>• Large volume of drug can be given.<br>• Rapid onset of action.<br>• Drugs can be given in presence of vomiting and diarrhea.<br>• Useful for unconscious patients.<br>• Useful in emergency situations.<br>• First pass effect is avoided.<br>• Drugs producing gastric irritation can | • Extravasation of drugs produces irritation and cellulitis.<br>• Chances of thrombophlebitis.<br>• Repeated I/V administration require patent veins sometimes that may not be possible.<br>• Less safe, once the side effects produced, they are difficult to control.<br>• Disadvantages:<br>• Technical person is needed, self-administration is difficult.<br>• Expensive.<br>• Inconvenient and painful.<br>• Danger of infection, if proper sterilization techniques are not used. |

|  | be given.<br>• Drugs that are not absorbed from G.I.T can be given.<br>• Drugs destroyed by gastric acid can be given. |  |
|---|---|---|

## IV. DETERMINANTS OF RATIONAL DOSING
Rational dosing of antimicrobial agents is predominantly based on two factors:
1. Pharmacodynamics i.e. the relationship of drug concentrations to antimicrobial effects
2. Pharmacokinetics. It encompasses the absorption, distribution, metabolism and elimination of the drug by the body.

Frequency of dosing depends upon three important properties:
1. Concentration-dependent  killing
2. Time-dependent killing
3. Post-antibiotic effect.

Antibiotic dosing regimens are optimized with the aid of these determinants to improve clinical outcomes and possibly decrease the development of resistance.

### A. Concentration-dependent killing
Some antimicrobial drugs, such as aminoglycosides, show a substantial increase in the rate of bacterial killing as the concentration of antibiotic increases manifold from 4- to 64-fold MIC of the drug for the infecting microorganism. Administering antimicrobial drugs that exhibit this concentration dependent killing by a once-a-day bolus infusion attains high peak levels, resulting in rapid killing of the infecting microorganism.
### B. Time-dependent (concentration-independent) killing
By contrast, certain antibiotics such as β-lactams, clindamycin, and macrolides, do not exhibit this concentration-dependent property.   There is no substantial increase in the rate of bacterial killing by increasing the concentration of antibiotic to higher multiples of the MIC. The clinical efficacy of such antimicrobial agents can be best predicted by concentration-independent or time-dependent killing i.e. the percentage of time that blood concentrations of a drug remain above the MIC.  These drugs have relatively slow bactericidal action; therefore, it is neccessary that the serum concentration exceeds the MIC for the duration of the dosing interval so that the inhibitory effect of the drug is effective.   This is achieved though frequent dosing or continuous infusion of the drug.

### C. Postantibiotic effect
The post-antibiotic effect (PAE) is a persistent suppression of microbial growth that occurs after antibiotic levels have fallen below the MIC even in the absence of host defense mechanisms.
Duration of the post-antibiotic effect is influenced by the following factors:
• Duration of antibiotic exposure

- Bacterial species
- Medium of the culture
- Class of antibiotic.

The PAE is defined as the length of time it takes (after the transfer) for the culture to achieve log-phase growth. Antimicrobial agents with a long PAE are usually given only one dose per day. Along with host factors, the pharmacodynamic properties of antimicrobial agents may also be important in establishing a dosing regimen. This relates specifically to the concept of time-dependent versus concentration-dependent killing. Drugs that exhibit time-dependent activity (beta-lactams and vancomycin) have relatively slow bactericidal action; therefore, it is of utmost importance that the serum concentration exceeds the MIC for the duration of the dosing interval through frequent dosing or continuous infusion.

**DRUG RESISTANCE**

Microbes are said to be resistant to an antimicrobial if the maximal level of that antimicrobial that can be tolerated by the host does not halt their growth. Antibiotic resistance has become one of the biggest concerns to health care professionals in the treatment of infectious diseases. Resistance is being reported not only against natural and semi-synthetic antibiotics, but also against antibiotics such as fluoroquinolones which are synthetic in nature. Resistance has also been observed in antibiotics such as vancomycin that do not even enter the cells. Antibiotic resistance is widespread and it is believed that any microorganism could develop resistance to any antibiotic.

Anti-microbial drug resistance is a global issue involving treatment of bacterial, viral, fungal and parasitic infections [30, 31]. The increase and spread of drug resistance is the result of the evolutionary selection due to of the misuse and overuse of antimicrobial drugs [32, 33].

The widespread and often inappropriate use of antimicrobial drugs is the most important factor in the emergence of drug resistance. Antimicrobial drugs should be used appropriately and only when necessary for prevention of drug resistance. This judicious prescribing involves:

- Avoidance of antibiotic treatment for community-acquired infections i.e. the majority of viral, upper respiratory tract infections
- Avoidance of broad-spectrum antibiotics and use of narrow-spectrum antibiotics whenever possible
- Antibiotics usage for the shortest duration that is adequate for treating a particular clinical syndrome

**Prescription Overuse:**

- In the US, it has been estimated that almost 50% of all the antibiotics prescribed are unnecessary. This trend continues partly because of learned behavior by proescribers, poor drug compliance, undue pressure from patients to prescribe antibiotics even if it is not warranted and aggressive marketing by leading pharmaceutical companies leading to inappropriate demand for antibiotics by patients.

- Approximately 50% of all antibiotics manufactured US are given to livestock prophylactically to promote growth in healthy animals. It is believed that this overuse of antibiotics in livestock ultimately leads to resistance in human bacteria.
- There is a widespread use of antibacterial agents in household cleaning agents which is also believed to be partly responsible for bacterial resistance.

**Prescription Misuse**:
- Healthcare professionals sometimes inappropriately or erroneously prescribe antibiotics with incorrect dosage or wrong antibiotics.  Antibiotic is often prescribed for non-bacterial infections such as cold, coughs, etc.  Sometimes doctors prescribe low dose antibiotic for long term prophylactically.
- Broad-spectrum antibiotics are often prescribed before a diagnostic lab test so that a narrow spectrum antibiotic can be given later on.
- In several countries, antibiotics are available over the counter that results in extensive antibiotic misuse.
- Drug compliance is also a major issue.  Patients discontinue antibiotics as soon as they feel better instead of completing the whole course.

Some microbes such as gram-negative organisms are inherently resistant to a particular antimicrobial (vancomycin in this case).  Microbes are usually responsive to a particular antimicrobial or a drug, but can develop new strains that are more virulent or resistant by spontaneous mutation, acquired resistance and other selection processes. Some of these strains are resistant to multiple antimicrobials.

**A. Genetic alterations leading to drug resistance**
Acquired antibiotic resistance develops because of the following factors:
1. Temporary gain of genetic information in the bacteria
2. Permanent gain of genetic information in the bacteria
3. Alteration of genetic information in the bacteria

Resistance develops when the microbial DNA undergoes spontaneous mutation or to moves from one microorganism to another (via plasmids, viral/phage infection etc).

**1. Spontaneous mutations of DNA:**
Chromosomal alteration happens by deletion, insertion, or substitution of one or more nucleotides within the genome. Some spontaneous mutations have almost no impact on the susceptibility of the microorganism to antimicrobial agent. However, some mutations produce antibiotic-resistant strains.  In the last few years, rifampin-resistant Mycobacterium tuberculosis has emerged because rifampin was used as a single antibiotic.

**2. DNA transfer of drug resistance:**
Drug resistance can be acquired because of DNA transfer from one microorganism to another. Extrachromosomal R factor (resistance plasmid) is a plasmid that encodes for antimicrobial resistance. The majority of resistance genes are mediated by plasmids and in some cases plasmid-mediated traits get attached to a host bacterial DNA. Plasmids can

enter cells with the help of transduction (phage mediated), transformation, or bacterial conjugation.

## B. Altered expression of proteins in drug-resistant organisms

Drug resistance can be mediated by several types of mechanisms which include:

- Absence of or an alteration in an antibiotic target site
- Low penetration of the drug because of decreased permeability
- Increased efflux of the drug
- Presence of enzymes that inactivate antibiotic

**1. Modification of target sites:** Mutation can alter antimicrobial's target site resulting in organismal resistance to antibiotics. For example, S. *pneumoniae's* resistance to penicillin involves alterations in bacterial penicillin-binding proteins (PBMs), resulting in decreased binding of the antibiotic to its target.

**2. Decreased accumulation:** Decreased uptake or increased efflux of an antibiotic across the cell surface [34] can result in drug resistance because the drug cannot gain access to the site of its action in optimum concentrations to either injure or kill the microorganism.

## 3. Enzymatic inactivation:

In this scenario, antibiotic-inactivating enzymes inactivate or destroy the antimicrobial drug resulting in drug resistance.  Some examples of antibiotic-inactivating enzymes include:

- Esterases that inactivate macrolides
- Acetyltransferases that inactivate chloramphenicol or aminoglycosides
- β-lactamases ("penicillinases") that inactivate penicillins and cephalosporins

**Table 6:** Some representative antibiotics, their modes of action and mechanisms of resistance

| Category | Sample members | Mechanism of action | Major mechanisms of resistance |
|---|---|---|---|
| β -Lactams | Penicillins, Cephalosporins, Cefotaximes, Carbapenems | Inhibition of cell-wall synthesis | Cleavage by β - lactamases, ESBLs CTX-mases, Carbapenemases, altered PBPs |
| Aminoglycosides | Streptomycin, Gentamycin, Tobramycin, Amikacin | Inhibition of protein synthesis | Enzymatic modification, efflux, ribosomal mutations, 16S rRNA methylation |
| Glycopeptides | Vancomycin | Inhibition of cell-wall synthesis | Altered cell walls, efflux |
| Quinolones | Ciprofloxacin, Ofloxacin, Norfloxacin | Inhibition of DNA replication | Efflux, modification, target mutations |
| Tetracyclines | Tetracycline | Inhibition of translation | Mainly efflux |
| Streptogramins | Virginiamycins, Quinupristin, Dalfopristin | Inhibition of cell-wall synthesis | Enzymatic cleavage, modification, efflux |
| Rifamycins | Rifampin (Rifampicin) | Inhibition of transcription | Altered β -subunit of RNA polymerase |
| Oxazolidinones | Linezolid | Inhibition of formation of 70S ribosomal complex | Mutations in 23S rRNA genes followed by gene conversion |

**Table 7:** Ten common "superbugs" with Multiple Drug Resistance (MDR)

| Bacterium | Diseases caused | Drugs resisted |
|---|---|---|
| *Staphylococcus aureus* | Bacteremia (blood infection), pneumonia, surgical-wound infections | Chloramphenicol, rifampin, ciprofloxacin, clindamycin, erythromycin, beta-lactams, tetracycline, trimethoprim |
| *Streptococcus pneumoniae* | Meningitis, pneumonia, otitis media (ear infection) | Penicillin, erythromycin, chloramphenicol, trimethoprim-sul-famethoxazole, fluoroquinolones |

| | | |
|---|---|---|
| *Mycobacterium tuberculosis* | Tuberculosis | Aminoglycosides, ethambutol, isoniazid, pyrazinamide, rifampin |
| *Haemophilus influenzae* | Epiglotitis, meningitis, otitis media, pneumonia, sinusitis | Beta-lactams, chloramphenicol, tetracycline, trimethoprim |
| *Enterobacteriaceae (e.g.Escherichia coli, Klebsiella spp.)* | Bacteremia, pneumonia, urinary tract or surgical-wound infections, diarrhea | Aminoglycosides, beta-lactams, fluoroquinolones, chloramphenicol, trimethoprim |
| *Enterococcus* | Bacteremia, urinary tract or surgical-wound infections | Aminoglycosides, beta-lactams, vancomycin |
| *Neisseria gonorrhoeae* | Gonorrhea | Beta-lactams, spectinomycin, fluoroquinolones, tetracycline |
| *Pseudomonas aeruginosa* | Bacteremia, pneumonia, urinary tract infections | Aminoglycosides, beta-lactams, ciprofloxacin, carbapenems |
| *Bacteroides* | Septicemia, anaerobic infections | Clindamycin, cefoxitin, fluoroquinolones |
| *Shigella dysenteriae* | Severe diarrhea | Ampicillin, tetracycline, chloramphenicol, trimethoprim-sulfamethoxazole |

Infectious diseases caused by fungi are known as mycoses, and they are usually chronic in nature [35]. Mycotic infections can be superficial and may involve the skin (cutaneous mycoses extending into the epidermis).  Some fungi can also cause subcutaneous infections by penetrating the skin. Systemic mycoses caused by virulent pathogens predominantly originate in the lungs and later on can spread to multiple organ systems. Systemic mycoses are also seen in immunocompromised patients and are caused by opportunistic pathogens such as Candidiasis, Aspergillosis and Cryptococcosis. Systemic mycoses are very difficult to treat and are usually life-threatening.

Table 8

| Superficial Fungal Infections | | |
|---|---|---|
| **Dermophytic Infection** | **Causative Organism** | |
| Tinea corporis (ringworm) | *Microsporum canis, Trichophyton mentagrophytes* | |
| Tinea cruis (jock itch) | *T. rubrum, T. mentagrophytes, E. floccosum* | |
| Tinea pedis (athlete's foot) | *T. rubrum, T. mentagrophytes, Epidermophyton floccosum* | |
| Tinea capis (scalp) | *M. canis T. tonsurans* | |
| Tinea unguium (nails) | *T. rubrum, T. mentagrophytes, E. floccosum* | |
| Tinea barbae (beard/hair) | *T. rubrum, T. mentagrophytes* | |
| **Systemic Infections** | | |
| **Systemic Infections** | **Causative Organism** | |
| Coccidioidomycosis | *Cocidioides immitis* | |
| Blastomycosis | *Blastomyces dermatitidis* | |
| Histoplasmosis | *Histoplasma capsulatum* | |
| Brazilian Blastomycosis | *Paracoccidioides brasiliensis* | |
| **Opportunistic Infections** | | |
| **Opportunistic Infections** | **Causative Organism** | **Target Organs** |
| Candidaisis, Thrush, Vulvovaginitis | *Candida albicans* | GI tract and vagina |
| Aspergillosis | *Aspergillus* sp. | Lung, brain, sinuses and other organs |
| Cryptococcal meningitis | *Cryptococcus neoformans* | Through inhalation, may cause mild lung infection. Mainly affects CNS |
| Mucormycosis | | Sinuses, eyes, blood and brain |
| Pneumocystis carinii pneumonia | *Murcor* sp. *Pneumocystis carinii* | Lungs (especially prevalent in HIV patients) |

Fungi are eukaryotic and have rigid cell walls composed of chitin. Fungal cell membranes contain ergosterol as opposed to the cholesterol present in mammalian membranes. These typical chemical characteristics are very helpful in targeting pharmaceutical agents against mycoses or fungal infections. Fungal infections are usually antibiotic resistant.

**Table 9**

| CLASSIFICATION OF ANTIFUNGAL DRUGS |
| --- |
| **Drugs for systemic fungal infections** |
| **Polyene antibiotics** |
| -Amphotericin B |
| **Pyrimidine antimetabolites** |
| -Flucytosine |
| **Antifungal azoles** |
| -Ketoconazole |
| -Fluconazole |
| -Itraconazole |
| **Echinocandins** |
| Caspofungin, micafungin, and anidulafungin |
| |
| **Drugs for superficial fungal infections** |
| **Systemic drugs** |
| -Griseofulvin |
| -Iodide |
| **Topical drugs** |
| -Nystatin |
| -Haloprogin |
| -Tolnaftate |
| -Azoles (miconazole, econazole, clotrimazole) |

The antifungals act on various targets. Polyene antibiotics such as Amphotericin B lipid, Nystatin (topical) and azole antifungals act on the cell membrane. Some agents such as pyrimidine analogues (Flucytosine) target DNA synthesis. Drugs such as Echinocandins, Caspofungin acetate act on cell walls.

**Table 10:** Classification of Antifungal Drugs

| Class of Drug | Mechanism of Action | Example |
|---|---|---|
| Polyenes | Act by binding to ergosterol in the fungal cell membrane. This binding results in the depolarization of the membrane and formation of pores that increase permeability to proteins and monovalent and divalent cations, eventually leading to cell death | Amphotericin B |
| Antimetabolite | Inhibits fungal protein synthesis by replacing uracil with 5 flurouracil in fungal RNA, also inhibit thymidylate synthetase via 5-fluorodeoxy-uridine monophosphate and interferes with fungal DNA synthesis. | Flu cytosine |
| Azoles | Inhibition of cytochrome P450 14a-demethylase (P45014DM). This enzyme is in the sterol biosynthesis pathway that leads from lanosterol to ergosterol | Ketoconazole |
| Ally amines | Inhibits ergo sterol synthesis by inhibiting the enzyme squalene epoxidase | Terbinafine |
| Glucan Synthesis Inhibitors | Blocks the synthesis of a major fungal cell wall component, 1-3-beta-D-glucan. | Caspofungin |
| Miscellaneous | Inhibiting fungal mitosis by disrupting the mitotic spindle thru interaction with polymerized microtubules | Griseofulvin |

**A. Amphotericin B**

Amphotericin B is a polyene macrolide antibiotic that is extracted from Strep*tomyces nodosus*. It is the drug of choice for the treatment of life-threatening systemic mycoses. It is also the drug of choice for the following fungal disease:

- Disseminated and meningeal coccidioidomycosis
- Disseminated histoplasmosis
- Disseminated and meningeal cryptococcosis
- Deep candidiasis
- Invasive aspergillosis
- Mucormycosis

It is an alternative drug for the following fungal disease:

- Paracoccidioidomycosis
- Blastomycosis
- Extracutaneous sporotrichosis

## 1. Mechanism of action:

Amphotericin B molecules bind to ergosterol present in the plasma membranes of fungal cells. This leads to formation of a transmembrane channel resulting in leakage of monovalent ions, especially potassium. Ion ($K^+$, $Na^+$, $H^+$ and $Cl^-$) leakage is the primary effect leading to fungal cell death.

However, recent studies have observed that pore formation or transmembrane channel is not necessarily assciccated with cell death [36]. It is now believed that the actual mechanism of action may be more sophisticated, complex and multifaceted.

## 2. Antifungal spectrum:

*Amphotericin B* can be fungistatic or fungicidal depending on the type of organism and the concentration of the drug. It has a proven efficacy against a wide variety of fungi, which includes *Candida albicans, Histoplasma capsulatum, Coccidioides immitis, Cryptococcus neoformans, Blastomyces dermatitidis*, and many strains of *Aspergillus*. It is also highly effective in the treatment of the leishmaniasis, a protozoal infection.

## 3. Resistance:

Fungal resistance is seen in very few cases and is associated with decreased ergosterol content of the fungal membrane.

## 4. Pharmacokinetics:

Amphotericin B is poorly souble in water, and sodium deoxycholate is added for injectable preparations, which forms a soluble colloidal dispersion. Amphotericin B is usually administered by slow, intravenous (IV) infusion. The Intrathecal route is comparatively unsafe route but is sometimes prescribed for the treatment of meningitis caused by fungi that are sensitive to the drug. An oral preparation of Amphotericin B has recently become available as well.[37].

Conventional amphotericin B (CAB) can cause systemic infusion- related adverse reactions and dose-dependent nephrotoxicity. Lipid dispersion of amphotericin negates its toxic effects on the human cell membrane without impairing its effect on the fungal cell membrane. Amphotec, Abelcet, and Ambisome are the three amphotericin B lipid formulations that are available in the United States.

**Table 11:** Lipid Formulations of Amphotericin

| Feature | Abelcet | Amphotec | Ambisome |
|---------|---------|----------|----------|
| Lipid Components | DMPC, DMPG | Cholesteryl sulphate | Phosphatidyl choline Cholesterol, distearoyl phosphatidyl glycerol |
| Structure | Ribbons of lipid with amphotericin B | Discoid structures with amphotericin B | Unilamellar liposomes with amphotericin B inside |
| Acute toxicity (compared to parent compound) | 8-10 times less toxic | 8-10 times less toxic | 70-80 times less toxic |
| Usual dose | 5mg/kg/day | 2-7.5mg/kg/day | 5-7.5mg/kg/day |
| Safety profile | Preservation of renal function | Preservation of renal function | Adverse effects in < 5% of the patients |
| Efficacy response in humans | 69% overall 78% candidiasis 60% aspergillosis | 59% overall 83% candidiasis | 67% candidiasis 86% aspergillosis |

Ambisome has the smallest liposome soze and is the simplest of the liposome preparations that is produced by the incorporating amphotericin B into a single liposomal bilayer composed of phospholipids and cholesterol. Such preparations are less toxic. However, these preparations are expensive and are predominantly used as salvage therapy for individuals who are intolerant to conventional amphotericin B. In case renal dysfunction occurs because of conventional amphotericin B, the total daily dose should be reduced decreased by 50 percent. Sodium loading with IV saline infusions and the lipid-based amphotericin B products are generally used to prevent nephrotoxicity.

**5. Adverse effects:**

The therapeutic index of Amphotericin B is narrow; therefore, the total adult daily dose should not be more than 1.5 mg/kg. Small test doses can be administered to determine the extent of negative responses, such as anaphylaxis or convulsion. Other toxic effects include the following.

- Fever and chills: These manifestations develop usually 1 to 3 hours after starting IV administration, and they generally subside with repeated administration of the drug. Premedication with an antipyretic or a corticosteroid is effective in preventing these manifestations.
- Kidney dysfunction: Patients can have a low GFR (glomerular filtration rate) and impaired renal tubular function. Nephrotoxicity may be accentuated because of sodium depletion; therefore, a bolus infusion of normal saline before and after amphotericin B infusion can prevent nephrotoxicity. Normal renal function is achieved after the drug is discontinued, however, at higher doses there is a likelihood of residual damage.

- Hypotension: The patient may develop a sudden shock-like fall in blood pressure along with hypokalemia.
- Other prominent side effects include headache, nausea, vomiting, drowsiness, and generalized weakness.

