CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 024

# Non-Antibiotic Antimicrobial Pharmacology: A Review

# Part II

### ANTI-TUBERCULAR AGENTS

## OVERVIEW

Mycobacteria are aerobic, rod-shaped bacteria that cause serious infections such as tuberculosis (*Mycobacterium tuberculosis*) and leprosy (*Mycobacterium leprae*) [140]. Tuberculosis is the most frequently encountered mycobacterium infection and globally is the leading of death from infection. Approximately 5–10% of tuberculosis infected patient without HIV develop active disease during their lifetimes [141], while approximately, 30% of patients coinfected with HIV and *M. tuberculosis* develop active disease [141]. Tuberculosis can be pulmonary [142] (infections occuring in lungs) or extrapulmonary (infections occuring outside of the lungs). Extrapulmonary tuberculosis may coexist with pulmonary tuberculosis [142].

Tuberculosis is a global health problem. It is estimated that approximately 27% of the global population have latent tuberculosis. According to WHO estimates approximately 1.4 million people died from tuberculosis in 2010 [143].

**Table 1**: Tuberculosis around the world

| WHO Region | Incidence Tuberculosis (in thousands) |
|---|---|
| Africa | 2,800 |
| Americas | 270 |
| Eastern Mediterranean | 660 |
| Europe | 420 |
| Southeast Asia | 3300 |
| Western Pacific | 3300 |
| Total | 10750 |

**Table 2:** Multiple drug resistance Tuberculosis

| WHO Region | Incidence MDR-Tuberculosis (in thousands) |
|---|---|
| Africa | 69 |
| Americas | 8.2 |
| Eastern Mediterranean | 24 |
| Europe | 81 |
| Southeast Asia | 130 |


DEPOSITION
EXHIBIT
52

PENGAD 800-631-6989

| Western Pacific | 120 |
|-----------------|-------|
| Total | 10750 |

Tuberculosis infection usually manifests itself either as asymptomatic disease (latent tuberculosis), or active pulmonary infection (active tuberculosis). In a majority of cases, the *M. tuberculosis,* the bacterium enters the host lung and attacks macrophages. The bacteria are encapsulated in a granuloma where the bacterial organism remains alive and replicates. However, at this stage the disease remains asymptotic. This stage is known as the latent stage and the disease is not transmissible. HIV patients with tuberculosis have a tendency to develop active disease vis-à-vis patients without HIV. Tuberculosis in children is more disseminated and is prone to extra-pulmonary involvement. In approximately 5-10% cases, *M. tuberculosis* divides within the lungs or other tissues of the host. This replication causes symptomatic or active lung disease. Prominent symptoms include a cough persisting for more than two weeks, hemoptysis, loss of appetite, fever, chills, loss of weight and fatigue. In some cases finger clubbing may also occur [144]. Lung damage ensues because of host's immune response against *M.* tuberculosis.

## DIAGNOSIS

1. **Medical history**: Include symptoms of tuberculosis such as productive cough lasting for more than three weeks, chest pain, and hemoptysis. Other prominent symptoms include fever (low grade, remittent), chills, drenching night sweats, loss of appetite, weight loss, and production of sputum that is initially mucoid but changes to purulent [145].

2. **Physical examination**: Certain findings can be indicative of tuberculosis such as hemoptysis (blood in the sputum), considerable weight loss and drenching night sweats

3. **Microbiological studies**: Definitive diagnosis of tuberculosis can only be made by culturing *Mycobacterium tuberculosis* organisms from patient's sputum and in some cases CSF, bone biopsy, pus, etc.

    a. **Sputum**: Sputum smears and cultures should be conducted if the patient is producing sputum [145].

    b. **Alternative sampling**: This is done when a patient is incapable of producing a sputum sample. In such cases, alternative samples are taken from gastric washings, laryngeal swab, bronchial washings, FNA (fine needle aspiration) and tissue biopsy.

    c. **PCR**: PCR differentiates *M. tuberculosis* from other mycobacteria.

    d. **Other**: There are several types of cultures are available for detecting the bacterium [146]. The Microscopic Observation Drug Susceptibility assay culture is considered to be a faster and most accurate method [147].

4. Radiography:

    a. **Chest X-ray and CT**: Helpful in detecting infiltrates or consolidations and/or cavities in active tuberculosis.

    b. **Abreugraphy:** A variant of the chest X-Ray.

5. **Immunological testing**:

a. Antibodies from Lymphocyte Secretions **(ALS) Assay**:  Helpful in detecting active tuberculosis
b. **Tuberculin skin test**
c. **Mantoux skin test**:  PPD (Purified Protein Derivative) is injected intradermally and size of induration is measured after 48-72 hours.
d. **Heaf test**: It was extensively used in UK until 2005 to detect tuberculosis in children.
e. **CDC classification of tuberculin reaction**
f. 5.6. **BCG vaccine and tuberculin skin test**: In the US, it is recommended that tuberculin skin testing is not contraindicated for BCG-vaccinated persons, and prior BCG vaccination should not influence the interpretation of the test.
g. 5.7. **Adenosine deaminase**: Recent studies have observed that in pleural TB and TB meningitis, ADA tests are highly sensitive compared other tests [148].
h. 5.8. Nucleic **acid amplification tests (NAAT):** These tests are highly sensitive and specific particularly in smear positive patients.   These tests can reduce inappropriate antitubercular treatment.
i. 5.9. **Full blood count**:  It is never diagnostic but helpful.
j. 6. **Interferon-γ release assays**:  Relatively new diagnostic tool that can detect latent TB even in patients with prior BCG vaccination x

**Table 3**: CDC classification of tuberculin reaction

| Size of the Induration | Positive in |
|---|---|
| 5 mm or more | • HIV-positive person<br>• Recent contacts of TB case<br>• Persons with nodular or fibrotic changes on CXR consistent with old healed<br>• TB Patients with organ transplants and other immunosuppressed patient |
| 10 mm or more | • Recent arrivals (less than 5 years) from high-prevalent countries<br>• Injection drug users<br>• Residents and employees of high-risk congregate settings (e.g., prisons, nursing homes, hospitals, homeless shelters, etc.)<br>• Mycobacteriology lab personnel<br>• Persons with clinical conditions that place them at high risk (e.g., diabetes, prolonged corticosteroid therapy, leukemia, end-stage renal disease, chronic malabsorption syndromes, low body weight, etc.)<br>• Children less than 4 years of age, or children and adolescents exposed to adults in high-risk categories |
| 15 mm or more | • Persons with no known risk factors for TB<br>• (Note: Targeted skin testing programs should only be conducted among high-risk groups) |

Tuberculosis can be diagnosed by the standard tuberculin skin test with PPD (purified protein derivative). Diagnostic testing for tuberculosis can be accomplished via the standard tuberculin skin test with purified protein derivative (PPD). A new FDA approved diagnostic testing called interferon-gamma release assay (IGRA) blood test, Quantiferon-TB Gold is becoming popular now. This blood test requires only a single test visit. Additionally, now increasingly it shows fewer false positive results and can detect latent tuberculosis even in patients with prior BCG vaccination. However, it is more expensive than tuberculin skin test; however, follow- up x-rays and lab tests are usually not required with this test.

| Test | Strengths | Weaknesses |
|---|---|---|
| Sputum smear microscopy (SSM; using acid-fast staining) | • Key component of the DOTS therapy strategy employed by WHO to control TB | • Requires extensive training for low throughout results<br>• Lack of sensitivity: 70% sensitive in TB patients, <50% sensitive in HIV positive TB patients, and cannot detect extrapulmonary or latent TB<br>• Lower limit of detection (10,000 bacteria per mL of sputum) |
| Bacterial culture from sputum | • Gold standard<br>• Can be used to determine drug susceptibility | • 3-4 weeks to result<br>• Cannot detect latent TB |
| Tuberculin skin test (Purified Protein Derivative, PPD, or Mantoux Test) | • Can detect latent TB | • Nonspecific<br>• Patients with prior BCG vaccination have false positive<br>• Cannot differentiate between latent and active TB<br>• Does not work in HIV positive patients |
| Cellular assay from blood (Quantiferon-TB Gold, Cellestis Limited, Australia) | • Can detect latent TB even in patients with prior BCG vaccination | • Does not differentiate between latent and active TB |
| Nucleic acid amplification (Primarily used in research, one point of care test Xpert MTB/RIF by Cepheid available outside the US) | • Potential for use at the point of care<br>• Can identify rifampicin-resistant infections without bacterial culture<br>• Xpert MTB/RIF accurately diagnoses TB and MDR-TB in 100 minutes and is 26 countries are now using this system | • Expensive |

**Table 4:** Classification System for tuberculosis

| Class | Type | Description |
|---|---|---|
| 0 | No tuberculosis exposure<br>Not infected | No history of exposure<br>Negative reaction to tuberculin skin test |
| 1 | Tuberculosis exposure<br>No evidence of infection | History of exposure<br>Negative reaction to tuberculin skin test |
| 2 | Tuberculosis infection<br>No disease | Positive reaction to tuberculin skin test<br>Negative bacteriologic studies (if done)<br>No clinical, bacteriologic, or radiographic evidence of tuberculosis |
| 3 | Tuberculosis, clinically active | *M. tuberculosis* cultured (if done)<br>Clinical, bacteriologic, or radiographic evidence of current disease |
| 4 | Tuberculosis<br>Not clinically active | History of episode(s) of tuberculosis<br>**or**<br>Abnormal but stable radiographic findings<br>Positive reaction to the tuberculin skin test<br>Negative bacteriologic studies (if done)<br>**and**<br>No clinical or radiographic evidence of current disease |
| 5 | Tuberculosis suspect | Diagnosis pending<br>tuberculosis disease should be ruled in or out within 3 months |

The above classification of tuberculosis is based on the pathogenesis of the disease.

## II. CHEMOTHERAPY FOR TUBERCULOSIS

*Mycobacterium tuberculosis* can cause serious pulmonary infections as well as extrapulmonary infections involving the genitourinary tract system, skeleton, meninges and other parts of the body. Treating tuberculosis can be a difficult proposition as the bacteria grow slowly; thus, are difficult to culture. Tuberculosis requires a long-term treatment which may last from 6 months to 2 years. Emergence of resistant bacteria has also made treatment more difficult, especially in patients who are non-compliant or have had prior treatment.

### A. Strategies for addressing drug resistance
Strains of *M. tuberculosis* may become resistant to a particular drug; therefore, multidrug therapy is prescribed to prevent or delay or prevent drug resistance. Currently four drugs are recommended as first-line agents for the treatment of tuberculosis. These include isoniazid, rifampin, ethambutol and pyrazinamide. In the past few years, the number of multidrug-resistant organisms has risen dramatically because of overuse, misuse, poor compliance and various other factors. Some strains of *M. tuberculosis* can be resistant to several antitubercular agents;

therefore, a combination of drugs is used for antitubercular therapy. The multidrug regimen is continued for a long period even after the symptoms disappear to eliminate any persistent *M. tuberculosis*.

Treatment regimens usually include at least two antitubercular drugs preferably including those that are bactericidal. Treatment starts with "intensive phase" which includes initial short-course chemotherapy also known as DOTS (Directly Observed Treatment) for tuberculosis. In this regimen, isoniazid, rifampin, ethambutol, and pyrazinamideare are given for the initial 2 months. It is then followed by isoniazid and rifampin for the next 4 months (the "continuation phase"). Proper implementation of the 'DOTS' strategy results in very high cure rates with low incidence of drug resistance. Patients with suspected multidrug-resistant tuberculosis or with past history of tuberculosis can be prescribed more drugs in addition to the first-line agents. The added agents usually include an aminoglycoside (streptomycin, kanamycin, or amikacin) or capreomycin (injectable agents), a fluoroquinolone, and perhaps a second-line antituberculosis agent such as ethionamide, cycloserine, or p-aminosalicylic acid.

The anti-tuberculosis therapy consists of two-phased chemotherapy encompassing initial intensive phase with multiple drugs (three or more) and continuation phase with two or three drugs. The initial intensive phase is aimed against drug-resistant organisms and to rapidly kill the bacteria to reduce the bacillary load, which in turn leads to reduction in the number of "persisters' in the lesions.

"Persisters" are drug-sensitive dormant mycobacterium, which can later on become active and cause relapses. The continuation phase of chemotherapy consists of two pharmaceutical agents to kill the "persisters," which show intermittent activity [149]. The role of individual drugs in first-line treatment of tuberculosis is fairly unique [150]. Isoniazid or INH kills around 95% organisms during the initial two days of treatment. During the intensive phase, rifampicin and pyrazinamide play the bactericidal role. Rifampin is the most potent drug against "persisters" or dormant bacilli in the continuation phase.

Chemotherapy should be given optimally by:
- Ensuring optimal absorption of drugs
- Timely diagnosis and treatment of drug toxicities
- Treatment compliance

**Table 5**: Recommended doses of first-line antituberculosis drugs for adults

| Drug | Recommended dose | | | |
|------|------------------|--|--|--|
| | **Daily** | | **3 times per week** | |
| | **Dose and range** (mg/kg body weight) | **Maximum** (mg) | **Dose and range** (mg/kg body weight) | **Daily maximum** (mg) |
| Isoniazid | 5 (4–6) | 300 | 10 (8–12) | 900 |
| Rifampicin | 10 (8–12) | 600 | 10 (8–12) | 600 |
| Pyrazinamide | 25 (20–30) | – | 35 (30–40) | – |
| Ethambutol | 15 (15–20) | – | 30 (25–35) | – |
| Streptomycin* | 15 (12–18) | – | 15 (12–18) | 1000 |

\* Patients aged over 60 years may not be able to tolerate more than 500–750 mg daily, so some guidelines recommend reduction of the dose to 10 mg/kg per day in patients in this age group (2). Patients weighing less than 50 kg may not tolerate doses above 500–750 mg daily.

## B. Isoniazid
Isoniazid, a synthetic analog of pyridoxine, is the most potent antitubercular drug. It is produced from 4-methylpyridine [151]. It is the first-line agent which is highly effective in prevention and treatment of tuberculosis.

### 1. Mechanism of action:
Isoniazid, also called INH, is a prodrug that is activated by a mycobacterial catalase-peroxidase (KatG) [152] present in *M. tuberculosis*. The activated drug inhibits enoyl acyl carrier protein reductase (InhA) and a β-ketoacyl-ACP synthase (KasA). This prevents synthesis of mycolic acid, which is an essential component of mycobacterial cell wall. Isoniazid inhibits the P450 system, specifically, CYP2C19 and CYP3A [153].

### 2. Antibacterial spectrum:
INH is bacteriostatic for bacilli in the stationary phase, but for rapidly proliferating ones, it is bactericidal. It is highly potent against intracellular bacteria, particularly for treatment of *M. tuberculosis*. INH should not be given alone as resistant may emerge.

### 3. Resistance:
Resistance to INH occurs due to following factors:
- Mutation or deletion of KatG
- Over-expression of InhA
- Varying mutations of the acyl carrier proteins

There is no evidence of cross-resistance between isoniazid and other antitubercular agents.

### Administration and dosage
Isoniazid is usually taken orally but may be administered intramuscularly or intravenously to critically ill patients.

### Adults:
5 mg/kg (4–6 mg/kg) daily, maximum 300 mg
10 mg/kg (8–12 mg/kg) three times weekly, maximum 900 mg

### 4. Pharmacokinetics:
INH is readily absorbed when given orally. Absorption is impaired if it is taken with food, especially carbohydrates, or certain drugs such as aluminum-containing antacids. It takes around 1-2 hours to reach peak blood levels. It diffuses readily into all body fluids, cells, and caseous (cheese-like) material (present in patients with tuberculosis). INH can move across the placental barrier and into mother's milk. It is less than 10% bound to plasma proteins. INH readily enters host cells and is highly potent against bacilli growing intracellularly. Tissues infected with the bacteria tend to retain the drug for a longer period of time. Isoniazid is metabolized predominantly in the liver by N-acetylation and hydrolysis. Its metabolites are hepatotoxic.

Metabolism decreases in patients with chronic liver disease, and doses must be reduced in such cases. The drug is eliminated via glomerular filtration, mainly as metabolites. INH is accumulated in patients with significantly poor renal function, mainly in slow acetylators. Approximately 75 to 95% of the INH dose is excreted in 24 hours.

**5. Adverse effects:** The incidence of adverse effects and toxicity is fairly low. Toxic effects are usually seen in slow inactivators with higher doses of INH.   Except for hypersensitivity, adverse effects of INH are related to the dosage and duration of INH administration.

    **a. Peripheral neuritis:** Peripheral neuritis develops most often in malnourished patients because of a relative pyridoxine deficiency.  It manifests itself with paresthesias of the hands and feet.  Peripheral neuritis is corrected by daily administration of 25 to 50 mg of pyridoxine (vitamin B6).  INH can achieve high levels in breast milk which can lead to pyridoxine deficiency in the infant unless the mother is supplemented with pyridoxine.

    **b. Hepatitis and idiosyncratic hepatotoxicity:** INH can cause hepatitis which can be potentially fatal.  It is believed that the fatal hepatitis is caused by a toxic metabolite of monoacetylhydrazine, a byproduct of INH metabolism.  Incidence of hepatotoxicity increases with increasing age, when given concurrently with a rifampin, or among alcoholics.  Elevated levels of serum aminotransferases (ALT, AST) and bilirubin concentrations are indicative of hepatotoxicity in such cases.

**c. Drug interactions:**

**Table 6:** Drug interactions with Isoniazid

| Drug | Effect |
|------|--------|
| **Anticonvulsants** | Inhibits hepatic metabolism of carbamazepine and phenytoin, leading to elevated anticonvulsant concentrations and toxicity in some cases |
| **Aluminum Hydroxide Gel** | Decreases GI absorption of INH; INH should be given at least 1 hour before the antacid |
| **Cycloserine** | In combination with INH may result in increased cycloserine levels. CNS side effects such as dizziness or drowsiness |
| **Disulfiram** | Coordination difficulties and psychotic episodes; concurrent administration of the drugs should be avoided. |
| **Rifampin** | Hepatotoxicity occurs more frequently when rifampin and INH are administered concurrently |
| **Ketoconazole** | Concentrations may be decreased by INH, possibly decreasing the antifungal effect. |
| **Others** | May cause inhibition of metabolism of the following drugs: corticosteroids, acetaminophen, oral anticoagulants, diazepam, and theophyllines. The patient should be observed for drug toxicity |

Treatment of tuberculosis usually involves the use of at least 2 drugs; therefore, potential for drug interactions is greater.  Slow acetylators are particularly at risk.

**d. Other adverse effects:** Hypersensitivity reactions include rashes and fever.

### C. Rifamycins: Rifampin, rifabutin and rifapentine

Rifampin, rifabutin, and rifapentine are bactericidal antibiotic drugs of the rifamycin group [154]. These agents are first-line drugs for tuberculosis. They must always be used in conjunction with at least one other antituberculosis drug to which the isolate is susceptible.

**1. Rifampin:** Rifampin, an antitubercular agent, is extracted from the soil mold *Streptomyces*. It has a relatively broader antimicrobial activity than INH and is effective in the treatment of several types of bacterial infections. It is never prescribed as a single agent in the treatment of active tuberculosis because of risk of developing resistant strains.

    **a. Mechanism of action:**
    Rifampicin inhibits bacterial DNA-dependent RNA polymerase [155], which prevents synthesis of bacterial DNA-dependent RNA. The drug only acts on $\beta$ subunit of bacteria and spares human DNA-dependent RNA polymerase. The drug is thus specific for prokaryotes.
    **b. Antimicrobial spectrum:** Rifampin is bactericidal for both extracellular and intracellular mycobacteria. It is highly effective against many gram-negative and gram-positive bacteria. It is the most active antileprosy drug at present.
    **c. Resistance:** Resistance to Rifampin is usually caused by decreased permeability or a mutation in the affinity of the bacterial DNA-dependent RNA polymerase for the drug.

### Administration and dosage
Rifampicin should always be given in combination with other effective antimycobacterial agents. It can be administered intravenously in critically ill patients.
**Adults**:
10 mg/kg (8–12 mg/kg) daily or 3 times weekly, maximum 600 mg.

### d. Pharmacokinetics:
Absorption is adequate after oral administration. Rifampin is distributed readily to all body fluids and organ system. Adequate levels are achieved in the CSF even in the absence of inflammation. The drug is metabolized in the liver. Rifampin has the ability to induce the hepatic mixed-function oxidases resulting in shortened half-life and drug interactions. It is eliminated through bile and, to a much lesser degree, in urine, but dose adjustments are not required with kidney impairment. Half-life of Rifampin is around 1.5 to 5.0 hours with protein binding of 89%. Patients should be forewarned that urine, feces and other secretions will have an orange-red color. Tears can also permanently stain soft contact lenses orange-red.

### e. Adverse effects:
Rifampin is generally well tolerated. Hepatotoxicity is the most serious adverse effect of this drug; therefore, patient is required to undergo baseline and frequent LFTs (Liver function tests) to monitor and detect liver damage. Death can ensue in rare cases due to live failure. The drug should be prescribed with extreme caution in patients who are elderly, alcoholic, or have chronic liver disease especially when rifampin is given alone or with isoniazid. Rifampin can cause a flu-like syndrome that is associated with fever, chills, and myalgias. Acute renal failure, hemolytic anemia, and shock can also be seen in some cases. Nausea, vomiting, and rash are the moist common adverse effect of this drug.

**Table 7:** Adverse effects of Rifampin

| System | Adverse Effect |
|---|---|
| Liver | Hapatotoxicity resulting in jaundice, hepatitis and liver failure |
| Skin | Pruritus, rash, redness, flushing and watering of eyes |
| Respiratory | Breathlessness |
| GI | Nausea, vomiting, abdominal cramps with or without diarrhea |
| Systemic: Flu-like symptoms | Fever, chills, headache, arthralgia, and malaise |

Drug interactions:

Rifampicin is a potent liver enzyme-inducer and induces a number of cytochrome P450 enzymes (CYP2B6, CYP2C9 and CYP3A4).   Because of this property, rifampicin can cause a number of adverse effects when taken concurrently with other drugs [156].  For example, patients undergoing long term warfarin therapy should be cautious and increase their dosage of warfarin accordingly [157].

**Rifabutin**:
Rifabutin, a bactericidal antibiotic drug and a derivative of rifampin, is the preferred agent in tuberculosis-infected human immunodeficiency virus (HIV) patients who are concomitantly treated with protease inhibitors or non-nucleoside reverse transcriptase inhibitors as it is a comparatively less potent inducer of cytochrome P450 enzymes. Its adverse effects are similar to those of rifampin but it can also cause skin hyperpigmentation, uveitis, and neutropenia.

**Rifapentine**:
Rifapentine has activity similar to that of rifampin but has a longer half-life than rifampin and rifabutin, which allows weekly dosing. However, rifapentine is prescribed twice weekly for the initial 2 months (intensive phase) of the short-course therapy for tuberculosis.  Rifapentine is administered once weekly for 4 months in the continuation phase. To avoid resistance issues, rifapentine should not be prescribed alone to avoid resistance.

**D**. **Pyrazinamide**
Pyrazinamide is a synthetic, bactericidal, antitubercular agent which highly effective in combination with other antitubercular drugs.

**Administration and dosage**
Pyrazinamide is administered orally.
**Adults** (usually for the first 2 or 3 months of Tuberculosis treatment):
25 mg/kg (20–30 mg/kg) daily
35 mg/kg (30–40 mg/kg) 3 times weekly

Pyrazinamide is administered under the following conditions:

- In combination with other antitubercular drugs such as isoniazid and rifampicin in the treatment of tuberculosis.
- Pyrazinamide in combination with rifampin is a preferred treatment for latent tuberculosis [158].
- It is also a potent antiuricosuric drug [159].

It is bactericidal to actively dividing organisms, but the mechanism of its action is poorly understood. It must be hydrolyzed to its active form i.e. pyrazinoic acid. Pyrazinamide is well absorbed when administered orally. It is distributed all over the body and easily penetrates the CSF. It is metabolized in the liver and is excreted via kidneys. Liver impairment can occur in approximately 1-5% of patients taking isoniazid, rifampin, and pyrazinamide. Some patients experience urate retention that can trigger a gouty attack.

## E. **Ethambutol**

Ethambutol is a bacteriostatic which is prescribed in the treatment of tuberculosis in combination with other anti-tubercular drugs [160]. Ethambutol inhibits arabinosyl transferase—an enzyme essential for cell wall biosynthesis. This leads to increase cell wall permeability and ultimately cell lysis. Resistance is rare if the drug is prescribed along with other antitubercular drugs. When administered orally, approximately 80% of the drug is absorbed from the gastrointestinal tract. It is well distributed throughout the body and penetrates into the central nervous system (CNS). It is metabolized in the liver. Its half life is 3-4 hours; however, in patient with poor kidney function it extends up to 8 hours.

### **Administration and dosage**
Ethambutol is administered orally.
**Adults**:
15 mg/kg (15–20 mg/kg) daily
30 mg/kg (25–35 mg/kg) 3 times weekly
Dosage should always be carefully calculated on a weight basis to avoid toxicity, and the dose or the dosing interval should be changed or adjusted in patients with poor renal function (creatinine clearance <70 ml/min). Ethambutol should be given 3 times per week in patients with creatinine clearance of less than 30 ml/minute,

Ethambutol and its metabolites are excreted by glomerular filtration and tubular secretion. Ethambutol can cause optic neuritis, which results in reduced visual acuity and red-green color blindness; therefore, it is contraindicated in children below six years of age. The drug should be discontinued immediately after detecting optic neuritis. Symptoms may then reverse. Ethambutol can also impair urate excretion resulting in gouty attacks. Some of the adverse effects of ethambutol include:

- Optic neuritis [161]
- Red-green color blindness
- Peripheral neuropathy
- Hyperuricaemia
- Arthralgia
- Milk skin reaction
- Nystagmus

Contraindications
- Known hypersensitivity.
- Active, unstable liver disease (with jaundice)
- Porphyria

## F. Alternate second-line drugs

Several pharmaceutical agents are considered to be second-line drugs because of the following reasons:
- These drugs are less potent than the first-line agents
- Their toxicities are usually more serious
- They are especially effective against atypical strains of mycobacteria.

Second-line anti-tubercular drugs include streptomycin, para-aminosalicylic acid, ethionamide, cycloserine, capreomycin, fluoroquinolones, and macrolides.

## 1. Streptomycin:

Streptomycin is an aminoglycoside antibiotic extracted from the soil actinomycete *Streptomyces griseus*. The drug binds to the 30S ribosomal subunit of *M. tuberculosis* and impairs protein synthesis. Streptomycin is extensively used as a first line anti-tubercular agent in patients that have previously been treated for tuberculosis. It is also added to first line regimens because patients that have previously been treated for tuberculsois are more likely to have developed some drug resistance It is rapidly absorbed after intramuscular injection, but is poorly absorbed in the GI tract. Its half life is 5-6 hours.  Its prominent adverse effects include nephrotoxicity and ototoxicity.
Patients that are resistant to both rifampicin and isoniazid are should not be retreated with first line agents but instead initiated onto a second line regimen.

### Administration and dosage
Streptomycin must be given by deep intramuscular injection. It can also be given IV.
**Adults**:
15 mg/kg (12–18 mg/kg) daily, or 2 or 3 times weekly; maximum daily dose is 1000 mg.
Dose should be adjusted in elderly and patients weighing less than 50 kg as they may not be able to tolerate high dose of the drug i.e. more than 500–750 mg daily.

### Contraindications
- Known hypersensitivity.
- Ototoxicity or auditory nerve impairment.
- Myasthenia gravis.
- Pregnancy.

## 2. Capreomycin:

This is a peptide antibiotic that inhibits protein synthesis. It is administered intramuscularly and has bacteriostatic activity [162]. Capreomycin is mainly prescribed for the treatment of multidrug-resistant tuberculosis. It should not be given with streptomycin because of risk of auditory vestibular nerve damage. Patient should be monitored for nephrotoxicity and ototoxicity.

### 3. Cycloserine

This is an orally effective antibiotic that impairs bacterial cell wall synthesis involving D-alanine. It is well distributes well throughout body fluids, including the CSF. When taken orally, it is rapidly and almost completely absorbed (70 to 90%) from the gastrointestinal tract. Its half-life is around10 hours, and is prolonged in patients with poor renal function. Cycloserine and its metabolite are excreted in urine. Adverse effects include CNS disturbances, peripheral neuropathies and epileptic seizure.

### 4. Ethionamide:

This is a structural analog of isoniazid and an antibiotic that can inhibit acetylation of isoniazid. It is a prodrug [163] and is used in the treatment of multi-drug-resistant and extensively drug-resistant tuberculosis [164]. When taken orally, it is almost completely absorbed. Its bioavailability is approximately 100% and is distributed extensively throughout the body, including the CSF. It is approximately 30% bound to proteins with half-life of 2-3 hours. It is metabolized in the liver and is eliminated through urine.

Prominent adverse effects include gastric irritation, optic neuritis, peripheral neuropathies and hepatotoxicity.

### 5. Fluoroquinolones:

Fluoroquinolones are derivatives of fluorine-containing nalidixic acid with broad-spectrum antimicrobial activity. The fluoroquinolones, particularly ciprofloxacin, moxifloxacin and levofloxacin are also effective in the treatment of multidrug-resistant tuberculosis. Fluoroquinolones have antituberculous activity; however, they are not one of the standard antitubercular agents.

**Table 8:** Advantages and Disadvantages of Fluoroquinolones

| Advantages | Disadvantages |
|---|---|
| • Add to the bactericidal and sterilizing effect of the combination therapy.<br>• Improve compliance<br>• Have a better safety profile as compared with the first-line drugs | • Increase liver and central nervous system (CNS) toxicity of antituberculous agents<br>• Cause additional adverse drug reactions, such as musculoskeletal and GI gastrointestinal problems, cardiac arrhythmias, psychosis, and convulsions<br>• Greater risk of resistance |

### 6. Macrolides:

The macrolides, such as azithromycin and clarithromycin, are antibiotics which can be used in the treatment of tuberculosis. Macrolides in combination ethambutol and rifabutin are effective against infections by *M. avium-intracellulare* complex. Azithromycin is preferred for HIV-infected patients because it is least likely to interact with antiretroviral drugs. Macrolides inhibit bacterial protein biosynthesis by preventing peptidyltransferase from adding the peptidyl attached to tRNA to the next amino acid [165] and inhibiting ribosomal translocation [165]. It is

also believed that premature dissociation of the peptidyl-tRNA from the ribosome [166] also inhibits bacterial protein biosynthesis.

**Table 9:** Second-Line Anti-tuberculosis Medications

| Drug | Route | Daily dose** Maximum dose | Adverse reactions | Monitoring | Comments |
|---|---|---|---|---|---|
| Capreomycin | IM or IV | 15-30 mg/kg (1g) | • Toxicity<br>  o auditory<br>  o vestibular<br>  o renal | • Assess vestibular function and hearing function prior to initiation of therapy and at regular intervals during treatment<br>• Measure blood urea nitrogen and creatinine throughout treatment | • After bacteriologic conversion, dosage may be reduced to 2-3 times per week<br>• Safety and effectiveness in children have not been established |
| Kanamycin | IM or IV | 15-30 mg/kg (1g) | • Toxicity<br>  o auditory<br>  o vestibular<br>  o renal | • Assess vestibular function and hearing function prior to initiation of therapy and at regular intervals during treatment<br>• Measure blood urea nitrogen and creatinine throughout treatment | • After bacteriologic conversion, dosage may be reduced to 2-3 times per week<br>• Not approved by FDA for Tuberculosis treatment |
| Amikacin | IM or IV | 15-30 mg/kg (1g) | • Toxicity<br>  o auditory<br>  o vestibular<br>  o renal<br>• Chemical imbalance<br>• Dizziness | • Assess vestibular function and hearing function prior to initiation of therapy and at regular intervals during treatment<br>• Measure renal function and serum drug levels | • After bacteriologic conversion, dosage may be reduced to 2-3 times per week<br>• Not approved by FDA for Tuberculosis treatment |

| | | | | | |
|---|---|---|---|---|---|
| **Ethionamide** | PO | 15-20 mg/kg (1g) | • GI upset<br>• Hepato-toxicity<br>• Hypersen-sitivity<br>• Metallic taste | • Measure hepatic enzymes | • Start with low dosage and increase as tolerated<br>• May cause hypothyroid condition, especially if used with PAS |
| **Para-aminosalicylic acid (PAS)** | PO | 150 mg/kg (16g) | • GI upset<br>• Hypersensitivity<br>• Hepato-toxicity<br>• Sodium load | • Measure hepatic enzymes<br>• Assess volume status | • Start with low dosage and increase as tolerated<br>• Monitor cardiac patients for sodium load<br>• May cause hypothyroid condition, especially if used with ethionamide |
| **Cycloserine** | PO | 15-20 mg/kg (1g) | • Psychosis<br>• Convulsion<br>• Depression<br>• Headaches<br>• Rash<br>• Drug interactions | • Assess mental status<br>• Measure serum drug levels | • Start with low dosage and increase as tolerated<br>• Pyridoxine may decrease CNS effects |
| **Ciprofloxacin** | PO | 750-1500 mg/day | • GI upset<br>• Dizziness<br>• Hypersensitivity<br>• Drug interactions<br>• Headaches<br>• Restlessness | • Drug interactions | • Not approved by the FDA for Tuberculosis treatment<br>• Should not be used in children<br>• Avoid coadministration within 2 hours of:<br>o Antacids<br>o Iron<br>o Zinc<br>o Sucralfate |

| | | | | | |
|---|---|---|---|---|---|
| **Ofloxacin** | PO | 600-800 mg/day | • GI upset<br>• Dizziness<br>• Hypersen-sitivity<br>• Drug interaction<br>• Headaches<br>• Restlessness | • Drug interactions | • Not approved by the FDA for Tuberculosis treatment<br>• Should not be used in children Avoid coadministration within 2 hours of:<br>  o Antacids<br>  o Iron<br>  o Zinc<br>  o Sucralfate |
| **Levofloxacin** | PO | 500 mg/day | • GI upset<br>• Dizziness<br>• Hypersensitivity<br>• Drug interactions<br>• Headaches<br>• Restlessness | • Drug interactions | • Not approved by the FDA for Tuberculosis treatment<br>• Should not be used in children Avoid coadministration within 2 hours of:<br>  o Antacids<br>  o Iron<br>  o Zinc<br>  o Sucralfate |
| **Clofazimine** | PO | 100-300 mg/day | • GI upset<br>• Discoloration of skin<br>• Severe abdominal pain and organ damage due to crystal deposition | • Drug interactions | • Not approved by FDA for Tuberculosis treatment<br>• Avoid sunlight Consider dosing at mealtime<br>• Efficacy unproven |

PO - by mouth, IM - intramuscular, IV – intravenous
   *Consult product insert for detailed information
   **Adjust weight-based dosages as weight changes.
   Notes: Doses for children same as for adults. Use these drugs only in consultation with a clinician experienced in the management of drug-resistant tuberculosis.

**Table 10:** Side effects of second-line antituberculosis drugs

| Drug | Major adverse effects | Rare adverse effects |
|---|---|---|
| **Kanamycin** | Vestibular (vertigo) and auditory nerve damage | Cutaneous hypersensitivity |
| **Amikacin** | Vestibular damage (vertigo) and auditory nerve damage | Clinical renal failure |
| **Capreomycin** | Nephrotoxicity | |
| **Ethionamide** | Gastrointestinal anorexia, nausea, | Convulsions, mental symptoms, |

| Drug | Major adverse effects | Rare adverse effects |
|---|---|---|
| (prothionamide) | diarrhea, abdominal pain, hepatotoxicity | impotence, gynecomastia |
| Fluoroquinolones | Gastrointestinal anorexia, nausea, vomiting | Anxiety, dizziness, headache, convulsions, rupture of the Achilles tendon |
| Cycloserine | Dizziness, headache, depression, psychosis, convulsions | Suicide, generalized hypersensitivity, hepatitis |
| Para-aminosalicylic acid | Gastrointestinal anorexia, nausea, vomiting, hypersensitivity reactions (fever, rash, pruritus) | Hypothyroidism, hematological reactions |

**Table 11**: Symptom-based approach to managing side-effects of anti-tuberculosis drugs

| Side-effects | Drug(s) likely responsible | Management |
|---|---|---|
| Major | | Stop responsible drug(s) and refer to clinician urgently |
| Skin rash with or without itching | Streptomycin, isoniazid, rifampicin, pyrazinamide | Stop anti-Tuberculosis drugs |
| Deafness (no wax on otoscopy) | Streptomycin | Stop streptomycin |
| Dizziness (vertigo and nystagmus) | Streptomycin | Stop streptomycin |
| Jaundice (other causes excluded), hepatitis | Isoniazid, pyrazinamide, rifampicin | Stop anti-Tuberculosis drugs |
| Confusion (suspect drug-induced acute liver failure if there is jaundice) | Most anti-Tuberculosis drugs | Stop anti-Tuberculosis drugs |
| Visual impairment (other causes excluded) | Ethambutol | Stop ethambutol |
| Shock, purpura, acute renal failure | Rifampicin | Stop rifampicin |
| Decreased urine output | Streptomycin | Stop streptomycin |
| Minor | | Continue anti-Tuberculosis drugs, check drug doses |
| Anorexia, nausea, abdominal pain | Pyrazinamide, rifampicin, isoniazid | Give drugs with small meals or just before bedtime, and advise patient to swallow pills slowly with small sips of water. If symptoms persist or worsen, or there is protracted vomiting or any sign of bleeding, consider the side-effect to be major and refer to clinician urgently. |
| Joint pains | Pyrazinamide | Aspirin or non-steroidal anti-inflammatory drug, or |

| | | paracetamol |
|---|---|---|
| Burning, numbness or tingling sensation in the hands or feet | Isoniazid | Pyridoxine 50–75 mg daily |
| Drowsiness | Isoniazid | Reassurance. Give drugs before bedtime |
| Orange/red urine | Rifampicin | Reassurance. Patients should be told when starting treatment that this may happen and is normal |
| Flu syndrome (fever, chills, malaise, headache, bone pain) | Intermittent dosing of rifampicin | Change from intermittent to daily rifampicin administration |

## STANDARD TREATMENT AND REGIMENS

**Table 12**: Standard regimen and dosing frequency for new tuberculosis patients

| Intensive phase | Continuation phase | Comments |
|---|---|---|
| 2 months of HRZE* | 4 months of HR | |
| 2 months of HRZE | 4 months of HRE | Applies only in countries with high levels of isoniazid resistance in new Tuberculosis patients, and where isoniazid drug susceptibility testing in new patients is not done (or results are unavailable) before the continuation phase begins |

- **WHO no longer recommends omission of ethambutol during the intensive phase of treatment for patients with non-cavitary, smear-negative pulmonary tuberculosis or extrapulmonary disease who are known to be HIV-negative.**

H = isoniazid, R= rifampicin, Z = pyrazinamide, E= ethambutol, S = streptomycin

| Dosing frequency | | Comments |
|---|---|---|
| **Intensive Phase** | **Continuation Phase** | |
| **Daily** | **Daily** | **Optimal** |
| Daily | 3 times per week | Acceptable alternative for any new Tuberculosis patient receiving directly observed therapy |
| 3 times per week | 3 times per week | Acceptable alternative provided that the patient is receiving directly observed therapy and is NOT living with HIV or living in an HIV-prevalent setting (see Chapter 5) |

*Note*: Daily (rather than three times weekly) intensive-phase dosing may help to prevent acquired drug resistance in tuberculosis patients starting treatment with isoniazid resistance.

### New patients presumed or known to have drug-susceptible tuberculosis Recommendations:

- New patients with pulmonary Tuberculosis should receive a regimen containing 6 months of rifampicin: 2HRZE/4HR
- Note: The 2HRZE/6HE treatment regimen should be phased out
- Wherever feasible, the optimal dosing frequency for new patients with pulmonary tuberculosis is daily throughout the course of therapy
- New patients with Tuberculosis should not receive twice weekly dosing for the full course of treatment unless this is done in the context of formal research

### Standard regimens for new Tuberculosispatients
(Presumed, or known, to have drug-susceptible tuberculosis)

| Intensive phase | Continuation phase |
|---|---|
| 2 months of HRZE* | 4 months of HR |

*WHO no longer recommends omission of ethambutol during the intensive phase of treatment for patients with non-cavitary, smear-negative PTB or EPTB who are known to be HIV-negative. In tuberculous meningitis, ethambutol should be replaced by streptomycin.
H = isoniazid, R= rifampicin, Z = pyrazinamide, E= ethambutol, S = streptomycin

### Standard regimens for new Tuberculosis patients
(In settings where the level of isoniazid resistance among new tuberculosis cases is high and isoniazid susceptibility testing is not done (or results are not available) before the continuation phase begins)

| Intensive phase | Continuation phase |
|---|---|
| 2 months of HRZE | 4 months of HRE |

**Table 13:** General principles for designing MDR-Tuberculosis treatment regimens

| Principles | Comments |
|---|---|
| **1. Use at least 4 drugs certain to be effective** | The more of the following factors are present, the more likely it is that the drug will be effective:<br>• Resistance to these drugs is known from surveys to be rare in similar patients.<br>• DST results show susceptibility to drugs for which there is good laboratory reliability: injectable agents and fluoroquinolones.<br>• The drug is not commonly used in the area.<br>• For decisions about an individual patient – no prior history of treatment failure with the drug; no known close contacts with resistance to the drug. |
| **2. Do not use drugs for which there is the possibility of cross-resistance** | • Many antituberculosis agents exhibit cross-resistance both within and across drug classes |
| **3. Eliminate drugs that are not safe** | • Quality of the drug is unknown.<br>• For decisions about an individual patient – known severe allergy or unmanageable intolerance; high risk of severe adverse drug effects such as renal failure, deafness, hepatitis, depression and/or psychosis. |
| **4. Include drugs from Groups 1–5 in a hierarchical order based on potency** | • Use any of the first-line oral agents (Group 1) that are likely to be effective.<br>• Use an effective aminoglycoside or polypeptide by injection (Group 2).b<br>• Use a fluoroquinolone (Group 3).<br>• Use the remaining Group 4 drugs to complete a regimen of at least drugs.<br>• For regimens with fewer than four effective drugs, consider adding two Group 5 drugs. The total number of drugs will depend on the degree of uncertainty, and regimens often contain five to seven. |

Avoid streptomycin even if DST suggests susceptibility because of high rates of resistance with resistant tuberculosis strains and higher incidence of ototoxicity.


**Table 14:** Groups of drugs to treat MDR-Tuberculosis

| Group | Drugs (abbreviations) | |
|---|---|---|
| **Group 1:**<br>First-line oral agents | • pyrazinamide (Z)<br>• ethambutol (E)<br>• rifabutin (Rfb) | |
| **Group 2:**<br>Injectable agents | • kanamycin (Km)<br>• amikacin (Am) | • capreomycin (Cm)<br>• streptomycin (S) |
| **Group 3:**<br>Fluoroquinolones | • levofloxacin (Lfx)<br>• moxifloxacin (Mfx)<br>• ofloxacin (Ofx) | |
| **Group 4:**<br>Oral bacteriostatic second-line agents | • para-aminosalicylic acid (PAS)<br>• cycloserine (Cs)<br>• terizidone (Trd) | • ethionamide (Eto)<br>• protionamide (Pto) |

| Group 5:<br>Agents with unclear role in<br>treatment of drug resistant-<br>TUBERCULOSIS | • clofazimine (Cfz)<br>• linezolid (Lzd)<br>• amoxicillin/clavulanate<br>(Amx/Clv)<br>• thioacetazone (Thz) | • imipenem/cilastatin<br>(Ipm/Cln)<br>• high-dose isoniazid (high-<br>dose H)b<br>• clarithromycin (Clr) |

**Table 15:** Treatment of tuberculosis in special conditions

| Condition | Treatment |
|---|---|
| Pregnancy | First line Chemotherapy is safe during pregnancy. Streptomycin is avoided because it can cause ototoxicity to the fetus. Addition of pyridoxine 10 mg/day in is recommended for prevention of isoniazid induced peripheral neuropathy. |
| Renal failure | Dosages should be adjusted according to the creatinine clearance especially when patient is prescribed streptomycin, ethambutol and isoniazid. Ethambutol should be administered 8 hours before hemodialysis in acute renal failure. |
| Diabetes mellitus | Standard recommended chemotherapy must be used. Doses of oral hypoglycemics may have to be increased due to drug interaction with rifampin. Pyridoxine 10 mg/day is recommended to prevent isoniazid peripheral neuropathy. |
| Pre-existing liver disease | All anti-tuberculous drugs may be used in patients with stable disease, although periodic monitoring of liver function tests is essential in such cases. |
| Tuberculosis with HIV co-infection | In early stages, the presentations of tuberculosis in tuberculosis-HIV co-infection is the same as HIV negative but in late stages extra-pulmonary and dissemination are frequently seen. Diagnostic problems may arise in such cases. The usual short course chemotherapy as per treatment categories is indicated in HIV-positive patients. The response is usually good but relapse is more frequent. |

## HIV INFECTION: AIDS

Human immunodeficiency virus (HIV) is a lentivirus (a member of the retrovirus family) that causes AIDS (acquired immunodeficiency syndrome), [167-168] a condition characterized by profound lymphopenia and progressive failure of the immune system susceptibility to life-threatening infections with opportunistic pathogens.  It is mainly transmitted sexually, but it is also transmitted parenterally among intravenous drug users and vertically from mothers to their infants [169].

HIV infects vital cells in the human immune system such as helper T cells (specifically $CD4^+$ T cells), macrophages, and dendritic cells [170]. HIV infection leads to low levels of $CD4^+$ T cells through three main mechanisms:

1.  HIV kills infected cells directly
2.  HIV accelerates rates of apoptosis in infected cells
3.  CD8 cytotoxic lymphocytes kill infected $CD4^+$ T cells by CD8 cytotoxic lymphocytes. As the infection progresses, $CD4^+$ T cell numbers decline below a critical level, the immune system becomes sluggish and weak, and the person becomes more susceptible to infections.

HIV infection is a pandemic according to the World Health Organization (WHO) [171].  In 2010 alone HIV/AIDS killed 1.8 million people, 1.2 million of whom were living in sub-Saharan Africa. Approximately 34 million people have HIV globally [172]. The HIV epidemics in North America and Europe are shrinking and have shown negative trends in the last decade because of huge education campaigns and the advent of new highly effective anti-HIV drugs

HIV is a double-stranded, enveloped RNA retrovirus from the family of Retroviridae [173], with a tropism for human $CD4^+$ expressing cells, including T cells and macrophages [174]. It is a member of the genus Lentivirus [175].  Two types of HIV have been characterized; HIV-1 and HIV-2. HIV-2 is more prevalent in West Africa [176] and usually takes more time from infection to the development of immunodeficiency than HIV-1 which is globally present.  HIV 1 is more virulent, more infective [177] for HIV.

### AIDS

AIDS is defined as either a $CD4^+$ T cell numbers less than 200 cells per µL or is based on the occurrence of specific diseases in association with an HIV infection [178]. Approximately 50% people infected with HIV eventually develop AIDS within ten years if not treated [178]. The most common initial conditions that indicate the presence of AIDS are PCP pneumonia (40%), HIV wasting syndrome (20%) and esophageal candidiasis [178]. Other common symptoms include recurring tract infections (such as pneumonia) [178].

Bacteria, viruses, fungi and parasites cause opportunistic infections that are normally controlled by the immune system [179].  These infections can affect nearly every organ system [180]. People with AIDS have an increased risk of developing various viral induced cancers including: Kaposi's sarcoma, Burkitt's lymphoma, primary central nervous system lymphoma, and cervical cancer [181].  Kaposi's sarcoma is the most common cancer occurring in 10–20% of people with HIV [182]. Lymphoma is the second most common cancer resulting in death of nearly 16% of people with AIDS and is the initial sign of AIDS in 3–4% [182].  Both these cancers are associated with human herpesvirus 8 [182].  Additionally, they frequently have systemic symptoms like a prolonged fevers, sweats (particularly at night), swollen lymph nodes,

chills, weakness, and weight loss [183]. Diarrhea is another common symptoms present in approximately 90% of people with AIDS [184].

HIV infection cannot be eradicated with currently available antiretroviral (ARV) drugs and regimens.  This is true even for new, potent drugs that are added to a treatment regimen that is already suppressing plasma viral load below the limits of detection of Immunoassays [185]. This is mainly because the pool of latently infected CD4 T cells is established very early during acute HIV infection [186] and persists with a long half-life, even with protracted suppression of plasma viremia [187-191].  Therefore the primary goals for initiating antiretroviral therapy (ART) include:
- Reduction of HIV-associated morbidity
- Prolong the duration and quality of survival
- Restoration and preservation of immunologic function
- Maximal and sustained suppression of plasma HIV viral load
- Prevention of HIV transmission.

Benefits of ART include:
- Reduction in HIV-related morbidity and mortality [192-195]
- Reduction in perinatal [196] and behavior-associated transmission of HIV [197-201]

Maximal and sustained suppression of viremia delays or prevents the selection of drug-resistance mutations, preserves CD4 T-cell numbers, and gives significant clinical benefits [202-203].

Initiating antiretroviral treatment or ART requires looking at the following factors:
- Weighing the benefits and risks of treatment on morbidity and mortality
- Drug toxicity, resistance, and interactions
- Costs and problems related to lifelong treatment

Viral suppression is achieved with the use of ARV regimens with at least two, and preferably three, active drugs from two or more drug classes. Specific ARV regimens should be designed according to patient's characteristics and baseline resistance testing.  New drug regimens should be introduced if the initial suppression fails.  Predictors of virologic success include:
- High potency of ARV regimen
- Adherence to drug treatment [204]
- Low baseline viremia [205]
- Higher baseline CD4 count (>200 cells/mm3) [206]
- Rapid reduction of viremia in response to treatment [205, 207]

The treatment of HIV/AIDS includes the use of antiretroviral drugs which reduce the growth and replication of HIV. When three or four such drugs are taken in combination, the approach is called HAART or Highly Active AntiRetroviral Therapy. There are different classes of antiretroviral drugs that act on different stages of the HIV life-cycle. They suppress replication of HIV and restore the immunity.

More than 20 approved antiretroviral (ARV) drugs in six classes are available for the treatment of HIV/AIDS.   These six classes can also be used in combinations and include:
1. Nucleoside/nucleotide reverse transcriptase inhibitors(NRTIS)

2. Non-nucleoside reverse transcriptase inhibitors (NNRTIS)
3. Protease inhibitors (PIS)
4. Fusion inhibitors (FIS)
5. CCR5 antagonists
6. Integrase strand transfer inhibitors (INSTIs).

**Table 16:** Classes of drugs used to treat HIV

| Drug Class | Generic Name (Acronym) | Brand Name | Manufacturer | FDA Approval |
|---|---|---|---|---|
| **Non-nucleoside Reverse Transcriptase Inhibitors (NNRTIs)** | | | | |
| NNRTIs bind to and alter reverse transcriptase, an enzyme HIV needs to make copies of itself. | Delavirdine (DLV) | Rescriptor | Pfizer | April 4, 1997 |
| | Efavirenz (EFV) | Sustiva | Bristol-Myers Squibb | Sept. 17, 1998 |
| | Etravirine (ETR) | Intelence | Tibotec | Jan. 18, 2008 |
| | Nevirapine (NVP) | Viramune | Boehringer Ingelheim | June 21, 1996 |
| | Rilpivirine (RPV) | Edurant | Janssen Pharmaceuticals, Inc. | May 20, 2011 |
| **Nucleoside Reverse Transcriptase Inhibitors (NRTIs)** | | | | |
| NRTIs block reverse transcriptase, an enzyme HIV needs to make copies of itself. | Abacavir (ABC) | Ziagen | GlaxoSmithKline | Dec. 17, 1998 |
| | Didanosine (ddI) | Videx Videx EC (enteric-coated) | Bristol-Myers Squibb Bristol-Myers Squibb | Oct. 9, 1991 Oct. 31, 2000 |
| | Emtricitabine (FTC) | Emtriva | Gilead Sciences | July 2, 2003 |
| | Lamivudine (3TC) | Epivir | GlaxoSmithKline | Nov. 17, 1995 |
| | Stavudine (d4T) | Zerit | Bristol-Myers Squibb | June 24, 1994 |
| | Tenofovir DF (TDF) | Viread | Gilead Sciences | Oct. 26, 2001 |
| | Zidovudine (ZDV, AZT) | Retrovir | GlaxoSmithKline | March 19, 1987 |
| **Protease Inhibitors (PIs)** | | | | |
| PIs block HIV protease, an enzyme HIV needs to make copies of itself. | Atazanavir (ATV) | Reyataz | Bristol-Myers Squibb | June 20, 2003 |
| | Darunavir (DRV) | Prezista | Janssen Pharmaceuticals, Inc. | June 23, 2006 |
| | Fosamprenavir (FPV) | Lexiva | GlaxoSmithKline | Oct. 20, 2003 |
| | Indinavir (IDV) | Crixivan | Merck | March 13, 1996 |
| | Nelfinavir (NFV) | Viracept | Agouron Pharmaceuticals | March 14, 1997 |
| | Ritonavir (RTV) | Norvir | Abbott Laboratories | March 1, 1996 |
| | Saquinavir (SQV) | Invirase | Hoffmann-La Roche | Dec. 6, 1995 |
| | Tipranavir (TPV) | Aptivus | Boehringer Ingelheim | June 20, 2005 |

| Fusion Inhibitors | | | | |
|---|---|---|---|---|
| Fusion inhibitors block HIV from entering the CD4 cells of the immune system. | Enfuvirtide (T-20) | Fuzeon | Hoffmann-La Roche, Trimeris | March 13, 2003 |
| **CCR5 Antagonists** | | | | |
| CCR5 entry inhibitors block CCR5, a protein on the CD4 cells that HIV needs to enter the cells. | Maraviroc (MVC) | Selzentry | Pfizer | Aug. 6, 2007 |
| **Integrase Inhibitors** | | | | |
| Integrase inhibitors block HIV integrase, an enzyme HIV needs to make copies of itself. | Raltegravir (RAL) | Isentress | Merck | Oct. 12, 2007 |
| **Fixed-Dose Combinations** | | | | |
| Fixed-dose combination tablets contain two or more anti-HIV medications from one or more drug classes. | Abacavir, Lamivudine | Epzicom | GlaxoSmithKline | Aug. 2, 2004 |
| | Abacavir, Lamivudine, Zidovudine | Trizivir | GlaxoSmithKline | Nov. 14, 2000 |
| | Efavirenz, Emtricitabine, Tenofovir DF | Atripla | Bristol-Myers Squibb, Gilead Sciences | July 12, 2006 |
| | Elvitegravir*, Cobicistat† , Emtricitabine, Tenofovir DF | Stribild | Gilead Sciences | Aug. 27, 2012 |
| | Emtricitabine, Rilpivirine, Tenofovir DF | Complera | Gilead Sciences | Aug. 10, 2011 |
| | Emtricitabine, Tenofovir DF | Truvada | Gilead Sciences | Aug. 2, 2004 |
| | Lamivudine, Zidovudine | Combivir | GlaxoSmithKline | Sept. 27, 1997 |
| | Lopinavir, Ritonavir | Kaletra | Abbott Laboratories | Sept. 15, 2000 |

The current recommendation for primary therapy is to administer two NRTIs with either a
protease inhibitor, an NNRTI, or an integrase inhibitor. Selection of the combination is based on
following factors:

1. Avoiding the use of two drugs of the same nucleoside analog
2. Avoiding overlapping drug toxicities and phenotypic and genotypic characteristics of the virus
3. Patient factors, such as disease symptoms and concurrent illnesses
4. Drug interactions and its impact on the body
5. Adherence

**Nucleoside Reverse Transcriptase Inhibitors (NRTIs)**

Overview of NRTIs
NRTIs are a class of oral antiretroviral (ARV) drugs used to treat HIV infection, tumors [208],
and cancer [209]. They reduce HIV viremia and enhance immune system by improving CD4 T
cell counts. NRTIs form the "backbone" of HIV treatment [210-211] and are the key components
of ART therapy.
The NRTI class includes seven agents:

- Tenofovir disoproxil fumarate (TDF), an adenosine-derived nucleotide reverse transcriptase
  inhibitor,
- Emtricitabine (FTC) and lamivudine (3TC), both cytosine analogs
- Abacavir sulfate (ABC), a guanosine analog
- Stavudine (d4T) and zidovudine (ZDV), both thymidine analogs
- Didanosine (ddI), the inosine derivative
- Zalcitabine (ddC), which is no longer commercially available.

There is one more agent of this class which called entecavir (ETV) or Baraclude, a guanine
analog that s approved for the treatment of hepatitis B but not for HIV.

1. Mechanism of action:
NRTIs are analogs natural deoxynucleotides competing for incorporation into the growing DNA
chain. After entering the cells, they are phosphorylated by cellular enzymes to the corresponding
triphosphate analog that is preferentially integrated into the viral DNA by virus reverse
transcriptase. A 3'-5'-phosphodiester bond between an incoming nucleoside triphosphate and the
growing DNA chain is not formed because the 3'-hydroxyl group is not present, and DNA chain
elongation is terminated.

2. Pharmacokinetics:
The NRTIs are mainly excreted by kidney, and all agents need dosage adjustment in renal
insufficiency (creatinine clearance of less than 50 mL/min) with the exception of abacavir.

3. Adverse effects:
The majority of the toxicities caused by the NRTIs are believed to be because of mitochondrial
DNA polymerase inhibition in specific tissues. Drugs such as zalcitabine, didanosine, and
stavudine (all dideoxynucleosides) can cause toxicities such as peripheral neuropathy,
lipoatrophy, and pancreatitis. Overlapping toxicities should be avoided when more than NRTI is
administered. NRTIs are associated with a potentially fatal hepatotoxicity that is characterized
by lactic acidosis and hepatomegaly (liver enlargement) with steatosis.

4. Drug interactions: NRTIs are excreted through kidney; therefore, few drug interactions are seen with these agents except for zidovudine and tenofovir.

5. Resistance: NRTI resistance is well characterized usually because of mutation at viral codon 184, which gives a high degree of resistance to drugs such as lamivudine and emtricitabine.  It also restores sensitivity to zidovudine and tenofovir.

Concomitant use of agents in the same class is contraindicated because of cross-resistance and antagonism that occurs between agents of the same analog class.

**Table 17:** Characteristics of Nucleoside Reverse Transcriptase Inhibitors (NRTIs)

| Generic/ Trade Name | Formulation | Dosing Recommendations | Serum/ Intracellular Half lives and Elimination | Adverse Events |
|---|---|---|---|---|
| **Abacavir** (ABC)/Ziagen Also available as component of fixed-dose combinations: | Ziagen • 300-mg tablets • 120-mg/mL oral solution | Ziagen 300 mg BID or 600 mg once daily<br><br>Take without regard to meals | 1.5 hrs/ 12–26 hrs Metabolized by alcohol Dehydrogenase and glucuronyl transferase | HSRs: Patients who test positive for HLA-B*5701 are at highest risk. HLA screening should be done before initiation of ABC. Rechallenge is not recommended. Symptoms of HSR may |
| Trizivir ABC with ZDV+3TC | Trizivir (ABC 300 mg + ZDV 300 mg + 3TC 150 mg) tablet | Trizivir 1 tablet BID | Renal excretion of metabolites 82%<br><br>Dosage adjustment for ABC recommended in patients with hepatic insufficiency | include fever, rash, nausea, vomiting, diarrhea, abdominal pain, malaise or fatigue or respiratory symptoms such as sore throat, cough, or shortness of breath. Some cohort studies suggest |
| Epzicom ABC with 3TC | Epzicom (ABC 600 mg + 3TC 300 mg) tablet | Epzicom 1 tablet once daily | | increased risk of MI with recent or current use of ABC, but this risk is not substantiated in other studies. |
| **Didanosine** (ddI)/ Videx EC (generic available; dose same as Videx EC) | Videx EC 125-, 200-, 250-, 400-mg capsules Videx 10-mg/mL oral solution | **Body weight ≥60kg:** 400 mg once daily *With TDF:* 250 mg once daily **Body weight <60kg:** 250 mg once daily *With TDF:* 200 mg once daily Take 1/2 hour before or 2 hours after a meal **Note: Preferred dosing with oral solution is BID (total daily dose divided into 2 doses)** | 1.5 hrs/ >20 hrs<br><br>Renal excretion 50% Dosage adjustment in patients with renal insufficiency recommended | Pancreatitis Peripheral neuropathy Retinal changes, optic neuritis Lactic acidosis with hepatic steatosis +/- pancreatitis (rare but potentially life-threatening toxicity) Nausea, vomiting Potential association with noncirrhotic portal hypertension, in some cases, patients presented with esophageal varices One cohort study |

| | | | | suggested increased risk of MI with recent or current use of ddI, but this risk is not substantiated in other studies. Insulin resistance/diabetes mellitus |
|---|---|---|---|---|
| **Emtricitabine (FTC)/Emtriva Also available as component of fixed-dose combinations:** | Emtriva • 200-mg hard gelatin capsule • 10-mg/mL oral solution | Emtriva *Capsule:* 200 mg once daily *Oral solution:* 240 mg (24 mL) once daily Take without regard to meals | 10 hrs/ >20 hrs Renal excretion 86% Dosage adjustment in patients with renal insufficiency recommended | Minimal toxicity Hyperpigmentation Skin discoloration Severe acute exacerbation of hepatitis may occur in HBV-coinfected patients who discontinue FTC. |
| Atripla FTC with EFV+TDF | Atripla (FTC 200 mg+ EFV 600 mg + TDF 300 mg) tablet | Atripla 1 tablet at or before bedtime Take on an empty stomach to reduce side effects | | |
| Complera FTC with RPV+TDF | Complera (FTC 200 mg+ RPV 25 mg + TDF 300 mg) tablet | Complera (FTC 200 mg + RPV 25 mg + TDF 300 mg) tablet | | |
| Truvada FTC with TDF | Truvada FTC 200 mg + TDF 300 mg tablet | Truvada 1 tablet once daily | | |
| **Lamivudine (3TC)/ Epivir (generic available) Also available as component of fixed-dose combinations:** | Epivir • 150-, 300-mg tablets • 10-mg/mL oral solution | Epivir 150 mg BID or 300 mg once daily Take without regard to meals | 5–7 hrs/ 18–22 hrs Renal excretion 70% Dosage adjustment in patients with renal insufficiency recommended | Minimal toxicity Severe acute exacerbation of hepatitis may occur in HBV-coinfected patients who discontinue 3TC. |
| Combivir (generic available) 3TC with ZDV | Combivir (3TC 150 mg + ZDV 300 mg) tablet | Combivir 1 tablet BID | | |
| Epzicom 3TC with ABC | Epzicom (3TC 300 mg+ ABC 600 mg) tablet | Epzicom 1 tablet once daily | | |

| | | | | |
|---|---|---|---|---|
| Trizivir 3TC with ZDV+ABC | Trizivir (3TC 150 mg+ ZDV 300 mg + ABC 300 mg) tablet | Trizivir 1 tablet BID | | |
| **Stavudine (d4T)/** Zerit (generic available) | Zerit • 15-, 20-, 30-, 40- mg capsules • 1-mg/mL oral solution | **Body weight ≥60 kg:** 40 mg BID **Body weight <60 kg:** 30 mg BID Take without regard to meals Note: WHO recommends 30 mg BID dosing regardless of body weight. | 1 hr/ 7.5 hrs Renal excretion 50% Dosage adjustment in patients with renal insufficiency recommended (See Appendix B, Table 7.) | • Peripheral neuropathy • Lipoatrophy • Pancreatitis • Lactic acidosis/severe hepatomegaly with hepatic steatosis (rare but potentially life threatening toxicity) • Hyperlipidemia • Insulin resistance/diabetes mellitus • Rapidly progressive ascending neuromuscular weakness (rare) |
| **Tenofovir Disoproxil Fumarate** (TDF)/Viread **Also available as component of fixed-dose combinations:** | Viread • 150-, 200-, 250-,300-mg tablets • 40-mg/g oral | Viread 300 mg once daily 7.5 scoops once daily Take without regard to meals Mix oral powder with 2–4 ounces of food not requiring chewing (e.g., applesauce, yogurt). **Do not mix oral powder with liquid.** | 17 hrs/ >60 hrs Renal excretion 86% Dosage adjustment in patients with renal insufficiency recommended (See Appendix B, Table 7.) | • Renal insufficiency • Fanconi syndrome • Osteomalacia, decrease in bone mineral density • Severe acute exacerbation of hepatitis may occur in HBV-coinfected patients who discontinue TDF. • Asthenia • Headache • Diarrhea • Nausea • Vomiting • Flatulence |
| Atripla TDF with EFV+FTC | Atripla (TDF 300 mg + EFV 600 mg + FTC 200 mg) tablet | Atripla 1 tablet at or before bedtime Take on an empty stomach to reduce side effects | | |
| Complera TDF with RPV+FTC | Complera (TDF 300 mg+ RPV 25 mg + FTC 200 mg) tablet | Complera 1 tablet once daily Take with a meal | | |

| | | | | |
|---|---|---|---|---|
| Truvada<br>TDF with FTC | Truvada<br>(TDF 300<br>mg+<br>FTC 200 mg)<br>tablet | Truvada<br>1 tablet once daily<br>Take without regard<br>to meals | | |
| **Zidovudine**<br>(ZDV)/<br>Retrovir (generic<br>available)<br>**Also available as**<br>**component of**<br>**fixed-dose**<br>**combinations:** | Retrovir<br>• 100-mg<br>capsule<br>• 300-mg<br>tablet<br>• 10-mg/mL<br>intravenous<br>solution<br>• 10-mg/mL<br>oral solution | Retrovir<br>300 mg BID or<br>200 mg TID<br><br>Take without regard<br>to meals | 1.1 hrs/<br>7 hrs<br><br>Metabolized to<br>GAZT<br>Renal excretion<br>of<br>GAZT<br><br>Dosage<br>adjustment<br>in patients with<br>renal<br>insufficiency<br>recommended<br>(See Appendix<br>B, Table 7.) | • Bone marrow<br>  suppression:<br>• macrocytic anemia or<br>  neutropenia<br>• Nausea<br>• Vomiting<br>• Headache<br>• Insomnia<br>• Asthenia<br>• Nail pigmentation<br>• Lactic acidosis/severe<br>  hepatomegaly with<br>  hepatic steatosis (rare<br>  but potentially life<br>  threatening toxicity)<br>• Hyperlipidemia<br>• Insulin<br>  resistance/diabetes<br>  mellitus<br>• Lipoatrophy<br>• Myopathy |

**Key to Abbreviations:** 3TC = lamivudine, ABC = abacavir, BID = twice daily, d4T = stavudine, ddI = didanosine, EC = enteric coated, EFV = efavirenz,
FTC = emtricitabine, GAZT = azidothymidine glucuronide, HBV = hepatitis B virus, HLA = human leukocyte antigen, HSR = hypersensitivity reaction,
MI = myocardial infarction, RPV = rilpivirine, TDF = tenofovir disoproxil fumarate, TID = three times a day, WHO = World Health Organization,
ZDV = zidovudine

## Zidovudine (AZT, ZDV)

Zidovudine, a pyrimidine analog, was the first FDA-approved agent for treatment of HIV infection. It is approved for use in adults and children and to prevent prenatal infection in pregnancy. It is also effective for prophylactic treatment in people exposed to HIV infection. It should be taken in combination with at least two other anti-HIV drugs to suppress viral load to very low levels. However, AZT monotherapy can be prescribed in pregnancy to avoid the possible side-effects of other anti-HIV drugs and to reduce the risk of vertical transmission. Zidovudine is effective against HIV in the brain and the central nervous system as it easily crosses the blood-brain barrier.  It is active against both HIV-1 and HIV-2.

Dosage and Administration

**Adults**: The recommended oral dose of Zidovudine is 600 mg/day in divided doses in combination with other antiretroviral agents.

**Table 18: Recommended Pediatric Dosage of Zidovudine**

| | | Dosage Regimen and Dose | |
|---|---|---|---|
| Body Weight (kg) | Total Daily Dose | Twice Daily | Three Times Daily |
| 4 to <9 | 24 mg/kg/day | 12 mg/kg | 8 mg/kg |
| ≥ 9 to <30 | 18 mg/kg/day | 9 mg/kg | 6 mg/kg |
| ≥ 30 | 600 mg/day | 300 mg | 200 mg |
| Recommended Neonatal Dosage of Zidovudine | | | |
| Route | Total Daily Dose | Dose and Dosage Regimen | |
| Oral | 8 mg/kg/day | 2 mg/kg every 6 hours | |
| IV | 6 mg/kg/day | 1.5 mg/kg infused over 30 min, every 6 hrs | |

Maternal Dosing: 100 mg orally 5 times per day until the start of labor.

The drug is well absorbed when taken orally. Its half-life is approximately one hour; however, the intracellular half-life is around 3 hours. AZT is predominantly metabolized in the liver and then excreted in the urine. AZT can cause bone marrow suppression. Its toxicity is increased if glucuronidation is decreased by co-administration of drugs certain drugs such as acetaminophen, probenecid, indomethacin, lorazepam, and cimetidine. Both stavudine and ribavirin should not be administered with AZT as they are activated by identical intracellular pathways.

**Stavudine** (d4T)
Stavudine, an analog of thymidine, is a nucleoside analog reverse transcriptase inhibitor (NARTI) active against HIV. The drug is readily and almost completely absorbed when taken orally. It easily penetrates the blood-brain barrier. It is eliminated by the kidney. Peripheral neuropathy coupled with lipoatrophy and hyperlipidemia is frequently seen in patients on this drug. WHO has recommended phasing out this drug because of its long-term, irreversible adverse effects.

**Didanosine** (ddI)
Didanosine, a nucleoside analogue of guanosine, is the second drug approved by FDA for treatment of HIV-1 infection. It lacks both the 2'- and 3'-hydroxyl groups. Within the host cell, didanosine is biotransformed into dideoxyadenosine triphosphate (ddATP) by a series of complex reactions involving phosphorylation of the didanosine, amination to ddAMP (dideoxyadenosine monophosphate), and subsequent phosphorylation. It inhibits viral reverse transcriptase by competing with natural dideoxyadenosine triphosphate (ddATP). This terminates the chain elongation of DNA.

Approximately 42% of didanosine is absorbed when taken orally. Didanosine should ideally be taken on empty stomach as food significantly reduces didanosine bioavailability [212]. Its half life is 1.5 hours; however, the intracellular half-life is more than 12 hours. Didanosine is excreted by mainly be kidneys. Didanosine crosses the blood brain barrier but to a lesser extent than does zidovudine.

**Table 19:** Recommended Dosage (Adult and Pediatric) of Didanosine

| Body Weight | Dose |
|---|---|
| 20 kg to less than 25 kg | 200 mg once daily |
| 25 kg to less than 60 kg | 250 mg once daily |
| at least 60 kg | 400 mg once daily |

Fatal and non-fatal pancreatitis can occur because of major toxicity due to ddI treatment; therefore, it is necessary to monitor levels of serum amylase. Peripheral neuropathy can also occur because if toxicity.  It is concurrent use with stavudine is not recommended.

**Table 20:** Drug interactions

| Based on Studies with Didanosine Delayed-Release Capsules or Studies with Buffered Formulations of Didanosine. Expected to Occur with Didanosine Delayed-Release Capsules | | |
|---|---|---|
| **Drug** | **Effect** | **Clinical Comments** |
| ganciclovir | ↑Didanosine concentration | If there is no suitable alternative to ganciclovir, then use in combination with Didanosine delayed-release capsules with caution. Monitor for Didanosine-associated toxicity. |
| methadone | ↓Didanosine concentration | If coadministration of methadone and Didanosine is necessary, the recommended formulation of Didanosine is Didanosine delayed-release capsules. Patients should be closely monitored for adequate clinical response when Didanosine delayed-release capsules are coadministered with methadone, including monitoring for changes in HIV RNA viral load. Do not coadminister methadone with Didanosine pediatric powder due to significant decreases in Didanosine concentrations. |
| nelfinavir | No interaction 1 hour after Didanosine | Administer nelfinavir 1 hour after Didanosine delayed-release capsules. |
| tenofovir disoproxil fumarate | ↑Didanosine concentration | A dose reduction of Didanosine delayed-release capsules to the following dosage once daily taken together with tenofovir disoproxil fumarate and a light meal (400 kcalories or less and 20% fat or less ) or in the fasted state is recommended.*<br>• 250 mg (adults weighing at least 60 kg with creatinine clearance of at least 60 mL/min)<br>• 200 mg (adults weighing less than 60 kg with creatinine clearance of at least 60 mL/min)<br>Patients should be monitored for Didanosine-associated toxicities and clinical response. |
| ↑ Indicates increase.<br>↓ Indicates decrease.<br>*Coadministration of Didanosine with food decreases Didanosine concentrations. Thus, although not studied, it is possible that coadministration with heavier meals could reduce Didanosine concentrations further. | | |

E. **Tenofovir** (TDF)

Tenofovir is a nucleotide analog and an antiretroviral drug effective in the treatment of HIV. It is effective against of HIV-1 infection in adults and is prescribed in combination with other antiretroviral drugs.

Cross-resistance with other NRTIs can develop, but some AZT-resistant strains maintain susceptibility to tenofovir. When taken in the fasting state, its oral bioavailability is approximately 25%. The bioavailability increases with a fat rich meal. Tenofovir is not metabolized by cytochrome P-450 (CYP) isoenzymes. The half-life of tenofovir is approximately 17 hours, while the intracellular half-life is between 10 and 50 hours for activated and resting peripheral blood mononuclear cells, respectively. Most of the drug remains unchanged in the urine, and is eliminated by filtration and active secretion. In patients with kidney impairment, serum creatinine levels must be periodically monitored with corresponding dose adjustment.

Dosage and Administration
**Adults**: PO 300 mg/day.
**Children** 2 y and older: PO 8 mg/kg once daily (max, 300 mg/day).

GI complaints such as abdominal pain, nausea, diarrhea and vomiting are frequent. Pruritus, rash and dizziness are also commonly seen. Tenofovir is the only NRTI with significant antiretroviral drug interactions. Tenofovir enhances the concentrations of didanosine, increasing the risk of adverse reactions: therefore, didanosine dosage is reduced if the two are given in combination. However, combination of these two agents is no longer recommended. Tenofovir decreases the concentrations of atazanavir. In this case atazanavir must be boosted with ritonavir if administered with tenofovir.

**Lamivudine** (3TC)

Lamivudine (2'-deoxy-3'-thiacytidine, 3TC), an analogue of cytidine, is FDA-approved for treatment of HIV in combination with AZT, but it should be avoided with other cytosine analogs due to antagonism. Lamivudine is a potent inhibitor of reverse transcriptase of both HIV and HBV (hepatitis B virus) and impairs the production of the proviral DNA chain.

DOSAGE
**Adults and Adolescents** >16 years of age: 300 mg daily 150 mg twice daily or 300 mg once daily, in combination with other antiretroviral agents

**Table 21:** Dosing Recommendations for Lamivudine Tablets in Pediatric Patients

| Dosage Regimen Using Scored 150 mg Tablet | | Total Daily Dose |
|---|---|---|
| AM Dose | PM Dose | |
| ½ tablet (75 mg) | ½ tablet (75 mg) | 150 mg |
| ½ tablet (75 mg) | 1 tablet (150 mg) | 225 mg |
| 1 tablet (150 mg) | 1 tablet (150 mg) | 300 mg |

Lamivudine is never given alone. It is also available in fixed combinations with other HIV drugs:

- Combivir (with zidovudine);
- Epzicom/Kivexa (with abacavir);
- Trizivir (with zidovudine and abacavir)

It is readily and rapidly absorbed when given orally.  Its bioavailability is approximately 86%. The majority of Lamivudine is eliminated via kidney and remains unchanged in urine.   Severe but rare adverse reactions include:
- Lactic acidosis and severe hepatomegaly with steatosis
- Hepatic decompensation in patients co-infected with HIV-1 and hepatitis C
- Severe acute exacerbations of hepatitis B
- Pancreatitis

**Table 22:** Common adverse reactions with Lamivudine

| System | Adverse Reaction(s) |
|---|---|
| Whole body | Headache, malaise and fatigue |
| Gastrointestinal | Nausea, diarrhea, vomiting, abdominal pain and dyspepsia. |
| Nervous System | Neuropathy, insomnia, depression, dizziness |
| Respiratory | Nasal signs and symptoms, cough |
| Skin | Rashes |
| Musculoskeletal | Musculoskeletal pain, arthralgia, myalgia |

**Emtricitabine** (FTC)
Emtricitabine, a nucleoside reverse transcriptase inhibitor (NRTI) and a fluoro-derivative of lamivudine, is prescribed in combination with other antiretroviral agents for the treatment of HIV-1 infection. Emtricitabine inhibits the activity of HIV-1 reverse transcriptase by competing with deoxycytidine 5′-triphosphate. It then incorporates into viral DNA and causes DNA chain termination. Emtricitabine is orally active and easily absorbed, with bioavailability of 93%. Plasma half-life is approximately 10 hours, with intracellular half-life of 39 hours.  Its plasma binding is less than 4%.  The drug is predominantly (86%) eliminated in the urine. Emtricitabine does not influence cytochrome P450 isozymes, and has no major interactions with other medications.

**Dosage and Administration**
**Adults**: PO 200 mg capsule once daily or 240 mg oral solution once daily.
**Children** (3 months -17 years): PO 200 mg capsules once daily for children weighing more than 33 kg and who can swallow an intact capsule or 6 mg/kg oral solution up to a max of 240 mg once daily.
**Children** (0 to 3 months):  PO 3 mg/kg once daily.

The following adverse reactions are seen with the use of emtricitabine:
- **Central Nervous System**: Dizziness, headache, depression, fatigue (paresthesia (6%) and neuropathy/peripheral neuritis.
- **Skin**: Hyperpigmentation, rashes, pruritus.
- **GI System**:  Diarrhea, vomiting, nausea, abdominal pain, gastroenteritis, dyspepsia

- **EENT**: Otitis media, rhinitis.
- **Musculoskeletal**: Myalgia and arthralgia.
- **Respiratory**: Cough, pneumonia, sinusitis, URI and nasopharyngitis.
- **Miscellaneous**: Includes infection, fever and anemia.

Emtricitabine is also associated with lactic acidosis, hepatomegaly and fatty liver.

## H. **Zalcitabine** (ddC)
Zacitabine has been discontinued since December 31, 2006 [213] due to its severe toxicity.

## I. **Abacavir** (ABC)
Abacavir is a guanosine analog which is effective in the treatment of HIV-1 infection in combination with other antiretroviral drugs. Cross-resistance may be encountered with strains resistant to lamivudine and AZT. Abacavir is rapidly absorbed orally. Its bioavailability is around 83%. It is predominantly excreted in the urine.
Dosage and Administration
**Adult**: The recommended oral dose for adults is 600 mg daily, which can be taken as either 300 mg twice daily or 600 mg once daily, in combination with other antiretroviral agents.

**Table 23**: Dosing Recommendations for Abacavir Tablets in Pediatric Patients

| Dosage Regimen Using Scored Tablet | | Total Daily Dose |
|---|---|---|
| **AM Dose** | **PM Dose** | |
| ½ tablet (150 mg) | ½ tablet (150 mg) | 300 mg |
| ½ tablet (150 mg) | 1 tablet (300 mg) | 450 mg |
| 1 tablet (300 mg) | 1 tablet (300 mg) | 600 mg |

**Table 24**: Reactions to abacavir

| Serious Reactions | | Common Reactions | |
|---|---|---|---|
| • Hypersensitivity reactions<br>• Severe anaphylaxis<br>• TEN or toxic epidermal necrolysis<br>• Stevens Johnson syndrome<br>• Erythema multiforme | • Lactic acidosis<br>• Hepatomegaly with steatosis<br>• Pancreatitis<br>• Immune reconstitution syndrome<br>• Autoimmune disorders<br>• Myocardial ischemia | • Nausea<br>• Headache<br>• Fatigue<br>• Vomiting<br>• Diarrhea<br>• Fever with chills<br>• Depression<br>• Rash | • Anxiety<br>• Upper Respiratory Infection<br>• Elevated ALT and AST<br>• Hypertriglyceridemia<br>• Lipodystrophy |

Approximately 5 percent of patients develop "hypersensitivity reaction," which is characterized by characterized by a sign or symptom in two or more of the following groups:
- Group 1: Fever
- Group 2: Rash

- Group 3: Gastrointestinal symptoms
- Group 4: Constitutional symptoms such as fatigue and malaise
- Group 5: Respiratory symptoms such as dyspnea, cough or pharyngitis

Hypersensitivity is strongly linked to HLA-B*57:01 [214-216] which can be detected in labs. Sensitized individuals should NEVER be rechallenged because of risk of rapidly developing severe reactions that can lead to fatal outcome.

**Nonnucleoside Reverse Transcriptase Inhibitors or NNRTIs**
Nonnucleoside reverse transcriptase inhibitors (NNRTIs) are potent and commonly prescribed anti-retroviral drugs used in combination therapy against HIV-1 infection. These agents are highly selective, noncompetitive inhibitors of HIV-1 reverse transcriptase. They non-competitively bind to HIV reverse transcriptase causing a conformational change that leads to enzyme inhibition. The transcription of the viral RNA is prevented that leads to reduced replication of HIV [217]. These agents do not need activation by cellular enzymes. NNRTIs also interfere with other steps in the reverse transcriptase reaction [218]. Their major advantage is they do not adversely affect the host blood-forming cells and do not have cross-resistance with NRTIs.

**Table 25:** Characteristics of Non-Nucleoside Reverse Transcriptase Inhibitors* (NNRTIs)

| Generic Name (abbr)/ Trade Name | Formulation | Dosing Recommendations (For dosage adjustment in renal or hepatic insufficiency) | Elimination | Serum/ Half-life | Adverse Events (Also see Table 13) |
|---|---|---|---|---|---|
| Efavirenz (EFV)/ Sustiva. Also available as fixed-dose combination | 50-, 200-mg capsules<br><br>600-mg tablet | 600 mg once daily at or before bedtime. Take on an empty stomach to reduce side effects. | Metabolized by CYPs 2B6 and 3A4.CYP3A4 mixed inducer /inhibitor (more an inducer than an inhibitor) | 40–55 hrs | • Rash<br>• Neuropsychiatric symptoms<br>• Increased transaminase levels<br>• Hyperlipidemia<br>• False-positive results with some cannabinoid and benzodiazepine screening assays reported.<br>• Teratogenic in nonhuman primates and potentially teratogenic in humans |
| Atripla EFV with TDF + FTC | EFV 600 mg+ FTC 200 mg + TDF 300 mg tablet | 1 tablet once daily at or before bedtime. | | | |
| Etravirine (ETR)/ Intelence | 100-, 200-mg tablets | 200 mg BID Take following a meal. | CYP3A4, 2C9, and 2C19 substrate 3A4 inducer; 2C9 and 2C19 inhibitor | 41 hrs | •Rash, including Stevens-Johnson syndrome<br>• HSRs, characterized by rash, constitutional findings, and sometimes organ dysfunction, including hepatic failure, have been reported.<br>• Nausea |
| Nevirapine (NVP) Viramune or Viramine XR | 200-mg tablet<br><br>400-mg XR tablet<br><br>50-mg/5-mL oral suspension | •200 mg once daily for 14 days (lead-in period); thereafter, 200 mg BID or<br>•400 mg (Viramune XR tablet) once daily<br>•Take without regard to meals.<br>•Repeat lead-in period if therapy is discontinued for more than 7 days.<br>•In patients who develop mild-to-moderate rash without constitutional symptoms, | CYP450 substrate, inducer of 3A4 and 2B6; 80% excreted in urine (glucuronidated metabolites, <5% unchanged); 10% in feces | 25–30 hrs | • Rash, including Stevens-Johnson syndrome<br>• Symptomatic hepatitis, including fatal hepatic necrosis, has been reported: rash reported in approximately 50% of cases-occurs at significantly higher frequency in ARV-naive female patients with pre-NVP CD4 counts >250 cells/mm³ and in ARV- naïve male patients with pre-NVP CD4 counts >400 cells/mm³-NVP should not be initiated in these |

| | | continue lead-in period until rash resolves but • not longer than 28 days total | | | patients unless the benefit clearly outweighs the risk. |
|---|---|---|---|---|---|
| **Rilpivirine(RPV) Edurant. Also aailable as fixed-dose combination:** | 25-mg tablet | 25-mg tablet<br><br>Take with a meal. | CYP3A4 substrate | 50 hrs | • Rash<br>• Depression<br>• insomnia<br>• headache |
| **Complera RPV with TDF+ FTC** | Complera RPV 25 mg+TDF 300 mg+ FTC 200 mg tablet | 1 tablet once daily with a meal | | | |

**Key to Abbreviations:** ARV = antiretroviral, BID = twice daily, CYP = cytochrome P, DLV = delavirdine, EFV = efavirenz, ETR = etravirine,
FDA = Food and Drug Administration, FTC = emtricitabine, HSR = hypersensitivity reaction, NNRTI = non-nucleoside reverse transcriptase inhibitor,
NVP = nevirapine, RPV = rilpivirine, TDF = tenofovir disoproxil fumarate, XR = extended release

    a.    Rare cases of Stevens-Johnson syndrome have been reported with most NNRTIs; the highest incidence of rash was seen with NVP.

    b.    Adverse events can include dizziness, somnolence, insomnia, abnormal dreams, confusion, abnormal thinking, impaired concentration, amnesia, agitation, depersonalization, hallucinations, and euphoria. Approximately 50% of patients receiving EFV may experience any of these symptoms. Symptoms usually subside spontaneously after 2 to 4 weeks but may necessitate discontinuation of EFV in a small percentage of patients.

## A. **Nevirapine** (NVP)

Nevirapine is prescribed in combination with other antiretroviral drugs for the treatment of HIV-1 infections in adults and children. Due to the high risk of life-threatening severe hepatotoxicity, the drug should not be initiated in women with CD4+ T-cell counts ofgreater than 250 cells/mm$^3$, or in men with CD4+ T cell counts greater than 400 cells/mm$^3$.

Nevirapine is readily absorbed (approximately 90%) orally, and its absorption is not affected by food. Nevirapine is lipophilic (fat-loving) in nature and therefore crosses the placental as well as blood brain barrier and enters the fetus and mother's milk.   It is widely distributed in the body tissue.   Nevirapine and its metabolites are mainly excreted in the urine. Nevirapine is an inducer of the hepatic cytochrome (CYP3A4) family of CYP450 drug-metabolizing enzymes. The drug increases the metabolism of several drugs, such as oral contraceptives, warfarin, metronidazole, etc.

Dosage & Administration
**Adults**:  Nevirapine is 200 mg tablet once daily for the initial 14 days, followed by 200 mg tablet twice daily, in combination with other antiretroviral drugs.

**Pediatric**: For pediatric patients 15 days and older the dose is 150 mg/m2 once daily for initial 14 days followed by 150 mg/m2 twice daily thereafter. The total daily dose should not exceed 400 mg.

Mild to moderate rashes are the most common adverse effect of nevirapine [219-220]. In approximately 1.5 % of patients, severe or life-threatening skin reactions are seen which include Stevens–Johnson syndrome, TEN (Toxic Epidermal Necrolysis) and hypersensitivity reactions [219]. Nevirapine can also cause severe or life-threatening hepatotoxicity, which is generally seen in the first six weeks of treatment [219, 221]. FDA has issued a black box label that nevirapine could cause severe liver damage, including liver failure [222]. The most common side effects are rash, fever, headache, and elevated serum transaminases and fatal hepatotoxicity. A 14-day titration period at half the normal dose is mandatory to reduce the risk of serious epidermal reactions and hepatotoxicity.

**Table 26**: Effect on concentration of co-administered drugs

| Drug Name | Effect on Concentration of Nevirapine or Concomitant Drug | Clinical Comment |
|---|---|---|
| Atazanavir/ Ritonavir | ↓ Atazanavir<br>↑ Nevirapine | Do not co-administer Nevirapine with atazanavir because Nevirapine substantially decreases atazanavir exposure |
| Clarithromycin | ↓ Clarithromycin<br>↑ 14-OH clarithromycin | Clarithromycin exposure was significantly decreased by Nevirapine; however, 14-OH metabolite concentrations were increased. Because clarithromycin active metabolite has reduced activity against Mycobacterium avium-intracellulare complex, overall activity against this pathogen may be altered. Alternatives to clarithromycin, such as azithromycin, should be considered. |
| Efavirenz | ↓ Efavirenz | There has been no determination of appropriate doses for the safe and effective use of this combination. |
| Ethinyl estradiol and Norethindrone | ↓ Ethinyl estradiol<br><br>↓ Norethindrone | Oral contraceptives and other hormonal methods of birth control should not be used as the sole method of contraception in women taking Nevirapine, since Nevirapine may lower the plasma levels of these medications. An alternative or additional method of contraception is recommended. |
| Fluconazole | ↑ Nevirapine | Because of the risk of increased exposure to Nevirapine, caution should be used in concomitant administration, and patients should be monitored closely for Nevirapine-associated adverse events. |

| Fosamprenavir | ↓ Amprenavir<br>↑ Nevirapine | Co-administration of Nevirapine and fosamprenavir without ritonavir is not recommended. |
|---|---|---|
| Fosamprenavir/ Ritonavir | ↓ Amprenavir<br>↑ Nevirapine | No dosing adjustments are required when Nevirapine is co-administered with 700/100 mg of fosamprenavir/ritonavir twice daily. |
| Indinavir | ↓ Indinavir | Appropriate doses for this combination are not established, but an increase in the dosage of indinavir may be required. |
| Ketoconazole | ↓ Ketoconazole | Nevirapine and ketoconazole should not be administered concomitantly because decreases in ketoconazole plasma concentrations may reduce the efficacy of the drug. |
| Lopinavir/Ritonavir | ↓ Lopinavir | • A dose increase of lopinavir/ritonavir tablets to 500/125 mg twice-daily is recommended when used in combination with Nevirapine.<br>• A dose increase of lopinavir/ritonavir oral solution to 533/133 mg twice daily with food is recommended in combination with Nevirapine.<br>• In children 6 months to 12 years of age receiving lopinavir/ritonavir solution, consideration should be given to increasing the dose of lopinavir/ritonavir to 13/3.25 mg/kg for those 7 to <15 kg; 11/2.75 mg/kg for those 15 to 45 kg; up to a maximum dose of 533/133 mg twice daily.<br>• Refer to the lopinavir/ritonavir package insert for complete pediatric dosing instructions when lopinavir/ritonavir tablets are used in combination with Nevirapine. |
| Methadone | ↓ Methadone | Methadone levels were decreased; increased dosages may be required to prevent symptoms of opiate withdrawal. Methadone-maintained patients beginning Nevirapine therapy should be monitored for evidence of withdrawal and methadone dose should be adjusted accordingly. |

| | | |
|---|---|---|
| Nelfinavir | ↓Nelfinavir<br>M8 Metabolite<br>↓Nelfinavir $C_{min}$ | The appropriate dose for nelfinavir in combination with Nevirapine, with respect to safety and efficacy, has not been established. |
| Rifabutin | ↑Rifabutin | Rifabutin and its metabolite concentrations were moderately increased. Due to high intersubject variability, however, some patients may experience large increases in rifabutin exposure and may be at higher risk for rifabutin toxicity. Therefore, caution should be used in concomitant administration. |
| Rifampin | ↓ Nevirapine | Nevirapine and rifampin should not be administered concomitantly because decreases in Nevirapine plasma concentrations may reduce the efficacy of the drug. Physicians needing to treat patients co-infected with tuberculosis and using a Nevirapine-containing regimen may use rifabutin instead. |
| Saquinavir/ Ritonavir | The interaction between Nevirapine and saquinavir/ritonavir has not been evaluated. | The appropriate doses of the combination of Nevirapine and saquinavir/ritonavir with respect to safety and efficacy have not been established. |

**Table 27:** Potential Drug Interactions

| Drug Class | Examples of Drugs | Effect |
|---|---|---|
| **Antiarrhythmics** | Amiodarone, disopyramide, lidocaine | Plasma concentrations may be decreased |
| **Anticonvulsants** | Carbamazepine, clonazepam, ethosuximide | Plasma concentrations may be decreased |
| **Antifungals** | Itraconazole | Plasma concentrations of some azole antifungals may be decreased. Nevirapine and itraconazole should not be administered concomitantly due to a potential decrease in itraconazole plasma concentrations. |
| **Calcium channel blockers** | Diltiazem, nifedipine, verapamil | Plasma concentrations may be decreased |
| **Cancer chemotherapy** | Cyclophosphamide | Plasma concentrations may be decreased |
| **Ergot alkaloids** | Ergotamine | Plasma concentrations may be decreased |
| **Immuno-suppressants** | Cyclosporin, tacrolimus, sirolimus | Plasma concentrations may be decreased |
| **Motility agents** | Cisapride | Plasma concentrations may be decreased |
| **Opiate agonists** | Fentanyl | Plasma concentrations may be decreased |
| **Antithrombotics** | Warfarin | Plasma concentrations may be increased. Potential effect on anticoagulation. Monitoring of anticoagulation levels is recommended. |

2. **Delavirdine (DLV)**

Delavirdine is a NNRTI that inhibits replication of HIV-1 infection by interfering with DNA synthesis. It is not recommended as a preferred or alternate agent for the treatment of HIV infection. Delavirdine is rapidly absorbed after oral administration and remains unaffected even if taken with meals. Its half life is around 5.8 hours. It is approximately 98% protein bound, mainly to albumin. Its metabolites are excreted through feces and urine. Delavirdine is metabolized by CYP3A and CYPD6.

Dosage and Administration
**Adults and Children** older than 16 y of age: 400 mg given orally 3 times daily in combination with appropriate antiretroviral therapy.

Drugs such as ketoconazole increase plasma levels of delavirdine, whereas phenytoin, and carbamazepine cause significant decrease in plasma levels of delavirdine. The most common side effect is moderate to severe rash, which develops in approximately 20% of patients [223]. Fatigue, headache and nausea are other common adverse effects.

**Efavirenz (EFV)**

Efavirenz (EFV) is the preferred and one of the most widely used NNRTIs. It acts by noncompetitive inhibition of HIV-1 reverse transcriptase. Efavirenz is prescribed in combination with two nucleoside analogue reverse transcriptase inhibitors (NRTIs) [224-227]. Efavirenz is not used as a single agent to treat HIV-1 due to the potential risk of developing resistance. Efavirenz increases CD4+ cell counts and decreases viral load when used in combination with NRTIs.

There are several factors that can affect the pharmacokinetic (PK) variability of this drug which include gender, age, ethnicity, body weight, pregnancy, drug-drug and drug-food interactions, binding to plasma proteins, disease status, liver dysfunction, and host genetic factors [228-230]. Efavirenz is more than 99% protein bound, mainly to albumin. It is well distributed, including to the CNS. It should be orally administered on an empty stomach to reduce adverse CNS effects. It has a half-life of more than 40 hours and, therefore, is recommended for once-a day dosing. Efavirenz is extensively metabolized in the liver to inactive metabolites. It is a potent inducer of CYP450 enzymes and, therefore, may reduce the concentrations of drugs that are substrates of the CYP450.

Table 28: Dosage and Administration of Efavirenz

| Adults | PO 600 mg at bedtime in combination with other antiretroviral agents |
|---|---|
| Children 3 y of age and older. 10 to less than 15 kg | PO 200 mg at bedtime in combination with other antiretroviral agents |
| -15 to less than 20 kg | PO 250 mg at bedtime in combination with other antiretroviral agents |
| -20 to less than 25 kg | PO 300 mg at bedtime in combination with other antiretroviral agents |
| -25 to less than 32.5 kg | PO 350 mg at bedtime in combination with other antiretroviral agents |
| -32.5 to less than 40 kg | PO 400 mg at bedtime in combination with other antiretroviral agents |
| -40 kg or more | PO 600 mg at bedtime in combination with other antiretroviral agents |
| Coadministration with voriconazole in adults | PO When coadministered with voriconazole, increase the voriconazole maintenance dosage to 400 mg every 12 h and decrease the efavirenz dosage to 300 mg once daily, using the capsule formulation. |

The majority of adverse effects are tolerable and are associated with the CNS, including depression, dizziness, insomnia, nervousness, headache, abnormal dreams, and loss of concentration. These complaints usually resolve within a few weeks. Rash is also seen frequently in patients taking this drug.  Severe, life-threatening reactions are rare. Efavirenz can be fetotoxic and should be avoided during pregnancy.

## B. Second-generation NNRTIs

### Etravirine (ETR)

Etravirine (ETR) [231] is the first second-generation NNRTI indicated for the treatment of HIV-1 infection in combination with other antiretroviral agents.  Unlike the other drugs in the class, resistance to other NNRTIs does not seem to confer resistance to etravirine [232].  It is indicated for HIV treatment-experienced, multi-drug resistant adult patients who have evidence of ongoing viral replication.  It binds directly to reverse transcriptase and blocks RNA- and DNA-dependent DNA polymerase activities by disrupting the enzyme's catalytic site. It is effective and active against several strains of HIV that are resistant to the first-generation NNRTIs. HIV strains with K103N resistance mutation are fully susceptible to etravirine.

**Table 29:** Dosage and Administration of Etravirine (ETR)

| Adults | PO 200 mg twice daily |
|---|---|
| Children 6 y and older At least 16 kg to less than 20 kg | PO 100 mg twice daily |
| At least 20 kg to less than 25 kg | PO 125 mg twice daily |
| At least 25 kg to less than 30 kg | PO 150 mg twice daily |
| At least 30 kg | PO 200 mg twice daily |

Following oral administration, etravirine is distributed extensively in the body tissues. Its bioavailability is increased when taken with a fat rich meal. Its protein binding is approximately 99.9%, mainly to albumin. It has a half-life of approximately 40 hours and is prescribed twice-daily. Etravirine is extensively metabolized into less active metabolites in the liver. It is a potent inducer of cytochrome P450; therefore, the doses of cytochrome P450 substrates may need to be increased when given with etravirine. It is predominantly eliminated in the feces (around 93%).

Etravirine is tolerated well and does not have the CNS side effects that are seen with efaviren. A rash is the most common side effect. Patients with rare hereditary disorders such as galactose intolerance, glucose-galactose malabsorption or the Lapp lactase deficiency should not take etravirine.

**HIV Protease Inhibitors (PIs)**
These are class of drugs that are potent inhibitors of HIV protease and are used to treat HIV infection. Some of the protease inhibitors currently being used for management of HIV include saquinavir, indinavir, ritonavir, nelfinavir, and amprenavir [233].

Mechanism of action
HIV protease inhibitors are reversible inhibitors of the HIV aspartyl protease—the viral enzyme responsible for the cleavage of the viral polyprotein into several essential enzymes including reverse transcriptase, protease, integrase and many structural proteins.
These drugs have a thousand-fold greater affinity for HIV enzymes than they have for human proteases. This selective affinity is responsible for their selective toxicity. This inhibition prevents maturation of infective virions.

Pharmacokinetics
Absorption of most protease inhibitors (PIs)is poor to moderate when taken orally. This is because of protease inhibitors' extensive binding to plasma proteins (90–99%), partly because of their binding to P-glycoprotein and consequent efflux of the drug [234]. For this reason, effective concentration of PIs is low, especially in the central nervous system [235] and the genital tract [236, 237].

They also have poor oral bioavailability; however, high-fat meals significantly increase the bioavailability of some PIs, such as saquinavir and nelfinavir. Metabolism of PIs is extensive, and its metabolites and inactive products are excreted in the urine. PIs usually do not require dose adjustments in renal impairment.

Adverse effects: Common side effects of protease inhibitors are nausea, vomiting, and diarrhea and parathesias. Glucose and lipid metabolism can also be impaired resulting in diabetes, hypertriglyceridemia, and hypercholesterolemia. Chronic administration of PIs can cause fat redistribution (lipodystrophy), including loss of fat from the extremities, fat accumulation in the abdomen and the base of the neck (buffalo hump) and breast enlargement.

Drug interactions:
Drug interactions are frequently seen with PIs because they are both substrates and potent
inhibitors of CYP isozymes.  Amongst all the PIs, ritonavir is the most potent, and saquinavir the
least potent inhibitor of CYP isoenzymes. Drugs that depend on the CYP for degradation can
therefore cause toxicity.

Concomitant use of simvastatin or lovastatin with protease inhibitors is contraindicated because
of risk of rhabdomyolysis.Similarly midazolam or triazolam can cause excessive sedation and
fentanyl can cause respiratory depression when coadministered with PIs. Drugs such as rifampin
and St. John's wort, inducers of CYP isozymes, are also contraindicated with PIs as they may
lower its concentration to suboptimal levels resulting in treatment failure.

Resistance:
Resistance develops because of stepwise mutations of the protease gene. Initial mutations reduce
replication rate of the virus, but subsequently the mutations accumulate and virions with high
levels of resistance PIs emerges. Resistant strains emerge rapidly when then there is suboptimal
concentration of the drug.

**Table 30:** Characteristics of Protease Inhibitors (PIs)

| Generic Name/ Trade Name | Formulation | Dosing Recommendations | Serum/ Half-life and Elimination | Adverse Events |
|---|---|---|---|---|
| **Atazanavir (ATV)/** Reyataz | 100-, 150-, 200-, 300-mg capsules | • **ARV-naive patients**: 400 mg once daily or (ATV 300 mg + RTV 100 mg)once daily <br> • **With TDF or in ARV-experienced patients:** (ATV 300 mg + RTV 100 mg) once daily <br> • **With EFV in ARV-naïve patients:** (ATV 400 mg + RTV 100 mg) once daily (For recommendations on dosing with H2 antagonists and PPIs, refer to Table 16a <br> • Take with food | 7 hrs <br><br> CYP3A4 inhibitor and substrate <br><br> Dosage adjustment in patients with hepatic insufficiency recommended | • Indirect hyperbilirubinemia <br> • PR interval prolongation: First degree ymptomatic AV block reported. Use with caution in patients with underlying conduction defects or on concomitant medications that can cause PR prolongation. <br> • Hyperglycemia <br> • Fat maldistribution <br> • Possible increased bleeding episodes in patients with hemophilia <br> • Nephrolithiasis <br> • Skin rash (20%) <br> • Serum transaminase elevations <br> • Hyperlipidemia (especially with RTV boosting) |
| **Darunavir (DRV)/** Prezista | 75-, 150-, 300-, 400-, 600-mg tablets | • **ARV-naive patients or ARV-experienced patients with no DRV mutations:** (DRV 800 mg + RTV 100 mg) once daily <br><br> • **ARV-experienced patients with at least one DRV mutation:** (DRV 600 mg + RTV 100 mg) BID <br> **Unboosted DRV is <u>not</u> recommended** <br> Take with food | 15 hrs (when combined with RTV) <br><br> CYP3A4 inhibitor and substrate | • Skin rash (10%): DRV has a sulfonamide moiety; Stevens- Johnson syndrome and erythrema multiforme have been reported. <br> • Hepatotoxicity <br> • Diarrhea, nausea <br> • Headache <br> • Hyperlipidemia <br> • Serum transaminase elevation <br> • Hyperglycemia <br> • Fat maldistribution <br> • Possible increased bleeding episodes in patients with hemophilia |
| **Fosampre-navir (FPV)/** Lexiva (prodrug of amprenavir [APV]) | 700-mg tablet 50-mg/mL oral suspension | • **ARV-naive patients** FPV 1400 mg BID or (FPV 1400 mg + RTV 100–200 mg) once daily or (FPV 700 mg + RTV 100 mg) BID <br><br> • **PI-experienced patients (once-** | 7.7 hrs (APV) <br><br> APV is a CYP3A4 substrate, inhibitor, and inducer Dosage adjustment in | • Skin rash (12%–19%): FPV has a sulfonamide moiety <br> • Diarrhea, nausea, vomiting <br> • Headache <br> • Hyperlipidemia <br> • Serum transaminase elevation <br> • Hyperglycemia <br> • Fat maldistribution <br> • Possible increased |

| | | | | |
|---|---|---|---|---|
| | | **daily dosing not recommended**) <br><br> FPV 700 mg + RTV 100 mg) BID <br> With EFV: (FPV 700 mg + RTV 100 mg) BID or (FPV 1400 mg + RTV 300 mg) once daily <br><br> *Tablet*: Take without regard to meals (if not boosted with RTV tablet) <br> *Suspension*: Take without food <br> *FPV with RTV tablet*: Take with meals | patients with hepatic insufficiency recommended | bleeding episodes in patients with hemophilia <br> • Nephrolithiasis |
| **Indinavir (IDV)/** Crixivan | 100-, 200-, 400-mg capsules | 800 mg every 8 hrs <br><br> Take 1 hour before or 2 hours after meals; may take with skim milk or low-fat meal <br><br> **With RTV**: <br> IDV 800 mg + RTV 100–200 mg BID <br> Take without regard to meals | 1.5–2 hrs <br><br> CYP3A4 inhibitor and substrate <br> Dosage adjustment inpatients with hepatic insufficiency recommended | • Nephrolithiasis <br> • GI intolerance, nausea <br> • Hepatitis <br> • Indirect hyperbilirubinemia <br> • Hyperlipidemia <br> • Headache, asthenia, blurred vision, dizziness, rash, metallic taste, thrombocytopenia, alopecia, and hemolytic anemia <br> • Hyperglycemia <br> • Fat maldistribution <br> • Possible increased bleeding episodes in patients with hemophilia |
| **Lopinavir + Ritonavir (LPV/r)/** Kaletra | *Tablets*: (LPV 200 mg + RTV 50 mg) or (LPV 100 mg + RTV 25 mg) <br><br> *Oral solution*: Each 5 mL contains (LPV 400 mg + RTV 100 mg) <br><br> Oral solution contains 42% alcohol | LPV/r 400 mg/100 mg BID or LPV/r 800 mg/200 mg once daily. Once-daily dosing is not recommended for patients with ≥3 LPV-associated mutations, pregnant women, or patients receiving EFV, NVP, FPV, NFV, carbamazepine, phenytoin, or phenobarbital. <br><br> **With EFV or NVP (PI-naïve or PI-experienced** | 5–6 hrs <br><br> CYP3A4 inhibitor and substrate | • GI intolerance, nausea, vomiting, diarrhea <br> • Pancreatitis <br> • Asthenia <br> • Hyperlipidemia (especially hypertriglyceridemia) <br> • Serum transaminase elevation <br> • Hyperglycemia <br> • Insulin resistance/diabetes mellitus <br> • Fat maldistribution <br> • Possible increased bleeding episodes in patients with hemophilia <br> • PR interval prolongation <br> • QT interval prolongation and torsades de pointes have been reported; however, |

| | | **patients):**<br>LPV/r 500-mg/125-mg tablets BID (Use a combination of two LPV/r 200-mg/50-mg tablets + one LPV/r 100-mg/25-mg tablet to make a total dose of LPV/r 500 mg/125 mg.) or LPV/r 533-mg/133-mg oral solution BID<br>*Tablet:* Take without regard to meals<br><br>*Oral solution:* Take with food | | causality could not be established. |
|---|---|---|---|---|
| **Nelfinavir (NFV)/** Viracept | 250-, 625-mg tablets<br>50-mg/g oral powder | 1250 mg BID or 750 mg TID<br><br>Dissolve tablets in a small amount of water, mix admixture well, and consume immediately.<br><br>Take with food | 3.5–5 hrs<br><br>CYP2C19 and 3A4 substrate—metabolized to active M8 metabolite; CYP 3A4 inhibitor | • Diarrhea<br>• Hyperlipidemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia<br>• Serum transaminase elevation |
| **Ritonavir (RTV)/** Norvir | 100-mg soft gel capsule<br>100-mg tablet<br>80-mg/mL oral solution<br>Oral solution contains 43% alcohol. | • As **pharmacokinetic booster for other PIs:**<br><br>100–400 mg per day in 1–2 divided doses (refer to other PIs for specific dosing recommendations)<br><br>*Tablet:* Take with food<br><br>*Capsule and oral solution:* To improve tolerability, take with food if possible. | 3–5 hrs<br><br>CYP3A4 >2D6 substrate; potent 3A4, 2D6 inhibitor | • GI intolerance, nausea, vomiting, diarrhea<br>• Paresthesias (circumoral and extremities)<br>• Hyperlipidemia (especially hypertriglyceridemia)<br>• Hepatitis<br>• Asthenia<br>• Taste perversion<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |
| **Saquinavir (SQV)/** Invirase | 500-mg tablet<br>200-mg hard gel capsule | SQV 1000 mg + RTV 100 mg) BID Unboosted SQV is **not** recommended.<br><br>Take with meals or within 2 hours after a meal. | 1–2 hrs<br><br>CYP3A4 inhibitor and substrate | • GI intolerance, nausea, and diarrhea<br>• Headache<br>• Serum transaminase elevation<br>• Hyperlipidemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients |

| | | | | with hemophilia<br>• PR interval prolongation<br>• QT interval prolongation, torsades de pointes have been reported. Patients with pre-SQV QT interval >450 msec should not receive SQV |
|---|---|---|---|---|
| **Tipranavir** (TPV)/ Aptivus | 250-mg capsule 100-mg/mL oral solution | (TPV 500 mg + RTV 200 mg) BID<br><br>Unboosted TPV is **not** recommended. TPV taken with RTV tablets: Take with meals.<br><br>TPV taken with RTV capsules or solution: Take without regard to meals. | 6 hrs<br><br>CYP P450 3A4 inducer and substrate<br><br>Net effect when combined with RTV (CYP 3A4, 2D6 inhibitor) | • Hepatotoxicity: Clinical hepatitis (including hepatic decompensation and hepatitisassociated fatalities) has been reported; monitor closely, especially in patients with underlying liver diseases.<br>• Skin rash (3%–21%): TPV has a sulfonamide moiety; use with caution in patients with known sulfonamide allergy.<br>• Rare cases of fatal and nonfatal intracranial hemorrhages have been reported. Risks include brain lesion, head trauma, recent neurosurgery, coagulopathy, hypertension, alcoholism, use of anti-coagulant or antiplatelet agents including vitamin E.<br>• Hyperlipidemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |

**Key to Abbreviations:** APV = amprenavir, ARV = antiretroviral, ATV = atazanavir, AV = atrioventricular, BID = twice daily, CYP = cytochrome P,
DRV = darunavir, EFV = efavirenz, FPV = fosamprenavir, GI = gastrointestinal, IDV = indinavir, LPV = lopinavir, LPV/r = lopinavir + ritonavir,
msec = millisecond, NFV = nelfinavir, NVP = nevirapine, PI = protease inhibitor, PPI = proton pump inhibitor, RTV = ritonavir, SQV = saquinavir,
TDF = tenofovir disoproxil fumarate, TID = three times a day, TPV = tipranavir

## Ritonavir (RTV)

Ritonavir (Norvir) is used as a "booster" of other protease inhibitors in the treatment of an HIV infection.  It is prescribed in combination with other antiretroviral medications.It is a potent inhibitor of CYP3A [238], and increases the bioavailability of the second protease inhibitor, allowinglonger dosing intervals [239]. The higher concentration of the "boosted" protease inhibitors also prevents the development of resistance. The drug is eliminated through metabolism and biliary excretion.  It has a half-life of 3-5 hours. It interacts with several drugs because it is a potent inhibitor of CYP450 isozymes. Common adverse effects of ritonavir include nausea, vomiting, diarrhea, headache, and circumoral paresthesias.

**Dosage and Administration**
**Adults**: 600 mg twice daily orally to be taken with meals.

**Table 31:** Pediatric Dosage Guidelines

| Body Surface Area ($m^2$) | Twice Daily Dose 250 mg per $m^2$ | Twice Daily Dose 300 mg per $m^2$ | Twice Daily Dose 350 mg per $m^2$ | Twice Daily Dose 400 mg per $m^2$ |
|---|---|---|---|---|
| 0.20 | 0.6 mL (50 mg) | 0.75 mL (60 mg) | 0.9 mL (70 mg) | 1.0 mL (80 mg) |
| 0.25 | 0.8 mL (62.5 mg) | 0.9 mL (75 mg) | 1.1 mL (87.5 mg) | 1.25 mL (100mg) |
| 0.50 | 1.6 mL (125 mg) | 1.9 mL (150 mg) | 2.2 mL (175 mg) | 2.5 mL (200 mg) |
| 0.75 | 2.3 mL (187.5 mg) | 2.8 mL (225 mg) | 3.3 mL (262.5mg) | 3.75 mL (300mg) |
| 1.00 | 3.1 mL (250 mg) | 3.75 mL (300 mg) | 4.4 mL (350 mg) | 5 mL (400 mg) |
| 1.25 | 3.9 mL (312.5 mg) | 4.7 mL (375 mg) | 5.5 mL (437.5mg) | 6.25 mL(500mg) |
| 1.50 | 4.7 mL (375 mg) | 5.6 mL (450 mg) | 6.6 mL (525 mg) | 7.5 mL (600 mg) |

**Saquinavir (SQV)**

**Saquinavir, a** protease inhibitor, is an antiretroviral drug used in HIV therapy. It is always given along with a low dose of ritonavir to maximize saquinavir bioavailability.There are two formulations of this drug:
- Invirase is a hard-gel capsule formulation of the mesylate, prescribed in combination with ritonavir to increase the saquinavir bioavailability;
- Fortovase (trade name)**,** a soft-gel capsule formulation of saquinavir (microemulsion) [24] orally-administered formulation.

In 2006, the sale of Fortovase was discontinued in the US in favour of Invirase boosted with ritonavir [241].

Dosage and Administration
**Adults and Children** (16 y of age and older):  PO 1,000 mg twice daily with ritonavir 100 mg twice daily.

High-fat meals enhance absorption. Saquinavir is eliminated mainly by metabolism, followed by biliary excretion. Its half-life is approximately 7-12 hours.  Drugs such as rifampin, rifabutin, nevirapine, efavirenz, etc enhance the metabolism of saquinavir and should be avoided if possible. Headache, fatigue, diarrhea, nausea are the most common adverse effects of this drug. Unlike other protease inhibitors, omeprazole increases the absorption of saquinavir [242].

**Indinavir (IDV)**
Indinavir (Crixivan), a protease inhibitor, is used for treatment of HIV infection. It inhibits HIV protease resulting in the formation of immature noninfectious virions. Indinavir is well absorbed orally.  Amongst all the protease inhibitors, it is the least protein-bound (60%) and has the shortest half-life of around 1.8 hours. It requires acidic gastric conditions for optimum absorption. Absorption is decreased when the drug is taken with meals.  Another protease inhibitor, ritonavir, overcomes this problem and also permits twice-a-day dosing. It is

metabolized predominantly in the liver; therefore, the dosage should therefore be reduced in patients with liver impairment.

Dosage and Administration
**Adults**: PO 800 mg (usually two 400 mg capsules) every 8 hours.
Dosage Adjustment in Hepatic Insufficiency:  Adults Mild to moderate hepatic insufficiency caused by cirrhosis PO 600 mg every 8 hours.

| Concomitant Therapy | Dose |
|---|---|
| Delavirdine | Reduce indinavir to 600 mg every 8 h when administering delavirdine 400 mg 3 times a day. |
| Didanosine | Coadministration should be at least 1 hour apart on an empty stomach. |
| Itraconazole | Reduce indinavir to 600 mg every 8 h when coadministered with itraconazole 200 mg twice daily. |
| Ketoconazole | Dosage reduction of indinavir to 600 mg every 8 h is recommended when coadministering ketoconazole. |
| Rifabutin | Reduce rifabutin to half the standard dose and increase dosage of indinavir to 1,000 mg every 8 h when rifabutin and indinavir are coadministered |

Indinavir is well tolerated.  Common adverse effects include mild gastrointestinal symptoms and headache. Indinavir can cause kidney stones (nephrolithiasis) and elevated levels of bilirubin in the blood (hyperbilirubinemia). Adequate hydration (1.5 L) of water per day should be recommended to the patient to reduce nephrolithiasis.  Lipodystrophy or fat redistribution is a troublesome adverse effect of this drug.

**Nelfinavir (NFV)**
Nelfinavir is a non-peptide protease inhibitor that is used in the treatment of HIV infection in combination with other antiretroviral drug. Its brand name is Viracept. Nelfinavir inhibits HIV proteases, which then leads to the formation of non-functional proteins in the HIV-infected cells. It is well absorbed and usually given with food.  It undergoes metabolism in the liver by multiple CYP isozymes. Isozyme CYP2C19, a major metabolite of nelfinavir, has an antiviral activity similar to that of the parent compound, but it achieves plasma concentrations at only 40 % of those of the nelfinavir. Nefinavir is the only protease inhibitor that cannot be boosted by ritonavir as it is not extensively metabolized by the enzyme CYP3A. Its protein binding is more than 98% and half-life is approximately 5 hours.

Dosage and Administration
**Adults and Children** (13 y and older):  PO 1,250 mg twice daily or 750 mg 3 times daily in combination with other antiretroviral agents (max, 2,500 mg/day).
**Children** (2 to 12 y of age):  PO 45 to 55 mg/kg twice daily or 25 to 35 mg/kg 3 times daily in combination with other antiretroviral agents (max, 2,500 mg/day).

The most common side effect of this drug is diarrhea and can be managed with loperamide.
Other adverse effects include nausea, flatulence and rash. Like other PIs, nelfinavir can inhibit
the metabolism of other drugs that can necessitate alterations of dosage or discontinuation of the
drug.

**Fosamprenavir (fAPV)**
Fosamprenavir, a prodrug of amprenavir, inhibits HIV-1 protease resulting in production of non-
functional virions in HIV-infected patients. Following oral absorption, it is metabolized
to amprenavir.  It is approximately 90% protein bound, mainly to alpha-1 acid glycoprotein.  Its
half life is around 8 hours that allows twice-a-day dosing.  Ritonavir, a booster for
fosamprenavir, increases the plasma levels of amprenavir and reduces the total daily dose.

**Table 32:** Dosage and Administration

| | |
|---|---|
| **Therapy-naive patients**<br>Adults | PO 1,400 mg twice daily without ritonavir; 1,400 mg plus ritonavir 200 mg once daily; 1,400 mg once daily plus ritonavir 100 mg once daily; or 700 mg twice daily plus ritonavir 100 mg twice daily.<br>PO 30 mg/kg of oral suspension twice daily (max, 1,400 mg twice daily). |
| Children<br>2 to 5 yr of age<br><br>6 yr of age and older | 30 mg/kg of oral suspension twice daily (max, 1,400 mg twice daily) or 18 mg/kg of oral suspension plus ritonavir 3 mg/kg twice daily (max, fosamprenavir 700 mg twice daily plus ritonavir 100 mg twice daily).<br>When administered without ritonavir, the adult regimen of fosamprenavir 1,400 mg twice daily may be used for children weighing at least 47 kg. When administered with ritonavir, fosamprenavir tablets may be used for children weighing at least 39 kg; ritonavir capsules may be used for children weighing at least 33 kg. |
| **Protease** Inhibitor–Experienced Patients<br>Adults | PO 700 mg twice daily plus ritonavir 100 mg twice daily. Once-daily administration of fosamprenavir plus ritonavir is not recommended in protease inhibitor–experienced patients |
| **Therapy-Experienced Patients**<br>Children 6 yr of age and older | PO 18 mg/kg of oral suspension plus ritonavir 3 mg/kg twice daily (max, fosamprenavir 700 mg twice daily plus ritonavir 100 mg twice daily). When administered with ritonavir, fosamprenavir tablets may be used for children weighing at least 39 kg; ritonavir capsules may be used for children weighing at least 33 kg. |
| Mild hepatic function impairment (Child-Pugh score 5 to 6) | Reduce dosage to 700 mg twice daily without ritonavir (therapy-naive) or 700 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |
| Moderate hepatic function impairment (Child-Pugh score 7 to 9) | Reduce dosage to 700 mg twice daily (therapy-naive) without ritonavir (therapy-naive) or 450 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |
| Severe hepatic function impairment (Child-Pugh score 10 to 15) | Reduce dosage to 350 mg twice daily without ritonavir (therapy-naive) or 300 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |

Common side effects of fosamprenavir include nausea, vomiting, diarrhea, headache fatigue and
paresthesias.  Like other members of the protease inhibitors, fosamprenavir can inhibit the

metabolism of a number of other drugs necessitating alterations of drug dosage or the prohibition of combined use.

**Lopinavir (LPVr)**

Lopinavir, a second generation peptidomimetic protease inhibitor used in combination with ritonavir for the treatment of HIV infection.  It is usually prescribed to treatment naïve patients. Currently, a fixed dose combination of lopinavir and ritonavir (Trade name Kaletra) is the preferred protease inhibitors for an initial antiretroviral regimen.  It has very poor intrinsic bioavailability, which is significantly increased by a low dose of ritonavir.  Lopinavir is highly bound to plasma proteins (98–99%) [243]. Most common side effects of lopinavir include gastrointestinal disturbances and hypertriglyceridemia. Oral solutions of this drug contain alcohol, and, therefore, can cause unpleasant reactions when taken concurrently with metronidazole or disulfiram.

**Atazanavir** (ATV)

Atazanavir is the preferred protease inhibitor that is used to treat HIV infection. Like other PIs, it also inhibits HIV protease, but is structurally different from other HIV protease inhibitors. New studies have observed that it can stem the growth of brain tumor cells in culture [244]. Atazanavir (ATV) and ritonavir-boosted atazanavir (ATV/RTV) are beneficial in treatment-naive and treatment-experienced individuals [245-248].

Atazanavir is well absorbed orally. Its bioavailability increases when taken with food. Atazanavir is highly protein bound (86 %). It is predominantly metabolized by the liver where it undergoes extensive CYP3A4-catalyzed biotransformation. It is excreted mainly in bile. Its mean half-life is around 7 hours and is prescribed once a day.

**Table 33:** Dosage and Administration of Atazanavir (ATV)

| Therapy-Naive Adults | PO Atazanavir 300 mg with ritonavir 100 mg once daily. The recommended dosage for atazanavir is 400 mg once daily for patients who are unable to tolerate ritonavir. |
|---|---|
| **Concomitant Therapy** ||
| Didanosine | Atazanavir should be given 2 h before or 1 h after buffered or enteric-coated didanosine. |

**Table 33 (con't):** Dosage and Administration of Atazanavir (ATV)

| | |
|---|---|
| **Efavirenz** | If atazanavir is combined with efavirenz, administer atazanavir 400 mg with ritonavir 100 mg once daily with food, and administer efavirenz on an empty stomach, preferably at bedtime. |
| **$H_2$-receptor antagonist** | Do not exceed a dosage comparable with famotidine 40 mg twice daily. Atazanavir 300 mg and ritonavir 100 mg should be given simultaneously with, and/or at least 10 h after, the dose of the $H_2$-receptor antagonist. For patients unable to tolerate ritonavir, administer atazanavir 400 mg once daily at least 2 h before and at least 10 h after the $H_2$-receptor antagonist. For these patients, no single dose of $H_2$-receptor antagonist should exceed a dose comparable with famotidine 20 mg, and the total daily dose should not exceed a dose comparable with famotidine 40 mg |
| **Tenofovir** | Atazanavir 300 mg with ritonavir 100 mg once daily with tenofovir. |
| **Proton pump inhibitors** | Do not exceed a dose comparable with omeprazole 20 mg; must be taken approximately 12 h prior to the atazanavir 300 mg and ritonavir 100 mg dose. |
| **Therapy-Experienced Adults** | |
| PO Atazanavir 300 mg with ritonavir 100 mg once daily. Atazanavir without ritonavir is not recommended for treatment-experienced patients with prior virologic failure. | |
| **Concomitant therapy** | |
| **Efavirenz/Proton pump inhibitors** | Do not coadminister atazanavir with efavirenz or proton pump inhibitors (PPIs) in treatment-experienced patients. |
| **Didanosine** | Atazanavir should be given 2 h before or 1 h after buffered or enteric-coated didanosine. |
| **$H_2$-receptor antagonist** | Whenever an $H_2$-receptor antagonist is given to a patient receiving atazanavir with ritonavir, the $H_2$-receptor antagonist dose should not exceed a dosage comparable with famotidine 20 mg twice daily, and the atazanavir and ritonavir doses should be given simultaneously with, and/or at least 10 h after, the dose of $H_2$-receptor antagonist. If taken with an $H_2$-receptor antagonist, administer atazanavir 300 mg with ritonavir 100 mg once daily. If taken with an $H_2$-receptor antagonist and tenofovir, administer atazanavir 400 mg with ritonavir 100 mg once daily. |

**Table 33 (con't):** Dosage and Administration of Atazanavir (ATV)

| Therapy-Naive Children | |
|---|---|
| 13 y and older weighing at least 40 kg | PO Atazanavir 400 mg, without ritonavir, once daily (max, atazanavir 400 mg once daily). For patients receiving concomitant tenofovir, $H_2$-receptor antagonists, or PPIs, atazanavir should not be administered with ritonavir. |
| **Therapy-Naive and Therapy-Experienced Children** | |
| 6 to younger than 18 y treated with ritonavir. Weight 15 to less than 20 kg. | PO Administer atazanavir 150 mg with ritonavir 100 mg once daily. |
| Weight 20 to less than 40 kg | PO Administer atazanavir 200 mg with ritonavir 100 mg once daily. |
| Weight at least 40 kg | PO Administer atazanavir 300 mg with ritonavir 100 mg once daily (max, atazanavir 300 mg/ritonavir 100 mg). |
| Pregnancy | PO Atazanavir 300 mg once daily plus ritonavir 100 mg once daily. |
| Concomitant therapy in Pregnancy | For treatment-experienced pregnant women during the second or third trimester, atazanavir 400 mg with ritonavir 100 mg once daily is recommended when atazanavir is coadministered with an $H_2$-receptor antagonist or tenofovir. |
| Renal Function Impairment | PO Treatment-naive patients with ESRD managed with hemodialysis should receive atazanavir 300 mg with ritonavir 100 mg. Do not administer atazanavir to HIV treatment–experienced patients with ESRD managed with hemodialysis. |
| Hepatic Function Impairment | PO Atazanavir with ritonavir is not recommended in patients with hepatic impairment. Consider a dosage reduction to 300 mg/day in patients with moderate hepatic impairment. Do not use in patients with severe hepatic impairment. |

Atazanavir can cause hyperbilirubinemia and jaundice as it is a competitive inhibitor of glucuronyl transferase. It can also cause bradycardia and prolongs the PR interval.

Similar to other PIs, atazanavir is a potent inhibitor of CYP3A4 and is responsible for many drug interactions. Unboosted atazanavir is contraindicated with the use of proton-pump inhibitors, and must be given 1 hour after taking antacids and around 10 hours after taking H2-blockers.

**Tipranavir (TPV)**

Tipranavir is a novel protease inhibitor that inhibits HIV protease in HIV- and HIV-2 that are resistant to the other protease inhibitors [249]. Tipranavir resistance develops gradually and encompasses many specific protease gene mutations [250]. It is effective against majority of HIV viral isolates with PI resistance [251-255].

Dosage and Administration

**Adults**: PO 500 mg (two 250 mg capsules or 5 mL oral solution), coadministered with ritonavir 200 mg, twice daily.

**Children** 2 to 18 yr of age: 14 mg/kg with ritonavir 6 mg/kg (or 375 mg/m$^2$ with ritonavir 150 mg/m$^2$) twice daily (max, tipranavir 500 mg with ritonavir 200 mg twice daily). In case toxicity or intolerance occurs, lower the dose to tipranavir 12 mg/kg with ritonavir 5 mg/kg (or tipranavir 290 mg/m$^2$ with ritonavir 115 mg/m$^2$) twice daily, provided their virus is not resistant to multiple protease inhibitors.

Tipranavir is well absorbed when administered with meals. It is more than 99.9% protein bound. It has a mean half-life of 6 hours, and, therefore, it must be given twice daily in combination with ritonavir. Tipranavir has unique properties both as a CYP450 inducer and a substrate that is distinctive from the other PIs. U.S. FDA has issued black box warnings for fatal and nonfatal intracranial hemorrhages severe and fatal hepatitis.

Some common side effects of this drug include intracranial hemorrhage, diabetes mellitus and hepatitis [256]. The drug also causes elevated total cholesterol and triglycerides levels.

**Darunavir (DRV)**

Darunavir (Trade Name Prezista) is the most recently approved protease inhibitor prescribed for the treatment of HIV infection. It is effective against several types of HIV-1 strains, including wild-type virus and f multidrug-resistant (MDR) strains [257-262].

Darunavir is FDA-approved for both initial therapy in naive HIV-infected patients as well as the treatment of experienced patients with HIV resistant to other PIs.

**Table 34:** Dosage and Administration of Darunavir

| Adult Dose | |
|---|---|
| **HIV Infection Treatment-naive** | PO Darunavir 800 mg with ritonavir 100 mg once daily with food. |
| **Treatment-experienced** | Genotypic testing is recommended. PO darunavir 800 mg with ritonavir 100 mg once daily with food in patients with no darunavir resistance-associated substitutions or darunavir 600 mg with ritonavir 100 mg twice daily with food in patients with 1 or more darunavir resistance-associated substitutions. If genotypic testing is not feasible, darunavir 600 mg with ritonavir 100 mg twice daily is recommended. |

| Children 3 to younger than 18 years (Weight) | |
|---|---|
| 10 kg-< 11 kg | PO Darunavir 200 mg with ritonavir 32 mg twice daily with food |
| 11 kg - < 12 kg | PO Darunavir 220 mg with ritonavir 32 mg twice daily with food. |
| 12 kg - < 13 kg | PO Darunavir 240 mg with ritonavir 40 mg twice daily with food |
| 13 kg - < 14 kg | PO Darunavir 260 mg with ritonavir 40 mg twice daily with food |
| 14 kg - < 15 kg | PO Darunavir 280 mg with ritonavir 48 mg twice daily with food |
| 15 kg - < 30 kg | PO Darunavir 375 mg (if using darunavir oral suspension, round off dose to 380 mg) with ritonavir 50 mg twice daily with food. |
| 30 kg - < 40 kg | PO Darunavir 450 mg (if using darunavir oral suspension, round off dose to 460 mg) with ritonavir 60 mg twice daily with food |
| 40 kg or more | PO Darunavir 600 mg with ritonavir 100 mg twice daily with food |

Daru navir should be given with food to increase absorption. Its terminal elimination half-life is 15 hours when combined with ritonavir. Its protein binding is approximately 95%. It is extensively metabolized in the liver by the CYP3A enzymes. The side effects are similar to those of the other PIs.

## ENTRY INHIBITORS

**Enfuvirtide** (Fuzeon (Roche)
Enfuvirtide (INN), a fusion inhibitor, is used in combination therapy for the treatment of HIV-1 infection. HIV enters the host cell by fusing its membrane with that of the host cell. Enfuvirtide, a 36-amino-acid peptide, effectively blocks the fusion of viral and target cell membranes and prevents new infections of cells by HIV-1 [263]. It is also highly effective in highly treatment-experienced patients [264].

Enfuvirtide, in combination with other antiretroviral agents, is FDA approved for management of treatment-experienced patients with evidence of viral replication despite ongoing antiretroviral drug therapy. Resistance to this drug can develop in patients, but can be reversed upon its discontinuation [265, 266]. Enfuvirtide is a peptide, and, therefore, must be administered subcutaneously. It must be reconstituted prior to administration. The volume of distribution of this agent is small, approximately 5.5 l, and the absolute bioavailability is approximately 85% [264, 267, 268].

Dosage and Administration
**Adults:** Subcutaneous 90 mg twice daily.
**Children** 6 yr of age and older: Subcutaneous 2 mg/kg twice daily (max, 90 mg twice daily).

The majority of the side effects are related to the injection, including pain, induration, erythema, and nodules, which occur in virtually all patients.  It is an expensive medication.

**Table 35:** Characteristics of the Fusion Inhibitor, Enfuvirtide

| Generic Name/ Trade Name | Formulation | Dosing Recommendation | Serum/ Half-life & Elimination | Adverse Events |
|---|---|---|---|---|
| Enfuvirtide (T20)/ Fuzeon | Injectable: supplied as lyophilized powder. Each vial contains 108 mg of T20; reconstitute with 1.1mL of sterile water for injection for delivery of approximately 90 mg/1 mL. | 90 mg (1mL) Sub-cutaneously BID | 3.8 hrs undergoes catabolism to its constituent amino acids, with subsequent recycling of the amino acids in the body pool | • Local injection site reactions (pain, erythema, induration, nodules and cysts, pruritus, ecchymosis) in almost 100% of patients<br>• Increased incidence of bacterial pneumonia<br>• HSR (<1% of patients)<br>• Symptoms may include rash, fever, nausea, vomiting, chills, rigors, hypotension, or elevated serum transaminases.<br>• Rechallenge is not recommended. |

**Key to Abbreviations:** BID = twice daily, HSR = hypersensitivity reaction, T20 = enfuvirtide

## CCR5 INHIBITORS

### Maraviroc

Maraviroc is the second entry inhibitor. Maraviroc blocks the CCR5 co-receptor that together with gp41 assists HIV entry into the cell.  This prevents HIV's entry into human macrophages and T-cells [269].  It is important to perform HIV tropism test such as a trofile assay to determine if the drug will be effective because HIV can also use other coreceptors to make an entry into the host's cells [270].  Maraviroc is effective against the R5 virus that also uses CCR5. Maraviroc it is well absorbed orally, and has peak drug concentrations between 30 minutes and 4 hours after administration [271].  Its bioavailability is approximately 33% and is widely distributed in the body [271, 272]. Terminal half-life is 14-18 hours.  Maraviroc is extensively metabolized by CYP450 liver enzymes, and the dose must be increased in patients receiving the NNRTIs and reduced when given with majority of PIs.

Dosage and Administration

Concomitant Enfuvirtide, Nevirapine, All Nucleoside Reverse Transcriptase Inhibitors (NTRIs), Raltegravir, Tipranavir/Ritonavir
**Adults and Adolescents** 16 y of age and older: PO 300 mg twice daily.

Concomitant Potent CYP3A Inhibitors (Clarithromycin, Delavirdine, Itraconazole, Ketoconazole, Nefazodone, Protease Inhibitors [Except Tipranavir/Ritonavir], Telithromycin) With or Without a CYP3A Inducer
**Adults and Adolescents** 16 y of age and older: PO 150 mg twice daily.

Concomitant Potent CYP3A Inducers Without a Strong CYP3A Inhibitor (Carbamazepine, Efavirenz, Etravirine, Phenobarbital, Phenytoin, Rifampin)
**Adults and Adolescents** 16 y of age and older: PO 600 mg twice daily.

**Renal Function Impairment**
Concomitant Enfuvirtide, Nevirapine, NRTIs, Raltegravir, Tipranavir/Ritonavir can induce severe renal impairment (CrCl less than 30 mL/min) and ESRD on hemodialysis
Reduce dosage to 150 mg twice daily if there are any symptoms of postural hypotension.

Concomitant Potent CYP3A Inhibitors (Clarithromycin, Delavirdine, Itraconazole, Ketoconazole, Nefazodone, Protease Inhibitors [Except Tipranavir/Ritonavir], Telithromycin): with or without CYP3A inducer can induce severe renal impairment (Creatinine Clearance less than 30 mL/min) and ESRD on hemodialysis: **Contraindicated**.

Concomitant Potent CYP3A Inducers (Carbamazepine, Efavirenz, Etravirine, Phenobarbital, Phenytoin, Rifampin) without a Strong CYP3A Inhibitor can induce severe renal impairment (CrCl less than 30 mL/min) and ESRD on hemodialysis: **Contraindicated**.

Common adverse effects include upper respiratory infections, cough, fever dizziness, sleep disturbances, loss of appetite, etc.

**Table 36**: Characteristics of Maraviroc, a CCR5 Antagonist

| Generic Trade Name | Formulation | Dosing Recommendation | Serum/Half-life Elimination | Adverse Events |
|---|---|---|---|---|
| **Maraviroc (MVC)/** Selzentry | 150-, 300-mg tablets | • **150 mg BID** when given with drugs that are strong CYP3A inhibitors (with or without CYP3A inducers) including PIs (except TPV/r)<br>• **300 mg BID** when given with NRTIs, T20, TPV/r, NVP, RAL, and other drugs that are not strong CYP3A inhibitors or inducers<br>• **600 mg BID** when given with drugs that are CYP3A inducers,<br>• including EFV, ETR, etc. (without a<br>• CYP3A inhibitor)<br>Take without regard to meals | 14–18 hrs<br><br>CYP3A4 substrate | • Abdominal pain<br>• Cough<br>• Dizziness<br>• Musculoskeletal symptoms<br>• Pyrexia<br>• Rash<br>• Upper respiratory tract infections<br>• Hepatotoxicity which may be preceded by severe rash or other signs of systemic allergic reactions<br>• Orthostatic hypotension especially in patients with severe renal insufficiency |

**Key to Abbreviations:** BID = twice daily

## INTEGRASE INHIBITOR

Raltegravir (MK-0518, Isentress)

Raltegravir is the first FDA approved new class of antiretroviral drugs known as integrase inhibitors [273]. Raltegravir specifically inhibits integrase, an HIV enzyme that integrates strand transfer of the viral DNA into host cell DNA. Raltegravir is rapidly absorbed with a bioavailability of at least 32%. Raltegravir has a half-life of approximately 9 hours.  Twice daily dosing achieves pharmacokinetic steady state within the initial 2 days of dosing [274-276]. It is approximately 83% bound to human plasma proteins. The drug is metabolized through UGT1A1-mediated glucuronidation [277] and, therefore, there are no drug interactions with CYP450 inducers, inhibitors, or substrates.

**Table 37:** Dosage and Administration of the chewable Tablet for Children (2-12yo)

| Weight(Kg) | Dose (PO) |
|---|---|
| 10-13 | 75 mg twice daily |
| 14-19 | 100 mg twice daily |
| 20-27 | 150 mg twice daily |
| 28-39 | 200 mg twice daily |
| 40 or more | 300 mg twice daily (max, 600 mg/day) |

Coadministration with rifampin in adults**:** PO 800 mg twice daily.


Film-Coated Tablet

**Adults and children** 6 y and older with weight 25 kg or more: PO 400 mg twice daily.
**Adults and children** 6 y and older with weight 24 kg or less**:** PO use the chewable tablet.


Raltegravir is well tolerated.   Common adverse effects of this agent include diarrhea, nausea, upper respiratory infection, headache, dizziness, nasopharyngitis, and insomnia. Other more serious adverse events include elevated creatine kinase with muscle pain, rhabdomyolysis and depression with suicidal ideation.  Raltegravir, in combination with other antiretroviral agents, is FDA approved for both initial therapies of both treatment-naive patients as well as treatment-experienced patients with evidence of viral replication despite ongoing antiretroviral drug therapy.

**Table 38:** Characteristics of Integrase Inhibitors

| Generic/ Trade Name | Formu- lation | Dosing Recommendation | Serum / Half- life | Route of Metabolism | Adverse Events |
|---|---|---|---|---|---|
| Raltegravir (RAL)/ Isentress | 400-mg tablet  25-, 100-mg chewable tablets | 400 mg BID  **With rifampin:** 800 mg BID Take without regard to meals. | ~9 hrs | UGT1A1- mediated glucuroni- dation | • Rash, including Stevens-Johnson syndrome, HSR, and toxic epidermal necrolysis (TEN)<br>• Nausea<br>• Headache<br>• Diarrhea<br>• Pyrexia<br>• CPK elevation, muscle weakness, and rhabdomyolysis |

**Key to Abbreviations:** BID = twice daily, CPK = creatine phosphokinase, HSR = hypersensitivity reaction, RAL = raltegravir, UGT = uridine diphosphate gluconyltransferase

**Table 39:** Antiretroviral Dosing Recommendations in Patients with Renal or Hepatic Insufficiency

| Antiretroviral Generic Name/ Trade Name | Usual Daily Dose | Dosing in Renal Insufficiency (Including with chronic ambulatory peritoneal dialysis and hemodialysis) | Dosing in Hepatic Impairment |
|---|---|---|---|
| **Nucleoside Reverse Transcriptase Inhibitors** | | | |
| Use of fixed-dose combination NRTI (+/- NNRTI) of Atripla, Combivir, Complera, Trizivir, or Epzicom is not recommended in patients with CrCl <50 mL/min. Use of Truvada is not recommended in patients with CrCl <30 mL/min. | | | |
| Abacavir (ABC)/ Ziagen | 300 mg PO BID | No dosage adjustment necessary | **Child-Pugh Score Dose** 5–6: 200 mg. BID (use oral solution) >6   contraindicated |
| Didanosine EC(ddI)/ Videx EC | **Body weight ≥60 kg:** 400 mg PO once daily **Body weight <60 kg:** 250 mg PO once daily | **Creat.Clearance≥ 60mL/min** ≥60kg:400mg, once daily ≤60kg:250 mg, once daily **Creat.Clearance 30-59mL/min** ≥60kg:200mg, once daily ≤60kg:125 mg, once daily **Creat.Clearance 10-29mL/min** ≥60kg:125mg, once daily ≤60kg:125 mg, once daily **Creat.Clearance<10mL/min** ≥60kg:125mg, once daily ≤60kg: Use alternative | No dosage adjustment necessary |
| Didanosine oral solution (ddI/Videx | **Body weight ≥60 kg:** 200 mg PO BID or 400 mg PO once daily **Body weight <60 kg:** 250 mg PO once daily or 125 mg PO BID | **Creat.Clearance≥ 60mL/min** ≥60kg:200mg, once daily ≤60kg:150 mg, once daily **Creat.Clearance 30-59mL/min** ≥60kg:150mg, once daily ≤60kg:100 mg, once daily **Creat.Clearance 10-29mL/min** ≥60kg:100mg, once daily ≤60kg:75mg, once daily **Creat.Clearance<10mL/min** Not recommended | No dosage adjustment necessary |
| Entricitabine (FTC)/ Emtriva | 200-mg oral capsule once daily; or 240-mg (24-mL) oral solution once daily | **Capsule** **Creat.Clearance≥ 60mL/min** 200 mg once daily **Creat.Clearance 30-59mL/min** 200 mg every 48 hours **Creat.Clearance 10-29mL/min** 200 mg every 72 hours **Creat.Clearance 10-29mL/min (or hemodialysis)** 200 mg every 96 hours | No dosage recommendation |

| | | | |
|---|---|---|---|
| | | **Oral Solution**<br>**Creat.Clearance≥ 60mL/min**<br>240 mg every 24 hours(24 mL)<br>**Creat.Clearance 30-59L/min**<br>120 mg every 24 hours(12 mL)<br>**Creat.Clearance 10-29L/min**<br>80 mg every 24 hours(8 mL)<br>**Creat.Clearance 10-29L/min**<br>**(or hemodialysis)**<br>60 mg every 24 hours(6 mL) | |
| **Lamivudine (3TC)/ Epivir** | 300 mg PO once daily<br>or<br>150 mg PO BID | **Creat.Clearance≥ 50mL/min**<br>**No changes**<br>**Creat.Clearance 30-49mL/min**<br>150 mg PO once daily<br>**Creat.Clearance 15-29mL/min**<br>150mg PO,1day, then 100mg PO daily.<br>**Creat.Clearance 5-14mL/min**<br>150mg PO,1day, then 50mg PO daily.<br>**Creat.Clearance <5mL/min**<br>50mg PO,1day, then 25mg PO daily | No dosage adjustment necessary |
| **Stavudine (d4T)/ Zerit** | **Body weight ≥60 kg:**<br>40 mg PO BID<br><br>**Body weight <60 kg:**<br>30 mg PO BID | **Creat.Clearance≥ 50mL/min**<br>**No changes**<br>**Creat.Clearance 26-49mL/min**<br>>60 kg: 20 mg every 12h.<br><60 kg: 15 mg every 12h<br>**Creat.Clearance 10-25mL/min**<br>>60 kg: 20 mg every 24h.<br><60 kg: 15 mg every 24h<br>**Creat.Clearance <10 not on**<br>**hemodialysis:** Insufficient data | No dosage recommendation |
| **Tenofovir (TDF)/ Viread** | 300 mg PO once daily | **Creat.Clearance≥ 50mL/min**<br>**No changes**<br>**Creat.Clearance 30-49mL/min**<br>300 mg every 48 hours<br>**Creat.Clearance 10-29mL/min**<br>300 mg twice weekly<br>**Creat.Clearance <10 not on**<br>**hemodialysis:** No recommendation | No dosage adjustment necessary |
| **Entricitabine (FTC)+ Tenofovir(TDF)/ Truvada** | 1 tablet PO once daily | **Creat.Clearance≥ 50mL/min**<br>**No changes**<br>**Creat.Clearance 30-49mL/min**<br>1 tablet every 48 hours<br>**Creat.Clearance <30mL/min**<br>Not recommended | No dosage recommendation |

| Zidovudine (AZT, ZDV)/ Retrovir | 300 mg PO BID | **Creat.Clearance≥ 15mL/min** No changes **Creat.Clearance<15mL/min** 1 mg/kg every 6 to 8 hours | No dosage recommendation |
|---|---|---|---|
| **Non-Nucleoside Reverse Transcriptase Inhibitors** | | | |
| **Delavirdine (DLV)/ Rescriptor** | 400 mg PO TID | No dosage adjustment necessary | No dosage recommendation; use with caution in patients with hepatic impairment. |
| **Efavirenz (EFV)/ Sustiva** | 600 mg PO once daily at or before bedtime | No dosage adjustment necessary | No dosage recommendation; use with caution in patients with hepatic impairment. |
| **Efavirenz (EFV)+ Tenofovir (TDF)+ Emtricitabine (FTC) Atripla** | 1 tablet PO once daily | Not recommend- ed for use in patients with CrCl <50 mL/min. Instead use individual drug components of the fixed-dose combination and adjust TDF and FTC doses based on CreatClearance level. | No dosage recommendation; use with caution in patients with hepatic impairment. |
| **Etravirine (ETR)/ Intelence** | 200 mg PO BID | No dosage adjustment necessary | Child-Pugh Class A or B: no dosage adjustment Child-Pugh Class C: no dosage recommendation |
| **Nevirapine (NVP)/ Viramune or Viramune XR** | 200 mg PO BID or 400 mg PO once daily (using Viramune XR formulation) | **Patients on HD**: limited data; no dosage recommendation | **Child-Pugh Class A:** no dosage adjustment **Child-Pugh Class B or C:** contraindicated |
| **Rilpivirine (RPV)/ Edurant** | 25 mg PO once daily | No dosage adjustment necessary | **Child-Pugh Class A or B:** no dosage adjustment **Child-Pugh Class C:** no dosage recommendation |
| **Rilpivirine (RPV)+ Tenofovir (TDF)+ Emtricitabine (FTC)/ Complera** | 1 tablet PO once daily | Not recommended for use in patients with CrCl <50 mL/min. Instead use individual drug components of the fixed-dose combination and adjust TDF and FTC doses levels based on CreatClearance level. | **Child-Pugh Class A or B:** no dosage adjustment **Child-Pugh Class C:** no dosage recommendation |
| **Protease Inhibitors** | | | |
| **Atazanavir (ATV)/ Reyataz** | 400 mg PO once daily or (ATV 300 mg + RTV 100 mg) PO once daily | No dosage adjustment for patients with renal dysfunction not requiring HD **ARV-naive patients on HD:** (ATV 300 mg + RTV 100 mg) once daily **ARV-experienced patients on HD: ATV or RTV-boosted** | **Child-Pugh Class B:**300 mg once daily **Child-Pugh Class C:** not recommended RTV boosting is **not** recommended in patients with hepatic impairment (Child-Pugh Class B or C). |

| | | | |
|---|---|---|---|
| | | **ATV**: not recommended | |
| **Darunavir (DRV)/ Prezista** | (DRV 800 mg + RTV 100 mg) PO once daily (ARV-naive patients only) or (DRV 600 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | **Mild-to-moderate hepatic impairment**: no dosage adjustment **Severe hepatic impairment**: Not recommended |
| **Fosamprenavir (FPV)/ Lexiva** | 1400 mg PO BID or (FPV 1400 mg + RTV 100 −200 mg) PO once daily or (FPV 700 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | No dosage recommendations |
| **Indinavir (IDV)/ Crixivan** | 800 mg PO every 8 h | No dosage adjustment necessary | **Mild-to-moderate hepatic insufficiency because of cirrhosis**: 600 mg every 8 h |
| **Lopinavir/ ritonavir (LPV/r) Kaletra** | 400/100 mg PO BID or 800/200 mg PO once daily | Avoid once-daily dosing in patients on HD | No dosage recommendation; use with caution in patients with hepatic impairment. |
| **Nelfinavir (NFV)/ Viracept** | 1250 mg PO BID | No dosage adjustment necessary | Mild hepatic impairment: no dosage adjustment Moderate-to-severe hepatic impairment: do not use |
| **Ritonavir (RTV)/ Norvir** | As a PI-boosting agent: 100−400 mg per day | No dosage adjustment necessary | Refer to recommendations for the primary PI. |
| **Saquinavir (SQV)/ Invirase** | (SQV 1000 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | Mild-to-moderate hepatic impairment: **use with caution** Severe hepatic impairment: **contraindicated** |
| **Tipranavir (TPV)/ Aptivus** | (TPV 500 mg + RTV 200 mg) PO BID | No dosage adjustment necessary | Child-Pugh Class A: **use with caution** Child-Pugh Class B or C: **contraindicated** |
| **Fusion Inhibitor** | | | |
| **Enfuvirtide (T20)/ Fuzeon** | 90 mg subcutaneous BID | No dosage adjustment necessary | No dosage adjustment necessary |

| CCR5 Antagonist | | | |
|---|---|---|---|
| **Maraviroc (MVC)/ Selzentry** | The recommended dose differs based on concomitant medications and potential for drug-drug interactions. | **CrCl <30 mL/min or Hemodialysis**<br><br>**Without potent CYP3A inhibitors or inducers:** 300 mg BID; reduce to 150 mg BID if postural hypotension occurs<br>**With potent CYP3A inducers o inhibitors: not recommended** | No dosage recommendations. Concentrations will likely be increased in patients with hepatic impairment. |
| **Integrase Inhibitor** | | | |
| **Raltegravir (RAL)/ Isentress** | 400 mg BID | No dosage adjustment necessary | Mild-to-moderate hepatic insufficiency: no dosage adjustme necessary<br>Severe hepatic insufficiency: no recommendation |

**Key to Abbreviations:** 3TC = lamivudine, ABC = abacavir, ARV = antiretroviral, ATV = atazanavir, AZT = zidovudine, BID = twice daily, CAPD = chronic ambulatory peritoneal dialysis, CrCl = creatinine clearance, CYP = cytochrome P, d4T = stavudine, ddI = didanosine, DLV = delavirdine, DRV = darunavir, EC = enteric coated, EFV = efavirenz, ETR = etravirine, FPV = fosamprenavir, FTC = emtricitabine, hr = hour, HD = hemodialysis, IDV = indinavir, LPV/r = lopinavir/ritonavir, MVC = maraviroc, NFV = nelfinavir, NNRTI = non-nucleoside reverse transcriptase inhibitor, NRTI = nucleoside reverse transcriptase inhibitor, NVP = nevirapine, PI = protease inhibitor, PO = orally, RAL = raltegravir, RPV = rilpivirine, RTV = ritonavir, SQV = saquinavir, T20 = enfuvirtide, TDF = tenofovir, TID = three times daily, TPV = tipranavir, XR = extended release, ZVD = zidovudine

HAART (Highly Active Antiretroviral Therapy)

The introduction of highly active antiretroviral therapy (HAART) has resulted in significant improvements in immune status, quality of life, and reduced morbidity and mortality associated with HIV infected patients [278-280]. Standard HAART regimens for antiretroviral-naïve patients consist of 3 active antiretroviral agents: 2 nucleoside reverse transcriptase inhibitors (NRTIs) plus one non-nucleoside reverse transcriptase inhibitor (NNRTI), or 2 NRTIs plus a ritonavir-boosted protease inhibitor (PI) [281]. However, four or more active antiretroviral agents have not shown substantial clinical benefit over HAART regimens [282, 283].

The principal goal of HAART is to:
- Prevent transmission
- Reduce suffering
- Prevent/treat opportunistic infections
- Slow/halt disease progression
- Prolong the patient's life while ensuring quality of life.

Although the success of HAART is significant, several issues still persist. The cure of HIV is still not possible because the antiretroviral drugs cannot eliminate the virus completely. New pharmaceutical agents such as elvucitabine, apricitabine, and etravirine have offered a new hope for HIV patients with drug resistant disease and have shown promising results. Novel drugs that can be highly potent against HIV are currently being developed all over the world.   Some of these drugs have unique mechanism of action such as:

- BMS-663068 (CD4 receptor attachment inhibitor)
- Maturation inhibitors
- Cobicistat (Pharmacokinetic enhancers)
- Capsid assembly inhibitors
- LEDGF/p75 or Lens epithelium derived growth factor inhibitors

Some other pharmaceutical agents currently under study include:
- GS 7340 is a novel prodrug of tenofovir disoproxil fumarate that acts by inhibiting nucleotide reverse transcriptase. This is still being investigated in clinical trials.
- Zinc-Finger Nucleases: Preliminary clinical trails have suggested that compound SB-728-T increases CD4 counts resulting in decreased HIV proviral load in an aviremic HIV-infected patient.  Modification of CCR5 in CD4 T cells with zinc finger nuclease (ZFN) can increase survival rate in HIV patients.  Researchers are now focusing on increasing the efficiency of modified CD4+ cells to increase virologic suppression.
- Nanoformulations of Atazanavir/ Ritonavir are being studied for their potential for better virologic control.
- BMS-790052 is Hepatitis C virus nonstructural protein 5A (NS5A) inhibitor that is being investigated for treatment of HIV/HCVcoinfected individuals.

Some of the drugs that are being investigated for the treatment of HIV infection are discussed below.

**Entry Inhibitors**
Phase II trials
PRO 140
PRO 140 are genetically engineered monoclonal antibodies, which target the CCR5 receptor present on T lymphocytes. PRO 140 is a potent entry inhibitor [284, 285]. It is injected and binds to CCR5 for more than two months [286].  It may have to be administered only once or twice every month.  Compared to maraviroc, PRO 140 seems to have fewer side effects [287].

Ibalizumab, TMB-355 or TNX-355 is a non-immunosuppressive monoclonal antibody that blocks both CCR5- and CXCR4-tropic viruses [288], including HIV from entering cells by binding to the protein CD4 on the cell surface. Like PRO 140, it may be injected once every two weeks.

BMS-663068 is an entry inhibitor which targets initial step of HIV binding to cells. Majority of entry inhibitors interfere with the second and third steps of HIV entry. BMS-663068 is a prodrug for BMS-626529 which binds to the viral envelope glycoprotein gp120 and interferes with attachment of the virus to the cellular CD4 receptor.  BMS-663068 binds to the glycoprotein gp120 on HIV-1 and prevents HIV from binding to a cell's co-receptor. In recent clinical trials this compound caused reduction in HIV viral loads and increased CD4 count [289].

Cenicriviroc (TAK-652) is an investigational drug which is being studied for the treatment of HIV infection [290]. It is a potent CCR5 antagonist that inhibits CCR2 and CCR5 receptors [291].  In Phase II clinical trails it was observed that this drug 'significantly decreased' viral load [292]. Some of the side effects associated with this drug include fatigue, diarrhea and nausea [293].

**Integrase Inhibitors**

Phase II trials

Dolutegravir is being studied for the treatment of HIV infection.  Clinical trials have shown that it is effective in HIV patients who are resistant to integrase inhibitor, elvitegravir or raltegravir [294].  It is an integrase inhibitor that option for treatment experienced patients who are resistant to integrase inhibitors raltegravir or elvitegravir. Studies are being conducted to observe the effect of a new fixed dose combination called 572-Trii [295] in which dolutegravir is given in combination with abacavir and lamivudine. Results of SPRING-1, a multinational Phase 2b trial showed that dolutegravir 50mg administered orally is effective in lowering HIV viral load and increasing CD4 counts in integrase-naive patients [296].

Phase III trials

Elvitegravir

Phase III trials of this drug are being conducted in treatment-experienced patients.
The drug was recently approved by FDA U for treatment naïve patients as part of the fixed dose combination known as Stribild [297].

**Maturation Inhibitors**

Phase III trials

Vivecon [298] (MP-9055) is a maturation inhibitor which is Phase II trials. Previous studies have observed that Vivecon can be beneficial for patients who are resistant to NNRTIs and protease inhibitors [299].

**NNRTIs**

Phase II

Lersivirine is an NNRTI which is effective in lowering viral load among treatment naive patients [300]. Results of phase IIb trials observed that unlike efavirenz, etravirine and nevirapine, this next generation NNRT was effective against HIV with a specific mutation (position Y181).

**NRTIs**

Phase II trials

KP-1461 was developed not to suppress or inhibit replication, but to compel newly replicated HIV to become less infective. KP-1461 is an NRTI that force newly created HIV to become less able to infect human cells. It increases the mutation rate of HIV when it replicates.  This results in virions that are unable to survive. KP-1461 inserts faulty elements into HIV's genetic code. Phase II trial was suspended in June 2008 as majority of HIV patients had no reduction in levels of HIV [301]. However, in May 2009, encouraging optimistic findings were observed from a subsequent study [302].  In January 2011, another phase II study observed that the mutation spectrum of HIV was altered in treatment-experienced patients, receiving KP1461 twice per day for 124 days [303].  This drug is being investigated currently for the treatment of HIV.

Apricitabine, Elvucitabine and Racivir are three conventional NRTIs that are currently being investigated.  Studies suggest that all three of these investigational compounds are effective in controlling HIV that is resistant to some other NRTIs.

Festinavir (previously OBP-601) is an NRTI that is active against HIV resistant to both abacavir and tenofovir. This makes this agent a good candidate for HIV patients with multi-drug resistant (MDR) strains of the virus [304].

**Table 40**: Laboratory Monitoring Schedule for Patients Prior to and After Initiation of Antiretroviral Therapy

| | Entry into care | Follow-up Before ART | ART initiation or modification | 2–8 weeks post-ART initiation or modification | Every 3–6 months | Every 6 months | Every 12 months | Treatment failure | Clinically indicated |
|---|---|---|---|---|---|---|---|---|---|
| CD4 count | √ | every 3–6 months | √ | | √ | In clinically stable patients with suppressed viral load, CD4 count can be monitored every 6–12 months (see text) | | √ | √ |
| Viral load | √ | every 3–6 months | √ | √ | √ | | | √ | √ |
| Resistance | √ | | √ | | | | | √ | √ |
| HLA-B*5701 | | | √ if considering ABC | | | | | | |
| Tropism testing | | | √ if considering a CCR5 antagonist | | | | | √ if considering a CCR5 antagonist or for failure of CCR5 antagonist-based regimen | √ |
| Hepatitis B Serology | √ | | √ may repeat if HBsAg (-) and HBsAb (-) at baseline | | | | | | √ |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Basic chemistry** | √ | every 6–12 months | √ | √ | √ | | | √ |
| **ALT, AST, bilirubin** | √ | every 6–12 months | √ | √ | √ | | | √ |
| **CBC with differential** | √ | every 3–6 months | √ | √ if on ZDV | √ | | | √ |
| **Fasting lipid profile** | √ | * | √ | √ consider 4–8 weeks after starting new ART | | √ ** | √ ** | √ |
| **Fasting glucose** | √ | * | √ | | √ ** | √ ** | | √ |
| **Urinalysisg** | √ | | √ | | | √ if on TDFh | √ | √ |
| **Pregnancy test** | | | √ if starting EFV | | | | | √ |

**Key:** *: if normal, annually  **: if abnormal at last measurement

**Table 41:** Recommendations for Using Drug-Resistance Assays

| Clinical Setting/Recommendation | Rationale |
|---|---|
| **Drug-resistance assay recommended** | |
| **In acute HIV infection:** Drug-resistance testing is recommended regardless of whether ART is initiated immediately or deferred. A genotypic assay is generally preferred. | If ART is to be initiated immediately, drug-resistance testing will determine whether drug-resistant virus was transmitted. Test results will help in the design of initial regimens or to modify or change regimens if results are obtained subsequent to treatment initiation. Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| If ART is deferred, repeat resistance testing should be considered at the time therapy is initiated. A genotypic assay is generally preferred. | If ART is deferred, testing should still be performed because of the greater likelihood that transmitted resistance-associated mutations will be detected earlier in the course of HIV infection. Results of resistance testing may be important when treatment is initiated. Repeat testing at the time ART is initiated should be considered because the patient may have acquired a drug resistant virus (i.e., superinfection). |
| **In ART-naive patients with chronic HIV infection:** Drug resistance testing is recommended at the time of entry into HIV care, regardless of whether therapy is initiated immediately or deferred. A genotypic assay is generally preferred | Transmitted HIV with baseline resistance to at least one drug is seen in 6%–16% of patients, and suboptimal virologic responses may be seen in patients with baseline resistant mutations. Some drug-resistance mutations can remain detectable for years in untreated chronically infected patients. |
| If therapy is deferred, repeat resistance testing should be considered prior to the initiation of ART. A genotypic assay is generally preferred. | Repeat testing prior to initiation of ART should be considered because the patient may have acquired a drug-resistant virus (i.e., a superinfection). Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| If an INSTI is considered for an ART-naive patient and transmitted INSTI resistance is a concern, providers may wish to supplement standard resistance testing with a specific INSTI genotypic resistance assay. | Standard genotypic drug-resistance assays test only for mutations in the RT and PR genes. |
| **In patients with virologic failure:** Drug-resistance testing is recommended in persons on combination ART with HIV RNA levels >1,000 copies/mL. In persons with HIV RNA levels >500 but <1,000 copies/mL, testing may be unsuccessful but should still be considered | Testing can help determine the role of resistance in drug failure and maximize the clinician's ability to select active drugs for the new regimen. Drug-resistance testing should be performed while the patient is taking prescribed ARV drugs or, if not possible, within 4 weeks after discontinuing therapy. |
| A standard genotypic resistance assay is generally preferred for those experiencing virologic failure on their first or second regimens. | Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| In patients failing INSTI-based regimens, genotypic testing for INSTI resistance should be considered to determine whether to include drugs from this class in subsequent regimens | Standard genotypic drug-resistance assays test only for mutations in the RT and PR genes. |

| | |
|---|---|
| Addition of phenotypic assay to genotypic assay is generally preferred for those with known or suspected complex drug-resistance patterns, particularly to PIs. | Phenotypic testing can provide useful additional information for those with complex drug-resistance mutation patterns, particularly to PIs. |
| **In patients with suboptimal suppression of viral load:** Drug resistance testing is recommended for persons with suboptimal suppression of viral load after initiation of ART. | Testing can help determine the role of resistance and thus assist the clinician in identifying the number of active drugs available for a new regimen. |
| **In HIV-infected pregnant women:** Genotypic resistance testing is recommended for all pregnant women prior to initiation of ART) and for those entering pregnancy with detectable HIV RNA levels while on therapy. | The goal of ART in HIV-infected pregnant women is to achieve maximal viral suppression for treatment of maternal HIV infection and for prevention of perinatal transmission of HIV. Genotypic resistance testing will assist the clinician in selecting the optimal regimen for the patient. |
| **Drug-resistance assay not usually recommended** | |
| **After therapy discontinued:** Drug-resistance testing is not usually recommended after discontinuation (>4 weeks) of ARV drugs | Drug-resistance mutations might become minor species in the absence of selective drug pressure, and available assays might not detect minor drug-resistant species. If testing is performed in this setting, the detection of drug resistance may be of value; however, the absence of resistance does not rule out the presence of minor drug-resistant species. |
| **In patients with low HIV RNA levels:** Drug-resistance testing is not usually recommended in persons with a plasma viral load <500 copies/mL | Resistance assays cannot be consistently performed given low HIV RNA levels. |

## Initiating Antiretroviral Therapy in Treatment-Naive Patients
### Panel's Recommendations
o   Antiretroviral therapy (ART) is recommended for all HIV-infected individuals. The strength of this recommendation varies on the basis of pretreatment CD4 cell count:
   - CD4 count <350 cells/mm3 (**AI**)
   - CD4 count 350 to 500 cells/mm3 (**AII**)
   - CD4 count >500 cells/mm3 (**BIII**)
o   Regardless of CD4 count, initiation of ART is strongly recommended for individuals with the following conditions:
   - Pregnancy (**AI**)
   - History of an AIDS-defining illness (**AI**)
   - HIV-associated nephropathy (HIVAN) (**AII**)
   - HIV/hepatitis B virus (HBV) co-infection (**AII**)
o   Effective ART also has been shown to prevent transmission of HIV from an infected individual to a sexual partner; therefore, ART should be offered to patients who are at risk of transmitting HIV to sexual partners (**AI** [heterosexuals] or **AIII** [other transmission risk groups]).
o   Patients starting ART should be willing and able to commit to treatment and should understand the benefits and risks of therapy and the importance of adherence (**AIII**). Patients may choose to postpone therapy, and providers, on a case-by case basis, may elect to defer therapy on the basis of clinical and/or psychosocial factors.

**Rating of Recommendations:** A = Strong; B = Moderate; C = Optional
**Rating of Evidence:** I = data from randomized controlled trials; II = data from well-designed nonrandomized trials or observational cohort studies with long-term clinical outcomes; III = expert opinion

## Initial Combination Regimens for the Antiretroviral- Naive Patient
## Panel's Recommendations

o The Panel recommends the following as preferred regimens for antiretroviral (ARV)-naive patients:
   - efavirenz/tenofovir/emtricitabine (EFV/TDF/FTC) (**AI**)
   - ritonavir-boosted atazanavir + tenofovir/emtricitabine (ATV/r + TDF/FTC) (**AI**)
   - ritonavir-boosted darunavir + tenofovir/emtricitabine (DRV/r + TDF/FTC) (**AI**)
   - raltegravir + tenofovir/emtricitabine (RAL + TDF/FTC) (**AI**)
o Selection of a regimen should be individualized on the basis of virologic efficacy, toxicity, pill burden, dosing frequency, drug-drug interaction potential, resistance testing results, and comorbid conditions.
o Based on individual patient characteristics and needs, in some instances, an alternative regimen may actually be a preferred regimen for a patient.

**Table 42:** Preferred and Alternative Antiretroviral Regimens for Antiretroviral Therapy-Naïve Patients

| **Preferred Regimens** (Regimens with optimal and durable efficacy, favorable tolerability and toxicity profile, and ease of use) The preferred regimens for non-pregnant patients are arranged by chronological order of FDA approval of components other than nucleosides and, thus, by duration of clinical experience. | |
| --- | --- |
| *NNRTI-Based Regimen*<br>• EFV/TDF/FTCa (**AI**)<br>*PI-Based Regimens*<br>• ATV/r + TDF/FTCa (**AI**)<br>• DRV/r (once daily) + TDF/FTCa (**AI**)<br>*INSTI-Based Regimen*<br>• RAL + TDF/FTCa (**AI**)<br>*Preferred Regimen for Pregnant Women*b<br>• LPV/r (twice daily) + ZDV/3TCa (**AI**) | *Comments*<br>• **EFV** should not be used during the first trimester of pregnancy or in women of childbearing potential who are trying to conceive or not using effective and consistent contraception.<br>• **TDF** should be used with caution in patients with renal insufficiency.<br>• **ATV/r** should not be used in patients who require >20 mg omeprazole equivalent per day. Refer to Table 15a for dosing recommendations regarding interactions between ATV/r and acid-lowering agents. |
| **Alternative Regimens** (Regimens that are effective and tolerable but have potential disadvantages compared with preferred regimens. An alternative regimen may be the preferred regimen for some patients.) | |
| *NNRTI-Based Regimens*<br>• EFV + ABC/3TCa (**BI**)<br>• RPV/TDF/FTCa (**BI**)<br>• RPV + ABC/3TCa (**BIII**)<br>*PI-Based Regimens* • ATV/r + ABC/3TCa (**BI**)<br>• DRV/r + ABC/3TCa (**BIII**)<br>• FPV/r (once or twice daily) + ABC/3TCa or TDF/FTCa (**BI**) | *Comments*<br>o Use **RPV** with caution in patients with pretreatment HIV RNA >100,000 copies/mL.<br>o Use of PPIs with **RPV** is contraindicated.<br>o **ABC** should not be used in patients who test positive for HLAB* 5701.<br>o Use **ABC** with caution in patients with known high risk of CVD or with pretreatment HIV RNA >100,000 copies/mL. (See text.) |

| • LPV/r (once or twice daily) + ABC/3TCa or TDF/FTCa (**BI**)<br>_INSTI-Based Regimen_<br>• RAL + ABC/3TCa (**BIII**) | **Once-daily LPV/r** is not recommended for use in pregnant women. |
|---|---|

**Table 43:** Acceptable Antiretroviral Regimens for Treatment-Naive Patients

| **Acceptable Regimens (CI)** (Regimens that may be selected for some patients but are less satisfactory than preferred or alternative regimens) **and Regimens that may be acceptable but more definitive data are needed (CIII)** | |
|---|---|
| _NNRTI-Based Regimen_<br>• EFV + ZDV/3TCa (**CI**)<br>• NVP + (TDF/FTCa or ZDV/3TCa) (**CI**)<br>• NVP + ABC/3TCa (**CIII**)<br>• RPV + ZDV/3TCa (**CIII**)<br>_PI-Based Regimens_<br>• ATV + (ABC or ZDV)/3TCa (**CI**)<br>• ATV/r + ZDV/3TCa (**CI**)<br>• DRV/r + ZDV/3TCa (**CIII**)<br>• FPV/r + ZDV/3TCa (**CI**)<br>• LPV/r + ZDV/3TCa (**CIII**)<br>_INSTI-Based Regimen_<br>• RAL + ZDV/3TCa (**CIII**)<br>_CCR5 Antagonist-Based Regimens_<br>• MVC + ZDV/3TCa (**CIII**)<br>• MVC + TDF/FTCa or ABC/3TCa (**CIII**) | _Comments_<br>• **NVP** should not be used in patients with moderate to severe hepatic impairment (Child-Pugh B or C).b<br>• **NVP** should not be used in women with pre-ART CD4 count >250 cells/mm3 or in men with pre-ART CD4 count >400 cells/mm3.<br>• Use **NVP** and **ABC** together with caution because both can cause HSRs within the first few weeks after initiation of therapy.<br>• **ZDV** can cause bone marrow suppression, lipoatrophy, and rarely lactic acidosis with hepatic steatosis.<br>• **LPV/r (twice daily) + ZDV/3TC** is the preferred regimen for use in pregnant women.<br>• **ATV/r** is generally preferred over **unboosted ATV**. **Unboosted ATV** may be used when RTV boosting is not possible.<br>• Perform tropism testing before initiation of therapy with **MVC**. **MVC** may be considered in patients who have only CCR5-tropic virus. |
| **Regimens that may be acceptable but should be used with caution.** Regimens that have demonstrated virologic efficacy in some studies but are associated with concerns about safety, resistance, or efficacy. (See comments below.) | |
| _PI-Based Regimens_<br>• SQV/r + TDF/FTCa (**CI**)<br>• SQV/r + (ABC or ZDV)/3TCa (**CIII**) | _Comments_<br>**SQV/r** was associated with PR and QT prolongation in a healthy volunteer study. Baseline ECG is recommended before initiation of **SQV/r**. **SQV/r** is not recommended in patients with any of the following:<br>1.Pretreatment QT interval >450 msec<br>2.Refractory hypokalemia or hypomagnesemia<br>3.Concomitant therapy with other drugs that prolong QTinterval<br>4.Complete AV block without implanted pacemaker<br>5.Risk of complete AV block |

**Table 44:** Advantages and Disadvantages of Antiretroviral Components Recommended as Initial Antiretroviral Therapy

| ARV Class | ARV Agent(s) | Advantages | Disadvantages |
|---|---|---|---|
| NNRTIs | | **NNRTI Class Advantages:**<br>• Long half-lives | **NNRTI Class Disadvantages:**<br>• Greater risk of resistance at the time of treatment failure with NNRTIs than with PIs<br>• Potential for cross resistance<br>• Skin rash<br>• Potential for CYP450 drug interactions (See Tables 14, 15b, and 16b.)<br>• Transmitted resistance more common with NNRTIs than with PIs |
| | EFV | • Virologic responses equivalent or superior to all comparators to date<br>• Once-daily dosing<br>• Coformulated with TDF/FTC | • Neuropsychiatric side effects<br>• Teratogenic in nonhuman primates. Several cases of neural tube defect in infants born to women who were exposed to EFV in the first trimester of pregnancy reported. EFV use should be avoidedin women with potential for pregnancy and is contraindicated in the first trimester.<br>• Dyslipidemia |
| | NVP | • No food effect<br>• Fewer lipid effects than EFV<br>• Once-daily dosing with extendedrelease tablet formulation | • Higher incidence of rash, including rare but serious HSRs (SJS or TEN), than with other NNRTIs<br>• Higher incidence of hepatotoxicity, including serious and even fatal cases of hepatic necrosis, than with other NNRTIs<br>• Contraindicated in patients with moderate or severe (Child-Pugh B or C) hepatic impairment<br>• Some data suggest that ART-naive patients with high pre-NVP CD4 counts (>250 cells/mm3 for females, >400 cells/mm3 for males) are at higher risk of symptomatic hepatic events. NVP is not recommended in these patients unless benefit clearly outweighs risk.<br>• Early virologic failure of NVP + TDF + (FTC or 3TC) in small clinical trials |
| | RPV | • Once-daily dosing<br>• Coformulated with TDF/FTC<br>• Compared with EFV:<br>• Fewer discontinuations for CNS adverse effects<br>• Fewer lipid effects<br>• Fewer rashes | • More virologic failures in patients with pretreatment HIV RNA >100,000 copies/mL than with EFV-based regimen<br>• More NNRTI- and 3TC-associated mutations at virological failure than with regimen containing EFV + two NRTIs<br>• Food requirement<br>• Absorption depends on lower gastric pH. (See Table 15a for detailed information regarding interactions with H2 antagonists and antacids.)<br>• Contraindicated with PPIs<br>• RPV-associated depression reported<br>• Use RPV with caution when coadministered with a drug having a known risk of torsades de pointes. |

| PIs | | | **PI Class Advantages:** | **PI Class Disadvantages:** |
|---|---|---|---|---|
| | | | • Higher genetic barrier to resistance than NNRTIs and RAL<br>• PI resistance uncommon with failure while on first PI regimen | • Metabolic complications such as dyslipidemia, insulin resistance, hepatotoxicity<br>• GI adverse effects<br>• CYP3A4 inhibitors and substrates: potential for drug interactions (more pronounced with RTV-based regimens) |
| | ATV | | • Fewer adverse effects on lipids than other PIs<br>• Once-daily dosing<br>• Low pill burden<br>• Good GI tolerability<br>• Signature mutation (I50L) not associated with broad PI cross resistance | • Indirect hyperbilirubinemia sometimes leading to jaundice or scleral icterus<br>• PR interval prolongation: generally inconsequential unless ATV combined with another drug with similar effect<br>• Cannot be coadministered with TDF, EFV, or NVP (See ATV/r.)<br>• Nephrolithiasis<br>• Skin rash<br>• Food requirement<br>• Absorption depends on food and low gastric pH. (See Tables 15a for detailed information regarding interactions with H2 antagonists, antacids, and PPIs.) |
| | ATV/r | | • RTV boosting: higher trough ATV concentration and greater antiviral effect<br>• Once-daily dosing<br>• Low pill burden | • More adverse effects on lipids than unboosted ATV<br>• More hyperbilirubinemia and jaundice than unboosted ATV<br>• Food requirement<br>• Absorption depends on food and low gastric pH. (See Tables 15a for interactions with H2 antagonists, antacids, and PPIs.)<br>• RTV boosting required with TDF and EFV. With EFV, use ATV 400 mg and RTV 100 mg once daily (PI-naive patients only).<br>• Should not be coadministered with NVP |
| | DRV/r | | • Once-daily dosing<br>• Potent virologic efficacy | • Skin rash<br>• Food requirement |
| | FPV/r | | • Twice-daily dosing resulted in efficacy comparable to LPV/r<br>• RTV boosting results in higher trough APV concentration and greater antiviral effect<br>• Once-daily dosing possible with RTV 100 mg or 200 mg daily<br>• No food effect | • Skin rash<br>• Hyperlipidemia<br>• Once-daily dosing results in lower APV concentrations than twice-daily dosing<br>• For FPV 1400 mg + RTV 200 mg: requires 200 mg of RTV and no coformulation<br>• Fewer data on FPV 1400 mg + RTV 100 mg dose than on DRV/r and ATV/r |
| | LPV/r | | • Coformulated<br>• No food requirement<br>• Recommended PI in pregnant women (twice daily only)<br>• Greater CD4 count increase than with EFV-based regimens | • Requires 200 mg per day of RTV<br>• Lower drug exposure in pregnant women—may need dose increase in third trimester<br>• Once-daily dosing not recommended in pregnant women<br>• Once-daily dosing results in lower trough concentration than twice-daily dosing<br>• Possible higher risk of MI associated with cumulative use of LPV/r |

| | | | • PR and QT interval prolongation have been reported. Use with caution in patients at risk of cardiac conduction abnormalities or receiving other drugs with similar effect. |
|---|---|---|---|
| | SQV/r | • Similar efficacy but less hyperlipidemia than with LPV/r | • Highest pill burden (6 pills per day) among available PI regimens<br>• Requires 200 mg of RTV<br>• Food requirement<br>• PR and/or QT interval prolongations in a healthy volunteer study<br>• Pretreatment ECG recommended<br>• SQV/r is not recommended for patients with any of the following conditions: (1) congenital or acquired QT prolongation; (2) pretreatment ECG >450 msec; (3) on concomitant therapy with other drugs that prolong QT interval; (4) complete AV block without implanted pacemakers; (5) risk of complete AV block. |
| INSTI | RAL | • Virologic response noninferior to EFV<br>• Fewer drug-related adverse events and lipid changes than EFV<br>• No food effect<br>• Fewer drug-drug interactions than PI- or NNRTI-based regimens | • Twice-daily dosing<br>• Lower genetic barrier to resistance than with boosted PI-based regimens<br>• No data with NRTIs other than TDF/FTC in ART-naive patients<br>• Increase in creatine kinase, myopathy, and rhabdomyolysis have been reported<br>• Rare cases of severe skin reactions (including SJS and TEN) have been reported and systemic HSRs with rash and constitutional symptoms, with or without hepatitis, have been reported. |
| CCR5 Antagonist | MVC | • Virologic response noninferior to EFV in post hoc analysis of MERIT study (See text.)<br>• Fewer adverse effects than EFV | • Requires viral tropism testing prior to initiation of therapy, which results in additional cost and possible delay in initiation of therapy<br>• More MVC-treated than EFV-treated patients discontinued therapy due to lack of efficacy in MERIT study<br>• Less long-term experience in ART-naive patients than with boosted PI- or NNRTI-based regimens<br>• Limited experience with dual-NRTIs other than ZDV/3TC<br>• Twice-daily dosing<br>• CYP 3A4 substrate; dosing depends on presence or absence of concomitant CYP3A4 inducer(s) or inhibitor(s) |
| Dual-NRTI pairs | ABC/3TC | • Virologic response noninferior to ZDV/3TC<br>• Better CD4 count responses than with ZDV/3TC<br>• Once-daily dosing<br>• Coformulation<br>• No food effect<br>• No cumulative TAM-mediated resistance | • Potential for ABC HSR in patients with HLA-B*5701<br>• Increased potential for cardiovascular events, especially in patients with cardiovascular risk factors<br>• Inferior virologic responses in patients with baseline HIV RNA >100,000 copies/mL when compared with TDF/FTC in ACTG 5202 study; however, this was not seen in the HEAT study. |

| | | | |
|---|---|---|---|
| | TDF/FTC | • Better virologic responses than with ZDV/3TC<br>• Better virologic responses than with ABC/3TC in patients with baseline HIV RNA >100,000 copies/mL in ACTG 5202 study; however, this was not seen in the HEAT study.<br>• Active against HBV; recommended dual-NRTI for HIV/HBV coinfection<br>• Once-daily dosing<br>• No food effect<br>• Coformulated (TDF/FTC, EFV/TDF/FTC, and RPV/TDF/FTC)<br>• No cumulative TAM-mediated resistance | • Potential for renal impairment, including Fanconi syndrome and acute renal insufficiency<br>• Early virologic failure of NVP + TDF + (FTC or 3TC) in small clinical trials<br>• Potential for decrease in BMD |
| | ZDV/3TC | • Coformulated (ZDV/3TC and ZDV/3TC/ABC)<br>• No food effect (although better tolerated with food)<br>• Preferred dual NRTI in pregnant women | • Bone marrow suppression, especially anemia and neutropenia<br>• GI intolerance, headache<br>• Mitochondrial toxicity, including lipoatrophy, lactic acidosis, hepatic steatosis<br>• Compared with TDF/FTC, inferior in combination with EFV<br>• Less CD4 increase compared with ABC/3TC<br>• Twice-daily dosing |

**Table 45:** Antiretroviral Components or Regimens Not Recommended as Initial Therapy

| ARV drugs or components | Reasons for <u>NOT</u> recommending as initial therapy |
|---|---|
| ABC/3TC/ZDV (coformulated) as triple-NRTI combination regimen (**BI**) | • Inferior virologic efficacy |
| ABC + 3TC + ZDV + TDF as quadruple-NRTI combination regimen (**BI**) | • Inferior virologic efficacy |
| DRV (unboosted) | • Use without RTV has not been studied |
| DLV (**BIII**) | • Inferior virologic efficacy<br>• Inconvenient (three times daily) dosing |
| ddI + 3TC (or FTC) (**BIII**) | • Inferior virologic efficacy<br>• Least clinical trial experience in ART-naive patients |
| ddI + TDF (**BII**) | • High rate of early virologic failure<br>• Rapid selection of resistance mutations<br>• Potential for immunologic nonresponse/CD4 T-cell decline<br>• Increased ddI drug exposure and toxicities |

| | |
|---|---|
| T20 (**BIII**) | • No clinical trial experience in ART-naive patients<br>• Requires twice-daily subcutaneous injections |
| ETR (**BIII**) | • Insufficient data in ART-naive patients |
| FPV (unboosted) (**BIII**) | • Less potent than RTV-boosted FPV<br>• Virologic failure with unboosted FPV-based regimen may select mutations that confer resistance to DRV |
| IDV (unboosted) (**BIII**) | • Inconvenient dosing (three times daily with meal restrictions)<br>• Fluid requirement |
| IDV (RTV-boosted) (**BIII**) | • High incidence of nephrolithiasis |
| NFV (**BI**) | • Inferior virologic efficacy<br>• High incidence of diarrhea |
| RTV as sole PI (**BIII**) | • High pill burden<br>• GI intolerance |
| SQV (unboosted) (**BI**) | • Inferior virologic efficacy |
| d4T + 3TC (**BI**) | • Significant toxicities including lipoatrophy; peripheral neuropathy; and hyperlactatemia, including symptomatic and life-threatening lactic acidosis, hepatic steatosis, and pancreatitis |
| TPV (RTV-boosted) (**BI**) | • Inferior virologic efficacy |

**Table 46:** Antiretroviral Regimens or Components That Should Not Be Offered At Any Time

| | **Rationale** | **Exception** |
|---|---|---|
| **Antiretroviral Regimens Not Recommended** | | |
| **Monotherapy with NRTI (AII)** | • Rapid development of resistance<br>• Inferior ARV activity when compared with combination of three or more ARV agents | • No exception |
| **Dual-NRTI regimens (AI)** | • Rapid development of resistance<br>• Inferior ARV activity when compared with combination of three or more ARV agents | • No exception |
| **Triple-NRTI regimens (AI) except for ABC/ZDV/3TC (BI) or possibly TDF + ZDV/3TC (BII)** | • High rate of early virologic nonresponse seen when triple-NRTI combinations, including ABC/TDF/3TC and TDF/ddI/3TC, were used as initial regimen in ART-naive patients.<br>• Other triple-NRTI regimens have not been evaluated. | • ABC/ZDV/3TC (**BI**) and possibly TDF + ZDV/3TC (**BII**) in patients in whom other combinations are not desirable |
| **Antiretroviral Components Not Recommended as Part of an Antiretroviral Regimen** | | |
| **ATV + IDV (AIII)** | • Potential additive hyperbilirubinemia | • No exception |
| **ddI + d4T (AII)** | • High incidence of toxicities: peripheral neuropathy, pancreatitis, and hyperlactatemia<br>• Reports of serious, even fatal, cases of | • No exception |

|  |  |  |
|---|---|---|
|  | lactic acidosis with hepatic steatosis with or without pancreatitis in pregnant women |  |
| **ddI + TDF (AII)** | • Increased ddI concentrations and serious ddIassociated toxicities<br>• Potential for immunologic nonresponse and/or CD4 cell count decline<br>• High rate of early virologic failure<br>• Rapid selection of resistance mutations at failure | • Clinicians caring for patients who are clinically stable on regimens containing TDF + ddI should consider altering the NRTIs to avoid this combination. |
| **2-NNRTI combination (AI)** | • When EFV combined with NVP, higher incidence of clinical adverse events seen when compared with either EFV- or NVP-based regimen.<br>• Both EFV and NVP may induce metabolism and may lead to reductions in ETR exposure; thus, they should not be used in combination with ETR. | • No exception |
| **EFV in first trimester of pregnancy or in women with significant childbearing potential (AIII)** | • Teratogenic in nonhuman primates | • When no other ARV options are available and potential benefits outweigh the risks **(BIII)** |
| **FTC + 3TC (AIII)** | • Similar resistance profiles<br>• No potential benefit | • No exception |
| **ETR + unboosted PI (AII)** | • ETR may induce metabolism of these PIs; appropriate doses not yet established | • No exception |
| **ETR + RTV-boosted ATV or FPV (AII)** | • ETR may alter the concentrations of these PIs; appropriate doses not yet established | • No exception |
| **ETR + RTV-boosted TPV (AII)** | • ETR concentration may be significantly reduced by RTV-boosted TPV | • No exception |
| **NVP in ARV-naive women with CD4 count >250 cells/mm3 or men with CD4 count >400 cells/mm3 (BI)** | • High incidence of symptomatic hepatotoxicity | • If no other ARV option available; if used, patient should be closely monitored |
| **d4T + ZDV (AII)** | • Antagonistic effect on HIV-1 | • No exception |
| **Unboosted DRV, SQV, or TPV (AII)** | • Inadequate bioavailability | • No exception |

## CONCLUSION

**Non-antibiotics** are drugs or compounds that may have properties similar to antibiotics, although they were not initially designed for antibiotic or chemotherapeutic purposes. These therapeutic agents modify cell permeability and show broad-spectrum antimicrobial activity *in vitro* against bacteria and other microbes. They also enhance the in-vitro activity of some antibiotics against specific bacteria, which makes antibiotic-resistant bacteria susceptible to previously ineffective drugs and increases antimycobacterial activity against drug resistant

strains. Some of the common non-antibiotics include phenothiazines, thioxanthenes, omeprazole, phenobarbital etc.  Synergistic effect between non-antibiotics and antibiotics has resulted in the development of new drug combinations for treating infections that are difficult to treat with a single antibiotic.  For example, in children presenting with recurrent pyelonephritis, treatment with an aminoglycoside and chlorpromazine has shown a significant synergic effect compared with treatment with the aminoglycoside alone. Recently scientists have developed a new non-antibiotic compound called FimH antagonists, which are highly effective in the treatment of urinary tract infections and don't contribute to the growing problem of antibiotic resistance bacteria.  Non-antibiotics are increasingly being recognized for their role in managing different types of infections, particularly when resistance has evolved.

 **Antimicrobials** are chemical substances that prevent, inhibit or eliminate the growth of a microorganism. Antimicrobials encompass all types of antibiotics, antiseptics and disinfectants. Antimicrobial agents are one of the most widely, used as well as abused, therapeutic agents worldwide. Initiation of antimicrobial therapy includes accurately diagnosing the infection; judicious selection of empiric or definitive therapy; proper knowledge of antimicrobial agents and potential adverse effects.  These general principles are helpful and should be followed for optimal antimicrobial therapy.  In summary, optimal use of antimicrobial agents involves obtaining an accurate diagnosis, determining the need for and timing of antimicrobial therapy, understanding proper dosing of the agents, designing treatment according to host characteristics, using and preferring the narrow spectrum agents and shortest duration of therapy, and switching to oral drugs as soon as possible.  Antibiotic resistance has become one of the biggest concerns to health care professionals in the treatment of infectious diseases. Antibiotic resistance is widespread and it is believed that any microorganism could develop resistance to any antibiotic. The widespread and often inappropriate use of antimicrobial drugs is the single most important factor in the emergence of drug resistance. Antimicrobial drug should be used appropriately and only when necessary for prevention of drug resistance.

Infectious diseases caused by fungi are known as mycoses, and they are usually chronic in nature.  Mycotic infections can be superficial and may involve the skin. Some fungi can also cause subcutaneous infections by penetrating the skin.  Systemic mycoses caused by virulent pathogens such as candidiasis, aspergillosis and cryptococcosis predominantly originate in the lungs and later on can spread to multiple organ systems.  Fungal infections are usually antibiotic resistant.  The **antifungals** act on different targets.  Polyene antibiotics such as amphotericin B lipid, Nystatin (topical) and azole antifungals act on the cell membrane.  Some agents such as pyrimidine analogues (Flucytosine) target DNA synthesis.  Drugs such as echinocandins, caspofungin acetate act on the fungal cell wall. Some of the prominent side effects of antifungal agents include liver damage or changes in estrogen levels.  Many antifungals can also cause allergic reactions or a life-threatening anaphylaxis.

Parasitic infections cause a huge burden of disease worldwide.  Amongst parasitic infections, malaria is major cause of mortality globally accounting for approximately 1 million lives each year. In the US, trichomoniasis accounts for nearly 7.4 million new cases each year. *Giardia* and *cryptosporidium* are responsible for more than 2, million and 300,000 infections each year respectively in the US. **Antiparasitics** are indicated for the treatment of different types of parasitic diseases such as nematodes, infectious protozoa, cestodes, etc.  Helminths and protozoa

are two major groups of parasites which can infest human beings. Some of the more common helminthes include cestodes, trematodes and nematodes. Most common protozoa that infect humans are the malaria parasite, *Plasmodium*. **Anthelmintic** drugs are principally aimed at metabolic targets solely found in the parasite but are either absent from or have different characteristics than those of the host. **Antinematodes** are drugs used for treating different types of nematode infestations. Some of the more common antinematodes include mebendazole, diethylcarbamazine, ivermectin and pyrantel pamoate. Praziquantel is used for treating nematode infestations (antitrematode). Niclosemide, praziquantel and albendazole are effective in the treatment of cestode infestations. Rifampin and amphotericin B are used for treating amoebiasis.

Protozoa are eukaryotes, and, therefore, have metabolic processes very similar to those of the human host, as compare to prokaryotic bacterial pathogens. Hence, protozoal diseases are difficult to treat, and many **antiprotozoal** agents cause serious toxic effects in the human body, especially in cells with higher metabolic activity. Metronidazole and tinidazole are mixed amebicides that are effective in treating for intestinal and extraintestinal amebiasis. Luminal amebicides, such as iodoquinol, diloxanide furoate, or paromomycin, should be prescribed for treating symptom-free colonization state. Systemic amebicides such as chloroquine, emetine and dehydroemetine are highly effective in the treatment of liver abscesses and intestinal wall infections caused by amebas.

Malaria is a tropical, vector-borne acute infectious disease caused by the protozoal genus *Plasmodium*. Antimalarial medications are prescribed to prevent or cure malaria. Treatment of malaria encompasses combination therapy as this confers many advantages, including reduction in treatment failures, reduction in developing resistance, fewer and milder side effects and increased convenience. Primaquine is an effective and potent tissue schizonticide. Chloroquine, mefloquine, quinine, artemisinin, and Qinghaosu are all blood schizonticides. Pyrimethamine is an effective blood schizonticide and sporontocide. Other drugs that are effective in malaria include proguanil, sulfonamides, atovaquone, halofantrine, doxycycline, and clindamycin.

Trypanosomiasis is a chronic and, potentially fatal diseases caused by species of *Trypanosoma*. There are two major human forms of this disease, African sleeping sickness and American sleeping sickness. African sleeping sickness is caused by *T. brucei gambiense* and *T. brucei rhodiense*. Chemotherapy of trypanosomiasis involves use of different drugs including melarsoprol, pentamidine, nifurtimox, suramin, and benznidazole. Leishmaniasis is transmitted from animals to humans and sometimes between humans by the bite of infected female sandflies. Leishmaniasis is difficult to treat, because the available drugs have high failure rates and are toxic. Sodium stibogluconate is the drug of choice for the treatment of leishmaniasis. Patient receiving sodium stibogluconate should be monitored periodically for renal and hepatic function. Alternative agents effective in the treatment of leishmaniasis are pentamidine and amphotericin B and Allopurinol. Toxoplasmosis is a parasitic disease caused by the protozoan *Toxoplasma gondii*, which is transmitted to humans after eating infected meat. A combination of sulfadiazine and pyrimethamine is the drug of choice for treatment of Toxoplasmosis. TMP-SZ (Trimethoprim/sulfamethoxazole) is the drug of choice for preventing Toxoplasma infection, but is not the drug of choice for treatment. Pyrimethamine, sulfadiazine, spiramycin, minocycline, atovaquone are the common drugs prescribed for the treatment of this disease. *Giardia lamblia* is

the most frequently diagnosed intestinal parasite in the United States.  It causes gastroenteritis in humans. Metronidazole is the drug of choice.  Tinidazole and nitazoxanide are equally effective as metronidazole and have a much shorter course of therapy.

Tuberculosis is the most frequently encountered mycobacterial infection and globally is the leading of death from infection. Approximately 5–10% of tuberculosis infected patient without HIV develop active disease during their lifetimes. Whereas, approximately, 30% of patients coinfected with HIV develop active disease. Treating tuberculosis can be a difficult proposition as the bacteria grows slowly; thus, are difficult to culture requiring long-term treatment which may last from 6 months to 2 years. Emergence of resistant bacteria has also made the matter worse, especially in patients who are non-compliant or who have had prior treatment.   Strains of *M. tuberculosis* may become resistant to a particular drug; therefore, multidrug therapy is prescribed to prevent or delay or prevent drug resistance.  Treatment starts with an "intensive phase" which includes initial short-course chemotherapy also known as DOTS (Directly Observed Treatment) for tuberculosis. In this regimen, isoniazid, rifampin, ethambutol, and pyrazinamideare given for the initial 2 months.  These are then followed by isoniazid and rifampin for the next 4 months (the "continuation phase).  Patients with suspected multidrug-resistant tuberculosis or with a past history of tuberculosis can be prescribed more drugs in addition to the first-line agents. The added agents usually include an aminoglycoside (streptomycin, kanamycin, or amikacin) or capreomycin (injectable agents), a fluoroquinolone, and perhaps a second-line antituberculosis agent such as ethionamide, cycloserine, or p-aminosalicylic acid.  Some of the antitubercular agents such as, pyrazinamide and rifampicin can be hepatotoxic; therefore, it is important to monitor liver chemistry in patients taking such drugs to prevent drug-induced hepatotoxicity.

Human immunodeficiency virus (HIV) is a lentivirus (a member of the retrovirus family) that causes AIDS (Acquired ImmunoDeficiency Syndrome), a condition characterized by a profound lymphopenia and progressive failure of the immune system resulting in an increased susceptibility to life-threatening infections with opportunistic pathogens.  HIV is transmitted sexually, for the most part, but it is also transmitted parenterally among intravenous drug users and vertically from mothers to their infants.  HIV infects vital cells in the human immune system such as helper T cells (specifically $CD4^+$ T cells), macrophages, and dendritic cells.

HIV infection is a pandemic according to the World Health Organization (WHO).  In 2010 alone HIV/AIDS killed 1.8 million people and approximately 34 million people have HIV globally. AIDS is defined as either a $CD4^+$ T cell count of less than 200 cells per µL or is based on the occurrence of specific diseases (eg. the opportunistic infections, Kaposi's sarcoma) in association with an HIV infection. Approximately 50% of those infected with HIV eventually develop AIDS within ten years if not treated. The most common initial conditions that indicate the presence of AIDS are PCP pneumonia, HIV wasting syndrome and esophageal candidiasis. The treatment of HIV/AIDS includes the use of antiretroviral drugs which reduce the growth and replication of HIV. When three or four such drugs are taken in combination, the approach is called HAART or highly active antiretroviral therapy.  More than 20 approved antiretroviral (ARV) drugs in six classes are available for the treatment of HIV/AIDS.   These six classes can also be used in combinations, and include NRTIs (Nucleoside/nucleotide reverse transcriptase inhibitors), NNRTIs (Non-nucleoside reverse transcriptase inhibitors), PIs (Protease inhibitors),

FIs (Fusion inhibitors), INSTIs (Integrase strand transfer inhibitors) and CCR5 antagonists. Delavirdine, efavirenz, etravirine, nevirapine and rilpivirine are FDA approved NNRTIs. NRTIs that are currently being used in the treatment of HIV are Abacavir, didanosine, emtricitabine, lamivudine, stavudine, tenofovir and zidovudine. Frequently used protease inhibitors include atazanavir, darunavir, fosamprenavir, indinavir, nelfinavir, ritonavir, saquinavir and tipranavir. Enfuvirtide is the only FDA approved CCR5 Fusion inhibitor. Maraviroc is the sole CCR5 entry inhibitors that can be prescribed to HIV patients.  Raltegravir is an effective Integrase inhibitors against HIV infection. The introduction of highly active antiretroviral therapy (HAART) has resulted in significant improvement in the overall immune status, the quality of life, and a reduced morbidity and mortality associated with HIV infected patients. Standard HAART regimens for antiretroviral-naïve patients consist of 3 active antiretroviral agents: 2 nucleoside reverse transcriptase inhibitors (NRTIs) plus one non-nucleoside reverse transcriptase inhibitor (NNRTI), or 2 NRTIs plus a ritonavir-boosted protease inhibitor (PI). Although the success of HAART  has been significant, several issues still persist.  A cure of HIV is still not possible because the antiretroviral drugs cannot eliminate the virus completely.  New pharmaceutical agents such as elvucitabine, apricitabine, and etravirine have offered new hope for HIV patients with drug resistant disease and have shown promising results.  Some of these new drugs are highly potent and are even active against multidrug-resistant viruses.  Other agents have the advantage of dosing convenience, and a greater tolerability. The rate of HIV drug development has been rapid and is unprecedented in terms of the progress made in a few years.  Because of such rapid strides made in the antiretroviral drug development, HIV disease has been transformed from a terminal condition to a chronic, manageable one.  People who have access to HIV therapy can expect a near normal life expectancy.  Unfortunately, the treatment has not reached the underprivileged, especially in the poor countries and this issue still needs to be addressed.

## TEST QUESTIONS (True or False)

1. Chloroquine is the drug of choice in the treatment of erythrocytic P. falciparum malaria, except in case of resistance.

True

2. Primaquine is the drug of choice in the treatment of Chagas disease.

False

3. Pyrazinamide can trigger an acute episode of gout.

True

4. Isoniazid (INH) is the least potent antitubercular drug.

False

5. The four drugs that are cuurently recommended as first-line agents for the treatment of tuberculosis are Isoniazid, rifampin, ethambutol, and pyrazinamide.

True

6. Primaquine is the only drug that can cure malaria caused by P. vivax and P. ovale.

True

7. Suramin should be given orally because of good absorption.

False

8. Ethambutol should be discontinued after detecting optic neuritis.

False

9. Lymphoma is the most common cancer occurring in people with HIV.

False

10. The current recommendation for primary therapy is to administer two NRTIs (Nucleoside Reverse Transcriptase Inhibitors) with either a protease inhibitor, an NNRTI, or an integrase inhibitor.

True

11. Efavirenz is not a NRTI (Nucleoside Reverse Transcriptase Inhibitors)?

True

12. Nonnucleoside reverse transcriptase inhibitors (NNRTIs) do not adversely effect on the host blood-forming cells and do not have cross-resistance with NRTIs.

True

13. Enfuvirtide is the only FDA approved fusion inhibitor for the treatment of HIV-1 infection

True

14. Raltegravir should only be admsinted intramuscularly.

False

15. Standard HAART regimens for antiretroviral-naïve patients consist of three (3) active antiretroviral agents.

True

# REFERENCES

140. Ryan KJ, Ray CG (editors) (2004). Sherris Medical Microbiology (4th ed.). McGraw Hill. ISBN 0-8385-8529-9.
141. McCann et al. (2009). "Secreted and Exported Proteins Important to Mycobacterium tuberculosis Pathogenesis".Bacterial Secreted Proteins: Secretory Mechanisms and Role in Pathogenesis. Caister Academic Press. ISBN 978-1-904455-42-4.
142. Dolin, [edited by] Gerald L. Mandell, John E. Bennett, Raphael (2010). Mandell, Douglas, and Bennett's principles and practice of infectious diseases (7th ed.). Philadelphia, PA: Churchill Livingstone/Elsevier. pp. Chapter 250. ISBN 978-0-443-06839-3.
143. WHO 2011/2012 Tuberculosis Global Facts
144. Peter G. Gibson ; section editors, Michael Abramson ... [et (2005). Evidence-based respiratory medicine(1. publ. ed.). Oxford: Blackwell. pp. 321. ISBN 978-0-7279-1605-1.
145. Kumar, Vinay; Abbas, Abul K.; Fausto, Nelson; & Mitchell, Richard N. (2007). Robbins Basic Pathology (8th ed.). Saunders Elsevier. pp. 516-522 ISBN 978-1-4160-2973-1
146. Drobniewski F, Caws M, Gibson A, Young D (2003). "Modern laboratory diagnosis of tuberculosis". Lancet Infect Dis3 (3): 141–7. doi:10.1016/S1473-3099(03)00544-9.PMID 12614730.
147. Moore D, Evans C, Gilman R, Caviedes L, Coronel J, Vivar A, Sanchez E, Piñedo Y, Saravia J, Salazar C, Oberhelman R, Hollm-Delgado M, LaChira D, Escombe A, Friedland J (2006)."Microscopic-observation drug-susceptibility assay for the diagnosis of TB". N Engl J Med 355 (15): 1539–50.doi:10.1056/NEJMoa055524. PMC 1780278.PMID 17035648.
148. Dinnes J, Deeks J, Kunst H, Gibson A, Cummins E, Waugh N, Drobniewski F, Lalvani A (2007). "A systematic review of rapid diagnostic tests for the detection of tuberculosis infection". Health Technol Assess 11 (3): 1–314.PMID 17266837.
149. Girling DJ, Coolet P. Anti-tuberculosis regimens of chemotherapy.Recommendations from the committee on treatment of International union against tuberculosis and lung disease. Indian J Chest Dis Allied Sci.1988;30:296–304. [PubMed]
150. Mitchison DA. Role of individual drug in chemotherapy of tuberculosis. Int J Tuber Lung Dis.2000;4:790–800.
151. Shinkichi Shimizu, Nanao Watanabe, Toshiaki Kataoka, Takayuki Shoji, Nobuyuki Abe, Sinji Morishita, Hisao Ichimura (2007). "Pyridine and Pyridine Derivatives". Ullmann's Encyclopedia of Industrial Chemistry. New York: John Wiley & Sons
152. Suarez J, Ranguelova K, Jarzecki AA, et al. (March 2009). "An oxyferrous heme/protein-based radical intermediate is catalytically competent in the catalase reaction of Mycobacterium tuberculosis catalase-peroxidase (KatG)".The Journal of Biological Chemistry 284 (11): 7017–29.doi:10.1074/jbc.M808106200. PMC 2652337.PMID 19139099.
153. Pharmacology, Harvey 4th edition. November 2009.
154. Masters, Susan B.; Trevor, Anthony J.; Katzung, Bertram G. (2005). Katzung & Trevor's pharmacology. New York: Lange Medical Books/McGraw Hill, Medical Pub. Division. ISBN 0-07-142290-0.
155. Calvori, C.; Frontali, L.; Leoni, L.; Tecce, G. (1965). "Effect of rifamycin on protein synthesis". Nature 207 (995): 417–8.doi:10.1038/207417a0. PMID 4957347.
156. Collins, R Douglas. Atlas of Drug Reactions. New York, NY: ChurchillLivingstone, 1985. pp. 123.
157. Stockley, Ivan H. "Anticoagulant Drug Interactions." Drug Interactions. 3rd ed. Boston: Blackwell Scientific Publications, 1994. pp. 274-275.
158. Centers for Disease Control and Prevention (2000). "Targeted tuberculin testing and treatment of latent tuberculosis infection".MMWR 49 (RR–6): 31–32. PMID 10881762.

159. Spaia S, Magoula I, Tsapas G, Vayonas G (2000). "Effect of pyrazinamide and probenecid on peritoneal
urate transport kinetics during continuous ambulatory peritoneal dialysis". Perit Dial Int 20 (1): 47–
52. PMID 10716583.

160. Yendapally R, Lee RE (March 2008). "Design, synthesis, and evaluation of novel ethambutol
analogues". Bioorg. Med. Chem. Lett. 18 (5):

161. Lim SA (April 2006). "Ethambutol-associated optic neuropathy". Ann. Acad. Med. Singap. 35 (4): 274–
8. PMID 16710500.

162. Capreomycin binds across the ribosomal subunit interface using tlyA-encoded 2'-O-methylations in 16S
and 23S rRNAs". Mol. Cell 23 (2): 173–82. July 2006.doi:10.1016/j.molcel.2006.05.044. PMID 16857584.

163. Vannelli TA, Dykman A, Ortiz de Montellano PR (April 2002). "The anti-tuberculosis drug ethionamide is
activated by a flavoprotein monooxygenase". J. Biol. Chem. 277 (15): 12824–
9. doi:10.1074/jbc.M110751200. PMID 11823459.

164. Ethionamide". TB Online. Global Tuberculosis Community Advisory Board.

165. Protein synthesis inhibitors: macrolides mechanism of action animation. Classification of
agents Pharmamotion. Author: Gary Kaiser. The Community College of Baltimore County. Retrieved on
July 31, 2009

166. ^ Tenson, T.; Lovmar, M.; Ehrenberg, M. (2003). "The Mechanism of Action of Macrolides, Lincosamides
and Streptogramin B Reveals the Nascent Peptide Exit Path in the Ribosome". Journal of Molecular
Biology 330 (5): 1005–1014. doi:10.1016/S0022-2836(03)00662-4.PMID 12860123.

167. Weiss RA (May 1993). "How does HIV cause AIDS?". Science260 (5112): 1273–
9. Bibcode 1993Sci...260.1273W.DOI:10.1126/science.8493571. PMID 8493571.

168. Douek DC, Roederer M, Koup RA (2009). "Emerging Concepts in the Immunopathogenesis of
AIDS". Annu. Rev. Med. 60: 471–84.

169. Baliga CS, Paul ME, Chine J, Shearer WT. HIV infection and the acquired immunodeficiency
syndrome. In:  Rich RR editors. Clinical immunology. Principles and practice. 3th ed. Philadelphia:
Elsevier Saunders; 2008;p. 553–560

170. Cunningham, A.; Donaghy, H.; Harman, A.; Kim, M.; Turville, S. (2010). "Manipulation of dendritic cell
function by viruses". Current opinion in microbiology 13 (4): 524–529.

171. Tarantola, D. (2000). "Reducing HIV/AIDS risk, impact and vulnerability". Bull World Health
Organ vol.78 (no.2).DOI:10.1590/S0042-96862000000200013. ISSN 0042-9686.

172. UNAIDS 2011 pg. 1-10

173. International Committee on Taxonomy of Viruses (2002). "61. Retroviridae". National Institutes of Health.
Retrieved 2006-02-28.

174. Centers for Disease Control and Prevention. HIV/AIDS surveillance report. Vol 19. Department of Health
and Human Services; 2007;

175. International Committee on Taxonomy of Viruses (2002)."61.0.6. Lentivirus". National Institutes of
Health. Retrieved 2006-02-28.

176. Reeves, J. D. and Doms, R. W (2002). "Human Immunodeficiency Virus Type 2". J. Gen. Virol. 83 (Pt 6):
1253–65. DOI:10.1099/vir.0.18253-0. PMID 12029140.

177. Gilbert, PB et al; McKeague, IW; Eisen, G; Mullins, C; Guéye-Ndiaye, A; Mboup, S; Kanki, PJ (28
February 2003). "Comparison of HIV-1 and HIV-2 infectivity from a prospective cohort study in
Senegal". Statistics in Medicine 22 (4): 573–593.DOI:10.1002/sim.1342. PMID 12590415.

178. Mandell, Bennett, and Dolan (2010). Chapter 118.

179. Holmes CB, Losina E, Walensky RP, Yazdanpanah Y, Freedberg KA (2003). "Review of human
immunodeficiency virus type 1-related opportunistic infections in sub-Saharan Africa". Clin. Infect.
Dis. 36 (5): 656–662.

180. Chu, C; Selwyn, PA (2011-02-15). "Complications of HIV infection: a systems-based approach". American
family physician 83 (4): 395–406. PMID 21322514.

181. Vogel, M; Schwarze-Zander, C; Wasmuth, JC; Spengler, U; Sauerbruch, T; Rockstroh, JK (2010 Jul). "The
treatment of patients with HIV". Deutsches Arzteblatt international 107 (28–29): 507–15; quiz 516.

182. Mandell, Bennett, and Dolan (2010). Chapter 169.

183. MedlinePlus. A.D.A.M.. Retrieved 14 June 2012.

184. Sestak K (July 2005). "Chronic diarrhea and AIDS: insights into studies with non-human primates". Curr.
HIV Res. 3 (3): 199–205

185. Dinoso JB, Kim SY, Wiegand AM, et al. Treatment intensification does not reduce residual HIV-1 viremia in patients on highly active antiretroviral therapy. Proc Natl Acad Sci U S A. Jun 9 2009;106(23):9403-9408.

186. Chun TW, Engel D, Berrey MM, Shea T, Corey L, Fauci AS. Early establishment of a pool of latently infected, resting CD4(+) T cells during primary HIV-1 infection. Proc Natl Acad Sci U S A. Jul 21 1998;95(15):8869-8873.

187. Chun TW, Stuyver L, Mizell SB, et al. Presence of an inducible HIV-1 latent reservoir during highly active antiretroviral therapy. Proc Natl Acad Sci U S A. Nov 25 1997;94(24):13193-13197.

188. Finzi D, Hermankova M, Pierson T, et al. Identification of a reservoir for HIV-1 in patients on highly active antiretroviral therapy. Science. Nov 14 1997;278(5341):1295-1300.

189. Finzi D, Blankson J, Siliciano JD, et al. Latent infection of CD4+ T cells provides a mechanism for lifelong persistence of HIV-1, even in patients on effective combination therapy. Nat Med. May 1999;5(5):512-517.

190. Wong JK, Hezareh M, Gunthard HF, et al. Recovery of replication-competent HIV despite prolonged suppression of plasma viremia. Science. Nov 14 1997;278(5341):1291-1295.

191. Siliciano JD, Kajdas J, Finzi D, et al. Long-term follow-up studies confirm the stability of the latent reservoir for HIV-1 in resting CD4+ T cells. Nat Med. Jun 2003;9(6):727-728.

192. Mocroft A, Vella S, Benfield TL, et al. Changing patterns of mortality across Europe in patients infected with HIV-1. EuroSIDA Study Group. Lancet. Nov 28 1998;352(9142):1725-1730.

193. Palella FJ, Jr., Delaney KM, Moorman AC, et al. Declining morbidity and mortality among patients with advanced human immunodeficiency virus infection. HIV Outpatient Study Investigators. N Engl J Med. Mar 26 1998;338(13):853-860.

194. Vittinghoff E, Scheer S, O'Malley P, Colfax G, Holmberg SD, Buchbinder SP. Combination antiretroviral therapy and recent declines in AIDS incidence and mortality. J Infect Dis. Mar 1999;179(3):717-720.

195. ART CC AC. Life expectancy of individuals on combination antiretroviral therapy in high-income countries: a collaborative analysis of 14 cohort studies. Lancet. Jul 26 2008;372(9635):293-299.

196. Mofenson LM, Lambert JS, Stiehm ER, et al. Risk factors for perinatal transmission of human immunodeficiency virus type 1 in women treated with zidovudine. Pediatric AIDS Clinical Trials Group Study 185 Team. N Engl J Med. Aug 5 1999;341(6):385-393.

197. Wood E, Kerr T, Marshall BD, et al. Longitudinal community plasma HIV-1 RNA concentrations and incidence of HIV-1 among injecting drug users: prospective cohort study. BMJ. 2009;338:b1649.

198. Quinn TC, Wawer MJ, Sewankambo N, et al. Viral load and heterosexual transmission of human immunodeficiency virus type 1. Rakai Project Study Group. N Engl J Med. Mar 30 2000;342(13):921-929.

199. Dieffenbach CW, Fauci AS. Universal voluntary testing and treatment for prevention of HIV transmission. JAMA. Jun 10 2009;301(22):2380-2382.

200. Montaner JS, Hogg R, Wood E, et al. The case for expanding access to highly active antiretroviral therapy to curb the growth of the HIV epidemic. Lancet. Aug 5 2006;368(9534):531-536.

201. Cohen MS, Chen YQ, McCauley M, et al. Prevention of HIV-1 infection with early antiretroviral therapy. N Engl J Med. Aug 11 2011;365(6):493-505.

202. O'Brien WA, Hartigan PM, Martin D, et al. Changes in plasma HIV-1 RNA and CD4+ lymphocyte counts and the risk of progression to AIDS. Veterans Affairs Cooperative Study Group on AIDS. N Engl J Med. Feb 15 1996;334(7):426-431.

203. Garcia F, de Lazzari E, Plana M, et al. Long-term CD4+ T-cell response to highly active antiretroviral therapy according to baseline CD4+ T-cell count. J Acquir Immune Defic Syndr. Jun 1 2004;36(2):702-713.

204. Paterson DL, Swindells S, Mohr J, et al. Adherence to protease inhibitor therapy and outcomes in patients with HIV infection. Ann Intern Med. Jul 4 2000;133(1):21-30.

205. Powderly WG, Saag MS, Chapman S, Yu G, Quart B, Clendeninn NJ. Predictors of optimal virological response to potent antiretroviral therapy. AIDS. Oct 1 1999;13(14):1873-1880.

206. Yamashita TE, Phair JP, Munoz A, et al. Immunologic and virologic response to highly active antiretroviral therapy in the Multicenter AIDS Cohort Study. AIDS. Apr 13 2001;15(6):735-746.

207. Townsend D, Troya J, Maida I, et al. First HAART in HIV-infected patients with high viral load: value of HIV RNA levels at 12 weeks to predict virologic outcome. J Int Assoc Physicians AIDS Care (Chic Ill). Sep-Oct 2009;8(5):314-317.

208. ^ Reverse Transcriptase Inhibitors Down-Regulate Cell Proliferation in Vitro and in Vivo and Restore Thyrotropin Signaling and Iodine Uptake in Human Thyroid Anaplastic Carcinom...

209.^ Reverse transcriptase inhibitors induce an androgen-dependent phenotype in undifferentiated androgen-independent prostate carcinoma cells. - ASCO

210.Thompson MA, Aberg JA, Cahn P, et al. Antiretroviral treatment of adult HIV infection: 2010 recommendations of the International AIDS Society-USA panel. JAMA 2010; 304:321.

211.http://www.aidsinfo.nih.gov/guidelines/GuidelineDetail.aspx?MenuItem=Guidelines&Search=Off&GuidelineID=7&ClassID=1 (Accessed on February 13, 2011).

212.VIDEX (didanosine): chewable/dispersible buffered tablets; buffered powder for oral solution; pediatric powder for oral solution. Product information (July 2000)

213.HIVID (zalcitabine) tablets. Dear Health Care Professional Letter. (June 2006)

214.Mallal S, Phillips E, Carosi G et al. (February 2008). "HLA-B*5701 screening for hypersensitivity to abacavir". N. Engl. J. Med. 358 (6): 568–79. doi:10.1056/NEJMoa0706135.PMID 18256392.

215.^ Mallal S, Nolan D, Witt C et al. (2002). "Association between the presence of HLA-B*5701, HLA-DR7 and HLA-DQ3 and hypersensitivity to HIV-1 reverse transcriptase inhibitor abacavir". Lancet 359 (9308): 727–32. doi:10.1016/S0140-6736(02)07873-X. PMID 11888582.

216.^ Hetherington S, Hughes AR, Mosteller M et al. (2002). "Genetic variations in HLA-B region and hypersensitivity reactions to abacavir". Lancet 359 (9312): 1121–2.doi:10.1016/S0140-6736(02)08158-8. PMID 11943262.

217.Sosnik, A.; Chiapetta, D.A.; Carcaboxa, Á.M. (2009),"Drug delivery systems in HIV pharmacotherapy: What has been done and the challenges standing ahead", Journal of Controlled Release 138 (1): 2–15,doi:10.1016/j.jconrel.2009.05.007, PMID 19445981

218.de Béthune, M.-P. (2009), "Non-nucleoside reverse transcriptase inhibitors (NNRTIs), their discovery, development, and use in the treatment of HIV-1 infection: A review of the last 20 years (1989-2009)", Antiviral Research 85 (1): 75–90, doi:10.1016/j.antiviral.2009.09.008,PMID 19781578

219.Viramune (nevirapine) tablets; Viramune (nevirapine) oral suspension prescribing information

220. "Facts sheet from the AIDS Treatment Data Network". Retrieved 2006-01-16.

221.^ a b DHHS panel. Guidelines for the use of antiretroviral agents in HIV-1-infected adults and adolescents (May 4, 2006). (Available for download from AIDSInfo)

222.^ Viramune (nevirapine) letter (November 2000)

223.^ RESCRIPTOR brand of delavirdine mesylate tablets. Product information.

224.Department of Health and Human Services Panel on Antiretroviral Guidelines for Adults and Adolescents 25 October 2010, accession date. Guidelines for the use of antiretroviral agents in HIV-infected adults and adolescents. HHS, Washington, DC: http://www.aidsinfo.nih.gov.

225.Food and Drug Administration 15 September 2010, accession date. Sustiva label information, approved 18 August 2008. FDA, Washington, DC: www.fda.gov/cder/foi/label/2008/020972s030,021360s019lbl.pdf.

226.Staszewski S., et al. 1999. Efavirenz plus zidovudine and lamivudine, efavirenz plus indinavir, and indinavir plus zidovudine and lamivudine in the treatment of HIV-1 infection in adults. N. Engl. J. Med.341:1865–1873. [PubMed]

227.World Health Organization 24 October 2010, accession date. Antiretroviral therapy for HIV infection in adults and adolescents: recommendations for a public health approach (2006 revision). WHO, Geneva, Switzerland: http:www.who.int/hiv/pub/guidelines/artadultguidelines.pdf.

228. Burger D., et al. 2006. Interpatient variability in the pharmacokinetics of the HIV non-nucleoside reverse transcriptase inhibitor efavirenz: the effect of gender, race, and CYP2B6 polymorphism. Br. J. Clin. Pharmacol. 61:148–154.

229.Rotger M., Csajka C., Telenti A. 2006. Genetic, ethnic, and gender differences in the pharmacokinetics of antiretroviral agents. Curr. HIV/AIDS Rep. 3:118–125.

230.Stöhr W., et al. 2008. Factors influencing efavirenz and nevirapine plasma concentration: effect of ethnicity, weight and co-medication. Antivir. Ther. 13:675–685.

231.U.S. Department of Health and Human Services: Guidelines for the Use of Antiretroviral Agents in HIV-1-Infected Adults and Adolescents, Appendix A: Key to Acronyms

232.^ "Intelence". RxWiki. Retrieved 3 January 2013.

233.Rang, H. P., Dale, M. M., Ritter, J. M., & Flower, R. J. (2007). Rang and Dale's Pharmacology (6th Edition ed.). Philadelphia: Churchill Livingstone Elsevier.

234. Polli JW, Jarrett JL, Studenberg SD, Humphreys JE, Dennis SW, Brouwer KR, Woolley JL. Role of P-glycoprotein on the CNS disposition of amprenavir (141W94), an HIV protease inhibitor. Pharm Res.1999;16:1206–1212. [PubMed]

235. Nath A, Sacktor N. Influence of highly active antiretroviral therapy on persistence of HIV in the central nervous system. Curr Opin Neurol. 2006;19:358–361.

236. Kwara A, Delong A, Rezk N, Hogan J, Burtwell H, Chapman S, Moreira CC, Kurpewski J, Ingersoll J, Caliendo AM, Kashuba A, Cu-Uvin S. Antiretroviral drug concentrations and HIV RNA in the genital tract of HIV-infected women receiving long-term highly active antiretroviral therapy. Clin Infec Dis. 2008;46:719–725. [PubMed]

237. Lowe SH, Wensing AM, Droste JA, ten Kate RW, Jurriaans S, Burger DM, Borleffs JC, Lange JM, Prins JM. No virological failure in semen during properly suppressive antiretroviral therapy despite subtherapeutic local drug concentrations. HIV Clin Trials. 2006;7:285–290.

238. Ritonavir (patient information)

239. Moyle GJ, Back D. Principles and practice of HIV-protease inhibitor pharmacoenhancement. HIV Med.2001;2:105–113. [PubMed]

240. Gibaud, S. P.; Attivi, D. (2012). "Microemulsions for oral administration and their therapeutic applications". Expert Opinion on Drug Delivery: 1. doi:10.1517/17425247.2012.694865.

241. ^ Withdrawal of Fortovase (PDF)

242. Winston A, Back D, Fletcher C et al. (2006). "Effect of omeprazole on the pharmacokinetics of saquinavir-500 mg formulation with ritonavir in healthy male and female volunteers". AIDS 20 (10): 1401–6. doi:10.1097/01.aids.0000233573.41597.8a.PMID 16791014

243. KALETRA (lopinavir/ritonavir) capsules; (lopinavir/ritonavir) oral solution. Prescribing information. April 2009

244. Pyrko, P.; Kardosh, A; Wang, W; Xiong, W; Schönthal, AH; Chen, TC (2007). "HIV-1 protease inhibitors nelfinavir and atazanavir induce malignant glioma death by triggering endoplasmic reticulum stress". Cancer Research 67 (22): 10920–8. doi:10.1158/0008-5472.CAN-07-0796. PMID 18006837.

245. Squires K, Lazzarin A, Gatell JM, et al. Comparison of once-daily atazanavir with efavirenz, each in combination with fixed-dose zidovudine and lamivudine, as initial therapy for patients infected with HIV. J Acquir Immune Defic Syndr. 2004;36:1011–1019.

246. Malan DR, Krantz E, David N, et al. Efficacy and safety of atazanavir, with or without ritonavir, as part of once-daily highly active antiretroviral therapy regimens in antiretroviral-naive patients. J Acquir Immune DeficSyndr. 2008;47:161–167.

247. Molina J-M, Andrade-Villanueva J, Echevarria J, et al. Once-daily atazanavir/ritonavir versus twice-daily lopinavir/ritonavir, each in combination with tenofovir and emtricitabine, for management of antiretroviral-naive HIV-1-infected patients: 48 week efficacy and safety results of the CASTLE study. Lancet. 2008;372:646–655.

248. Johnson M, Grinsztejn B, Rodriguez C, et al. 96-week comparison of once-daily atazanavir/ritonavir and twice-daily lopinavir/ritonavir in patients with multiple virologic failures. AIDS. 2006;20:711–718.

249. Thaisrivongs S, Strohbach JW. Structure-based discovery of Tipranavir disodium (PNU-140690E): a potent, orally bioavailable, nonpeptidic HIV protease inhibitor. Biopolymers. 1999;51:51–8. [PubMed]

250. Doyon L, Tremblay S, Bourgon L, et al. Selection and characterization of HIV-1 showing reduced susceptibility to the non-peptidic protease inhibitor tipranavir. Antiviral Res. 2005;68:27–35.[PubMed]

251. Larder BA, Hertogs K, Bloor S, et al. Tipranavir inhibits broadly protease inhibitor-resistant HIV-1 clinical samples. Aids. 2000;14:1943–8. [PubMed]

252. Back NK, van Wijk A, Remmerswaal D, et al. In vitro tipranavir susceptibility of HIV-1 isolates with reduced susceptibility to other protease inhibitors. Aids. 2000;14:101–2. [PubMed]

253. Poppe SM, Slade DE, Chong KT, et al. Antiviral activity of the dihydropyrone PNU-140690, a new nonpeptidic human immunodeficiency virus protease inhibitor. Antimicrob Agents Chemother.1997;41:1058–63. [PMC free article] [PubMed]

254. Rusconi S, La Seta Catamancio S, Citterio P, et al. Susceptibility to PNU-140690 (Tipranavir) of human immunodeficiency virus type 1 isolates derived from patients with multidrug resistance to other protease inhibitors. Antimicrob Agents Chemother. 2000;44:1328–32. [PMC free article][PubMed]

255. Schwartz R, Kazanjian P, Slater L, et al. Resistance to tipranavir is uncommon in a randomized trial of tipranavir/ritonavir (TPV/RTV) in Multiple PI-Failure Patients (BI 1182.2). 9th Conference on Retroviruses and Opportunistic Infections; 2002; Seattle, WA. 2002. Session 75, Poster Session 562-T.

256. Aptivus (tipranavir) Capsules, 250 mg, Prescribing Information", Boehringer Ingelheim, 2007. Revised February 5, 2007.

257. King N, Prabu-Jeyabalan M, Nalivaika E, Wigerinck P, de Béthune M, Schiffer C. Structural and thermodynamic basis for the binding of TMC114, a next-generation HIV-1 protease inhibitor. J Virol.2004;78:12012–12021. [PMC free article] [PubMed]

258. Tie Y, Boross P, Wang Y, et al. Molecular basis for substrate recognition and drug resistance from 1.1 to 1.6 angstroms resolution crystal structures of HIV-1 protease mutants with substrate analogs. Febs J.2005;272:5265–5277. [PMC free article] [PubMed]

259. Koh Y, Nakata H, Maeda K, et al. Novel bis-tetrahydrofuranylurethane-containing nonpeptidic protease inhibitor UIC-94017 (TMC114) with potent activity against multi-PI-resistant HIV in vitro. Antimicrob Agents Chemother. 2003;47:3123–3129. [PMC free article] [PubMed]

260. Tie Y, Boross P, Wang Y, et al. High resolution crystal structures of HIV-1 protease with a potent non-peptide inhibitor (UIC-94017) active against multi-drug-resistant clinical strains. J Mol Biol. 2004;338:341–352. [PubMed]

261. Kovalevsky A, Tie Y, Liu F, et al. Effectiveness of nonpeptide clinical inhibitor TMC-114 on HIV-1 protease with highly drug resistant mutations D30N, I50V, and L90M. J Med Chem. 2006;49:1379–1387.[PMC free article] [PubMed]

262. De Meyer S, Azjin H, Surleraux D, et al. TMC114, a novel HIV-1 protease inhibitor active against protease inhibitor-resistant viruses, including a broad range of clinical isolates. Antimicrob Agents Chemother.2005;49:2314–2321. [PMC free article] [PubMed]

263. Kilby JM, Hopkins S, Venetta TM, DiMassimo B, Cloud GA, Lee JY, Alldredge L, Hunter E, Lambert D, Bolognesi D, Mathews T, Johnson MR, Nowak MA, Shaw GM, Saag MS. Potent suppression of HIV-1 replication in humans by T-20, a peptide inhibitor of gp41-mediated virus entry. Nat. Med.1998;4:1302–1307. [PubMed]

264. Oldfield V, Keating GM, Plosker G. Enfuvirtide - A review of its use in the management of HIV infection. Drugs. 2005;65:1139–1160. [PubMed]

265. Lu J, Decks SG, Hoh R, Beatty G, Kuritzkes BA, Martin JN, Kuritzkes DR. Rapid emergence of enfuvirtide resistance in HIV-1-infected patients: results of a clonal analysis. J. Acq. Immun. Def. Synd. 2006;43:60–64.

266. Poveda E, Rodes B, Lebel-Binay S, Faudon J-L, Jimenez V, Soriano V. Dynamics of enfuvirtide resistance in HIV-infected patients during and after long-term enfuvirtide salvage therapy. J. Clin. Virol. 2005;34:295–301. [PubMed]

267. Fuzeon Fuzeon Summary of Product Characteristics. Roche Registration Limited; 2003a.

268. Zhang XP, Nieforth K, Lang JM, Rouzier-Panis R, Reynes J, Dorr A, Kolis S, Stiles MR, Kinchelow T, Patel IH. Pharmacokinetics of plasma enfuvirtide after subcutaneous administration to patients with human immunodeficiency virus: inverse Gaussian density absorption and 2-compartment disposition.Clin. Pharmacol. Ther. 2002;72:10–19. [PubMed]

269. Levy JA (January 2009). "HIV pathogenesis: 25 years of progress and persistent challenges". AIDS 23 (2): 147–60.doi:10.1097/QAD.0b013e3283217f9f. PMID 19098484.

270.^ Biswas P, Tambussi G, Lazzarin A (May 2007). "Access denied? The status of co-receptor inhibition to counter HIV entry". Expert Opinion on Pharmacotherapy 8 (7): 923–33. doi:10.1517/14656566.8.7.923. PMID 17472538.

271. Abel S, Russell D, Whitlock LA, Ridgway CE, Nedderman AN, Walker DK. Assessment of the absorption, metabolism and absolute bioavailability of maraviroc in healthy male subjects. Br J Clin Pharmacol. 2008;65(Suppl 1):60–7. doi: 10.1111/j.1365-2125.2008.03137.x. [PMC free article][PubMed] [Cross Ref]

272. Pfizer Inc. Selzentry [package insert]. 2007. New York.

273. Savarino A (December 2006). "A historical sketch of the discovery and development of HIV-1 integrase inhibitors". Expert Opin Investig Drugs 15 (12): 1507–22. doi:10.1517/13543784.15.12.1507. PMID 17107277.

274. Isentress prescribing information. Whitehouse Station, NJ 08889, USA: Merck and Co., Iin

275. ISENTRESS™ (raltegravir) 400 mg for treatment of HIV (NDA 22-145) FDA Briefing Document.2007. Accessed October 15, 2007. URL:http://www.fda.gov/OHRMS/DOCKETS/AC/07/briefing/2007-4314b1-01-Merck.pdf.

276. Kassahun K, McIntosh I, Hreniuk D, et al. Absorption, metabolism and excretion of MK-0518, a potent HIV-1 integrase inhibitor, in healthy male volunteers. 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy; Sept 27-30, 2006; San Francisco, California, USA. 2006. abstract A-372.

277. HIV Antiretroviral Agents in Development

278. Hull MW, Montaner J. Antiretroviral therapy: A key component of a comprehensive HIV prevention strategy. Curr HIV/AIDS Rep. 2011;8:85–93. [PubMed]

279. Walenski RP, Paltiel AD, Losina E, et al. The survival benefits of AIDS treatment in the United States. J Infect Dis 2006;194:11-19.

280. Crum NF, Riffenburgh RH, Wegner S, et al. Comparisons of causes of death and mortality rates among HIV-infected persons: analysis of the pre-, early-, and late HAART (highly active antiretroviral therapy) eras. J Acquir Immune Defic Syndr 2006;41:194-200.

281. Panel on Antiretroviral Guidelines for Adult and Adolescents. Guidelines for the use of antiretroviral agents in HIV-1-infected adults and adolescents. Department of Health and Human Services. November 3, 2008; pp 1-139. Available at http://www.aidsinfo.nih.gov/ContentFiles/AdultandAdolescentGL.pdf. Accessed July 6, 2009.

282. Shafer RW, Smeaton LM, Robbins GK, DeGrutolla V, Snyder SW, D'Aquilla RT, et al. Comparison of four-drug regimens and pairs of sequential three-drug regimens as initial therapy for HIV-1 infection. N Engl J Med 2003;349:2304-15.

283. Gulick RM, Ribaudo HJ, Shikuma CM, Lalama C, Schackman BR, Meyer III WA, et al. Three- vs four-drug antiretroviral regimens for the initial treatment of HIV-1 infection: a randomized controlled trial. JAMA 2006;296:769-81

284. Biswas P, Tambussi G, Lazzarin A (2007). "Access denied? The status of co-receptor inhibition to counter HIV entry". Expert Opin Pharmacother 8 (7): 923–33. doi:10.1517/14656566.8.7.923. PMID 17472538.

285. ^ Pugach P, Ketas TJ, Michael E, Moore JP (August 2008). "Neutralizing antibody and anti-retroviral drug sensitivities of HIV-1 isolates resistant to small molecule CCR5 inhibitors". Virology 377 (2): 401–7. doi:10.1016/j.virol.2008.04.032. PMC 2528836.PMID 18519143.

286. ^ Progenics Pharmaceuticals' HIV Drug, PRO 140, Receives FDA Fast-Track Designation. Press release, 22 Feb 2006. Progenics Pharmaceuticals.

287. AIDSinfo (updated 16 October 2007) "PRO 140"

288. "Tanox Reports 48-Week Results From TNX-355 Phase 2 Clinical Trial". AEGiS. 2006-05-02.

289. Aidsmap (2011, March 1st) 'Attachment inhibitor BMS-663068 potent and well-tolerated in early study'

290. Klibanov, Olga M.; Williams, Shannon H.; Iler, Cameron A (2010). "Cenicriviroc, an orally active CCR5 antagonist for the potential treatment of HIV infection". Current Opinion in Investigational Drugs 11 (8): 940–950. PMID 20721836.

291. ^ Baba, Masanori; Takashima, Katsunori; Miyake, Hiroshi; Kanzaki, Naoyuki; Teshima, Koichiro; Wang, Xin; Shiraishi, Mitsuru; Iizawa, Yuji (2005). "TAK-652 inhibits CCR5-mediated human immunodeficiency virus type 1 infection in vitro and has favorable pharmacokinetics in humans". Antimicrobial Agents and Chemotherapy 49 (11): 4584–4591. doi:10.1128/AAC.49.11.4584-4591.2005. PMC 1280155.PMID 16251299.

292. Hosein SR 'I ANTI-HIV AGENTS: B. Cenicriviroc for inflammation and HIV' CATIE TreatmentUpdate 180 - 2010 Oct; 22(5): 2

293. Hosein SR 'I ANTI-HIV AGENTS: B. Cenicriviroc for inflammation and HIV' CATIE TreatmentUpdate 180 - 2010 Oct; 22(5): 2

294. Dolutegravir ("572") Holds Up in Heavily Raltegravir-Resistant Patients, Phase 2B Study Finds Nelson Vergel. The Body PRO. Accessed 23 April 2011.

295. ^ Shionogi-ViiV Healthcare Starts Phase 3 Trial for "572-Trii" Test positive airwave. The Body PRO. Accessed 23 April 2011.

296. ^ Horn, Tim. ViiV's Dolutegravir Continues to Show Well After 96 Weeks, Versus Sustiva, for First-Time Treatment. AIDSmeds.com 7 Mar 2012. Accessed 14 Mar 2012.

297. Sax, P. E.; Dejesus, E.; Mills, A.; Zolopa, A.; Cohen, C.; Wohl, D.; Gallant, J. E.; Liu, H. C. et al. (2012). "Co-formulated elvitegravir, cobicistat, emtricitabine, and tenofovir versus co-formulated efavirenz, emtricitabine, and tenofovir for initial treatment of HIV-1 infection: A randomised, double-blind, phase 3 trial, analysis of results after 48 weeks". The Lancet379 (9835): 2439–2448. doi:10.1016/S0140-6736(12)60917-9. PMID 22748591.

298. "New HIV Maturation Inhibitor MPC-9055". National AIDS Treatment Advocacy Project. 17 September 2008. Retrieved 10 June 2012.

299. Aidsmap 'Vivecon (MP-9055)'

300. NATAP, 'Lersivirine, a New NNRTI, Versus Efavirenz as First-Line Therapy: 48 Weeks' 6th IAS Conference on HIV Pathogenesis, Treatment and Prevention, July 17-20, 2011, Rome.

301. AIDSmeds (17 June 2008) "Experimental HIV Drug Hits Snag"

302. Koronis Pharmaceuticals (2009, 19th May) 'Koronis Pharmaceuticals' Scientific Advisory Board Confirms KP-1461 Clinical Drug Activity, HIV Ablation'

303. Mullins J. et al, 2011, Mutation of HIV-1 Genomes in a Clinical Population Treated with the Mutagenic Nucleside KP1461, PLoS One 6(1).

304. i-BASE/Treatment Action Group (2011, July) '2011 Pipeline Report' HIV, Hepatitis C Virus (HCV), and Tuberculosis Drugs, Diagnostics, Vaccines, and Preventive Technologies in Development.

## GASTRO-ESOPHAGEAL REFLUX DISEASE (GERD):

## A COMPREHENSIVE REVIEW

### ABSTRACT

Gastro-Esophageal Reflux Disease (GERD) is a condition in which gastric acid and gastric contents reflux retrograde in a person's esophagus. This results in chronic irritation, burning, dysphagia, and (if left untreated) may eventually progress to esophageal cancer. Numerous etiological factors for GERD have been identified ranging from an incompetent lower esophageal sphincter (LES) to more commonly obesity. Over 20% of Americans are living with GERD, and greater numbers are being diagnosed annually. The National Ambulatory Medical Care Survey (NAMCS) reported that 38.53 million annual adult outpatient visits were related to GERD. Therefore, its recognition and treatment must be managed in its early stage to prevent complications and co-morbidities associated with the progression of GERD. This article aims to provide a comprehensive review for the primary care provider, in identifying and aggressively treating patients with GERD.

### ACTIVITY LENGTH

6 Credit Hours

### LEARNING OBJECTIVES

1. Describe the epidemiology of GERD
2. Define the etiology and pathophysiology of GERD
3. Recognize the most common signs and symptoms of early onset versus late onset GERD
4. Distinguish between erosive and ulcerative esophagitis
5. Characterize the signs and symptoms present in the progression of GERD
6. Identify and describe the effectiveness of the diagnostic tests and criteria used to diagnosis GERD
7. Evaluate the various non-surgical treatment options of GERD
8. Discuss various lifestyle modifications for patients with minor to moderate GERD
9. Describe pharmacologic treatment options for GERD (i.e. PPI's, H2 blockers, etc.)
10. Describe the effectiveness of monitoring disease progression of GERD
11. Develop optimal treatment plans for individual patients with GERD based on their presenting symptomology and disease stage
12. Describe new advancements in treatment options and early detection of GERD
13. Design methods for educating patients on the regimens that improve patient compliance and prognosis outcomes.

### OUTLINE



DEPOSITION EXHIBIT
53
PENGAD 800-631-6989

I.      Introduction
        A. Epidemiology
        B. Etiology
II.     Pathophysiology
        A. Lifestyle
                a.   Smoking
                b.   Alcohol
                c.   Obesity
        B. Diet
                a.   Caffeine
                b.   Spicy foods
                c.   Fatty foods
        C. Physiological
                a.   LES
III.    Signs/Symptoms
        A. Acute
                1.   Early-onset
                2.   Late-onset
        B. Chronic
        C. Atypical manifestations
IV.     Diagnosis
        A. Tests
        B. Criteria
V.      Treatment
        A. Options
        B. Effectiveness
        C. Side Effects
VI.     Disease Monitoring
        A. Physical Exam
        B. pH monitoring
        C. Endoscopy
VII.    Individual Treatment Plans
        A. Lifestyle modifications
VIII.   New Advancements
        A. Diagnosis/Detection
        B. Treatment Options
IX.     Educating Patients
X.      Conclusion

**Biography**

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and has completed his clinical clerkship training in various teaching hospitals throughout New York, including King's County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria has passed all USMLE medical board exams on the first attempt, and has served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field including faculty member and Department Chair. Dr. Jouria continues to serves as a Subject Matter Expert for several continuing education organizations covering multiple basic medical sciences. He has also developed several continuing medical education courses covering various topics in clinical medicine. Recently, Dr. Jouria has been contracted by the University of Miami/Jackson Memorial Hospital's Department of Surgery to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on Human Anatomy & Physiology.

## INTRODUCTION

Gastroesophageal reflux disease (GERD) is probably the mostfrequent disorder treated by the gastroenterologist.GERD can be defined as a group of symptoms or complicationswhich develops due to the retrograde flow of gastro-duodenal contents into the esophagus or beyond, into the adjacent organs, causing spectrum of troublesome symptoms and complications, with or without tissue damage [1-2].GERD can also be categorized as NERD or nonerosive disease and ERD (erosive reflux disease).  NERD is the most common form of GERD which is characterized by presence of classic GERD symptoms in the absence of erosions on endoscopy.  On the other hand, ERD or erosive reflux disease is characterized by presence of classic GERD symptoms in the presence of erosions on endoscopy.

### Natural History and disease course
The natural history of GERD is still not clear [3]. Two different hypotheses have been propounded for the natural history of GERD. The traditional concept considers GERD as a spectrum, with the potential disease progression over time of the disease spectrum [4]. Nonerosive reflux disease (NERD) presents the mild end of the spectrum, whereas patients with complicated GERD (erosive esophagitis, stricture, and Barrett's esophagus) present the severe end of the spectrum [5].  This natural course of GERD is based on the extent and severity of esophageal mucosal injury.A recent research cohort study demonstrated that true progression of GERD from mild to severe disease and even to Barrett's esophagus has occurred over 2 years follow up [5]. In contrast, a new concept has emerged which considers that GERD is a categorical disease with three distinct phenotypic presentations: NERD (Non-erosive reflux disease), EE or erosive esophagitis, and Barrett's esophagus. NERD is a subcategory of GERD which is characterized with

reflux symptoms with no visible esophageal injury (absence of mucosal lesions or breaks) detected by endoscopy and without recent effective acid suppressive therapy. Erosive esophagitis is characterized by the presence of esophageal mucosal injury detected by endoscopy. Barrett's esophagus is a complication of chronic GERD and a type of intestinal metaplasia, which is a precursor condition for carcinoma. In this condition, the healthy epithelial squamous cells are replaced by intestinal columnar epithelium, which can be detected by endoscopy. According to this theory GERD is not a spectrum of disease as only few cases of NERD (10%) progress to erosive esophagitis over time. These three entities represent different disorders and movement among them is limited, indicating that those entities once determined remain true to form [6, 7]. Reflux symptoms usually recur after the treatment is discontinued; however, the patient relapses in the same entity only. This concept focuses on the mechanisms leading to symptom generation. A recent research has concluded that GERD usually does not progress over time [8]. This finding considers that GERD is a chronic disease but not progressive. In addition, the reflux symptoms tend to recur, but the findings of endoscopy do not indicate disease progression in the majority of cases. Other clinical studies have also observed that NERD progresses to erosive in approximately 10% of GERD patients only. The majority of GERD patients do not progress and remain well within their respective phenotypic presentations [9]. It has been observed that GERD patients with severe esophagitis are particularly vulnerable to develop a stricture. A small fraction of such patients (approximately 1% per year) develop a stricture, which is generally caused by an interrupted acid suppressive therapy [8]. Long-standing reflux symptoms are considered to be a major risk factor for the development of Barrett's esophagus. Prolonged acid exposure and perhaps alkaline injury causes significant change of exposed esophageal mucosa. The normal squamous epithelium is gradually replaced by columnar epithelium. In addition, impaired esophageal peristalsis and gastric motility also contribute in the development of Barrett's esophagus. In certain cases even with pharmacotherapy, the presence of acid reflux causes sustained and continuous injury to the esophageal mucosa with its associated esophageal dysmotility [10]. This also plays an important role in the development of Barrett's esophagus. Barrett's esophagus greatly increases the risk of esophageal adenocarcinoma. The presence of Barrett's esophagus increases the incidence of adenocarcinoma to 40 fold than that in the general population. Approximately 10% of patients with Barrett's esophagus have coexistent adenocarcinoma at the time of initial endoscopy [11].

| Parameter | Characteristic of NERD | Characteristic of EE |
|---|---|---|
| Gender | More female | More Males |
| Age | Younger | Older |
| Weight | Leaner | Overweight |
| Smoking | No Difference | No Difference |
| Alcohol consumption | No Difference | No Difference |
| Symptom duration | Shorter | Longer |
| Hiatal hernia | Less common | More common |
| Helicobacter pylori infection | No Difference | No Difference |

| Parameter | Characteristic of NERD | Characteristic of EE |
|---|---|---|
| Lower esophageal sphincter resting pressure | Normal | Lower |
| Distal amplitude contractions | Slightly reduced | Lower |
| Motility abnormalities | Slightly increased | Increased |
| Distal esophageal acid exposure (total, supine, and erect) | Mildly increased | Increased |
| Duodenogastroesophageal reflux | Slightly increased | Increased |

**Role of Natural Anti-Reflux Mechanisms**
Every healthy individual usually experiences gastroesophageal reflux to a varying degree; however, a protective barrier which is present between the stomach and the esophagus shields the organs from the acid. Esophageal clearance is enhanced by peristaltic movement (peristalsis) and salivary production. A valve mechanism regulates the gastric content moving between the esophagus and the stomach. The key components of this valve are the lower esophageal sphincter (LES), the diaphragm, the angle of His, the Gubaroff valve and the phrenoesophageal membrane.

Peristalsis
Esophageal peristalsis plays a key role in the antireflux mechanism as it regulates esophageal clearance of the refluxate.Defective or impaired peristaltic movement is linked with severe GERD that leads to a number of GERD related symptoms and significant mucosal damage[12]. This association between the peristalsis and GERD is the reason that certain systemic diseases such as scleroderma [13] impair peristalsis leading to high prevalence and severity of GERD. Approximately 40%-50% of patients with GERD have impaired peristalsis [12], which causes slower esophageal clearance and prolongs the contact time of the refluxate with the esophageal mucosa. Furthermore, the refluxate usually reaches the upper esophagus and pharynx causing mucosal injury and sometimes extra-esophageal symptoms such as asthma or cough [14, 15]. It is not known whether impaired esophageal motility is a primary condition that causes GERD, or it develops due to prolonged esophageal inflammation. Currently, there is no drug treatment that can improve esophageal peristalsis[16, 17]. However, effective fundoplication may improve the impaired peristalsis in the majority ofpatients [18].

LES(lower esophageal sphincter)
Lower esophageal sphincter is a small segment of smooth muscle present at the distal end of the esophagus[19] that prevents reflux by creating a high pressure zone between the esophagus and the stomach. However, a normal LES pressure cannot always prevent GERD, because abnormal transient relaxation may develop leading to GERD. Several studies have demonstrated that a mechanically incompetent LES is progressively associated with severe mucosal damage[15].

**Substances that influence lower esophageal sphincter pressure (LESP)**

| | Increase LESP | Decrease LESP |
|---|---|---|
| Hormones | Gastrin, motilin, substance P | Secretin, cholecystokinin, glucagon, gastric inhibitory polypeptide, vasoactive intestinal polypeptide, progesterone |
| Neural agents | Alpha-adrenergic agonists, beta-adrenergic antagonists, cholinergic antagonists | Alpha-adrenergic antagonists, beta-adrenergic agonists, cholinergic antagonists, serotonin |
| Medications | Metoclopramide, domperidone, prostaglandin F2a, cisapride | Nitrates, calcium channel blockers, theophylline, morphine, meperidone, diazepam, barbiturates |
| Foods | Protein | Fat, chocolate, ethanol, peppermint |

Diaphragm
Diaphragm protects against reflux caused by abrupt increases in intra-abdominal pressure [20]. This protective mechanism is impaired by hiatal hernia.

Increased thoraco-abdominal pressure gradient
Abnormal gastric emptying can increase intra-gastric pressure resulting in GERD. Individuals with suspected abnormal gastric emptying should be advised to have an ultrasound [21] or nuclear markers done [22].It has been observed that there is a close association with increasing BMI or body mass index and prevalence of GERD and its complications [23-25]. Several studies have concluded that compared to non-obese patients with GERD, morbidly obese patients with GERD have a higher incidence of transient LES relaxation, incompetent LES, and impaired esophageal motility [26, 27]. A recent analysis has reported that the severity of GERD is closely associated with BMI[28], which indicates that obesity plays an independent role in the pathophysiology GERD, predominantly via increased abdominal pressure[23, 29]. Recent clinical studies have also observed that approximately 70% of patients with end-stage lung disease have GERD [30].

Role of Mucosal Damage
There is a direct relationship between the degree/severity of esophagitis with acid exposure[31]; however, it is still unknown whether mucosal inflammation is a consequence or cause of GERD. Pathogenesis of esophagitis is linked with esophageal body dysmotility [15].

Role of the Refluxate
Gastro-esophageal refluxate contains hydrochloric acid, pepsin, bile salts and pancreatic enzymes which cause esophageal mucosal injury [31] and related symptoms [32]. Prolonged esophageal mucosal injury can also lead to Barrett's esophagus [33] and esophageal adenocarcinoma [34]. Degree and extent of mucosal injury is associated with the volume of the refluxate and the patterns of esophageal exposure. Individuals have a

greater likelihood of "feeling"a reflux if the refluxate has a large volume and a high proximal extent [31].

Role of Hiatal Hernia
GERD and hiatal hernia were previously considered as a single entity [35,36].
It is now known that hiatal hernia can impair a majority of the antireflux mechanisms, and is an independent factor for GERD[31]. Hiatal hernia is associated with early GERD recurrence and failure of pharmacotherapy for GERD [34]. The presence and size of a hiatal hernia is linked with impaired peristalsis, incompetent LES, more severe mucosal damage, and increased gastric acid exposure [36].

Role of Helicobacter Pylori
The association of GERD and *Helicobacter pylori* (*H. pylori*) is still not clear.   Some researchers suspect that H. pylori infection contributes in the prevention of GERD, others find no association between the two entities [37,38]. Some studies have observed that *H. pylori* infection is inversely linked with reflux esophagitis [37].
Some research studies indicate that *H. pylori* infection plays a protective role in patients with GERD[37]. Several recent meta-analyses have reported that H. pyloriare associated with almost 50% reduction in cancer risk [39].

| Important facts regarding pathogenesis of GERD |
| --- |
| <ul><li>GERD is a sensory-motor disorder</li><li>Anatomical abnormalities such as hiatal hernia can worsen esophageal reflux and GERD.</li><li>GERD can be categorized into three types:<ol><li>Nonerosive reflux disease (NERD)</li><li>Erosive esophagitis</li><li>Barrett's esophagus</li></ol></li><li>Functional heartburn, residual reflux, and concomitant bowel disorders frequently contribute in the treatment failure with PPIs.</li></ul> |

## Other related GERD factors
Eating and lifestyle
Eating habits and lifestyle issues play an important role in GERD physiopathology and are considered risk factors for GERD.

Eating habits
Different foods can influence the reflux and its related symptoms. Some of the foods such as fatty foods, chocolate, peppermint, and alcohol are believed to reduce lower esophageal sphincter pressure.  In addition, fatty foods also slow down the gastric emptying.  All these factors may trigger or exacerbate symptoms of GERD.
High dietary fat intake is also linked to higher risk of GERD and erosive esophagitis [40].
Coffee is also considered to increase heartburn in GERD patients [41]. Intake of carbonated soft drink is a predictor of heartburn during sleep in patients with GERD [42].

Alcohol consumption

Alcohol consumption, especially when taken excessively for long term, is a risk factor for GERD and its associated complications [43, 44]. Alcohol damages the esophageal mucosa and increases the risk of mucosal injuries. Furthermore, it reduces LES pressure and esophageal motility [45, 46] leading to slow esophageal clearance [47].In an Irish case-control study, it was observed that only binge drinking and high liquor consumption increases the risk of esophagitis to approximately two fold, whereas intake of wine reduces the risk of reflux esophagitis, Barrett's esophagus and esophageal adenocarcinoma.

Smoking
Smoking increases the risk of GERD [44, 48, 49]. In a recent case control study, it was observed that the risk of developing GERD was greater amongst smokers who smoked daily for more than 20 years compared with non-smokers [49]. Smoking promotes acid reflux by reducing the LES pressure [50]. In addition, smoking may reduce salivary secretion that leads to poor esophageal clearance [51].

Physical exercise
Physical exercise is considered to be a protective factor against gastric reflux [49]. Interestingly,it has been observed that esophageal acid exposure greatly increases in healthy volunteers and GERD patients when exercising when compared to the non exercise periods [52].

Medications
Certain medications interfere with the functioning of EGJ and play an important role in the development of GERD [53]. It has been observed that use of asthma medication is associated with development of Barrett's esophagus [54] and esophageal adenocarcinoma [55].

**Medications and effect on esophago-gastric junction functions**

| Medications | Effects |
|---|---|
| • Nitrates<br>• Calcium channel blockers<br>• Anticholinergics<br>• β adrenergic agonists<br>• Theophylline<br>• Morphine<br>• Benzodiazepins | Decrease lower esophageal sphincter pressure |
| • Sumatriptan | Increase transient esophageal lower sphincter |

**EPIDEMIOLOGY**

GERD affects approximately 10% to 20% of the western population and 0.4% newly develop the condition [56]. People in the age group of 60-70 are most commonly affected by this disease [57].In the US, approximately 20% of people experience GERD symptoms in a given week and 7% everyday [56]. Recent research studies have reported that approximately 25-40% of Americans experience symptomatic GERD at some point of time in their lives.GERD is almost equally experienced by males and females. However, the male-to-female incidence ratio for esophagitis is around 2:1-3:1 and for Barrett esophagus is 10:1. Compared to others, Caucasian males are more susceptible to Barrett esophagus and adenocarcinoma.GERD is seen in all age groups. The prevalence of GERD increases with age.

## SYMPTOMS OF GERD

Most Frequent Symptoms of GERD

- Heartburn [58]i.e. a burning sensation in the throat and chest
- Regurgitation (A feeling of acid or stomach contents backing up into the esophagus)
- Trouble swallowing (dysphagia)

Less-common symptoms of GERD

- Chest pain that feels like angina (heart pain): tightness, pressure, heaviness
- Asthma (bronchospasm)
- Chronic (recurring) nausea[59] and vomiting
- Hematochezia i.e. blood in the stool
- Hematemesis i.e. blood in the vomit
- Hoarseness (laryngitis)
- Chronic cough
- The sense that there is a lump in your throat or that you have to clear your throat all of the time
- Frequent belching
- Increased salivation
- Sleep apnea, which is the repeated but temporary interruption of breathing during sleep. Sleep apnea can lead to restless sleep, morning headaches, and afternoon drowsiness
- Iron deficiency in the blood (anemia) caused by chronic blood loss from ulcers in the esophagus
- A sour or bitter taste in the mouth

The two major symptoms of GERD are heartburn and regurgitation. Clinicallytroublesome heartburn is observed in approximately 6 % of the population [60].Regurgitation is seen in 16 % of the cases. Chest pain can be the presentingsymptom in some cases [61, 62].It is essential to distinguish cardiac from non-cardiac chest pain before considering GERD. Dysphagia is generally seen in uncomplicated GERD;

however, appropriate tests and investigations should be conducted to rule out any motility disorder, Schatzki ring, stricture, or malignancy [63]. Extra-esophageal symptoms such as chronic cough, asthma, chronic laryngitis are also seen in GERD patients.Atypical symptomssuch as epigastric pain, dyspepsia, belching, bloating and nausea can also be reported in GERD but overlap with other medical conditions.Dyspepsia is another symptom that is frequently seen in GERD patients than those without. Epigastric pain, belching, bloating and early satiety indicate GERD if they respond to a PPI (Proton Pump Inhibitor) trial [64]. GERD, if experienced daily or more than two days a week, can significantly lower the work productivity of an individual. Nocturnal GERD significantly affects the quality of life compared with daytime symptoms; therefore, GERD patients should always be evaluated for nocturnal GERD symptoms and sleep disturbances [65]. Several research studies have observed that symptom frequency generally remains unchanged with aging; however, the intensity of GERD symptoms mayreduce after the age of 50 [66]. Prevalence rate of Erosive esophagitis increases with aging [67]. Similarly, prevalence rate of Barrett's esophagus increases in after age 50, especially in Caucasian men [68].

The symptoms of GERD are a bit different in children. GERD symptoms in children vary with the age of the child. Children with GERD do not necessarily experience troublesome symptoms until late childhood or early adolescence. Children with GERD typically cry and have poor appetite and sleep disturbance. Some of the common signs and symptoms in young children and infants include:

- Crying (typical or atypical) and/or irritability
- Apnea and/or bradycardia
- Failure to thrive, decreased  appetite
- Apparent life-threatening event
- Vomiting
- Wheezing
- Stridor
- Abdominal and/or chest pain
- Recurrent pneumonitis
- Sore throat, hoarseness
- Chronic cough
- Water brash
- Sandifer syndrome

Older children may also experience heartburn and a history of vomiting, regurgitation, bad teeth, and halitosis.

### Grading of severity and frequency of heartburn

| Grading of severity |
| --- |
| 0: No symptoms |
| 1: Mild symptoms easily tolerated and not interfering with normal daily activities or sleep. |

| |
|---|
| 2: Moderate symptoms, cause some discomfort and minimally interfere with normal daily activities or sleep. |
| 3: Severe symptoms cause much discomfort and interrupt normal daily activities. |
| **Grading of frequency** |
| 0: Absent |
| 1: <2 days a week. |
| 2: 2–4 days a week. |
| 3: >4 days a week to daily symptoms. |
| 4: More than once a day. |

## DIAGNOSIS

The diagnosis of GERD is made with the help of typical symptomatology, endoscopy findings, ambulatoryreflux monitoring, and response to PPI or antisecretory therapy.

| **Establishing the diagnosis of Gastroesophageal Reflux Disease (GERD)** |
|---|
| 1. A presumptive diagnosis of GERD can be established in the setting of typical symptoms of heartburn and regurgitation. Empiric medical therapy with a proton pump inhibitor (PPI) is recommended in this setting. (Strong recommendation, moderate level of evidence) |
| 2. Patients with non-cardiac chest pain suspected due to GERD should have diagnostic evaluation before institution of therapy. (Conditional recommendation, moderate level of evidence). A cardiac cause should be excluded in patients with chest pain before the commencement of a gastrointestinal evaluation (Strong recommendation, low level of evidence) |
| 3. Barium radiographs should not be performed to diagnose GERD (Strong recommendation, high level of evidence) |
| 4. Upper endoscopy is not required in the presence of typical GERD symptoms. Endoscopy is recommended in the presence of alarm symptoms and for screening of patients at high risk for complications. Repeat endoscopy is not indicated in patients without Barrett's esophagus in the absence of new symptoms. (Strong recommendation, moderate level of evidence) |
| 5. Routine biopsies from the distal esophagus are not recommended specifically to diagnose GERD. (Strong recommendation, moderate level of evidence) |
| 6. Esophageal manometry is recommended for preoperative evaluation, but has no role in the diagnosis of GERD. (Strong recommendation, low level of evidence) |
| 7. Ambulatory esophageal reflux monitoring is indicated before consideration of endoscopic or surgical therapy in patients with non-erosive disease, as part of the evaluation of patients refractory to PPI therapy, and in situations when the diagnosis of GERD is in question. (Strong recommendation, low level of evidence). Ambulatory reflux monitoring is the only test that can assess reflux symptom association (strong recommendation, low level of evidence). |

> 8. Ambulatory reflux monitoring is not required in the presence of short or long-segment Barrett's esophagus to establish a diagnosis of GERD. (Strong recommendation, moderate level of evidence)
> 9. Screening for Helicobacter pyloriinfection is not recommended in GERD patients. Treatment of H. pyloriinfection is not routinely required as part of antireflux therapy. (Strong recommendation, low level of evidence)

Heartburn and regurgitation, mainly post-prandialparticularlyafter a large and fatty meal are the most reliable symptoms of GERD for making a presumptive diagnosis based on history alone. The sensitivity of these two symptoms for the presence of erosive esophagitis hovers around 30–76 % and the specificity ranges from 62–96 % [69]. PPI trial is a reasonable approach to confirm GERD in such cases.Non-cardiac chest pain can be the presenting symptom of GERD. GERD patients with dysphagia should undergo endoscopy to rule out a GERD complication. Other GERD symptoms are not as reliable.

Endoscopy

Upper gastrointestinal endoscopy or EGD is frequently used to diagnose GERD. It is recommended for patients who are refractory to treatment or have alarm symptoms such as dysphagia, anemia, hematochezia, wheezing, weight loss, or voice changes [70]. Endoscopy can confirm the diagnosis of GERD by illustrating complications of reflux such as Barrett esophagus, esophagitis, etc.  It is also helpful for assessing anatomical changes which are seen in hiatal hernia, strictures, etc. Endoscopy is the first choice for evaluating GERD, grading esophagitis (Los Angeles classification system) and detecting Barrett's esophagus. Majority of patients with GERD have a normal looking esophagus; therefore, EGD usually doesn't help in diagnosing GERD. However, esophagitis or inflammation of the esophagus points towards GERD. In some cases, erosions or ulcers can also be seen which clearly indicates GERD. Endoscopy can also detect many of the GERD complications, such as ulcers, esophageal strictures, and Barrett's esophagus. Biopsies can also be obtained.  EGD caused by other conditions such as gastric or duodenal cancer can also be diagnosed with endoscopy. Some gastroenterologists and physicians recommend either once-in-a-lifetime or 5- to 10-yearly endoscopy for patients with longstanding GERD, to detect dysplasia or Barrett's esophagus.Endoscopy is the preferred initial investigation as it increases the likelihood of endoscopic biopsy and cytology brushings. However, a negative endoscopy does not rule out the probability of NERD (nonerosive reflux disease).

> **Generally recommended indications for upper gastrointestinal endoscopy in GERD.**
>
> · Any suspicion of GERD complications or GERD-related malignancy
> · Presence of alarming signs including significant weight loss, anemia, upper gastrointestinal bleeding or melena
> · Recent change in character of symptoms

· Age of onset after 40 years
· Long-term GERD symptoms (more than 5 years)
· Family history of GERD-related cancer
· Suspicion of concomitant upper GI lesions
· Before antireflux surgery
· Equivocal diagnosis
· Patient reassurance

"MUSE" esophagitis classification system

| Degree of severity | Metaplasia | Ulcer | Stricture | Erosions |
|---|---|---|---|---|
| 0. Absent | $M_0$ Absent | $U_0$ Absent | $S_0$ Absent | $E_0$ Absent |
| 1. Mild | $M_1$ One fold | $U_1$ Junctional | $S_1 > 9$ mm | $E_1$ One fold |
| 2. Moderate | $M_2 >$ Two folds | $U_2$ Barrett's ulcer | $S_2 < 9$ mm | $E_2 >$ Two folds |
| 3. Severe | $M_3$ Circumferential | $U_3$ Combined | $S_3$ Stricture and short esophagus | $E_3$ Circumferential |

Metaplasia, Ulceration, Stricturing and Erosions are assessed and graded independently according to the degree of severity: 0 - absent, 1 - mild, 2 - moderate, 3 - severe. The absence or presence, along with location, of a hiatus hernia is also to be recorded.

| Savary-Miller and Los Angeles Classifications of endoscopic GERD |
|---|
| **Savary-Miller Classification** |
| **Grade 1:** One or more supravestibular reddish spots, with or without exudates. |
| **Grade 2:** Erosive and exudative lesions in the distal esophagus that may be confluent but not circumferential. |
| **Grade 3:** Circumferential erosions in the distal esophagus covered by hemorrhagic and pseudomembranous exudates. |
| **Grade 4:** Presence of chronic complications such as deep ulcers, stenosis, or scarring with Barrett's metaplasia. |
| **Los Angeles Classification** |
| **Grade A:** One or more mucosal breaks $\leq 5$ mm in length. |
| **Grade B:** At least one mucosal break> 5 mm long, but not continuous between the tops of adjacent mucosal folds. |
| **Grade C:** At least one mucosal break which is continuous between adjacent mucosal folds, but not circumferential (< 75% of periphery). |
| **Grade D:** Mucosal breaks that involve at least three-quarters of the luminal circumference. |
| **Note:** Ulcers, strictures, Barrett's metaplasia, and other findings are reported as an adjunct to each grade. |

**Biopsies**
Biopsies of the esophagus performed with endoscopy are not very useful for diagnosing GERD. However, they may detect cancers or conditions leading to esophageal inflammation other than GERD, especially infections. Esophageal biopsies are the only way of detecting cellular changes that take place in Barrett's esophagus. Recent studies have indicated that biopsies can detect cellular damage even when they are not seen with the naked eye.

**X-rays**
This is not a preferred primary diagnostic test because it doesn't detect GERD or abnormal reflux. Additionally, it is not sensitive for the diagnosis of esophagitis and cannot grade it. It is reasonably sensitive for detecting gastric ulcer and esophageal stricture, but still requires endoscopic biopsy for proper evaluation. Barium swallow detects extrinsic esophageal compression which may mimic symptoms of GERD. It is also helpful in the assessment of an anatomically complex hiatus hernia; however, the mere presence of hiatus hernia is not indicative of GERD.

**Ambulatory esophageal pH monitoring**
This is the current gold standard for diagnosis of GERD because it directly measures the amount of time that the esophagus contains acid.  It accurately documents GERD, its severity and monitors treatment response (medical or surgical). It has the highest sensitivity and specificity for GERD, which is around 96%.It can also detect laryngopharyngeal reflux. However, some patients of GERD may have a normal amount of acid reflux, whereas some healthy individuals may have increased acid reflux. In such cases, presence of typical GERD symptoms, response to GERD treatment, or the presence of GERD complications aid in the diagnosis.
A person can be diagnosed with GERD if episodes of heartburn correlate with acid reflux as demonstrated by esophageal pH monitoring. Approximately 10-20% of patients do not show significant amelioration of their symptoms by treatment for GERD. This can be caused by inadequate or ineffective treatment which may indicate failure of the drug treatment to adequately suppress acid production in the stomach. On the other hand, the lack of treatment response may be due to wrong diagnosis of GERD. Esophageal pH monitoring is useful in such situations. The treatment is inadequate and ineffective if the test demonstrates significant acid reflux while the treatment is continued. On the other hand, if the test demonstrates good acid suppression with minimal acid reflux, the diagnosis of GERD is most probably incorrect and needs further investigation to look for other causes. Esophageal pH monitoring can also pinpoint if GERD is the cause of symptoms, particularly troublesome heartburn. This is done by correlating 24 hour esophageal pH monitoring with patients symptoms. Thus, it can be assessed if the patient had acid reflux at the time of heartburn.  If the test correlates with the GERD symptoms, it points towards GERD, but if it doesn't correlate, there is less likelihood of GERD.
A correlation between GERD symptoms and acid reflux is considered positive if more than 50% to 70% of symptoms of GERD occur within 2-5 minutes of an episode of acid reflux. Esophageal pH monitoring is also conducted to evaluate patients prior to surgical or endoscopic treatment for GERD. Approximately 20% of patients will have symptomatic relief even though they don't have GERD. These patients can be identified

by esophageal pH monitoring as they demonstrate normal acid reflux. There is no need
for esophageal pH monitoring to establish a diagnosis of GERD if endoscopy has
confirmed esophagitis in a patient.

The American Gastroenterological Association recommends the use of ambulatory
esophageal pH monitoring for
(1) Proper measurement of abnormal acid reflux in an endoscopy-normal patient who is
    being considered a candidate for antireflux surgery
(2) Proper evaluation of patients after antireflux surgery who are suspected to have
    ongoing abnormal reflux
(3) Proper evaluation of patients with either normal or equivocal endoscopic findings or
    reflux symptoms that do not show improvement to PPI (proton pump inhibitor)
    therapy
(4) Detection of acid reflux in patients with chest pain after a normal cardiac evaluation
(5) Proper evaluation of a GERD patient with suspected otolaryngologic manifestations
    such as chronic cough, pharyngitis, laryngitis, etc.
(6) Documentation of concomitant GERD in a non-allergic, adult onset asthma patient
    who may have reflux-induced asthma
(7) Measuring effectiveness of acid suppression.

The three popular techniques of esophageal pH monitoring include:
(1) Single sensor pH monitoring using a pH catheter-Duration 24 hours
(2) Dual sensor pH monitoring using a pH catheter- Duration 24 hours
(3) Wireless pH monitoring using Bravo pH capsule- Duration 48 hours, or OMOM pH
    monitoring capsule- Duration 24 hours-96 hours

| Test | Normal Findings | Abnormal Findings |
|---|---|---|
| Esophageal pH monitoring | The pH of the esophagus is not acidic. If acid is placed in the stomach, the pH of the esophagus does not go down | The pH of the lower esophagus is frequently acidic. If acid is placed in the stomach, the pH of the lower esophagus goes down. |
| Esophageal manometry | The pressure of the muscle contractions that move food down the esophagus is normal. The muscle contractions follow a normal pattern down the esophagus. The pressure at the lower esophageal sphincter (LES) is normal. | Muscle spasms are present in the esophagus. Contractions along the esophagus are weak or uncoordinated. The LES pressure is low. The LES pressure is high and fails to relax after swallowing |

**Esophageal manometry or esophageal motility testing**
Esophageal manometry determines the functioning of esophageal muscles.  It measures
the strength and pattern of muscle contractions in the esophagus. Manometry is
conducted to determine the lower esophageal sphincter (LES) pressure and detect any

esophageal motility disorders that help in better surgical planning.  In addition, the test assesses propagation of esophageal swallows and amplitudes. It can detect the following changes:

- Weakness in the LES (lower esophageal sphincter), which facilitates acid to reflux into the esophagus.
- Weak or poor esophageal muscle contractions during swallowing that cause ineffective clearance of food or acid from the esophagus.
- Abnormally strong contractions (spasms) that may lead to chest pain or dysphagia.

Common indications for esophageal manometry and prolonged pH monitoring include:

- Symptom persistence in patients on adequate drug treatment, such as PPI therapy
- Symptoms recurrence after discontinuation of acid-reducing medications
- Investigation of atypical symptoms, such as asthma or chest pain, in patients who do not have esophagitis
- Confirmation of GERD in preparation for antireflux surgery

.

**Gastric emptying studies**

Gastric emptying studies are used to determine how well food empties from the stomach. Gastroesophageal reflux scintigraphy is performed with a meal (acidified orange juice for adults and milk for infants and children) labeled with technetium-99m sulfur colloid. This is a non-invasive study that is generally conducted on infants and children. It is useful for assessing the degree of acid reflux. It can also detect pulmonary aspiration by imaging over the lungs. It is useful in identifying patients who have symptoms because of impaired emptying of the stomach rather than GERD. This study is still debatable and is not a preferred test for the diagnosis of GERD.

The Gastroesophageal Reflux Disease Questionnaire (GerdQ) is a 6-item questionnaire that is helpful in detecting GERD. The questionnaire encompasses frequency of GERD symptoms over one week i.e. the past 7 days. Positive score indicates and recommends a pH impedence test to confirm the results and determine disease severity.
GerdQ is a useful tool for the diagnosis of GERD with accuracy comparable to the accuracy of diagnosis of GERD by the gastroenterologist. In addition, GerdQ is useful in assessing the overall impact of disease on the patient's life and aids selecting optimal GERD treatment as well as direct assessment of treatment efficacy.

**GerdQ Questionnaire**

| Symptom | How many times does this occur per week? | | | |
| --- | --- | --- | --- | --- |
| | 0 days | 1 day | 2 or 3 days | 4 to 7 days |
| Burning feeling behind the breastbone (heartburn) | 0 | 1 | 2 | 3 |
| Stomach contents moving up to the throat or mouth (regurgitation) | 0 | 1 | 2 | 3 |
| Pain in the middle of the upper stomach area | 3 | 2 | 1 | 0 |

| Symptom | How many times does this occur per week? | | | |
|---|---|---|---|---|
| | 0 days | 1 day | 2 or 3 days | 4 to 7 days |
| Nausea | 3 | 2 | 1 | 0 |
| Trouble getting a good night's sleep because of heartburn or regurgitation | 0 | 1 | 2 | 3 |
| Need for over-the-counter medicine for heartburn or regurgitation (such as Tums, Rolaids, Maalox, or other antacids), in addition to the medicine your doctor prescribed | 0 | 1 | 2 | 3 |

GerdQ < 8: low probability for GERD

GerdQ ≥ 8 and ≤ 3 on questions 5 and 6 (impact questions): GERD with low impact on daily life

GerdQ ≥ 8 and ≥ 3 on questions 5 and 6 (impact questions): GERD with high impact on daily life

NOTE: *Add the point values for each corresponding answer. Total score of 0 to 2 points = 0 percent likelihood of GERD; 3 to 7 points = 50 percent likelihood; 8 to 10 points = 79 percent likelihood; 11 to 18 points = 89 percent likelihood.*
*GERD = gastroesophageal reflux disease.*
*Adapted from Jones R, Junghard O, Dent J, et al. Development of the GerdQ, a tool for the diagnosis and management of gastroesophageal reflux disease in primary care.* Aliment Pharmacol Ther.*2009;30(10):1034.*

### Testing That May Be Done to Diagnose or Rule out GERD

| Name of test | What it is | Procedure |
|---|---|---|
| **Barium swallow** | A type of x-ray used to identify severe inflammation or structural abnormalities of the esophagus. | The patient drinks a barium-containing solution. The barium will show up on x-ray, allowing the clinician to spot problem areas in the esophagus. |
| **Endoscopy** | A procedure in which a scope is inserted through the mouth into the esophagus, stomach, and possibly part of the bowel. Endoscopy is more accurate than a barium swallow in diagnosing GERD, but it is also more expensive and more difficult. | A local anesthetic is sprayed into the throat and an endoscope (a thin, flexible plastic tube) is then inserted into the mouth and down the esophagus. A tiny camera in the endoscope shows the surface of the esophagus. Visible damage confirms a diagnosis of GERD. The absence of visible damage, however, does not rule out GERD. Occasionally a small |

| | | section of tissue is removed for testing during an endoscopy (this is called a biopsy). |
|---|---|---|
| **pH monitoring** | A probe measures the amount of acid backing up in the esophagus and the pattern of its occurrence throughout a 24-hour period. This test is useful for determining if respiratory symptoms, such as coughing or wheezing, are related to reflux in patients with unexplained asthma. | A small tube is placed down through the nose and into the esophagus, where it stays for 24 hours while the patient goes about his or her normal day. Because pH monitoring measures only acidic content, it cannot determine if other damaging digestive agents (such as bile or pancreatic enzymes) are backing up into the esophagus. |
| **Esophageal manometry** | This test helps detect problems with movement of the esophagus and functioning of the lower esophageal sphincter by measuring pressures in the esophagus. | Special tubing is passed through the nose or mouth and into the esophagus. Pressure readings are taken. |

Barium radiographs with double contrast can detect esophagitis, but the overall sensitivity is extremely low [71]. The finding of barium reflux above the thoracic inlet with or without provocative maneuvers increases the overall sensitivity of this test to a certain degree; however, it is not considered as a diagnostic test without dysphagia [72].

Endoscopic findings are highly specificfor the diagnosis of GERD, especially in cases of erosive esophagitisand when the LA classification is used [73]. However, most patients with heartburn and regurgitation do nothave erosions (or Barrett's) which limits the use of upper endoscopy as an initialdiagnostic test in suspected cases of GERD [74]. Endoscopyis also useful for biopsy of rings, and strictures. It is also used for screening Barrett's esophagus.Recent studies have observed that it is reasonableto conduct endoscopy for screening in certain high-risk groups, especiallyin overweight Caucasian males who are more than 50 years of age and have chronic symptoms of GERD[75]. The upper gastrointestinal endoscopy does not change the clinical course when compared to empirical GERD treatment.

The finding of any Barrett's esophagussegment is linked to pathologic GERD andusuallyprecludes the need for esophageal pH testing [76]. In a recent study,it was observed that approximately 90 % of patients with short-segment Barrett's esophagus had abnormal findings in the pH-impedance monitoring[77].

Esophageal biopsy should be done with endoscopic examination due to a high prevalence rate of eosinophilic esophagitis.  However, it is difficult to differentiate between GERD and eosinophilic esophagitis on the basis of biopsy alone.

Low eosinophil counts i.e. less than 7 eosinophils per HPF in the distal esophagus is
suggestive of GERD, but is not specific. High eosinophil count can be observed in
patients with GERD who respond to drug treatment with PPIs[78]. Other histologic
findings such as basilar hyperplasia, papillary elongation, rete pegs elongation, and
neutrophils are not clinically significant [79, 80].

Thereare no laboratory studies that can assess the efficacy of treatment with (proton
pump inhibitor) PPIs based on microscopicfindings alone. Routine biopsy of the
esophagus is not recommended to diagnose GERD in patients who have normal
endoscopic findings and heartburn.  Recent studies have also shown that mucosal
biopsies from a normal appearing esophagogastric junction are not useful in patients with
GERD [81].

Esophageal manometry is of little significance in the diagnosisof GERD. Diagnosis of
GERD cannot be made on the basis of either a decreased lower esophageal
sphincterpressure, or the presence of a motility abnormality.Esophageal manometry is
performed to correctly place transnasal pH-impedance probes. It is also recommended
before consideration of antireflux surgery mainlyto rule out conditions such as achalasia
or severe hypomotility. These conditions are contraindications to surgical options such as
Nissen fundoplication.

Ambulatory reflux monitoring is the sole investigative test that can assess the presence of
abnormalacid reflux, its frequency, and symptom associationwith episodes of reflux.
Esophageal pH monitoring is highly sensitive (sensitive of 77– 100%) and
specific(specificity of 85 – 100 %) in patients with erosive esophagitis; however, the
sensitivity drops to less than 71% in patients with endoscopy-negative reflux symptoms
whena diagnostic test is required [82].
Telemetry capsule pH monitoring can be used to monitor for longer durations (48-94
hours) and is better tolerated.  It also allows better correlation of GERD symptoms with
acid reflux. Catheter-based pH monitoring is generally used to monitor for 24 hours and
it allows the addition of impedance and detection of weakly acidic or non-acid
reflux.Compared to conventional pH-metry, the use of a wireless capsule for pH
monitoring in GERD has the advantages of: less discomfort, less interference with active
daily living, professional activities, and sleep habits. In addition, conventional pH-metry
in patients with atypical GERD symptoms does not help in the diagnosis of GERD.

Symptom correlation is a tricky issue in the diagnosis of GERD. Symptom index (SI) and
symptom association probability (SAP) are two most frequently used symptom
associations. Symptom index or SI is the percentage of reflux related symptom episodes
[83].
Symptom association probability (SAP) is a relatively new index that is based on cross
tabulation of a contingency table consisting of four possible combinations of reflux and
symptoms. Both the symptom associations (SI and SAP) have been validated when
esophageal pH monitoring is conducted off therapy in a patient with heartburn.

A positive test on therapy in conjunction with a symptom relationship is suggestive of GERD as a causefor symptoms; however, outcome studies are restricted to only heartburn and are lacking for any other GERD symptom. A strongly positiveSI or SAP may indicate the need for a therapeutic intervention; where as a negative result suggests that patient'ssymptoms are not caused by acid reflux. It has been found that in populations with GERD prevalence rate of 12%-25%, the major GERD symptoms of heartburn and regurgitation increases the diagnostic confirmation to approximately 40%.

**Diagnostic testing for GERD and utility of tests**

| Diagnostic test | Indication | Highest level of evidence | Recommendation |
|---|---|---|---|
| PPI trial | Classic symptoms, no warning signs | Meta-analysis | Negative trial does not rule out GERD |
| Barium swallow | Not for GERD diagnosis. Use for evaluation of dysphagia | Case–control | Do not use unless evaluating for complication (stricture, ring) |
| Endoscopy | Alarm symptoms, screening of high-risk patients, chest pain | Randomized Controlled Trial | Consider early for elderly, those at risk for Barrett's, noncardiac chest pain, patients unresponsive to PPI |
| Esophageal biopsy | Exclude non-GERD causes for symptoms | Case–Control | Not indicated for diagnosis of GERD |
| Esophageal manometry | Preoperative evaluation for surgery | Observational | Not recommended for GERD diagnosis. Rule out achalasia/scleroderma-like esophagus preop |
| Ambulatory Reflux monitoring | Preoperatively for non-erosive disease. Refractory GERD symptoms, GERD diagnosis in question | Observational | Correlate symptoms with reflux, document abnormal acid exposure or reflux frequency |

GERD, gastroesophageal reflux disease; PPI, proton pump inhibitor

**DIAGNOSIS of GERD**

| Risk factors | <ul><li>Obesity: 1.5- to 2-fold risk of GERD, increasing with higher BMI</li><li>Pregnancy</li><li>Fatty foods</li><li>Hiatal hernia</li><li>Stress</li><li>Medications: beta-blockers, calcium channel blockers, anticholinergics (LES relaxation), NSAIDs, aspirin (mucosal injury)</li></ul> |
|---|---|

|  | <ul><li>Lifestyle factors: Many of these cause relaxation of the LES, but there is little evidence that GERD results. Associations, if true, appear to be weak, though some patients may be sensitive to these factors.<ul><li>Diet: carbonated sodas, caffeinated beverages, chocolate, saturated fats, peppermint, acidic foods, low fiber</li><li>Alcohol use</li><li>Smoking</li></ul></li></ul> |
|---|---|
| **History** | History is usually the basis of GERD diagnosis; however:<ul><li>Patients may have atypical symptoms or be asymptomatic.</li><li>Severity of symptoms does not predict severity (or presence) of mucosal damage; conversely, severity of esophagitis does not predict severity of symptoms.</li><li>There may be great variability in symptoms and findings upon diagnostic testing, and the two may not correlate.</li><li>Absence of symptoms does not rule out GERD.</li></ul>**Symptoms:**<ul><li>**Heartburn:** retrosternal burning pain (because of potential for misunderstanding, it may be helpful to avoid the term "heartburn" and instead ask patients about "a burning feeling rising from the stomach or lower chest up toward the neck")</li><li>**Regurgitation:** reflux of gastric contents (acid, with or without food); very specific for GERD</li><li>Dysphagia</li><li>Odynophagia</li><li>Symptoms of "extraesophageal" GERD:</li></ul>Cough<br>Asthma<br>Chest pain<br>Hoarseness/voice changes<br><br>(Note: GERD is a common cause of chronic cough, wheezing, and chest pain.)<br>**Associated factors:**<ul><li>Ask about risk factors, above.</li><li>Duration of symptoms; patients with a long history of GERD symptoms should be evaluated for Barrett esophagus (see above).</li><li>Symptoms after meals (symptoms after a large or fatty meal: highly specific for GERD)</li><li>Symptoms with recumbency (particularly after a meal)</li><li>Nocturnal symptoms</li><li>Treatments tried and symptom response (improvement with acid-lowering medications supports the diagnosis)</li></ul> |

| **Physical examination** | • Performed mostly to evaluate for other causes (infections, asthma, cardiac disease, cancer)<br>• Vital signs; $O_2$ saturation<br>• Inspection of oropharynx (ulcerations, candidiasis, lesions, masses), neck (nodes, masses), and lungs (wheezes, crackles)<br>   • Absence of oropharyngeal candidiasis does not exclude esophageal candidiasis.<br>• Abdomen: masses, tenderness<br>• Evaluation for malignancy and infection if history and examination suggest these diagnoses |
|---|---|
| **Diagnostic tests** | • Diagnosis of GERD usually is made on the basis of clinical evaluation; in patients with symptoms consistent with GERD, history usually is sufficient to move to a trial of empiric acid-lowering therapy (4-8 weeks) without further evaluation.<br>• Exceptions require immediate and appropriate evaluation:<br>   • Chest pain (rule out cardiac origin)<br>   • Other alarm symptoms<br>   • Other atypical symptoms or findings; high suspicion of an alternative diagnosis<br>• Hematocrit and fecal occult blood testing may be indicated if anemia caused by an upper GI source is suspected.<br>• *Helicobacter pylori* testing is of little value in evaluation of GERD. |
| **• Empiric proton pump inhibitor (PPI) therapy** | • Response to acid-lowering therapy (typically PPI therapy) supports a diagnosis of GERD, though studies of correlation show varying results, and symptom improvement may not correlate with findings on EGD or pH monitoring. Sensitivity 78% and specificity 54% for GERD; use of high dosages of PPI may improve sensitivity.<br>• If there is no clinical improvement after 4-8 weeks, consider EGD or other testing as below.<br>• (Note that a small number of patients have GERD symptoms that are not related to gastric acid.) |
| **• EGD** | • Useful for diagnosing esophagitis and complications (eg, strictures, Barrett esophagus), but is normal in >50% of patients with symptoms: high specificity (>90%) but low sensitivity (50%) (ie, normal endoscopy does not exclude GERD). Severity of mucosal injury does not necessarily correlate with symptoms.<br>• The role of EGD in the initial evaluation of patients with uncomplicated GERD is somewhat controversial. The VHA Pharmacy Benefits Management Strategic Healthcare Group and the American College of Gastroenterology propose that a trial of therapy is preferable to EGD for most patients. |

| | |
|---|---|
| | • Perform EGD as part of initial evaluation for complicated GERD (eg, if alarm symptoms or other concerning symptoms are present), or if alternative diagnoses are likely (eg, candidiasis or CMV esophagitis, esophageal cancer, gastritis, and peptic ulcer disease), or if patient is at risk of Barrett esophagus (see above).<br>  • Consider trial of acid-lowering therapy while awaiting EGD; may result in partial (or full) remission of GERD; will improve sensitivity for detection of Barrett esophagus.<br>• Perform EGD for patients whose symptoms persist despite therapy; consider for patients with long duration of symptoms (eg, >5 years).<br>• The surveillance interval for Barrett esophagus is determined by the grade of dysplasia at initial EGD (see <u>Barrett Esophagus</u>, above). |
| • **Ambulatory pH monitoring** | • Presence of acid in the esophagus does not correlate well with symptoms.<br>• Does not detect nonacid reflux.<br>• Limited availability, uncomfortable for patients.<br>• Consider for patients with persistent symptoms if the EGD is negative for mucosal damage and for those with unusual, extraesophageal, or refractory symptoms.<br>• Can monitor control of reflux in patients on acid-reducing medications (eg, for patients who are considering surgery). |
| • **Barium esophagram** | • Detects severe esophagitis and strictures reliably, but is not sensitive or specific for milder or NERD (nonerosive disease).<br>• Not sensitive for detection of Barrett esophagus. |
| **Partial differential diagnosis** | • Infectious esophagitis (symptoms usually include odynophagia, dysphagia)<br>  • Candidiasis<br>  • CMV<br>  • Herpes simplex virus<br>• Dyspepsia<br>• Peptic ulcer disease<br>• Gastritis<br>• "Pill esophagitis"<br>• Stricture<br>• Hiatal hernia<br>• Esophageal dysmotility<br>• Cancer (esophageal, gastric)<br>• Gastroparesis<br>• Coronary artery disease |

**GERD and H. Pylori**

The relationship between GERD and *H. pylori* infection remains controversial.

| Essentials of GERD diagnosis |
| --- |
| • PPI therapy is highly sensitive but not specific for the diagnosis of GERD<br>• Upper gastrointestinal endoscopy is mainly performed in GERD to detect Barrett's esophagus (BE) and other GERD associated complications such as peptic stricture.<br>• Ambulatory 24-hour pH esophageal monitoring is indicated in NERD patients who are eligible for antireflux surgery. In addition, it is also performed in patients who experience GERD symptoms after antireflux surgery.<br>• Multichannel intraluminal impedance is most helpful in GERD patients who failed PPI twice daily. |

A recent meta-analysis observed that there was no increase in GERD (erosive esophagitis) in patientswith dyspeptic symptoms who were H. pylori eradicated compared withthose not. It was also found that patientswith peptic ulcer disease (PUD) might experience the new onset ofGERD symptoms after *H. pylori* was eradicated [84]. There is also a concern that long-term PPI therapy in patients with *H. pylori* infection may lead to atrophic gastritis [85]. A recent FDA review panel concluded that there was insufficient evidence to recommend testing of all patients on long-term PPI. Therefore, the screening of GERD patients for *H. pylori* is not recommended in the US, whereas in Europe screening is recommended [86].

GERD and Pregnancy

GERD is frequentlyencountered by women during pregnancy with clinical manifestation of heartburn. One clinical study observed that52 % of pregnant women have onset of GERDin the first trimester, 40 % in the second trimester, and 8 % inthe third trimester[87]. Some of the important predictors of heartburn include increasing gestationalage, heartburn prior to pregnancy, and parity. The prevalence of heartburn is inversely proportional to maternal age. There is no association between onset of heartburn and patients, pre-pregnancy BMI,race and weight gain in pregnancy. Heartburn is common during pregnancy, but it usually resolves after delivery [88].Pregnancy andamount of weight gain during pregnancy are the key risk factors forfrequent GERD symptoms 1 year post delivery [89]. During pregnancy, GERD is diagnosed on the basis of key symptoms and treatment symptom-based.Additional diagnostic testing is usuallynot necessary for most of the patients with suspectedGERD. In case further testing is necessary, upper endoscopy is the preferred option, but should be performed only on those patients whose symptoms do not respond to medicaltherapy or who may have GERD related complications. Endoscopy should be better avoided in the first trimester. Ambulatory pH monitoring is rarely performed during pregnancy.

**Differential Diagnosis**

The diagnosis of GERD in patients with atypical symptoms is complicated and can be extremely difficult. The diagnosis of GERD should not be ignored even in patients who present with atypical symptoms. Patients with recurrent aspiration may have asthma,

history of pneumonia, and progressive pulmonary fibrosis. Hoarseness can be present because of chronic laryngeal irritation. Another common presenting symptom of GERD is chest pain that can be difficult to evaluate. Cardiac etiology must be excluded before considering it a manifestation of GERD. Patients with peptic ulcer disease, functional heartburn, delayed gastric emptying, and gastric cancer also present with chest pain. Isolated and sudden attacks of heartburn are also caused by drug-induced esophagitis, or radiation or caustic injury to the mucosa of the esophagus. Heartburn is also observed in patients with achlasia. Early upper endoscopy is indicated for patients who present with alarm symptoms such as dysphagia, weight loss, hematemesis, etc. Endoscopic findings revealing erosive esophagitis is generally indicative of GERD, but other causes should also be considered.

**Differential Diagnoses**

- Achalasia
- Cholelithiasis
- Coronary Artery Atherosclerosis
- Esophageal Cancer
- Esophageal Motility Disorders
- Esophageal Spasm
- Esophagitis
- Gastric Ulcers
- Gastritis, chronic and acute
- H. pylori infection
- Hiatal Hernia
- Intestinal Malrotation
- Intestinal Motility Disorders
- Irritable Bowel Syndrome or IBS
- Peptic Ulcer Disease

**Prevention**

Prevention of GERD and its symptoms requires some simple lifestyle changes which include:

- Elevation of the head of bed at least six inches. This can be done by placing wooden blocks under the legs at the head of the bed. The optimum elevation can also be achieved with placement of solid foam wedge under the head portion of the mattress. Simply using extra pillows usually is not helpful.
- Certain foods that cause relaxation of LES should be better avoided. These foods are:
  - Coffee
  - Chocolate
  - Fatty foods
  - Whole milk
  - Peppermint
  - Spearmint
- Intake of acidic foods such as tomatoes, oranges, etc should be limited as they may worsen the esophageal irritation during acid reflux.

- Carbonated beverages and fuzzy drinks should also be avoided as they tend to increase reflux leading to deterioration of GERD and its symptoms.
- Smaller, more frequent meals should be preferred to avoid increased amount of acidity and reflux.
- Sleeping or lying down should be avoided right after a meal.
- High fat meals and fried foods should be decreased as they tend to decrease LES pressure and delay stomach emptying leading to greater risk of acid reflux.
- Patient should avoid eating 3-4 hours before going to bed.
- Smoking cessation is helpful in controlling GERD symptoms.
- Drinking should also be avoided as it leads to relaxation of LES.
- Weight loss is recommended for obese patients. Obesity makes it difficult for LES to close leading to acid reflux.
- Patient should avoid wearing tight-fitting garments. Increased abdominal pressure may open the LES.
- Lozenges or gum may be used to keep producing saliva.
- People with history of GERD for more than five years should be screened for Barrett's esophagus. Regular monitoring with endoscopy is advised in patients with Barrett's esophagus to detect cancer in early stages.

## MANAGEMENT OF GERD

| Management of GERD |
|---|
| 1. Weight loss is recommended for GERD patients who are overweight or have had recent weight gain. (Conditional recommendation, moderate level of evidence) |
| 2. Head of bed elevation and avoidance of meals 2 – 3 h before bedtime should be recommended for patients with nocturnal GERD. (Conditional recommendation, low level of evidence) |
| 3. Routine global elimination of food that can trigger reflux (including chocolate, caffeine, alcohol, acidic and / or spicy foods) is not recommended in the treatment of GERD. (Conditional recommendation, low level of evidence) |
| 4. An 8-week course of PPIs is the therapy of choice for symptom relief and healing of erosive esophagitis. There are no major differences in efficacy between the different PPIs. (Strong recommendation, high level of evidence) |
| 5. Traditional delayed release PPIs should be administered 30 – 60 min before meal for maximal pH control. (Strong recommendation, moderate level of evidence). Newer PPIs may offer dosing flexibility relative to meal timing. (Conditional recommendation, moderate level of evidence) |
| 6. PPI therapy should be initiated at once a day dosing, before the first meal of the day. (Strong recommendation, moderate level of evidence). For patients with partial response to once daily therapy, tailored therapy with adjustment of dose timing and / or twice daily dosing should be considered in patients with night-time symptoms, variable schedules, and / or sleep disturbance. (Strong recommendation, low level of evidence.) |
| 7. Non-responders to PPI should be referred for evaluation. (Conditional recommendation, low level of evidence, see refractory GERD section). |

8. In patients with partial response to PPI therapy, increasing the dose to twice daily therapy or switching to a different PPI may provide additional symptom relief. (Conditional recommendation, low level evidence).

9. Maintenance PPI therapy should be administered for GERD patients who continue to have symptoms after PPI is discontinuedand in patients with complications including erosive esophagitis and Barrett's esophagus. (Strong recommendation, moderate level of evidence). For patients who require long-term PPI therapy, it should be administered in the lowest effective dose, including on demand or intermittent therapy. (Conditional recommendation, low level of evidence)

10. H 2 -receptor antagonist (H 2 RA) therapy can be used as a maintenance option in patients without erosive disease if patients experience heartburn relief. (Conditional recommendation, moderate level of evidence). Bedtime H 2 RA therapy can be added to daytime PPI therapy in selected patients with objective evidence of night-time reflux if needed, but may be associated with the development of tachyphlaxis after several weeks of use. (Conditional recommendation, low level of evidence)

11. Therapy for GERD other than acid suppression, including prokinetic therapy and / or baclofen, should not be used in GERD patients without diagnostic evaluation. (Conditional recommendation, moderate level of evidence)

12. There is no role for sucralfate in the non-pregnant GERD patient. (Conditional recommendation, moderate level of evidence)

13. PPIs are safe in pregnant patients if clinically indicated. (Conditional recommendation, moderate level of evidence)

The goals of treatment in GERD include:
- Symptomatic relief
- Healing of esophagitis
- Prevention of GERD recurrence
- Prevention of GERD associated complications

The principles of treatment include lifestyle interventions and suppression of gastric acid secretion using medical (PPIs) or surgical treatment (antireflux surgery).

Lifestyle Modifications

Lifestyle interventions are an important constituent of GERD therapy.
Some of the common interventions include weight loss (for overweight patients); avoiding alcohol, citrus juice, tomato and tomato-based products, onion, chocolate, peppermint, and coffee. Other effective measures include avoidance of late-night and large meals, reduction in dietary fat intake, avoidance of spicy food, smoking cessation, elevation of head of the bed, and avoiding recumbency for 3 hours postprandial [90]. Pregnant women who experience GERD should be offered lifestyle modification as first-line of treatment.

A systematic review [91] was conducted to assess the effect of dietary and otherlifestyle modifications on LES or lower esophageal sphincter pressure,esophageal pH, and GERD symptoms. It was found that tobacco consumption, intake of chocolate, and carbonated beverages and right lateral decubitus position lead to reduction in pressureof the lower

esophageal sphincter (LES), whereas consumption ofalcohol (16 trials), coffee and caffeine, spicy foods,citrus, and fatty foods had no effect. It was observed that tobacco and alcohol intake lead to increase in esophageal acid exposure time. Chocolate and fatty foods also produced the same effect. However, tobacco and alcohol cessation did not lead to increase in pressure of LES, improve esophageal pH, or amelioration of GERD symptoms.

A recent systematicreview observed that there no evidence that intake of carbonated beverages causes or precipitates GERD[92].Weight gain even in individuals with a normal BMI (body mass index) has been linked with new onset of GERD symptoms[93]. Several studies have observed reduction or improvement in GERD symptoms withweight loss[94, 95]. Roux-en-Y gastric bypass surgical procedure is effective inreduction or improvement of GERD symptoms (96), but vertical banded gastroplasty is not effective.A recent case control study conducted on female GERD patients showed a 40% reduction in frequent GERD symptoms when BMI was reduced by 3.5 or more compared with control subjects [93].It is suspected that the recumbent position leads to worsening of esophageal pH as well as symptoms of GERD. Several clinical studies have exhibited improvement in symptomatic nocturnal reflux and GERD symptoms as well as esophageal pH values with head of bed elevation using foam wedges or blocks [97-99].

**Efficacy of lifestyle interventions for GERD**

| Lifestyle intervention | Effect of intervention on GERD parameters | Sources of data | Recommendation |
|---|---|---|---|
| Weight loss | Improvement of GERD symptoms and esophageal pH | Case – Control | Strong recommendation for patients with BMI>25 or patients with recent weight gain |
| Head of bed Elevation | Improved esophageal pH and symptoms | Randomized Controlled Trial | Head of bed elevation with foam wedge or blocks in patients with nocturnal GERD |
| Avoidance of late evening meals | Improved nocturnal gastric acidity but not symptoms | Case– Control | Avoid eating meals with high fat content within 2–3h of reclining |
| Tobacco and alcohol cessation | No change in symptoms or esophageal pH | Case– Control | Not recommended to improve GERD symptoms |
| Cessation of chocolate, caffeine, spicy foods, citrus, carbonated beverages | No studies performed | No evidence | Not routinely recommended for GERD patients. Selective elimination could be considered if patients note correlation with GERD symptoms and improvement with elimination |

BMI, body mass index; GERD, gastroesophageal reflux disease.

. Pharmacotherapy may be initiated if lifestyle modifications fail to show improvement in GERD symptoms. Commonly used medications for the treatment of GERD are antacids, histamine-receptor antagonists (H 2 RA), or PPI therapy. Medical options for patients failing lifestyle interventions include antacids, histamine-receptor antagonists (ranitidine, cimetidine, etc) proton pump inhibitors (PPI) therapy. PPI therapy has been associated with superior healing rates and decreased relapse rates compared with histamine-receptor antagonists and placebo for patients with erosive esophagitis [100]. Several clinical studies have also observed that PPIs provide better symptom relief in patients with ERD (approximately 70– 80%) compared to patients with NERD(approximately 50 – 60 %)[101-102].A systematic review conducted on patients with NERD (non-erosive reflux disease) observed that PPI therapy provides better heartburn relief when compared with prokinetics and histamine-receptor antagonists [103].

Antacids/Alginates

These are effective in symptom relief [104-106] and should be taken after each meal and at bed time. Over-the-counter (OTC) antacids are effective for rapid, short-term symptom relief. They should preferably be taken after each meal and at bed time.  Recent research studies have shown that antacids provide symptomatic relief, but they are not effective in healing of erosive esophagitis [107].

Acid Suppressive Therapy

Currently, acid suppressive agents are the cornerstone of GERD treatment. Histamine 2 receptor antagonists (H2RAs) have a slower onset of action than antacids but are better agents to reduce secretion of gastric acid after a meal [108]. This class of drug blocks the action of histamine on parietal cells present in the stomach leading to acid suppression. Some of the common H2RAs that are effective in GERD includeranitidine, famotidine, cimetidine, and nizatidine. Similar to antacids, they are not effective in the healing of esophagitis and standard doses of H2RAs during maintenance therapy are not able to prevent relapses [109]. These agents are prescribed for the treatment of milder forms of GERD and for on-demand therapy, particularly for nocturnal symptoms [110]. Long-term H2RA therapy is not recommended for GERD because  tolerance develops within a short period of time, and PPIs have better efficacy for healing erosive esophagitis [111].

There are limited medical options for GERD patients who have an incomplete response to drug treatment i.e. PPI therapy. The addition of bedtime histamine-receptor antagonists is recommended for patients with GERD symptoms refractory to PPI. One research study indicated potential tachyphylaxis of pH control occurring after one month of therapy [112]. Bedtime histamine-receptor antagonists might be most beneficial if given on as needed basis in patients with provocable nocturnal symptoms. In addition to PPIs, prokinetic therapy with metoclopramide is another alternative usually given to such patients. Metoclopramide increases LESP, enhances esophageal peristalsis and augments gastric emptying [113]. Metoclopramide is not widely prescribed because of side effects associated with central nervous system such as drowsiness, irritability, depression, agitation, dystonic reactions, etc.  Metoclopramide is generally used in GERD patients with gastroparesis. Domperidone is another alternative for a minority of patients who

may benefit from a prokinetic, but it is not FDA approved. Domperidone is considered to be as effective as metoclopramide for gastric emptying.

Proton pump inhibitors (PPI) are the most potent inhibitors of acid secretion.  PPIs are the standard of care for the treatment of GERD.These agents effectively and irreversibly block the gastric acid pump i.e. H+K+ATPase of the parietal cells in the stomach [114]. This promptly inhibits the secretion of hydrochloric acid from the parietal cell present in the stomach [115]. Prominent side effects of PPIs include nausea, diarrhea, insomnia, headache, and anaphylaxis [107]. Several studies have found that PPIs are a better option than H2RAs for the treatment of reflux esophagitis [116, 117]. It has been observed that approximately 20–30% of GERD patients continue to experience persistent reflux symptoms even while on once daily PPI regime [118] and around one-fourth of the patients take additional OTC medications to ameliorate GERD symptoms [119]. Some of the common reasons for treatment failure with PPIs include non-compliance, improper dosing time, duodenogastroesophageal reflux (DGER), nocturnal reflux,  weak acidic reflux, delayed gastric emptying, esophageal hypersensitivity, eosinophilic esophagitis, residual acid reflux, reduced drug bioavailability, and psychological comorbidity [120, 121]. Discontinuation of PPI after long term PPI therapy can lead to relapse [122]. Long term PPI therapy can lead to parietal cell proliferation resulting in a state of hyperacidity after the treatment is stopped. This rebound hyperacidity may cause PPI dependence.

Currently, three PPIs (omeprazole, lansoprazole, and omeprazole-sodium bicarbonate) can be bought over-the-counter, where as four are prescription medications which includes dexlansoprazole, pantoprazole, esomeprazole, and rabeprazole. All the seven PPIs do not show significant difference in efficacy for symptom relief [123]. All the PPIs, except omeprazole sodium bicarbonate and dexlansoprazole, should be given 30–60 minutes before meals for maximal efficacy. Compared with other PPIs, omeprazole sodium bicarbonate is more effective in controlling nocturnal gastric pH in the first 4 hours of sleep, when each is administered at bedtime [124].  Whether this effective control of nocturnal gastric pH leads to better clinical outcomes is yet to be ascertained. Dexlansoprazole, a dual delayed release PPI, can be given at any time of the day regardless of food intake [125].  Approximately 70 – 80 % of ERD and 60 % of NERD patients experience complete relief on PPI therapy. Approximately 30 – 40 % of patients with GERD experience partial symptomatic relief after a standard 8-week course of PPI therapy and does not differ in patients taking PPI once or twice daily.

Risk factors for poor symptom control include patients with longer duration of GERD, presence of hiatal hernia, extraesophageal symptoms, and poor compliance [126]. Delayed release PPIs, except dexlansoprazole and omeprazole-sodium bicarbonate, exhibit better efficacy in controlling intragastric pH when taken prior to a meal [127] and usually have fewer efficacies when taken at bedtime. Dexlansoprazole exhibits similar efficacy in controlling esophageal reflux irrespective of meal timing, and omeprazole-sodium bicarbonate, which is effective in controlling nocturnal pH when administered at bedtime. PPI switching is a common practice amongst clinicians and gastroenterologists, but there is insufficient evidence to support it. Maintenance PPI therapy is required for GERD patients who continue to have symptoms after discontinuation of the medication

and those with complications such as erosive esophagitis and Barrett's esophagus. Approximately two-third of the patients with NERD have a symptomatic relapse after discontinuation of PPIs over time [128]. Almost all the patients with LA grade B – C esophagitis relapse by 6 months [129]. Recent retrospective studies have observed that patients with Barrett's esophagus, who are continuing PPI usage, have decreased risk for dysplasia [130]. On the other hand, several research studies have shown that patients with NERD and otherwise non-complicated GERDmay be managed successfully with on-demand or intermittent PPI therapy.

Prokinetic agents increase esophageal and gastric peristalsis by increasing the activity of dopaminergic or serotoninergic receptors and prevent delayed esophageal clearance frequently seen in GERD patients [131].Their efficacy is generally restricted to patients with mild GERD symptoms. Patients with moderate to severe symptoms generally need additional acid-suppressants such as PPIs. Some of the commonly used prokinetic agents are cisapride, domperidone, and metoclopramide. These medications may reduce acid secretion in the stomach up to 70%, but the symptom relief is short-term (4-8 hours) and slow in onset [132]. These agents are not effective in healing high-grade esophagitis. Long-term administration of prokinetics should be avoided as it may lead to serious, even life threatening fatal complications. Some of the common side effects of these agents include fatigue, tremor, tardive dyskinesia, and increased risk for cardiac events [107].

Baclofen, a GABA(b) agonist, is another option for refractory GERD patients as it reduces transient LES relaxations [133], and reflux episodes [134]. Baclofen efficiently decreases the number of postprandial acid and non-acid reflux events [135], belching episodes [37], and nocturnal reflux activity [136]. A trial of baclofen at a dosage of 5 – 20 mg three times a day mayimprove the symptoms in patients who experiences continued symptomatic reflux even with optimal PPI therapy [135, 136]. However, its usage is limited because of side effects such as dizziness, somnolence, and constipation. Baclofen is not FDA approved for the management of GERD.

| Initial Interventions for GERD |
|---|
| **PPIs** |
| • Available PPIs have comparable efficacy at equivalent dosages.<br>• Greater efficacy and more rapid symptom control than H2RAs.<br>• Optimal starting dosage is unclear; some clinicians prefer to start with high dosages and step down to less-intensive therapy after symptom remission, others prefer to start at lower dosages and increase treatment intensity if needed.<br>• Should be taken a half hour before breakfast (or dinner).<br>• Usually well tolerated. Potential adverse effects include GI symptoms (abdominal pain, diarrhea, nausea), headache, rash, and liver toxicity.<br>• No dosage adjustment needed for renal impairment.<br>• May require lower dosage in hepatic impairment; dosage not defined.<br>• Decrease absorption of drugs with pH-dependent bioavailability |

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |
| **Generic Drug Name** | **Dosage Range** | **Comments** |
| Dexlansoprazole | 30-60 mg QD | Healing of EE: 60 mg once daily for up to 8 weeks Maintenance of healed EE: 30 mg once daily for up to 6 months. Symptomatic non-erosive GERD: 30 mg once daily for 4 weeks. |
| Esomeprazole | 20-40 mg QD | **Healing of erosive esophagitis**: Oral: Initial: 20-40 mg once daily for 4-8 weeks. If incomplete healing, may continue for an additional 4-8 weeks. Maintenance: 20 mg once daily. **Symptomatic gastroesophageal reflux**: Oral: 20 mg once daily for 4 weeks. |
| Lansoprazole | 15-30 mg QD or 30 mg BID | **Symptomatic GERD**: Oral: Short-term treatment: 15 mg once daily for up to 8 weeks. **Erosive esophagitis**: Oral: Short-term treatment: 30 mg once daily for up to 8 weeks. Maintenance therapy: 15 mg once daily.   IV: 30 mg once daily for up to 7 days... patients should be switched to an oral formulation as soon as they can take oral medications. |
| Omeprazole | 20-40 mg QD | **Erosive esophagitis**: Oral: 20 mg/day for 4-8 weeks.  Maintenance of healing: 20 mg/day for up to 12 months total therapy. **Gastric ulcers**: Oral: 40 mg/day for 4-8 weeks. **Symptomatic GERD**: Oral: 20 mg/day for up to 4 weeks |
| Pantoprazole | 40 mg QD or 40 mg BID | **Erosive esophagitis associated with GERD**: Oral:  Treatment: 40 mg once daily for up to 8 weeks.  An additional 8 weeks may be used in patients who have not healed after an 8-week course.  Maintenance of healing: 40 mg once daily.   I.V.: 40 mg once daily for 7-10 days. No dosage adjustment needed for hepatic impairment; may cause false-positive THC result on urine toxicology screen |
| Rabeprazole | 20 mg QD or 20 mg BID | Delayed-release tablet-**GERD**: Oral: 20 mg once daily for 4-8 weeks; maintenance: 20 mg once daily. |
| **Histamine-2-receptor antagonists or H2RAs** | | |

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |

- Less effective than PPIs for acid suppression, relief of symptoms, and healing of esophagitis; approximately 40% of patients gain symptom relief. Treatment with H2RAs may be adequate for some patients.
- Potential adverse effects vary somewhat according to the specific H2RA. They include cytopenias, rash, GI intolerance, and arrhythmias.
- Dosage adjustment is required for patients with renal insufficiency.
- Cimetidine interacts significantly with many other drugs.

| | | |
|---|---|---|
| Cimetidine | 800 mg BID or 800 mg TID | Multiple drug interactions |
| Famotidine | 20 mg BID or 40 mg BID | Multiple drug interactions |
| Nizatidine | 150 mg BID or 300 mg BID | Multiple drug interactions |
| Ranitidine | 150 mg BID or 150 mg QID | Multiple drug interactions |

| **Antacids** | | |
|---|---|---|

- Typically contain aluminum hydroxide, magnesium hydroxide, calcium carbonate, sodium bicarbonate, or combinations of these compounds.
- Liquid formulation is preferable to tablets because of more rapid action.
- Usual dosage is 15-30 mL QID (after meals and at bedtime).
- If tablets are used, they should be thoroughly chewed and followed by full glass of water.
- Antacids combined with alginic acid (eg, Gaviscon) may be superior to antacids alone.
- Adverse events:
  - Antacids containing magnesium: diarrhea
  - Antacids containing aluminum or calcium: constipation
  - Hypophosphatemia with chronic use
  - Magnesium and/or aluminum retention in chronic renal failure
- Multiple drug interactions caused by binding to form insoluble complexes, including PIs and integrase inhibitors.

| **Prokinetic Agents** | | |
|---|---|---|

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |
| Metoclopramide | 10-15 mg QID (after meals and at bedtime) | Associated with irreversible tardive dyskinesia, other CNS effects; may consider metoclopramide as adjunctive therapy (add-on to PPI) |
| **Dietary and Lifestyle Modification** | | |
| Dietary | • In most patients, avoiding the following is useful: <br>  • Carbonated beverages <br>  • Voluminous meals <br>• In selected patients, avoiding the following triggers may be useful: <br>  • Fatty meals <br>  • Sweets, including chocolate <br>  • Spicy foods/raw onions <br>  • Caffeinated beverages <br>  • Citrus products/juices | |
| Lifestyle | • In most patients, the following are useful: <br>  • Weight loss <br>  • Smoking cessation <br>  • Lying on the left side when sleeping <br>  • Avoiding excessive physical activity (running) <br>• In selected patients, the following may be useful: <br>  • Avoiding alcohol <br>  • Elevating head of bed (for nocturnal symptoms) | |

## SURGICAL OPTIONS FOR GERD

| Surgical options for GERD |
|---|
| 1. Surgical therapy is a treatment option for long-term therapy in GERD patients. (Strong recommendation, high level of evidence) |
| 2. Surgical therapy is generally not recommended in patients who do not respond to PPI therapy. (Strong recommendation, high level of evidence) |
| 3. Preoperative ambulatory pH monitoring is mandatory in patients without evidence of erosive esophagitis. All patients should undergo preoperative manometry to rule out achalasia or scleroderma-like esophagus. (Strong recommendation, moderate level of evidence) |
| 4. Surgical therapy is as effective as medical therapy for carefully selected patients with chronic GERD when performed by an experienced surgeon. (Strong recommendation, high level of evidence) |

> 5. Obese patients contemplating surgical therapy for GERD should be considered for bariatric surgery. Gastric bypass would be the preferred operation in these patients. (Conditional recommendation, moderate level of evidence)
>
> 6. The usage of current endoscopic therapy or transoral incisionless fundoplication cannot be recommended as an alternative to medical or traditional surgical therapy. (Strong recommendation, moderate level of evidence)

Major surgical options for GERD include laparoscopic fundoplicationor bariatric surgery in the obese. Surgery may be indicated for GERD patients, who opt to discontinue pharmacotherapy, non-compliance, adverse effects of medications, or persistent GERD symptoms due to refractory GERD. From a surgical point of view, GERD is the failure of the antireflux barrier, facilitating abnormal reflux of gastric contents into the esophagus. It is considered to be a mechanical disorder caused by a defective lower esophageal sphincter (LES), impaired esophageal peristalsis, and a poor gastric emptying. These impairments lead to a spectrum of disease that may be confined to a typical symptom of heartburn or may result in severe esophageal mucosal damage with or without subsequent complications such as cancer or asthma and other respiratory disorders. The exact nature and mechanism of antireflux barrier is not known, it is believed that the LES (lower esophageal sphincter), the diaphragmatic crura, and the phrenoesophageal ligament form the key components.Surgery for GERD patients is an equally effective alternative to pharmacotherapy and should be offered to the right candidate. Surgery is effective in correcting the mechanical issues associated with GERD.

GERD patients who experience large amounts of non-acid reflux on PPI therapy with associated reflux symptoms are potential candidates for surgery [138]. Refractory dyspeptic symptoms such as epigastric pain, nausea, and vomiting are less likely to exhibit symptomaticresponse. The best surgical responses are observed in patients with characteristic GERD symptoms such as heartburn and / or regurgitation, who have a good response to PI therapy or have abnormal 24-hour ambulatory esophageal pH testing with good symptom correlation[139]. Recent studies have shown that long-term remission rates are comparable or even better than pharmacotherapy [140]. Surgical therapy for GERD increases short-term mortality risk. A recent study observed that the prevalenceof postoperative dysphagia and inability to belch were significantly lower in patients undergoing partial fundoplication comparedwith patients undergoing total fundoplication [141]. Several research studies and reviews have observed that compared to medical therapy, surgery was more effective in controlling prominent symptoms of GERD such as symptoms of heartburn, reflux, and bloating.

In a 2003 Cochranereview, medical or surgical treatment did not yield improvement in asthma symptoms, pulmonary function, oruse of medication [142]. Surgical treatment may be effective in some patients with extraesophageal or atypical symptoms, but response rates are lower than in patients with heartburn [139]. It is important to assess response to PPI therapy in patients with laryngopharyngeal reflux before considering surgery (fundoplication). In the absence of a PPI response, surgery is usually not effective in patients even with an abnormal esophageal pH study [143]. Compared to pharmacotherapy, fundoplication leads to improved or at least comparable quality of life and is linked to high patient satisfaction rates.In a recent study, it was found that

perioperative morbidity was significantly lower (65%) after laparoscopic fundoplication
compared with open fundoplication.Over the last few decades, surgical options for
GERD has evolved from an open to a laparoscopic procedure and in recent times to a
new incisionless surgical procedure called transoral incisionless fundoplication. Nissen
Fundoplication is the most common surgical procedure for the treatment of GERD. The
laparoscopic Roux-en-Y gastric bypass (LRYGB) is the most reliable, effective and
advantageous surgical option for GERD in the morbidly obese patient, because it treats
GERD effectively coupled with effective weight loss and improvement in comorbidities.
It is, therefore, considered the procedure of choice by many surgeons. Compared to
Nissen fundoplication, gastric bypass is now a more popular surgicaloption because of an
increased number of obese people in the US. Recent studies have reported conflicting
outcomes after gastric banding on GERD symptoms.It has been observed that the long-
term incidence of dysphagia is reduced by the use of an esophageal dilator.Endoluminal
fundoplication is a recent, modified version of Nissen fundoplication, both open and
laparoscopic, which requires no incisions as the surgeon accesses the stomach via the
mouth

Endoscopic therapies such as radiofrequency augmentation to lower esophageal sphincter
(LES), silicone injection into the LES, and endoscopic suturing of the LES for treatment
of GERD have not demonstrated long-term efficacy.A recent study conducted on a small
number of subjects who underwent sphincter augmentation using the LINX Reflux
system has shown efficacy up to 4 years in the reduction of esophageal acid
exposure[144].

**Indications for surgery in GERD patients**
When the diagnosis of GERD is objectively confirmed, surgery should be considered in
individuals who experience one the following:
1).Theyhave failed medical therapy, which may be indicated by poor symptom control,
severe regurgitation uncontrolled with adequate acid suppression, or significant side
effects of the medications.
2).They opt for surgery despite successful medical treatment because of quality of life
(QOL) considerations, lifelong requirement for medication intake, cost of medications,
etc.
3). They experience significant complications related to GERD such as Barrett's
esophagus, peptic stricture.
4). They have extra-esophageal manifestations such as asthma, cough, chest pain, etc.
In addition, coexistence of Barrett's esophagus with gastroesophageal reflux symptoms in
some patients may also be considered an indication for antireflux surgery.

POTENTIAL RISKS ASSOCIATED WITH PPIs
Headache, diarrhea, and dyspepsia are commonly associated with use of PPI therapy.
Patients may be switched to another PPI if they do not respond to an initial PPI.
Other common adverseeffects include vitamin (vitamin B-12) and mineral deficiencies
(hypomagnesemia),community-acquired infections such aspneumonia and diarrhea,
osteoporosis,hip fractures and, increased risk of cardiovascular accidents in patients using
concomitantclopidogrel therapy. However, recent research studies have indicated that

long-term PPI therapy in elderly may lead to B12 deficiency. On the other hand, recent reviews do not observe any association between long term PPI therapy and the development of B12 deficiency [145, 146]. PPIs increase gastric pH levels which facilitate growth of gut microflora and increases susceptibility to organisms such as *Escherichia coli, Clostridium dificile,* etc.A recent review report approved by FDA observed that there is an increased risk of *Clostridium difficile*-associated diarrhea with PPI use [147]. It was further observed that PPIs increase the risk of *Clostridium difficile* infection by 1.7 times with once-daily use and 2.4 times with more-than-once-daily use [148, 149]. This risk can be avoided or minimized by prudent short-term PPI therapy [150]. Recent research studies have observed that PPI therapy should not be withdrawn or withheld in patients because of potential risk of community acquired pneumonia.It has been suggested that patients who are at higher risk of community acquired pneumonia should be given low dose PPI therapy and only in certain cases when necessary [151]. In 2009, the FDA issued a warning pertaining to increased probability for adverse cardiovascular accidents with concomitant use of PPI and clopidogrel, especially with PPIs such as omeprazole, esomeprazole, and lansoprazole.However, recent meta-analysis has concluded that there is no risk of adverse cardiac outcomes in patients using concomitant clopidogrel and PPI therapy.

| Potential risks associated with PPIs |
|---|
| 1. Switching PPIs can be considered in the setting of side-effects. (Conditional recommendation, low level of evidence) |
| 2. Patients with known osteoporosis can remain on PPI therapy. Concern for hip fractures and osteoporosis should not affect the decision to use PPI long-term except in patients with other risk factors for hip fracture. (Conditional recommendation, moderate level of evidence) |
| 3. PPI therapy can be a risk factor for *Clostridium difficile* infection, and should be used with care in patients at risk. (Moderate recommendation, moderate level of evidence) |
| 4. Short-term PPI usage may increase the risk of community-acquired pneumonia. The risk does not appear elevated in long-term users. (Conditional recommendation, moderate level of evidence) |
| 5. PPI therapy does not need to be altered in concomitant clopidogrel users as there does not appear to be an increased risk for adverse cardiovascular events. (Strong recommendation, high level of evidence) |

## EXTRAESOPHAGEAL PRESENTATIONS OF GERD:ASTHMA, CHRONIC COUGH, AND LARYNGITIS

Extraesophageal reflux disease (EERD) has a wide spectrum of clinical manifestations that ranges from troublesome heartburn regurgitation, to a variety of extraesophageal manifestations such as asthma, laryngitis, COPD (chronic obstructive pulmonary disease, cough), otitis media, recurrent pneumonia and laryngeal cancer, etc.Several studies have observed an association between GERD andthese extraesophageal symptoms, but causality is still not known.  A recent systematic review had concluded thatGERD

symptoms and abnormal 24-hour esophageal pH monitoring wereobserved in 59 % and
51 % of asthmatics, but there was insufficient data to determine the causality (123).
The Montreal Consensus acknowledges establishedassociations between GERD and
extraesophageal presentations such as asthma, chronic cough, andlaryngitis.  The
consensus also recognizes that these presentations usually have a multi-factorial etiology
and that gastro-esophageal refluxmay be a contributing factor rather than a causal factor.
It was also recognized that extraesophageal presentationsdeveloping in isolation without
concomitant presence of typical GERD symptoms is a rarity.

| Extra-esophageal manifestations of GERD | | |
|---|---|---|
| **Pulmonary** | **Pharyngo-laryngeal** | **Proposed Associations** |
| Asthma | Pharyngitis | Sinusitis |
| Aspiration pneumonia | Vocal cord granulomas | Pulmonary Fibrosis |
| Chronic bronchitis | Subglottic stenosis | Pharyngitis |
| Bronchiectasis | Laryngitis | Recurrent Otitis Media |
| Interstitial pulmonary fibrosis | Stridor | |
| **Oral** | Hoarseness | |
| Halitosis | Globus | |
| Dental caries | Laryngeal cancer | |
| Poor oral hygiene | Chronic | |

Extraesophageal presentations develop by two principal mechanisms: direct (aspiration)
or indirect i.e. vagally-mediatedmechanisms [152-155]. Reflux of gastroduodenal
contentsinto the esophagus and hypopharynx can be categorized as either "high" or
"distal" [156].  High esophageal reflux is triggered by reflux that goes across the
esophagus and causes cough either by direct laryngeal or pharyngeal
aspiration/stimulation resulting in a bronchial or tracheal cough.  In "distal" esophageal
reflux,cough is generated by a vagally-mediated trachealbronchial reflex usually with no
laryngeal irritation[156, 157].  Severe laryngeal damage may be triggered by prolonged
exposure to gastric and duodenal juice.Gastric acid and pepsin play an important role in
the pathogenesis of reflux esophagitis. In addition, enzymes such as trypsin and bile acids
may cause tissue injury leading to histologic change even in the absence of acid.The
nonacidic reflux may causetissue injury and symptoms that may be refractory to
treatment with PPIs.

Recent clinical trials have failed to demonstrate efficacy of PPIs in the management of
treating extraesophageal symptoms. In addition, diagnostic tools fail to clearly establish
GERD as the cause of extraesophageal symptoms. Therefore, patients with
extraesophageal presentations such as asthma, laryngitis, etc should have thorough
evaluation for causes of non-GERD entities.GERD may be considered a contributing
factor in someof the extraesophageal manifestations.It is difficult to establish that GERD
is the cause of extraesophageal symptoms.Upper endoscopy candetect GERD when
erosive esophagitis (EE) ispresent, but EE is detected in only one third of patients with
GERDsymptoms [158] and is found rarely after treatment with PPIs [159].GERD can be
confirmed with ambulatory reflux monitoring which can detect an excessive amount of

gastroesophageal reflux. Total percentage of time the esophageal pH is less than 4 is the best indicator for pathologic reflux [160]. However, pathological reflux on ambulatory reflux monitoring does not establish GERD as the cause of the extraesophageal presentations. Alternatively, a negative ambulatory reflux monitoring usually indicates non-GERD etiologies.

Symptom association analysis (symptom index or SI [161] and the symptom-association probability or SAP) conducted during reflux monitoring may observe a temporal association between reflux episodes and cough or asthma attacks. In patients with reflux-induced laryngitis, laryngoscopy usually reveals edema and erythema[162]. However, diagnosis of refluxinduced laryngitis should  not be solely made on the laryngoscopy findings because signs of laryngeal irritation are also observed in most of the healthy subjects [163]. Such signs may also be the outcome of smoking, allergy, or voice abuse. Treatment with PPIs is often considered in patients with asthma and concomitant GERD. However, PPIs are generally not considered for management of asthma when there are no other typical GERD symptoms. PPI therapy may be initiated in patients with extraesophageal presentations such as asthma, laryngitis, and chronic cough, and who also experience typical GERD symptoms or have objective evidence of GERD by endoscopy. PPIs aid in healing esophagitis and ameliorate typical GERD symptoms by effective acid suppression.Patients with extraesophageal symptoms are usually treated with high dose PPI (twice daily). We havefew well-defined markers to predict which patients will respondto therapy. Empirical treatment for patients without typical symptomsor objective evidence of GERD thus cannot be routinely recommended.The historic recommendation is to treat patients withhigher dose PPI (twice daily) than patients with typical GERDsymptoms; however, this is based on uncontrolled and observationaldata only[164, 165]. Patients who do not respond to a 2 – 3 month course of PPI and acid suppression are considered to have refractory GERD.

---

**Extraesophageal presentations of GERD: Asthma, chronic cough, and laryngitis**

1. GERD can be considered as a potential co-factor in patients with asthma, chronic cough, or laryngitis. Careful evaluation for non-GERD causes should be undertaken in all of these patients. (Strong recommendation, moderate level of evidence).

2. A diagnosis of reflux laryngitis should not be made based solely upon laryngoscopy findings. (Strong recommendation, moderate level of evidence)

3. A PPI trial is recommended to treat extraesophageal symptoms in patients who also have typical symptoms of GERD. (Strong recommendation, low level of evidence)

4. Upper endoscopy is not recommended as a means to establish a diagnosis of GERD-related asthma, chronic cough, or laryngitis. (Strong recommendation, low level of evidence)

5. Reflux monitoring should be considered before a PPI trial in patients with extraesophageal symptoms who do not have typical symptoms of GERD. (Conditional recommendation, low level of evidence)

6. Non-responders to a PPI trial should be considered for further diagnostic testing and are addressed in the refractory GERD section below. (Conditional recommendation, low level of evidence)

7. Surgery should generally not be performed to treat extraesophageal symptoms of GERD in patients who do not respond to acid suppression with a PPI. (Strong recommendation, moderate level of evidence)

---

GERD REFRACTORY TO TREATMENT WITH PPIs

---

**GERD refractory to treatment with PPIs**

1. The first step in management of refractory GERD is optimization of PPI therapy. (Strong recommendation, low level of evidence)

2. Upper endoscopy should be performed in refractory patients with typical or dyspeptic symptoms principally to exclude non-GERD etiologies. (Conditional recommendation, low level of evidence)

3. In patients in whom extraesophageal symptoms of GERD persist despite PPI optimization, assessment for other etiologies should be pursued through concomitant evaluation by ENT, pulmonary, and allergy specialists. (Strong recommendation, low level of evidence)

4. Patients with refractory GERD and negative evaluation by endoscopy (typical symptoms) or evaluation by ENT, pulmonary, and allergy specialists (extraesophageal symptoms), should undergo ambulatory reflux monitoring. (Strong recommendation, low level of evidence)

5. Reflux monitoring *off* medication can be performed by any available modality (pH or impedance- pH). (Conditional recommendation, moderate level evidence). Testing *on* medication should be performed with impedance-pH monitoring in

order to enable measurement of nonacid reflux. (Strong recommendation, moderate level of evidence).
6. Refractory patients with objective evidence of ongoing reflux as the cause of symptoms should be considered for additional antireflux therapies, which may include surgery or TLESR inhibitors. (Conditional recommendation, low level of evidence). Patients with negative testing are unlikely to have GERD and PPI therapy should be discontinued. (Strong recommendation, low level of evidence)

Refractory GERD, a patient-driven phenomenon [166], encompasses a heterogeneous group of GERD patients that may differ in symptom frequency and severity, PPI dosing regimen (once or twice daily), and response to therapy (from partial to absent).

COMPLICATIONS ASSOCIATED WITHGERD

**Complications Associated with GERD**

1. The Los Angeles (LA) classification system should be used when describing the endoscopic appearance of erosive esophagitis. (Strong recommendations, moderate level of evidence). Patients with LA Grade A esophagitis should undergo further testing to confirm the presence of GERD. (Conditional recommendation, low level of evidence)
2. Repeat endoscopy should be performed in patients with severe erosive reflux disease after a course of antisecretory therapy to exclude underlying Barrett's esophagus. (Conditional recommendation, low level of evidence)
3. Continuous PPI therapy is recommended following peptic stricture dilation to improve dysphagia and reduce the need for repeated dilations. (Strong recommendation, moderate level of evidence)
4. Injection of intralesional corticosteroids can be used in refractory, complex strictures due to GERD. (Conditional recommendation, low level of evidence)
5. Treatment with a PPI is suggested following dilation in patients with lower esophageal (Schatzki) rings. (Conditional recommendation, low level of evidence)
6. Screening for Barrett's esophagus should be considered in patients with GERD who are at high risk based on epidemiologic profile. (Conditional recommendation, moderate level of evidence)
7. Symptoms in patients with Barrett's esophagus can be treated in a similar fashion to patients with GERD who do not have Barrett's esophagus. (Strong recommendation, moderate level of evidence)
8. Patients with Barrett's esophagus found at endoscopy should undergo periodic surveillance according to guidelines. (Strong recommendation, moderate level of evidence) ENT, ear, nose, and throat; GERD, gastroesophageal reflux disease; LA, Los Angeles; PPI, proton pump inhibitor.

Several complications are associated with GERDincluding erosive esophagitis, stricture, and Barrett's esophagus.Obesity is considered to be a risk factor for symptoms,esophageal reflux disease (ERD), Barrett's esophagus (BE), and adenocarcinoma [167].

A higher waist-to-hip ratio is the greatest risk factor for thepresence of Barrett's esophagus [168]. LA classification system is generally used to describe esophageal erosions.

Erosive esophagitis is seen in a few patients with symptomatic GERD, and the majority of the patients present with LA grade A or B esophagitis. LA grades C and D are considered to be "severe" andhave the lowest healing rate with PPIs [169].  LA grades C and D (severe erosive esophagitis) are commonly seen in the elderly and usually relapse in absence of a maintenance therapy. A repeat endoscopy is recommended after a minimum 8-week course of PPI therapy in patients with severe erosive esophagitis (grades C and D esophagitis).

Peptic strictures are not commonly seen because of widespread use of antisecretory medications. Chronic ulcerative esophagitis may cause scarring and stricture formation, most commonly in the distal esophagus. Strictures tend to develop in Caucasians, elderly with a longer duration ofuntreated symptoms, and in the presence of impaired esophagealmotility [170, 171]. True peptic strictures, in majority of cases, develop at the squamocolumnarjunction. Presence of a peptic stricture anywhere else usually indicates other etiologies. PPIs exhibit better efficacies compared to H 2 -receptor antagonists. They improve dysphagia, decrease the need for repetitive dilations and / or prolong the interval between dilations when used in maintenance therapy [172, 173]. Intralesional corticosteroids may be administered in the treatment of peptic strictures refractory to dilation.  Some clinical trials have observed that steroid injections are effective in conjunction with antisecretory therapy and dilation in tough strictures [174, 175]. Removable stents are usually not used in a patient with benign peptic stricture because of risk of stent migration and various other complications.

Barrett's esophagus is the only complication of GERD withmalignant potential. BE is present in 5-15 % of patientswho have endoscopy for symptoms of GERD [176]

Potential advantages and disadvantages of medical therapy and antireflux surgery in the management of chronic GERD:

| **Medical** |
| --- |

**Advantages**
(i) Noninvasive
(ii) Simple and easy to use
(iii) Reproducible effect
(iv) Very effective on symptoms and lesions of GERD
(v) Excellent tolerance and safety profile of PPI
(vi) Relatively cheap especially since the development of PPI generics

**Disadvantages**
(i) Does not correct underlying pathophysiological mechanisms
(ii) Continuous maintenance therapy frequently required to control the disease
(iii) Persistence of symptoms in at least 10% of patients
(iv) Rare side effects and potential drug-drug interactions

**Surgery**

**Advantages**
(i) The only treatment capable of physically controlling reflux
(ii) Very effective (improved quality of heartburn control, reduction of regurgitation, better sleep pattern, increased activities and exercise, etc.)
(iii) Avoids the need to take medication
(iv) Psychological effects of not having chronic disease
(v) Particular clinical groups of cystic fibrosis, lung transplant, and congenital hernia

**Disadvantages**
(i) Invasive
(ii) Small risk of mortality
(iii) Measurable postoperative mortality
(iv) Recurrence is possible

**Prognosis**

The prognosis of GERD is extremely good with approximately 80-90% of the patients recovering with optimum treatment.  However, in some cases, the recovery may be temporary or partial. In general, patients who get quick and early treatment have the best prognosis. Early detection and treatment prevent GERD from developing into a life threatening or serious condition. Erosive esophagitis invariably relapses after the treatment is stopped.  Only 25% of patients with NERD who initially achieve complete symptom resolution while on PPI therapy remain asymptomatic after six months without treatment. Long term lifelong maintenance therapy is essential for patients with complicated GERD such as Barrett's esophagus.

**Essentials of GERD treatment and Prognosis**

- GERD treatment is mainly directed to control symptoms but also to aid in esophageal mucosal healing and prevent relapse of both.
- PPIs are the preferred and most effective drugs for controlling symptoms of GERD, healing erosive esophagitis, preventing relapse or GERD associated complications.
- Compared to PPIs, antacids and H2 RA (histamine 2-receptor antagonists) are more effective in relieving acute postprandial heartburn.
- Antireflux surgery may be considered in carefully selected GERD patients who are responsive or unresponsive to PPI therapy.

## Recent Advancements

In the recent past few years, research investigations have enhanced our understanding of GERD, and its diagnostic modalities. Newer techniques have emerged for esophagealfunctional testing such as wireless pH capsule monitoring, DGER or duodenogastroesophageal reflux detection, and esophageal impedancetesting.Wireless pH monitoring is a recent, newer version of esophageal pH monitoring that focus on improving the diagnosis of GERD.The capsule is fixed within the esophagus and measures esophageal pH levels and transmits the data by radio wave/telemetry to an external receiver. The monitoring can be done for 48-96 hours. Compared to conventional catheter, wireless pH monitoring provides an increased diagnostic yield for GERD. This new technique also eliminated the need of a catheter. Major advantages of this new technique are better patient tolerability and its ability to conduct pH monitoring for extended periods of times ranging from 2-4 days. It also provides a more clear and accurate picture of acid exposure profile in genuine conditions. This diagnostic test also allows a prolonged monitoring period which may be performed both on and off PPI therapy in a single diagnostic test [177, 178].Impedance-pH monitoring is considered to be themost sensitive technique for the detection of gastric reflux. Impedance-pH monitoring is also considered to be a future standard for detection and monitoring of reflux as it accurately detects, localizes and categorizes reflux events as , acidic, or weakly-acidic, simultaneously[179].More improvement in impedance-pH monitoring may lead to more comprehensive reflux detection resulting in better individualized therapy in GERD patients depending on their reflux profile and may accurately predict response to medical or surgical therapy [180, 181].The use of histological characteristics to accurately diagnoseGERD, and particularly NERD, has become the focus of attention in the recent years [182]. DIS or dilation of the intracellular space is a promising diagnostic marker of NERD [182, 183].DIS can be affected by PPI therapy, which may serve as a clinical endpoint in the treatment of GERD. Certain histological markers such as papillae elongation andbasal cell hyperplasia lackhigher sensitivity or specificity for GERD,but might be useful when used in combinationwith DIS[182, 184].In the near future, histopathological markers or characteristics may play a key role in accurately diagnosing and characterizing GERD.

**Newer Medications**

Currently, acid-suppressive medications are the cornerstone of GERD treatment, and PPI is the drug of choice [185]. However, a significant proportion of GERD patients continue to experience symptoms despite PPI treatment [186, 187], and approximately 22% of PPI users also take additional over-the-counter medications to control their symptoms [188]. Transient lower esophageal sphincter relaxation (TLESR) is considered to be a key factor for the development of reflux.Several preclinical studies have found that gamma aminobutyric acid (GABA) type B receptor (GABAB) agonists andmetabotropic glutamate receptor 5 (mG1uR5) modulators can modify TLESR. Baclofen, gamma aminobutyric acid (GABA) type B receptor (GABAB) agonist, and ADX10059, a metabotropic glutamate receptor 5 (mG1uR5) modulator, has been found to reduce the incidence of TLESR; however, poor tolerability hinders the use of these drugs [189]. New acid-suppressive agents such as potassium-competitive acid blockers (P-CAB) are also in the focus for the treatment of GERD.  These agents inhibit gastric H+K+- ATPase (proton pump) reversibly rather than irreversibly [190]. On the other hand, PPIs irreversibly block the proton pump of the gastric parietal cell [191, 192]. However, recent research studies have not shown better safety and efficacy of P-CABs when compared with PPIs [95, 96]. However, there are two other potential drugs or molecules in the same group that are showing some promise [193, 194]. 5-hydroxytryptamine type 4 (5-HT4) receptor agonists, which increases contraction of the gastric smooth muscle is a potential new target in GERD [195]. Cisapride, monsapride, and togaserod are the drugs which belong to this class of drug. However, safety profile of this drug class has limited their usefulness in GERD [196, 197]. ATI- 7505, a naronapride is currently being investigated [198]. Selective serotonin reuptake inhibitors (SSRIs) and tricyclic antidepressants also hold promise for the treatment of GERD and are currently being investigated [199].

## NEW TREATMENTS FOR GASTROESOPHAGEAL REFLUX DISEASE

| New Therapy | Example |
|---|---|
| New directions for treatment | |
| Inhibition of transient lower esophageal sphincter relaxations (TLESR) | Gamma-aminobutyric acid B receptor (GABAB): baclofen, XP19986, AZD3355, AZD9343; metabotropic glutamate receptor 5 (mGluR5) modulators:ADX10059 |
| 5-HT-receptor agonists | Partial 5-HT4 agonist: tegaserod [97,98]; Partial 5-HT3 agonist: DDP733 [99] |
| New formulations of existing drugs | |
| Modified release formulation | Dexlansoprazole MR (TAK-390 MR), a modified release enantiomerof lansoprazole, which employs dual delayed release (DDR)technology;AucForm delivery technology for controlled released formulationof omeprazole; Extended release version of rabeprazole |

| Switching PPIs from racemic to pure enantiomers | S-enantiomer of omeprazole, pantoprazole and tenatoprazoleand R-enantiomer of lansoprazole and rabeprazole |
|---|---|
| Acid pump activator | VB101 (VECAM) in combination with omeprazole or pantoprazole |
| Drugs with a prolonged antisecretion action | |
| Imidazopyride-based PPI | Tenatoprazole, S-tenatoprazole-Na |
| Slow-absorbed, acid-stable pro-PPI | AGN 201904-Z |
| P-CAB | AZD0865; CS526, revaprazan, and soraprazan |

P-CAB, potassium-competitive acid blocker; PPI, proton pump inhibitor.

New surgical methods have evolved in the last few years. The research trials will determine the safety and efficacy of these new surgical techniques for treatment of GERD. These include the Stretta Radiofrequency Procedure, EndoCinch Procedure orEndoluminal gastric plication, and Enteryx Injections. The Stretta Radiofrequency Procedure is an outpatient procedure that is used to tighten the LES by using radiofrequency delivered via the endoscope. In April 2000, the FDA approved this procedure i.e. Stretta system as an endoscopic treatment for GERD patients [200]. In 2000, EndoCinch procedure or EndoCinch endoluminal gastroplication surgery (ELGP) was approved by the FDA for the treatment of GERD. It is an outpatient procedure that is far less invasive than other traditional surgical techniques such as Nissen fundoplication. This procedure combines endoscopy with a suturing system to place sutures for the correcting of LES. The principal aim of this procedure is to place gastroplications at or just below the esophago-gastric junction to reduce the frequency and volume of gastric reflux into the esophagus. This procedure is reversible and titrable. Several research studies have shown the safety and efficacy of this procedure [201-204]. Several studies have reported promising short-term and mediumterm results [201-203]. In April 2003, Enteryx Injections were approved for the treatment of GERD. The injections contained biocompatible polymers which were introduced into the distal esophageal wall where they formed a spongy mass leading to narrowing the lumen to prevent acid reflux. It was withdrawn in September 2005 after life threatening adverse effects were reported. Another bulking agent known as Durasphere is being investigated for the treatment of GERD.

Patient Education

Patients should be reassured about the benign nature of disease. Proper education about GERD relieves anxiety associated with the fear of cancer in these patients. Patient should be instructed to report any changes in the symptoms of GERD over time. Patient should immediately inform the physician or healthcare facility if he or she develops alarm symptoms such as dysphagia, anorexia, weight loss, odynophagia, or hemetemesis. Patient should be compliant with the healthcare professionals for achieving better treatment results. Instructions regarding diet, exercise, or life style changes should be properly followed. Non-compliance is linked to poor GERD treatment.

**CONCLUSION**

Gastroesophageal reflux disease (GERD) is a group of symptoms or complications which develops due to the retrograde flow of gastro-duodenal contents into the esophagus or beyond, into the adjacent organs, causing spectrum of troublesome symptoms and complications, with or without tissue damage.  The natural history of GERD still remains unclear.  It may be categorized into three distinct phenotypic presentations: NERD, erosive esophagitis, and Barrett's esophagus. NERD is a subcategory of GERD which is characterized with reflux symptoms with no visible esophageal injury (absence of mucosal lesions or breaks) detected by endoscopy and without recent effective acid suppressive therapy. Erosive esophagitis is characterized by the presence of esophageal mucosal injury detected by endoscopy. Barrett's esophagus is a complication of chronic GERD and a type of intestinal metaplasia, which is a precursor condition for carcinoma. In this condition, the healthy epithelial squamous cells are replaced by intestinal columnar epithelium, which can be detected by endoscopy. Long-standing reflux symptoms are considered to be a major risk factor for the development of Barrett's esophagus. Prolonged acid exposure and perhaps alkaline injury causes significant change of exposed esophageal mucosa. In the US, approximately 20% of people experience GERD symptoms in a given week and 7% everyday. Recent research studies have reported that approximately 25-40% of Americans experience symptomatic GERD at some point of time in their lives.

The important factors that play an important role for the development of GERD are gastric acid and other refluxed contents, delayed gastric emptying, anti-reflux mechanisms at the gastroesophageal region, transient lower esophageal sphincter relaxation, ingested irritants, mucosal integrity and defense mechanisms.  In addition, visceral hypersensitivity, esophageal clearance mechanisms and genetic factors also play a role in the genesis of GERD. It is now known that hiatal hernia can impair a majority of the antireflux mechanisms, and is an independent factor for GERD. The association of GERD and *Helicobacter pylori* (*H. pylori*) is still not clear.  Some researchers suspect that H. pylori infection contributes in the prevention of GERD, others find no association between the two entities. Eating habits and lifestyle issues play an important role in GERD physiopathology and are considered risk factors for GERD. Some of the foods such as fatty foods, chocolate, peppermint, and alcohol are believed to reduce lower esophageal sphincter pressure. Smoking is also linked to increased risk of GERD. Physical exercise is considered to be a protective factor against gastric reflux. Certain medications such as nitrates, calcium blocker, etc interfere with the functioning of EGJ and play an important role in development of GERD function.

 Most Frequent Symptoms of GERD include heartburn, regurgitation and dysphagia. Extraesophageal symptoms such as chronic cough, asthma, chronic laryngitis are also seen in GERD patients. Atypical symptoms such as epigastric pain, dyspepsia, belching, bloating and nausea can also be reported in GERD but overlap with other medical conditions. The diagnosis of GERD is made with the help of typical symptomatology, endoscopy findings, ambulatory reflux monitoring, and response to PPI or antisecretory

therapy. A presumptive diagnosis of GERD can be established in the setting of typical symptoms of heartburn and regurgitation. Empiric medical therapy with a proton pump inhibitor (PPI) is recommended in this setting. PPI trial is a reasonable approach to confirm GERD in such cases. Upper gastrointestinal endoscopy or EGD is frequently used to diagnose GERD. It is recommended for patients who are refractory to treatment or have alarm symptoms such as dysphagia, anemia, hematochezia, wheezing, weight loss, or voice changes. Endoscopy is the first choice for evaluating GERD, grading esophagitis (Los Angeles classification system) and detecting Barrett's esophagus. Esophageal biopsies are the only way of detecting cellular changes that take place in Barrett's esophagus, but are not very useful for diagnosing GERD.  An X-ray is not a preferred primary diagnostic test because it doesn't detect GERD or abnormal reflux. Ambulatory esophageal pH monitoring is the current gold standard for diagnosis of GERD because it directly measures the amount of time that the esophagus contains acid. It accurately documents GERD, its severity and monitors treatment response (medical or surgical). It has the highest sensitivity and specificity for GERD, which is around 96%. Esophageal Manometry is conducted to determine the lower esophageal sphincter (LES) pressure and detect any esophageal motility disorders that help in better surgical planning.  Gastric emptying studies are used to determine how well food empties from the stomach. There are no laboratory studies that can assess the efficacy of treatment with (proton pump inhibitor) PPIs based on microscopic findings alone. Telemetry capsule pH monitoring is used to monitor acid reflux for longer durations (48-94 hours) and is better tolerated.  Symptom index (SI) and symptom association probability (SAP) are two most frequently used symptom associations. GERD is frequently encountered by women during pregnancy with clinical manifestation of heartburn. One clinical study observed that 52 % of pregnant women have onset of GERD in the first trimester, 40 % in the second trimester, and 8 % in the third trimester. Pregnancy and amount of weight gain during pregnancy are the key risk factors for frequent GERD symptoms 1 year post delivery.

The primary goals of GERD treatment include symptomatic relief, healing of esophagitis, prevention of GERD recurrence as well as GERD associated complications. Lifestyle interventions are considered to be the first line of treatment, especially for mild acid reflux. Some of the common interventions include weight loss (for overweight patients); avoiding alcohol, citrus juice, tomato and tomato-based products, onion, chocolate, peppermint, and coffee. Avoidance of meals 2 – 3 hours before bedtime and head of bed elevation is beneficial for patients with nocturnal GERD. Pharmacotherapy may be initiated if lifestyle modifications fail to show improvement in GERD symptoms. Commonly used medications for the treatment of GERD are antacids, histamine-receptor antagonists (H 2 RA), or PPI (proton pump inhibitors) therapy. An 8-week course of PPIs is the preferred pharmacotherapy for symptom relief and healing of erosive esophagitis. There are no major differences in efficacy between the different PPIs.  Patients who do respond to PPI therapy should be referred for further evaluation.

GERD patients who have partial response to PPI therapy are benefited by increasing the PPI dose to twice daily therapy. In some cases switching to a different PPI can provide better symptom relief. Maintenance PPI therapy is given to GERD patients who continue

to experience GERD symptoms even after PPI is stopped and in patients with complications such as Barrett's esophagus. Long-term PPI therapy should be given in the lowest effective dose, including on demand or intermittent therapy. H 2 -receptor antagonist may be given as a maintenance option in patients without erosive disease if patients experience heartburn relief. Bedtime H 2 RA therapy may be added to daytime PPI therapy in patients who have objective evidence of night-time reflux. Prokinetics and drugs such as baclofen should not be prescribed to GERD patients without diagnostic evaluation.

Surgery can be a treatment option for long-term therapy in GERD patients, but is generally not recommended in patients who do not respond to PPI treatment. Gastric bypass is the preferred surgical option for obese patients with GERD. Surgery may be indicated for GERD patients, who opt to discontinue pharmacotherapy, non-compliance, adverse effects of medications, or persistent GERD symptoms due to refractory GERD. Over the last few decades, surgical options for GERD has evolved from an open to a laparoscopic procedure and in recent times to a new incisionless surgical procedure called transoral incisionless fundoplication. Nissen Fundoplication is the most common surgical procedure for the treatment of GERD. The laparoscopic Roux-en-Y gastric bypass (LRYGB) is the most reliable, effective and advantageous surgical option for GERD in the morbidly obese patient. Endoluminal fundoplication is a recent, modified version of Nissen fundoplication, both open and laparoscopic, which requires no incisions as the surgeon accesses the stomach via the mouth.

Common extraesophageal manifestations of GERD are asthma, laryngitis, COPD (chronic obstructive pulmonary disease, cough), otitis media, recurrent pneumonia and laryngeal cancer, etc. These presentations usually have a multi-factorial etiology and that gastro-esophageal reflux may be a contributing factor rather than a causal factor. In addition, several complications are associated with GERD including erosive esophagitis, stricture, and Barrett's esophagus. The prognosis of GERD is extremely good with approximately 80-90% of the patients recovering with optimum treatment. However, in some cases, the recovery may be temporary or partial.

In the recent past few years, research investigations have enhanced our understanding of GERD, and its diagnostic modalities. Newer techniques have emerged for esophageal functional testing such as wireless pH capsule monitoring, duodenogastroesophageal reflux detection, and esophageal impedance testing. New medications such as Baclofen, gamma aminobutyric acid (GABA) type B receptor (GABAB) agonist, and ADX10059 have provided new hopes for the treatment of GERD. New surgical methods have evolved in the last few years which include Stretta Radiofrequency Procedure, Endoluminal gastric plication (EndoCinch Procedure), and Durasphere injections. In spite of these advancements several issues pertaining to GERD still remain unresolved, and it is our hope that the next couple of years would provide some important breakthroughs and discoveries to relieve people from this disease.

**Post-Test Questions**(T or F)

1. GERD develops due to anterograde flow of gastro-duodenal contents into the esophagus or beyond. Pg 3

2. Barrett's esophagus, a subcategory of GERD, is a precursor of carcinoma. Pg. 4

3. Morphine decreases lower esophageal sphincter pressure. Pg. 6

4. Strenuous exercise is a risk factor for GERD. Pg.8

5. GERD affects approximately 10% to 20% of the western population. Pg. 9

6. Routine biopsies from the distal esophagus are recommended to diagnose GERD.Pg.11

7. The upper esophageal sphincter plays an important role in the natural anti-reflux mechanism. Pg. 35

8. The prognosis of GERD is generally extremely good.Pg. 44

9. NSAIDS are used for the 1stline treatment of GERD.Pg. 49

10. Surgical therapy is a possible treatment option for long-term therapy in GERD patients.Pg. 49

.

**Answer Key**

1. True
2. True
3. False
4. False
5. True
6. True
7. False
8. False
9. True
10. True

**References**:

1. Vakil N, van Zanten SV, Kahrilas P, Dent J, Jones R. The Montreal definition and classification of gastroesophageal reflux disease: a global evidence-based consensus. Am J Gastroenterol 2006; 101: 1900-1920; quiz 1943

2. Moraes-Filho J, Cecconello I, Gama-Rodrigues J, Castro L, Henry MA, Meneghelli UG, Quigley E. Brazilian consensus on gastroesophageal reflux disease: proposals for assessment, classification, and management. Am J Gastroenterol 2002; 97: 241-248

3. S. J. Spechler, "Epidemiology and natural history of gastroesophageal reflux disease," Digestion, vol. 51, supplement 1, pp. 24–29, 1992.

4. F. Pace and G. B. Porro, "Gastroesophageal reflux disease: a typical spectrum disease (A new conceptual framework is not needed)," The American Journal of Gastroenterology, vol. 99, no. 5, pp. 946–949, 2004.

5. J. Labenz, M. Nocon, T. Lind, et al., "Prospective follow-up data from the ProGERD study suggest that GERD is not a categorial disease," The American Journal of Gastroenterology, vol. 101, no. 11, pp. 2457–2462, 2006.

6. R. Fass and J. J. Ofman, "Gastroesophageal reflux disease— should we adopt a conceptual framework?" The American Journal of Gastroenterology, vol. 97, pp. 1901–1919, 2002.

7. R. Fass, "Distinct phenotypic presentations of gastroesophageal reflux disease: a new view of the natural history," Digestive Diseases, vol. 22, no. 2, pp. 100–107, 2004.

8. S. J. Sontag, A. Sonnenberg, T. G. Schnell, J. Leya, and A. Metz, "The long-term natural history of gastroesophageal reflux disease," Journal of Clinical Gastroenterology, vol. 40, no. 5, pp. 398–404, 2006.

9. T. Navarro-Rodriquez and R. Fass, "Functional heartburn, nonerosive reflux disease, and reflux esophagitis are all distinct conditions-a debate; pro," Current Treatment Options in Gastroenterology, vol. 10, no. 4, pp. 294–304, 2007.

10. D. Ang, K. Blondeau, D. Sifrim, and J. Tack, "The spectrum of motor function abnormalities in gastroesophageal reflux disease and Barrett's esophagus," Digestion, vol. 79, no. 3, pp. 158–168, 2009.

11. A. J. Cameron, B. J. Ott, and W. S. Payne, "The incidence of adenocarcinoma in columnar-lined (Barrett's) esophagus," The New England Journal of Medicine, vol. 313, pp. 857–859, 1985.

12. Diener U, Patti MG, Molena D, Fisichella PM, Way LW. Esophageal dysmotility and gastroesophageal reflux disease. J Gastrointest Surg 2001; 5: 260-265

13. Patti MG, Gasper WJ, Fisichella PM, Nipomnick I, Palazzo F. Gastroesophageal reflux disease and connective tissue disorders: pathophysiology and implications for treatment. J Gastrointest Surg 2008; 12: 1900-1906

14. Patti MG, Perretta S. Gastro-oesophageal reflux disease: a decade of changes. Asian J Surg 2003; 26: 4-6

15. Meneghetti AT, Tedesco P, Damani T, Patti MG. Esophageal mucosal damage may promote dysmotility and worsen esophageal acid exposure. J Gastrointest Surg 2005; 9: 1313-1317

16. Xu JY, Xie XP, Song GQ, Hou XH. Healing of severe reflux esophagitis with PPI does not improve esophageal dysmotility. Dis Esophagus 2007; 20: 346-352

17. McDougall NI, Mooney RB, Ferguson WR, Collins JS, Mc- Farland RJ, Love AH. The effect of healing oesophagitis on oesophageal motor function as determined by oesophageal scintigraphy and ambulatory oesophageal motility/pH monitoring. Aliment Pharmacol Ther 1998; 12: 899-907

18. Herbella FA, Tedesco P, Nipomnick I, Fisichella PM, Patti MG. Effect of partial and total laparoscopic fundoplication on esophageal body motility. Surg Endosc 2007; 21: 285-288

19. Kahrilas PJ. Anatomy and physiology of the gastroesophageal junction. Gastroenterol Clin North Am 1997; 26: 467-486

20. Patti MG, Gantert W, Way LW. Surgery of the esophagus. Anatomy and physiology. Surg Clin North Am 1997; 77: 959-970

21. Dietrich CF, Braden B. Sonographic assessments of gastrointestinal and biliary functions. Best Pract Res Clin Gastroenterol 2009; 23: 353-367

22. Mariani G, Boni G, Barreca M, Bellini M, Fattori B, AlSharif A, Grosso M, Stasi C, Costa F, Anselmino M, Marchi S, Rubello D, Strauss HW. Radionuclide gastroesophageal motor studies. J Nucl Med 2004; 45: 1004-1028

23. Murray L, Johnston B, Lane A, Harvey I, Donovan J, Nair P, Harvey R. Relationship between body mass and gastro-oesophageal reflux symptoms: The Bristol Helicobacter Project. Int J Epidemiol 2003; 32: 645-650

24. Fisichella PM, Patti MG. Gastroesophageal reflux disease and morbid obesity: is there a relation? World J Surg 2009; 33: 2034-2038

25. El-Serag HB, Graham DY, Satia JA, Rabeneck L. Obesity is an independent risk factor for GERD symptoms and erosive esophagitis. Am J Gastroenterol 2005; 100: 1243-1250

26. Quiroga E, Cuenca-Abente F, Flum D, Dellinger EP, Oelschlager BK. Impaired esophageal function in morbidly obese patients with gastroesophageal reflux disease: evaluation with multichannel intraluminal impedance. Surg Endosc 2006; 20: 739-743

27. Merrouche M, Sabaté JM, Jouet P, Harnois F, Scaringi S, Coffin B, Msika S. Gastro-esophageal reflux and esophageal motility disorders in morbidly obese patients before and after bariatric surgery. Obes Surg 2007; 17: 894-900

28. Herbella FA, Sweet MP, Tedesco P, Nipomnick I, Patti MG. Gastroesophageal reflux disease and obesity. Pathophysiology and implications for treatment. J Gastrointest Surg 2007; 11: 286-290

29. Pandolfino JE, El-Serag HB, Zhang Q, Shah N, Ghosh SK, Kahrilas PJ. Obesity: a challenge to esophagogastric junction integrity. Gastroenterology 2006; 130: 639-649

30. Sweet MP, Herbella FA, Leard L, Hoopes C, Golden J, Hays S, Patti MG. The prevalence of distal and proximal gastroesophageal reflux in patients awaiting lung transplantation. Ann Surg 2006; 244: 491-497

31. Tack J, Koek G, Demedts I, Sifrim D, Janssens J. Gastroesophageal reflux disease poorly responsive to single-dose proton pump inhibitors in patients without Barrett's esophagus: acid reflux, bile reflux, or both? Am J Gastroenterol 2004; 99: 981-988

32. Agrawal A, Roberts J, Sharma N, Tutuian R, Vela M, Castell DO. Symptoms with acid and nonacid reflux may be produced by different mechanisms. Dis Esophagus 2009; 22: 467-470

33. Peters JH, Avisar N. The molecular pathogenesis of Barrett's esophagus: common signaling pathways in embryogenesis metaplasia and neoplasia. J Gastrointest Surg 2010; 14 Suppl 1: S81-S87

34. Theisen J, Peters JH, Fein M, Hughes M, Hagen JA, Demeester SR, Demeester TR, Laird PW. The mutagenic potential of duodenoesophageal reflux. Ann Surg 2005; 241: 63-68

35. Gordon C, Kang JY, Neild PJ, Maxwell JD. The role of the hiatus hernia in gastro-oesophageal reflux disease. Aliment Pharmacol Ther 2004; 20: 719-732 35 van Herwaarden MA, Samsom M, Smout AJ. The role of hiatus hernia in gastro-oesophageal reflux disease. Eur J Gastroenterol Hepatol 2004; 16: 831-835

36. Patti MG, Goldberg HI, Arcerito M, Bortolasi L, Tong J, Way LW. Hiatal hernia size affects lower esophageal sphincter function, esophageal acid exposure, and the degree of mucosal injury. Am J Surg 1996; 171: 182-186

37. Metz DC, Kroser JA. Helicobacter pylori and gastroesophageal reflux disease. Gastroenterol Clin North Am 1999; 28: 971-985, viii

38. Souza RC, Lima JH. Helicobacter pylori and gastroesophageal reflux disease: a review of this intriguing relationship. Dis Esophagus 2009; 22: 256-263

39. Kamangar F, Chow WH, Abnet CC, Dawsey SM. Environmental causes of esophageal cancer. Gastroenterol Clin North Am 2009; 38: 27-57, vii

40. El-Serag HB, Satia JA, Rabeneck L. Dietary intake and the risk of gastro-oesophageal reflux disease: a cross sectional study in voluntecrs. Gut. 2005;54:11–7.

41. DiBaise JK. A randomized, double-blind comparison of two different coffee-roasting processes on development of heartburn and dyspepsia in coffee-sensitive individuals. Dig Dis Sci. 2003;48:652–6

42. Fass R, Quan SF, O'Connor GT, Ervin A, Iber C. Predictors of heartburn during sleep in a large prospective cohort study. Chest. 2005;127:1658–66.

43. Akiyama T, Inamori M, Iida H, Mawatari H, Endo H, Hosono K, et al. Alcohol consumption is associated with an increased risk of erosive esophagitis and Barrett's epithelium in Japanese men. BMC Gastroenterol. 2008;8:58.

44. Gunasekaran TS, Dahlberg M, Ramesh P, Namachivayam G. Prevalence and associated features of gastroesophageal reflux symptoms in a Caucasian-predominant adolescent school population. Dig Dis Sci. 2008;53:2373–9.

45. Mayer EM, Grabowski CJ, Fisher RS. Effects of graded doses of alcohol upon esophageal motor function. Gastroenterology. 1978;75:1133–6.

46. Keshavarzian A, Polepalle C, Iber FL, Durkin M. Esophageal motor disorder in alcoholics: result of alcoholism or withdrawal? Alcohol Clin Exp Res. 1990;14:561–7.

47. Pehl C, Frommherz M, Wendl B, Pfeiffer A. Gastroesophageal reflux induced by white wine: the role of acid clearance and "rereflux" Am J Gastroenterol. 2002;97:561–7.

48. Eslick GD, Talley NJ. Gastroesophageal reflux disease (GERD): risk factors, and impact on quality of life-a population-based study. J Clin Gastroenterol. 2009;43:111–7.

49. Nilsson M, Johnsen R, Ye W, Hveem K, Lagergren J. Lifestyle related risk factors in the aetiology of gastro-oesophageal reflux. Gut. 2004;53:1730–5.

50. Kahrilas PJ, Gupta RR. Mechanisms of acid reflux associated with cigarette smoking. Gut.1990;31:4–10.

51. Kahrilas PJ, Gupta RR. The effect of cigarette smoking on salivation and esophageal acid clearance. J Lab Clin Med. 1989;114:431–8.

52. Pandolfino JE, Bianchi LK, Lee TJ, Hirano I, Kahrilas PJ. Esophagogastric junction morphology predicts susceptibility to exercise-induced reflux. Am J Gastroenterol. 2004;99:1430–6.

53. Lagergren J, Bergstrom R, Adami HO, Nyren O. Association between medications that relax the lower esophageal sphincter and risk for esophageal adenocarcinoma. Ann Intern Med. 2000;133:165–75.

54. Corley DA, Levin TR, Habel LA, Buffler PA. Barrett's esophagus and medications that relax the lower esophageal sphincter. Am J Gastroenterol. 2006;101:937–44.

55. Vaughan TL, Farrow DC, Hansten PD, Chow WH, Gammon MD, Risch HA, et al. Risk of esophageal and gastric adenocarcinomas in relation to use of calcium channel blockers, asthma drugs, and other medications that promote gastroesophageal reflux. Cancer Epidemiol Biomarkers Prev.1998;7:749–56.

56. Hershcovici, T; Fass, R (2011 Apr). "Pharmacological management of GERD: where does it stand now?" Trends in pharmacological sciences 32 (4): 258–64.doi:10.1016/j.tips.2011.02.007. PMID 21429600.

57. Fedorak RN, Veldhuyzen van Zanten S, Bridges R (July 2010)."Canadian Digestive Health Foundation Public Impact Series: Gastroesophageal reflux disease in Canada: Incidence, prevalence, and direct and indirect economic impact".Canadian Journal of Gastroenterology 24 (7): 431–4.PMC 2918483. PMID 20652158. Lay summary.

58. Zajac, P; Holbrook, A; Super, ME; Vogt, M (March-April 2013). "An overview: Current clinical guidelines for the evaluation, diagnosis, treatment, and management of dyspepsia".Osteopathic Family Physician 5 (2): 79–85.doi:10.1016/j.osfp.2012.10.005.

59. Kahrilas, PJ (2008). "Gastroesophageal Reflux Disease". New England Journal of Medicine. 359 (16): 1700–7. doi:10.1056/NEJMcp0804684. PMC 3058591.PMID 18923172.

60. Camilleri M , Dubois D , Coulie B et al. Prevalence and socioeconomic impact of upper gastrointestinal disorders in the United States: results of the US Upper Gastrointestinal Study. Clin Gastroenterol Hepatol 2005 ; 3 : 543 – 52 .

61. Atkins D , Briss PA , Eccles M et al. Systems for grading the quality of evidence and the strength of recommendations II: pilot study of a new system. BMC Health Serv Res 2005; 5: 25 – 36.

62. Vakil N, van Zanten SV, Kahrilas P et al. The Montreal definition and classification of gastroesophageal reflux disease: a global evidence-based consensus. Am J Gastroenterol 2006; 101: 1900 – 20 .

63. Vakil NB, Traxler B, Levine D. Dysphagia in patients with erosive esophagitis: prevalence, severity, and response to proton pump inhibitor treatment. Clin Gastroenterol Hepatol 2004 ; 2 : 665 – 8 .

64. Gerson LB, Kahrilas PJ, Fass R . Insights into gastroesophageal reflux disease-associated dyspeptic symptoms. Clin Gastroenterol Hepatol 2011; 9: 824 – 33.

65. Gerson LB, Fass R. A systematic review of the definitions, prevalence, and response to treatment of nocturnal gastroesophageal reflux disease. Clin Gastroenterol Hepatol 2009; 7: 372 – 8.

66. Becher A, Dent J. Systematic review: ageing and gastro-oesophageal reflux disease symptoms, oesophageal function and reflux oesophagitis. Aliment Pharmacol Ther 2011; 33: 442 – 54 .

67. Johnson DA, Fennerty MB. Heartburn severity underestimates erosive esophagitis severity in elderly patients with gastroesophageal reflux disease . Gastroenterology 2004; 126: 660 – 4 .

68. Rubenstein JH, Scheiman JM, Sadeghi S et al. Esophageal adenocarcinoma incidence in individuals with gastroesophageal reflux: synthesis and estimates from population studies. Am J Gastroenterol 2011; 106: 254 – 60 .

69. Moayyedi P, Talley NJ, Fennerty MB et al. Can the clinical history distinguish between organic and functional dyspepsia? JAMA 2006; 295: 1566 – 76 .

70. Katz, PO; Gerson, LB; Vela, MF (2012 Mar). "Guidelines for the diagnosis and management of gastroesophageal reflux disease." The American journal of gastroenterology 108 (3): 308–28. PMID 23419381.

71. Johnston BT, Troshinsky MB, Castell JA et al. Comparison of barium radiology with esophageal pH monitoring in the diagnosis of gastroesophageal reflux disease. Am J Gastroenterol 1996; 91: 1181 – 5 .

72. Richter JE, Castell DO. Gastroesophageal reflux. Pathogenesis, diagnosis, and therapy. Ann Intern Med 1982; 97: 93 – 103 .

73. Lundell LR, Dent J, Bennett JR et al. Endoscopic assessment of oesophagitis: clinical and functional correlates and further validation of the Los Angeles classification . Gut 1999; 45: 172 – 80 .

74. Johnsson F, Joelsson B  Gudmundsson K et al. Symptoms and endoscopic findings in the diagnosis of gastroesophageal reflux disease. Scand J Gastroenterol 1987; 22: 714 – 8 .

75. Becher A, Dent J. Systematic review: ageing and gastro-oesophageal reflux disease symptoms, oesophageal function and reflux oesophagitis. Aliment Pharmacol Ther 2011; 33: 442 – 54 .

76. Gerson LB, Boparai V, Ullah N et al. Oesophageal and gastric pH profiles in patients with gastro-oesophageal reflux disease and Barrett's oesophagus treated with proton pump inhibitors. Aliment Pharmacol Ther 2004; 20: 637 – 43.

77. Frazzoni M, Savarino E, Manno M et al. Reflux patterns in patients with short-segment Barrett's oesophagus: a study using impedance-pH monitoring off and on proton pump inhibitor therapy. Aliment Pharmacol Ther 2009; 30: 508 – 15.

78. Appelmelk BJ, Simoons-Smit I, Negrini R et al. Potential role of molecular mimicry between Helicobacter pylori lipopolysaccharide and host Lewis blood group antigens in autoimmunity. Infect Immun 1996; 64: 2031 – 40.

79. Knuff TE, Benjamin SB, Worsham GF et al. Histologic evaluation of chronic gastroesophageal reflux. An evaluation of biopsy methods and diagnostic criteria. Dig Dis Sci 1984; 29: 194 – 201.

80. Schindlbeck NE, Wiebecke B, Klauser AG et al. Diagnostic value of histology in non-erosive gastro-oesophageal reflux disease. Gut 1996; 39: 151 – 4.

81. Takubo K, Honma N, Aryal G et al. Is there a set of histologic changes that are invariably reflux associated? Arch Pathol Lab Med 2005; 129: 159 – 63.

82. Hirano I, Richter JE. ACG practice guidelines: esophageal reflux testing. Am J Gastroenterol 2007; 102: 668 – 85.

83. Wiener GJ, Richter JE, Copper JB, et al. The symptom index: A clinically important parameter of ambulatory 24-hour esophageal pH monitoring. Am J Gastroenterol 1988;83:358–61.

84. Yaghoobi M, Farrokhyar F, Yuan Y et al. Is there an increased risk of GERD after Helicobacter pylori eradication? a meta-analysis. Am J Gastroenterol 2010; 105: 1007 – 13 .

85. Kuipers EJ, Lundell L, Klinkenberg-Knol EC et al. Atrophic gastritis and Helicobacter pylori infection in patients with reflux esophagitis treated with omeprazole or fundoplication. N Engl J Med 1996; 334: 1018 – 22.

86. Malfertheiner P , Megraud F , O ' Morain C et al. Current concepts in the management of Helicobacter pylori infection: the Maastricht III Consensus Report. Gut 2007; 56: 772 – 81.

87. Olans LB, Wolf JL. Gastroesophageal reflux in pregnancy. Gastrointest Endosc Clin N Am 1994; 4: 699 – 712.

88. Richter JE. Review article: the management of heartburn in pregnancy. Aliment Pharmacol Ther 2005; 22: 749 – 57.

89. Rey E, Rodriguez-Artalejo F, Herraiz MA et al. Gastroesophageal reflux symptoms during and after pregnancy: a longitudinal study. Am J Gastroenterol 2007; 102: 2395 – 400.

90. R. F. Harvey, N. Hadley, T. R. Gill et al., "Effects of sleeping with the bed-head raised and of ranitidine in patients with severe peptic oesophagitis," The Lancet, vol. 2, no. 8569, pp. 1200–1203, 1987.

91. Kaltenbach T, Crockett S, Gerson LB. Are lifestyle measures effective in patients with gastroesophageal reflux disease? An evidence-based approach. Arch Intern Med 2006; 166: 965 – 71.

92. Johnson T, Gerson L, Hershcovici T et al. Systematic review: the effects of carbonated beverages on gastro-oesophageal reflux disease. Aliment Pharmacol Ther 2010; 31: 607 – 14.

93. Jacobson BC, Somers SC, Fuchs CS et al. Body-mass index and symptoms of gastroesophageal reflux in women. N Engl J Med 2006; 354: 2340 – 8.

94. Fraser-Moodie CA, Norton B, Gornall C et al. Weight loss has an independent beneficial effect on symptoms of gastro-oesophageal reflux in patients who are overweight. Scand J Gastroenterol 1999; 34: 337 – 40 .

95. Mathus-Vliegen LM, Tytgat GN. Twenty-four-hour pH measurements in morbid obesity: effects of massive overweight, weight loss and gastric distension. Eur J Gastroenterol Hepatol 1996 ; 8 : 635 – 40.

96. Gagne DJ, Dovec E, Urbandt JE. Laparoscopic revision of vertical banded gastroplasty to Roux-en-Y gastric bypass: outcomes of 105 patient . Surg Obes Relat Dis 2011; 7: 493 – 9.

97. Stanciu C, Bennett JR. Effects of posture on gastro-oesophageal reflux. Digestion 1977; 15: 104 – 9.

98. Hamilton JW, Boisen RJ, Yamamoto DT et al. Sleeping on a wedge diminishes exposure of the esophagus to refluxed acid. Dig Dis Sci 1988; 33: 518 – 22.

99. Pollmann H, Zillessen E, Pohl J et al. Effect of elevated head position in bed in therapy of gastroesophageal reflux. Z Gastroenterol 1996; 34 (Suppl 2): 93 – 9 .

100.     Labenz J, Malfertheiner P. Treatment of uncomplicated reflux disease. World J Gastroenterol 2005; 11: 4291 – 9.

101.     Robinson M, Sahba B, Avner D et al. A comparison of lansoprazole and ranitidine in the treatment of erosive oesophagitis. Multicentre Investigational Group. Aliment Pharmacol Ther 1995; 9: 25 – 31.

102.     Vantrappen G, Rutgeerts L, Schurmans P et al. Omeprazole (40 mg) is superior to ranitidine in short-term treatment of ulcerative reflux esophagitis. ig Dis Sci 1988; 33: 523 – 9.

103.     van Pinxteren B, Sigterman KE, Bonis P et al. Short-term treatment with proton pump inhibitors, H2-receptor antagonists and prokinetics for gastro-oesophageal reflux disease-like symptoms and endoscopy negative reflux disease. Cochrane Database Syst Rev: CD002095 .

104.     D. Y. Graham and D. J. Patterson, "Double-blind comparison of liquid antacid and placebo in the treatment of symptomatic reflux esophagitis," Digestive Diseases and Sciences, vol. 28, no. 6, pp. 559–563, 1983.

105.     D. A. Lieberman, "Medical therapy for chronic reflux esophagitis. Long-term follow-up," Archives of Internal Medicine, vol. 147, no. 10, pp. 1717–1720, 1987.

106.     T. Poynbard, "Relapse rate of patients after healing of oesophagitis—a prospective study of alginate as self-care treatment for 6 months," Alimentary Pharmacology and Therapeutics, vol. 7, no. 4, pp. 385–392, 1993.

107.     Pettit M. Treatment of gastroesophageal reflux disease. Pharm World Sci 2005;27:432-435.

108.     K. R. De Vault and D. O. Castell, "Updated guidelines for the diagnosis and treatment of gastroesophageal reflux disease," The American Journal of Gastroenterology, vol. 94, no. 6, pp. 1434–1442, 1999.

109.     D. G. Colin-Jones, "The role and limitation of H2-receptor antagonists in the treatment of gastroesophgeal reflux disease," Alimentary Pharmacology & Therapeutics, vol. 9, pp. 9–14, 1995.

110.     R. Tutuian and D. O. Castell, "Management of gastroesophageal reflux disease," American Journal of the Medical Sciences, vol. 326, no. 5, pp. 309–318, 2003.

111.     Khan M, Santana J, Donnellan C, et al. Medical treatments in the short term management of reflux oesophagitis. Cochrane Database Syst Rev 2007;(2):CD003244.

112.    Fackler WK, Ours TM, Vaezi MF et al. Long-term effect of H2RA therapy on nocturnal gastric acid breakthrough. Gastroenterology 2002; 122: 625 – 32.

113.    Champion MC. Prokinetic therapy in gastroesophageal reflux disease. Can J Gastroenterol 1997; 11 (Suppl B) : 55B – 65B.

114.    Lee RD, Mulford D, Wu J et al. The effect of time-of-day dosing on the pharmacokinetics and pharmacodynamics of dexlansoprazole MR: evidence for dosing flexibility with a Dual Delayed Release proton pump inhibitor. Aliment Pharmacol Ther 2010; 31: 1001 – 11.

115.    Vesper BJ, Altman KW, Elseth KM, et al. Gastroesophageal reflux disease (GERD): is there more to the story? ChemMedChem 2008;3:552-559.

116.    E. C. Klinkenberg-Knol,F. Nelis, J. Dent et al., "Long-term omeprazole treatment in resistant gastroesophageal reflux disease: efficacy, safety, and influence on gastric mucosa," Gastroenterology, vol. 118, no. 4, pp. 661–669, 2000.

117.    M. Khan, J. Santana, C. Donnellan, C. Preston, and P. Moayyedi, "Medical treatments in the short term management of reflux oesophagitis," Cochrane Database of Systematic Reviews, no. 2, Article ID CD003244, 2007.

118.    R. Fass, "Proton-pump inhibitor therapy in patients with gastro-oesophageal reflux disease: putative mechanisms of failure," Drugs, vol. 67, no. 11, pp. 1521–1530, 2007.

119.    R. Jones, D. Armstrong, P. Malfertheiner, and P. Ducrott´e, "Does the treatment of gastroesophageal reflux disease (GERD) meet patients' needs? A survey-based study," Current Medical Research and Opinion, vol. 22, no. 4, pp. 657–662, 2006.

120.    R. Fass and D. Sifrim, "Management of heartburn not responding to proton pump inhibitors," Gut, vol. 58, no. 2, pp. 295–309, 2009.

121.    J. E. Richter, "The patient with refractory gastroesophageal reflux disease," Diseases of the Esophagus, vol. 19, no. 6, pp. 443–447, 2006.

122.    Pohle T, Domschke W. Results of short-and long-term medical treatment of gastroesophageal reflux disease (GERD). Langenbecks Arch Surg 2000;385:317-323.

123.    Gralnek IM, Dulai GS, Fennerty MB et al. Esomeprazole versus other proton pump inhibitors in erosive esophagitis: a meta-analysis of randomized clinical trials. Clin Gastroenterol Hepatol 2006; 4: 1452 – 8.

124.    Gerson LB, Mitra S, Bleker WF et al. Control of intra-oesophageal pH in patients with Barrett's oesophagus on omeprazole-sodium bicarbonate therapy . Aliment Pharmacol Ther 2012; 35: 803 – 9 .

125.    Metz DC, Vakily M, Dixit T et al. Review article: dual delayed release formulation of dexlansoprazole MR, a novel approach to overcome the imitations of conventional single release proton pump inhibitor therapy. Aiment Pharmacol Ther 2009; 29: 928 – 37.

126.    Dickman R, Boaz M, Aizic S et al. Comparison of clinical characteristics of patients with gastroesophageal reflux disease who failed proton pump inhibitor therapy versus those who fully responded. J Neurogastroenterol Motil 2011; 17: 387 – 94.

127.    Hatlebakk JG, Berstad A. Pharmacokinetic optimisation in the treatment
of gastro-oesophageal reflux disease. Clin Pharmacokinet 1996; 31: 386 – 406.

128.    Schindlbeck NE, Klauser AG, Berghammer G et al. Three year follow up
of patients with gastrooesophageal reflux disease. Gut 1992; 33: 1016 – 9.

129.    Vigneri S, Termini R, Leandro G et al. A comparison of five maintenance
therapies for reflux esophagitis. N Engl J Med 1995; 333: 1106 – 10.

130.    El-Serag HB, Aguirre TV, Davis S et al. Proton pump inhibitors are
associated with reduced incidence of dysplasia in Barrett's esophagus. Am J
Gastroenterol 2004; 99: 1877 – 83.

131.    Tack J. Recent developments in the pathophysiology and therapy of
gastroesophageal reflux disease and nonerosive reflux disease. Curr Opin
Gastroenterol 2005;21:454-460.

132.    Vesper BJ, Altman KW, Elseth KM, et al. Gastroesophageal reflux disease
(GERD): is there more to the story? ChemMedChem 2008; 3:552-559.

133.    Grossi L, Spezzaferro M, Sacco LF et al. Effect of baclofen on
oesophageal motility and transient lower oesophageal sphincter relaxations in
GERD patients: a 48-h manometric study. Neurogastroenterol Motil 2008; 20:
760 – 6.

134.    Koek GH, Sifrim D, Lerut T et al. Effect of the GABA(B) agonist
baclofen in patients with symptoms and duodeno-gastro-oesophageal reflux
refractory to proton pump inhibitors. Gut 2003; 52: 1397 – 402.

135.    Vela MF, Tutuian R, Katz PO et al. Baclofen decreases acid and nonacid
post-prandial gastro-oesophageal reflux measured by combined multichannel
intraluminal impedance and pH. Aliment Pharmacol Ther 2003; 17: 243 – 51 .

136.    Orr WC, Goodrich S, Wright S et al. The effect of baclofen on nocturnal
gastroesophageal reflux and measures of sleep quality: a randomized, cross-over
trial. Neurogastroenterol Motil 2012; 24: 553 – 9.

137.    Cange L, Johnsson E, Rydholm H et al. Baclofen-mediated
gastrooesophageal acid reflux control in patients with established reflux disease.
Aliment Pharmacol Ther 2002; 16: 869 – 73.

138.    del Genio G, Tolone S, del Genio F et al. Prospective assessment of
patient selection for antireflux surgery by combined multichannel
intraluminalimpedance pH monitoring . J Gastrointest Surg 2008; 12: 1491 – 6.

139.    Oelschlager BK, Quiroga E, Parra JD et al. Long-term outcomes after
laparoscopic antireflux surgery. Am J Gastroenterol 2008; 103: 280 – 7.

140.    Spechler SJ, Lee E, Ahnen D et al. Long-term outcome of medical and
surgical therapies for gastroesophageal reflux disease: follow-up of a randomized
controlled trial. JAMA 2001; 285: 2331 – 8.

141.    Ramos RF, Lustosa SA, Almeida CA et al. Surgical treatment of
gastroesophageal reflux disease: total or partial fundoplication? Systematic review
and meta-analysis. Arq Gastroenterol 2011; 48: 252 – 60 .

142.    Gibson PG, Henry RL, Coughlan JL. Gastro-oesophageal reflux treatment
for asthma in adults and children. Cochrane Database Syst Rev 2003, CD001496

143.    Swoger J, Ponsky J, Hicks DM et al. Surgical fundoplication in
laryngopharyngeal reflux unresponsive to aggressive acid suppression: a
controlled study. Clin Gastroenterol Hepatol 2006; 4: 433 – 41.

144.    Lipham JC, Demeester TR, Ganz RA et al. The LINX((R)) ref ux management system: conf rmed safety and efficacy now at 4 years. Surg Endosc 2012; 26: 2944 – 9.

145.    Sheen E, Triadafi lopoulos G . Adverse effects of long-term proton pump inhibitor therapy. Dig Dis Sci 2011; 56: 931 – 50.

146.    Lodato F, Azzaroli F, Turco L et al. Adverse effects of proton pump inhibitors. Best Pract Res Clin Gastroenterol 2010; 24: 193 – 201.

147.    "http://www.medical-reference.net/2012/02/breaking-news-fda-issues-warning-on.html" FDA Issued Warning on Several Proton Pump Inhibitors.

148.    Howell, Michael D.; Novack, Victor; Grgurich, Philip; Soulliard, Diane; Novack, Lena; Pencina, Michael; Talmor, Daniel (2010). "Iatrogenic Gastric Acid Suppression and the Risk of Nosocomial Clostridium difficile Infection". Archives of Internal Medicine 170 (9): 784– 90.doi:10.1001/archinternmed.2010.89. PMID 20458086.

149.    Deshpande, Abhishek; Pant, Chaitanya; Pasupuleti, Vinay; Rolston, David D.K.; Jain, Anil; Deshpande, Narayan; Thota, Priyaleela; Sferra, Thomas J. et al. (2012). "Association Between Proton Pump Inhibitor Therapy and Clostridium difficile Infection in a Meta-Analysis". Clinical Gastroenterology and Hepatology 10 (3): 225–33.doi:10.1016/j.cgh.2011.09.030. PMID 22019794.

150.    "Gut Reactions". Medical Observer.

151.    Laheij, Robert J. F.; Sturkenboom, Miriam C. J. M.; Hassing, Robert-Jan; Dieleman, Jeanne; Stricker, Bruno H. C.; Jansen, Jan B. M. J. (2004). "Risk of Community-Acquired Pneumonia and Use of Gastric Acid-Suppressive Drugs". JAMA 292 (16): 1955– 60. doi:10.1001/jama.292.16.1955. PMID 15507580.

152.    Field SK, Evans JA, Price LM. The effects of acid perfusion of the esophagus on ventilation and respiratory sensation. Am J Respir Crit Care Med. 1998;157:1058–62.

153.    Ing AJ, Ngu MC, Breslin AB. Pathogenesis of chronic persistent cough associated with gastro-esophageal reflux. Am J Respir Crit Care Med. 1994(99):2098–106.

154.    Adhami T, Goldblum JR, Richter JE, Vaezi MF. The role of gastric and duodenal agents in laryngeal injury: an experimental canine model. Am J Gastroenterol. 2004;99(11):2098–106. Epub 2004/11/24.

155.    Tuchman DN, Boyle JT, Pack AI, Scwartz J, Kokonos M, Spitzer AR, et al. Comparison of airway responses following tracheal or esophageal acidification in the cat. Gastroenterology. 1984;87(4):872–81. Epub 1984/10/01.

156.    Stanghellini V. Relationship between upper gastrointestinal symptoms and lifestyle, psychosocial factors and comorbidity in the general population: results from the Domestic/International Gastroenterology Surveillance Study (DIGEST). Scand J Gastroenterol Suppl. 1999;231:29–37. Epub 1999/11/24.

157.    Poe RH, Kallay MC. Chronic cough and gastroesophageal reflux disease: experience with specific therapy for diagnosis and treatment. Chest. 2003; 123(3):679–84. Epub 2003/03/12.

158.    Ronkainen J, Aro P, Storskrubb T et al. High prevalence of gastroesophageal reflux symptoms and esophagitis with or without symptoms in

the general adult Swedish population: a Kalixanda study report. Scand J Gastroenterol 2005; 40: 275 – 85.

159.     Gralnek IM, Dulai GS, Fennerty MB et al. Esomeprazole versus other proton pump inhibitors in erosive esophagitis: a meta-analysis of randomized clinical trials. Clin Gastroenterol Hepatol 2006; 4: 1452 – 8.

160.     Pandolfi no JE, Vela MF. Esophageal-reflux monitoring. Gastrointest Endosc 2009; 69: 917 – 30.

161.     Wiener GJ, Richter JE, Copper JB et al. The symptom index: a clinically important parameter of ambulatory 24-hour esophageal pH monitoring. Am J Gastroenterol 1988; 83: 358 – 61.

162.     Vaezi MF, Hicks DM, Abelson TI et al. Laryngeal signs and symptoms and gastroesophageal reflux disease (GERD): a critical assessment of cause and effect association. Clin Gastroenterol Hepatol 2003; 1: 333 – 44.

163.     Milstein CF, Charbel S, Hicks DM et al. Prevalence of laryngeal irritation signs associated with reflux in asymptomatic volunteers: impact of endoscopic technique (rigid vs. flexible laryngoscope). Laryngoscope 2005; 115: 2256 – 61.

164.     Kamel PL, Hanson D, Kahrilas PJ. Omeprazole for the treatment of posterior laryngitis. Am J Med 1994; 96: 321 – 6.

165.     Harding SM, Richter JE, Guzzo MR et al. Asthma and gastroesophageal reflux: acid suppressive therapy improves asthma outcome. Am J Med 1996; 100: 395 – 405.

166.     Fass R, Gasiorowska A. Refractory GERD: what is it? Curr Gastroenterol Rep 2008; 10: 252 – 7.

167.     Hampel H, Abraham NS, El-Serag HB. Meta-analysis: obesity and the risk for gastroesophageal reflux disease and its complications. Ann Intern Med 2005; 143: 199 – 211.

168.     El-Serag HB, Kvapil P, Hacken-Bitar J et al. Abdominal obesity and the risk of Barrett's esophagus. Am J Gastroenterol 2005; 100: 2151 – 6.

169.     Kahrilas PJ, Falk GW, Johnson DA et al. Esomeprazole improves healing and symptom resolution as compared with omeprazole in reflux oesophagitis patients: a randomized controlled trial. The Esomeprazole Study Investigators. Aliment Pharmacol Ther 2000; 14: 1249 – 58.

170.     Ruigomez A, Garcia Rodriguez LA, Wallander MA et al. Esophageal stricture: incidence, treatment patterns, and recurrence rate. Am J Gastroenterol 2006; 101: 2685 – 92.

171.     Wang A, Mattek NC, Holub JL et al. Prevalence of complicated gastroesophageal reflux disease and Barrett's esophagus among racial groups in a multi-center consortium. Dig Dis Sci 2009; 54: 964 – 71.

172.     Marks RD, Richter JE, Rizzo J et al. Omeprazole vs H2-receptor antagonists in treating patients with peptic stricture and esophagitis. Gastroenterology 1994; 106: 907 – 15.

173.     Smith PM, Kerr GD, Cockel R et al. A comparison of omeprazole and ranitidine in the prevention of recurrence of benign esophageal stricture. Restore Investigator Group. Gastroenterology 1994; 107: 1312 – 8.

174.     Ramage Jr JI, Rumalla A, Baron TH et al. A prospective, randomized, double-blind, placebo-controlled trial of endoscopic steroid injection therapy for

recalcitrant esophageal peptic strictures. Am J Gastroenterol 2005; 100: 2419 – 25.

175.    Altintas E, Kacar S, Tunc B et al. Intralesional steroid injection in benign esophageal strictures resistant to bougie dilation . J Gastroenterol Hepatol 2004; 19: 1388 – 91.

176.    Westhoff B, Brotze S, Weston A et al. The frequency of Barrett's esophagus in high-risk patients with chronic GERD . Gastrointest Endosc 2005; 61: 226 – 31.

177.    Hirano I, Zhang Q, Pandolfino JE, Kahrilas PJ. Four-day Bravo pH capsule monitoring with and without proton pump inhibitor therapy. Clin Gastroenterol Hepatol 2005; 3:1083-1088

178.    Garrean CP, Zhang Q, Gonsalves N, Hirano I. Acid reflux detection and symptom-reflux association using 4-day wireless pH recording combining 48-hour periods off and on PPI therapy. Am J Gastroenterol 2008; 103: 1631-1637

179.    Bredenoord AJ. Impedance-pH monitoring: new standard for measuring gastro-oesophageal reflux. Neurogastroenterol Motil 2008; 20: 434-439

180.    Blondeau K, Tack J. Pro: Impedance testing is useful in the management of GERD. Am J Gastroenterol 2009; 104: 2664-2666

181.    Shay S. A balancing view: Impedance-pH testing in gerd limited role for now, perhaps more helpful in the future. Am J Gastroenterol 2009; 104: 2669-2670

182.    Dent J. Microscopic esophageal mucosal injury in nonerosive reflux disease. Clin Gastroenterol Hepatol 2007; 5: 4-16

183.    Tobey NA, Carson JL, Alkiek RA, Orlando RC. Dilated intercellular spaces: a morphological feature of acid reflux- damaged human esophageal epithelium.  Gastroenterology 1996; 111: 1200-1205

184.    Zentilin P, Savarino V, Mastracci L, Spaggiari P, Dulbecco P, Ceppa P, Savarino E, Parodi A, Mansi C, Fiocca R. Reassessment of the diagnostic value of histology in patients with GERD, using multiple biopsy sites and an appropriate control group. Am J Gastroenterol 2005; 100: 2299-2306

185.    K. R. De Vault and D. O. Castell, "Updated guidelines for the diagnosis and treatment of gastroesophageal reflux disease," American Journal of Gastroenterology, vol. 100, no. 1, pp. 190–200, 2005.

186.    R. Fass, "Proton-pump inhibitor therapy in patients with gastro-oesophageal reflux disease: putative mechanisms of failure," Drugs, vol. 67, no. 11, pp. 1521–1530, 2007.

187.    R. Jones, H. R. Liker, and P. Ducrotté, "Relationship between symptoms, subjective well-being and medication use in gastro-oesophageal reflux disease," International Journal of Clinical Practice, vol. 61, no. 8, pp. 1301–1307, 2007.

188.    R. Jones, D. Armstrong, P. Malfertheiner, and P. Ducrotté, "Does the treatment of gastroesophageal reflux disease (GERD) meet patients' needs? A survey-based study," Current Medical Research and Opinion, vol. 22, no. 4, pp. 657–662, 2006.

189.    A. Lehmann, "Novel treatments of GERD: focus on the lower esophageal sphincter," European Review for Medical and Pharmacological Sciences, vol. 12, no. 1, pp. 103–110, 2008.

190.    J. Dent, P. J. Kahrilas, J. Hatlebakk et al., "A randomized, comparative trial of a potassium-competitive acid blocker (AZD0865) and esomeprazole for the treatment of patients with nonerosive reflux disease," American Journal of Gastroenterology, vol. 103, no. 1, pp. 20–26, 2008.

191.    G. Sachs, J. M. Shin, C. Briving, B. Wallmark, and S. Hersey, "The pharmacology of the gastric acid pump: the $H^+,K^+$ ATPase," Annual Review of Pharmacology and Toxicology, vol. 35, pp. 277–305, 1995.

192.    J. M. Shin, M. Besancon, K. Bamberg, and G. Sachs, "Structural aspects of the gastric H,K ATPase," Annals of the New York Academy of Sciences, vol. 834, pp. 65–76, 1997.

193.    Takeda Pharmaceutical Company Ltd, Product pipeline Takeda Pharmaceutical company Ltd, 2009.

194.    Yuhan Corporation, R&D Activity Pipeline, Yuhan Corporation, Yuhan Corporation, 2009.

195.    N. Vakil, "Review article: new pharmacological agents for the treatment of gastro-ocsophagcal reflux disease," Alimentary Pharmacology and Therapeutics, vol. 19, no. 10, pp. 1041–1049, 2004.

196.    Janssen Pharmaceutical, Letter. Propulsid tablets and suspension (cisapride), Janssen Pharmacetica. 2000.

197.    C. A. Thompson, "Novartis suspends tegaserod sales at FDA's request," American Journal of Health-System Pharmacy, vol. 64, no. 10, p. 1020, 2007. View at Publisher · View at Google Scholar · View at Scopus

198.    ARYZX Therapeutics Inc, 2009 Annual Report on Form 10-K, ARYX Therapeutics Inc, 2008.

199.    NCT00539240: Role of pain modulation in GERD patients who failed standard dose PPI, 2009,http://www.clinicaltrials.gov/.

200.    FDA. 2000, http://www.accessdata.fda.gov/cdrh_docs/pdf10/K103017.pdf.

201.    Filipi C J, Lehman G A, Rothstein R I. et al Transoral, flexible endoscopic suturing for treatment of GERD: a multicenter trial. Gastrointest Endosc 2001. 53416–422.

202.    Chen Y K, Raijman I, Ben-Menachem T. et al Long-term outcomes of endoluminal gastroplication: a U.S. multicenter trial. Gastrointest Endosc 2005. 61659–667.

203.    Mahmood Z, McMahon B P, Arfin Q. et al Endocinch therapy for gastro-oesophageal reflux disease: a one year prospective follow up. Gut 2003. 5234–39.

204.    Schiefke I, Zabel-Langhennig A, Neumann S. et al Long term failure of endoscopic gastroplication (EndoCinch). Gut 2005. 54752–758.