CASE NO.: 15-CV-61165-WPD

NetCE'S EXHIBIT 026

# CANCER AND CHEMOTHERAPY:

## A COMPREHENSIVE REVIEW

### Part I

## ABSTRACT

The term "chemotherapy" is currently and generally applied in reference to the medical treatment of cancer, although historically, it has a much more comprehensive meaning. Chemotherapy is now widely accepted as the medical term for the treatment of cancer with either a single or multiple cytotoxic anti-neoplastic drugs, also called "chemotherapeutic agents", as part of a standardized treatment protocol. Chemotherapy can be prescribed with the intent of healing, targeted to extend life, or added as part of a patient's palliative care. It is frequently used in combination with other cancer therapies, such as radiation therapy and/or surgery. Conventional anti-neoplastic agents work by killing cells that replicate and divide quickly, one of the key characteristics of most neoplastic cells. This signifies that chemotherapy also damages cells that replicate and divide quickly under normal conditions; cells such as those that exist in bone marrow, digestive tract, and hair follicles. This causes some of the most common side-effects found during chemotherapy: myelosuppression and immunosuppression, gastroenteritis, and alopecia.

Various modern anti-neoplastic drugs for example, monoclonal antibodies, are not universally cytotoxic, but rather focus specifically on the proteins that are aberrantly expressed in cancer cells which are crucial for their growth. Such therapies are often referred to as targeted therapy (vs. classic chemotherapy), and are regularly used in conjunction with traditional chemotherapeutic agents in anti-neoplastic treatment regimens. This course aims to review and present the most current information regarding cancer and chemotherapy. Specific topics include concepts of carcinogenesis, normal and cancer-cell biology, diagnosis and staging of cancer, treatment options, mechanisms of drug actions, administration parameters, adverse reactions, as well as preventive and symptomatic psychosocial and physiological patient care. The course is presented is two parts.

## ACTIVITY LENGTH

Part I: 9 Credit hours

Part II: 8 Credit hours

## LEARNING OBJECTIVES

After completion of this course, the student will be able to:

DEPOSITION
EXHIBIT
54

PENGAD 800-631-6989

1. Discuss the history of chemotherapy
2. Define the term "chemotherapy"
3. Define the following terms: cancer, neoplasm, mitosis, metastatic
4. Describe the physiology of a normal cell cycle
5. Identify the stages of the cell cycle
6. Discuss the pathophysiology of an abnormal cell cycle
7. Recognize the growth factors involved in neoplastic activity
8. Categorize the risk factors involved with cancer
9. Illustrate the pathways involved in apoptosis
10. Explain the process of carcinogenesis
11. Discuss the role of oncogenes in cancer causing mutations
12. Analyze treatment options for chemotherapy
13. Compare and contrast neoadjuvant vs. adjuvant chemotherapy
14. Identify clinical presentations where combination chemotherapy is recommended
15. List some of the more common chemotherapy regimens
16. Distinguish between curative and palliative treatment
17. Classify the traditional types of chemotherapy
18. Identify the mechanism of action in alkylating agents
19. Evaluate the effectiveness of anti-metabolites
20. Discuss various other classes of traditional chemotherapy agents, such as plant alkaloids, topoisomerases, and cytotoxic antibiotics
21. Classify the modern and experimental types of chemotherapy
22. Describe the dosage and delivery methods of chemotherapy
23. Characterize the adverse effects of immunosuppression vs. myelosuppression
24. Consider the adverse effects of a secondary neoplasm, infertility, and teratogenicity
25. Describe the neurological adverse effects associated with chemotherapy
26. Characterize Typhlitis and its effect on patient compliance
27. Develop an acceptable treatment regimens for individual patients with cancer based on their disease stage
28. Describe the limitations associated with chemotherapy
29. Understand the significance of a narrow therapeutic window
30. Appreciate the importance of limiting the occupational exposure to anti-neoplastic agents
31. Discuss the importance of patient and family member education with respect to treatment expectations
32. Design methods for educating patients on the regimens that improve patient compliance and prognosis outcomes.

**OUTLINE**

I.  Introduction
    A.  History
    B.  Definition/Terminology
II.  Principles
    A.  Neoplasms
        1. Definitions
            a. Cancer
            b. Neoplasm
            c. Mitosis
            d. Metastatic
        2. Cell cycle
        3. Growth factors
    B.  Pathophysiology
        1. Apoptosis
        2. Carcinogenesis
        3. Oncogenes
        4. Mutations
    C.  Risk Factors

III.  Treatment Approaches
    A.  Curative vs. Palliative
    B.  Neoadjuvant
    C.  Adjuvant
    D.  Combined

IV.  Traditional Types of Chemotherapy
    A.  Alkylating agents
    B.  Anti-metabolites
    C.  Plant alkaloids/Terpenoids
    D.  Topoisomerase Inhibitors
    E.  Cytotoxic antibiotics

V.  Modern & Experimental Types of Chemotherapy
    A.  Isolated infusion approach
    B.  Targeted delivery
    C.  Nanoparticles
    D.  Electrochemotherapy

VI.  Dosage and Delivery
    A.  Therapeutic vs. Toxic
    B.  Dosing schemes/guidelines
    C.  Isolated infusion/Intravenous/Oral

VII.  Adverse Effects
      A. Myelosuppression
      B. Immunosuppression
      C. Typhlitis
      D. Nausea/Vomiting
      E. Secondary neoplasm
      F. Infertility
      G. Teratogenicity
      H. Neurological

VIII.  Limitations/Inadequacies
       A.  Cure/Control/Remission
       B.  Toxicity levels
       C.  Patient's understanding

IX. Occupational Precautions
       A. Healthcare workers exposure
       B. Dissolution limits

X.  Communication
       A. Discussing expectations with patients & family
       B. Psychological support

XI. Conclusion

## INTRODUCTION

Approximately one-fourth of the US population will be diagnosed with cancer in their lifetime.  Around 25% of the newly diagnosed cancer will be cured either by surgery and/or local radiation; others will be treated with systemic chemotherapy.
Herbal and other preparations were used for treatment of cancer since ancient times. Recent archeological surveys have found that ancient Egypt and China used alcoholic herbal beverages containing many plant-derived compounds that had anticancer activity [1]. Dioscorides, Greek physician, in the first century A.D., compiled a listing of botanicals and herbs, including topical applications for treatment of various types of tumors and carcinomata [2]. These anti-cancer treatments were in use for the next 15 centuries [3]. Paul Ehrlich, in the early 1900s, coined the term "chemotherapy". The modern era of chemotherapy began accidentally in the 1940s when it was found that the mustard gas had a myelosuppressive effect.  In 1948, it was found that Folic acid analogue aminopterin was highly effective in the management of childhood acute leukemia.  Subsequently several anticancer drugs such as platinum compounds, imidizole, alkaloids, taxols, camptothecin analogs, etc, were discovered for the

management of different kinds of cancers. In 1965, Emil Frei, Emil Freireich and James Holland introduced the concept of combination chemotherapy. They introduced the first combination drug regimen (POMP regimen) which consisted of methotrexate, vincristine, 6-mercaptopurine (6-MP) and prednisone. This combination of drugs was highly successful in inducing long-term remissions in children with acute lymphoblastic leukemia. In the mid 70s Dr. Bernard Fisher and Dr. Gianni Bonadonna showed that adjuvant chemotherapy after total resection of breast tumors prolonged survival rate, especially in more advanced cancer. In 1964, Wall and Wani isolated Taxol which had cytotoxic effects on leukemic cells and solid tumors. Later on, in 1987, it was found that it was highly effective in ovarian cancer therapy. In 1966 camptothecins was discovered which later on was found to be highly effective in the treatment of lung and ovarian cancers. Other potent chemotherapeutic agents were discovered between 1970-1990, including anthracyclines and epipodophyllotoxins. These agents inhibited topoisomerase II, an enzyme which plays an important role in DNA synthesis. In 1997, FDA approved monoclonal antibodies rituximab, the first molecularly targeted cancer drug. It was highly effective in treating patients with B-cell non-Hodgkin's lymphoma refractory to other treatments. In 2004, FDA approved first anti-angiogenic drug, bevacizumab that blocks the growth of blood vessels that tumors needs to grow.

Thanks to rapid strides made in anti-cancer drug development, surgery and radiotherapy, number of cancer survivors in the world and particularly in developed nation is increasing every year. Approximately 12 million Americans have survived cancer in the year 2007. The cancer survival rate has increased four fold since 1971.

**Cell Cycle**

Normal healthy cells grow and divide in an orderly manner. Cell divides in an ordered pattern called cell cycle. Each cell cycle is divided into four stages. G1 and G2 are the initial two stages called gap phases. At this stage, the cell is not dividing, but actively. The third stage is called S (synthesis) phase. In this phase the DNA replicates itself and duplication of chromosomes occurs. The last stage is called the M (mitosis) phase. In this phase, separation of chromosomes in the nucleus takes place, and cytokinesis (Cytoplasmic division) occurs.

Time span of each phase during a typical cell cycle

| | |
|---|---|
| Mitosis Phase or M | 1 hr |
| Gap 1 Phase or G1 | 10 hrs |
| Synthesis Phase or S | 8 hrs |
| Gap 1 Phase or G2 | 5 hr |

| State | Phase | Description |
|---|---|---|
| quiescent/ senescent | Gap 0 or $G_0$ | A resting phase where the cell leaves the cell cycle and stops dividing. |

| Interphase | Gap 1 or $G_1$ | Cells increase in size in Gap 1. The $G_1$ checkpoint control mechanism ensures that everything is ready for DNA synthesis. |
|---|---|---|
| | Synthesis or S phase | DNA replication occurs during this phase. |
| | Gap 2 or $G_2$ phase | During the gap between DNA synthesis and mitosis, the cell will continue to grow. The $G_2$ checkpoint control mechanism ensures that everything is ready to enter the M (mitosis) phase and divide. |
| Cell division | Mitosis Phase | Cell growth stops at this stage and cellular energy is focused on the orderly division into two daughter cells. A checkpoint in the middle of mitosis (Metaphase Checkpoint) ensures that the cell is ready to complete cell division. |

There are two main checkpoints in the cell cycle that occur at the end of G1 and G2 phase. These checkpoints can prevent the cell form entering the synthesis or mitosis phase. Cells that are not in the process of dividing are in the G0 stage, which includes majority of adult cells. The first checkpoint, called restriction point, is located at the end of the cell cycle's $G_1$ phase, just when the cell is ready to enter into S phase. This checkpoint checks and ensures that the conditions are conducive for DNA replication. Many cells, especially adult cells, stop at this stage and enter a resting state called $G_0$. The second checkpoint, called postreplication checkpoint, is located at the end of $G_2$ phase. It triggers the start of the mitotic phase or M phase. This checkpoint ensures that all the postreplication repair processes are completed before the progression of a typical cell cycle. The timing of each phase of the cell cycle is controlled and regulated by a number of proteins. This regulation is impaired in cancer.

Cyclin-dependent kinases or CDKs are the major control switches of a typical cell cycle. They regulate the typical cell cycle. They also play an important role in regulating transcription, mRNA processing, and the differentiation of nerve cells [4]. Two key classes of regulatory molecules, cyclins and cyclin-dependent kinases (CDKs), control a cell's progress during the cell cycle [5]. Transcription factor called p53 is a protein that plays a crucial role in the cell cycle. It binds to DNA and activates transcription of a protein called p 21 that inhibits the activity of a cyclin-dependent kinase essential for progression through G1 phase. This inhibition allows optimum DNA repair before DNA replication. In case of extensive DNA damage p53 induces apoptosis (Programmed cell death or suicide). The most frequent mutation resulting in cancer is in the gene that makes p53. Other prominent proteins that stop the cell cycle by inhibiting cyclin dependent kinases are p16 and RB. Proteins p53 p16 and RB are potent tumor suppressors.

**Cell-cycle-phase–specific drugs**

| S phase–dependent | M phase–dependent |
|---|---|
| Antimetabolites | Vinca alkaloidsa |
|    Capecitabine |    Vinblastine |
|    Cytarabine |    Vincristine |
|    Doxorubicin |    Vinorelbine |
|    Fludarabine | Podophyllotoxins |
|    Floxuridine |    Etoposide |
|    Fluorouracil |    Teniposide |
|    Gemcitabine | Taxanes |
|    Hydroxyurea |    Docetaxel |
|    Mercaptopurine |    Paclitaxel |
|    Methotrexate | **G2 phase–dependent** |
|    Prednisone |    Bleomycin |
|    Procarbazine |    Irinotecan |
|    Thioguanine |    Mitoxantrone |
| |    Topotecan |
| | **G1 phase–dependent** |
| |    Asparaginase |
| |    Corticosteroids |

Some characteristics of commonly used antineoplastic agents

| Phase of the cell cycle | Name of the drug product | Common name | Molecular target |
|---|---|---|---|
| G0→G1 | Taxol | Paclitaxel | microtubules |
| G1 | None | | |
| G1→S transition | Hycamtin, Camptosar | topotecan, CPT-11 | topoisomerase I |
| S phase | Cytosar, Cladribine | ara-C, 2-chlorodeoxyadenosine | DNA synthesis |
| S→G2 transition | Etoposide | VP-16 | topoisomerase II |
| G2 | Blenoxane | bleomycin | ??? |
| M | Oncovin, Taxol | vincristine, paclitaxel | microtubules |
| Nonspecific | Platinol | cisplatinum | nucleophiles |
| Nonspecific | Adriamycin | doxorubicin | topoisomerase II, DNA |
| Nonspecific | Cytoxan | cyclophosphamide | nucleophiles |

| Normal cells | Cancer cells |
|---|---|
| Normal cells need external growth factors for cell division. The cell stops dividing in absence of these growth factors. | Cancer cells do not need growth factors for cell division. The cells divide even in absence of these growth factors. |

| | Consequently, they do not behave as part of the tissue. |
|---|---|
| Normal cells show contact inhibition i.e. cell division stops upon contact with other cells. Normal healthy cells divide to fill in a gap, but the cell division ceases when there are enough cells to fill the gap. | Cancer cells lack contact inhibition and they continue to grow even after they touch other cells. |
| Normal healthy cells age and die, and are replaced in a controlled and orderly manner by new cells. Normal cells can divide only about fifty times before they die because DNA can be replicated only a limited number of times. Each time the chromosome replicates, the ends (telomeres) shorten. In growing cells, the enzyme telomerase replaces these lost ends. Adult cells lack telomerase, limiting the number of times the cell can divide. | Cancer cells can divide unlimited number of times because the enzyme telomerase is activated in cancer cells. |
| Normal cells cease to divide and die in case there is DNA damage or abnormal cell division. | Cancer cells divide incessantly even when there is a large amount of damage to DNA or abnormal cell division. These progeny cancer cells contain the abnormal DNA; so, as the cancer cells continue to divide they accumulate even more damaged DNA |

Acquired characteristics or hallmarks of cancer:

1. Avoidance of apoptosis
2. Self-sufficiency in growth signals
3. Insensitivity to anti-growth signals
4. Angiogenesis
5. Unlimited number of cell division
6. Tissue invasion and metastases

Carcinogenesis is a gradual process by which normal cells are transformed into cancer cells. It is characterized by gradual alterations on cellular and genetic level that causes uncontrolled cell division of a cell. Under healthy conditions, the balance between proliferation and programmed cell death (apoptosis) is maintained. Mutations in DNA impair this fine balance resulting in cancer. However, it is important to note that only a few mutations can lead to cancer and the majority of mutations have no significant bearing. Usually several mutations to certain classes of genes are needed before a normal cell becomes a cancer cell [6]. Mutation in genes, that play important role in cell division, DNA repair and apoptosis, usually lead to cancer.

**Types of Mutations**

| DNA Alteration | Genetic Change |
|---|---|

| DNA Mutations | Changes in the sequence of nucleotides in DNA |
|---|---|
| Translocations | Movements of large amounts of DNA to a different chromosome |
| Gene Amplification | Production of several copies of a gene or set of genes at one location on a chromosome |
| Inversions | Segments of DNA are released from a chromosome and then re-inserted in the opposite orientation |
| Duplications/Deletions | A gene or group of genes may be copied more than one time within a chromosome or lost entirely |
| Aneuploidy | Loss or gain of entire chromosomes |
| Epigenetic Changes | Alteration in the DNA and chromatin that do not change the sequence. It is not a mutation in the classic sense |

Mutations can develop because of number of factors which include:
- Copying errors during DNA replication
- Spontaneous cleavage of DNA molecules
- Viruses through introduction of viral DNA. Viruses such as HIV, Hep B, HPV, etc are the major culprit.
- Reaction with chemical by-products
- Reaction with chemicals that can alter genes or are genotoxic
- Radiation such as ionizing radiation or ultraviolet rays
- Repeated Trauma. Certain conditions or disease such as Crohn's, gastritis, cirrhosis, can lead to cancer as they cause repeated trauma in specific locations of the body

Gene alteration that impairs the regulation of cell growth and differentiation is essential in cancer [7]. There are two types of human genes that are affected by genetic alterations. The first group of genes, called proto-oncogenes, is responsible for producing protein products that accelerate cell division or inhibit apoptosis. Oncogenes are the mutated forms of proto-oncogenes. Activated oncogenes enhance cell proliferation and inhibit apoptosis [8]. Oncogenes often undergo mutation or expressed at high levels in tumor cells [9]. It is believed that mutation in other genes or certain environmental factors trigger oncogenes to cause cancer. Several oncogenes have been identified which play a key role in causing cancer. Many anti-cancer chemotherapeutic agents target the proteins encoded by oncogenes [9-12].
Proto-oncogene can transform into an oncogene in the following ways:
- Mutation of the proto-oncogene
- Gene rearrangement in the chromosome that moves the proto-oncogene to a new location
- Increase in the number of copies of the normal proto-oncogene.

**Some Genes Associated with Cancer**

| NAME | FUNCTION | EXAMPLES of Cancer/Diseases | TYPE of Cancer Gene |
|---|---|---|---|

| APC | regulates transcription of target genes | Familial Adenomatous Polyposis | tumor suppressor |
|---|---|---|---|
| BCL2 | involved in apoptosis; stimulates angiogenesis | Leukemia; Lymphoma | oncogene |
| BLM | DNA repair | Bloom Syndrome | DNA repair |
| BRCA1 | may be involved in cell cycle control | Breast, Ovarian, Prostatic, & Colonic Neoplasms | tumor suppressor |
| BRCA2 | DNA repair | Breast & Pancreatic Neoplasms; Leukemia | tumor suppressor |
| HER2 | tyrosine kinase; growth factor receptor | Breast, Ovarian Neoplasms | oncogene |
| MYC | involved in protein-protein interactions with various cellular factors | Burkitt's Lymphoma | Oncogene |
| p16 | cyclin-dependent kinase inhibitor | Leukemia; Melanoma; Multiple Myeloma; Pancreatic Neoplasms | tumor suppressor |
| p21 | cyclin-dependent kinase inhibitor | | tumor suppressor |
| p53 | apoptosis; transcription factor | Colorectal Neoplasms; Li-Fraumeni Syndrome | tumor suppressor |
| RAS | GTP-binding protein; important in signal transduction cascade | Pancreatic, Colorectal, Bladder Breast, Kidney, & Lung Neoplasms; Leukemia; Melanoma | oncogene |
| RB | regulation of cell cycle | Retinoblastoma | tumor suppressor |
| SIS | growth factor | Dermatofibrosarcoma; Meningioma; Skin Neoplasms | oncogene |
| XP | DNA repair | Xeroderma pigmentosum | DNA repair |

Proto-oncogenes code for the proteins that stimulate cell division. These signaling proteins through a number of steps called signal transduction cascade or pathway activate the genes responsible for cell division. The oncogenes stimulate the signaling cascade incessantly resulting in uncontrolled cell division. For example, MYC is a regulator proto-oncogene that codes for a transcription factor. Mutations in *MYC* proto-oncogene convert it into an oncogene associated with 70% of cancers. Similarly mutations in RAS proto-oncogene can lead to a variety of cancers including thyroid, lung, pancreatic and colon carcinomas.

| Category | Examples | Cancers | Gene functions |
|---|---|---|---|
| Growth factors, or mitogens | c-Sis | glioblastomas, fibrosarcomas, osteosarcomas, breast carcinomas, andmelanomas | Induces cell proliferation. |

| | | [13] | |
|---|---|---|---|
| Receptor tyrosine kinases | epidermal growth factor receptor(EGFR), platelet-derived growth factor receptor (PDGFR), and vascular endothelial growth factor receptor (VEGFR), HER2/neu | Breast cancer, gastrointestinal stromal tumours, non-small-cell lung cancer and pancreatic cancer [14] | transduce signals for cell growth and differentiation. |
| Cytoplasmic tyrosine kinases | Src-family, Syk-ZAP-70 family, and BTKfamily of tyrosine kinases, the Abl gene in CML - Philadelphia chromosome | colorectal and breast cancers, melanomas, ovarian cancers, gastric cancers, head and neck cancers, pancreatice cancer, lung cancer, brain cancers, and blood cancers [15] | mediate the responses to, and the activation receptors of cell proliferation, migration, differentiation, and survival [16] |
| Cytoplasmic Serine/threonine kinases and their regulatory subunits | Raf kinase, and cyclin-dependent kinases (through overexpression). | malignant melanoma, papillary thyroid cancer, colorectal cancer, and ovarian cancer [17] | Involved in organism development, cell cycle regulation, cell proliferation, differentiation, cells survival, and apoptosis [18] |
| Regulatory GTPases | Ras protein | adenocarcinomas of the pancreas and colon, thyroid tumors, and myeloid leukemia [19] | involved in signalling a major pathway leading to cell proliferation [20]. |
| Transcription factors | myc gene | malignant T-cell lymphomas and acute myeloid leukemias, breast cancer, pancreatic cancer, retinoblastoma, and small cell lung cancer [21] | They regulate transcription of genes that induce cell proliferation. |

The second group of genes, called tumor suppressors, is responsible for production of proteins that normally prevent cell division or induce apoptosis or cell death. Mutations in tumor suppressor genes results in loss of function of these genes leading to uninhibited cell growth and division. Such genes are usually recessive; therefore, the trait is not expressed till mutation occurs in both copies of the normal gene. It is important to note that generally tumor suppressor alleles are recessive and mutant oncogene alleles are usually dominant.

| Tumor Suppressor | Function | Cancer |
|---|---|---|
| APC | Controls the function of specific transcription factors which are involved in tumorigenesis, and development and homeostasis of some cell types including epithelial and lymphoid cells. APC has also been implicated in cell proliferation and other cellular activities such as migration, and adhesion. | Familial adenomatous and non-inherited colorectal carcinomas |
| BRCA1, BRCA2 | DNA Damage Repair | Inherited breast cancers; ovarian cancers |
| CDKN2A | Gene locus that encodes the tumor suppressors p16 and p14ARF. | Brain tumors |
| DCC | Netrin-1 receptor. Regulation of cell proliferation and apoptosis of intestinal epithelium. | Colorectal carcinomas |
| DPC4 (SMAD4) | Transciptional factor involved in development; Implicated in metastasis and tumor invasiveness. | Colorectal tumors, pancreatic neoplasia |
| MADR2/JV18 (SMAD2) | Mediates signaling from growth factor receptors. Assists in transport of SMAD4 into nucleus. | Colorectal cancer |
| MEN1 | Codes for the men in protein that interacts with transcription factors, DNA repair proteins, cytoskeletal proteins and others. Function | Multiple endocrine neoplasia type 1 |

| | not clearly defined. | |
|---|---|---|
| MTS1 | Inhibitor of cyclin-dependent kinases; regulates cell cycle passage from G1 into S. | Melanomas |
| NF1 | RAS GTPase activating protein (RAS-GAP) | Neurofibromatosis type 1 |
| NF2 | ERM protein; organize plasma membrane by assembling protein complexes and linking them to actin. | Neurofibromatosis type 2 |
| p53 | Encodes a transcription factor for p21, a protein that arrests the cell cycle in G1 phase.  p53 integrates signals related to cell size, DNA integrity and chromosome replication. | Bladder, breast, colorectal, esophageal, liver, lung, prostate, and ovarian carcinomas; brain tumors, sarcomas, lymphomas, and leukemias |
| PTEN | Lipid phosphatase.  Regulates cell survival | Cowden syndrome; increased risk of breast and thyroid cancer |
| Rb | Binds to, and inhibits, the E2F transcription factor.  Halts cell cycle progression | Retinoblastoma, sarcomas; bladder, breast, esophageal, prostate, and lung carcinomas |
| VHL | Cell cycle regulation.  May increase stability and activity of p53 | Renal cell carcinomas |
| WRN | DNA helicase and exonuclease. Involved in repair of DNA breaks. | Werner syndrome |
| WT1 | Transcription factor.  Essential role in development. | Wilms tumors (pediatric kidney cancer) |

**CLASSIFICATION OF CHEMOTHERAPY DRUGS BY MECHANISM OF ACTION**

| CLASSIFICATION/MECHANISM OF ACTION | MEDICATION NAMES | INDICATIONS | IMPORTANT CONSIDERATIONS |
|---|---|---|---|
| **Alkylating Agent**<br>• Cell cycle phase-nonspecific.<br>• Breaks the DNA strand, thereby interfering with DNA | Altretamine<br>Busulfan<br>Chlorambucil<br>Cyclophospha | Cancers:<br>• ovaries<br>• testicles<br>• cervix | Alkylating agents can cause pulmonary toxicity. |

| replication. • The damage to the DNA molecule prevents cell division and if severe enough leads to cell death | mide Melphalan Temozolomide | • endometrial • refractory anaplastic astrocytoma • lung • breast • leukemias • Hodgkin's and non-Hodgkin's lymphoma • multiple myeloma • neuroblastoma • retinoblastoma • preparation for stem cell/bone marrow transplant • bone marrow disorders • Waldenstrom's macroglobuline mia • Choriocarcinom a • Burkitt's lymphoma • Rhabdomyosarc oma • Ewing's sarcoma Non-Cancers: (cyclophospham ide) • Rejection prophylaxis for organ transplants, autoimmune disorders (rheumatoid disorders, MS, ITP, lupus) nephritic | **Busulfan** – crosses blood/brain barrier and can cause seizures in high doses. Administer seizure prophylaxis. Causes hyperpigmentatio n. **Chlorambucil** – contraindicated in patients with seizure history and within one month of radiation and/or cytotoxic therapy. **Cyclophosphami de** – causes hemorrhagic cystitis. Give dose early in the day. Ensure adequate hydration. Have patient empty bladder frequently. An indwelling catheter may be necessary with high doses. When giving a high dose, administer with Mesna. Pelvic irradiation potentiates hemorrhagic cystitis. May cause a hypersensitivity reaction and can be toxic to the kidneys. To |

| | | syndrome, hemolytic anemia | prevent nasal stuffiness and facial flushing, slow infusion. **Melphalan** – Myelosuppression may be delayed and prolonged. |
|---|---|---|---|
| **Nitrosourea**<br>• Cell cycle phase-non-specific.<br>• Subtype of alkylating agent.<br>• Breaks DNA helix & interferes with DNA replication. | Lomustine | • Lung cancer<br>• Renal carcinoma<br>• Hodgkin & non-Hodgkin lymphoma<br>• malignant melanoma<br>• colon cancers<br>• CNS & brain tumors | **Lomustine** – crosses the blood-brain barrier. Delayed myelosupression. |
| **Antimetabolite**<br>• Generally cell cycle phase specific with the majority of their activity during the S phase of the cell cycle.<br>• They interfere with the normal synthesis of nucleic acids by inhibiting critical enzymes thus affecting DNA, RNA and protein synthesis. | Capecitabine<br>Mercaptopurine<br>Methotrexate<br>Thioguanine<br>Tegafur-uracil | <u>Cancers</u>:<br>• Breast (metastatic)<br>• colon (metastatic) and other GI carcinomas<br>• soft tissue sarcoma<br>• esophagus<br>• head & neck<br>• testicular<br>• lung cancers<br>• osteogenic sarcoma<br>• non-Hodgkin lymphoma<br>• other lymphomas<br>• leukemias<br><u>Non-Cancer</u>:<br>(methotrexate)<br>• psoriasis, rheumatoid arthritis | **Capecitabine** – Causes hand-foot syndrome.<br>**Methotrexate** – Follow high doses with Leucovorin & vigorous hydration. Monitor serum methotrexate levels. Instruct patient on strict mouth care and photosensitivity precautions. Patient should not take multivitamins with folic acid. Causes nail changes, hand-foot syndrome and radiation recall. Can be toxic to the liver and kidneys and can |

| | | | cause pneumonitis. Can be given intrathecally. |
|---|---|---|---|
| **Miscellaneous**<br>• Varied mechanisms.<br>• Can be cell cycle phase specific or non-specific. | Tretinoin(ATRA)<br>Hydroxyurea<br>Imatinib mesylate<br>Mitotane<br>Procarbazine | • Hematologic conditions<br>• Hodgkin's Disease<br>• acute promyelocytic leukemia (APL)<br>• GI stromal tumors<br>• CML<br>• malignant melanoma<br>Cancers of:<br>• Uterus<br>• Cervix<br>• Non-small cell lung<br>• Brain<br>• Head and neck<br>• Renal cell<br>• Ovaries<br>• Prostate<br>• Adrenal cortex<br><br>Non-Cancer:<br>(Hydroxyurea)<br>• psoriasis, sickle-cell anemia | **Hydroxyurea** – dose needs to be adjusted according to blood counts but changing too frequently can result in response delay. Patients need strict mouth care. Lymphoma patients are at a higher risk of developing Tumor Lysis Syndrome.<br>**Imatinib mesylate** – weigh patients OD and monitor fluid retention. Potency is affected by many other medications. May interact with warfarin. Monitor CBC, differential and liver function tests.<br>**Procarbazine** – avoid foods high in tyramine (red wine, ripe cheese, yogurt, bananas). Can cause neurotoxicity. |

**Risk Factors**

Some cancers, especially in adults, are linked to certain risk factors. The following risk factors are associated with the development of cancer.

- Lifestyle factors – Smoking tobacco, high-fat diet, exposure to UV radiation or exposure to certain carcinogenic chemicals) over long periods of time can lead to

cancer.  Unhealthy diet, poor physical activity, and obesity are linked to development of cancer and approximately one-third of cancer mortalities 22-23]. People who eat few vegetables, fruits and whole grains, but eat more processed or red meats are more prone to cancers.  Several studies have linked a high salt diet to gastric cancer (highly prevalent in Japan), aflatoxin B1with liver carcinoma, and Betel nut chewing with oral cancer which is highly prevalent in India [24]. US immigrants have increased risk of cancer often within one generation, indicating a close association between diet and cancer [25].

- Genetic factors – Family history, inheritance and genetics also play a crucial important role in several types of cancers; however, only less than 3–10% of all cancers are because of genetic factors [26].  People with inherited gene BRCA1 and BRCA2 mutations have significantly higher chance of developing breast cancer and ovarian cancer.  It is observed that some gene alterations are inherited which implies that chance of developing cancer in such individual increases.

- Virus and other infections – It is estimated that around 18% of all cancers are related to infectious diseases [22]. Exposure to certain viruses, such as the HIV and human papilloma virus, has been associated with an increased risk of developing certain types of cancers.  It is believed that virus can alter a cell in such a way that they subsequently can become cancerous.  Certain bacteria Helicobacter pylori are also associated with increased risk of gastric carcinoma [27.  Certain parasitic infections are also strongly associated with cancer.  For example, Schistosoma haematobium, a trematode, is linked to squamous cell carcinoma of the bladder [28].

- Environmental exposures – Exposure to pesticides, certain chemicals, fertilizers, etc have also been linked to cancers.  Approximately 10% of invasive cancers are linked to radiation exposure.  Additionally, a large number of non-invasive cancers are linked to non-ionizing radiation.  Certain substances cause cancer predominantly their physical effects on cells [29]. For instance, prolonged asbestos exposure can lead to mesothelioma.

- Hormones - Increased levels of certain hormones is associated with some types of cancers.  Increased level of estrogen and progesterone is usually seen in patients with breast cancer.  Osteosarcoma is also associated with increased levels of growth hormones [30].

- Smoking - There is a close relationship between prolonged tobacco use and cancer in the lung, larynx, head, neck, stomach, bladder, kidney, esophagus and pancreas [31].  Tobacco smoke contains more than fifty known carcinogens [32]. Tobacco is responsible for approximately 205 of all cancer deaths five worldwide, [32] which increases to more than 30% the developed world [33].

**Mechanisms of Drug Resistance**

| DRUG | MECHANISM OF RESISTANCE |
|---|---|
| Methotrexate | Decreased influx |
|  | Decreased polyglutamylation |
|  | Increased polyglutamylate hydrolase |
|  | Increased DHFR activity |

| | Altered DHFR |
|---|---|
| Fluorouracil | Decreased activation<br>Decreased incorporation in RNA<br>Increased thymidylate synthase<br>Decreased nucleotide formation |
| 6-Mercaptopurine | Decreased uptake<br>Increased breakdown<br>Poor nucleotide formation |
| Alkylating agents | Poor uptake (nitrogen mustard)<br>Increased catabolism or inactivation<br>Increased repair of DNA damage |
| Cisplatin | Poor uptake<br>Increased catabolism or inactivation<br>Increased repair of DNA damage |
| Doxorubicin | Increased efflux (MDR)<br>Altered topoisomerase II binding |
| Vinblastine,<br>vincristine | Increased efflux (MDR)<br>Decreased binding to tubulin<br>Increased breakdown |
| Taxol | Increased efflux (MDR)<br>Decreased binding to tubulin |
| Nitrosoureas | Repair of alkylated DNA (O6-methyl transferase) |
| L-Asparaginase | Increased asparagine synthetase |
| Abbreviations: DHFR, Dihydrofolate reductase; DMR, multidrug resistance. | |

## CHEMOTHERAPY- PRINCIPLES

Chemotherapy is the treatment of cancer with one or more than more anti-cancer agents. It aims to cause a lethal cytotoxic event or apoptosis in the cancer cell that can stop tumor's progression. Chemotherapy is usually directed towards DNA or against metabolic sites that are crucial to cell replication. Ideally, chemotherapy should only interfere with cellular processes that are specific and confined to cancer cells. However, majority of chemotherapeutic agents are non-specific and target both normal and malignant cells. Therefore, majority of chemotherapeutic agents have a steep dose-response curve for therapeutic as well as toxic effects.

There are three possible aims of chemotherapy treatment:
1. Cure: The ultimate goal of chemotherapy is a cure i.e. long-term, disease-free survival of the cancer patient. Curative intent therapy aims to eradicate every neoplastic cell.
2. Control: In case cure is not possible, then the goal becomes control of the disease. It aims to stop the cancer from growing and spreading in order to extend survival and maintain the best quality of life. In such cases the cancer is treated as a chronic disease. When the goal of chemotherapy is either cure or control, the neoplastic cell burden is initially reduced. The reduction in neoplastic cell burden is achieved through surgery and/or by radiation, followed by other modes of

treatment such as chemotherapy, immunotherapy, or combination of both the treatment modalities.

3. Palliation: In advanced or later stages of cancer, the probability of cancer control is almost zero.  In such cases, palliative therapy is preferred in order to reduce the symptoms and minimize the risk of life-threatening toxicity. Chemotherapeutic drugs in palliative therapy may not improve the survival period but are used to relieve symptoms caused by the cancer and improve the overall quality of life.

**Indications for treatment:**

Chemotherapy is indicated to patients with disseminated neoplasms and if the tumors are not amenable to surgery. Adjuvant chemotherapy is indicated as a supplemental treatment to prevent and attack micrometastases following surgery and radiation treatment. Adjuvant therapy is usually given in colorectal cancer, breast cancer, lung cancer, etc. Adjuvant chemotherapy is prescribed to patients after surgery or radiation treatment especially when there is a high probably of cancer recurrence.  Adjuvant chemotherapy is helpful in eliminating undetectable metastatic cancer cells.  Even if adjuvant chemotherapy is not curative, it does make the relapses longer.  Adjuvant chemotherapy is usually initiated within 3-5 weeks after surgery and the duration of treatment depends on the type of cancer.  For example, patients with breast cancer are given adjuvant chemotherapy for 3-9 months. Adjuvant chemotherapy in colon cancer is usually less than six months.

Neoadjuvant chemotherapy is given prior to the surgery in order to shrink the cancer.  It can also destroy small collection of cancer cells that cannot be detected by CT scans. Neoadjuvant chemotherapy reduces tumor mass which in turn decreases the extent and invasiveness of a surgery resulting in overall improvement in the ability to differentiate between normal and cancerous cells and tissue.  This treatment enables surgery even for non-operable tumors by shrinking the tumor size of the tumor.  For example, neoadjuvant hormone therapy is usually given prior to radical radiotherapy for adenocarcinoma of the prostate. Neoadjuvant chemotherapy is of great help in inoperable breast, colorectal and lung cancers [34-37].  It is also suited for breast-conserving surgery, tumors with borderline respectability [35- 38 2-5] and locally advanced cancers [35- 39].  Recent studies have observed significant survival rates in breast [40] and lung [41-42] cancers.  Chemotherapy given in lower doses in order to achieve along periods of remission is called maintenance chemotherapy.

**Combination chemotherapy**

In combination chemotherapy, different chemotherapeutic agents work through different mechanisms in order to kill cancer cells. In 1963, the first successful combination chemotherapy MOPP was given to the patients for treatment of lymphomas.  At present, almost all the successful chemotherapy regimens use combination chemotherapy.

Combination chemotherapy is usually better than single-agent therapy because of the following factors:

1. Combination chemotherapy provides maximum which is well within the range of toxicity tolerated by the host for each chemotherapeutic agent.

2. It also provides a much wider range of coverage of resistant cancer cells in a tumor population, especially heterogeneous ones.
3. It prevents or slows down the development of new drug-resistant cancer cells.

**Selection of chemotherapeutic drugs for combination regimens**

The following principles are a great tool to guide selection of chemotherapeutic agents in combination regimens:

- Chemotherapeutic agents that are active as single agents are chosen for combination regimens. Agents that are capable of inducing complete remissions should also be preferred.
- Chemotherapeutic agents with different mechanisms of action are combined in order for synergistic effects on the cancer cells or tumor.
- Chemotherapeutic agents with different dose-limiting toxicities are combined allowing each agent to be given at optimum therapeutic doses.
- Chemotherapeutic agents should be prescribed in their optimal dose and schedule.
- Chemotherapeutic agents in combination therapy should be administered at consistent intervals.
- Cross-resistance should be minimized by using chemotherapeutic agents with different patterns of resistance.

| Name | Components | Example of uses, and other notes |
|------|-----------|-----------------------------------|
| **ABVD** | Adriamycin (doxorubicin), bleomycin, vinblastine, dacarbazine | Hodgkin's lymphoma |
| **AC** | Adriamycin (doxorubicin), cyclophosphamide | Breast cancer |
| **BEACOPP** | Bleomycin, etoposide, Adriamycin (doxorubicin), cyclophosphamide, Oncovin (vincristine), procarbazine, prednisone | Hodgkin's lymphoma |
| **BEP** | Bleomycin, etoposide, platinum agent (cisplatin (Platinol)) | Testicular cancer, germ cell tumors |
| **CA** | Cyclophosphamide, Adriamycin (doxorubicin) (same as AC) | Breast cancer |
| **CAF** | Cyclophosphamide, Adriamycin (doxorubicin), fluorouracil (5-FU) | Breast cancer |
| **CAV** | Cyclophosphamide, Adriamycin (doxorubicin), vincristine | Lung cancer |
| **CBV** | Cyclophosphamide, BCNU (carmustine), VP-16 (etoposide) | Lymphoma |
| **ChlVPP/ EVA** | Chlorambucil, vincristine (Oncovin), procarbazine, prednisone, etoposide, vinblastine | Hodgkin's lymphoma |

| | , Adriamycin (doxorubicin) | |
|---|---|---|
| **CHOP** | Cyclophosphamide, hydroxydaunorubicin (doxorubicin), vincristine (Oncovin), prednisone | Non-Hodgkin lymphoma |
| **CHOP-R** or **R-CHOP** | CHOP + rituximab | B cell non-Hodgkin lymphoma |
| **COP** or **CVP** | Cyclophosphamide, Oncovin (vincristine), prednisone | Non-Hodgkin lymphoma in patients with history of cardiovascular disease |
| **CMF** | Cyclophosphamide, methotrexate, fluorouracil (5-FU) | Breast cancer |
| **COPP** | Cyclophosphamide, Oncovin (vincristine), procarbazine, prednisone | Non-Hodgkin lymphoma |
| **CVAD / HyperCVAD** | Cyclophosphamide, Vincristine, Adriamycin (doxorubicin),dexamethasone | Aggressive non-Hodgkin lymphoma,lymphoblastic lymphoma, some forms ofleukemia |
| DT-PACE | Dexamethasone, Thalidomide, Cisplatin or Platinol, Adriamycin ordoxorubicin, Cyclophosphamide, Etoposide | Multiple myeloma |
| **EC** | Epirubicin, cyclophosphamide | Breast cancer |
| **ECF** | Epirubicin, cisplatin, fluorouracil (5-FU) | Gastric cancer and oesophageal cancer |
| **EP** | Etoposide, platinum agent (cisplatin (Platinol)) | Testicular cancer, germ cell tumors |
| **EPOCH** | Etoposide, prednisone, Oncovin, cyclophosphamide, andhydroxydaunorubicin | Lymphomas |
| **FEC** | Fluorouracil (5-FU), epirubicin, cyclophosphamide | Breast cancer |
| **FL** (Also known as Mayo) | Fluorouracil (5-FU), leucovorin (folinic acid) | Colorectal cancer |
| **FOLFOX** | Fluorouracil (5-FU), leucovorin (folinic acid), oxaliplatin | Colorectal cancer |
| **FOLFIRI** | Fluorouracil (5-FU), leucovorin (folinic acid), irinotecan | Colorectal cancer |
| **ICE** | ifosfamide, carboplatin, etoposide (VP-16) | Aggressive lymp |

| | | |
|---|---|---|
| | | homas, progressiveneuro blastoma |
| **ICE-R** | ICE + rituximab | High-risk progressive or recurrent lymphomas |
| **m-BACOD** | Methotrexate, bleomycin, Adriamycin (doxorubicin), cyclophosphamide, Oncovin (vincristine), dexamethasone | Non-Hodgkin lymphoma |
| **MACOP-B** | Methotrexate, leucovorin (folinic acid), Adriamycin (doxorubicin),cyclophosphamide, Oncovin (vincristine), prednisone, bleomycin | Non-Hodgkin lymphoma |
| **MOPP** | Mechlorethamine, Oncovin (vincristine), procarbazine, prednisone | Hodgkin's lymphoma |
| **MVAC** | methotrexate, vinblastine, adriamycin, cisplatin | Advanced bladder cancer[4] |
| **PCV** | Procarbazine, CCNU (lomustine), vincristine | Brain tumors |
| **POMP** | 6-mercaptopurine (Purinethol), vincristine (Oncovin), methotrexate, andprednisone | acute adult leukemia[5] |
| **ProMAC E-MOPP** | Methotrexate, Adriamycin (doxorubicin), cyclophosphamide, etoposide +MOPP | Non-Hodgkin lymphoma |
| **ProMAC E-CytaBO M** | Prednisone, doxorubicin (adriamycin), cyclophosphamide, etoposide,cytarabine, bleomycin, Oncovin (vincristine), methotrexate, leucovorin | Non-Hodgkin lymphoma |
| **R-FCM** | Rituximab, fludarabine, cyclophosphamide, mitoxantrone | B cell non-Hodgkin lymphoma |
| **Stanford V** | Doxorubicin, mechlorethamine, bleomycin, vinblastine, vincristine,etoposide, prednisone | Non-Hodgkin lymphoma |
| **Thal/Dex** | Thalidomide, dexamethasone | Multiple myeloma |
| **TIP** | Paclitaxel, ifosfamide, platinum agent cisplatin (Platinol) | Testicular cancer, germ cell tumors in salvage therapy |
| **EE-4A** | Vincristine, Actinomycin | Wilms' tumor |
| **DD-4A** | Vincristine, Actinomycin, Doxorubicin | Wilms' tumor |

| VAC | Vincristine, Actinomycin, Cyclophosphamide | Rhabdomyosarcoma |
|-----|---------------------------------------------|------------------|
| VAD | Vincristine, Adriamycin (doxorubicin), dexamethasone | Multiple myeloma |
| VAMP | One of 3 combinations of Vincristine and others | Hodgkin's lymphoma, leukemia, multiple myeloma |
| Regimen I | Vincristine, Adriamycin (doxorubicin), etoposide, cyclophosphamide | Wilms' tumor |
| VAPEC-B | Vincristine, Adriamycin (doxorubicin), prednisone, etoposide,cyclophosphamide, bleomycin | Hodgkin's lymphoma |
| VIP | Vinblastin, ifosfamide, platinum agent cisplatin (Platinol) | Testicular cancer, germ cell tumors |

**Susceptibility of the tumor and the growth cycle**
The fraction of cancer cells that are in the replicative cycle i.e. growth fraction influences their susceptibility to majority of anticancer drugs. Rapidly dividing cells such as bone marrow cells are usually more sensitive to anticancer drugs, whereas cells which are less proliferating or nonproliferating are comparatively less sensitive to chemotherapy. In general, cells in the G0 phase have the greatest survival rate against several chemotherapeutic agents.

**Cell-cycle specificity of drugs:** Normal healthy cells as well as cancer or tumor cells undergo growth cycles. The number of cells that are in different stages of the cycle usually differs in normal and tumor tissues. Chemotherapeutic drugs that are effective only against replicating cells are known as cell-cycle specific, whereas other drugs are called cell-cycle nonspecific. The nonspecific drugs are usually more toxic, but are more effective against cancers with low percentage of replicating cells.

Multidrug resistance in cancer treatment develops because of stepwise acquisition of an amplified gene that code for P-glycoprotein.  This process facilitates efflux of drugs from the cell.  Cross resistance can also develop after using structurally different chemotherapeutic drugs.  It has been hypothesized that P-glycoprotein is responsible for the intrinsic resistance to chemotherapy.

## CLASSIFICATION

Chemotherapy drugs are classified into several groups depending upon their mechanism of action, chemical structure and their relationship to another anticancer agent.

## ANTIMETABOLITES

Antimetabolites are compounds that inhibit synthesis of normal purine or pyrimidine nucleotide precursors or compete with them in DNA or RNA synthesis. Antimetabolites prevent incorporation of these nucleotide precursors in to DNA during the S phase preventing normal cell development and division [43]. These drugs can halt cell growth and cell division, and, therefore, are effective in cancer [44].
These drugs are cell cycle specific.  They are cytotoxic in S phase and also slow the entry of cells into S phase. Antimetabolites prevent incorporation of these nucleotide precursors in to DNA during the S phase preventing normal cell development and division [43]. Antimetabolites are extensively used as cytostatics. They are frequently used in the management of different types of leukemias, breast cancer, ovary cancer and several other types of cancers. Certain antibiotics, such as sulfanilamide drugs can also act as an antimetabolite as they inhibit dihydrofolate synthesis in bacteria by competing with para-aminobenzoic acid [45].

### Methotrexate
Folic acid plays a very important role in a number of metabolic processes related to cell replication. Methotrexate structurally similar to folic acid and inhibits dihydrofolate reductase (DHFR), an enzyme that is crucial for the synthesis nucleotides. Methotrexate is commonly used chemotherapeutic agent in the treatment of breast cancer, osteogenic sarcoma, and leukemias [46].

Mechanism of action: Folic acid is obtained from leafy vegetables [47], egg yolk [48], legumes, etc and is also produced by intestinal bacteria. It undergoes chemical reduction to active folate or FH4 with the help of a catalyst called intracellular nicotinamide-adenine dinucleotide phosphate–dependent DHFR. Methotrexate has a very strong affinity for DHFR and is a potent inhibitor of this enzyme.  Methotrexate polyglutamates is also a very potent inhibitor of DHFR.  Hence, cells are deprived of folate coenzymes resulting in decreased synthesis of substances that depend on these coenzymes for their biosynthesis. Amongst all the nucleotides depletion of thymidine is the stark feature.  The other nucleotides such as adenine, guanine are comparatively less depleted. This depletion of nucleotides slows down RNA, DNA, and protein synthesis which ultimately leads to cell death.

Resistance: Nonproliferating cells or cells in G0 phase are resistant to methotrexate as they relatively lack DHFR and other related enzymes. Resistant cells usually have decreased amount of methotrexate polyglutamate. Resistance in neoplastic cells can as a result of gene amplification that specifically codes for DHFR, leading to elevated cellular levels of this enzyme. The enzyme affinity for methotrexate is also usually reduced. Resistance can also develop because of reduced influx of methotrexate because of decreased transport of the drug into the cells.

Therapeutic uses: Methotrexate is usually prescribed in combination with other chemotherapeutic agents against acute lymphocytic leukemia, Burkitt lymphoma, choriocarcinoma, breast cancer, and trophoblastic neoplasms [49].  Low-dose

methotrexate is an effective drug against rheumatoid arthritis, severe psoriasis, and Crohn's disease.  It is also prescribed for the treatment ectopic pregnancies [49, 50]. Patients receiving methotrexate should be monitored closely for possible toxic effects.

Pharmacokinetics: Absorption of low dose methotrexate varies when given orally, but, it can also be given intramuscularly, intravenously, and intrathecally. Methotrexate is metabolized to polyglutamates, which are potent inhibitor of DHFR.  Polyglutamates, as opposed to methotrexate, remain inside the cells even when there is no extracellular drug. High doses of methotrexate undergo hydroxylation and are converted to 7-hyroxymethotrexate, which is a far less potent antimetabolite. It may cause crystalluria as it is comparatively less water soluble than methotrexate.  Individuals taking methotrexate should be kept well hydrated and the urine should be kept alkaline to prevent methotrexate.

Adverse effects:

Commonly observed toxicities:
The most common adverse effects of methotrexate are ulcerative stomatitis, leukopenia (low white blood cell count), nausea, vomiting, and diarrhea, abdominal pain, fatigue, acute pneumonitis and in rare cases pulmonary fibrosis [49]. The most frequent methotrexate toxicities occur in tissues whose cells are rapidly dividing.  This leads to ulcerative stomatitis, bone marrow suppression, rash, erythema urticaria, and alopecia (hair loss). Administration of leucovorin can reverse or prevent some of the toxicities. Compared to methotrexate, leucovorin is taken up more actively by normal cells than by cancer cells.  However, Minimal doses of leucovorin should be used to prevent interference with the anticancer action of methotrexate.

Renal damage:  In rare cases, high-dose methotrexate and its metabolites, particularly 7-OH metabolite, can damage the kidney by accumulating in the tubules.  Therefore, proper hydration and alkalinization of the urine are effective in preventing renal damage. Hepatic function: Hepatic function should be monitored. Long-term use of methotrexate can cause liver cirrhosis; therefore, liver function test should be conducted periodically in patients who are taking methotrexate.

Pulmonary toxicity:  In rare cases, children who are on maintenance dose of methotrexate can develop pulmonary toxicity leading to cough, breathlessness, fever, and cyanosis. Pulmonary toxicity is reversible after discontinuation of methotrexate. Neurologic toxicities: These are linked to intrathecal administration of methotrexate resulting in subacute meningeal irritation, headache, neck stiffness, and fever. Contraindications: Methotrexate is contraindicated in pregnancy as it is teratogenic and can also induce abortion.

**6-Mercaptopurine**
6-Mercaptopurine (*6-MP*) is the thiol analog (purine analog) of hypoxanthine which is effective in the treatment of leukemia, non-Hodgkin's lymphoma and polycythemia vera [51].  It is also effective against psoriatic arthritis, [52] and inflammatory bowel

disease such as Crohn's disease and ulcerative colitis [53]. *6-MP* is used mainly for maintaining remission in acute lymphoblastic leukemia.

Mechanism of action: 6-MP ribonucleotide impairs the synthesis and function of RNA and DNA by inhibiting purine nucleotide synthesis and its metabolism. Mercaptopurine impedes with nucleotide interconversion and production of glycoprotein. This action takes place in three steps. First, *6-MP* penetrates the target cells are converted to 6-MP-ribose phosphate, a nucleotide analog. His process is catalyzed by hypoxanthineguanine phosphoribosyl transferase (HGPRT). Several metabolic processes related to purine biosynthesis and interconversions are influenced by 6-thioinosine 5'-monophosphate (TIMP). TIMP can also inhibit the first step of de novo purine-ring biosynthesis. It also inhibits the synthesis of AMP and xanthinuric acid. TIMP is converted to thioguanine monophosphate (TGMP), which after phosphorylation is incorporated into RNA. Similarly deoxyribonucleotide analogs are also incorporated into DNA. This process results in nonfunctional RNA and DNA.

Resistance: Resistance develops because of the following factors:
- Inability to biotransform 6-MP to the corresponding nucleotide due to reduced levels of enzyme HGPRT.
- Increased dephosphorylation
- Increased metabolism of 6-MP to thiouric acid or other metabolites.

Pharmacokinetics: Absorption is erratic and incomplete when the drug is taken orally. The drug is widely distributed throughout the body except for the CSF cerebrospinal fluid. Drug is converted to the 6-methylmercaptopurine derivative or to thiouric acid in the liver. The latter reaction is catalyzed by the enzyme xanthine oxidase. It is important to note that, allopurinol, a xanthine oxidase inhibitor, is commonly used to reduce hyperuricemia in cancer patients undergoing chemotherapy; therefore it is necessary to decrease the dose of *6-MP* by 75% in such cases to prevent drug accumulation and exacerbation of drug toxicities. 6-MP and its metabolites are predominantly excreted by the kidney.

Adverse effects: Bone marrow depression or myelosuppression is the principal toxicity. Other side effects include vomiting anorexia, nausea, and diarrhea. Hepatotoxicity is reported in approximately one third of adult patients. Patients usually develop jaundice.

## 6-Thioguanine

*6*-Thioguanine (*6-TG*), a purine analog, is predominantly used in the treatment of acute non-lymphocytic leukemia. Similar to 6-MP, 6-TG is converted to TGMP (6-thioguanylic acid) within the cell by the enzyme HGPRT. TGMP undergoes phosphorylation with formation of di- and triphosphates, thioguanosine di-phosphate and thioguanosine triphosphate, which prevent synthesis of purines as well as the phosphorylation of GMP to guanosine diphosphate. The nucleotide form of *6-TG* then incorporates into DNA resulting in cell-cycle arrest.

Pharmacokinetics: Absorption of *6-TG* when taken orally is erratic and incomplete. The peak concentration in the plasma is attained in 2-4 hours when it is taken orally. *6-TG* is converted to 2-amino-6-methylthiopurine by an enzyme called thiopurine methyltransferase (TPMT). Accumulation of thioguanine cytotoxic metabolites in higher concentration is seen in individuals having low or intermediate TPMT activity. This can lead to very high myelosuppression and development of secondary malignancies. TPMT genotyping is recommended before 6-TG chemotherapy because approximately 10% of patients are at increased risk for drug toxicity because of a heterozygous deletion or mutation of TPMT. *6-TG* can be prescribed along with allopurinol without any dose reduction because the deamination product 6-thioanthine is an inactive metabolite.

Adverse effects: Bone marrow depression because of 6-TG toxicity is dose-related. Because of high risk of liver toxicity, the drug is not indicated for maintenance chemotherapy or continuous long-term treatments.

### Fludarabine

Fludarabine, a purine nucleotide analog, is highly effective in the management of chronic lymphocytic leukemia. Several studies have observed that it has a higher efficacy than chlorambucil alone [54]. Fludarabine in various combinations with other chemotherapeutic agents is commonly used against indolent non-Hodgkin lymphoma, acute myeloid leukemia, and hairy cell leukemia. Fludarabine is a prodrug that effectively inhibits DNA biosynthesis. Fludarabine is phosphorylated in the plasma to form 2-F-araA, which is again phosphorylated in the cells. It is believed that the triphosphate is formed because of repeated phosphorylation is incorporated into both DNA and RNA leading to decreased DNA and RNA synthesis in the S phase and impairs cellular function.

Resistance develops because of the following factors:
- Reduced uptake into cells
- Decreased affinity for the enzyme DNA polymerase
- Absence of enzyme deoxycytidine kinase

Fludarabine is administered IV and oral administration is avoided. Fludarabine when taken orally produces a very toxic metabolite fluoroadenine. The drug is eliminated partially via urine. Fludarabine can cause nausea, vomiting, and diarrhea. Patients taking fludarabine may develop severe neurologic toxicity in rare cases. Myelosuppression is the predominant dose-limiting toxicity. High dose fludarabine can also lead to blindness, progressive encephalopathy and even death in rare cases.

### Cladribine

Cladribine or 2-chlorodeoxyadenosine is a purine analog that has a mechanism of action very similar to fludarabine. After going through repeated phosphoryaltion, it incorporates at the 3'-terminus of DNA and, thus, prevents DNA elongation. It also impairs DNA repair and inhibits the enzyme ribonucleotide reductase.

Resistance develops with similar mechanisms and factors that are attributed to fludarabine. Cladribine is used for treating symptomatic hairy cell leukemia [55]. It has

also shown beneficial results against B cell leukemias and mantle cell lymphoma [56]. It is also effective against histiocytosis [57].

The drug is administered as a single, continuous infusion. Cladribine can be administered intravenously or subcutaneously in patients with hairy cell leukemia. Both routes have the same outcome but subcutaneous route reduces the risk of infections and other risks associated with venipuncture [58].

The drug distributes throughout the body tissues, including into the CSF. Several studies have observed that approximately 18% [59] to 42% [60] of patients experience fever after administration of this drug. Cladribine also the risk of herpes virus infections particularly shingles [59]. Severe myelosuppression is a common adverse effect of this agent. Some patients also report peripheral neuropathy after repeated infusion of cladribine. It is contraindicated in pregnancy because of its teratogenic effects.

## 5-Fluorouracil

5-Fluorouracil, a pyrimidine analog, is effective against different types of cancers. The fluorine present in the drug prevents the conversion of deoxyuridylic acid to thymidylic acid. This deprives the cell of thymidine, which is essential for DNA synthesis. 5-FU is prescribed for the treatment of slowly growing solid tumors such as breast, gastric, pancreatic and ovarian carcinomas. Topical 5-FU is highly against superficial basal cell carcinomas.

Resistance: Resistance develops when the cells lose their ability to convert 5-FU into its active form (5-FdUMP) or when they have altered or increased thymidylate synthase levels.

Pharmacokinetics: 5-FU is given intravenously as it is toxic to the GI tract. It is given topically in case of skin cancers. The drug distributes well into all the tissues, including the CNS. It is rapidly metabolized in the liver, lung, and kidney. The dose of 5-FU should be adjusted in patients with poor hepatic function. High levels of dihydropyrimidine dehydrogenase (DPD) can increase the of 5-FU catabolism resulting low bioavailability of 5-FU. The DPD level can vary hugely in different individuals; therefore, DPD level allows optimum dosing of 5-FU.

Adverse effects: Nausea, vomiting, diarrhea, anorexia, and alopecia are common with 5-FU intake. Mucositis, dermatitis, and myelosuppression (with bolus injection are also frequently seen in patients taking this drug. An allopurinol mouthwash is effective in reducing oral toxicity. A dermopathy called palmar-plantar erythrodysesthesia or "hand-foot syndrome" can be encountered after extended infusions of 5-FU.

## Capecitabine

Capecitabine is a novel, orally administered drug that is effective against various types of cancers. Capecitabine is FDA-approved chemotherapeutic agent as first line monotherapy for metastatic colorectal cancer and as adjuvant therapy in colorectal cancer Stage III Dukes' C. It is also prescribed in combination with docetaxel in patients

with metastatic breast cancer when anthracycline based treatment is not effective or cannot be continued.  It is also approved in Europe for the first-line treatment of advanced stomach cancer in combination with platinum-based therapy (with or without epirubicin).

Mechanism of action: Capecitabine undergoes a number of enzymatic reactions after being orally administered.  It is hydrolyzed to 5-FU by thymidine phosphorylase, an enzyme that is present mainly in tumors.  This ensures the tumor specific nature of the drug.

Pharmacokinetics: Capecitabine is absorbed very well when taken orally.  It is extensively metabolized to 5-FU through a chain of enzymatic reactions and is finally converted to carbon dioxide and fluoro-$\beta$–alanine.  Its half-life is 38-45 minutes with protein binding of around 60%.  It is excreted predominantly by kidney.  Metabolites of capecitabine are mainly eliminated through urine and Co2 is exhaled through lungs.
Dose adjustments
- Dose should be reduced by 25% in patients with mild renal dysfunction and creatinine clearance of 30-50 mL/min.
- Capecitabine should never be administered to patients with severe renal impairment or creatinine clearance is less than <30 mL/min.
- Low dose is desirable in elderly patients due to high probability of serious adverse reactions.
- Patients with DPD deficiency should have their dosage adjusted according to their DPD levels.

Adverse effects: Adverse effects are similar to those with 5-FU.  Capecitabine should be used cautiously in patients with poor hepatic or renal function. It is contraindicated in pregnant or lactating woman. Individuals who are on phenytoin or coumarin anticoagulants must be closely monitored for coagulation parameters as well as drug levels.

**Floxuridine**
Floxuridine, an antimetabolite and 5-FU analog is used in the treatment of colorectal carcinoma.  Floxuridine when administered intraarterially is rapidly catabolized to *5-FU* in the liver resulting in antimetabolite effects.  This whole process inhibits DNA and RNA synthesis. Floxuridine is beneficial in the palliative treatment of GI adenocarcinoma with liver metastasis.  Floxuridine is highly toxic with a narrow margin of safety.  Floxuridine should be discontinued in the following cases
- MI or Myocardial ischemia
- Stomatitis or esophagopharyngitis
- Leukopenia (WBC < 3500)
- Thrombocytopenia (platelets <100,000)
- Intractable vomiting
- Diarrhea
- GI ulceration or bleeding
- Hemorrhage

This drug should not be prescribed to pregnant or lactating women.

**Cytarabine** (cytosine arabinoside, or ara-C))
Cytarabine, an antimetabolite and an analog of 2'-deoxycytidine, is used predominantly in the treatment of nonlymphocytic leukemia and non-Hodgkin's lymphoma [61]. It is also known as Ara-C (Arabinofuranosyl Cytidine) [62].

Mechanism of action: When the Ara-C enters the cell, it undergoes sequential phosphoryaltion to the nucleotide form. This metabolite (Ara-CTP) is cytotoxic and a potent inhibitor of enzyme DNA polymerase. The nucleotide incorporates into nuclear DNA and prevents chain elongation. Ara-C also inhibits both DNA [63] and RNA polymerases and nucleotide reductase. All these enzymes are crucial for DNA synthesis. It acts during the S-phase of a cell cycle.

Resistance**:** Resistance to ara-C usually results from the following factors:
* Flaw in the transport process
* Altered activity of phosphorylating enzymes activity
* Increased concentration of the natural dCTP nucleotide
* Increased deamination of ara-C to uracil arabinoside

Pharmacokinetics**:** Ara-C is ineffective when administered orally, because of its deamination to the noncytotoxic ara-U in the GI system. However when it is administered intravenously, it is well distributed in the body tissues except in CNS rendering it ineffective against meningeal leukemia. In such cases, it may be administered intrathecally. A new slow release preparation of Ara-C is also available that releases into the CSF. It is extensively metabolized in the liver. Ara-C and its inactive metabolite ara-U are excreted in urine.

Adverse effects: Some of the common adverse effects of Ara-C include nausea, vomiting and diarrhea. Severe myelosuppression with granulocytopenia is a major toxicity encountered with administration of Ara-C. Hepatic impairment is sometimes seen in patients taking Ara-C. Ara-C can lead to leukoencephalopathy or paralysis at high doses of the drug or with intrathecal injection. In rare cases, myelopathy is observed after high dose or frequent intrathecal Ara-C administration [64].

**Gemcitabine**
Gemcitabine, a nucleoside deoxycytidine analog, indicated for the first-line treatment of locally advanced or metastatic adenocarcinoma of the pancreas. It is also used for the treatment of non–small cell lung cancer and several other types of cancers.

Mechanism of action: Gemcitabine is phosphorylated into the triphosphate analog. The triphosphate analogue of gemcitabine replaces cytidine during DNA replication resulting in inhibition of DNA synthesis which leads to apoptosis. Gemcitabine competes with the normal nucleoside substrate for deoxycytidine kinase or dCK resulting in low levels of the natural nucleotide, dCTP.

Resistance: Resistance to gemcitabine is most likely because of to its inability to be converted to a nucleotide due to an alteration in deoxycytidine kinase. Additionally, the cancer cell can synthesize increased quantities of deoxycytidine that competes for the kinase, hence resulting in resistance.

Pharmacokinetics: Gemcitabine is infused IV. It is metabolized into di-fluorodeoxyuridine, an inactive metabolite, and is excreted in urine.

Adverse effects: Myelosuppression is the dose-limiting toxicity of gemcitabine. Other common toxicities are nausea, vomiting, skin rash, alopecia, and a flu-like syndrome. Proteinuria, hematuria and transient elevations of serum transaminases are also seen frequently.

### Antibiotics
The antitumor antibiotics impair the function of DNA resulting in cell death. They are also a potent inhibitor of topoisomerases (I and II) and produce free radicals which also has cytotoxic effect. Antitumor antibiotics are cell-cycle nonspecific.

### Dactinomycin
Dactinomycin was the first antibiotic that exhibited anti-cancer activity [65]. Dactinomycin is prescribed in combination with surgery and vincristine for management of Wilms' tumor [66]. Dactinomycin in combination with methotrexate is also highly effective against gestational choriocarcinoma [67]. Soft-tissue sarcomas such as rhabdomyosarcoma [68] and malignant hydatidiform mole [69] also respond well to dactinomycin.

Mechanism of action:
The drug forms a stable dactinomycin-DNA complex, which interferes mainly with DNA-dependent RNA polymerase. Dactinomycin in high doses can also prevent DNA synthesis. The drug inhibits topoisomerase II and produces free radicals which impair DNA functionally and structurally. .

Resistance:
Resistance develops when the antibiotic is flushed out of the cell with the aid of -glycoprotein. It is believed that DNA repair also plays an important role in developing resistance.

Pharmacokinetics: The drug when given intravenously is distributed well to many tissues but is unable to cross the blood-brain barrier. Dactinomycin is minimally metabolized in the liver. Almost all the drug metabolites and the parent drug are excreted through the bile, and the remainder is excreted with the urine.

Adverse effects: The major dose-limiting toxicity of this drug is bone marrow depression. Dactinomycin is immunosuppressive. Other prominent adverse reactions include

stomatitis, alopecia, nausea, vomiting, and diarrhea. Extravasation during injection may lead to complications.

**Doxorubicin and daunorubicin**

Doxorubicin, also known as adriamycin and daunorubicin are anthracyclines that are potent anticancer drugs used for the management of both hematologic and solid tumors [70]. Doxorubicin, an analog of daunorubicin, is widely used in the treatment of various types of cancers such as breast, lung, thyroid,, gastric, ovarian, non-Hodgkin's and Hodgkin's lymphoma, sarcoma, multiple myeloma, and pediatric cancers [71-73]. Idarubicin, another analog of daunorubicin, as well as epirubicin are also effective anticancer drugs.  Daunorubicin and idarubicin are frequently prescribed to patients with different types of acute leukemias.

Mechanism of action: The anthracyclines are effective in the S and $G_2$ phases.  The exact mechanism of anthracyclines is still not known.  However, it is believed that they act in three steps:

- Intercalation in the DNA: Anthracycline attach themselves between adjacent base pairs and subsequently bind to DNA resulting in the local uncoiling of DNA chain. This prevents prediction of DNA and RNA. This intercalation results in irreparable breaks of DNA strands.
- Binding to cell membranes: This action impairs the function of transport processes related to phosphatidylinositol activation.
- Generation of oxygen radicals:  Anthracyclines undergo reduction in the presence of cytochrome P450 reductase to semiquinone free radicals. These leads to reduction of molecular oxygen with production of superoxide ions and hydrogen peroxide which further damage DNA strands.  Tissues have sufficient activity of superoxide dismutase or glutathione peroxidase and are protected from free radicals. However, cancer tissues and cardiac tissues have low superoxide dismutase which makes them susceptible to anthracyclines. Cardiac tissue also lack catalase making them susceptible to DNA damage by hydrogen peroxide. It is believed that lipid peroxidation is also responsible for the radiotoxic nature of anthracyclines.

Pharmacokinetics:
Anthracyclines should be given intravenously as they are inactivated in the gastrointestinal tract when taken orally. IV administration of anthracyclines can lead to extravasation resulting in tissue necrosis. The anthracyclines are distributed well in the tissues except CNS. Anthracylines undergo extensive hepatic metabolism. The drug is excreted predominantly through bile and, therefore, dose-modification is required in patients with poor liver function. Anthracyclines are partially excreted via kidneys; however, patients with renal failure do no require dose adjustments.  The veins can become visible at the infusion site because anthracyclines are dark red color drugs.  Urine can also become red colored due to the same reason.

Resistance:  Resistance is also one of the problems that limit its use in patients [74-75]. The mechanism of resistance involves the following factors:

- Impairment or lack of drug transporters such as ABCB1 (MDR1, Pgp) [76] and ABCC1 (MRP1) [77] and other transporters (ABCC2, ABCC3, ABCG2, and RALBP1)[78-79].
- Amplification of TOP2A [80], an enzyme that can change the topologic states of DNA during the process of DNA.
- Amplification of ERBB2 gene also is partially responsible for resistance [81].

Adverse effects:
The most serious adverse reaction of anthracycline is cardiotoxicity which is dose-dependent and irreversible. Cardiotoxicity ensues because anthracycline produce free radicals and lipid peroxidation, which damage cardiac muscles. Cardiotoxicity is less frequently seen in patients taking idarubicin and epirubicin compared to those taking daunorubicin or doxorubicin. Addition of trastuzumab to anthracyclines such as doxorubicin or epirubicin increases congestive heart failure. Dexrazoxane, an iron-chelator and a cardioprotective agent, is partially successful in preventing this cardiotoxicity. Doxil, a new liposomal-encapsulated doxorubicin, is also less cardiotoxic than the usual doxorubicin. Doxorubicin and daunorubicin are myelosuppressive and may cause transient bone marrow suppression. Other adverse effects of anthracyclines include stomatitis, GI disturbances, alopecia, and hyperpigmentation. Multidrug resistance is also frequently seen with these agents.

## Bleomycin

Bleomycin, a copper-chelating glycopeptide antibiotic, splits the DNA by oxidation. This drug is cell-cycle specific and causes accumulation of cells in the $G_2$ phase. It is effective against testicular cancers in combination with etoposide or vinblastine. Response rates are almost 100% when cisplatin is also part of the drug regimen. Although not curative, the drug is also effective against various types of lymphomas and squamous cell carcinomas. It is also frequently prescribed for the treatment of plantar warts [82] and in pleurodesis [83]. The major chemotherapeutical forms of Bleomycin are bleomycin $A_2$ and $B_2$.

Mechanism of action:
Bleomycin acts by splitting the DNA strands.[4] It is believed that a DNA-bleomycin-$Fe^{2+}$ is oxidized to bleomycin-$Fe^{3+}$.
This releases free electrons which react with oxygen produces superoxide or hydroxyl radicals. These free radicals split the DNA strands resulting in chromosomal mutations.

Resistance: The exact mechanism of resistance is not known; however, few factors seem to be responsible for the resistance which includes:
- Elevated levels of bleomycin hydrolase and glutathione-S-transferase
- Increased efflux of the drug
- DNA repair

Pharmacokinetics: Bleomycin can be administered subcutaneously, intramuscularly, intravenously and intracavitary. Bleomycin hydrolase, a bleomycin-inactivating enzyme,

is concentrated in liver and spleen; however, its concentration is very low in lungs and is absent in skin.  The parent drug is predominantly excreted unchanged into the urine; therefore, patients with kidney failure require does adjustments. It is well absorbed and its half-life is 2 hours.

Adverse effects: Pulmonary fibrosis is the most serious complications of bleomycin.  It is hypothesized that the drug induces sensitivity to oxygen toxicity [84]. Recent studies have also linked cytokines IL-18 and IL-1beta for "bleomycin lung" or bleomycin-induced lung injury [85].  Other prominent side effects include fever, hyperpigmentation, mucocutaneous reactions and alopecia.  Bleomycin rarely causes bone marrow suppression.

**Antimetabolites and their uses, dosages, and toxicities**

| Drug and its uses | Dosages | Toxicities |
|---|---|---|
| **Folate analog**<br>**Methotrexate**<br>Breast, head and neck,<br>Breast, head and neck,<br>ALL, CNS leukemia<br>(intrathecal), gestational<br>trophoblastic<br>tumors, NHL (advanced<br>stage), Burkitt's<br>lymphoma, osteosarcoma,<br>mycosis fungoides | Numerous dosing<br>schedules with<br>combination therapy:<br>Low dose: 2.5-5.0 mg PO<br>daily; or 5-25 mg/m2 PO,<br>IM, IV twice weekly; or<br>50 mg/m2 IV every 2-3<br>wk<br>High dose: 1-12 g/m2 IV<br>with leucovorin rescue<br>every 1-3 wk<br>Intrathecal: 5-10 mg/m2<br>(up to 15 mg) every 3-7 d | Mucositis, GI ulceration (may<br>produce hemorrhage or<br>perforation), bone marrow<br>depression, pulmonary fibrosis<br>(previously irradiated area),<br>nerve root irritation and<br>convulsion (intrathecal), liver<br>cirrhosis and osteoporosis<br>(chronic therapy), renal<br>damage (high dose), diarrhea,<br>skin erythema |
| **Purine analogs**<br>**Fludarabine**<br>CLL, AML, NHL (low-grade) | 25 mg/m2/d IV over 30<br>min for 5 d; repeat every<br>28 d | Bone marrow depression,<br>nausea and vomiting, fever,<br>malaise, pulmonary infiltrates,<br>tumor lysis syndrome, CNS<br>effects (high dose) |
| **Mercaptopurine**<br>ALL, CML, AML | 1.5-2.5 mg/kg/d PO<br>(100-200 mg in average<br>adult) until response or<br>toxic effects are seen;<br>may increase dose to 5<br>mg/kg/d; adjust for<br>maintenance dose; reduce<br>dose by 50%-75% if<br>given with allopurinol or<br>if renal or hepatic<br>insufficiency ensues | Bone marrow depression,<br>nausea and vomiting, anorexia,<br>diarrhea, cholestasis |

| | | |
|---|---|---|
| **Thioguanine**<br>AML, ALL, CML, advanced colorectal cancer, multiple myeloma | 2 mg/kg/d PO until response or toxic effects are seen; may cautiously increase to 3 mg/kg/d | Bone marrow depression, liver damage, stomatitis |
| **Adenosine analogs**<br>**Cladribine**<br>Hairy-cell leukemia, NHL, mycosis fungoides, AML, CML, CLL | 0.09 mg/kg/d (4 mg/m2/d) by continuous IV infusion for 7 consecutive days | Bone marrow depression, febrile episodes, rash, infections, septicemia |
| **Pentostatin**<br>Hairy-cell leukemia, ALL, CLL, lymphoblastic lymphoma, mycosis fungoides | 4 mg/m2 IV over 30 min every other week or for 3 consecutive weeks; give vigorous hydration before and after chemotherapy | Nephrotoxicity, CNS depression, bone marrow depression, nausea and vomiting, conjunctivitis |
| **Pyrimidine analogs**<br>**Capecitabine**<br>Breast cancer (relapsed), colorectal cancer, and other GI malignancies | 1,250 mg/m2 bid PO with food (2 weeks on drug, 1 week of rest) | Diarrhea, stomatitis, nausea and vomiting, fatigue, hand-foot syndrome, bone marrow depression (minimal) |
| **Cytarabine**<br>AML, ALL, CML, NHL, CNS leukemia (intrathecal) | AML induction: 100 mg/m2/d by continuous IV infusion on days 1-7; or 100 mg/m2 IV every 12 h on days 1-7<br>Relapsed ALL: 3 g/m2 IV over 1-3 h every 12 h for 4 doses | Bone marrow depression, nausea and vomiting, diarrhea, arachnoiditis (intrathecal), stomatitis, hepatic dysfunction, fever, conjunctivitis, confusion, somnolence, cerebellar toxicity |
| **DepoCyt** (liposomal cytarabine) CNS leukemia/lymphoma | Intrathecal: DepoCyt, 50 mg over 1-5 min every 14 d, with dexamethasone, 4 mg PO bid x 5 d | |
| **Floxuridine**<br>GI adenocarcinomas metastatic to liver, including oral, pancreatic, biliary, colon, and hepatic cancers, and metastatic breast cancer | 0.1-0.6 mg/kg/d over several days via continuous arterial infusion supplying well-defined tumor; treatments given over 1-6 wk | Stomatitis and GI ulcers, bone marrow depression, abdominal pain, nausea and vomiting, diarrhea, liver dysfunction (transient) |
| **Fluorouracil** | Numerous dosing schedules with | |

| | | |
|---|---|---|
| Colon, rectal, stomach, pancreas, breast, head and neck, renal cell, prostate, and ovarian cancers, squamous cell carcinoma of esophagus, basal and squamous cell carcinoma of skin (topical), hepatic cancer (intra-arterial) | combination therapy: Loading dose: 300-500 mg/m2; or 12 mg/kg IV daily for 3-5 d, followed by weekly maintenance Maintenance: 10-15 mg/kg IV weekly, as toxicity permits Infusion: 20-25 mg/kg by continuous IV infusion over 24 h daily for 4-5 d, every 4 wk | Stomatitis and GI ulcers (infusion) bone marrow depression (bolus), diarrhea, nausea and vomiting, esophagitis, angina, cerebellar ataxia, radiosensitizer |
| **Gemcitabine** Pancreatic cancer, lung, ovarian, breast, and bladder cancers | 1,000 mg/m2 IV over 30 min, once weekly for up to 7 weeks (or until toxicity necessitates reducing or withholding a dose), followed by 1 week of rest Subsequent cycles: Infusions once weekly for 3 consecutive weeks out of every 4 weeks | Bone marrow depression, transient fever, flu-like syndrome, skin rash, mild nausea and vomiting |
| **Substituted urea** **Hydroxyurea** CML, acute leukemia (emergent treatment), head and neck cancer, ovarian cancer, melanoma, essential thrombocytosis, polycythemia vera | Intermittent: 80 mg/kg PO every third day Continuous: 20-30 mg/kg PO daily | Bone marrow depression, Bone marrow depression, skin rashes, radiosensitizer |

## ALKYLATING AGENTS

Alkylating agents react with the proteins and irreversibly covalently attach to nucleophilic groups of different components of tumor cells. This alkylation of DNA breaks the DNA chains leading to cell death. These drugs act in every phase of cell cycle which includes both cycling and resting cells; however, their cytotoxic effect is more prominent on rapidly dividing cells i.e. cells in the GI, bone marrow, testicles and ovaries. Alkylating agents in combination with other chemotherapeutic drugs agents are extensively used for the treatment of a number of lymphatic and solid cancers. Alkylating agents are not only cytotoxic, but also carcinogenic and mutagenic. These properties together can result in secondary malignancies such as acute leukemia.

Alkylating agents add methyl or other alkyl groups onto molecules where they do not belong leading to mismatched and ultimately miscoding of DNA.  Following mechanism of actions can lead to DNA damage:

1. An alkylating drug binds alkyl groups to DNA bases. This change leads to fragmentation of DNA.
2. Alkylating agents form bonds between atoms in the DNA or cross-bridges. During this process, two DNA bases are attached to each other by an alkylating agent that has two DNA binding sites.  This cross-linking leads to inhibits DNA transcription.
3. Alkylating agents causes the mispairing of the nucleotides which results in DNA mutations.

| Nitrogen mustard analogues | | | |
|---|---|---|---|
| **Generic name** | **Brand name** | **Use in cancer** | **Route** |
| Mechlorethamine | Mustargen | Hodgkin disease, lymphosarcoma, certain leukemias, mycosis fungoides, and other cancers | IV |
| Cyclophosphamide | Cytoxan, Neosar | Lymphoma, leukemia, and many carcinomas | Oral (tablet, liquid), IV |
| Chlorambucil | Leukeran | CLL, Hodgkin and non-Hodgkin lymphoma, others | Oral |
| Melphalan | | Multiple myeloma, as well as ovarian, breast, and prostate cancer | Oral, IV |
| Ifosfamide | Ifex | Lymphoma, leukemia, testicular, and bladder cancers. | IV |
| Trofosfamide | Ixoten | Cyclophosphamide prodrug | |
| Estramustine | Emcyt | Advanced prostate cancer, conjugated with estradiol | Oral |
| **Alkyl sulfonates** | | | |
| **Generic name** | **Brand name** | **Use** | **Route** |
| Busulfan | Myleran | CML, other blood cancers | Oral |
| Treosulfan | Ovastat (foreign) | Busulfan analogue | |
| Mannosulfan | | Busulfan analogue | |
| **Ethylene imines** | | | |
| **Generic name** | **Brand name** | **Use in cancer** | **Route** |
| Thiotepa | Thioplex Girostan Thiofozil Tifosyl | Lymphoma and cancers of the breast, ovary, and bladder | IV, Intrabladder, Intraperitoneal |
| Altretamine | Hexalen | Treatment-resistant ovarian | Oral |

|  | hexamethylmelamine | cancer |  |
|---|---|---|---|
| Triaziquone |  | Not used clinically |  |
| Carboquone |  | Not used clinically |  |
|  |  |  |  |

| Nitrosoureas | | | |
|---|---|---|---|
| **Generic name** | **Brand name** | **Use in cancer** | **Route** |
| Carmustine | Becenum BCNU Carmubris Gliadel | Lymphoma, multiple myeloma, gliomas, and other types of cancer. | IV Implantable wafer (glioma) |
| Lomustine | CCNU | Cancers of brain, Hodgkin lymphoma | Oral |
| Semustine | Methyl-CCNU | Related to carmustine |  |
| Streptozocin | Zanosar |  | IV |
| Fotemustine | Muphoran (foreign) |  |  |
| Nimustine | ACNU Nidran |  |  |
| Ranimustine | Cymer (foreign) Cymerin (foreign) |  |  |
| **Triazenes (Nonclassical)** | | | |
| **Generic name** | **Brand name** | **Use in cancer** | **Route** |
| Dacarbazine | DTIC-Dome | Hodgkin's lymphoma, malignant melanoma | IV |
| Temozolomide | Temodar | Cancers of brain including anaplastic astrocytoma, glioblastoma multiforme (GBM), and gliomas. | Oral, IV |

**Mechlorethamine**

Mechlorethamine is a nitrogen mustard alkylating agent [86-87] that exerts cytotoxic, mutagenic, and radiomimetic properties that leads to inhibition of rapidly dividing cells. It was developed as a vesicant (nitrogen mustard) for chemical warfare during World War I. It is effective against the following conditions:

- Stage III and IV Hodgkin disease (stage III and IV)
- Lymphosarcoma
- CML or CLL (Chronic myelocytic or lymphocytic leukemia)
- Malignant effusion (Palliative therapy)
- Bronchogenic carcinoma
- Polycythemia vera
- Mycosis fungoides (topical treatment)

Mechanism of action: When mechlorethamine enters the cell, it induces guanine N7 alkylation in one or both chains or strands of a DNA molecule.  This alkylation leads to

splitting of DNA stand because of cross-linkages between guanine residues in the DNA chains and/or depurination.  Guanine N7 alkylation can also result in miscoding mutations.  Alkylation is cell-cycle nonspecific and occurs in every phase of cell cycle; however, rapidly dividing cells in the G1 and S phases are more sensitive to the drug.

Resistance:
Resistance can develop because of the following factors:
- Decreased permeability of the drug
- Increased conjugation with thiols, especially glutathione
- Increased DNA repair

Pharmacokinetics: Mechlorethamine solutions should be prepared up just before administration as it is highly unstable. It is a highly potent *vesicant* (blistering agent) and is only administered intravenously. It is rapidly inactivated in the body and is eliminated by the kidney.
Dosage and Administration
Adults: Total dose of 0.4 mg/kg administered IV of body weight for each course.  It can be given as a single dose or divided doses of 0.1 to 0.2 mg/kg/day which are based on ideal dry body weight. Repeat courses can be given as early as 3 weeks after treatment.

Adverse effects: Severe nausea and vomiting are the prominent adverse effects of mechlorethamine.  These side effects can be controlled by pretreatment with drugs such as ondansetron, palonosetron, or granisetron with dexamethasone.  Severe bone marrow depression can be life threatening and limits its extensive use. Extravasation is a serious complication.  In case extravasation develops, the affected areas should be infiltrated with isotonic sodium thiosulfite which inactivates the drug.

**Cyclophosphamide and ifosfamide**
These drugs have similar types of mechanisms of action and toxicities. They can be given orally and are cytotoxic only when alkylating species is produced by hydroxylation in the presence of cytochrome P450 (CYP450).  Both the drugs have a broad clinical spectrum. They can be used as a single agent or in combination with other chemotherapeutic agents. They are effective against a number of cancers such as breast cancer and Burkitt lymphoma.  Low dose cyclophosphamide is also effective in conditions such as nephrotic syndrome and rheumatoid arthritis.

Mechanism of action: Cyclophosphamide is the most commonly prescribed alkylating chemotherapeutic agent. Both the drugs, cyclophosphamide and ifosfamide, are first converted to hydroxylated intermediates mainly in the liver by the CYP450 system. The hydroxylated compounds produce active compounds, phosphoramide mustard and acrolein.  It is believed that phosphoramide mustard impairs DNA resulting in cytotoxic effect.

Resistance: Resistance can develop because of the following factors:
- Decreased drug permeability
- Reaction  with thiols such as glutathione

- Increased DNA repair

Pharmacokinetics: In contrast to majority of the alkylating agents, cyclophosphamide and ifosfamide can be taken orally. A very small amount of the drug is excreted through the feces or urine.

Adverse effects: Alopecia, nausea, vomiting, and diarrhea are the most common toxicities of both drugs.
Bone marrow depression, particularly leukocytosis is also seen in patients taking these drugs. Another prominent adverse effect is hemorrhagic cystitis, which subsequently can cause urinary bladder fibrosis. Optimum hydration and IV administration of MESNA (sodium 2-mercaptoethane sulfonate) reduces the probability of this adverse effect. Other toxicities include amenorrhea, aspermia, testicular atrophy, and sterility. These toxicities are related to suppressive effects on the germ cells. Approximately one-fourth of the patients receiving these agents may have veno-occlusive disease of the liver. High-dose ifosfamide may cause neurotoxicity because of its metabolite, chloroacetaldehyde. Secondary malignancies can bee seen in some patients after several years of treatment.

**Nitrosoureas**
Carmustine and lomustine is DNA alkylating agents that are effective against various types of brain tumors such as glioblastoma multiforme [87]. These drugs penetrate the blood brain barrier easily. Streptozocin is effective against insulinomas as the drug is particularly toxic to the beta-cells of the islets of Langerhans.

Mechanism of action: The nitrosoureas are antitumor and cytotoxic in nature. They are potent DNA alkylating and inhibit synthesis of DNA and RNA. These agents alkylate DNA in resting cells, and cytotoxicity is observed mainly on proliferating cells. Therefore, resting cells are not affected by these agents. Nitrosoureas also exhibit carbamoylating activity preventing many crucial enzymatic processes in the tumor cells.

Resistance: Resistance is acquired probably due to DNA repair and reaction of the drugs with thiols.

Pharmacokinetics: Carmustine is given intravenously and lomustine is given orally. Nitrosoureas are well distributed in the body tissues and fluids because of their lipophilic nature. They readily cross the blood brain barrier and reach the CNS. These agents undergo extensive metabolism. The kidney is predominant organ that excretes nitrosoureas.

Adverse effects: Prominent adverse effect of these drugs is delayed hematopoietic depression, which is probably caused by the metabolic products of nitrosoureas. Long term use of these drugs can also lead to aplastic marrow. Renal toxicity is also seen in patients taking nitrosoureas. Nitrosoureas such as lomustine can also cause interstitial lung disease [88]. Streptozotocin is highly toxic to beta-cells of Langerhan's and is associated with development of diabetes [89].

## Dacarbazine

Dacarbazine is an anticancer agent effective against numerous cancers, particularly malignant melanoma.  It is also effective in Hodgkin's disease as a second-line therapy in combination with other antineoplastic agents (ABVD regimen).  It is also used in combination (MAID regimen) against soft tissue sarcomas.

Mechanism of action:
Dacarbazine targets tumor cells by adding an alkyl group to its DNA. It is an alkylating agent that undergoes biotransformation to an active metabolite, ethyltriazenoimidazole carboxamide (MTIC). This metabolite forms methylcarbonium ions that damage the DNA which leads to inhibition of protein synthesis and ultimately cell death.

Dacarbazine is given intravenously, but can be irritating to the vein and its surrounding tissues.  The dose of the drug depends on several factors which include:
- Condition being treated
- Type of treatment regimen
- Weight of the patient
- Overall health

Adverse effects: Nausea and vomiting are frequently seen in patients taking dacarbazine. Myelosuppression with thrombocytopenia and neutropenia can also be seen in the later stages of the treatment.  Patients can also experience fever, myalgias, malaise, and alopecia. Long term treatment with dacarbazine can sometimes lead to liver toxicity with hepatic vascular occlusion.

## Temozolomide

Temozolomide, a triazene agent, is effective against various types of brain tumors. Temozolomide therapy is FDA approved for the initial treatment of glioblastoma multiforme. It is given concurrently with radiotherapy, and followed by temozolomide alone.  The drug is also FDA approved against anaplastic astrocytoma.

Mechanism of action: Temozolomide's mechanism of action is similar to dacarbazine. Both must get converted to MTIC, an active metabolite, which is believed to methylate DNA.  Unlike dacarbazine, CYP450 system doesn't play a role for this biotransformation in temozolomide.  The drug acts under normal pH. Temozolomide also inhibits O6-guanine- DNA-alkyltransferase, the repair enzyme. Compared to dacarbazine, temozolomide easily penetrates the CNS.  Recent studies have shown that in some tumors, the switching off of the MGMT/AGT gene prevents synthesis of enzyme *MGMT/AGT* making the tumors sensitive to cytotoxic effects of the drug [90].  However, the presence of MGMT enzyme decreases the efficacy of temozolomide resulting in poor drug response [91].

Pharmacokinetics: It is given orally in the form of a capsule and has excellent oral bioavailability. Temozolomide and its metabolites are excreted in urine. Temozolomide is administered for 5 consecutive days and repeated every 28 days.

It is rapidly hydrolyzed at physiologic pH to MTIC and to temozolomide acid metabolite. Its half life is around 1.8 hours.

Adverse effects: Its adverse affects are similar to dacarbazine and includes nausea and vomiting. Myelosuppression with thrombocytopenia and neutropenia develops at a later stage in the treatment cycle. It is Temozolomide is contraindicated in pregnancy and lactating mothers because of its teratogenic and fetotoxic effects.


**Other alkylating agents**

**Melphalan**

Melphalan, a phenylalanine derivative of nitrogen mustard, is used to treat multiple myeloma [92]. It is also FDA approved for the treatment of breast and ovarian cancer and in treatment regimens before bone marrow or stem cell transplantation.

Melphalan attaches an alkyl group to DNA. The attachment takes place at the guanine base at the number 7 nitrogen atom of the imidazole ring. This induces interstrand cross-linking inhibiting the cancer cell to grow or replicate that ultimately leads to apoptosis.

Melphalan can be administered intravenously or orally. Plasma concentration of melphalan, when given orally, varies from an individual to individual because of differences in intestinal absorption and metabolism. Platelet and white blood cell counts should be monitored for dose adjustment.

Common side effects include nausea, vomiting, alopecia, rash and itching. Myelosuppression is also seen in some cases which can lead to reduced platelet count or WBC count making patients susceptible to hemorrhage and infections respectively.


**Chlorambucil**
Chlorambucil is another bifunctional alkylating drug that is FDA approved the treatment of CLL or chronic lymphocytic leukemia. It is also approved for the treatment of malignant lymphomas such as Hodgkin's disease, lymphosarcoma, and giant follicular lymphoma. It produces only a clinical benefit but is not curative. Chlorambucil damages the cellular DNA leading to cellular death. Chlorambucil have moderate hematologic toxicities because of bone marrow suppression. Other common side effects include nausea, vomiting, alopecia, rash and itching.

**Busulfan**
Busulfan, a bifunctional alkylating antineoplastic agent, is FDA approved for the treatment of advanced acute myeloid leukemia. Busulfan is a cell cycle non-specific alkylating drug. Busulfan undergoes alkylation and forms guanine-

adenine intrastrand crosslinks [93]. This leads to DNA damage and ultimately the cell undergoes apoptosis [94].

Busulfan can be given orally or intravenously.  Busulfan can cause myelosuppression leading to thrombocytopenia. In elderly, busulfan can cause interstitial pulmonary fibrosis. Other toxic affects include seizures, hepatic (veno-occlusive disease), hyperpigmentation, and wasting syndrome.

**Alkylating agents and their uses, dosages, and toxicities**

| Drug and its uses | Dosages | Toxicities |
|---|---|---|
| **Nitrogen mustards** **Chlorambucil** CLL, HD, NHL, ovarian cancer, choriocarcinoma, lymphosarcoma | 0.1-0.2 mg/kg PO daily for 3-6 wk as required (usually 4-10 mg/d) or intermittent 0.4 mg/kg every 3-4 wk; increase by 0.1 mg/kg until control of disease or toxicity | Bone marrow depression, gonadal dysfunction, leukemia, hyperuricemia, pulmonary fibrosis |
| **Cyclophosphamide** AML, ALL, CLL, HD, and NHL, multiple myeloma, mycosis fungoides, neuroblastoma, ovarian and breast cancers, retinoblastoma, lung, testicular, and bladder cancers, sarcoma | 40-50 mg/kg IV in divided doses over 2-5 d to start, followed by 10-15 mg/kg IV every 7-10 d; or 3-5 mg/kg IV twice weekly; or 1-5 mg/kg/d PO | Bone marrow depression, hemorrhagic cystitis, immunosuppression, alopecia, stomatitis, SIADH |
| **Estramustine** Prostate, renal cell carcinoma | 14 mg/kg/d PO in 3-4 equally divided doses; 300 mg/d IV for 3-4 wk, followed by 300-450 mg/wk IV over 3-8 wk | Bone marrow depression, ischemic heart disease, thromboembolism, thrombophlebitis gynecomastia, nausea and vomiting, hepatotoxicity |
| **Ifosfamide** Germ-cell testicular cancer, sarcoma, NHL, lung cancer | 1.2 g/m2/d via slow IV infusion for 5 consecutive days; repeat every 3 wk; give with mesna | Bone marrow depression, hemorrhagic cystitis, confusion, somnolence |
| **Mechlorethamine** HD, NHL, CML, CLL, mycosis fungoides, bronchogenic carcinoma, | 0.4 mg/kg ideal body weight given as single dose or in divided doses | Bone marrow depression, nausea and vomiting, local |

| | | |
|---|---|---|
| lymphosarcoma, polycythemia vera, malignant effusions (intracavitary) | of 0.1-0.2 mg/kg/d | phlebitis, severe skin necrosis if extravasated, gonadal dysfunction |
| **Melphalan** Multiple myeloma, breast and ovarian cancers, sarcoma, testicular and lung cancers | Continuous therapy: 6 mg PO daily for 2-3 wk, no therapy for 2-4 wk, then maintenance with 2-4 mg PO daily Pulse: 10 mg/m2 PO daily for 4 d every 4-6 wk | Bone marrow depression anorexia, nausea and vomiting, gonadal testicular dysfunction, leukemia |
| **Aziridine** **Thiotepa** Ovarian, breast, and superficial bladder cancers, HD, CML, CLL, bronchogenic carcinoma, malignant effusions (intracavitary), BMT for refractory leukemia, lymphomas | IV: 0.3-0.4 mg/kg by rapid IV infusion Intravesical: 60 mg/60 mL sterile water instilled and retained in bladder for 2 h; repeat weekly for 4 wk Intracavitary: 0.6-0.8 mg/kg | Bone marrow depression nausea and vomiting, mucositis, skin rashes |
| **Alkyl sulfonate** **Busulfan** CML, BMT for refractory leukemia, lymphomas | 2-8 mg PO daily for remission induction; adjust dosage to WBC count; 1-3 mg PO daily for maintenance; withhold induction if WBC count < 15,000/μL; resume therapy when WBC count > 50,000/μL | Bone marrow depression, pulmonary fibrosis, aplastic anemia, amenorrhea, gynecomastia, skin hyperpigmentation |
| **Nitrosoureas** **Carmustine** Brain tumor, multiple myeloma, HD, NHL, melanoma, BMT for refractory solid tumors and lymphomas | 150-200 mg/m2 IV every 6-8 wk | Delayed bone marrow depression, nausea and vomiting, reversible hepatotoxicity, local phlebitis, pulmonary and renal damage (high dose) |
| Gliadel wafers | Up to 8 wafers placed in | Fever, pain, and abnormal |

| | | |
|---|---|---|
| Glioblastoma multiforme<br><br>**Lomustine**<br>Brain tumors, HD, GI carcinomas, NSCLC | the brain cavity created by tumor removal<br><br>130 mg/m2 PO every 6 wk; adjust dose in combination chemotherapy | Delayed bone marrow depression, nausea and vomiting, reversible hepatotoxicity, pulmonary and renal damage, neurologic reactions, leukemia |
| **Streptozocin**<br>Pancreatic islet-cell, carcinoid, colon, hepatoma, NSCLC, HD | Daily: 500 mg/m2 IV for 5 d every 6 wk until maximum benefit or toxicity<br>Weekly: 1,000 mg/m2 IV weekly for first 2 wk, then escalate dose to response or toxicity, not to exceed a single dose of 1,500 mg/m2 | Renal damage, nausea and vomiting, diarrhea, altered glucose metabolism, liverdysfunction |
| **Platinum complexes**<br>**Carboplatin**<br>Ovarian cancer, endometrial head and neck, lung, testicular, and breast cancers, relapsed acute leukemia, NHL | Single agent: 360 mg/m2 IV every 4 wk<br>Combination: 300 mg/m2 IV every 4 wk<br>Calvert formula: Total dose (mg) = Target AUC x (GFR + 25) | Bone marrow depression, nausea and vomiting, peripheral neuropathy, ototoxicity |
| **Cisplatin**<br>Testicular, ovarian, bladder, uterine, cervical, and lung cancers, squamous cell cancer of the head and neck, sarcoma, NHL | 50 mg/m2 IV or more every 3 wk; or 20 mg/m2 IV daily for 4-5 d every 3-4 wk; give vigorous hydration before and after chemotherapy | Renal damage, nausea and vomiting, electrolyte disturbance, peripheral neuropathy, bone marrow depression, ototoxicity radiosensitizer |
| **Oxaliplatin**<br>Colorectal (second-line) | 85 mg/m2 IV over 120 min on d 1 followed by infusional 5-FU and leucovorin on d 1-2, every 2 wk | Bone marrow depression, diarrhea, nausea and vomiting, neuropathies exacerbated by cold exposure, pharyngolaryngeal dysesthesia |

| Nonclassic alkylators | | |
|---|---|---|
| **Altretamine**<br>Ovarian, lung, breast, and cervical cancers, NHL | 4-12 mg/kg/d or 260 mg/m2, PO divided in 3-4 doses for 14-21 d of a 28-d regimen | Nausea and vomiting, bone marrow depression, paresthesias, CNS toxicity |
| **Dacarbazine**<br>Malignant melanoma ,HD, soft-tissue sarcomas, neuroblastoma | Melanoma: 2.0-4.5 mg/kg/d IV for 10 d every 4 wk; or 250 mg/m2/d IV for 5 d every 3 wk<br>HD: 375 mg/m2 IV on d 1, repeated every 15 d (single agent); 150 mg/m2/d IV for 5 d every 4 wk (combination therapy) | Bone marrow depression, nausea and vomiting, flu-like syndrome, transient hepatotoxicity, local irritation, facial flushing, alopecia |
| **Procarbazine**<br>HD, NHL, brain tumors, lung cancer | Single agent: 4-6 mg/kg/d PO until maximum response<br>HD (MOPP): 100 mg/m2/d PO for 14 d | Bone marrow depression, nausea and vomiting, lethargy, depression, paresthesias, headache, flu-like symptoms |
| **Temozolomide**<br>Anaplastic astrocytoma (relapsed), renal cell cancer, melanoma | 150 mg/m2/d PO for 5 d every 28 d | Bone marrow depression, nausea and vomiting |

## MICROTUBULE INHIBITORS

Microtubules are important constituents of the intracellular skeleton or the cytoskeleton that plays very important roles in several eukaryotic cellular functions which includes intracellular transport, maintenance of cell shape, polarity, cell signaling, and mitosis [95]. The mitotic spindle is composed of a chromatin with an intricate system of microtubules composed of the protein tubulin. Microtubules are responsible for formation of mitotic spindle during mitosis. The mitotic spindle is necessary for the equal partitioning of DNA into the two dividing daughter cells. Microtubule inhibitors (MTI) inhibit these microtubules resulting in anti-tumor effect. Microtubule inhibitors (MTI) such as taxanes, vinca alkaloids, and epothilones are particularly effective against several solid and hematologic malignancies. Microtubule inhibitors exhibit great efficacy against many tumors; their efficacy is reduced by drug resistance. At present, researchers are searching for new MTIs that have better efficacy and less probability of drug resistance.

MTIs can be classified into two groups: stabilizing and destabilizing agents.

Microtubule-stabilizing agents such as taxanes and epothilones promote polymerization and increase the microtubule polymer mass in cells.

Destabilizing agents, such as the vinca alkaloids, promote depolymerization of microtubules, prevent polymerization, and decrease polymer mass.

At low concentrations, however, both these groups suppress microtubule dynamics without changing polymer mass [96, 97].

Characteristics of microtubule binding agents

| Agent | Sensitivity to ABC efflux pumps | Sensitivity to β-tubulin content |
|---|---|---|
| Vincas | MDR sensitive MRP sensitive | Sensitive to βIII-tubulin content |
| Cryptophycins | MDR insensitive | n.a. |
| Dolastatins | MDR sensitive | n.a. |
| Taxanes | MDR sensitive MRP2 and MRP7 sensitive | Sensitive to βIII-tubulin content |
| Epothilones | MDR sensitive | No |
| Discodermolides | MDR sensitive MRP1 sensitive | Sensitive to βIII-tubulin content |
| Cyclostreptin | MDR insensitive | n.a. |
| Laulimalides | MDR insensitive | n.a. |
| Taccalonolide | MDR insensitive | More active if high beta III content |
| Peloruside | MDR insensitive | n.a. |
| Hemiasterlin | MDR insensitive | n.a. |
| Combretastatins | MDR insensitive | Yes |
| 2 methoxyestradiol | MDR insensitive | Inactive against beta I |

MDR: multidrug resistance; ABC: ATP Binding Cassette transport pumps; n.a.: not available

**Vincristine and vinblastine**

Vincristine (*VX*) and vinblastine (*VBL*) are structurally quite similar. They are also known as vinca alkaloids as they are extracted from the periwinkle plant, Vinca rosea. They are usually given in combination with other chemotherapeutic agents.

Vincristine is FDA approved for the treatment of following conditions:

- Acute lymphoblastic leukemia (POMP regimen)
- In combination with other antineoplastic agents for the treatment of Hodgkin's disease (MOPP, COPP, BEACOPP), non-Hodgkin's lymphoma as part of the

CHOP regimen (histiocytic, lymphocytic, mixed cell, nodular, undifferentiated, and diffuse types), rhabdomyosarcoma , neuroblastoma, and Wilms' tumor.

It is also used in a number of other protocols because it is relatively milder myelosuppressive agent. Vinblastine is administered with cisplatin and bleomycin for the treatment of metastatic testicular carcinoma. It is also beneficial in treating systemic Hodgkin and non- Hodgkin lymphomas. Vinblastine is also effective against advanced non–small cell lung cancer, either as a single agent or with cisplatin.

**Mechanism of action:** Both vincristine and vinblastine are cell-cycle specific and phase specific as they inhibit mitosis in metaphase (M phase). Their binding to tubulin, a microtubular protein, is GTP dependent and inhibits tubulin polymerization to form microtubules.  This impairs the spindle apparatus rendering it dysfunctional.  The chromosomes do not segregate and prevent cell division.

Resistance: Resistant is acquired when the cells have an increased efflux of the drug through P-glycoprotein in the cell membrane. Additionally, changes in tubulin structure can also alter affect binding of the drugs.

Pharmacokinetics: Intravenous administration of these drugs can cause rapid cytotoxicity leading to hyperuricemia because of purine oxidation that are produced from DNA fragmentation forming acid. The hyperuricemia can be relieved by allopurinol. The vinca alkaloids are predominantly metabolized in the liver by the CYP450 pathway. They are excreted in bile and feces. Doses must be adjusted in patients with poor hepatic function or biliary obstruction.

Adverse effects: Common adverse effects phlebitis or cellulites due to drug extravasation. Nausea, vomiting, diarrhea, and alopecia are also frequently observed.
Vinblastine is a more potent myelosuppressant compared to vincristine.  Vinblastine is associated with peripheral neuropathy manifesting as paresthesias, hyporeflexia, ataxia and foot drop. Constipation is also more frequently observed in patients taking vincristine.  Inappropriate antidiuretic hormone secretion is also associated with vincristine. The anticonvulsants can increase the metabolism of vincristine, whereas the azole antifungal drugs can slow its metabolism. Granulocytopenia is dose limiting for vinblastine.

**Paclitaxel and docetaxel**
Paclitaxel or taxol, a mitotic inhibitor, is effective against many cancers.  It is a natural product isolated from *Taxus brevifolia* [98].  Substitution of a side chain has resulted in docetaxel is a semi-synthetic analog of Taxol which is produced by substitution of a side chain.  It is more potent than paclitaxel.  Another new promising anticancer agent cabazitaxel (Jevtana) is effective against breast and prostate cancer.  It is FDA approved drug for the treatment of hormone-resistant metastatic prostate cancer after failure of docetaxel [99, 100].

Paclitaxel is FDA approved anticancer agent for the following cancers:

- Breast cancer that is progressive or recurrent following initial therapy
- Non-small cell lung cancer in combination with cisplatin
- Second-line chemotherapy for Kaposi's sarcoma
- Advanced ovarian cancer

Compared to paclitaxel, docetaxel has fewer toxic effects and l is FDA approved for the treatment of following conditions:
- Breast cancer that is progressive or recurrent following initial therapy
- Non-small cell lung cancer, locally advanced or advanced, that is progressive or recurrent following previous platinum-based therapy.
- Inoperable advanced non-small cell lung cancer (in combination with cisplatin ) in patients who have not previously received chemotherapy for this condition
- Advanced metastatic prostate cancer in combination with prednisone
- Advanced stage gastric cancer, in combination with 5-fluorouracil (5-FU) and cisplatin, as initial therapy.

Mechanism of action: Both paclitaxel and docetaxel are active in the G2/M phase of the cell cycle. They bind reversibly to the beta-tubulin subunit and encourage polymerization as well as polymer stabilization.  In contrast to vinca alkaloids, they enhance accumulation of microtubules. This results in formation of nonfunctional microtubules preventing chromosome desegregation during mitosis which ultimately leads to apoptosis.

Resistance: Resistance is linked to the presence of amplified P-glycoprotein or a mutation in the structure of tubulin.

Pharmacokinetics: These drugs have similar pharmacokinetics and are administered intravenously.  Both agents are well distributed in the body but cannot cross the blood-brain-barrier.  Both drugs are metabolized in the live by the CYP450 system. They are excreted through the bile and ultimately eliminated in stool; therefore, dose should be suitable reduced in patients with poor liver function.  However, people with renal impairment do not need dose adjustments.  Thus, dose modification is not required in patients with renal dysfunction, but dosages should be lowered in patients with liver dysfunction.

Adverse effects: Neutropenia is a common dose-limiting toxicity of both the drugs i.e. paclitaxel and docetaxel. The drugs should not be prescribed to patients with fewer than 1500 neutrophils/mm3. Treatment with filgrastim can reverse neutropenia and prevent complications related to neutropenia.  Peripheral neuropathy is also seen in patients taking these drugs.

Some patients taking paclitaxel can experience a transient, asymptomatic bradycardia. Fluid retention is observed in patients taking docetaxel. Pretreatment with dexamethasone and diphenhydramine or an H2 blocker mitigates severe hypersensitivity reactions in a patient who is to be treated with paclitaxel.

| Drug combinations and known adverse effects from drug interactions | |
|---|---|
| **Drug Interacting with Docetaxel** | **Adverse Effects from Interaction** |
| Cisplatin | increased risk of delayed neuropathy |
| Cyclosporine, Dalfopristin, Erythromycin, Itraconazole, Ketoconazole, Quinupristin, Terfenadine, Troleandomycin | increased risk of docetaxel toxicity including some or all of; anemia, leucopoenia, thrombocytopenia, fever, diarrhea |
| Doxorubicin Hydrochloride | cholestatic jaundice and pseudomembranous colitis |
| Doxorubicin Hydrochloride Liposome | increased doxorubicin exposure |
| Vaccinations for; Bacillus of Calmette and Guerin, Measles, Mumps, Poliovirus, Rotavirus, Rubella, Smallpox, Typhoid, Varicella, Yellow Fever | increased risk of infection by live vaccine |
| Thalidomide | increased risk of venous thromboembolism |

**Selected microtubule-binding agents which have been approved or have undergone clinical evaluation**

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | Vincristine | ALL, lymphomas Various solid tumors | Various tumor types | Natural compound Generic Parenteral administration |
| | | Vinblastine | Lymphomas Various solid tumors | Various tumor types | Natural compound Generic Parenteral administration |
| | | Vinorelbine | Breast, NSCLC | Various tumor types | Semi-synthetic Generic Oral and parenteral administration |
| | | Vindesine | ALL, lymphoma Lung cancer | Various tumor types | Semi-synthetic Generic Parenteral administration |
| | | Vinflunine (Javlor®, Pierre Fabre) | Bladder | Breast in combination with Herceptin | Semi-synthetic Parenteral administration |
| | Vincas | Liposomal vincristine | - | leukemia melanoma, myeloma, sarcoma | Prolonged and regular delivery |
| | | soblidotin (TZT-1027) | - | Phase I in advanced solid tumors No ongoing trials | Responses in NSCLC and esophageal cancer |
| Vinca | Dolastatins | romidepsin Istodax® Gloucester Pharmaceuticals | Cutaneous T cell lymphoma | Myeloma, lymphoma, solid tumors | Dolastatin 15 analog |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | brentuximab vedotin (SGN 35) | - | Phase III trial recruiting in Hodgkin's disease | Antibody-vectorized agent directed against CD30 positive malignancies |
| | Cryptophycins | Cryptophycin 52 LY355703 | - | Phase II NSCLC Terminated | Caused significant neurological toxicity |
| | Halichondrin | Eribulin (E7389, NSC 707389) | - | Phase III in advanced breast cancer | Improved OS when compared to treatment of physician's choice |
| | Hemiasterlin | E-7974 | - | Phase I | Hematological MTD |
| | Maytansinoids | Mertansine immunoconjugates (BT-062, IMGN388, BIIB015) | - | Head and neck, oesophagus, advance HER2 positive breast cancer, myeloma | Phase II and III underway |
| | Folate vectorized vinca alkaloid | EC-145 | | Ovarian, endometrial, lung cancer | Folate-targeted vinca alkaloid conjugate |
| Taxane | Taxanes | Paclitaxel Taxol® | Ovarian, breast, NSCLC | Various solid tumor types | May induce hypersensitivity reactions |
| | | Docetaxel Taxotere® | Breast, NSCLC, prostate, stomach, head and neck | Various solid tumor types | May induce hypersensitivity reactions |
| | | cabazitaxel (XRP6258) | Metastatic hormone- | | Approved June 2010 |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | Jevtana® | resistant prostate | | |
| | | Milataxel (MAC-321, TL-139) | - | Phase II mesothelioma | Active in preclinical models of resistance to taxanes |
| | | Larotaxel (XRP9881) | - | Phase III pancreatic | Active in preclinical models of resistance to taxanes, poor MDR substrate 205–207. |
| | | Ortataxel IDN-5109 BAY 59-8862 | - | Phase II taxane-resistant tumors | Active in Pgp-expressing models208 |
| | | Tesetaxel | - | Phase II gastric | Oral administration |
| | | DJ-927 | - | Phase II colorectal Phase II melanoma | Is not transported by Pgp209,210 |
| | | BMS 275183 | - | Phase II NSCLC Terminated | Oral administration Unpredictable pharmacokinetics |
| | | TPI 287 (ARC-100) | - | Phase II prostate cancer Phase I pediatric CNS cancers | Investigated in neurological tumors in combination with temozolomide |
| | | Nab-paclitaxel (ABI-007) Abraxane® | Breast cancer | Various solid tumors Prostate | Shorter infusion times than paclitaxel |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | Abraxis Bioscience Nab-docetaxel (ABI-008) | | cancer | Does not require premedication |
| | | NKTR-105 | | Phase I | PEGylated formulation of docetaxel; pre-treatment with corticosteroids not required |
| | | Ixabepilone Ixempra® Bristol Myers Squibb | Breast cancer | Solid tumors | Several ongoing trials in solid tumors Is not a substrate for Pgp |
| | | Patupilone (epothilone B) | - | Brain metastases in breast cancer, ovarian, melanoma, other solid tumors | Penetrates in the CNS Is not a substrate for Pgp Possesses radiosensitizing properties |
| | | Sagopilone | - | Glioblastoma, prostate, lung cancers | First fully synthetic epothilone Penetrates in the CNS |
| | Epothilones | KOS 1584 (epothilone D) | - | NSCLC Phase II | Investigated in breast and prostate cancer |
| | Discodermolide | - | - | Phase I Terminated | Pulmonary toxicity |
| Colchicine | CI-980 | - | - | Phase II trials Terminated | No responses observed in sarcoma or colorectal cancer[211,212] |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | 2 methoxy-estradiol (ME2) Panzem® EntreMed | - | - | Phase II in prostate, myeloma, glioblastoma | Endogenous metabolite of estradiol with no affinity for estrogen receptor Side effects: DVT and increased transaminases |
| | 1069C85 | - | - | Phase I Terminated | Oral administration |
| | ABT 751 E7010 | - | - | Phase II in various solid tumors No ongoing trials | Orally bioavailable sulfonamide Neurotoxicity |
| | Indibulin | - | - | Phase I/II in metastatic breast cancer | Discriminates between neuronal and non-neuronal tubulin |
| | Combretastatins | Fosbretabulin (CA4 phosphate) | - | Phase II in lung and thyroid cancer, glioma | Vascular disrupting agent |
| | | Verubulin | | Phase II glioblastoma | Vascular disrupting agent |
| | | Crinobulin | - | Phase I | Vascular disrupting agent |
| | | Plinabulin | | Phase I | Vascular disrupting agent |
| | | Ombrabulin | - | Phase III in sarcoma | Vascular disrupting agent |
| | Noscapinoids | Noscapine | - | Phase II multiple myeloma | Oral opium alkaloid used as antitussive |
| Other | Estramustine | - | Prostate | Combination | Generic |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | | cancer | with taxanes, vincas, ixabepilone in prostate cancer | Binds to microtubule associated protein |

ALL: acute lymphoblastic leukemia; CNS: central nervous system; DVT: deep vein thrombosis; MTD: maximal tolerated dose; NSCLC: non small cell lung cancer; OS: overall survival; Pgp: P glycoprotein

**Comparison of Antineoplastic microtubule-binding agents**

| Agent | Preparations | Mechanism of Action | Labeled Uses | Unlabeled Uses |
|---|---|---|---|---|
| **Cabazitaxel (Jevtana®)** | Injection, solution: 40 mg/mL (1.5 mL) | Taxane derivative; binds to tubulin, inhibits microtubule depolymerization, cell division, and tumor proliferation. Cabazitaxel has a poor affinity for multidrug resistance (MDR) proteins. | Treatment of hormone-refractory metastatic prostate cancer (in patients previously treated with a docetaxel-containing regimen) | N/A |
| **Docetaxel (Docefrez™, Taxotere®)** | Injection, powder for reconstitution: 20 mg, 80 mg Injection, solution: 10 mg/mL (2 mL, 8 mL, 16 mL) Injection, solution [concentrate]: 20 mg/mL (1 mL, 4 mL) | Promotes assembly of microtubules and inhibits the depolymerization of tubulin resulting in inhibition of DNA, RNA, and protein synthesis. Most active during the M phase. | Treatment of breast cancer (locally advanced/metastatic or adjuvant treatment of operable node-positive); locally-advanced or metastatic nonsmall cell lung cancer (NSCLC); hormone refractory, metastatic prostate cancer; advanced gastric adenocarcinoma; locally-advanced squamous cell head and neck cancer | Treatment of bladder cancer (metastatic), ovarian cancer, cervical cancer (relapsed), esophageal cancer, small cell lung cancer (relapsed), soft tissue sarcoma, Ewing's sarcoma, osteosarcoma, and unknown-primary adenocarcinoma |
| **Estramustine (Emcyt®)** | Capsule, oral: 140 mg | Combines the effects of estradiol and nitrogen mustard. It appears to bind to microtubule proteins, | Palliative treatment of progressive or metastatic prostate cancer | N/A |

| | | preventing normal tubulin function. The antitumor effect may be due solely to an estrogenic effect. Estramustine causes a marked decrease in plasma testosterone and an increase in estrogen levels. | | |
|---|---|---|---|---|
| **Ixabepilone (Ixempra®)** | Injection, powder for reconstitution: 15 mg, 45 mg | Epothilone B analog; binds to beta-tubulin subunit of the microtubule and arrests the cell cycle (at the G2/M phase). Activity in taxane-resistant cells has been demonstrated. | Treatment of metastatic or locally-advanced breast cancer (refractory or resistant) | Treatment (second-line) of endometrial cancer |
| **Paclitaxel (Taxol®, Abraxane®)** | Injection, solution: 6 mg/mL (5 mL, 16.7 mL, 25 mL, 50 mL) | Promotes microtubule assembly, interferes with the late G2 mitotic phase, and inhibits cell replication. May also suppress cell proliferation and modulate immune response. | Treatment of breast, nonsmall cell lung, and ovarian cancers; treatment of AIDS-related Kaposi's sarcoma (KS) | Treatment of bladder, cervical, small cell lung, and head and neck cancers; treatment of (unknown primary) adenocarcinoma |
| | Abraxane® Injection, powder for reconstitution: 100 mg [contains albumin (human)] | | Treatment of refractory (metastatic) or relapsed (within 6 months of adjuvant therapy) breast cancer | Treatment of advanced nonsmall cell lung cancer (NSCLC) |

| **Vinblastine (Velban®)** | Injection, powder for reconstitution, as sulfate: 10 mg Injection, solution, as sulfate: 1 mg/mL (10 mL)3 | Binds to tubulin and inhibits microtubule formation; may also interfere with nucleic acid and protein synthesis. It is specific for the M and S phases. May also interfere with nucleic acid and protein synthesis. | Treatment of Hodgkin's and non-Hodgkin's lymphoma; testicular cancer; breast cancer; mycosis fungoides; Kaposi's sarcoma; histiocytosis (Letterer-Siwe disease); choriocarcinoma | Treatment of bladder cancer, melanoma, nonsmall cell lung cancer (NSCLC), ovarian cancer, soft tissue sarcoma (desmoid tumors) |

**Clinical practice guidelines for use of the microtubule-binding agents in chemotherapy regimens**

| Product | Indications | Guideline Recommendations |
|---|---|---|
| **Cabazitaxel (Jevtana®)** | Treatment of hormone-refractory metastatic prostate cancer | Recommended in patients with metastatic disease who were previously  treated with a docetaxel-containing regimen (category 1).14 |
| **Docetaxel (Docefrez™, Taxotere®)** | Treatment of breast cancer | Recommended in patients with recurrent or metastatic disease as a single agent or in combination with pertuzumab +/- trastuzumab in  HER2-positive disease.9 |
| | | Recommended in patients with invasive disease as adjuvant therapy  in combination with cyclophosphamide +/- doxorubicin, trastuzumab +/- carboplatin.9 |
| | Treatment of locally-advanced or metastatic nonsmall cell lung cancer (NSCLC) | Recommended in patients with advanced or metastatic squamous cell carcinoma as maintenance therapy (category 2B) after a first-line treatment or as a second- or third-line treatment option in patients with disease progression.12 |
| | | Recommended in patients with advanced or metastatic invasive disease as adjuvant therapy in combination with cisplatin.12 |
| | Treatment of hormone refractory, metastatic prostate cancer | Recommended in treatment-naïve patients with advanced disease in combination with prednisone.14 |
| | | Recommended in patients with metastatic disease with (category 1) or without symptoms.14 |
| | Treatment of advanced gastric adenocarcinoma | Recommended in patients with metastatic or locally advanced disease  as first-line treatment in combination with cisplatin (category 1) or carboplatin/oxaliplatin (category 2B) +/- 5-fluorouracil or as second-line treatment as a single agent (category 2B).10 |
| | Treatment of locally-advanced squamous cell head and neck cancer | Recommended in patients with lip, oral, pharynx, larynx, or sinus diseases for induction and sequential chemotherapy in combination with cisplatin and 5-fluorouracil (category 1).11 |
| | | Recommended in patients with recurrent, unresectable, or metastatic disease in combination with cisplatin or carboplatin or as a single agent.11 |
| **Estramustine (Emcyt®)** | Palliative treatment of progressive or metastatic prostate cancer | May be used in combination with docetaxel; however, clinical evidence demonstrates the addition of estramustine to docetaxel may increase adverse events without improving efficacy.14 |
| **Ixabepilone (Ixempra®** | Treatment of breast cancer | Recommended in patients with recurrent or metastatic disease as a single agent or in combination with capecitabine (category 2B).9 |

| ) Paclitaxel (Taxol®, Abraxane ®) | Treatment of breast cancer | Recommended in patients with recurrent or metastatic disease as a single agent or in combination with bevacizumab or gemcitabine or doxorubicin.9 |
| | | Recommended in patients with recurrent or metastatic disease HER2-positive disease in combination with trastuzumab and pertuzumab or carboplatin.9 |
| | | Recommended in patients with invasive disease as adjuvant therapy following combination therapy with doxorubicin/cyclophosphamide or fluorouracil/epirubacin/cyclophosphamide +/- trastuzumab.9 |
| | | Recommended in patients with invasive disease as neoadjuvant therapy following trastuzumab therapy and prior to combination therapy with fluorouracil/epirubacin/cyclophosphamide.9 |
| | | May be used in pregnancy after the first trimester.9 |

## STEROID HORMONES AND THEIR ANTAGONISTS

Tumors that are steroid hormone–sensitive can be classified as:

1. Hormone responsive tumors.  These tumors shrink and regress following specific hormonal therapy.
2. Hormone dependent tumors.  These tumors regress after a hormonal stimulus is removed.
3. Both.  Tumors which exhibit both the above properties.

Hormone treatment of responsive tumors is generally palliative.  However, high dose glucocorticoids such as prednisone can exert cytotoxic effects on lymphomas. Hormone-dependent tumors are treated either with surgery or drugs to remove hormonal stimuli.  For example, patients with advanced prostate cancer can be treated with orchiectomy (unilateral or bilateral).  Breast cancer patients are treated with tamoxifen, an antiestrogen, to prevent estrogen stimulation of breast cancer cells.

Steroid hormone is only effective when the cell contains intracellular (cytosolic) receptors that are specific for that hormone.

### Prednisone

Prednisone is a powerful, synthetic, anti-inflammatory agent which is effective against many types of cancers.  It is FDA approved for the management of the following conditions:

- Leukemias and lymphomas in adults
- Acute leukemia in children
- Hypercalcemia associated with cancer and mycosis fungoides.

In addition, prednisone is effective in controlling vomiting and nausea in cancer patients. It also reduces swelling around the tumors.

Mechanism of action: Prednisone becomes active when it is reduced to prednisolone by 11- β-hydroxysteroid dehydrogenase. Prednisolone then attaches to a receptor that stimulates the prediction of anti-inflammatory agents.  These agents reduce the growth of certain cancers.

Resistance: Resistance occurs when receptor protein is absent, impaired gene expression or a mutation reduces receptor affinity for the hormone.

Pharmacokinetics: Prednisone is quickly absorbed when taken orally. It is plasma bound and undergoes 11- β-hydroxylation to prednisolone in the liver.  The latter is metabolized by the process of glucuronidation.  It is excreted in urine along with the parent compound.

Adverse effects: Prednisone has several adverse effects which include:
- Susceptibility to infection
- Ulcers
- Pancreatitis
- Hyperglycemia
- Cataract and glaucoma
- Osteoporosis
- Mood swings

**Tamoxifen**
Tamoxifen is an estrogen antagonist; however, in certain tissues such as endometrium, it acts as an agonist.  Therefore, tamoxifen in the body can act as both, agonist or antagonist.  It is structurally similar to the synthetic estrogen diethylstilbestrol. Tamoxifen is used as a first line therapy in the treatment of estrogen receptor–positive breast cancer in pre- and post-menopausal women [101]. Additionally, it is the preferred hormone treatment for male breast cancer [102]. It is FDA approved for the prevention of breast cancer in women at high risk of developing breast cancer [103].  It is also FDA approved for the reduction of contralateral cancer.

Tamoxifen exhibits weak estrogenic activity and is classified as a selective estrogen-receptor modulator (SERM).  Toremifene is another SERM that is FDA approved for the treatment of advanced breast cancer in postmenopausal women.  Tamoxifen is currently can only be prescribed for 5 years as it can trigger premalignant lesions because of its estrogenic properties.

Mechanism of action: Tamoxifen competitively binds to the estrogen receptor forming a nuclear complex that inhibits estrogen effects and prevents DNA synthesis.
The complex is unable trigger estrogen-responsive genes, and prevents RNA synthesis. This causes depletion of estrogen receptors, as well ass the suppression of the growth-promoting effects of the natural hormone and other growth factors.

Tamoxifen doesn't act on any specific phase of the cell cycle. It is cytostatic as it prevents tumor cells from dividing and doesn't induce apoptosis.

Resistance**:** Resistance occur either due to the presence of a dysfunctional hormone receptor or a decreased affinity for the receptor.

Pharmacokinetics**:** Tamoxifen is given orally.  It is partially metabolized by the liver.. Parent drug and its metabolites are excreted mainly via the bile into the feces. Tamoxifen is less effective in individuals with variant forms of the gene CYP2D6 or 2D6 as the drug is metabolized very slowly into its active metabolite 4-hydroxytamoxifen [104, 105]. Recent studies have observed that some CYP2D6 variations in breast cancer patients can result in worse clinical outcome for tamoxifen treatment[106]. It may be, therefore, beneficial to determine CYP2D6 status of a person the future selection of this drug [107].

Adverse effects**:** Side effects of tamoxifen are very similar to the effects of natural estrogen.  Tamoxifen should be discontinued if hypercalcemia occurs.  The drug can also enhance pain in case the tumor metastasizes to bone. Tamoxifen is also associated with osteoporosis in premenopausal women who continue to menstruate after adjuvant chemotherapy [108]. It can also cause fatty liver or steatosis hepatic [109]. It can also cause changes in endometrium that can lead to endometrial cancer [110]. Some tamoxifen-treated breast cancer patients may exhibit reduced cognition, [111]. Tamoxifen can also lead to a reduction in libido [112, 113]. Other rare toxicities include thromboembolism and vision problems.  Aromatase inhibitors are being increasingly preferred in the treatment of breast cancer as they are less toxic than tamoxifen.

| Common side effects | Less common side effects |
|---|---|
| • Hot flashes<br>• Fluid retention characterized by swelling of ankles, feet, hands or face<br>• Vaginal discharge<br>• vaginal itching<br>• Weight changes<br>• Reduced libido or sex drive | • Nausea<br>• Vaginal bleeding<br>• Depression, mood swings<br>• Weight loss<br>• Irregular menstrual cycle<br>• Skin changes |

**Aromatase inhibitors**
Aromatase inhibitors are a class of drugs used in the treatment of breast cancer and ovarian cancer in postmenopausal women. They are also effective in treating or preventing gynaecomastia in men.  Aromatase is the enzyme responsible for production estrogen. Breast and ovarian cancers require estrogen for their growth, Aromatase inhibitors or AIs either block the estrogen synthesis or block the action of estrogen on receptors.  Aromatase converts androgens to estrogens by oxidization. The aromatase reaction takes place in different tissues of the body including liver, fat, muscle, skin, and breast tissue, and breast malignancies and is responsible for the extra-

adrenal synthesis of estrogen from androstenedione. This peripheral aromatization provides estrogen in postmenopausal women.

There are 2 types of aromatase inhibitors (AIs) that are FDA approved for the treatment of breast cancer [114]:

- Irreversible steroidal inhibitors form a permanent and deactivating bond with the aromatase enzyme. These are associated with the substrate-binding site of the enzyme and usually have an androgen structure. They are more selective, have a longer half life and are less toxic. However, they have poor bioavailability, produce androgenic effects when given in high doses and are metabolized by other CYP 450 enzymes. Formestane and exemestane are the common irreversible steroidal inhibitors.
- Non-steroidal inhibitors, such as anastrozole (Arimidex), inhibit the synthesis of estrogen by reversible competition for the aromatase enzyme. Majority of them are azoles and they interact with the cytochrome P450. They are highly potent and do not exhibit hormonal properties. However, they are less selective and can cause musculoskeletal problems. Some of the common non-steriodal aromatase inhibitors include fadrozole, anastrozole and letrozole.

**Classification of Aromatase Inhibitors**

| Generation | Type I Steroidal inhibitor | Type II Non steroidal inhibitor |
|------------|----------------------------|----------------------------------|
| First | Testololactone | Aminoglutethimide |
| Second | Formestane | Fadrozole Rogletimide |
| Third | Exemestane (Aromasin) | Anastrozole (Armidex) Letrozole (Femara) Vorozole (Rivizor |

**Aminoglutethimide:**

Aminoglutethimide was the first aromatase inhibitor that was found to be effective in the treatment of metastatic breast cancer in postmenopausal women. It blocks the adrenal production from cholesterol and also prevents extra-adrenal synthesis.
However, newer aromatase inhibitors are preferred because aminoglutethimide is non-selective and also blocks production of hydrocortisone. It is still prescribed for the treatment of metastatic breast cancer and Cushing's syndrome [115].

Mechanism of action:
Aminoglutethimide is believed to act in two ways:

1. It blocks the enzyme aromatase [116] which is responsible for biosynthesis of estrogens from androstenedione and testosterone.
2. It prevents the conversion of cholesterol to pregnenolone by inhibiting the enzyme P450scc. This leads to decreased production of all hormonally active steroids.

Low dose aminogluthethimide is only a potent aromatase inhibitor; however, at higher doses, it also blocks enzyme P450scc.

**Anastrozole and letrozole:**
The imidazole aromatase inhibitors, such as anastrozole and letrozole, are nonsteroidal inhibitors.
These agents are preferred in the treatment of breast cancer because of the following factors:
1) They have high potency  than aminoglutethimide
2) They have greater selectivity than aminoglutethimide
3) They do not require hydrocortisone supplementation
4) They do not increase predisposition to endometrial cancer
5) They lack androgenic side effects that are frequently observed with the steroidal aromatase inhibitors.

Anastrozole and letrozole are used as a second-line therapy after tamoxifen for hormone-dependent breast cancer in the United States.  However, they are the used as first-line drugs in many countries for treating breast cancer in postmenopausal women.
Letrozole is FDA approved for the treatment of local or metastatic breast cancer that is hormone receptor positive or has an unknown receptor status in postmenopausal women [117].

Both the drugs are orally active and cause almost a total suppression of estrogen production in the body. They are predominantly metabolized in the liver. Letrozole is contraindicated in women who are pregnant or lactating or have a pre-menopausal hormonal status [118].

**Exemestane**:
Exemestane is a third generation, steroidal aromatase inhibitor. It is FDA approved for the treatment of advanced hormone-positive breast cancer in postmenopausal women whose disease has progressed following tamoxifen therapy [119]. It is well absorbed when given orally.  It is widely distributed in the body fluids and tissues.  It is approximately 95% protein bound with bioavailability of around 60%.  Its half life is around 27 hours.  The drug is predominantly metabolized in the liver by the CYP3A4 isozyme. No significant drug interactions have been reported with exemestane. Dose adjustment is required in patients with poor renal function because the drug metabolites are excreted via urine. Exemestane has few toxic affects.  Major toxicities include are nausea, hot flashes, depression, fatigue and bone pain. Acne and hair changes may also occur in some cases.

**Progestins**
Megestrol acetate is a progesterone derivative which is used for the treatment of uterine or breast cancer that are recurrent, inoperable, or metastatic. It acts as
a potent progesterone receptor agonist [120]. This drug also reduces the level of estrogen produced in the body.  It significantly lowers the expression of the androgen receptor (AR) and the estrogen receptor (ER) in the body [121-125].

Its mean half-life is approximately 34 hours. It is readily absorbed when taken orally. However, the aromatase inhibitors are slowly replacing it in cancer treatment.

Weight gain is the most common side effect of megestrol acetate. Other prominent side effects include nausea, vomiting, impotence, edema, and dyspnea. Thrombophlebitis and pulmonary embolism are severe but rare side effects of this agent [126]. Megestrol acetate can also lead to adrenal insufficiency [127-128]. This drug should not be used in pregnancy as it is a known teratogenic [129].

**Leuprolide and goserelin**
Both, leuprolide and goserelin are analogs of gonadotropin-releasing hormone or GnRH. Gonadotropin-releasing hormone stimulates secretion of luteinizing hormone and follicle-stimulating hormone. Luteinizing hormone stimulates the secretion of testosterone; where as follicle-stimulating hormone stimulates the secretion of estrogen.

Both the drugs are GnRH agonists and, therefore, are instrumental in interrupting the stimulation and the desensitization of the GnRH receptors.  As a result, FSH and LH are not released leading to reduced synthesis of androgen and estrogen. These drugs are beneficial in premenopausal women with advanced breast cancer and are effective in prostate cancer.

Leuprolide is available as:
- Lupron Depot (7.5 mg/vial for monthly intramuscular depot injection) for palliative treatment of advanced prostate cancer.
- Viadur (72 mg yearly subcutaneous implant) for palliative treatment of advanced prostate cancer.
- Eligard (7.5 mg for monthly subcutaneous depot injection) palliative treatment of advanced prostate cancer and subsequently in 22.5 mg, 30 mg, and 45 mg doses for subcutaneous depot injection every 3, 4, and 6 months, respectively.
- Leupromer 7.5 (7.5 mg, One month depot for subcutaneous injection) is the second In-situ forming injectable drug in world. It is used for palliative treatment of advanced prostate cancer, fibroids, and endometriosis.

Goserelin acetate is implanted intramuscularly. Levels of androgen can initially increase but then fall drastically to castration levels. It is used to treat hormone-sensitive cancers of the breast and prostate.It is also effective against uterine fibroids, endometriosis, and endometrial thinning. It is also available in the market as a 1-month depot and a long-acting 3-month depot. Prominent adverse effects of these drugs are impotence, hot flashes, and tumor flare.

**Estrogens**
Estrogens, such as ethinyl estradiol or diethylstilbestrol, are beneficial in the treatment of prostatic cancer. GnRH analogs are preferred over estrogens because the analogs produce less toxic effect. Estrogens prevent LH synthesis that inhibits the growth of prostatic tissue.  Estrogen use can lead to serious side effects which include thromboembolism [130], myocardial infarction (MI), strokes, and hypercalcemia.

Prolonged estrogen use can also cause gynecomastia and impotence in men.

**Flutamide, nilutamide, and bicalutamide**
Flutamide, nilutamide, and bicalutamide are synthetic, nonsteroidal antiandrogen prescribed frequently in the treatment of prostate cancer. These agents competitively bind to the androgen receptor.

Flutamide, an arylpropionamide analog, is metabolized to its active form 2-hydroxyflutamide or DHT which causes adrenoreceptor blockage [131, 132]. This also leads to suppresses gonadotropin secretion resulting in elevated levels of serum LH and testosterone levels. Therefore, flutamide is always given in combination with leuprolide or goserelin, which can desensitize the GnRH receptors.
Flutamide and bicalutamide are commonly used in the treatment of prostate cancer. They can be prescribed for long-term monotherapy, or in the initial few weeks of GnRH analog therapy [133].

All the three antiandrogens are taken orally. Bicalutamide, an arylpropionamide analog, is the preferred antiandrogens for the treatment of prostate cancer. It is comparatively less hepatotoxic than the other two antiandrogens i.e. flutamide and nilutamide and has a longer half-life of 6 days that allows once a day dosing. Flutamide, on the other hand, is given three times a day

These agents are cleared through the kidney. Prominent side effects include gynecomastia and GI distress. Flutamide is hepatotoxic and can cause serious complication such as liver failure. Nilutamide can cause pneumonitis and delayed adaptation to darkness [134].

**Development status of other small molecule antiandrogens**

| Name of compound | Company | Stage of development | Other information |
|---|---|---|---|
| RU58642 | Roussel-Uclaf SA | Preclinical – no further developments since 1998 | Orally active and more potent than current small molecular antiandrogens [135]. |
| LG120907 | Ligand Pharmaceuticals | Preclinical | Orally active, strong antagonistic activity in the prostate without raising plasma levels of LH andtestosterone [136] |
| LG105 | Ligand Pharmaceuticals | Preclinical | Orally available, strong antagonistic activity in the prostate without raising plasma levels of LH and testosterone. Seems to be more potent than LG120907 [136]. |

| RD162 | Medivation | Preclinical | High binding affinity to AR. Unlike bicalutamide, it does not promote nuclear translocation and impairs both DNA binding to androgen response elements and recruitment of coactivators [137]. |
|---|---|---|---|
| Enzalutamide(MDV3100) | Medivation | Phase III clinical | High binding affinity to AR. Unlike bicalutamide, it does not promote nuclear translocation and impairs both DNA binding to androgen response elements and recruitment of coactivators [137]. Induces tumor cell apoptosis and has not agonist activity [138]. |
| BMS-641988 | Bristol-Myers Squibb | Phase I clinical – trial terminated | Showed increased potency compared to bicalutamide. Phase I trial was discontinued because of an epileptic seizure in a patient [139]. Led to the findings that several antiandrogens produce off-target antagonist binding to GABA-A receptors [140]. |
| CH5137291 | Chugai Pharmaceutical Co. Ltd. | Preclinical | Completely inhibits AR-mediated transactivation and proliferation of the CRPC xenograft model LNCaP-BC2, which is bicalutamide-resistant [141, 142]. |

### Natural products and their uses, dosages, and toxicities

| Drug and its uses | Dosages | Toxicities |
|---|---|---|
| **Antitumor antibiotics** **Bleomycin** Testicular cancer HD, reticulum cell sarcoma, lymphosarcoma, squamous cell cancer of the head and neck, skin, cervix, vulva, and penis | 10-20 U/m2 given IV, IM, or SC weekly or twice weekly; maximum total dose, 400 U; a 2-U test dose should be given because of a possible anaphylactoid reaction | Pneumonitis and pulmonary fibrosis, fever and allergic reactions, anaphylaxis, hyperpigmentation, Raynaud's phenomenon, alopecia |
| **Dactinomycin** Testicular cancer, | 0.010-0.015 mg/kg IV daily for 5 d every 3 wk | Stomatitis, bone marrow depression, anorexia, nausea |

| | | |
|---|---|---|
| gestational trophoblastic tumors, Wilms' tumor, rhabdomyosarcoma, Ewing's sarcoma | (usual adult dose, 0.5 mg), or 2 mg/m2 IV as a single dose every 3-4 wk | and vomiting, diarrhea, alopecia, skin changes, anaphylactoid |
| **Daunorubicin** AML, ALL | Remission induction: 30-45 mg/m2/d IV for 3 d in combination therapy; total cumulative dose, 550 mg/m2 | Bone marrow depression, cardiotoxicity, alopecia, nausea and vomiting, diarrhea, stomatitis, fever, dermatitis at previously irradiated sites, red urine, anaphylactoid reaction |
| **DaunoXome** (liposomal daunorubicin) Kaposi's sarcoma | Liposomal preparation: 40 mg/m2 IV every 2 wk | Bone marrow depression, cardiotoxicity, stomatitis (continuous infusion), alopecia, nausea and vomiting, diarrhea, fever, dermatitis at previously irradiated sites, red urine, anaphylactoid reaction |
| **Doxorubicin** ALL, AML, breast, ovarian, bladder cancers, HD, NHL, SCLC, gastric cancer, sarcoma, Wilms' tumor, neuroblastoma, thyroid cancer | 60-90 mg/m2 single IV injection every 21 d, 20-30 mg/m2/d IV for 3 d every 3-4 wk, or 20 mg/m2 IV weekly; total cumulative dose of 550 mg/m2; reduce dose for liver dysfunction | Bone marrow depression, hand-foot syndrome |
| **Doxil** (liposomal doxorubicin) Ovarian cancer (refractory to paclitaxel-and platinum-based regimens), Kaposi's sarcoma | 50 mg/m2 IV every 4 wk 20 mg/m2 IV every 3 wk | Bone marrow depression, hand-foot syndrome Bone marow depression, cardiotoxicity, stomatitis, alopecia |
| **Epirubicin** Breast cancer | 100 mg/m2 IV on day 1, or 60 mg/m2 IV on days 1 and 8 in combination therapy | Bone marrow depression, nausea and vomiting, stomatitis, alopecia, cardiotoxicity |
| **Idarubicin** AML, CML (blast phase), ALL | 12 mg/m2/d IV for 3 d every 3 wk in combination therapy | Bone marrow depression, cardiotoxicity, alopecia, stomatitis, nausea and vomiting, blue urine and sclera |
| **Mitoxantrone** AML, prostate, ALL, CML, stombreast and ovarian cancers | Remission induction: 12 mg/m2/d IV for 3 days, in combination with Ara-C | Bone marrow depression (cumulative), nausea and |

| | | vomiting, anorexia, alopecia, stomatitis, fever, pulmonary fibrosis |
|---|---|---|
| **Mitomycin**<br>Gastric, colorectal, pancreatic adenocarcinomas, NSCLC, breast, uterine, cervical, and head and neck cancers | 20 mg/m2 IV every 6-8 wk as a single agent, or 5-10 mg/m2 IV every 6 wk in combination therapy | Local bladder symptoms |
| **Valrubicin**<br>Bladder | 800 mg IV once a week for 6 wk | |
| **Epipodophyllotoxins**<br>**Etoposide**<br>Testicular cancer (refractory), SCLC, HD, NHL, AML, gestational trophoblastic tumors | Testicular: 50-100 mg/m2/d IV for 5 d, or 100 mg/m2/d IV on days 1, 3, and 5<br>Lung: 35-50 mg/m2/d IV for 5 d, or 100 mg/m2/d PO for 5 d<br>For both indications, given with combination therapy and repeated every 3-4 wk | Bone marrow depression, nausea and vomiting, diarrhea, fever, hypotension with rapid infusion, alopecia, rash |
| **Teniposide**<br>Relapsed ALL in children, SCLC | ALL: 100 mg/m2 once or twice weekly, or 20-60 mg/m2/d for 5 days in combination with Ara-C<br>Lung: 80-90 mg/m2/d for 5 days as a single agent | Bone marrow depression, nausea and vomiting, alopecia, hypotension with rapid infusion, increased liver enzymes |
| **Microtubule agents**<br>**Docetaxel**<br>Breast cancer (relapsed), lung, ovarian, pancreatic cancer, head and neck, esophagus, stomach, cervical, Kaposi's sarcoma, uterine, prostate, and bladder | 60-100 mg/m2 IV over 1 hour every 21 days; or up to 42 mg/m2 IV every week | Bone marrow depression, fluid retention, hypersensitivity reaction, paresthesias, rash, alopecia, myalgias |
| **Paclitaxel**<br>Ovarian cancer (relapsed), NSCLC (in combination with cisplatin), Kaposi's sarcoma, breast cancer (relapsed), head and neck, gastric, colon, esophagus, | 135-175 mg/m2 by IV infusion (ranging from 3-96 h) every 3 wk; or 80 mg/m2 IV every week | Bone marrow depression peripheral neuropathy, alopecia, mucositis, anaphylaxis, dyspnea, myalgias |

| | | |
|---|---|---|
| uterine, prostate, bladder cancers and melanomas | | |
| **Vinblastine** HD, NHL, gestational trophoblastic tumors, testicular and breast cancers, mycosis fungoides, Kaposi's sarcoma, histiocytosis X, bladder and renal cancers, NSCLC, CML (blast crisis) | 4-12 mg/m2 IV as a single agent every 1-2 wk; titrate dose to myelosuppression; adjust for hepatic insufficiency | Bone marrow depression, nausea and vomiting, ileus, alopecia, stomatitis, myalgias, vesication |
| **Vincristine** ALL, HD, NHL, rhabdomyosarcoma, neuroblastoma, Wilms' tumor, multiple myeloma, sarcomas, breast cancer | 0.4-1.4 mg/m2 IV weekly; maximum total dose, 2 mg/wk; reduce dose for hepatic insufficiency | Peripheral neuropathy, ileus, abdominal pain, SIADH, bone marrow depression (mild) |
| **Vinorelbine** NSCLC, breast, ovarian, head and neck cancers, HD | 30 mg/m2 IV over 10 min; repeat weekly | Peripheral neuropathy, bone marrow depression, nausea and vomiting, hepatic dysfunction |
| **Camptothecin analogs** **Irinotecan** Colorectal cancer, lung, ovarian, and cervical cancers | 125 mg/m2 IV over 90 min once weekly for 4 wk; then 2 weeks rest; or 350 mg/m2 every 21 days | Bone marrow depression, diarrhea, nausea and vomiting anorexia, weight loss |
| **Topotecan** Ovarian cancer (relapsed), SCLC (relapsed), MDS, CMML | 1.5 mg/m2 IV over 30 min for 5 consecutive days at 21-d intervals | Bone marrow depression, fever, flu-like symptoms, nausea and vomiting |
| **Enzyme** **Asparaginase** ALL, CML, AML | 6,000 IU/m2 IM 3 times weekly for 9 doses, or 100 IU/kg/d IV for 10 continuous days, starting on day 22 of treatment; usually given with vincristine and prednisone | Allergic reactions (fever, chills, skin rash, anaphylaxis), nausea and vomiting, anorexia, liver dysfunction, CNS depression, coagulopathy, hyperglycemia |

ALL = acute lymphoblastic leukemia; AML = acute myelogenous leukemia; AUC = area under the curve; BMT = bone marrow transplantation; CLL = chronic lymphocytic

leukemia; CML = chronicmyelogenous leukemia; CMML = chronic myelomacrocytic leukemia; 5-FU = fluorouracil; GFR =glomerular filtration rate; HD = Hodgkin's disease; MDS = myelodysplastic syndromes; MOPP =mechlorethamine, Oncovin, procarbazine, and prednisone; NHL = non-Hodgkin's lymphoma; NSCLC= non–small-cell lung cancer; SIADH = syndrome of inappropriate antidiuretic hormone secretion;WBC = white blood cell

*************** **PART II 20k** *************************

## MONOCLONAL ANTIBODIES

Paul Ehrlich first conceptualized the idea of using antibodies selectively against target tumors [143]. In 1975, the production of monoclonal antibodies was fructified with advent of hybridoma technology [144]. Monoclonal antibody-based treatment of cancer is now successfully being used for various types of cancers which include solid tumors and blood cancers. These agents have become one of the largest anticancer agents for the treatment of cancer in the last few years. Monoclonal antibodies have envisaged a great interest for anti-cancer therapy because the therapy is selective and can be directed against only tumor cells. They are created from B lymphocytes that are fused with "immortal" B-lymphocyte tumor cells forming a hybrid cell. These hybrid cells are individually cloned and each clone produces antibodies that are directed against a single antigen type. Recombinant technology has led to the evolution of "humanized" antibodies that have a better safety and efficacy profile than murine antibodies.

Some of the FDA approved monoclonal antibodies for the treatment of cancer include:

- trastuzumab
- rituximab
- bevacizumab
- cetuximab
- gemtuzumab
- ozogamicin
- alemtuzumab
- I131-tositumomab

Mechanism of tumor cell killing by antibody

1. Direct tumor cell killing can be achieved by the following mechanisms:

Receptor agonist activity: Cytotoxicity can be achieved by receptor agonist activity. Antibody binds to a cancer cell surface receptor and activates it which causes cell death or apoptosis.

Receptor antagonist activity: Direct tumor cell killing can also be mediated by receptor antagonist activity. In such cases, the antibody gets attached to a tumor cell surface receptor and then inhibits process related to cell division such as kinase activation, dimerization and downstream signaling. This leads to reduced cell divisions and ultimately apoptosis.

Antibody-directed enzyme: An antibody binds to an enzyme resulting in neutralization, signaling abrogation and cell death. Such conjugated antibodies deliver a cytotoxic agent to the tumor cells.

2. Immune-mediated tumor cell killing:  This process can be achieved by a number of mechanisms which include:
- Phagocytosis
- Complement activation
- Antibody-dependent cellular cytotoxicity (ADCC)
- T cells being activated by antibody-mediated cross-presentation of antigen to dendritic cells
- T cells that are genetically modified being targeted to the tumor by single-chain variable fragment (scFv)
- Inhibition of T cell inhibitory receptors, such as cytotoxic T lymphocyte-associated antigen 4 (CTLA4).

3. Vascular and stromal cell ablation may be achieved through a number of mechanisms which include:
- Vasculature receptor antagonism or ligand trapping
- Stromal cell inhibition
- Toxin delivery to stromal cells
- Toxin delivery to the vasculature.
- Membrane attack complex or MAC
- Major histocompatibility complex (MHC)
- Natural killer (NK) cells

Anti-cancer monoclonal antibodies act on cancer cells in number of ways which include:
- Radioimmunotherapy (RIT).  This technique uses radioactively conjugated murine antibodies to target cellular antigens of the cancer cells.  This technique is widely employed against lymphomas because the lymphoma cells are highly radio-sensitive.  Murine antibodies are highly immunogenic and are rapidly cleared from the body which limits radiation exposure. For example, tositumomab is highly effective in the treatment of non-Hodgkins lymphoma.
- Antibody-directed enzyme prodrug therapy (ADEPT) [145]:  This therapy uses cancer associated monoclonal antibodies which are linked to a drug-activating enzyme. This enzyme selectively binds to tumor cells.  Subsequently, a prodrug is administered which is converted into cytotoxic agent by the drug-activating enzymes which accumulate in the tumor.  This therapy holds a great promise for the future cancer treatment.
- Immunoliposomes are antibody-conjugated liposomes. This technique involves the use antibody-coupled liposomes to target tumor cells.  This technique is still in infancy.

| Monoclonal Antibody | Target | FDA-approved indication | Mechanisms of action |
|---|---|---|---|
| Trastuzumab (Herceptin; Genentech): | ERBB2 | ERBB2-positive breast cancer, as a single agent or in combination with | Inhibition of ERBB2 signaling and ADCC |

| Monoclonal Antibody | Target | FDA-approved indication | Mechanisms of action |
|---|---|---|---|
| humanized IgG1 | | chemotherapy for adjuvant or palliative treatment | |
| | | ERBB2-positive gastric or gastro-esophageal junction carcinoma as first-line treatment in combination with cisplatin and capecitabine or 5-fluorouracil | |
| Bevacizumab (Avastin; Genentech/Roche): humanized IgG1 | VEGF | For first-line and second-line treatment of metastatic colon cancer, in conjunction with 5-fluorouracil-based chemotherapy; for first-line treatment of advanced NSCLC, in combination with carboplatin and paclitaxel, in patients who have not yet received chemotherapy; as a single agent in adult patients with glioblastoma whose tumor has progressed after initial treatment; and in conjunction with IFNα to treat metastatic kidney cancer | Inhibition of VEGF signaling |
| Cetuximab (Erbitux; Bristol-Myers Squibb)[‡]: chimeric human–murine IgG1 | EGFR | In combination with radiation therapy for the initial treatment of locally or regionally advanced SCCHN; as a single agent for patients with SCCHN for whom prior platinum-based therapy has failed; and palliative treatment of pretreated metastatic EGFR-positive colorectal cancer | Inhibition of EGFR signaling and ADCC |
| Panitumumab (Vectibix; Amgen)[‡]: human IgG2 | EGFR | As a single agent for the treatment of pretreated EGFR-expressing, metastatic colorectal carcinoma | Inhibition of EGFR signaling |
| Ipilimumab (Yervoy; Bristol-Myers | CTLA4 | For the treatment of unresectable or metastatic | Inhibition of CTLA4 signaling |

| Monoclonal Antibody | Target | FDA-approved indication | Mechanisms of action |
|---|---|---|---|
| Squibb): IgG1 | | melanoma | |
| Rituximab (Mabthera; Roche): chimeric human–murine IgG1 | CD20 | For the treatment of CD20-positive B cell NHL and CLL, and for maintenance therapy for untreated follicular CD20-positive NHL | ADCC, direct induction of apoptosis and CDC |
| Alemtuzumab (Campath; Genzyme): humanized IgG1 | CD52 | As a single agent for the treatment of B cell chronic lymphocytic leukaemia | Direct induction of apoptosis and CDC |
| Ofatumumab (Arzerra; Genmab): human IgG1 | CD20 | Treatment of patients with CLL refractory to fludarabine and alemtuzumab | ADCC and CDC |
| Gemtuzumab ozogamicin (Mylotarg; Wyeth): humanized IgG4 | CD33 | For the treatment of patients with CD33-positive acute myeloid leukaemia in first relapse who are 60 years of age or older and who are not considered candidates for other cytotoxic chemotherapy; withdrawn from use in June 2010 | Delivery of toxic payload, calicheamicin toxin |
| Brentuximab vedotin (Adcetris; Seattle Genetics): chimeric IgG1 | CD30 | For the treatment of relapsed or refractory Hodgkin's lymphoma and systemic anaplastic lymphoma | Delivery of toxic payload, auristatin toxin |
| $^{90}$Y-labelled ibritumomab tiuxetan (Zevalin; IDEC Pharmaceuticals): murine IgG1 | CD20 | Treatment of relapsed or refractory, low-grade or follicular B cell NHL | Delivery of the radioisotope$^{90}$Y |
| | | Previously untreated follicular NHL in patients who achieve a partial or complete response to first-line chemotherapy | |
| $^{131}$I-labelled tositumomab (Bexxar; GlaxoSmithKline): murine IgG2 | CD20 | Treatment of patients with CD20 antigen-expressing relapsed or refractory, low-grade, follicular or transformed NHL | Delivery of the radioisotope$^{131}$I, ADCC and direct induction of apoptosis |

| Antigen category | Examples of antigens | Examples of therapeutic mAbs raised against these targets | Tumor types expressing antigen |
|---|---|---|---|
| Haematopoietic differentiation antigens | CD20 | Rituximab | Non-Hodgkin's lymphoma |
| | | Ibritumomab tiuxetan and tositumomab | Lymphoma |
| | CD30 | Brentuximab vedotin | Hodgkin's lymphoma |
| | CD33 | Gemtuzumab ozogamicin | Acute myelogenous leukaemia |
| | CD52 | Alemtuzumab | Chronic lymphocytic leukaemia |
| Glycoproteins expressed by solid tumours | EpCAM | IGN101 and adecatumumab | Epithelial tumours (breast, colon and lung) |
| | CEA | Labetuzumab | Breast, colon and lung tumours |
| | gpA33 | huA33 | Colorectal carcinoma |
| | Mucins | Pemtumomab and oregovomab | Breast, colon, lung and ovarian tumours |
| | TAG-72 | CC49 (minretumomab) | Breast, colon and lung tumours |
| | CAIX | cG250 | Renal cell carcinoma |
| | PSMA | J591 | Prostate carcinoma |
| | Folate-binding protein | MOv18 and MORAb-003 (farletuzumab) | Ovarian tumours |
| Glycolipids | Gangliosides (such as GD2, GD3 and GM2) | 3F8, ch14.18 and KW-2871 | Neuroectodermal tumours and some epithelial tumours |
| Carbohydrates | Le $^y$ | hu3S193 and IgN311 | Breast, colon, lung and prostate tumours |
| Targets of anti-angiogenic mAbs | VEGF | Bevacizumab | Tumor vasculature |
| | VEGFR | IM-2C6 and CDP791 | Epithelium-derived solid tumours |
| | Integrin $\alpha V\beta 3$ | Etaracizumab | Tumor vasculature |
| | Integrin $\alpha 5\beta 1$ | Volociximab | Tumor vasculature |

| Antigen category | Examples of antigens | Examples of therapeutic mAbs raised against these targets | Tumor types expressing antigen |
|---|---|---|---|
| Growth and differentiation signaling | EGFR | Cetuximab, panitumumab, nimotuzumab and 806 | Glioma, lung, breast, colon, and head and neck tumours |
| | ERBB2 | Trastuzumab and pertuzumab | Breast, colon, lung, ovarian and prostate tumours |
| | ERBB3 | MM-121 | Breast, colon, lung, ovarian and prostate, tumours |
| | MET | AMG 102, METMAB and SCH 900105 | Breast, ovary and lung tumours |
| | IGF1R | AVE1642, IMC-A12, MK-0646, R1507 and CP 751871 | Glioma, lung, breast, head and neck, prostate and thyroid cancer |
| | EPHA3 | KB004 and IIIA4 | Lung, kidney and colon tumours, melanoma, glioma and haematological malignancies |
| | TRAILR1 | Mapatumumab (HGS-ETR1) | Colon, lung and pancreas tumours and haematological malignancies |
| | TRAILR2 | HGS-ETR2 and CS-1008 | |
| | RANKL | Denosumab | Prostate cancer and bone metastases |
| Stromal and extracellular matrix antigens | FAP | Sibrotuzumab and F19 | Colon, breast, lung, pancreas, and head and neck tumours |
| | Tenascin | 81C6 | Glioma, breast and prostate tumours |

CAIX, carbonic anhydrase IX; CEA, carcinoembryonic antigen; EGFR, epidermal growth factor receptor; EpCAM, epithelial cell adhesion molecule; EPHA3, ephrin

| Antigen category | Examples of antigens | Examples of therapeutic mAbs raised against these targets | Tumor types expressing antigen |
|---|---|---|---|

receptor A3; FAP, fibroblast activation protein; gpA33, glycoprotein A33; IGF1R, insulin-like growth factor 1 receptor; Le $^y$, Lewis Y antigen; mAbs, monoclonal antibodies; PSMA, prostate-specific membrane antigen; RANKL, receptor activator of nuclear factor-κB ligand; TAG-72, tumor-associated glycoprotein 72; TRAILR, tumor necrosis factor-related apoptosis-inducing ligand receptor; VEGF, vascular endothelial growth factor; VEGFR, VEGF receptor.

**Trastuzumab**

Approximately 30% patients with metastatic breast cancer have overexpressed transmembrane human epidermal growth factor–receptor protein 2 (HER2) that prompts cells to replicate uncontrollably [146].
Trastuzumab, a recombinant DNA–produced, humanized monoclonal antibody, specifically interferes with the HER2/neu receptor [147].  It is beneficial as a single agent particularly in induction and maintenance therapy, but is used usually in conjunction with paclitaxel for patients with HER 2/neu–positive breast cancer [148, 149].
Trastuzumab binds to HER2 sites in breast cancer tissue and prevents proliferation of cells that overexpress the HER2 protein.  This decreases the number of cells in the S phase. Clinical trials are being conducted to assess safety and efficacy of trastuzumab in the treatment of several other cancers [150].  It has met partial success in the treatment of uterine papillary serous carcinomas that overexpress HER2/neu [151].

Mechanism of action: Trastuzumab binds to domain IV of the [152] extracellular segment of the HER2/neu receptor, and thus, prevents proliferation of cells, particularly during the G1 phase of the cell cycle.  It is believed that trastuzumab also downregulates HER2/neu which causes impaired receptor dimerization and signaling through the downstream PI3K cascade [153]. Additionally, trastuzumab suppresses  angiogenesis by stimulating antiangiogenic factors and suppressing proangiogenic factors. Trastuzumab also inhibits HER2/neu ectodomain cleavage in breast cancer cells, which are responsible for uncontrolled growth seen in cancer [154].

Pharmacokinetics: Trastuzumab is administered intravenously and does not cross the blood-brain barrier.  It has a low systemic clearance with a low volume of distribution. The exact mechanism of drug metabolism and clearance are also not known.

Adverse effects: Congestive heart failure is the most serious complication associated with trastuzumab [155]. The toxicity and condition deteriorates if the drug is given in combination with anthracycline.  MUGA scan or echocardiography can be conducted to detect any cardiac changes during trastuzumab therapy. Trastuzumab should be prescribed with great caution to patients with preexisting cardiac diseases.  Trastuzumab

down-regulates neuregulin-1 (NRG-1), a glycoprotein that plays an important role in maintaining proper structure and function of cardiomyocytes. Prolonged use of this drug can cause damage cardiomyocytes leading to cardiac dysfunction [156]. Other prominent adverse effects include infusion-related fever and chills, headache, dizziness, abdominal pain, nausea, vomiting and back pain. Trastuzumab should be given with cautious in patients who have hypersensitivity to the Chinese hamster ovary cell components of the proteins or to benzyl alcohol.

| Common Side Effects | Less Common Side Effects |
|---|---|
| Generalized weakness<br>• Generalized pain<br>• Nausea<br>• Chills/fever during initial administration of drug | • Abdominal pain<br>• Loss of appetite<br>• Rash<br>• Shortness of breath<br>• Cough<br>• Headache<br>• Insomnia<br>• Dizziness<br>• Back pain<br>• Vomiting<br>• Diarrhea<br>• Swelling of feet or lower legs<br>• Flu-like syndrome<br>• Sore throat<br>• Infection |

**Rituximab**

Rituximab, a genetically engineered, chimeric monoclonal antibody, is used in th3e treatment of variety of CD20+, B-cell non-Hodgkin's lymphoma (NHL). It was the first FDA approved monoclonal antibody to treat B-cell NHL resistant to other chemotherapy regimens [157]. The drug is directed against the CD20 antigen that is present on the cell membrane of B lymphocytes (normal and malignant). CD20 plays a crucial role in activating cell-cycle initiation and cell differentiation. Rituximab is also prescribed for the treatment of chronic lymphocytic leukemia and posttransplant lymphoma.

Mechanism of action: The Fab portion of rituximab binds to the CD20 antigen on the surface of B lymphocytes. It is believed that its Fc portion is responsible for inducing complement-dependent cytotoxicity (CDC) and antibody dependent cellular cytotoxicity (ADCC) of the B cells. The drug also increases MHC II and adhesion molecules LFA-1 and LFA-3 (lymphocyte function-associated antigen) and downregulates the B cell receptor. All these processes result in apoptosis of CD20+ cells. The antibody is frequently used in combinations with other chemotherapeutic agents including vincristine, doxorubicin, cyclophosphamide, and prednisone.

Pharmacokinetics: Rituximab is infused intravenously and has a cytotoxic effect on B cells causing a rapid reduction in number of B cells.

Adverse effects: Severe adverse reactions from this can be life threatening and in some cases fatal. Some of the severe adverse effects of rituximab include:

- Severe infusion reaction
- Cardiac arrest
- Tumor lysis syndrome resulting in acute renal failure
- Cytokine release syndrome
- Infections such as progressive multifocal leukoencephalopathy (PML), viral infections and hepatitis B reactivation
- Severe immune toxicity, with severe depletion of B cells
- Pulmonary toxicity [158]

Rituximab should not be given in bolus, but should be infused slowly. Chills and fever are frequently observed after the first infusion, particularly in patients with elevated levels of circulating cancer cells. This condition triggers rapid complement activation which in turn releases tumor necrosis factor □and interleukins. Patient can experience hypotension, bronchospasm, and angioedema. Cardiac arrhythmias are also observed. Tumor lysis syndrome acute renal failure can develop 24 hours of initiating rituximab. Patient may require dialysis in such cases. Approximately 10% of patients taking this drug have leukopenia, thrombocytopenia, and neutropenia. Progressive multifocal leukoencephalopathy is reported in rare cases. This disease is caused by reactivation of latent JC virus that usually leads to death or severe brain damage [159].

**Bevacizumab**

Bevacizumab is a humanized monoclonal antibody that inhibits vascular endothelial growth factor A (VEGF-A) [160]. VEGF-A stimulates new blood vessel formation or angiogenesis in cancer. Bevacizumab binds to VEGF-A and prevents it to stimulate angiogenesis. This leads to reduction in the growth and spread of tumor cells.

Indications:

- Bevacizumab is used in combination with 5-FU–based chemotherapy as first- or second-line treatment of metastatic carcinoma of the colon or rectum.
- It is also used as first-line treatment of locally advanced, unresectable, recurrent or metastatic non-squamous non–small cell lung cancer in combination with carboplatin/ paclitaxel.
- It is very effective as single-agent therapy for the treatment of recurrent glioblastoma.
- Bevacizumab is FDA approved in combination with interferon alfa for the treatment of metastatic renal cell carcinoma [161, 162].

In addition, recent clinical trials have shown that it increases progression-free survival in ovarian cancer [163]. The drug is also being studied for its safety and efficacy in the treatment of pediatric osteosarcoma [164].

Dosage and Administration

Metastatic carcinoma of the colon or rectum: For adults, intravenous infusion 5 or 10 mg/kg every 14 days in combination with intravenous 5-FU–based chemotherapy. Its recommended dose is 5 mg/kg every 14 days when administered with irinotecan/5–FU/leucovorin and 10 mg/kg every 14 days when administered with 5–FU/leucovorin/oxaliplatin (FOLFOX4).

Metastatic renal cell carcinoma: For adults, intravenous infusion 10 mg/kg every 14 days in combination with interferon alfa.

Non-squamous non–small cell lung cancer: For adults, intravenous infusion 15 mg/kg every 21 days in combination with carboplatin and paclitaxel.

Glioblastoma:  For adults, intravenous infusion 10 mg/kg every 14 days.

Bevacizumab is infused intravenously. It has a half-life of approximately 20 days.

Adverse effects:

| Common But Mild Side Effects | Potentially Serious Side Effects |
|---|---|
| <ul><li>Hypertension</li><li>Diarrhea</li><li>Stomatitis</li><li>Nosebleeds</li><li>Headache</li><li>Nasal inflammation</li><li>Proteinuria</li><li>Changes in taste</li><li>Xerosis or dry skin</li><li>Rectal bleeding</li><li>Back pain</li></ul> | <ul><li>Gastrointestinal perforation</li><li>Serious bleeding</li><li>Fistula</li><li>Stroke</li><li>Surgery and wound-healing complications</li><li>Cardiac problems</li><li>Severe hypertension</li><li>Nervous system or vision problems</li><li>Kidney problems</li><li>Infusion reactions</li><li>Fertility problems in women (loss of ovarian function)</li></ul> |

**Cetuximab**

Cetuximab is a chimeric monoclonal antibody is used for the treatment of various types of cancer including colorectal and head and neck cancer.  The drug competitively targets and inhibits binding of epidermal growth factor receptor (EGFR).  EGFR is a protein present on the surface of some cells and is vital for cellular growth, replication and spread.  Cetuximab inhibits the growth and survival of tumor cells that over-express the EGFR.  These cells are particularly present in rectum and colon.  It is also important to note that cetuximab is effective only if KRAS is normal (wild type).  KRAS acts as a molecular on/off switch for cellular growth.  In case the KRAS is mutated, the KRAS sends a signal to cells to replicate uncontrollably, even if EGFR has been blocked by cetuximab. KRAS mutation is predictive of a very poor response to cetuximab therapy in colorectal cancer [165].  A genetic test for the KRAS mutation is necessary for initiating

Erbitux and panitumumab treatment of colon cancer [166].  Recently, the FDA approved a real time PCR companion diagnostic test for KRAS, the therascreen KRAS test [167].

Cetuximab is used for the treatment of following cancers:

1. Advanced colorectal cancer.  Cetuximab is prescribed in combination with irinotecan for the treatment of EGFR-expressing, KRAS wild-type, metastatic colorectal cancer in patients who are refractory to irinotecan-based chemotherapy. It is also effective as a single agent for the treatment of EGFR-expressing, KRAS wild-type, metastatic colorectal cancer in patients who are intolerant to irinotecan-based chemotherapy.

2. Head and neck cancer. Cetuximab is prescribed in combination with radiation therapy for patients with locally or regionally advanced squamous cell head and neck cancer, or is used as a single agent in the treatment of metastatic or recurrent squamous cell head and neck cancer if the cancer progresses following prior platinum-based chemotherapy.

Cetuximab is administered intravenously. Its half life is 114 hours.

Cetuximab can cause difficulty in breathing and low blood pressure during the first treatment, and interstitial lung disease has generally reversible [168].  Other common side effects include rash, fever, constipation, photosensitivity, hypomagnesemia, abdominal pain and cardiac toxicity [169].

| Common Side Effects | Less Common Side Effects |
|---|---|
| • Acneform rash, dry skin<br>• Generalized fatigue or weakness<br>• Diarrhea<br>• Abdominal Pain<br>• Nausea<br>• Vomiting<br>• Fever<br>• Constipation | • Infusion reaction (fever, chills, difficulty breathing, change in blood pressure)<br>• Itching<br>• Infection<br>• Back pain<br>• Headache<br>• Mouth sores<br>• Lack of appetite<br>• Low white blood cell levels (increase risk of infection)<br>• Low red blood cell levels (increased risk of anemia)<br>• Increased cough<br>• Weight loss<br>• Swelling of extremities<br>• Insomnia<br>• Nail disorder with swelling of the lateral nail folds of the fingers and toes |

## OTHER CHEMOTHERAPEUTIC AGENTS

**Platinum coordination complexes**

The platinum coordination complexes are anticancer agents that are similar to alkylating agents, but have distinctive features. They exert their anticancer activity by cross linking of DNA molecules, which subsequently inhibit DNA replication and causes splitting of DNA strands and miscoding. This whole process leads to impaired RNA and protein synthesis and ultimately apoptosis.

**Cisplatin**
Cisplatin was the first member of the platinum coordination complex class that was approved by the FDA for treatment of various types of cancers. Cisplatin crosslinks DNA inhibiting DNA replication and ultimately leads to apoptosis.

Cisplatin is indication in the following conditions:
- Metastatic testicular cancers: It is used in combination therapy with in combination with VBL and bleomycin in patients with metastatic testicular tumors who have already undergone appropriate surgery or radiotherapy.
- Metastatic ovarian cancers: It is used in combination therapy with cyclophosphamide in patients with metastatic ovarian tumors who have already undergone appropriate surgery or radiotherapy. An established combination consists of Cisplatin and cyclophosphamide.
  Cisplatin, as a single agent, is used as secondary therapy in patients with metastatic ovarian tumors refractory to standard chemotherapy who have not previously received Cisplatin Injection therapy.
- Advanced Bladder Cancer: Cisplatin is used as a single agent for patients with transitional cell bladder cancer which is no longer amenable to local treatments, such as surgery and/or radiotherapy.

Cisplatin exerts synergistic cytotoxic effect with radiation and other anticancer drugs. Cisplatin is the most commonly used anticancer agent in the United States [170]. Cisplatin is administered intravenously. It is more than 95% covalently protein bound with half life of 30-100 hours. It is excreted by the kidney.

Adverse Effects: Cisplatin can cause severe, persistent vomiting. Premedication with antiemetic agents is helpful in controlling the symptom. The major dose-limiting toxicity is nephrotoxicity [171] because of severe renal tubular damage and reduction in glomerular filtration. Nephrotoxicity can be controlled with aggressive hydration and diuresis. Patients can also develop hypomagnesemia and hypocalcemia. Majority of patients treated with cisplatin exhibit some level of ototoxicity, which is cumulative and in some case irreversible. Patients suspected of ototoxicity should be monitored with audiometry test. It can also cause profound bone marrow suppression [172].

Neurotoxicity caused by the cisplatin is characterized by painful paresthesias, numbness, and loss of proprioception. Prolonged treatment with cisplatin can lead to mild hematologic toxicity.

| Common Side Effects | Less Common Side Effects |
|---|---|
| • Leukopenia – increased risk of infection | • Numbness or tingling of the hands or |

| | |
|---|---|
| • Anemia<br>• Thrombocytopenia – increased risk of bleeding<br>• Nausea and vomiting<br>• Abnormalities in electrolyte levels<br>• Kidney damage, which is usually reversible | feet or extremities<br>• Hearing loss<br>• Tinnitus<br>• Loss of appetite<br>• Abnormalities in taste (metallic taste)<br>• Abnormal liver function test<br>• Infertility<br>• Alopecia |

**Carboplatin**

Carboplatin is platinum-based anticancer drug that is used against various types of cancer including ovarian carcinoma, lung carcinoma, and head and neck cancer [173].
Its mechanism of action is similar to cisplatin. It interacts with DNA synthesis inhibiting cell division. This whole process leads to impaired RNA and protein synthesis and ultimately apoptosis. Carboplatin is not plasma bound. Its half-life is around 5 days. It is predominantly eliminated through kidney. Carboplatin is indicated for advanced ovarian cancer as initial treatment in combination with other chemotherapeutic drugs, and as treatment for recurrent ovarian cancer.

Adverse Effects:

Bone marrow suppression is dose-dependent and dose-limiting toxicity of carboplatin. Leukopenia, neutropenia, and thrombocytopenia are seen in patients with bone marrow suppression. It is therefore prudent to monitor peripheral blood counts in patients taking carboplatin. Incidence of myelosuppression is higher in patients who have received prior cisplatin therapy and in with kidney dysfunction. Dose reduction is necessary in such patients. Compared to cisplatin, carboplatin is less nephrotoxic; however, concomitant treatment with aminoglycosides increases the probability of renal and ototoxicity. Vomiting is also common but can be reduced by premedicating the patient before initiating cisplatin therapy. Peripheral neurotoxicity is not common, but the incidence increases in elderly. Vision impairments are also seen in patients taking this drug. In some cases, high dose carboplatin have caused hepatotoxicity.

**Oxaliplatin**

Oxaliplatin is a platinum-based antineoplastic agent that is used in cancer used for the treatment of advanced colorectal cancer [174]. Its mechanism of action is similar to cisplatin. It forms inter- and intra- strand cross links in DNA [175] that inhibit DNA replication and transcription, resulting in cell apoptosis.
Oxaliplatin is used in combination with 5-FU/leucovorin for:

- Adjuvant treatment of stage III colon cancer in patients who had complete resection of the primary tumor.
- Treatment of advanced colorectal cancer.

Adverse Effects: Oxaliplatin is comparatively less ototoxic and nephrotoxic than cisplatin and carboplatin [176]. Neurotoxicity caused by oxaliplatin is dose-limiting toxicity. It is

characterized by paresthesias, hypoesthesias and dysesthesias, but in some cases loss of proprioception is also observed.   Other side effects are nausea, vomiting, hypokalemia, fatigue and extravasation.

| Agent | FDA Approval | Indications | Dose-Adults |
|---|---|---|---|
| carboplatin (Paraplatin®) injection (10 mg/ml) | 3/1989 | • Advanced ovarian cancer – initial therapy <br> • Advanced ovarian cancer – secondary the | • 360 mg/m2 IV once ever 4 weeks <br> • 300 mg/m2 once every 4 weeks in combination with cyclophosphamide |
| cisplatin (Platinol® - AQ) injection (1 mg/ml) | 12/1978 | • Metastatic testicular cancer <br> • Metastatic ovarian cancer <br> • Advanced bladder cancer | • 20 mg/m2 IV daily x 5 days <br> • 75 to 100 mg/m2 IV once every 4 weeks <br> • 50 to 75 mg/m2 once every 3 to 4 weeks |
| oxaliplatin (Eloxatin®) injection (50 mg, 100 mg vials) | 8/2002 | • Adjuvant therapy in stage III colon cancer after resection. <br> • Advanced colorectal cancer | • 85 mg/m2 IV every two weeks (in combination with fluorouracil and leucovorin |

**Irinotecan and topotecan**
Irinotecan and topotecan are semisynthetic derivatives of camptothecin, an anticancer drug. Topotecan is the first topoisomerase I inhibitor which is administered orally. Topotecan is employed for the treatment of ovarian cancer [177] and small-cell lung cancer [178, 179], both of which have failed primary therapies. Topotecan used for the treatment of cervical cancer in combination with cisplatin in patients who have received at least one prior therapy [180, 181]. Irinotecan is a potent topoisomerase 1 inhibitor that prevents unwinding of DNA chain. Irinotecan is used as a first-line drug in combination with 5-FU and leucovorin for the treatment of metastatic colon or rectal cancer.

Mechanism of action: Both the drugs target are S-phase of the cell cycle. They are potent topoisomerase 1 inhibitor, which is essential for DNA replication.
Irinotecan is activated to its active metabolite SN-38 by the process of hydrolysis. SN is 1000 times more potent inhibitor of topoisomerase I. The inhibition of topoisomerase prevents DNA replication and transcription, which ultimately leads to apoptosis.

Resistance: Several mechanisms are responsible for the development of resistance which includes:
   • Increased drug efflux out of the cell
   • Decreased ability to convert irinotecan to its active metabolite SN-38

• Down-regulation or mutation in topoisomerase I

Pharmacokinetics: Both topotecan and irinotecan are administered intravenously. Hydrolysis of the lactone ring present in these drugs inactivates drug activity. Both the drugs and their active metabolites are metabolized in the liver. They are eliminated in urine. Therefore, the dose modification is required in patients with poor kidney function.

Adverse effects: Bone marrow suppression, especially neutropenia, is the dose-limiting toxicity for topotecan. Peripheral blood counts should be periodically monitored on patients taking these drugs.

Topotecan should be avoided in neutropenic patients with baseline neutrophil count of less than 1500 cells/mm3 as this could lead to life-threatening infections, sepsis and death. Anemia and thrombocytopenia may also develop in these patients.
Other prominent side effects include diarrhea, nausea, vomiting, and alopecia.
Myelosuppression is also observed with irinotecan. It can also cause delayed diarrhea, which may be sever and require aggressive treatment with loperamide.

**Etoposide**
Etoposide, a potent topoisomerase inhibitor, is a cytotoxic agent which is derived from the plant alkaloid, podophyllotoxin. Etoposide inhibit enzyme topoisomerase II in the late S to G2 phase of the cell cycle. These enzymes play an important role in DNA synthesis. This prevents DNA strands to re-ligate leading to breakage of DNA strands. The drug targets more cancer cells as they divide more rapidly than healthy cells. This leads to impaired DNA synthesis and ultimately apoptosis.

Etoposide is FDA approved in combination chemotherapy, particularly with bleomycin for the treatment of:
• Testicular cancer that is refractory to standard treatments and has already been treated with appropriate surgery, chemotherapy and/or radiation therapy.
• Initial treatment of small cell lung cancer

It is also effective in the treatment of Kaposi's sarcoma, Ewing's sarcoma, certain lymphomas, and glioblastoma multiforme. It is also administered prior to a bone marrow or blood stem cell transplant [182].

Resistance to etoposide develops predominantly due to two factors:
1. Presence of the multidrug-resistant P-glycoprotein
2. Mutation of the enzyme topoisomerase II

Etoposide is administered orally as well as intravenously. It is highly bound to plasma proteins and distributes well throughout the body; however, it is unable to cross the blood brain barrier. It is metabolized predominantly in the liver. Its metabolites are converted to glucuronide and sulfate conjugates. Etoposide and its metabolites are excreted through renal and fecal route.

| Common Side Effects | Less Common Side Effects |
| --- | --- |
| • Hypotension<br>• Alopecia<br>• Pain and burning at the IV site<br>• Bone marrow suppression leading to leukopenia, anemia, thrombocytopenia | • Nausea<br>• Vomiting<br>• Rash<br>• Mouth sores<br>• Acute myeloid leukemia<br>• Fever |

Dose-limiting myelosuppression (primarily leukopenia) is also seen with this drug.

**Teniposide**
Teniposide (Vumon, VM 26), a potent topoisomerase inhibitor, is a podophyllotoxin derivative which is used as a second-line agent in the treatment of childhood acute lymphocytic leukemia (ALL).  It is also effective against gliomas and neuroblastomas. Teniposide inhibits topoisomerase leading to single- and double-stranded breaks in DNA and DNA-protein cross-links.  This leads to impaired DNA synthesis and ultimately apoptosis.

Teniposide is administered intravenously. It is mostly highly bound to plasma proteins.  It distributes well throughout the body, but I unable to cross the blood brain barrier. Teniposide is metabolized in the liver where it is converted to glucuronide and sulfate conjugates. Its metabolism is increased with drugs that induce the CYP450 system in the liver.  The drug and its metabolites are excreted in urine. Teniposide can lead to dose-limiting myelosuppression, primarily leukopenia. Other major side effects are nausea, vomiting, alopecia, and anaphylactic reactions.

**Imatinib**
Imatinib mesylate (Gleevec), a competitive tyrosine-kinase inhibitor, is used in the treatment of several types of cancers. Imatinib blocks BCR-ABL, a central tyrosine kinase enzyme, from phosphorylating subsequent proteins and initiating the signaling cascade essential the development of cancer [183]. Imatinib targets only the cancer cells [184] and spares healthy cells as the BCR-ABL tyrosine kinase enzyme is present only in cancer cells. It also inhibits c-Kit and the platelet-derived growth factor receptor (PDGFR). Imatinib has the advantage over interferon-alpha that it can be given orally. It also produces quicker hematologic response than the combination of interferon-alpha and cytarabine.

Resistance can develop because of many factors which include:
  - Increased efflux because of increased multidrug-resistance protein
  - Amplification of the BCR-ABL gene

Imatinib is rapidly absorbed orally. Its bioavailability is approximately 98%.  It is metabolized extensively in the liver by a number of enzymes of the CYP450 system.  It is converted in to its active metabolite, N-demethyl derivative.  It is eliminated predominantly in the bile and feces. The half life of the drug is 18 hours; where as its main metabolite has a half life of 40 hours.

Imatinib is FDA approved as first-line treatment in multiple Ph-positive cases CML, including after stem cell transplant, in blast crisis, and newly diagnosed [185]. It is very effective in the treatment of advanced gastrointestinal stromal tumors (GIST).

It is also FDA approved for preventing recurrence of KIT-positive tumors after the surgical removal of these tumors [186]. It also prescribed for unresectable KIT-positive gastrointestinal stromal tumors [185]. Imatinib is also beneficial in the treatment for FIP1L1-PDGFRalpha+ mast cell disease, hypereosinophilic syndrome, and dermatofibrosarcoma protuberans [187].

**Side effects of imatinib**

| Common Side Effects | Less Common Side Effects |
|---|---|
| • Leukopenia – increases risk of infection<br>• Low RBCs or red blood cell levels – increases risk of anemia<br>• Low platelet levels or thrombocytopenia – increases risk of bleeding<br>• Nausea and vomiting<br>• Fluid retention<br>• Diarrhea<br>• Bleeding (hemorrhage)<br>• Fever<br>• Rash<br>• Muscle cramps<br>• Bone pain | • Night sweats<br>• Nose bleeds<br>• Dyspnea or shortness of breath<br>• Weight gain<br>• Loss of appetite<br>• Headache<br>• Dizziness<br>• Insomnia<br>• Generalized fatigue<br>• Heartburn<br>• Abdominal pain<br>• Constipation<br>• Cough<br>• Joint or muscle pain<br>• Throat pain<br>• Hepatotoxicity, change in liver function tests |

**Gefitinib**

Gefitinib is a selective EGFR (epidermal growth factor receptor) inhibitor that is used in the treatment of lung carcinoma. It is FDA approved for the treatment of locally advanced or metastatic non-small cell lung cancer that has progressed or not responded following treatment with platinum and taxanes-based therapies.

EGFR is overexpressed in certain lung and breast cancers. The overexpression of EGFR triggers inappropriate activation of the anti-apoptotic Ras signaling cascade, which induces uncontrolled cell proliferation. It is believed that the gefitinib-sensitive cancer have a mutation in the EGFR tyrosine kinase domain, which activates anti-apoptotic pathways [188, 189]. Gefitinib binds to the adenosine triphosphate (ATP)-binding site of the enzyme and inhibits EGFR tyrosine kinase. This inhibition prevents activation of the anti-apoptotic Ras signal transduction cascade, and malignant cells do not divide in an uncontrolled fashion [190].

Gefitinib is administered orally, typically once per day.  It is absorbed after taking orally with bioavailability of around 60%. It half life is 6-49 hours.  It is predominantly excreted via fecal route.  Gefitinib is a selective anticancer agent; therefore, it is tolerated very well compared to majority of other cytotoxic agents. The most frequently observed adverse effects are acne.  Nausea, vomiting, anorexia, asthenia and blepharitis are also common [191].  Interstitial lung disease is a rare but life threatening adverse effect of this drug.

**Procarbazine**
Procarbazine, an alkylating agent, is a chemotherapeutic agent that is FDA approved for the treatment of advanced Hodgkin's disease, in combination with other anticancer drugs. It is also used to treat malignant glioma, in combination with other chemotherapeutic agents. The drug undergoes a number of oxidative reactions to produce cytotoxic action. It inhibits the production of DNA, RNA, and protein which ultimately leads to cell death or apoptosis. Procarbazine and its metabolites are mainly excreted by the kidney.

Procarbazine rapidly distributes in the plasma as well as the CSF after oral or parenteral administration.  It is metabolized in the liver and kidney. Its half life is approximately 10 minutes.  It causes bone marrow depression.  Other common adverse effects include nausea, vomiting, and diarrhea. Procarbazine is also neurotoxic and can cause drowsiness, hallucinations and paresthesias. It should not be taken with alcohol, as it may cause a disulfiram-like reaction. The drug inhibits monoamine oxidase and can cause hypertensive crisis if tyramine rich food such as aged cheeses and wine is ingested with it. Pregnant woman should avoid procarbazine as it is both mutagenic and teratogenic.

| Common Side Effects | Less Common Side Effects |
|---|---|
| • Leukopenia – increases risk of infection<br>• Low RBCs or red blood cell levels – increases risk of anemia<br>• Low platelet levels or thrombocytopenia – increases risk of bleeding<br>• Nausea<br>• Vomiting | • Mouth sores<br>• Diarrhea<br>• Constipation<br>• Flu-like symptoms<br>• Loss of hair<br>• Allergic-type reaction<br>• Infertility<br>• central neurotoxicity which manifests as loss of balance, drowsiness, dizziness, headache, confusion |

**L-Asparaginase**
L-Asparaginase is a potent anticancer agent that catalyzes the deamination of asparagine to aspartic acid and ammonia in leukemic cells leading to depletion of amino acid resulting in impaired protein synthesis, which leads to cell cycle arrest in the G1 phase. Ultimately, apoptosis is triggered in susceptible tumor cells.

L-Asparaginase is used to treat childhood acute lymphocytic leukemia in combination with vincristine and prednisone. Resistance to the drug develops because of increased ability of cancer cells to produce asparagine. The enzyme can be given intravenously or

intramuscularly.  It is not given orally because the enzyme disintegrates in the stomach due to gastric enzymes. L-Asparaginase can cause hypersensitive reactions as it is a foreign protein.  In rare cases it can also lead to anaphylaxis [192].  Other adverse effects include coagulopathy, liver abnormalities and pancreatitis.  Bone marrow suppression is common.

**Interferons**

Interferons are immune cytokines used in the treatment for many types of solid tumors and hematological malignancies. Interferons are effective in the treatment of melanoma, AIDS-related Kaposi's sarcoma, follicular lymphoma, hairy cell leukemia, renal cell carcinoma, and chronic myelogenous leukemia.  They have been classified into three types $\alpha$, $\beta$, and $\gamma$ depending on the nature of their antigenicity. Alpha or $\alpha$ interferons are primarily leukocytic, whereas the $\beta$ and $\gamma$ interferons are produced by connective tissue fibroblasts and T lymphocytes, respectively.  New sophisticated recombinant DNA techniques have evolved in the last few years that have enabled industrial production of interferons.

Interferons $\alpha$ and $\beta$ are classified as type I as they bind to interferon cell surface receptors type 1. These interferons have different binding affinities, but have similar biological effects [193].  Interferon $\gamma$ is type II because it binds only to type 2 receptors. Leukocytes produce interferon $\alpha$, fibroblasts produce interferon $\beta$, and activated T-cells and natural killer cells produce interferon $\gamma$. [194].

**Types of Interferons**

| IFN type | Trade name | Manufacturing technique | FDA-approved indications |
|---|---|---|---|
| IFN-α2a | Roferon A | rDNA | NHL |
| | | | Hairy cell leukemia |
| | | | CML |
| | | | AIDS-related KS |
| | | | Chronic hepatitis C |
| IFN-α2b | Intron A | rDNA | Follicular lymphoma |
| | | | Hairy cell leukemia |
| | | | AIDS-related KS |
| | | | Malignant melanoma |
| | | | Condyloma accuminata |
| | | | Chronic hepatitis B |
| | | | Chronic hepatitis C |
| IFN alfacon-1 | Infergen | rDNA | Chronic hepatitis C |
| IFN-αn3 | Alferon N | Purified from human leukocytes | Condyloma accuminata |
| IFN-β1a | Avonex | rDNA (Chinese hamster ovary cells) | Relapsing-remitting MS |
| IFN-β1b | Betaseron | rDNA (*E. coli*) | Relapsing-remitting MS |
| IFN-γ | Actimmune | rDNA | Chronic granulomatous disease |

**Interferon ⍺-2a (Roferon-A)**

Interferon ⍺-2a is a highly purified protein extracted from the bacteria Escherichia coli. It is indicated in the treatment of hairy cell leukemia, Kaposi's sarcoma, chronic-phase Philadelphia (Ph) chromosome-positive chronic myelogenous leukemia (CML) and chronic hepatitis C. It is an effective immunomodulator, antineoplastic, and antiviral agent.

IFN ⍺-2a is administered subcutaneously or intramuscularly. It is eliminated predominantly by the kidney where it undergoes proteolytic degradation during renal tubular reabsorption. Its mean half life is 5.1 hours. It is not cleared by hemodialysis. Hematologic adverse reactions are common and are dose- dependent and disease-dependent. Neutropenia is common. Leukopenia, neutropenia and thrombocytopenia are particularly common in patients with AIDS-related Kaposi's sarcoma who are undergoing IFN⍺-2a treatment. Severe or life-threatening anemia or thrombocytopenia is seen in CML patients who are undergoing IFN⍺-2a therapy. These changes are reversible if the interferon therapy is discontinued.

**Interferon $\alpha$-2b (Intron A)**

Interferon $\alpha$-2b is a highly purified protein which is used in the treatment of hairy cell leukemia, AIDS-related Kaposi's sarcoma, malignant melanoma and follicular non-Hodgkin's lymphoma.  It is also effective in the treatment of chronic hepatitis B & C, and condylomata acuminate. Interferon $\alpha$-2b is administered intravenously (IV), intramuscularly (IM) or subcutaneously.  Its half life is approximately 2 hours.  It is metabolized in the kidney.

Adverse effects are similar to interferon $\alpha$-2a and are generally mild to moderate. Majority of adverse effects are transient in nature.

| Interferon α -2a and α-2b Approved Indications, Route of Administration and Dosage | |
|---|---|
| Interferon α 2a | Interferon α -2b |
| Hairy cell leukemia<br>Adult: For induction, 3 MIU SC/IM QD<br>for 16?4 weeks. For maintenance,<br>3 MIU SC/IM TIW.<br><br><br>AIDS-related Kaposi's sarcoma<br>Adult: for induction, 36 MIU SC/IM<br>QD for 10?2 weeks. For maintenance,<br>36 MIU SC/IM TIW.<br><br>Ph chromosome-positive CML<br>Adult: 3 MIU QD for 3 days, then<br>6 MIU for three days, then 9 MIU for<br>duration of treatment.<br><br>Chronic hepatitis C<br>Adult: 3 MIU SC/IM TIW for 12 months. | Hairy cell leukemia<br>Adult: For induction and maintenance 2<br>MIU/m$^2$ IM/SC,<br>TIW for six months, or more.<br><br>AIDS-related Kaposi's sarcoma<br>Adult: 30 MIU/m$^2$ SC/IM TIW.<br><br>Condylomata acuminata (genital or venereal warts)<br>Adult:1 MIU each lesion intralesionally TIW for<br>three weeks.<br><br>Chronic hepatitis B<br>Adult: 30?5 MIU weekly IM/SC, administered as<br>5 MIU daily or 10 MIU TIW for 16 weeks.<br>Child: 3 MIU/m$^2$ SC TIW for the first week, then increase<br>to 6 MIU/m$^2$ SC TIW (maximum 10 MIU TIW) for<br>total of 16?4 weeks.<br><br>Chronic hepatitis C<br>Adult: 3 MIU IM/SC TIW. If response occurs, continue<br>therapy for 18?4 months. If no response by 16 weeks,<br>discontinue therapy.<br><br>Malignant melanoma<br>In patients with malignant melanoma who are<br>asymptomatic post surgery but at high risk for systemic<br>recurrence for up to eight weeks after surgery: |

| | 20 MIU/m$^2$ by IV infusion five consecutive days weekly for four weeks, followed by maintenance dose of 10 MIU/m$^2$ SC TIW for 48 weeks.<br><br>Follicular lymphoma 5 MIU SC TIW for up to 18 months in conjunction with an anthracycline chemotherapy agent. |
|---|---|
| QD=everyday; TIW=three times a week; IM=Intramuscular; SC=Subcutaneous' MIU-Million Internal Units | |

## CONCLUSION

Approximately 25% of the US population will be diagnosed with cancer in their lifetime. Around one-fourth of the newly diagnosed cancer will be cured either by surgery and/or local radiation; others will be treated with systemic chemotherapy. Since ancient times, herbal and other medicinal preparations were used for treatment of cancer. In the beginning of 1940s, it was found that the mustard gas had a myelosuppressive effect. Subsequently several chemotherapeutic agents were discovered for the treatment of different kinds of cancers. Later on, in 1965, the concept of combination chemotherapy was introduced.

Carcinogenesis is a gradual process by which normal cells are transformed into cancer cells. It is characterized by gradual alterations on cellular and genetic level that causes uncontrolled cell division of a cell. Under healthy conditions, the balance between proliferation and programmed cell death (apoptosis) is maintained. Mutations in DNA impair this fine balance resulting in cancer. There are two types of human genes that are affected by genetic alterations. The first group of genes, called proto-oncogenes, is responsible for producing protein products that accelerate cell division or inhibit apoptosis. The second group of genes, called tumor suppressors, is responsible for production of proteins that normally prevent cell division or induce apoptosis or cell death. Some cancers are linked to certain risk factors which include lifestyle factors, genetic factors, infections, environmental exposures, smoking, and hormones. It has been found that there is a close relationship between prolonged tobacco use and various types of cancers in the lung, larynx, head, neck, stomach, bladder, kidney, esophagus and pancreas.

Chemotherapy is the treatment of cancer with one or more than more anti-cancer agents. It aims to cause a lethal cytotoxic event or apoptosis in the cancer cell that can stop tumor's progression. Chemotherapy is usually directed towards DNA or against metabolic sites that are crucial to cell replication. Ideally, chemotherapy should only interfere with cellular processes that are specific and confined to cancer cells. However,

majority of chemotherapeutic agents are non-specific and target both normal and
malignant cells.  Chemotherapy can cure or control the cancer; however, in some cases it
is frequently used for palliation.   Chemotherapy is indicated to patients with
disseminated neoplasms and if the tumors are not amenable to surgery. Adjuvant
chemotherapy is indicated as a supplemental treatment to prevent and attack
micrometastases following surgery and radiation treatment.  Neoadjuvant chemotherapy
is given prior to the surgery in order to shrink the cancer.  It can also destroy small
collection of cancer cells that cannot be detected by CT scans.  Chemotherapy given in
lower doses in order to achieve along periods of remission is called maintenance
chemotherapy. In combination chemotherapy, different chemotherapeutic agents work
through different mechanisms in order to kill cancer cells. Almost all the successful
chemotherapy regimens use combination chemotherapy. The efficacy of a
chemotherapeutic agent also depends upon susceptibility of the tumor and the growth
cycle.  Rapidly dividing cells such as bone marrow cells are usually more sensitive to
anticancer drugs, whereas cells which are less proliferating or nonproliferating are
comparatively less sensitive to chemotherapy. In general, cells in the G0 phase have the
greatest survival rate against several chemotherapeutic agents.  Chemotherapeutic drugs
that are effective only against replicating cells are known as cell-cycle specific, whereas
other drugs are called cell-cycle nonspecific. The nonspecific drugs are usually more
toxic, but are more effective against cancers with low percentage of replicating cells.
Multidrug resistance in cancer treatment develops because of stepwise acquisition of an
amplified gene that code for P-glycoprotein.  This process facilitates efflux of drugs from
the cell.  Cross resistance can also develop after using structurally different
chemotherapeutic drugs.

Chemotherapy drugs may be classified as antimetabolites, alkylating drugs, antibiotics,
microtubule inhibitors, hormones, platinols, monoclonal antibodies and interferons.
Antimetabolites are compounds that inhibit synthesis of normal purine or pyrimidine
nucleotide precursors or compete with them in DNA or RNA synthesis.  Some of the
common antimetabolites are methotrexate, 6-Mercaptopurine, *6*-Thioguanine, 5-
Fluorouracil, cytarabine and Fludarabine.  The antitumor antibiotics impair the function
of DNA resulting in cell death.  They are also a potent inhibitor of topoisomerases (I and
II) and produce free radicals which also has cytotoxic effect. Antitumor antibiotics are
cell-cycle nonspecific.  Some of the common antibiotics that effective against various
types of cancers are dactinomycin, anthracyclines (doxorubicin, and daunorubicin), and
bleomycin. Alkylating agents react with the proteins and irreversibly covalently attach to
nucleophilic groups of different components of tumor cells.  This alkylation of DNA
breaks the DNA chains resulting in cell death.  These drugs act in every phase of cell
cycle which includes both cycling and resting cells; however, their cytotoxic effect is
more prominent on rapidly dividing cells i.e. cells in the GI, bone marrow, testicles and
ovaries.  Some of the common alkylating agents include mechlorethamine,
cyclophosphamide, chlorambucil, melphalan, busulfan, thiotepa, carmustine, etc.
Microtubule inhibitors (MTI) inhibit microtubules resulting in anti-tumor effect.
Microtubule inhibitors (MTI) such as taxanes, vinca alkaloids, and epothilones are
particularly effective against several solid and hematologic malignancies.  Some of the
common microtubule inhibitors include vincristine, vinblastine, paclitaxel, docetaxel,

estramustine, etc. Hormone treatment of responsive tumors is generally palliative. However, high dose glucocorticoids such as prednisone can exert cytotoxic effects on lymphomas. Some of the steroid hormones that are effective in treating cancers are prednisone, tamoxifen, aromatase inhibitors (anastrozole and letrozole), gonadotropin-releasing hormone analogs (leuprolide and goserelin), estrogens, antiandrogens (flutamide, nilutamide, and bicalutamide), etc. Monoclonal antibody-based treatment of cancer is effective against various types of cancers which include solid tumors and blood cancers. Some of the FDA approved monoclonal antibodies for the treatment of cancer include trastuzumab, rituximab, bevacizumab, cetuximab, gemtuzumab, ozogamicin, alemtuzumab, and I131-tositumomab. The platinum coordination complexes are anticancer agents that are similar to alkylating agents, but have distinctive features. Some of the frequently used platinum coordination complexes include cisplatin, carboplatin, and oxaliplatin. Topoisomerase 1 inhibitors prevent unwinding of DNA chain leading to cell death. Some of the common topoisomerase 1 inhibitors are irinotecan, topotecan, etoposide, teniposide, etc. Interferons are immune cytokines effective in the treatment for many types of solid tumors and hematological malignancies. Interferons are used in the treatment of melanoma, AIDS-related Kaposi's sarcoma, follicular lymphoma, hairy cell leukemia, renal cell carcinoma, and chronic myelogenous leukemia. They have been classified into three types α, β, and γ depending on the nature of their antigenicity.

Chemotherapy is a proven mode of treating cancer worldwide. However, research still continues to find new and novel drugs that are more potent and less toxic. Current advances in our techniques and knowledge of cancer biology will allow us to individualize therapy and follow-up. The next part of this course will discuss innovative and future chemotherapy regimens that aim to treat cancer more effectively, ultimately in search of a cure.

**REFERENCES**

1. McGovern P, Christofidou-Solomidou M, et al. Anticancer activity of botanical compounds in ancient fermented beverages (review). Int J Oncol. 2010;37:5
2. Dioscorides: Greek Herbal: Illustrated by a Byzantine A.D. 512. English translation by John Goodyear A.D. 1655. Edited and first printed A.D. 1933 by Robert T. Gunther. Oxford: Oxford University Press; 1934, pp.43, 47, 77, 144, 198, 206, 208, 228, 238, 337, 465, 482, 491, 502, 642, 658.
3. Wolff, J. The Science of Cancerous Diseases from Earliest Times to the Present. Science History Publications; 1989. Originally published as Volume I. Die Lehre bon der Krebshrankeit von den altestin Zeiten bis zeir Gegenwart. Jena: Gastav Fischer; 1907. English
4. Morgan, David O. (2007). The Cell Cycle: Principles of Control. London: New Science Press, 1st ed.
5. Mouron, Silvana; de Carcer, Guillermo; Seco, Esther; Fernandez-Miranda, Gonzalo; Malumbres, Marcos; Nebreda, Angel. (2010). "RINGO C is required to

sustain the spindle assembly checkpoint." Journal of Cell Science. 123:2586–2595.

6. Fearon ER, Vogelstein B (June 1990). "A genetic model for colorectal tumorigenesis". Cell 61 (5): 759–67.doi:10.1016/0092-8674(90)90186-I. PMID 2188735.

7. Croce CM (January 2008). "Oncogenes and cancer". The New England Journal of Medicine 358 (5): 502–11.doi:10.1056/NEJMra072367. PMID 18234754.

8. The Nobel Prize in Physiology or Medicine 2002. Illustrated presentation.

9. Kimball's Biology Pages. "Oncogenes" Free full text

10. The Nobel Prize in Physiology or Medicine 2002. Illustrated presentation.

11. Yokota J (Mar 2000). "Tumor progression and metastasis".Carcinogenesis. 21 (3): 497–503.doi:10.1093/carcin/21.3.497. PMID 10688870.

12. The Nobel Prize in Physiology or Medicine 1989 to J. Michael Bishop and Harold E. Varmus for their discovery of "the cellular origin of retroviral oncogenes"

13. Press, Richard; Anita Misra, Glenda Gillaspy, David Samols, and David A. Goldthwait2 (June 1, 1989). "Control of the Expression of c-sis mRNA in Human Glioblastoma Cells by Phorbol Ester and Transforming Growth Factor ÃŸ1". Cancer Research (49): 2914–2920.

14. Gschwind, Andreas; Fischer, Oliver M.; Ullrich, Axel (May 2004). "Timeline: The discovery of receptor tyrosine kinases: targets for cancer therapy". Nature Reviews Cancer 4 (5): 361–370. doi:10.1038/nrc1360.

15. Summy, Justin M. (1 January 2003). "Src family kinases in tumor progression and metastasis". Cancer and Metastasis Reviews 22 (4): 337–358. doi:10.1023/A:1023772912750.

16. Thomas, Sheila M.; Brugge, Joan S. (1 November 1997). "CELLULAR FUNCTIONS REGULATED BY SRC FAMILY KINASES". Annual Review of Cell and Developmental Biology13 (1): 513–609. doi:10.1146/annurev.cellbio.13.1.513.

17. Garnett, Mathew J.; Marais, Richard (1 October 2004). "Guilty as charged: B-RAF is a human oncogene". Cancer Cell 6 (4): 313–319. doi:10.1016/j.ccr.2004.09.022.

18. Leicht, D; Vitaly Balan, Alexander Kaplun, Vinita Singh-Gupta, Ludmila Kaplun, Melissa Dobson, Guri Tzivion (August 2007). "Rafkinases: Function, regulation and role in human cancer".Biochimica et Biophysica Acta (BBA) - Molecular Cell Research1773 (8): 1196–1212.

19. Bos, JL (1989 Sep 1). "ras oncogenes in human cancer: a review.". Cancer research 49 (17): 4682–9. PMID 2547513.

20. Hilgenfeld, Rolf (1 December 1995). "Regulatory GTPases".Current Opinion in Structural Biology 5 (6): 810–817.doi:10.1016/0959-440X(95)80015-8.

21. Felsher, Dean W.; Bishop, J.Michael (August 1999). "Reversible Tumorigenesis by MYC in Hematopoietic Lineages". Molecular Cell 4 (2): 199–207. doi:10.1016/S1097-2765(00)80367-6.

22. Anand P, Kunnumakkara AB, Kunnumakara AB, Sundaram C, Harikumar KB, Tharakan ST, Lai OS, Sung B, Aggarwal BB (September 2008). "Cancer is a preventable disease that requires major lifestyle changes". Pharm. Res.25 (9): 2097–116. doi:10.1007/s11095-008-9661-9.PMC 2515569. PMID 18626751.

23. Kushi LH, Byers T, Doyle C, Bandera EV, McCullough M, McTiernan A, Gansler T, Andrews KS, Thun MJ (2006). "American Cancer Society Guidelines on Nutrition and Physical Activity for cancer prevention: reducing the risk of cancer with healthy food choices and physical activity". CA Cancer J Clin 56(5): 254–81; quiz 313–4. doi:10.3322/canjclin.56.5.254.PMID 17005596.

24. Park S, Bae J, Nam BH, Yoo KY (2008). "Aetiology of cancer in Asia" (PDF). Asian Pac. J. Cancer Prev. 9 (3): 371–80.PMID 18990005.

25. Buell P, Dunn JE (May 1965). "Cancer mortality among Japanese Issei and Nisei of California". Cancer 18 (5): 656–64.doi:10.1002/1097-0142(196505)18:5<656::AID-CNCR2820180515>3.0.CO;2-3. PMID 14278899.

26. Roukos DH (April 2009). "Genome-wide association studies: how predictable is a person's cancer risk?". Expert Rev Anticancer Ther 9 (4): 389–92. doi:10.1586/era.09.12.PMID 19374592.

27. Pagano JS, Blaser M, Buendia MA, et al. (December 2004). "Infectious agents and cancer: criteria for a causal relation". Semin. Cancer Biol. 14 (6): 453–71. doi:10.1016/j.semcancer.2004.06.009. PMID 15489139.

28. Samaras, Vassilis; Rafailidis, Petros I.; Mourtzoukou, Eleni G.; Peppas, George; Falagas, Matthew E. (May 2010). "Chronic bacterial and parasitic infections and cancer: a review". The Journal of Infection in Developing Countries 4 (5): 267–281. ISSN 1972-2680.PMID 20539059.

29. Maltoni CFM, Holland JF (2000). "Chapter 16: Physical Carcinogens". In Bast RC, Kufe DW, Pollock RE, et al..Holland-Frei Cancer Medicine (5th ed.). Hamilton, Ontario: B.C. Decker. ISBN 1-55009-113-1. Retrieved 31 January 2011.

30. Henderson BE, Bernstein L, Ross RK (2000)."Chapter 13: Hormones and the Etiology of Cancer". In Bast RC, Kufe DW, Pollock RE, et al.. Holland-Frei Cancer Medicine(5th ed.). Hamilton, Ontario: B.C. Decker. ISBN 1-55009-113-1. Retrieved 27 January 2011.

31. Kuper H, Boffetta P, Adami HO (September 2002). "Tobacco use and cancer causation: association by tumour type". J. Intern. Med. 252 (3): 206–24. doi:10.1046/j.1365-2796.2002.01022.x. PMID 12270001.

32. Kuper H, Adami HO, Boffetta P (June 2002). "Tobacco use, cancer causation and public health impact". J. Intern. Med. 251(6): 455–66. doi:10.1046/j.1365-2796.2002.00993.x.PMID 12028500.

33. Sasco AJ, Secretan MB, Straif K (August 2004). "Tobacco smoking and cancer: a brief review of recent epidemiological evidence". Lung Cancer 45 Suppl 2: S3–9.

34. Liu SV, Melstrom L, Yao K, et al: Neoadjuvant therapy for breast cancer. J Surg Oncol 101:283-91, 2010

35. Julien LA, Thorson AG: Current neoadjuvant strategies in rectal cancer. J Surg Oncol 101:321-6, 2010

36. Fathi AT, Brahmer JR: Chemotherapy for advanced stage non-small cell lung cancer. Semin Thorac Cardiovasc Surg 20:210-6, 2008

37. Balmanoukian A, Ettinger DS: Managing the patient with borderline resectable lung cancer. Oncology (Williston Park) 24:234-41, 2010

38. Browner I, Purtell M: Chemotherapy in the older patient with operable non-small cell lung cancer: neoadjuvant and adjuvant regimens. Thorac Surg Clin 19:377-89, 2009

39. Socinski MA, Veeramachaneni NK, Haithcock BE: The many controversies of stage IIIA/IIIB lung cancer. Oncology (Williston Park) 24:256, 259, 2010

40. Minckwitz Gv: Principles of preoperative chemotherapy. Breast Cancer Online 7, 2004

41. Song WA, Zhou NK, Wang W, et al: Survival benefit of neoadjuvant chemotherapy in non-small cell lung cancer: an updated meta-analysis of 13 randomized control trials. J Thorac Oncol 5:510-6, 2010

42. Burdett S, Stewart LA, Rydzewska L: A systematic review and meta-analysis of the literature: chemotherapy and surgery versus surgery alone in non-small cell lung cancer. J Thorac Oncol 1:611-21, 2006

43. Takimoto CH, Calvo E. "Principles of Oncologic Pharmacotherapy" in Pazdur R, Wagman LD, Camphausen KA, Hoskins WJ (Eds)Cancer Management: A Multidisciplinary Approach. 11 ed. 2008.

44. Peters GJ, van der Wilt CL, van Moorsel CJ, Kroep JR, Bergman AM, Ackland SP (2000). "Basis for effective combination cancer chemotherapy with antimetabolites". Pharmacol. Ther. 87 (2–3): 227–53. doi:10.1016/S0163-7258(00)00086-3. PMID 11008002.

45. "The Organic Chemistry of Drug Design and Drug Action" (2nd edition), R. B. Silverman, 2004.

46. Kaye SB. "New antimetabolites in cancer chemotherapy and their clinical impact." Br J Cancer. 1998;78 Suppl 3:1-7. Review. [PUBMED]

47. Pepper ED, Farrell MJ, Nord G, Finkel SE (December 2010)."Antiglycation Effects of Carnosine and Other Compounds on the Long-Term Survival of Escherichia coli". Applied and Environmental Microbiology 76 (24): 7925–30.PMID 20952637.

48. "Dietary Supplement Fact Sheet: Folate". National Institutes of Health.

49. "Methotrexate". The American Society of Health-System Pharmacists.

50. Mol, F.; Mol, B.W.; Ankum, W.M.; Van Der Veen, F.; Hajenius, P.J. (2008). "Current evidence on surgery, systemic methotrexate and expectant management in the treatment of tubal ectopic pregnancy: a systematic review and meta-analysis". Human Reproduction Update 14 (4): 309–19.doi:10.1093/humupd/dmn012. PMID 18522946.

51. Shullenberger, C. C. (1962). "Long-rangetreatment of polycythemia vera with 6-mercaptopurine". Cancer chemotherapy reports. Part 1 16: 251–252.PMID 13912387.

52. Baum, J.; Hurd, E.; Lewis, D.; Ferguson, J. L.; Ziff, M. (1973). "Treatment of psoriatic arthritis with 6-mercaptopurine". Arthritis & Rheumatism 16 (2): 139. doi:10.1002/art.1780160202.

53. Nielsen OH, Vainer B, Rask-Madsen J (November 2001)."Review article: the treatment of inflammatory bowel disease with 6-mercaptopurine or azathioprine". Aliment. Pharmacol. Ther. 15 (11): 1699–708. doi:10.1046/j.1365-2036.2001.01102.x. PMID 11683683.

54. Rai KR et al. Fludarabine compared with chlorambucil as primary therapy for chronic lymphocytic leukemia. N Engl J Med 2000;343:1750-7. doi:10.1056/NEJM200012143432402 PMID 11114313

55. Else M, Dearden CE, Matutes E, *et al.* (March 2009). "Long-term follow-up of 233 patients with hairy cell leukaemia, treated initially with pentostatin or cladribine, at a median of 16 years from diagnosis". *Br. J. Haematol.* **145** (6): 733–40.doi:10.1111/j.1365-2141.2009.07668.x. PMID 19344416.

56. Mantle Cell Lymphoma initiative

57. Histiocytosis Association

58. von Rohr A, Schmitz SF, Tichelli A, *et al.* (2002). "Treatment of hairy cell leukemia with cladribine (2-chlorodeoxyadenosine) by subcutaneous bolus injection: a phase II study". *Ann. Oncol.***13** (10): 1641–9. doi:10.1093/annonc/mdf272.

59. Van Den Neste E, Delannoy A, Vandercam B, *et al.* (1996). "Infectious complications after 2-chlorodeoxyadenosine therapy". *Eur. J. Haematol.* **56** (4): 235–40. doi:10.1111/j.1600-0609.1996.tb01935.x. PMID 8641392.

60. Saven A, Burian C, Adusumalli J, Koziol JA (1999)."Filgrastim for cladribine-induced neutropenic fever in patients with hairy cell leukemia". *Blood* **93** (8): 2471–7.PMID 10194424.

61. Wang WS, Tzeng CH, Chiou TJ, *et al.* (June 1997). "High-dose cytarabine and mitoxantrone as salvage therapy for refractory non-Hodgkin's lymphoma". *Jpn. J. Clin. Oncol.* **27** (3): 154–7.doi:10.1093/jjco/27.3.154. PMID 9255269.[*dead link*]

62. Ogbomo H, Michaelis M, Klassert D, Doerr HW, Cinatl J (December 2008). "Resistance to cytarabine induces the up-regulation of NKG2D ligands and enhances natural killer cell lysis of leukemic cells". *Neoplasia* **10** (12): 1402–10.PMC 2586691. PMID 19048119.

63. Perry, Michael J. (2008). *The Chemotherapy source book*. Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins. pp. 80. ISBN 0-7817-7328-8.

64. Watterson J, Toogood I, Nieder M, *et al.* (December 1994). "Excessive spinal cord toxicity from intensive central nervous system-directed therapies". *Cancer* **74** (11): 3034–41.doi:10.1002/1097-0142(19941201)74:11<3034::AID-CNCR2820741122>3.0.CO;2-O. PMID 7954266.

65. Hollstein, U. (1974). "Actinomycin. Chemistry and mechanism of action". *Chemical Reviews* **74** (6): 625–652.doi:10.1021/cr60292a002.

66. Abd El-Aal H, Habib E, Mishrif M (2005). "Wilms' Tumor: The Experience of the Pediatric Unit of Kasr El-Aini Center of Radiation Oncology and Nuclear Medicine (NEMROCK)". *J Egypt Natl Canc Inst* **17** (4): 308–11. PMID 17102824.

67. Turan T, Karacay O, Tulunay G, Boran N, Koc S, Bozok S, Kose M (2006). "Results with EMA/CO (etoposide, methotrexate, actinomycin D, cyclophosphamide, vincristine) chemotherapy in gestational trophoblastic neoplasia". *Int J Gynecol Cancer* **16** (3): 1432–8.doi:10.1111/j.1525-1438.2006.00606.x. PMID 16803542.

68. Khatua S, Nair C, Ghosh K (2004). "Immune-mediated thrombocytopenia following dactinomycin therapy in a child with alveolar rhabdomyosarcoma: the

unresolved issues". *J Pediatr Hematol Oncol* **26** (11): 777–9. doi:10.1097/00043426-200411000-00020.PMID 15543019.

69. Uberti, E. M. H.; Fajardo, M. D. C.; Ferreira, S. V. V. R.; Pereira, M. C. V.; Seger, R. C.; Moreira, M. A. L. R.; Torres, M. D.; De Nápoli, G. et al. (2009). "Reproductive outcome after discharge of patients with high-risk hydatidiform mole with or without use of one bolus dose of actinomycin D, as prophylactic chemotherapy, during the uterine evacuation of molar pregnancy". *Gynecologic Oncology* **115** (3): 476–481. doi:10.1016/j.ygyno.2009.09.012. PMID 19818481.

70. Takemura G, Fujiwara H. Doxorubicin-induced cardiomyopathy from the cardiotoxic mechanisms to management. Prog Cardiovasc Dis. 2007;49:330–352

71. Arcamone F, Cassinelli G, Fantini G, Grein A, Orezzi P, Pol C, et al. Adriamycin, 14-hydroxydaunomycin: a new antitumor antibiotic from S. peucetius var. caesius. Biotechnol Bioeng. 1969;11:1101–1110.

72. Cortes-Funes H, Coronado C. Role of anthracyclines in the era of targeted therapy. Cardiovasc Toxicol.2007;7:56–60.

73. Weiss RB. The anthracyclines: will we ever find a better doxorubicin? Semin Oncol. 1992;19:670–686.[PubMed]

74. Kaye S, Merry S. Tumour cell resistance to anthracyclines: a review. Cancer Chemother Pharmacol.1985;14:96–103.

75. Weiss RB. The anthracyclines: will we ever find a better doxorubicin? Semin Oncol. 1992;19:670–686.

76. Germann UA. P-glycoprotein: a mediator of multidrug resistance in tumour cells. Eur J Cancer.1996;32A:927–944.

77. Cole SP, Bhardwaj G, Gerlach JH, Mackie JE, Grant CE, Almquist KC, et al. Overexpression of a transporter gene in a multidrug-resistant human lung cancer cell line. Science. 1992;258:1650–1654.[PubMed]

78. Young LC, Campling BG, Cole SP, Deeley RG, Gerlach JH. Multidrug resistance proteins MRP3, MRP1, and MRP2 in lung cancer: correlation of protein levels with drug response and messenger RNA levels. Clin Cancer Res. 2001;7:1798–1804.

79. Singhal SS, Singhal J, Sharma R, Singh SV, Zimniak P, Awasthi YC, et al. Role of RLIP76 in lung cancer doxorubicin resistance: I. The ATPase activity of RLIP76 correlates with doxorubicin and 4-hydroxynonenal resistances in lung cancer cells. Int J Oncol. 2003;22:365–375.

80. Burgess DJ, Doles J, Zender L, Xue W, Ma B, McCombie WR, et al. Topoisomerase levels determine chemotherapy response *in vitro* and *in vivo*. Proc Natl Acad Sci U S A. 2008;105:9053–9058.

81. Oakman C, Moretti E, Galardi F, Santarpia L, Di Leo A. The role of topoisomerase-IIalpha and HER-2 in predicting sensitivity to anthracyclines in breast cancer patients. Cancer Treat Rev. 2009;35:662–667.

82. Lewis, TG; Nydorf, ED (2006). "Intralesional bleomycin for warts: a review.". *Journal of Drugs in Dermatology* **5** (6): 499–504.PMID 16774100.

83. Shaw, P; Agarwal, R (2004). Shaw, Paul HS. ed. "Pleurodesis for malignant pleural effusions". *Cochrane Database of Systematic Reviews* (1): CD002916. doi:10.1002/14651858.CD002916.pub2. PMID 14973997.

84. Dr Malcom Thompson (2003-07-25). "Bleomycin and Anaesthesia". Retrieved 2008-04-10.

85. Hoshino T, Okamoto M, Sakazaki Y, Kato S, Young HA, Aizawa H (March 2009). "Role of Proinflammatory Cytokine IL-18 and IL-1{beta} in Bleomycin-induced Lung Injury in Humans and Mice". *Am. J. Respir. Cell Mol. Biol.* **41** (6): 661–70. doi:10.1165/rcmb.2008-0182OC.PMID 19265174.

86. Rappeneau S, Baeza-Squiban A, Jeulin C, Marano F (March 2000). "Protection from cytotoxic effects induced by the nitrogen mustard mechlorethamine on human bronchial epithelial cells in vitro". *Toxicol. Sci.* **54** (1): 212–21. doi:10.1093/toxsci/54.1.212.PMID 10746948.

87. Takimoto CH, Calvo E. "Principles of Oncologic Pharmacotherapy" in Pazdur R, Wagman LD, Camphausen KA, Hoskins WJ (Eds) Cancer Management: A Multidisciplinary Approach. 11 ed. 2008.

88. Tucci E, Verdiani P, Di Carlo S, Sforza V (1986). "Lomustine (CCNU)-induced pulmonary fibrosis". *Tumori* **72** (1): 95–8. PMID 3952821.

89. Rossini, A. A.; Like, A. A.; Chick, W. L.; Appel, M. C.; Cahill Jr, G. F. (1977). "Studies of streptozotocin-induced insulitis and diabetes". *Proceedings of the National Academy of Sciences of the United States of America* **74** (6): 2485–2489.PMC 432197. PMID 142253.

90. Stupp, R; Hau; Mirimanoff; Cairncross (March 2005). "MGMT gene silencing and benefit from temozolomide in glioblastoma". *N. Engl. J. Med.* **352** (10): 997–1003. doi:10.1056/NEJMoa043331. PMID 15758010.

91. National Cancer Institute Of Canada Clinical Trials, Group; Hegi, ME; Mason, WP; Van Den Bent, MJ; Taphoorn, MJ; Janzer, RC; Ludwin, SK; Allgeier, A et al. (May 2009). "Effects of radiotherapy with concomitant and adjuvant temozolomide versus radiotherapy alone on survival in glioblastoma in a randomised phase III study: 5-year analysis of the EORTC-NCIC trial.". *Lancet Oncology* **10** (5): 459–466.doi:10.1016/S1470-2045(09)70025-7. PMID 19269895.

92. Facon T, Mary JY, Hulin C, *et al*. (October 2007). "Melphalan and prednisone plus thalidomide versus melphalan and prednisone alone or reduced-intensity autologous stem cell transplantation in elderly patients with multiple myeloma (IFM 99-06): a randomised trial".*Lancet* **370** (9594): 1209–18. doi:10.1016/S0140-6736(07)61537-2. PMID 17920916.

93. Iwamoto T, Hiraku Y, Oikawa S, Mizutani H, Kojima M, Kawanishi S (May 2004). "DNA intrastrand cross-link at the 5'-GA-3' sequence formed by busulfan and its role in the cytotoxic effect". *Cancer Sci.* **95** (5): 454–8. doi:10.1111/j.1349-7006.2004.tb03231.x.PMID 15132775.

94. Karstens A, Kramer I (2007). "Chemical and physical stability of diluted busulfan infusion solutions". *EJHP Science* **13**: 40–7.

95. Nogales E. Structural insight into microtubule function. Annu Rev Biophys Biomol Struct 2001;**30**:397–420.

96. Zhou J, Giannakakou P. Targeting microtubules for cancer chemotherapy. Curr Med Chem Anticancer Agents 2005;**5**:65–71.

97. Jordan MA,  Wilson L. Microtubules as a target for anticancer drugs. Nat Rev Cancer 2004;**4**:253–65.

98. Wani MC, Taylor HL, Wall ME, et al. Plant antitumor agents. VI. The isolation and structure of taxol, a novel antileukemic and antitumor agent from Taxus brevifolia. J Am Chem Soc 1971;**93**:2325–7.

99. Besse-Hammer T, et al. A dose-escalating study of XRP6258 in combination with capecitabine, in patients (pts) with metastatic breast cancer (MBC) progressing after anthracycline and taxane therapy: Preliminary results. - ASCO. J Clin Oncol. 2009;27 abstr 1053.

100.     Sampath D, et al. MAC-321, a novel taxane with greater efficacy than paclitaxel and docetaxel in vitro and in vivo. Mol Cancer Ther. 2003;2:873–84.

101.     Jordan VC (1993). "Fourteenth Gaddum Memorial Lecture. A current view of tamoxifen for the treatment and prevention of breast cancer". *Br J Pharmacol* **110** (2): 507–17.PMC 2175926. PMID 8242225.

102.     "Breast cancer in men". *CancerHelp UK*. Cancer Research UK. 2007-09-28. Retrieved 2009-03-22.

103.     Center for Drug Evaluation and Research (03/08/2005)."Tamoxifen Information: reducing the incidence of breast cancer in women at high risk". U.S. Food and Drug Administration. Archived from the original on June 19, 2007. Retrieved July 3, 2007.

104.     Goetz MP, Rae JM, Suman VJ, Safgren SL, Ames MM, Visscher DW, Reynolds C, Couch FJ, Lingle WL, Flockhart DA, Desta Z, Perez EA, Ingle JN (2005). "Pharmacogenetics of tamoxifen biotransformation is associated with clinical outcomes of efficacy and hot flashes". *J Clin Oncol* **23** (36): 9312–8. doi:10.1200/JCO.2005.03.3266. PMID 16361630.

105.     Beverage JN, Sissung TM, Sion AM, Danesi R, Figg WD (2007). "CYP2D6 polymorphisms and the impact on tamoxifen therapy". *J Pharm Sci* **96** (9): Epub ahead of print.doi:10.1002/jps.20892. PMID 17518364.

106.     Schroth W, Goetz MP, Hamann U, Fasching PA, Schmidt M, Winter S, Fritz P, Simon W, Suman VJ, Ames MM, Safgren SL, Kuffel MJ, Ulmer HU, Boländer J, Strick R, Beckmann MW, Koelbl H, Weinshilboum RM, Ingle JN, Eichelbaum M, Schwab M, Brauch H (October 2009). "Association between CYP2D6 polymorphisms and outcomes among women with early stage breast cancer treated with tamoxifen". *JAMA* **302** (13): 1429–36.doi:10.1001/jama.2009.1420. PMID 19809024.

107.     Information about Tamoxitest and how DNA testing can help in the selection of the best treatment methodology from Genelex's website

108.     Vehmanen L, Elomaa I, Blomqvist C, Saarto T (February 2006). "Tamoxifen treatment after adjuvant chemotherapy has opposite effects on bone mineral density in premenopausal patients depending on menstrual status". *J. Clin. Oncol.* **24** (4): 675–80. doi:10.1200/JCO.2005.02.3515. PMID 16446340.

109.     Vehmanen L, Elomaa I, Blomqvist C, Saarto T (February 2006). "Tamoxifen treatment after adjuvant chemotherapy has opposite effects on bone mineral density in premenopausal patients depending on menstrual status". *J. Clin. Oncol.* **24** (4): 675–80. doi:10.1200/JCO.2005.02.3515. PMID 16446340.

110.     Grilli S (2006). "Tamoxifen (TAM): the dispute goes on".*Ann Ist Super Sanita* **42** (2): 170–3. PMID 17033137.

111.    Paganini-Hill A, Clark LJ (November 2000). "Preliminary assessment of cognitive function in breast cancer patients treated with tamoxifen". *Breast Cancer Research and Treatment* **64** (2): 165–76. doi:10.1023/A:1006426132338.PMID 11194452.

112.    Mortimer JE, Boucher L, Baty J, Knapp DL, Ryan E, Rowland JH (1999). "Effect of tamoxifen on sexual functioning in patients with breast cancer" (abstract). *J. Clin. Oncol.* **17** (5): 1488–92.PMID 10334535.

113.    Cella D, Fallowfield L, Barker P, Cuzick J, Locker G, Howell A (2006). "Quality of life of post-menopausal women in the ATAC ("Arimidex", tamoxifen, alone or in combination) trial after completion of 5 years' adjuvant treatment for early breast cancer". *Breast Cancer Res. Treat.* **100** (3): 273–84.doi:10.1007/s10549-006-9260-6. PMID 16944295.

114.    Mokbel, Kefah (2002). "The evolving role of aromatase inhibitors in breast cancer". *International Journal of Clinical Oncology* **7** (5): 279–83. doi:10.1007/s101470200040.PMID 12402060.

115.    Gross BA, Mindea SA, Pick AJ, Chandler JP, Batjer HH (2007). "Medical management of Cushing disease". *Neurosurgical focus* **23**(3): E10. doi:10.3171/foc.2007.23.3.12. PMID 17961023.

116.    Siraki AG, Bonini MG, Jiang J, Ehrenshaft M, Mason RP (July 2007). "Aminoglutethimide-induced protein free radical formation on myeloperoxidase: a potential mechanism of agranulocytosis". *Chemical research in toxicology* **20** (7): 1038–45.doi:10.1021/tx6003562. PMC 2073000. PMID 17602675.

117.    Drugs.com: monograph for letrozole. It is also used for ovarian cancer patients after they have completed chemotherapy.

118.    Haberfeld, H, ed. (2009) (in German). *Austria-Codex*(2009/2010 ed.). Vienna: Österreichischer Apothekerverlag.ISBN 3-85200-196-X.

119.    http://www.cancer.gov/cancertopics/druginfo/fda-exemestane

120.    Teulings FA, van Gilse HA, Henkelman MS, Portengen H, Alexieva-Figusch J (July 1980). "Estrogen, androgen, glucocorticoid, and progesterone receptors in progestin-induced regression of human breast cancer". *Cancer Research* **40** (7): 2557–61.PMID 6248208.

121.    Geller J, Albert J, Yen SS, Geller S, Loza D (March 1981). "Medical castration of males with megestrol acetate and small doses of diethylstilbestrol". *The Journal of Clinical Endocrinology and Metabolism* **52** (3): 576–80. PMID 6161942.

122.    ^ Venner PM (December 1990). "Therapeutic options in treatment of advanced carcinoma of the prostate". *Seminars in Oncology* **17** (6 Suppl 9): 73–7. PMID 2259929.

123.    ^ Lundgren S, Lønning PE, Utaaker E, Aakvaag A, Kvinnsland S (June 1990). "Influence of progestins on serum hormone levels in postmenopausal women with advanced breast cancer--I. General findings". *Journal of Steroid Biochemistry* **36** (1-2): 99–104.PMID 2362454.

124.    ^ *a b* Geller J, Albert J, Geller S (1982). "Acute therapy with megestrol acetate decreases nuclear and cytosol androgen receptors in human BPH tissue". *The Prostate* **3** (1): 11–5. PMID 6176985.

125.       ^ Blumenschein GR (December 1983). "The role of progestins in the
treatment of breast cancer". *Seminars in Oncology* **10** (4 Suppl 4): 7–
10. PMID 6230722.

126.       Richard R. Barakat; Maurie Markman; Marcus Randall (29 May
2009). *Principles and Practice of Gynecologic Oncology*. Lippincott Williams &
Wilkins. p. 447. ISBN 978-0-7817-7845-9. Retrieved 2 June 2012.

127.       Chidakel AR, Zweig SB, Schlosser JR, Homel P, Schappert JW, Fleckman
AM (February 2006). "High prevalence of adrenal suppression during acute
illness in hospitalized patients receiving megestrol acetate". *Journal of
Endocrinological Investigation* **29**(2): 136–40. PMID 16610239.

128.       ^ Bulchandani D, Nachnani J, Amin A, May J (August 2008). "Megestrol
acetate-associated adrenal insufficiency". *The American Journal of Geriatric
Pharmacotherapy* **6** (3): 167–
72. doi:10.1016/j.amjopharm.2008.08.004. PMID 18775392.

129.       http://www.answers.com/topic/megestrol-megace

130.       FDA (January 8, 2003). "FDA Approves New Labels for Estrogen and
Estrogen with Progestin Therapies for Postmenopausal Women Following
Review of Women's Health Initiative Data". Archived from the original on
December 21, 2007. Retrieved 2006-10-26.

131.       Gao, W; Kim, J, Dalton, JT (2006 Aug). "Pharmacokinetics and
pharmacodynamics of nonsteroidal androgen receptor ligands.". *Pharmaceutical
Research* **23** (8): 1641–58. doi:10.1007/s11095-006-9024-
3. PMC 2072875. PMID 16841196.

132.       Poyet, P; Labrie, F (1985 Oct). "Comparison of the
antiandrogenic/androgenic activities of flutamide, cyproterone acetate and
megestrol acetate.". *Molecular and cellular endocrinology* **42** (3): 283–
8. PMID 3930312.

133.       Vincent T. DeVita, Samuel Hellman, Steven A. Rosenberg
(2005). *Cancer: principles & practice of oncology*. Philadelphia: Lippincott-
Raven. ISBN 0-7817-4865-8.

134.       Haendler, B; Cleve, A (2011-06-16). "Recent developments in
antiandrogens and selective androgen receptor modulators.". *Molecular and
cellular endocrinology* **352** (1-2): 79–
91. doi:10.1016/j.mce.2011.06.002. PMID 21704118.

135.       Battmann, T; Branche, C, Bouchoux, F, Cerede, E, Philibert, D, Goubet,
F, Teutsch, G, Gaillard-Kelly, M (1998 Jan). "Pharmacological profile of RU
58642, a potent systemic antiandrogen for the treatment of androgen-dependent
disorders.". *The Journal of Steroid Biochemistry and Molecular Biology* **64** (1-2):
103–11. doi:10.1016/S0960-0760(97)00151-9. PMID 9569015.

136.       Hamann, LG; Higuchi, RI, Zhi, L, Edwards, JP, Wang, XN, Marschke,
KB, Kong, JW, Farmer, LJ, Jones, TK (1998-02-12). "Synthesis and biological
activity of a novel series of nonsteroidal, peripherally selective androgen receptor
antagonists derived from 1,2-dihydropyridono[5,6-g]quinolines.". *Journal of
Medical Chemistry* **41** (4): 623–39. doi:10.1021/jm970699s. PMID 9484511.

137.       Tran, C; Ouk, S, Clegg, NJ, Chen, Y, Watson, PA, Arora, V, Wongvipat,
J, Smith-Jones, PM, Yoo, D, Kwon, A, Wasielewska, T, Welsbie, D, Chen, CD,

Higano, CS, Beer, TM, Hung, DT, Scher, HI, Jung, ME, Sawyers, CL (2009-05-08). "Development of a second-generation antiandrogen for treatment of advanced prostate cancer.". *Science* **324** (5928): 787–90. doi:10.1126/science.1168175.PMC 2981508. PMID 19359544.

138.     Scher, HI; Beer, TM, Higano, CS, Anand, A, Taplin, ME, Efstathiou, E, Rathkopf, D, Shelkey, J, Yu, EY, Alumkal, J, Hung, D, Hirmand, M, Seely, L, Morris, MJ, Danila, DC, Humm, J, Larson, S, Fleisher, M, Sawyers, CL, Prostate Cancer Foundation/Department of Defense Prostate Cancer Clinical Trials, Consortium (2010-04-24). "Antitumour activity of MDV3100 in castration-resistant prostate cancer: a phase 1-2 study.". *Lancet* **375** (9724): 1437–46. doi:10.1016/S0140-6736(10)60172-9. PMID 20398925.

139.     Rathkopf, D; Liu, G, Carducci, MA, Eisenberger, MA, Anand, A, Morris, MJ, Slovin, SF, Sasaki, Y, Takahashi, S, Ozono, S, Fung, NK, Cheng, S, Gan, J, Gottardis, M, Obermeier, MT, Reddy, J, Zhang, S, Vakkalagadda, BJ, Alland, L, Wilding, G, Scher, HI, Prostate Cancer Clinical Trials, Consortium (2011-02-15). "Phase I dose-escalation study of the novel antiandrogen BMS-641988 in patients with castration-resistant prostate cancer.". *Clinical cancer research : an official journal of the American Association for Cancer Research* **17**(4): 880–7. doi:10.1158/1078-0432.CCR-10-2955. PMC 3070382. PMID 21131556.

140.     Foster, WR; Car, BD, Shi, H, Levesque, PC, Obermeier, MT, Gan, J, Arezzo, JC, Powlin, SS, Dinchuk, JE, Balog, A, Salvati, ME, Attar, RM, Gottardis, MM (2011 Apr). "Drug safety is a barrier to the discovery and development of new androgen receptor antagonists.". *The Prostate* **71** (5): 480–8. doi:10.1002/pros.21263. PMID 20878947.

141.     Kawata, H; Arai, S, Nakagawa, T, Ishikura, N, Nishimoto, A, Yoshino, H, Shiraishi, T, Tachibana, K, Nakamura, R, Sato, H (2011 Sep). "Biological properties of androgen receptor pure antagonist for treatment of castration-resistant prostate cancer: optimization from lead compound to CH5137291.". *The Prostate* **71** (12): 1344–56. doi:10.1002/pros.21351. PMID 21308717.

142.     Yoshino, H; Sato, H, Shiraishi, T, Tachibana, K, Emura, T, Honma, A, Ishikura, N, Tsunenari, T, Watanabe, M, Nishimoto, A, Nakamura, R, Nakagawa, T, Ohta, M, Takata, N, Furumoto, K, Kimura, K, Kawata, H (2010-12-01). "Design and synthesis of an androgen receptor pure antagonist (CH5137291) for the treatment of castration-resistant prostate cancer.". *Bioorganic & Medicinal Chemistry* **18** (23): 8150–7. doi:10.1016/j.bmc.2010.10.023. PMID 21050768.

143.     Ehrlich, P. Collected studies on immunity. (New York: J. Wiley & Sons, 1906).

144.     Kohler, G. & Milstein, C. Continuous cultures of fused cells secreting antibody of predefined specificity. Nature 256, 495–497 (1975).

145.     Bagshawe KD (October 2006). "Antibody-directed enzyme prodrug therapy (ADEPT) for cancer". *Expert Rev Anticancer Ther* **6** (10): 1421–31. doi:10.1586/14737140.6.10.1421. PMID 17069527.

146.     Hudis, CA (2007). "Trastuzumab--mechanism of action and use in clinical practice". *N Engl J Med.* **357** (1): 39–51.doi:10.1056/NEJMra043186. PMID 17611206. Jul 5;357(1):39-51. Review /article

147.    Slamon DJ, Leyland-Jones B, Shak S, et al: Use of chemotherapy plus a monoclonal antibody against HER2 for metastatic breast cancer that overexpresses HER2. N Engl J Med **344**:783-792, 2001

148.    Romond EH, Perez EA, Bryan J, et al: Trastuzumab plus adjuvant chemotherapy for operative HER2-positive breast cancer. N Engl J Med**353**:1673-1684, 2005

149.    Hudis CA: Trastuzumab—mechanism of action and use in clinical practice. N Engl J Med **357**:39-51, 2007

150.    "At last, Axa pays for Herceptin". 2006.

151.    Vecchione L. Novel investigational drugs for gastric cancer.Expert Opin Investig Drugs. 2009 May 26. [Epub ahead of publication]. Review /article.

152.    Piccart-Gebhart MJ, MJ; Procter M, Leyland-Jones B, et al. (2005). "Trastuzumab after adjuvant chemotherapy in HER2-positive breast cancer". *New England Journal of Medicine* **353**(16): 1659–1672. doi:10.1056/NEJMoa052306.PMID 16236737.

153.    Romond, EH; Perez EA, Bryant J, et al. (2005). "Trastuzumab plus adjuvant chemotherapy for operable HER2-positive breast cancer". *New England Journal of Medicine* **353**(16): 1673–1684. doi:10.1056/NEJMoa052122.PMID 16236738.

154.    Littlejohns, P (2006). "Trastuzumab for early breast cancer: evolution or revolution?". *Lancet Oncology* **7** (1): 22–3.doi:10.1016/S1470-2045(05)70533-7. PMID 16408378.

155.    "Will Herceptin Media Blitz Help Or Harm Patients?". Scoop. 2006-02-14. Retrieved 2006-12-01.

156.    "Listing of Herceptin on PBS". Australian Government, Dept of Health and Ageing. 2006-10-01.

157.    Scott SD (1998). "Rituximab: a new therapeutic monoclonal antibody for non-Hodgkin's lymphoma". *Cancer Pract* **6** (3): 195–7. doi:10.1046/j.1523-5394.1998.006003195.x.PMID 9652253.

158.    Burton C, Kaczmarski R, Jan-Mohamed R (2003). "Interstitial pneumonitis related to rituximab therapy". *N Engl J Med* **348**(26): 2690–1; discussion 2690–1.doi:10.1056/NEJM200306263482619. PMID 12826649.

159.    "Rituximab (marketed as Rituxan) Information". Retrieved 15 November 2009.

160.    Los, M.; Roodhart, J. M. L.; Voest, E. E. (2007). "Target Practice: Lessons from Phase III Trials with Bevacizumab and Vatalanib in the Treatment of Advanced Colorectal Cancer". *The Oncologist* **12** (4): 443–50. doi:10.1634/theoncologist.12-4-443. PMID 17470687.

161.    "FDA clears Genentech drug for kidney cancer". *San Francisco Chronicle*. August 2, 2009.

162.    "FDA Gives Roche's Avastin the Go-Ahead for Metastatic Renal Carcinoma". *GENNewsHighlights*. Genetic Engineering & Biotechnology News. August 3, 2009. Retrieved 2012-08-13.

163.    "Roche Claims Phase III Data Supports Use of Avastin in Ovarian Cancer". 12 Oct 2010.

164.    Rocha-Lima, Caio M. (2008). "New directions in the management of advanced pancreatic cancer: a review". *Anti-Cancer Drugs* **19** (5): 435–46.doi:10.1097/CAD.0b013e3282fc9d11. PMID 18418211.

165.    Lièvre A, Bachet JB, Le Corre D, *et al.* (2006). "KRAS mutation status is predictive of response to cetuximab therapy in colorectal cancer". *Cancer Res.* **66** (8): 3992–5. doi:10.1158/0008-5472.CAN-06-0191. PMID 16618717.

166.    "Class Labeling Changes to anti-EGFR monoclonal antibodies, cetuximab (Erbitux) and panitumumab (Vectibix): KRAS Mutations". U.S. Food and Drug Administration. 2010-01-11.

167.    "Therascreen KRAS RGQ PCR Kit – P110030". *Device Approvals and Clearances*. U.S. Food and Drug Administration. 2012-07-06.

168.    Nguyen A, Hoang V, Laquer V, Kelly KM (December 2009). "Angiogenesis in cutaneous disease: part I". *J. Am. Acad. Dermatol.* **61** (6): 921–42; quiz 943–4.

169.    Micromedex Healthcare Series [Internet database]. Greenwood Village, Colo: Thomson Healthcare. Updated periodically.

170.    Seiwert TY, Salama JK, Vokes EE. The chemoradiation paradigm in head and neck cancer. *Nat Clin Pract Oncol* 2007;**4**:156–71.

171.    Loehrer PJ, Einhorn LH (May 1984). "Drugs five years later. Cisplatin". *Ann. Intern. Med.* **100** (5): 704–13. PMID 6370067.

172.    Windsor RE, Strauss SJ, Kallis C, Wood NE, Whelan JS (April 2012). "Germline genetic polymorphisms may influence chemotherapy response and disease outcome in osteosarcoma: A pilot study". *Cancer* **118** (7): 1856–67.doi:10.1002/cncr.26472. PMID 21887680.

173.    Wheate NJ, Walker S, Craig GE, Oun R (September 2010). "The status of platinum anticancer drugs in the clinic and in clinical trials".*Dalton Transactions* **39** (35): 8113–27. doi:10.1039/C0DT00292E. PMID 20593091.

174.    The status of platinum anticancer drugs in the clinic and in clinical trials Dalton Transactions, 2010, 39, 8113-8127

175.    Graham, Joanne; Mushin, Mohamed; Kirkpatrick, Peter (January 2004). "Oxaliplatin". *Nature Reviews Drug Discovery* **3** (1): 11–2.doi:10.1038/nrd1287. PMID 14756144.

176.    Pasetto LM, D'Andrea MR, Rossi E, Monfardini S (August 2006). "Oxaliplatin-related neurotoxicity: how and why?". *Crit. Rev. Oncol. Hematol.* **59** (2): 159–68. doi:10.1016/j.critrevonc.2006.01.001. PMID 16806962.

177.    http://www.fda.gov/bbs/topics/NEWS/NEW00537.html

178.    http://onctalk.com/2007/12/18/oral-topotecan-fda-approved/

179.    http://www.drugs.com/newdrugs/gsk-receives-approval-hycamtin-topotecan-capsules-relapsed-small-cell-lung-cancer-671.htmlPress release

180.    http://www.cancer.gov/cancertopics/druginfo/fda-topotecan-hydrochloride

181.    http://www.fda.gov/CDER/Offices/OODP/whatsnew/topotecan.htm FDA

182.    Hande, K. R. (1998). "Etoposide: Four decades of development of a topoisomerase II inhibitor". *European Journal of Cancer* **34**(10): 1514–1521. doi:10.1016/S0959-8049(98)00228-7. PMID 9893622.

183.    Goldman, J.M. & Melo, J.V. Chronic myeloid leukemia—advances in biology and new approaches to treatment. N Engl J Med 349, 1451-1464 (2003)

184.     Fausel, C. Targeted chronic myeloid leukemia therapy: Seeking a cure. Am J Health Syst Pharm 64, S9-15 (2007)

185.     "FDA Highlights and Prescribing Information for Gleevec(imatinib mesylate)".

186.     "Prolonged Use of Imatinib in GIST Patients Leads to New FDA Approval".

187.      Scheinfeld N, Schienfeld N (February 2006). "A comprehensive review of imatinib mesylate (Gleevec) for dermatological diseases". *J Drugs Dermatol* **5** (2): 117–22.PMID 16485879.

188.     Pao W, Miller V, Zakowski M, *et al.* (September 2004). "EGF receptor gene mutations are common in lung cancers from "never smokers" and are associated with sensitivity of tumors to gefitinib and erlotinib". *Proceedings of the National Academy of Sciences of the United States of America* **101** (36): 13306–11.  doi:10.1073/pnas.0405220101. PMC 516528. PMID 15329413. Retrieved 2009-07-02.

189.     Sordella R, Bell DW, Haber DA, Settleman J (August 2004). "Gefitinib-sensitizing EGFR mutations in lung cancer activate anti-apoptotic pathways". *Science* **305** (5687): 1163–7. doi:10.1126/science.1101637. PMID 15284455.

190.     Takimoto CH, Calvo E. "Principles of Oncologic Pharmacotherapy" in Pazdur R, Wagman LD, Camphausen KA, Hoskins WJ (Eds)Cancer Management: A Multidisciplinary Approach. 11 ed. 2008.

191.     Rossi S, editor. Australian Medicines Handbook 2004. Adelaide: Australian Medicines Handbook; 2004. ISBN 0-9578521-4-2.

192.     "8.1.5: Other antineoplastic drugs". *British National Formulary (BNF 57)*. United Kingdom: BMJ Group and RPS Publishing. March 2009. p. 476. ISBN 978-0-85369-845-6.

193.     Pfeffer LM, Dinarello CA, Herberman RB et al. Biological properties of recombinant a-interferons: 40th anniversary of the discovery of interferons. Cancer Res. 1998;58(12):7489-7499.

194.     Balkwill FR. Interferons. Lancet. 1989; 1(8646):1060-1063.

CASE NO. 15-CV-61165-WPD

NetCE'S EXHIBIT 027

# CANCER AND CHEMOTHERAPY:

# A COMPREHENSIVE REVIEW

## Part II

## Modern & Experimental Types of Chemotherapy

Isolated limb infusion (ILI) is a relatively new technique for treating cancer that is confined to a single extremity. It is mainly used to treat advanced melanoma with in-transit metastases. It is also an effective technique used in the treatment of diffuse B-cell lymphoma, Merkle cell tumors, cutaneous T-cell lymphoma, and soft-tissue sarcomas [195-197]. It has also been found to be effective in the treatment of refractory verrucae vulgaris [198]. Isolated limb infusion evolved from the procedure known as ILP or isolated limb perfusion that involves isolation of the limb's blood supply, and its subsequent perfusion with oxygenated blood and therapeutic drugs. Isolated limb infusion is very similar to isolated limb perfusion but does not require extracorporeal oxygenation.

Arterial and venous access catheters are introduced carefully from the contralateral limb under image guidance. Subsequently, chemotherapeutic agents are infused for a brief period of time (approximately 30-45 minutes), followed by a washout of the limb. This technique ensures adequate distribution of the chemotherapy. It has been observed that isolated limb infusion causes hypoxia and acidosis, which in turn increases the activity of certain chemotherapeutic drugs such as melphalan [199, 200].

Several clinical studies have shown that isolated limb infusion (ILI) has similar overall response rates as isolated limb perfusion or ILP, with reduced morbidity, particularly among elderly [201-204]. Isolated limb perfusion is often used in patients with melanoma and other types of cancers. It delivers a very high dose of chemotherapy to tumor or cancer sites without causing significant systemic effects and damage. This approach of drug delivery is beneficial in controlling solitary or limited metastases; however, they are ineffective in treating widespread or distributed metastases or micrometastases.

## Nanoparticles

Many tumor cells express certain proteins over their surface, but healthy cells usually do not express the protein as strongly. Nanoparticles are conjugated or attached to an antibody, which attach themselves to the cancer cells. A large number of nanoparticle delivery systems have been or are being developed for cancer therapy. Several of them are still in the preclinical stages of development. Researchers are trying to develop nanoparticles with multifunctional capabilities. These nanoparticles will target cancer cells, carry imaging agents for detection, and deliver multiple chemotherapeutic agents for the treatment of cancer [205-208]. Nanoparticles are a useful vehicle for poorly soluble agents such as paclitaxel [209]. Nanoparticles made of magnetic particles can also be used to concentrate drugs at tumor sites using an externally applied magnetic field.



DEPOSITION EXHIBIT
55
PENGAD 800-631-6989

Liposomes are the simplest form of a nanovector. Liposome-encapsulated formulations of doxorubicin use the overexpression of fenestrations in cancer neovasculature to increase drug concentration at tumor tissues. They are effective in the treatment of Kaposi's sarcoma, and are now being used for the treatment of breast cancer and refractory ovarian cancer. Nanovectors is composed of three essential constituents which includes a core constituent material, a payload, and biological surface modifiers, which increase the biodistribution and tumor targeting of the nanoparticle dispersion. A major clinical advantage of nanovectors is that they are cancer specific and spare the healthy tissues. Major factors that influence the pharmacokinetics of nanoparticles include surface charge, size and shape of the nanoparticles, and its stealth properties [210, 211]. So far five types of nanoparticles are approved or are in the late stage of development. They include:

- Polymer-drug conjugates
- Micelles
- Protein-based carriers
- Liposomes
- Polymeric nanoparticles

It has been observed that larger nanoparticles such as micelles and liposomes have a shorter half-life (2-50 h) but higher tolerability. The Genexol-PM formulation of paclitaxel is given at a twofold higher dosage than HPMA-paclitaxel (PNU166945) and polyglutamate-paclitaxel (Xyotax).

**Electrochemotherapy**
Electrochemotherapy is a therapeutic approach that facilitates delivery into cell interior of non-permeant drugs with intracellular targets. Clinical electrochemotherapy has been successfully used for treatment of cutaneous and subcutaneous tumors irrespective of their histological origin [212-218]. The treatment is mainly used as a palliative treatment for patients with melanoma metastases and also other cutaneous nodules. Electrochemotherapy uses a combination of high voltage electric pulses and an anticancer drug to treat various types of tumors. It delivers drugs, both non-permeant (bleomycin) and low-permeant (cisplatin), by applying electric pulses to the tumor site when the drug concentration is at its peak [219]. Electric pulses subject cells to the electric field which makes the cell membrane permeable to the drug molecules for a short period of time [220-222]. This phenomenon is known as electroporation. The drug enters the cells and produces cytotoxic effects. Position of the electrodes can be changed and subsequent electric pulse delivery can be given to treat the whole tumor if the drug concentration is sufficient [223]. Electrochemotherapy can be repeated over the course of weeks or months to achieve desired results i.e. eradication of tumors. Recently, new electrochemotherapy techniques have been developed for treatment of internal tumors using surgical procedures, endoscopic routes or percutaneous approaches to gain access to the tumor [224, 225].

Doses
Chemotherapeutic agents generally have a low therapeutic index. The therapeutic index is a comparison of the amount of a drug that causes the therapeutic effect to the amount that causes death (in animal studies) or toxicity (in human studies).

Quantitatively, it is the ratio of the dose that produces a lethal or toxic effect in 50 percent of treated individuals (LD50) divided by the dose that produces a therapeutic response in 50 percent of the treated individuals (TD50).

Therapeutic ratio= LD50/ TD50.

In general, the chemotherapeutic agents have narrow therapeutic margin, which implies that there is a high probability that the agent will produce unwanted effects.  Chemotherapy dose has to be calculated accurately because underdosing will not effectively treat the disease and overdosing can lead to life-threatening toxic effects.

Chemotherapeutic drugs with a higher therapeutic index are always desirable and preferable as the patient needs a much higher dose to exhibit toxic effects.

Dose is a major determinant of the antitumor activity and toxicology for majority chemotherapeutic agents [226].

There are several ways to determine chemotherapy doses depending on the type of chemotherapeutic agent to be administered. Majority of chemotherapeutic agent are measured in milligrams (mg). The overall dose usually depends on a patient's body weight. Some chemotherapeutic agents' doses are often determined based on body surface area (BSA), which is a measured or calculated surface of a human body.  BSA (body surface area) is expressed in meters squared (m2).

However, the required dosages for infants and children vary even after calculating the BSA because children's bodies process chemotherapeutic drugs differently. They usually also have different levels of sensitivity to the drugs too.

Oncologists also adjust dosages of some anticancer agents in certain individuals including:
- Elderly patients
- People with poor nutritional status
- Obese patients
- Have undergone prior chemotherapy
- Have undergone or are currently receiving radiotherapy
- Have low blood cell counts
- Have underlying liver or kidney diseases

**Schedule (cycles)**

Chemotherapy is usually administered at regular periods or intervals called cycles.

A chemotherapy cycle may involve a single agent or a combination therapy which is followed by period of rest i.e. several days or weeks without treatment. This period of rest gives normal healthy cells time to recover from the drug's adverse effects.

Sometimes, doses can be administered for many days consecutively, or every alternate day for many days, followed by a period of rest. Some chemotherapeutic agents are more potent when administered continuously over a particular number of days.

The number of chemotherapy cycles depends on the type or stage of the cancer, type of chemotherapy agents used, and the response to the current treatment.

The main purpose of a chemotherapy treatment cycle is to systematically attack tumor cells at particular phases of cell cycle they are most vulnerable and also provide sufficient time for the

healthy cells in the body to recover from the toxic affects of the drugs. Each chemotherapy cycle time involves three factors which include:
- Duration of the treatment cycle
- Frequency of the treatment cycle
- Total number of treatment cycles

Duration of the treatment cycle: During chemotherapy treatment, either a single chemotherapeutic agent or a combination of chemotherapeutic agents is used. The drugs can be given to the patient on a single day, or on every other day, or on successive days, or continuously. These drugs can be administered on an outpatient or inpatient basis. They can be administered within a few minutes, hours or days. The duration of chemotherapy cycles depends on several factors which include:
- Type and stage of cancer.
- Kind of chemotherapeutic agents being used in treatment.
- Patient's overall response to treatment
- Principal aim or goal of the therapy.

Frequency of the cycle: The frequency of chemotherapy cycle varies and can be weekly, bi-weekly or monthly. A chemotherapy treatment cycle is usually determined based on monthly intervals. For example, two, three or more bi-weekly chemotherapy sessions can be treated as a single cycle.
Number of cycles: the number of cycles is usually established with the help of data collected from the clinical trials.

Other factors that influence a treatment cycle are:
- During curative treatment, adjuvant chemotherapy usually lasts 4-6 months or more. The long duration of the treatment cancer ensures killing of almost all the tumor cells.
- The duration of chemotherapy treatment also varies individual to individual. It depends on how the cancer responds to the chemotherapy. The treatment is prolonged for 1-2 weeks if the intention is to cure the cancer completely. The prolonged treatment ensures that the microscopic remnants of the cancer are also targeted.
- When the tumor shrinks and reduces in size, but is not cured completely, chemotherapeutic agents are continued; however, the treatment is stopped if the drugs are not tolerated well and the tumor starts to grow.
- If the cancer continues to grow, oncologists will discontinue administering chemotherapy. Depending on the patient's overall condition, either a new combination of chemotherapeutic agents will be given to treat the tumor, or treatment will be stopped altogether and focus will shift to palliative treatment.

Response to chemotherapy can be described as follows:
- Complete response: There is no evidence to suggest the presence of cancer. There are no visible signs of the disease. Tumor markers are slide back to the normal range.
- Partial response: The cancer reduces by a specific percentage, but not completely. The cancer still remains. A tumor marker can fail in this scenario.
- Stable disease: There are no changes in the disease. There is no reduction or growth in the cancer. Tumor marker does not show any significant change.

- Disease Progression: The cancer and its sings and symptoms progresses compared to the pre-treatment stage. Tumor marker usually increases indicating disease progression.

| TWELVE RULES OF CHEMOTHERPAY DOSING |
|---|
| 1. BSA-calculated dose is inaccurate. Do not use this as the sole parameter for dose calculation. |
| 2. Do not use extremes of BSA to calculate dose (e.g. <1.5 and > 2.0). The use of ideal bodyweight has no scientific basis.  However, the presence of cachexia or obesity both affects the drug handing. |
| 3. Use BSA as a means to learn the typical absolute dose range of drugs for a particular protocol (e.g. a typical doxorubicin dose is 80 to 120 mg, not 60 mg m-2). The best dose is likely to be in that range and independent of BSA. |
| 4. Round the calculated dose liberally. Do not order 'fractional' dose size. e.g. 102 mg of doxorubicin should be 100, 67 mg of methotrexate should be 65 or 70 mg. This has safety, compounding and financial implication. |
| 5. Always take parameters other than BSA into consideration when calculating dose. |
| 6. Know how the drug is eliminated. If you do not know, don't order the drug. Adjust the dose based on the appropriate tests of drug elimination e.g. serum creatinine, GFR, bilirubin, transaminases, or other specific tests of drug elimination as they become available (genotype, phenotype). |
| 7. Check for other medications that may inhibit or enhance cytotoxic drug elimination. |
| 8. Check for other parameters that affect drug deposition e.g. serum albumin, presence of ascites, cachexia, obesity, performance status. |
| 9. Check for other factors that affect normal tissue sensitivity that may require dose reduction e.g. prior chemotherapy and radiotherapy performance status, cachexia. |
| 10. Know that this dose will be incorrect in up to 40% of the time. Approximately 10% of the patients will be overdosed and 30% of patients will be underdosed. |
| 11. Measure a biological endpoint such as myelosuppression to check affect of the administered dose. Adjust the subsequent dose UP as well as down according. A suggested minimal neutrophil count nadir for myelosuppressive drugs is 1.5 x $10^9$ per liter. Adjust all drugs in a regimen that have similar elimination routes (e.g. doxorubicin, vinca alkaloids, podophyllotoxins, irinotecan, and taxanes). |
| 12. Always have your dose calculation checked by someone else e.g. pharmacist or nurse. |

**Changes in doses and schedules**

Doses and schedules of chemotherapeutic agents to treat specific cancers are usually determined in clinical trials.  Patient should be given full course of chemotherapy and the treatment cycles should be kept on schedule. Full-dose, on-schedule chemotherapy delivers cytotoxic doses of chemotherapeutic agents to individual cancer cells as well as to the tumors (groups of organized cancer cells).  Full-dose, on-schedule chemotherapy aims to kill sufficient quantities of tumor

cells within a tumor and tries to ensure that the surviving cancer cells do have enough time to grow back effectively. Subsequently the cancer has a high probability of being destroyed by our immune system. The doctor may need to adjust dose and/or schedule because of potential toxic effects of the drugs. The goal is to achieve maximum cytotoxic effects against the cancer cells with minimum toxic effects against the healthy cells.

## Methods for Administering Chemotherapy
## Oral Chemotherapy
Some chemotherapy drugs can be given orally and are available in liquid, tablet or capsule form. Oral administration is particularly preferred by individuals who are uncomfortable with needles. It is also the most convenient and easiest method of administering chemotherapy. Patients can take the drugs at home. The major disadvantage of oral chemotherapy is its side effects which include nausea, vomiting, diarrhea, alopecia, mouth sore and low blood counts.

List of the oral chemotherapeutic agents

| | |
|---|---|
| • Afinitor (everolimus) | • Toposar (etoposide) |
| • Bosulif (bosutinib) | • Tarceva (erlotinib) |
| • Caprelsa (vandetanib) | • Tasigna (nilotinib) |
| • Cytoxan (cyclophosphamide) | • Temodar (temozolomide) |
| • Erivedge (vismodegib) | • Thalomid (thalidomide) |
| • Gleevec (imatinib mesylate) | • Tykerb (lapatinib) |
| • Hycamtin (topotecan hydrochloride) | • Navelbine (vinorelbine) |
| • Inlyta (axitinib) | • Votrient (pazopanib) |
| • Idamycin (idarubicin) | • Xalkori (crizotinib) |
| • Jakafi (ruxolitinib) | • Xtandi (enzalutamide) |
| • Nexavar (sorafenib tosylate) | • Xeloda (capecitabine) |
| • Revlimid (lenalidomide) | • Zelboraf (vemurafenib) |
| • Sprycel (dasatinib) | • Zytiga (abiraterone acetate) |
| • Stivarga (regorafenib) | |
| • Sutent (sunitinib) | |

## Peripheral Intravenous Chemotherapy
Peripheral intravenous chemotherapy is given by inserting an intravenous (IV) tube via needle into the vein in the arm or hand. The chemotherapeutic agent goes directly into the circulatory system. This ensures that the drug enters the body quickly. Another benefit of peripheral IV chemotherapy is that it can be given at home by a visiting health professional. However, this mode of drug delivery can also cause extravasation leading to skin burn and blister. Another disadvantage is that some people find needle insertion an unpleasant experience.

## Intramuscular Chemotherapy
In this mode of chemotherapy an injection is given into a muscle in the arm, thigh or buttock. The drug is absorbed into the blood more slowly than intravenous chemotherapy; therefore, the cytotoxic effect of the drug lasts longer than intravenous chemotherapy. Although it can be a bit painful to administer, it can easily be given at home by a healthcare professional. Majority of

chemotherapeutic agents cannot be administered intra-muscularly because of the harshness of the chemical.

**Subcutaneous Chemotherapy**
This type of treatment involves use of a small needle that is inserted into the space between the skin and the muscle. This method is similar to insulin administration in diabetic patients. Subcutaneous injections ensure that the chemotherapy drug enters the circulatory system very slowly reducing the chances of systemic drug toxicity.
Some of the common disadvantages include local irritation, and damage to skin tissues and muscles. Anticancer drugs such as rituximab (MabThera) and L-asparaginase can be given subcutaneously.

**Intravenous (IV) chemotherapy**
Intravenous (IV) chemotherapy can be administered via a catheter placed in a vein in the arm or hand (peripheral line).  Intravenous chemotherapy can also be given via central venous catheter (CVC) or central line.  Central venous catheter is usually placed into a larger vein in the chest, or neck.  Central venous catheters are used for the following reasons:

- To deliver many chemotherapeutic drugs at one time
- For long-term chemotherapy
- For frequent chemotherapy treatments
- For continuous infusion chemotherapy
- To deliver chemotherapeutic drugs that are vesicants i.e. agents that can cause blisters to skin and muscle tissue when they leak outside of a vein.

Several types of CVCs can be used to facilitate a quicker and easier route for intravenous administration of anticancer agents. The type of CVC is selected on the basis of the following factors:

- Duration of the treatment
- Infusion time for each chemotherapy dose
- Healthcare provider's preference
- Patient's preference
- Cost of the CVC
- Maintenance of the CVC

| Type of device | Comments |
| --- | --- |
| PICC (peripherally inserted central catheter) (Per-Q-Cath, Groshong PICC) | Inserted in a vein in the arm and threaded up near the heart. An intermediate-term catheter which allows for continuous access for several weeks to months. No surgery is required. Care of the external catheter and regular flushing is needed. |
| Midline catheter (Per-Q-Cath Midline, Groshong Midline) | Also placed in a vein in the arm, but the catheter is not threaded as far as a PICC. This catheter is used for intermediate length therapy when a regular short-term IV is not advisable or available. No surgery is needed. Care of the external catheter and regular flushing is |

| | needed. |
|---|---|
| Tunneled central venous catheter (Hickman, Broviac, Groshong, Neostar) | The catheter can have multiple separate lumens (channels or tubes) and is surgically placed in a large central vein in the chest. The catheter is tunneled under the skin, but the openings to the lumens remain outside the body. This is a long-term catheter that can function for months to years. Site care of external catheter and regular flushing is needed. |
| Implantable venous access port (Port-A-Cath, BardPort, PassPort, Mediport, Infusaport) | A drum-shaped port of plastic, stainless steel, or titanium with a silicone septum across the top. This device is surgically placed under the skin of the chest or upper arm. The attached catheter extends into a large or central vein. The port is accessed through the skin and into the septum with a non-coring needle. It's intended for long-term use. No routine care is needed when there's no needle in the port, but it may need to be flushed if not used for more than a month at a time. |
| Implantable pump | A titanium pump with an internal power source surgically implanted to give continuous infusion chemotherapy, usually at home. There is a refillable reservoir for continuous infusions that is accessed by sticking a needle through the skin. |

Millions of CVCs are inserted every year in US hospitals [227]. CVC insertion is also associated with some complications.  Some of the major complications related to CVC are discussed below.

**Insertion complications**
These complications develop early because factors related to CVC insertion.
1. Pneumothorax is one of the most common complications of CVC insertion, and represents approximately 30% of all mechanical adverse events [228, 229].
Pneumothorax occurs more frequently when the subclavian vein (SCV) is cannulated [230, 231]. Symptoms usually manifest within 6 hours.  Ultrasonography can help to reduce the number of complications [232].
2. Malpositioning of a CVC can lead to local toxicity, venous thrombosis, and perforation.
3. Vascular injuries during CVC insertion can lead to a number of complications.  Arterial puncture is the most frequently vascular injury.
4. Puncture of the carotid artery particularly during catheterization of internal jugular vein (IJV) catheterizations is approximately 6% [233].
Approximately 40% of carotid punctures are associated with a hematoma [234].  Carotid punctures together with manual pressure can cause cerebrovascular neurologic deficits [235-237] and death. [238]
5. Large-bore arterial (carotid or subclavian) perforation is a rare, but can lead to serious outcomes such as bleeding, [239] neurologic findings or other sequelae [240, 241] and death.
6. Some of the rare complications of arterial perforation or cannulation include pseudoaneurysms [242], AV fistulas [243] and vertebral artery injuries [244].
Guidewire loss during insertion of a CVC is also a rare occurrence [245].

Catheter insertion may lead to cardiac dysrrhythmia (disturbed normal heart rhythm). This is generally a temporary phenomenon and rarely has serious consequences.

**Indwelling complications**

Central line-associated bloodstream infections (CLABSI) are the chief complication of indwelling catheters. Majority of infections develop from the skin insertion site or the catheter hub. These infections increase morbidity, mortality as well as health care costs. Thrombosis frequently develops in patients with CVC. It occurs in approximately 33%- 59% of indwelling catheters; however, clinical symptoms develop in a small fraction of cases [246]. CVCs can lead to formation of venous thrombosis [247] including upper extremity deep vein thrombosis [248]. In cancer patients during chemotherapy, CVCs cause vessel thrombosis in approximately 41% of the patients, with development of postphlebitic syndrome in 15% -30% of them and pulmonary embolism developing in 11% [249]. However, routine antithrombotic therapy is not recommended for cancer patients undergoing chemotherapy. [250] Vascular erosion and perforation of an indwelling CVC is usually associated with cardiac tamponade. Catheter fracture and embolization is detected in 0.5% [251] to 3% of patients [252] with indwelling CVCs.

**Extraction complications**

Air embolism is a frequent complication of catheter extraction. [253]. It occurs in approximately 0.13% [253] to 0.5% [254] of all the CVC insertions. The incidence of air embolism is higher with tunneled catheters inserted through a peel-away sheath. Other catheter extraction complications include breakage, [255] separation from the hub, and knotting of the catheter [256, 257] or guidewire [258].

Breakage is usually caused by excessive traction force, although the quality of catheter material can sometimes be blamed for ruptures and dilation [259]. Accidental CVC removal can lead to hemorrhage and air embolism.

**Regional chemotherapy**

This form of chemotherapy is required to provide high doses of chemotherapy to a specific area of the body. Regional chemotherapy concentrates the chemotherapeutic agent in the site of tumor. The cytotoxic effects of the anticancer drugs are localized around the tumor site which effectively reduces systemic adverse effects of the drug.

| Regional Chemotherapy | Description | Indication |
|---|---|---|
| Intra-arterial chemotherapy | Chemotherapeutic agents are injected into an artery that goes to a certain area of the body | Hepatic Cancers |
| Intravesical chemotherapy | Chemotherapeutic agents are infused into the bladder | Early Stage Bladder Cancer |
| Intrapleural chemotherapy | Infused into the chest cavity between the lung and chest wall | Mesothelioma |
| Intraperitoneal chemotherapy | Infused into the abdomen around the intestines and other organs | Ovarian, gastric, and colorectal cancers |

| Intrathecal chemotherapy | Infused into the central nervous system via spinal fluid | Breast cancer, lymphoma, and leukemia |
|---|---|---|
| Intralesional/intratumoral chemotherapy | Injected directly into the tumor | Skin cancers such as squamous cell carcinoma, keratoacanthoma, and basal cell carcinoma |
| Topical chemotherapy | Applied to the skin as a cream or lotion | Melanoma |

**Intra-arterial Chemotherapy**
In this mode of chemotherapy the drug is injected straight into an artery with the help of a catheter, usually to treat a localized area close to the tumor. The catheter is placed directly into the artery that is feeding the tumor. This ensures that the drug is delivered more to the tumor cells and less to the rest of the healthy cells. However, it is a difficult and highly specialized procedure requiring brain scans, arteriograms, anesthesia, anti-seizure medications and anti-coagulants. There is a potential risk of stroke or intracranial bleeding following the procedure. Intra-arterial chemotherapy is frequently used in certain liver and brain cancers. Commonly used chemotherapeutic agents include carboplatin, topotecan and melphalan.

**Intracavitary chemotherapy**
In intracavitary chemotherapy anticancer agents are given directly into a body cavity via a catheter. This technique of drug delivery ensures high concentration of the chemotherapeutic agent to all areas of the body cavity where the tumor is located. Intracavitary chemotherapy also ensures reduced systemic absorption of the drug. It is also effectively kills microscopic metastasis in the body cavity.

**Intravesical chemotherap**y is usually effective in the treatment of early stage bladder cancer. In this technique chemotherapeutic agents are infused into the bladder. The chemotherapy is generally given weekly for 1-3 months (4 to 12 weeks). The drug is infused into the urinary bladder for approximately 2 hours and then drained.
Anticancer drugs such as mitomycin and thiotepa are frequently used for intravesical chemotherapy. Other commonly used chemotherapeutic agents include doxorubicin, valrubicin, and gemcitabine. Intravesical chemotherapy ensures that the effects (therapeutic and toxic) of the chemotherapeutic agents are confined to the urinary bladder only and do not encompass other parts of the body. This prevents several side effects that can develop with systemic chemotherapy. The principal side effects of this therapy are irritation and a burning sensation in the bladder.

**Intrapleural chemotherapy** is beneficial for some cancer patients with mesothelioma, and lung or breast cancers that have spread to the pleura. Chemotherapeutic agents such as cisplatin, adriamycin, and cytarabine are administered into the chest cavity between the lung and chest wall.

**Intraperitoneal chemotherapy**

In this mode of drug deliver chemotherapy drugs are infused directly into the abdominal cavity through a catheter. It is highly effective in the treatment of ovarian cancer. It is also used in the treatment of recurrent colon cancers, gastric cancer, and cancer of the appendix that have spread extensively with in the abdomen. Intraperitoneal chemotherapy ensures that it targets cancer cells in the abdomen and spares healthy cells in the body. The drug in infuses via a Tenckhoff catheter or through an implanted port attached to a catheter. This approach works well but can also have greater number of side effects than the regular intravenous chemotherapy.

**Intrathecal chemotherapy**
In this approach, drug is infused directly into the fluid surrounding the brain and spinal cord (the cerebrospinal fluid or CSF. Majority of chemotherapeutic agents are unable to cross the blood-brain-barrier. Intrathecal chemotherapy ensures that the drug reaches directly to the central nervous system where the drugs cannot cross the barrier. Intrathecal chemotherapy is used to treat certain leukemias and lymphomas. Commonly used chemotherapeutic agents in intrathecal chemotherapy are methotrexate, cytarabine, and hydrocortisone. Intrathecal chemotherapy is not effective if the tumors have already started growing in the CNS. Intrathecal chemotherapy can either be given by lumbar puncture (spinal tap) or with the help of a special device called an Ommaya reservoir.

**Intralesional chemotherapy**
In this approach, the chemotherapeutic agent is injected directly into the tumor.
It is sometimes used for the treatment of certain skin cancers including squamous cell carcinoma, keratoacanthoma, and basal cell carcinoma. The most commonly used chemotherapeutic agents include methotrexate, 5-fluorouracil, bleomycin, and interferon. It is usually effective against the tumors that present in or under the skin.

**Topical Chemotherapy**
This chemotherapy treatment involves application of anticancer agents to the skin. It can be applied topically as a cream, ointment, or lotion. Some of the examples include 5-FU or 5-fluorouracil (Efudex, Carac), or imiquimod (5- Aldara). These agents are highly effective for treating pre-cancerous lesions such as actinic keratoses. Topical chemotherapy is also effective against some superficial basal cell carcinomas and superficial squamous cell carcinomas. Topical chemotherapy is easy to apply and can be done at home. Some of the disadvantages include sensitive and skin, and skin burns.

| Alkylating agents | | |
|---|---|---|
| **Agent** | **FDA-Approved** | **Indications** |
| Chlorambucil (Leukeran) | 1955 | • Chronic lymphocytic leukemia.<br>• Hodgkin lymphoma.<br>• Non-hodgkin lymphoma (certain types). |
| Cyclophosphamide (Cytoxan) | 1959 | • Acute lymphoblastic leukemia (ALL) in children.<br>• Acute myeloid leukemia (AML).<br>• Breast cancer. |

| | | |
|---|---|---|
| | | • Chronic lymphocytic leukemia (CLL).<br>• Chronic myelogenous leukemia (CML).<br>• Hodgkin lymphoma.<br>• Multiple myeloma.<br>• Mycosis fungoides.<br>• Neuroblastoma.<br>• Non-Hodgkin lymphoma (NHL).<br>• Ovarian cancer.<br>• Retinoblastoma. |
| Thiotepa | 1959 | • Breast cancer<br>• Ovary cancer.<br>• Bladder cancer.<br>• Lymphomas.<br>• Hodgkin's disease.<br>• Lymphosarcoma. |
| Melphalan (Alkeran) | 1959 (IV in 1993) | • Multiple myeloma.<br>• Ovarian cancer.<br>• Breast cancer.<br>• Prostate cancer. |
| Streptozotocin (Zanosar) | 1982 | • Pancreatic islet cells |
| Ifosfamide (Ifex) | 1988 | • Testicular germ cell tumors |
| **Antimetabolites** | | |
| Mercaptopurine | 1953 | • Acute lymphocytic leukemia |
| Methotrexate | 1953 | • Acute lymphoblastic leukemia<br>• Breast cancer.<br>• Gestational trophoblastic tumors.<br>• Head and neck cancer (certain types).<br>• Lung cancer.<br>• Mycosis fungoides (a type of cutaneous<br>• T-cell lymphoma) that is advanced.<br>• Non-Hodgkin lymphoma that is advanced.<br>• Osteosarcoma that has not spread to other parts of the body. |
| Thioguanine | 1966 | • Acute leukemia |
| Cytosine arabinoside (Ara-C) | 1969 | |
| Floxuridine (FUDR) | 1970 | • Colorectal cancer |
| Fludarabine phosphate | 1991 | • Chronic lymphocytic leukemia |

| | | |
|---|---|---|
| Pentostatin | 1991 | • Hairy cell leukemia |
| Chlorodeoxyadenosine | 1992 | |
| **Plant alkaloids and antibiotics** | | |
| Vincristine (Oncovin) | 1963 | • Leukemias.<br>• Lymphomas (non-Hodgkin's lymphoma.)<br>• Childhood cancers |
| Actinomycin D (Cosmegen) | 1964 | • Sarcomas.<br>• Wilm's tumor.<br>• Testicular cancer.<br>• Melanoma and choriocarcinoma. |
| Mithramycin (Mithracin) | 1970 | • Testicular cancer.<br>• Paget's disease of bone. |
| Bleomycin (Blenoxane) | 1973 | • Hodgkin's lymphoma.<br>• Squamous cell carcinomas.<br>• Testicular cancer |
| Doxorubicin (Adriamycin) | 1974 | |
| Mitomycin C (Mutamycin) | 1974 | • Gastric (stomach) and pancreatic adenocarcinoma |
| L-Asparaginase (Elspar) | 1978 | |
| Daunomycin (Cerubidine) (1979) | 1979 | • Acute myelogenous leukemia and acute lymphocytic leukemia. |
| VP-16-213 (Etoposide) | 1983 | • Refractory testicular cancer.<br>• Small cell lung cancer.<br>• Hodgkin lymphoma, non-Hodgkin lymphomas.<br>• Carcinoid tumors.<br>• Brain cancer.<br>• Breast cancer, |
| VM-26 (Teniposide) | 1992 | • Acute lymphoblastic leukemia |
| Taxol (Paclitaxel) | 1992 | • AIDS-related Kaposi sarcoma.<br>• Breast cancer.<br>• Non-small cell lung cancer.<br>• Ovarian cancer. |
| **Synthetic drugs** | | |

| | | |
|---|---|---|
| Hydroxyurea (Hydrea) | 1967 | • Sickle Cell Disease |
| Procarbazine (Matulane) | 1969 | • Hodgkin's lymphoma.<br>• Brain cancers such as Glioblastoma multiforme. |
| O, P'-DDD (Lysodren, Mitotane) | 1970 | • Adrenocortical carcinoma |
| Dacarbazine (DTIC) | 1975 | • Malignant melanoma.<br>• Hodgkin lymphoma.<br>• Sarcoma.<br>• Islet cell carcinoma of the pancreas. |
| CCNU (Lomustine) | 1976 | • Brain tumors.<br>• Hodgkin's lymphoma.<br>• Non-Hodgkin's lymphoma. |
| BCNU (Carmustine) | 1977 | • Brain cancer (including glioma, glioblastoma multiforme, medulloblastoma and astrocytoma)<br>• Multiple myeloma and lymphoma (Hodgkin's and non-Hodgkin) |
| Cis-diamminedichloroplatinum (Cisplatin) | 1978 | • Sarcomas.<br>• Small cell lung cancer.<br>• Ovarian cancer.<br>• Lymphomas.<br>• Germ cell tumors. |
| Mitoxantrone (Novantrone) | 1988 | • Metastatic breast cancer.<br>• Acute myeloid leukemia.<br>• Non-Hodgkin's lymphoma.<br>• Prostate cancer |
| Carboplatin (Paraplatin) | 1989 | • Non-small cell lung cancer.<br>• Ovarian cancer |
| Levamisole (Ergamisol) | 1990 | • Colon cancer |
| Hexamethylmelamine (Hexalen) | 1990 | • Ovarian cancer |
| All-trans retinoid acid (Vesanoid) | 1995 | • Acute promyelocytic leukemia. |
| Porfimer sodium (Photofrin) | 1995 | • Esophageal cancer.<br>• Non-small cell lung cancer.<br>• Barrett's esophagus |
| **Hormones and steroids** | | |
| DES | 1950 | |
| Prednisone | 1953 | • Acute lymphoblastic leukemia.<br>• Non-Hodgkin lymphomas.<br>• Hodgkin's lymphoma. |

| | | • Multiple myeloma |
|---|---|---|
| Fluoxymesterone (Halotestin) | 1958 | • Breast neoplasms |
| Dromostanolone (Drolban) | 1961 | |
| Testolactone (Teslac) | 1970 | • Breast cancer. |
| Methyl prednisolone | | |
| Prednisolone | | |
| Zoladex | 1989 | • Breast and prostate cancer. |
| **Biologicals** | | |
| Alpha interferon (Intron A, Roferon-A) | 1986 | |
| BCG (TheraCys, TICE) | 1990 | • Hairy cell leukemia.<br>• Malignant melanoma.<br>• Chronic myelogenous leukemia (CML).<br>• Follicular non-Hodgkin's lymphoma.<br>• Renal cell cancer.<br>• Cervical cancer. |
| G-CSF | 1991 | |
| GM-CSF | 1991 | |
| Interleukin 2 (Proleukin) | 1992 | • Malignant melanoma.<br>• Renal cell cancer |

Common Chemotherapy Toxicity by Organ and Drug (Not All-inclusive)

| Organ System and Toxicity | Agents |
|---|---|
| Pulmonary<br>Interstitial infiltrates | Bleomycin, methotrexate, gemcitabine, paclitaxel, oxaliplatin, everolimus and temsorilimus, gefi tinib, erlotinib, rituximab |
| Noncardiogenic pulmonary edema | All- trans  retinoic acid, gemcitabine, interleukin 2, interferon |
| Pulmonary hemorrhage | Bevacizumab |
| Cardiovascular<br>Cardiac | Doxorubicin, cyclophosphamide, trastuzumab (when given with doxorubicin), sunitinib |
| Hypertension | Bevacizumab, sunitinib, sorafenib |
| Vascular<br>Arteriothromboembolic | Cisplatin, gemcitabine, bevacizumab, sorafenib, sunitinib |
| Venous | Thalidomide, lenalidomide, interleukin-2, cisplatin, gemcitabine |

| Pericardial effusions | All- trans retinoic acid, imatinib |
|---|---|
| Liver<br>Fatty liver | Irinotecan, oxaliplatin |
| Veno-occlusive disease | Bone marrow transplant regimens, oxaliplatin |
| Pseudocirrhosis | Any chemotherapy |
| Biliary stricture | Hepatic arterial infusion with floxuridine (FUDR) |
| Pancreas<br>Pancreatitis | L -asparaginase, sorafenib |
| Gastrointestinal<br>Enteritis | 5-FU, fl oxuridine, irinotecan, cetuximab, EGFR agents,<br>  VEGF receptor agents* |
| Neutropenic colitis | 5-FU, paclitaxel, docetaxel; any agent causing<br>  signifi cant neutropenia |
| Pneumatosis or perforation | Bevacizumab |
| Megacolon | Vincristine |
| Genitourinary<br>Hemorrhagic cystitis | Cyclophosphamide, ifosfamide |
| Neurogenic bladder | Bortezomib |
| Peritoneum, mesentery,<br>soft tissues<br>Ascites | Docetaxel, imatinib |
| Neurologic<br>Peripheral neuropathy<br>Central nervous system | Vincristine, vinblastine, paclitaxel, cisplatin<br>5-FU, methotrexate |

**PERSONAL PROTECTIVE EQUIPMENT (PPE)**

| PROTECTIVE EQUIPMENT | ACTIVITY |
|---|---|
| **NON-STERILE NITRILE GLOVES**<br><br>• inspect gloves for defects and pinhole leaks before use<br>• powder-free gloves are preferred because the powder may absorb contaminants, leading to aerolization and increased risk of touch contamination<br>• gloves must be changed at least hourly or immediately if contaminated, torn, or punctured<br>• wash hands with soap and water after removal of gloves | ADMINISTRATION – all routes<br>• wear 2 pairs with topical administration<br><br>SPILL CLEAN-UP<br>• wear 2 pairs<br><br>WASTE DISPOSAL<br><br>PATIENT CARE – when in potential contact with<br>body fluids |
| **GOWNS**<br><br>• non-disposable, low permeable, long-sleeved gown with knit cuffs and back closure<br>• change the gown everytime it is contaminated, between patients and when gloves are changed | ADMINISTRATION – all routes except oral capsules or tablets<br><br>SPILL CLEAN-UP – use disposable gown in spill kit<br><br>WASTE DISPOSAL<br><br>PATIENT CARE – when in potential contact with<br>body fluids |
| **FACE/EYE PROTECTION**<br><br>• eye/face protection must be worn when there is a hazard of eye contact<br>• for drug administration work below eye level to reduce the likelihood of eye and facial splashing<br>• use eye wash facilities in the event of splash to the eyes | ADMINISTRATION – all routes except oral capsules and tablets<br><br>SPILL CLEAN-UP – always wear face protection<br><br>WASTE DISPOSAL<br><br>PATIENT CARE – when in potential contact with<br>body fluids |
| **RESPIRATORS**<br>• surgical masks do not provide respiratory protection<br>• halfmask respirator with HEPA filter<br>• the mask must meet or exceed the following criteria:<br>  • ability to filter particles one micron in size<br>  • has a 95% filter efficiency, tested in the unloaded state | SPILL CLEAN-UP |

| | |
|---|---|
| • be suitable for prolonged usage<br>• ability to fit different facial sizes | |
| **SHOE COVERS** | SPILL CLEAN-UP |

| SYMPTOM | RISKS/MANIFESTATIONS | MANAGEMENT |
|---|---|---|
| **NEUTROPENIA** | | |
| • abnormally low white blood count (WBC's). Normal WBC count is 4 – 11 x 109/L<br>• absolute neutrophil count (ANC) is less than1. An ANC less than .5 is profound neutropenia. Normal ANC is 1.5 – 7.5 x 109/L<br>• differentiation from immature cell to neutrophil takes 7-14 days<br>• chemotherapy decreases the neutrophil count as mature neutrophils die and are not replaced<br>• the life span of WBC's range from 7-12 hours – 3 days<br>• the life span of a neutrophil is 7-12 hours<br>• to calculate ANC (example):<br>  WBC count = 1.6<br>  Polys = 48<br>  Bands = 5<br>  1. 48 + 5 = 53<br>  2. convert to percentage, 53 ÷ 100 =.53 or 53%<br>  3. multiply WBC count by Percentage 1.6 x 0.53 = 0.848 | • Life threatening infections<br>• Prolonged hospital stays<br>• Dose reductions<br>• Dose delays<br>• Fever greater than or equal to 380 C is often the only sign of infections in neutropenic patients<br>• Common sites of infection are:<br>• GI tract – mucositis<br>• Resp. tract – fever, cough, dyspnea on exertion & adventitious breath sounds<br>• Urinary tract – fever, dysuria, frequency, hematuria & cloudy urine<br>• Indwelling devices (CVCs) – fever erythema, pain or tenderness edema, drainage & induration at the site<br>• Skin & mucous membranes –erythema, tenderness, hot skin & edema<br>• Septic shock associated with neutropenia has a high mortality rate | • hand washing is the single most important intervention to prevent infection<br>• low microbial diet may be ordered, however, benefits of this diet aren't proven<br>• treatment with colony stimulating factors (G-CSF) usually no earlier than 24 hours following chemotherapy<br>• prevent trauma to patients skin and mucous membranes<br>• no catheters, enemas, nasogastric tubes, rectal suppositories and thermometers<br>• prevent pressure sores and constipation<br>• keep wounds clean<br>• use only an electric razor<br>• caution with invasive procedures<br>• vital signs (TPR, BP & O2 sat) q 4h<br>• patient must wear a mask when outside the room<br>• private room mandatory when ANC is below 1 and is suggested when WBC count drops<br>• no live or dried flowers or plants<br>• children under 10 years of age who do not have current immunizations should not visit |

| | | • use lavender precautions checklist on room door |
|---|---|---|
| **ANEMIA** | | |
| • abnormally low RBC and hemoglobin (Hgb). Normal Hgb is 110 – 160 g/L<br>• a typical RBC survives 90-120 days<br>• anemia occurs later after chemotherapy than neutropenia or thrombocytopenia | • fatigue, exercise intolerance<br>• dizziness, headaches, irritability<br>• difficulty sleeping and concentrating<br>• tachycardia, palpitations<br>• dyspnea, hypoxia<br>• anorexia, indigestion<br>• menstrual problems | • identify the underlying cause<br>• treat hypoxia – erythropoietin injections, oxygen administration, encourage rest<br>• RBC transfusions with decreased HCT and/or Hgb, or with cardiopulmonary symptoms. If patient is immunocompromised, may need to administer irradiated packed red cells. |
| **THROMBOCYTOPENIA** | | |
| • effects of chemotherapy decreases platelet production and it usually occurs with neutropenia<br>• with increased use of growth factors, higher doses of chemotherapy can be given thus increasing the incidence of doselimiting thrombocytopenia<br>• normal platelet count is 150 – 400 x 109/L<br>• the typical life span of platelets is 8–10 days | • myelosuppressive chemotherapy, radiation therapy or combination of the two, disease of bone marrow<br>• DIC<br>• elevated temperature leading to platelet destruction<br>• concommitant disease (ie liver cirrhosis, diabetes mellitus, infection, sepsis, scleroderma, lupus, aplastic anemia)<br>• nutrition deficiencies (ie vitamin B12, folate)<br>• drug therapy known to affect platelet function<br>• petechiae, overt bleeding (gums, epistaxis, GI, urinary tract), hematomegaly, splenomegaly, hypotension or tachycardia in adults<br>• platelet count less than 50 indicates a moderate risk of bleeding and less than 15, severe risk for spontaneous hemorrhage | • bleeding precautions when platelet count < 50<br>• decrease activity to prevent injury and maintain a safe environment<br>• maintain the integrity of the skin (use electric razors, do not use tourniquets, minimize invasive procedures, no IM or SC injections)<br>• maintain the integrity of mucous membranes and discourage dental care and flossing<br>• maintain the integrity of the genitourinary tract (increase hydration and avoid catherization)<br>• maintain the integrity of the GI tract (take medications with food, especially those irritating to the GI tract, prophylactic stool softeners and stimulants, avoid enemas, suppositories and harsh laxatives)<br>• maintain optimal nutritional status (increasing protein and encourage a soft diet)<br>• avoid all medications that can cause bleeding<br>• when patient is febrile, |

| | | administer platelets when count is less than 20, otherwise administer them when count is less than 10 or when patient is symptomatic as ordered |
|---|---|---|
| | | |

## GASTROINTESTINAL TOXICITIES

Chemotherapy drugs affect the GI mucosa which could lead to nausea and vomiting, anorexia, diarrhea or constipation

| SYMPTOM | RISKS | MANAGMENT |
|---|---|---|
| Nausea & vomiting | • discomfort<br>• delay in treatment<br>• decreased quality of life<br>• metabolic disturbances<br>• anorexia or weight loss<br>• physical debilitation<br>• straining of abdominal muscle<br>• danger of aspiration<br>• dehydration | • administer antiemetics prophlylactically or as required tomanage symptoms<br>• replace fluid and electrolytes<br>• music therapy, exercise, acupuncture<br>• behavioural interventions such as self-hypnosis and progressive muscle relaxation<br>• encourage small, frequent meals and avoidance of fatty, spicy, highly salted foods and foods with strong odors<br>• encourage cold foods or foods containing ginger<br>• patient and family education |
| Anorexia/Cachexia | • decreases in digestive enzymes which delay digestion<br>• fatigue/weakness<br>• lower resistance to infection<br>• slow healing<br>• weight loss, skeletal muscle atrophy and asthenia (cachexia) | • consult dietician<br>• high-calorie, high-protein dietary supplements<br>• enteral/parenteral nutrition<br>• administer antiemetics if nausea and vomiting present<br>• monitor weight daily<br>• eat small, frequent meals |
| Diarrhea | • dehydration, especially pediatric patients<br>• malnutrition<br>• electrolyte imbalance<br>• cardiovascular compromise | • monitor and document number, amount, consistency of stools<br>• replace fluid and electrolytes<br>• administer anti-diarrheal medications<br>• eat foods containing pectin such as bananas and apple sauce |

|  | • impaired immune function<br>• reduced absorption of oral meds<br>• pain<br>• anxiety<br>• exhaustion and decreased quality of life | • low fibre diet<br>• diligent pericare to minimize perianal inflammation<br>• maintain fluid intake<br>• avoid milk and dairy products |
|---|---|---|
| Constipation | • discomfort/pain<br>• nausea/vomiting<br>• impaction<br>• ileus<br>• ruptured bowel and life threatening sepsis | • administer laxatives/stool softeners prophylactically or as required to manage symptoms<br>• encourage exercise<br>• increase fluids and fiber<br>• avoid suppositories and enemas in patients with neutropenia or thrombocytopenia |

## CUTANEOUS AND MUCOSAL TOXICITIES

| CONDITION | SYMPTOMS | RISKS | MANAGEMENT |
|---|---|---|---|
| **Mucositis/ Stomatitis**<br>Mucositis – inflammation of the mucosa including oral cavity<br><br>Stomatitis – inflammation of the oral cavity | • changes in taste and ability to swallow<br>• pain when swallowing or talking<br>• hoarseness or decreased voice strength<br>• erythema, white patches, ulcerations, edema<br>• changes in oral moisture | • can be life threatening<br>• can be exacerbated by leucopenia and thrombocytopenia<br>• can cause delay in treatment | • encourage the use of oral agents to promote cleansing, prevent infection, moisturize the oral cavity, maintain mucosal integrity and promote healing<br>• administer systemic pain medications<br>• culture lesions so appropriate antimicrobial agents are prescribed<br>• use soft toothbrush or toothette<br>• encourage meticulous oral hygiene<br>• avoid irritating agents like commercial mouthwashes, spicy foods, alcohol, tobacco, poorly fitting dentures and lemon-glycerin swabs |
| **Alopecia**<br>- hair loss due to damage to hair | • loss of scalp hair, male beard, hair of the eyebrows, axilla, pubis, | • can be traumatic forpatients that | • education about time frame of hair loss and regrowth |

| shaft or root - not all chemotherapy drugs cause alopecia | eyelashes and fine hair | they might consider refusing therapy | • need to protect scalp from cold and sun<br>• gentle hair care<br>• local resource for support (wig/scarf salons, support services) |
|---|---|---|---|
| **Cutaneous Reactions** | • erythema, urticaria, itching, hyperpigmentation, tingling, pain, photosensitivity, telangiectasis (veins appear as eruptions under the skin)<br>• hand-foot syndrome - painful burning and tenderness of palms and soles with ulceration a possibility. May be doselimiting | • ulceration, infection | • if reaction severe, treatment with that agent may need to be stopped<br>• skin care<br>• pain management<br>• adequate hydration<br>• cold compress<br>• proper protection from sun |

**FATIGUE** – a persistent, subjective sense of tiredness related to cancer or cancer treatment that interferes with usual functioning.

| CAUSES | RISK FACTORS | MANAGEMENT/PATIENT EDUCATION |
|---|---|---|
| • biochemical – changes in the production and balance of muscle proteins, glucose, electrolytes and hormones<br>• deconditioning – decreased daily energy expenditure and bed rest<br>• stress – physiologic, psychological, or situational factors influence an individual's resistance and response to stress<br>• anemia caused by disease of the bone marrow<br>• treatment related surgery, chemotherapy, radiation and biotherapy<br>• nutritional factors: anorexia, cachexia, poor nutrition intake | • poor nutrition<br>• immobility<br>• insomnia<br>• stress<br>• emotional distress, i.e. depression, anxiety<br>• anemia<br>• comorbidities<br>• hypoxia<br>• infection and/or fever<br>• pain<br>• cancer therapy | • evaluate the ability to perform activities of daily living and encourage patients to balance exercise, rest and energy – enhancing activities<br>• correct the causes (dehydration, anemia, electrolyte imbalances, oxygenation, hypothyroidism)<br>• encourage patients or family to re-organize activities and work schedules to decrease low priority activities<br>• evaluate medications that may be contributing to fatigue<br>• nutritional consult<br>• rehabilitation or physiotherapy consult<br>• psychiatric consult<br>• collaborate with health team to reduce demands, especially on pediatrics<br>• encourage patients/families to set goals based on realistic abilities and limitations<br>• patients can keep an activity-fatigue |

| | | |
|---|---|---|
| and weight loss<br>• quality of sleep and rest<br>• chronic or uncontrolled comorbid conditions such as pain or nausea and vomiting<br>• psychological factors: depression, anxiety, lack of motivation and social support, financial concerns, cultural beliefs and altered coping mechanisms<br>• loss or decline in the capacity to direct attention<br>• biological – age, gender, genetics, allergies<br>• environmental – noise, temperature, lighting | | journal to determine patterns<br>• aerobic exercises regularly if not contraindicated<br>• regular sleep schedule including rest periods<br>• energy-enhancing activities (i.e. relaxation, visualization)<br>• maintain dietary intake<br>• maintain a comfortable home temperature<br>• patients should report changes in energy levels to their health care provider |

## SEXUAL & REPRODUCTIVE FUNCTION

| SYMPTOMS | RISK FACTORS/ MANIFESTATIONS | MANAGEMENT AND PATIENT EDUCATION |
|---|---|---|
| • chemotherapy affects gonadal tissue and presents a risk of infertility<br>• includes ovarian failure and symptoms of menopause in women and azoospermia (absence of sperm) in men<br>• in children, infertility can be an issue related to chemotherapy and radiation therapy. Also seen is delayed or arrested puberty and primary or secondary amenorrhea | • type of malignancy and its effect on reproductive organs and other body systems<br>• specific cytotoxic drugs<br>• concurrent medication with sedatives, antihypertensives, antidepressants and opioids<br>• other treatment modalities (i.e. surgery or radiation to testes or cranium)<br>• age and developmental stage<br>• prior surgeries<br>• prior radiation to the pelvis<br>• hormonal therapy<br>• fatigue<br>• depression and/or psychosocial stressors<br>• chronic diseases | • hormonal and non-hormonal agents as intervention for managing symptoms associated with estrogen deficiency<br>• monitoring hormone levels especially in men treated for Hodgkin's disease as children.<br>Testosterone levels and bone mineral density can decrease over time.<br>• Semen analysis to evaluate fertility<br>• Monitor thyroid function and chronic illnesses as they can affect reproductive function<br>• Many medications may interfere with men's sexual functioning<br>• Provide information regarding contraception to prevent pregnancy and peer support groups<br>• Explore fertility options prior to the initiation of cancer treatment<br>• Reinforce the importance of having regular follow-up visits with their physician |

| | • pain<br>• manifests as sexual and reproductive dysfunction in women and men | |
|---|---|---|

## ADVERSE EFFECTS

Chemotherapy is a common treatment for various types of cancers. Chemotherapeutic treatment can lead to complete cure, tumor shrinkage, and may prolong life in certain cancers. Majority of the chemotherapeutic agents and chemotherapy protocols have adverse toxic effects. These agents cause frequent and often predictable toxic effects because of their narrow therapeutic index. Drug toxicities are usually acute, but chronic or delayed toxic effects are also seen.

### Myelosuppression and Immunosuppression

Almost all the chemotherapeutic agents and chemotherapy regimens can lead to myelosuppression. Myelosuppression develops with many anticancer drugs such as methotrexate because the drugs target rapidly proliferating cells in the body which includes both cancer cells and healthy cells such bone marrow cells. Myelosuppression is a condition in which bone marrow activity is decreased, leading to decreased number of red blood cells (anemia), white blood cells (Leukopenia), and platelets (thrombocytopenia). Because of anemia, the blood carries low amounts of hemoglobin and oxygen [260]. This leads to fatigue in the patient. Myelosuppression also leads to neutropenia because of overall reduction in white blood cells. Neutropenia is the overall reduction in the number of circulating neutrophils in the blood. Neutrophils are the infection-fighting units of our immune system. Neutropenia leads to increased susceptibility to infection [261-263]. Myelosuppression also causes thrombocytopenia resulting from reduced production of megakaryocytes or an increase in platelets usage blood [264]. The low levels of platelets cause bleeding.

Additionally, myelosuppression can hinder patients' ability to interact or work outside the home, resulting in mood disorders, depression, frustration anger, and a sense of social isolation [265]. Fatigue, which is experienced by majority of cancer patients, has a major impact on patients' quality of life, ability to work, and physical and emotional well-being [260].

Myelosuppression is common and an expected side effect in leukemic patients receiving chemotherapy. However, majority of patients with solid tumors do not experience significant myelosuppression after chemotherapy. The severity and rapidity of depression of individual blood cell lines has a direct correlation with the circulating life of the different cells. Red blood cells have the longest life span (120 days), where as granulocytes have the shortest (6-12 hours). Therefore, granulocytopenia (specifically neutropenia) generally develops earliest and is usually followed by thrombocytopenia. Anemia is rare and usually mild to moderate in severity.

**Some common chemotherapeutic agent associated with myelosuppression**

| cyclophosphamide,<br>cytosine arabinoside,<br>dactinomycin, | triethylenethiophosphoramide<br>cyclophosphamide,<br>cytosine arabinoside, |
|---|---|

| | |
|---|---|
| doxorubicin,<br>daunorubicin,<br>Nitrogen mustards (including<br>    cyclophosphamide,<br>    chlorambucil, ifosfamide,<br>    melphalan and bendamustine) | dactinomycin,<br>doxorubicin,<br>daunorubicin<br>etoposide,<br>mitomycin C<br>busulfan |

Patterns of Myelosuppression:
Generally, the white blood cell count reaches its nadir (low point) after 10 days of single chemotherapy with majority of alkylating agents or antimetabolites. Thereafter, the white blood cell count recovers. Anticancer agents are usually given in cycles (every 3 or 4 weeks) when combination drugs or multiple drugs are administered. This gives adequate time for recovery of bone marrow cells. Pluripotent stem cells in the bone marrow are not adversely affected by chemotherapeutic agents as these cells proliferate slower than granulocyte, platelet and red blood cell precursors. However, other precursors present in the bone marrow are significantly reduced by chemotherapeutic agents.

Nonproliferation precursors, that are more mature, keep on differentiating into mature cells in the initial post chemotherapy. When these cells die, the number of precursor cells is reduced and peripheral counts drop to the nadir. The cell counts then recover in a span of three to four weeks due to increased stem cell proliferation.
It is extremely important that chemotherapy is not administered in the period when pluripotent stem cells accelerate their proliferation as this could lead to permanent bone marrow damage. Therefore, chemotherapeutic agents are usually administered on days 1 and 8 of a 28 day cycle. The second dose of chemotherapy is given after a gap of one week because the pluripotent stem cells are yet to increase their proliferation. The second dose is administered before the peripheral count reaches its nadir. Some chemotherapeutic agents such as busulfan, mitomycin-C and nitrosoureas can cause delayed and prolonged myelosuppression. These drugs are less selective, and can slowly affect the proliferating stem cells. Therefore, usually the time intervals between doses or courses of these agents or drugs are relatively much longer than other anticancer drugs. Some anticancer drugs such as bleomycin, cisplatin, asparaginase, and steroids do not cause myelosuppression.

Prominent signs and symptoms of myelosuppression include.
    Fever or other signs of infection. These are caused by neutropenia or leukopenia.
    Excessive bleeding or bruises due to thrombocytopenia.
    Fatigue as a results of anemia.

*Myelosuppression Treatment*
Management of myelosuppression encompasses treatment of its causes and symptoms. A mild case of myelosuppression may not need an active management.
Neutropenia is defined as a neutrophil count of less than 500 cells per $mm^3$, or a neutrophil count of less than 1000 cells per $mm^3$ with a predicted decease of less than 500 cells per $mm^3$.
Neutropenia grading: The Common Toxicity Criteria for Adverse Events
**Grade 0:** No adverse event. ANC (actual neutrophil count) within normal limits.

**Grade 1:** Mild adverse event. ANC >1,500 cells/mm$^3$.
**Grade 2:** Moderate adverse event. ANC 1,000–1,500 cells/mm$^3$.
**Grade 3:** Severe and undesirable adverse event.  ANC 500–1,000 cells/mm$^3$.
**Grade 4:** Life-threatening or disabling adverse event. ANC <500 cells/mm$^3$.
**Grade 5:** Death related to adverse event.

Neutropenia is the one of the most serious hematologic toxicity of chemotherapy, often necessitating dose limitation of anticancer drugs.  The risk of infection is determined by the degree and duration of the neutropenia. [266, 267] Chemotherapy makes cancer patients susceptible to infections both by suppressing proliferation of neutrophil and by cytotoxic effects on the cells of the gastrointestinal tract.  Doses of the myelosuppressive drugs may be reduced, discontinued or postponed if neutropenia occurs.  This is necessary to reduce bone marrow dame and to provide the patient's bone marrow ample time to recover.  In such case, full dose treatment may be avoided.  Granulocyte colony stimulating factor [GCSF] is effective in preventing chemotherapy-induced neutropenia.  Synthetic G-CSF such as filgrastim and lenograstim are also effective in the treatment of neutropenia.  These drugs are administered either subcutaneously or intravenously. Pegfilgastrin, a long acting CSF, is effective during an entire course. Broad spectrum antibiotic treatment should be initiated for patients with neutropenic fever.

Thrombocytopenia
The number of megakaryocytes reduces and recovers quickly after administration of cell-cycle–specific chemotherapeutic agents. However, the megakaryocyte suppression is gradual but more persistent with cell-cycle–nonspecific agents such as nitrosourea, mitomycin. It may take approximately 50 days or longer to recover from myelosuppression depending on the extent of suppression. These chemotherapeutic agents target platelet precursors rather than mature platelets. Therefore, thrombocytopenia develops over 7 to 10 days, and platelet counts of less than 20,000/μL usually occur by approximately day 10 after the start of chemotherapeutic regimen. It is important to note that platelet count does not indicate the level of megakaryocytopoietic activity that because changes in peripheral platelet counts lag behind changes in bone marrow production.

Interleukin-11 is effective in preventing thrombocytopenia; however, it is not effective in established cases of thrombocythemia. Platelet transfusion is effective when the platelet counts are less than 10-20000/mm$^3$.  It is also given when there is bleeding due to thrombocytopenia even if the platelet counts are greater than 20000/mm$^3$.

Epoetin alfa or recombinant human erythropoetin is effective in the treatment of anemia due to chemotherapy.  Darbepoetin alfa, a long acting epoetin alfa, is also effective in the treatment of anemia.  RBC (red blood cell) transfusion is indicated only when there is significant anemia.

| Anemia Treatment | Risks | Benefits |
|---|---|---|
| Erythropoiesis-stimulating agents | Increased thrombotic events Decreased survival Time to tumor progression  is shortened | Transfusion avoidance Gradual improvement in the  fatigue |

| Red blood cell transfusion | • Transfusion reactions<br>• Congestive heart failure<br>• Bacterial contamination<br>• Iron overload | • Rapid increase in the levels of hemoglobin<br>• Rapid increase in the levels of hemoglobin<br>• Rapid improvement in fatigue |
|---|---|---|

A bone marrow transplant becomes necessary if when the bone marrow is permanently damaged to a significant extent resulting in destruction of majority of bone marrow stem cells. Bone marrow can be harvested from compatible donors.

| Adverse Events | Unit of Measure | Grade 1 (Mild) | Grade 2 (Moderate) | Grade 3 (Severe) | Grade 4 (Life Threatening) |
|---|---|---|---|---|---|
| Anemia | Hemoglobin, g/dl | < lower limit of normal to 10.0 | < 10.0–8.0 | < 8.0–6.5 | < 6.5 |
| Neutropenia | Absolute neutrophil count, x 109/L | < lower limit of normal to 1.5 | < 1.5–1.0 | < 1.0–0.5 | < 0.5 |
| Thrombocytopenia | Platelet count, x 109/L | < lower limit of normal to 75 | < 75–50 | < 50–25 | < 25 |

**Typhlitis**

Typhlitis, also known as neutropenic enterocolitis or necrotizing enterocolitis, is an acute necrotizing inflammation of the colon, mainly encompassing the cecum, terminal ileum, and ascending colon, associated with chemotherapy-induced neutropenia.

Typhlitis is a potentially life-threatening complication of chemotherapy because of immunosuppression. With increasing use of aggressive chemotherapy, the incidence of typhlitis is also increasing. Typhlitis is an intestinal infection which may manifest itself through symptoms including nausea, vomiting, diarrhea, a distended abdomen, fever, chills, or abdominal pain and tenderness.

Typhlitis generally manifests itself with diarrhea [268, 269]. It is classically seen in neutropenic patients with severe myelosuppression and is characterized by transmural inflammation of the intestines, particularly from terminal ileum to ascending colon. Cecum is almost always involved because of its poor vascular supply [269]. Typhlitis can be mild self limiting or fatal depending upon its severity. It generally develops between first and second week after the administration of chemotherapy corresponding to neutrophil count nadir [270]. The exact etiology of typhlitis is unknown, but profound neutropenia is the common denominator. Typhlitis is often seen in children status post-chemotherapy neutropenia, especially in hematologic malignancies.

Typhlitis is also seen in other immunosuppressive conditions such as aplastic anemia, bone marrow infiltration, myelofibrosis, and AIDS [271].  Typhlitis may occur in adult patients treated for solid tumors, particularly after dose dense and high dose chemotherapy and transplantation [272-274]. Typhlitis is also observed in treated patients of various types of cancers including breast, lung, esophagus, ovary, and prostate while on chemotherapy [272-278].

The usual suspects include chemotherapeutic agents such as  5-Fluoro uracil, epirubicin, taxane, ifosfamide cyclophosphamide, platinum derivatives, vinorelbine, etoposide, pegylated interferon, cytosine arabinoside, vinca alkaloids, gemcitabine, alemtuzumab , and pemetrexed [275- 280].

Typhlitis usually develops 10–14 days after the initiation of chemotherapy, when the neutropenia is at its nadir and the patient becomes febrile [281]. Typhlitis should be suspected in any patient with profound neutropenia (absolute neutrophil count <500 neutrophils/μl), fever, and right lower quadrant abdominal pain. Nausea, vomiting, abdominal distention, and watery or bloody diarrhea can also be seen in some patients with typhlitis [282-285]. An acute surgical abdomen with peritoneal signs and septic shock is suggestive of bowel perforation.

Antifungal treatment may also be given.  Granulocyte colony-stimulating factor (G-CSF) can also be prescribed for speedy recovery from neutropenia [282, 283, 284, 286]. antiperistaltic agents such as anticholinergic, anti-diarrheal, and opioid agents should be avoided. CT and MRI are very useful in detecting typhlitis and are more sensitive, as well as noninvasive procedures. Frequent colonoscopic findings are mucosal erythema, edema, friability, and ulcerations. Sometimes a nodular tumor-like mass may be observed [287].

Typhlitis is a medical emergency. It has a very poor prognosis and is usually fatal unless promptly recognized and aggressively treated [288].  Successful treatment and survival depends on early diagnosis, and appropriate management.  Patients with typhlitis have high mortality rate [289]. The treatment is conservative medical management while awaiting recovery of granulocytes.  The conservative management encompasses use of broad-spectrum antibiotics, blood products support and bowel rest.
Patients should be prescribed broad-spectrum antibiotics with anaerobic coverage.
Recurrence of typhlitis is rare, and majority of patients recover uneventfully.
Surgical therapy can be indicated and has been successful in a few patients who fail medical treatment.
Indications for surgery include:
- Persistent gastrointestinal bleeding even after neutrophil and platelet counts has come back to normal levels.
- Evidence of free intraperitoneal perforation
- Worsening of clinical conditions necessitating  administration of vasopressors or plenty of fluids, indicating uncontrolled sepsis
- Development of an intra-abdominal process, which in the absence of neutropenia, would generally require surgery.

In some cases elective right hemicolectomy is effective in preventing typhlitis recurrence [288].

Comparison of characteristics of three types of chemotherapy-induced colitis

| | Typhlitis (Neutropenic | Ischemic Colitis | Anti-CTLA4 Antibody |
|---|---|---|---|

| | Enterocolitis) | | Enterocolitis |
|---|---|---|---|
| Incidence, % | 5.3 | 1.03 | 21-44 |
| Chemotherapy | Various | Taxanes | Ipilimumab Tremelimumab |
| Symptoms | Neutropenia, fever, and RLQ abdominal pain | Lower (suprapubic) abdominal pain with or without diarrhea or hematochezia and the absence of *C. difficile*. Fever and neutropenia are not sufficient but not necessary features. | Diarrhea (watery or loose, without blood) occurring 4–8 times a day without fever, nausea, vomiting, or weight loss. Some patients have abdominal pain. |
| Median time to 12 (10-14) symptom onset, days (range) | | 6 (3–8) | 11 (0–59) |
| Diagnosis | Clinical presentation and radiologic finding. | Clinical presentation and radiologic findings. Ischemic colitis is the hallmark pathologic finding. | Clinical presentation. Histopathology evaluation may reveal neutrophilic and/or lymphocytic inflammation. |
| Radiologic findings | Cecal involvement is necessary and/or sufficient; additional colonic segments, pancolonic, or distal ileum may be involved. US or CT may reveal bowel wall thickening > 4 mm (transverse scan) over more than 30 mm (longitudinal scan) in any. | Not specific. Any segment of the bowel may be involved; disease may be pancolonic. Cecal involvement may be sufficient but not necessary. CT scan may reveal bowel wall thickening, peritoneal stranding, or ascites | Not specific |
| Treatment | Conservative management includes bowel rest, IV fluids, antibiotics, and G-CSF. Surgical intervention is reserved for patients with peritonitis, bowel perforation, or massive bleeding. | Supportive care with IV fluids, antibiotics, and close surgical monitoring. | Symptomatic treatment, steroids, or infliximab, depending on the severity of the symptom |

CTLA 4, cytotoxic T-lymphocyte antigen 4; RLQ, right lower quadrant; CT, computed tomography; US, ultrasonography; IV, intravenous; G-CSF, granulocyte-colony stimulating factor.

**Chemotherapy-induced nausea and vomiting (CINV)**
It is a common side-effect of majority of cancer treatments. Patients initiating chemotherapy consider chemotherapy-induced nausea and vomiting as worrisome adverse effects. CINV remains a prominent issue even after the introduction of new potent antiemetics such as the second-generation 5-HT3 antagonist and NK1 antagonist.

CINV places a huge burden of cancer patients.  CINV can have adverse impact on patients' quality of life and activities of daily living [290].
Uncontrolled CINV can lead to many medical complications such as dehydration, poor nutrition, electrolyte imbalances, and physical and mental deterioration
[291]. Some patients even refuse to continue potentially beneficial chemotherapy because of chemotherapy-induced nausea and vomiting (CINV).  Because poorly controlled or uncontrolled CINV requires the use of rescue medication and possible emergency department visits or visits to the healthcare practitioner's office, it can increase the cost of medical care [292].
The likelihood of CINV depends on several factors which includes sex and age, with female patients [293-296] and younger patients [293] being more prone to CINV. Patients who have a high pretreatment expectation of severe nausea have a greater likelihood of CINV. [297] Patients with a history of high alcohol intake carry a lower risk of CINV [298]. Other important factors that are related to CINV include chemotherapy dose and emetogenicity [299].

The intrinsic emetogenicity of a chemotherapeutic drug is the predominant predictive factor and is a key consideration for controlling CINV.  Identification of distinct emetic clinical syndromes also holds the key for treating CINV.  The distinct emetic clinical syndromes introduced the concept of acute as compared with delayed emesis.

| Emetogenic Levels of Intravenously Administered Antineoplastic Agents. | | | |
|---|---|---|---|
| **Level 1 (Minimal risk, <10%)** | **Level 2 (Low risk, 10–30%)** | **Level 3 (Moderate risk, 31–90%)** | **Level 4 (High risk, >90%)** |
| Bevacizumab | Bortezomib | Carboplatin | Carmustine |
| Bleomycin | Cetuximab | Cyclophosphamide ($\leq$1.5 g/m2) | Cisplatin |
| Busulfan | Cytarabine ($\leq$100 mg/m2 of body-surface area) | Cytarabine (>1 g/m2) | Cyclophosphamide (>1.5 g/m2) |
| Cladribine | Docetaxel | Daunorubicin | Dacarbazine |
| Fludarabine | Etoposide | Doxorubicin | Mechlorethamine |
| Vinblastine | Fluorouracil | Epirubicin | Streptozocin |
| Vincristine | Gemcitabine | Idarubicin | |
| Vinorelbine | Ixabepilone | Ifosfamide | |
| | Lapatinib | Irinotecan | |
| | Methotrexate | Oxaliplatin | |
| | Mitomycin | | |
| | Mitoxantrone | | |

| | Paclitaxel Pemetrexed Temsirolimus Topotecan Trastuzumab | | |
|---|---|---|---|

CINV can be classified into 3 distinct emetic clinical syndromes.

**Acute emesis:** Occurs within the first 24 hours of initiating chemotherapy and usually peaks within 1-2 hrs. Vomiting develops because of direct stimulation of chemoreceptor trigger zone by anticancer drugs, serotonin and other mediators released by enterochromaffin cells stimulated by anticancer drugs, or stimulation of vagus nerve by serotonin and other mediators released by enterochromaffin cells. [297]

**Delayed emesis:** Occurs after 24 hours to several days after the chemotherapy is initiated. [299]. Delayed emesis is classically observed after initiating treatment with cisplastin. Other chemotherapeutic agents responsible for delayed emesis include carboplatin, cyclophosphamide and doxorubicin. It seems that acute CINV is mediated mainly by serotonin pathways; where as delayed CINV is primarily mediated by P substance [300].

**Anticipatory emesis:** This is a conditioned response seen in cancer patients with a history of poor response to antiemetic drugs or inadequate antiemetic prophylaxis in the previous cycle of chemotherapy. Emetic reflex is triggered by taste, anxiety, odor, sight, or thoughts of previous cycle of chemotherapy. Compared to acute or delayed CINV, anticipatory CINV is more difficult to treat. Its treatment may involve of behavioral therapy or benzodiazepines [301].

**Treatment**

Several antiemetic agents are effective for the prevention and treatment of CINV. These agents can be classified according to the therapeutic index of their usefulness as high or low. There are several methods to prevent CINV. Pharmaceutical treatment can be categorized into two types:

   a. Prophylactic (preventative) treatment, which is given before the dose of chemotherapy agents
   b. Rescue treatment, which is given to treat breakthrough nausea and vomiting.

Agents with a High Therapeutic Index

5-HT3 Antagonists

$5-HT_3$ receptor antagonists are potent antiemetics that block nerve signals that cause nausea and vomiting. Some of the FDA approved $5-HT_3$ inhibitors include dolasetron (Anzemet), tropisetron (Navoban),granisetron (Kytril, Sancuso), and ondansetron (Zofran). The newest $5-HT_3$ inhibitor, palonosetron (Aloxi) is hghloy effective in preventing delayed nausea and vomiting. These antiemetics agents are also available in the form of injection, transdermal patches and as orally disintegrating tablets. 5-HT3 antagonists are the cornerstone of prophylactic therapy for chemotherapy with moderate to high emetic potential. They have few adverse effects and no limiting toxicity at typical doses. The most common side effects include mild headache, transient elevation of hepatic aminotransferase levels, and constipation.

Neurokinin-1–Receptor Antagonists

The neurokinin-1–receptor antagonists are the newest class of antiemetic agents that are effective for the prevention of CINV.  The cocktail of these drugs, together with $5HT_3$ inhibitors and corticosteroids, can almost completely stop CINV [302]. Aprepitant, a substance P inhibitor, is highly effective in controlling CINV [302].

| Doses and Schedules of Antiemetic Agents with a High Therapeutic Index | | |
|---|---|---|
| Drug | Dose | |
| | Before Chemotherapy (day 1) | After Chemotherapy |
| Dolasetron (Anzemet, Sanofi-Aventis) | Intravenous dose: 100 mg or 1.8mg/kg of body weight; oral dose: 100 mg | Oral dose: 100 mg on days 2 and 3 for MEC with potential for delayed emesis |
| Granisetron (Kytril, Roche) | Intravenous dose: 1 mg or 0.01 mg/kg; oral dose: 2 mg | Oral dose: 1 mg twice daily on days 2 and 3 for MEC with potential for delayed emesis |
| Ondansetron (Zofran, GlaxoSmithKline) | Intravenous dose: 8 mg or 0.15 mg/kg; oral dose: 24 mg for HEC, 8 mg twice daily for MEC | Oral dose: 8 mg twice daily on days 2 and 3 for MEC with potential for delayed emesis |
| Palonosetron (Aloxi, MGI Pharma) | Intravenous dose: 0.25 mg | Oral dose: 5 mg on days 2 and 3 for MEC with potential for delayed emesis |
| Tropisetron (Navoban, Novartis) | Intravenous dose: 5 mg; oral dose: 5 mg | Oral dose: 8 mg on days 2–4 for HEC, 8 mg on days 2 and 3 for MEC with potential for delayed emesis |
| Dexamethasone<br>  With aprepitant or fosaprepitant | Intravenous dose: 12 mg; oral dose: 12 mg | Oral dose: 8 mg twice daily on days 2–4 for HEC, 8 mg on days 2 and 3 for MEC with potential for delayed emesis |
| Without aprepitant or fosaprepitant | Intravenous dose: 20 mg for HEC, 8 mg for MEC; oral dose: 20 mg for HEC, 8 mg for MEC | Oral dose: 80 mg on days 2 and 3 |
| Fosaprepitant (Emend [for injection], Merck)<br>Aprepitant (Emend [capsules], Merck) | Intravenous dose: 115 mg<br><br>Oral dose: 125 mg | Oral dose: 80 mg on days 2 and 3 |

Agents with a Low Therapeutic Index

Several antiemetics such as metoclopramide, phenothiazines, cannabinoids, butyrophenones, and olanzapine have a low therapeutic index. These drugs are comparatively less potent antiemetics with more adverse effects. The phenothiazines are the old and most frequently used antiemetics agents.

They are effective primary prophylactic agent for patients receiving low emetogenic chemotherapy. They are also prescribed as a salvage agent for patients in whom breakthrough emesis is developing. Phenothiazines, metoclopramide, at standard doses, and the butyrophenones, are dopaminergic D2 antagonists and have identical properties [303].

Benzodiazepines are moderately potent antiemetics, but their antianxiety properties can be useful in some patients and conditions [304, 305]. Lorazepam is the most frequently prescribed agent in this class. It is beneficial in the prevention and treatment of anticipatory emesis and as an adjunct to other antiemetic agents when first-line antiemetics fail.

| Doses and Schedules of Antiemetic Agents with a Low Therapeutic Index | | |
|---|---|---|
| **Drug** | **Dose** | |
| | Before Chemotherapy (day 1) | After Chemotherapy |
| Metoclopramide (Reglan, Baxter and Alaven) Prochlorperazine (Compazine, GlaxoSmithKline) Dronabinol (Marinol, Solvay) Nabilone (Cesamet, Valeant) Olanzapine (Zyprexa, Eli Lilly) | Intravenous dose: 1–2 mg/kg of body weight* Intravenous dose: 5–10 mg; oral dose: 5–10 mg Oral dose: 5 mg/m2 of body-surface area Oral dose: 1–2 mg Oral dose: 5 mg daily for 2 days preceding chemotherapy; 10 mg on day 1 | Intravenous dose: 1–2 mg/kg 2 hr after chemotherapy; oral dose: 0.5 mg/kg every 6 hr on days 2–4 Oral dose: 5–10 mg every 6 hr as needed Oral dose: 5 mg/m2 every 2–4 hr as needed Oral dose: 1–2 mg twice daily or as needed Oral dose: 10 mg on days 2–4 |

| Recommended Antiemetic Treatment for Single-Day, Intravenously Administered Chemotherapy. | | | |
|---|---|---|---|
| **Emetogenic Level** | **Risk of Emesis** | **Antiemetic Regimen** | |
| | | Before Chemotherapy (day 1) | After Chemotherapy |

| | % | | |
|---|---|---|---|
| 1 | <10 (minimal) | None | None |
| 2 | 10–30 (low) | Dexamethasone or prochlorperazine | None |
| 3 | 31–90 (moderate) | | |
| For anthracycline plus cyclophosphamide | | 5-HT3–receptor antagonist, dexamethasone, and aprepitant* | Aprepitant on days 2 and 3 or dexamethasone on days 2 and 3* |
| For other regimens | | 5-HT3–receptor antagonist and dexamethasone† | 5-HT3–receptor antagonist or dexamethasone on days 2 and 3 |
| 4 | >90 (high) | 5-HT3–receptor antagonist, dexamethasone, and aprepitant* | Dexamethasone on days 2–4 and aprepitant on days 2 and 3* |

* The recommendations for aprepitant are supported by level 1 evidence (data from at least one high-quality randomized trial).91
† The recommendation for 5-HT3–receptor antagonist and dexamethasone administered on day 1 with emetogenic level 3 chemotherapy is supported by level 1 evidence.

| Regimen | ONS Treatment Approaches | NCCN Guidelines | ASCO Guidelines | MASCC Guidelines |
|---|---|---|---|---|
| Highly Emetogenic Chemotherapy | Day 1: 5-HT3 antagonist plus dexamethasone plus aprepitant and/or lorazepam Days 2–4: dexamethasone plus aprepitant (days 2–3) and/or lorazepam | Day 1: aprepitant plus dexamethasone plus 5-HT3 antagonist and/or lorazepam Days 2–3: aprepitant and dexamethasone and/or lorazepam Day 4: dexamethasone and/or lorazepam | Acute CINV: pretreatment with 5-HT3 antagonist plus dexamethasone plus aprepitant Delayed CINV: dexamethasone (days 2–4) plus aprepitant (days 2–3) | Acute CINV: serotonin antagonist plus dexamethasone plus aprepitant Delayed CINV: aprepitant (days 2–3) plus dexamethasone (days 2–3 or 2–4) |
| Moderately Emetogenic Chemotherapy | Day 1: 5-HT3 antagonist plus dexamethasone plus aprepitant and/or lorazepam Days 2–4: aprepitant or any of the following: dexamethasone, 5-HT3 antagonist, metoclopramide, and/or diphenhydramine | Day 1: aprepitant plus dexamethasone plus 5-HT3 antagonist with or without lorazepam Days 2–3: aprepitant or any of the following: dexamethasone, 5-HT3 antagonist, and/or lorazepam | Acute CINV: 5-HT3 antagonist plus dexamethasone Delayed CINV: dexamethasone or 5-HT3 antagonist (days 2–3) Patients receiving cyclophosphamide plus anthracycline should receive acute emesis protection as recommended for HEC group and delayed emesis protection with aprepitant (days 2–3). | Acute CINV: serotonin antagonist plus dexamethasone Delayed CINV: dexamethasone (days 2–3), if risk of delayed CINV If corticosteroid contraindicated, serotonin antagonist can be used. Patients receiving cyclophosphamide plus anthracycline should receive acute emesis protection as recommended for HEC group and delayed emesis protection with aprepitant or dexamethasone (days 2–3). |
| Low risk | Day 1: no antiemetic agent or any of the following: | Before chemotherapy: dexamethasone or any of the | Acute CINV: low dose of dexamethasone Delayed CINV: no | Acute CINV: low dose of dexamethasone Delayed CINV: no |

| | dexamethasone, prochlorperazine, metoclopramide, or lorazepam | following: prochlorperazine, metoclopramide, and/or diphenhydramine, and/or lorazepam | routine prophylaxis | routine prophylaxis |
|---|---|---|---|---|
| Minimal risk | Not applicable | No routine prophylaxis | No routine prophylaxis | No routine prophylaxis |
| Other recommendations | Dexamethasone or any of the following: 5-HT3 antagonist, prochlorperazine, metoclopramide, haloperidol, lorazepam, dronabinol, or olanzapine | Not applicable | General recommendation on adjunctive medication: Lorazepam and diphenhydramine are useful adjuncts to antiemetic drugs but not recommended as single agents. | Not applicable |

ASCO—American Society of Clinical Oncology; CINV—chemotherapy-induced nausea and vomiting; MASCC—Multinational Association of Supportive Care in Cancer;; NCCN—National Comprehensive CancerNetwork; ONS—Oncology Nursing Society
*Note.* Based on information from Herrstedt, 2008; Kris et al., 2006; NCCN, 2008; Tipton et al., 2007b.

**Secondary neoplasm**

Secondary malignancies or neoplasm are cancers that usually develop after treatment with radiation or chemotherapy. They can develop after several months or even years after initial chemotherapy and are not related to the first tumor or cancer that was treated. For instance, a breast cancer patient can develop a secondary malignancy i.e. acute leukemia years after receiving the chemo- or radiotherapy for breast cancer.  Some secondary cancers such as skin cancers (basal cell or squamous cell carcinoma) are treatable; where as others such as acute leukemia can be life-threatening. Some chemotherapeutic agents such as etoposide increase the risk of developing secondary neoplasm.  Radiation therapy and combination treatment encompassing both radiotherapy and chemotherapy also increases the risk of developing secondary neoplasm. Secondary neoplasm can be prevented by avoiding treatments that increase the risk of second neoplasm and by making sure that high does of chemo- or radiotherapy is not given for a particular cancer or risk factors.

Chemo- and radiotherapy can treat as well as cause cancer.  Both forms of treatment are carcinogenic.  Majority of cytostatic chemotherapeutic agents are potentially carcinogenic, mutagenic and teratogenic.  Some chemotherapy agents, particularly alkylating agents, are known carcinogens. Chemotherapeutic agents kill or destroy tumor cells by disrupting cell division. However, both normal and tumor cells are affected.  Chances of secondary cancer increases significantly when high dose treatment or certain drugs are used.  Certain

chemotherapeutic agent such as etoposide is linked to an increased incidence of acute leukemia when compared with other anticancer drugs. Furthermore, the incidence of secondary cancers increases in patients who receive chemotherapy and radiation therapy compared to either treatment alone.

The etiology of secondary malignancies still remains a mystery.   However, some researchers believe secondary cancers occur because of immunosuppression caused by chemotherapy and radiation.  Some studies have indicated the role of certain chemotherapeutic agents used for treating cancers.   These agents may cause the bone marrow to make abnormal cells leading to secondary cancer.  Role of radiation therapy also contributes in damaging healthy cells leading to development of secondary cancers.

The cumulative incidence of secondary malignancies is approximately 15% at 20 years after diagnosis of primary cancer, which represents approximately 3- to 10-fold increased risk for cancer survivors, compared with the general population [306-309].  Secondary malignancies are a leading cause of non-relapse-related late mortality [310, 311].

According to several studies, acute myelogenous leukemia or AML is the most common type of secondary cancer caused by chemotherapy.  Some of the chemotherapeutic agents known to cause leukemia include mustard agents, topoisomerase inhibitors, and platinums.  Other agents such as doxorubicin have also been associated with development of secondary cancers. High doses of certain chemotherapeutic agents are associated with development of second cancers in some cases. Some of the chemotherapeutic drugs that are associated with development of a secondary neoplasm include:

- Procarbazine
- Etoposide (vp-16
- Doxorubicin
- Mechlorethamine
- Chlorambucil
- Mitoxantrone
- BCNU (bischloroethylnitrosourea)
- Nitrogen mustard
- Anthracyclines
- Cyclophosphamide
- Ifosfamide
- Epipodophyllotoxins

Several studies have demonstrated the role of chemo and radiotherapy in development of secondary cancers.

Secondary cancers after treatment of Hodgkin's disease: Hodgkin's disease is curable particularly if detected in early stages, but secondary malignancies may develop later on.  The standard treatment of Hodgkin's disease usually involves combination chemotherapy with or without radiation therapy. Combination chemotherapy generally includes chemotherapeutic agents that may cause secondary cancers.  Commonly used chemotherapeutic agents in the treatment of Hodgkin's disease are:

- Alkylating agents such as nitrogen mustard, procarbazine and cyclophosphamide.
- Vinca alkaloids such as vinblastine and vincristine.

- Anthracyclines such as doxorubicin)
- Bleomycin
- Corticosteroids (prednisone, dexamethasone)

These agents are also carcinogenic and can cause cancers. It has been observed that, compared to the general population, patients with Hodgkin's disease have a higher risk to die from second cancers [312].

The most common secondary cancers that occur after treatment for Hodgkin's disease, in order of incidence, are:
- Breast
- Thyroid
- Bone
- Colorectal
- Lung
- Stomach

The risk of developing any secondary neoplasm was approximately 10% at 20 years and 26% at 30 years. Two vital factors for developing secondary malignancies after Hodgkin's disease treatment are:
- Age of the patient at the time of initial treatment.
- Use of radiation therapy [313]

It has also been found that patients with Hodgkin's disease have a greater tendency of developing acute leukemia [314] and non-Hodgkin's lymphoma after treatment. It was also found that patients with Hodgkin's disease have a greater risk of breast cancer [315]. It has been observed that young women who undergo radiotherapy for Hodgkin's disease have almost threefold increased risk of breast cancer. The risk increases even higher if the breast is exposed to higher radiation doses. It has also been observed that patients with Hodgkin's disease who underwent radiotherapy had a six-fold risk of lung cancer. Furthermore, this risk is related to the amount of radiation received.

**Secondary cancers after breast cancer:** Most of the women with localized early stage breast cancer are cured after chemotherapy with anticancer drugs which includes:
- Anthracyclines such as doxorubicin, mitoxantrone and epirubicin.
- Alkylating agents such as cyclophosphamide
- Antimetabolites such as 5-FU and methotrexate
- Taxanes

Tamoxifen which is uses to treat breast cancer patients increases the risk of uterine corpus cancer up to two times. The risk is even higher for rare tumors of the mixed mullerian type. Several studies have concluded that that radiation may not increase secondary malignancies in breast cancer patients [316].

**Secondary cancers after non-Hodgkin's lymphoma (NHL):**

CHOP (cyclophosphamide, doxorubicin, vincristine and prednisone) is the most common treatment regimen for treating patients with non-Hodgkin's lymphoma or NHL. It has been observed that approximately 2.75% of patients may develop secondary cancers following this treatment regimen, which is comparable to similar population of patients without NH [317].

**Secondary cancers after acute lymphoblastic leukemia (ALL):**
Approximately 80% of children with acute lymphoblastic leukemia (ALL) can be cured with current treatment regimens and are at risk of developing secondary malignancies or cancers. Radiotherapy increases the risk of developing a second cancer. Majority of these cancers are benign or of low malignant potential [318].

**Secondary cancers after testicular cancer:** Patients with testicular cancers are usually treated with PEB, a combination chemotherapy that includes cisplatin, etoposide and bleomycin (PEB). Both cisplatin and etoposide are carcinogenic and increase the risk for developing leukemia in testicular cancer patients. The risk is also linked to the total dose of etoposide administered to the patient. Patients with testicular cancer who are treated with a combination of chemo and radiotherapy carry a higher risk of developing secondary cancers [319]. Men with testicular cancer are susceptible to secondary malignancies even after 20 years after treatment.

Platinum-based chemotherapy for patients with ovarian cancer increases the risk of leukemia three- to fourfold. The risk is even higher with increasing cumulative doses and can be eightfold. Cervical cancer patients who underwent pelvic radiotherapy were found to have a twofold risk of secondary neoplasm in organs that were exposed to heavy dose of radiation.

Acute myelogenous leukemia (AML) is the most commonly associated cancer linked to chemotherapy. Acute lymphocytic leukemia (ALL) is also associated with chemotherapy. Certain solid tumor cancers have also been associated to chemotherapy for testicular cancer.

**Alkylating agents**
Alkylating agents are associated with increased risk of AML. These agents are used in the treatment of several types of cancers including Hodgkin disease, non-Hodgkin lymphoma (NHL), ovarian, lung, and breast cancer. Some of the alkylating agents that may cause leukemia are:
- Melphalan
- Chlorambucil
- Cyclophosphamide (Cytoxan®)
- Mechlorethamine
- Carmustine (BCNU)
- Semustine
- Lomustine (CCNU)
- Busulfan
- Prednimustine
- Dihydroxybusulfan

The risk increases with higher drug doses, longer treatment time, and higher dose intensity. It has been observed that the risk of leukemia starts increasing approximately 2 years after chemotherapy with alkylating agents. The risk is highest after 5 to 10 years after chemotherapy, and then declines. Alkylating agents such as melphalan initially cause myelodysplastic syndrome (MDS), which can then develop into an acute leukemia. Both, myelodysplastic syndrome and leukemia are difficult to treat and usually have a fatal outcome.

**Cisplatin**

Cisplatin, platinum-containing anti-cancer drugs, is not an alklylating agent, but has a similar mechanism of action. It also increases the risk of leukemia. However, the risk of developing leukemia after treatment with cisplatin is comparatively less than alkylating agents. Cisplatin is effective in the treatment of various types of cancers, including lung, ovarian, and testicular cancer. The risk of leukemia increases with the increase in the dose of cisplatin. The risk of developing secondary malignancy such as leukemia increases greatly when radiotherapy is given along with the cisplatin.

**Topoisomerase II inhibitors**

Topoisomerase II inhibitors such as etoposide,teniposide, and mitoxantrone also increase the risk of developing  leukemia, especially acute myeloid leukemia (AML).
Compared to alkylating agents, topoisomerase II inhibitors cause early development of leukemia. In majority of cases leukemia develops within 2-3 years of treatment.  topoisomerase II inhibitors do not cause myelodysplastic syndrome (MDS) first. Leukemia from these drugs has a better prognosis compared to leukemia caused by alkylating agents.

**Anthracyclines**

Anthracyclines, such as doxorubicin, daunorubicin, and epirubicin, can also cause secondary malignancy such as acute myeloid leukemia (AML). These drugs are less likely to cause leukemia compared to chemotherapeutic agents such as etoposide, teniposide, and mitoxantrone.

Over the last few years, a lot of progress has been made in defining risk groups for different types of cancers. The categorization of risk groups ensures that less treatment can be given to those individuals who carry a low risk of cancer recurrence with standard treatments and more treatment can be given to those individuals who carry a high risk. Lowering the dose of chemotherapy for low risk groups is perhaps the best way to prevent secondary neoplasm because these cancers develop more frequently in patients who are intensively treated. Radiotherapy should also be avoided to decrease the likelihood of developing secondary cancers. For example, introduction of intrathecal chemotherapy childhood acute lymphoblastic leukemia (ALL) has replaced the need for radiotherapy because this has resulted in lower incidence of secondary cancers. Radiotherapy is less frequently used in the management of Hodgkin's disease and non-Hodgkin's lymphoma. It is prudent to avoid chemotherapeutic agents with high carcinogenic potential. This is not practical and difficult to implement because almost all the chemotherapeutic agents are carcinogenic. However, a better alternative to etoposide should be preferred because etoposide is linked to relatively greater incidence of acute myeloid leukemia and myelodysplasia.

**Infertility**

The long-term survival of cancer patients as well as cancer prevalence has increased in the last few decades. Infertility poses a danger for both male and female patients who undergo chemotherapy for a number of cancers such as lymphoma, leukemia, etc. Several chemotherapeutic agents are gonadotoxic and can cause infertility. Male and female reproductive organs are particularly vulnerable to chemotherapy. Chemotherapeutic agents such as alkylating agents target proliferating cells which also includes gonads apart from bone marrow and gastrointestinal tract. Some of these agents, especially alkylating agents, are not cell-cycle specific and area also cytotoxic. They not only attack the proliferating cells but also target cells at rest; therefore, chemotherapy poses a great risk of infertility in both male and female patients. It has been observed that chemotherapy with alkylating agents significantly increases the risk of ovarian failure by fourfold, whereas other chemotherapeutic agents such as antimetabolites do not pose a danger of infertility.

Effect of different chemotherapeutic agents on the ovarian functions

| Variable | Cell Cycle Phase-Specific Agents | | | |
|---|---|---|---|---|
| Drug type | G1 Phase | S Phase | G2 Phase | M Phase |
| Individual drugs | L-asparaginase, Prednisone | Cytarabine, fluorouracil, hydroxyurea, methotrexate, thioguanine | Bleomyosin, etoposide | Vinblastine, vincristine vindesine, paclitaxel |
| Extent of ovarian damage | No /low risk | No /low risk | No /low risk | No /low risk |
| Variable | Cell Cycle Phase-NonSpecific Agents | | | |
| Drug type | Alkylators Antibiotics | Antitumor | Nitrosureas | Miscellaneous |
| Individual drugs | Busulfan, carboplatin, chlorambusil, cisplatin, cyclophosphamide, isofamide, mechlorethamine, melphalan | Dactinomycin, daunorubicin, doxorubicin, mitomycin, mitoxantrone | Carmustine, , lomustine streptozocin | Dacarbazine, procarbazine |
| Extent of ovarian damage | High | Intermediate | Intermediate | High |

| Chemotherapies with high risk of infertility | Chemotherapies with medium risk of infertility | Chemotherapies with low risk of of infertility |
|---|---|---|
| • procarbazine<br>• cyclophosphamide<br>• ifosfamide<br>• Busulfan<br>• Melphalan<br>• chlorambucil<br>• chlormethine | • doxorubicin<br>• Platinum analogs such as cisplatin and carboplatin.[ | • vincristine<br>• vinblastine<br>• bleomycin<br>• dactinomycin<br>• methotrexate<br>• mercaptopurine an<br>• 5-fluorouracil |

A number of chemotherapeutic agents can cause infertility. Chemotherapy used in the treatment of a number of cancers can have an adverse effect on the fertility of the patients. In men, chemotherapy can adversely affect sperm motility and sperm count. The sperm count can be reduced to subfertile levels (less than 20 million sperm per mL). In certain cases, chemotherapy can lead to total elimination of sperms leading to permanent infertility. The complete absence of sperm or an very low sperm count, usually less than 500,000 sperm/mL is known as azoospermia. Sperm cells proliferate quickly, and therefore are easy target during chemotherapy. High-dose chemotherapy makes sperm production particularly vulnerable, and in some instances sperm production can cease completely. Sometimes the entire population of the stem cells in the testicles is damaged and can no longer produce maturing sperm cells resulting in permanent infertility. The damage is particularly significant when men are treated with both chemotherapy and radiotherapy in the region of the abdomen or pelvis. The infertility due to chemotherapy depends on the type of drug and the doses administered.

After chemotherapy, sperm production usually slows down or may halt completely.
Sperm production generally returns back to normal levels in 1 to 4 years, but in certain cases can take 8-10 years. If sperm production doesn't recover within 4 years, there is less likelihood of recovery. Men older than 40 have less probability of regaining their fertility, but age is not a significant factor for men compared to women.
Chemotherapeutic agents that are associated with the highest risk of infertility in men include:
- Chlorambucil (Leukeran)
- Cyclophosphamide (Cytoxan)
- Procarbazine
- Melphalan (Alkeran)
- Cisplatin
- Nitrogen mustard
- Actinomycin D

Higher doses of these chemotherapeutic agents have a greater likelihood of causing permanent infertility. In some cases, combination with other drugs can increase their gonadotoxic effect. Some of the examples include:
- Busulfan given in combination with cyclophosphamide considerably increases the risk of lifelong infertility compared to when cyclophosphamide is given alone.
- Ifosfamide in combination with cisplatin significantly increases the infertility risk than cisplatin alone.

Other anticancer agents such as carmustine (BCNU) and lomustine (CCNU) can also cause short-term or lifelong infertility. Some chemotherapeutic regimens that are used in the treatment of leukemia, lymphoma, and osteosarcoma can cause prolonged infertility in almost 50% of the men.

| Chemotherapy (dose to cause effect) | Adverse Effect on Sperm Count |
|---|---|
| Chlorambucil (1.4 g/m2)<br>Cyclophosphamide (19 g/m2)<br>Procarbazine (4 g/m2)<br>Melphalan (140 mg/m2)<br>Cisplatin (500 mg/m2) | Prolonged or permanent azoospermia |
| BCNU (1 g/m2)<br>CCNU (500 mg/m2) | Azoospermia in adulthood if treated before puberty |
| Busulfan (600 mg/m2)<br>Ifosfamide (42 g/m2)<br>BCNU (300 mg/m2)<br>Nitrogen mustard<br>Actinomycin D | Azoospermia likely, and are often given with other highly sterilizing agents, adding to the effect |
| Doxorubicin (770 mg/m2)<br>Thiotepa (400 mg/m2)<br>Cytarabine (1 g/m2)<br>Vinblastine (50 g/m2)<br>Vincristine (8 g/m2) | When used alone, cause only temporary reductions in sperm count. In conjunction with above agents, may be additive in causing azoospermia |
| Amsacrine<br>Bleomycin<br>Dacarbazine<br>Daunorubicin<br>Epirubicin<br>Etoposide<br>Fludarabine<br>Fluorouracil<br>6-mercaptopurine<br>Methotrexate<br>Mitoxantrone<br>Thioguanine | When used in conventional regimens, cause only temporary reductions in sperm count. In conjunction with above agents, may be additive in causing azoospermia |

*Adapted from Devita, VT et al, Cancer: Principles & Practice of Oncology (7th edition) 2005.

Some of the chemotherapeutic agents that carry a low risk of causing infertility in men, if they are administered s in low to moderate doses include:

- Doxorubicin (Adriamycin)
- Thiotepa
- Cytosine arabinoside (Cytosar)
- Carboplatin
- Vinblastine (Velban®)
- Bleomycin
- Epirubicin
- 6-Mercaptopurine (6-MP)
- Vincristine (Oncovin®)
- Dacarbazine
- Etoposide (VP-16)

- Fludarabine
- 5-fluorouracil (5-FU)
- Methotrexate
- Thioguanine (6-TG)
- Mitoxantrone
- Daunorubicin (Daunomycin)

Chemotherapy can also cause infertility in women by inflicting damaging effects on the ovaries and impairing hormone level produced by the ovaries. Women can experience irregular menstrual periods, amenorrhea or even premature menopause. The menopause can be temporary or permanent. Alkylting agents pose the greatest risk of infertility in women. Some of the chemotherapeutic agents are listed below.

- carmustine (BCNU, BiCNU, Bicnu, Gliadel)
- busulfan (Busulfex, Myleran), chlorambucil (Leukeran)
- cisplatin (Platinol)
- cyclophosphamide (Cytoxan, Neosar)
- cytarabine (ARA-C, Cytosar-U, DepoCyt), ifosfamide (IFEX)
- lomustine (CCNU, CeeNu)
- mechlorethamine (Mustargen, Nitrogen Mustard)
- melphalan (Alkeran, L-Pam)
- streptozocin (Zanosar)
- temozolomide, thiotepa (Thioplex)
- vincristine.

Some other anticancer agents such as adriamycin, procarbazine, and vinblastine can also affect fertility. The risk of chemotherapy-induced infertility depends on the type of the chemotherapeutic agents used, dosage received, duration of chemotherapy, and the woman's age at the time of chemotherapy.

Effect of cancer treatment on development of amenorrhea

| Degree of risk | Treatment protocol | Common usage |
| --- | --- | --- |
| High risk<br><br>>80% of women develop amenorrhea posttreatment | Whole abdominal or pelvic radiation doses<br>$\geq$ 6 Gy in adult women<br>Whole abdominal or pelvic radiation doses<br>$\geq$ 15 Gy in prepubertal girls<br>$\geq$ 10 Gy in postpubertal girls<br>TBI radiation doses<br><br>CMF, CEF, CAF $\times$ 6 cycles in women 40+<br>Cyclophosphamide 5 g/m 2 in women 40+<br>Cyclophosphamide 7.5 g/m 2 in girls <20<br><br><br>Alkylating chemotherapy (e.g., cyclophosphamide, busulfan, melaphan) conditioning for transplant<br>Any alkylating agent (e.g., cyclophosphamide, ifofsamide, busulfan, BCNU, CCNU)+ TBI or pelvic radiation<br><br>Protocols containing procarbazine: MOPP, MVPP, COPP, ChIVPP, ChIVPP/EVA, BEACOPP, MOPP/ABVD, COPP/ABVD<br>Cranial/brain radiation $\geq$ 40 Gy | Multiple cancers<br><br><br>Wilms' tumor, neuroblastoma, sarcoma, Hodgkin lymphoma<br><br><br><br>Bone marrow transplant/stem cell transplant (BMT/SCT)<br>Breast cancer<br><br>Multiple cancers<br><br>Non-Hodgkin lymphoma (NHL), neuroblastoma, acute lymphoblastic leukemia (ALL), sarcoma<br>BMT/SCT<br><br><br>BMT/SCT, ovarian cancer, sarcoma, neuroblastoma, Hodgkin lymphoma<br><br><br>Hodgkin lymphoma<br><br><br><br>Brain tumor |
| Intermediate risk<br><br>~30–70% of women develop amenorrhea posttreatment<br><br><br>Low risk<br><20% of women develop | CMF or CEF or CAF $\times$ 6 cycles in women 30–39<br>AC in women 40+<br>Whole abdominal or pelvic radiation 10 to <15 Gy in prepubertal girls<br>Whole abdominal or pelvic radiation 5 to <10 Gy in postpubertal girls<br>Spinal radiation $\geq$ 25 Gy | Breast cancer<br><br>Breast cancer<br>Wilm's tumor<br><br>Wilm's tumor, neuroblastoma<br><br>Spinal tumor, brain tumor, neuroblastoma, relapsed ALL or NHL<br>Breast cancer<br>Breast cancer |

| amenorrhea posttreatment | AC in women 30–39 | |
|---|---|---|
| | CMF, CEF, or CAF × 6 cycles in women under 30 | Hodgkin lymphoma, NHL |
| | Nonalkylating chemotherapy: | Acute myeloid leukemia (AML) |
| Very low/no risk | ABVD, | ALL |
| Negligible effect | CHOP, COP | Breast cancer |
| on menses | AC (anthracycline, cytarabine) | Leukemia, Hodgkin lymphoma, NHL, |
| | Multiagent therapies | neuroblastoma, rhabdomyosarcoma, |
| | MF (methotrexate, 5-FU) | Wilms'tumor, Kaposi's sarcoma |
| Unknown risk | Vincristine (used in multiagent | Thyroid cancer |
| | therapies) | Breast cancer |
| | | |
| | Radiocative Iodine | Ovarian cancer |
| | Paclitaxel, docetaxel | Colon cancer |
| | (taxanes used in AC protocols) | Colon, nonsmall cell lung |
| | Oxaliplatin | Colon, head, and neck |
| | Irinotecan | Breast cancer |
| | Bevacizumab (Avastin) | Nonsmall cell lung, pancreatic |
| | Cetuximab (Erbitux) | Chronic myeloid leukemia |
| | Trastuzumab (Herceptin) | (CML), gastrointestinal |
| | Erlotinib (Tarceva) | stromal tumor (GIST) |
| | Imatinib (Gleevec) | |

Chemotherapy-induced infertility in women is because of premature ovarian failure due to loss of primordial follicles [320]. It is believed that this loss is due to an increased rate of growth initiation in order to replace damaged developing follicles [320]. Antral follicle count is reduced after three cycles of chemotherapy, whereas follicle stimulating hormone (FSH) reaches menopausal levels after four cycles of chemotherapy [321]. Chemotherapy also caused reduced levels of other hormones such as inhibin B and anti-Müllerian hormone levels [321].

There are very few well established methods for fertility preservation in women compared to in men. Women can choose several methods of fertility preservation prior to chemotherapy, including cryopreservation of ovarian tissue, oocytes or embryos [322]. Cryopreservation (freezing) of eggs or embryos is one way of preserving infertility in females. Fertility-stimulating medications are administered to facilitate release and collection of several mature oocytes. Cryopreservation of eggs does not require sperm as these eggs are frozen unfertilized; however, embryo cryopreservation requires that the egg should be fertilized with sperm. Ovarian tissue freezing is another way of fertility preservation in women. This procedure is still under investigational stages. This technique is a great option for young girls who have not reached puberty when receiving chemotherapy.

Fertility preservation in men

Sperm banking: Cryopreservation, which includes freezing and storage of sperm, is a very successful technique of fertility preservation in men. Newer techniques such as in-vitro fertilization (IVF) and intracytoplasmic sperm injection (ICSI) have also improved the success rate even in patients with low sperm counts.  Although sperm banking is a successful option for majority of patients, there are individuals who cannot delay chemotherapy by a few days and there are boys treated with chemotherapy before puberty who do not have this option. Testicular tissue freezing is under investigations as a novel way for fertility preservation.

**Teratogenicity**

Chemotherapy can be teratogenic during pregnancy, particularly during the first trimester, and abortion is generally recommended if pregnancy in this period is found during chemotherapy [33].  Second- and third-trimester are relatively safer periods and do not pose a significant teratogenic risk; however, there may be greater risk for pregnancy related complications as well as fetal myelosuppression [33].  In general, chemotherapy should be individualized. Chemotherapy during the first trimester poses significant risk for severe fetal defects; however, it may be a safer option in the second or third trimester.

Several chemotherapeutic drugs are FDA pregnancy category D, indicating potential risk to the fetus.  Drugs given during the embryo period can cause physical malformations because this period involves organogenesis. In some cases, teratogenic effects may occur even when certain chemotherapeutic agents are administered beyond organogenesis. The exact dose of the chemotherapeutic agent and the genetic sensitivity of the mother and fetus are important determinant when prescribing chemotherapy during pregnancy.

Chemotherapy during pregnancy should ideally be given only if the potential risk to the fetus is outweighed by the potential benefit.

Chemotherapeutic agents must cross the placental barrier to expose fetus to teratogenic effects of chemotherapy.  Chemotherapeutic agents can pass through the placental barrier easily if they posses the following characteristics:
- A low molecular weight
- A high lipid solubility
- Nonionized
- Loosely bound to plasma protein [324]

Majority of chemotherapeutic agents possess some of these characteristics and are able to cross the placenta [325].

Drugs given during pregnancy have been assigned a risk factor (A, B, C, D, or X).
Majority of chemotherapeutic drugs usually fall into the C or D categories.
Drugs in the C category are those for which studies in animals have observed adverse effects on the fetus and controlled studies in women or studies in women and animals are not available. Chemotherapeutic drugs in the D category are those for which there is positive evidence of human fetal risk, but the benefit justifies the potential risk to the fetus.

The United States FDA has the following definitions for the pregnancy categories:

| United States FDA Pharmaceutical Pregnancy Categories | |
|---|---|
| **Pregnancy Category A** | Adequate and well-controlled human studies have failed to demonstrate a risk to the fetus in the first trimester of pregnancy (and there is no evidence of risk in later trimesters). |
| **Pregnancy Category B** | Animal reproduction studies have failed to demonstrate a risk to the fetus and there are no adequate and well-controlled studies in pregnant women OR Animal studies have shown an adverse effect, but adequate and well-controlled studies in pregnant women have failed to demonstrate a risk to the fetus in any trimester. |
| **Pregnancy Category C** | Animal reproduction studies have shown an adverse effect on the fetus and there are no adequate and well-controlled studies in humans, but potential benefits may warrant use of the drug in pregnant women despite potential risks. |
| **Pregnancy Category D** | There is positive evidence of human fetal risk based on adverse reaction data from investigational or marketing experience or studies in humans, but potential benefits may warrant use of the drug in pregnant women despite potential risks. |
| **Pregnancy Category X** | Studies in animals or humans have demonstrated fetal abnormalities and/or there is positive evidence of human fetal risk based on adverse reaction data from investigational or marketing experience, and the risks involved in use of the drug in pregnant women clearly outweigh potential benefits. |
| **Pregnancy Category N** | FDA has not classified this drug. |

Recent studies conducted on the males, who have undergone chemotherapy, have observed that their children conceived after chemotherapy does not carry increased risk of congenital malformations or genetic defects [323]. However, the use of micromanipulation and assisted reproductive techniques may pose a danger. Similarly studies conducted on the females, who have undergone chemotherapy, have concluded that the risk of congenital malformations and miscarriage are not increased in future conceptions [323].

| Exposure | Spontaneous abortion[a] (affected/total conceptuses) | Stillbirth[b] (affected/total conceptuses) | Absent or reduced amniotic fluid[c] (affected/total pregnancies with live births and stillbirths) | Intrauterine growth restriction (affected/total conceptuses from live births and stillbirths) | Small for gestational age[d] (affected/total live born infants) | Spontaneous preterm labor[d] (affected/total pregnancies with live births and stillbirths) | Preterm birth[e] (affected/total pregnancies with live births reporting gestational age at birth[f]) |
|---|---|---|---|---|---|---|---|
| Any Chemotherapy | 3.6% (46/1271) | 1.7 % (22/1271) | 2.9% (33/1128) | 3.2% (36/1136) | 2.2% (24/1112) | 5.6% (63/1128) | Not available |
| Specific Agent: | | | | | | | |
| 5-Fluorouracil | 1.7% (3/175) | 0.6% (1/175) | 0.6% (1/169) | 0.6% (1/170) | 3.0% (5/169) | 3.6% (6/169) | 74.5% (38/51) |
| 6-Mercaptopurine | 7.1% (6/84) | 3.6% (3/84) | 1.4% (1/74) | 1.3% (1/75) | 0.0% (0/73) | 17.6% (13/74) | 53.4% (31/58) |
| 6-Thioguanine | 2.0% (1/49) | 8.2% (4/49) | 2.3% (1/43) | 4.7% (2/43) | 0.0% (0/39) | 11.6% (5/43) | 52.8% (19/36) |
| Actinomycin D | 0% (0/13) | 0% (0/13) | 7.7% (1/13) | 7.7% (1/13) | 0.0% (0/13) | 23.1% (3/13) | 72.7% (8/11) |
| ATRA | 3.4% (1/29) | 3.4% (1/29) | 7.7% (2/26) | 7.4% (2/27) | 0.0% (0/26) | 15.4% (4/26) | 88.0% (22/25) |
| Bleomycin | 0.0% (0/95) | 1.1% (1/95) | 2.2% (2/91) | 6.5% (6/93) | 2.2% (2/92) | 4.4% (4/91) | 40.0% (24/60) |
| Busulfan | 3.2% (1/31) | 0.0% (0/31) | 0.0% (0/28) | 0.0% (0/28) | 0.0% (0/28) | 7.1% (2/28) | 23.8% (5/21) |
| Carboplatin | 5.9% (1/17) | 0.0% (0/17) | 6.3% (1/16) | 6.3% (1/16) | 6.3% (1/16) | 6.3% (1/16) | 92.3% (12/13) |
| Cisplatin | 1.0% (1/101) | 1.0% (1/101) | 5.2% (5/97) | 7.1% (7/99) | 2.0% (2/98) | 5.2% (5/97) | 78.9% (60/76) |
| Cyclophosphamide | 1.2% (5/408) | 1.2% (5/408) | 1.3% (5/388) | 1.0% (4/391) | 3.1% (12/386) | 6.2% (24/388) | 57.0% (86/151) |
| Cytarabine | 4.0% (6/151) | 8.6% (13/151) | 4.7% (6/128) | 7.8% (10/128) | 0.0% (0/116) | 7.0% (9/128) | 54.5% (54/99) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dacarbazine | 1.8% (1/57) | 1.8% (1/57) | 0.0% (0/51) | 3.8% (2/52) | 2.0% (1/51) | 0.0% (0/51) | 51.9% (14/27) |
| Daunorubicin | 4.7% (5/106) | 9.4% (10/106) | 3.6% (3/84) | 7.1% (6/85) | 0.0% (0/75) | 8.3% (7/84) | 65.6% (40/61) |
| Docetaxel | 0.0% (0/20) | 0.0% (0/20) | 15.0% (3/20) | 10.0% (2/20) | 0.0% (0/20) | 0.0% (0/20) | 71.4% (10/14) |
| Doxorubicin | 0.7% (3/420) | 1.2% (5/420) | 1.5% (6/410) | 1.9% (8/413) | 2.9% (12/408) | 3.9% (16/410) | 56.4% (88/156) |
| Epirubicin | 2.9% (2/69) | 2.9% (2/69) | 0.0% (0/66) | 1.5% (1/66) | 0.0% (0/64) | 3% (2/66) | 72.4% (21/29) |
| Etoposide | 0.0% (0/42) | 4.8% (2/42) | 9.8% (4/41) | 22.0% (9/41) | 2.6% (1/39) | 7.3% (3/41) | 56.3% (18/32) |
| Hydroxyurea | 1.5% (1/68) | 7.4% (5/68) | 0.0% (0/57) | 3.3% (2/60) | 0.0% (0/55) | 3.5% (2/57) | 39.1% (9/23) |
| Idarubicin | 0.0% (0/22) | 13.6% (3/22) | 15.8% (3/19) | 21.1% (4/19) | 6.3% (1/16) | 0.0% (0/19) | 91.7% (11/12) |
| Ifosfamide | 0% (0/1) | 9.1% (1/11) | 36.4% (4/11) | 27.3% (3/11) | 0.0% (0/10) | 0.0% (0/11) | 90.0% (9/10) |
| Imatinib | 12.1% (19/157) | 1.3% (2/157) | 0.0% (0/99) | 0.0% (0/99) | 0.0% (0/99) | 1.0% (1/99) | 12.0% (3/25) |
| Interferon alpha | 0.0% (0/43) | 0.0% (0/43) | 2.4% (1/41) | 4.7% (2/43) | 0.0% (0/43) | 0.0% (0/41) | 27.5% (11/40) |
| Methotrexate | 4.8% (4/83) | 2.4% (2/83) | 1.4% (1/73) | 2.6% (2/76) | 4.1% (3/74) | 12.3% (9/73) | 44.4% (20/45) |
| Mitoxantrone | 5.9% (1/17) | 5.9% (1/17) | 6.7% (1/15) | 20.0% (3/15) | 7.1% (1/14) | 6.7% (1/15) | 100.0% (11/11) |
| Nitrogen mustard | 6.7% (2/30) | 0.0% (0/30) | 0.0% (0/24) | 0.0% (0/24) | 0.0% (0/24) | 4.2% (1/24) | 29.4% (5/17) |
| Paclitaxel | 0.0% (0.31) | 0.0% (0/31) | 6.5% (2/31) | 3.2% (1/31) | 3.2% (1/31) | 9.7% (3/31) | 70.8% (17/24) |
| Procarbazine | 3.2% (1/31) | 0.0% (0/31) | 0.0% (0/24) | 0.0% (0/24) | 0.0% (0/24) | 4.2% (1/24) | 25.0% (4/16) |
| Rituximab | 4.2% (1/24) | 8.3% (2/24) | 4.3% (1/23) | 4.3% (1/23) | 4.8% (1/21) | 8.7% (2/23) | 58.8% (10/17) |
| Tamoxifen | 0.0% (0/14) | 0% (0/14) | 14.3% (2/14) | 0.0% (0/14) | 0.0% (0/14) | 21.4% (3/14) | 72.7% (8/11) |
| Trastuzumab | 0.0% (0/20) | 0.0% (0/20) | 68.4% (13/19) | 10.0% (2/20) | 5.3% (1/19) | 0.0% (0/19) | 55.6% (10/18) |
| Vinblastine | 1.4% (1/73) | 1.4% (1/73) | 1.5% (1/68) | 2.9% (2/69) | 1.5% (1/68) | 1.5% (1/68) | 47.1% (16/34) |
| Vincristine (223) | 3.1% (7/223) | 3.6% (8/223) | 1.5% (3/199) | 2.0% (4/201) | 1.6% (0/193) | 8.5% (17/199) | 49.7% (76/153) |

| Vinorelbine (15) | 0% (0/15) | 0% (0/15) | 13.3% (2/15) | 0.0% (0/15) | 0.0% (0/14) | 0.0% (0/15) | 64.3% (9/14) |

[a]Defined as early spontaneous fetal loss, age 22 weeks gestation or younger.
[b]Defined as late spontaneous fetal death, age 23 weeks gestation to term.
[c]Includes pregnancies with anhydramnios, oligohydramnios and reports of reduced amniotic fluid.
[d]Includes 7 pregnancies with transient preterm spontaneous labor.
[e]Preterm birth includes spontaneous and induced vaginal births, and Caesarian-section births.
[f]Data included in this table are based on reported individual infant's gestational age at birth. Term was considered ≥37 weeks of gestation.

Chemotherapy during pregnancy requires cautious and careful approach.  In general, chemotherapy should be avoided.  If chemotherapy is a necessary requirement during pregnancy and cannot be avoided, it is preferred to postpone it till second trimester.  Single and combination chemotherapeutic agents can be given in the second and third trimester, with low risk of adverse effects.  In such cases, the least teratogenic chemotherapeutic agents should be opted.

**Neurological effects**
Chemotherapy-induced neurological effects are common because the chemotherapeutic drugs are unable to differentiate between healthy and malignant cells [326]. Chemotherapy-induced peripheral neuropathy (CIPN) is major dose-limiting adverse effect of chemotherapy [327-330]. The incidence of these neurological effects is approximately 30-40% of patients receiving chemotherapy and depends on the following factors:
- Type of cytotoxic drug
- Duration of administration
- Cumulative dose
- Pre-existing peripheral neuropathy. [327-332]

Some of the common chemotherapeutic agents causing neuropathy include:

Platinum agents
- cisplatin
- carboplatin
- oxaliplatin

vinca alkaloids
- Vincristine
- vinblastine

Taxanes
- paclitaxel
- docetaxel

Epothilones
- ixabepalone

Newer agents
- bortezomib
- thalidomide
- lenolidamide

Examples of cancer therapies and severe neurotoxic outcomes

| AGENT | DIAGNOSIS | NEUROTOXICITY EXAMPLES |
|---|---|---|
| l-asparaginase | Lymphocytic anemia | Depression, confusion |
| Busulfan | Bone marrow transplant | Seizures (children) |
| Cisplatin (intra-arterial) | Brain tumor | Peripheral neuropathy |
| Ifosfamide | Solid tumors (children) | Confusion, irritability |
| Interleukin-2 | Renal cancer | Disorientation, confusion |

| AGENT | DIAGNOSIS | NEUROTOXICITY EXAMPLES |
|-------|-----------|------------------------|
| Nitrogen mustards | Bone marrow transplant | Hallucinations, tremor |
| Methotrexate | Child leukemia | Personality changes |
| Paclitaxel (taxol) | Breast cancer | Confusion, neuropathy |
| Carmustine (BCNU) | Gliomas | Leukoencephalopathy |
| Vincristine | Hodgkin's disease | Peripheral neuropathy |
| Cranial irradiation (children) | Acute lymphoblastic leukemia (ALL) | Somnolence, advanced cognitive impairment |

Chemotherapy-induced neurological symptoms are mainly sensory, but can also include sensory-motor and autonomic neuropathy [330, 331]. Peripheral nervous system can repair itself, but needs time for sufficient repair.  In severe cases of neuropathy, CIPN is only partly reversible and in some cases even completely irreversible. [329, 330] CIPN can significantly decrease patient's quality of life. [333]. Peripheral nervous system is particularly vulnerable to the toxicity of chemotherapeutic agents because it is not protected as effectively as the central nervous system from toxic drugs.

Chemotherapy may result in axonal neuropathy, which may ultimately cause severe and disabling symptoms and signs. Patient may experience some loss of sensory function including mild neuropathic pain, pain [334], paresthesias and sometimes paralysis. Tingling, numbness, burning, peri-oral numbness are also common. Some patients experience significant disability due to profound weakness and ataxia. Some patients may experience motor foot drop, wrist drop, or difficulty buttoning a shirt or holding a pen. The autonomic system may also be involved causing orthostatic hypotension, impotence and incontinence.  All these signs and symptoms adversely affect patient's quality of life. Some patients experience non-specific neurocognitive problems which includes inability to concentrate which is also know as post-chemotherapy cognitive impairment or "chemo brain" [335].

Symptoms generally arise within the first 3 cycles of chemotherapy, and usually peak in severity up to 3 months after the anticancer agent is discontinued.  Sensory symptoms take months to recover after stopping the drug; however, motor symptoms have less likelihood of recovery. Chemotherapy-induced neurological symptoms usually begin with asymptomatic loss of deep tendon reflexes, progress to sensory neuropathy, and ultimately leading to motor neuropathy. Some chemotherapeutic agents such as oxaliplatin can cause both an acute and chronic neuropathy.  The acute process usually begins when the chemotherapeutic agent is administered. Patient usually experiences cold-induced paresthesias of the hands, throat, feet, and perioral area during drug infusion. Chemotherapy-induced neuropathy in the chronic form is a dose-dependent sensory neuropathy. Several chemotherapeutic drugs particularly cytostatic agents are neurotoxic, but some drugs cause peripheral neuropathy which is an important and dose limiting side-effect. Vincristine and cisplatin are well known neurotoxic agents.  Neuropathy is also a prominent side-effect of some other anticancer agents such as docetaxel, paclitaxel, bortezomib, and suramin. These drugs should ideally be discontinued if neuropathy occurs.

Two scales for grading chemotherapy-induced peripheral neuropathy or CIPN.

| Adverse event | National Cancer Institute – Common Toxicity Criteria version 3.0 – grades | | | | | |
|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** |
| Neuropathy motor | Normal | Asymptomatic, weakness on exam testing only | Symptomatic weakness interfering with functioning but not interfering with ADL | Weakness interfering with ADL; bracing or assistence to walk (e.g. cane or walker) indicated | Life threatening disabling (e.g. paralysis) | Death |
| Neuropathy sensory | Normal | Asymptomatic loss of tendon reflex or paresthesia (including tingling) but not interfering with function | Sensory alterations or paresthesias interfering with function but not interfering with ADL | Sensory alterations or paresthesias interfering with ADL | Disabling | Death |

| Parameter | Total Neuropathy Score (TNS) – grades | | | | |
|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** |
| Sensory symptoms | None | Symptoms limited to finger or toes | Symptoms extends to ankle or wrist | Symptoms extends to knee or elbow | Symptoms above knees or elbows, or functionally disabling |
| Motor symptoms | None | Slight difficulty | Moderate difficulty | Require help/assistance | Paralysis |
| Autonomics symptoms | | | | | |
| | 0 | 1 | 2 | 3 | 4 or 5 |
| Pin sensibilit | Normal | Reduced in finger/toes | Reduced up to | Reduced up to | Reduced above elbow/knee |

| Adverse event | National Cancer Institute – Common Toxicity Criteria version 3.0 – grades | | | | | |
|---|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** | **5** |
| y | | | wrist/ankle | elbow/knee | | |
| Vibration sensibility | Normal | Reduced in finger/toes | Reduced up to wrist/ankle | Reduced up to elbow/knee | Reduced above elbow/knee | |
| Strength | Normal | Mild weakness | Moderate weakness | Severe weakness | Paralysis | |
| Tendon reflex | Normal | Ankle reflex reduced | Ankle reflex absent | Ankle reflex absent, others reduced | All reflexes absent | |
| Vibration sensation (QST vibration) | Normal to 125% of ULN | 126–150% of ULN | 151–200% of ULN | 201–300% of ULN | >300% of ULN | |
| Sural amplitude | Normal/ reduced to <5% of LLN | 76–95% of LLN | 51–75% of LLN | 26–50% of LLN | 0–25% of LLN | |
| Peroneal amplitude | Normal/ reduced to <5% of LLN | 76–95% of LLN | 51–75% of LLN | 26–50% of LLN | 0–25% of LLN | |

Chemotherapy-induced neuropathy is sometimes observed with procarbazine, cytosine arabinoside, inteferons, and thalidomide.  Overall risk of CIPN increases with following factors:

- Patients over 50 years old
- Alcoholics
- Kidney dysfunction
- Liver dysfunction
- Preexisting neuropathies

Early detection is a key component for prevention of CIPN.  Dose reduction or drug discontinuation helps a great deal in preventing chemotherapy-induced peripheral neuropathy. Symptoms may continue or progress for many months even after discontinuation of the drug. The symptoms stabilize or gradually improve in a few weeks or months.  Neuroprotective agents

such as vitamin E, amifostine, glutamine, L-carnitine, and magnesium are being used to prevent CIPN. Amifostine is a potent antioxidant and binds to the metabolites of some chemotherapeutic agents, especially alkylating agents and platinum compounds, which protect nerve cells against the cytotoxic effects [336-339]. Glutathione also acts as an antioxidant and protects tissue from oxidation and is believed to prevent accumulation of platinum compounds in the nerve tissues, especially the dorsal root ganglia [340, 341]. Calcium and magnesium act as neuroprotective agents against chemotherapeutic agents by increasing extracellular calcium concentration [342]. Several studies have observed that vitamin E, vitamin C and alpha-lipoic acid play the role of antioxidants against the cytotoxic effects of anticancer drugs. Vitamin E is considered to be the best neuroprotective vitamin [343, 344]. Neuroprotective role of glutamine, a non-essential amino acid, is also being investigated for preventing neurotoxicity [345, 346]. Erythropoietin (EPO) also exhibits neuroprotective and neurotrophic activity [347]. Acetyl-L-carnitine (ALC) is an antioxidant that acts as a potent neuroprotective agent. All the above agents have a potential to prevent chemotherapy-induced peripheral neuropathy; however, there is no consensus on their efficacy and use because of limited evidence. Other protective measures advised to patients include:

- Wearing socks and using gloves while cooking to prevent huge temperature variance.
- Routine inspection of cuts or abrasions
- Fall prevention education.

No specific treatment exists to completely treat CIPN; however, pain can be treated symptomatically. Analgesics such as pregabalin and gabapentin, amitriptyline (tricyclic antidepressant), and serotonin-norepinephrine reuptake inhibitors such as venlafaxine and duloxetine are effective in reducing pain related to CIPN. Opioids are effective for short-term treatment.

**Inadequacies of Chemotherapy**

Although significant and rapid strides have been made in development of various chemotherapeutic agents, there are several disadvantages of chemotherapeutic agents. Some of the inadequacies of chemotherapy and chemotherapeutic agents include:

1. Significant toxicity
2. Optimization of potent anticancer effect versus side effects is difficult.
3. Mechanistic understanding of nonresponding and resistant disease is lacking.
4. Predictors of patient response to a specific drug are poor.
5. Chemotherapeutics drugs have a narrow range of cellular and molecular mechanisms.

Chemotherapy also suffers from some more limitations which include:

- Limited aqueous solubility: Majority of chemotherapeutic agents are hydrophobic and need solvents to formulate the dosage form which leads to severe toxicity
- Lack of selectivity: Majority of chemotherapeutic agents lack selectivity toward cancerous cells. They cannot differentiate between cancer and healthy body cells. They target rapidly proliferating normal cells which part from cancer cells also includes bone marrow cells, cells of GI system, etc.
- Multidrug resistance: Resistance develops predominantly because of increased efflux pumps. Molecules such as P-glycoprotein (Pgp) which are present in the cell membrane pump out various chemotherapeutic agents out of cells [348-351].

Chemotherapy is always not effective against cancer cells, and even when it is effective, it may not achieve complete destruction of the tumor. Patients frequently fail to understand the limitation of chemotherapy. Recently a study was conducted on patients who had been newly diagnosed with incurable, stage 4 cancer. Majority of these patients believed that the chemotherapy will achieve complete cure [352].

*A cure is the end of a medical condition such as cancer. However, a cure in a cancer applies to a patient who has free of cancer for at least five years, and the disease does not prevent the patient from performing activities of daily living. It also does not restrict them from doing their professional or personal activities. Patient is encouraged for regular checkups in order to detect any possibility of cancer recurrence. A remission, on the other hand, is a temporary end to the clinical manifestations of the disease. Cancer is termed incurable when there is a certainty that disease will relapse, regardless of the duration of the remission period. Cancer patients may assume cancer remission to be a cure, which is not true. Remission is the time period when the cancer is responding to the treatment and the cancer is under control. Remission can be partial or complete. The time period of cancer remission can vary from few weeks to even years, depending on the stage of the cancer and the type of treatment. Partial Remission is achieved when the patient still has cancer, but the number of cancer cells is decreasing.*
*Complete remission is achieved when cancer completely disappears or become undetected after the treatment. However, treatment may continue even after complete remission is achieved to wipe out undetectable cancer which may still be present. Patients are advised to follow annual follow-up checkups.*

Healthcare workers who are exposed to chemotherapeutic agents should take adequate precautions and safety measures to keep drug exposure to a minimum. Limitation in cytotoxics dissolution in US is 20 dissolutions per healthcare personnel. Generally nurses or pharmacist prepare these chemotherapeutic agents and are most exposed to these agents. Doctors and operating room staff is also prone to exposure during chemotherapy. Hospital staff, including custodial workers, shipping and receiving workers, waste handlers, and laundry staff, all are susceptible to drug exposure while performing their duty.

The success of various chemotherapeutic agents in the treatment of cancer is well-documented. Chemotherapy also carries risks and potential to cause side effects in the patients being treated is also well-recognized [353]. For certain chemotherapeutic agents, this risk also extends to healthcare providers who handle these drugs, even after exposure to only small concentrations.

**Hazardous Drugs**
A hazardous drug can be defined as an agent that poses a danger to healthcare worker because of its inherent toxicity. These drugs may have one or more of the four following characteristics [354]:
• Carcinogenicity
• Genotoxicity
• Teratogenicity
• Evidence of toxicity even at low doses in animal models or treated patients

Prominent hazardous chemotherapeutic agents include antineoplastic, cytotoxic agents, and immunosuppressants. A list of such hazardous chemotherapeutic agents that require special handling should be posted in every health facility that provides drug preparation and administration services.

**Sources of Hazardous Drug Exposure**
The unintentional or accidental introduction of hazardous agents into an environment may occur in different ways. Drug containers can be damaged during it transportation; therefore they should be inspected properly upon receipt for any evidence of leakage.  This can prevent accidental drug exposure to the receiving personnel. Environmental contamination can also be caused by improper handling of the drugs while preparing the hazardous drug for administration. Liquid drugs should be handled carefully to prevent leaks, spills and formation of aerosols during dose preparation. Tubing and injection port connections should be properly secured to prevent accidental leakage of the prepared drug.  Hazardous chemotherapeutic agents should be properly disposed to prevent environmental contamination. Hazardous chemotherapeutic agents should be stored, handled, prepared and disposed following strict policies and procedures.

**Evaluating Exposure**
A number of studies have employed a several methods for quantifying healthcare worker exposure to hazardous drugs [355-358]. Many healthcare personnel who handle chemotherapeutic agents were found to have mutagenic changes in the urine and chromosome damage.  These findings led to the conclusion that handling chemotherapeutic agents poses a great health risk to the people involved.  However these were not able to establish a direct cause-and-effect relationship.  Currently, new ways of determining drug exposure have been developed which includes urinalysis to detect the presence of metabolites of hazardous chemotherapeutic drugs handled by healthcare personnel, and environmental surface and air sampling techniques.

**Impact of Hazardous Drug Exposure**
Patients undergoing chemotherapy experience a number of side effects because majority of chemotherapeutic agents are nonselective in nature. Some of the prominent side effects include diarrhea, nausea, vomiting, alopecia or hair loss, and irritation of the skin and mucous membranes. It has also been observed that secondary tumors may develop in cancer patients treated with certain chemotherapeutic agents. The long-term implication of low-level exposure to these chemotherapeutic agents is still unknown. Some studies have observed that there is an association between occupational exposure to these chemotherapeutic agents with the spontaneous abortions and fetal malformations seen in nurses who handles these drugs [359]. These studies clearly highlighted the need to reduce the risk of exposure to hazardous chemotherapeutic agents.

**Suggested Safe Handling Methods**
Three critical elements involved in the safe handling of hazardous chemotherapeutic drugs are:
- Personnel
- Equipment
- Strict adherence to policies and procedures.

**Personnel:** Only authorized and well trained personnel should be responsible for receiving, preparing, transporting, or administering hazardous chemotherapeutic drugs.

Every personnel who may come into contact with a hazardous chemotherapeutic drug container should undergo a proper orientation and training program. Personnel should be educated about the potential dangers and risks associated with exposure to chemotherapeutic drugs. Every personnel must undergo an orientation program regarding the correct procedures and appropriate steps to take in case of an accidental exposure to a hazardous chemotherapeutic agent. Employees who are expecting a baby or breast-feeding should not handle these potentially dangerous drugs and should be reassigned to safer areas to avoid drug exposure. Employee performance should be properly evaluated and documented. Adequate training, assessments and demonstration of proper drug preparation techniques should be given to health personnel.

**Equipment:** Class II contained vertical flow biohazard cabinets, or biological safety cabinets (BSC) should be used drug preparation. This equipment provides a Class 100 clean-air workstation and also protects health workers and the environment from exposure to the drug being prepared. Proper policies and procedures for routine cleaning and disinfection of cabinets should be implemented. The operator should be trained well for appropriate use of these cabinets. All health personnel who handle hazardous chemotherapeutic drugs should wear powder-free, disposable gloves with reasonable thickness, good fit, and adequate tactile sensation. Some studies and guidelines also recommend double-gloving.

A low-permeability, lint-free disposable protective gown with a closed front, long sleeves, and tight-fitting elastic or knit cuffs should be worn at all times when preparing hazardous chemotherapeutic drugs. Proper techniques and supplies aimed for safe preparation of hazardous chemotherapeutic drugs should be implemented at all times.

Syringes and IV (intravenous) administration sets with Luer-lock type fittings should be used for preparing and administering hazardous chemotherapeutic drugs to reduce the risk of accidental leaks or separation of the fittings. Proper techniques to avoid development of positive pressure in drug vials and syringes should be used to reduce the possibility of drug aerosols being introduced into the workspace. Venting devices with hydrophobic provide an additional safety during the drug preparation.

**Policies and Procedures:** Implementation of clearly defined policies and procedures are vital in guiding health personnel to properly handle dangerous chemotherapeutic drugs.

Every personnel directly or indirectly handle the hazardous chemotherapeutic agents should be made aware regarding the policies and procedures. Every personnel should also be routinely evaluated for compliance with these policies and procedures.

---

**Summary of Recommended Procedures**
1. **Assess the hazards in the workplace.**
   - **Evaluate the workplace to identify and assess hazards before anyone begins work with hazardous drugs. As part of this evaluation, assess the following:**
     — Total working environment
     — Equipment (i.e., ventilated cabinets, closed-system drug transfer devices,

  glovebags, needleless systems, and PPE)
— Physical layout of work areas
— Types of drugs being handled
— Volume, frequency, and form of drugs handled (tablets, coated versus un-coated, powder versus liquid)
— Equipment maintenance
— Decontamination and cleaning
— Waste handling
— Potential exposures during work, including hazardous drugs, blood borne pathogens, and chemicals used to deactivate hazardous drugs or clean drug-contaminated surfaces
— Routine operations
— Spill response
— Waste segregation, containment, and disposal

- Regularly review the current inventory of hazardous drugs, equipment, and practices, seeking input from affected workers. Have the safety and health staff or an internal committee perform this review.
- Conduct regular training reviews with all potentially exposed workers in work-places where hazardous drugs are used. Seek ongoing input from workers who handle hazardous drugs and from other potentially exposed workers regarding the quality and effectiveness of the prevention program. Use this input from workers to provide the safest possible equipment and conditions for minimizing exposures. This approach is the only prudent public health approach, since safe concentrations for occupational exposure to hazardous drugs have not been conclusively determined.

2. Handle drugs safely.
- **Implement a program for safely handling hazardous drugs at work and review this program annually on the basis of the workplace evaluation.** Establish work policies and procedures specific to the handling of hazardous drugs. These policies and procedures should address and define the following:
— Presence of hazardous drugs
— Labeling
— Storage
— Personnel issues (such as exposure of pregnant workers)
— Spill control
— Detailed procedures for preparing, administering, and disposing of haz-ardous drugs
- **Establish procedures and provide training for handling hazardous drugs safely, cleaning up spills, and using all equipment and PPE properly.**
- **Establish work practices related to both drug manipulation techniques and to general hygiene practices— such as not permitting eating or drinking in areas where drugs are handled.**

3. Use and maintain equipment properly.
- **Develop workplace procedures for using and maintaining all equipment that functions to reduce exposure— such as ventilated cabinets, closed-**

system drug-transfer devices, needle-less systems, and PPE.

**Detailed Recommendations**

**Receiving and Storage**

- Begin exposure control when hazardous drugs enter the facility. The most significant exposure risk during distribution and transport is from spills resulting from damaged containers.
- Prepare workers for the possibility that spills might occur while they are handling containers (even when packaging is intact during routine activities), and provide them with appropriate PPE.
- Make sure that medical products have labeling on the outsides of containers that will be understood by all workers who will be separating hazardous from non-hazardous drugs.
- Wear chemotherapy gloves, protective clothing, and eye protection when opening containers to unpack hazardous drugs. Such PPE protects workers and helps prevent contamination from spreading if damaged containers are found.
- Wear chemotherapy gloves to prevent contamination when transporting the vial or syringe to the work area.
- Store hazardous drugs separately from other drugs, and other chemical safety standards.
- Store and transport hazardous drugs in closed containers that minimize the risk of breakage.
- Make sure the storage area has sufficient general exhaust ventilation to dilute and remove any airborne contaminants.
- Depending on the physical nature and quantity of the stored drugs, consider installing a dedicated emergency exhaust fan that is large enough to quickly purge airborne contaminants from the storage room in the event of a spill and prevent contamination in adjacent areas.

**Drug Preparation and Administration**

**Initial steps**

- As part of the hazard assessment described earlier, evaluate and review the entire drug preparation and administration process to identify points at which drugs might be released into the work environment. Always consider the possibility of contamination on the outside of containers [360].
- Limit access to areas where drugs are prepared to protect persons not involved in drug preparation.
- Coordinate tasks associated with preparing and administering hazardous drugs for most effective control of worker exposures.

**Preparing hazardous drugs**

- Use a ventilated cabinet designed to reduce worker exposures while preparing hazardous drugs (see following section entitled Ventilated Cabinets).
- Train all staff who use ventilated cabinets to employ work practices established for their particular equipment. The safe use of any control depends on proper work.
- Practice proper technique and use of equipment.

- Include initial and periodic assessments of technique in the safety program, and verify technique during drug administration.
- Wear protective gloves and gowns if you are involved in preparation activities such as opening drug packaging, handling vials or finished products, labeling hazardous drug containers, or disposing of waste.
- Wear PPE (including double gloves and protective gowns) while reconstituting and admixing drugs:
  — Make sure that gloves are labeled as chemotherapy gloves and make sure such information is available on the box or from the manufacturer.
  — Consider latex-sensitive workers and remember that a number of glove materials are suitable for protecting workers from antineoplastic drugs [361-363].
  — Consider using chemotherapy gloves for hazardous drugs that are not chemotherapy drugs or for which no information is available.
  — Use double gloving for all activities involving hazardous drugs. Make sure that the outer glove extends over the cuff of the gown [364].
  — Inspect gloves for physical defects before use.
  — Wash hands with soap and water before donning protective gloves and immediately after removal.
  — Change gloves every 30 minutes or when torn, punctured, or contaminated. Discard them immediately in a yellow chemotherapy waste container [364].
  — Use disposable gowns made of polyethylene-coated polypropylene (which is nonlinting and nonabsorbent). These gowns offer better protection than polypropylene gowns against many of the antineoplastic drugs [365, 366]. Make sure gowns have closed fronts, long sleeves, and elastic or knit closed cuffs.
  — Dispose of protective gowns after each use.
  — Use disposable sleeve covers to protect the wrist area and remove the covers after the task is complete.
- When drug preparation is complete, seal the final product in a plastic bag or other sealable container for transport before taking it out of the ventilated cabinet.
- Seal and wipe all waste containers inside the ventilated cabinet before removing them from the cabinet.
- Remove all outer gloves and sleeve covers and bag them for disposal while you are inside the ventilated cabinet.
- Wash hands with soap and water immediately after removing gloves.
- Consider using devices such as closed-system transfer devices, glovebags, and needleless systems when transferring hazardous drugs from primary packaging (such as vials) to dosing equipment (such as infusion bags, bottles, or pumps). Closed systems limit the potential for generating aerosols and exposing workers to sharps. Evidence documents a decrease in drug contaminants inside a Class II BSC when a closed-system transfer device is used [367-372].
  — Remember that a closed-system transfer device is not an acceptable substitute for a ventilated cabinet and should be used only within a ventilated cabinet.

- — Use appropriate PPE and work practices even when you are using a closed system.
- Have pharmacy personnel prime the IV tubing and syringes inside the ventilated cabinet, or prime them in-line with non-drug solutions—never in the patient's room.

**Administering hazardous drugs**
- Administer drugs safely by using protective medical devices (such as needleless and closed systems) and techniques (such as priming of IV tubing by pharmacy personnel inside a ventilated cabinet or priming in-line with nondrug solutions).
- Wear PPE (including double gloves, goggles, and protective gowns) for all activities associated with drug administration—opening the outer bag, assembling the delivery system, delivering the drug to the patient, and disposing of all equipment used to administer drugs.
- Attach drug administration sets to the IV bag, and prime them before adding the drug to the bag.
- Never remove tubing from an IV bag containing a hazardous drug. Do not disconnect tubing at other points in the system until the tubing has been thoroughly flushed.
- Remove the IV bag and tubing intact when possible.
- Place disposable items directly in a yellow chemotherapy waste container and close the lid.
- Remove outer gloves and gowns, and bag them for disposal in the yellow chemotherapy waste container at the site of drug administration.
- Double-bag the chemotherapy waste before removing the inner gloves.
- Consider double bagging all contaminated equipment.

**Communication**

Communication between healthcare providers and cancer patients is a multidimensional concept that encompasses three components:
- Content of dialogue
- Affective component (emotional aspects of both patient and physician during the encounter
- Nonverbal behaviors

Communication skills are critical for accomplishing the important objectives of the clinical encounter [373]. These objectives include establishing trust, understanding and rapport, collecting relevant medical data from the patient and the patient's family, communicating bad outcomes or news and other information pertaining to the disease or illness, addressing patient emotions, and eliciting concerns [374-377]. Proper, effective and supportive communication helps the patient and patient's family in steering a successful transition to curative or palliative care [378].

Cancer patients expect a greater participation in the consultation involving patient's care. Cancer patients expect to be fully informed about diagnosis, prognosis, disease progression, treatment options, and their probability of success. The physician should also be mindful of the fact that the diagnosis of cancer is one of the key events in the life of any individual. The first consultation, in particular, is of great importance to the patients' perception of the disease and the treatment process. Patient should be educated about their illness, its course, and the type of treatment and medications that are prescribed, and also the need for compliance. Patient satisfaction increases when healthcare givers provide clear information, are sensitive to the patients' needs, patiently answer patient questions and do not dominate the interaction. The doctor-patient relationship is of great importance because of the severity of the disease (cancer) and psychosocial upheaval that patient experiences.

Majority of studies on the doctor-patient communication are centered on primary care or internal medicine settings. However, many aspects of oncology are unique and are different from other medical settings. Despite recent advancement made in the cancer treatment, the disease is life-threatening. New aggressive mode of treatments have given a hope for cure or at least control of the disease progression, but the diagnosis of cancer still instills significant fear and uncertainty in the minds of the patients. The diagnosis also compels them to undergo, painful, expensive, and complex cancer treatments. Therefore, provider-patient communication is very important in providing support during this crisis of cancer. Cancer care is also emotionally draining on the provider who must frequently give bad news and deal with highly emotive issues such as dying and death. In the US, due to insurance issues, medical visits have become less frequent and shorter while patients' for information have increased [379]. Patients consider oncologists as a vital source of psychological support [380]. Unfortunately, oncologists have negligible training in communication and the interpersonal dimensions of patient care [381].

Good communication can yield multiple positive affect on patient and patient's family which includes:
- Increased enhanced patient satisfaction
- Better medical compliance
- Increased patient knowledge
- Increased participation in clinical trials
- Better transition of cancer patients from curative to palliative treatment
- Reduced oncologist stress and burnout [382].

New scientific studies have concluded that three key concepts define the importance of communication skills in the interaction of healthcare providers with cancer patients and their families:
- A patient-centered approach is the most effective way of providing comprehensive cancer care,[383] and communication skills training is of great importance and should not be considered an optional skill [384].
- The communication between the oncologist, treating physicians, patient, and patient's family is associated with important outcomes of care.
- Communication skills are not inborn, do not essentially improve with experience, but can be taught and learned.

The patient-centered or patient-focused care lays emphasize on the importance of the provider's relationship with the patient and the patient's family as a therapeutic tool. It puts emphasize on shared decision making as an essential element of treatment, and approves provider's understanding of patient concerns. All the above factors are vital in promoting patient's general well-being and quality of life [385, 386]. Communication skills play an important role in attaining these goals. Communication skills become particularly important in heightened emotional situations such as putting the patient on palliative therapy and end of life issues.

Patient should be provided all the information regarding his condition as it serves several key functions which include:
- It provides patient a sense of control
- It reduces anxiety; improves compliance, and leads to realistic expectations
- It promotes self-care and participation
- It generates feelings of safety and security.

A recent study has observed that acquisition of information is the top priority of many patients. It also noted that 97% patients wanted more feedback on the disease (cancer) progression, 88% expected more information on the prognosis, and more than 90% sought more information about their disease.

Another study has shown that majority of patients (approximately 63%) wanted more assurance that they would be looked after, 59% wanted more reassurance and hope, and 59% wishes to discuss about their worries and fears [387]. Several studies have concluded that information-seeking has positive effects on increased medical compliance, increased patient satisfaction, improved quality of life, and reduced distress [387-389] It was also observed that some patients were not interested in knowing more about their disease. Patients differ in the quantum of information they want and require about their cancer care [390]. Additionally, patients' information requirements may vary at different phases of the disease and treatment. It has been observed that many patients who are in advanced stages of cancer want less information about their illness [387]. It has been observed that it is often difficult for healthcare providers to accurately determine the quantum or type of information that patients seek, which leads to patient dissatisfaction with the kind of information they get [391-394]. Therefore, it is vital for healthcare to inquire about the quantum or type of information a patient wants.

It represents how much patients want to be involved in the decision-making process concerning cancer. It has been observed that increasing participation for all cancer patients may not be the most effective strategy. Participation can vary from patient to patient. Some patients may seek actively engaging in the decision-making process, while others may prefer the caring physician to make the final decision [395].
One clinical study [396] conducted on patients with early-stage breast cancer categorized them into the following groups:
- Delayers- These patients consider at least two alternatives, but their deliberation is not thoughtful and they immediately prefer one option.
- Deferrers- These patients accept their doctors' recommendations without a major degree of reflection.

- Deliberators-These patients study and weigh the pros and cons of each cancer treatment and do not make a hasty choice until they have considered all the relevant information and have found an alternative with which they are satisfied.

The issue of participation styles is a complex one. It has been suggested that patients should ideally be asked frequently about their needs [397]. Information and involvement preferences also depend upon changing disease status and the behavior of the oncologist during consultation [398]. It is better to Individualize cancer treatment discussions to patients' preferred decision-making styles rather than promoting decision-making autonomy in order to maximize better results for cancer patients [399].

## Patient Satisfaction

Patient satisfaction depends on how well patient health care needs, preferences, or expectations are met. Many studies associate patient satisfaction to psychological adjustment, which includes:

- Patient satisfaction with the quantum and type of information provided at the time of diagnosis [400].
- Oncologist's willingness to discuss treatment methods [401].
- Patient perception of the healthcare provider as caring, attentive, or emotionally supportive [402-404].
- Patient rating of communication with the physician.

## Informed Consent

Informed consent and informed decision making is a vital element for prescribing chemotherapeutic agents. It is a challenging task to completely involve cancer patients in clinical decision making process; however, oncologists are encouraged to take a more interactive approach with patients in explaining cancer treatments [405, 406]. Informed consent facilitates better communication between patients and caring physicians. A dialogue also helps the treating physician to quantify the amount of information a patient actually wants and also ensures the patient's right to shun any kind of unwanted information 407, 408]. Several studies have shown that physicians and oncologists scored poorly in terms of quality of the content of information given to the cancer patient [409]. It was also observed that treating physicians tend to overestimate patient satisfaction with particular treatment information [410].

## Malpractice Claims

It is frequently seen in clinical practices that a small number of physicians face a disproportionate number of lawsuits [411]. There are several risk factors associated with malpractice claims which include physician specialty, physician characteristics and number of patients seen. However, they are not linked to the characteristics of a physician's patients, and the complexity and technical aspects of care [412]. Patient dissatisfaction, with respect to the interpersonal aspects of care, appears to be a key determining factor. These interpersonal aspects of care include time spent with the patient, ability of the clinician to meet expectations of the patient for care, ability of the physician to provide information to the patient, physician concern for patient problems, and the courteousness and friendliness of the doctor [413]. Some studies have observed that communication skills are also related to patient retention, medical compliance, physician burnout,[414] team work among treating physicians teams,[415] and increased problems in switching to palliative care [416].

**Factors Affecting Communication**

A research study has observed that older and disadvantaged cancer patients received less informational support compared to younger patients [417]. It was concluded that quality of communication should be improved to reduce age and ethnic group treatment discrepancies among breast cancer patients [417]. Another study observed that doctors spent more time in relationship building with Caucasians patients than with non Caucasians patients [418]. Yet another research study observed that black patients with lung cancer were provided significantly less information by their treating doctors and were comparatively reluctant to ask their doctors for information [419]. These patients also had trust issues with their treating physicians [420].

Educated young cancer patients usually like to take an active part in medical decision making. Some research studies have observed that poor and less educated women usually have a poor communication with their treating physicians with regards to their treatment modalities, preferences or concerns and fears [421-423].

Physicians should use culturally appropriate ways to communicate regarding cancer because this approach may lower the stress for the cancer patient and/ patient's family. Physicians should be aware of cross-cultural practices when disclosing issues related to cancer. Physicians should try to strike a fine balance between a frank and open discussion, together with a respect for the cultural aspects of the cancer patient [424]. Patients who adhere to Western philosophy desire predictability, control, and obtainable treatment results [425], desire a higher level of autonomy and participation in making treatment decisions [426]. They want to be fully informed in order to make better assessment about their condition [424]. Whereas Italians, Chinese, Japanese, Spanish and Tanzanians may desire and prefer nondisclosure of diagnosis and of a poor prognosis.[426-428] Patients from Egypt prefer to deal the issues related to cancer within a family context [429]. People adhering to Navajo values and culture believe that that order and harmony are disturbed by receiving negative information [426] and is considered to be a curse [428]. Taiwanese families avoid telling aged patients about the disease and poor prognosis so that patients can live happier without knowing the actual truth [430] Ethiopians prefer that family should be communicated first about the disease and its prognosis. They also avoid giving any unpleasant news to prevent sleepless night for the patient [428]. These examples illustrate different views of diverse cultures on a single medical aspect; therefore, it is essential to respect patient's cultural beliefs when communicating with them about their disease and its prognosis. Cultural background significantly influences several aspects of the communication process.

**The Patient's Family**

Some clinicians and patients believe that family-centered approaches should be preferred because majority of decision making in patients' health care is made in the perspective of family care and obligation. Family-centered approaches help cancer patients make better decisions about their care. It is, therefore, important to establish a structured communication with family members regarding plans of care, treatment goals, prognosis and expectations regarding patient outcomes [432]. Family caregivers should be considered an essential component of the cancer care [432].

Many patients refrain from directly asking questions related to cancer and its treatment. Some researchers have found that such patients usually exhibit indirect cues for more information and emotion. These indirect cues include allusions, paraverbal expressions, and nonverbal gestures such as facial expression and posture [433]. In the absence of open communication and discussion, treating physicians are susceptible to make incorrect judgments and decisions about patients' requirement and preferences [434].

**Role of a nurse**
Nurses are a crucial component of multidisciplinary cancer team and play a vital role in supporting cancer patients. They are involved in almost every aspect of the cancer care. They are usually the first clinical contacts for cancer patients and family members. Nurses provide them information about procedures, treatments, and almost all the other aspects of patient care. They usually spend more time with the patient compared to the treating physicians. Nurses should also provide emotional support to patient and family in emotionally draining situations. Advanced practice nurses often act as physician extenders and manage much of the day-to-day care of the patient.

*Communication along the Disease Trajectory*

**Basic Communication Skills**
Communication with the patient and family requires several essential skills, which includes five E's [435]:
- Engaging the patient.
- Eliciting the patient's understanding and/or current concerns.
- Educating the patient.
- Addressing Emotions.
- Enlisting the collaboration of the patient and caregiver.

The above five skills help a great deal in developing rapport; establishing patient understanding of their disease and key concerns; providing information about cancer and its treatment; adequately responding to emotions; and encouraging participation of the patient and family in the treatment plan. Many patients are anxious during medical visits; therefore, the treating physician should put them at ease in order to extract more information. A research study observed that the first few seconds or minutes of the interaction are particularly important in forming lasting impressions. Gestures such as a friendly handshake and making eye contact are helpful in creating rapport and trust. Patient should not be interrupted while they are conveying their concerns or point of view.

**Breaking Bad News**
Many oncologist and physicians find it challenging to convey bad news to the patient and patient's family. Oncologists and other treating physicians are not adequately trained in techniques for conveying bad news [436, 437]. Some treating physicians experience anxiety and fear of being blamed for the condition of the patients and that cancer treatment has failed [438, 439]. There is a danger that some oncologists may give false hope or reassurance, or they may hide vital information from the disclosure [440]. Moreover, cancer patients may adept coping

strategies such as denial or blunting [441]. In such cases patient may not ask questions, become overly optimistic, and distort information to put their prognosis in a better perspective.

**Diagnostic Disclosure and Discussions about Prognosis**

Today, there is total open disclosure about the diagnosis and course of cancer, though oncologists frequently do not convey the prognosis unless a query is made by the patient. Open discussion about the diagnosis is helpful in many ways which include:

- Decreases uncertainty
- Allows access to psychological support
- Improves participation in decisions about care
- Encourages self-care
- Allows the patient to start planning for the future [442].
-

Open disclosure may have a negative emotional impact on the patient in the short term; however majority of patients adjust well over time.  Open disclosure ends uncertainty, which is a key factor for emotional distress in cancer patients. When bad news is conveyed thoughtfully, honestly, and in a supportive manner, the patient's feel less stressful. Patient usually feels helpless when they are kept in dark about the severity of cancer or when they are denied the chance to convey their concerns and fears [443, 44].  Conversely if a cancer patient is conveyed a bad news bluntly by a physician, the patient will most likely feel frightened and unsupported. In some cases, it may lead to feelings of abandonment [444].

One method of disclosing or conveying bad news is known as SPIKES [445]. It encompasses the following six steps:

- **S**—**S**etting up the interview which includes choosing the right location, and establishing rapport.
- **P**—Assessing the patient's **P**erception of the medical situation.
- **I**—Obtaining the patient's **I**nvitation.
- **K**—Giving **K**nowledge and information to the patient.
- **E**—Addressing the patient's **E**motions with empathic responses
- **S**—**S**trategy and **S**ummary

The SPIKES method is a useful tool for disclosing bad news because it is short, easy to use, and focuses on specific skills. This protocol can be used for breaking bad news, including diagnosis, recurrence, transition to palliative care, and even error disclosure.

**Transition to Palliation and End-of-life Care**

End-of-life discussion is not merely psychological, but it also has an impact on health care economics.  It has been observed that patients who had end-of-life discussions with their treating physicians had markedly lower health care costs compared to those who did not have these discussions.

Patients confronting an issue such as end-of-life have many concerns which include:

- Leaving loved ones behind
- Decline in the socially life [446]
- The end of being able to fulfill normal roles
- Fear of burdening loved ones [447]

- Loss of control
- Poor personal appearance
- Needing help with personal care and routine activities of daily living
- Worries about mental health [448]
- Pain and management of symptoms
- Quality of life and dignity [449]
- Achieving a sense of completion
- Having a good death
- Abandonment.

During transitions, patients expect their treating physicians to provide relevant information, proper care, and balance hope with reality.  Many patients find that the physician and other care providers are afraid or reluctant to talk about issues such as death and dying which makes patient feel isolated and separated.  Therefore, it is important to discuss regarding issues pertaining to death.  A number of patients are grateful for the opportunity to talk about questions of death, though they often have few opportunities because many patients find that the healthcare personnel are afraid, reluctant, or uncomfortable talking about end of life issues, death and dying, [450] which exacerbates feelings of isolation and separation.

### Strategies for Breaking Bad News
Breaking bad news suddenly significantly increases its negative impact [451].
A research study has observed that patients also experience negative emotions because of the following circumstances:
- Bad news conveyed over the phone.
- Bad news conveyed in the recovery room
- Doctors withholding information.
- Physicians' failure to offer adequate information about the availability of additional support or help.
- Information given bluntly and factually [452].

Majority of physicians do not have a planned approach for conveying bad news to the patients [451]. Therefore, physicians should have proper training regarding this matter.


### CONCLUSION

New and sophisticated techniques are being introduced for effective treatment of cancers. Isolated limb infusion (ILI) is a relatively new technique for treating cancer that is confined to a single extremity. It is mainly used to treat advanced melanoma with in-transit metastases. Many tumor cells express certain proteins over their surface, but healthy cells usually do not express the protein as strongly. Nanoparticles are conjugated or attached to an antibody, which attach themselves to the cancer cells.  A large number of nanoparticle delivery systems have been or are being developed for cancer therapy.  Electrochemotherapy is a therapeutic approach that facilitates delivery into cell interior of non-permeant drugs with intracellular targets. The treatment is mainly used as a palliative treatment for patients with melanoma metastases and also

other cutaneous nodules.  Electrochemotherapy uses a combination of high voltage electric pulses and an anticancer drug to treat various types of tumors.

In general, the chemotherapeutic agents have narrow therapeutic margin, which implies that there is a high probability that the agent will produce unwanted effects. There are several ways to determine chemotherapy doses depending on the type of chemotherapeutic agent to be administered. Majority of chemotherapeutic agent are measured in milligrams (mg).The overall dose usually depends on a patient's body weight. Some chemotherapeutic agents' doses are often determined based on body surface area (BSA), which is a measured or calculated surface of a human body.  BSA (body surface area) is expressed in meters squared (m2). Chemotherapy is usually administered at regular periods or intervals called cycles. A chemotherapy cycle may involve a single agent or a combination therapy which is followed by period of rest i.e. several days or weeks without treatment. The main purpose of a chemotherapy treatment cycle is to systematically attack tumor cells at particular phases of cell cycle they are most vulnerable and also provide sufficient time for the healthy cells in the body to recover from the toxic affects of the drugs. Doses and schedules of chemotherapeutic agents to treat specific cancers are usually determined in clinical trials.  Patient should be given full course of chemotherapy and the treatment cycles should be kept on schedule.

Chemotherapy can be given orally, intravenously, intramuscularly, topically or Intracavity chemotherapy. Oral administration is particularly preferred by individuals who are uncomfortable with needles.  It is also the most convenient and easiest method of administering chemotherapy.  Patients can take the drugs at home.  The major disadvantage of oral chemotherapy is its side effects which include nausea, vomiting, diarrhea, alopecia, mouth sore and low blood counts. Peripheral intravenous chemotherapy is given by inserting an intravenous (IV) tube via needle into the vein in the arm or hand.  This mode ensures the drug enters the body quickly.  However, it can lead to extravasation resulting in skin burn and blister.  Another disadvantage is that some people find needle insertion an unpleasant experience.  Majority of chemotherapeutic agents cannot be administered intra-muscularly because of the harshness of the chemical. Subcutaneous injections ensure that the chemotherapy drug such as rituximab and L-asparaginase enters the circulatory system very slowly reducing the chances of systemic drug toxicity.  Intravenous (IV) chemotherapy can be administered via a catheter placed in a vein in the arm or hand (peripheral line) or via central venous catheter. Other modes of drug administration include intrathecal, intralesional , intrapleural, and intravesical chemotherapy.

Chemotherapeutic agents cause frequent and often predictable toxic effects because of their narrow therapeutic index.  Drug toxicities are usually acute, but chronic or delayed toxic effects are also seen. Most prominent side effects of chemotherapeutic agents include neutropenia, nausea and vomiting, myelosuppression, neutropenic enterocolitis (typhlitis), secondary malignancies, peripheral neuropathy, infertility, etc.  Other side effects include depression, fatigue, diarrhea, hair loss, dry mouth, etc.  Chemotherapy can also be teratogenic during pregnancy, particularly during the first trimester

Exposure to chemotherapeutic agents can be very harmful.  Healthcare workers who are exposed to chemotherapeutic agents should take adequate precautions and safety measures to keep drug exposure to a minimum. Limitation in cytotoxics dissolution in US is 20 dissolutions per

healthcare personnel.  Only authorized and well trained personnel should be responsible for receiving, preparing, transporting, or administering hazardous chemotherapeutic drugs. Proper policies and procedures for routine cleaning and disinfection of cabinets should be implemented. Implementation of clearly defined policies and procedures are vital in guiding health personnel to properly handle dangerous chemotherapeutic drugs.

Communication skills are critical for accomplishing the important objectives of the clinical encounter. Cancer patients expect a greater participation in the consultation involving patient's care.  Cancer patients expect to be fully informed about diagnosis, prognosis, disease progression, treatment options, and their probability of success. Good communication can yield multiple positive affect on patient and patient's family. It has been observed that patient satisfaction depends on how well patient health care needs, preferences, or expectations are met.

Intense research into newer and innovative approaches to chemotherapy continues to be developed. Current advances in our techniques and knowledge of cancer biology will allow us to individualize therapy and follow-up.  The advances made in the development of new chemotherapeutic agents will make the treatment of cancer more efficacious in the future. Our ultimate goal, of course, remains to be able to find a cure.

## REFERENCES

195.    Elhassadi E, Egan E, O'Sullivan G, Mohamed R. Isolated limb infusion with cytotoxic agent for treatment of localized refractory cutaneous T-cell lymphoma. Clin Lab Haematol. 2006;28:279-281.

196.    Moncrieff MD, Kroon HM, Kam PC, Stalley PD, Scolyer RA, Thompson JF. Isolated limb infusion for advanced soft tissue sarcoma of the extremity. Ann Surg Oncol. 2008; 15:2749-2756.

197.    Hegazy MA, Kotb SZ, Sakr H, et al. Preoperative isolated limb infusion of Doxorubicin and external irradiation for limb-threatening soft tissue sarcomas. Ann Surg Oncol. 2007;14:568-576.

198.    Damian DL, Barnetson RS, Rose BR, Bonenkamp JJ, Thompson JF. Treatment of refractory hand warts by isolated limb infusion with melphalan and actinomycin D. Australas J Dermatol. 2001;42:106-109.

199.    Siemann DW, M.Chapman, A.Beikirch. Effects of oxygenation and pH on tumor cell response to alkylating chemotherapy. Int J Radiat Oncol Biol Phys. 1991;20:287-289.

200.    Skarsgard LD, Skwarchuk MW, Vinczan A, Kristl J, Chaplin DJ. The cytotoxicity of melphalan and its relationship to pH, hypoxia and drug uptake. Anticancer Res.  995;15:219-223.

201.    Thompson JF, Kam PC, Waugh RC, Harman CR. Isolated limb infusion with cytotoxic agents: a simple alternative to isolated limb perfusion. Semin Surg Oncol. 1998;14:238-247.

202.    Lindner P, Doubrovsky A, Kam PC, Thompson JF. Prognostic factors after isolated limb infusion with cytotoxic agents for melanoma. Ann Surg Oncol. 2002;9:127-136.

203.    Lens MB, Dawes M. Isolated limb perfusion with melphalan in the treatment of malignant melanoma of the extremities: a systematic review of randomised controlled trials. Lancet Oncol. 2003;4:359-364.

204.    Mian R, Henderson MA, Speakman D, Finkelde D, Ainslie J, McKenzie A. Isolated limb infusion for melanoma: a simple alternative to isolated limb perfusion. Can J Surg. 2001;44:189-192.

205.    Frank A, Pridgen EM, Langer R, Farokhzad OC. Nanoparticle

206.    Sinha R, Kim GJ, Nie S, Shin DM. Nanotechnology in cancer therapeutics: Bioconjugated nanoparticles for drug delivery. Mol Cancer Ther 2006;5:1909-17.Technologies for Cancer Therapy. Drug Deliv 2010;6:55-86

207.    Alexis F, Rhee JW, Richie JP, Radovic-Moreno AF, Langer R, Farokhzad OC. New frontiers in nanotechnology for cancer treatment. Urol Oncol 2008c;26:74-85

208.    Farokhzad OC. Nanotechnology for drug delivery: The perfect partnership. Expert Opin Drug Deliv 2008;5:927-9.

209.    Ferrari M. Cancer Nanotechnology: Opportunities and Challenges. Nat Rev Cancer 2005;5:161-71.

210.    Euliss LE, DuPont JA, Gratton S, DeSimone J. Imparting size, shape, and composition control of materials for nanomedicine. Chem Soc Rev 2006;35:1095-104.

211.    Ferrari M. Cancer Nanotechnology: Opportunities and Challenges. Nat Rev Cancer 2005;5:161-71.

212.    Heller R, Gilbert R, Jaroszeski MJ. (1999). "Clinical applications of electrochemotherapy". Adv Drug Deliv Rev 35(1): 119–129. doi:10.1016/S0169-409X(98)00067-2.PMID 10837693.

213.    Larkin JO, Collins CG, Aarons S, Tangney M, Whelan M, O'Reily S, Breathnach O, Soden DM, O'Sullivan GC (2007)."Electrochemotherapy - Aspects of preclinical development and early clinical experience". Ann Surg 245 (3): 469–479.doi:10.1097/01.sla.0000250419.36053.33. PMC 1877027.PMID 17435555.

214.    Marty M, Sersa G, Garbay JR, Gehl J, Collins CG, Snoj M, Billard V, Geertsen PF, Larkin JO, Miklavcic D, Pavlovic I, Paulin-Kosir SM, Cemazar M, Morsli N, Soden DM, Rudolf Z, Robert C, O'Sullivan GC, Mir LM (2006). "Electrochemotherapy - An easy, highly effective and safe treatment of cutaneous and subcutaneous metastases". Eur J Cancer Suppl 4 (11): 3–13.doi:10.1016/j.ejcsup.2006.08.002.

215.    Sersa G, Miklavcic D, Cemazar M, Rudolf Z, Pucihar G, Snoj M. (2008). "Electrochemotherapy in treatment of tumours". Eur J Surg Oncol 34 (2): 232–240. doi:10.1016/j.ejso.2007.05.016.PMID 17614247.

216.    Möller MG, Salwa S, Soden DM, O'Sullivan GC. (2009). "Electrochemotherapy as an adjunct or alternative to other treatments for unresectable or in-transit melanoma". Expert Rev Anticancer Ther 9 (11): 1611–1630.doi:10.1586/era.09.129. PMID 19895245.

217.    Testori A, Tosti G, Martinoli C, Spadola G, Cataldo F, Verrecchia F, Baldini F, Mosconi M, Soteldo J, Tedeschi I, Passoni C, Pari C, Di Pietro A, Ferrucci PF (2010). "Electrochemotherapy for cutaneous and subcutaneous tumor lesions: a novel therapeutic approach". Dermatol Ther 23 (6): 651–661. doi:10.1111/j.1529-8019.2010.01370.x.PMID 21054709.

218.    Hampton T (2011). "Electric Pulses Help With Chemotherapy, May Open New Paths for Other Agents". JAMA 305 (6): 549–551. doi:10.1001/jama.2011.92. PMID 21304073.

219.    Sersa G, Miklavcic D (2008). "Electrochemotherapy of tumours". J Vis Exp (22). doi:10.3791/1038. PMC 2762922. PMID 19229171.

220.    Mir LM, Belehradek M, Domenge C, et al. (1991). "[Electrochemotherapy, a new antitumor treatment: first clinical trial]" (in French). C. R. Acad. Sci. III, Sci. Vie 313 (13): 613–8. PMID 1723647.

221.    Cemazar M, Sersa G (December 2007). "Electrotransfer of therapeutic molecules into tissues". Curr. Opin. Mol. Ther. 9 (6): 554–62.PMID 18041666.

222.    Sersa G, Stabuc B, Cemazar M, Jancar B, Miklavcic D, Rudolf Z (July 1998). "Electrochemotherapy with cisplatin: potentiation of local cisplatin antitumour effectiveness by application of electric pulses in cancer patients". Eur. J. Cancer 34 (8): 1213–8. PMID 9849482.

223.    Zupanic, A., Corovic, S. & Miklavcic, D. Optimization of electrode position and electric pulse amplitude in electrochemotherapy. Radiol Oncol 42, 93-101 (2008).

224.    Soden DM, Larkin JO, Collins CG, Tangney M, Aarons S, Piggott J, Morrissey A, Dunne C, O'Sullivan GC (2006). "Successful application of targeted electrochemotherapy using novel flexible electrodes and low dose bleomycin to solid tumours". Cancer Lett 232 (2): 300–310.doi:10.1016/j.canlet.2005.03.057. PMID 15964138.

225.    Miklavcic D, Snoj M, Zupanic A, Kos B, Cemazar M, Kropivnik M, Bracko M, Pecnik T, Gadzijev E, Sersa G. (2010). "Towards treatment planning and treatment of deep-seated solid tumors by electrochemotherapy". BioMed Eng OnLine 9 (1): 10.doi:10.1186/1475-925X-9-10.

226.    Frei E III, Canellos G P. Dose, a critical factor in cancer chemotherapy. Am J Med. 1980;69:585–594.

227.    McGee DC, Gould MK. Preventing complications of central venous catheterization. N Engl J Med 2003;348:1123–1133.

228.    Mitchell SE, Clark RA. Complications of central venous catheterization. AJR Am J Roentgenol 1979;133:467–476.

229.    Plewa MC, Ledrick D, Sferra JJ. Delayed tension pneumothorax complicating central venous catheterization and positive pressure ventilation. Am J Emerg Med 1995;13:532–535.

230.    Eisen LA, Narasimhan M, Berger JS, et al. Mechanical complications of central venous catheters. J Intensive Care Med 2006;21:40–46.

231.    Kaiser CW, Koornick AR, Smith N, et al. Choice of route for central venous cannulation: subclavian or internal jugular vein? A prospective study. J Surg Oncol 1981;17:345–354.

232.    National Institute for Health and Clinical Excellence (September 2002). "Technology appraisal: the clinical effectiveness and cost effectiveness of ultrasonic locating devices for the placement of central venous lines". Retrieved 2008-06-01.

233.    Reuber M, Dunkley LA, Turton EPL, et al. Stroke after internal jugular venous cannulation. Acta Neurol Scand 2002;105: 235–239.

234.    Denys BG, Uretsky BF, Reddy S. Ultrasound-assisted cannulation of the internal jugular vein. A prospective comparison to the external Landmark-Guided Technique. Circulation 1993; 87:1557–1562.

235.    Reuber M, Dunkley LA, Turton EPL, et al. Stroke after internal jugular venous cannulation. Acta Neurol Scand 2002;105: 235–239.

236.    Anagnou J. Cerebrovascular accident during percutaneous cannulation of internal jugular vein. Lancet 1982;2:377–378.

237.    Defalque RJ, FletcherMV. Neurological complications of central venous cannulation. JPEN J Parenter Enteral Nutr 1988; 12:406–409.

238.    Stewart RW,Hardjasudarma M, Nall L, et al. Fatal outcome of jugular vein cannulation. South Med J 1995;88:1159–1160.

239.   Jain U, Shah KB, Belusko RJ, et al. Subclavian artery laceration and acute hemothorax on attempted internal jugular vein cannulation. J Cardiothor Vasc Anesth 1991;5:608–610.

240.   Shah PM, Babu SC, Goyal A, et al. Arterial misplacement of large caliber cannulas during jugular vein catheterization: case for surgical management. J Am Coll Surg 2004;198:939–944.

241.   Kron IL, Joob AW, Lake CL, et al. Arch vessel injury during pulmonary artery catheter placement. Ann Thorac Surg 1985; 39:223–224.

242.   Brzowski BK, Mills JL, Beckett WC. Iatrogenic subclavian artery pseudoaneurysms: case reports. JTrauma 1990;30:616– 618.

243.   Sato O, Tada Y, Sudo K, et al. Arteriovenous fistula following central venous catheterization. Arch Surg 1986;121:729–731.

244.   Yu NR, Eberhardt RT, Menzoian JO, et al. Vertebral artery dissection following intravascular catheter placement: a case report and review of the literature. VascMed 2004;9:199–203.

245.   Bessoud B, de Baere T, Kuoch V, et al. Experience at a single institution with endovascular treatment of mechanical complications caused by implanted central venous access devices in pediatric and adult patients. AJR Am J Roentgenol 2003;180: 527–532.

246.   Mughal MM. Complications of intravenous feeding catheters. Br J Surg 1989;76:15–21.

247.   Rosendaal FR, Reitsma PH (July 2009). "Genetics of venous thrombosis". J. Thromb. Haemost. 7 (suppl 1): 301–4.doi:10.1111/j.1538-7836.2009.03394.x. PMID 19630821.

248.   Lee JA, Zierler BK, Zierler RE (2012). "The risk factors and clinical outcomes of upper extremity deep vein thrombosis".Vasc Endovascular Surg 46 (2): 139–44.doi:10.1177/1538574411432145. PMID 22328450.

249.   Kutter DJ. Thrombotic complications of central venous catheters in cancer patients. Oncologist 2004;9:207–216.

250.   Geerts WH, Pineo GF, Heit JA, et al. Prevention of venous thromboembolism: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004; 126[suppl]:338S–400S.

251.   Bessoud B, de Baere T, Kuoch V, et al. Experience at a single institution with endovascular treatment of mechanical complications caused by implanted central venous access devices in pediatric and adult patients. AJR Am J Roentgenol 2003;180: 527–532.

252.   Kutter DJ. Thrombotic complications of central venous catheters in cancer patients. Oncologist 2004;9:207–216.

253.   Heckmann JG, Lang CJG, Kindler K, et al. Neurologic manifestations of cerebral air embolism as a complication of central venous catheterization. Crit Care Med 2000;28:1621–1625.

254.   Caridi JG, West JH, Stavropoulos SW, et al. Internal jugular and upper extremity central venous access in interventional radiology: is a postprocedure chest radiograph necessary? AJR Am J Roentgenol 2000;174:363–366

255.   Aroesty JM, Cohen SI. Traction-induced fracture of a central venous pressure catheter. Chest 1971;60:515–516.

256.   Georghiou GP, Vidne BA, Raanani E. Knotting of a pulmonary artery catheter in the superior vena cava: surgical removal and a word of caution. Heart 2004;90:e28.

257.   Agarwal NN, Giesswein P, Leverett L, et al. An unusual case of pulmonary artery catheter knotting during withdrawal. Crit Care Med 1989;17:1081–1082.

258. Nguyen D, Omari B, Chung C, et al. Guidewire knotting after carotid perforation. Tex Heart Inst J 1996;23:313.

259. Fratino G, Mazzola C, Buffa P, et al. Mechanical complications related to indwelling central venous catheter in pediatric hematogy/oncology patients. Pediatr Hematol Oncol 2001; 18:317–324.

260. Foubert, J. (2006). Cancer-related anaemia and fatigue: Assessment and treatment. Nursing Standard, 20(36), 50–57.

261. Held-Warmkessel, J. (2000). Assessment of febrile neutropenic patients. Clinical Journal of Oncology Nursing, 4(4), 182–184.

262. Marrs, J.A. (2006). Care of patients with neutropenia. Clinical Journal of Oncology Nursing, 10(2), 164–166.

263. West, F., & Mitchell, S.A. (2004). Evidence-based guidelines for the management of neutropenia following outpatient hematopoietic stem cell transplantation. Clinical Journal of Oncology Nursing, 8(6), 601–613.

264. Fukuyama, S.N., & Itano, J. (1999). Thrombocytopenia secondary to myelosuppression. American Journal of Nursing, April(Suppl.), 5–12.

265. Fortner, B.V., Tauer, K., Zhu, L., Ma, L., & Schwartzberg, L.S. (2004). The impact of medical visits for chemotherapy-induced anemia and neutropenia on the patient and caregiver: A national survey. Community Oncology, 1(4), 211–217.

266. Bodey GP, Buckley M, Sathe YS, Freireich EJ. Quantitative relationships between circulating leukocytes and infection in patients with acute leukemia. Ann Intern Med. 1966;64: 328–340.

267. Blackwell S, Crawford J. Filgrastim (r-metHuG-CSF) in the chemotherapy setting. In: Morstyn G, Dexter TM, Foote M, editors. Filgrastim (r-metHuG-CSF) in clinical practice. New York: Marcel Dekker, 1994:103–106.

268. Buchheidr D, Bohme A, Cornely OA, et al. Diagnosis and treatment of documented infections in neutropenic patients: Recommendations of the Infectious Disease Working party (AGIHO) of the German society of Hematology and Oncology (DGHO). Ann Hematol 2003; 82 (Supple 2): S127-32.

269. Celeste Ann T. Bremer and Brian P. Monahan. Necrotizing Enterocolitis in Neutropenia and Chemotherapy: A Clinical Update and Old Lessons Relearned. Current Gastroenterol Reports 2006; 8: 333-41.

270. Wade DS, Nava HR, Douglass HOJ. Neutropenic enterocolitis. Clinical diagnosis and treatment. Cancer 1992; 69: 17-23.

271. Mullholland MW, Delaney JP, Neutropenic colitis and aplastic anaemia, a new association. Ann Surg 1983; 197: 84-90.

272. Keith Sultan, and Rajeev Vasudeva. Neutropenic Enterocolitis. Drugs Diseases and Procedures 2009; 3: 218-21.

273. Dumitra S, Sideris L, Leclerc Y, et al. Neutropenic enterocolitis and docetaxel neoadjuvant chemotherapy. Ann Oncology 2009; 20; 795-6.

274. Avigan D, Richardson P, Elias A, et al. Neutropenic enterocolitis as a complication of high dose chemotherapy with stem cell rescue in patients with solid tumors: a case series with a review of the literature. Cancer 1998; 83: 409-14.

275. Kouroussis C, Samonis G, Androulakis N, et al. Successful conservative treatment of neutropenic enterocolitis complicating taxene-based chemotherapy: A report of five cases. Am J Clin Oncol 2000; 23: 309-13.

276.    Wenzel C, Urbauer E, Schwarz C, et al. Severe enteropathy associated with ralitrexed and oxaliplatin chemotherapy: report of two patients experiencing this rare, potentially lethal gastrointestinal adverse event. Anticancer Drugs 2006; 17: 865-8.

277.    Tiseo M, Gelsomino F, Bartolotti M, et al. Typhlitis during second-line chemotherapy with pemetrexed in non-small cell lung cancer (NSCLC): A case report. Lung Cancer 2009; 65: 251-3.

278.    Marie I, Robaday S, Kerleau JM, Jardin F, Levesque H. Typhlitis as a complication of alemtuzumab therapy. Haematol 2007; 92: e62-3.

279.    Kasturi KS, Mummadi RR, Sood GK. Neutropenic enterocolitis: An unusual complication of HCV combination therapy with PEG-IFN and ribavirin. Eur J Intern Med 2008; 19: 372-3.

280.    Wenzel C, Urbauer E, Schwarz C et al. Severe enteropathy associated with raltitrexed and oxaliplatin chemotherapy: report of two patients experiencing this rare, potentially lethal gastrointestinal adverse event. Anticancer Drugs 2006; 17: 865-8.

281.    Davila ML: Neutropenic enterocolitis. Curr Opin Gastroenterol 22:44-7, 2006

282.    Wade DS, Nava HR, Douglass HO, Jr.: Neutropenic enterocolitis. Clinical diagnosis and treatment. Cancer 69:17-23, 1992

283.    Katz JA, Wagner ML, Gresik MV, et al: Typhlitis. An 18-year experience and postmortem review. Cancer 65:1041-7, 1990

284.    Kouroussis C, Samonis G, Androulakis N, et al: Successful conservative treatment of neutropenic enterocolitis complicating taxane-based chemotherapy: a report of five cases. Am J Clin Oncol 23:309-13, 2000 [50] Cloutier RL: Neutropenic enterocolitis. Hematol Oncol Clin North Am 24:577-84, 2010

285.    Aksoy DY, Tanriover MD, Uzun O, et al: Diarrhea in neutropenic patients: a prospective cohort study with emphasis on neutropenic enterocolitis. Ann Oncol 18:183-9, 2007

286.    Pestalozzi BC, Sotos GA, Choyke PL, et al: Typhlitis resulting from treatment with taxol and doxorubicin in patients with metastatic breast cancer. Cancer 71:1797- 800, 1993

287.    Musher D R, Amorosi E L, Gouge T. et al. Neutropenic typhlitis simulating carcinoma of the cecum. Gastrointest Endosc. 1989;35:449.

288.    Keidan, RD; Fanning, Gatenby, Weese (Mar 1989). "Recurrent typhlitis. A disease resulting from aggressive chemotherapy". Dis Colon Rectum 32(3): 206–9.PMID 2920627.

289.    Shamberger R C, Weinstein H J, Delorey M J, Levey R H. The medical and surgical management of typhlitis in children with acute nonlymphocytic (myelogenous) leukemia. Cancer. 1986;57:603.

290.    Bloechl-Daum, B., Deuson, R.R., Mavros, P., Hansen, M., & Herrstedt, J. (2006). Delayed nausea and vomiting continue to reduce patients' quality of life after highly and moderately emetogenic chemotherapy despite antiemetic treatment. Journal of Clinical Oncology, 24(27), 4472–4478.

291.    Hamadani, M., Chaudhary, L., Awan, F.T., Khan, J.K., Kojouri, K., Ozer, H., et al. (2007). Management of platinum-based chemotherapy- induced acute nausea and vomiting: Is there a superior serotonin receptor antagonist? Journal of Oncology Pharmacology Practice, 13(2), 69–75.

292.    Shih, Y.C.T., Xu, Y., & Elting, L.S. (2007). Costs of uncontrolled chemotherapy-induced nausea and vomiting among workingage cancer patients receiving highly or moderately emetogenic chemotherapy. Cancer, 110(3), 678–685.

293.    Pollera CF, Giannarelli D. Prognostic factors influencing cisplatin-induced emesis: definition and validation of a predictive logistic model. Cancer 1989;64:1117- 22.

294.    du Bois A, Meerpohl HG, Vach W, Kommoss FG, Fenzl E, Pfleiderer A. Course, patterns, and risk-factors for chemotherapy- induced emesis in cisplatin-pretreated patients: a study with ondansetron. Eur J Cancer 1992;28:450-7.

295.    Hesketh P, Navari R, Grote T, et al. Double-blind, randomized comparison of the antiemetic efficacy of intravenous dolasetron mesylate and intravenous ondansetron in the prevention of acute cisplatin- induced emesis in patients with cancer. J Clin Oncol 1996;14:2242-9.

296.    Osoba D, Zee B, Pater J, Warr D, Latreille J, Kaizer L. Determinants of postchemotherapy nausea and vomiting in patients with cancer. J Clin Oncol 1997;15: 116-23.

297.    Roscoe JA, Bushunnow P, Morrow GR, et al. Patient experience is a strong predictor of severe nausea after chemotherapy: a University of Rochester Community Clinical Oncology Program study of patients with breast carcinoma. Cancer 2004;101:2701-8.

298.    Osoba D, Zee B, Pater J, Warr D, Latreille J, Kaizer L. Determinants of postchemotherapy nausea and vomiting in patients with cancer. J Clin Oncol 1997;15: 116-23.

299.    Hesketh PJ. Defining the emetogenicity of cancer chemotherapy regimens: relevance to clinical practice. Oncologist 1999;4:191-6.

300.    Jordan, K., Sippel, C., & Schmoll, H.J. (2007). Guidelines for antiemetics treatment of chemotherapy-induced nausea and vomiting: Past, present, and future recommendations. Oncologist, 12(9), 1143–1150.

301.    Grunberg, S.M., Gabrial, N.Y., & Clark, G. (2007). Phase III trial of transdermal granisetron patch (Sancuso) compared with oral granisetron in the management of chemotherapy-induced nausea and vomiting (CINV) [Poster No. 18]. Presented at MASCC 2007, June 27–30, St. Gallen, Switzerland.

302.    Gralla, Richard J.; De Wit, Ronald; Herrstedt, Jorn; Carides, Alexandra D.; Ianus, Juliana; Guoguang-Ma, Julie; Evans, Judith K.; Horgan, Kevin J. (2005). "Antiemetic efficacy of the neurokinin-1 antagonist, aprepitant, plus a 5HT3 antagonist and a corticosteroid in patients receiving anthracyclines or cyclophosphamide in addition to high-dose cisplatin". Cancer 104 (4): 864–8.doi:10.1002/cncr.21222. PMID 15973669.

303.    Wampler G. The pharmacology and clinical effectiveness of phenothiazines and related drugs for managing chemotherapy- induced emesis. Drugs 1983;25: Suppl 1:35-51.

304.    Bowcock SJ, Stockdale AD, Bolton JA, Kang AA, Retsas S. Antiemetic prophylaxis with high dose metoclopramide or lorazepam in vomiting induced by chemotherapy. Br Med J (Clin Res Ed) 1984; 288:1879.

305.    Laszlo J, Clark RA, Hanson DC, Tyson L, Crumpler L, Gralla R. Lorazepam in cancer patients treated with cisplatin: a drug having antiemetic, amnesic, and anxiolytic effects. J Clin Oncol 1985;3:864-9.

306.    Mike V, Meadows AT, D'Angio GJ. Incidence of second malignant neoplasms in children: results of an international study. Lancet. 1982;2:1326-1331.

307.    Neglia JP, Friedman DL, Yutaka Y, et al. Second malignant neoplasms in five-year survivors of childhood cancer: childhood cancer survivor study. J Natl Cancer Inst. 2001;93:618-629.

308.    Olsen JH, Garwicz S, Hertz H, et al. Second malignant neoplasms after cancer in childhood or adolescence. Nordic Society of Paediatric Haematology and Oncology Association of the Nordic Cancer Registries. BMJ. 1993;307:1030-1036.

309.    Bhatia S, Sklar C. Second cancers in survivors of childhood cancer. Nat Rev Cancer. 2002;2:124-132.

310.    Bhatia S, Robison LL, Francisco L, et al. Late mortality in survivors of autologous hematopoietic cell transplantation: report from the Bone Marrow Transplant Survivor Study. Blood. 2005;105:4215-4222.

311.    Mertens AC, Yasui Y, Neglia JP, et al. Late mortality experience in five-year survivors of childhood and adolescent cancer: the Childhood Cancer Survivor Study. J Clin Oncol. 2001;19:3163-3172.

312.    Aleman BM, van den Belt-Dusebout AW, Klokman WJ, et al. Long-term cause-specific mortality of patients treated for Hodgkin's disease. J Clin Oncol. 2003;21:3431-9.

313.    Bhatia S, Yasui Y, Robison LL,High risk of subsequent neoplasms continues with extended follow-up of childhood Hodgkin's disease: report from the Late Effects Study Group. J Clin Oncol. 2003;21:4386-94.

314.    Josting A, Wiedenmann S, Franklin J, Secondary myeloid leukemia and myelodysplastic syndromes in patients treated for Hodgkin's disease: a report from the German Hodgkin's Lymphoma Study Group. J Clin Oncol. 2003;21:3440-6.

315.    Deniz K, O'Mahony S, Ross G, et al. Breast cancer in women after treatment for Hodgkin's disease. Lancet Oncol. 2003;4:207-14.

316.    Woodward WA, Strom EA, McNeese MD, Cardiovascular death and second non-breast cancer malignancy after postmastectomy radiation and doxorubicin-based chemotherapy. Int J Radiat Oncol Biol Phys. 2003;57:327-35

317.    Andre MP, Mounier N, Leleu X, Second cancers and late toxicities after treatment of aggressive non-Hodgkin lymphoma with the ACVBP regimen. A GELA cohort study on 2837 patients. Blood. 2003; prepublished online October 23, 2003; DOI 10.1182/blood-2003-04-1124.

318.    Pui CH, Cheng C, Leung W, et al. Extended follow-up of long-term survivors of childhood acute lymphoblastic leukemia. N Engl J Med. 2003;349:640-9.

319.    Chaudhary UB, Haldas JR.Long-term complications of chemotherapy for germ cell tumours. Drugs. 2003;63:1565-77.

320.    Morgan, S.; Anderson, R. A.; Gourley, C.; Wallace, W. H.; Spears, N. (2012). "How do chemotherapeutic agents damage the ovary?". Human Reproduction Update 18 (5): 525.doi:10.1093/humupd/dms022.

321.    Rosendahl, M.; Andersen, C.; La Cour Freiesleben, N.; Juul, A.; Løssl, K.; Andersen, A. (2010). "Dynamics and mechanisms of chemotherapy-induced ovarian follicular depletion in women of fertile age". Fertility and Sterility 94 (1): 156–166. doi:10.1016/j.fertnstert.2009.02.043.PMID 19342041

322.    Gurgan T, Salman C, Demirol A (October 2008). "Pregnancy and assisted reproduction techniques in men and women after cancer treatment". Placenta 29 (Suppl B): 152–9.doi:10.1016/j.placenta.2008.07.007. PMID 18790328.

323.    Arnon, J.; Meirow, D.; Lewis-Roness, H.; Ornoy, A. (2001). "Genetic and teratogenic effects of cancer treatments on gametes and embryos". Human Reproduction Update 7 (4): 394–403. doi:10.1093/humupd/7.4.394. PMID 11476352.edit [1]

324.    Powis G. Anticancer drug pharmacodynamics. Cancer Chemother Pharmacol1985;14:177–83

325.    Doll DC, Ringenberg QS, Yarbro JW. Antineoplastic agents and pregnancy. Semin Oncol 1989;16:337–46.

326.    Links M, Lewis C. Chemoprotectants: a review of their clinical pharmacology and therapeutic efficacy. Drugs. 1999 Mar;57(3):293-308.

327.    Gutiérrez-Gutiérrez G, Sereno M, Miralles A, Casado-Sáenz E, Gutiérrez-Rivas E. Chemotherapy-induced peripheral neuropathy: clinical features, diagnosis, prevention and treatment strategies. Clin Transl Oncol. 2010;2010 Feb;12(2):81-91.

328.    Kannarkat G, Lasher E, Schiff D. Neurologic complications of chemotherapy agents. Curr Opin Neurol. 2007;Dec;20(6):719-25

329.    Ocean A, Vahdat L. Chemotherapy-induced peripheral neuropathy: pathogenesis and emerging therapies. Support Care Cancer. 2004 Sep;12(9):619-25.

330.    Quasthoff S, Hartung H. Chemotherapy-induced peripheral neuropathy. J Neurol. 2002(Jan;249(1)):9-17.

331.    Farquhar-Smith P. Chemotherapy-induced neuropathic pain. Curr Opin Support Palliat Care. 2011;Mar;5(1):1-7.

332.    Wolf S, Barton D, Kottschade L, Grothey A, Loprinzi C. Chemotherapy-induced peripheral neuropathy: prevention and treatment strategies. Eur J Cancer. 2008 Jul;44(11):1507-15.

333.    Driessen C, Bax M, Houterman S, Keuning J, Nijziel M, Dercksen M, et al. Long-term neurotoxicity and major impact on quality of life after treatment with taxanes and platinum derivatives. Ann Oncol 2008;19(8):xx-xx

334.    Zadik Y, Vainstein V, Heling I, et al. (September 2010)."Cytotoxic chemotherapy-induced odontalgia: a differential diagnosis for dental pain". J Endod 36 (9): 1588–92.doi:10.1016/j.joen.2010.05.004. PMID 20728733.

335.    Tannock IF, Ahles TA, Ganz PA, Van Dam FS (June 2004)."Cognitive impairment associated with chemotherapy for cancer: report of a workshop". J. Clin. Oncol. 22 (11): 2233–9.doi:10.1200/JCO.2004.08.094. PMID 15169812.

336.    De Vos FY, Bos AM, Schaapveld M, de Swart CA, de Graaf H, van der Zee AG, et al. A randomized phase II study of paclitaxel with carboplatin +/- amifostine as first line treatment in advanced ovarian carcinoma. Gynecol Oncol. 2005 Apr;97(1):60-7.

337.    Openshaw H, Beamon K, Synold TW, Longmate J, Slatkin NE, Doroshow JH, et al. Neurophysiological study of peripheral neuropathy after high-dose Paclitaxel: lack of neuroprotective effect of amifostine. Clin Cancer Res. 2004 Jan 15;10(2):461-7.

338.    Hilpert F, Stahle A, Tome O, Burges A, Rossner D, Spathe K, et al. Neuroprotection with amifostine in the first-line treatment of advanced ovarian cancer with carboplatin/paclitaxel-based chemotherapy—a double-blind, placebo-controlled, randomized phase II study from the Arbeitsgemeinschaft Gynakologische Onkologoie (AGO) Ovarian Cancer Study Group. Support Care Cancer. 2005 Oct;13(10):797-805.

339.    Capizzi RL. The preclinical basis for broad-spectrum selective cytoprotection of normal tissues from cytotoxic therapies by amifostine (Ethyol). Eur J Cancer. 1996;32A Suppl 4:S5-16.

340.    Cascini S, Catalano V, Cordella L, Labianca R, Giordani P, Baldelli AM, et al. Neuroprotective effect of reduced glutathione on oxaliplatin-based chemotherapy in advanced colorectal cancer: a randomized, double-blind, placebo-controlled trial. J Clin Oncol. 2002 Aug 15;20(16):3478-83.

341.    Milla P, Airoldi M, Weber G, Drescher A, Jaehde U, Cattel L. Administration of reduced glutathione in FOLFOX4 adjuvant treatment for colorectal cancer: effect on oxaliplatin pharmacokinetics, Pt-DNA adduct formation, and neurotoxicity. Anticancer Drugs. 2009 Jun;20(5):396-402.

342.     Armstrong CM, Cota G. Calcium block of Na+ channels and its effect on closing rate. Proc Natl Acad Sci U S A. 1999 Mar 30;96(7):4154-7.

343.     Argyriou AA, Chroni E, Koutras A, Iconomou G, Papapetropoulos S, Polychronopoulos P, et al. Preventing paclitaxel-induced peripheral neuropathy: a phase II trial of vitamin E supplementation. J Pain Symptom Manage. 2006 Sep;32(3):237-44.

344.     Argyriou AA, Chroni E, Koutras A, Iconomou G, Papapetropoulos S, Polychronopoulos P, et al. A randomized controlled trial evaluating the efficacy and safety of vitamin E supplementation for protection against cisplatin-induced peripheral neuropathy: final results. Support Care Cancer. 2006 Nov;14(11):1134-40.

345.     Wang WS, Lin JK, Lin TC, Chen WS, Jiang JK, Wang HS, et al. Oral glutamine is effective for preventing oxaliplatin-induced neuropathy in colorectal cancer patients. Oncologist. 2007 Mar;12(3):312-9.

346.     Vahdat L, Papadopoulos K, Lange D, Leuin S, Kaufman E, Donovan D, et al. Reduction of paclitaxel-induced neuropathy with glutamine. Clin Cancer Res. 2001 May;7(5):1192-7.

347.     Bianchi R, Gilardini A, Rodriguez-Menendez V, Oggioni N, Canta A, Colombo T, et al. Cisplatin-induced peripheral neuropathy: neuroprotection by erythropoietin without affecting tumour growth. Eur J Cancer. 2007 Mar;43(4):710-7.

348.     Kwon GS. Polymeric micelles for delivery of poorly water-soluble compounds. Crit Rev Ther Drug Carrier Syst, 2003; 20:357-403.

349.     Luo Y, Prestwich GD. Cancer-targeted polymeric drugs. Curr Cancer Drug Targets, 2002; 2:209- 226.

350.     Simon Benita. Microencapsulation Methods and Industrial Applications. 2nd edn. Informa Healthcare, London, pp 625-671, 2006.

351.     Stavrovskaya AA. Cellular mechanisms of multidrug resistance of tumor cells. Biochemistry (Mosc), 2000; 65:95-106.

352.     Weeks JC, Catalano PJ, Cronin A, et al. (October 2012). "Patients' expectations about effects of chemotherapy for advanced cancer". N. Engl. J. Med. 367 (17): 1616–25.doi:10.1056/NEJMoa1204410. PMID 23094723.

353.     Centers for Disease Control and Prevention. National Institute for Occupational Safety and Health. Preventing Occupational Exposure to Antineoplastic and Other Hazardous Drugs in Health Care Settings. NIOSH publication 2004-165. September 2004. Available at: www.cdc.gov/niosh/docs/2004-165. Accessed September 14, 2006.

354.     American Society of Hospital Pharmacists. ASHP technical assistance bulletin on handling cytotoxic and hazardous drugs. Am J Hosp Pharm 1990;47:1033-1049.

355.     Falck K, Grohn P, Sorsa M, et al. Mutagenicity in urine of nurses handling injectable antineoplastic agents. Lancet 1979;1: 1250-1251.

356.     Anderson RW, Puckett WH, Dana WJ, et al. Risk of handling injectable antineoplastic agents. Am J Hosp Pharm 1982;6:299-301.

357.     Waksvik H, Klepp O, Brogger A. Chromosome analyses of nurses handling cytostatic agents. Cancer Treat Rep 1981;65:607-610.

358.     Palmer RG, Dore CJ, Denman AM. Chlorambucil-induced chromosome damage to human lymphocytes is dose-dependent and cumulative. Lancet 1984;1:246-249.

359.     Valanis B, Vollmer WM, Steele P. Occupational exposure to antineoplastic Agents: Self-reported miscarriages and stillbirths among nurses and pharmacists. J Occup Environ Med 1999;41: 632-638.

360.    Ros et al. 1997; Hepp and Gentschew 1998; Delporte et al. 1999; Nygren et al. 2002; Favier et al. 2003; Mason et al. 2003

361.    Connor TH [1999]. Permeability of nitrile rubber, latex, polyurethane, and neoprene gloves to 18 antineoplastic drugs. Am J Health Syst Pharm 56:2450–2453.

362.    Singleton LC, Connor TH [1999]. An evalu¬ation of the permeability of chemotherapy gloves to three cancer chemotherapy drugs. Oncol Nurs Forum 26(9):1491–1496.

363.    Klein M, Lambov N, Samev N, Carstens G [2003]. Permeation of cytotoxic formu¬lations through swatches from selected medical gloves. Am J Health Syst Pharm 60:1006–1011.

364.    Brown KA, Esper P, Kelleher LO, O'Neill JEB, Polovich M, White JM [2001]. Che¬motherapy and biotherapy guidelines and recommendations for practice. Pittsburgh, PA: Oncology Nursing Society.

365.    Connor TH [1993]. An evaluation of the per¬meability of disposable polypropylene-based protective gowns to a battery of cancer che¬motherapy drugs. Appl Occup Environ Hyg 8(9):785–789.

366.    Harrison BR, Kloos MD [1999]. Penetra¬tion and splash protection of six disposable gown materials against fifteen antineoplas¬tic drugs. J Oncol Pharm Pract 5(2):61–66.

367.    Sessink PJM, Bos RP [1999]. Drugs haz¬ardous to healthcare workers: evaluation of methods for monitoring occupational ex¬posure to cytostatic drugs. Drug Saf 20(4): 347–359.

368.    Vandenbroucke J, Robays H [2001]. How to protect environment and employees against cytotoxic agents, the UZ Ghent experience. J Oncol Pharm Practice 6(4):146–152.

369.    Connor TH, Anderson RW, Sessink PJ, Spivey SM [2002]. Effectiveness of a closed-system device in containing surface contamination with cyclophosphamide and ifosfamide in an i.v. admixture area. Am J Health Syst Pharm 59:68–72.

370.    Nygren O, Gustavsson B, Ström L, Friberg A [2002]. Cisplatin contamination observed on the outside of drug vials. Ann Occup Hyg 46(6):555–557.

371.    Spivey S, Connor TH [2003]. Determining sources of workplace contamination with antineoplastic drugs and comparing con¬ventional IV drug preparation with a closed system. Hosp Pharm 38(2):135–139.

372.    Wick C, Slawson MH, Jorgenson JA, Tyler LS [2003]. Using a closed-system protective device to reduce personnel exposure to an¬tineoplastic agents. Am J Health Syst Pharm 60:2314–2320.

373.    Levy MH: Doctor-patient communication: the lifeline to comprehensive cancer care. In: Perry MC, ed.: American Society of Clinical Oncology Educational Book: Thirty-Fourth Annual Meeting, Spring 1998. Alexandria, Va: American Society of Clinical Oncology, 1998, pp 195-202.

374.    Parle M, Jones B, Maguire P: Maladaptive coping and affective disorders among cancer patients. Psychol Med 26 (4): 735-44, 1996. [PUBMED Abstract]

375.    Roberts CS, Cox CE, Reintgen DS, et al.: Influence of physician communication on newly diagnosed breast patients' psychologic adjustment and decision-making. Cancer 74 (1 Suppl): 336-41, 1994. [PUBMED Abstract]

376.    Buckman R: Communications and emotions. BMJ 325 (7366): 672, 2002. [PUBMED Abstract]

377.    Detmar SB, Muller MJ, Schornagel JH, et al.: Role of health-related quality of life in palliative chemotherapy treatment decisions. J Clin Oncol 20 (4): 1056-62, 2002. [PUBMED Abstract]

378.    Baile WF: Communication competency in oncology: legal, ethical and humanistic imperatives. [Abstract] Psychooncology 15 (Suppl 2): A-13, S6, 2006.

379.    Tattersall MH, Butow PN, Clayton JM: Insights from cancer patient communication research. Hematol Oncol Clin North Am 16 (3): 731-43, 2002. [PUBMED Abstract]

380.    Mitchell JL: Cross-cultural issues in the disclosure of cancer. Cancer Pract 6 (3): 153-60, 1998 May-Jun. [PUBMED Abstract]

381.    Hietanen P, Aro AR, Holli K, et al.: Information and communication in the context of a clinical trial. Eur J Cancer 36 (16): 2096-104, 2000. [PUBMED Abstract]

382.    Ong LM, Visser MR, Lammes FB, et al.: Doctor-patient communication and cancer patients' quality of life and satisfaction. Patient Educ Couns 41 (2): 145-56, 2000. [PUBMED Abstract]

383.    Levy MH: Doctor-patient communication: the lifeline to comprehensive cancer care. In: Perry MC, ed.: American Society of Clinical Oncology Educational Book: Thirty-Fourth Annual Meeting, Spring 1998. Alexandria, Va: American Society of Clinical Oncology, 1998, pp 195-202.

384.    Cancer care during the last phase of life. J Clin Oncol 16 (5): 1986-96, 1998. [PUBMED Abstract]

385.    Mead N, Bower P: Patient-centredness: a conceptual framework and review of the empirical literature. Soc Sci Med 51 (7): 1087-110, 2000. [PUBMED Abstract]

386.    Schapira L: Communication skills training in clinical oncology: the ASCO position reviewed and an optimistic personal perspective. Crit Rev Oncol Hematol 46 (1): 25-31, 2003. [PUBMED Abstract]

387.    Butow PN, Maclean M, Dunn SM, et al.: The dynamics of change: cancer patients' preferences for information, involvement and support. Ann Oncol 8 (9): 857-63, 1997.

388.    Mills ME, Sullivan K: The importance of information giving for patients newly diagnosed with cancer: a review of the literature. J Clin Nurs 8 (6): 631-42, 1999. [PUBMED Abstract]

389.    Siminoff LA, Ravdin P, Colabianchi N, et al.: Doctor-patient communication patterns in breast cancer adjuvant therapy discussions. Health Expect 3 (1): 26-36, 2000. [PUBMED Abstract]

390.    Jenkins V, Fallowfield L, Saul J: Information needs of patients with cancer: results from a large study in UK cancer centres. Br J Cancer 84 (1): 48-51, 2001. [PUBMED Abstract]

391.    Lobb EA, Butow PN, Kenny DT, et al.: Communicating prognosis in early breast cancer: do women understand the language used? Med J Aust 171 (6): 290-4, 1999. [PUBMED Abstract]

392.    Schofield PE, Butow PN, Thompson JF, et al.: Psychological responses of patients receiving a diagnosis of cancer. Ann Oncol 14 (1): 48-56, 2003. [PUBMED Abstract]

393.    Silliman RA, Dukes KA, Sullivan LM, et al.: Breast cancer care in older women: sources of information, social support, and emotional health outcomes. Cancer 83 (4): 706-11, 1998. [PUBMED Abstract]

394.    Wright EB, Holcombe C, Salmon P: Doctors' communication of trust, care, and respect in breast cancer: qualitative study. BMJ 328 (7444): 864, 2004. [PUBMED Abstract]

395.    Guadagnoli E, Ward P: Patient participation in decision-making. Soc Sci Med 47 (3): 329-39, 1998. [PUBMED Abstract]

396.    Pierce PF: Deciding on breast cancer treatment: a description of decision behavior. Nurs Res 42 (1): 22-8, 1993 Jan-Feb

397.    Baile WF, Buckman R, Lenzi R, et al.: SPIKES-A six-step protocol for delivering bad news: application to the patient with cancer. Oncologist 5 (4): 302-11, 2000.

398.    McVea KL, Minier WC, Johnson Palensky JE: Low-income women with early-stage breast cancer: physician and patient decision-making styles. Psychooncology 10 (2): 137-46, 2001 Mar-Apr. [PUBMED Abstract]

399.    Keating NL, Guadagnoli E, Landrum MB, et al.: Treatment decision making in early-stage breast cancer: should surgeons match patients' desired level of involvement? J Clin Oncol 20 (6): 1473-9, 2002.  [PUBMED Abstract]

400.    Fallowfield LJ, Hall A, Maguire GP, et al.: Psychological outcomes of different treatment policies in women with early breast cancer outside a clinical trial. BMJ 301 (6752): 575-80, 1990. [PUBMED Abstract]

401.    Butow PN, Kazemi JN, Beeney LJ, et al.: When the diagnosis is cancer: patient communication experiences and preferences. Cancer 77 (12): 2630-7, 1996.  [PUBMED Abstract]

402.    Roberts CA, Aruguete MS: Task and socioemotional behaviors of physicians: a test of reciprocity and social interaction theories in analogue physician-patient encounters. Soc Sci Med 50 (3): 309-15, 2000.  [PUBMED Abstract]

403.    Takayama T, Yamazaki Y, Katsumata N: Relationship between outpatients' perceptions of physicians' communication styles and patients' anxiety levels in a Japanese oncology setting. Soc Sci Med 53 (10): 1335-50, 2001.  [PUBMED Abstract]

404.    Zachariae R, Pedersen CG, Jensen AB, et al.: Association of perceived physician communication style with patient satisfaction, distress, cancer-related self-efficacy, and perceived control over the disease. Br J Cancer 88 (5): 658-65, 2003.  [PUBMED Abstract]

405.    Braddock CH 3rd, Edwards KA, Hasenberg NM, et al.: Informed decision making in outpatient practice: time to get back to basics. JAMA 282 (24): 2313-20, 1999 Dec 22-29. [PUBMED Abstract]

406.    American Society of Clinical Oncology.: American Society of Clinical Oncology policy statement: oversight of clinical research. J Clin Oncol 21 (12): 2377-86, 2003.  [PUBMED Abstract]

407.    Gattellari M, Voigt KJ, Butow PN, et al.: When the treatment goal is not cure: are cancer patients equipped to make informed decisions? J Clin Oncol 20 (2): 503-13, 2002.  [PUBMED Abstract]

408.    Baile WF, Beale EA: Giving bad news to cancer patients: matching process and content. J Clin Oncol 19 (9): 2575-7, 2001.  [PUBMED Abstract]

409.    Brown RF, Butow PN, Ellis P, et al.: Seeking informed consent to cancer clinical trials: describing current practice. Soc Sci Med 58 (12): 2445-57, 2004.  [PUBMED Abstract]

410.    Sørensen JB, Rossel P, Holm S: Patient-physician communication concerning participation in cancer chemotherapy trials. Br J Cancer 90 (2): 328-32, 2004.  [PUBMED Abstract]

411.    May ML, Stengel DB: Who sues their doctors? How patients handle medical grievances. Law Soc Rev 24 (1): 105-20, 1990.

412.    Stelfox HT, Gandhi TK, Orav EJ, et al.: The relation of patient satisfaction with complaints against physicians and malpractice lawsuits. Am J Med 118 (10): 1126-33, 2005. [PUBMED Abstract]

413.    Hickson GB, Federspiel CF, Pichert JW, et al.: Patient complaints and malpractice risk. JAMA 287 (22): 2951-7, 2002.  [PUBMED Abstract]

414.    Graham J, Ramirez A: Improving the working lives of cancer clinicians. Eur J Cancer Care (Engl) 11 (3): 188-92, 2002. [PUBMED Abstract]

415.    Catt S, Fallowfield L, Jenkins V, et al.: The informational roles and psychological health of members of 10 oncology multidisciplinary teams in the UK. Br J Cancer 93 (10): 1092-7, 2005. [PUBMED Abstract]

416.    Emanuel EJ: Care for dying patients. Lancet 349 (9067): 1714, 1997. [PUBMED Abstract]

417.    Maly RC, Leake B, Silliman RA: Health care disparities in older patients with breast carcinoma: informational support from physicians. Cancer 97 (6): 1517-27, 2003. [PUBMED Abstract]

418.    Siminoff LA, Graham GC, Gordon NH: Cancer communication patterns and the influence of patient characteristics: disparities in information-giving and affective behaviors. Patient Educ Couns 62 (3): 355-60, 2006. [PUBMED Abstract]

419.    Gordon HS, Street RL Jr, Sharf BF, et al.: Racial differences in doctors' information-giving and patients' participation. Cancer 107 (6): 1313-20, 2006. [PUBMED Abstract]

420.    Gordon HS, Street RL Jr, Sharf BF, et al.: Racial differences in trust and lung cancer patients' perceptions of physician communication. J Clin Oncol 24 (6): 904-9, 2006. [PUBMED Abstract]

421.    Degner LF, Kristjanson LJ, Bowman D, et al.: Information needs and decisional preferences in women with breast cancer. JAMA 277 (18): 1485-92, 1997. [PUBMED Abstract]

422.    Hietanen P, Aro AR, Holli K, et al.: Information and communication in the context of a clinical trial. Eur J Cancer 36 (16): 2096-104, 2000. [PUBMED Abstract]

423.    McVea KL, Minier WC, Johnson Palensky JE: Low-income women with early-stage breast cancer: physician and patient decision-making styles. Psychooncology 10 (2): 137-46, 2001 Mar-Apr. [PUBMED Abstract]

424.    Hern HE Jr, Koenig BA, Moore LJ, et al.: The difference that culture can make in end-of-life decisionmaking. Camb Q Healthc Ethics 7 (1): 27-40, 1998. [PUBMED Abstract]

425.    Mishel MH: Reconceptualization of the uncertainty in illness theory. Image J Nurs Sch 22 (4): 256-62, 1990. [PUBMED Abstract]

426.    Gordon EJ, Daugherty CK: 'Hitting you over the head': oncologists' disclosure of prognosis to advanced cancer patients. Bioethics 17 (2): 142-68, 2003. [PUBMED Abstract]

427.    Baile WF, Lenzi R, Parker PA, et al.: Oncologists' attitudes toward and practices in giving bad news: an exploratory study. J Clin Oncol 20 (8): 2189-96, 2002. [PUBMED Abstract]

428.    Mitchell JL: Cross-cultural issues in the disclosure of cancer. Cancer Pract 6 (3): 153-60, 1998 May-Jun. [PUBMED Abstract]

429.    Butow PN, Tattersall MH, Goldstein D: Communication with cancer patients in culturally diverse societies. Ann N Y Acad Sci 809: 317-29, 1997. [PUBMED Abstract]

430.    Hu WY, Chiu TY, Chuang RB, et al.: Solving family-related barriers to truthfulness in cases of terminal cancer in Taiwan. A professional perspective. Cancer Nurs 25 (6): 486-92, 2002. [PUBMED Abstract]

431.    Ballard-Reisch DS, Letner JA: Centering families in cancer communication research: acknowledging the impact of support, culture and process on client/provider communication in cancer management. Patient Educ Couns 50 (1): 61-6, 2003. [PUBMED Abstract]

432.    Given BA, Given CW, Kozachik S: Family support in advanced cancer. CA Cancer J Clin 51 (4): 213-31, 2001 Jul-Aug. [PUBMED Abstract]

433.    Butow PN, Brown RF, Cogar S, et al.: Oncologists' reactions to cancer patients' verbal cues. Psychooncology 11 (1): 47-58, 2002 Jan-Feb. [PUBMED Abstract]

434.    Towle A, Godolphin W: Framework for teaching and learning informed shared decision making. BMJ 319 (7212): 766-71, 1999. [PUBMED Abstract]

435.    Baile WF, Aaron J: Patient-physician communication in oncology: past, present, and future. Curr Opin Oncol 17 (4): 331-5, 2005. [PUBMED Abstract]

436.    Baile WF, Buckman R, Lenzi R, et al.: SPIKES-A six-step protocol for delivering bad news: application to the patient with cancer. Oncologist 5 (4): 302-11, 2000. [PUBMED Abstract]

437.    Hietanen P, Aro AR, Holli K, et al.: Information and communication in the context of a clinical trial. Eur J Cancer 36 (16): 2096-104, 2000. [PUBMED Abstract]

438.    Buckman R: Communications and emotions. BMJ 325 (7366): 672, 2002. [PUBMED Abstract]

439.    Wallace JA, Hlubocky FJ, Daugherty CK: Emotional responses of oncologists when disclosing prognostic information to patients with terminal disease: results of qualitative data from a mailed survey to ASCO members. [Abstract] J Clin Oncol 24 (Suppl 18): A-8520, 2006.

440.    Maguire P: Improving communication with cancer patients. Eur J Cancer 35 (10): 1415-22, 1999. [PUBMED Abstract]

441.    Miller SM: Monitoring and blunting: validation of a questionnaire to assess styles of information seeking under threat. J Pers Soc Psychol 52 (2): 345-53, 1987. [PUBMED Abstract]

442.    Arber A, Gallagher A: Breaking bad news revisited: the push for negotiated disclosure and changing practice implications. Int J Palliat Nurs 9 (4): 166-72, 2003. [PUBMED Abstract]

443.    Fallowfield L, Jenkins V: Effective communication skills are the key to good cancer care. Eur J Cancer 35 (11): 1592-7, 1999. [PUBMED Abstract]

444.    Friedrichsen MJ, Strang PM, Carlsson ME: Cancer patients' interpretations of verbal expressions when given information about ending cancer treatment. Palliat Med 16 (4): 323-30, 2002. [PUBMED Abstract]

445.    Baile WF, Buckman R, Lenzi R, et al.: SPIKES-A six-step protocol for delivering bad news: application to the patient with cancer. Oncologist 5 (4): 302-11, 2000. [PUBMED Abstract]

446.    Byock IR: The nature of suffering and the nature of opportunity at the end of life. Clin Geriatr Med 12 (2): 237-52, 1996. [PUBMED Abstract]

447.    Singer PA, Martin DK, Kelner M: Quality end-of-life care: patients' perspectives. JAMA 281 (2): 163-8, 1999. [PUBMED Abstract]

448.    Steinhauser KE, Christakis NA, Clipp EC, et al.: Factors considered important at the end of life by patients, family, physicians, and other care providers. JAMA 284 (19): 2476-82, 2000. [PUBMED Abstract]

449.    Chochinov HM, Hack T, Hassard T, et al.: Dignity in the terminally ill: a cross-sectional, cohort study. Lancet 360 (9350): 2026-30, 2002 Dec 21-28. [PUBMED Abstract]

450.    Adelbratt S, Strang P: Death anxiety in brain tumour patients and their spouses. Palliat Med 14 (6): 499-507, 2000. [PUBMED Abstract]

451.    Girgis A, Sanson-Fisher RW: Breaking bad news: consensus guidelines for medical practitioners. J Clin Oncol 13 (9): 2449-56, 1995. [PUBMED Abstract]

452.    Bedell SE, Graboys TB, Bedell E, et al.: Words that harm, words that heal. Arch Intern Med 164 (13): 1365-8, 2004. [PUBMED Abstract]