**Table 12:Drug Interactions**

| Drug Name/Class | Effect of the drug interaction |
|---|---|
| Corticosteroids | Increased risk of hypokalemia |
| Cytostatic drugs | Increased risk of kidney damage, hypotension and bronchospasms |
| Flucytosine | Toxicity of flucytosine is increased and allows a lower dose of amphotericin B. Amphotericin B can accelerate entry of flucystosine into the fungal cell by blocking the fungal cell membrane. |
| Diuretics or cisplatin | Increased renal toxicity and increased risk of hypokalemia |
| Adefovir, tenofovir Foscarnet, ganciclovir | Increased risk of hematological and renal side-effects of amphotericin B. |
| Leukocyte transfusion | Increased risk of lung damage. Space the intervals between the application of amphotericin B and the transfusion, and monitor pulmonary function |

**B. Flucytosine**

(5-FC) is a synthetic pyrimidine antimetabolite that is usually prescribed in combination with amphotericin B for the treatment of systemic mycoses and for meningitis caused by *Cryptococcus neoformans* and *Candida albicans*.

**1. Mechanism of action:**

5-FC enters fungal cells via an enzyme called cytosine specific permease, which is not present in mammalian cells. 5-FC is then converted to 5-fluorodeoxyuridine 5'-monophosphate within susceptible fungal cells [6-8]. This false nucleotide impairs synthesis of nucleic acid and protein. 5-FC and amphotericin B are used in combination and are synergistic because Amphotericin B increases cell permeability that allows more 5-FC to penetrate the cell.

**2. Antifungal spectrum:**

5-FC is fungistatic and is effective in combination with amphotericin B for treating candidiasis and cryptococcosis and in combination with itraconazole for treating chromoblastomycosis.

**3. Resistance:**

Resistance for 5-FC can develop during treatment because of two reasons:
1. Low levels of any of the enzymes in the conversion of 5-FC to 5-fluorouracil (5-FU)
2. Increased production of cytosine.

This is the main reason that 5-FC is used in combinations with amphotericin B or itraconazole and is not used as a single antimycotic drug. The chances of resistance developing are reduced with the combination therapy.

**4. Pharmacokinetics:**

5-FC is readily absorbed orally. It distributes throughout the body water and penetrates well into the CSF. 5-FU and its metabolites are excreted by kidney via glomerular filtration, and dose adjustment is required in patients with impaired renal function. The usual dosage of Flucytosine ranges from 50 to 150 mg/kg/day given in divided doses at 6-hour intervals.

**5. Adverse effects:**

**Table 13: Adverse effects of 5-FC**

| Organ affected | Adverse affects |
|---|---|
| Bone marrow | Bone marrow depression causing pancytopenia, anemia and in rare case agranulocytosis. Aplastic anemia can also develop. In case of se ere bone marrow toxicity death may occur, especially in immunocompromised patients |
| GI System | Anorexia, duodenal ulcer, abdominal pain and bloating, diarrhea, dry mouth, GI hemorrhage, nausea, vomiting, and ulcerative colitis |
| CNS | Confusion, psychosis, ataxia , hallucinations, headache, hearing loss, paresthesia, peripheral neuropathy, vertigo and sedation |
| Skin | Rash, pruritus, and photosensitivity. In rare case, toxic epidermal necrolysis (Lyell's syndrome) can also occur which can be fatal. |
| Liver | Elevation of liver enzymes and bilirubin, hepatic impairment, jaundice |
| Kidney | Increased BUN and serum creatinine. Crystalluria and acute renal failure can also occur. |
| Anaphylaxis | Hypotension, bronchospastic reactions, diffuse erythema, pruritus, conjunctival injection, , abdominal pain, edema, and fever |

**C. Ketoconazole**

Ketoconazole, introduced in 1984, was the first orally active azole available for the treatment of systemic mycoses.

**1. Mechanism of action:** Azoles are fungistatic, and it works by inhibiting C-14 α-demethylase (a cytochrome P450 [CYP450] enzyme). This inhibition damages and impairs membrane structure and function leading to inhibition of fungal cell growth. However, ketoconazole is not target selective and also inhibits production of human gonadal and adrenal steroids. It also inhibits CYP450-dependent hepatic drug-metabolizing enzymes using the CYP3A4 pathway.

**2. Antifungal spectrum:** Oral ketoconazole is active against several types of fungi such as *Candida, Histoplasma, Blastomyces*, and *Coccidioides*; however, it is ineffective against *aspergillus* species. Itraconazole is a better alternative to ketoconazole and is the preferred drug for treating the majority of fungal infections as it is more potent with fewer adverse effects as well as having this broader spectrum.

Topical ketoconazole is used for topical infections such as tinea corporis, tinea cruris, and tinea pedis. Topical ketoconazole is also effective in the in the treatment of seborrheic dermatitis and dandruff. Ketoconazole shampoo is also effective as a body wash in treating tinea versicolor. It is also prescribed for the treatment of nonfungal problems such as Cushing's syndrome [38-39] and preventing postoperative erections [40].

**3. Resistance:** This is a major clinical problem, especially when treating individuals with advanced HIV infection. Mutations have been found in the C-14 alpha-demethylase gene resulting in decreased azole binding. Some strains of fungi have mutated and are able to flush the azole out of the cell.

**4. Pharmacokinetics:** ketoconazole, when administered orally, requires gastric acid for proper absorption by the intestinal mucosa. Absorption is impaired with antacids as they raise gastric pH.   Absorption is also hindered by H2-histamine– receptor blockers and proton-pump inhibitors as they interfere with gastric acid secretion.
Drinking cola drinks, which are acidifying agents, prior to taking the drug can lead to better absorption, especially in patients with achlorhydria. Ketoconazole is extensively bound to plasma proteins and its metabolism takes place in the liver, and excretion is predominantly through the bile.

Dose and Administration

Adults: The recommended starting dose of Ketoconazole Tablets is a single daily administration of 200 mg (one tablet).  The dose of ketoconazole can be increased to 400 mg once daily in the case of inadequate clinical responsiveness and in very severe infections.
Children: In small numbers of children over 2 years of age, a single daily dose of 3.3 to 6.6 mg/kg has been used.

**5. Adverse effects:**

Some of the frequent adverse effects include**:**

- Dose-dependent GI disturbances such as anorexia, nausea and vomiting.
- Endocrine impairments, such as decreased libido, impotence gynecomastia, and menstrual irregularities
- Allergies
- Transient increases in serum transaminases
- In rare cases frank hepatitis

Plasma concentrations of the Ketoconazole should be monitored patients with liver dysfunction as the drug may accumulate in patient's body.

**6. Drug interactions and contraindications:**
Ketoconazole, a CYP450 inhibitor, can accentuate the toxicities of drugs such as cyclosporine, phenytoin, and warfarin. Rifampin, a CYP450 enhancer, can effectively shorten the duration of action of ketoconazole. H2-receptor blockers, antacids, proton-pump inhibitors, and sucralfate decrease gastric acidity and consequently decrease the absorption of ketoconazole. The combined use of Ketoconazole and amphotericin B should be avoided because the reduction in ergosterol in the fungal membrane reduces the fungicidal action of amphotericin B. Ketoconazole is contraindicated in pregnancy because of its teratogenicity.

**D. Fluconazole**

Fluconazole is a synthetic triazole class of antifungal agents that is prescribed in the treatment and prevention of fungal infections. It doesn't have the side effects related to endocrine system and it readily penetrates into the CSF.

Mechanism of Action

Fluconazole is cytochrome P450 (CYP51A1) enzyme 14α-demethylase inhibitor that prevents the conversion of lanosterol to ergosterol and subsequent accumulation of 14α-methyl sterols [41].  Fluconazole is predominantly fungistatic, but can be fungicidal against some pathogens such as *Cryptococcus* [42].

It is the drug of choice for treatment of severe fungal infections caused by *Candida* species and *Candida neoformans.* Fluconazole is prescribed for prophylaxis of fungal infections in recipients of bone marrow transplants.  Fluconazole can be used as a first-line treatment for the following fungal infections [43]:

- Histoplasmosis
- Coccidioidomycosis
- Cryptococcosis
- Prophylaxis of candidiasis in immunocompromised people

Fluconazole can be administered orally or intravenously. For the treatment of vaginal candidiasis, the dose is 150 mg as a single oral dose. Patients with resistant skin infections need 150–300 mg of Fluconazole once weekly. Patients with systemic or severe infections are prescribed 500–600 mg/day of Fluconazole.  Its absorption is excellent and is not dependent on gastric acidity. Binding to plasma proteins is minimal. It is poorly metabolized. Fluconazole has more than 90% bioavailability and it circulates in plasma in the free form.  It has negligible hepatic metabolism, and is excreted by the kidney, and doses should be reduced in patients with poor kidney function.

**Adverse effects**

Unlike ketoconazole, fluconazole doesn't affect the endocrine system as it does not inhibit the CYP450 system that leads to androgen production.  However, fluconazole can potentiate toxicities of drugs such as warfarin, phenytoin, cyclosporine, etc. Some of the common adverse effects of fluconazole include nausea, vomiting, and rashes.   In rare case, fluconazole been linked to severe or fatal hepatotoxicity; therefore, liver function tests are monitored regularly during long-term treatment of fluconazole. It is also prescribed with caution in individuals with pre-existing liver disease [41]. Fluconazole is teratogenic and can cause birth defects in infants. Fluconazole should not be used during pregnancy [44]. If one does become pregnant during treatment or without the advice of a doctor, Fluconazole has following adverse drug effects:

**Table 14: Adverse effects of Fluconazole**

| ADVERSE EFFECTS | | | |
|---|---|---|---|
| Common adverse effects ($\geq$1% of patients) | Infrequent adverse effects (0.1–1% of patients) | Rare adverse effects (<0.1% of patients) | Very rare adverse effects |
| • Headache<br>• Rash<br>• Dizziness<br>• Vomiting<br>• Nausea,<br>• Abdominal pain<br>• Elevated liver enzymes | • Fatigue<br>• Anorexia<br>• Constipation | • Oliguria<br>• Hypokalaemia<br>• Seizures<br>• Paraesthesia<br>• Alopecia<br>• Stevens–johnson syndrome<br>• Thrombocytopenia<br>• Other blood dyscrasias<br>• Hepatic failure<br>• anaphylactic reactions | • Prolonged QT interval<br>• Torsades de pointes |

Contraindications for Fluconazole include [43]:
- Hypersensitivity to other azole medicine
- Pregnancy
- Concomitant use of high dose fluconazole and quinidine
- Administration of terfenadine with multidose of fluconazole 400 mg per day is administered

## E. Itraconazole

Itraconazole is a synthetic triazole antifungal agent with a broad antifungal spectrum. Its mechanism of action is similar to that of the other triazoles. It is the drug of choice for the treatment of sporotrichosis, blastomycosis, histoplasmosis and paracoccidioidomycosis. Unlike ketoconazole, it is effective in AIDS–associated histoplasmosis. Itraconazole is well absorbed orally, and similar to ketoconazole, it needs an acid environment for dissolution. It is protein bound and distributes well all over the body, but it doesn't readily penetrate the CSF. It is predominantly metabolized by the liver. Hydroxyitraconazole, its biologically active metabolite, has a similar antifungal spectrum. Common adverse effects of Itraconazole include nausea and vomiting, rash, hypokalemia, headache, edema and hypertension. It is contraindicated in pregnancy because of its teratogenic effects. It inhibits the metabolism of several drugs, including warfarin, statins, and quinidine. Inducers of the CYP450 system increase the metabolism of itraconazole. The capsules of itraconazole should not be prescribed to patients with ventricular dysfunction, such as congestive heart failure (CHF) or a history of CHF.

**Table 15: Drug interactions with itraconazole**

| Drugs whose plasma concentration is increased by Itraconazole | |
|---|---|
| *Antiarrhythmics* | digoxin, dofetilide, quinidine, disopyramide |
| *Anticonvulsants* | carbamazepine |
| *Antimycobacterials* | rifabutin |
| *Antineoplastics* | busulfan, docetaxel, vinca alkaloids |
| *Antipsychotics* | pimozide |
| *Benzodiazepines* | alprazolam, diazepam, midazolam, triazolam |
| *Calcium Channel Blockers* | dihydropyridines (including felodipine and nisoldipine), verapamil |
| *Gastrointestinal Motility Agents* | cisapride |
| *HMG CoA-Reductase Inhibitors* | atorvastatin, cerivastatin, lovastatin, simvastatin |
| *Immunosuppressants* | cyclosporine, tacrolimus, sirolimus |
| *Oral Hypoglycemics* | oral hypoglycemics |
| *Protease Inhibitors* | indinavir, ritonavir, saquinavir |
| *Other* | methadone, levacetylmethadol (levomethadyl), ergot alkaloids, halofantrine, alfentanil, buspirone, methylprednisolone, budesonide, dexamethasone, fluticasone, trimetrexate, warfarin, cilostazol, eletriptan, fentanyl |
| **Drugs whose plasma  concentration is decreased by Itraconazole** | |
| *Anticonvulsants* | carbamazepine, phenobarbital, phenytoin |
| *Antimycobacterials* | isoniazid, rifabutin, rifampin |
| *Gastric Acid Suppressors/Neutralizers* | antacids, H2-receptor antagonists, proton pump inhibitors |
| *Non-nucleoside Reverse Transcriptase Inhibitors* | nevirapine |
| **Drugs which increase the plasma concentration of Itraconazole** | |
| *Macrolide Antibiotics* | clarithromycin, erythromycin |
| *Protease Inhibitors* | indinavir, ritonavir |

## F. Voriconazole or Vfend

Voriconazole is a broad-spectrum triazole antifungal agent. Voriconazole is used a as a first-line treatment of candidaemia, oesophageal candidiasis, invasive aspergillosis, and various *Candida* infections.  It is also approved for treatment of infections caused by *Scedosporium apiospermum* and *Fusarium* species [45].

The principal mechanism of action of voriconazole is the inhibition of cytochrome P450-mediated 14 alpha-lanosterol demethylation (CYP51A1) that prevents synthesis of ergosterol in the fungal cell. The accumulation of 14 alpha-methyl sterols is associated with loss of ergosterol in the fungal cell wall which seems to be accountable for the antifungal activity. Voriconazole is more selective for fungal cytochrome P450 enzymes as compared to mammalian cytochrome P450 enzymes.

Voriconazole is readily absorbed when taken orally. It has bioavailability of around 96% that allows patients to be switched between oral and intravenous administration. Voriconazole is metabolized by hepatic cytochrome P450 and interacts with some drugs. Administration of voriconazole is contraindicated with some drugs which include rifampin, rifabutin, etc. It also requires dose adjustments and/or monitoring when coadministered with drugs such as omeprazole, tacrolimus, cyclosporine, etc. Voriconazole is predominantly metabolized in the liver and it acts simultaneously as a substrate and inhibitor of multiple enzymes of the cytochrome P450 system [46]. Because of this reason, the dose should be halved in patients with mild to moderate liver dysfunction (Child-Pugh score A or B). No dose adjustment is required in patients with kidney dysfunction or advanced age; however, children clear voriconazole much rapidly than adults and monitoring of Voriconazole levels may be essential [47]. Voriconazole penetrates body tissues well, including the CNS.

Patients should be treated for a minimum of 14 days and for at least 7 days following resolution of symptoms.

**Table 16: Recommended Dosing Regimen: Voriconazole**

| Infection | Loading Dose | Maintenance Dose *,** | |
|---|---|---|---|
| | IV | IV | Oral+ |
| Invasive Aspergillosis | 6 mg/kg q12h for the first 24 hours | 4 mg/kg q12h | 200 mg q12h |
| Candidemia in nonneutropenic patients and other deep tissue Candidainfections | 6 mg/kg q12h for the first 24 hours | 3 to 4 mg/kg q12h | 200 mg q12h |
| Esophageal Candidiasis | | Not Evaluated | 200 mg q12h |
| Scedosporiosis and Fusariosis | 6 mg/kg q12h for the first 24 hours | 4 mg/kg q12h | 200 mg q12h |

 * Increase dose when Voriconazole is coadministered with phenytoin or efavirenz (7); Decrease dose in patients with hepatic impairment (2.7).
** In healthy volunteer studies, the 200 mg oral q12h dose provided an exposure (AUCτ) similar to a 3 mg/kg IV q12h dose; the 300 mg oral q12h dose provided an exposure (AUCτ) similar to a 4 mg/kg IV q12h dose [see Clinical Pharmacology (12)].
+ Adult patients who weigh less than 40 kg should receive half of the oral maintenance dose.

The most common side effects of voriconazole are rash, vomiting, nausea, transient visual disturbances, fever, diarrhea, headache, peripheral edema, abdominal pain, and respiratory disorder. Majority of adverse effects are identical to other azole antifungal agents, but visual disturbances are unique to voriconazole which are usually present when there is high trough concentrations of Voriconazol. They are present in almost 1/3 of the

patients and usually develop approximately one-half hour after administration, persisting for approximately 30 minutes. In some cases they may disappear after continued use. There is no long-term detrimental effect on vision or damage to the eye. Patients on voriconazole must be warned against night driving or other potentially dangerous tasks. Recent clinical studies have observed that under- and over-dosing of voriconazole can influence the safety and efficacy of voriconazole therapy [48-51].
Voriconazole is usually discontinued in presence of visual disturbances, rash and elevated liver function tests.

Treatment with voriconazole, in rare cases, may lead to severe hepatic reactions. Regular and periodic monitoring of liver function tests is necessary during the whole course of voriconazole therapy. Voriconazole has been associated with an increased risk of squamous-cell carcinoma of the skin [52].

### G. Posaconazole

Posaconazole is a broad-spectrum triazole antifungal drug [53, 54] which prevents ergosterol production by accumulation of methylated sterol precursors and inhibition of the enzyme lanosterol 14a-demethylase and accumulation of methylated sterol precursors. Compared to itraconazole, posaconazole is far more potent inhibitor of 14-alpha demethylase [55-57].

Posaconazole is effective against *Aspergillus*, *Candida*, and *Zygomycetes spp* [58]. It is approved for the prophylaxis of *Candida* and invasive *Aspergillus* infections in patients who are severely immunocompromised. It is also highly effective in the treatment of oropharyngeal candidiasis. Posaconazole can also be prescribed in the treatment of infections caused by Mucor species and other zygomycetes. Posaconazole is effective in the treatment of Chagas disease (both chronic and acute), and has shown superior efficacy over benznidazole [59].

The recommended initial dose is 200 mg (5 mL) three times a day with a full meal. Posaconazole is relatively well tolerated. Posaconazole is easily absorbed in a period of 3-5 hours. It is mainly metabolized by the liver. Its half life is around 35 hours. Posconazole taken orally with a fat rich meal has more than 90% bioavailability and increases its concentration by four times compared to fasting state [58].

Some common adverse reactions associated with Posconazole are fever, diarrhea, nausea, cough, abdominal pain, insomnia, etc. Patietns taking this drug can also show prolonged QT interval on the ECG. It should be used with caution in patients with potentially proarrhythmic conditions and should be avoided with agents that prolong the QT interval and are metabolized via CYP3A4. Posaconazole may accentuate the effect and toxicity of several drugs such as tacrolimus, and sirolumus and cyclosporine as it is a potent inhibitor of CYP450 3A4 enzymes.

**Table 17: Characteristics of the azoles**

|  | Ketoconazole | Fluconazole | Voriconazole | Posaconazole |
|---|---|---|---|---|
| Spectrum | Narrow | Expanded | Expanded | Expanded |
| Route(s) of administration | Oral | Oral, IV | Oral, IV | Oral |
| t1/2 (hours) | 6–9 | 30 | 6–24 | 20–66 |
| CSF Penetration | No | Yes | Yes | Yes |
| Renal excretion | No | Yes | No | No |
| Interactions with other drugs | Frequent | Occasional | Frequent | Frequent |
| Inhibition of mammalian sterol synthesis | Dose-dependent inhibitory effect | No inhibition | No inhibition | No inhibition |

## H. Echinocandins

Echinocandins are antifungal drugs that interfere with the synthesis of glucan in the fungal cell wall by inhibition of the enzyme 1,3-β glucan synthase [60, 61]. They are also known as the "penicillin of antifungals". Currently available echinocandins such as caspofungin, micafungin, and anidulafungin are administered intravenously.

## 1. Caspofungin:

Caspofungin is a lipopeptide antifungal drug and the first FDA [62] approved echinocandin that inhibits the enzyme β (1,3)-D-Glucan synthase leading to disintegration of the fungal cell wall.

Caspofungin is effective against *Aspergillus* and majority of *Candida* species, including those resistant to azoles. It can be prescribed in presumed fungal infections in febrile, neutropenic adult patients. It is also effective in adult patients with invasive aspergillosis. It is also prescribed in case patient is refractory to treatment or is intolerant of amphotericin B and/or itraconazole). It is also FDA approved for the treatment of candidemia and some specific *Candida* infections.

**Table 18: Prominent Side effects of caspofungin**

| Affected system | Side effects |
|---|---|
| CNS | Headache |
| GI | Nausea, vomiting, abdominal pain, and diarrhea |
| Respiratory | Sense of breathless or dyspnea |
| Kidney | Elevated plasma creatinine |

| Liver: Hematological | Elevated liver enzymes (asymptomatic) |
|---|---|
| | Anemias |
| Hypersensitivity | Rash, facial edema, pruritus |
| Electrolytes | Hypokalemia |
| Whole body | fever, phlebitis or thrombophlebiti, tachycardia |

An initial dose of 70 mg is administered by intravenous infusion which is followed by 50 mg intravenous daily. In case there is no response or if inducers of caspofungin clearance are coadministered, the daily dose may be increased to 70 mg (i.v.). The drug should be infused in 1 hour.

The dose of caspofungin does not need to be adjusted in kidney dysfunction impairment but is warranted with moderate hepatic impairment. Concomitant use of caspofungin and CYP450 enzyme inducers usually necessitates an increase in the daily dose. Co-administration of caspofungin with cyclosporine should be avoided because of high incidence of elevation of hepatic transaminases.

**2. Micafungin and anidulafungin:**

Micafungin and anidulafungin are the latest members added to the echinocandins class of antifungal drugs.  Both have similar efficacy against Candida species, but the efficacy against other fungal infections is yet to be established. Both agents do not require dose adjustments in patients with kidney dysfunction or mild-to-moderate liver impairment. Andulafungin can also be administered in severe hepatic dysfunction.

Anidulafungin undergoes gradual chemical degradation to inactive forms at physiological pH and temperature which makes it unique among antifungals.  It is safe to use anidulafungin in patients with any degree of hepatic or renal impairment [63]. Also, neither of these agents are substrates for CYP450 enzymes and do not have any associated drug interactions.

**III. DRUGS FOR CUTANEOUS MYCOTIC INFECTIONS**
Mold-like fungi that cause cutaneous skin infections are known as dermatophytes or tinea. These tinea infections can be classified according to the site of their infection.  For example tinea pedis refers to an infection of the feet. Tinea infections that appear as rings or round red patches with clear centers are called ringworm. The three different fungi that cause the majority of cutaneous infections are *Trichophyton*, *Microsporum*, and *Epidermophyton* and the site of infection are nails, skin and hair respectively.

**A. Squalene epoxidase inhibitors**
These pharmaceutical agents inhibit squalene epoxidase that prevents biosynthesis of ergosterol, an important constituent of the fungal cell membrane.

**1. Terbinafine:**

It is a synthetic allylamine antifungal.  It inhibits synthesis of ergosterol by preventing the enzyme squalene epoxidase, which impairs permeability of fungal cell membrane, subsequently leading to cell death.  It has potent broad-spectrum fungicidal activity.

Oral terbinafine is the drug of choice for treating dermatophytoses and, particularly, onychomycoses (fungal infections of nails).  It is effective against superficial skin infections such as jock itch (*Tinea cruris*), athlete's foot (*Tinea pedis*) and other types of ringworm (*Tinea corporis*).

**a. Mechanism of action:**

As mentioned, terbinafine inhibits fungal squalene epoxidase, thereby decreasing the ergosterol synthesis which coupled with accumulation of toxic amounts of squalene causes fungal cell death.

**b. Antifungal spectrum:**

The drug is predominantly fungicidal and is active against *Trichophyton rubrum* and *Trichophyton mentagrophytes*. It can also be effective against *Candida albicans*, *Epidermophyton floccosum,* and *Scopulariopsis brevicaulis.* However, its safety and efficacy profile in such cases has not yet been established. It is better tolerated, requires shorter duration of therapy [64, 65], and is more effective than either griseofulvin or itraconazol.

**c. Pharmacokinetics:**

Terbinafine can be administered orally and topically, and is well tolerated; however, about 40% of the dose undergoes first-pass metabolism and is predominantly plasma bound (99%) through oral administration [66].  Its' deposition occurs in the nails, skin, and fat.

It should not be given to lactating mothers as it accumulates in breast milk.  It has a half-life of 200 to 400 hours. Patients with either moderate kidney impairment or liver cirrhosis have reduced drug clearance.

**d. Adverse effects:**

There are several side effects caused by terbinafine.

**Table 19: Adverse effects of terbnafine**

| System affected | Symptoms |
|---|---|
| Gastrointestinal | Diarrhea, constipation, abdominal pain, nausea, gastritis, bloating, indigestion, dyspepsia, , cholestasis, flatulence, altered stool color |
| Liver | Elevated liver enzymes, liver inflammation (hepatitis), liver damage, liver failure |
| Central nervous system | Headaches, dizziness, paraesthesia (pins and needles), vertigo, light-headedness, decreased levels of concentration |
| Immune system | pancytopenia, leukopenia, neutropenia, lymphopenia, thrombocytopenia, agranulocytosis and lupus erythematosus |

| Skin | (urticaria, rashes, skin irritation, pruritis, jaundice, Stevens–Johnson syndrome. |
| Sensory | Altered taste including complete loss of taste (ageusia), decreased taste (hypogeusia) and distorted taste (dysgeusia). Visual disturbances such as blurred vision, green vision and double vision. |
| Psychological problems | Depression, insomnia, malaise, anxiety, increased / unusual dream activity, . |
| Other side effects | Fatigue, tachycardia, alopecia or hair loss, anemia, arthralgia, myalgia |

The most frequent adverse effects are due to gastrointestinal disturbances. Generally, all adverse effects disappear after drug discontinuation. Hepatotoxicity is seen only in rare cases. Cimetidine increases its blood levels, whereas Rifampin decreases it.

**2. Naftifine:**

Naftifine is an allylamine antifungal drug indicated for the topical (1% cream and gel) treatment fungal infections such as tinea pedis, tinea cruris, and tinea corporis. Its exact mechanism of action is still unknown. It is believed that it selectively blocks sterol biosynthesis by inhibiting squalene 2,3-epoxidase enzyme [67, 68]. The half-life of naftine is approximate 2–3 days [68]. Its metabolites are excreted in the urine and feces [69]. The adverse effects are rare and include burning/stinging, erythema, itching, rash, and skin tenderness.

**3. Butenafine:** Butenafine is a synthetic benzylamine antifungal which is effective against *Trichophyton rubrum, Trichophyton tonsurans, Malassezia furfur* and *Epidermophyton floccosum*. Butenafine 1% cream is indicated for topical treatment of tinea corporis, interdigital tinea pedis, tinea cruris, and tinea versicolor. Adverse effects include burning, sting, worsening of condition and itching.

**B. Griseofulvin**

Griseofulvin, a fungistatic, has been gradually replaced by oral terbinafine for the treatment of dermatophytic infections of the nails. It is still indicated for the treatment of ringworm and dermatophytosis of the skin and hair. Griseofulvin requires long-term treatment lasting 6-12 months. It binds to tubulin, impairing microtubule function leading to inhibition of mitosis.

**Dosing:**

**Adults**

500 mg daily is usually prescribed to patients with tinea corporis, tinea cruris, and tinea capitis.

Daily dose of 1 gram is recommended for fungal infections that are difficult to eradicate such as tinea pedis and tinea unguium

**Children**

Approximately 5 mg/pound of body weight per day is a sufficient and an effective dose for majority of children.

Children weighing 30 to 50 pounds – 125 mg to 250 mg daily

Children weighing over 50 pounds – 250 mg to 500 mg daily

Griseofulvin should be continued until the infecting microorganism is eradicated completely. This can be confirmed by clinical or laboratory examination. Different fungal conditions require different time periods.  For example for tinea capitis requires at least 4 to 6 weeks of treatment or more if it encompasses toenails.

Griseofulvin induces hepatic CYP450 activity and increases the rate of metabolism of a several drugs, including anticoagulants. It can also exacerbate intermittent porphyria.

## C. Nystatin

Nystatin is a polyene antibiotic.  Its chemistry, dose of action, structure, and resistance profile are very similar to those of amphotericin *B*.  Nystatin binds to ergosterol, and forms channels or pores in the membrane that result in leakage of potassium ion which subsequently leads to lysis of fungal cell.  Nystatin can administered orally as well as applied topically because it is minimally absorbed via mucocutaneous membranes and the skin [70, 71]. The drug is virtually unabsorbed from the GI tract.  It is never used in injectable formulations, but is given as an oral agent for the topical treatment of oral candidiasis.

Nystatin is effective against various types of fungal infections such as cutaneous, cyptococcus, vaginal, mucosal and esophageal Candida infections. It is also indicated for prophylaxis in patients who are at risk for fungal infections, for example AIDS patients with a poor CD4 count and patients receiving chemotherapy.  Dosage of nystatin is 100,000 units for oral infections, and 1 million units for intestinal fungal infections.  It is safe for oral use because it is not absorbed from the gut and does not have significant drug interactions.  Adverse effects are rare and limited to occasional nausea, burning, itching and vomiting

## D. Imidazoles

Imidazoles are azole derivatives, class of topical agents that are effective against *Candida albicans, Epidermophyton, Trichophyton,* and *Malassezia furfur.*

Some of the commonly available imidazoles include:

- Butoconazole
- Clotrimazole
- Econazole
- Ketoconazole
- Miconazole
- Oxiconazole

- Sertaconazole
- Sulconazole
- Terconazole
- Tioconazole

## E. Ciclopirox

Ciclopirox is a synthetic antifungal agent prescribed for topical treatment of superficial mycoses. The mechanism of action of ciclopirox is not fully understood [72]. However, it is believed that it inhibits the transport of essential elements in the fungal cell, impairing the synthesis of DNA, RNA, and protein. It is active against various fungal infections caused by *Epidermophyton floccosum, Trichophyton rubrum, Candida albicans, Trichophyton mentagrophytes, Microsporum canis,* and *Malassezia furfur.* Ciclopirox 1% shampoo is effective against seborrheic dermatitis. *Ciclopirox* 0.77% gel is indicated for treatment of interdigital tinea pedis, seborrheic dermatitis and tinea corporis. Ciclopirox 8% solution is indicted for onychomycosis of nails without lanula involvement. Ciclopirox 0.77% cream and suspension is used for treatment of candidiasis, dermatomycosis, and tinea versicolor.

## F. Tolnaftate

Tolnaftate is a synthetic thiocarbamate anti-fungal agent, effective active against *Epidermophyton, Microsporum,* and *Malassezia furfur.* It is available in different forms such as a solution, cream, powder, spray, and liquid aerosol. It is believed to inhibit the squalene epoxidase [73] preventing synthesis of ergosterol, an important component of the fungal membrane similar to allylamines. Thenet effect is stunted mycelial growth in susceptible fungi.

Tolnaftate is prescribed for treating *tinea pedis, tinea cruris,* and *tinea corporis.*

**Table 20: Anti-Fungal Drugs**

| DRUG | PK | MOA | USES | ADVERSE EFFECTS |
|---|---|---|---|---|
| AMPHOTERICIN B (polyene compound) | poorly absorbed from GI tract<br><br>poor penetration into CNS<br><br>IV<br><br>intrathecal infusions can be done for CNS infections<br><br>Unchanged excretion | polyene antibiotic binds to sterol component of fungal cell membrane →disruption of permeability of cell membrane by creating punch holes, allowing electrolytes to leak out of cell → cell death<br><br>**RESISTANCE**<br><br>due to decreased levels of ergosterol and alteration in fungal cell membrane | *Histoplasma capsulatum*<br><br>*Cryptococcus neoformans*<br><br>*Blastomyces dermatitides*<br><br>*Aspergillus*<br><br>*Candida albicans*<br><br>Topical Amph B for mucocutaneous candidiasis (lotion, cream, ointment) | Electrolyte imbalance ass. w/fall in BP; pts manifest as hypokalemia<br>IV admin may be ass. w/fever, chills, pain, n/v (tx w/hydrocortisone)<br>Reversible nephrotoxicity azotemia<br>↑ plasma creatinine renal tubular acidosis<br>Neurological defects<br>Anemia due to suppression of erythrocyte production esp in HIV pts taking AZT<br>Thrombophlebitis at IV site<br>ABCD, ABLC, AmBisome |

**Table 21: Anti-Fungal Drugs (continued)**

| FLUCYTOSINE | well absorbed from GI<br><br>reaches CSF<br><br>p.o. antimycotic | Susceptible organisms deaminate flucytosine to 5-fluorouracil and is then incorporated into RNA causing functional disability and structural changes<br><br>mammalian cells do not convert flucytosine into 5-fluorouracil; they do not have permeases to take up and have low levels of deaminase<br><br>**RESISTANCE**<br><br>Occurs due to loss of permeases which transports drug into fungal cell<br><br>can also occur due to decreased activity of uridine monophosphate deaminases which convert flucytosine into 5-fluorouracil | *Cryptococcus Candida* (esp UTI's)<br>*Torulopsis glabrata* (chromomycosis)<br><br>Predominantly used w/amphotericin B*<br>Ampho B punches holes allowing Flucytosine to enter<br><br>**\*This combo is DOC in Meningitis caused by crypto or Candida** | Bone marrow depression causing leukopenia and thrombobytopenia<br><br>N/V, diarrhea, severe enterocolitis<br><br>damage of DNA during rapid division of cells such as bone marrow and GI epithelium could be a possible reason |
|---|---|---|---|---|

| DRUG | PK | MOA | USES | ADVERSE EFFECTS |
|---|---|---|---|---|
| KETOCONAZOLE | p.o. acidic environment required for dissolution of detoconazole simultaneous admin of H2 blockers/antacids can impair absorption competes w/cyclosproine for hepatic metabolism → increased levels → nephrotoxicity Warfarin effect enhanced Rifampin enhances ketoconazole | Impairs biosynthesis of ergosterol for cytoplasmic membrane (inhibits sterol 14 α demethylase: microsomal cyto P450 dependent enzyme) | *Non-meningeal blastomycosis* *Coccidioides immitis* *.Paracoccidioido-mycosis* *Candida albicans* pts who are not gravely ill and immunologically competent | N/V, anorexia, dizziness, rash Inhibits steroid synthesis by inhibiting p450 decreasing androgen synthesis, gynecomastia, decreased libido and azoospermia (high doses ass.w/transient fall in testosterone and ACTH). Liver dysfunction ass. w/ an increase in transaminases Teratogenic effect in experimental animals; syndactyly in rats Cardiotoxicity if admin w.terfenadine or astemizole |
| FLUCONAZOLE | well absorbed from GI enters CSF | | Esophageal candidiasis in pts w/AIDS Single dose in vaginal candidiasis Prevent relapses of cryptococcal meningitis in AIDS pts after initial tx w/Amphotericin | Rash, eosinophilia, SJS Thrombocytopenia in AIDS pts Concurrent admin of fluconazole can increase plasma conc of phenytoin, solfonylureas, warfari and cyclosporine |
| ECONAZOLE | | | available as cream *Candida* and other dermatophytes | local erythema burning itching |

| DRUG | PK | MOA | USES | ADVERSE EFFECTS |
|------|-----|-----|------|-----------------|
| CLOTRIMAZOLE | | | Topical application/local use Tinea, otomycosis versicolor infections Cutaneous and vulvovaginal candida | |
| MICONAZOLE | | | dermatological cream, spray, powder, lotion, vaginal cream -Tinea pedis Cruris Versicolor Vulvovaginal candidiases, Trichophyton | |
| NYSTATIN | too toxic for IV use  more toxic on systemic admin  not absorbed from GI, skin, vagina | structurally similar to Amphotericin B; polyene antibiotic binds to sterol component of fungal cell membrane →disruption of permeability of cell membrane by creating punch holes, allowing electrolytes to leak out of cell → cell death | Candidiasis of skin, vagina and GI—not dermatophytes | |

| Drug | PK | MOA | Uses | Adverse Effects |
|---|---|---|---|---|
| GRISEOFULVIN | absorption increased w/fatty meal<br><br>barbituates decrease absorption of drug from GI tract<br><br>drug distributed to keratin and stratum corneum | Disrupting mitotic spindles by interacting w/polymerized tubules | Fungistatic effect against *microsporum, epidermophyton, trichophyton* | h/a disappears when therapy discontinues peripheral neuritis lethargy mental confusion fatigue, syncope blurred vision, vertigo augmentation of OH effects GI: n/v, diarrhea, flatulence heartburn, dry mouth, angular stomatitis induce hepatic microsomal enzymes; increase rate of met of warfarin and reduce efficacy of BC pills Teratogenic, carcinogenic |
| Toolnaftate haloprogin undecycenic acid | | | *Candida albicans Dermatophytes* | |

**Table 25: Fungal diseases and their treatment**

| FUNGUS | CONDITION CAUSED | 1ST LINE TREATMENT | OTHER TREATMENT OPTIONS |
|---|---|---|---|
| **CANDIDA** | Cutaneous and Vaginal thrush | Topical Nystatin Imidazole derivative | Ketoconazole Fluconazole |
| | Oral thrush | Clotrimazole Nystatin | Ketoconazole |
| | Deep-seated infection | Amphotericin B + Flucytosine | |
| **COCCIDIOIDES IMMITIS** | Disseminated non-meningeal infection | Amphotericin B | Ketoconazole Itraconazole |
| | Meningeal infections | Intrathecal Amphotericin B | Intrathecal Miconazole |
| **HISTOPLASMA CAPSULATUM** | Chronic pulmonary disease | Ketoconazole Itraconazole | Amphotericin B |
| | Disseminated infection | Amphotericin B | Ketoconazole |
| **BLASTOMYCOSIS DERMITITDES** | Superficial Deep-seated infections includung cutaneous, mucous, resp and CNS infection | Ketoconazole Itraconazole | Amphotericin B |
| **PARACOCCIDIOIDES BRASILIENSIS** | Superficial and deep-seated infections | Ketoconazole Itraconazole | Amphotericin B followed by sulfonamide |
| **MUCORMYCOSIS** | Superficial and deep-seated infections | Amphotericin B | |
| **SPRORTHRIX SCHENCKII** | Cutaneous manifestations | Itraconazole | |
| | Extracutaneous manifestations | Amphotericin B | |
| **ASPERGILLUS** | Invasive type in IC pts | Amphotericin B | Itraconazole |
| **CRYPTOCOCCUS NEOFORMANS** | Pulmonary lesions | Amphotericin B | |
| | Meningitis | Amphotericin B + Flucytosine | |

## PARASITIC INFECTIONS

Parasitic infections cause a huge burden of disease worldwide.   Amongst parasitic infections, malaria is a major cause of mortality globally. This deadly infection claims approximately 1 million lives each year.   Malaria causes approximately 10 percent of child mortality in developing countries [74].In the US, trichomoniasis accounts for nearly 7.4 million new cases each year.  In the US, *Giardia* and *Cryptosporidium* are responsible for more than 2 million and 300,000 infections each year, respectively. Cryptosporidiosis is the major culprit for recreational water-related disease outbreaks in the U.S., causing several epidemics each year. Every year approximately 1.5 million new cases of *Toxoplasma* infections are detected in the US.  Approximately 400–4,000 newborns are diagnosed congenital toxoplasmosis each year. Toxoplasmosis is the third leading cause of mortality due to foodborne illnesses.  There are two major groups of parasites:

(a) Helminths, which include cestodes, trematodes and nematodes.

(b) Protozoa, which include the malaria parasite, *Plasmodium*

Protozoa are the major culprit for the bulk of the mortality associated with parasitic infections, whereas the helminths are responsible for long-term debilitating diseases.

### Overview

There are approximately 342 helminth species that inhabit and infect human beings [4]. Three major groups of helminths that commonly infect humans are:

1. Nematodes
2. Trematode
3. Cestodes

Similar to antibiotics, the anthelmintic drugs are principally aimed at metabolic targets solely found present in the parasite but are either absent from or have different characteristics than those of the host.

### Characteristics of anthelmintics:

1) Should be orally active
2) Preferably effective in single dose
3) Economically priced
4) Safe to use with minimal toxicity to host

**Table 26: Major drugs registered used for the treatment of parasitic worms in humans.**

| Schistosomiasis (blood fluke) | Intestinal round worms |
|---|---|
| Antimonials | Piperazine |
| Metrifonate | Benzimidazoles |
| Oxamnaquine | Morantel |
| Praziquantel | Pyrantel |
|  | Levamisole |
| **Cestodiasis (tape worm)** | Avermectins and milbemycins |
| Niclosamide | Closantel (and halogenated salicylamides) |
| Benzimidazoles | Emodepside |
| Praziquantel |  |
| **Fasciolasis (liver fluke)** | **Filariasis (tissue round worms)** |
| Praziquantel | Diethylcarbmazine |
| Closantel | Suramin |
| (and halogenated salicylamides) | Ivermectin |

**Drugs for the Treatment of Nematodes**

Nematodes are elongated roundworms that cause infections of the intestine, blood and tissues. Nematode infections are present in more than 50 % of human population worldwide, and are responsible for hundreds of thousands of deaths.

According to World Health Organization (WHO), approximately 0.8-1.2 billion people have ascariasis, 600-800 million have trichuriasis, and 576-740 million have hookworm infections worldwide [75].

**Table 27: Major gastrointestinal (GI) nematode parasites of humans**

| GI nematode (species name) | GI nematode (group name) | Number infected | Distribution | Transmission |
|---|---|---|---|---|
| *Ancylostoma duodenale/ Necator americanus* | Hookworm | 1.3 billion | Worldwide, especially tropical regions | Skin contact with contaminated soil |
| *Ascaris lumbricoides* | Roundworm | 1.3 billion | Worldwide, especially tropical regions | Ingestion of eggs |
| *Trichuris trichiura* | Whipworm | 1.05 billion | Worldwide, especially tropical regions | Ingestion of eggs |
| *Enterobius* | Pinworm | 209 million | Worldwide | Ingestion of eggs; |

| GI nematode (species name) | GI nematode (group name) | Number infected | Distribution | Transmission |
|---|---|---|---|---|
| *vermicularis* | | | | occasionally inhaled |
| *Strongyloides stercoralis* | Threadworm | 30 million | Worldwide, especially tropical regions | Skin contact with contaminated soil; autoinfection |

## A. Mebendazole

Mebendazole is a synthetic benzimidazole which is effective against a variety of nematodes. Mebendazole is a highly effective, broad-spectrum antihelmintic and a drug of choice for the treatment of several nematode infestations, including whipworm (*Trichuris trichiura*), roundworm (*Ascaris lumbricoides*), threadworm (*Enterobius vermicularis*), and hookworm (*Necator americanus* and *Ancylostoma duodenale*). It is also prescribed for treating protomyxzoa infestations.

Mebendazole acts by selectively binding to and impairing the synthesis of the parasites' microtubules and by blocking glucose uptake. This causes immobilization and subsequent death of the parasite. Mebendazole is poorly absorbed and almost insoluble in aqueous solution.

**Mebendazole Dosage**: Treatment of pinworms requires 100 mg of mebendazole taken once orally, which is repeated two weeks later in case the infestation persists. The same dosage schedule is identical for children and adults [76]. The tablet may be chewed, swallowed, or crushed and mixed with food.

**Table 28: Mebendazole Dosages**

| | Pinworm (enterobiasis) | Whipworm (trichuriasis) | Common Roundworm (ascariasis) | Hookworm |
|---|---|---|---|---|
| **Dose** | 1 tablet 100 mg orally once | 1 tablet 100 mg orally on morning and evening for 3 consecutive days | 1 tablet 100 mg orally on morning and evening for 3 consecutive days | 1 tablet 100 mg orally on morning and evening for 3 consecutive days |

Mebendazole has side effects which include:
- Transient abdominal pain
- Slight headache
- Diarrhea
- Fever
- Dizziness
- Exanthema
- Urticaria

- Angioedema

Mebendazole is embryotoxic and teratogenic and is contraindicated in pregnant women.

Drug Interactions

Drugs such as phenytoin and carbamazepine lower serum levels of mebendazole. Cimetidine does not significantly elevate serum mebendazole because of poor systemic absorption [77]. Combination therapy of mebendazole and high doses of metronidazole [78] can cause toxic epidermal necrolysis or Stevens–Johnson syndrome.

## B. Pyrantel pamoate

Pyrantel pamoate is a deworming agent which is effective in the treatment of infections caused by pinworms, roundworms, and hookworms. It is poorly absorbed orally. It acts as a depolarizing, neuromuscular-blocking agent, and exerts anticholinergic effect on the worms causing persistent activation of the parasite's nicotinic receptors. This leads to paralysis of the parasite and ultimately its expulsion from the intestine by peristalsis.

Dosage for pyrantel base is 11 mg/kg, not to exceed 1 g as a single dose.

**Table 29: Pyrantel pamoate: Adult and Pediatric Doses**

| Condition | Adult Dose | Pediatric Dose |
|---|---|---|
| **Enterobiasis** | **Oral**: 11 mg/kg administered as a single dose; repeat dose after 2 weeks. | **Oral**: 11 mg/kg administered as a single dose; repeat dose after 2 weeks. |
| **Ancylostoma duodenale or Necator americanus** | **Oral**: 11 mg/kg once daily for 3 days. Stool examination to be performed 2 weeks after treatment; repeat dosing regimen if results are positive. | **Oral**: 11 mg/kg once daily for 3 days. Stool examination to be performed 2 weeks after treatment; repeat dosing regimen if results are positive. |
| **Eosinophilic Enterocolitis caused by Ancylostoma caninum (Dog Hookworm)** | **Oral**: 11 mg/kg once daily for 3 days. | **Oral**: 11 mg/kg once daily for 3 days. |
| **Trichostrongyliasis** | **Oral**: 11 mg/kg administered as a single dose. | **Oral**: 11 mg/kg administered as a single dose. |
| **Moniliformis Infections** | **Oral**: 11 mg/kg administered as a single dose; repeat dose twice at 2-week intervals for a total of 3 doses. | **Oral**: 11 mg/kg administered as a single dose; repeat dose twice at 2-week intervals for a total of 3 doses. |

Adverse effects are usually mild and include nausea, headache, drowsiness, vomiting, diarrhea and loss of appetite.

C. Thiabendazole

Thiabendazole is a synthetic benzimidazole which is effective against cutaneous larva migrans, strongyloidiasis caused by threadworm, and trichinosis (early stages).

Thiabendazole has mechanism of action similar to benzimidazoles.  It inhibits the mitochondrial, helminth-specific enzyme, fumarate reductase, with possible interaction with endogenous quinine [79]. This effectively impairs parasitic microtubule synthesis and blocks glucose uptake.   It is almost insoluble in water.  It is readily absorbed orally. It is metabolized in the liver and excreted in urine. The major side effects include nausea, vomiting, dizziness, and anorexia. Thiabendazole can also cause Stevens-Johnson syndrome and erythema multiforme which can lead to death.  Thiabendazole is believed to be teratogenic and is contraindicated during pregnancy.

Table 30: Thiabendazole Dosing

|  | Dosage |
|---|---|
| Adults at least 150 lb (68 kg) | 1.5 g/dose taken orally twice daily (max, 3 g/day). |
| Adults and Children 30 to 150 lb (13.6 to 68 kg) | 10 mg/lb/dose taken orally (22 mg/kg/dose) (max, 3 g/day). |
| Strongyloidiasis, Ascariasis, Uncinariasis, Trichuriasis, Cutaneous larva migrans | Two doses daily taken orally for 2 successive days (can be repeated in some conditions) |
| Trichinosis | Two doses daily taken orally for 2 to 4 successive days. |
| Visceral larva migrans | Two doses daily taken orally for 7 successive days. |

D. Ivermectin

Ivermectin is a broad-spectrum antiparasitic avermectin agent which is the drug of choice for the treatment of onchocerciasis (river blindness) caused by *Onchocerca volvulus* and for cutaneous larva migrans and strongyloidiasis. Oral ivermectin can also be prescribed for the treatment of scabies [80-85]. Topical ivermectin is also been found to be effective in some studies [86-88]. Ivermectin targets the parasite's glutamate-gated chloride channel receptors.  It increases the influx of chloride resulting in hyperpolarization that leads to paralysis of the worm.

**Table 31: Ivermectin Dosing**

| Parasitic Infections | Pediatric dose | Adult Dose |
|---|---|---|
| *Ascariasis, Ascaris lumbricoides* | Oral 150–200 mcg/kg as a single dose. | Oral 150–200 mcg/kg as a single dose. |
| *Mansonella streptocerca* | Oral 150 mcg/kg as a single dose. | Oral Filariasis caused by M. streptocerca: 150 mcg/kg as a single dose. Filariasis caused by M. ozzardi: 200 mcg/kg as a single dose has been used. |
| *Wuchereria bancrofti* | Oral 150–400 mcg/kg as a single dose has been used; often in conjunction with a single dose of albendazole or diethylcarbamazine. | Oral 150–400 mcg/kg as a single dose has been used; often in conjunction with a single dose of albendazole or diethylcarbamazine. |
| *Gnathostomiasis Gnathostoma spinigerum* | Oral 200 mcg/kg once daily for 2 days. | Oral 200 mcg/kg once daily for 2 days. |
| *Hookworm Infections* | Oral 200 mcg/kg once daily for 1–2 days. | Oral 200 mcg/kg once daily for 1–2 days. |
| *Trichuriasis Trichuris trichiura* | Oral 200 mcg/kg once daily for 3 days | Oral 200 mcg/kg once daily for 3 days. |
| *Pediculosis Pediculosis Capitis (Head Lice Infestation)* | Oral 200 mcg/kg once daily on days 1, 2, and 10. Alternatively, an initial 200-mcg/kg dose followed by an additional 200-mcg/kg dose given after 7–14 days. Alternatively, an initial 300-mcg/kg dose followed by an additional 300-mcg/kg dose given after 7 days. | Oral 200 mcg/kg once daily on days 1, 2, and 10. Alternatively, an initial 200-mcg/kg dose followed by an additional 200-mcg/kg dose given after 7–14 days. Alternatively, an initial 300-mcg/kg dose followed by an additional 300-mcg/kg dose given after 7 days. |
| *Pediculosis Pubis (Pubic Lice Infestation)* | Oral 200 mcg/kg as a single dose; an additional dose given after 10–14 days may be necessary in some patients. CDC recommends a 2-dose regimen using 250-mcg/kg doses given 2 weeks apart. | Oral 200 mcg/kg as a single dose; an additional dose given after 10–14 days may be necessary in some patients. Alternatively, an initial 250-mcg/kg dose followed by an additional 250-mcg/kg dose after 7 days. |

| | | |
|---|---|---|
| *Scabies* | Oral 200 mcg/kg as a single dose; an additional dose given after 10–14 days may be necessary in some patients. CDC recommends a 2-dose regimen using 200-mcg/kg doses given 2 weeks apart. Optimal number of doses has not been determined; 2 doses usually recommended, especially in immunocompromised patients. | Oral 200 mcg/kg as a single dose. Alternatively, 250–300 mcg/kg as a single dose. A second dose may be required after 7–14 days, especially in immunocompromised patients. |

Ivermectin in filariasis

Onchocerciasis (Filariasis caused by *Onchocerca volvulus*)

Oral: Children weighing ≥15 kg: Approximately 150 mcg/kg as a single dose [89]. For individual patients, retreatment once every 6–12 months until asymptomatic [90, 91]; intervals as short as 3 months can be considered.

**Table 32: Dosing for Onchocerciasis**

| Approximate Single Dose for Treatment of Onchocerciasis (Based on Patient Weight) | |
|---|---|
| **Patient Weight (kg)** | **Single Oral Dose** |
| 15–25 | 3 mg |
| 26–44 | 6 mg |
| 45–64 | 9 mg |
| 65–84 | 12 mg |
| ≥85 | 150 mcg/kg |

Alternatively, in some mass treatment and control programs, dosage is estimated based on height since weighing recipients may be impractical (e.g., in rural areas of developing countries) [92, 93]

The drug is administered orally. It doesn't affect CNS because it cannot cross the blood-brain barrier due to the presence of P-glycoprotein, an ATP-dependent drug transport protein [94]. However, it should be prescribed to patients with meningitis, because their blood-brain barrier becomes more permeable resulting in CNS effects. Ivermectin is also contraindicated in pregnancy because of its teratogenicity.  Ivermectin is also contraindicated in children under the age of five, or those who weigh less than 15 kg (33 lb) [95] and those who are breastfeeding, and have a hepatic or renal disease [96].

The killing of the microfilaria can lead to Mazotti-like reaction characterized by fever, somnolence, dizziness, and hypotension.

### E. Diethylcarbamazine (DEC)

Diethylcarbamazine or DEC is a synthetic derivative of piperazine, prescribed for the treatment of filariasis. It causes immobilization of microfilariae which ultimately leads to eradication of microfilariae. DEC in combination with albendazole is effective in the treatment of Wuchereria bancrofti and Brugia malayi infections. DEC is predominantly microfilaricidal with some macrofilaristatic effects.

DEC is a potent inhibitor of arachidonic acid metabolism in filarial microfilaria, which makes the microfilaria highly susceptible to host's immune attack. It is rapidly absorbed when given orally with meals and is excreted mainly in urine. Dosage reduction may be necessary in patient s with kidney dysfunction and urinary alkalosis.

Adverse effects are mainly caused by host reactions to the killed parasite which includes fever, rash, headache, myalgias, arthralgias, and malaise. Symptoms can be relieved by antihistamines or steroids.

## III. DRUGS FOR THE TREATMENT OF TREMATODES

Trematoda is a class belonging to the phylum Platyhelminthes that is classified into two groups of parasitic flatworms or flukes.

1. **Tissue flukes.** These trematodes infect the bile ducts, lungs, or other biological tissues and include *Paragonimus westermani* or the lung fluke, and the liver flukes, *Clonorchis sinensis* and *Fasciola hepatica*.
2. **Blood flukes.** These trematodes, such as schistosomes, inhabit the blood in some stages of their life cycle. Blood flukes include species of the genus *Schistosoma*.

### A. Praziquantel

Praziquantel is generally effective against majority of trematode infections. It is the drug of choice for the treatment of all forms of schistosomiasis as well as other trematode infections and cysticercosis.

Praziquantel is used to treat the following parasite infestations:
- Hydatid disease caused by larval stages of tapeworms of the genus *Echinococcus* resulting in infection of multiple organs.
- Cysticercosis caused by the eggs and larvae of the pork tapeworm *Taenia solium* leading to infection of the brain and/ or muscles
- Schistosomiasis caused by trematodes of the genus *Schistosoma* [97]. Praziquantel is the drug of choice for the treatment of schistosomiasis for which it is genrally effective in a single dose [98].

- Clonorchiasis is caused by the Chinese liver fluke *Clonorchis sinensis* [99]
- Paragonimiasis caused by infection with lung flukes, mostly of the species *Paragonimus westermani*.
- Fascioliasis ("liver rot") is caused by either *Fasciola hepatica* or *Fasciola gigantica* [100].

At present, the exact mechanism of action is not known. It is believed praziquantel enhances the permeability of the cell membranes of parasitic cells towards calcium ions. This leads to contraction and spasm of the parasitic musculature, resulting in paralysis. The parasites are unable to remain at their site of action in the host organism and are ultimately dislodged from the site.  They then either enter systemic circulation or are killed by the host immune system (via phagocytosis). Other mechanisms such as focal disintegrations and disturbances of oviposition also play an important role in killing of sensitive parasites.

Approximately 80% of praziquantel is through the gastrointestinal system. There is extensive first-pass metabolism and the drug has a half-life of   0.8 to 1.5 hours.  The half-life can be increased from 3-8 hours in patients with severely impaired hepatic function (Child Pugh classes B and C).

Praziquantel and its metabolites are predominantly eliminated through kidney.    It is metabolized via the cytochrome P450 pathway through CYP3A4. Therefore, drugs such as rifampin, phenytoin, and azole that induce or inhibit CYP3A4 impact the metabolism of praziquantel.

Most of the side effects occur when the contents of the parasites are released and as a result of the host immune reaction. The frequency and intensity of side effects increases with the increase in the parasite burden.

**Table 33: Side effects of Praziquantel**

| Affected System/Organ | Symptoms |
|---|---|
| CNS (Central Nervous System) | Headache, dizziness, malaise,  drowsiness, vertigo  somnolence, fatigue |
| GI System | Abdominal pain or cramps, nausea, vomiting, diarrhea. |
| Liver | Transient elevation of liver enzymes (AST and ALT) |
| Sensitivity reaction | Rash, urticaria, pruritus and eosinophilia |
| Other body parts | Lower back pain, fever, sweating, myalgia, arthralgia, cardiac arrhythmias, and hypotension |

Praziquantel is not recommended for pregnant women or nursing mothers.
It is contraindicated for the treatment of ocular cysticercosis, because destruction of the organism in the eye can damage the organ.

## IV. DRUGS FOR THE TREATMENT OF CESTODES

The cestodes or true tapeworms are a class of parasitic flatworms that have a flat, segmented body and attach to the host's intestine.  There are more than a thousand types of species that have been described.  *Taenia solium* and *Taenia saginata* are the common types of cestodes found in the intestines of humans.

### A. Niclosamide

Niclosamide is a teniacide that is highly effective against cestodes (tapeworms) that infect the human body.  It is the drug of choice for majority of tapeworm infections.

It uncouples oxidative phosphorylation [101] in the mitochondria and also inhibits anaerobic metabolism.  This leads to disintegration of cestode's scolex and segments of cestodes but the ova are spared.

A laxative is given before taking niclosamide orally. The laxative helps in cleansing the bowel of all dead segments of the parasite and to prevent preclude digestion and liberation of the ova, which result in cysticercosis.   It is poorly absorbed from the gastrointestinal tract and is eliminated through fecal route.

Common side effects include abdominal pain, anorexia, diarrhea, and vomiting. Some of the side effects which occur include rash, perianal itching, dizziness, drowsiness, , and an unpleasant taste.

**Table 34: Adult, pediatric and neonate Niclosamide dosing**

| Single Dose | Frequency | Route | Instructions |
|---|---|---|---|
| *Adult And Children (Over 6 Yrs) Dosage* | | | |
| 2 g | As recommended | PO | Single dose after eating a light breakfast |
| *Pediatric Dosage* | | | |
| 1g | As recommended | Oral | Single dose after eating a light breakfast |
| *Neonatal or <2 yo Dosage* | | | |
| 500mg | As recommended | Oral | Single dose |

Alcohol enhances the absorption of the drug and should be avoided within 1 day of niclosamide.

### B. Albendazole

Albendazole is a benzimidazole that inhibits the synthesis of microtubules and glucose uptake in nematodes. It is effective in the treatment of cestodal infestations, such as cysticercosis (caused by *Taenia solium* larvae) and hydatid disease (caused by *Echinococcus granulosus*).

Albendazole is erratically absorbed after oral administration, which is enhanced by a fat rich meal. Albendazole and its metabolites are mainly excreted in urine. Common side effects of albendazole include abdominal pain, headache, dizziness, fever, vomiting, nausea, or temporary hair loss.  Rare side effects of the drug include sore throat, seizures, severe headache, vision problems, jaundice, dark urine, easy bruising, mental/mood changes, and neck stiffness. Albendazole can cause elevated liver enzymes, and acute liver failure in rare cases. In rare cases, it can bone marrow suppression, agranulocytosis or aplastic anemia which may be permanent [102].  Therefore, it is essential to monitor complete blood count during albendazole treatment, especially in patients with echinococcal cysts and liver disease.

The drug should not be given during pregnancy or to children under 2 years of age. Albendazole is administered orally.

**Table 35: Albendazole Dosage**

| Indication | Patient Weight | Dose | Duration |
|---|---|---|---|
| Hydatid Disease | 60 kg or greater | 400 mg twice daily, with meals | 2 8-day cycle followed by a 14-day albendazole-free interval, for a total of 3 cycles |
| | less than 60 kg | 15 mg/kg/day given in divided doses twice daily with meals (maximum total daily dose 800 mg) | |
| | NOTE: When administering in the pre- or post-surgical setting, optimal killing of cyst contents is achieved when 3 courses of therapy have been given. | | |
| Neurocysticercosis | 60 kg or greater | 400 mg twice daily, with meals | 8-30 days |
| | less than 60 kg | 15 mg/kg/day given in divided doses twice daily with meals (maximum total daily dose 800 mg) | |

**Table 36: Percentage cure rates for the anthelmintics currently prescribed for the treatment of nematodes**

| Anthelmintic | Hookworms | A. lumbricoides | T. trichiura | E. vermicularis | S. stercoralis |
|---|---|---|---|---|---|
| | GI nematodes (%) | | | | |
| Mebendazole | 95–100 | 95–100 | 45–100 | 96 | 44 |
| Albendazole† | 33–95 | 67–100 | 10–77 | 40–100 | 17–95 |
| Thiabendazole | | | | | 89–100* |
| Pyrantel | 37–88 | 81–100 | 0–56 | >90 | |
| Levamisole | 66–100 | 86–100 | 16–18 | | |
| Ivermectin | 0–20 | 50–75 | 11–80 | 61–94 | 83–100 |
| Piperazine | | 74–94 | | 90 | |

The hookworm data include the cure rates for *A. duodenale* and *N. americanus* collectively.
*Thiabendazole is used worldwide as the standard treatment for *S. stercoralis* infections.
†Pyrantel pamoate is particularly effective against *A. duodenale*.

**Table 37:** Treatment regimens for helminthic infections in adults

| | Medication First-line treatment | Dose | Adverse effects |
|---|---|---|---|
| | Second-line treatment | | |
| **Cestodes** **Intestinal tapeworm infection** • **Taenia saginata** • **Taenia solium** • **Diphyllobothrium latum** | Praziquantel | 5-10 mg/kg orally once | Dizziness, headache, abdominal pain, nausea, hepatitis |
| | Niclosamide or Nitazoxanide | 2 g orally once  500 mg orally twice a day for 3 d | Nausea, vomiting, diarrhea, headache  Nausea, vomiting, abdominal pain, diarrhea |
| *Hymenolepsis nana* | Praziquantel | 25 mg/kg orally once | |
| | Niclosamide or Nitazoxanide | 2 g orally once, followed by 1.5 g orally once a day for 6 d  500 mg orally once a day or twice a day for 3 d | |
| **Cysticercosis** (see above for intestinal T solium infection) | Albendazole | 400 mg orally twice a day for 2-4 wk with corticosteroids given before, during and after treatment to decrease seizure risk | Abdominal pain, nausea, vomiting, myelosupression, alopecia, hepatitis, Can precipitate seizure in patients with neurocysticercosis |
| | Praziquantel | 33 mg/kg orally 3 times a day for 1 d followed by 15 mg/kg orally 3 times a day for 2-4 wk with corticosteroids given before, during, and after treatment to decrease seizure risk | Can precipitate seizures in patients with neurocysticercosis |

| | | | |
|---|---|---|---|
| **Echinococcosis**<br>• *Echinococcus granulosus*<br>• *Echinococcus multilocularis* | Albendazole<br><br>Consider albendazole; definitive therapy is surgical | 400 mg orally twice a day for 1-6 mo; consider PAIR | |
| **Trematodes** **Schistosomiasis, Fascioliasis**<br>• *Schistosoma mansoni*<br>• *Schistosoma haematobium*<br>• *Scheistosoma intercalatum*<br>• *Scheistosoma japonicum* | Praziquantel | 20 mg/kg orally twice a day for 1 d | |
| | Praziquantel | 20 mg/kg orally 3 times a day for 1 d | |
| | Triclabendazole | 10 mg/kg orally once or twice | Abdominal pain |
| | Bithionol<br><br>or Nitazoxanide | 30-50 mg/kg orally every other day for 20-30 d<br><br>500 mg orally twice a day for 7 d | Nausea, vomiting, abdominal pain, pruritis, urticaria |
| **Clonorchiasis/ opisthorchiasis** | Praziquantel | 25 mg orally three times a day for 2 d | |
| | Albendazole | 10 mg/kg/d orally for 7 d | |

| | | | |
|---|---|---|---|
| Trematodes (continued) Paragonimiasis | Praziquantel | 25 mg/kg orally 3 times a day for 2 d | |
| | Triclabendazole<br><br>Or Bithionol | 10 mg/kg orally twice<br><br>30-50 mg/kg orally every other day for 20-30 d | |
| Intestinal flukes | Praziquantel | 25 mg/kg orally 3 times a day for 1 d | |
| Nematodes Intestinal nematodes Ascariasis | Albendazole or Mebendazole | 400 mg orally once 500 mg orally once or 100 mg orally twice a day for 3 d | |
| | Ivermectin<br><br>or Pyrantel pamoate | 150-200 µg/kg orally once<br><br>11 mg/kg (maximum 1 g) orally for 3 d | Nausea, diarrhea, hepatitis, or dizziness Abdominal pain, nausea, vomiting, diarrhea |
| Trichuriasis (Whipworm) | Albendazole or Mebendazole | 400 mg orally once a day for 3-7 d 100 mg orally twice a day for 3-7 d | |
| | Ivermectin | 200 µg/kg orally once a day for 3 d | |
| Hookworm (Necator americanus, Ancylostoma duodenale) | Albendazole or<br><br>Mebendazole Pyrantel pamoate | 400 mg orally once 100 mg orally twice a day for 3<br><br>11 mg/kg (maximum 1 g) orally once a day for 3 d | |
| Enterobiasis (pinworm) | Albendazole or Mebendazole | 400 mg orally once 100 mg orally once | |
| | Ivermectin | 200 µg/kg orally once a day for 2d | |

| | | | | |
|---|---|---|---|---|
| **Nematodes (continued) Strongyloidiasis Chronic intestinal** | | Ivermectin | 200 µg/kg orally once a day for 2d | |
| | | Albendazole or Thiabendazole | 400 mg orally twice a day for 10-14 d<br><br>25 mg/kg orally twice a day for 3-7 d | Similar to albendazole |
| **Disseminate/ hyperinfection** | | Ivermectin Possible role for subcutaneous (veterinary) Formulation of ivermectin or combination ivermectin/ albendazole regimens | 200 µg/kg orally once a day until 7-14 d after clearance of parasite | |
| **Extra-intestinal nematodes Trichinellosis** | | Albendazole or Mebendazole | 400 mg orally twice a day for 8-14 d 200-400 mg orally 3 times a day for 3 d, followed by 400-500 mg orally 3 times a day for 10 d | |
| **Toxocariasis Visceral larva migrans Ocular larva migrans** | | Albendazole or Mebendazole or Albendazole | 400 mg orally twice a day for 5 d 100-200 mg orally twice a day for 5 d<br><br>400-800 mg orally twice a day for 28 d | |

| | | | | |
|---|---|---|---|---|
| **Extra-intestinal nematodes (continued) Filarial infection Lymphatic filariasis** | DEC | 2 mg/kg orally 3 times a day for 1 d or 12 d | Nausea, fever, asthma-like syndrome, and arthralgia |
| | Ivermectin With or without Albendazole Possible role for doxycycline DEC | 150-400 µg/kg orally once 400 mg orally once 200 mg/d for 4-8 wk 2 mg/kg orally 3 times a day for 2-3 wk | |
| **Onchocerciasis** | Ivermectin Possible role for doxycycline | 150 µg/kg orally once, repeated every 6-12 mo until asymptomatic 200 mg/d for 4-8 wk | |
| **Loaiasis** | DEC Albendazole | 2-3 mg/kg orally 3 times a day for 2-3 wk 200 mg orally twice a day for 3 wk | |
| **Other tissue nematodes Cutaneous larva** | Albendazole | 400 mg orally once a day for 3 d | |
| | Ivermectin | 200 µg/kg orally once a day for 1-2 d | |
| **Angiostrongylus cantomensis (eosinophilic meningitis)** | Albendazole | 400 mg orally twice a day for 2-3 wk (plus corticosteroids) | |

| | Albendazole | 400 mg orally twice a day for 1-2 wk (plus corticosteroids) | |
|---|---|---|---|
| **Other nematodes (cont) Baylisascariasis** | | | |
| **Gnathostomiasis** | Albendazole | 400 mg orally twice a day for 21 d | |
| | Ivermectin | 200 µg/kg orally once a day for 2 d | |
| **Capillariasis** | Mebendazole | 200 mg orally twice a day for 20 d | |
| | Albendazole | 400 mg orally twice a day for 10 d | |

CDC = Centers for Disease Control and Prevention; DEC = diethylcarbamazine; PAIR = percutaneous puncture, aspiration, injection, reaspiration.

## ANTIPROTOZOAL DRUGS

**Overview**

Protozoa are unicellular,eukaryotic organisms [103] that cause a wide range of disease in humans.  They can be classified as systemic or intestinal.  Unlike helminthes, they usually do not cause eosinophilia. Protozoal infections are widespread worldwide, but are most common in underdeveloped tropical and subtropical countries because of poor sanitation, hygienic practices, and inadequate control of the vectors of transmission.  The world has now become a global village, and several protozoal disease are now on the rise in the US and Europe.

Protozoal diseases, such as malaria, leishmaniasis, giardiasis, amebiasis, trypanosomiasis and trichomoniasis are no longer confined to specific regions, countries or continents. Protozoa are eukaryotes, and, therefore, have metabolic processes more similar to those of the human host than to prokaryotic bacterial pathogens.  , Protozoal diseases are difficult to treat, and many antiprotozoal agents cause serious toxic effects in the human body, especially in cells with higher metabolic activity, such as neurons and bone marrow stem cells.  TThe majority of antiprotozoal agents have not proved to be safe for pregnant patients.

**Table 38: Drugs effective against protozoal infections are summarized below.**
**Generic (Trade name)**

| AMEBIASIS | MALARIA | TRYPANOSOMASIS |
|---|---|---|
| Chloroquine (Aralen) Dehydroemetine) Emetine (Ipecac syrup) Iodoquinol (Yodoxin) Metronidazole (Flagyl)Paromomycin (Humatin) Tinidazole (Tindamax) | Artemisinin Chloroquine (Aralen) Mefloquine (Lariam) Primaquine/primaquine phosphate Pyrimethamine (Daraprim) Quinine/Quinidine (Qualaquin, Quinidine gluconate) | Benznidazole (Radanil) Melarsoprol (Melarsoprol) Nifurtimox (Nifurtimox) Pentamidine (Nebupent) Suramin (Germanin) |
| **LEISHMANIASIS** | **TOXOPLASMOSIS** | **GIARDIASIS** |
| Sodium stibogluconate | Pyrimethamine (Daraprim) | Metronidazole (Flagyl) Nitazoxanide (Alinia) Tinidazole (Tindamax) |

**Chemotherapy for Amebiasis**

Amebiasis or amebic dysentery is an infection of the intestinal tract caused by Entamoeba histolytica [104, 105]. Amebiasis causes approximately 70,000 deaths each year globally [106]. Amebiasis can be acute or chronic, with patients exhibiting varying degrees of illness. The majority of patients (approximately 90%) are symptom-free [107], while others experience symptoms ranging from a mild diarrhea to fuliminating dysentery. *E. histolytica* is generally a commensal organism [108]. The disease is usually transmitted by the fecal-oral route; however other modes of transmission such as contact with dirty hands or objects, and by anal-oral contact are also common. Isolation of *E. histolytica* from fresh feces confirms the diagnosis of Amebiasis. Treatment is not confined to acutely ill patient but also aimed at carriers, because dormant *E. histolytica* may cause future infections in the carrier and can spread the disease to others. .

**A. Life cycle of *Entamoeba histolytica***

Entamoeba histolytica exists in two forms:
1) The trophozoite which is the active, dividing form
2) The cyst which is dormant and can survive for long period of time outside the host.

Table 39: The two forms for *E. histolytica*

| Cystic form (Infective) | Trophozoites (non-infective; invasive) |
|---|---|
| • Active, dividing form<br>• Can survive outside the human body.<br>• Transform to trophozoites. | • Dormant form<br>• Can survive for long period of time outside the host.<br>• Reproduce<br>• Invade wall of large intestine leading to ulceration<br>• May migrate to other tissues, especially the liver.<br>• Transform to cysts which are excreted in feces. |

Human infection begins when cysts are ingested via feces-contaminated food or water. Thereafter, they pass through the intestinal lumen. The trophozoites are liberated in the ileo-cecal region.The trophozoites then migrate to, and multiply in the lumen. They either invade and ulcerate the mucosa of the large intestine or simply feed on intestinal bacteria. Both trophozoites and cysts are excreted along with the feces.  Systemic invasion can occur when large numbers of trophozoites are present within the colon wall.

**Amebicidal Drugs- Classification**
Amebicidal drugs are classified as luminal, systemic, or mixed (luminal and systemic) amebicides according to the site where the drug is effective. Systemic amebicides act against amebas present in the intestinal wall and liver, whereas luminal amebicides are effective against the parasite in the lumen of the bowel.  Mixed amebicides act against both forms of the disease.

**C. Mixed amebicides (metronidazole and tinidazole)**

**1. Metronidazole:** Metronidazole, a nitroimidazole, is the mixed amebicide of choice for treating for intestinal & extraintestinal amebiasis [109].  It is also effective against giardiasis and trichomoniasis [109]. Metronidazole is the drug of choice for the treatment of pseudomembranous colitis.

**a. Mechanism of action:**
Metronidazole is selectively absorbed by a number of pathogens such as sensitive protozoa including *E. histolytica* and anaerobic bacteria. The drug is taken up by these pathogens and non-enzymatically reduced by reacting with reduced ferredoxin. The nitro group of metronidazole form reduced nitroso- intermediates that deactivate critical enzymes.   Additionally, the metronidazole metabolites bind to bacterial DNA, forming unstable adducts that kill the pathogen.

**Pharmacokinetics:**
Absorption of metronidazole is rapid and complete when administered orally.   However, it is less effective against parasites in the lumen because of rapid absorption from the

gastrointestinal tract.   It is well distributed throughout body tissues and fluids including saliva, breast milk, vaginal and seminal fluids, and CSF (cerebrospinal fluid). Metronidazole has low plasma protein binding (< 20%).  It has a plasma half-life of 8 hours.

It is metabolized in the liver with the aid of an enzymatic system which involves glucuronylation.   Rate of metabolism is enhanced by concomitant treatment with inducers of this enzymatic system such as phenobarbital. Therefore, concomitant treatment with inducers of this enzymatic system, such as phenobarbital, enhances its metabolism.  Drugs such as cimetidine that inhibit this enzymatic system prolong the plasma half-life of metronidazole. Accumulation *of* metronidazole takes place if prescribed to patients with severe hepatic disease. Metronidazole and its metabolites are excreted in the urine.

**Adverse effects:**
The most frequent adverse effects are linked to the gastrointestinal system and include nausea, vomiting, dry mouth, diarrhea, epigastric distress, and abdominal cramps.
An unpleasant, metallic taste can also be experienced by the patient.  Oral thrush may occur.  Neurotoxicologic problems, such as insomnia, dizziness, vertigo, and numbness or paresthesias can also occur in some patients.  Metronidazole, when taken with alcohol, can cause disulfiram-like effect resulting in abdominal discomfort, flushing, or headache, nausea, vomiting, hyperventilation and tachycardia.

**Resistance:** Resistance to metronidazole is rare, although strains of trichomonads resistant to the drug have been reported.

**Contraindications / Precautions:**
- Pregnancy and nursing women
- Alcohol intake resulting in disulfiram-like effect
- Central Nervous System (CNS) diseases
- Severe renal disease
- Severe hepatic disease

**2. Tinidazole:**
Tinidazole is a second-generation 5-nitroimidazole anti-parasitic drug that is effective against protozoan infections.  Its' spectrum of activity, mechanism of action, adverse effects, and drug interactions are similar to metronidazole. It is prescribed for treatment of amebiasis, giardiasis, amebic liver abscess, and trichomoniasis. The efficacy of Tinidazole is similar to metronidazole, with a shorter course of treatment.  Common adverse effects include nausea, dyspepsia, anorexia, weakness and headache. It is contraindicated in patients with previous history of hypersensitivity, during the first trimester of pregnancy and in nursing mothers.

**D. Luminal amebicides**
Luminal amebicides, such as iodoquinol, diloxanide furoate, or paromomycin, should be prescribed for treating the symptom-free colonization state, especially after the successful and complete treatment of invasive intestinal or extraintestinal amebic disease.

## 1. Iodoquinol:

Iodoquinol, a quinoline derivative, is effective against *E. histolytica*, both the luminal trophozoite and the cyst forms. The exact mechanism of action of this drug is still unknown.   It is effective against the pathogens in the gastrointestinal tract only; however, it is ineffective in liver or intestinal wall. Absorption of iodoquinol is poor and is excreted in feces. Only 10% of the drug enters circulation.  Its half life is approximately 11-14 hours.

### Adverse effects:

Prominent adverse effects of iodoquinol include:
- Peripheral neuropathy, especially optic neuritis
- Agranulocytosis
- GIT: diarrhea, nausea, vomiting
- Thyromegaly
- Sensitivity towards iodine
- Drug interferes with TFT or thyroid function tests

Iodoquinol should not be prescribed for long-term as it can lead to optic neuritis, optic atrophy, and peripheral neuropathy.

## 2. Paromomycin:

Paromomycin, an amebicidal agent is also known as monomycin and aminosidine, [110] is an aminoglycoside antibiotic. It is indicated against the intestinal forms of *E. histolytica* and tapeworm, because it is poorly absorbed from the GI tract. It is also prescribed as an alternative agent for the treatment of cryptosporidiosis.. This broad spectrum antibiotic is water soluble.

Mechanism of action:
- It exerts direct amebicidal action by causing leakage of the parasite's cell membrane.
- It indirectly kills bacterial flora present in the intestine.  These bacteria are considered essential for the proliferation of the pathogenic amoebae.

Dosage and Administration
Intestinal amebiasis: Adults and Pediatric Patients: Usual dose—25 to 35 mg/kg body weight daily, given in three doses with meals, for 5-10 days.
Its most common adverse effects are gastrointestinal discomfort and diarrhea.

## E. Systemic amebicides
These drugs are highly effective in the treatment of liver abscesses and intestinal wall infections caused by amebas.

## 1. Chloroquine:

Chloroquine, a 4-aminoquinoline, is used in combination with metronidazole and diloxanide furoate to treat and prevent amebic liver abscesses. It effectively kills trophozoites in liver abscesses, but is ineffective against amebiasis. The drug is rapidly and almost completely absorbed from the GI tract. Its excretion is quite slow. It is contraindicated in the presence of retinal or visual field changes and hypersensitivity to the drug.

### 2. Emetine and dehydroemetine:

Emetine hydrochloride is a plant alkaloid extracted from the *Psychotria ipecacuanha* (*ipecacuanha*) plant, whereas dehydroemetine is a synthetic analogue. They prevent synthesis of protein by inhibiting chain elongation. Both have erratic oral absorption. They should preferably be administered subcutaneously or intramuscularly (IM), but never intravenously.

Emetine is accumulated and concentrated in the liver, lungs, spleen, etc where it remains for a month after a single dose. It is slowly metabolized and excreted by kidney and has a cumulative effect. Its half-life in plasma is 5 days. Dehydroemetine is comparatively less toxic than emetine. It is necessary to closely observe the patients during the drug therapy. These drugs should not be taken for more than 5 days.

Adverse effects

**Table 40: Common Adverse Effects of Emetine and Dehydroemetine**

| Dehydroemetine is less toxic than emetine. |
|---|
| • Gastrointestinal related adverse effects including nausea, vomiting and diarrhea |
| • Pain at site of injection, abcesses |
| • Neuromuscular weakness |
| • Serious toxicities |
|      o Cardiotoxicity |
|      o Cardiac arrhythmias |
|      o Hypotension |
|      o Congestive heart failure |

### III. Chemotherapy for Malaria

Malaria is a tropical, vector-borne acute infectious disease caused by the protozoal genus *Plasmodium*. The plasmodium is passed on to humans through the bite of a female Anopheles mosquito. There are five species of *Plasmodium* that can infect and be transmitted by humans. *P. falciparum* can cause severe form of malaria and in some cases can be fatal. It causes an acute, rapidly fulminating disease. Prominent symptoms include persistent high temperature, orthostatic hypotension, and significant erythrocytosis. Death ensues if the infection is not treated adequately. *P. vivax, P. ovale* usually cause a milder form of malaria. *P. knowlesi* can also cause severe infections in humans. It is widespread in Southeast Asia.

### Life cycle of the malarial parasite

Transmission of infection begins with the bite of an infected mosquito injecting Plasmodium sporozoites into the bloodstream. The sporozoites travel through the blood vessels and migrate to the hepatocytes (liver cells).   In the liver, they reproduce and following rupture of the host liver cell are released into the bloodstream.  The merozoites infect red blood cells, and are now called trophozoites. The trophozoites again reproduce by asexual replication and become hypnozoites. Ultimately, the infected red blood cell ruptures, releasing heme and merozoites that can again infect other erythrocytes. Alternatively, merozoites can become gametocytes, which are transmitted to mosquitoes when they bite an infected person.  The whole cycle thus starts again, with the gametocytes becoming sporozoites in the insect. The efficacy of a drug depends upon the species and the stage of its life cycle when treated with the specific drug.

Table 41: Drugs used to treat malaria

| Classifications | Drugs (examples) | Sites and modes of action |
|---|---|---|
| Natural or hemi-synthetic anti-malarial drugs | Quinine, artemisinin (quinghaosu and derivatives) | Endo-erythrocytic schizonticides active on endoerythrocytic trophozoites of the various Plasmodium species (no experience with artemisinin derivatives on *P. vivax, malariae* and *ovale)*. |
| Synthetic anti-malarial drugs Amino-4-quinolines | chloroquine amodiaquine. piperaquine | Schizonticides on erythrocytic forms of *Plasmodium* |
| Amino-8-quinolines | primaquine tafenoquine | Gametocytocides, schizonticides on the intra-hepatic and endo-erythrocytic forms. |
| Amino-alcohols | halofantrine lumefantrine mefloquine | Schizonticides on the endoerythrocytic forms of *Plasmodium falciparum, vivax, malariae* and *ovale.* |
| Sulphonamides | sulphonamides (sulphadoxine) sulphones (dapsone) | Endo-erythrocytic schizonticides by inhibition of dihydropteroate synthetase. |
| Diamino-pyrimidines Biguanides Hydroxynaphto-quinone | pyrimethamine proguanil atovaquone | Endo-erythrocytic schizonticides by inhibition of dihydrofolate reductase. Inhibits the transport of electrons in the mitochondria, therefore the synthesis of ATP. |
| Antibiotics Cyclines | tetracycline doxycycline | Schizonticides |
| Macrolides | clindamycine spiramycine azithromycine | Schizonticides. |

**Table 42: Antimalarial Classification by structure**

| | |
|---|---|
| **Aryl amino alcohols:** | Quinine, quinidine (cinchona alkaloids), mefloquine, halofantrine. |
| **4-aminoquinolines:** | Chloroquine, amodiaquine. |
| **Folate synthesis inhibitors:** | Type 1 - competitive inhibitors of dihydropteroate synthase - sulphones, sulphonamides<br>Type 2 - inhibit dihydrofolate reductase - biguanides like proguanil and chlorproguanil; diaminopyrimidine like pyrimethamine |
| **8-aminoquinolines:** | Primaquine, WR238, 605 |
| **Antimicrobials:** | Tetracycline, doxycycline, clindamycin, azithromycin, fluoroquinolones |
| **Peroxides:** | Artemisinin (Qinghaosu) derivatives and analogues - artemether, arteether, artesunate, artelinic acid |
| **Naphthoquinones:** | Atovaquone |
| **Iron chelating agents:** | Desferrioxamine |

## B. Tissue schizonticide:

### Primaquine

Primaquine is an 8-aminoquinoline that is highly effective in eliminating primary exoerythrocytic forms of *P. falciparum* and *P. vivax*.  It also eradicates secondary exoerythrocytic forms of recurring malarias caused by *P. vivax* and *P. ovale*.
The sexual (gametocytic) forms of all the four species of plasmodia are eliminated in the plasma. Primaquine is usually prescribed in combination with a blood schizonticide because primaquine is ineffective against the erythrocytic stage of malaria.

**Mechanism of action:** The exact mechanism of action is still a mystery; however, it is believed that metabolites of primaquine act as oxidants destroying the schizonts.

**Pharmacokinetics:** Primaquine is well absorbed when taken orallyand is not concentrated in tissues. It is quickly oxidized to several compounds, mainly the deaminated drug. Metabolites are eliminated through urine.

### Adverse effects:
Most common adverse effects include nausea, vomiting and stomach cramps.
Primaquine can cause hemolysis in patients with G6PD deficiency
[111]. Agranulocytosis and granulocytopenia are rarely seen, except in patients with SLE and arthritis.   Primaquine is contraindicated in pregnancy. It should not be prescribed to people G6PD deficiency as the drug may precipitate hemolytic anemia [11]. All Plasmodium species may develop resistance to primaquine.

## C. Blood schizonticides:

**Chloroquine**

Chloroquine, a synthetic 4-aminoquinoline, is the drug of choice in the treatment of erythrocytic *P. falciparum* malaria, except in case of resistance. It is less effective against *P. vivax* malaria. It is particularly effective against the asexual form of plasmodia. Chloroquine is also beneficial in the treatment of rheumatoid arthritis, extraintestinal amebiasis and discoid lupus erythematosus.

Mechanism of action:

The exact mechanism of action of chloroquine is still not fully understood. The drug enters the plasmodium and red blood cells by traversing their cell membranes. It gets concentrated primarily in the food vacuole of the organism by ion trapping. The parasite digests the host cell's hemoglobin and converts it into essential amino acids while releasing the heme moiety. This heme is toxic to the parasite, and is converted into hemozoin by the process of polymerization. Chloroquine prevents this polymerization of heme into hemozoin by specifically binding to heme. This result in accumulation of heme and increased pH which causes oxidative damage to the membranes that ultimately leads to lysis of the plasmodium and infected erythrocytes.

Pharmacokinetics:

Chloroquine is rapidly and completely absorbed when administered orally. The drug has a very large volume of distribution and concentrates in erythrocytes, liver, spleen, kidney, adipose tissues lung, melanin- containing tissues, and leukocytes. The drug also permeates to the central nervous system (CNS) and enters the placenta.
Chloroquine is metabolized in the liver with the help of hepatic mixed-function oxidase system; however, some of its metabolites retain antimalarial activity. Chloroquine and its metabolites are excreted mainly in urine. The excretion rate increases with acidified urine.

Adverse effects:

Side effects are minimal with low dose treatment of malaria.
Chloroquine can be toxic at higher doses and the prominent side effects include gastrointestinal disturbance, headaches, pruritus, and blurred vision. Pruritus or itching is particularly seen among black Africans and it increases with age. Its severity is closely associated with malaria parasite load in blood. Long term treatment with the drug can cause depression and anxiety. Long term use of chloroquine for many years can be toxic to the eyes and lead to central serous retinopathy. Therefore, patients on long-term ca therapy must be screened at baseline and every five years [112]. An ophthalmologic examination should also be performed routinely. Chronic administration of the drug can cause discoloration of the mucous membranes as well as nail beds.

Chloroquine must be used cautiously in patients who have:
- Liver dysfunction
- Severe gastrointestinal problems
- Blood disorders
- Neurologic blood disorders

Chloroquine can also exacerbate dermatitis caused by phenylbutazone or gold therapy. Patients with porphyria or psoriasis should avoid chloroquine, because it can precipitate an acute attack of the respective diseases.

**Table 43: Dose range of Chloroquine**

| Therapeutic Range | Toxic Range | Lethal Range |
|---|---|---|
| 0.03 to 15 mg/l | 3.0 to 26 mg/l | 20 to 104 mg/l |

Resistance:

*Plasmodia* have slowly developed resistance to chloroquine, especially in Asia, Africa and, most regions of Central and South America. *Plasmodia* have developed the ability to flush out the drug away from food vacuole. Chloroquine-resistant *P. falciparum* has shown a high degree of resistance because of multigenic mutation. In case of resistance, patients are prescribed antimalarial therapy consisting of a combination therapy of quinine, pyrimethamine, and a sulfonamide, which is administered orally.

**Table 44: Comparison between blood schizonticidal drugs**

| | Chloroquine | Pyr./Sulpha. | Quinine | Mefloquine | Qinghaosu/ artemisinins |
|---|---|---|---|---|---|
| **Efficacy** | ++++ | ++ | +++ | +++ | +++++ |
| **Onset of action** | Rapid | Slow | Rapid | Rapid | Fastest |
| **Use** | Prototype drug, first choice for all cases | Only for uncomplicated, resistant *P. falciparum* | Only for resistant *P. falciparum* | Only for uncomplicated, multi drug resistant *P. falciparum* | Reserved for drug resistant *P. falciparum*. However, it may be considered in life threatening complications of *P. falciparum* due to its rapid action |
| **Use in severe *P. falciparum* malaria** | Parenteral preparation can be used in areas with sensitive strains | Not useful in acute illness; can be co-prescribed with other parenteral antimalarials | Drug of choice for severe malaria; it was the only parenteral drug available for a long time until parenteral chloroquine and artemisinin arrived | Not to be used in acute illness; can be co-prescribed with artemisinin after acute phase is over. | Useful in severe malaria; may be more effective and better tolerated than quinine. |
| **Toxicity** | ++ | +++ | +++ | +++ | + |
| **Contra-indications** | Almost none, only advanced liver disease | Allergy to sulpha | Prior hypersensitive reactions | Epilepsy, psychosis, heart block, ß blocker use | None |
| **Use in pregnancy** | Yes | Only in 2nd trimester if warranted | Only if warranted, watch for hypoglycemia | Not in first trimester | Yes, if the situation demands |
| **Cost** | Cheapest | Cheap | Moderate | Expensive | Expensive |

**D. Blood schizonticides:**

**Mefloquine**

Mefloquine a synthetic analogue of quinine, is an effective single drug for suppressing and curing infections caused by multidrug resistant forms of *P. falciparum*. [113]. It is prescribed prophylactically for a period of 1-2 two weeks before entering a malaria prone area [113].

Its' exact mechanism of action is still unknown but is similar to quinine. It is absorbed well when taken orally and concentrates in the liver and lung. It has a long half-life of approximately 17 days. It is excreted through the feces.

Dosage and Adminitration
Adult Patients
Treatment of mild to moderate malaria in adults caused by *P. vivax* or Mefloquine-susceptible strains of *P. falciparum*: Five tablets (1250 mg) Mefloquine hydrochloride to be given as a single oral dose.
Malaria Prophylaxis*:* One 250 mg Mefloquine hydrochloride tablet once weekly.

Pediatric Patients
Treatment of mild to moderate malaria in pediatric patients caused by Mefloquine-susceptible strains of *P. falciparum:* 20-25 mg/kg body weight.
Malaria Prophylaxis*:* The recommended prophylactic dose of Mefloquine hydrochloride tablets is approximately 5 mg/kg body weight once weekly. One 250 mg Mefloquine hydrochloride tablet should be taken once weekly in pediatric patients weighing over 45 kg. In children weighing less than 45 kg, the weekly dose should be adjusted according to body weight:

- 30 to 45 kg: 3/4 tablet
- 20 to 30 kg: 1/2 tablet

Adverse reactions at high doses range from nausea, vomiting, and dizziness to disorientation, hallucinations, and depression and suicidal tendencies.  ECG abnormalities (increases in QTc intervals), cardiac arrhythmias and cardiac arrest are possible if mefloquine is taken concurrently with quinine or quinidine. Mefloquine is contraindicated in patients with a recent history of psychiatric disorder or past history of seizures. Severe side effects usually do not necessitate hospitalization and are rare [114]. Rates of side effects due to mefloquine are similar to other drugs prescribed to prevent malaria [115]. Mefloquine use has been associated with pneumonitis and eosinophilic pneumonia.
**E. Blood schizonticides:**

Quinine
Quinine is an antimalarial drug that prevents heme polymerization that leads to death of the erythrocytic form of the plasmodial parasite. The drug is not recommended by the WHO as first-line treatment for malaria, and should be prescribed in case artemisinins are unavailable [116-119]. It is prescribed only in cases of severe infestations and for malarial strains that are resistant to other antimalarials.

Quinine is well distributed throughout the body when administered orally and can cross the placental barrier. It is fetotoxic. Quinine salts can be administered orally or intravenously (IV); quinine gluconate can be administered intramuscularly or rectally [120, 121]. In the US, no injectable form of quinine is licensed; quinidine is used instead [122, 123]. Quinine is eliminated through the urine. For treatment of uncomplicated *P. falciparum* malaria in adults, it is prescribed in capsule form 648 mg (two capsules) to be taken orally every 8 hours for 7 days

The major adverse effect of quinine is cinchonism, a syndrome resulting in vomiting, nausea, tinnitus, and vertigo. Cinchonism is reversible and should not necessitate suspension of therapy. Quinine treatment should be discontinued in case of a positive Coombs test for hemolytic anemia. Quinine can increase potency of neuromuscular-blocking agents and elevate digoxin levels if taken concurrently with quinine. Quinine absorption is slow if it is taken with aluminum- containing antacids.

**Blood schizonticides:**

**Artemisinin**
Artemisinin, a sesquiterpene lactone, is obtained from the Artemisia annua, or sweet wormwood (qinghaosu) plant.  Artemisinin and its derivatives (Artensunate, Artemether) are effective in the treatment of severe, multidrug-resistant *P. falciparum* malaria [124]. The WHO has recommended artemisinin combination therapies (ACT) as the first-line treatmetn for P. falciparum malaria [125].

Many randomized controlled trials have shown that artesunate has better efficacy compared to quinine in both adults [126] and children [127]. Artesunate is now recommended for treatment of all forms of severe malaria.

Some of the fixed-dose ACTs that are now available in the market are:
- Asmefloquine (ASMQ [128])
- Amodiaquine (ASAQ))
- Lumefantrine (Coartem)
- Piperaquine (Duo-Cotecxin),
- Pyronaridine (Pyramax)

Its produces free radicals in the food vacuole of the plasmodium, following the separation of the drug's endoperoxide bridge by heme iron in parasitized red blood cells. It also damages and impairs specific malarial proteins. Artemisinin and its derivatives have short half-lives which prevents their use for the chemoprophylaxis of malaria. Artemisinin and its derivatives are metabolized predominantly in the liver and are excreted mainly in bile.

Adverse effects are relarted to GI disturbances such as nausea, vomiting, and diarrhea. Very high doses of artemisinin can lead to neurotoxicity and prolonged QT interval. Artemisinins are safe and well tolerated at the therapeutic doses for the treatment of

malaria [129]. Common adverse effects of artemisinins include nausea, vomiting, and diarrhea. Allergic reaction is a rare but serious adverse effect of this drug [129, 130]. Adverse effects of this drug are more frequent in patients with acute *P. falciparum* malaria [131].

**Blood schizonticides and sporontocides:**

**Pyrimethamine**

Pyrimethamine is an antifolate agent that is commonly used for a radical cure as a blood schizonticide. It also acts as a potent sporonticide in the mosquito's gut. It inhibits plasmodial dihydrofolate reductase (DHR) which deprives the plasmodium of tetrahydrofolate, a cofactor needed for synthesis of RNA and DNA.
Pyrimethamine is effective against *P. falciparum*. Pyrimethamine given in combination with a sulfonamide is effective against *P. malariae* and *Toxoplasma gondii*.
Contradication for pyrimethamine are:
- Megaloblastic anemia
- Hypersensitivity to pyrimethamine

## TRYPANOSOMIASIS- CHEMOTHERAPY

Trypanosomiasis is a chronic and, potentially fatal diseases caused by species of *Trypanosoma*. There are two major human forms of this disease, African sleeping sickness and American sleeping sickness. African sleeping sickness is caused by *T. brucei gambiense* and *T. brucei rhodiense*. The parasites initially live and grow in the blood. They invade the CNS and cause an inflammation of the brain and spinal cord that results in characteristic symptomatology of lethargy and, eventually, continuous sleep. American sleeping sickness or Chagas disease is caused by *T. cruzi* and is generally confined to South America. This form of the disease causes 21,000 deaths per year [132].

**Melarsoprol**

Melarsoprol (Mel B and Melarsen Oxide-BAL) is a derivative of mersalyl oxide, which is used in the treatment of human African trypanosomiasis, usually in the late stage with CNS involvement [133].

**Mechanism of action:**
The drug reacts with sulfhydryl groups of enzymes in both the organism and host. The parasite's enzymes are believed to be more sensitive than those of the host because the mammalian cells are less permeable to the drug and, therefore, are protected from its toxic effects

Pharmacokinetics:

Melarsoprol usually is slowly administered intravenously through a fine needle. The drug is irritating; therefore appropriate measure should be taken to prevent its infiltration into the surrounding tissues. Its half-life is around 35 hours [134].

Adequate trypanocidal concentrations appear in the CSF, in contrast to very low concentrations of pentamidine in the CSF. Melarsoprol is the drug of choice in the treatment of *T. brucei rhodesiense* and for meningoencephalitis caused by *T. brucei gambiense*. The drug has a very short half-life and is rapidly excreted into the urine.

Adverse effects:
The majority of serious side effects of melarsoprol are related to CNS toxicities. A severe post treatment encephalopathy may develop right after the treatment but usually subsides. In some cases this condition can be fatal.

Hypersensitivity reactions are not rare, and fever can occur after injection. Gastrointestinal problems, such as severe vomiting and abdominal pain are also common. Melarsoprol is contraindicated during epidemics of influenza because of an increased risk of febrile episodes in influenza. Hemolytic anemia may occur in patients with G6PD deficiency.


B. **Pentamidine isethionate**
Pentamidine is an antiprotozoal agent, which is active against many trypanosomes, such as *T. brucei gambiense*. It is extensively used to treat and prevent the organism's hematologic stage. It is drug of choice for the treatment for stage I infection with *Trypanosoma brucei gambiense*. Some trypanosomes such as *T. cruzi* are resistant to this agent. Pentamidine is the drug of choice for the treatment of pneumonia caused by *P. jiroveci* which do not respond to trimethoprim-sulfamethoxazole. Pentamidine is also used as a substitute to stibogluconate in the treatment of leishmaniasis.

Mechanism of action:
The exact mechanism of action is still unknown. It is believed that the drug binds to the parasite's DNA and impairs the synthesis of RNA, DNA, and key proteins.

Pharmacokinetics:
Pentamidine is preferably administered intramuscularly or as an aerosol. It is not administered intravenously because of severe adverse reactions, such as hypotension and tachycardia. The drug is predominantly concentrated and stored in the liver and kidney for a long period of time. It is ineffective against the meningoencephalitic stage of trypanosomiasis because it cannot cross blood brain barrier. The drug is not metabolized and is excreted very slowly into the urine. Its half-life in the plasma is approximately 5 days.

Adverse effects: Serious kidney impairment can occur, which is reversible after the drug is discontinued. Other prominent adverse reactions are hypotension, dizziness, rash, and toxicity to beta-cells of the pancreas. It may cause or worsen diabetes mellitus.

**Nifurtimox (Lampit)**

Nifurtimox, a 5-nitrofuran, is used in the treatment of acute *T. cruzi* infections (Chagas disease). Nifurtimox is also used in combination with eflornithine to treat human African trypanosomiasis [135].

Nifurtimox undergoes reduction and produces intracellular oxygen radicals. These highly reactive radicals (superoxide radicals and hydrogen peroxide radicals) are toxic to *T. cruzi*. This drug is suppressive, not curative.  Nifurtimox is administered orally and not intravenously.  It is given as 15 mg/kg/day in two to three divided doses. It is rapidly absorbed and is excreted in the urine.  Is half life is 1.5-3 hours.

Adverse effects are common after long term treatment, especially among the elderly. Major toxicities include:
- Hypersensitivity reactions (Both immediate and delayed) such as anaphylaxis, dermatitis and icterus
- GI disturbances such as abdominal pain and vomiting
- Peripheral neuropathy
- CNS disturbances such as headache and convulsions
- Cell-mediated immune suppression

**Suramin (Germanin)**

Suramin, a sulfonated naphthylamine, is prescribed in the early treatment and, particularly, the prophylaxis of African trypanosomiasis.  It is very reactive and inhibits several enzymes, including glycolytic enzymes and those of the pentose phosphate pathway [136].  These actions are responsible for its trypanocidal activity.

The drug should be administered intravenously because of poor intestinal absorption and high probability of local irritation when administered intramuscularly. It has long half-life of 44–54 days accumulates in the liver and in the proximal tubular cells of the kidney.

Severe adverse reactions should be carefully monitored, especially if the patient is debilitated.  Some of the notable adverse effects include:
- Shock and loss of consciousness
- Acute urticaria
- Adrenal cortical damage
- Neurologic problems, such as palpebral edema, hyperesthesia, paresthesia, photophobia, etc.
- Renal impairment
- Albuminuria

The drug should be discontinued if cylindruria and hematuria occur.

**E. Benznidazole (Rochagan and Radanil)**

Benznidazole, a nitroimidazole derivative, is an alternative choice for treatment of Chagas disease. However, nifurtimox is the preferred agent in Chagas disease. It interferes with synthesis of protein and RNA in *T. cruzi* cells. It is rapidly absorbed from the gastrointestinal tract. Its half life is arund 12 hours. It is eliminated through the renal and fecal route. Benznidazole is recommended as a prophylactic agent for preventing infections caused by *T. cruzi* among hematopoietic stem cell transplant recipients [137].

**Table 45: Recommended Drugs for Treatment of African Trypanosomiasis**

| Type of Trypanosomiasis | Medications Stage 1 (Hemolymphatic Stage) | Medications Stage 2 (Neurologic [CNS] Stage) |
|---|---|---|
| East African trypanosomiasis (caused by *T brucei rhodesiense*) | **Adult**: Suramin 100-200 mg IV test dose, then 1 g IV on days 1, 3, 7, 14, 21 **Pediatric**: 20 mg/kg IV on days 1, 3, 5, 14, and 21 | Adult: Melarsoprol 2-3.6 mg/kg/d IV for 3 d; after 1 wk, 3.6 mg/kg/d for 3 d; after 10-21 d, repeat the cycle. Pediatric: 2-3.6 mg/kg/day IV x 3 days. After 7 days, 3.6 mg/kg/day x 3 days. Give a 3rd series of 3.6 mg/kg/d after 7 days. |
| West African trypanosomiasis (caused by *T brucei gambiense*) | Adult/Pediatric: Pentamidine isothionate 4 mg/kg/d IM for 7-10 d. OR Suramin 100-200 mg IV test dose, then 1 g IV on days 1, 3, 7, 14, 21 | Melarsoprol 2-3.6 mg/kg/d IV for 3 d; after 1 wk, 3.6 mg/kg/d for 3 days; after 10-21 d, repeat the cycle OR Eflornithine 400 mg/kg/d IV in 4 divided doses for 14 d |

In 2009, a new combination treatment with nifurtimox and eflornithine was introduced.

## LEISHMANIASIS- CHEMOTHERAPY

There are four main forms of leishmaniasis [138]:
- Cutaneous: It is the most common form, which can progress to any of the other forms.
- Diffuse cutaneous: It causes widespread skin lesions identical to leprosy, and is difficult to treat.
- Mucocutaneous: It states with skin ulcers which subsequently spread.
- Visceral: it is the most severe form can be fatal if left untreated.

Leishmaniasis is transmitted from animals to humans and sometimes between humans by the bite of infected female sandflies. Leishmaniasis is difficult to treat, because the drugs currently in use have high failure rates and are toxic. Sodium stibogluconate, a pentavalent antimonial, is the drug of choice in the treatment of leishmaniasis. Alternative agents include pentamidine and amphotericin B. Allopurinol has also been reported to be effective.

**Sodium stibogluconate**

Sodium stibogluconate, a pentavalent antimonial, is a drug used for the treatment of leishmaniasis. The exact mechanism of action of this drug is still to be determined. It is believed that is it inhibits glycolysis in the parasite. It is administered parenterally because it is not well absorbed orally. It is distributed in the extravascular compartment. The metabolism of sodium stibogluconate is minimal, and it is excreted in urine. The dose of sodium stibogluconate is 20 mg/kg per day given by slow intravenous infusion with cardiac monitoring.
Adverse effects include:
- Phlebotoxicity resulting in pain at the injection site
- Gastro- intestinal disturbances such as vomiting, nausea, poor appetite
- Pancreatitis
- Cardiac arrhythmias

Patient receiving sodium stibogluconate should be monitored periodically for renal and hepatic function.

## TOXOPLASMOSIS- CHEMOTHERAPY

Toxoplasmosis is a parasitic disease caused by the protozoan *Toxoplasma gondii* [139], which is transmitted to humans after eating infected meat [9]. It can also be transmitted transmitted vertically (from a pregnant woman to her fetus). Approximately 33% of the world's human population is believed to carry a Toxoplasma infection. Combination of sulfadiazine and pyrimethamine is the drug of choice for treatment of Toxoplasmosis. Leucovorin is also prescribed to prevent folate deficiency. TMP-SZ (Trimethoprim/sulfamethoxazole) is the drug of choice for preventing Toxoplasma infection, but is not the drug to treat.

Acute Toxoplasmosis
Medications that are effective against acute toxoplasmosis include:
Pyrimethamine, Sulfadiazine, spiramycin and minocycline
Latent Toxoplasmosis
Atovaquone: This drug is effective in latent toxoplasmosis against *Toxoplasma* cysts, especially in patients with AIDS.

## GIARDIASIS- CHEMOTHERAPY

Giardia lamblia is the most frequently diagnosed intestinal parasite in the United States [10]. It is causes gastroenteritis in humans.Globally, approximately 200 million people fall victim to this parasite.  Mode of transmission is by the fecal-oral route.
 It has only two life-cycle stages:
1.  Binucleate trophozoite with four flagellae
2.  Four-nucleate cyst, which is drug-resistant

Contaminated drinking water leads to giardiasis infection. Metronidazole is the drug of choice.  Tinidazole is alternative drug, which is equally effective as metronidazole and has a much shorter course of therapy (2 grams given once). Nitazoxanide, a nitrothiazole derivative, is equally effective as metronidazole and, and has a two-day-shorter course of therapy.

**Table 46: Recommended dosing and adverse effects of anti-Giardia drugs**

| Drug | Adult dose | Pediatric dose | Adverse effects |
|---|---|---|---|
| Metronidazole | 250 mg t.i.d. × 5–7 days | 5 mg/kg t.i.d. × 5–7 days | Headache, vertigo, nausea, metallic taste, urticaria<br>Disulfiram-like reaction with alcohol ingestion<br>Rare: pancreatitis, central nervous system toxicity, reversible neutropenia, peripheral neutropathy, T-wave flattening with prolonged use<br>Mutagenic/carcinogenic? |
| Tini-dazole | 2 g, single dose | 50 mg/kg, single dose (max, 2 g) | As for metronidazole |
| Orni-dazole | 2 g, single dose | 40–50 mg/kg, single dose (max, 2 g) | As for metronidazole |
| Quina-crine | 100 mg t.i.d. × 5–7 days | 2 mg/kg t.i.d. × 7 days | Nausea and vomiting, dizziness, headache<br>Yellow/orange discoloration of skin and mucous membranes<br>Rare: toxic psychosis |
| Furazolidone | 100 mg q.i.d. × 7–10 days | 2 mg/kg q.i.d. × 10 days | Nausea, vomiting, diarrhea<br>Brown discoloration of urine; disulfiram-like reaction with alcohol ingestion<br>Reacts unfavorably with MAO inhibitors<br>Mild hemolysis in G6PDH deficiency<br>Carcinogenic? |
| Paromo-mycin | 500 mg t.i.d. × 5–10 days | 30 mg/kg/day in 3 doses × 5–10 days | Ototoxicity and nephrotoxicity with systemic administration |

| Drug | Adult dose | Pediatric dose | Adverse effects |
|------|-----------|----------------|-----------------|
| Albendazole | 400 mg q.d. × 5 days | 15 mg/kg/day × 5–7 days (max, 400 mg) | Anorexia, constipation<br>Rare: reversible neutropenia and elevated liver function tests<br>Teratogenic? |
| Bacitracin zinc | 120,000U b.i.d. × 10 days | Not tested in children under 10 yr | Nausea, vomiting, abdominal discomfort<br>Nephrotoxicity with systemic absorption |

**Table 47: Treatments for giardiasis**

| Clinical scenario | Drug and duration of treatment |
|-------------------|-------------------------------|
| **Symptomatic infection, USA** | |
| Adult and pediatric | Metronidazole for 5–7 days |
| Alternatives | Furazolidone for 7–10 days or quinacrine for 5–7 days or albendazole for 5–7 days |
| **Symptomatic infection, overseas** | |
| Adult and pediatric | Tinidazole (single dose) or ornidazole (single dose) |
| **Pregnancy** | |
| First trimester | Paromomycin for 5–10 days |
| Second and third trimesters | Paromomycin for 5–10 days or metronidazole for 5–7 days |
| Resistant infection or relapse | Drug of different class or combination nitroimidazole plus quinacrine for 2 wk or more |

**Table 48:** Treatment regimens for protozoal infections in adults

| | Medication First-line treatment | Dose | Adverse effects |
|---|---|---|---|
| | **Second-line treatment** | | |
| **Systemic protozoa** Malaria-uncomplicated plasmodium falciparum or species unknown<br><br>Chloroquine-resistant area (everywhere except Central America west of Panama Canal, Haiti, Dominican Republic, and parts of the Middle East) | Atovaquone-proguanil OR Artemether-lumefantrine<br><br><br>OR Quinine Plus Doxycycline OR tetracycline OR Clindamycin | 250mg/100mg, 4 adult tablets orally every day for 3 d<br>20 mg /120 mg, 4 tablets oral starting dose, followed by 4 tablets orally 8h later, followed by 4 tablets orally twice a day for 2d<br>625 mg salt orally 3 times a day for 7 d for patients infected in Southeast Asia or for 3 d in other patients<br>100 mg orally twice a day<br>250 mg orally 4 times a day<br><br><br>6-7/kg orally 3 times a day for 7 d | Nausea, vomiting, hepatitis Headache, dizziness, vomiting<br><br><br>Cinchonism, hypoglycemia<br><br><br>Nausea, vomiting, abdominal pain, candidiasis, photosensitivity<br><br>Nausea, vomiting, abdominal pain |
| | Mefloquine | 750 mg salt oral loading dose followed by 500 mg salt orally 6-12 h after initial dose | Nausea, vomiting, vivid dreams, dysphoria, mood changes, QT, prolongation |

| Systemic protozoa (continued) Chloroquine-sensitive area (Central America west of Panama Canal, Haiti, Dominican Republic, and parts of the Middle East) | Chloroquine | 1000 mg salt oral loading dose followed by 500 mg salt orally at 6 h, 24 h, and 48 h | Nausea, vomiting, headache, dizziness, pruritis (usually in African patients), photosensitivity |
|---|---|---|---|
| | Hydroxy-chloroquine | 800 mg salt oral loading dose followed by 400 mg salt orally at 6 h, 24 h, and 48 h | Retinal toxicity unlikely with short-term use |
| Malaria–severe usually *P falciparium* | Artesunate per CDC protocol Plus atovaquone-proguanil, doxycycline, clindamycin, or mefloquine | 2.4 mg/kg IV at 0 h, 12 h, 24 h, and 48 h, then once per ay if IV still necessary | |
| | Quinidine | Loading does of 10 mg/kg salt IV over 1-2h followed by 0.02 mg/kg/min salt continuous infusion for 24 h | Infusion-related hypotension, QT and QRS prolongation, arrhythmias, hypoglycemia |
| | Once improved, switch to oral quinine plus Doxycycline | 625 mg salt orally 3 time a day | |
| | | 100 mg IV/orally twice daily for 7 d | |
| | or Tetracycline | 250 mg orally 4 times daily for 7 d | |
| | or Clindamycin | 10 mg/kg IV loading dose then 5 mg/kg IV every 8 h (or oral dose as above) for 7 d Total duration of quinidine/quinine therapy is 7 d for patients infected in Southeast Asia, 3 d for elsewhere | |

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Malaria-uncomplicated *Plasmodium vivax* or *plasmodium ovale* All regions except Papua New Guinea and Indonesia (or other areas with documented chloroquine resistance) | Chlorquine Followed by primaquine | See *P falciparium* 52.6 mg salt orally every day for 14 d | Nausea, vomiting, hemolytic anemia with G6PD deficiency |
| | Hydrochloroquine Followed by primaquine | See *P falciparium* | |
| Malaria-uncomplicated *P vivax* or *P ovale* Chloroquine-resistant areas (Papua, New Guinea and Indonesia) | Quinine plus Doxycycline, tetracycline or clindamycin followed by primaquine OR Atovaquone-proguanil Followed by primaquine | See *P falciparium*  See *P falciparium* | |
| | Mefloquine followed by primaquine | See *P falciparium* | |
| Malaria-uncomplicated *plasmodium malariae* or *plasmodium knowlesi* | Chloroquine or Hydroxychloroquine | See *P falciparium* | |

| **Systemic protozoa** African Trypanosorniasis Early (hemolymphatic stage) *trypanosoma brucei gambiense* | Pentarnidine | 4mg/kg/d IM for 7-10 d | Hypotension (with IV infusion), hypoglycemia, hepatitis, pancreatitis, leukopenia, sterile abscesses, nephrotoxicity |
|---|---|---|---|
| | Suramin | 100-200 mg IV (test dose) followed by 1 g IV on days 1, 3, 7, 14, and 21 | Nephrotoxicity, rash (including exfoliative dermatitis), fatal hypersensity reaction (1 in 20,000 doses), peripheral neuropathy, myelosuppression |
| *Trypanosome brucei rhodesiense* | Suramin | Dosed as above | |
| Late (CNS stage) *T b gambiense* | Efflornithine or Efflornithine Plus Nifurtimox | 100 mg/kg IV every 6 h for 14 d 200 mg/kg IV every 12 h for 7 d 5 mg/kg orally 3 times a day for 10 d | Fever, seizure, myelosupression, peripheral neuropathy, diarrhea, hypertension, rash Nausea, vomiting, anorexia, abdominal pain, insomnia, peripheral neuropathy, hepatitis. Avoid alcohol |
| | Melarsoprol | 2.2 mg/kg/d IV for 10 d | Vomiting, nephrotoxicity, hepatitis, myocardial damage, peripheral neuropathy, fever, thrombocytopenia, reactive encephalopathy ( often fatal). Encephalopathy risk reduced by coadministration of corticosteroids. Contraindicated with G6PD deficiency |

| | | | |
|---|---|---|---|
| **Systemic protozoa** *T b rhodesiense* | Melarsoprol | 2.0-3.6 mg/kg/d IV for 3 d. Repeat course after 7 d and then again 7 d after the completion of the 2nd course | |
| American trypanosomiasis (Chagas disease) | Benznidazole | 2.5-3.5 mg/kg orally twice a day for 60 d | Nausea, vomiting, anorexia, insomnia, peripheral neuropathy, dermatitis, myelosupression. Disulfiram-like reaction with alcohol |
| | Nifurtimox | 2-3 mg/kg orally every 6-8 h for 90 d | |
| Leishmaniasis | Liposomal amphotericin | Immunocompetent adults: 3mg/kg IV once a day on days 1-5, 14, and 21 Immunocompromised adults: 4mg/kg IV once a day one days 1-5, 10, 17, 24, 31, 38 | Nephrotoxicity, electrolyte wasting, hypertension, infusion reaction, chills/rigors |
| | Sodium stibogluconate  or Miltefosine   or Paromomycin | 20 mg/kg IV or IM once a day for 28 d  2.5 mg/kg/d (maximum 150 mg/kg/d) orally for 28 d  15 mg/kg/d IM for 21 d | Nausea, vomiting, severe vertigo, headache, diarrhea  Nephrotoxicity, ototoxicity, hepatitis |

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Cutaneous | Sodium stibogluconate | 20 mg/kg/d IV or IM for 20 d | Pentavalent antimonials: nausea, vomiting, abdominal pain, pancreatitis, hepatitis, myalgias, myelosupression, ECG abnormalities |
| | Miltefosine | 2.5 mg/kg/d (maximum 150 mg/d)orally for 28 d | Headache, anorexia, hepatitis, alopecia |
| | or Fluconazole | 200 mg orally once a ay for 6 wk | |
| | or Liposomal amphotericin | 3 mg/kg IV once a day on days 1-5, 14, 21 | |
| | or Pentamidine | 2-3 mg/kg IV or IM once a day or every other day for 4-7 d | |
| Mucocutaneous | Sodium Stibogluconate | 20 mg/kg/d IV or IM for 28 d | |
| | Liposomal Amphotericin | 3 mg/kg IV once a day | |
| | or Amphotericin deoxycholate | 0.5-1.0 mg/kg IV once a day for 1 mo | |
| | or Miltefosine | 2.5 mg/kg (maximum 150/mg/d)orally once a day for 28 d | |

| Systemic protozoa (continued) Babesiosis | Atovaquone | 750 mg orally twice a day | Rash, abdominal pain, diarrhea, nausea, vomiting, headache , insomnia, methemoglobinemia, hepatotoxicity |
| | plus Azithromycin | 500 mg orally for 1 d then 250 mg orally twice a day for 7-10 d | |
| | Quinine | 650 mg orally 3 times a day | Nausea, vomiting, abdominal pain, diarrhea, headache hepatotoxicity |
| | plus Clindamycin | 300-600 mg IV every 6 h or 600 mg orally 3 times a day for 7-10 d | |
| Toxoplasmosis | Pyrimethamine | 200 mg orally once followed by 50 mg (if <60kg) or 75 mg (>60 kg) orally once a day | Myelosupression, abdominal pain, rash, headache, dysphasia |
| | plus Sulfadiazine | 1g/kg (if <60 kg) or 1.5 g/kg (if >60 kg) orally 4 times a day | Myelosupression, rash, crystal-induced nephropathy |
| | plus Folinic acid | 10-25 mg orally once a day | |
| | TMP-SMX | 5/25 mg/kg orally or IV every 12 h Higher doses have been used in some cases | Rash, urticaria, nausea vomiting, myelosupression. Rarely: Stevens-Johnson syndrome, renal insufficiency, hyperkalemia, hepatitis |
| | For patients with sulfa allergy: yrimethamine plus Folinic acid plus either Clindamycin | Doses as above  600 mg IV every 6 h or 450 mg orally 4 times a day 750 mg orally every 6 h | |
| | or Atovaquone | | |

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Acquired During pregnancy | Consider spiramycin or pyrimethamine/sulf adiazine depending on clinical situation and gestational age (see text) Suggest expert consultation | | Spiramycin: nausea, abdominal pain, diarrhea |
| Congenital | Consider prolonged pyrimethamine/sulf adiazine Suggest expert consultation (see box to right) | | |
| **Intestinal/ genitourinary protozoa** Giardiasis | Trinidazole or Metronidazole | 2 g orally once 250 mg orally 3 times a day for 5-7 d | Anorexia, metallic taste, alcohol-induced disulfiram-like reaction, headache, peripheral neuropathy, seizures, neutropenia |
| | Nitazoxanide | 500 mg orally twice a day for 3 d | Nausea, vomiting, abdominal pain, diarrhea |
| Amebiasis (*Entamoeba hisolytica*) Asymptomatic carrier | Luminal agent Paromomycin Or Iodoquinol | 8-12 mg/kg orally 3 times a day for 7 d 650 mg orally 3 times a day for 20 d | Nausea, vomiting, abdominal pain. Nausea, vomiting, diarrhea, pruritis, headache |
| | Diloxanide | 500 mg orally 3 times a day for 10 d | |

| Intestinal/ genitourinary protozoa<br><br>Amebic colitis | Metronidazole<br><br>or Tinidazole followed by luminal agent (see above) | 500-750 mg orally 3 times a day for 10 d<br>2 g orally once a day for 3d | |
|---|---|---|---|
| Amebic liver abscess or other disseminated disease | Metronidazole or Tinidazole followed by luminal agent (see above) | 750 mg orally or IV 3 times daily<br>2 g orally once a day | |
| Cryptosporidiosis Non-AIDS-associated AIDS-associated | Nitazoxanide HAART Consider nitazoxanide | 500 mg orally twice a day for 3 d | |
| Cyclosporiasis Non-AIDS-associated AIDS-associated | TMP-SMX<br><br>TMP-SMX | 1 DS tablet orally twice a day for 7-10d<br>1 DS tablet orally 4 times a day for 10 d followed by twice a day for 3 wk | |
| | Ciprofloxacin | 500 mg orally twice a day for 7 d followed by 1 tablet orally 3 times a week for 2 wk | Nausea, vomiting, abdominal pain, Rarely: tendinopathy, neuropsychiatric effects |
| Isosporiasis Non-AIDS-associated AIDS-associated | TMP-SMX<br><br>TMP-SMX | 1 DS tablet orally twice a day for 10d<br>1 DS tablet orally 4 times a day for 10 d followed by twice a day for 3 wk | |
| | Ciprofloxacin | 500 mg orally twice a day for 7 d | . |
| Dientamoebiasis | Iodoquinol | 650 mg orally twice a day for 7 d | |
| Blastocystis heminis | Nitazoxanide | 500 mg orally twice a day for 3 d | |

| | | | |
|---|---|---|---|
| **Intestinal/ genitourinary protozoa** Trchomoniasis | Tinidazole | 2 g orally twice | |
| | Metronidazole | 2 g orally once or 500 mg orally twice a day for 7 d | |
| Free-living amebae Naegleria fowleri | Therapy should include amphotericin B Consider intrathecal amphotericin Combination systemic therapy is essential: consider addition of azoles, rifampin, or other antimicrobial agents (see text) | | |
| Acanthamoeba species GAE and disseminated disease | Combination therapy is essential and should include pentamidine, azoles, sulfonamides, and possible flucytosine (see text) | | |
| Acanthamoeba keratitis | Topical chlorhexidine Polyhexamethylene biguanide | | |

a. BP= blood pressure; CDC = centers for disease control and prevention; CNS= central nervous system; DS = double strength; ECG = electrocardiography; GAE = granulomatous amebic encephalitis; G6PD = glucose-6-phosphate dehydrogenase; HAART = highly active antiretroviral therapy; IM = intramuscular; IV = intravenous; TMP-SMX = trimethoprim-sufamethoxazole;

b. Dosing conversation for base formulation dose based on salt formulation dose: oral quinine 625 mg salt = 542 mg base; IV quinidine 10 mg/kg salt = 6.25 mg/kg base and 0.02 mg/kg/min salt = 0.0125 mg/kg/min base; oral mefloquine 750 mg salt = 684 mg base and 500 mg salt = 456 mg base ; oral chloroquine 1000 mg salt = 600 mg base, and 500 mg salt = 300 mg base; oral hydroxychloroquine 800 mg salt = 620 mg base and 400 mg salt = 310 mg base; oral primaquine 52.6 mg salt = 30 mg base.

c. Symptoms of cinchonism include nausea, vomiting, dizziness, tinnitus, and high-frequency hearing loss.

POST TEST (True or False)

1. Omeprazole is an example of an antibiotic.

False

2. Antibiotic activity is enhanced by nonantibiotics when the microbe is sensitive to at least one of the compounds of the drug combination

True

3. Selection of the most appropriate antimicrobial drug is guided by the genetics profile of the patient.

False

4. Immediate empiric antibiotic therapy is indicated in patient with shock.

True

5. Metronidazole is a lipid-soluble drug.

True

6. Infectious diseases caused by fungi are known as mycoses.

True

7. Fungal infections are easily treated with antibiotics.

False

8. Amphotericin B dose in patients with severe renal dysfunction should be increased by 50% to ensure proper absorption and circulation.

False

9. Flucytosine is a synthetic pyrimidine antimetabolite.

True

10. Voriconazole is a broad-spectrum triazole antifungal agent.

True

11. Caspofungin is considered to be an echinocandin.

False

12. Terbinafine is the drug of choice for treating dermatophytoses.

True

13. Topical terbinafine is better than oral terbinafine for the treatment of dermatophytic infections of the nails.

False

14. Artemisinin is an effective treatment for malaria.

False

15. Pyrimethamine can be an effective treatment for toxoplasmosis.

True

## References

1. Kristiansen, J. E. (1990). The antimicrobial activity of psycho -therapeutic drugs and stereo-isomeric analogues. (Thesis, DMSC). Danish Medical Bulletin 37, 165–82.
2. Kristiansen, J. E. (1991). Antimicrobial activity of nonantibiotics. ASM NEWS 57, 135–9.
3. Kristiansen, J. E. (1992). Antimicrobial activity of nonantibiotics. Reports from a congress on the antimicrobial effect of drugs other than antibiotics on bacteria, viruses, protozoa, and other organisms. Copenhagen, May, 1990. Acta Pathology Micro -biology et Immunology Scandinavia (APMIS), Suppl. 100, 7–14.
4. Cederlund, H. & Mårdh, P. A. (1993). Antibacterial activities of non-antibiotic drugs. Journal of Antimicrobial Chemotherapy 32, 355–65.
5. Williams, J. D. (1995). Selective toxicity and concordant pharmacodynamics of antibiotics and other drugs. Journal of Antimicrobial Chemotherapy 35, 721–37.
6. Kristiansen, J. E., Andersen, L. P., Vestergaard, B. F. & Hvidberg, E. F. (1991). Effect of selected neuroleptic agents and stereo-isomeric analogues on virus and eukaryotic cells. Pharmacology & Toxicology 68, 399–403.
7. Gerber, H. R. & Anton, A. H. (1974). A bacterial model for the evaluation of barbiturates. Archives Internationales Pharmaco - dynamie et Therapie 212, 284–96.
8. Kristiansen, J. E., Mortensen, I. & Nissen, B. (1982). Membrane stabilizers inhibit potassium efflux from Staphylococcus aureus strain no. U 2275. Biochimica et Biophysica Acta 685, 379–82.
9. Kramer, A., Sorgatz, K., Höppe, H. & Meyer, F. U. (1994). Bacteriostatic and antiseptic efficacy of selected anaesthetics individually and in combination with an antiseptic mouthwash. Hygiene Medizin 19, 527–34.
10. Dastidar, S. G., Mondal, U., Niyogi, S. & Chakrabarty, A. N. (1986). Antibacterial property of methyl-DOPA and development of antibiotic cross-resistances in m-DOPA mutants. Indian Journal of Medical Research 84, 142–7. 325 J. E. Kristiansen and L. Amaral
11. Amaral, L. & Lorian, V. (1991). Effects of chlorpromazine on the cell envelope proteins of Escherichia coli. Antimicrobial Agents and Chemotherapy 35, 1923–4.
12. Amaral, L., Kristiansen, J. E. & Lorian, V. (1992). Synergic effect of chlorpromazine on the activity of some antibiotics. Journal of Antimicrobial Chemotherapy 30, 556–8.

13. Kristiansen, J. E. H. (1993). Chlorpromazine: non-antibiotics with antimicrobial activity—new insights in managing resistance? Current Opinion in Investigational Drugs 2, 587–91.

14. Kristiansen, J. E., Amaral, L. & Thomsen, V. F. (1993). The reversal of antibiotic resistance by phenothiazines. In Abstract 18th International Congress of Chemotherapy. Stockholm, Sweden. Abstract 510, p. 65.

15. Amaral, L., Kristiansen, J. E., Abebe, L. & Millett, W. (1997). Inhibition of the respiration of multi-drug resistant clinical isolates of Mycobacterium tuberculosis by thioridazine: potential use for initial therapy of freshly diagnosed tuberculosis. Journal of Anti - microbial Chemotherapy 38, 1049–53.

16. Amaral, L., Kristiansen, J. E. & Thomsen, V. F. (1993). The effect of chlorpromazine on the cell envelope of sensitive and resistant bacteria. In Abstract of the 18th International Congress of Chemotherapy. Stockholm, Sweden. Abstract 493 p. 65.

17. Kristiansen, J. E. H. (1977). Fatal chloroquin poisoning with severe hypokalaemia. Ugeskrift for Læger 139, 1666–7.

18. Ibrahim EH, Sherman G, Ward S, Fraser VJ, Kollef MH. The influence of inadequate antimicrobial treatment of bloodstream infections on patient outcomes in the ICU setting. Chest. 2000;118(1):146-155.

19. Kollef MH, Sherman G, Ward S, Fraser VJ. Inadequate antimicrobial treatment of infections: a risk factor for hospital mortality among critically ill patients. Chest. 1999;115(2):462-474.

20. Thompson RL, Wright AJ. General principles of antimicrobial therapy. Mayo Clin Proc. 1998;73(10):995-1006.

21. Medical microbiology, Mims and Playfair, Mosby Europe, 1993, 35.31.

22. French GL (December 2006). "Bactericidal agents in the treatment of MRSA infections--the potential role of daptomycin". J. Antimicrob. Chemother. 58 (6): 1107–17. doi:10.1093/jac/dkl393. PMID 17040922.

23. Wagenlehner FM, Naber KG. Fluoroquinolone antimicrobial agents in the treatment of prostatitis and recurrent urinary tract infections in men. Curr Infect Dis Rep. 2005;7(1):9-16.

24. Sa del Fiol F, Gerenutti M, Groppo FC (2005) Antibiotics and pregnancy. Pharmazie 60:483–493PubMed

25. Amann U, Egen-Lappe V, Strunz-Lehner C, Hasford J (2006) Antibiotics in pregnancy: analysis of potential risks and determinants in a large German statutory sickness fund population. Pharmacoepidemiol Drug Saf 15:327–337CrossRefPubMed

26. Bertsche T, Haas M, Oberwittler H, Haefeli WE, Walter-Sack I (2006) Drugs during pregnancy and breastfeeding: new risk categories—antibiotics as a model. Dtsch Med Wochenschr 131:1016–1022CrossRefPubMed

27. Nahum GG, Uhl K, Kennedy DL (2006) Antibiotic use in pregnancy and lactation: what is and is not known about teratogenic and toxic risks. Obstet Gynecol 107:1120–1138CrossRefPubMed

28. Haas A, Maschmeyer G (2008) Antibiotic therapy in pregnancy. Dtsch Med Wochenschr 133:511–515CrossRefPubMed

29. Baddour LM, Wilson WR, Bayer AS, et al. Infective endocarditis: diagnosis, antimicrobial therapy, and management of complications: a statement for healthcare professionals from the Committee on Rheumatic Fever, Endocarditis, and Kawasaki Disease, Council on Cardiovascular Disease in the Young, and the Councils on Clinical Cardiology, Stroke, and Cardiovascular Surgery and Anesthesia, American Heart Association. Circulation. 2005;111(23):e394-e434.

30. Dancer SJ: The problems with cephalosporins. J Antimicrob Chemother. (2001) 48 (4): 463-478.

31. Berger Bachi B: Resistance mechanisms and gram positive bacteria Int J Med Microbiol (2002) 292 (1): 27 – 35.

32. Heinemann J: Do antibiotics maintain antibiotic resistance? Drug Discov Today. (2000). 5 (5): 195-204.

33. Levy SB, Marshall B: Antibacterial resistance worldwide: causes, challenges and responses. Nat Med. (2004) 10 (12 Suppl): 122-129.

34. Li, X, Nikadio H (2009). "Efflux-Mediated Drug Resistance in Bacteria: an Update". Drug 69 (12): 1555–623. doi:10.2165/11317030-000000000-00000. PMC 2847397. PMID 19678712.

35. "Dorlands Medical Dictionary:mycosis".

36. Baginski, M.; Czub, J. (2009). "Amphotericin B and Its New Derivatives–Mode of Action". Current Drug Metabolism 10 (5): 459–69. PMID 19689243.

37. Wasan KM, Wasan EK, Gershkovich P, et al. (2009). "Highly Effective oral amphotericin B formulation against murine visceral leishmaniasis". J Infect Dis 200 (3): 357–360.doi:10.1086/600105. PMID 19545212.

38. Amado, José Antonio; Carlos Pesquera, Eva M. Gonzalez, Macarena Otero, Julio Freijanes, and Angel Alvarez (March 1990). "Successful treatment with ketoconazole of Cushing's syndrome in pregnancy". Postgraduate Medical Journal 66(773): 221–3. doi:10.1136/pgmj.66.773.221.PMC 2429473. PMID 2362890.

39. ^ Berwaerts, Joris; Johan Verhelst, Charles Mahler and Roger Abs (June 1999). "Cushing's syndrome in pregnancy treated by ketoconazole: case report and review of the literature".Gynecological Endocrinology 13 (3): 175–82.doi:10.3109/09513599909167552. PMID 10451809.

40. Evans, K. C.; Peterson AC, Ruiz HE, Costabile RA (August 2004). "Use of oral ketoconazole to prevent postoperative erections following penile surgery". International Journal of Impotence Research 16 (4): 346–9.

41. Pfizer Australia Pty Ltd. Diflucan (Australian Approved Product Information). West Ryde (NSW): Pfizer Australia; 2004.

42. ^ Longley, Nicky; Muzoora, Conrad; Taseera, Kabanda; Mwesigye, James; Rwebembera, Joselyne; Chakera, Ali; Wall, Emma; Andia, Irene et al. (2008). "Dose Response Effect of High-Dose Fluconazole for HIV‐Associated Cryptococcal Meningitis in Southwestern Uganda". Clinical Infectious Diseases 47 (12): 1556–1561. doi:10.1086/593194. ISSN 1058-4838. PMID 18990067.

43. Rossi S, editor. Australian Medicines Handbook 2006. Adelaide: Australian Medicines Handbook; 2006. ISBN 0-9757919-2-3

44. Fluconazole, PubMed Health

45. Espinel-Ingroff A, Boyle K, Sheehan D J. Mycopathologia. 2001;150:101–115. doi: 10.1023/A:1010954803886.

46. Dodds Ashley ES, Lewis R, Lewis JS, Martin C, Andes D. Pharmacology of systemic antifungal agents. Clin Infect Dis 2006;43(Suppl 1):28-39.

47. Smith J, Safdar N, Knasinski V, Simmons W, Bhavnani S, Ambrose P, Andes D (April 2006). "Voriconazole therapeutic drug monitoring.". Antimicrob Agents Chemother 50 (4): 1570–2. doi:10.1128/AAC.50.4.1570-1572.2006. PMC 1426935.PMID 16569888.

48. Boyd AE,  Modi S,  Howard SJ,  Moore CB,  Keevil BG,  Denning DW . Adverse reactions to voriconazole. Clin Infect Dis 2004;39:1241-4. Abstract/FREE Full Text

49. Imhof A, Schaer DJ, Schanz U, Schwarz U. Neurological adverse events to voriconazole: evidence for therapeutic drug monitoring. Swiss Med Wkly2006;136:739-42. Medline

50. Smith J, Safdar N, Knasinski Vet al . Voriconazole therapeutic drug monitoring.Antimicrob Agents Chemother 2006;50:1570-2.Abstract/FREE Full Text

51. Trifilio S, Ortiz R, Pennick G, et al. Voriconazole therapeutic drug monitoring in allogeneic hematopoietic stem cell transplant recipients. Bone Marrow Transplant2005;35:509-13.

52. Clin Microbiol Infect. 2010 Sep;16(9):1362-4. Multiple aggressive squamous cell carcinomas associated with prolonged voriconazole therapy in four immunocompromised patients. Epaulard O, Saint-Raymond C, Villier C, Charles J, Roch N, Beani JC, Leccia MT.

53. Schiller DS, Fung HB (September 2007). "Posaconazole: an extended-spectrum triazole antifungal agent". Clin Ther 29(9): 1862–86. doi:10.1016/j.clinthera.2007.09.015.PMID 18035188.

54. Rachwalski EJ, Wieczorkiewicz JT, Scheetz MH (October 2008). "Posaconazole: an oral triazole with an extended spectrum of activity". Ann Pharmacother 42 (10): 1429–38.doi:10.1345/aph.1L005. PMID 18713852.

55. Brunton L, Lazo J, Parker K. Goodman and Gilman's The Pharmacological Basis of Therapeutics. 11th ed. San Francisco: McGraw-Hill; 2006. ISBN 978-0-07-142280-2

56. "Clinical Pharmacology Pasoconazole". Retrieved 18 February 2010.

57. "Daily Med, Product Information Noxafil". Retrieved 18 February 2010.

58. Dodds Ashley, Elizabeth; Perfect, John (October 13, 2009)."Pharmacology of azoles". Retrieved 18 February 2010.

59. Am J Trop Med Hyg April 2010 vol. 82 no. 4"

60. Morris MI, Villmann M (September 2006). "Echinocandins in the management of invasive fungal infections, part 1". Am J Health Syst Pharm 63 (18): 1693–703.doi:10.2146/ajhp050464.p1.PMID 16960253.

61. Morris MI, Villmann M (October 2006)."Echinocandins in the management of invasive fungal infections, Part 2". Am J Health Syst Pharm 63 (19): 1813–20.doi:10.2146/ajhp050464.p2.PMID 16990627.

62. Deresinski SC, Stevens DA (2003). "Caspofungin". Clin Infect Dis 36 (11): 1445–1457. doi:10.1086/375080. PMID 12766841.

63. Eraxis at RxList". 2009-06-24.

64. Segal BH, Walsh TJ. Current approaches to diagnosis and treatment of invasive aspergillosis. Am J Respir Crit Care Med. 2006;173(7):707–717. [PubMed]

65. O'Brien TP. Therapy of ocular fungal infections. Ophthalmol Clin North Am. 1999;12(1):33–50.

66. Krishnan-Natesan S. Terbinafine: a pharmacological and clinical review. Expert Opin Drug Deliv.2009;10(16):2723–2733.

67. ^ Robertson Dirk B, Maibach Howard I, "Chapter 61. Dermatologic Pharmacology" (Chapter). Bertram G. Katzung, Susan B. Masters, Anthony J. Trevor: Basic & Clinical Pharmacology, 11e: http://www.accesspharmacy.com/content.aspx?aID=4517257.

68. Micromedex DRUGDEX Drug Point: Naftifine Hydrochloride. Accessed athttp://www.thomsonhc.com/hcs/librarian/ND_T/HCS/ND_PR/Main/CS/7ED8A6/DUPLICATIONSHIELDSYNC/89971B/ND_PG/PRIH/ND_B/HCS/SBK/2/ND_P/PFActionId/hcs.common.RetrieveDocumentCommon/DocId/390170/ContentSetId/100/SearchTerm/naftifine/SearchOption/BeginWith#secN10184.

69. AccessPharmacy: Drug Monographs: Naftifine. Accessed at http://www.accesspharmacy.com/drugContentPopup.aspx?mid=6620&section=10, February 18, 2010.

70. Nystatin on Micromedex http://www.thomsonhc.com/hcs/librarian/ND_T/HCS/ND_PR/Main/CS/BCFBA8/DUPLICATIONSHIELDSYNC/6B2A9E/ND_PG/PRIH/ND_B/HCS/SBK/3/ND

P/Main/PFActionId/hcs.common.RetrieveDocumentCommon/DocId/0105/ContentSetId/31#pharmacokineticsSection

71. Nystatin on UpToDate
http://www.utdol.com/online/content/topic.do?topicKey=drug_l_z/184320&selectedTitle=1%7E44&source=search_result#F202808

72. Niewerth M, Kunze D, Seibold M, Schaller M, Korting HC, Hube B. (June 2003). "Ciclopirox Olamine Treatment Affects the Expression Pattern of Candida albicans Genes Encoding Virulence Factors, Iron Metabolism Proteins, and Drug Resistance Factors". Antimicrobial Agents and Chemotherapy 47 (6): 1805–17.doi:10.1128/AAC.47.6.1805-1817.2003. PMC 155814.PMID 12760852.

73. Ryder NS, Frank I, Dupont MC (May 1986). "Ergosterol biosynthesis inhibition by the thiocarbamate antifungal agents tolnaftate and tolciclate". Antimicrob. Agents Chemother. 29 (5): 858–60. PMC 284167. PMID 3524433.

74. Malaria facts, Centers for Disease Control and Prevention (CDC):www.cdc.gov/malaria/

75. Berger SA, Marr JS. Human Parasitic Diseases Sourcebook. Jones and Bartlett Publishers: Sudbury, Massachusetts, 2006.

76. "Mebendazole". Drugs.com.

77. Luder PJ, Siffert B, Witassek F, Meister F, Bircher J (1986). "Treatment of hydatid disease with high oral doses of mebendazole. Long-term follow-up of plasma mebendazole levels and drug interactions". European journal of clinical pharmacology 31 (4): 443–448.PMID 3816925.

78. Chen KT, Twu SJ, Chang HJ, Lin RS (2003). "Outbreak of Stevens-Johnson Syndrome/Toxic Epidermal Necrolysis Associated with Mebendazole and Metronidazole Use Among Filipino Laborers in Taiwan". American Journal of Public Health 93 (3): 489–492.PMC 1447769. PMID 12604501.

79. Gilman, A.G., T.W. Rall, A.S. Nies and P. Taylor (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 8th ed. New York, NY. Pergamon Press, 1990., p. 970

80. Usha V, Gopalakrishnan Nair TV. A comparative study of oral ivermectin and topical permethrin cream in the treatment of scabies. J Am Acad Dermatol 2000;42:236-40.

81. Madan V, Jaskiran K, Gupta U, Gupta DK. Oral ivermectin in scabies patients: A comparison with 1% lindane lotion. J Dermatol 2001;28:481-4.

82. Brooks PA, Grace RF. Ivermectin is better than benzyl benzoate for childhood scabies in developing countries. J Paediatr Child Health 2002;38:401-4

83. Sule HM, Thacher TD. Comparison of ivermectin and benzyl benzoate lotion for scabies in Nigerian patients. Am J Trop Med Hyg 2007;76:392-5.

84. Ly F, Caumes E, Ndaw CA, Ndiaye B, Mahé A. Ivermectin versus benzyl benzoate applied once or twice to treat human scabies in Dakar, Senegal: A randomized controlled trial. Bull World Health Organ 2009;87:424-30.

85. Bachewar NP, Thawani VR, Mali SN, Gharpure KJ, Shingade VP, Dakhale GN. Comparison of safety, efficacy, and cost effectiveness of benzyl benzoate, permethrin, and ivermectin in patients of scabies. Indian J Pharmacol 2009;41:9-14.

86. Youssef MY, Sadaka HA, Eissa MM, el-Ariny AF. Topical application of ivermectin for human ectoparasites. Am J Trop Med Hyg 1995;53:652-3

87. Yeruham I, Hadani A. Control of human scabies by topical application of ivermectin. Ann Trop Med Parasitol 1998;92:627- 9.

88. Victoria J, Trujillo R. Topical ivermectin: A new successful treatment for scabies. Pediatr Dermatol 2001;18:63-5.

89. Merck & Co, Inc. Stromectol (ivermectin) tablets prescribing information. Whitehouse Station, NJ; 2007 Mar.

90. American Academy of Pediatrics. 2006 Red Book: Report of the Committee on Infectious Diseases. 27th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2006.

91. Anon. Drugs for parasitic infections. Med Lett Drugs Ther. Aug 2004.

92. Shu EN, Okonkwo PO. Community-based ivermectin therapy for onchocerciasis: comparison of three methods of dose assessment. Am J Trop Med Hyg. 2001; 65:184-8. [IDIS 469492] [PubMed 11561701]

93. Gyapong J. Children eligible to receive Mectizan and albendazole for LF elimination based on height and weight criteria: case study from Kintampo District, Ghana. Mectizan Program Notes. 2004; 34:.

94. Borst P, Schinkel AH (June 1996). "What have we learnt thus far from mice with disrupted P-glycoprotein genes?". European Journal of Cancer 32 (6): 985– 990. doi:10.1016/0959-8049(96)00063-9.

95. ^ Dourmishev AL, Dourmishev LA, Schwartz RA (December 2005). "Ivermectin: pharmacology and application in dermatology". International Journal of Dermatology 44 (12): 981–988. doi:10.1111/j.1365-4632.2004.02253.x.PMID 16409259.

96. Tchuenté LA, Shaw DJ, Polla L, Cioli D, Vercruysse J (December 2004). "Efficacy of praziquantel against Schistosoma haematobium infection in children". Am. J. Trop. Med. Hyg. 71 (6): 778–82. PMID 15642971.

97. ^ a b The Carter Center. "Schistosomiasis Control Program". Retrieved 2008-07-17.

98. ^ Shen C, Kim J, Lee JK, et al. (June 2007). "Collection of Clonorchis sinensis adult worms from infected humans after praziquantel treatment". The Korean Journal of Parasitology45 (2): 149–52. doi:10.3347/kjp.2007.45.2.149.PMC 2526309. PMID 17570980.

99. ^ "Intestinal Flukes: Treatment & Medication".

100. ^ Huukelbach J, Winter B, Wilcke T, "et al." (August 2004). "Tratmient masivo selectivo con ivermectina contra las helmintiasis intestinales y parasitos cutáneas en una población gravemente afectada". Bull World Health Organ 82(7): 563–571. doi:10.1590/S0042-96862004000800005.

101. Weinbach EC, Garbus J (1969). "Mechanism of action of reagents that uncouple oxidative phosphorylation". Nature 221 (5185): 1016–8. doi:10.1038/2211016a0. PMID 4180173.

102. "Albenza (Albendazole) - Warnings and Precautions".

103. I. Edward Alcamo; Jennifer M. Warner (28 August 2009). Schaum's Outline of Microbiology. McGraw Hill Professional. pp. 144–. ISBN 978-0-07-162326-1.

104.    WHO (1969). "Amoebiasis. Report of a WHO Expert Committee". WHO Technical Report Series 421: 1–52.PMID 4978968.

105.    ^ WHO (1997). "WHO/PAHO/UNESCO report. A consultation with experts on amoebiasis. Mexico City, Mexico 28–29 January 1997.". Epidemiological Bulletin 18 (1): 13–14.PMID 9197085.

106.  WHO (1998). Life in the 21st Century: a vision for all. The World Health Report 1998.. World Health Organization, Geneva, Switzerland.

107.  ^ "Amebiasis". NEJM. United States NEJM: Massachusetts Medical Society. 2003-04-17. Retrieved 2012-04-12.

108.  Haque R, Mondal D, Duggal P, et al. (2006). "Entamoeba histolytica infection in children and protection from subsequent amebiasis". Infection & Immunity 74 (2): 904–909.doi:10.1128/IAI.74.2.904-909.2006. PMC 1360358.PMID 16428733.

109.  "Metronidazole monograph". drugs.com.

110.  Neal R.A. et al. (1994). "Aminosidine ointments for the treatment of experimental cutaneous leishmaniasis".Transactions of the Royal Society of Tropical Medicine and Hygiene88 (2): 223–5. doi:10.1016/0035-9203(94)90307-7.PMID 8036682.

111.  Tarlov AR, et al. (1962). "Primaquine sensitivity". Arch Intern Med 109 (2): 209–234.

112.  Michaelides M, Stover NB, Francis PJ, Weleber RG (2011). "Retinal toxicity associated with hydroxychloroquine and chloroquine: risk factors, screening, and progression despite cessation of therapy". Arch Ophthalmol 129 (1): 30–9.PMID 21220626.

113.  "Lariam". The American Society of Health-System Pharmacists.

114.  Schlagenhauf, P; Adamcova, M, Regep, L, Schaerer, MT, Rhein, HG (2010-12-09). "The position of mefloquine as a 21st century malaria chemoprophylaxis". Malaria journal 9: 357. doi:10.1186/1475-2875-9-357. PMC 3224336.PMID 21143906.

115.    ^ a b c d e Schlagenhauf, P. (1999). "Mefloquine for malaria chemoprophylaxis 1992-1998". Travel Med 6 (2): 122–123.doi:10.1111/j.1708-8305.1999.tb00843.x. PMID 10381965.

116.    ^ World Health Organization (2006). "Guidelines for the treatment of malaria". World Health Organization. Retrieved 10 August 2009.

117.    ^ Dorndorp A, Nosten F, Stepniewska K, et al. (2005). "Artesunate verus quinine for treatment of severe falciparum malaria: a randomised trial". Lancet 366 (9487): 717–25.doi:10.1016/S0140-6736(05)67176-0. PMID 16125588.

118.    ^ Reyburn, H; Mtove, G; Hendriksen, I; Von Seidlein, L (2009). "Oral quinine for the treatment of uncomplicated malaria". Brit J Med 339: b2066. doi:10.1136/bmj.b2066. PMID 19622550.

119.    ^ Achan J, Tibenderana JK, Kyabayinze D, et al. (2009). "Effectiveness of quinine versus artemether-lumefantrine for treating uncomplicated faciparum malaria in Ugandan children". Brit Med J 338: b2763.

120.    ^ Barennes H, et al. (1996). "Efficacy and pharmacokinetics of a new intrarectal quinine formulation in children with Plasmodium falciparum malaria". Brit J Clin Pharmacol 41 (5): 389.doi:10.1046/j.1365-2125.1996.03246.x.

121.    ^ Barennes, H.; Balima-Koussoubé, T; Nagot, N; Charpentier, JC; Pussard, E (2006). "Safety and efficacy of rectal compared with intramuscular quinine for the early treatment of moderately severe malaria in children: randomised clinical trial". Brit Med J 332 (7549): 1055–57. doi:10.1136/bmj.332.7549.1055.PMC 1458599. PMID 16675812.

122.    Center for Disease Control (1991). "Treatment with Quinidine Gluconate of Persons with Severe Plasmodium falciparumInfection: Discontinuation of Parenteral Quinine". Morb Mort Weekly Rep 40 (RR–4): 21–23. Retrieved 2006-05-06.

123.    ^ Magill, A; Panosian, C (2005). "Making Antimalarial Agents Available in the United States". New Engl J Med 353 (4): 335–337. doi:10.1056/NEJMp058167. PMID 16000347.

124.   White NJ (July 1997). "Assessment of the pharmacodynamic properties of antimalarial drugs in vivo". Antimicrob. Agents Chemother. 41 (7): 1413–22. PMC 163932. PMID 9210658

125.   Guidelines for the Treatment of Malaria.. Geneva: World Health Organization. 2006. ISBN 92-4-154694-8.

126.    Dondorp A, Nosten F, Stepniewska K, Day N, White N (2005). "Artesunate versus quinine for treatment of severe falciparum malaria: a randomised trial". Lancet 366 (9487): 717–25.doi:10.1016/S0140-6736(05)67176-0. PMID 16125588.

127.    ^ a b Dondorp AM, Fanello CI, Hendriksen IC, et al. (November 2010). "Artesunate versus quinine in the treatment of severe falciparum malaria in African children (AQUAMAT): an open-label, randomised trial". Lancet 376 (9753): 1647–57.doi:10.1016/S0140-6736(10)61924-1. PMC 3033534.PMID 21062666.

128.   Krudsood S, Looareesuwan S, Tangpukdee N, et al. (June 2010). "New Fixed-Dose Artesunate-Mefloquine Formulation against Multidrug-Resistant Plasmodium falciparum in Adults: a Comparative Phase IIb Safety and Pharmacokinetic Study with Standard-Dose Nonfixed Artesunate plus Mefloquine".Antimicrob Agents Chemother 54 (9): 3730–7.doi:10.1128/AAC.01187-09. PMC 2935027.PMID 20547795.

129.   Taylor WR, White NJ (2004). "Antimalarial drug toxicity: a review". Drug Saf 27 (1): 25–61. doi:10.2165/00002018-200427010-00003. PMID 14720085.

130.   Leonardi E, Gilvary G, White NJ, Nosten F (2001). "Severe allergic reactions to oral artesunate: a report of two cases".Trans. R. Soc. Trop. Med. Hyg. 95 (2): 182–3.doi:10.1016/S0035-9203(01)90157-9. PMID 11355556.

131.   R. Price et al. (1999). "Adverse effects in patients with acute falciparum malaria treated with artemisinin derivatives".American Journal of Tropical Medicine and Hygiene 60 (4): 547–555. PMID 10348227.

132. Maya JD, Cassels BK, Iturriaga-Vásquez P, et al. (2007). "Mode of action of natural and synthetic drugs against Trypanosoma cruzi and their interaction with the mammalian host". Comp. Biochem. Physiol., Part a Mol. Integr. Physiol. 146 (4): 601–20.doi:10.1016/j.cbpa.2006.03.004. PMID 16626984.

133. Bisser S, N'Siesi FX, Lejon V et al. (2007). "Equivalence trial of melarsoprol and nifurtimox monotherapy and combination therapy for the treatment of second-stage Trypanosoma brucei gambiense sleeping sickness". J. Infect. Dis. 195 (3): 322–9.doi:10.1086/510534. PMID 17205469.

134. Burri C, Baltz T, Giroud C, et al. Pharmacokinetic properties of the trypanocidal drug melarsoprol. Chemotherapy 1993; 39: 225-34.

135. Priotto G, Kasparian S, Mutombo W, et al. Nifurtimox-eflornithine combination therapy for second-stage African Trypanosoma brucei gambiense trypanosomiasis: a multicentre, randomised, phase III, non inferiority trial. Lancet 2009;374(9683):56-64.

136. M. P. Barrett, D. W. Boykin, R. Brun, and R. R. Tidwell, "Human African trypanosomiasis: pharmacological re-engagement with a neglected disease," British Journal of Pharmacology, vol. 152, no. 8, pp. 1155–1171, 2007.

137. Urbina, Julio A.. "Nuevas drogas para el tratamiento etiológico de la Enfermedad de Chagas" (in Spanish).

138. James, William D.; Berger, Timothy G.; et al. (2006). Andrews' Diseases of the Skin: clinical Dermatology. Saunders Elsevier. pp.

139. Ryan KJ; Ray CG (editors) (2004). Sherris Medical Microbiology (4th ed.). McGraw Hill. pp. 723–7.