CASE NO.: 15-CV-61165-WPD

NetCE'S EXHIBIT 181

Traumatic Brain Injury

**6 Contact Hours**

**Learning Objectives**

After finishing the course material, the learners will be able to:

- Identify the epidemiology of traumatic brain injury.
- Define the etiology and mechanisms of traumatic brain injury.
- Classify the brain injuries according to different mechanisms of causation.
- Recognize the most common signs and symptoms of various types of brain injuries.
- Explain the pathophysiology of traumatic brain injury.
- Assess the severity of brain injury based on the Glasgow Coma Scale (GCS).
- Compare the effectiveness of various imaging modalities in brain injury diagnosis.
- Evaluate the various treatment options of traumatic brain injury with regard to indication, efficacy, and adverse effects.
- Explain the early and late consequences of traumatic brain injury.
- Employ methods used to educate people to prevent future problems related to traumatic brain injury (TBI).

**Introduction**

Traumatic injury of the head and brain has been a serious issue for humankind since the dawn of civilization. Even early writings in neurosurgery describe maintenance of head injury. The brain is a partially solid structure that weighs approximately three lbs. and utilizes around 80% of the body's total volume consumption of oxygen [1]. It contains our identity, which directs movement and thought [2]. The brain is covered with three tough membranes called meninges. Resting inside the cranium, the brain is cushioned by cerebrospinal fluid, which protects the gray matter from being harmed. However, when external force is applied, an alteration in brain function may result. This external force may take the form of an insult such as an acceleration that is followed by deceleration, a penetrating injury, or an explosive blast. In these instances, the meninges no longer have the ability to protect the brain and the brain slams against the skull. This leads to the development of contusions, swelling, or subdural hematoma. The alteration in brain function is referred to as traumatic brain injury (TBI) [3].

Clinicians like to use the analogy of an egg to explain how damage may occur to the brain, even when there is little to no outward sign of damage: the shell of the egg - in this case the cranium - may remain intact, but the yolk of the egg - in this case the brain - is violently displaced as it is thrown within the white of the egg, or the cerebral spinal fluid.

TBI occurs most commonly after a sudden blow or shock to the head [4]. There are three primary mechanisms of TBI injury: blunt, penetrating, and blast [5]. TBI may be mild, moderate, or severe. Severity is often first determined by an initial exam that includes assessment on the Glasgow Coma Scale (GCS), and assessment of the cranial nerve reflexes, which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, gag reflex, and a motor

1

examination. An exam is also done to assess for concurrent cervical spine injury. More advanced assessment techniques, such as computed tomography (CT) and magnetic resonance inaging (MRI) are utilized to assess TBI insults as injury progresses.

There are two classifications of TBI: primary insults and secondary insults. The primary insult occurs at the moment of impact. The secondary insult consists of the complications that result from the primary insult. For example, the primary insult may consist of a shift in brain tissues that results from a blow to the head [3]. The secondary insult may then consist of the gradual swelling that occurs in the injured brain.

While TBI may seem isolated, and trauma confined to the head, it is in fact a complex, chronic, and dynamic process that requires consistent attention as associated affected body systems are managed [6, 7]. Additionally, TBI presents differently and must be treated differently in various populations. Neonates, children, and geriatric populations present in different ways and must be treated differently in neurosurgical units for both mild and severe TBI.

## Epidemiology and Etiology

TBI is the leading cause of morbidity and mortality after trauma and presents as the leading world-wide cause of morbidity and mortality in individuals under 45 years of age [8]. TBI represents more than half of the trauma-related deaths in the United States [9]. However, mortality from TBI has improved significantly over the past two decades as a result of improvements made in neurosurgical care, avoidance of serious comorbidities that can occur in patients, and interventions in the public safety sector [10].

The estimated annual incidence of TBI in the United States is around 1.7 million occurrences, with about 506 cases per each 100,000; however, this estimate doesn't take into consideration TBI sustained by patients evaluated at military hospitals or Veterans affairs, or undiagnosed individuals who chose not to seek treatment [11]. Disclosed occurrence of TBI is greater in developing nations; this has largely been attributed to increased rates of motor vehicle injuries [12].

In the United States, major risk factors associated with TBI are age, gender, and quality of insurance. While the most common causes of TBI are falling, motor vehicle accidents, being hit by an object, and assault, age makes a difference when it comes to prevalence of injury. TBI is a common cause of acquired childhood disability [13], with various contributing factors. Across the board, the greatest contributor to TBI injuries, emergency room visits, and hospitalizations in the U.S. is falling [14], with the most frequent injuries occurring in those under 4 years of age or over 75 years of age [15]. The greatest contributor to TBI injuries in individuals 15 to 24 years of age is motor vehicle accidents. Motor vehicle accidents also have the highest mortality rate associated with TBI [15]. In the pediatric population, major causes of TBI vary by age. In infants, inflicted TBI is the major cause of TBI [16]. In toddlers, falling is the major contributor to TBI [17]. In older children and adolescents, motor vehicle accidents are the main cause of TBI [15].

2

Gender also matters. Males are twice as likely to suffer a TBI as are females [15]. Additionally, uninsured or publicly insured patients were twice as likely to suffer TBI when compared with privately insured patients.

In the United States, of the 1.1 million individuals who suffer TBI each year and are evaluated in the emergency room, 50,000 die. Children 14 years of age and younger account for more than 2,600 deaths, and children between the ages of 0 - 4 and 15 -19 have the highest percentage of visits to the emergency room as a result of TBI. Adults older than 75 years of age have the highest percentage of hospitalizations and death as a result of TBI [9].

Initial evaluation of severity of TBI is similar to the initial evaluation done on all trauma patients. The initial exam includes assessment on the Glasgow Coma Scale (GCS), and assessment of the cranial nerve reflexes, which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, and gag reflex, and a motor examination. An exam is also done to assess for concurrent cervical spine injury. From there, practitioners must be alert for ever-evolving secondary insults, injuries that may include hypotension, anemia, hypercapnia, hypocapnia, hypotension, intracranial hypertension, lesions that work to compress unaffected tissues, cerebral edema, and hypoxia.

**Epidemiology of Mild Traumatic Brain Injury**

Ninety percent of TBIs are considered mild, with infrequent intracranial complications that are either life threatening (10% of cases) or require neurosurgical intervention (1% of cases) [18, 19]. Approximately 275,000 hospital evaluations occur every year in the U.S. for nonfatal TBI. A concussion is considered a mild TBI. One study [20] on concussions in sports reported that 30% of high school football players indicated that they had suffered at least one concussion previously; 15% of players indicated that they had suffered a concussion during the present football season.

There are approximately 1.7 million mild TBIs each year in the U.S. However, that number may be underestimated, as many individuals who sustain mild TBI do not seek medical attention after being injured and are therefore not evaluated in the emergency room or admitted into the hospital [21].

**Mechanisms**

Understanding the mechanism of injury offers several essential opportunities to the caregiver: the first is the opportunity to ensure that no aspect of the initial injury has been overlooked or missed [5]; the second is the opportunity to avoid potential complications secondary to the primary insult.

There are three primary mechanisms of TBI injury: blunt, penetrating, and blast. However, it is the conveyance of energy to brain tissue that causes the subsequent damage. This conveyance may be summarized as follows:

$$KE = M/2 \text{ x } V^2$$

in which KE = kinetic energy; M = mass; and V = velocity.

Source: [5]

**Blunt Trauma**

Blunt traumatic injury is the most common cause of TBI. Blunt trauma frequently results from motor vehicle accidents, bicycle or motorcycle accidents, falls, sporting accidents, or assaults. Motor vehicle accidents account for 50% of all blunt traumatic injuries. This number includes accidents that consist of motor vehicles, motorcycles, bicycles, and motor vehicle and pedestrian collisions [5]. Motor vehicle accidents are frequently covered by private insurance, a factor that may determine where an individual ends up when discharged for follow-up treatment [22]. This factor may also determine if the individual receives extra services or additional follow-up care.

Determining the force of impact in blunt traumatic injury, particularly in motor vehicle accidents, helps practitioners predict severity of injury, short- and long-term consequences, and probable prognosis. In motor vehicle accidents, force is determined by five different factors: mass x acceleration, direction, duration, and rate. To give an example: If an unrestrained passenger is thrown from an automobile traveling at 30 mph, this is the same force of impact as if that person fell from a three-story building.

Severity of injury and subsequent prediction of consequences can be determined by the percentage of impact the passenger absorbs. For instance, in a motorcycle accident, the passenger absorbs 100% of the force of impact. TBI in motorcycle accidents causes 75% of all correlated deaths. However, if the passenger wears a helmet, the risk of death declines, because the passenger absorbs a lower force of impact in the event of an accident.

Similarly, if passengers in automobiles wear safety belts, or are riding in automobiles equipped with air bags, the risk of death declines, because the passenger will absorb a lower force of impact in the event of an accident than they would have if they had hit a windshield or a seat unrestrained.

It is important for practitioners to know if incoming patients with TBI were in accidents with or without restraining devices.

**Penetrating Trauma**

Penetrating traumatic injury results from a blunt, sharp object penetrating the skull. The brain is then exposed and the object enters the brain. While the force of impact factors in to the severity of injury in penetrating trauma, factors such as point of entry and angle and depth of entry must also be considered when determining extent and severity of injuries.

The highest number of deaths related to penetrating TBI is attributable to gunshot wounds. Practitioners are well served in having basic knowledge of ballistics and kinematics. Put simply, ballistics deals with the flight mechanics of objects such as bullets. Kinematics in human motion deals with the study of human positioning, angles, and velocity in various body segments [23]. In treating gunshot wounds, these sciences may be used to determine extent and severity of injury by first determining flight, force, and motion.

Three factors that determine the extent of injury in gunshot wounds are frontal area, velocity, and distance. The frontal area is the surface area of the bullet where it strikes an object. Velocity

4

refers to speed, and it is key in the general extent of the injury. Higher velocity means higher energy, which translates into higher force of impact. What this essentially translates into is that a small caliber bullet traveling very fast can do more damage than a large caliber bullet traveling slowly, and high velocity weapons do more damage than medium velocity weapons. Therefore, velocity in an injury is an important consideration for practitioners. Finally, distance refers to how far away the victim was from the weapon that caused the damage. When there is great distance between the victim and the weapon, there has been opportunity for air resistance to decrease the velocity of the bullet, which decreases energy and therefore decreases the subsequent force of impact. This means that knowing the approximate distance between the victim and the weapon is important for practitioners to determine the extent and severity of injuries, as well as determine potential secondary complications.

**Blast Trauma**

Blast traumatic injury results from a combination of blunt and penetrating force injuries and is becoming more common. Blast traumatic injury is frequently seen in soldiers returning from war zones. Blast trauma directly linked with TBI may be classified as:

1. Primary trauma with associated barotraumas and ambient pressure with ensuing blast waves that results in concussion, gaseous embolisms, diffuse axonal injuries, infarction, and subdural hematomas.
2. Secondary trauma (penetrating injury) with penetration of the brain by projectile fragments as a result of blast waves.
3. Tertiary trauma (impact injury); injury that results from ejection or blast wind velocity to nonmoving objects [24]

Understanding the mechanics of blast traumatic injury is important for practitioners so they can understand how to care for patients who have suffered them.

## Classification

TBI injury may be classified as either primary or secondary. TBI is also classified by severity of injury.

**Primary Insults**

The primary insult in TBI occurs at the moment of impact. The primary insult is the initial physical displacement of the brain tissue [3]. When the impact occurs, the extent of injury may be determined by the extent to which cerebral perfusion pressure (CPP) is adequately maintained. This is gauged by examining autoregulation of cerebral blood flow (CBF), which is roughly estimated through calculating CPP by taking the difference between the mean arterial pressure (MAP) and intracranial pressure (ICP). Cerebral blood vessels autoregulate and maintain the desired CBF by constricting and dilating in response to changing physiologic conditions;however, in the event of trauma, autoregulation and CBF are frequently disrupted.

When there is direct tissue damage that leads to dis-regulation of cerebral blood flow, metabolism is in turn, disrupted, which results in anaerobic metabolism. Anaerobic metabolism does not provide sufficient cell energy; therefore, this leads to the depletion of adenosine triphosphate (ATP) stores and the membrane ion pump fails, as it depends on cellular energy.

When the membrane ion pump fails, there is mass membrane depolarization and a release of a tide of excitatory neurotransmitters. This in turn incites generation of free radicals. These events cascade and lead to necrotic cell death, which then incites secondary insults. The extent of change to these aspects is directly correlated with clinical outcome [1].

Immediate cell death result from primary injury, and this damage to the brain tissue is irreversible [25]. This is why many treatments focus on the inhibition of secondary insult cascades to protect the integrity of the remaining neurological architecture.

**Secondary Insults**

Neurological damage does not happen all at once nor at the moment of impact. The damage also evolves afterward in a cascade of secondary insults, or injuries. Secondary brain insults are the leading contributor of in-hospital death post-TBI [26].

The secondary insult consists of the complications that result from the primary insult. Secondary insults evolve more slowly than primary insults. Secondary injuries are both the result of severity of the primary injury and may contribute to the worsening of the outcome of the primary injury. Additionally, the type and degree of the secondary injury is a major deciding factor in the final clinical outcome [1].

Secondary insults can be either extracranial or intracranial [27]. Examples of extracranial secondary insults are hypoxia, hypothermia, hyperthermia, and hypotension. These conditions can be very serious. For example, in adults, hypotension is determined to be a single measure of systolic blood pressure below 90 mm Hg. In individuals who have sustained severe TBI, a single episode of hypotension post-trauma was associated with doubled risk of mortality and increased risk of morbidity [27]. Examples of intracranial secondary insults include intracranial hypertension, lesions that work to affect unaffected tissues, and cerebral edema. Secondary insults may have extreme adverse effects, should they occur either pre-hospital or in hospital, and practitioners should watch for occurrence of these injuries.

**Severity.** Severity is a general classification approach to TBI. Clinically, this general categorization of severity is made based on the Glasgow Coma Score (GCS) [28]. Practitioners should remember several important things when categorizing severity of injury. The first is that extenuating circumstances and patient history may affect the Glasgow Coma Score. Early responders and physicians need to take into account factors such as previous TBI injury, medications the patient may be taking, sedation, and ventilation. These are only several of the factors that must be considered. Secondly, the Glasgow Coma Scale utilizes a hard differentiation into mild, moderate, and severe injury, which is an artificial differentiation. Practitioners must use caution when approaching this differentiation and keep in mind that each injury and patient is unique, and the injuries fall along a continuum. The conclusion is that classification of TBI injury based on severity is complex and multidimensional.

## Pathophysiology

**General Pathophysiology**

One signature characteristic of TBI is diffuse axonal injury, which occurs as a direct result of the trauma [29]. Diffuse axonal injury results from rotational forces that are in play during traumatic

6

impact. This is an example of a primary insult. Direct tissue damage leads to dis-regulation of cerebral blood flow and disrupted metabolism, which results in anaerobic metabolism. Anaerobic metabolism does not provide sufficient cell energy; which leads to the depletion of ATP stores and the membrane ion pump fails; there is then mass membrane depolarization and a release of a tide of excitatory neurotransmitters. This incites the generation of free radicals. These events cascade to form a perfect storm that leads to necrotic cell death. This then leads to secondary insults that may include conditions such as hypotension, anemia, hypercapnia, hypocapnia, hypotension, intracranial hypertension, lesions that work to compress unaffected tissues, cerebral edema, and hypoxia.

**Specific Pathophysiology**

**Cerebral blood flow.** The extent of severity of injury may be determined by the extent to which cerebral perfusion pressure (CPP) is adequately maintained. This is gauged by examining autoregulation of cerebral blood flow (CBF), which is roughly estimated through calculating CPP by taking the difference between the mean arterial pressure (MAP) and intracranial pressure (ICP). Cerebral blood vessels autoregulate and maintain the desired CBF by constricting and dilating in response to changing physiologic conditions. However, in the event of trauma, autoregulation and CBF may be disrupted.

The Brain Trauma Foundation offers guidelines for managing CPP in patients who have suffered severe TBI. The foundation recommends that CPP be maintained at over 60 mm Hg in these patients, as it has been shown that a very low CPP carries a significant risk of cerebral ischemia, which in turn triggers a cascade of damaging pathophysiological processes that threaten the integrity of brain structures [30].

**Cerebrovascular autoregulation.** After TBI occurs, autoregulation of CBF – meaning cerebrovascular constriction or dilation that occurs in response to either increases or decreases in CPP – is impaired or entirely destroyed in most patients [31]. Defective autoregulation of CBF may present itself immediately after the trauma or it may develop over time, and it is either transient or persistent in nature irrespective of the severity of the damage caused.

Additionally, autoregulatory vasoconstriction appears to be more resistant than does autoregulatory vasodilation. This indicates that patients may be more sensitive to damage from lower rather than higher CPPs.

**Cerebral vasospasm.** An important secondary insult that decides patient outcome [32] is post-traumatic cerebral vasospasm, which occurs in over one-third of TBI patients. Vasospasm indicates severe brain damage.

Onset varies from day 2 to day 15, and hypoperfusion typically occurs in 50% of patients that develop vasospasm.

**Cerebral metabolic dysfunction.** It is widely known that the brain endures a metabolic crisis post-TBI [33]. This is typical of a post-trauma state, as cerebral metabolism and energy are often reduced after TBI [34]. The degree of reduction or failure of metabolism directly relates to the severity of the primary insult, and outcome is worse in patients with lower metabolic rates as compared to patients with minor or no cerebral metabolic dysfunction [35].

An alternative event, hypermetabolism, may also occur [33]. This event is driven by the brief ionic fluxation of the transmembrane with consecutive neuroexcitation that are not sufficiently met by increases in CBF. This failure supports the cascade of secondary ischemic injury.

**Cerebral oxygenation.** A characterizing quality of TBI is the imbalance between the delivery and consumption of cerebral oxygen. This mismatch is induced by several vascular and hemodynamic mechanisms, but the common endpoint to be discussed is tissue hypoxia.

The critical threshold of oxygen pressure, as measured in the brain tissue of patients suffering from TBI, is 15–10 mm Hg PtO2 [36]. Below this threshold, infarction of the neuronal tissue occurs. Consequently, the extent and duration of tissue hypoxia correlates with outcome.

However, it is important for practitioners to note that deprivation of oxygen to the brain with secondary brain damage may occur even with normal CPP or intracranial pressure (ICP) [37].

**Edema.** Edema formation usually results after TBI. Brain edema is often linked with osmotic imbalance and structural damage, resulting from primary and secondary damage.

*Vasogenic brain edema.* This is caused by mechanical or autodigestive disorder or the breakdown of endothelial cells of brain. This results in constant flow of iron and protein between intravascular brain and interstitial brain. This speeds up water accumulation and increases extracellular space. [38]

*Cytoxic brain edema.* The major characteristic of cytotoxic edema is an intracellular accumulation of astrocytes, neurons and microglia. This happens irrespective of the vascular endothelial cell wall, and is due to higher membrane permeability, failure of ionic pump, and re-absorption of osmotically active soluble. [37] Both vasogenic and cytoxic edema are associated with increased ICP and secondary ischemic disorders.

**Inflammation.** TBI speeds up a number of immunological and inflammatory tissue reactions. Both primary and secondary TBI prompt the discharge of free radicals, pro-inflammatory cytokines, and prostaglandins.

**Necrosis and apoptosis.** TBI can result in two types of cell damage. One is necrosis, which is localized cell damage that occurs due to an injury. The other is apoptosis, which is a programmed deactivation of cells.

Necrosis takes place as a reaction to a major ischemic or mechanical hypoxic tissue damage associated with an excessive discharge of excitatory amino acid neurotransmitters, which usually arises with metabolic failure. Lipid, phospholipases, and proteases neutralize the membrane, and resulting cell waste is taken as an antigen that is excreted by an inflammatory process. Scar tissue remains in its place, in the end.

In apoptosis, neurons remain in place throughout the time right after trauma and produce sufficient ATP. However, apoptosis shows its signs after several hours or even days of the primary injury. This happens because apoptosis is an immunological process that occurs due to perceived immune danger. [40] Immune danger or threat might result because of damaged cells, which are eventually eliminated by programmed cell decay.

**Pathophysiology of TBI in Geriatric Populations**

It has been observed that patients in geriatric populations have shown similar injury signs as those in post-TBI younger populations. However, there are certain dissimilarities in pathophysiology, [41] and it is beneficial to learn more about how age impacts results.

The atrophy exhibited by the brain often develops with age. As the brain compresses, a greater distance is created between the skull and the brain, which accommodates bridging veins that nourish the brain. Since bridging veins need to travel great distance, they are fragile in older patients, making them more vulnerable to subdural hematomas post trauma, and venous tears. In addition, the tissues of the brain also pass through the process of long-lasting atrophy that develops post-TBI, which may worsen the situation. This process is related to aging. [42,43,44]

The cerebral edema results in increased intracranial pressure and reduced cerebral perfusion pressure. On the cellular level, excitotoxicity may arise due to neuronal and astrocyte selling, which is secondary to sodium and chlorine flow and the overflow of excitatory amino acids. [45, 46, 47] Excitatory acids in excess cause increased intracellular production of calcium; which eventually leads to free radicals' production. This causes oxidative damage to cell membranes and DNA. This finally leads to death of cells. [48] Vulnerability to glutamate oriented oxidative injury to DNA and cell membranes increases with age. [46, 49] As a result, geriatric patients are more prone to suffer from higher cell death post-TBI rate.

**Endocrinea.** Endocrine disorders usually result after pituitary gland dysfunction, and they are quite common post-TBI. [50, 51] These disorders negatively impact the patient's cognitive abilities. For example, patients with TBI suffer from chronic growth deficiency, hypothyroidism, and hypogonadism. These disorders relate to aging; however, they are also common in geriatric population post-TBI [9]. Hence, it is essential to examine laboratory results of older patients on a regular basis in order to keep a check on requirement for hormone replacement. [52]. It will help in rapid recovery.

The sex hormones and sexual life play a critical role as a neurological protector in TBI. Research suggests that sex hormones in females can avoid oxidative damage [53] and decrease the intensity of secondary injuries that may happen in early post-TBI. [54] In addition, evidence shows that progesterone might enhance results and mortality post-TBI by influencing vascular remodeling and restoring the blood flow in the brain. [55, 56, 57] Estrogen therapy also helps in neurological protection in both males and females. [56.67]

The production of endogenous gonadal hormone reduces post-TBI condition. This hormone's production is linked with aging and related to unfavorable outcomes. [46] Hence, health-care experts should cautiously observe patients who receive hormone therapy, and they should also closely observe secondary injury factors.

Chronic hypogonadism is a wide-spread disorder that negatively affects cognition. [58]

9

Chronic nerve degeneration results after TBI in geriatric populations relative to cerebral atrophy, and the boosted growth of factors associated with dementia and aging. In addition, progressive cognitive disorder is usually observed specifically in geriatric population post-TBI. [42]

**Alzheimer's disease, dementia, and TBI:** TBI is a risk factor for the development of Alzheimer's disease. There is a direct relationship between higher severity of injury and higher risk of developing Alzheimer's. [59, 60] There are certain clear similarities between TBI and Alzheimer's, including the existence of neurofibrillary tangles and amyloid beta plaques. [59, 60] Further, the accumulation of amyloid beta substrate proteins in damaged axons is common both in TBI and Alzheimer's. People with the apolipoprotein epsilon 4 (APOE 4) allele have a higher risk of developing Alzheimer's. Research shows that people with APOE 4 likely also suffered from extreme cognitive deficiencies and have a higher probability of developing dementia. In addition, they have slower recovery rate than those without the allele. [60, 61] This leads to various complications in aged patients.

**Parkinson's disease, aging, and TBI.** According to latest research, individuals with persistent TBI might have higher risk of developing Parkinson's disease. [62, 63] This is a special concern for older patients, as patients in geriatric populations are more prone to repeated brain trauma or multiple falls. In addition, patients with Parkinson's diseases are at higher risk of suffering from TBI that is secondary to their risk of falling.

These patients are also at higher risk of facing unwanted secondary results connected to reduced dopamine (DA) neurotransmitter systems that arise in Parkinson's disease. [64] Post-TBI changes happen in CNS-DA levels that are secondary to multiple processes. [65, 66] Long-lasting changes in dopamine transmitters and in other dopamine system proteins are observed in the striatum and cortex. These changes are accompanied by changes in postsynaptic secondary signaling and presynaptic dopamine synthetic enzymes post-TBI [67]. In the normal aging mechanism, the concentration of dopamine transmitter in basal ganglia increases. This occurs rapidly in patients who have Parkinson's disease.

Patients suffering from Parkinson's disease are usually given gradually increased medication dosage in acute and sub-acute duration post-TBI. Geriatric patients also show symptoms that are seen in Parkinson's patients, even if they don't have any related signs in pre-TBI.

### Signs/Symptoms

**Glasgow Coma Scale**

The Glasgow Coma Scale (GCS) is the major scale used to determine the extent and severity of insult, and for determining the depth and duration of coma, as based on verbal performance, motor responsiveness, and eye opening to the appropriate stimuli. The GCS offers practitioners the opportunity to gauge the impact of damage related to the primary insult, as well as ongoing and evolving damage as secondary insults present themselves. The scale is as follows:

Eye Opening Response:

10

| | |
|---|---|
| **4** | Spontaneous – open with blinking |
| **3** | To verbal stimuli, command, or speech |
| **2** | To pain only |
| **1** | No response |

Verbal Response:

| | |
|---|---|
| **5** | Oriented |
| **4** | Confused conversation, but with the ability to respond to questions |
| **3** | Inappropriate words |
| **2** | Incomprehensible speech |
| **1** | No response |

Motor Response:

| | |
|---|---|
| **6** | Obeys commands for movement |
| **5** | Movement with purpose in response to painful stimuli |
| **4** | Withdrawal from painful stimuli |
| **3** | Flexion in response to painful stimuli |
| **2** | Extension in response to painful stimuli |
| **1** | No response |

The total GCS score is then calculated by adding the individual scores from eye opening response, verbal response, and motor response, and then head injuries are classified as follows: A GCS score of 13 – 15 signifies minor head injury; a GCS score of 9 – 12 signifies moderate head injury; and a GCS score of ≤ 8 signifies severe head injury.

Source: [68]

A patient is considered comatose if he or she has a GCS of 3 – 8, has no eye opening, no verbalization of words, and does not have the ability to follow commands.

**Glasgow Coma Scale – Modified for Pediatrics**

Children who have suffered TBI must be treated differently than adults. The Glasgow Coma Scale has therefore been modified for the evaluation of children and is scaled based on the age of the child, as follows:

Eye Opening:

≥1 year:

4 Spontaneously

3 To verbal command

2 To pain

1 No response


0 – 1 year:

4 Spontaneously

3 To shout

2 To pain

1 No response


Best Motor Response:

≥1 year:

6 Obeys

5 Localizes pain

4 Flexion withdrawal

3 Flexion abnormal

2 Extension

1 No response


0 – 1 year:

5 Localizes pain

4 Flexion withdrawal

3 Flexion abnormal

2 Extension

1 No response


Best Verbal Response:

>5 years:

5 Oriented and converses

4 Disoriented and converses

3 Inappropriate words

2 Incomprehensible sounds

1 No response

2 – 5 years:

5 Appropriate words and phrases

4 Inappropriate words

3 Cries or screams

2 Grunts

1 No response


0 – 2 years:

5 Cries appropriately, smiles, coos

4 Cries

3 Inappropriate crying or screaming

2 Grunts

1 No response


The total score is then calculated by adding the individual scores from eye opening, best motor response, and best verbal response. A GCS score of 13 - 15 signifies minor head injury; a GCS score of 9 – 12 signifies moderate head injury; and a GCS score of ≤ 8 signifies severe head injury.

Source: [69]

**Assessing Signs and Symptoms in Mild TBI**

While mild TBI may also be assessed utilizing the GCS, patients who sustain mild TBI are more likely to either have a GCS of 13 -15, or they are unlikely to score on the GCS at all.

Symptoms of patients with mild TBI may still be assessed on a scaled system, however. One such system is the Post-Concussion Symptom Scale (PCSS), which is designed to identify common mild TBI symptoms across four categories: cognitive, physical, emotional, and sleep [70]. Each symptom is rated from 0 – 6, as follows:

| 0 | no symptoms |
|---|---|
| 1 | minor symptoms |
| 2 | annoying symptoms |
| 3 | moderate symptoms |
| 4 | more significant symptoms |
| 5 | intense symptoms that are disruptive to basic functioning |
| 6 | unbearable symptoms |

It is recommended that the PCSS be administered to patients in addition to gathering a detailed patient history. Further, it is recommended that the PCSS be administered to patients repeatedly over the 72 hours immediately following the injury to assess worsening of symptoms and potential cascade of secondary insults [70].

**Signs/Symptoms Following TBI**

It is not unusual to have symptoms following TBI. Common symptoms include dizziness, headache, anxiety, emotional or physical problems, and fatigue [71]. The symptoms generally occur immediately or manifest within days post-TBI.

These symptoms are often problematic because they are chronic and may interfere with the ability to return to activities that were previously enjoyable. Additionally, patients are not always monitored regularly by healthcare practitioners once their condition moves out of the acute phase. It is important to engage in regular monitoring for acute conditions and/or to be aware of the symptoms that may occur post-TBI in order to treat them effectively and in a timely manner.

**Physical symptoms post-TBI.** Some of the most common symptoms post-TBI include dizziness, headache, neck pain, disruption of sleep, and disruption of vision and postural control [72]. More than one factor may lead to these symptoms.

One factor that leads to these symptoms is the mechanism of the injury. An example of the mechanism of the injury would be the acceleration and deceleration forces at play in a motor vehicle accident. Headache is the most common physical complaint post-TBI. Up to 90% of individuals who have sustained TBI will experience headache symptoms very soon post-trauma, and 44% will still suffer headache six months post-trauma [73]. Individuals often experience neck pain along with headache; it is most often seen in those with acceleration/deceleration injuries. An example of an injury in which neck pain would be common would be a TBI

sustained in a motor vehicle accident in which the head was thrown violently forward and then back.

Patients may also suffer dizziness, disruption of sleep, and disruption of vision. While these symptoms generally decrease over time, one study found that patients' physical symptoms continued at six months post-trauma [74].

**Emotional symptoms post-TBI.** Emotional symptoms such as anxiety, irritability, and depression may be found post-TBI, even in those with mild TBI. Irritability and anxiety were among the top five symptom complaints reported in one study [75]. Panic disorders occur at higher rates [76] in those who have sustained TBI than in the general population. Post-traumatic stress disorder (PTSD) is common in those with mild TBI [77].

Practitioners should remember, however, that these conditions and symptoms may exist prior to injury. Further, certain factors can increase the likelihood that patients will experience some of these symptoms. For instance, factors that lead to a greater likelihood of experiencing PTSD include co-morbid depression, stress, anxiety disorders, and substance abuse. Practitioners should obtain a full patient history and examine all factors when they observe and diagnose symptoms.

**Cognitive symptoms post-TBI.** Common cognitive symptoms post-TBI include difficulty paying attention, memory problems, concentration issues, and difficulty with problem solving and executive function. Patients in the first several months post-TBI have more difficulty with memory and attention than do healthy patients [78].

It is important for practitioners to pay attention to cognitive difficulties in those who have sustained TBI as they manifest themselves as the patient is working to recover. Some patients are unable to effectively manage their symptoms or self-monitor, to plan appropriately or to remember how to do tasks correctly. This may impede recovery, and this is often seen even in patients who have sustained mild TBI.

## Diagnosis

While the basic mechanisms of TBI are easily classifiable, each TBI trauma is unique, and patients react differently in response to both primary and secondary insults.

The main method for identifying concussion or non-penetrating TBI hinges on patient self-reporting or on witness reporting that an insult has occurred. More serious TBI injuries generally depend on witness reporting. Further, the injured individual must have symptoms such as dizziness, headache, loss of consciousness, vomiting and nausea, and confusion.

### Traumatic Brain Injury (TBI)

In any TBI, the practitioner must first determine the circumstances of primary damage. The primary injury can be either diffuse or focal. Focal injuries are customarily caused by direct impact to the head. These generally result in vascular injuries, cortical contusion, and

hemorrhage that is accompanied by ischemia. Diffuse injuries are customarily caused by acceleration-deceleration forces that lead to diffuse axonal damage [25].

Severity may be determined by trauma assessment. Emergency personnel or physicians generally conduct initial trauma assessment. The patient is assessed according to the Glasgow Coma Scale (GCS), and assessment of the cranial nerve reflexes, which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, gag reflex, and a motor examination.

The Glasgow Coma Scale classifies TBI as mild, moderate, or severe injury [79]. It offers a quick assessment based on the level of consciousness present in the patient, as well as coherence, which is determined by pupil responses. Additionally, verbal and motor capabilities are assessed.

The Glasgow Coma Scale offers emergency personnel and physicians a standardized way to quickly triage a patient; however, there some complications exist. Other injuries, breathing apparatus, and age may interfere with motor and verbal responses and may skew results. Additionally, medication that the patient is taking may affect validity of the results. Therefore, it is important that those who administer this test be alert for the presence of other injuries and gather a full medical history of the patient.

Another assessment used by doctors, is the Acute Concussion Evaluation (ACE) form. This assessment is part of a kit developed by the Centers for Disease Control and Prevention (CDC). The kit's check list includes symptoms such as changes in cognitive, physical, emotional, and sleep characteristics post-trauma. It also includes risk factors such as previous concussions, migraine headaches, ADHD, and psychiatric history. One aspect the ACE assessment takes into consideration is changes in cognitive and physical activity upon exertion; it also recognizes that some symptoms may not manifest without exertion.

A physical exam is also administered to assess for concurrent cervical spine injury. From there, practitioners must be alert for ever-evolving secondary insults. If a patient is determined to be comatose, which is indicated by a score of 8 or lower on the GCS, duration of coma and post-traumatic amnesia (PTA) upon waking from the coma offer reliable indicators of the extent of brain injury.

PTA is not uncommon upon waking from a comatose state [80]. The hallmark characteristics of PTA are confusion; lack of behavioral control; the inability to form new memories; and disorientation when referring to time, people, and places. PTA may last for under an hour, but it may also last for weeks or even months.

**Mild TBI**

Mild TBI falls covers a very broad spectrum. Mild TBI can range from mild neurometabolic brain changes that have rapid recovery time to permanent problems that result from structural brain damage. Mild TBI doesn't necessarily typically cause brain damage, but it is errant to assume that it cannot cause brain damage. Given its broad spectrum, mild TBI is a very individualized injury and must be treated as such. It is essential to determine the existence of mild TBI because it may have severe adverse effects: after mild TBI, many patients are in fact

16

unable to resume many normal activities, such as working [81]. Effective post-traumatic diagnosis and treatment may help patients resume normal activity more quickly.

The majority of people who sustain mild TBI recover quickly and fully. However, some people who sustain mild TBI have long-term problems and require long-term care. Long-term problems may be caused either by the primary insult, by secondary factors, or by pre-existing or co-existing factors that cause or exacerbate problems. These pre-existing or co-existing factors may include, but are not limited to, factors such as pre-existing health or mental conditions, chronic pain, and personality characteristics. Practitioners must consider these and other factors that can cause or exacerbate problems after mild TBI, in order to determine the extent of damage to the patient's brain and if there is permanent damage.

It is also important for practitioners to determine if the injury is a complicated or uncomplicated mild TBI. Health practitioners can determine this by utilizing the following rule [82]:

- Complicated mild TBI is noted as having structural abnormality that is visible on neuroimaging.
- Uncomplicated mild TBI is noted as having normal neuroimaging.

Diagnosis of complicated versus uncomplicated mild TBI may be accomplished with a computed tomography (CT) scan.

There are further diagnostic criteria for both of these:

Complicated mild TBI is diagnosed if:

- The person has a GCS score of 13 – 15 but still shows brain abnormality of some kind, such as hematoma, contusions, or edema on CT or MRI; or
- If the person has a skull fracture.

Uncomplicated mild TBI is diagnosed if:

- The person has no intracranial abnormalities and no skull fracture.
- All other criteria for severity must also be in the mild range.

Concussions are considered mild TBIs. This is the general diagnostic term utilized for mild head injuries sustained in sports and are usually associated with good recovery. However, concussions are on a spectrum, as are other head injuries in the mild TBI range, and it is essential for practitioners to know patient history when they offer treatment.

**Traumatic Brain Injury in Sports**

The most commonly seen and wide-spread injury in sports is concussion. Concussion grows gradually; however, it should not be overlooked, as the injury might be severe.

Brain injury that is persistent on the sports field is usually identified primarily on site.

One of the recent additions in the grouping of on-site testing for neurological impairment is King-Devick concussion test. [83] This evaluation didn't assess TBI but indicated a useful methodology for assessing athletes with concussion caused by sports injuries.

This evaluation assesses impaired eye movement, concentration, and language. This is not a quantitative test, but it might be a useful starting point for onsite assessment of sporting injuries. This is because even operators, who are not technically or specially trained for the administration of such medical evaluations, can also conduct it. Athletes can be assessed more comprehensively by trained medical experts afterwards.

One more test, called the IMPACT (Immediate Postconcussion Assessment and Cognitive Testing) is used by sports organizations for assessing post-concussion. This test intends to examine cognitive function and is a useful means to assess an athlete's ability to return to the sports field. [84, 85] Though, for this test to be effective, a baseline evaluation must be conducted before the head injury occurs in order to identify the changes in concentration, thinking ability, and memory. Arguments against the test's accuracy state that the results that might be affected by fatigue, stress, and medication. [86] Hence, the test is more useful in observing recovery post-concussion than providing a primary diagnosis.

## Traumatic Brain Injury in the Geriatric Population (crownover)

An increasing number of geriatric patients with TBI injuries are being admitted to ICUs and emergency rooms. [87] More than 323,000 out of 1.7 million of people are affected by TBI injuries every year. The affected people are mostly above 50 years old. [88] People above 75 years of age have the highest hospitalization and casualty rate due to TBI, in the United States. [88] Older patients have reduced GCS on presentation to a hospital setting, a higher probability of midline shift on computed tomography (CT), and suffer from fatality following TBI. [89, 90] Geriatric patients usually suffer from numerous chronic diseases with reduced physiologic reserve for body systems other than the brain. [87, 90, 91] However, each of them is an independent predictor of unwanted results post-TBI. [87, 92]

People in the geriatric population are inclined to have worse outcomes, with reduced functional independence, both cognitively and physically, in post-TBI. It causes longer duration of acute and non-acute situations and a higher percentage of this population are discharged to long-term health-care facilities, regardless of the intensity of TBI. [93, 94] The duration of stay, and therefore, the cost for the stay, are higher for older patients. [93, 95] Hence, health-care experts should understand the special needs of geriatric patients,

## Traumatic Brain Injury in Neonates, Children, and Adolescents

TBI in childhood can have long-lasting implications in later phases of life, especially when injuries are severe or cause any disability. [13]

Identification and treatment of TBI in the young and growing brain are different than those in adults.

Certain observations must be made first. First, there is evidence that TBI in childhood has persistent, different, and more severe long-term results than in adults. The higher vulnerability in children is due to the immaturity of brain in this age. In addition, early injuries have higher potential to distort the process of development of brain and associated cognitive growth. [13, 96,

18

97] Though further studies are required in this area, experts should be cautious in their method used to treat TBI in children. They should also keep in mind that reaction to injuries in childhood can be different from those in adults.

Further, the young brain in the growing phase is elastic, and reaches various development levels at different ages. Therefore, children at different ages tend to respond to TBI in different ways, so general stage of development should be considered.

Generally, three major factors [98] might impact the outcomes, after trauma, in the central nervous system and brain.

1. The development phase at which glia and neuron populations are at central point of injury.
2. The development stage of white fluid of the brain.
3. The impact of injury on afterwards development on brain's integrative networks.


Injuries due to falls are common in children. Little children learning to walk and those four or five years old often fall, though these falls are not usually severe. Exceptions are falls from stairs or considerable height like a fall from a tree, or out of a window. Clinical standards have set categorized heights of less than six feet as short distances, while above six feet are considered long ones. Children who suffer from short falls don't get hurt much and don't face any brain injury and consciousness problems.  However, almost 1% to 3% of children might have linear skull fractures. [99] Out of this percentage, around 1% might undergo an epidural or subdural hematoma. Long-distance falls have higher TBI risks, as the risk of deceleration injury increases in these cases. The child might have numerous fractures and subdural hematoma and subarachnoid hemorrhage. If injury is on the angular movement of the head, then the white fluid of the brain might be affected. Younger children are at a higher risk of suffering from long-distance falls, including fall from tree, bicycles, tables, etc.

Children or younger individuals often hit themselves in vehicle accidents, as passengers, drivers, or pedestrians. [17] In addition, these children are more prone to TBI as a consequence of sports activities and might pass through concussion, eventually leading to loss of consciousness.

In concussion, with moderate or severe TBI, traumatic axonal injury might also result. The severity of the injury is based on the number of fibers injured. [100]

In the late adolescence stage, youngsters develop higher risk of TBI when they get their driver's license. The pathology of injured brain in adults and adolescents is different, and therefore should not be compared.

**Traumatic Brain Injury in Military Populations**

TBI is highly common in military populations. [101, 102, 103, 104] Research shows that blast trauma is most common in military populations. This fact has been extracted from various latest researches regarding casualties in wars due to TBI, particularly in Afghanistan and Iraq. [105, 106, 107]

Improvised explosive devices (IED) have been identified as the major cause of casualties due to blast trauma in civilians and military populations in war areas. [108] In highly aggressive regions

19

like Afghanistan, Vietnam etc, blast trauma is responsible for almost 35%t of all TBI injuries. [109] Casualty due to blast trauma is not the cause just in these regions, as urban warfare that has been intensified by terrorists, has risen its level considerably in the whole world. [110]

TBI in military populations may differ from TBI in civilian populations, though the level pf differentiation is not known yet. [27] However, soldiers positioned in combat areas are more prone to blasts injuries than civilians in non- combat areas . TBI due to blast trauma is also qualitatively different from TBI due to sporting injuries. [111]

Blast Trauma associated with TBI is categorized as:

1. Primary trauma:  associated with barotraumas and ambient pressure, with blast waves that cause gaseous embolisms, axonal injuries, infarction, and subdural hematomas.
2. Secondary trauma: Also called penetrating injury, which penetrates into brain as projectile fragments due to blasts waves.
3. Tertiary trauma: also called impact injury, which results from blast wind velocity or ejection of motionless objects. [24]

Latest studies examined that around 10 to 20 percent of groups coming back from Operation Iraqi Freedom and Operation Enduring Freedom,  tested positive for TBI presence. [112, 113] In addition, soldiers having mild TBI have been found to have complicated post-traumatic stress disorder (PTSD), though accurate occurrence of co-morbidity is not known, in relation to civilian populations. This is because the studies based on civilian populations usually don't consider post-trauma stress disorder as a means of measure.

However, the post-traumatic stress disorder is not minimized in military populations, as its impacts might lead to a unique sensitivity to the effects of TBI. For example, PTSD may lead to sleep disorders that can cause TBI secondary disorder.

The evaluation of TBI in military population is conducted the same way as in other populations. For initial evaluation, Glasgow Coma Scale is used.

Another evaluation, called MACE (Military Acute Concussion Evaluation) is used by the US Department of Defense in its primary checking of soldiers. There are questions on its validity, like the possibility that some soldiers memorize the answers in order to pass the test and return to duty, even being injured. This questions the effectiveness of this evaluation. In addition, it shows profound implications about military units' safety.

A recent neurocognitive test, the ANAM (Automated Neuropsychological Assessment Metrics) is also conducted by the military to assess personnel post-concussion for cognitive disorders. This examines cognitive function and is a valuable  tool for accessing soldiers' ability to go back to duty. [114, 155] There are certain concerns about its validity, as well, because the results might be affected by fatigue, stress, and medication. Hence, the test is more useful in examining recovery post-concussion than primary diagnosis.

**Looking forward.**–The military offers the latest medical treatment and assessment tools for TBI. Because of more IED-related blast trauma in war zones, the military has now developed tele-medical systems, where experts from remote locations can conference in and guide in medical/surgical diagnosis and management, and are more useful in offering neurological

20

assessment and treatments, behavioral therapy, and physical disabilities. The future of military care systems will include cloud computing, telecoms location and neurosurgery, robotic neurosurgery, home care and tele-rehabilitation.

In this era characterized by advanced technology, virtual systems are emerging as a vital part in integrating health-care processes, which will optimize functional cognitive functions of patients. The care system will support TBI patients irrespective of barriers in time and space, as there will be deployment of wireless architecture, intelligent care applications, and GPS-managed mobile networks.

Areas that will prominently emerge in virtual systems include diagnostics, diagnostics utilizing biomarkers, and genotyping. These will lead to effective recognition of pathophysiological developments that occur in TBI. Risk categorization tools will also emerge to assess prognosis. Further, quality assessment tools and evidence-based local and global guidelines will also be developed.

The military aims to improve neuroprotective technologies in order to reduce the severity and prevent consequences of secondary disorders that result after TBI, by emphasizing neural plasticity and regeneration, as well as replacement of damaged or decayed cells. [109]

In addition, interactive video teleconferencing and remote cognitive assessment systems will aid in rapid evaluation of reaction time, variations in memory, mood, and facilitation of tele-neuroconsultations.

These technologies will provide support for having intensive care groups into areas remotely located in order to find and treat TBI patients. A number of benefits are expected from these systems. They are effective and prove patients have persistent access to the optimized care facilities. They also provide persistent care irrespective of geographical areas along with preventing risky evacuations in controversial zones. Most importantly, they help rapid recovery; disability and focus on social reintegration in the form of providing a remote team of health care specialists to the patients in his/her own area/zone.

**Clinical History**

It is important for practitioners to note whether or not patients who have suffered TBI have a history of previous or multiple TBI, as these may both affect outcome. Practitioners must record each occurrence of TBI be recorded and create an accurate and accessible patient history detailing TBI occurrence to allow for careful treatment of the current TBI.

It is also essential that practitioners gather a full psychiatric history [116]. Common psychiatric disorders may result from TBI injury; however, many of these disorders may exist pre-trauma and it is important to be able to rule out whether the disorder is pre-existing, post-trauma, or perhaps contributing to other difficulties post-TBI.

**Examination**

Should symptoms and assessments show a possible concussion, practitioners should then further evaluate utilizing imaging of the head and brain. Computerized axial tomography (CAT or CT) are utilized to detect large hemorrhages, skull fractures, and hematomas [117]. While CAT scans

21

may be beneficial in locating injury in the brain region in severe or moderate TBI, they are often not beneficial in mild TBI injuries, where there is no obvious injury to the brain [118].

Magnetic resonance imaging (MRI) may be employed to observe fine resolution, as well as offer more information on the brain tissue. This procedure is not often performed, though, as there are many drawbacks, which include complications stemming from metal shrapnel lodged in the body, patient intolerance or claustrophobia in the device, or the length of time needed to complete the test. However, more recent techniques that utilize MRI can detect microscopic damage to the brain. Susceptibility-weighted imaging (SWI), diffuse tensor imaging (DTI), magnetic resonance spectroscopy imaging (MRSI), as well as other techniques have shown promise [119].

SWI is frequently used to detect hemorrhage. DTI is more often used for edema quantification and to identify axonal injury. MRSI is utilized to measure brain metabolites, as well as a variety of biochemical processes at a cellular level. These imaging techniques are very sensitive; however, they are limited by factors that include size, availability, cost, and a need for trained operators.

Imaging itself is considered the gold standard for diagnosing TBI [120]. Therefore, there is an ongoing need for sensitive, specific, and rapid diagnostic tests that may be used for on-site, as well as follow-up, patient care.

There are a number of emerging imaging techniques that are being considered for use to increase speed and sensitivity of testing. Among these are multi-slice CT, volumetric MRI analysis, magnetization transfer imaging, functional MRI, and hyperpolarization scanning. While research exams and evaluates these techniques, CT continues to be the mainstay test for screening for TBI, primarily due to its speed and ability to reproduce results [121].

**Investigations**

At present, there is no objective diagnostic blood test to indicate TBI injury. However, there is a significant drive to develop testing to assess biochemical markers that could be utilized in deciding type and severity of TBI [120].

## Treatment

Treating TBI aggressively, even severe TBI, is considered to be a cost-effective choice for patients of any age, including geriatric patients [122]. Practitioners must be observant of symptoms stemming from both the primary and secondary insults and treat all accordingly.

**Pre-hospital Treatment of TBI**

Early identification of severe TBI at the scene of an accident with appropriate assessment, treatment, and transportation to an appropriate treatment facility may lower the risk of secondary insults and ongoing long-term care. There are several key treatment factors to observe:

**Oxygenation and blood pressure**. Research has shown that endotracheal intubation decreases the risk of death for patients with severe TBI from 50% to 23% [123]. Short-acting neuromuscular blockade may be safely used at the accident scene to help facilitate endotracheal

intubation. If there are no signs of cerebral herniation, ventilator assistance after intubation should be administered at a respiratory rate of approximately 10 breaths per minute for adults, approximately 20 breaths per minute for children, and approximately 25 breaths per minute for neonates.

If the patient is in shock, the condition must be rapidly diagnosed and treated [124, 125] and appropriate blood pressure restored. A common underlying cause of hypotension is hemorrhage. The administration of intravascular fluid is the most effective way to restore blood pressure.

**Hyperventilation.** Hyperventilation may lower acutely increased intracranial pressure. Controlled hyperventilation is utilized. Hyperventilation may be useful on a transient basis, should the patient show obvious signs of cerebral herniation after correction of hypoxemia or hypotension [126]. Signs of cerebral herniation include dilated, fixed, or asymmetric pupils and motor responses or no movement when unpleasant stimuli are applied. When such signs are present in a patient with TBI, hyperventilation may be utilized until arrival at the hospital, at approximately 20 breaths per minute for adults, approximately 30 breaths per minute for children, and approximately 35 breaths per minute for neonates.

**Transportation and care decisions.** A well-organized emergency care and medical services system improves the outcome for patients with severe TBI. If patients are directly transported to a qualified trauma facility with adequate resources, positive outcome improves. If appropriate information is obtained by emergency personnel when a call is made to emergency services and the probability and extent of TBI can be assessed prior to arrival, outcome improves. Additionally, length of time from dispatch to arrival at the scene of the accident makes a great difference in outcome.

The value of emergency medical services in general should not be underestimated. For example, in a comparison study of risk of death and use of emergency medical services in both the United States and India, the risk of death in India was twice that of the U.S. There was a correlation drawn to the usage of emergency medical services: ambulances were called 0% - 5% of the time in India, while ambulances were called 84% of the time in the U.S. Patients also took much longer to arrive at the emergency room than they did in the U.S. These factors translated into a significant difference in outcome [127].

Patients with severe TBI have more favorable outcomes overall if they are treated pre-hospital within a trauma system that includes appropriate pre-hospital care and triage, transport, and admission into a qualified trauma center or emergency department. In rural areas, appropriate transport may include helicopters that take the place of vehicles in order to transport patients more quickly to trauma centers. The choice in transport is often life-altering and makes a critical difference in outcome.

Patients who have sustained major TBI should be transported to a facility that has a qualified trauma unit in whatever instances it is feasible. Not only is survivability better in these instances that patients are seen in fully equipped and qualified trauma units, but patients with severe injuries face better overall outcomes if they are promptly seen in qualified trauma units than if they are seen in ordinary emergency departments. Additionally, it is also important to note that patients also face better outcomes if they are promptly seen in qualified trauma units than if they are first treated in local hospitals and then transferred to emergency or trauma units [128]. This is

23

because trauma centers have the appropriate facilities, equipment, and staff available for the immediate care of serious and critically injured patients.

For a trauma center to be considered qualified for a patient who has suffered severe TBI, the center must have 24 hour-availability of an operating room, a computer tomography (CT) scanner, neurological treatment specialists, intracranial pressure monitoring, and personnel experienced in the critical care management of intracranial pressure.

**Hospital Treatment of TBI**

Once a patient has been admitted to the hospital, certain guidelines must be followed to manage treatment and to help ensure the most favorable outcomes possible. Guidelines to consider are:

   **Variability in management of care.** There is great variation in practical patient care in patients who have suffered TBI, even within the same country, that may have a serious impact on the final outcome. For example, in the United States, one survey [128] of trauma centers indicated that intracranial pressure monitoring was utilized routinely in only 28% of hospitals. Since TBI has a primary component and a secondary component that evolves over time, there is every indication that a difference in care would make a difference in outcome, so measures such as monitoring of intracranial pressure to alleviate or help avoid secondary insults would be beneficial and should be broadly adopted. Given this indication, guidelines for the management of serious head injuries were developed due to the variability of critical care management in the U.S. [128].

   **Neurosurgical operations.** Stable patients who have sustained TBI should be analyzed by CT to determine if there are subdural or epidural hematomas that require surgery. Acute subdural hematomas are associated with high mortality and poor outcome if they are removed more than four hours post-trauma; however, if they are removed earlier the outcome greatly improves. This not only lends support for standardization of the use of CT across treatment centers, it also lends support to the idea that rapid transport to a qualified trauma facility is beneficial and produces a more favorable outcome.

   **In-hospital monitoring of intracranial pressure.** Increased intracranial pressure (ICP) may cause a reduction in cerebral perfusion. This is a definitive factor in secondary injury and makes monitoring and treating increased intracranial pressure of utmost importance. Doing so effectively increases the likelihood of a favorable outcome.

The current methods for monitoring of ICP are subdural, parenchymal, epidural, subarachnoid, and ventricular locations. A ventricular ICP catheterization has in the past been used as the standard preferred technique when feasible because it is an accurate, reliable, and cost-effective way to monitor intracranial pressure [129].

The normal range for intracranial pressure is 5 -15 mm Hg [130, 131], and treatment should be initiated at the upper limit of normal, which is considered 20 -25 mm Hg. Some advise utilizing the 15mm Hg measurement as the upper limit, and to start treatment when pressure reaches 15 mm Hg [128].

   **Management of CPP.** When CPP is maintained above 70 mm Hg, mortality is significantly reduced in patients who have suffered TBI. If CPP is below 70 mm Hg, alpha

agonists – for example, norepinephrine – may be used to raise the mean arterial blood pressure. This in turn increases the CPP.

Prior to managing CPP, practitioners should ensure that the patient has a normal blood volume by placing a central line.

There is no evidence that outcomes improve if CPP is maintained at levels higher than 70 mm Hg. However, outcome is less favorable if CPP is very low, as low CPP contributes to the cascade of secondary insults.

**Neurorehabilitation**

Neurorehabilitation is the basic term used to describe the general rehabilitation of those individuals who have functional impairments as a result of an injury or disease that has affected the central nervous system (CNS) [132].

Rehabilitation for TBI may be provided in a variety of settings, including acute and subacute facilities, home care, or outpatient care. The appropriate location for rehabilitation depends on a number of factors, including the severity of the initial injury, the affiliated impairments, the level of need for ongoing medical care, and the length of time that has passed since the initial injury.

Transfer to a rehabilitation setting is generally considered once a patient with TBI has been stabilized and no longer requires intensive care treatment on a continuous basis. However, certain criteria must be met for admission to an acute care facility [132]. These include:

- Medical complexity requiring specialized nursing expertise in rehabilitation and that a physician be present around the clock.
- Reasonable expectation that there will be improvement in function and discharge into the community within a reasonable amount of time.
- Deficits in function that require a minimum of three hours of specialized rehabilitation therapy.

Those who don't meet the criteria but who still cannot return home because they suffer TBI-related impairments are to be considered for admission to a subacute rehabilitation program. Subacute rehabilitation programs provide less intensive medical and nursing intervention.

Home care is intended for individuals who no longer require treatment in an acute or subacute facility.

Outpatient care may come in a variety of forms. Outpatient care may be a group the individual attends to assist in re-socialization post-TBI, it may be individual counseling sessions, or it may be continued doctor or rehabilitative treatments the patient receives on an ongoing basis to assist in recovery.

Recent research [133] has indicated that patients may be well served by receiving rehabilitative treatment that starts early after injury and continues uninterrupted until it is no longer needed. Patients who received early onset treatment in the acute phase and a continuous course of rehabilitation had better outcomes, as measured by the Glasgow Outcome Scale Extended (GOSE) and the Disability Rating Scale (DRS), than did those whose treatment started late.

**Treatment of Mild TBI: Early Intervention Programs**

Early intervention is necessary for patients having mild TBI, as it may decrease the likelihood of post mild TBI signs like headache, fatigue, and amnesia. [82]

The major objective is to endorse slow recovery and restoration of usual activities like returning to a job. These programs provide patients with education content and evaluations  such as neuropsychological testing, visits to a therapist, and access to an experts' team that will help in recovery. Education efforts intend to offer information regarding signs such as likely recovery times, tracks and reassurance of recovery, and implemented coping plans to counter post-mild TBI signs [134].

**Drug Treatment for TBI**

There is not a standardized treatment for TBI, and no recommended medication dosages by Physicians' Desk Reference [135] because of heterogeneity of TBI pathology and due to the fact that FDA has not yet approved the medications used for treatment.

**Sympathomimetics.** These drugs are usually given to ADHD patients. Because they are sometimes misused, they should be observed strictly. There are certain issues on its viability. [136] If given in a regular pattern, these drugs increase consciousness in patients suffering from TBI-based cognitive impairments.

**Anti-inflammatory drugs.** Anti-inflammatory drugs cause better functional results. One study [137] that has used the drug carprofen (a COX-2 inhibitor), reported that the drug decreases lesions in the cortex and reduces water content post-TBI.

**Drugs used for secondary conditions.**

*Insomnia.* Medications that are commonly given include ramelteon, a melatonin receptor agonist approved for long-lasting utilization for chronic insomnia, and the nonbenzodiazepine hypnotics (zolpidem, zopiclone, eszopiclone, zaleplon). These medications act on the $\Omega$-1 benzodiazepine receptor located in the GABA receptor complex. All are given for sleep onset insomnia. However, utilization of benzodiazepine hypnotics is not suggested for frequent use post-TBI [138].

*Zolpidem.* This medication offers an onset of about 30 minutes and a midrange half-life. It is obtainable in an improved release formula.

*Zopiclone.* This medication has a midrange half-life and is not available in the United States.

*Eszopiclone.* This medication has an extensive half-life and is approved for long-term use.

*Zaleplon.* This medication is of short half-life and has an onset of 30 minutes, which means it is used in the middle of the night when required.

### Narcolepsy and post-traumatic hypersomnia (PTH).

*Modafinil.* Modafinil is also used to treat narcolepsy, and PTH post-TBI. Modafinil in dosages of around 400 mg every day doesn't show improvement in subjective sleepiness or in fatigue in patients having sustained TBI [139].

## Essential Treatment Rules

- It is necessary to understand how the person has been impacted by TBI as a unique individual, contrasted to generalizing across the spectrum of TBI.
- Practitioners need to corroborate facts with those close to the patient that suffered TBI. Individuals with sustained TBI often have problems with memory or misinterpret events. However, not all patients having sustained TBI have problems, and even if they do, their concerns about the course of events should be taken seriously, even if they aren't accurate historically.
- Practitioners, friends, and family members should offer support to patients with TBI and may then gradually remove support. Also, it is hard to begin with a least amount of support and to then put more support at a later time. Consistent support is also needed, however.
- Practitioners need to take care regarding guiding the families in supporting loved ones post-trauma by offering adequate information and support for the suitable amount of time [140]. The Family Outcome Measure [141] is used very early on to evaluate the difficulties and to let the practitioners offer proactive support.
- Even if patients are considered to have a low capacity area, practitioners should include them in making decisions regarding their own care. For instance, some patients have speech and language limitations, and means like an alphabet board should be used. Practitioners should also avoid use of complex words and sentences and jargon when speaking to patients, and distracting stimuli should be limited.

## Major Treatment Issues to Consider Following TBI: Areas of Difficulty

**Disability.** Physical disability is considered as the most prominent issues after TBI. Patients may be greatly changed by TBI. The type and level of disability can differ, based on a number of factors; like intensity of injury, genetics, or age, but every injury is ultimately based on the patient [142]. The individual might face paresis, a muscle weakness. When this impacts just a single side of the body, it is called hemiparesis, otherwise paraparesis.

The patient may also face spasticity, or increased muscle tone. This is often overlooked by staff in non-specialist wards, particularly when faced with other concerns [80]. The situation is worsened when neglected persistently. It may lead to problems in movement in the future.

Cognitive problems can also cause issues in movement, including the conscious ability to perform actions,. In addition, patients may face lowered sensitivity because of damage of brain

areas where sensory information is processed. This causes navigation problems in patients with TBI.

Another issue that patients may have post-TBI is dysphagia, which is difficulty swallowing. This can cause anxiety while eating and patients may require help during meal time. If the person assisting during mealtime is not trained properly, a patient can be put into danger of aspiration, choking etc. This can also happen as a result of poor communication, for instance, if the patient becomes embarrassed to say that feeder is feeding too quickly.

**Problems communicating.** It is not uncommon for people who have suffered TBI to develop problems with language and speech, such as aphasia or dysphasia. This includes understanding what is said and being able to read or write. These difficulties sometimes occur along with dyspraxia, a condition in which the person has difficulty organizing the sound sequences in words. This condition usually occurs in children, but may also manifest in older individuals after a person suffers TBI.

Patients may also find they are unable to coordinate the muscles required to speak, a condition referred to as dysarthria. Electronic keyboards may help with communication in this case, but these are not useful if the person also suffers from other speech-related conditions that affect the transformation of conscious speech plans into specific motor orders.

Communication problems can prove very frustrating to both patients and caregivers and may interfere with treatment.

**Sleep disorders.** It is quite common post-TBI for patients to have complaints about sleep disorders, and recent studies have shown that there is a high prevalence in those who have suffered TBI. For instance, 47% of patients complain of sleeping problems, and more than half of patients who have sustained a TBI injury will complain about insomnia {138}. Patients may also complain about disorders that include features such as excessive sleepiness and circadian rhythm disturbance. Sleep disorders may have serious consequences on outcomes, secondary conditions, and overall well-being. Sleep and most specifically the rapid eye movement associated with sleep is thought to be involved with memory consolidation and learning [143, 144]. There are also known associations with such higher cognitive functions as insight development and decision-making. Sleep disorders may also result in added neurocognitive defects and impairments in function which can worsen the overall effect of the TBI. Some of these impairments may be attributed to the original TBI insult and left untreated; however, practitioners should be alert to the possibility of disordered sleep, and the effects it can have on the patient.

Some sleep disorders commonly seen in patients who have sustained TBI are posttraumatic hypersomnia (PTH), narcolepsy, obstructive sleep apnea (OSA), and periodic limb movements (PLMS) [145, 146, 147, 148].

*Hypersomnia.* One of the most common complaints is excessive daytime sleepiness (EDS), which may be estimated by using the Epworth Sleepiness Scale (ESS). This scale is an eight-item questionnaire, which is self-administered and is utilized to assess an individual's subjective sleepiness during the day. The individual rates their likelihood of dozing off in specific situations on a scale of 0 to 3 [149]. There is also an objective measure which may be

used, called the Multiple Sleep Latency Test (MSLT) [150]. This assessment involves a series of four to five naps set at two-hour intervals conducted after a normal night's sleep. Individuals sleep while having EEG leads in place and sleep stages are recorded in 30-second intervals.

*Narcolepsy.* It is not uncommon for patients who have suffered TBI to complain of post-traumatic narcolepsy. There is a possibility that the narcolepsy may have preceded the trauma or to have caused it [138]. Also possible is another condition, such as a brain injury that is not traumatic, for example, a tumor; these injuries have been known to cause narcolepsy as well. It is therefore conceivable that a TBI injury may trigger events that reveal narcolepsy in people who were at risk previously for developing it.

*Posttraumatic hypersomnia (PTH).* Post-traumatic hypersomnia (PTH) is a sleep disorder marked by excessive sleepiness that occurs after a traumatic event that involves the central nervous system (CNS). One study of patients with brain injury indicated that 30% of these patients suffered from PTH [7].

A diagnosis of PTH is made only when the following criteria are met:

- Excessive sleepiness starts only post-TBI.
- History and nocturnal polysomnography are utilized to exclude other causes of sleepiness.
- The patient has an MSLT score of <10 minutes [138].

It is essential that practitioners work to exclude other causes of excessive sleepiness in patients who have sustained TBI, including medications that may have sedative effects. These medications include anti-epileptic drugs which are frequently used in patients who have suffered TBI.

*Hypersomnia as related to sleep disordered breathing.* Sleep disordered breathing refers to a group of breathing disorders that occur in sleep to varying degrees of severity [151, 152]. These disorders include obstructive sleep apnea (OSA), upper airway resistance syndrome, and central sleep apnea. The most widely studied of these disorders in patients who have sustained TBI is OSA. OSA is caused by the narrowing or complete occlusion of upper airway passages that is accompanied by an attempt to continue breathing despite increased resistance. These attempts result in intermittent hypoxemia, sleep disruption, and difficulty sleeping.

It is well-established that there is a correlation between cognitive impairment and TBI that increases with severity of injury [153]. Patients who have sustained TBI and also suffer OSA have a greater likelihood of impairment of cognitive function, particularly of sustained attention and memory when compared with patients who do not suffer from sleep disordered breathing [145].

*Insomnia.* Insomnia is an ongoing difficulty with the initiation of sleep, sleep duration, and consolidation or quality of sleep that occurs despite an individual having had adequate time and opportunity for sleep. Insomnia results in some type of impairment while waking [151].

Insomnia can be a chronic condition post-TBI. Individuals who are hospitalized after having had a recent TBI are much more likely to indicate that they have difficulty initiating or maintaining sleep. Sleep difficulties may persist even after hospital discharge [154]. Even minor TBI may be

associated with lower sleep quality and increased sleep interruptions when compared to pre-injury sleep quality [155].

Recent research has indicated that approximately 30% - 50% of patients in an outpatient rehabilitation setting who have suffered TBI experience sleep difficulties. Sixty-four percent of these patients indicate that they have early-morning awakening. Forty-five percent of these patients indicate that they have problems initiating sleep [156, 157]. This is compared to patients who have had non-neurological injuries. Individuals who have sustained TBI are more likely to have difficulty in falling or staying asleep.

*Circadian rhythm disorders.* A minority of patients that present with insomnia may also present with a circadian rhythm disorder [138]. Circadian rhythm disorders are not as common in both the general population and in TBI populations. However, TBI is an increased risk factor for developing a circadian rhythm disorder.

*Periodic limb movements.* Periodic limb movements during sleep (PLMS) is a movement disorder that occurs during sleep that is characterized by slow rhythmic movements that occur predominantly in the lower limbs. Upper limb movements may also occur; however, these occur primarily during non-REM sleep. About 80% of patients who have restless leg syndrome (RLS) also have PLMS, but restless leg syndrome is a waking disorder characterized by subjective feelings of discomfort that are accompanied by the need to move extremities. RLS occurs later in the day and the evening and has the tendency to cause sleep onset insomnia. In contrast, periodic limb movements (PLMS) are a sleep disorder and have a tendency to cause sleep maintenance insomnia.

**Other movement disorders.**

*Parasomnias.* The parasomnia most commonly associated with TBI is REM Sleep Behavior Disorder (RBD). Clinical RBD is typified by dream enactment, as well as the presence of REM sleep, with no normally occurring atonia. Subclinical RBD is described as polysomnographic detection of extreme REM sleep, as well as movement without the overt enactment of dreams [151]. A recent study indicated that parasomnias were the initial presenting complaint of 25% of patients with TBI, with clinical or subclinical RBD being the most common [147].

*Dreaming.* The research on dreaming in patients who have sustained TBI is conflicting. Some reports indicate that there is potential reduced REM sleep in patients who have sustained minor TBI [158, 159]. Early case studies have included reports that indicate a decrease in dreaming among individuals post-TBI; however, a more recent study that was based on patient self-report indicated that patients who have sustained TBI experience a change in the quality of dreaming as opposed to the quantity of dreaming. In a study with 51 subjects who have sustained TBI frequent dreaming that contained threatening content increased by 23.5%, while dreaming that contained sexual content decreased by 9.8% post-TBI [160, 161].

There are a variety of treatment options for sleep disorders. Treatment options for sleep disordered breathing include continuous positive airway pressure therapy. However, this treatment may not reverse hypersomnia neuro-cognitive deficits that follow. This failure may be due to persistent PTH post-treatment [138]. Cognitive behavioral therapy is also an option and

has been shown to benefit patients who have suffered TBI and are also suffering insomnia [162]. Cognitive behavioral therapy has been indicated as a way to improve the emotional well-being of patients and lead to relaxation, which may help in the treatment of insomnia [163]. The treatment of post-TBI insomnia with drugs such as hypnotics has not been adequately studied; more research is needed, although up to 20% of TBI patients may already receive this treatment [164].

**Sexual dysfunction.** After TBI, 50% of people indicate that they experience some form of sexual dysfunction [165]. The cause of these problems varies. For some people, the dysfunction was pre-existing, but the trauma lends new significance to the dysfunction and magnifies it. For others, sexual dysfunction can result from TBI injuries. One example of a TBI injury that may result in sexual impairment would be an injury that affects motor coordination. Another would be an injury that affects the senses, making an individual either hypersensitive or experience decreased sensitivity to touch.

Other factors may also affect sexual performance after TBI. These factors may include stress, anxiety, depression, and other psychological or physical ailments. The patient may suffer from anxiety or shame related to disability or scarring they sustained when they were injured, or there may be some lingering instance of PTA.

Diagnosing and treating sexual dysfunction that results from TBI is important because sexuality and the ability to express oneself sexually are important aspects of a person's self-esteem and sense of identity. A patient who has suffered a TBI may already feel their identity threatened on other fronts by their injuries; therefore, sexuality and the expression of sexuality may take on new and greater significance post-TBI. Additionally, changes in the way sexuality is expressed can create tension with significant others, making early and effective treatment essential.

**Cognitive problems.** Cognitive problems after TBI often prove more puzzling and distressing for caregivers than do physical problems, primarily because the person who has suffered TBI may seem like an entirely different person mentally and emotionally. Some of the cognitive issues commonly seen in individuals who have sustained a TBI are slow information processing, language impairments, impaired attention, or difficulty with executive function (such as making decisions).

It is not uncommon for individuals to become mentally "stuck," or to have difficulty organizing and initiating activities. Other common problems include issues with spatial reasoning, object recognition, and difficulty remembering information stored in either short- or long-term memory. Post-trauma, it is not unusual to experience some form of amnesia, particularly in those who are post-coma. Additionally, learning new information or remembering things that will occur in the future – such as a doctor's appointment that is scheduled a week in advance, for example – becomes very difficult.

For others, cognitive problems include over or under-stimulation. For those who have problems with overstimulation, external stimuli provide confusion and distraction that leads to an inability to effectively make decisions about the situation. This can lead to frustration or withdrawal, and individuals who experience this may become overly reliant on others to make decisions for them. For those who are under-stimulated, external stimuli don't provide enough input. These individuals may tend toward thrill seeking that they might not have previously tended toward. Some of their behavior may be inappropriate and even careless toward themselves and others.

Teaching patients in both of these situations effective ways to manage decision making and observe boundaries is essential.

Agitation is another problem related to stimuli and is considered a type of delirium that is unique to those who have sustained TBI. Individuals who have problems controlling agitation often also have problems with anxiety, a behavioral issue [132]. Agitation behaviors include impulsivity, edginess, distractibility, restlessness, fidgeting, and uneasiness. Agitation may also include physical or verbal aggression that can stem from either a lack of ability to control aggression or frustration over symptoms. These symptoms can delay recovery and can lead to social isolation, which is difficult for patients who are often already struggling to readjust to changed life conditions post-TBI.

Other patients struggle with impairments in social perceptiveness, which means that they don't always read social situations correctly and may misjudge the impact their actions have on other people. This also means that they essentially don't learn from any of the mistakes they make in social situations, and tend to repeat unacceptable behavior over and over again. These individuals may also benefit from being taught proper boundaries, but often they struggle with additional emotional issues and lack empathy or have additional issues with disinhibition that also need to be addressed.

**Psychological and behavioral problems.** When patients sustain TBI, it is both a physiological and psychological disruption to their life. The damage to the psyche may be quite great as patients see their expectations on where their life was headed change entirely. Additionally, the ability to rebuild the lives they had previous to the TBI may be significantly different, as physical and mental capabilities are different from what they were.

A deciding factor in adjustment and how well individuals who have suffered TBI are able to rebuild their lives not only rests in physiological factors but also in how well and fully they are valued and accepted by family and friends and reintegrated into life as who they are after their injury [166]. Also essential is reacquainting themselves with old roles and adapting and finding new roles. Family and friends can be essential in this journey by being open to the new paths post-trauma may bring and exploring them fully with the individual. Individual, group, and family counseling may also help.

**Effects on mood, personality, behavior, and cognition.** The most common psychological disorder post-TBI is depression [167, 168]. Individuals who have sustained TBI may suffer depression that is either minor or major; the severity of the TBI injury does not indicate the subsequent development of depression. Major depression is especially hazardous, as is it associated with poor psychosocial outcomes and cognitive deficits [169]. Those with major depression after TBI often experience impaired psychosocial function in the first year after their injury. Further, this impairment may persist for up to three years post-TBI, and have a negative effect on productivity at work [170, 171]. The exact cause of the depression is often difficult to determine, as the cause is frequently multifactorial. Depression can arise as a reaction to the injury itself, to life stressors created in response to the injury, or it could be pre-existing.

Depression symptoms closely mirror those of post-concussive disorder, providing a diagnostic challenge for practitioners. Given this, some researchers simply recommend a course of antidepressant treatment [172] or cognitive behavioral therapy (CBT) [173] with tailoring toward

32

treatment of post-concussion syndrome. Other researchers have also recommended these treatments with the addition of exercise for mild depression [174] to improve mood and self-esteem.

The second most commonly reported psychological disorder post-TBI is personality changes [175]. When compared to patients who didn't experience personality changes, those who did also experienced lower overall well-being as well as impairments in social and physical functioning. These impairments can have ramifications for favorable outcome, as outcome is in part dependent on the extent to which patients can re-establish themselves socially as well as physically.

Behavioral problems such as aggression are also common after TBI. Behavioral problems are most common when frontal systems in the brain are damaged. In one study [176] aggressive behavior was found in 33% of patients who had suffered TBI as compared with 11% of patients who had suffered multiple traumas but had not suffered TBI within the first six months of injury. Rapid, aggressive change in emotion may make the individual appear unpredictable, which can lead to poor outcome in social functioning and relationships. This may in turn lead to isolation.

Cognitive problems often produce behavioral problems as well. Impairments in thinking may produce rigidity in thought, or black-and-white thinking, where situations are viewed in absolute and opposite terms. For example, an individual may view a relative as either loving or hating them, with no room for any emotion existing in between. This kind of thinking makes flexibility and negotiation impossible, and leads to difficulty forming and maintaining positive personal bonds. It may also lead to the escalation of relatively minor issues into major arguments.

Individuals sometimes also lack behavior, which can be just as much a problem as too much behavior, or extremity of behavior. Individuals who lack behavior may fail to provide effective feedback, or they may fail to protect themselves or act to meet their own needs. This can lead to failed relationships when people either answer for them or fail to interact, resulting in isolation or possibly even abuse.

**Additional considerations.**

***Age: rehabilitation of geriatric populations.*** Those in geriatric populations tend to have worse outcomes with a lower functional independence physically and cognitively following TBI. This results in longer stays in acute and non-acute settings and an increased percentage of discharges to long-term care facilities regardless of the severity of TBI [93, 94]. The length of stay and cost also are higher with elderly patients [93, 95] in inpatient facilities. Therefore, it is essential that practitioners understand the unique needs of geriatric patients.

Geriatric patients make similar functional gains as do younger patients. However, they often have greater overall disability at admission as well as discharge from acute rehabilitation facilities. Elderly patients also tend to improve at slower rates than do younger patients. Most elderly TBI patients are discharged to community facilities; however, elderly patients consist of a significantly smaller portion of community patients than do younger patients [94, 177].

***Team approach to rehabilitation in geriatric populations.*** It can be challenging from both a medical and psychosocial perspective to maximize the rehabilitation potential in geriatric

populations with TBI. However, this may best be done by using a multidisciplinary approach. A multidisciplinary approach includes primary care physicians, therapists, psychologists, psychiatrists, social workers, home care providers, and other relevant sources provided through rehabilitation programs. These resources can all be extremely helpful in managing the complexities of TBI in geriatric populations and ensuring an optimal outcome.

Medical complications may frequently occur in combination with a poor transition of care from hospitalization to an inpatient rehabilitation center and also during transition to a community center. It is important that emphasis be placed on effective communication within the multidisciplinary approach as patients negotiate difficult transitions. Practitioners must also effectively communicate with family members to ensure a smooth transition, as well as teach family members how they can take an active role in the care of their loved ones once they are discharged from an acute or sub-acute facility. Finally, coordinating follow-up appointments with primary and specialty care and community care through home health services and establishing a plan for ongoing therapy may be the best way to ensure a safe transition for the elderly patient back to the community setting.

*Comorbidity.* Age is an independent risk factor for less favorable outcome after TBI. However, there is an increased predominance of comorbidities in older populations that also play a role in outcome [178]. Some of these comorbidities are higher incidence of diabetes, pulmonary disease, hypertension/hypotension, poor nutrition, premorbid dementia, and cardiovascular disease. These may all contribute to outcomes post-TBI.

Diabetes mellitus is an independent risk factor following TBI for mortality. Outcomes are less favorable in those with premorbid dependence on insulin. Hypoglycemic episodes may make glutamate-induced excitotoxicity worse [179, 180]; hyperglycemia may impair cerebral perfusion, induce oxidative stress, promote acidosis, promote excitotoxicity, and worsen blood brain barrier disruption [179; 181] How to best manage diabetes after TBI is controversial. The current consensus regarding management is to maintain fairly well-controlled glucose levels and to avoid excessive hyperglycemic or hypoglycemic values post-TBI [179;182].

Those in the geriatric population also have a tendency to be malnourished. Providing enteral nutrition early on post-TBI may improve outcomes and can provide beneficial effects on cortisol, TSH/T3/T4, and testosterone [183, 184]. Nutrition is particularly essential in a patient that is pre-morbidly malnourished. With malnourishment and with age group, practitioners are also likely to see vitamin deficiencies and related conditions. For instance, geriatric populations have a higher incidence of osteoporosis. Therefore, bone fractures are more frequently seen in head injuries in older individuals.

***Pharmacology and neurologic recovery in rehabilitation in geriatric populations.*** Careful attention should be paid during the rehabilitation process to commonly prescribed medications that could affect neurological recovery in geriatric patients. All patients that have suffered TBI may experience side effects from medications. Elderly patients with TBI in particular are more likely to experience side effects from medications.

Some medications that are commonly used to manage agitation, urinary disorders, bowel disorders and sleep disorders must often be minimized, as they produce negative side effects in elderly patients. These medications include anticholinergics, antidopaminergics, and antihistamines [185].

Benzodiazepines and atypical GABA agonists utilized for sleep disorders may also negatively affect recovery in post-TBI elderly patients. Other options to treat insomnia may be considered. These include melatonergic and serotoninergic drugs [186].

Some medications commonly prescribed post-TBI have increased side effects and severity, especially in the elderly. Some examples of these are antipsychotics used to treat insomnia and agitation and antiepileptic medications. However, when used in geriatric populations antipsychotics have been shown to delay spatial learning and motor recovery post-TBI [185; 187]. Prolonged use of the antiepileptic medication phenytoin may also negatively affect neurological recovery; the negative effects may be curtailed by reducing duration of use. However, recent studies suggest that levetiracetam could have similar efficacy to phenytoin. Additionally, levetiracetam may have marked neuroprotective qualities, if administered daily post-TBI [188].

Patients in geriatric populations, as with other patients post-TBI, require pharmacological and psychological treatment for issues that may impede rehabilitation participation and progress such as post-traumatic stress disorder (PTSD) or post-traumatic depression (PTD). Geriatric patients may also possess cognitive deficits. The approaches to treat these defects are similar to those used to treat younger patients with TBI. However there are some differences to consider.

The use of dopamine agonists such as methylphenidate may increase rehabilitation participation, arousal, and cognitive and motor processing speed. These medications may bring an increased risk of cardiovascular side effects, including hypertension and arrhythmia [189]. While safety studies suggest that these drugs are generally safe, close monitoring is still suggested and caution should be taken when considering usage in patients with known arrhythmias and other serious cardiovascular conditions.

Other medications, such as L-dopa, can be considered for use in enhancing mood, cognition, and participation in geriatric patients with new onset Parkinsonian features post-TBI. SSRIs are typically used to address PTD. The risk of developing PTD may be linked with a genetic predisposition at the serotonin transporter [190]. Also, geriatric depression may be genetically predisposed. However, more research is needed in this area to fully understand the scope of geriatric depression post-TBI and the effects these drugs have on the geriatric population. Practitioners must note that SSRIs carry several drug interaction warnings that may affect certain geriatric patients with TBI [191].

***Preventing falls in elderly patients post-TBI.*** Falls are the leading cause of TBI in the elderly. Therefore, preventing head trauma plays a key role in improving and maintaining overall health in geriatric populations. Ongoing efforts to prevent falls must be taken, whether it is while the patient is still in the hospital, in the long-term care facility, or in a community setting. Risk for

35

recurrent falls post-TBI and subsequent to TBI is significant. Caregivers must develop approaches to prevent recurrent injuries.

Elderly patients are highly predisposed to delirium-related falls in hospital settings [192]. The Hospital Elder life program outlines steps to prevent and treat delirium associated falls. These include frequent orientation, early mobilization, therapeutic activities, the use of proper glasses and hearing aids, and proper sleep hygiene [193; 194]. Ensuring that rooms have adequate lighting and reducing unnecessary tubes, lines, and physical restraints, along with incorporating the use of padded floors, low beds, and alarms are common approaches utilized by programs that work with the elderly.

When geriatric patients move to a community setting post-rehabilitation, safety initiatives should extend to their home environment. This starts with a comprehensive home assessment that should focus on minimizing the risk of falling. Utilizing a multidisciplinary approach wherein a rehabilitation team may observe patients in their home settings helps the team formulate safety initiatives and implement individualized goals for therapy. Once the elderly patient masters the home environment, practitioners may expand safety goals to re-integrate patients into the community at large.

Initial at-home goals should emphasize energy conservation and negotiating barriers, such as improving balance and negotiating obstacles such as curbs. Long-term goals may focus on reintegration and improving cardiovascular endurance. Cardiovascular endurance may be improved through exercise and physical therapy, which may be done at home or through an outpatient rehabilitation program specifically designed for the older patient. These programs help reduce the risk of falling, especially when balance retraining is added to the program [195]. These programs may also help improve confidence in older patients by reducing the fear of falling; this improves overall quality of life as well.

Numerous medications commonly prescribed to geriatric patients also may increase the risk of falling, especially benzodiazepams, since they reduce the threshold for delirium in these patients. Practitioners should review patients' medication and remove any medications that may increase the risk of falling while in rehabilitation.

Overall, the cost of care post-TBIpost-TBI in geriatric patients is high. Acute-care resource usage is greater in geriatric patients when compared to younger patients post-TBI [178]. However, if practitioners are sensitive to the unique nature of TBI in geriatric populations a poor outcome is not a certainty.

### Age: Rehabilitation in children.

*Behavioral problems.* Children experience many of the same problems that adults do post-TBI. However, the most common problems experienced by children are psychological and related behavioral problems.

*Inhibitory control.* Children frequently have difficulty with inhibitory control post-TBIpost-TBI. The depth of difficulty, as well as the kind of difficulty depends on the stage of development the child is in [196]. Additionally, the age of the child and the time since the TBI was sustained are deciding factors in difficulty with inhibitory control.

For instance, inhibition of return becomes apparent between three and six months of life. This coincides with the ability to effectively direct saccades to certain locations. Effortful inhibition has a longer rate of development, with processes that are immature in young children. Increased interference control becomes apparent around middle childhood. Children learn to shift behavior between rules by about five years of age. Cancellation inhibition increases throughout childhood and adolescence. Restraint inhibition peaks at around 12 years of age.

These  processes are multifaceted. Each process has a different developmental trajectory and relies on different cognitive paradigms. This variability is paralleled by the variability that is seen in TBI injury.

Some inhibitory control processes are more vulnerable to TBI injury than are others. For instance, effortful inhibitory control processes may be more vulnerable post-TBI than are reflexive processes.

Children who have suffered TBI may experience impaired response flexibility. This is especially common in those who have lesions located in the left frontal lobe. A recent study of adolescents and young adults who had sustained TBI during childhood indicated poor performance on the Children's Category Test [197; 198], which suggests impaired response flexibility. However, this test contains a number of questions that are unrelated to inhibitory control, such as divided attention, abstract concepts, and working memory. A different study [199] used the spatial reversal task to analyze cognitive flexibility post-TBI. In this test, the child develops a response set to locate a reward that is hidden in a certain location. The child must then reverse his or her response set to point towards a different location. Children who had sustained moderate and severe TBI injury, as well as children in the control group performed equally well on the test. This suggests that these children possessed an intact ability to inhibit previous roles.

Children who have sustained TBI and are in either the acute or chronic phase of recovery may suffer deficiencies in the cancellation inhibition. This is indicated by less efficient or slower, SSRT on a stop signal task. A recent study indicated that children who sustained TBI do not make more errors of commission than do children in the control group in spite of slowed SSRT on the stop signal [200].  However, other studies have indicated increased errors in commission [201], particularly in children in the chronic phase of recovery.

Difficulty with inhibitory control may cause secondary conditions. For example, children who have sustained TBI commonly present with deficits to attention. Between 10 - 19% of children who sustained TBI present with a pre-injury diagnosis of Primary Attention Deficit Hyperactivity Disorder (P-ADHD). Around 15% to 20% of children develop Secondary Attention Deficit Hyperactive Disorder S-ADHD post-TBI [202]. S-ADHD is the most prevalent psychiatric disorder among children who have sustained TBI.

Those children who displayed greater behavioral difficulties before they were injured, such as over-activity or problems with attention were more likely to exhibit a poorer cancellation condition on the stop signal test post-TBI than were those children without these difficulties. However, a diagnosis of P-ADHD pre-injury does not affect the acute phase of cancellation deficit in any significant way. Children with S-ADHD who are in the chronic phase present with longer SSRT on the stop signal test and display performance that is similar to those who have sustained TBI but do not have S-ADHD than do those children in the control group, who are developing typically.

*Depression and anxiety.* Children frequently experience depression and anxiety post-TBI, although this experience is less common in children than it is in adults post-TBI.  Factors that contribute independently to an increased incidence of depression and anxiety post-TBI in children are the age at the time of the TBI injury and a family history of depression or other mental illness. These conditions may occur together or separately. Recent research [203] indicated that non-anxious depression post-TBI in children seems to be associated with specific left-sided lesions, while anxious depression is associated with right-sided lesions.

**Treatment Risks**

**Infection.** Individuals who have sustained a traumatic brain injury are considered to be at higher risk for infection. Individuals who have suffered TBI and had to undergo brain surgery are at a higher risk of infection than both those who have either suffered TBI and have not had to undergo brain surgery or those who have not suffered TBI.

One retrospective study, conducted by Kourbeti et al. [204], indicated that patients who have suffered TBI are at high risk of having nosocomial infection. This risk is higher in patients who have sustained TBI than in those who are critically ill or in other neurosurgical patients. The reason for this may be that defenses in the immune system may be compromised even if there is no systemic injury.

The study further indicated that the most common infections were respiratory tract infections. Infections at the surgical site developed in 10.5% of the surgeries. Meningitis post-surgery developed in 4.7% of the patients. Major risk factors for the development of infections at the surgical site in general, and for meningitis specifically, were the length of stay and environment. Correlating factors were lower preoperative Glasgow Coma Scale (GCS), which was positively correlated with longer duration of stay, surgery, and adversity of final outcome; low Glasgow Outcome Scale (GOS); and an increased propensity to develop infections, other than those at the surgical site. Additionally, a longer hospital stay pre-surgery was directly associated with infections such as pneumonia and UTI.

Therefore, managing infection is essential to favorable outcomes in those who have sustained TBI.

**Mechanisms and Their Effect on Treatment Decisions**

The mechanism of injury may, to an extent, determine the kind and extent of treatment an individual receives for TBI. For example, motor vehicle accidents, the most frequently sustained blunt trauma, are frequently covered by private insurance, a factor that may determine where an individual ends up when discharged for follow-up treatment [205]. This factor also may determine whether an individual receives additional follow-up care.

Penetrating trauma is most likely to be the result of a gunshot wound.

In blast trauma, which is frequently sustained by military personnel in war zones, the individual is likely to be treated in a military hospital or veteran's establishment.

**Prognosis**

**Early Consequences**

Early indicators within 24 hours of injury that indicate outcome may be useful to help guide in rehabilitation counseling. One significant indicator is the linear relationship between the GCS measure immediately after resuscitation and outcome. The GCS shows a linear relationship to a poor outcome, for example, neurological disability, vegetative state, or death, when the GCS immediately post-resuscitation is in the 3 – 9 range [26].

There has also been a fair amount of research done to identify the early prognostics of functional outcome and mortality, as it is assessed by the Glasgow Outcome Scale (GOS) upon admission to an emergency department or hospital. The GOS is generally divided into good recovery along with mild disability versus severe disability, vegetative state, and mortality.

Several factors must be examined when considering early consequences:

**Demographic factors.** Age is one of the most powerful predictors of functional outcome and mortality in TBI. As previously discussed, studies have shown that older age is commonly associated with less favorable outcome [206; 207] and higher treatment costs.

Studies that have analyzed the continuous association between age and outcome have reported that there is a change around age 30 – 40. Above this age range, the outcome of TBI consequences becomes increasingly less favorable [206; 207; 208].

Additionally, there is a sharp rise in risk of a less favorable outcome if the patient is over 60 years of age [26].

**Gender factors.** Current studies did not find relationships between gender and outcome after adjustments were made for confounding variables [206; 209; 210]. However, a meta-analysis found that women who survived TBI experienced worse functional outcomes and overall quality of life than did men who survived TBI [207].

**Ethnic factors.** A meta-analysis of 5,320 patients indicated that Black patients have a less favorable outcome than do White or Asian patients. This indication has been further confirmed in recent studies [207; 211; 212; 213]. Reasons underlying this indication are unknown and may only be speculated upon, but may include differences in genetic makeup, which in turn may lead to a different response to injury. Additionally, individuals of different

ethnicities may have different access to acute and post-acute medical care. More research is needed in this specific area.

**Clinical severity.** Clinical severity refers to the extent of extracranial and intracranial insults. Many studies that examine TBI and extracranial injury have examined patients with traumatic extracranial injury, both with and without TBI. These studies have concluded that the coexistence of extracranial injury and moderate TBI is correlated with high mortality and morbidity [214].

Some studies indicated that outcome of extracranial injury in patients with TBI depends primarily on the severity of the cerebral damage and is not made worse by the presence of the extracranial injuries [214]; however, other studies indicated that the presence of major extracranial injuries was correlated with less favorable outcomes [215; 216].

Computed tomography (CT) can also help reveal intracranial insults that are prognostic. The cisterns surrounding the midbrain are usually visible, but when the brain swells and herniates these spaces become occluded and are no longer visible. This is a compelling predictor of poor prognosis.

**Late Consequences**

Secondary insults are particularly common in the pre-hospital and hospital setting. These can increase the degree of damage the patient suffers and lead to a less favorable outcome.

TBI incites a stereotypical inflammatory response that activates the micro-glia in residence as well as white blood cells pervading from the central nervous system [217]. Post-traumatic inflammation may continue for many months or even years after the initial injury. The majority of improvement occurs within the first 6 months after injury and many studies use the GOS at six months after injury to compare with earlier scores to determine overall prognosis and progress [26].

Studies have indicated that the combination of hypotension and hypoxia has a greater negative effect on outcome than from either hypotension or hypoxia alone [218]. Additionally, lengthy, persistent vegetative states lead to very poor prognoses; no examples of good recovery have been observed in either adults or children who were in vegetative states for 12 months [26].

Patients, while not having an unfavorable outcome, may not have a good outcome either [219]. Research has shown that of patients with moderate injuries, 45% (GCS of 9 - 12) have moderate to serious disabilities one year post-TBI. Of those with serious injuries, 48% have moderate to serious disabilities one year post-TBI, and only 14% have a good outcome by one year post-TBI. Additionally, patients with even minor injuries may remain unable to resume normal daily activities post-TBI; research has shown that 47% of patients with a GCS of 13 - 15 were unable to resume work and have moderate to serious disabilities at one year post-TBI [220].

## Prevention

TBI may be prevented by providing individuals with proper safety education on the types of high-risk behaviors that can lead to TBI. Additionally, officials can work to identify populations that are at especially high risk for suffering TBI. In doing so, safety measures can then be

instituted to help lower the prevalence of TBI in these populations. Further, offering recommendations on safety gear in high-risk sports and educating leaders (i.e. coaches) in these areas may lead to further reducing instances of TBI.

Additionally, educating the public on the different safety items, such as wearing safety belts while driving and riding in cars and wearing helmets while bicycling or riding a motorcycle, may lead to lowered instances of TBI. Also, educating the public on extraneous substances that increase the risk of TBI, such as the use of alcohol, would be prudent, as avoiding the use and abuse of such items may help lower instances of TBI.

## Conclusion

Traumatic injury of the head and brain has been a serious issue for humankind since the dawn of civilization. When external force is applied, an alteration in brain function may result. This alteration in brain function is referred to as traumatic brain injury (TBI) [3].

TBI occurs most commonly after a sudden blow or shock to the head [4]. There are three primary mechanisms of TBI injury: blunt, penetrating, and blast [5]. TBI may be mild, moderate, or severe. There are two classifications of TBI: primary insults and secondary insults. The primary insult occurs at the moment of impact. The secondary insult consists of the complications that result from the primary insult.

While TBI may seem isolated and trauma confined to the head, it is in fact a complex, chronic, and dynamic process that requires consistent attention as associated affected body systems are managed [6; 7]. Additionally, TBI presents differently and must be treated uniquely in varying populations. Neonates, children, and geriatric populations present in different ways and must be treated differently in neurosurgical units for both mild and severe TBI.

Advances in imaging and critical care have led to a reduction in death and disability resulting from traumatic brain injury [26]. The future of TBI sees researchers recognizing the importance of and taking initiative in moving toward standardization in defining TBI and data collection across studies of TBI [28], as well as utilizing new techniques to diagnose and treat TBI.

## REFERENCES

1.  Heegard W, Biros M. Traumatic brain injury. Emerg Med Clin N Am. 2007; 25:655-678.

2.  Wick JY. Traumatic brain injury: special problem, special care. Consultant Pharm. 2012;27(6);392-399.

3.  Menon DK, Schwab K, Wright DW, et al. Position statement: Definition of traumatic brain injury. Arch Phys Med Rehabil. 2010; 91:1637-1640.

4.  Spencer DC, Karceski S, ed. About traumatic brain injury. Available at http//www.thebrainmatters.org. Last accessed September 16, 2012.

5.      Nolan S. Traumatic brain injury. Crit Care Nurs Q. 2005;2:188-194.

6.      Losiniecki A, Shutter L. Management of traumatic brain injury. Curr Treat Opt Neurology. 2010;12:142-154.

7.      Masel BE, DeWitt DS. Traumatic brain injury: a disease process, not an event. J Neurotrauma. 2010;27:1529-1540.

8.      Werner C, Engelhard K. Pathophysiology of traumatic brain injury. Br J Anaesth. 2007;99(1):4-9.

9.      Menaker J, Cowley RA, Scalea TM. Traumatic brain injury. Trauma Reports. Available at http://go.galegroup.com.proxy.libraries.uc.edu. Last accessed September 18, 2012.

10.     Decuypere M, Klimo P. Spectrum of traumatic brain injury from mild to severe. SurgClin N Amer. 2012;92:939-957.

11.     Ough JK, Namplaparampli DE. Pain after traumatic brain injury. Handbook of Pain and Palliative Care: Biobehavioral Approaches for the Life Course. 2012.

12.     Corrigan JD, Selassie AW, OrmanJA. The epidemiology of traumatic brain injury. J Head Trauma Rehab. 2010;25(2):72–80.

13.     Anderson V, Spencer-Smith M, Leventer R, et al. Childhood brain insult: can age at insult help us predict outcome? Brain. 2009;132:45–56.

14.     Gilmore E, Karceski S. Traumatic brain injury. Neurology. 2012;74(28):1-6.

15.     Faul M, Xu L, Wald M, et al. Traumatic brain injury in the United States: emergency department visits, hospitalizations and deaths 2002–2006 . Atlanta: Centers for Disease Control and Prevention, National Center for Injury Prevention and Control. 2010.

16.     Keenan HT, Runyan DK,Nocera M. Child outcomes and family characteristics 1 year after severe inflicted or noninflicted traumatic brain injury. Pediatrics. 2006;117:317–324.

17.     Giza, CC. Lasting effects of pediatric traumatic brain injury. Indian J Neurotrauma. 2006;3:19–26.

18.     Vos PE, Alekseenko Y, Battistin L, et al. Mild traumatic brain injury. Euro J Neurology. 2012;19:191-198.

19.     Bigler ED. Mild traumatic brain injury: the elusive timing of "recovery". Neuroscience Letters. 2012;509:1-4.

20.    McCrea, MA. Mild traumatic brain injury and postconcussion syndrome: the new evidence base for diagnosis and treatment. New York: Oxford University Press. 2008.

21.    Sosin, DM, Sniezek, JE, Thurman, DJ. Incidence of mild and moderate brain injury in the United States. Brain Injury.1996;10(1):47–54.

22.    Kim JJ, Gean AD. Imaging for the diagnosis and management of traumatic brain injury. Neurotherapeutics. 2011;8(1):39-53.

23.    Richey. Gun shot wounds. Available at https://docs.google.com/ viewer?a=v&q=cache:bY1-idPDMDsJ:classes.kumc.edu/ cahe/respcared/ptcs/richey.pps+determine+force+of+impact+in+gunshot+wounds&hl=en &gl=us&pid=bl&srcid=…Last accessed October 2, 2012.

24.    DePalma RG, Burris DG, Champion HR,et al. Blast injuries. New Engl J Med.2005;352:1335-1342.

25.    Albert-Weisenberger C, Siren A. Experimental traumatic brain injury. Exp & Trans Stroke Med. 2010;2(16):1-8.

26.    Ghajar J. Traumatic brain injury. The Lancet. 2000;356:923-928

27.    Maas AI, Harrison-Felix CL, Menon D, et al. Common data elements for traumatic brain injury: recommendations from the interagency working group on demographics and clinical assessment. 2010;91:1641-1649.

28.    Maas AI, Harrison-Felix CL, Menon D, et al. Standardizing data collection in traumatic brain injury. J Neurotrauma. 2011;28:177-187

29.    Sahler CS, Greenwald BD. Traumatic brain injury in sports: a review. Rehab Research Practice. 2012;2012:1-10.

30.    Zink BJ, Szmydynger-Chodobska J, Chodobski A. Emerging concepts in the pathophysiology of traumatic brain injury. PsychiatrClin N Am. 2010;33:741-756.

31.    Werner C, Engelhard K. Pathophysiology of traumatic brain injury. Br J Anaesth. 2077;1:4-9.

32.    Oertel M, Boscardin W, Obrist W, et al. Post traumatic vasospasm: the epidemiology, severity, and time course of an underestimated phenomenon: a prospective study performed in 299 patients. J Neurosurg. 2005;103(5):812–824.

33.    Kan MK, Ling EA, Lu J. Microenvironment changes in mild traumatic brain injury. Brain Research Bulletin. 2012;87:359-372.

34. Cunningham AS, Salvador R, Coles JP, et al. Physiological thresholds for irreversible tissue damage in contusional regions following traumatic brain injury. Brain. 2005;128:1931–1942.

35. Wu Q, Xuan W, Ando T, et al. Low-level laser therapy for closed-head traumatic brain injury in mice: effect of different wavelengths. Lasers in Surg & Med.2012;44:218-226.

36. Johnston AJ, Steiner LA, Chatfield DA, et al. Effects of propofol on cerebral oxygenation and metabolism after head injury. Br J Anaesth. 2003;91:781-786.

37. Stiefel MF, Spiotta A, Gracias VH, et al.  Reduced mortality rate in patients with severe traumatic brain injury treated with brain tissue oxygen monitoring. J Neurosurg. 2005;103:805–811.

38. DeWitt DS, Prough DS.Blast-induced brain injury and posttraumatic hypotension and hypoxemia. J Neurotrauma. 2009;26:877–887.

39. Marmarou A, Anderson RL, Ward JD, et al. Impact of ICP instability and hypotension on outcome in patients with severe head trauma. J Neurosurg Spec Suppl. 1991;75:59–66.

40. Elmore S. Apoptosis: a review of programmed cell death. Tox Path. 2007;35:495-516.

41. Crownover J, Galang GN, Wagner A. Rehabilitation considerations for traumatic brain injury in the geriatric population: epidemiology, neurobiology, prognosis, and management. Curr Tran GeriatrGerontrol Rep. 2012;1:149-158.

42. Dixon CE, Kochanek PM, Yan HQ, et al. One-year study of spatial memory performance, brain morphology, and cholinergic markers after moderate controlled cortical impact in rats. J Neurotrauma. 1999;16(2):109–122.

43. Ross DE. Review of longitudinal studies of MRI brain volumetry in patients with traumatic brain injury. Brain Inj. 2001;25(13-14):1271–1278.

44. Tate DF, Khedraki R, Neeley ES, et al. Cerebral volume loss, cognitive deficit, and neuropsychological performance: comparative measures of brain atrophy: II.. J IntNeuropsych Soc. 2011;17(2):308–316.

45. Bullock R. Excitatory amino acids following brain injury. J Neurosurg. 1994;80(3):595–596.

46. Wagner AK, McCullough EH, Niyonkuru C, et al. Acute serum hormone levels: characterization and prognosis after severe traumatic brain injury. J Neurotrauma. 2011;28(6):871–888.

47.   Choi DW. Ionic dependence of glutamate toxicity. J Neurosci. 1987;7(2):369–79.

48.   Love S. Oxidative stress in brain ischemia. Brain Pathol. 1999;9(1):119–131.

49.   Mellergard P, Sjogren F, Hillman J. The cerebral extracellular release of glycerol, glutamate, and FGF2 is increased in older patients following severe traumatic brain injury. J Neurotrauma. 2012;29:112–118.

50.   Behan LA, Phillips J, Thompson CJ, et al. Neuroendocrine disorders after traumatic brain injury. J NeurolNeurosurg Psychiatry. 2008;79(7):753–759.

51.   Bondanelli M, Ambrosio MR, Zatelli MC, et al. Hypopituitarism after traumatic brain injury. Eur J Endocrinology. 2005;152(5):679–691.

52.   Bavisetty S, McArthur DL, Dusick JR, et al. Chronic hypopituitarism after traumatic brain injury: risk assessment and relationship to outcome. Neurosurgery. 2008;62(5):1080–1093.

53.   Wagner AK, Bayir H, Ren D, et al. Relationships between cerebrospinal fluid markers of excitotoxicity, ischemia, and oxidative damage after severe TBI: the impact of gender, age, and hypothermia. J Neurotrauma. 2004;21(2):125–136.

54.   Roof RL, Hall ED. Gender differences in acute CNS trauma and stroke: neuroprotective effects of estrogen and progesterone. J Neurotrauma. 2000;17(5):367–388.

55.   Li Z, Wang B, Kan Z, et al. Progesterone increases circulating endothelial progenitor cells and induces circulating endothelial progenitor cells and induces neural regeneration after traumatic brain injury in aged rats. J Neurotrauma. 2012;29:343–353.

56.   Cutler SM, Cekic M, Miller DM, et al. Progesterone improves acute recovery after traumatic brain injury in the aged rat. J Neurotrauma. 2007;24:1475-1486.

57.   Xiao G, Wei J, Yan W, et al. Improved outcomes from the administration of progesterone for patients with acute severe traumatic brain injury: a randomized controlled trial. Crit Care. 2008;12:R61.

58.   Kozlowski M, Yollin E, Merlen E, et al. Lasting pituitary hormone deficiency after traumatic brain injury. J Neurotrauma. 2012;29:81–89.

59.   Dziedzic T. Systemic inflammatory markers and risk of dementia. Am J Alzheimers Dis Other Demen. 2006;21:258–262.

60.   Sivanandam T. Thakur MK. Traumatic brain injury: a risk factor for Alzheimer's disease NeurosciBiobehav Rev. 2012;36:1376–1381.

61.   Johnson VE, Stewart W, Smith DH, et al. Traumatic brain injury and amyloid-B pathology: a link to Alzheimer's disease? Nat Rev Neurosci. 2010;11(5):361–370.

62.   Dick FD, De Palma G, Ahmadi A, et al. Environmental risk factors for Parkinson's disease and parkinsonism: the geoparkinson study. Occup Environ Med. 2007;64(10):666–672.

63.   Factor SA, Sanchez-Ramos J, Weiner WJ. Trauma as an etiology of parkinsonism: a historical review of the concept. MovDisord. 1988;3(1):30–36.

64.   Joohyung L, Zhu W, Stanic D, et al. Sprouting of dopamine terminals and altered dopamine release and uptake in Parkinsonian dyskinaesia. Brain. 2008;131:1574–1587.

65.   Massucci JL, Kline AE, Ma X, et al. Time dependent alterations in dopamine tissue levels and metabolism after experimental traumatic brain injury in rats. NeurosciLett. 2004;372:127–131.

66.   Donnemiller E, Brenneis C, Wissel J, et al. Impaired dopaminergic neurotransmission in patients with traumatic brain injury: a SPECT study using 1231-beta-CIT and 1231-IBZM. Eur J Nucl Med. 2000;27(9):141–144.

67.   Bales JW, Wagner AK, Kline AE, et al. Persistent cognitive dysfunction during rehabilitation of traumatic brain injury: towards a dopamine hypothesis. NeurosciBiobehav Rev. 2009;33(7):981–1003.

68.   CDC. Mass Casualties. Available at www.bt.cdc.gov/masscasualties. Last accessed September 9, 2012.

69.   Pons PT. Head trauma. Emergency Pediatrics. 2003;417-431.

70.   Schatz P, Pardini JE, Lovell MR, et al. Sensitivity and specificity of the ImPACT test battery for concussion in athletes. Arch Clin Neuropsychology. 2006;21(1):91-99.

71.   Bergman K, Bay E. Mild traumatic brain injury/concussion: a review for ED nurses. J EmergNurs. 2010;36:221-230.

72.   Sosnoff JJ, Broglio SP, Shin S, et al. Previous mild traumatic brain injury and postural control dynamics. J Athletic Train. 2011;46(1):85-91.

73.   Nicholson K, Martelli M. The problem of pain. J Head Trauma Rehab. 2004;19:2-9.

74.   Kraus J, Schaffer K, Ayers K, et al. Physical complaints, medical service use, and social and employment changes following mild traumatic brain injury: a 6-month longitudinal study. J Head Trauma Rehab. 2005;20:239-256.

75.     Bay E, Bergman K. Symptom experience and emotional distress after traumatic brain injury. Care Manage J. 2006;7:3-9.

76.     Deb S, Lyons I, Koutzoukis C. Neuropsychiatric sequelae one year after a minor head injury. J NeurolNeurosurg Psychiatry. 1998;65:899-902.

77.     Harvey A, Bryant R. Two-year prospective evaluation of the relationship between acute stress disorder and posttraumatic stress disorder following mild traumatic brain injury. Am J Psychiatry. 2000;157:626-628.

78.     Mathias JL, Beall JA, Bigler ED. Neuropsychological and information processing deficits following mild traumatic brain injury. J IntNeuropsychol Soc. 2004;10:286-297.

79.     Holder S. 2008. The Glasgow Coma Scale. Available at http://www.headbraininjuries.com/glasgow-coma-scale. Last accessed October 2, 2012.

80.     Mantell A. Traumatic brain injury and potential safeguarding concerns. J Adult Protect. 2010;12(4):31-42.

81.     Stuart B, Mandleco M, Wilshaw R, et al. Mild traumatic brain injury: are ED providers identifying which patients are at risk? J EmergNurs. 2012;38:435-442.

82.     Iverson GL, Lange RT. Mild traumatic brain injury. The Little Black Book of Neuropsychology. 2011;697-719.

83.     Galetta KM, Barrett J, AllenM,Madda F, DelicataD, et al. The King-Devick test as a determinant of head trauma and concussion in boxers and MMA fighters. Neurology. 2011;76:1456–1462.

84.     Vista Life Science. Automated neuropsychological assessment metrics (ANAM4TM). Available at http://www.vistalifesciences.com/anam4.html. Last accessed September 9, 2012.

85.     ImPACT Appl. Overview and features of the ImPACT test. Available at http://impacttest.com/about/background. Last accessed October 2, 2012.

86.     Brewin B. Battlefield brain-injury assessment tool has high failure rate. Available at http://www.nextgov.com/nextgov/ng_20110316_3265.php. Last accessed October 2, 2012.

87.     Stocchetti N, Paterno R, Citerio G, et al. Traumatic brain injury in an aging population. J Neurotrauma. 2011;29:1119–1125.

88.   Frieden TR, Ikeda R, Hunt R. et al. Traumatic brain injury in the United States: emergency department visits, hospitalizations and deaths 2002–2006. National Center for Injury Prevention and Control, Centers for Disease Control and Prevention. Available at http://www.cdc.gov/traumaticbraininjury/tbi_ed.html. Last accessed October 2, 2012.

89.   Ramanathan D, McWilliams N, Schatz P, et al. Epidemiological shifts in elderly traumatic brain injury: 18-year trends in Pennsylvania. J Neurotrauma. 2012;29:1–8.

90.   Thompson HJ, Weir S, Rivara FP, et al. Utilization and costs of health care following geriatric traumatic brain injury. J Neurotrauma. 2012;29(10):1864-1871.

91.   Pennings JL, Bachulis BL, Simons CT, et al. Survival after severe brain injury in the aged. Arch Surg. 1993;128:787–794.

92.   Tokutomi T, Miyagi T, Ogawa T. Age-associated increases in poor outcomes after traumatic brain injury: a report from the japan neurotrauma data bank. J Neurotrauma. 2008;25:1407–1414.

93.   Leblanc J, DeGuise E, Gosselin N, et al. Comparison of functional outcome following acute care in young, middle-aged and elderly patients with traumatic brain injury. Brain Inj. 2006;20(8):779–790.

94.   Testa JA, Malec J, Moessner A, et al. Outcome after traumatic brain injury: effects of aging on recovery. Arch Phys Med Rehabil. 2005;86:1815–1823.

95.   Cifu DX, Kreutzer JS, Marwitz JH, et al. Functional outcomes of older adults with traumatic brain injury: a prospective, multicenter analysis. Arch Phys Med Rehab. 1996;77:883–888.

96.   Anderson V, Godfrey C, Rosenfeld JV, et al. 10 years outcome from childhood traumatic brain injury. Int J DevNeurosci. 2012;30:217-224.

97.   Giza CC, Prins ML. Is being plastic fantastic? Mechanisms of altered plasticity after developmental traumatic brain injury. DevNeurosci. 2006;28:364–379.

98.   Maxwell WL. Traumatic brain injury in the neonate, child and adolescent human: an overview of the pathology. Intl J DevNeurosci. 2012;30:167-183.

99.   Case ME. Accidental traumatic head injury in infants and young children. Brain Pathol. 2008;18:583–589.

100.  Bigler ED, Maxwell WL. Neuroimaging and neuropathology of TBI. Neuro Rehab. 2011;28:1–12.

101.   French LM, Parkinson GW. Assessing and treating veterans with traumatic brain injury. J Clin Psychology. 2008;64:1004-1013.

102.   Hayward P. Traumatic brain injury: the signature of modern conflicts. The Lancet. 2008;7(3):200-201.

103.   Okie S. Reconstructing lives - a tale of two soldiers. New Engl J Med. 2006;355(25):2609-2615.

104.   Moore DF, Jaffee MS. Blast associated traumatic brain injury. J AcoustSoc Am. 2010;127(3):1788.

105.   Bhattacharjee Y. Shell shock revisited: solving the puzzle of blast trauma. Science. 2008;319:406-408.

106.   Kocsis J, Tessler A. Pathology of blast-related brain injury. J Rehab Research Dev. 2009;46(6):667-672.

107.   Warden DL, French L. Traumatic brain injury in the war zone. New Engl J Med. 2005;353:633-634.

108.   Warden, DL. Military TBI during the Iraq and Afghanistan wars. J Head Trauma Rehab.2006;21(5):398-402.

109.   Caro DH. Traumatic brain injury care systems: 2020 transformational challenges. Global J Health Science. 2011;3(1):19-29.

110.   Almogy G, Rivkind AI. Terror in the 21st century: milestones and prospects-part I. Current Problems in Surgery. 2007;44:496-554.

111.   Wolf S, Bebarta V, Bonnett C,et al. Blast injuries. The Lancet. 2009;374(9687):405-415.

112.   Hoge CW. Deployment to the Iraq war and neuropsychological sequelae. JAMA. 2006;296:2678-2679.

113.   Snell F, Halter M. A signature wound of war, mild traumatic brain injury. J PsychosocNurs & Mental Health Serv. 2010;48(2):22-28.

114.   Defense Veterans Brain Injury Center. Military acute concussion evaluation (MACE). Available at http://www.pdhealth.mil/downloads/MACE.pdf. Last accessed October 2, 2012.

115.   Defense Centers of Excellence. Automated neuropsychological assessment metrics (ANAM). Available at http://www.dcoe.health.mil/Content/Navigation/ Documents/About%20ANAM.pdf. Last accessed September 9, 2012.

116.   Podell K, Gifford K, Bougakov D, et al. Neuropsychological assessment in traumatic brain injury. PsychiatrClin N Am. 2010;33:855-876.

117.   Le TH, Gean AD. Neuroimaging of traumatic brain injury. Mt. Sinai J Med. 2009;76:145–162.

118.   Holder S. MRI versus CT scan in determining brain injuries. Available at http://www.headbraininjuries.com/brain-injuries-mri-ct-scan. Last accessed October 2, 2012.

119.   Kou ZF, Wu Z, Tong KA, et al. The role of advanced MR imaging findings as biomarkers of traumatic brain injury. J. Head Trauma Rehab. 2010;25:267–282.

120.   North SH, Shriver-Lake LC, Taitt CR, et al. Rapid analytical methods for on-site triage for traumatic brain injury. Annu Rev Anal Chem. 2012;5:35-56.

121.   Hunter JV, Wilde EA, Tong KA, et al. Emerging imaging tools for use with traumatic brain injury research. J Neurotrauma. 2012;29:654-671.

122.   Whitmore RG, Thawani JP, Grady MS, et al. Is aggressive treatment of traumatic brain injury cost-effective? J Neurosurg. 2012;116(5):1106-1113..

123.   Winchell RJ, Hoyt DB. Endotracheal intubation in the field improves survival in patients with severe head injury. Arch Surg. 1997;132:592–597.

124.   Chesnut RM, Marshall LF, Klauber MR, et al. The role of secondary brain injury in determining outcome from severe head injury. J Trauma. 1993;34:216–222.

125.   Subhas K, Appleby I. Traumatic brain injury: initial resuscitation and transfer. AnaesthIntens Care Med. 2011;12(5):201-203.

126.   Brain Trauma Foundation. Guidelines for the pre-hospital management of traumatic brain injury. New York: Brain Trauma Foundation, 2000. Available at www.braintrauma.org. Last accessed October 2, 2012.

127.   Colohan AR, Alves WM, Gross CR, et al. Head injury mortality in two centers with different emergency medical services and intensive care. J Neurosurg.1989;71: 202–207.

128.   Ghajar J, Hariri RJ, Narayan RK. Survey of critical care management of comatose, head-injured patients in the United States. Crit Care Med.1995;23:560–567.

129.   Bullock R. Guidelines for the management of severe traumatic brain injury. J Neurotrauma. 2007;24(Supp.1):S1-S106.

130. Campbell WW. DeJong's the Neurologic Examination. 6th ed. Philadelphia, PA: Lippincott, Williams & Wilkins; 2005.

131. Wiegand DL, ed. AACN Procedure Manual for Critical Care. 6th ed. St Louis, MO: Elsevier Saunders; 2011.

132. Levine JM, Flanagan SR. Rehabilitation of traumatic brain injury. PsychiatrClin N Am. 2010;33:877-891.

133. Andelic N, Baut-Holter E, Ronning P, et al. Does an early onset and continuous chain of rehabilitation improve the long-term functional outcome of patients with severe traumatic brain injury? J Neurotrauma. 2012;29:66-74.

134. Ponsford J, Willmott C, Rothwell A, et al. Impact of early intervention on outcome following mild head injury in adults. J Neurology, Neurosurgery & Psychiatry.2002;73(3):330–332.

135. Physicians' Desk Reference. Motvale NJ: Thomson PDR; 2005.

136. Young JA. Pharmacotherapy for traumatic brain injury: focus on sympathomimetics. Pharmacology & Therapeutics. 2012;134:1-7.

137. Thau-Zuchman O, Shohami E, Alexandrovich AG, et al. The anti-inflammatory drug Carprofen improves long-term outcome and induces gliogenesis after traumatic brain injury. J Neurotrauma. 2012;29:375-384.

138. Castriotta RJ, Murthy JN. Sleep disorders in patients with traumatic brain injury. CNS Drugs. 2011;25(3):175-185.

139. Jha A, Weintraub A, Allshouse A, et al. A randomized trial of modafinil for the treatment of fatigue and excessive daytime sleepiness in individuals with chronic traumatic brain injury. J Head Trauma Rehab. 2008;23(1):52-63.

140. Hassan ST, Khaw WF, Rosna AR, et al. Traumatic brain injury: caregivers' problems and needs. J Nepal Med Assoc. 2011;51(181):53-55.

141. Simpson GK, Winstanley J, Sasaki K, et al. Family Outcome Measure: User Manual 1.0. Sydney: Sydney South West Area Health Service. 2009.

142. Svestkova O, Angerova Y, Sladkova P, et al. Functioning and disability in traumatic brain injury. Disability & Rehab. 2010;32(Supp1):S68-S77.

143. Rauchs G, Bertran F, Guillery-Girard B, et al. Consolidation of strictly episodic memories mainly requires rapid eye movement sleep. Sleep. 2004;27(3):395-401.

51

144.   Stickgold R. Sleep-dependent memory consolidation. Nature. 2005;437(7063):1272-1278.

145.   Wilde MC, Castriotta RJ, Lai JM, et al. Cognitive impairment in patients with traumatic brain injury and obstructive sleep apnea. Arch Phys Med Rehab. 2007;88(10):1284-1288.

146.   Castriotta RJ, Wilde MC, Lai JM, et al. Prevalence and consequences of sleep disorders in traumatic brain injury. J Clin Sleep Med. 2007;3(4):349-356.

147.   Verma A, Anand V, Verma NP. Sleep disorders in chronic traumatic brain injury. J Clin Sleep Med. 2007;3(4):357-362.

148.   Rao V, Spiro J, Vaishnavi S, et al. Prevalence and types of sleep disturbances acutely after traumatic brain injury. Brain Inj. 2008;22(5):381-386.

149.   Johns MW. Daytime sleepiness, snoring, and obstructive sleep apnea: the Epworth Sleepiness Scale. Chest. 1993;103(1):30-36.

150.   Carskadon MA, Dement WC, Mitler MM, et al. Guidelines for the Multiple Sleep Latency Test (MSLT): a standard measure of sleepiness. Sleep. 1986;9(4):519-524.

151.   American Academy of Sleep Medicine. International classification of sleep disorders. 2nd ed. Diagnostic and coding manual. Westchester, IL: American Academy of Sleep Medicine; 2005:148-151.

152.   Hoffstein V. Snoring and upper airway resistance. In: Kryger MH, Roth T, Dement WC, ed. Principles and practice of sleep medicine. Philadelphia, PA: Elsevier Saunders; 2005:1001-12.

153.   Dikmen S, Machamer J, Temkin N, et al. Neuropsychological recovery in patients with moderate to severe head injury: 2 year follow-up. J ClinExp Neuropsychology 1990;12(4):507-519.

154.   Cohen M, Oksenberg A, Snir D, et al. Temporally related changes of sleep complaints in traumatic brain injured patients. J NeurolNeurosurg Psychiatry. 1992;55(4):313-315.

155.   Kaufman Y, Tzischinsky O, Epstein R, et al. Long-term sleep disturbances in adolescents after minor head injury. Pediatric Neurology. 2001;24(2):129-134.

156.   Parcell DL, Ponsford JL, Redman JR, et al. Poor sleep quality and changes in objectively recorded sleep after traumatic brain injury: a preliminary study. Arch Phys Med Rehab. 2008;89(5):843-850.

157.   Fichtenberg NL, Zafonte RD, Putnam S, et al. Insomnia in a post-acute brain injury sample. Brain Inj. 2002;16(3):197-206.

158.   Gosselin N, Lassonde M, Petit D, et al. Sleep following sport-related concussions. Sleep Med. 2009;10(1):35-46.

159.   Schreiber S, Barkai G, Gur-Hartman T, et al. Long-lasting sleep patterns of adult patients with minor traumatic brain injury (mTBI) and non-mTBI subjects. Sleep Med. 2008;9(5):481-487.

160.   Benyakar M, TadirM, Groswasser Z, et al. Dreams in head injured patients. Brain Inj. 1988;2(4):351-356.

161.   Prigatano GP, Stahl ML, Orr WC, et al. Sleep and dreaming disturbances in closed head injury patients. J NeurolNeurosurg Psychiatry. 1982;45(1):78-80.

162.   Ouellet MC, Morin CM. Cognitive behavioral therapy for insomnia associated with traumatic brain injury: a single-case study. Arch Phys Med Rehab. 2004;85(8):1298-1302.

163.   Bradbury CL, Christensen BK, Lau MA, et al. The efficacy of cognitive behavior therapy in the treatment of emotional distress after acquired brain injury. Arch Phys Med Rehab. 2008; 89(12 Suppl.):S61-S68.

164.   Worthington AD, Melia Y. Rehabilitation is compromised by arousal and sleep disorders: results of a survey of rehabilitation centers. Brain Inj. 2006;20(3):327-332.

165.   Daisley A, Tams R, KischkaU. Head Injury. Oxford: Oxford University Press. 2009.

166.   Albert S, Im A, Brenner L, et al. Effect of a social work liaison program on family caregivers to people with brain injury. J Head Inj Trauma. 2002;17(2):175–189.

167.   Bryant RA, O'Donnell ML, Creamer M, et al. The psychiatric sequelae of traumatic injury. AJB J Psychiatry 2010;167(3):312-320.

168.   Hart T, Brenner L, Clark AN, et al. Major and minor depression after traumatic brain injury. Arch Phys Med Rehab. 2011;92:1211-1219.

169.   Rapoport MJ. Depression following traumatic brain injury. CNS Drugs. 2012;26(2):111-121.

170.   Dawson DR, Schwartz ML, Winocur G, et al. Return to productivity following traumatic brain injury: cognitive, psychological, physical, spiritual, and environmental correlates. Disabil Rehab. 2007;2(4):301-313.

171.  Franulic A, Carbonell CG, Pinto P, et al. Psychosocial adjustment and employment outcome 2 and 10 years after TBI. Brain Inj. 2004;18(2):119-129.

172.  Zafonte RD, Cullen N, Lexell J. Serotonin agents in the treatment of acquired brain injury. J Head Trauma Rehab. 2002;17(4):322–334.

173.  Mittenberg W, Tremont G, Zielinski RE, et al. Cognitive-behavioral prevention of postconcussion syndrome. Arch Clin Neuropsychology. 1996;11(2):139–145.

174.  Rimer J, Dwan K, Lawlor DA, et al. Exercise for depression. Cochrane Database Summaries; 2012. Available at http://summaries.cochrane.org/CD004366/exercise-for-depression. Last accessed October 2, 2012.

175.  Diaz AP, Schwarzbold ML, Thais ME. Psychiatric disorders and health-related quality of life after severe traumatic brain injury: a prospective study. J Neurotrauma. 2012;29:1029-1037.

176.  Tateno A, Jorge R, Robinson R. Clinical correlates of aggressive behavior after traumatic brain injury. J Neuropsychiatry ClinNeurosci. 2003;15(2):155–160.

177.  Frankel JE, Marwitz JH, Cifu D, et al. A follow-up study of older adults with traumatic brain injury: taking into account decreasing length of stay. Arch Phys Med Rehab. 2006;87:57–62.

178.  Stocchetti N, Paterno R, Citerio G, et al. Traumatic brain injury in an aging population. J Neurotrauma. 2012;29(6):1119–1125.

179.  Meier R, Bechir M, Ludwig S, et al. Differential temporal profile of lowered blood glucose levels (3.5 to 6.5 mmol/l versus 5 to 8 mmol/l) patients with severe traumatic brain injury. Crit Care. 2008;12:R98.

180.  Vespa P, Boonyaputthikul R, McArthur DL, et al. Intensive insulin therapy reduces microdialysis glucose values without altering glucose utilization or improving the lactate/pyruvate ratio after traumatic brain injury. Crit Care Med. 2006;34(3):850–856.

181.  Erol A. Insulin resistence is an evolutionarily conserved physiological mechanism at the cellular level for protection against oxidative stress. Bioessays. 2007;29(8):811–818.

182.  Meierhans R, Bechir M, Ludwig S, et al. Brain metabolism is significantly impaired at blood glucose 6 mM and brain glucose below 1 mM in patients with severe traumatic brain injury. Crit Care. 2010;14:R13.

183.    Bistrian BR, Askew W, Erdman JW, et al. Nutrition and traumatic brain injury: a perspective from the Institute of Medicine report. JPEN. 2011;35:556–559.

184.    Chourdakis M, Kraus MM, Tzellos T, et al. Effect of early compared with delayed enteral nutrition on endocrine function in patients with traumatic brain injury: an open-labeled randomized trial. JPEN. 2012;36(1):108–116.

185.    Kline AE, Cheng JP, Zafonte RD, et al. Chronic administration of antipsychotics impede behavioral recovery after experimental traumatic brain injury. Neuroscience Letters. 2008;448(3):263–267.

186.    Larson EB, Zollman FS. The effect of sleep medications on cognitive recovery from traumatic brain injury. J Head Trauma Rehab. 2010;25(1):61–67.

187.    Hoffman AN, Cheng JP, Zafonte RD, et al. Administration of haloperidol and risperidone after neurobehavioral testing hinders the recovery of traumatic brain injury-induced deficits. Life Sci. 2008;83(17–18):602–607.

188.    Zou H, Hurwitz M, Wagner AK. Levetiracetam effects on inflammation and excitotoxicity after controlled cortical impact. J Neurotrauma. 2011;28(6):A104.

189.    Willmott C, Ponsford J, Oliver J, et al. Safety of methylphenidate following traumatic brain injury: impact on vital signs and side-effects during inpatient rehabilitation. J Rehab Med. 2009;41(7):585–587.

190.    Carter MD, Miller MA, Burkhardt JN, et al. Variants of SLC6A4 and BDNF in depression risk and onset following severe TBI. J. Neurotrauma. 2011;28(6):A14.

191.    Epocrates Online Drugs. Epocrates, Inc. 2012. Citalopram, Fluoxetine, Escitalopram, Paroxetine, Sertraline. Available at http://www.epocrates.com. Last accessed October 2, 2012.

192.    Stenvall M, Olofsson B, Lundstrom M, et al. Inpatient falls and injuries in older patients treated for femoral neck fracture. Arch GerontolGeriatr. 2006;43(3):389–399.

193.    The Hospital Elder Life Program (HELP). Available at http://hospitalelderlifeprogram.org/public/public-main.php. Last accessed October 2, 2012.

194.    Inouye SK, Brown CJ, Tinetti ME. Medicare nonpayment, hospital falls, and unintended consequences. N Engl J Med. 2009;360(23):2390–2393.

195. Gillespie LD, Robertson MC, Gillespie WJ, et al: Interventions for preventing falls in older people living in the community. Cochrane Database Syst Rev. 2009.

196. Sinopoli KJ, Dennis M. Inhibitory control after traumatic brain injury in children. Intl J DevNeurosci. 2012;30:207-215.

197. Johnstone SJ, Dimoska A, Smith JL, et al. The development of stop-signal and Go/Nogo response inhibition in children aged 7–12 years: performance and event-related potential indices. Intl J Psychophysiology. 2007;63(1):25–38.

198. Horneman G, Emanuelson I. Cognitive outcome in children and young adults who sustained severe and moderate traumatic brain injury 10 years earlier. Brain Inj. 2009;23(11):907–914.

199. Ewing-Cobbs L, Prasad MR, Landry SH, et al. Executive functions following traumatic brain injury in young children: a preliminary analysis. DevNeuropsych. 2004;26(1):487–512.

200. Sinopoli KJ, Schachar R, Dennis M. Traumatic brain injury and secondary attention-deficit/hyperactivity disorder in children and adolescents: the effect of reward on inhibitory control. JClinExpNeuropsych. 2011;33:805–819.

201. Levin H, Hanten G, Max J, et al. Symptoms of attention-deficit/hyperactivity disorder following traumatic brain injury in children. J DevBehav Pediatrics. 2007;28(2):108–118.

202. Slomine BS, Salorio CF, Grados MA, et al. Differences in attention, executive functioning, and memory in children with and without ADHD after severe traumatic brain injury. J Intl Neuropsych Soc. 2005;11(5):645–653.

203. Max JE, Keatly E, Wilde EA, et al. Depression in children and adolescents in the first 6 months after traumatic brain injury. Int J DevlNeurosci. 2012;30:239-245.

204. Kourbeti IS, Papadakis JA, Neophytou C, et al. Infections in patients with traumatic brain injury who undergo neurosurgery. Br J Neurosurg. 2011;25(1):9-15.

205. Kim YJ. The impact of time from ED arrival to surgery on mortality and hospital length of stay in patients with traumatic brain injury. J EmergNurs. 2011;37(4):328-333.

206. MRC CRASH Trial Collaborators. Predicting outcome after traumatic brain injury: practical prognostic models based on large cohort of international patients. BMJ. 2008;336:425–429.

207. Mushkudiani NA, Engel DC, Steyerberg EW, et al. Prognostic value of demographic characteristics in traumatic brain injury: results from the IMPACT study. J Neurotrauma. 2007;24:259–269.

208. Hukkelhoven CW, Steyerberg EW, Rampen AJ, et al. Patient age and outcome following severe traumatic brain injury: an analysis of 5600 patients. J Neurosurg. 2003;99:666–673.

209. Colantonio A, Escobar MD, Chipman M, et al. Predictors of postacute mortality following traumatic brain injury in a seriously injured population. J Trauma. 2008;64:876–882.

210. Utomo WK, Gabbe BJ, Simpson PM, et al. Predictors of in-hospital mortality and 6-month functional outcomes in older adults after moderate to severe traumatic brain injury. Injury. 2009;40:973–977.

211. Sorani MD, Lee M, Kim H, et al. Race/ethnicity and outcome after traumatic brain injury at a single, diverse center. J Trauma. 2009;67:75–80.

212. Shafi S, Marquez de la Plata C, Diaz-Arrastia R, et al. Racial disparities in long-term functional outcome after traumatic brain injury. J Trauma. 2007;63:1263–1270.

213. Arango-Lasprilla JC, Rosenthal M, Deluca J, et al. Traumatic brain injury and functional outcomes: does minority status matter? Brain Inj. 2007;21:701–708.

214. Sarrafzadeh AS, Peltonen EE, Kaisers U, et al. Secondary insults in severe head injury – do multiply injured patients do worse? Crit Care Med. 2001;29:1116–1123.

215. Perel P, Edwards P, Wentz R, et al. Systematic review of prognostic models in traumatic brain injury. BMC Med Inform. 2006;6:38.

216. Lefering R, Paffrath T, Linker R, et al. Head injury and outcome— what influence do concomitant injuries have? J Trauma. 2008;65:1036–1043.

217. Cederberg D, Siesjo P. What has inflammation to do with traumatic brain injury? Child Nerv Syst. 2010;26:221-226.

218. McHugh GS, Engel DC, Butcher I, et al. Prognostic value of secondary insults in traumatic brain injury: results from the IMPACT study. J Neurotrauma. 2007;24:287–293.

219. Tsang KK, Whitfield PC. Traumatic brain injury: a review of current management strategies. Br J Oral Max Surg. 2012;50:298-308.

220.   Thornhill S, Teasdale GM, Murray GD, et al. Disability in young people and adults one year after head injury: prospective cohort study. BMJ. 2000;320:1631–1635.

**Traumatic Brain Injury**

Self Evaluation Exercises

Select the best answer for each question and check your answers at the bottom of the page.
You do not need to submit this self-evaluation exercise with your participant sheet.

1.  The brain is a partially solid structure that weighs approximately _____ pounds.
    a.  Five.
    b.  Seven.
    c.  Three.
    d.  Four.

2.  _____ trauma is the most common cause of TBI.
    a.  Blunt.
    b.  Penetrating.
    c.  Blast.
    d.  Reflexive.

3.  The primary insult in TBI injury occurs _____.
    a.  At the moment of impact.
    b.  As a cascade of events after the initial injury.
    c.  When the patient is recovering at home.
    d.  In the ambulance on the way to the hospital.

4.  Which of the following may fall into the category of mild TBI?
    a.  A skull fracture with a GCS below 13.
    b.  A skull fracture with intracranial abnormalities and a GCS below 13.
    c.  A severe concussion with a secondary brain abnormality and a GCS below 13.
    d.  A skull fracture with a GCS of 13 - 15.

5.  What percentage of troops returning from Operation Iraqi Freedom and Operation Enduring Freedom tested positive for probable TBI?
    a.  10% - 20%.
    b.  20% - 30%.
    c.  30% - 40%.
    d.  Zero – the troops did not sustain TBI during these operations.

6.   Neurorehabilitation is the term used to refer to the _____.
   a.   attempt to replace cells in the brain that have died as a result of TBI.
   b.   attempt to stop the cascade of secondary injuries.
   c.   attempt to fix the brains of individuals with certain mental disorders.
   d.   general rehabilitation of people who have impairments as a result of an injury that has affected the CNS.

7.   What is one of the most prominent areas of difficulty to consider post-TBI?
   a.   Sleep difficulties.
   b.   Physical disability.
   c.   Behavioral problems.
   d.   Sexual dysfunction.

8.   Why is it so important to diagnose and treat sexual dysfunction that results from TBI injury?
   a.   Everyone likes sex, and sexual dysfunction makes sex impossible.
   b.   People who have sexual dysfunction post-TBI may be regarded as strange and thus have trouble with re-socialization.
   c.   Sexuality and the ability to express oneself sexually are important aspects of a person's self-esteem and sense of identity.
   d.   Providers like to treat the whole person, and sexual dysfunction is just another issue that must be treated when it comes to treating the whole person.

9.   How can rehabilitation potential be maximized in geriatric populations?
   a.   By utilizing a multidisciplinary approach to treatment.
   b.   By keeping geriatric patients in acute treatment facilities indefinitely.
   c.   By acknowledging that geriatric patients are more likely to die than are younger patients.
   d.   By treating all TBI injuries seen in geriatric patients the same way.

10.  What is an example of a safety measure that may be taken to help prevent TBI?
   a.   Wearing a helmet when riding a bicycle.
   b.   Wearing a safety belt when riding in a car.
   c.   Installing extra air bags in cars.
   d.   All of the above.

1.C  2.A  3.A  4.D  5.A  6.D  7.B  8.C  9.A  10.D

CASE NO.:  15-CV-61165-WPD
NetCE'S EXHIBIT 182

**CANCER AND CHEMOTHERAPY:**

**A COMPREHENSIVE REVIEW**

**8 CONTACT HOURS**

**Part II**

- ✓ Classify the modern and experimental types of chemotherapy
- ✓ Describe the dosage and delivery methods of chemotherapy
- ✓ Characterize the adverse effects of immunosuppression vs. myelosuppression
- ✓ Consider the adverse effects of a secondary neoplasm, infertility, and teratogenicity
- ✓ Describe the neurological adverse effects associated with chemotherapy
- ✓ Characterize Typhlitis and its effect on patient compliance
- ✓ Develop an acceptable treatment regimen for individual patients with cancer based on their disease stage
- ✓ Describe the limitations associated with chemotherapy
- ✓ Understand the significance of a narrow therapeutic window
- ✓ Appreciate the importance of limiting the occupational exposure to anti-neoplastic agents
- ✓ Discuss the importance of patient and family member education with respect to treatment expectations
- ✓ Design methods for educating patients on the regimens that improve patient compliance and prognosis outcomes.

## Modern and Experimental Types of Chemotherapy

**Isolated Limb Infusion**

Cancer treatment has entered a new dimension with the advent of isolated limb infusion (ILI). It is a technique used to treat melanoma with in-transit metastases, B-cell lymphoma, Merkle cell tumors, cutaneous T-cell lymphoma, soft-tissue sarcomas [195-197], and refractory verrucae vulgaris [198]. Isolated limb infusion (ILI) does not need extracorporeal oxygenation, unlike isolated limb perfusion (ILP).

This technique, guided by visual technology, involves entering catheters via arterial and venous route from the contralateral limb. Chemotherapeutic agents are also passed through for about 30 minutes, after limb washout. This technique might cause hypoxia and acidosis, which activate drugs like melphalan [199, 200].

Isolated limb infusion (ILI) shares a number of similarities with ILP, especially in older patients [201-204]. Higher dosage is given for tumor and cancer treatment, melanoma, and limited metastases. The drug might not work the same in cases of micrometastases.

**Nanoparticles**

1

Proteins are often exhibited by cancer cells on their surface, but rarely occur in healthy cells. Nanoparticles (extremely small molecules) join antibodies that attach to cancer cells, and are instrumental in the chemotherapy used for cancer treatment, where they hit cancer cells, produce visuals, and transmit chemotherapeutic agents—especially hardly soluble ones like paclitaxel [209]—to treat cancer [205-208].

Nanovectors, vehicles that carry nanoparticles, in their simplest form are called liposomes, and they increase drug concentration in cancer tissues. They are applied to treat Kaposi's sarcoma, breast cancer, and refractory ovarian cancer. Nanovectors consist of a payload and biological surface modifiers [210,211]. There are five types of nanoparticles:

- Polymer-drug conjugates.
- Micelles.
- Protein-based carriers.
- Liposomes.
- Polymeric nanoparticles.

Huge nanoparticles have shorter life cycles of 2 to 5 hours, but they exhibit higher tolerability.

**Electrochemotherapy**
Electrochemotherapy enables the entrance of drugs into the interior part of cells, and is used for treating cutaneous and subcutaneous tumors [212-218]. This technique uses of high voltage and anticancer drugs, which are transmitted when their concentration is extremely high [219]. Electrochemotherapy aids drug diffusion by making the cell membrane more permeable [220-222] through a process called electroporation, which may require changes in the position of the electrodes [223]. An advanced version of this method also incorporates surgery, endoscopic routes, or percutaneous methods [224,225].

## Chemotherapeutic Agents

**Doses**
Chemotherapeutic agents show a low therapeutic index, which is the amount of a drug that can cause toxicity or death. In quantitative terms, it is the ratio of the amount of a drug that produces a toxic effect in about 50% of patients (LD50), divided by the amount that produces a therapeutic response in about 50% of patients (TD50). The equation is:

$$Therapeutic\ Index = LD50/\ TD50$$

Chemotherapeutic agents can cause adverse effects, even death caused by toxicity, as they have low therapeutic margins; therefore, dosage calculation is critical [226]. There are various ways to calculate the dosage based on the type of chemotherapeutic agent. It can be measured in milligrams (mg) or body surface area (BSA) expressed in meters squared ($m^2$). The dosage calculation via BSA can differ in children.

Anticancer drug dosages are adjusted in:

2

- Elderly patients.
- Patients having poor nutrition.
- Obese patients.
- Patients that have previously undergone chemotherapy.
- Patients receiving radiotherapy.
- Patients with blood cell deficiency.
- Patients with kidney or hepatic diseases.

**Schedule (Cycles)**

Chemotherapy can use a single drug or a combination of drugs, and can range from days to weeks. It is conducted in particular intervals, called cycles. A cycle is based on the nature and stage of cancer, types of drugs used, and the patient's response to treatment.

Chemotherapy treatment cycles treat cancer cells in a systematic way and are based on three major factors:

- Duration.
- Frequency.
- Number of treatment cycles.

**Duration of the treatment cycle.** The duration can range from several days to months. The drugs involved can be given as single- or combination-doses, and on an outpatient or inpatient basis. The duration is based on:

- Nature and stage of cancer
- Drugs being used
- Patient's response to drugs
- Purpose of therapy

**Frequency of the cycle.** The frequency can range from weekly to monthly, but is usually done on a monthly basis.

**Number of cycles.** This is based on the data gathered from clinical experiments. Factors that influence treatment cycle include:

- The duration is usually in between 4 and 6 months or more in case of curative treatment, and differs from person to person.
- The duration might be prolonged for 1 to 2 weeks if complete cancer treatment is the purpose.
- The drugs are used, even after decay of cancer cells. Drugs are stopped when patient is unable to tolerate them or if they are causing cancer growth. In this case, either drugs will be stopped or treatment will shift to palliative treatment.

**Response**

3

Types of chemotherapy response are:

- Complete response—There is no visible sign of cancer. Cancer cells are decayed and are not at a dangerous level.
- Partial response—Cancer cells are decayed to some extent.
- Stable disease—No change in current situation is visible. There is neither growth nor reduction of cancer.
- Disease Progression—There are signs of cancer growth.

| 12 RULES OF CHEMOTHERAPY DOSING |
|---|
| 1. BSA-calculated dose is inaccurate. Do not use this as the sole parameter for dose calculation. |
| 2. Do not use extremes of BSA to calculate dose (e.g., <1.5 and > 2.0). The use of ideal body weight has no scientific basis; however, the presence of cachexia or obesity affect the drug handling. |
| 3. Use BSA as a means to learn the typical absolute dose range of drugs for a particular protocol (e.g., a typical doxorubicin dose is 80 to 120 mg, not 60 mg m$^2$). The best dose is likely to be in that range and independent of BSA. |
| 4. Round the calculated dose liberally. Do not order "fractional" dose size (e.g., 102 mg of doxorubicin should be 100 mg, 67 mg of methotrexate should be 65 mg or 70 mg). This has safety, compounding, and financial implications. |
| 5. Always take parameters other than BSA into consideration when calculating dose. |
| 6. Know how the drug is eliminated. If you do not know, do not order the drug. Adjust the dose based on the appropriate tests of drug elimination (e.g., serum creatinine, glomerular filtration rate (GFR), bilirubin, transaminases, or other specific tests of drug elimination as they become available [genotype, phenotype]). |
| 7. Check for other medications that may inhibit or enhance cytotoxic drug elimination. |
| 8. Check for other parameters that affect drug deposition (e.g., serum albumin, presence of ascites, cachexia, obesity, performance status). |
| 9. Check for other factors that affect normal tissue sensitivity that may require dose reduction (e.g., prior chemotherapy and radiotherapy performance status, cachexia). |
| 10. Know that this dose will be incorrect up to 40% of the time. Approximately 10% of patients will be overdosed and 30% of patients will be underdosed. |
| 11. Measure a biological endpoint such as myelosuppression to check the effect of the administered dose. Adjust the subsequent dose up or down accordingly. A suggested minimal neutrophil count nadir for myelosuppressive drugs is 1.5 x $10^9$ per liter. Adjust all drugs in a regimen that have similar elimination routes (e.g., doxorubicin, vinca alkaloids, podophyllotoxins, irinotecan, and taxanes). |
| 12. Always have your dose calculation checked by someone else (e.g., pharmacist or nurse). |

**Changes in Doses and Schedules**

Doses and schedules of chemotherapeutic agents that treat specific cancers are usually determined in clinical trials. Patients should be given the full course of chemotherapy and the treatment cycles should be kept on schedule. Full-dose, on-schedule chemotherapy delivers cytotoxic doses of chemotherapeutic agents to individual cancer cells, as well as to the tumors (groups of organized cancer cells). Full-dose, on-schedule chemotherapy aims to kill sufficient quantities of tumor cells within a tumor and tries to ensure that the surviving cancer cells do not have enough time to grow back effectively. Subsequently, the cancer has a high probability of being destroyed by the patient's immune system. The doctor may need to adjust doses and/or schedules because of potential toxic effects of the drugs. The goal is to achieve maximum cytotoxic effects against the cancer cells with minimum toxic effects against the healthy cells.

## Methods for Administering Chemotherapy

**Oral Chemotherapy**

Some chemotherapy drugs can be given orally and are available in liquid, tablet, or capsule form. Oral administration is particularly preferred by individuals who are uncomfortable with needles. It is also the most convenient and easiest method of administering chemotherapy, as patients can take the drugs at home. The major disadvantage of oral chemotherapy is its side effects, which include nausea, vomiting, diarrhea, alopecia, mouth sores, and low blood counts.

Oral Chemotherapeutic Agents

| | |
|---|---|
| • Afinitor (everolimus) | • Sutent (sunitinib) |
| • Bosulif (bosutinib) | • Toposar (etoposide) |
| • Caprelsa (vandetanib) | • Tarceva (erlotinib) |
| • Cytoxan (cyclophosphamide) | • Tasigna (nilotinib) |
| • Erivedge (vismodegib) | • Temodar (temozolomide) |
| • Gleevec (imatinib mesylate) | • Thalomid (thalidomide) |
| • Hycamtin (topotecan hydrochloride) | • Tykerb (lapatinib) |
| • Inlyta (axitinib) | • Navelbine (vinorelbine) |
| • Idamycin (idarubicin) | • Votrient (pazopanib) |
| • Jakafi (ruxolitinib) | • Xalkori (crizotinib) |
| • Nexavar (sorafenib tosylate) | • Xtandi (enzalutamide) |
| • Revlimid (lenalidomide) | • Xeloda (capecitabine) |
| • Sprycel (dasatinib) | • Zelboraf (vemurafenib) |
| • Stivarga (regorafenib) | • Zytiga (abiraterone acetate) |

**Peripheral Intravenous Chemotherapy**

Peripheral intravenous chemotherapy is given by inserting an intravenous (IV) tube via needle into the vein in the arm or hand. The chemotherapeutic agent goes directly into the circulatory system, which ensures that the drug enters the body quickly. Another benefit of peripheral IV chemotherapy is that it can be given at home by a visiting health professional. However, this mode of drug delivery can also cause extravasation, leading to skin burn and blister. Another disadvantage is that some people find needle insertion an unpleasant experience.

**Intramuscular Chemotherapy**

In this mode of chemotherapy, an injection is given into a muscle in the arm, thigh, or buttock. The drug is absorbed into the blood more slowly than IV chemotherapy; therefore, the cytotoxic effect of the drug lasts longer. Although it can be painful to administer, it can easily be given at home by a health care professional. The majority of chemotherapeutic agents cannot be administered intramuscularly because of the harshness of the chemicals.

**Subcutaneous Chemotherapy**

This type of treatment involves the use of a small needle that is inserted into the space between the skin and the muscle. This method is similar to insulin administration in diabetic patients. Subcutaneous (SC) injections ensure that the chemotherapy drug enters the circulatory system very slowly, reducing the chances of systemic drug toxicity. Some common disadvantages include local irritation, and damage to skin tissues and muscles. Anticancer drugs such as rituximab (MabThera) and L-asparaginase can be given subcutaneously.

**Intravenous Chemotherapy**

Intravenous (IV) chemotherapy can be administered via a catheter placed in a vein in the arm or hand (peripheral line). It can also be given via central venous catheter (CVC) or central line. Central venous catheters (CVCs) are usually used in a larger vein in the chest or neck and are used:

- To deliver many chemotherapeutic drugs at one time.
- For long-term chemotherapy.
- For frequent chemotherapy treatments.
- For continuous infusion chemotherapy.
- To deliver chemotherapeutic drugs that are vesicants (i.e., agents that can cause blisters to skin and muscle tissue when they leak outside of a vein).

Several types of CVCs can be used to facilitate a quicker and easier route for IV administration of anticancer agents. The type of CVC is selected on the basis of:

- Duration of treatment.
- Infusion time for each chemotherapy dose.
- Health care provider's preference.
- Patient's preference.
- Cost of the CVC.
- Maintenance of the CVC.

| Type of Device | Comments |
|---|---|
| PICC (peripherally inserted central catheter) (Per-Q-Cath, Groshong PICC) | Inserted in a vein in the arm and threaded up near the heart. An intermediate-term catheter that allows for continuous access for several weeks to months. No surgery is required. Care of the external catheter and regular flushing is needed. |
| Midline catheter (Per-Q-Cath Midline, | Also placed in a vein in the arm, but the catheter is not threaded as far as a PICC. This catheter is used for |

6

| Groshong Midline) | intermediate-length therapy when a regular short-term IV is not advisable or available. No surgery is needed. Care of the external catheter and regular flushing is needed. |
| Tunneled central venous catheter (Hickman, Broviac, Groshong, Neostar) | The catheter can have multiple separate lumens (channels or tubes) and is surgically placed in a large central vein in the chest. The catheter is tunneled under the skin, but the openings to the lumens remain outside the body. This is a long-term catheter that can function for months to years. Site care of external catheter and regular flushing is needed. |
| Implantable venous access port (Port-A-Cath, BardPort, PassPort, Mediport, Infusaport) | A drum-shaped port of plastic, stainless steel, or titanium with a silicone septum across the top. This device is surgically placed under the skin of the chest or upper arm. The attached catheter extends into a large or central vein. The port is accessed through the skin and into the septum with a non-coring needle. It is intended for long-term use. No routine care is needed when there is no needle in the port, but it may need to be flushed if not used for more than a month at a time. |
| Implantable pump | A titanium pump with an internal power source surgically implanted to give continuous infusion chemotherapy, usually at home. There is a refillable reservoir for continuous infusions that is accessed by sticking a needle through the skin. |

Millions of CVCs are inserted every year in U.S. hospitals [227] and CVC insertion can cause some complications. Some of the major complications related to CVCs are discussed below.

*Insertion Complications*
The following complications develop early because factors related to CVC insertion:
1. Pneumothorax is one of the most common complications of CVC insertion, and represents approximately 30% of all mechanical adverse events [228, 229]. Pneumothorax occurs more frequently when the subclavian vein (SCV) is cannulated [230, 231]. Symptoms usually manifest within 6 hours. Ultrasonography can help reduce the number of complications [232].
2. Malpositioning of a CVC can lead to local toxicity, venous thrombosis, and perforation.
3. Vascular injuries during CVC insertion can lead to a number of complications. Arterial puncture is the most frequent vascular injury.
4. Puncturing of the carotid artery, particularly during catheterization of internal jugular vein (IJV) catheterizations, is approximately 6% [233]. Approximately 40% of carotid punctures are associated with a hematoma [234]. Carotid punctures, together with manual pressure, can cause cerebrovascular neurologic deficits [235-237] and death [238].
5. Large-bore arterial (carotid or subclavian) perforation is rare, but can lead to serious outcomes such as bleeding [239], neurologic findings or other sequelae [240, 241], and death.
6. Some of the rare complications of arterial perforation or cannulation include pseudoaneurysms [242], AV fistulas [243], and vertebral artery injuries [244].

7

7. Guidewire loss during insertion of a CVC is also a rare occurrence [245].

8. Catheter insertion may lead to cardiac dysrrhythmia (disturbed normal heart rhythm). This is generally a temporary phenomenon and rarely has serious consequences.

*Indwelling Complications*

Central line-associated bloodstream infections (CLABSI) are the chief complication of indwelling catheters. The majority of infections develop from the skin insertion site or the catheter hub. These infections increase morbidity and mortality, as well as health care costs. Thrombosis frequently develops in patients with a CVC. It occurs in approximately 33% to 59% of indwelling catheters; however, clinical symptoms develop in only a small fraction of cases [246]. CVCs can lead to formation of venous thrombosis [247] including upper extremity deep vein thrombosis (DVT) [248]. In cancer patients undergoing chemotherapy, CVCs cause vessel thrombosis in approximately 41% of patients, with development of postphlebitic syndrome in 15% to 30% and pulmonary embolism developing in 11% [249]. However, routine antithrombotic therapy is not recommended for cancer patients undergoing chemotherapy [250]. Vascular erosion and perforation of an indwelling CVC is usually associated with cardiac tamponade. Catheter fracture and embolization is detected in 0.5% [251] to 3% of patients [252] with indwelling CVCs.

*Extraction Complications*

Air embolism is a frequent complication of catheter extraction [253]. It occurs in approximately 0.13% [253] to 0.5% [254] of all the CVC insertions. The incidence of air embolism is higher with tunneled catheters inserted through a peel-away sheath. Other catheter extraction complications include breakage [255], separation from the hub, and knotting of the catheter [256, 257] or guidewire [258]. Breakage is usually caused by excessive traction force, although the quality of catheter material can sometimes be blamed for ruptures and dilation [259]. Accidental CVC removal can lead to hemorrhage and air embolism.

**Regional Chemotherapy**

This method is required to provide high doses of chemotherapy to a specific area of the body. Regional chemotherapy concentrates the chemotherapeutic agent at the site of the tumor. The cytotoxic effects of the anticancer drugs are localized around the tumor site, which effectively reduces systemic adverse effects of the drug.

| Regional Chemotherapy | Description | Indication |
|---|---|---|
| Intra-arterial chemotherapy | Chemotherapeutic agents are injected into an artery that goes to a certain area of the body | Hepatic Cancers |
| Intravesical chemotherapy | Chemotherapeutic agents are infused into the bladder | Early-stage Bladder Cancer |
| Intrapleural chemotherapy | Infused into the chest cavity between the lung and chest wall | Mesothelioma |
| Intraperitoneal chemotherapy | Infused into the abdomen around the intestines and other organs | Ovarian, gastric, and colorectal cancers |

| | | |
|---|---|---|
| Intrathecal chemotherapy | Infused into the central nervous system via spinal fluid | Breast cancer, lymphoma, and leukemia |
| Intralesional/intratumoral chemotherapy | Injected directly into the tumor | Skin cancers such as squamous cell carcinoma, keratoacanthoma, and basal cell carcinoma |
| Topical chemotherapy | Applied to the skin as a cream or lotion | Melanoma |

**Intra-arterial Chemotherapy**
In this mode of chemotherapy, the drug is injected straight into an artery with the help of a catheter, usually to treat a localized area close to the tumor. The catheter is placed directly into the artery that is feeding the tumor. This ensures that the drug is delivered more to the tumor cells and less to the rest of the healthy cells. However, it is a difficult and highly specialized procedure requiring brain scans, arteriograms, anesthesia, antiseizure medications, and anticoagulants. There is a potential risk of stroke or intracranial bleeding following the procedure. Intra-arterial chemotherapy is frequently used in certain liver and brain cancers. Commonly used chemotherapeutic agents include carboplatin, topotecan, and melphalan.

**Intracavitary Chemotherapy**
In intracavitary chemotherapy, anticancer agents are injected directly into a body cavity via a catheter. This technique of drug delivery ensures high concentrations of the chemotherapeutic agent to all areas of the body cavity where the tumor is located. Intracavitary chemotherapy also ensures reduced systemic absorption of the drug and effectively kills microscopic metastasis in the body cavity.

**Intravesical Chemotherapy**
This is usually effective in the treatment of early-stage bladder cancer. In this technique, chemotherapeutic agents are infused into the bladder. The chemotherapy is generally given weekly for 1 to 3 months (4 to 12 weeks). The drug is infused into the urinary bladder for approximately 2 hours and then drained.

Anticancer drugs such as mitomycin and thiotepa are frequently used for intravesical chemotherapy. Other commonly used chemotherapeutic agents include doxorubicin, valrubicin, and gemcitabine. Intravesical chemotherapy ensures that the effects (therapeutic and toxic) of the chemotherapeutic agents are confined to the urinary bladder only and do not affect other parts of the body. This prevents several side effects that can develop with systemic chemotherapy. The principal side effects are irritation and a burning sensation in the bladder.

**Intrapleural Chemotherapy**
This technique is beneficial for some cancer patients with mesothelioma, and lung or breast cancers that have spread to the pleura. Chemotherapeutic agents such as cisplatin, adriamycin, and cytarabine are administered to the chest cavity between the lung and chest wall.

**Intraperitoneal Chemotherapy**

In this mode of drug delivery, chemotherapy drugs are infused directly into the abdominal cavity through a catheter. It is highly effective in the treatment of ovarian cancer and is also used to treat recurrent colon cancers, gastric cancer, and cancer of the appendix that has spread extensively within the abdomen. Intraperitoneal chemotherapy ensures that it targets cancer cells in the abdomen and spares healthy cells in the rest of the body. The drug infuses via a Tenckhoff catheter with an attached implanted port. This approach works well, but can also have more side effects than the regular IV chemotherapy.

**Intrathecal Chemotherapy**

In this approach, the drug is infused directly into the fluid surrounding the brain and spinal cord (the cerebrospinal fluid or CSF). The majority of chemotherapeutic agents are unable to cross the blood-brain-barrier. Intrathecal chemotherapy ensures that the drug reaches directly to the central nervous system (CNS) where the drugs cannot cross the barrier. It is used to treat certain leukemias and lymphomas. Commonly used chemotherapeutic agents in intrathecal chemotherapy are methotrexate, cytarabine, and hydrocortisone. Intrathecal chemotherapy is not effective if the tumors have already started growing in the CNS. It can either be given by lumbar puncture (spinal tap) or with the help of a special device called an Ommaya reservoir, which is a temporary implanted intraventricular catheter in the skull.

**Intralesional Chemotherapy**

In this approach, the chemotherapeutic agent is injected directly into the tumor. It is sometimes used for the treatment of certain skin cancers including squamous cell carcinoma, keratoacanthoma, and basal cell carcinoma. The most commonly used chemotherapeutic agents include methotrexate, 5-fluorouracil, bleomycin, and interferon. It is usually effective against the tumors that present in or under the skin.

**Topical Chemotherapy**

This chemotherapy treatment involves application of anticancer agents to the skin. It can be applied topically as a cream, ointment, or lotion. Some examples include 5-FU or 5-fluorouracil (Efudex, Carac), or imiquimod (5- Aldara). These agents are highly effective for treating pre-cancerous lesions such as actinic keratoses. Topical chemotherapy is also effective against some superficial basal cell carcinomas and superficial squamous cell carcinomas. Topical chemotherapy is easy to apply and can be done at home. Some disadvantages are sensitive skin and skin burns.

| Alkylating Agents | | |
|---|---|---|
| **Agent** | **FDA-Approved** | **Indications** |
| Chlorambucil (Leukeran) | 1955 | • Chronic lymphocytic leukemia (CLL). <br> • Hodgkin lymphoma. <br> • Non-Hodgkin lymphoma (certain types). |
| Cyclophosphamide (Cytoxan) | 1959 | • Acute lymphoblastic leukemia (ALL) in children. <br> • Acute myeloid leukemia (AML). |

10

| | | |
|---|---|---|
| | | <ul><li>Breast cancer.</li><li>CLL.</li><li>Chronic myelogenous leukemia (CML).</li><li>Hodgkin lymphoma.</li><li>Multiple myeloma.</li><li>Mycosis fungoides.</li><li>Neuroblastoma.</li><li>Non-Hodgkin lymphoma.</li><li>Ovarian cancer.</li><li>Retinoblastoma.</li></ul> |
| Thiotepa | 1959 | <ul><li>Breast cancer.</li><li>Ovary cancer.</li><li>Bladder cancer.</li><li>Lymphomas.</li><li>Hodgkin lymphoma.</li><li>Lymphosarcoma.</li></ul> |
| Melphalan (Alkeran) | 1959 (IV in 1993) | <ul><li>Multiple myeloma.</li><li>Ovarian cancer.</li><li>Breast cancer.</li><li>Prostate cancer.</li></ul> |
| Streptozotocin (Zanosar) | 1982 | <ul><li>Pancreatic islet cells.</li></ul> |
| Ifosfamide (Ifex) | 1988 | <ul><li>Testicular germ cell tumors.</li></ul> |
| **Antimetabolites** | | |
| Mercaptopurine | 1953 | <ul><li>Acute lymphocytic leukemia.</li></ul> |
| Methotrexate | 1953 | <ul><li>ALL.</li><li>Breast cancer.</li><li>Gestational trophoblastic tumors.</li><li>Head and neck cancer (certain types).</li><li>Lung cancer.</li><li>Mycosis fungoides (a type of cutaneous T-cell lymphoma) that is advanced.</li><li>Non-Hodgkin lymphoma that is advanced.</li><li>Osteosarcoma that has not spread to other parts of the body.</li></ul> |
| Thioguanine | 1966 | <ul><li>Acute leukemia.</li></ul> |
| Cytosine arabinoside (Ara-C) | 1969 | N/A |
| Floxuridine (FUDR) | 1970 | <ul><li>Colorectal cancer.</li></ul> |

11

| | | |
|---|---|---|
| Fludarabine phosphate | 1991 | • CLL. |
| Pentostatin | 1991 | • Hairy cell leukemia. |
| Chlorodeoxyadenosine | 1992 | N/A |

| **Plant Alkaloids and Antibiotics** | | |
|---|---|---|
| Vincristine (Oncovin) | 1963 | • Leukemias.<br>• Lymphomas (non-Hodgkin lymphoma).<br>• Childhood cancers. |
| Actinomycin D (Cosmegen) | 1964 | • Sarcomas.<br>• Wilms' tumor.<br>• Testicular cancer.<br>• Melanoma and choriocarcinoma. |
| Mithramycin (Mithracin) | 1970 | • Testicular cancer.<br>• Paget's disease of bone. |
| Bleomycin (Blenoxane) | 1973 | • Hodgkin lymphoma.<br>• Squamous cell carcinomas.<br>• Testicular cancer. |
| Doxorubicin (Adriamycin) | 1974 | N/A |
| Mitomycin C (Mutamycin) | 1974 | • Gastric (stomach) and pancreatic adenocarcinoma. |
| L-Asparaginase (Elspar) | 1978 | N/A |
| Daunomycin (Cerubidine) (1979) | 1979 | • AML and ALL. |
| VP-16-213 (Etoposide) | 1983 | • Refractory testicular cancer.<br>• Small-cell lung cancer.<br>• Hodgkin lymphoma, non-Hodgkin lymphoma.<br>• Carcinoid tumors.<br>• Brain cancer.<br>• Breast cancer |
| VM-26 (Teniposide) | 1992 | • ALL. |
| Taxol (Paclitaxel) | 1992 | • AIDS-related Kaposi sarcoma.<br>• Breast cancer.<br>• Non-small–cell lung cancer.<br>• Ovarian cancer. |

| Synthetic Drugs | | |
|---|---|---|
| Hydroxyurea (Hydrea) | 1967 | • Sickle Cell disease. |
| Procarbazine (Matulane) | 1969 | • Hodgkin lymphoma.<br>• Brain cancers such as Glioblastoma multiforme (GBM). |
| O, P'-DDD (Lysodren, Mitotane) | 1970 | • Adrenocortical carcinoma. |
| Dacarbazine (DTIC) | 1975 | • Malignant melanoma.<br>• Hodgkin lymphoma.<br>• Sarcoma.<br>• Islet cell carcinoma of the pancreas. |
| CCNU (Lomustine) | 1976 | • Brain tumors.<br>• Hodgkin lymphoma.<br>• Non-Hodgkin lymphoma. |
| BCNU (Carmustine) | 1977 | • Brain cancer (including glioma, GBM, medulloblastoma, and astrocytoma).<br>• Multiple myeloma and lymphoma (Hodgkin and non-Hodgkin). |
| Cis-diamminedichloroplatinum (Cisplatin) | 1978 | • Sarcomas.<br>• Small-cell lung cancer.<br>• Ovarian cancer.<br>• Lymphomas.<br>• Germ cell tumors. |
| Mitoxantrone (Novantrone) | 1988 | • Metastatic breast cancer.<br>• AML.<br>• Non-Hodgkin lymphoma.<br>• Prostate cancer. |
| Carboplatin (Paraplatin) | 1989 | • Non-small–cell lung cancer.<br>• Ovarian cancer. |
| Levamisole (Ergamisol) | 1990 | • Colon cancer. |
| Hexamethylmelamine (Hexalen) | 1990 | • Ovarian cancer. |
| All-trans retinoid acid (Vesanoid) | 1995 | • Acute promyelocytic leukemia. |
| Porfimer sodium (Photofrin) | 1995 | • Esophageal cancer.<br>• Non-small–cell lung cancer.<br>• Barrett's esophagus. |
| Hormones and Steroids | | |
| DES | 1950 | N/A |
| Prednisone | 1953 | • ALL.<br>• Non-Hodgkin lymphomas.<br>• Hodgkin lymphoma. |

| | | |
|---|---|---|
| | | • Multiple myeloma. |
| Fluoxymesterone (Halotestin) | 1958 | • Breast neoplasms. |
| Dromostanolone (Drolban) | 1961 | N/A |
| Testolactone (Teslac) | 1970 | • Breast cancer. |
| Methyl prednisolone | | N/A |
| Prednisolone | | N/A |
| Zoladex | 1989 | • Breast and prostate cancer. |
| **Biologicals** | | |
| Alpha interferon (Intron A, Roferon-A) | 1986 | N/A |
| BCG (TheraCys, TICE) | 1990 | • Hairy cell leukemia.<br>• Malignant melanoma.<br>• CML.<br>• Follicular non-Hodgkin lymphoma.<br>• Renal cell cancer.<br>• Cervical cancer. |
| G-CSF | 1991 | N/A |
| GM-CSF | 1991 | N/A |
| Interleukin 2 (Proleukin) | 1992 | • Malignant melanoma.<br>• Renal cell cancer. |

**Common Chemotherapy Toxicity by Organ and Drug (Not All-inclusive)**

| Organ System and Toxicity | Agents |
|---|---|
| Pulmonary Interstitial infiltrates | Bleomycin, methotrexate, gemcitabine, paclitaxel, oxaliplatin, everolimus and temsorilimus, gefitinib, erlotinib, rituximab |
| Noncardiogenic pulmonary edema | All-trans retinoic acid, gemcitabine, interleukin 2, interferon |
| Pulmonary hemorrhage | Bevacizumab |
| Cardiovascular Cardiac | Doxorubicin, cyclophosphamide, trastuzumab (when given with doxorubicin), sunitinib |
| Hypertension | Bevacizumab, sunitinib, sorafenib |
| Vascular Arteriothromboembolic | Cisplatin, gemcitabine, bevacizumab, sorafenib, sunitinib |
| Venous | Thalidomide, lenalidomide, interleukin-2, cisplatin, gemcitabine |
| Pericardial effusions | All-trans retinoic acid, imatinib |

| Liver | |
| --- | --- |
| Fatty liver | Irinotecan, oxaliplatin |
| Veno-occlusive disease | Bone marrow transplant regimens, oxaliplatin |
| Pseudocirrhosis | Any chemotherapy |
| Biliary stricture | Hepatic arterial infusion with floxuridine (FUDR) |
| Pancreas | |
| Pancreatitis | L-asparaginase, sorafenib |
| Gastrointestinal | |
| Enteritis | 5-FU,floxuridine, irinotecan, cetuximab, EGFR agents, VEGF receptor agents |
| Neutropenic colitis | 5-FU, paclitaxel, docetaxel; any agent causing significant neutropenia |
| Pneumatosis or perforation | Bevacizumab |
| Megacolon | Vincristine |
| Genitourinary | |
| Hemorrhagic cystitis | Cyclophosphamide, ifosfamide |
| Neurogenic bladder | Bortezomib |
| Peritoneum, mesentery, soft tissues | |
| Ascites | Docetaxel, imatinib |
| Neurologic | |
| Peripheral neuropathy | Vincristine, vinblastine, paclitaxel, cisplatin |
| Central nervous system | 5-FU, methotrexate |

Common Chemotherapy Blood Disorders

| SYMPTOM | RISKS/MANIFESTATIONS | MANAGEMENT |
| --- | --- | --- |
| **NEUTROPENIA** | | |
| • Abnormally low white blood cell (WBC) count—normal WBC count is 4 to 11 x 109/L. <br> • Absolute neutrophil count (ANC) is less than 1—an ANC <5 is profound neutropenia. Normal ANC is 1.5 to 7.5 x 109/L. <br> • Differentiation from immature cell to neutrophil takes 7 to 14 days. <br> • Chemotherapy decreases the neutrophil count as mature neutrophils die and | • Life-threatening infections. <br> • Prolonged hospital stays. <br> • Dose reductions. <br> • Dose delays. <br> • Fever ≥380 C is often the only sign of infection in neutropenic patients. <br> • Common sites of infection are: <br> • GI tract – mucositis. <br> • Respiratory tract – fever, cough, dyspnea on exertion, and adventitious breath sounds. <br> • Urinary tract – fever, | • Hand washing is the single most importantintervention in preventing infection. <br> • Low microbial diet may be ordered, however, benefits of this diet are not proven. <br> • Treatment with granulocyte colony-stimulating factors (G-CSF) usually no earlier than 24 hours following chemotherapy. <br> • Prevent trauma to patient's skin and mucous membranes. |

15

| | | |
|---|---|---|
| are not replaced.<br>• The lifespan of WBCs ranges from 7 to 12 hours to 3 days.<br>• The lifespan of a neutrophil is 7 to 12hours<br>• To calculate ANC (example):<br>  WBC count = 1.6<br>  Polys = 48<br>  Bands = 5<br>  1. 48 + 5 = 53<br>  2. convert to percentage, 53 ÷ 100 =.53 or 53%<br>  3. multiply WBC count by percentage 1.6 x 0.53 = 0.848 | dysuria, frequency, hematuria, and cloudy urine.• Indwelling devices (CVCs) – fever,erythema, pain or tenderness, edema, drainage, and induration at the site.<br>• Skin and mucous membranes – erythema, tenderness, hot skin, and Edema.<br>• Septic shock associated with neutropenia has a high mortality rate. | • No catheters, enemas, nasogastric tubes, rectal suppositories, nor thermometers.<br>• Prevent pressure sores and constipation.<br>• Keep wounds clean.<br>• Use only an electric razor.<br>• Caution with invasive procedures.<br>• Vital signs (TPR, BP, and O2 sat) q4h.<br>• Patient must wear a mask when outside the room.<br>• Private room mandatory when ANC is below 1 and is suggested when WBC count drops.<br>• No live or dried flowers or plants.<br>• Children under 10 years of age who do not have current immunizations should not visit<br>• use lavender precautions checklist on room door. |
| **ANEMIA** | | |
| • Abnormally low red blood cell (RBC) count and hemoglobin (Hgb). Normal Hgb is110 to 160 g/L.<br>• A typical RBC survives 90 to 120 days.<br>• Anemia occurs later after chemotherapy than neutropenia or thrombocytopenia. | • Fatigue, exercise intolerance.<br>• Dizziness, headaches, irritability.<br>• Difficulty sleeping and concentrating.<br>• Tachycardia, palpitations.<br>• Dyspnea, hypoxia.<br>• Anorexia, indigestion.<br>• Menstrual problems. | • Identify the underlying cause.<br>• Treat hypoxia – erythropoietin injections, oxygen administration, encourage rest.<br>• RBC transfusions with decreased HCT and/or Hgb, or with cardiopulmonary symptoms. If patient is immunocompromised, may need to administer irradiated, packed red cells. |
| **THROMBOCYTOPENIA** | | |
| • Effects of chemotherapy decrease platelet production and it usually occurs with neutropenia.<br>• With increased use of growth factors, higher doses of chemotherapy can be given, thus increasing the | • Myelosuppressive chemotherapy, radiation therapy, or combination of the two, disease of bone marrow.<br>• Disseminated Intravascular Coagulation (DIC)<br>• Elevated temperature leading to platelet destruction.<br>• Concomitant disease (i.e., | • Bleeding precautions when platelet count <50.<br>• Decrease activity to prevent injury and maintain a safe environment.<br>• Maintain the integrity of the skin (use electric razors, do not use tourniquets, minimize invasive procedures, no IM or |

| | | |
|---|---|---|
| incidence of dose-limiting thrombocytopenia.<br>• Normal platelet count is 150 to 400 x 109/L.<br>• The typical lifespan of platelets is 8 to 10 days. | liver cirrhosis, diabetes mellitus, infection, sepsis, scleroderma, lupus, aplastic anemia).<br>• Nutrition deficiencies (i.e., vitamin B12, folate).<br>• Drug therapy known to affect platelet function.<br>• Petechiae, overt bleeding (gums, epistaxis, GI, urinary tract), hematomegaly, splenomegaly, hypotension, or tachycardia in adults.<br>• Platelet count <50 indicates a moderate risk of bleeding and <15, severe risk for spontaneous hemorrhage. | SC injections).<br>• Maintain the integrity of mucous membranes and discourage dental care and flossing.<br>• Maintain the integrity of the genitourinary tract (increase hydration and avoid catherization).<br>• Maintain the integrity of the GI tract (take medications with food, especially those irritating to the GI tract, prophylactic stool softeners and stimulants, avoid enemas, suppositories, and harsh laxatives).<br>• Maintain optimal nutritional status (increasing protein and encourage a soft diet).<br>• Avoid all medications that can cause bleeding.<br>• When patient is febrile, administer platelets when count is <20, otherwise administer them when count is <10 or when patient is symptomatic as ordered. |

## GASTROINTESTINAL TOXICITIES

Chemotherapy drugs affect the GI mucosa, which could lead to nausea and vomiting, anorexia, diarrhea, or constipation.

| SYMPTOMS | RISKS | MANAGEMENT |
|---|---|---|
| Nausea and vomiting | • discomfort<br>• delay in treatment<br>• decreased quality of life<br>• metabolic disturbances<br>• anorexia or weight loss<br>• physical debilitation<br>• straining of abdominal muscle<br>• danger of aspiration<br>• dehydration | • administer antiemetics prophlylactically or as required tomanage symptoms<br>• replace fluid and electrolytes<br>• music therapy, exercise, acupuncture<br>• behavioural interventions such as self-hypnosis and progressive muscle relaxation<br>• encourage small, frequent meals and avoidance of fatty, spicy, highly salted foods and foods with strong odors |

17

| | | |
|---|---|---|
| | | • encourage cold foods or foods containing ginger<br>• patient and family education |
| Anorexia/Cachexia | • decreases in digestive enzymes which delay digestion<br>• fatigue/weakness<br>• lower resistance to infection<br>• slow healing<br>• weight loss, skeletal muscle atrophy and asthenia (cachexia) | • consult dietician<br>• high-calorie, high-protein dietary supplements<br>• enteral/parenteral nutrition<br>• administer antiemetics if nausea and vomiting present<br>• monitor weight daily<br>• eat small, frequent meals |
| Diarrhea | • dehydration, especially pediatric patients<br>• malnutrition<br>• electrolyte imbalance<br>• cardiovascular compromise<br>• impaired immune function<br>• reduced absorption of oral meds<br>• pain<br>• anxiety<br>• exhaustion and decreased quality of life | • monitor and document number, amount, consistency of stools<br>• replace fluid and electrolytes<br>• administer anti-diarrheal medications<br>• eat foods containing pectin such as bananas and apple sauce<br>• low fiber diet<br>• diligent pericare to minimize perianal inflammation<br>• maintain fluid intake<br>• avoid milk and dairy products |
| Constipation | • discomfort/pain<br>• nausea/vomiting<br>• impaction<br>• ileus<br>• ruptured bowel and life threatening sepsis | • administer laxatives/stool softeners prophylactically or as required to manage symptoms<br>• encourage exercise<br>• increase fluids and fiber<br>• avoid suppositories and enemas in patients with neutropenia or thrombocytopenia |

**CUTANEOUS AND MUCOSAL TOXICITIES**

| CONDITION | SYMPTOMS | RISKS | MANAGEMENT |
|---|---|---|---|
| **Mucositis/ Stomatitis**<br>Mucositis – inflammation of the mucosa including oral cavity | • changes in taste and ability to swallow<br>• pain when swallowing or talking<br>• hoarseness or decreased voice strength<br>• erythema, white | • can be life threatening<br>• can be exacerbated by leucopenia and thrombocytopenia<br>• can cause delay | • encourage the use of oral agents to promote cleansing, prevent infection, moisturize the oral cavity, maintain mucosal integrity and promote healing |

| | patches, ulcerations, edema<br>• changes in oral moisture | in treatment | • administer systemic pain medications<br>• culture lesions so appropriate antimicrobial agents are prescribed<br>• use soft toothbrush or toothette<br>• encourage meticulous oral hygiene<br>• avoid irritating agents like commercial mouthwashes, spicy foods, alcohol, tobacco, poorly fitting dentures and lemon-glycerine swabs |
|---|---|---|---|
| Stomatitis – inflammation of the oral cavity | | | |
| **Alopecia**<br>- hair loss due to damage to hair shaft or root<br>- not all chemotherapy drugs cause alopecia | • loss of scalp hair, male beard, hair of the eyebrows, axilla, pubis, eyelashes and fine hair | • can be traumatic forpatients that they might consider refusing therapy | • education about time frame of hair loss and regrowth<br>• need to protect scalp from cold and sun<br>• gentle hair care<br>• local resource for support (wig/scarf salons, support services) |
| **Cutaneous Reactions** | • erythema, urticaria, itching, hyperpigmentation, tingling, pain, photosensitivity, telangiectasis (veins appear as eruptions under the skin)<br>• hand-foot syndrome<br>- painful burning and tenderness of palms and soles with ulceration a possibility. May be doselimiting | • ulceration, infection | • if reaction severe, treatment with that agent may need to be stopped<br>• skin care<br>• pain management<br>• adequate hydration<br>• cold compress<br>• proper protection from sun |

**FATIGUE** – a persistent, subjective sense of tiredness related to cancer or cancer treatment that interferes with usual functioning.

| CAUSES | RISK FACTORS | MANAGEMENT/PATIENT EDUCATION |
|---|---|---|
| • biochemical – changes in the | • poor nutrition | • evaluate the ability to perform activities |

19

| | | |
|---|---|---|
| production and balance of muscle proteins, glucose, electrolytes and hormones<br>• deconditioning – decreased daily energy expenditure and bed rest<br>• stress – physiologic, psychological, or situational factors influence an individual's resistance and response to stress<br>• anemia caused by disease of the bone marrow<br>• treatment related surgery, chemotherapy, radiation and biotherapy<br>• nutritional factors: anorexia, cachexia, poor nutrition intake and weight loss<br>• quality of sleep and rest<br>• chronic or uncontrolled comorbid conditions such as pain or nausea and vomiting<br>• psychological factors: depression, anxiety, lack of motivation and social support, financial concerns, cultural beliefs and altered coping mechanisms<br>• loss or decline in the capacity to direct attention<br>• biological – age, gender, genetics, allergies<br>• environmental – noise, temperature, lighting | • immobility<br>• insomnia<br>• stress<br>• emotional distress, i.e., depression, anxiety<br>• anemia<br>• comorbidities<br>• hypoxia<br>• infection and/or fever<br>• pain<br>• cancer therapy | of daily living and encourage patients to balance exercise, rest and energy – enhancing activities<br>• correct the causes (dehydration, anemia, electrolyte imbalances, oxygenation, hypothyroidism)<br>• encourage patients or family to re-organize activities and work schedules to decrease low priority activities<br>• evaluate medications that may be contributing to fatigue<br>• nutritional consult<br>• rehabilitation or physiotherapy consult<br>• psychiatric consult<br>• collaborate with health team to reduce demands, especially on pediatrics<br>• encourage patients/families to set goals based on realistic abilities and limitations<br>• patients can keep an activity-fatigue journal to determine patterns<br>• aerobic exercises regularly if not contraindicated<br>• regular sleep schedule including rest periods<br>• energy-enhancing activities (i.e., relaxation, visualization)<br>• maintain dietary intake<br>• maintain a comfortable home temperature<br>• patients should report changes in energy levels to their health care provider |

## SEXUAL AND REPRODUCTIVE FUNCTIONs

| SYMPTOMS | RISK FACTORS/ MANIFESTATIONS | MANAGEMENT AND PATIENT EDUCATION |
|---|---|---|
| • chemotherapy affects gonadal tissue and presents a risk of infertility<br>• includes ovarian failure | • type of malignancy and its effect on reproductive organs and other body systems<br>• specific cytotoxic drugs | • hormonal and non-hormonal agents as intervention for managing symptoms associated with estrogen deficiency<br>• monitoring hormone levels especially in men treated for Hodgkin disease as |

20

| | | |
|---|---|---|
| and symptoms of menopause in women and azoospermia (absence of sperm) in men<br>• in children, infertility can be an issue related to chemotherapy and radiation therapy. Also seen is delayed or arrested puberty and primary or secondary amenorrhea | • concurrent medication with sedatives, antihypertensives, antidepressants and opioids<br>• other treatment modalities (i.e., surgery or radiation to testes or cranium)<br>• age and developmental stage<br>• prior surgeries<br>• prior radiation to the pelvis<br>• hormonal therapy<br>• fatigue<br>• depression and/or psychosocial stressors<br>• chronic diseases<br>• pain<br>• manifests as sexual and reproductive  dysfunction in women and men | children.<br>Testosterone levels and bone mineral density can decrease over time.<br>• Semen analysis to evaluate fertility<br>• Monitor thyroid function and chronic illnesses as they can affect reproductive function<br>• Many medications may interfere with men's sexual functioning<br>• Provide information regarding contraception to prevent pregnancy and peer support groups<br>• Explore fertility options prior to the initiation of cancer treatment<br>• Reinforce the importance of having regular follow-up visits with their physician |

## ADVERSE EFFECTS

Chemotherapy is a common treatment for various types of cancers. Chemotherapeutic treatment can lead to complete cure or tumor shrinkage, and may prolong life in certain cancers. The majority of chemotherapeutic agents and protocols have adverse effects because of their narrow therapeutic index. Drug toxicities are usually acute, but chronic or delayed toxic effects are also seen.

**Myelosuppression and Immunosuppression** Almost all chemotherapeutic agents and regimens can lead to myelosuppression. Myelosuppression is a condition in which bone marrow activity is decreased, leading to a decreased number of red blood cells (RBCs) resulting in anemia, white blood cells (WBCs) resulting in leukopenia, and platelets resulting in thrombocytopenia. Myelosuppression develops with many anticancer drugs, such as methotrexate, because the drugs target rapidly proliferating cells in the body, which includes both cancer cells and healthy cells (such as bone marrow cells).

With anemia, the blood carries low amounts of hemoglobin and oxygen [260], which leads to fatigue. Myelosuppression also leads to neutropenia—the overall reduction in circulating neutrophils (infection-fighting agents in the immune system) in the blood—because of overall reduction in WBCs. Neutropenia increases the susceptibility of infection [261-263]. Myelosuppression also causes thrombocytopenia resulting from reduced production of

megakaryocytes or an increase in platelets destruction [264]. The low levels of platelets cause bleeding.

Additionally, myelosuppression can hinder a patient's ability to interact or work outside the home, resulting in mood disorders, depression, frustration, anger, and a sense of social isolation [265]. Fatigue, which is experienced by most cancer patients, has a major impact on a patient's quality of life, ability to work, and physical and emotional well-being [260].

Myelosuppression is common and is an expected side effect in patients with leukemia receiving chemotherapy. However, most patients with solid tumors do not experience significant myelosuppression after chemotherapy. Each type of blood cell has a different life span, and therefore a different clinical picture results over time. Red blood cells (RBCs) have the longest lifespan (120 days), whereas granulocytes have the shortest (6 to 12 hours). Therefore, granulocytopenia (specifically neutropenia) generally develops earliest and is usually followed by thrombocytopenia. Anemia is rare and usually mild to moderate in severity.

Some of the most common chemotherapeutic agents associated with myelosuppression are cyclophosphamide, cytosine arabinoside, dactinomycin, doxorubicin, and daunorubicin.

**Patterns of Myelosuppression**
Chemotherapy consisting of alkylating agents or antimetabolites usually results in a low WBC count after 10 days before the count recovers. The cycle of anticancer agents ranges from 3 to 4 weeks and other precursors present in the bone marrow might be affected. Nonproliferation precursors are reduced after cells decay and peripheral counts are lowered, which improves within 3 to 4 weeks.

The period of rapid pluripotent (refers to a stem cell that has the potential to differentiate into any of the three germ layers: endoderm, mesoderm, ectoderm) stem cells proliferation is not suitable for chemotherapy administration; therefore, it is given on Days 1 and 8 of a 28-day cycle. The second dose is given after one week and before the peripheral count reaches its lower level. Chemotherapeutic agents like busulfan, mitomycin-C, and nitrosoureas might lead to delayed and prolonged myelosuppression. These conditions can be prevented by anticancer drugs such as bleomycin, cisplatin, asparaginase, and steroids.

Signs of myelosuppression are:

- Fever or infection symptoms, caused by neutropenia or leukopenia.
- Severe bleeding caused by thrombocytopenia.
- Fatigue following anemia.

**Myelosuppression Treatment**
The treatment varies with respect to severity—a mild case might not require strong treatment. Neutropenia occurs when neutrophil levels drops below 500 cells/mm$^3$ or 1000 cells/mm$^3$, showing an anticipated drop of <500 cells/mm$^3$.

Neutropenia grading criteria are:

Grade 0: Normal. ANC (actual neutrophil count) within normal limits.
Grade 1: Mild. ANC >1500 cells/mm$^3$.
Grade 2: Mild leading to severe. ANC 1000 to 1500 cells/mm$^3$.
Grade 3: Severe. ANC 500 to 1000 cells/mm$^3$.
Grade 4: Disabling. ANC <500 cells/mm$^3$.
Grade 5: Casualty.

Chemotherapy can lead to neutropenia, one of the most dangerous toxicities, depending upon its duration and extent [266,267] and because chemotherapy makes patients prone to infections. Therefore, doctors avoid full-dose treatment in such cases and use granulocyte colony-stimulating factor (G-CSF). Some examples of G-CSF are filgrastim, lenograstim, pegfilgastrin, and some antibiotics.

**Thrombocytopenia**
Chemotherapeutic agents reduce the formation of megakaryocytes, which can produce extenise long-term side effects. Recovery from myelosuppression might take at least 50 days because of the attack of chemotherapeutic agents on platelet precursors that reduce them to 20,000/µL within 10 days of administration.

In case of thrombocytopenia, Interleukin-11 is given, though it might not always work. It is also given in case of excess bleeding, even when platelets are more than 20,000/mm$^3$. Platelet transfusion helps when platelets are below 10,000 to 20,000/mm$^3$.

Anemia is treated by Epoetin alfa or recombinant human erythropoietin. In case of severe anemia, RBC transfusion is recommended.

| Anemia Treatment | Risks | Benefits |
| --- | --- | --- |
| Erythropoiesis-stimulating agents | Frequent life-threatening condition<br><br>Faster tumor growth | No transfusion and reduction in fatigue |
| Blood transfusion | Patient's response<br>Heart failure<br>Bacterial attack<br>Excess level of iron in blood | Improved hemoglobin level<br>Reduced fatigue |

**Typhlitis**

Chemotherapy-induced neutropenia often leads to typhlitis, in which the colon—mainly the cecum, terminal ileum, and ascending colon—is inflamed. Typhlitis, also called neutropenic enterocolitis or necrotizing enterocolitis is dangerous and causes immunosuppression with symptoms like nausea, vomiting, diarrhea, a distended abdomen, fever, chills, or abdominal pain and tenderness.

Diarrhea is the most prevalent sign of typhlitis [268, 269] and the cecum is most negatively affected [269]. This usually occurs during the first or second week of chemotherapy because of low neutrophil counts [270]. Typhlitis also impacts children and can lead to aplastic anemia, bone marrow infiltration, myelofibrosis, and AIDS [271]. It also affects cancer patients [272-274], including those with breast, lung, esophagus, ovary, and prostate cancer [272-278].

The chemotherapeutic agents that might lead to typhlitis include Fluorouracil, epirubicin, taxane, ifosfamide cyclophosphamide, platinum derivatives, vinorelbine, etoposide, pegylated interferon, cytosine arabinoside, vinca alkaloids, gemcitabine, alemtuzumab, and pemetrexed [275- 280].

Typhlitis starts growing after 10 to 14 days of administration, when there is also a low neutrophil count [281]. The signs include fever, right lower quadrant abdominal pain, nausea, vomiting, abdominal distention, and watery or bloody diarrhea [282-285].

Antifungal treatment, G-CSF, Computed Tomography (CT) and Magnetic resonance imaging (MRI) are used to treat neutropenia [282, 283, 284, 286]. The drugs to avoid include anticholinergic, antidiarrhea, and opioid agents. A nodular tumor-like mass should also be monitored [287].

Typhlitis is not diagnosed easily and can be life-threatening if not properly treated [288]. Patients with this condition show high mortality rates [289]. Antibiotics with anaerobic exposure and surgical therapy are also recommended in some cases. Elective right hemicolectomy is suggested in certain situations, to treat the condition and avoid recurrence [288].

Conditions that need surgery:

- Constant bleeding, even in the presence of normal platelet levels.
- Presence of intraperitoneal perforation.
- Severe shortage of fluids leading to severe sepsis.
- Presence of intra-abdominal process.

**Comparison of characteristics of three types of chemotherapy-induced colitis**

|  | **Typhlitis (Neutropenic Enterocolitis)** | **Ischemic Colitis** | **Anti-CTLA 4 Antibody Enterocolitis** |
|---|---|---|---|
| Incidence, % | 5.3 | 1.03 | 21–44 |
| Chemotherapy | Various | Taxanes | Ipilimumab Tremelimumab |
| Symptoms | Neutropenia, fever, and RLQ abdominal pain | Lower (suprapubic) abdominal pain with or without diarrhea or | Diarrhea (watery or loose, without blood) occurring 4–8 times a |

|  |  | hematochezia and the absence of *C. difficile*. Fever and neutropenia are sufficient, but not necessary features. | day without fever, nausea, vomiting, or weight loss. Some patients have abdominal pain. |
|---|---|---|---|
| Median time to 12 (10-14) symptom onset, days (range) |  | 6 (3–8) | 11 (0–59) |
| Diagnosis | Clinical presentation and radiologic finding. | Clinical presentation and radiologic findings. Ischemic colitis is the hallmark pathologic finding. | Clinical presentation. Histopathology evaluation may reveal neutrophilic and/or lymphocytic inflammation. |
| Radiologic findings | Cecal involvement is necessary and/or sufficient; additional colonic segments, pancolonic, or distal ileum may be involved. US or CT may reveal bowel wall thickening > 4 mm (transverse scan) over more than 30 mm (longitudinal scan) in any. | Not specific. Any segment of the bowel may be involved; disease may be pancolonic. Cecal involvement may be sufficient but not necessary. CT scan may reveal bowel wall thickening, peritoneal stranding, or ascites. | Not specific. |
| Treatment | Conservative management includes bowel rest, IV fluids, antibiotics, and G-CSF. Surgical intervention is reserved for patients with peritonitis, bowel perforation, or massive bleeding. | Supportive care with IV fluids, antibiotics, and close surgical monitoring. | Symptomatic treatment, steroids, or infliximab, depending on the severity of the symptoms. |

CTLA 4, cytotoxic T-lymphocyte antigen 4; RLQ, right lower quadrant; CT, computed tomography; US, ultrasonography; IV, intravenous; G-CSF, granulocyte-colony stimulating factor.

**Chemotherapy-induced Nausea and Vomiting (CINV)**
Chemotherapy-induced nausea and vomiting (CINV) is a common side effect of the majority of cancer treatments. Patients initiating chemotherapy consider CINV to be a worrisome adverse

effect. It remains a prominent issue, even after the introduction of new potent antiemetics such as the second-generation 5-HT3 antagonist (a class of drugs that act as receptor antagonists at the 5-HT₃ receptor that inhibits vomiting) and NK1 (Neurokinin 1 receptor that also inhibits vomiting) antagonist.

Chemotherapy-induced nausea and vomiting (CINV) places a huge burden on cancer patients and can adversely impact patients' qualities of life and daily activities [290]. Uncontrolled CINV can lead to many medical complications such as dehydration, poor nutrition, electrolyte imbalances, and physical and mental deterioration [291]. Some patients even refuse to continue potentially beneficial chemotherapy because of it. Because poorly controlled or uncontrolled CINV requires the use of rescue medication and possible emergency department visits or visits to the health care practitioner's office, it can increase the cost of medical care [292].

The likelihood of developing CINV depends on several factors including sex and age, with female patients [293-296] and younger patients [293] being more prone to it. Patients who have a high pretreatment expectation of severe nausea have a greater likelihood of CINV [297]. Patients with a history of high alcohol intake carry a lower risk of CINV [298]. Other important factors that are related to CINV include chemotherapy dose and emetogenicity [299].

The intrinsic emetogenicity of a chemotherapeutic drug is the predominant predictive factor and is a key consideration for controlling CINV. Identification of distinct emetic clinical syndromes is also promising for treating CINV. These syndromes introduced the concept of acute, as compared with delayed, emesis.

| Emetogenic Levels of Intravenously Administered Antineoplastic Agents | | | |
|---|---|---|---|
| **Level 1 (Minimal risk, <10%)** | **Level 2 (Low risk, 10%–30%)** | **Level 3 (Moderate risk, 31%–90%)** Carboplatin | **Level 4 (High risk, >90%)** Carmustine |
| Bevacizumab | Bortezomib | Cyclophosphamide | Cisplatin |
| Bleomycin | Cetuximab | ($\leq$1.5 g/m$^2$) | Cyclophosphamide |
| Busulfan | Cytarabine ($\leq$100 | Cytarabine (>1 g/m$^2$) | (>1.5 g/m$^2$) |
| Cladribine | mg/m$^2$ of body-surface | Daunorubicin | Dacarbazine |
| Fludarabine | area [BSA]) | Doxorubicin | Mechlorethamine |
| Vinblastine | Docetaxel | Epirubicin | Streptozocin |
| Vincristine | Etoposide | Idarubicin | |
| Vinorelbine | Fluorouracil | Ifosfamide | |
| | Gemcitabine | Irinotecan | |
| | Ixabepilone | Oxaliplatin | |
| | Lapatinib | | |
| | Methotrexate | | |
| | Mitomycin | | |
| | Mitoxantrone | | |
| | Paclitaxel | | |
| | Pemetrexed | | |
| | Temsirolimus | | |
| | Topotecan | | |

26

| | Trastuzumab | | |
|---|---|---|---|
| | | | |

**CINV can be classified into three distinct emetic clinical syndromes:**
**Acute emesis:** Occurs within the first 24 hours of initiating chemotherapy and usually peaks within 1 to 2 hours. Vomiting develops because of direct stimulation of chemoreceptor trigger zones by anticancer drugs, serotonin, and other mediators released by enterochromaffin cells - a type of enteroendocrine and neuroendocrine cell occurring in the epithelia lining the lumen of the digestive tract and the respiratory tract. stimulated by anticancer drugs, or stimulation of vagus nerve by serotonin and other mediators released by enterochromaffin cells [297].
**Delayed emesis:** Occurs after 24 hours to several days after chemotherapy is initiated [299]. Delayed emesis is classically observed after initiating treatment with cisplastin. Other chemotherapeutic agents responsible for delayed emesis include carboplatin, cyclophosphamide, and doxorubicin. Acute CINV is mediated mainly by serotonin pathways; whereas delayed CINV is primarily mediated by P substance, a substance that functions as a neurotransmitter and as a neuromodulator [300].

**Anticipatory emesis:** This is a conditioned response seen in cancer patients with a history of poor response to antiemetic drugs or inadequate antiemetic prophylaxis in the previous cycle of chemotherapy. Emetic reflex is triggered by taste, anxiety, odor, sight, or thoughts of previous chemotherapy cycles. Compared with acute or delayed CINV, anticipatory CINV is more difficult to treat. Its treatment may involve behavioral therapy or benzodiazepines [301].

**Treatment**
Several antiemetic agents are effective for the prevention and treatment of CINV. These agents can be classified according to the therapeutic index of their usefulness as high or low. There are several methods to prevent CINV. Pharmaceutical treatment can be categorized into two types:

1. Prophylactic (preventative) treatment, which is given before the dose of chemotherapy agents.

2. Rescue treatment, which is given to treat breakthrough nausea and vomiting.

## Agents with a High Therapeutic Index
**5-HT3 Antagonists**
5-HT3–receptor antagonists are potent antiemetics that block nerve signals that cause nausea and vomiting. Some of the FDA-approved 5-HT3 inhibitors include dolasetron (Anzemet), tropisetron (Navoban), granisetron (Kytril, Sancuso), and ondansetron (Zofran). The newest 5-HT3 inhibitor, palonosetron (Aloxi) is highly effective in preventing and delaying nausea and vomiting. These antiemetic agents are also available in injection, transdermal patches, and as orally disintegrating tablets. 5-HT3 antagonists are the cornerstone of prophylactic therapy for chemotherapy with moderate to high emetic potential. They have few adverse effects and no limiting toxicity at typical doses. The most common side effects include mild headache, transient elevation of hepatic aminotransferase levels, and constipation.

27

**Neurokinin-1–Receptor Antagonists**

The neurokinin-1–receptor antagonists are the newest class of antiemetic agents that are effective for the prevention of CINV. The cocktail of these drugs, together with 5-HT3 inhibitors and corticosteroids, can almost completely stop CINV [302]. Aprepitant, a substance P inhibitor, is highly effective in controlling CINV [302].

| Doses and Schedules of Antiemetic Agents with a High Therapeutic Index | | |
|---|---|---|
| Drug | Dose | |
| | Before Chemotherapy (day 1) | After Chemotherapy |
| Dolasetron (Anzemet, Sanofi-Aventis) | Intravenous dose: 100 mg or 1.8mg/kg of body weight; oral dose: 100 mg | Oral dose: 100 mg on days 2 and 3 for MEC with potential for delayed emesis |
| Granisetron (Kytril, Roche) | Intravenous dose: 1 mg or 0.01 mg/kg; oral dose: 2 mg | Oral dose: 1 mg twice daily on days 2 and 3 for MEC with potential for delayed emesis |
| Ondansetron (Zofran, GlaxoSmithKline) | Intravenous dose: 8 mg or 0.15 mg/kg; oral dose: 24 mg for HEC, 8 mg twice daily for MEC | Oral dose: 8 mg twice daily on days 2 and 3 for MEC with potential for delayed emesis |
| Palonosetron (Aloxi, MGI Pharma) | Intravenous dose: 0.25 mg | Oral dose: 5 mg on days 2 and 3 for MEC with potential for delayed emesis |
| Tropisetron (Navoban, Novartis) | Intravenous dose: 5 mg; oral dose: 5 mg | Oral dose: 8 mg on days 2–4 for HEC, 8 mg on days 2 and 3 for MEC with potential for delayed emesis |
| Dexamethasone   With aprepitant or fosaprepitant | Intravenous dose: 12 mg; oral dose: 12 mg | Oral dose: 8 mg twice daily on days 2–4 for HEC, 8 mg on days 2 and 3 for MEC with potential for delayed emesis |
| Without aprepitant or fosaprepitant | Intravenous dose: 20 mg for HEC, 8 mg for MEC; oral dose: 20 mg for HEC, 8 mg for MEC | Oral dose: 80 mg on days 2 and 3 |
| Fosaprepitant (Emend [for injection], Merck) Aprepitant (Emend [capsules], Merck) | Intravenous dose: 115 mg  Oral dose: 125 mg | Oral dose: 80 mg on days 2 and 3 |

28

**Agents with a Low Therapeutic Index**

Several antiemetics such as metoclopramide, phenothiazines, cannabinoids, butyrophenones, and olanzapine have a low therapeutic index. These drugs are comparatively less potent antiemetics with more adverse effects. The phenothiazines are older and most frequently used antiemetic agents—they are an effective primary prophylactic agent for patients receiving low emetogenic chemotherapy. They are also prescribed as a salvage agent for patients in whom breakthrough emesis is developing. Phenothiazines, metoclopramide (at standard doses), and butyrophenones, are dopaminergic D2 antagonists that have identical properties [303].

Benzodiazepines are moderately potent antiemetics, but their anti-anxiety properties can be useful in some patients and conditions [304, 305]. Lorazepam is the most frequently prescribed agent in this class. It is beneficial in the prevention and treatment of anticipatory emesis and as an adjunct to other antiemetic agents when first-line antiemetics fail.

| Doses and Schedules of Antiemetic Agents with a Low Therapeutic Index | | |
|---|---|---|
| **Drug** | **Dose** | |
| Metoclopramide (Reglan, Baxter and Alaven) Prochlorperazine (Compazine, GlaxoSmithKline) Dronabinol (Marinol, Solvay) Nabilone (Cesamet, Valeant) Olanzapine (Zyprexa, Eli Lilly) | Before Chemotherapy (Day 1)<br><br>Intravenous dose: 1–2 mg/kg of body weight<br><br>Intravenous dose: 5–10 mg; oral dose: 5–10 mg<br><br>Oral dose: 5 mg/m$^2$ of body-surface area (BSA)<br>Oral dose: 1–2 mg<br><br>Oral dose: 5 mg daily for 2 days preceding chemotherapy; 10 mg on Day 1 | After Chemotherapy<br><br>Intravenous dose: 1–2 mg/kg 2 hr after chemotherapy; oral dose: 0.5 mg/kg every 6 hr on Days 2–4<br>Oral dose: 5–10 mg every 6 hr as needed<br><br>Oral dose: 5 mg/m$^2$ every 2–4 hr as needed<br>Oral dose: 1–2 mg twice daily or as needed<br>Oral dose: 10 mg on Days 2–4 |

| Recommended Antiemetic Treatment for Single-Day, Intravenously Administered Chemotherapy | | | |
|---|---|---|---|
| **Emetogenic Level** | **Risk of Emesis** | **Antiemetic Regimen** | |
| | | Before Chemotherapy (Day 1) | After Chemotherapy |

| | *percentage* | | |
|---|---|---|---|
| 1 | <10 (minimal) | None | None |
| 2 | 10–30 (low) | Dexamethasone or prochlorperazine | None |
| 3 | 31–90 (moderate) | | |
| For anthracycline plus cyclophosphamide | | 5-HT3–receptor antagonist, dexamethasone, and aprepitant* | Aprepitant on Days 2 and 3 or dexamethasone on Days 2 and 3* |
| For other regimens | | 5-HT3–receptor antagonist and dexamethasone† | 5-HT3–receptor antagonist or dexamethasone on Days 2 and 3 |
| 4 | >90 (high) | 5-HT3–receptor antagonist, dexamethasone, and aprepitant* | Dexamethasone on Days 2–4 and aprepitant on Days 2 and 3* |

\* The recommendations for aprepitant are supported by level 1 evidence (data from at least one high-quality randomized trial) [91].

† The recommendation for 5-HT3–receptor antagonist and dexamethasone administered on Day 1 with emetogenic Level 3 chemotherapy is supported by level 1 evidence.

Guidelines and Drug Classification of Anti-Emetic Agents

| Regimen | ONS Treatment Approaches | NCCN Guidelines | ASCO Guidelines | MASCC Guidelines |
|---|---|---|---|---|
| Highly Emetogenic Chemotherapy | Day 1: 5-HT3 antagonist plus dexamethasone plus aprepitant and/or lorazepam Days 2–4: dexamethasone plus aprepitant (Days 2–3) and/or lorazepam | Day 1: aprepitant plus dexamethasone plus 5-HT3 antagonist and/or lorazepam Days 2–3: aprepitant and dexamethasone and/or lorazepam Day 4: dexamethasone and/or lorazepam | Acute CINV: pretreatment with 5-HT3 antagonist plus dexamethasone plus aprepitant Delayed CINV: dexamethasone (Days 2–4) plus aprepitant (Days 2–3) | Acute CINV: serotonin antagonist plus dexamethasone plus aprepitant Delayed CINV: aprepitant (Days 2–3) plus dexamethasone (Days 2–3 or 2–4) |
| Moderately Emetogenic Chemotherapy | Day 1: 5-HT3 antagonist plus dexamethasone plus aprepitant and/or lorazepam Days 2–4: | Day 1: aprepitant plus dexamethasone plus 5-HT3 antagonist with or without | Acute CINV: 5-HT3 antagonist plus dexamethasone Delayed CINV: dexamethasone | Acute CINV: serotonin antagonist plus dexamethasone Delayed CINV: |

| | | | | |
|---|---|---|---|---|
| | aprepitant or any of the following: dexamethasone, 5-HT3 antagonist, metoclopramide, and/or diphenhydramine | lorazepam Days 2–3: aprepitant or any of the following: dexamethasone, 5-HT3 antagonist, and/or lorazepam | or 5-HT3 antagonist (Days 2–3) Patients receiving cyclophosphamide plus anthracycline should receive acute emesis protection as recommended for highly emetogenic chemotherapy (HEC) group and delayed emesis protection with aprepitant (Days 2–3). | dexamethasone (Days 2–3), if risk of delayed CINV. If corticosteroid contraindicated, serotonin antagonist can be used. Patients receiving cyclophosphamide plus anthracycline should receive acute emesis protection as recommended for HEC group and delayed emesis protection with aprepitant or dexamethasone (Days 2–3). |
| Low risk | Day 1: no antiemetic agent or any of the following: dexamethasone, prochlorperazine, metoclopramide, or lorazepam | Before chemotherapy: dexamethasone or any of the following: prochlorperazine, metoclopramide, and/or diphenhydramine, and/or lorazepam | Acute CINV: low dose of dexamethasone Delayed CINV: no routine prophylaxis | Acute CINV: low dose of dexamethasone Delayed CINV: no routine prophylaxis |
| Minimal risk | Not applicable | No routine prophylaxis | No routine prophylaxis | No routine prophylaxis |
| Other recommendations | Dexamethasone or any of the following: 5-HT3 antagonist, prochlorperazine, metoclopramide, haloperidol, lorazepam, dronabinol, or olanzapine | Not applicable | General recommendation on adjunctive medication: Lorazepam and diphenhydramine are useful adjuncts to antiemetic drugs but not recommended as single agents. | Not applicable |

31

ASCO, American Society of Clinical Oncology; CINV,chemotherapy-induced nausea and vomiting; MASCC,Multinational Association of Supportive Care in Cancer; NCCN,National Comprehensive CancerNetwork; ONS,Oncology Nursing Society.
*Note.* Based on information from Herrstedt, 2008; Kris et al., 2006; NCCN, 2008; Tipton et al., 2007b.

## Secondary Neoplasm

Secondary malignancies, or neoplasm, are cancers that usually develop after treatment with radiation or chemotherapy. They can develop after several months or even years after initial chemotherapy and are not related to the first tumor or cancer that was treated. For instance, a breast cancer patient can develop a secondary malignancy, i.e., acute leukemia years after receiving the chemo- or radiotherapy for breast cancer. Some secondary cancers such as skin cancers (basal cell or squamous cell carcinoma) are treatable; whereas others, such as acute leukemia, can be life-threatening. Some chemotherapeutic agents such as etoposide increase the risk of developing secondary neoplasm. Radiation therapy and combination treatment encompassing both radiotherapy and chemotherapy also increases the risk of developing secondary neoplasm. Secondary neoplasm can be prevented by avoiding treatments that increase the risk and by making sure that high doses of chemo- or radiotherapy are not given for a particular cancer or risk factors.

Chemo- and radiotherapy can treat, as well as cause, cancer as both are carcinogenic. The majority of cytostatic chemotherapeutic agents are potentially carcinogenic, mutagenic, and teratogenic. Some chemotherapy agents, particularly alkylating agents, are known carcinogens. Chemotherapeutic agents kill or destroy tumor cells by disrupting cell division; however, both normal and tumor cells are affected. Chances of secondary cancer increases significantly when high-dose treatment of certain drugs are used. Certain chemotherapeutic agents, such as etoposide, are linked to increased incidences of acute leukemia when compared with other anticancer drugs. Furthermore, the incidence of secondary cancers increases in patients who receive chemotherapy and radiation therapy compared with either treatment alone.

The etiology of secondary malignancies still remains a mystery. However, some researchers believe secondary cancers occur because of immunosuppression caused by chemotherapy and radiation. Some studies have indicated the role of certain chemotherapeutic agents used for treating cancers. These agents may cause the bone marrow to make abnormal cells leading to secondary cancer. Radiation therapy also contributes to damaging healthy cells leading to development of secondary cancers.

The cumulative incidence of secondary malignancies is approximately 15% at 20 years after diagnosis of primary cancer, which represents an approximate three- to tenfold increased risk for cancer survivors, compared with the general population [306-309]. Secondary malignancies are a leading cause of non-relapse–related late mortality [310, 311].

According to several studies, acute myelogenous leukemia (AML) is the most common type of secondary cancer caused by chemotherapy. Some of the chemotherapeutic agents known to cause leukemia include mustard agents, topoisomerase inhibitors, and platinums. Other agents, such as doxorubicin, have also been associated with development of secondary cancers. High

32

doses of certain chemotherapeutic agents are associated with development of secondary cancers in some cases. Some of the chemotherapeutic drugs that are associated with development of a secondary neoplasm include:

- Procarbazine
- Etoposide (vp-16)
- Doxorubicin
- Mechlorethamine
- Chlorambucil
- Mitoxantrone
- BCNU (bischloroethylnitrosourea)
- Nitrogen mustard
- Anthracyclines
- Cyclophosphamide
- Ifosfamide
- Epipodophyllotoxins

Several studies have demonstrated the role of chemo- and radiotherapy in the development of secondary cancers.

**Secondary cancers after treatment of Hodgkin disease.** Hodgkin disease is curable, particularly if detected in early stages, but secondary malignancies may develop. The standard treatment of Hodgkin disease usually involves combination chemotherapy with or without radiation therapy. Combination chemotherapy generally includes chemotherapeutic agents that may cause secondary cancers. Commonly used chemotherapeutic agents in the treatment of Hodgkin disease are:

- Alkylating agents (nitrogen mustard, procarbazine, and cyclophosphamide).
- Vinca alkaloids (vinblastine and vincristine).
- Anthracyclines (doxorubicin).
- Bleomycin.
- Corticosteroids (prednisone, dexamethasone).

These agents are also carcinogenic and can cause cancers. It has been observed that, compared with the general population, patients with Hodgkin disease have a higher risk of death from secondary cancers [312]. The most common secondary cancers that occur after treatment for Hodgkin disease, in order of incidence, are:

- Breast.
- Thyroid.
- Bone.
- Colorectal.
- Lung.
- Stomach.

The risk of developing any secondary neoplasm was approximately 10% at 20 years and 26% at 30 years. Two vital factors for developing secondary malignancies after Hodgkin disease treatment are:

- Age of the patient at the time of initial treatment.
- Use of radiation therapy [313].

It has also been found that patients with Hodgkin disease have a greater tendency of developing acute leukemia [314] and non-Hodgkin lymphoma (NHL) after treatment. It was also found that patients with Hodgkin disease have a greater risk of breast cancer [315]. It has been observed that young women who undergo radiotherapy for Hodgkin disease have an almost threefold increased risk of breast cancer and the risk increases even more if the breast is exposed to higher radiation doses. It has also been observed that patients with Hodgkin disease who underwent radiotherapy had a sixfold risk of lung cancer and this risk is related to the amount of radiation received.

**Secondary cancers after breast cancer.** Most women with localized early-stage breast cancer are cured after chemotherapy with anticancer drugs, which includes:
- Anthracyclines such as doxorubicin, mitoxantrone, and epirubicin.
- Alkylating agents such as cyclophosphamide.
- Antimetabolites such as 5-FU and methotrexate.
- Taxanes.

Tamoxifen, which is used to treat breast cancer patients, increases the risk of uterine corpus cancer up to twofold. The risk is even higher for rare tumors of the mixed Müllerian type. Several studies have concluded that radiation may not increase secondary malignancies in breast cancer patients [316].

**Secondary cancers after non-Hodgkin lymphoma (NHL).** CHOP (cyclophosphamide, doxorubicin, vincristine, and prednisone) is the most common treatment regimen for patients with NHL. It has been observed that approximately 2.75% of patients may develop secondary cancers following this treatment regimen, which is comparable to similar population of patients without NHL [317].

**Secondary cancers after acute lymphoblastic leukemia (ALL).** Approximately 80% of children with ALL can be cured with current treatment regimens, but are at risk of developing secondary malignancies or cancers. Radiotherapy increases this risk. Most of these cancers are benign or of low malignant potential [318].

**Secondary cancers after testicular cancer.** Patients with testicular cancers are usually treated with PEB, a combination chemotherapy that includes cisplatin, etoposide, and bleomycin (PEB). Both cisplatin and etoposide are carcinogenic and increase the risk for developing leukemia in testicular cancer patients. The risk is also linked to the total dose of etoposide administered to the patient. Patients with testicular cancer who are treated with a combination of chemo- and radiotherapy carry a higher risk of developing secondary cancers [319]. Men with testicular cancer are susceptible to secondary malignancies, even 20 years after treatment.

**Secondary cancers after other cancers.** Platinum-based chemotherapy for patients with ovarian cancer increases the risk of leukemia three- to fourfold. The risk is even higher with increasing cumulative doses and can be eightfold. Cervical cancer patients who underwent

34

pelvic radiotherapy were found to have a twofold risk of secondary neoplasm in organs that were exposed to heavy doses of radiation.

Acute myelogenous leukemia (AML) is the most commonly associated cancer linked to chemotherapy. Acute lymphocytic leukemia (ALL) is also associated with chemotherapy.

## Alkylating Agents

Alkylating agents are associated with increased risk of AML. These agents are used in the treatment of several types of cancers including Hodgkin disease, NHL, ovarian, lung, and breast cancer. Some of the alkylating agents that may cause leukemia are:

- Melphalan.
- Chlorambucil.
- Cyclophosphamide (Cytoxan).
- Mechlorethamine.
- Carmustine (BCNU).
- Semustine.
- Lomustine (CCNU).
- Busulfan.
- Prednimustine.
- Dihydroxybusulfan.

The risk increases with higher drug doses, longer treatment time, and higher dose intensity. It has been observed that the risk of leukemia starts increasing approximately 2 years after chemotherapy with alkylating agents. The risk is highest 5 to 10 years after chemotherapy, and then declines. Alkylating agents, such as melphalan, initially cause myelodysplastic syndrome (MDS), which can then develop into an acute leukemia. Both, MDS and leukemia are difficult to treat and usually have a fatal outcome.

**Cisplatin**, a platinum-containing anticancer drug, is not an alkylating agent, but has a similar mechanism of action. It also increases the risk of leukemia. However, the risk of developing leukemia after treatment with cisplatin is comparatively less than with alkylating agents. Cisplatin is effective in the treatment of various types of cancers, including lung, ovarian, and testicular cancer. The risk of leukemia increases with the increase in the dose of cisplatin.  The risk of developing a secondary malignancy, such as leukemia, greatly increases when radiotherapy is given with cisplatin.

**Topoisomerase II inhibitors** such asetoposide, teniposide, and mitoxantrone also increase the risk of developing leukemia, especially AML. Compared with alkylating agents, topoisomerase II inhibitors cause early development of leukemia. In most cases, leukemia develops within 2 to 3 years of treatment. Topoisomerase II inhibitors do not cause MDS first. Leukemia caused by these drugs has a better prognosis compared with leukemia caused by alkylating agents.

**Anthracyclines**, such as doxorubicin, daunorubicin, and epirubicin, can also cause secondary malignancies such as AML. These drugs are less likely to cause leukemia compared with chemotherapeutic agents such as etoposide, teniposide, and mitoxantrone.

Over the last few years, a lot of progress has been made in defining risk groups for different types of cancers. The categorization of risk groups ensures that less treatment can be given to those individuals who carry a low risk of cancer recurrence with standard treatments and more treatment can be given to those individuals who carry a high risk. Lowering the dose of chemotherapy for low-risk groups is perhaps the best way to prevent secondary neoplasm because these cancers develop more frequently in patients who are intensively treated.

Radiotherapy should also be avoided to decrease the likelihood of developing secondary cancers. For example, the introduction of intrathecal chemotherapy for childhood ALL has replaced the need for radiotherapy because it has lowered the incidence of secondary cancers. Radiotherapy is less frequently used in the management of Hodgkin disease and NHL. It is prudent to avoid chemotherapeutic agents with high carcinogenic potential, but it is not practical because almost all chemotherapeutic agents are carcinogenic.

## Infertility

The long-term survival of cancer patients, as well as cancer prevalence, has increased in the last few decades. Infertility is a risk for both male and female patients who undergo chemotherapy for a number of cancers including lymphoma and leukemia. Several chemotherapeutic agents are gonadotoxic and can cause infertility and both male and female reproductive organs are particularly vulnerable to chemotherapy. Chemotherapeutic agents, such as alkylating agents, target proliferating cells, which includes gonads, as well as bone marrow and the GI tract. Some of these agents, especially alkylating agents, are not cell-cycle specific and are also cytotoxic. They not only attack the proliferating cells, but also target cells at rest; therefore, chemotherapy poses a great risk of infertility in both male and female patients. It has been observed that chemotherapy with alkylating agents significantly increases the risk of ovarian failure by fourfold, whereas other chemotherapeutic agents, such as antimetabolites, do not pose a danger of infertility.

**Effect of different chemotherapeutic agents on ovarian functions**

| Variable | Cell Cycle Phase-Specific Agents | | | |
|---|---|---|---|---|
| Drug type | G1 Phase | S Phase | G2 Phase | M Phase |
| Individual drugs | L-asparaginase, Prednisone | Cytarabine, fluorouracil, hydroxyurea, methotrexate, thioguanine | Bleomyosin, etoposide | Vinblastine, vincristine vindesine, paclitaxel |
| Extent of ovarian damage | No /low risk | No /low risk | No /low risk | No /low risk |
| Variable | Cell Cycle Phase-NonSpecific Agents | | | |

36

| Drug type | Alkylators Antibiotics | Antitumor | Nitrosureas | Miscellaneous |
|---|---|---|---|---|
| Individual drugs | Busulfan, carboplatin, chlorambusil, cisplatin, cyclophosphamide, isofamide, mechlorethamine, melphalan | Dactinomycin, daunorubicin, doxorubicin, mitomycin, mitoxantrone | Carmustine, Lomustine, streptozocin | Dacarbazine, procarbazine |
| Extent of ovarian damage | High | Intermediate | Intermediate | High |

| Chemotherapies with high risk of infertility | Chemotherapies with medium risk of infertility | Chemotherapies with low risk of of infertility |
|---|---|---|
| • procarbazine<br>• cyclophosphamide<br>• ifosfamide<br>• Busulfan<br>• Melphalan<br>• chlorambucil<br>• chlormethine | • doxorubicin<br>• platinum analogs such as cisplatin and carboplatin | • vincristine<br>• vinblastine<br>• bleomycin<br>• dactinomycin<br>• methotrexate<br>• mercaptopurine 5-fluorouracil |

Chemotherapy used in the treatment of a number of cancers can have an adverse effect on the fertility of patients. In men, chemotherapy can adversely affect sperm motility and sperm count. The sperm count can be reduced to subfertile levels (<20 million sperm/mL). In certain cases, chemotherapy can lead to total elimination of sperm, which leads to permanent infertility. The complete absence of sperm or a very low sperm count (usually <500,000 sperm/mL) is known as azoospermia. Sperm cells proliferate quickly, and therefore are easy targets during chemotherapy. High-dose chemotherapy makes sperm production particularly vulnerable, and in some instances sperm production can cease completely. Sometimes the entire population of stem cells in the testicles is damaged and can no longer produce maturing sperm cells, which results in permanent infertility. The damage is particularly significant when men are treated with both chemo- and radiotherapy in the abdomen or pelvis. Infertility caused by chemotherapy depends on the type of drug and the doses administered.

After chemotherapy, sperm production usually slows down or may halt completely. Sperm production generally returns to normal levels in 1 to 4 years, but in certain cases can take 8 to 10 years. If sperm production does not recover within 4 years, there is less likelihood of fertility returning. Men older than 40 have less probability of regaining their fertility, but age is not a

significant factor for men compared with women. Chemotherapeutic agents that are associated with the highest risk of infertility in men include:

- Chlorambucil (Leukeran).
- Cyclophosphamide (Cytoxan).
- Procarbazine.
- Melphalan (Alkeran).
- Cisplatin.
- Nitrogen mustard.
- Actinomycin D.

Higher doses of these chemotherapeutic agents have a greater likelihood of causing permanent infertility.  In some cases, combination with other drugs can increase their gonadotoxic effect. Some of examples include:

- Busulfan given in combination with cyclophosphamide considerably increases the risk of lifelong infertility compared with cyclophosphamide alone.
- Ifosfamide in combination with cisplatin significantly increases the infertility risk, more than cisplatin alone.

Other anticancer agents such as carmustine (BCNU) and lomustine (CCNU) can also cause short-term or lifelong infertility. Some chemotherapeutic regimens that are used in the treatment of leukemia, lymphoma, and osteosarcoma can cause prolonged infertility in almost 50% of men.

| Chemotherapy (dose to cause effect) | Adverse Effect on Sperm Count |
|---|---|
| Chlorambucil (1.4 g/m2)<br>Cyclophosphamide (19 g/m2)<br>Procarbazine (4 g/m2)<br>Melphalan (140 mg/m2)<br>Cisplatin (500 mg/m2) | Prolonged or permanent azoospermia |
| BCNU (1 g/m2)<br>CCNU (500 mg/m2) | Azoospermia in adulthood if treated before puberty |
| Busulfan (600 mg/m2)<br>Ifosfamide (42 g/m2)<br>BCNU (300 mg/m2)<br>Nitrogen mustard<br>Actinomycin D | Azoospermia likely, and are often given with other highly sterilizing agents, adding to the effect |
| Doxorubicin (770 mg/m2)<br>Thiotepa (400 mg/m2)<br>Cytarabine (1 g/m2)<br>Vinblastine (50 g/m2)<br>Vincristine (8 g/m2) | When used alone, cause only temporary reductions in sperm count. In conjunction with above agents, may be additive in causing azoospermia |
| Amsacrine<br>Bleomycin<br>Dacarbazine<br>Daunorubicin<br>Epirubicin<br>Etoposide | When used in conventional regimens, cause only temporary reductions in sperm count. In conjunction with above agents, may be additive in causing azoospermia |

| | |
|---|---|
| Fludarabine<br>Fluorouracil<br>6-mercaptopurine<br>Methotrexate<br>Mitoxantrone<br>Thioguanine | |

*Adapted from Devita, VT et al, Cancer: Principles & Practice of Oncology (7th ed.) 2005.

Some chemotherapeutic agents that carry a low risk of causing infertility in men, if they are administered in low to moderate doses, include:

- Doxorubicin (Adriamycin).
- Thiotepa.
- Cytosine arabinoside (Cytosar).
- Carboplatin.
- Vinblastine (Velban).
- Bleomycin.
- Epirubicin.
- 6-Mercaptopurine (6-MP).
- Vincristine (Oncovin).
- Dacarbazine.
- Etoposide (VP-16).
- Fludarabine.
- 5-fluorouracil (5-FU).
- Methotrexate.
- Thioguanine (6-TG).
- Mitoxantrone.
- Daunorubicin (Daunomycin).

Chemotherapy can also cause infertility in women by inflicting damaging effects on the ovaries and impairing hormone levels produced by the ovaries. Women can experience irregular menstrual periods, amenorrhea, or even premature menopause, which can be temporary or permanent. Alkylating agents pose the greatest risk of infertility in women. Some of these chemotherapeutic agents are:

- Carmustine (BCNU, BiCNU, Bicnu, Gliadel).
- Busulfan (Busulfex, Myleran), chlorambucil (Leukeran).
- Cisplatin (Platinol).
- Cyclophosphamide (Cytoxan, Neosar).
- Cytarabine (ARA-C, Cytosar-U, DepoCyt), ifosfamide (IFEX).
- Lomustine (CCNU, CeeNu).
- Mechlorethamine (Mustargen, Nitrogen mustard).
- Melphalan (Alkeran, L-Pam).
- Streptozocin (Zanosar)
- Temozolomide, thiotepa (Thioplex).
- Vincristine.

Other anticancer agents such as adriamycin, procarbazine, and vinblastine can also affect fertility. The risk of chemotherapy-induced infertility depends on the type of the chemotherapeutic agents used, dosage received, duration of chemotherapy, and the woman's age at the time of chemotherapy.

Chemotherapy-induced infertility in women is caused by premature ovarian failure due to loss of primordial follicles [320].  It is believed that this loss is due to an increased rate of growth initiation to replace damaged developing follicles [320]. Antral follicle count is reduced after three cycles of chemotherapy, whereas follicle-stimulating hormone (FSH) reaches menopausal levels after four cycles of chemotherapy [321]. Chemotherapy also caused reduced levels of other hormones such as inhibin B and anti-Müllerian hormone levels [321].

There are very few well established methods for fertility preservation in women compared with men. Women can choose several methods of fertility preservation prior to chemotherapy, including cryopreservation (freezing) of ovarian tissue, oocytes, or embryos [322]. Fertility-stimulating medications are administered to facilitate release and collection of several mature oocytes. Cryopreservation of eggs does not require sperm, as these eggs are frozen unfertilized; however, embryo cryopreservation requires that the egg be fertilized with sperm.  Ovarian tissue freezing is another way of fertility preservation in women. Although this procedure is still in the investigational stage, it is a great option for young girls who have not reached puberty when receiving chemotherapy.

For men, using a sperm bank is a way to preserve fertility. Cryopreservation, which includes freezing and storage of sperm, is a very successful technique of fertility preservation in men. Newer techniques such as in-vitro fertilization (IVF) and intracytoplasmic sperm injection (ICSI) have also improved the success rate, even in patients with low sperm counts. Although sperm banking is a successful option for the majority of patients, there are individuals who cannot delay chemotherapy by a few days and there are boys treated with chemotherapy before puberty who do not have this option. Testicular tissue freezing is under investigation as a novel way for fertility preservation.

## Teratogenicity

Chemotherapy can be teratogenic during pregnancy, particularly during the first trimester, and abortion is generally recommended if pregnancy in this period is found during chemotherapy [33]. Second- and third-trimester are relatively safer periods and do not pose a significant teratogenic risk; however, there may be greater risk for pregnancy-related complications, as well as fetal myelosuppression [33]. In general, chemotherapy should be individualized. Chemotherapy during the first trimester poses significant risk for severe fetal defects; however, it may be a safer option in the second or third trimester.

Several chemotherapeutic drugs are FDA pregnancy Category D, indicating potential risk to the fetus. Drugs given during the embryo period can cause physical malformations because this period involves organogenesis. In some cases, teratogenic effects may occur even when certain chemotherapeutic agents are administered beyond organogenesis. The exact dose of the

40

chemotherapeutic agent and the genetic sensitivity of the mother and fetus are important determinants when prescribing chemotherapy during pregnancy. Chemotherapy during pregnancy should ideally be given only if the potential risk to the fetus is outweighed by the potential benefit.

Chemotherapeutic agents must cross the placental barrier to expose the fetus to teratogenic effects. These agents can pass through the placental barrier easily if they have:

- A low molecular weight.
- A high lipid solubility.
- Nonionized.
- Loosely bound to plasma protein [324].

The majority of chemotherapeutic agents possess some of these characteristics and are able to cross the placenta [325].

Drugs given during pregnancy have been assigned a risk factor (A, B, C, D, or X). Most chemotherapeutic drugs usually fall into the C or D categories. Drugs in the C category are those for which studies in animals have observed adverse effects on the fetus and controlled studies in women or studies in women and animals are not available. Chemotherapeutic drugs in the D category are those for which there is positive evidence of human fetal risk, but the benefit justifies the potential risk to the fetus.

The FDA has the following definitions for the pregnancy categories:

| FDA Pharmaceutical Pregnancy Categories | |
|---|---|
| **Pregnancy Category A** | Adequate and well-controlled human studies have failed to demonstrate a risk to the fetus in the first trimester of pregnancy (and there is no evidence of risk in later trimesters). |
| **Pregnancy Category B** | Animal reproduction studies have failed to demonstrate a risk to the fetus and there are no adequate and well-controlled studies in pregnant women OR Animal studies have shown an adverse effect, but adequate and well-controlled studies in pregnant women have failed to demonstrate a risk to the fetus in any trimester. |
| **Pregnancy Category C** | Animal reproduction studies have shown an adverse effect on the fetus and there are no adequate and well-controlled studies in humans, but potential benefits may warrant use of the drug in pregnant women despite potential risks. |
| **Pregnancy Category D** | There is positive evidence of human fetal risk based on adverse reaction data from investigational or marketing experience or studies in humans, but potential benefits may warrant use of the drug in pregnant women despite potential risks. |
| **Pregnancy Category X** | Studies in animals or humans have demonstrated fetal abnormalities and/or there is positive evidence of human fetal risk based on adverse reaction data from investigational or marketing experience, and the risks involved in use of the drug in pregnant women clearly outweigh potential benefits. |
| **Pregnancy Category N** | FDA has not classified this drug. |

Recent studies conducted on males who have undergone chemotherapy, have observed that children conceived after chemotherapy do not carry increased risk of congenital malformations or genetic defects [323]. However, the use of micromanipulation and assisted reproductive techniques may pose a danger. Similarly, studies conducted on females who have undergone chemotherapy have concluded that the risk of congenital malformations and miscarriage are not increased in future conceptions [323].

Chemotherapy during pregnancy requires a cautious and careful approach. In general, chemotherapy should be avoided.  If chemotherapy is a necessary requirement during pregnancy and cannot be avoided, it is preferred to postpone until the second trimester. Single and combination chemotherapeutic agents can be given in the second and third trimester, with low risk of adverse effects. In such cases, the least teratogenic chemotherapeutic agents should be used.

## Neurological Effects

Chemotherapy-induced neurological effects are common because the chemotherapeutic drugs are unable to differentiate between healthy and malignant cells [326]. Chemotherapy-induced peripheral neuropathy (CIPN) is a major dose-limiting adverse effect of chemotherapy [327-330]. The incidence of these neurological effects is approximately 30% to 40% of patients receiving chemotherapy and depends on:
- Type of cytotoxic drug.
- Duration of administration.
- Cumulative dose.
- Preexisting peripheral neuropathy [327-332].

Some common chemotherapeutic agents causing neuropathy include:

Platinum agents
- Cisplatin
- Carboplatin
- Oxaliplatin

Vinca alkaloids
- Vincristine
- Vinblastine

Taxanes
- Paclitaxel
- Docetaxel

Epothilones
- Ixabepalone

Newer agents
- Bortezomib
- Thalidomide
- Lenolidamide

**Examples of cancer therapies and severe neurotoxic outcomes**

| AGENT | DIAGNOSIS | NEUROTOXICITY EXAMPLES |
|---|---|---|
| L-asparaginase | Lymphocytic anemia | Depression, confusion |
| Busulfan | Bone marrow transplant | Seizures (children) |
| Cisplatin (intra-arterial) | Brain tumor | Peripheral neuropathy |
| Ifosfamide | Solid tumors (children) | Confusion, irritability |
| Interleukin-2 | Renal cancer | Disorientation, confusion |
| Nitrogen mustards | Bone marrow transplant | Hallucinations, tremor |
| Methotrexate | Child leukemia | Personality changes |
| Paclitaxel (taxol) | Breast cancer | Confusion, neuropathy |
| Carmustine (BCNU) | Gliomas | Leukoencephalopathy |
| Vincristine | Hodgkin disease | Peripheral neuropathy |
| Cranial irradiation (children) | Acute lymphoblastic leukemia (ALL) | Somnolence, advanced cognitive impairment |

Chemotherapy-induced neurological symptoms are mainly sensory, but can also include sensory-motor and autonomic neuropathy [330, 331]. The peripheral nervous system (PNS) can repair itself, but needs time for sufficient repairs. In severe cases of neuropathy, CIPN is only partly reversible and in some cases, even completely irreversible [329, 330]. CIPN can significantly decrease a patient's quality of life [333]. The PNS is particularly vulnerable to the toxicity of chemotherapeutic agents because it is not protected as effectively from toxic drugs as the CNS.

Chemotherapy may result in axonal neuropathy, which may ultimately cause severe and disabling symptoms and signs. Patients may experience some loss of sensory function including mild neuropathic pain, pain [334], paresthesias, and sometimes paralysis. Tingling, numbness, burning, and perioral numbness are also common. Some patients experience significant disability due to profound weakness and ataxia and some may experience motor foot drop, wrist drop, or difficulty buttoning a shirt or holding a pen. The autonomic system may also be involved, causing orthostatic hypotension, impotence, and incontinence. All of these signs and symptoms adversely affect the patient's quality of life. Some patients experience non-specific neurocognitive problems, which includes inability to concentrate which is also known as post-chemotherapy cognitive impairment or "chemo brain" [335].

Symptoms generally arise within the first three cycles of chemotherapy, and usually peak in severity up to 3 months after the anticancer agent is discontinued. Sensory symptoms take months to recover after stopping the drug; however, motor symptoms are likely to recover. Chemotherapy-induced neurological symptoms usually begin with asymptomatic loss of deep tendon reflexes, progress to sensory neuropathy, and ultimately leading to motor neuropathy. Some chemotherapeutic agents such as oxaliplatin can cause both an acute and chronic neuropathy. The acute process usually begins when the chemotherapeutic agent is administered.

Patients usually experience cold-induced paresthesias of the hands, throat, feet, and perioral area during drug infusion. Chemotherapy-induced neuropathy in the chronic form is a dose-dependent sensory neuropathy. Several chemotherapeutic drugs, particularly cytostatic agents, are neurotoxic, but some drugs cause peripheral neuropathy, which is an important and dose-limiting side effect. Vincristine and cisplatin are well-known neurotoxic agents. Neuropathy is also a prominent side-effect of some other anticancer agents such as docetaxel, paclitaxel, bortezomib, and suramin. These drugs should ideally be discontinued if neuropathy occurs.

**Two scales for grading CIPN**

| Adverse event | National Cancer Institute – Common Toxicity Criteria version 3.0 – grades | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 |
| Neuropathy motor | Normal | Asymptomatic, weakness on exam testing only | Symptomatic weakness interfering with functioning but not interfering with ADL | Weakness interfering with ADL; bracing or assistance to walk (e.g., cane or walker) indicated | Life-threatening disabling (e.g., paralysis) | Death |
| Neuropathy sensory | Normal | Asymptomatic loss of tendon reflex or paresthesia (including tingling) but not interfering with function | Sensory alterations or paresthesias interfering with function but not interfering with ADL | Sensory alterations or paresthesias interfering with ADL | Disabling | Death |
| Parameter | Total Neuropathy Score (TNS) – grades | | | | | |
| | 0 | 1 | 2 | 3 | 4 | |
| Sensory symptoms | None | Symptoms limited to finger or toes | Symptoms extends to ankle or wrist | Symptoms extends to knee or elbow | Symptoms above knees or elbows, or functionally disabling | |
| Motor symptom | None | Slight difficulty | Moderate difficulty | Require help/assistan | Paralysis | |

44

| Adverse event | National Cancer Institute – Common Toxicity Criteria version 3.0 – grades | | | | | |
|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 |
| s | | | | ce | | |
| Autonomics symptoms | | | | | | |
| | 0 | 1 | 2 | 3 | 4 or 5 | |
| Pin sensibility | Normal | Reduced in finger/toes | Reduced up to wrist/ankle | Reduced up to elbow/knee | Reduced above elbow/knee | |
| Vibration sensibility | Normal | Reduced in fingers/toes | Reduced up to wrist/ankle | Reduced up to elbow/knee | Reduced above elbow/knee | |
| Strength | Normal | Mild weakness | Moderate weakness | Severe weakness | Paralysis | |
| Tendon reflex | Normal | Ankle reflex reduced | Ankle reflex absent | Ankle reflex absent, others reduced | All reflexes absent | |
| Vibration sensation (QST vibration) | Normal to 125% of ULN | 126%–150% of ULN | 151%–200% of ULN | 201%–300% of ULN | >300% of ULN | |
| Sural amplitude | Normal/ reduced to <5% of LLN | 76%–95% of LLN | 51%–75% of LLN | 26%–50% of LLN | 0–25% of LLN | |
| Peroneal amplitude | Normal/ reduced to <5% of LLN | 76%–95% of LLN | 51%–75% of LLN | 26%–50% of LLN | 0–25% of LLN | |

Chemotherapy-induced neuropathy is sometimes observed with procarbazine, cytosine arabinoside, interferons, and thalidomide. Overall risk of CIPN increases with the following factors:
- Patients over 50 years old.
- Alcoholics.

45

- Kidney dysfunction.
- Liver dysfunction.
- Preexisting neuropathies.

Early detection is a key component for prevention of CIPN. Dose reduction or drug discontinuation helps a great deal in preventing CIPN. Symptoms may continue or progress for many months even after discontinuation of the drug. The symptoms stabilize or gradually improve in a few weeks or months. Neuroprotective agents such as vitamin E, amifostine, glutamine, L-carnitine, and magnesium are being used to prevent CIPN. Amifostine is a potent antioxidant and binds to the metabolites of some chemotherapeutic agents, especially alkylating agents and platinum compounds, which protect nerve cells against the cytotoxic effects [336-339]. Glutathione also acts as an antioxidant and protects tissue from oxidation and is believed to prevent accumulation of platinum compounds in the nerve tissues, especially the dorsal root ganglia [340, 341]. Calcium and magnesium act as neuroprotective agents against chemotherapeutic agents by increasing extracellular calcium concentration [342]. Several studies have observed that vitamin E, vitamin C, and alpha-lipoic acid play the role of antioxidants against the cytotoxic effects of anticancer drugs. Vitamin E is considered to be the best neuroprotective vitamin [343, 344]. Neuroprotective role of glutamine, a non-essential amino acid, is also being investigated for preventing neurotoxicity [345, 346]. Erythropoietin (EPO) also exhibits neuroprotective and neurotrophic activity [347]. Acetyl-L-carnitine (ALC) is an antioxidant that acts as a potent neuroprotective agent. All of these agents have a potential to prevent CIPN; however, there is no consensus on their efficacy and use because of limited evidence. Other protective measures for patients include:

- Wearing socks and using gloves while cooking to prevent huge temperature variance.
- Routine inspection of cuts or abrasions.
- Fall prevention education.

No specific treatment exists to completely treat CIPN; however, pain can be treated symptomatically. Analgesics such as pregabalin and gabapentin, amitriptyline (tricyclic antidepressant), and serotonin-norepinephrine reuptake inhibitors such as venlafaxine and duloxetine are effective in reducing pain related to CIPN. Opioids are effective for short-term treatment.

## Inadequacies of Chemotherapy

Although significant and rapid strides have been made in development of various chemotherapeutic agents, there are several disadvantages. Some of the inadequacies of chemotherapy and chemotherapeutic agents include:

- Significant toxicity.
- Optimization of potent anticancer effect vs side effects is difficult.
- Mechanistic understanding of nonresponding and resistant disease is lacking.
- Predictors of patient response to a specific drug are poor.
- Chemotherapeutics drugs have a narrow range of cellular and molecular mechanisms.

Chemotherapy limitations also include:

- Limited aqueous solubility: Majority of chemotherapeutic agents are hydrophobic and need solvents to formulate the dosage form, which leads to severe toxicity

- Lack of selectivity: Majority of chemotherapeutic agents lack selectivity toward cancerous cells. They cannot differentiate between cancer and healthy body cells and target rapidly proliferating normal cells, which also includes bone marrow cells, cells of GI system, etc.
- Multidrug resistance: Resistance develops predominantly because of increased efflux pumps. Molecules such as P-glycoprotein (Pgp), which are present in the cell membrane, pump various chemotherapeutic agents out of cells [348-351].

Chemotherapy is not always effective against cancer cells, and even when it is effective, it may not achieve complete destruction of the tumor. Patients frequently fail to understand the limitations of chemotherapy. Recently, a study was conducted on patients who had been newly diagnosed with incurable, Stage 4 cancer. Most of these patients believed that the chemotherapy would achieve complete cure [352].

*A cure is the end of a medical condition such as cancer. However, a cure in a cancer applies to a patient who has been free of cancer for at least 5 years, and the disease does not prevent the patient from performing activities of daily living. It also does not restrict them from their professional or personal activities. The patient is encouraged to have regular checkups to detect any possibility of cancer recurrence. A remission, on the other hand, is a temporary end to the clinical manifestations of the disease. Cancer is termed incurable when there is a certainty that disease will relapse, regardless of the duration of the remission period. Cancer patients may assume cancer remission to be a cure, which is not true. Remission is the time when the cancer is responding to the treatment and the cancer is under control. Remission can be partial or complete. The time of cancer remission can vary from a few weeks to even years, depending on the stage of the cancer and the type of treatment. Partial Remission is achieved when the patient still has cancer, but the number of cancer cells is decreasing. Complete remission is achieved when cancer completely disappears or becomes undetected after treatment. However, treatment may continue even after complete remission is achieved, to erase undetectable cancer that may still be present. Patients are advised to have annual checkups.*

Health care workers who are exposed to chemotherapeutic agents should take adequate precautions and safety measures to keep drug exposure to a minimum. Limitation in cytotoxics dissolution in the United States is 20 dissolutions per health care personnel. Generally, nurses or pharmacists prepare these chemotherapeutic agents and are the most exposed. Doctors and operating room staff are also prone to exposure during chemotherapy. Hospital staff—including custodial workers, shipping and receiving workers, waste handlers, and laundry staff—are all susceptible to drug exposure while performing their duties.

The success of various chemotherapeutic agents in the treatment of cancer is well-documented. Chemotherapy also carries risks and potential side effects [353]. For certain chemotherapeutic agents, this risk also extends to health care providers who handle these drugs, even after exposure to only small concentrations.

**Hazardous Drugs**

A hazardous drug can be defined as an agent that poses a danger to a health care worker because of its inherent toxicity. These drugs may have one or more of the four following characteristics [354]:

47

• Carcinogenicity.
• Genotoxicity.
• Teratogenicity.
• Evidence of toxicity even at low doses in animal models or treated patients.

Prominent hazardous chemotherapeutic agents include antineoplastic, cytotoxic agents, and immunosuppressants. A list of such hazardous chemotherapeutic agents that require special handling should be posted in every health facility that provides drug preparation and administration services.

**Sources of Hazardous Drug Exposure**
The unintentional or accidental introduction of hazardous agents into an environment may occur in different ways. Drug containers can be damaged during transportation; therefore, they should be inspected properly upon receipt for any evidence of leakage. This can prevent accidental drug exposure to the receiving personnel. Environmental contamination can also be caused by improper handling of drugs while preparing it for administration. Liquid drugs should be handled carefully to prevent leaks, spills, and formation of aerosols during dose preparation. Tubing and injection port connections should be properly secured to prevent accidental leakage of the prepared drug. Hazardous chemotherapeutic agents should be stored, handled, prepared and disposed of following strict policies and procedures.

**Evaluating Exposure**
A number of studies have employed several methods for quantifying health care worker exposure to hazardous drugs [355-358]. Many health care personnel who handle chemotherapeutic agents were found to have mutagenic changes in the urine and chromosome damage. These findings led to the conclusion that handling chemotherapeutic agents poses a great health risk. However, these studies were not able to establish a direct cause-and-effect relationship. Currently, new ways of determining drug exposure have been developed, including urinalysis to detect the presence of metabolites of hazardous chemotherapeutic drugs handled by health care personnel, and environmental surface and air sampling techniques.

**Impact of Hazardous Drug Exposure**
Patients undergoing chemotherapy experience a number of side effects because most chemotherapeutic agents are nonselective in nature. Some of the prominent side effects include diarrhea, nausea, vomiting, alopecia or hair loss, and irritation of the skin and mucous membranes. It has also been observed that secondary tumors may develop in cancer patients treated with certain chemotherapeutic agents. The long-term implication of low-level exposure to these chemotherapeutic agents is still unknown. Some studies have observed that there is an association between occupational exposure to these chemotherapeutic agents, with spontaneous abortions and fetal malformations seen in nurses who handle these drugs [359]. These studies clearly highlight the need to reduce the risk of exposure to hazardous chemotherapeutic agents.

**Suggested Safe-handling Methods**
Three critical elements involved in the safe handling of hazardous chemotherapeutic drugs are:

- Personnel.
- Equipment.
- Strict adherence to policies and procedures.

**Personnel.** Only authorized and well-trained personnel should be responsible for receiving, preparing, transporting, or administering hazardous chemotherapeutic drugs. Every person who may come into contact with a hazardous chemotherapeutic drug container should undergo a proper orientation and training program. Personnel should be educated about the potential dangers and risks associated with exposure to chemotherapeutic drugs and should know the correct procedures and appropriate steps to take in case of an accidental exposure to a hazardous agents. Employees who are expecting a baby or breastfeeding should not handle these potentially dangerous drugs and should be reassigned to safer areas to avoid drug exposure. Employee performance should be properly evaluated and documented. Adequate training, assessments, and demonstration of proper drug preparation techniques should be regularly given to health personnel.

**Equipment.** Class II (low to moderate risk of biological agents) contained vertical flow biohazard cabinets, or biological safety cabinets (BSCs) should be used during drug preparation. This equipment provides a Class 100 (a type of scientific classification of a lab's level of pollutants – the number denotes the number of particles of size 0.5 μm or larger permitted per cubic foot of air) clean-air workstation and also protects health workers and the environment from exposure to the drug being prepared. Proper policies and procedures for routine cleaning and disinfection of cabinets should be implemented. The operator should be trained well for appropriate use of these cabinets. All health personnel who handle hazardous chemotherapeutic drugs should wear powder-free, disposable gloves with reasonable thickness, good fit, and adequate tactile sensation. Some studies and guidelines also recommend double-gloving.

A low-permeability, lint-free disposable protective gown with a closed front, long sleeves, and tight-fitting elastic or knit cuffs should be worn at all times when preparing hazardous chemotherapeutic drugs. Proper techniques and supplies aimed for safe preparation of hazardous chemotherapeutic drugs should be implemented at all times.

**PERSONAL PROTECTIVE EQUIPMENT (PPE)**

| PROTECTIVE EQUIPMENT | ACTIVITY |
|---|---|
| **NON-STERILE NITRILE GLOVES**<br><br>• inspect gloves for defects and pinhole leaks before use<br>• powder-free gloves are preferred because the powder may absorb contaminants, leading to aerolization and increased risk of touch contamination<br>• gloves must be changed at least hourly, or immediately if contaminated, torn, or punctured<br>• wash hands with soap and water after removal | ADMINISTRATION—all routes<br>• wear 2 pair with topical administration<br><br>SPILL CLEAN-UP—<br>• wear 2 pair<br><br>WASTE DISPOSAL<br><br>PATIENT CARE—when in potential contact with body fluids |

49

| | |
|---|---|
| of gloves | |
| **GOWNS**<br><br>• non-disposable, low-permeable, long-sleeved gown with knit cuffs and back closure<br>• change the gown every time it is contaminated, between patients, and when gloves are changed | ADMINISTRATION—all routes except oral capsules or tablets<br><br>SPILL CLEAN-UP—use disposable gown in spill kit<br><br>WASTE DISPOSAL<br><br>PATIENT CARE—when in potential contact with body fluids |
| **FACE/EYE PROTECTION**<br><br>• eye/face protection must be worn when there is a hazard of eye contact<br>• for drug administration, work below eye level to reduce the likelihood of eye and facial splashing<br>• use eyewash facilities in the event of splash to the eyes | ADMINISTRATION—all routes except oral capsules and tablets<br><br>SPILL CLEAN-UP—always wear face protection<br><br>WASTE DISPOSAL<br><br>PATIENT CARE—when in potential contact with body fluids |
| **RESPIRATORS**<br>• surgical masks do not provide respiratory protection<br>• halfmask respirator with HEPA filter<br>• the mask must meet or exceed the following criteria:<br>• ability to filter particles one micron in size<br>• has a 95% filter efficiency, tested in the unloaded state<br>• be suitable for prolonged usage<br>• ability to fit different facial sizes | SPILL CLEAN-UP |
| **SHOE COVERS** | SPILL CLEAN-UP |

Syringes and IV (intravenous) administration sets with Luer-loc–type fittings should be used for preparing and administering hazardous chemotherapeutic drugs to reduce the risk of accidental leaks or separation of the fittings. Proper techniques to avoid development of positive pressure in drug vials and syringes should be used to reduce the possibility of drug aerosols being introduced into the workspace. Venting devices with a hydrophobic filter provide an additional safety during the drug preparation.

**Policies and Procedures.** Implementation of clearly defined policies and procedures are vital in guiding health care personnel to properly handle dangerous chemotherapeutic drugs. Every person who directly or indirectly handles these agents should be made aware of these policies

and procedures and should also be routinely evaluated for compliance with these policies and procedures.

---

**Summary of Recommended Procedures**

**1. Assess the hazards in the workplace.**

- **Evaluate the workplace to identify and assess hazards before anyone begins work with hazardous drugs. As part of this evaluation, assess the following:**
  - Total working environment
  - Equipment (i.e., ventilated cabinets, closed-system drug transfer devices, glovebags, needleless systems, and PPE)
  - Physical layout of work areas
  - Types of drugs being handled
  - Volume, frequency, and form of drugs handled (tablets, coated versus un-coated, powder versus liquid)
  - Equipment maintenance
  - Decontamination and cleaning
  - Waste handling
  - Potential exposures during work, including hazardous drugs, blood borne pathogens, and chemicals used to deactivate hazardous drugs or clean drug-contaminated surfaces
  - Routine operations
  - Spill response
  - Waste segregation, containment, and disposal

- Regularly review the current inventory of hazardous drugs, equipment, and practices, seeking input from affected workers. Have the safety and health staff or an internal committee perform this review.
- Conduct regular training reviews with all potentially exposed workers in work-places where hazardous drugs are used. Seek ongoing input from workers who handle hazardous drugs and from other potentially exposed workers regarding the quality and effectiveness of the prevention program. Use this input from workers to provide the safest possible equipment and conditions for minimizing exposures. This approach is the only prudent public health approach, since safe concentrations for occupational exposure to hazardous drugs have not been conclusively determined.

**2. Handle drugs safely.**

- **Implement a program for safely handling hazardous drugs at work and review this program annually on the basis of the workplace evaluation.** Establish work policies and procedures specific to the handling of hazardous drugs. These policies and procedures should address and define the following:
  - Presence of hazardous drugs
  - Labeling
  - Storage
  - Personnel issues (such as exposure of pregnant workers)
  - Spill control

---

— Detailed procedures for preparing, administering, and disposing of hazardous drugs

- **Establish procedures and provide training for handling hazardous drugs safely, cleaning up spills, and using all equipment and PPE properly.**
- **Establish work practices related to both drug manipulation techniques and to general hygiene practices— such as not permitting eating or drinking in areas where drugs are handled.**

**3. Use and maintain equipment properly.**

- **Develop workplace procedures for using and maintaining all equipment that functions to reduce exposure— such as ventilated cabinets, closed-system drug-transfer devices, needle-less systems, and PPE.**

**Detailed Recommendations**

**Receiving and Storage**

- Begin exposure control when hazardous drugs enter the facility. The most significant exposure risk during distribution and transport is from spills resulting from damaged containers.
- Prepare workers for the possibility that spills might occur while they are handling containers (even when packaging is intact during routine activities), and provide them with appropriate PPE.
- Make sure that medical products have labeling on the outsides of containers that will be understood by all workers who will be separating hazardous from non-hazardous drugs.
- Wear chemotherapy gloves, protective clothing, and eye protection when opening containers to unpack hazardous drugs. Such PPE protects workers and helps prevent contamination from spreading if damaged containers are found.
- Wear chemotherapy gloves to prevent contamination when transporting the vial or syringe to the work area.
- Store hazardous drugs separately from other drugs, and other chemical safety standards.
- Store and transport hazardous drugs in closed containers that minimize the risk of breakage.
- Make sure the storage area has sufficient general exhaust ventilation to dilute and remove any airborne contaminants.
- Depending on the physical nature and quantity of the stored drugs, consider installing a dedicated emergency exhaust fan that is large enough to quickly purge airborne contaminants from the storage room in the event of a spill and prevent contamination in adjacent areas.

**Drug Preparation and Administration**

**Initial steps**

- As part of the hazard assessment described earlier, evaluate and review the entire drug preparation and administration process to identify points at which drugs might be released into the work environment. Always consider the possibility of contamination on the outside of containers [360].
- Limit access to areas where drugs are prepared to protect persons not involved in drug preparation.

52

- Coordinate tasks associated with preparing and administering hazardous drugs for most effective control of worker exposures.

**Preparing hazardous drugs**

- Use a ventilated cabinet designed to reduce worker exposures while preparing hazardous drugs (see following section entitled Ventilated Cabinets).
- Train all staff that use ventilated cabinets to employ work practices established for their particular equipment. The safe use of any control depends on proper work.
- Practice proper technique and use of equipment.
- Include initial and periodic assessments of technique in the safety program, and verify technique during drug administration.
- Wear protective gloves and gowns if you are involved in preparation activities such as opening drug packaging, handling vials or finished products, labeling hazardous drug containers, or disposing of waste.
- Wear PPE (including double gloves and protective gowns) while reconstituting and mixing drugs:
  — Make sure that gloves are labeled as chemotherapy gloves and make sure such information is available on the box or from the manufacturer.
  — Consider latex-sensitive workers and remember that a number of glove materials are suitable for protecting workers from antineoplastic drugs [361-363].
  — Consider using chemotherapy gloves for hazardous drugs that are not chemotherapy drugs or for which no information is available.
  — Use double gloving for all activities involving hazardous drugs. Make sure that the outer glove extends over the cuff of the gown [364].
  — Inspect gloves for physical defects before use.
  — Wash hands with soap and water before donning protective gloves and immediately after removal.
  — Change gloves every 30 minutes or when torn, punctured, or contaminated. Discard them immediately in a yellow chemotherapy waste container [364].
  — Use disposable gowns made of polyethylene-coated polypropylene (which is nonlinting and nonabsorbent). These gowns offer better protection than polypropylene gowns against many of the antineoplastic drugs [365, 366]. Make sure gowns have closed fronts, long sleeves, and elastic or knit closed cuffs.
  — Dispose of protective gowns after each use.
  — Use disposable sleeve covers to protect the wrist area and remove the covers after the task is complete.
- When drug preparation is complete, seal the final product in a plastic bag or other sealable container for transport before taking it out of the ventilated cabinet.
- Seal and wipe all waste containers inside the ventilated cabinet before removing them from the cabinet.
- Remove all outer gloves and sleeve covers and bag them for disposal while you are inside the ventilated cabinet.

- Wash hands with soap and water immediately after removing gloves.
- Consider using devices such as closed-system transfer devices, glovebags, and needleless systems when transferring hazardous drugs from primary packaging (such as vials) to dosing equipment (such as infusion bags, bottles, or pumps). Closed systems limit the potential for generating aerosols and exposing workers to sharps. Evidence documents a decrease in drug contaminants inside a Class II BSC when a closed-system transfer device is used [367-372].
    — Remember that a closed-system transfer device is not an acceptable substitute for a ventilated cabinet and should be used only within a ventilated cabinet.
    — Use appropriate PPE and work practices even when you are using a closed system.
- Have pharmacy personnel prime the IV tubing and syringes inside the ventilated cabinet, or prime them in-line with non-drug solutions—never in the patient's room.

**Administering hazardous drugs**
- Administer drugs safely by using protective medical devices (such as needleless and closed systems) and techniques (such as priming of IV tubing by pharmacy personnel inside a ventilated cabinet or priming in-line with nondrug solutions).
- Wear PPE (including double gloves, goggles, and protective gowns) for all activities associated with drug administration—opening the outer bag, assembling the delivery system, delivering the drug to the patient, and disposing of all equipment used to administer drugs.
- Attach drug administration sets to the IV bag, and prime them before adding the drug to the bag.
- Never remove tubing from an IV bag containing a hazardous drug. Do not disconnect tubing at other points in the system until the tubing has been thoroughly flushed.
- Remove the IV bag and tubing intact when possible.
- Place disposable items directly in a yellow chemotherapy waste container and close the lid.
- Remove outer gloves and gowns, and bag them for disposal in the yellow chemotherapy waste container at the site of drug administration.
- Double-bag the chemotherapy waste before removing the inner gloves.
- Consider double bagging all contaminated equipment.

**Communication**

Communication between health care providers and cancer patients is a multidimensional concept that encompasses three components:
- Content of dialogue.
- Affective component (emotional aspects of both patient and physician during the encounter).
- Nonverbal behaviors.

54

Communication skills are critical for accomplishing the important objectives of the clinical encounter [373]. These objectives include establishing trust, understanding and rapport, collecting relevant medical data from the patient and the patient's family, communicating bad outcomes or news and other information pertaining to the disease or illness, addressing patient's emotions, and eliciting concerns [374-377]. Proper, effective, and supportive communication helps the patient and patient's family in the successful transition to curative or palliative care [378].

Cancer patients expect a greater participation in their care and expect to be fully informed about diagnosis, prognosis, disease progression, treatment options, and their probability of success. The physician should also be mindful that the diagnosis of cancer is one of the key events in the life of any individual. The first consultation, in particular, is of great importance to the patient's perception of the disease and the treatment process. Patients should be educated about their illness, its course, and the type of treatment and medications that are prescribed, and also the need for compliance. Patient satisfaction increases when health care providers give clear information, are sensitive to the patients' needs, answer questions, and do not dominate the interaction. The doctor-patient relationship is of great importance because of the severity of the disease (cancer) and psychosocial upheaval it causes.

The majority of studies on doctor-patient communication are centered on primary care or internal medicine settings. However, many aspects of oncology are different from other medical settings. Despite recent advancements made in cancer treatment, the disease is life-threatening. New, aggressive modes of treatments have given hope for cure, or at least control of the disease progression, but the diagnosis of cancer still instills significant fear and uncertainty in patients. The diagnosis also compels them to undergo painful, expensive, and complex cancer treatments. Therefore, provider-patient communication is very important during this crisis of cancer. Cancer care is also emotionally draining on the provider, who must frequently give bad news and deal with highly emotive issues such as dying and death. In the United States, due to insurance issues, medical visits have become less frequent and shorter while patients' need for information has increased [379]. Patients consider oncologists to be a vital source of psychological support [380]. Unfortunately, oncologists have negligible training in communication and the interpersonal dimensions of patient care [381].

Good communication can yield multiple positive effects on a patient and their family, which includes:
- Increased enhanced patient satisfaction.
- Better medical compliance.
- Increased patient knowledge.
- Increased participation in clinical trials.
- Better transition of cancer patients from curative to palliative treatment.
- Reduced oncologist stress and burnout [382].

New scientific studies have concluded that three key concepts define the importance of communication skills in the interaction of health care providers with cancer patients and their families:

- A patient-centered approach is the most effective way of providing comprehensive cancer care [383], and communication skills training is very important and should not be considered optional [384].
- The communication between the oncologist, treating physicians, patient, and patient's family is associated with important outcomes of care.
- Communication skills are not inborn and do not essentially improve with experience, but can be taught and learned.

The patient-centered or patient-focused care emphasizes the importance of the provider's relationship with the patient and the patient's family as a therapeutic tool. It emphasizes shared decision-making as an essential element of treatment, and approves providers' understanding of patient concerns. All of these factors are vital in promoting a patient's general well-being and quality of life [385, 386]. Communication skills play an important role in attaining these goals. Communication skills become particularly important in heightened emotional situations, such as putting the patient on palliative therapy and end-of-life issues.

A patient should be given all the information regarding his or her condition as it serves several key functions including:
- Providing patients with a sense of control.
- Reducing anxiety and improving compliance, which lead to realistic expectations.
- Promoting self-care and participation.
- Generating feelings of safety and security.

A recent study observed that acquisition of information is the top priority of many patients. It also noted that 97% of patients wanted more feedback on the disease (cancer) progression, 88% expected more information on the prognosis, and more than 90% sought more information about their disease.

Another study showed that a majority of patients (approximately 63%) wanted more assurance that they would be looked after, 59% wanted more reassurance and hope, and 59% wished to discuss their worries and fears [387]. Several studies have concluded that information-seeking has positive effects on increased medical compliance, increased patient satisfaction, improved quality of life, and reduced distress [387-389]. It was also observed that some patients were not interested in knowing more about their disease. Patients differ in the quantum of information they want and require about their cancer care [390]. Additionally, patients' information requirements may vary at different phases of the disease and treatment. It has been observed that many patients who are in advanced stages of cancer want less information about their illness [387]. It has also been noted that it is often difficult for health care providers to accurately determine the quantum or type of information that patients seek, which leads to patient dissatisfaction with the kind of information they receive [391-394]. Therefore, it is vital for health care providers to inquire about the quantum or type of information a patient wants.

It has been observed that increasing participation for all cancer patients may not be the most effective strategy. Participation can vary from patient to patient. Some patients may seek actively engaging in the decision-making process, while others may prefer the physician to make the final

decision [395]. One clinical study [396] conducted on patients with early-stage breast cancer categorized them into the following groups:

- Delayers— consider at least two alternatives, but their deliberation is not thoughtful and they immediately prefer one option.
- Deferrers— accept their doctors' recommendations without a major degree of reflection.
- Deliberators— study and weigh the pros and cons of each cancer treatment and do not make a hasty choice until they have considered all of the relevant information and have found an alternative with which they are satisfied.

The issue of participation styles is complex. It has been suggested that patients should ideally be asked frequently about their needs [397]. Information and involvement preferences also depend upon changing disease status and the behavior of the oncologist during consultation [398]. It is better to individualize cancer treatment discussions to patients' preferred decision-making styles rather than promoting decision-making autonomy to maximize better results for cancer patients [399].

## Patient Satisfaction

Patient satisfaction depends on how well patient health care needs, preferences, or expectations are met. Many studies associate patient satisfaction with psychological adjustment, which includes:

- Patient satisfaction with the quantum and type of information provided at the time of diagnosis [400].
- Oncologist's willingness to discuss treatment methods [401].
- Patient perception of the health care provider as caring, attentive, or emotionally supportive [402-404].
- Patient rating of communication with the physician.

**Informed Consent**

Informed consent and informed decision-making are vital elements for prescribing chemotherapeutic agents. It is a challenging task to completely involve cancer patients in the clinical decision-making process; however, oncologists are encouraged to take a more interactive approach with patients in explaining cancer treatments [405, 406]. Informed consent facilitates better communication between patients and caring physicians. A dialog also helps the treating physician to quantify the amount of information a patient actually wants and also ensures the patient's right to shun any kind of unwanted information [407, 408]. Several studies have shown that physicians and oncologists scored poorly in terms of quality of the content of information given to the cancer patient [409]. It was also observed that treating physicians tend to overestimate patient satisfaction with particular treatment information [410].

**Malpractice Claims**

It is frequently seen in clinical practices that a small number of physicians face a disproportionate number of lawsuits [411]. There are several risk factors associated with malpractice claims, which include physician specialty, physician characteristics, and number of patients seen. However, they are not linked to the characteristics of a physician's patients, and the complexity and technical aspects of care [412]. Patient dissatisfaction, with respect to the

interpersonal aspects of care, appears to be a key determining factor. These interpersonal aspects of care include time spent with the patient, ability of the clinician to meet expectations of the patient for care, ability of the physician to provide information to the patient, physician concern for patient problems, and the courteousness and friendliness of the doctor [413]. Some studies have observed that communication skills are also related to patient retention, medical compliance, physician burnout,[414] teamwork among treating physician teams [415], and increased problems in switching to palliative care [416].

**Factors Affecting Communication**
A research study has observed that older and disadvantaged cancer patients received less informational support compared with younger patients [417]. It was concluded that quality of communication should be improved to reduce age and ethnic group treatment discrepancies among breast cancer patients [417]. Another study observed that doctors spent more time in relationship building with Caucasian patients than with non-Caucasian patients [418]. Yet another research study observed that black patients with lung cancer were provided significantly less information by their treating doctors and were comparatively reluctant to ask their doctors for information [419]. These patients also had trust issues with their treating physicians [420].

Educated young cancer patients usually like to take an active part in medical decision-making. Some research studies have observed that poor and less educated women usually have poor communication with their treating physicians regarding their treatment modalities, preferences, or concerns and fears [421-423].

Physicians should use culturally appropriate ways to communicate about cancer because this approach may lower the stress for the cancer patient and patient's family. Physicians should be aware of cross-cultural practices when disclosing issues related to cancer and try to strike a fine balance between a frank and open discussion, with respect for the cultural aspects of the cancer patient [424]. Patients who adhere to Western philosophy desire predictability, control, and obtainable treatment results [425] and seek a higher level of autonomy and participation in making treatment decisions [426]. They want to be fully informed to make better assessments about their condition [424]. Whereas Italians, Chinese, Japanese, Spanish, and Tanzanians may desire and prefer nondisclosure of diagnosis and of a poor prognosis [426-428], patients from Egypt prefer to deal with issues related to cancer within a family context [429].  People adhering to Navajo values and culture believe that order and harmony are disturbed by receiving negative information [426] and it is considered a curse [428]. Taiwanese families avoid telling aged patients about the disease and poor prognosis so patients can live happier without knowing the actual truth [430]. These examples illustrate different views of diverse cultures on a single medical aspect; therefore, it is essential to respect patient's cultural beliefs when communicating with them about their disease and its prognosis. Cultural background significantly influences several aspects of the communication process.

**The Patient's Family**
Some clinicians and patients believe that family-centered approaches should be preferred because most decision-making in patients' health care is made with the perspective of family care and obligation. Family-centered approaches help cancer patients make better decisions about their care. Therefore, it is important to establish a structured communication with family

members regarding plans of care, treatment goals, prognosis, and expectations regarding patient outcomes [432]. Family caregivers should be considered an essential component of the cancer care [432].

Many patients refrain from directly asking questions related to cancer and its treatment. Some researchers have found that such patients usually exhibit indirect cues for more information and emotion. These indirect cues include allusions, paraverbal expressions, and nonverbal gestures such as facial expression and posture [433]. In the absence of open communication and discussion, treating physicians are susceptible to make incorrect judgments and decisions about patients' requirements and preferences [434].

**The Nurse's Role**
Nurses are a crucial component of a multidisciplinary cancer team and play a vital role in supporting cancer patients. They are involved in almost every aspect of the cancer care and are usually the first clinical contacts for cancer patients and family members. Nurses also provide information about procedures, treatments, and almost all other aspects of patient care. They usually spend more time with the patient than the treating physicians. Nurses should also provide emotional support to patients and their families in these emotionally draining situations. Advanced practice nurses often act as physician extenders and manage much of the day-to-day care of the patient.

## Communication along the Disease Trajectory

**Basic Communication Skills**
Communication with the patient and family requires several essential skills, which includes five E's [435]:
- **E**ngaging the patient.
- **E**liciting the patient's understanding and/or current concerns.
- **E**ducating the patient.
- Addressing **E**motions.
- **E**nlisting the collaboration of the patient and caregiver.

These five skills help develop rapport; establishing patients' understanding of their disease and key concerns; providing information about cancer and its treatment; adequately responding to emotions; and encouraging participation of the patient and family in the treatment plan. Many patients are anxious during medical visits; therefore, the treating physician should put them at ease to extract more information. A research study observed that the first few seconds or minutes of the interaction are particularly important in forming lasting impressions. Gestures such as a friendly handshake and making eye contact are helpful in creating rapport and trust. Patients should not be interrupted while they are conveying their concerns or point of view.

**Breaking Bad News**
Many oncologists and physicians find it challenging to convey bad news to the patient and patient's family. Oncologists and other treating physicians are not adequately trained in techniques for conveying bad news [436, 437]. Some treating physicians experience anxiety and fear of being blamed for the patient's condition or treatment failure [438, 439]. There is a danger

that some oncologists may give false hope or reassurance, or they may hide vital information [440]. Moreover, cancer patients may adapt coping strategies such as denial or blunting, a significant reduction in the intensity of emotional expression [441]. In such cases, patient may not ask questions, become overly optimistic, and distort information to put their prognosis in a better perspective.

**Diagnostic Disclosure and Discussions about Prognosis**
Today, there is total open disclosure about the diagnosis and course of cancer, though oncologists frequently do not convey the prognosis unless a query is made by the patient. Open discussion about the diagnosis is helpful to:
- Decrease uncertainty.
- Allow access to psychological support.
- Improve participation in decisions about care.
- Encourage self-care.
- Allow the patient to start planning for the future [442].

Open disclosure may have a negative emotional impact on the patient in the short-term; however, most patients adjust well over time. Open disclosure ends uncertainty, which is a key factor for emotional distress in cancer patients. When bad news is conveyed thoughtfully, honestly, and in a supportive manner, the patient feels less stress. Patients usually feel helpless when they are kept in the dark about the severity of cancer or when they are denied the chance to convey their concerns and fears [443, 44]. Conversely, if a cancer patient is told bad news bluntly by a physician, the patient will most likely feel frightened and unsupported. In some cases, it may lead to feelings of abandonment [444].

One method of disclosing or conveying bad news is known as SPIKES [445]. It encompasses these six steps:
- **S**—**S**etting up the interview, which includes choosing the right location and establishing rapport.
- **P**—Assessing the patient's **P**erception of the medical situation.
- **I**—Obtaining the patient's **I**nvitation.
- **K**—Giving **K**nowledge and information to the patient.
- **E**—Addressing the patient's **E**motions with empathic responses.
- **S**—**S**trategy and **S**ummary.

The SPIKES method is a useful tool for disclosing bad news because it is short, easy to use, and focuses on specific skills. This protocol can be used for breaking bad news, including diagnosis, recurrence, transition to palliative care, and even error disclosure.

**Transition to Palliation and End-of-life Care**
End-of-life discussion is not merely psychological, but also has an impact on health care economics. It has been observed that patients who had end-of-life discussions with their treating physicians had markedly lower health care costs compared with those who did not have these discussions. Patients confronting an issue such as end-of-life have many concerns including:
- Leaving loved ones behind.
- Decline in the social life [446].

60

- The end of being able to fulfill normal roles.
- Fear of burdening loved ones [447].
- Loss of control.
- Poor personal appearance.
- Needing help with personal care and routine activities of daily living.
- Worries about mental health [448].
- Pain and management of symptoms.
- Quality of life and dignity [449].
- Achieving a sense of completion.
- Having a good death.
- Abandonment.

During transitions, patients expect their treating physicians to provide relevant information, proper care, and balance hope with reality. Therefore, it is important to discuss issues pertaining to death. A number of patients are grateful for the opportunity to talk about questions of death, though they often have few opportunities because many patients find that health care personnel are afraid, reluctant, or uncomfortable talking about end -of-life issues, death, and dying [450], which exacerbates feelings of isolation and separation.

**Strategies for Breaking Bad News**

Breaking bad news suddenly significantly increases its negative impact [451]. A research study has observed that patients also experience negative emotions caused by:

- Bad news conveyed over the phone.
- Bad news conveyed in the recovery room.
- Doctors withholding information.
- Physicians' failure to offer adequate information about the availability of additional support or help.
- Information given bluntly and factually [452].

Most physicians do not have a planned approach for conveying bad news to the patients [451] and should have proper training.

**CONCLUSION**

New and sophisticated techniques are being introduced for effective treatment of cancers. Isolated limb infusion (ILI) is a relatively new technique for treating cancer that is confined to a single extremity. It is mainly used to treat advanced melanoma with in-transit metastases. Many tumor cells express certain proteins over their surface, but healthy cells usually do not express the protein as strongly. Nanoparticles are conjugated or attached to an antibody, which attach themselves to the cancer cells. Many nanoparticle delivery systems have been or are being developed for cancer therapy. Electrochemotherapy is a therapeutic approach that facilitates delivery into cell interior of non-permeant drugs with intracellular targets. The treatment is mainly used as a palliative treatment for patients with melanoma metastases and other cutaneous nodules. Electrochemotherapy uses a combination of high voltage electric pulses and an anticancer drug to treat various types of tumors.

In general, chemotherapeutic agents have narrow therapeutic margins, which imply that there is a high probability that the agent will produce unwanted effects. There are several ways to determine chemotherapy doses depending on the type of agent being administered. Most chemotherapeutic agents are measured in milligrams (mg) and the overall dose usually depends on a patient's body weight. Some doses are based on body-surface area (BSA), which is a measured or calculated surface of a human body expressed in meters squared ($m^2$).

Chemotherapy is usually administered at regular periods or intervals called cycles. A chemotherapy cycle may involve a single agent or a combination therapy, which is followed by period of rest, i.e., several days or weeks without treatment. The main purpose of a treatment cycle is to systematically attack tumor cells at particular phases of the cell cycle when they are most vulnerable and also provide sufficient time for healthy cells in the body to recover from the toxic effects of the drugs. Doses and schedules of treatment for specific cancers are usually determined in clinical trials. Patients should be given a full course of chemotherapy and the treatment cycles should be kept on schedule.

Chemotherapy can be given orally, intravenously, intramuscularly, topically, or intracavitary chemotherapy. Oral administration is particularly preferred by individuals who are uncomfortable with needles. It is also the most convenient and easiest method of administering chemotherapy because patients can take the drugs at home. The major disadvantage of oral chemotherapy is side effects, which include nausea, vomiting, diarrhea, alopecia, mouth sores, and low blood counts. Peripheral IV chemotherapy is given by inserting an IV tube via needle into the vein in the arm or hand, ensuring the drug enters the body quickly. However, it can lead to extravasation resulting in skin burn and blister. Another disadvantage is that some people find needle insertion an unpleasant experience.  Most chemotherapeutic agents cannot be administered intramuscularly because of the harshness of the chemical. Subcutaneous (SC) injections ensure that the chemotherapy drug such as rituximab and L-asparaginase enter the circulatory system very slowly, reducing the chances of systemic drug toxicity. Intravenous (IV) chemotherapy can be administered via a catheter placed in a vein in the arm or hand (peripheral line) or central venous catheter. Other modes of drug administration include intrathecal, intralesional, intrapleural, and intravesical chemotherapy.

Chemotherapeutic agents cause frequent and often predictable toxic effects because of their narrow therapeutic index. Drug toxicities are usually acute, but chronic or delayed toxic effects are also seen. Most prominent side effects of these agents include neutropenia, nausea and vomiting, myelosuppression, neutropenic enterocolitis (typhlitis), secondary malignancies, peripheral neuropathy, and infertility. Other side effects are depression, fatigue, diarrhea, hair loss, and dry mouth. Chemotherapy can also be teratogenic during pregnancy, particularly during the first trimester.

Exposure to chemotherapeutic agents can be very harmful. Health care workers who are exposed to these agents should take adequate precautions and safety measures to keep drug exposure to a minimum. Only authorized and well-trained personnel should be responsible for receiving, preparing, transporting, or administering hazardous chemotherapeutic drugs. Proper policies and

procedures for routine cleaning and disinfection of cabinets should be implemented and are vital in guiding health personnel to properly handle dangerous drugs.

Communication skills are critical for accomplishing the important objectives of the clinical encounter. Cancer patients expect a greater participation in their care and expect to be fully informed about diagnosis, prognosis, disease progression, treatment options, and their probability of success. Good communication can yield multiple positive effects on patients and their families. It has been observed that patient satisfaction depends on how well patient health care needs, preferences, or expectations are met.

Intense research into newer and innovative approaches to chemotherapy continues to be developed. Current advances in techniques and knowledge of cancer biology will help individualize therapy and follow-up care. The advances made in the development of new chemotherapeutic agents will make the treatment of cancer more efficacious in the future. The ultimate goal, of course, is to find a cure.

## REFERENCES

195. Elhassadi E, Egan E, O'Sullivan G, Mohamed R. Isolated limb infusion with cytotoxic agent for treatment of localized refractory cutaneous T-cell lymphoma. Clin Lab Haematol. 2006;28:279-281.

196. Moncrieff MD, Kroon HM, Kam PC, Stalley PD, Scolyer RA, Thompson JF. Isolated limb infusion for advanced soft tissue sarcoma of the extremity. Ann Surg Oncol. 2008; 15:2749-2756.

197. Hegazy MA, Kotb SZ, Sakr H, et al. Preoperative isolated limb infusion of Doxorubicin and external irradiation for limb-threatening soft tissue sarcomas. Ann Surg Oncol. 2007;14:568-576.

198. Damian DL, Barnetson RS, Rose BR, Bonenkamp JJ, Thompson JF. Treatment of refractory hand warts by isolated limb infusion with melphalan and actinomycin D. Australas J Dermatol. 2001;42:106-109.

199. Siemann DW, M.Chapman, A.Beikirch. Effects of oxygenation and pH on tumor cell response to alkylating chemotherapy. Int J Radiat Oncol Biol Phys. 1991;20:287-289.

200. Skarsgard LD, Skwarchuk MW, Vinczan A, Kristl J, Chaplin DJ. The cytotoxicity of melphalan and its relationship to pH, hypoxia and drug uptake.Anticancer Res. 995;15:219-223.

201. Thompson JF, Kam PC, Waugh RC, Harman CR. Isolated limb infusion with cytotoxic agents: a simple alternative to isolated limb perfusion. Semin Surg Oncol. 1998;14:238-247.

202. Lindner P, Doubrovsky A, Kam PC, Thompson JF. Prognostic factors after isolated limb infusion with cytotoxic agents for melanoma. Ann Surg Oncol. 2002;9:127-136.

203. Lens MB, Dawes M. Isolated limb perfusion with melphalan in the treatment of malignant melanoma of the extremities: a systematic review of randomised controlled trials. Lancet Oncol. 2003;4:359-364.

204. Mian R, Henderson MA, Speakman D, Finkelde D, Ainslie J, McKenzie A. Isolated limb infusion for melanoma: a simple alternative to isolated limb perfusion. Can J Surg. 2001;44:189-192.

205. Frank A, Pridgen EM, Langer R, Farokhzad OC. Nanoparticle

206.     Sinha R, Kim GJ, Nie S, Shin DM. Nanotechnology in cancer therapeutics: Bioconjugated nanoparticles for drug delivery. Mol Cancer Ther 2006;5:1909-17.Technologies for Cancer Therapy. Drug Deliv 2010;6:55-86

207.     Alexis F, Rhee JW, Richie JP, Radovic-Moreno AF, Langer R, Farokhzad OC. New frontiers in nanotechnology for cancer treatment. Urol Oncol 2008c;26:74-85

208.     Farokhzad OC. Nanotechnology for drug delivery: The perfect partnership. Expert Opin Drug Deliv 2008;5:927-9.

209.     Ferrari M. Cancer Nanotechnology: Opportunities and Challenges. Nat Rev Cancer 2005;5:161-71.

210.     Euliss LE, DuPont JA, Gratton S, DeSimone J. Imparting size, shape, and composition control of materials for nanomedicine. Chem Soc Rev 2006;35:1095-104.

211.     Ferrari M. Cancer Nanotechnology: Opportunities and Challenges. Nat Rev Cancer 2005;5:161-71.

212.     Heller R, Gilbert R, Jaroszeski MJ. (1999). "Clinical applications of electrochemotherapy". Adv Drug Deliv Rev 35(1): 119–129. doi:10.1016/S0169-409X(98)00067-2.PMID 10837693.

213.     Larkin JO, Collins CG, Aarons S, Tangney M, Whelan M, O'Reily S, Breathnach O, Soden DM, O'Sullivan GC (2007)."Electrochemotherapy - Aspects of preclinical development and early clinical experience". Ann Surg 245 (3): 469–479.doi:10.1097/01.sla.0000250419.36053.33. PMC 1877027.PMID 17435555.

214.     Marty M, Sersa G, Garbay JR, Gehl J, Collins CG, Snoj M, Billard V, Geertsen PF, Larkin JO, Miklavcic D, Pavlovic I, Paulin-Kosir SM, Cemazar M, Morsli N, Soden DM, Rudolf Z, Robert C, O'Sullivan GC, Mir LM (2006). "Electrochemotherapy - An easy, highly effective and safe treatment of cutaneous and subcutaneous metastases". Eur J Cancer Suppl 4 (11): 3–13.doi:10.1016/j.ejcsup.2006.08.002.

215.     Sersa G, Miklavcic D, Cemazar M, Rudolf Z, Pucihar G, Snoj M. (2008). "Electrochemotherapy in treatment of tumours". Eur J Surg Oncol 34 (2): 232–240. doi:10.1016/j.ejso.2007.05.016.PMID 17614247.

216.     Möller MG, Salwa S, Soden DM, O'Sullivan GC. (2009). "Electrochemotherapy as an adjunct or alternative to other treatments for unresectable or in-transit melanoma". Expert Rev Anticancer Ther 9 (11): 1611–1630.doi:10.1586/era.09.129. PMID 19895245.

217.     Testori A, Tosti G, Martinoli C, Spadola G, Cataldo F, Verrecchia F, Baldini F, Mosconi M, Soteldo J, Tedeschi I, Passoni C, Pari C, Di Pietro A, Ferrucci PF (2010). "Electrochemotherapy for cutaneous and subcutaneous tumor lesions: a novel therapeutic approach". Dermatol Ther 23 (6): 651–661. doi:10.1111/j.1529-8019.2010.01370.x.PMID 21054709.

218.     Hampton T (2011). "Electric Pulses Help With Chemotherapy, May Open New Paths for Other Agents". JAMA 305 (6): 549–551. doi:10.1001/jama.2011.92. PMID 21304073.

219.     Sersa G, Miklavcic D (2008). "Electrochemotherapy of tumours".J Vis Exp (22).doi:10.3791/1038. PMC 2762922.PMID 19229171.

220.     Mir LM, Belehradek M, Domenge C, et al. (1991). "[Electrochemotherapy, a new antitumor treatment: first clinical trial]" (in French). C. R. Acad. Sci. III, Sci. Vie 313 (13): 613–8. PMID 1723647.

221.     Cemazar M, Sersa G (December 2007). "Electrotransfer of therapeutic molecules into tissues".Curr.Opin. Mol. Ther. 9 (6): 554–62.PMID 18041666.

222.    Sersa G, Stabuc B, Cemazar M, Jancar B, Miklavcic D, Rudolf Z (July 1998). "Electrochemotherapy with cisplatin: potentiation of local cisplatin antitumour effectiveness by application of electric pulses in cancer patients". Eur. J. Cancer 34 (8): 1213–8. PMID 9849482.

223.    Zupanic, A., Corovic, S. & Miklavcic, D. Optimization of electrode position and electric pulse amplitude in electrochemotherapy. Radiol Oncol 42, 93-101 (2008).

224.    Soden DM, Larkin JO, Collins CG, Tangney M, Aarons S, Piggott J, Morrissey A, Dunne C, O'Sullivan GC (2006). "Successful application of targeted electrochemotherapy using novel flexible electrodes and low dose bleomycin to solid tumours". Cancer Lett 232 (2): 300–310.doi:10.1016/j.canlet.2005.03.057. PMID 15964138.

225.    Miklavcic D, Snoj M, Zupanic A, Kos B, Cemazar M, Kropivnik M, Bracko M, Pecnik T, Gadzijev E, Sersa G. (2010). "Towards treatment planning and treatment of deep-seated solid tumors by electrochemotherapy". BioMed Eng OnLine 9 (1): 10.doi:10.1186/1475-925X-9-10.

226.    Frei E III, Canellos G P. Dose, a critical factor in cancer chemotherapy. Am J Med. 1980;69:585–594.

227.    McGee DC, Gould MK. Preventing complications of central venous catheterization. N Engl J Med 2003;348:1123–1133.

228.    Mitchell SE, Clark RA. Complications of central venous catheterization. AJR Am J Roentgenol 1979;133:467–476.

229.    Plewa MC, Ledrick D, Sferra JJ. Delayed tension pneumothorax complicating central venous catheterization and positive pressure ventilation. Am J Emerg Med 1995;13:532–535.

230.    Eisen LA, Narasimhan M, Berger JS, et al. Mechanical complications of central venous catheters. J Intensive Care Med 2006;21:40–46.

231.    Kaiser CW, Koornick AR, Smith N, et al. Choice of route for central venous cannulation: subclavian or internal jugular vein? A prospective study. J Surg Oncol 1981;17:345–354.

232.    National Institute for Health and Clinical Excellence (September 2002). "Technology appraisal: the clinical effectiveness and cost effectiveness of ultrasonic locating devices for the placement of central venous lines". Retrieved 2008-06-01.

233.    Reuber M, Dunkley LA, Turton EPL, et al. Stroke after internal jugular venous cannulation. Acta Neurol Scand 2002;105: 235–239.

234.    Denys BG, Uretsky BF, Reddy S. Ultrasound-assisted cannulation of the internal jugular vein. A prospective comparison to the external Landmark-Guided Technique.Circulation 1993; 87:1557–1562.

235.    Reuber M, Dunkley LA, Turton EPL, et al. Stroke after internal jugular venous cannulation. Acta Neurol Scand 2002;105: 235–239.

236.    Anagnou J. Cerebrovascular accident during percutaneous cannulation of internal jugular vein. Lancet 1982;2:377–378.

237.    Defalque RJ, FletcherMV. Neurological complications of central venous cannulation.JPEN J Parenter Enteral Nutr 1988; 12:406–409.

238.    Stewart RW,Hardjasudarma M, Nall L, et al. Fatal outcome of jugular vein cannulation. South Med J 1995;88:1159–1160.

239.    Jain U, Shah KB, Belusko RJ, et al. Subclavian artery laceration and acute hemothorax on attempted internal jugular vein cannulation. J Cardiothor Vasc Anesth 1991;5:608–610.

240.    Shah PM, Babu SC, Goyal A, et al. Arterial misplacement of large caliber cannulas during jugular vein catheterization: case for surgical management. J Am Coll Surg 2004;198:939–944.

241.    Kron IL, Joob AW, Lake CL, et al. Arch vessel injury during pulmonary artery catheter placement. Ann Thorac Surg 1985; 39:223–224.

242.    Brzowski BK, Mills JL, Beckett WC. Iatrogenic subclavian artery pseudoaneurysms: case reports. JTrauma 1990;30:616– 618.

243.    Sato O, Tada Y, Sudo K, et al. Arteriovenous fistula following central venous catheterization. Arch Surg 1986;121:729–731.

244.    Yu NR, Eberhardt RT, Menzoian JO, et al. Vertebral artery dissection following intravascular catheter placement: a case report and review of the literature. VascMed 2004;9:199–203.

245.    Bessoud B, de Baere T, Kuoch V, et al. Experience at a single institution with endovascular treatment of mechanical complications caused by implanted central venous access devices in pediatric and adult patients. AJR Am J Roentgenol 2003;180: 527–532.

246.    Mughal MM. Complications of intravenous feeding catheters. Br J Surg 1989;76:15–21.

247.    Rosendaal FR, Reitsma PH (July 2009). "Genetics of venous thrombosis". J. Thromb. Haemost. 7 (suppl 1): 301–4.doi:10.1111/j.1538-7836.2009.03394.x. PMID 19630821.

248.    Lee JA, Zierler BK, Zierler RE (2012). "The risk factors and clinical outcomes of upper extremity deep vein thrombosis".Vasc Endovascular Surg 46 (2): 139–44.doi:10.1177/1538574411432145. PMID 22328450.

249.    Kutter DJ. Thrombotic complications of central venous catheters in cancer patients. Oncologist 2004;9:207–216.

250.    Geerts WH, Pineo GF, Heit JA, et al. Prevention of venous thromboembolism: the Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy. Chest 2004; 126[suppl]:338S–400S.

251.    Bessoud B, de Baere T, Kuoch V, et al. Experience at a single institution with endovascular treatment of mechanical complications caused by implanted central venous access devices in pediatric and adult patients. AJR Am J Roentgenol 2003;180: 527–532.

252.    Kutter DJ. Thrombotic complications of central venous catheters in cancer patients. Oncologist 2004;9:207–216.

253.    Heckmann JG, Lang CJG, Kindler K, et al. Neurologic manifestations of cerebral air embolism as a complication of central venous catheterization. Crit Care Med 2000;28:1621–1625.

254.    Caridi JG, West JH, Stavropoulos SW, et al. Internal jugular and upper extremity central venous access in interventional radiology: is a postprocedure chest radiograph necessary? AJR Am J Roentgenol 2000;174:363–366

255.    Aroesty JM, Cohen SI. Traction-induced fracture of a central venous pressure catheter. Chest 1971;60:515–516.

256.    Georghiou GP, Vidne BA, Raanani E. Knotting of a pulmonary artery catheter in the superior vena cava: surgical removal and a word of caution. Heart 2004;90:e28.

257.    Agarwal NN, Giesswein P, Leverett L, et al. An unusual case of pulmonary artery catheter knotting during withdrawal. Crit Care Med 1989;17:1081–1082.

258.    Nguyen D,Omari B, Chung C, et al.Guidewire knotting after carotid perforation. Tex Heart Inst J 1996;23:313.

259.    Fratino G,Mazzola C, Buffa P, et al.Mechanical complications related to indwelling central venous catheter in pediatric hematology/oncology patients. Pediatr Hematol Oncol 2001; 18:317–324.

260.    Foubert, J. (2006). Cancer-related anaemia and fatigue: Assessment and treatment. Nursing Standard, 20(36), 50–57.

261.    Held-Warmkessel, J. (2000). Assessment of febrile neutropenic patients. Clinical Journal of Oncology Nursing, 4(4), 182–184.

262.    Marrs, J.A. (2006). Care of patients with neutropenia. Clinical Journal of Oncology Nursing, 10(2), 164–166.

263.    West, F., & Mitchell, S.A. (2004). Evidence-based guidelines for the management of neutropenia following outpatient hematopoietic stem cell transplantation. Clinical Journal of Oncology Nursing, 8(6), 601–613.

264.    Fukuyama, S.N., & Itano, J. (1999). Thrombocytopenia secondary to myelosuppression. American Journal of Nursing, April(Suppl.), 5–12.

265.    Fortner, B.V., Tauer, K., Zhu, L., Ma, L., & Schwartzberg, L.S. (2004). The impact of medical visits for chemotherapy-induced anemia and neutropenia on the patient and caregiver: A national survey. Community Oncology, 1(4), 211–217.

266.    Bodey GP, Buckley M, Sathe YS, Freireich EJ.Quantitative relationships between circulating leukocytes and infection in patients with acute leukemia. Ann Intern Med. 1966;64: 328–340.

267.    Blackwell S, Crawford J. Filgrastim (r-metHuG-CSF) in the chemotherapy setting. In: Morstyn G, Dexter TM, Foote M, editors. Filgrastim (r-metHuG-CSF) in clinical practice. New York: Marcel Dekker, 1994:103–106.

268.    Buchheidr D, Bohme A, Cornely OA, et al. Diagnosis and treatment of documented infections in neutropenic patients: Recommendations of the Infectious Disease Working party (AGIHO) of the German society of Hematology and Oncology  (DGHO). Ann Hematol 2003; 82 (Supple 2): S127-32.

269.    Celeste Ann T. Bremer and Brian P. Monahan.Necrotizing Enterocolitis in Neutropenia and Chemotherapy: A Clinical Update and Old Lessons Relearned. Current Gastroenterol Reports 2006; 8: 333-41.

270.    Wade DS, Nava HR, Douglass HOJ. Neutropenic enterocolitis.Clinical diagnosis and treatment.Cancer 1992; 69: 17-23.

271.    Mullholland MW, Delaney JP, Neutropenic colitis and aplastic anaemia, a new association. Ann Surg 1983; 197: 84-90.

272.    Keith Sultan, and Rajeev Vasudeva. Neutropenic Enterocolitis. Drugs Diseases and Procedures 2009; 3: 218-21.

273.    Dumitra S, Sideris L, Leclerc Y, et al. Neutropenic enterocolitis and docetaxel neoadjuvant chemotherapy. Ann Oncology 2009; 20; 795-6.

274.    Avigan D, Richardson P, Elias A, et al. Neutropenic enterocolitis as a complication of high dose chemotherapy with stem cell rescue in patients with solid tumors: a case series with a review of the literature. Cancer 1998; 83: 409-14.

275.    Kouroussis C, Samonis G, Androulakis N, et al. Successful conservative treatment of neutropenic enterocolitis complicating taxene-based chemotherapy: A report of five cases. Am J Clin Oncol 2000; 23: 309-13.

276.    Wenzel C, Urbauer E, Schwarz C, et al. Severe enteropathy associated with ralitrexed and oxaliplatin chemotherapy: report of two patients experiencing this rare, potentially lethal gastrointestinal adverse event. Anticancer Drugs 2006; 17: 865-8.

277.     Tiseo M, Gelsomino F,  Bartolotti M, et al. Typhlitis during second-line chemotherapy with pemetrexed in non-small cell lung cancer (NSCLC): A case report. Lung Cancer 2009; 65: 251-3.

278.     Marie I, Robaday S, Kerleau JM, Jardin F, Levesque H. Typhlitis as a complication of alemtuzumab therapy. Haematol 2007; 92: e62-3.

279.     Kasturi KS, Mummadi RR, Sood GK. Neutropenic enterocolitis: An unusual complication of HCV combination therapy with PEG-IFN and ribavirin. Eur J Intern Med 2008; 19: 372-3.

280.     Wenzel C, Urbauer E, Schwarz C et al. Severe enteropathy associated with raltitrexed and oxaliplatin chemotherapy: report of two patients experiencing this rare, potentially lethal gastrointestinal adverse event. Anticancer Drugs 2006; 17: 865-8.

281.     Davila ML: Neutropenic enterocolitis. Curr Opin Gastroenterol 22:44-7, 2006

282.     Wade DS, Nava HR, Douglass HO, Jr.: Neutropenic enterocolitis. Clinical diagnosis and treatment. Cancer 69:17-23, 1992

283.     Katz JA, Wagner ML, Gresik MV, et al: Typhlitis. An 18-year experience and postmortem review. Cancer 65:1041-7, 1990

284.     Kouroussis C, Samonis G, Androulakis N, et al: Successful conservative treatment  of neutropenic enterocolitis complicating taxane-based chemotherapy: a report of five cases. Am J Clin Oncol 23:309-13, 2000 [50] Cloutier RL: Neutropenic enterocolitis. Hematol Oncol Clin North Am 24:577-84, 2010

285.     Aksoy DY, Tanriover MD, Uzun O, et al: Diarrhea in neutropenic patients: a prospective cohort study with emphasis on neutropenic enterocolitis. Ann Oncol 18:183-9, 2007

286.     Pestalozzi BC, Sotos GA, Choyke PL, et al: Typhlitis resulting from treatment with taxol and doxorubicin in patients with metastatic breast cancer. Cancer 71:1797- 800, 1993

287.     Musher D R, Amorosi E L, Gouge T. et al. Neutropenic typhlitis simulating carcinoma of the cecum. Gastrointest Endosc. 1989;35:449.

288.     Keidan, RD; Fanning, Gatenby, Weese (Mar 1989). "Recurrent typhlitis.A disease resulting from aggressive chemotherapy". Dis Colon Rectum 32(3): 206–9.PMID 2920627.

289.     Shamberger R C, Weinstein H J, Delorey M J, Levey R H. The medical and surgical management of typhlitis in children with acute nonlymphocytic (myelogenous) leukemia.Cancer. 1986;57:603.

290.     Bloechl-Daum, B., Deuson, R.R., Mavros, P., Hansen, M., & Herrstedt, J. (2006). Delayed nausea and vomiting continue to reduce patients' quality of life after highly and moderately emetogenic chemotherapy despite antiemetic treatment. Journal of Clinical Oncology, 24(27), 4472–4478.

291.     Hamadani, M., Chaudhary, L., Awan, F.T., Khan, J.K., Kojouri, K., Ozer, H., et al. (2007). Management of platinum-based chemotherapy- induced acute nausea and vomiting: Is there a superior serotonin receptor antagonist? Journal of Oncology Pharmacology Practice, 13(2), 69–75.

292.     Shih, Y.C.T., Xu, Y., & Elting, L.S. (2007). Costs of uncontrolled chemotherapy-induced nausea and vomiting among workingage cancer patients receiving highly or moderately emetogenic chemotherapy. Cancer, 110(3), 678–685.

293.     Pollera CF, Giannarelli D. Prognostic factors influencing cisplatin-induced emesis: definition and validation of a predictive logistic model. Cancer 1989;64:1117- 22.

294.    du Bois A, Meerpohl HG, Vach W, Kommoss FG, Fenzl E, Pfleiderer A. Course, patterns, and risk-factors for chemotherapy- induced emesis in cisplatin-pretreated patients: a study with ondansetron. Eur J Cancer 1992;28:450-7.

295.    Hesketh P, Navari R, Grote T, et al. Double-blind, randomized comparison of the antiemetic efficacy of intravenous dolasetron mesylate and intravenous ondansetron in the prevention of acute cisplatin- induced emesis in patients with cancer. J Clin Oncol 1996;14:2242-9.

296.    Osoba D, Zee B, Pater J, Warr D, Latreille J, Kaizer L. Determinants of postchemotherapy nausea and vomiting in patients with cancer. J Clin Oncol 1997;15: 116-23.

297.    Roscoe JA, Bushunnow P, Morrow GR, et al. Patient experience is a strong predictor of severe nausea after chemotherapy: a University of Rochester Community Clinical Oncology Program study of patients with breast carcinoma. Cancer 2004;101:2701-8.

298.    Osoba D, Zee B, Pater J, Warr D, Latreille J, Kaizer L. Determinants of postchemotherapy nausea and vomiting in patients with cancer. J Clin Oncol 1997;15: 116-23.

299.    Hesketh PJ. Defining the emetogenicity of cancer chemotherapy regimens: relevance to clinical practice. Oncologist 1999;4:191-6.

300.    Jordan, K., Sippel, C., & Schmoll, H.J. (2007). Guidelines for antiemetics treatment of chemotherapy-induced nausea and vomiting: Past, present, and future recommendations. Oncologist, 12(9), 1143–1150.

301.    Grunberg, S.M., Gabrial, N.Y., & Clark, G. (2007). Phase III trial of transdermal granisetron patch (Sancuso) compared with oral granisetron in the management of chemotherapy-induced nausea and vomiting (CINV) [Poster No. 18]. Presented at MASCC 2007, June 27–30, St. Gallen, Switzerland.

302.    Gralla, Richard J.; De Wit, Ronald; Herrstedt, Jorn; Carides, Alexandra D.; Ianus, Juliana; Guoguang-Ma, Julie; Evans, Judith K.; Horgan, Kevin J. (2005). "Antiemetic efficacy of the neurokinin-1 antagonist, aprepitant, plus a 5HT3 antagonist and a corticosteroid in patients receiving anthracyclines or cyclophosphamide in addition to high-dose cisplatin". Cancer 104 (4): 864–8.doi:10.1002/cncr.21222. PMID 15973669.

303.    Wampler G. The pharmacology and clinical effectiveness of phenothiazines and related drugs for managing chemotherapy- induced emesis. Drugs 1983;25: Suppl 1:35-51.

304.    Bowcock SJ, Stockdale AD, Bolton JA, Kang AA, Retsas S. Antiemetic prophylaxis with high dose metoclopramide or lorazepam in vomiting induced by chemotherapy. Br Med J (Clin Res Ed) 1984; 288:1879.

305.    Laszlo J, Clark RA, Hanson DC, Tyson L, Crumpler L, Gralla R. Lorazepam in cancer patients treated with cisplatin: a drug having antiemetic, amnesic, and anxiolytic effects. J Clin Oncol 1985;3:864-9.

306.    Mike V, Meadows AT, D'Angio GJ. Incidence of second malignant neoplasms in children: results of an international study. Lancet. 1982;2:1326-1331.

307.    Neglia JP, Friedman DL, Yutaka Y, et al. Second malignant neoplasms in five-year survivors of childhood cancer: childhood cancer survivor study. J Natl Cancer Inst. 2001;93:618-629.

308.    Olsen JH, Garwicz S, Hertz H, et al.Second malignant neoplasms after cancer in childhood or adolescence.Nordic Society of Paediatric Haematology and Oncology Association of the Nordic Cancer Registries.BMJ. 1993;307:1030-1036.

309.    Bhatia S, Sklar C. Second cancers in survivors of childhood cancer.Nat Rev Cancer. 2002;2:124-132.

310.    Bhatia S, Robison LL, Francisco L, et al. Late mortality in survivors of autologous hematopoietic cell transplantation: report from the Bone Marrow Transplant Survivor Study. Blood. 2005;105:4215-4222.

311.    Mertens AC, Yasui Y, Neglia JP, et al. Late mortality experience in five-year survivors of childhood and adolescent cancer: the Childhood Cancer Survivor Study. J Clin Oncol. 2001;19:3163-3172.

312.    Aleman BM, van den Belt-Dusebout AW, Klokman WJ, et al. Long-term cause-specific mortality of patients treated for Hodgkin's disease. J Clin Oncol. 2003;21:3431-9.

313.    Bhatia S, Yasui Y, Robison LL,High risk of subsequent neoplasms continues with extended follow-up of childhood Hodgkin's disease: report from the Late Effects Study Group. J Clin Oncol. 2003;21:4386-94.

314.    Josting A, Wiedenmann S, Franklin J, Secondary myeloid leukemia and myelodysplastic syndromes in patients treated for Hodgkin's disease: a report from the German Hodgkin's Lymphoma Study Group. J Clin Oncol. 2003;21:3440-6.

315.    Deniz K, O'Mahony S, Ross G, et al. Breast cancer in women after treatment for Hodgkin's disease. Lancet Oncol. 2003;4:207-14.

316.    Woodward WA, Strom EA, McNeese MD, Cardiovascular death and second non-breast cancer malignancy after postmastectomy radiation and doxorubicin-based chemotherapy. Int J Radiat Oncol Biol Phys. 2003;57:327-35

317.    Andre MP, Mounier N, Leleu X, Second cancers and late toxicities after treatment of aggressive non-Hodgkin's lymphoma with the ACVBP regimen. A GELA cohort study on 2837 patients.Blood.2003; prepublished online October 23, 2003; DOI 10.1182/blood-2003-04-1124.

318.    Pui CH, Cheng C, Leung W, et al. Extended follow-up of long-term survivors of childhood acute lymphoblastic leukemia. N Engl J Med. 2003;349:640-9.

319.    Chaudhary UB, Haldas JR.Long-term complications of chemotherapy for germ cell tumours. Drugs. 2003;63:1565-77.

320.    Morgan, S.; Anderson, R. A.; Gourley, C.; Wallace, W. H.; Spears, N. (2012). "How do chemotherapeutic agents damage the ovary?". Human Reproduction Update 18 (5): 525.doi:10.1093/humupd/dms022.

321.    Rosendahl, M.; Andersen, C.; La Cour Freiesleben, N.; Juul, A.; Løssl, K.; Andersen, A. (2010). "Dynamics and mechanisms of chemotherapy-induced ovarian follicular depletion in women of fertile age". Fertility and Sterility 94 (1): 156–166. doi:10.1016/j.fertnstert.2009.02.043.PMID 19342041

322.    Gurgan T, Salman C, Demirol A (October 2008). "Pregnancy and assisted reproduction techniques in men and women after cancer treatment". Placenta 29 (Suppl B): 152–9.doi:10.1016/j.placenta.2008.07.007. PMID 18790328.

323.    Arnon, J.; Meirow, D.; Lewis-Roness, H.; Ornoy, A. (2001). "Genetic and teratogenic effects of cancer treatments on gametes and embryos". Human Reproduction Update 7 (4): 394–403. doi:10.1093/humupd/7.4.394. PMID 11476352.edit [1]

324.    Powis G. Anticancer drug pharmacodynamics. Cancer Chemother Pharmacol1985;14:177–83

325.    Doll DC, Ringenberg QS, Yarbro JW. Antineoplastic agents and pregnancy. Semin Oncol 1989;16:337–46.

326.    Links M, Lewis C. Chemoprotectants: a review of their clinical pharmacology and therapeutic efficacy. Drugs. 1999 Mar;57(3):293-308.

327.     Gutiérrez-Gutiérrez G, Sereno M, Miralles A, Casado-Sáenz E, Gutiérrez-Rivas E. Chemotherapy-induced peripheral neuropathy: clinical features, diagnosis, prevention and treatment strategies. Clin Transl Oncol. 2010;2010 Feb;12(2):81-91.

328.     Kannarkat G, Lasher E, Schiff D. Neurologic complications of chemotherapy agents. Curr Opin Neurol. 2007;Dec;20(6):719-25

329.     Ocean A, Vahdat L. Chemotherapy-induced peripheral neuropathy: pathogenesis and emerging therapies. Support Care Cancer. 2004 Sep;12(9):619-25.

330.     Quasthoff S, Hartung H. Chemotherapy-induced peripheral neuropathy. J Neurol. 2002(Jan;249(1)):9-17.

331.     Farquhar-Smith P. Chemotherapy-induced neuropathic pain. Curr Opin Support Palliat Care. 2011;Mar;5(1):1-7.

332.     Wolf S, Barton D, Kottschade L, Grothey A, Loprinzi C. Chemotherapy-induced peripheral neuropathy: prevention and treatment strategies. Eur J Cancer. 2008 Jul;44(11):1507-15.

333.     Driessen C, Bax M, Houterman S, Keuning J, Nijziel M, Dercksen M, et al. Long-term neurotoxicity and major impact on quality of life after treatment with taxanes and platinum derivatives. Ann Oncol 2008;19(8):xx-xx

334.     Zadik Y, Vainstein V, Heling I, et al. (September 2010)."Cytotoxic chemotherapy-induced odontalgia: a differential diagnosis for dental pain". J Endod 36 (9): 1588–92.doi:10.1016/j.joen.2010.05.004. PMID 20728733.

335.     Tannock IF, Ahles TA, Ganz PA, Van Dam FS (June 2004)."Cognitive impairment associated with chemotherapy for cancer: report of a workshop". J. Clin. Oncol. 22 (11): 2233–9.doi:10.1200/JCO.2004.08.094. PMID 15169812.

336.     De Vos FY, Bos AM, Schaapveld M, de Swart CA, de Graaf H, van der Zee AG, et al. A randomized phase II study of paclitaxel with carboplatin +/- amifostine as first line treatment in advanced ovarian carcinoma. Gynecol Oncol. 2005 Apr;97(1):60-7.

337.     Openshaw H, Beamon K, Synold TW, Longmate J, Slatkin NE, Doroshow JH, et al. Neurophysiological study of peripheral neuropathy after high-dose Paclitaxel: lack of neuroprotective effect of amifostine. Clin Cancer Res. 2004 Jan 15;10(2):461-7.

338.     Hilpert F, Stahle A, Tome O, Burges A, Rossner D, Spathe K, et al. Neuroprotection with amifostine in the first-line treatment of advanced ovarian cancer with carboplatin/paclitaxel-based chemotherapy—a double-blind, placebo-controlled, randomized phase II study from the Arbeitsgemeinschaft Gynakologische Onkologoie (AGO) Ovarian Cancer Study Group. Support Care Cancer. 2005 Oct;13(10):797-805.

339.     Capizzi RL. The preclinical basis for broad-spectrum selective cytoprotection of normal tissues from cytotoxic therapies by amifostine (Ethyol). Eur J Cancer. 1996;32A Suppl 4:S5-16.

340.     Cascinu S, Catalano V, Cordella L, Labianca R, Giordani P, Baldelli AM, et al. Neuroprotective effect of reduced glutathione on oxaliplatin-based chemotherapy in advanced colorectal cancer: a randomized, double-blind, placebo-controlled trial. J Clin Oncol. 2002 Aug 15;20(16):3478-83.

341.     Milla P, Airoldi M, Weber G, Drescher A, Jaehde U, Cattel L. Administration of reduced glutathione in FOLFOX4 adjuvant treatment for colorectal cancer: effect on oxaliplatin pharmacokinetics, Pt-DNA adduct formation, and neurotoxicity. Anticancer Drugs. 2009 Jun;20(5):396-402.

342.     Armstrong CM, Cota G. Calcium block of Na+ channels and its effect on closing rate. Proc Natl Acad Sci U S A. 1999 Mar 30;96(7):4154-7.

343.    Argyriou AA, Chroni E, Koutras A, Iconomou G, Papapetropoulos S, Polychronopoulos P, et al. Preventing paclitaxel-induced peripheral neuropathy: a phase II trial of vitamin E supplementation. J Pain Symptom Manage. 2006 Sep;32(3):237-44.

344.    Argyriou AA, Chroni E, Koutras A, Iconomou G, Papapetropoulos S, Polychronopoulos P, et al. A randomized controlled trial evaluating the efficacy and safety of vitamin E supplementation for protection against cisplatin-induced peripheral neuropathy: final results. Support Care Cancer. 2006 Nov;14(11):1134-40.

345.    Wang WS, Lin JK, Lin TC, Chen WS, Jiang JK, Wang HS, et al. Oral glutamine is effective for preventing oxaliplatin-induced neuropathy in colorectal cancer patients. Oncologist. 2007 Mar;12(3):312-9.

346.    Vahdat L, Papadopoulos K, Lange D, Leuin S, Kaufman E, Donovan D, et al. Reduction of paclitaxel-induced neuropathy with glutamine. Clin Cancer Res. 2001 May;7(5):1192-7.

347.    Bianchi R, Gilardini A, Rodriguez-Menendez V, Oggioni N, Canta A, Colombo T, et al. Cisplatin-induced peripheral neuropathy: neuroprotection by erythropoietin without affecting tumour growth. Eur J Cancer. 2007 Mar;43(4):710-7.

348.    Kwon GS. Polymeric micelles for delivery of poorly water-soluble compounds. Crit Rev Ther Drug Carrier Syst, 2003; 20:357-403.

349.    Luo Y, Prestwich GD. Cancer-targeted polymeric drugs. Curr Cancer Drug Targets, 2002; 2:209- 226.

350.    Simon Benita. Microencapsulation Methods and Industrial Applications.2nd edn. Informa Healthcare, London, pp 625-671, 2006.

351.    Stavrovskaya AA. Cellular mechanisms of multidrug resistance of tumor cells. Biochemistry (Mosc), 2000; 65:95-106.

352.    Weeks JC, Catalano PJ, Cronin A, et al. (October 2012). "Patients' expectations about effects of chemotherapy for advanced cancer". N. Engl. J. Med. 367 (17): 1616–25.doi:10.1056/NEJMoa1204410. PMID 23094723.

353.    Centers for Disease Control and Prevention. National Institute for Occupational Safety and Health.Preventing Occupational Exposure to Antineoplastic and Other Hazardous Drugs in Health Care Settings.NIOSH publication 2004-165. September 2004. Available at: www.cdc.gov/niosh/docs/2004-165. Accessed September 14, 2006.

354.    American Society of Hospital Pharmacists. ASHP technical assistance bulletin on handling cytotoxic and hazardous drugs. Am J Hosp Pharm 1990;47:1033-1049.

355.    Falck K, Grohn P, Sorsa M, et al. Mutagenicity in urine of nurses handling injectable antineoplastic agents. Lancet 1979;1: 1250-1251.

356.    Anderson RW, Puckett WH, Dana WJ, et al. Risk of handling injectable antineoplastic agents. Am J Hosp Pharm 1982;6:299-301.

357.    Waksvik H, Klepp O, Brogger A. Chromosome analyses of nurses handling cytostatic agents. Cancer Treat Rep 1981;65:607-610.

358.    Palmer RG, Dore CJ, Denman AM. Chlorambucil-induced chromosome damage to human lymphocytes is dose-dependent and cumulative. Lancet 1984;1:246-249.

359.    Valanis B, Vollmer WM, Steele P. Occupational exposure to antineoplastic agents: Self-reported miscarriages and stillbirths among nurses and pharmacists. J Occup Environ Med 1999;41: 632-638.

360.    Ros et al. 1997; Hepp and Gentschew 1998; Delporte et al. 1999; Nygren et al. 2002; Favier et al. 2003; Mason et al. 2003

361.    Connor TH [1999]. Permeability of nitrile rubber, latex, polyurethane, and neoprene gloves to 18 antineoplastic drugs. Am J Health Syst Pharm 56:2450–2453.

362.    Singleton LC, Connor TH [1999]. An evaluation of the permeability of chemotherapy gloves to three cancer chemotherapy drugs. Oncol Nurs Forum 26(9):1491–1496.

363.    Klein M, Lambov N, Samev N, Carstens G [2003]. Permeation of cytotoxic formulations through swatches from selected medical gloves. Am J Health Syst Pharm 60:1006–1011.

364.    Brown KA, Esper P, Kelleher LO, O'Neill JEB, Polovich M, White JM [2001]. Chemotherapy and biotherapy guidelines and recommendations for practice. Pittsburgh, PA: Oncology Nursing Society.

365.    Connor TH [1993]. An evaluation of the permeability of disposable polypropylene-based protective gowns to a battery of cancer chemotherapy drugs. Appl Occup Environ Hyg 8(9):785–789.

366.    Harrison BR, Kloos MD [1999]. Penetration and splash protection of six disposable gown materials against fifteen antineoplastic drugs. J Oncol Pharm Pract 5(2):61–66.

367.    Sessink PJM, Bos RP [1999]. Drugs hazardous to healthcare workers: evaluation of methods for monitoring occupational exposure to cytostatic drugs. Drug Saf 20(4): 347–359.

368.    Vandenbroucke J, Robays H [2001]. How to protect environment and employees against cytotoxic agents, the UZ Ghent experience. J Oncol Pharm Practice 6(4):146–152.

369.    Connor TH, Anderson RW, Sessink PJ, Spivey SM [2002]. Effectiveness of a closed-system device in containing surface contamination with cyclophosphamide and ifosfamide in an i.v. admixture area.Am J Health Syst Pharm 59:68–72.

370.    Nygren O, Gustavsson B, Ström L, Friberg A [2002]. Cisplatin contamination observed on the outside of drug vials. Ann Occup Hyg 46(6):555–557.

371.    Spivey S, Connor TH [2003]. Determining sources of workplace contamination with antineoplastic drugs and comparing conventional IV drug preparation with a closed system. Hosp Pharm 38(2):135–139.

372.    Wick C, Slawson MH, Jorgenson JA, Tyler LS [2003]. Using a closed-system protective device to reduce personnel exposure to antineoplastic agents. Am J Health Syst Pharm 60:2314–2320.

373.    Levy MH: Doctor-patient communication: the lifeline to comprehensive cancer care. In: Perry MC, ed.: American Society of Clinical Oncology Educational Book: Thirty-Fourth Annual Meeting, Spring 1998. Alexandria, Va: American Society of Clinical Oncology, 1998, pp 195-202.

374.    Parle M, Jones B, Maguire P: Maladaptive coping and affective disorders among cancer patients. Psychol Med 26 (4): 735-44, 1996.  [PUBMED Abstract]

375.    Roberts CS, Cox CE, Reintgen DS, et al.: Influence of physician communication on newly diagnosed breast patients' psychologic adjustment and decision-making. Cancer 74 (1 Suppl): 336-41, 1994.  [PUBMED Abstract]

376.    Buckman R: Communications and emotions. BMJ 325 (7366): 672, 2002.  [PUBMED Abstract]

377.    Detmar SB, Muller MJ, Schornagel JH, et al.: Role of health-related quality of life in palliative chemotherapy treatment decisions. J Clin Oncol 20 (4): 1056-62, 2002.  [PUBMED Abstract]

378.    Baile WF: Communication competency in oncology: legal, ethical and humanistic imperatives. [Abstract] Psychooncology 15 (Suppl 2): A-13, S6, 2006.

73

379.     Tattersall MH, Butow PN, Clayton JM: Insights from cancer patient communication research. Hematol Oncol Clin North Am 16 (3): 731-43, 2002.  [PUBMED Abstract]

380.     Mitchell JL: Cross-cultural issues in the disclosure of cancer. Cancer Pract 6 (3): 153-60, 1998 May-Jun.  [PUBMED Abstract]

381.     Hietanen P, Aro AR, Holli K, et al.: Information and communication in the context of a clinical trial. Eur J Cancer 36 (16): 2096-104, 2000.  [PUBMED Abstract]

382.     Ong LM, Visser MR, Lammes FB, et al.: Doctor-patient communication and cancer patients' quality of life and satisfaction. Patient Educ Couns 41 (2): 145-56, 2000.  [PUBMED Abstract]

383.     Levy MH: Doctor-patient communication: the lifeline to comprehensive cancer care. In: Perry MC, ed.: American Society of Clinical Oncology Educational Book: Thirty-Fourth Annual Meeting, Spring 1998. Alexandria, Va: American Society of Clinical Oncology, 1998, pp 195-202.

384.     Cancer care during the last phase of life. J Clin Oncol 16 (5): 1986-96, 1998.  [PUBMED Abstract]

385.     Mead N, Bower P: Patient-centredness: a conceptual framework and review of the empirical literature. Soc Sci Med 51 (7): 1087-110, 2000.  [PUBMED Abstract]

386.     Schapira L: Communication skills training in clinical oncology: the ASCO position reviewed and an optimistic personal perspective. Crit Rev Oncol Hematol 46 (1): 25-31, 2003.  [PUBMED Abstract]

387.     Butow PN, Maclean M, Dunn SM, et al.: The dynamics of change: cancer patients' preferences for information, involvement and support. Ann Oncol 8 (9): 857-63, 1997.

388.     Mills ME, Sullivan K: The importance of information giving for patients newly diagnosed with cancer: a review of the literature. J Clin Nurs 8 (6): 631-42, 1999.  [PUBMED Abstract]

389.     Siminoff LA, Ravdin P, Colabianchi N, et al.: Doctor-patient communication patterns in breast cancer adjuvant therapy discussions. Health Expect 3 (1): 26-36, 2000.  [PUBMED Abstract]

390.     Jenkins V, Fallowfield L, Saul J: Information needs of patients with cancer: results from a large study in UK cancer centres. Br J Cancer 84 (1): 48-51, 2001.  [PUBMED Abstract]

391.     Lobb EA, Butow PN, Kenny DT, et al.: Communicating prognosis in early breast cancer: do women understand the language used? Med J Aust 171 (6): 290-4, 1999.  [PUBMED Abstract]

392.     Schofield PE, Butow PN, Thompson JF, et al.: Psychological responses of patients receiving a diagnosis of cancer. Ann Oncol 14 (1): 48-56, 2003.  [PUBMED Abstract]

393.     Silliman RA, Dukes KA, Sullivan LM, et al.: Breast cancer care in older women: sources of information, social support, and emotional health outcomes. Cancer 83 (4): 706-11, 1998.  [PUBMED Abstract]

394.     Wright EB, Holcombe C, Salmon P: Doctors' communication of trust, care, and respect in breast cancer: qualitative study. BMJ 328 (7444): 864, 2004.  [PUBMED Abstract]

395.     Guadagnoli E, Ward P: Patient participation in decision-making. Soc Sci Med 47 (3): 329-39, 1998.  [PUBMED Abstract]

396.     Pierce PF: Deciding on breast cancer treatment: a description of decision behavior. Nurs Res 42 (1): 22-8, 1993 Jan-Feb

397.     Baile WF, Buckman R, Lenzi R, et al.: SPIKES-A six-step protocol for delivering bad news: application to the patient with cancer. Oncologist 5 (4): 302-11, 2000.

398.    McVea KL, Minier WC, Johnson Palensky JE: Low-income women with early-stage breast cancer: physician and patient decision-making styles. Psychooncology 10 (2): 137-46, 2001 Mar-Apr. [PUBMED Abstract]

399.    Keating NL, Guadagnoli E, Landrum MB, et al.: Treatment decision making in early-stage breast cancer: should surgeons match patients' desired level of involvement? J Clin Oncol 20 (6): 1473-9, 2002. [PUBMED Abstract]

400.    Fallowfield LJ, Hall A, Maguire GP, et al.: Psychological outcomes of different treatment policies in women with early breast cancer outside a clinical trial. BMJ 301 (6752): 575-80, 1990. [PUBMED Abstract]

401.    Butow PN, Kazemi JN, Beeney LJ, et al.: When the diagnosis is cancer: patient communication experiences and preferences. Cancer 77 (12): 2630-7, 1996. [PUBMED Abstract]

402.    Roberts CA, Aruguete MS: Task and socioemotional behaviors of physicians: a test of reciprocity and social interaction theories in analogue physician-patient encounters. Soc Sci Med 50 (3): 309-15, 2000. [PUBMED Abstract]

403.    Takayama T, Yamazaki Y, Katsumata N: Relationship between outpatients' perceptions of physicians' communication styles and patients' anxiety levels in a Japanese oncology setting. Soc Sci Med 53 (10): 1335-50, 2001. [PUBMED Abstract]

404.    Zachariae R, Pedersen CG, Jensen AB, et al.: Association of perceived physician communication style with patient satisfaction, distress, cancer-related self-efficacy, and perceived control over the disease. Br J Cancer 88 (5): 658-65, 2003. [PUBMED Abstract]

405.    Braddock CH 3rd, Edwards KA, Hasenberg NM, et al.: Informed decision making in outpatient practice: time to get back to basics. JAMA 282 (24): 2313-20, 1999 Dec 22-29. [PUBMED Abstract]

406.    American Society of Clinical Oncology.: American Society of Clinical Oncology policy statement: oversight of clinical research. J Clin Oncol 21 (12): 2377-86, 2003. [PUBMED Abstract]

407.    Gattellari M, Voigt KJ, Butow PN, et al.: When the treatment goal is not cure: are cancer patients equipped to make informed decisions? J Clin Oncol 20 (2): 503-13, 2002. [PUBMED Abstract]

408.    Baile WF, Beale EA: Giving bad news to cancer patients: matching process and content. J Clin Oncol 19 (9): 2575-7, 2001. [PUBMED Abstract]

409.    Brown RF, Butow PN, Ellis P, et al.: Seeking informed consent to cancer clinical trials: describing current practice. Soc Sci Med 58 (12): 2445-57, 2004. [PUBMED Abstract]

410.    Sørensen JB, Rossel P, Holm S: Patient-physician communication concerning participation in cancer chemotherapy trials. Br J Cancer 90 (2): 328-32, 2004. [PUBMED Abstract]

411.    May ML, Stengel DB: Who sues their doctors? How patients handle medical grievances. Law Soc Rev 24 (1): 105-20, 1990.

412.    Stelfox HT, Gandhi TK, Orav EJ, et al.: The relation of patient satisfaction with complaints against physicians and malpractice lawsuits. Am J Med 118 (10): 1126-33, 2005. [PUBMED Abstract]

413.    Hickson GB, Federspiel CF, Pichert JW, et al.: Patient complaints and malpractice risk. JAMA 287 (22): 2951-7, 2002. [PUBMED Abstract]

414.    Graham J, Ramirez A: Improving the working lives of cancer clinicians. Eur J Cancer Care (Engl) 11 (3): 188-92, 2002. [PUBMED Abstract]

415.    Catt S, Fallowfield L, Jenkins V, et al.: The informational roles and psychological health of members of 10 oncology multidisciplinary teams in the UK. Br J Cancer 93 (10): 1092-7, 2005. [PUBMED Abstract]

416.    Emanuel EJ: Care for dying patients. Lancet 349 (9067): 1714, 1997.  [PUBMED Abstract]

417.    Maly RC, Leake B, Silliman RA: Health care disparities in older patients with breast carcinoma: informational support from physicians. Cancer 97 (6): 1517-27, 2003.  [PUBMED Abstract]

418.    Siminoff LA, Graham GC, Gordon NH: Cancer communication patterns and the influence of patient characteristics: disparities in information-giving and affective behaviors. Patient Educ Couns 62 (3): 355-60, 2006.  [PUBMED Abstract]

419.    Gordon HS, Street RL Jr, Sharf BF, et al.: Racial differences in doctors' information-giving and patients' participation. Cancer 107 (6): 1313-20, 2006. [PUBMED Abstract]

420.    Gordon HS, Street RL Jr, Sharf BF, et al.: Racial differences in trust and lung cancer patients' perceptions of physician communication. J Clin Oncol 24 (6): 904-9, 2006.  [PUBMED Abstract]

421.    Degner LF, Kristjanson LJ, Bowman D, et al.: Information needs and decisional preferences in women with breast cancer. JAMA 277 (18): 1485-92, 1997.  [PUBMED Abstract]

422.    Hietanen P, Aro AR, Holli K, et al.: Information and communication in the context of a clinical trial. Eur J Cancer 36 (16): 2096-104, 2000.  [PUBMED Abstract]

423.    McVea KL, Minier WC, Johnson Palensky JE: Low-income women with early-stage breast cancer: physician and patient decision-making styles. Psychooncology 10 (2): 137-46, 2001 Mar-Apr. [PUBMED Abstract]

424.    Hern HE Jr, Koenig BA, Moore LJ, et al.: The difference that culture can make in end-of-life decisionmaking. Camb Q Healthc Ethics 7 (1): 27-40, 1998.  [PUBMED Abstract]

425.    Mishel MH: Reconceptualization of the uncertainty in illness theory. Image J Nurs Sch 22 (4): 256-62, 1990.  [PUBMED Abstract]

426.    Gordon EJ, Daugherty CK: 'Hitting you over the head': oncologists' disclosure of prognosis to advanced cancer patients. Bioethics 17 (2): 142-68, 2003.  [PUBMED Abstract]

427.    Baile WF, Lenzi R, Parker PA, et al.: Oncologists' attitudes toward and practices in giving bad news: an exploratory study. J Clin Oncol 20 (8): 2189-96, 2002.  [PUBMED Abstract]

428.    Mitchell JL: Cross-cultural issues in the disclosure of cancer. Cancer Pract 6 (3): 153-60, 1998 May-Jun.  [PUBMED Abstract]

429.    Butow PN, Tattersall MH, Goldstein D: Communication with cancer patients in culturally diverse societies. Ann N Y Acad Sci 809: 317-29, 1997. [PUBMED Abstract]

430.    Hu WY, Chiu TY, Chuang RB, et al.: Solving family-related barriers to truthfulness in cases of terminal cancer in Taiwan. A professional perspective. Cancer Nurs 25 (6): 486-92, 2002. [PUBMED Abstract]

431.    Ballard-Reisch DS, Letner JA: Centering families in cancer communication research: acknowledging the impact of support, culture and process on client/provider communication in cancer management. Patient Educ Couns 50 (1): 61-6, 2003.  [PUBMED Abstract]

432.    Given BA, Given CW, Kozachik S: Family support in advanced cancer. CA Cancer J Clin 51 (4): 213-31, 2001 Jul-Aug.  [PUBMED Abstract]

433.    Butow PN, Brown RF, Cogar S, et al.: Oncologists' reactions to cancer patients' verbal cues. Psychooncology 11 (1): 47-58, 2002 Jan-Feb.  [PUBMED Abstract]

434.     Towle A, Godolphin W: Framework for teaching and learning informed shared decision making. BMJ 319 (7212): 766-71, 1999.  [PUBMED Abstract]

435.     Baile WF, Aaron J: Patient-physician communication in oncology: past, present, and future. Curr Opin Oncol 17 (4): 331-5, 2005.  [PUBMED Abstract]

436.     Baile WF, Buckman R, Lenzi R, et al.: SPIKES-A six-step protocol for delivering bad news: application to the patient with cancer. Oncologist 5 (4): 302-11, 2000.  [PUBMED Abstract]

437.     Hietanen P, Aro AR, Holli K, et al.: Information and communication in the context of a clinical trial. Eur J Cancer 36 (16): 2096-104, 2000.  [PUBMED Abstract]

438.     Buckman R: Communications and emotions. BMJ 325 (7366): 672, 2002.  [PUBMED Abstract]

439.     Wallace JA, Hlubocky FJ, Daugherty CK: Emotional responses of oncologists when disclosing prognostic information to patients with terminal disease: results of qualitative data from a mailed survey to ASCO members. [Abstract] J Clin Oncol 24 (Suppl 18): A-8520, 2006.

440.     Maguire P: Improving communication with cancer patients. Eur J Cancer 35 (10): 1415-22, 1999. [PUBMED Abstract]

441.     Miller SM: Monitoring and blunting: validation of a questionnaire to assess styles of information seeking under threat. J Pers Soc Psychol 52 (2): 345-53, 1987.  [PUBMED Abstract]

442.     Arber A, Gallagher A: Breaking bad news revisited: the push for negotiated disclosure and changing practice implications. Int J Palliat Nurs 9 (4): 166-72, 2003.  [PUBMED Abstract]

443.     Fallowfield L, Jenkins V: Effective communication skills are the key to good cancer care. Eur J Cancer 35 (11): 1592-7, 1999.  [PUBMED Abstract]

444.     Friedrichsen MJ, Strang PM, Carlsson ME: Cancer patients' interpretations of verbal expressions when given information about ending cancer treatment. Palliat Med 16 (4): 323-30, 2002. [PUBMED Abstract]

445.     Baile WF, Buckman R, Lenzi R, et al.: SPIKES-A six-step protocol for delivering bad news: application to the patient with cancer. Oncologist 5 (4): 302-11, 2000.  [PUBMED Abstract]

446.     Byock IR: The nature of suffering and the nature of opportunity at the end of life. Clin Geriatr Med 12 (2): 237-52, 1996.  [PUBMED Abstract]

447.     Singer PA, Martin DK, Kelner M: Quality end-of-life care: patients' perspectives. JAMA 281 (2): 163-8, 1999.  [PUBMED Abstract]

448.     Steinhauser KE, Christakis NA, Clipp EC, et al.: Factors considered important at the end of life by patients, family, physicians, and other care providers. JAMA 284 (19): 2476-82, 2000. [PUBMED Abstract]

449.     Chochinov HM, Hack T, Hassard T, et al.: Dignity in the terminally ill: a cross-sectional, cohort study. Lancet 360 (9350): 2026-30, 2002 Dec 21-28.  [PUBMED Abstract]

450.     Adelbratt S, Strang P: Death anxiety in brain tumour patients and their spouses. Palliat Med 14 (6): 499-507, 2000.  [PUBMED Abstract]

451.     Girgis A, Sanson-Fisher RW: Breaking bad news: consensus guidelines for medical practitioners. J Clin Oncol 13 (9): 2449-56, 1995.  [PUBMED Abstract]

452.     Bedell SE, Graboys TB, Bedell E, et al.: Words that harm, words that heal. Arch Intern Med 164 (13): 1365-8, 2004.  [PUBMED Abstract]

# Cancer and Chemotherapy Course
# PART II
### Self Evaluation Exercises
Select the best answer for each question  and check your answers at the bottom of the page.

You do not need to submit this self-evaluation exercise with your participant sheet..


**TRUE or FALSE**

1. Isolated limb infusion (ILI) technique is effective in the treatment of metastatic breast cancer.

TRUE                    FALSE

2. Its size, shape, and surface charge are major factors that influence the pharmacokinetics of nanoparticles.

TRUE                    FALSE

3.  Clinical electro-chemotherapy has been successfully used for the treatment of cutaneous and subcutaneous tumors.

TRUE                    FALSE

4.  Elderly patients usually do not require dose adjustments.

TRUE                    FALSE

5. The number of chemotherapy cycles *only* depends on the stage of the cancer.

TRUE                    FALSE

6 Chemotherapy cycle time is defined as the time of treatment from the time of diagnosis.

TRUE                    FALSE

7. L-asparaginase can be administered subcutaneously.

TRUE                    FALSE

8. The most common complications of Central Venous Catheter (CVC) insertion is venous perforation.

TRUE                    FALSE

9. Arterial puncture is the most frequent vascular injury.

TRUE                    FALSE

10.  Intravesical chemotherapy is effective in mesothelioma.

TRUE                    FALSE

11. Topical chemotherapy is only effective in hepatomas.

TRUE                    FALSE

12. Thrombocytopenia is earliest occurring phenomenon during myelosuppression.

TRUE                    FALSE

13. Generally, the white blood cell count reaches its nadir (low point) after 10 days of single chemotherapy with a majority of alkylating agents or antimetabolites.

TRUE                    FALSE

14.  Chemotherapeutic agents are usually administered on days 1 and 8 of a 28 day cycle.

TRUE                    FALSE

15. Epoetin alfa or recombinant human erythropoetin is effective in the treatment of anemia due to chemotherapy.

TRUE                    FALSE

16. Typhlitis generally manifests with diarrhea

TRUE                    FALSE

17. Patients with a history of renal disease carry a lower risk of CINV.

TRUE                    FALSE

18. Carmustine is generally regarded as the most emetogenic chemotherapeutic agent.

TRUE                    FALSE

19. Chemotherapy during the third trimester poses the most significant risk for severe fetal defects.

TRUE                    FALSE

20.  Patient satisfaction depends on how well patient health care needs, preferences, or expectations are met.

TRUE                 FALSE

21. Doctors and operating room staff are also prone to exposure during chemotherapy.

TRUE                 FALSE

22. All chemotherapeutic agents should be posted in health facilities that provide any drug preparation and administration services.

TRUE                 FALSE

23. Hazardous chemotherapeutic agents should be properly disposed to prevent environmental contamination.

TRUE                 FALSE

24. Only personnel who may come into skin contact with a hazardous chemotherapeutic drug container should undergo a proper orientation and training program.

TRUE                 FALSE

25. Proper, effective and supportive communication helps the patient and patient's family in steering a successful transition to curative or palliative care.

TRUE                 FALSE

1.F  2.T  3.T  4.F  5.F  6.F  7.T  8.F  9.T  10.T  11.F  12.F  13.T  14.T  15.T  16.T  17.F  18.F  19.F  20.T  21.T  22.F  23.T  24.F  25.T

CASE NO. 0:15-CV-61165-WPD

NetCE'S EXHIBIT 183

# CANCER AND CHEMOTHERAPY:

## A COMPREHENSIVE REVIEW

### Part I

## LEARNING OBJECTIVES

After completion of this course, the student will be able to:

1. Discuss the history of chemotherapy
2. Define the term "chemotherapy"
3. Define the following terms: cancer, neoplasm, mitosis, metastatic
4. Describe the physiology of a normal cell cycle
5. Identify the stages of the cell cycle
6. Discuss the pathophysiology of an abnormal cell cycle
7. Recognize the growth factors involved in neoplastic activity
8. Categorize the risk factors involved with cancer
9. Illustrate the pathways involved in apoptosis
10. Explain the process of carcinogenesis
11. Discuss the role of oncogenes in cancer causing mutations
12. Analyze treatment options for chemotherapy
13. Compare and contrast neoadjuvant vs. adjuvant chemotherapy
14. Identify clinical presentations where combination chemotherapy is recommended
15. List some of the more common chemotherapy regimens
16. Distinguish between curative and palliative treatment
17. Classify the traditional types of chemotherapy
18. Identify the mechanism of action in alkylating agents
19. Evaluate the effectiveness of anti-metabolites
20. Discuss various other classes of traditional chemotherapy agents, such as plant alkaloids, topoisomerases, and cytotoxic antibiotics
21. Classify the modern and experimental types of chemotherapy
22. Describe the dosage and delivery methods of chemotherapy
23. Characterize the adverse effects of immunosuppression vs. myelosuppression
24. Consider the adverse effects of a secondary neoplasm, infertility, and teratogenicity
25. Describe the neurological adverse effects associated with chemotherapy
26. Characterize Typhlitis and its effect on patient compliance
27. Develop an acceptable treatment regimen for individual patients with cancer based on their disease stage
28. Describe the limitations associated with chemotherapy
29. Understand the significance of a narrow therapeutic window

30. Appreciate the importance of limiting the occupational exposure to anti-neoplastic agents
31. Discuss the importance of patient and family member education with respect to treatment expectations
32. Design methods for educating patients on the regimens that improve patient compliance and prognosis outcomes.

## INTRODUCTION

Approximately one-fourth of the US population will be diagnosed with cancer in their lifetime. Around 25% of the newly diagnosed cancer will be cured either by surgery and/or local radiation; others will be treated with systemic chemotherapy.

Herbal and other preparations were used for treatment of cancer since ancient times.

Recent archeological surveys have found that ancient Egypt and China used alcoholic herbal beverages containing many plant-derived compounds that had anticancer activity [1]. Dioscorides, Greek physician, in the first century A.D., compiled a listing of botanicals and herbs, including topical applications for treatment of various types of tumors and carcinomata [2]. These anti-cancer treatments were in use for the next 15 centuries [3]. Paul Ehrlich, in the early 1900s, coined the term "chemotherapy". The modern era of chemotherapy began accidentally in the 1940s when it was found that the mustard gas had a myelosuppressive effect.  In 1948, it was found that folic acid analogue aminopterin was highly effective in the management of childhood acute leukemia. Subsequently several anticancer drugs such as platinum compounds, imidizole, alkaloids, taxols, camptothecin analogs, etc, were discovered for the management of different kinds of cancers. In 1965, Emil Frei, Emil Freireich and James Holland introduced the concept of combination chemotherapy.  They introduced the first combination drug regimen (POMP regimen) which consisted of methotrexate, vincristine, 6-mercaptopurine (6-MP) and prednisone.  This combination of drugs was highly successful in inducing long-term remissions in children with acute lymphoblastic leukemia. In the mid-70s Dr. Bernard Fisher and Dr. Gianni Bonadonna showed that adjuvant chemotherapy after total resection of breast tumors prolonged survival rate, especially in more advanced cancer. In 1964, Wall and Wani isolated Taxol which had cytotoxic effects on leukemic cells and solid tumors. Later on, in 1987, it was found that it was highly effective in ovarian cancer therapy.  In 1966 camptothecins was discovered which later on was found to be highly effective in the treatment of lung and ovarian cancers. Other potent chemotherapeutic agents were discovered between 1970-1990, including anthracyclines and epipodophyllotoxins.  These agents inhibited topoisomerase II, an enzyme which plays an important role in DNA synthesis. In 1997, FDA approved monoclonal antibodies rituximab, the first molecularly targeted cancer drug.  It was highly effective in treating patients with B-cell non-Hodgkin's lymphoma refractory to

other treatments. In 2004, FDA approved the first anti-angiogenic drug, bevacizumab that blocks the growth of blood vessels that tumors need to grow.

Thanks to rapid strides made in anti-cancer drug development, surgery and radiotherapy, the number of cancer survivors in the world and particularly in developed nations is increasing every year.  Approximately 12 million Americans have survived cancer in the year 2007.  The cancer survival rate has increased fourfold since 1971.

**Cell Cycle**

Normal healthy cells grow and divide in an orderly manner. Cell divides in an ordered pattern called cell cycle.  Each cell cycle is divided into four stages. G1 and G2 are the initial two stages called gap phases.  At this stage, the cell is not dividing, but active.  The third stage is called S (synthesis) phase.  In this phase the DNA replicates itself and duplication of chromosomes occurs.  The last stage is called the M (mitosis) phase.  In this phase, separation of chromosomes in the nucleus takes place, and cytokinesis (Cytoplasmic division) occurs.

Time span of each phase during a typical cell cycle

| | |
|---|---|
| Mitosis Phase or M | 1 hr |
| Gap 1 Phase or G1 | 10 hrs |
| Synthesis Phase or S | 8 hrs |
| Gap 1 Phase or G2 | 5 hr |

| State | Phase | Description |
|---|---|---|
| quiescent/ senescent | Gap 0 or $G_0$ | A resting phase where the cell leaves the cell cycle and stops dividing. |
| Interphase | Gap 1 or $G_1$ | Cells increase in size in Gap 1. The $G_1$ checkpoint control mechanism ensures that everything is ready for DNA synthesis. |

|  | Synthesis or S phase | DNA replication occurs during this phase. |
|---|---|---|
|  | Gap 2 or $G_2$ phase | During the gap between DNA synthesis and mitosis, the cell will continue to grow. The $G_2$ checkpoint control mechanism ensures that everything is ready to enter the M (mitosis) phase and divide. |
| Cell division | Mitosis Phase | Cell growth stops at this stage and cellular energy is focused on the orderly division into two daughter cells. A checkpoint in the middle of mitosis (Metaphase Checkpoint) ensures that the cell is ready to complete cell division. |

There are two main checkpoints in the cell cycle that occur at the end of G1 and G2 phase. These checkpoints can prevent the cell from entering the synthesis or mitosis phase. Cells that are not in the process of dividing are in the G0 stage, which includes majority of adult cells. The first checkpoint, called restriction point, is located at the end of the cell cycle's $G_1$ phase, just when the cell is ready to enter into S phase. This checkpoint checks and ensures that the conditions are conducive for DNA replication. Many cells, especially adult cells, stop at this stage and enter a resting state called $G_0$.The second checkpoint, called postreplication checkpoint, is located at the end of $G_2$ phase. It triggers the start of the mitotic phase or M phase. This checkpoint ensures that all the postreplication repair processes are completed before the progression of a typical cell cycle. The timing of each phase of the cell cycle is controlled and regulated by a number of proteins. This regulation is impaired in cancer.


Cyclin-dependent kinases or CDKs are the major control switches of a typical cell cycle.

They regulate the typical cell cycle.  They also play an important role in regulating transcription, mRNA processing, and the differentiation of nerve cells [4].

Two key classes of regulatory molecules, cyclins and cyclin-dependent kinases (CDKs), control a cell's progress during the cell cycle [5]. Transcription factor called p53 is a protein that plays a crucial role in the cell cycle. It binds to DNA and activates transcription of a protein called p21 that inhibits the activity of a cyclin-dependent kinase essential for progression through G1 phase. This inhibition allows optimum DNA repair before DNA replication.  In case of extensive DNA damage p53 induces apoptosis (Programmed cell death or suicide). The most frequent mutation resulting in cancer is in the gene that makes p53. Other prominent proteins that stop the cell cycle by inhibiting cyclin dependent kinases are p16 and RB.  Proteins p53, p16 and RB are potent tumor suppressors.

**Cell-cycle-phase–specific drugs**

| S phase–dependent | M phase–dependent |
|---|---|
| - Antimetabolites | -Vinca alkaloidsa |
| • Capecitabine | • Vinblastine |
| • Cytarabine | • Vincristine |
| • Doxorubicin | • Vinorelbine |
| • Fludarabine | -Podophyllotoxins |
| • Floxuridine | • Etoposide |
| • Fluorouracil | • Teniposide |
| • Gemcitabine | -Taxanes |
| • Hydroxyurea | • Docetaxel |
| • Mercaptopurine | • Paclitaxel |
| • Methotrexate | **G2 phase–dependent** |
| • Prednisone | • Bleomycin |
| • Procarbazine | • Irinotecan |
| • Thioguanine | • Mitoxantrone |
| | • Topotecan |
| | **G1 phase–dependent** |
| | • Asparaginase |
| | • Corticosteroids |

Some characteristics of commonly used antineoplastic agents

| Phase of the cell | Name of the drug | Common name | Molecular target |
|---|---|---|---|

| cycle | product | | |
|---|---|---|---|
| G0→G1 | Taxol | Paclitaxel | microtubules |
| G1 | None | | |
| G1→S transition | Hycamtin, Camptosar | topotecan, CPT-11 | topoisomerase I |
| S phase | Cytosar, Cladribine | ara-C, 2-chlorodeoxyadenosine | DNA synthesis |
| S→G2 transition | Etoposide | VP-16 | VP-16 |
| G2 | Blenoxane | bleomycin | ??? |
| M | Oncovin, Taxol | vincristine, paclitaxel | microtubules |
| Nonspecific | Platinol | cisplatinum | nucleophiles |
| Nonspecific | Adriamycin | doxorubicin | topoisomerase II, DNA |
| Nonspecific | Cytoxan | cyclophosphamide | nucleophiles |

| Normal cells | Cancer cells |
|---|---|
| Normal cells need external growth factors for cell division.  The cell stops dividing in absence of these growth factors. | Cancer cells do not need growth factors for cell division.  The cells divide even in absence of these growth factors.  Consequently, they do not behave as part of the tissue. |
| Normal cells show contact inhibition i.e. cell division stops upon contact with other cells.  Normal healthy cells divide to fill in a gap, but the cell division ceases when there are enough cells to fill the gap. | Cancer cells lack contact inhibition and they continue to grow even after they touch other cells. |
| Normal healthy cells age and die, and are replaced in a controlled and orderly manner by new cells. Normal cells can divide only about fifty times before they | Cancer cells can divide unlimited number of times because the enzyme telomerase is activated in cancer cells. |

| | |
|---|---|
| die because DNA can be replicated only a limited number of times. Each time the chromosome replicates, the ends (telomeres) shorten. In growing cells, the enzyme telomerase replaces these lost ends. Adult cells lack telomerase, limiting the number of times the cell can divide. | |
| Normal cells cease to divide and die in case there is DNA damage or abnormal cell division. | Cancer cells divide incessantly even when there is a large amount of damage to DNA or abnormal cell division. These progeny cancer cells contain the abnormal DNA; so, as the cancer cells continue to divide they<br><br>accumulate even more damaged DNA |

Acquired characteristics or hallmarks of cancer:

1. Avoidance of apoptosis

2. Self-sufficiency in growth signals

3. Insensitivity to anti-growth signals

4. Angiogenesis

5. Unlimited number of cell division

6. Tissue invasion and metastases

Carcinogenesis is a gradual process by which normal cells are transformed into cancer cells. It is characterized by gradual alterations on cellular and genetic level that causes uncontrolled cell division of a cell.  Under healthy conditions, the balance between proliferation and programmed cell death (apoptosis) is maintained. Mutations in DNA impair this fine balance resulting in cancer.  However, it is important to note that only a few mutations can lead to cancer and the majority of mutations have no significant bearing.  Usually several mutations to certain classes of genes are needed before a normal cell becomes a cancer cell [6]. Mutation in genes, that play important role in cell division, DNA repair and apoptosis, usually lead to cancer.

**Types of Mutations**

| DNA Alteration | Genetic Change |
|---|---|
| DNA Mutations | Changes in the sequence of nucleotides in DNA |
| Translocations | Movements of large amounts of DNA to a different chromosome |
| Gene Amplification | Production of several copies of a gene or set of genes at one location on a chromosome |
| Inversions | Segments of DNA are released from a chromosome and then re-inserted in the opposite orientation |
| Duplications/Deletions | A gene or group of genes may be copied more than one time within a chromosome or lost entirely |
| Aneuploidy | Loss or gain of entire chromosomes |
| Epigenetic Changes | Alteration in the DNA and chromatin that do not change the sequence.  It is not a mutation in the classic sense |

Mutations can develop because of a number of factors which include:

- Copying errors during DNA replication

- Spontaneous cleavage of DNA molecules

- Viruses through introduction of viral DNA.  Viruses such as HIV, Hep B, HPV, etc are the major culprit.

- Reaction with chemical by-products

- Reaction with chemicals that can alter genes or are genotoxic

- Radiation such as ionizing radiation or ultraviolet rays

- Repeated Trauma.  Certain conditions or disease such as Crohn's, gastritis, cirrhosis, can lead to cancer as they cause repeated trauma in specific locations of the body

Gene alteration that impairs the regulation of cell growth and differentiation is essential in cancer [7]. There are two types of human genes that are affected by genetic alterations. The first group of genes, called proto-oncogenes, is responsible for producing protein products that accelerate cell division or inhibit apoptosis. Oncogenes are the mutated forms of proto-oncogenes. Activated oncogenes enhance cell proliferation and inhibit apoptosis [8]. Oncogenes often undergo mutation or expressed at high levels in tumor cells [9]. It is believed that mutation in other genes or certain environmental factors trigger oncogenes to cause cancer. Several oncogenes have been identified which play a key role in causing cancer. Many anti-cancer chemotherapeutic agents target the proteins encoded by oncogenes [9-12].

Proto-oncogene can transform into an oncogene in the following ways:

- Mutation of the proto-oncogene

- Gene rearrangement in the chromosome that moves the proto-oncogene to a new location

- Increase in the number of copies of the normal proto-oncogene.

**Some Genes Associated with Cancer**

| NAME | FUNCTION | EXAMPLES of Cancer/Diseases | TYPE of Cancer Gene |
|---|---|---|---|
| *APC* | regulates transcription of target genes | Familial Adenomatous Polyposis | tumor suppressor |
| *BCL2* | involved in apoptosis; stimulates angiogenesis | Leukemia; Lymphoma | oncogene |
| *BLM* | DNA repair | Bloom Syndrome | DNA repair |
| *BRCA1* | may be involved in cell cycle control | Breast, Ovarian, Prostatic, & Colonic Neoplasms | tumor suppressor |
| *BRCA2* | DNA repair | Breast & Pancreatic Neoplasms; Leukemia | tumor suppressor |
| *HER2* | tyrosine kinase; growth factor receptor | Breast, Ovarian Neoplasms | oncogene |
| *MYC* | involved in protein-protein interactions with various cellular factors | Burkitt's Lymphoma | oncogene |

| *p16* | cyclin-dependent kinase inhibitor | Leukemia; Melanoma; Multiple Myeloma; Pancreatic Neoplasms | tumor suppressor |
| *p21* | cyclin-dependent kinase inhibitor | | tumor suppressor |
| *p53* | apoptosis; transcription factor | Colorectal Neoplasms; Li-Fraumeni Syndrome | tumor suppressor |
| *RAS* | GTP-binding protein; important in signal transduction cascade | Pancreatic, Colorectal, Bladder, Breast, Kidney, & Lung Neoplasms; Leukemia; Melanoma | oncogene |
| *RB* | regulation of cell cycle | Retinoblastoma | tumor suppressor |
| *SIS* | growth factor | Dermatofibrosarcoma; Meningioma; Skin Neoplasms | oncogene |
| *XP* | DNA repair | Xeroderma pigmentosum | DNA repair |

Proto-oncogenes code for the proteins that stimulate cell division. These signaling proteins through a number of steps called signal transduction cascade or pathway activate the genes responsible for cell division. The oncogenes stimulate the signaling cascade incessantly resulting in uncontrolled cell division. For example, MYC is a regulator proto-oncogene that codes for a transcription factor. Mutations in *MYC* proto-oncogene convert it into an oncogene associated with 70% of cancers. Similarly mutations in RAS proto-oncogene can lead to a variety of cancers including thyroid, lung, pancreatic and colon carcinomas.

| Category | Examples | Cancers | Gene functions |
|---|---|---|---|
| Growth factors, or mitogens | c-Sis | glioblastomas, fibrosarcomas, osteosarcomas, breast carcinomas, and melanomas[13] | Induces cell proliferation. |
| Receptor tyrosine | epidermal growth factor receptor (EGFR), platelet- | Breast cancer, gastrointestinal stromal | Transduce signals for |

| kinases | derived growth factor receptor (PDGFR), and vascular endothelial growth factor receptor (VEGFR), HER2/neu | tumors, non-small-cell lung cancer and pancreatic cancer [14] | cell growth and differentiation. |
|---|---|---|---|
| Cytoplasmic tyrosine kinases | Src-family, Syk-ZAP-70 family, and BTKfamily of tyrosine kinases, the Abl gene in CML - Philadelphia chromosome | colorectal and breast cancers, melanomas, ovarian cancers, gastric cancers, head and neck cancers, pancreatic cancer, lung cancer, brain cancers, and blood cancers [15] | Mediate the responses to, and the activation receptors of cell proliferation, migration, differentiation, and survival [16]. |
| Cytoplasmic Serine/threonine kinases and their regulatory subunits | Raf kinase, and cyclin-dependent kinases (through overexpression). | malignant melanoma, papillary thyroid cancer, colorectal cancer, and ovarian cancer [17] | Involved in organism development, cell cycle regulation, cell proliferation, differentiation, cells survival, and apoptosis [18]. |
| Regulatory GTPases | Ras protein | adenocarcinomas of the pancreas and colon, thyroid tumors, and myeloid leukemia [19] | Involved in signaling a major pathway leading to cell proliferation [20]. |
| Transcription factors | myc gene | Malignant T-cell lymphomas and acute myleoid leukemias, breast cancer, pancreatic cancer, retinoblastoma, and small | They regulate transcription of genes that induce cell |

| | | cell lung cancer [21]. | proliferation. |
|---|---|---|---|

The second group of genes, called tumor suppressors, is responsible for production of proteins that normally prevent cell division or induce apoptosis or cell death.

Mutations in tumor suppressor genes results in loss of function of these genes leading to uninhibited cell growth and division.  Such genes are usually recessive; therefore, the trait is not expressed till mutation occurs in both copies of the normal gene. It is important to note that generally tumor suppressor alleles are recessive and mutant oncogene alleles are usually dominant.

| Tumor Suppressor | Function | Cancer |
|---|---|---|
| APC | Controls the function of specific transcription factors which are involved in tumorigenesis, and development and homeostasis of some cell types including epithelial and lymphoid cells.<br><br>APC has also been implicated in cell proliferation and other cellular activities such as migration, and adhesion. | Familial adenomatous and non-inherited colorectal carcinomas |
| BRCA1, BRCA2 | DNA Damage Repair | Inherited breast cancers; ovarian cancers |
| CDKN2A | Gene locus that encodes the tumor suppressors p16 and p14ARF. | Brain tumors |
| DCC | Netrin-1 receptor. Regulation of cell proliferation and apoptosis of intestinal epithelium. | Colorectal carcinomas |
| DPC4 (SMAD4) | Transcriptional factor involved | Colorectal tumors, |

| | | |
|---|---|---|
| | in development; Implicated in metastasis and tumor invasiveness. | pancreatic neoplasia |
| MADR2/JV18 (SMAD2) | Mediates signaling from growth factor receptors.  Assists in transport of SMAD4 into nucleus. | Colorectal cancer |
| MEN1 | Codes for the men in protein that interacts with transcription factors, DNA repair proteins, cytoskeletal proteins and others.  Function not clearly defined. | Multiple endocrine neoplasia type 1 |
| MTS1 | Inhibitor of cyclin-dependent kinases; regulates cell cycle passage from G1 into S. | Melanomas |
| NF1 | RAS GTPase activating protein (RAS-GAP) | Neurofibromatosis type 1 |
| NF2 | ERM protein; organize plasma membrane by assembling protein complexes and linking them to actin. | Neurofibromatosis type 2 |
| p53 | Encodes a transcription factor for p21, a protein that arrests the cell cycle in G1 phase.  p53 integrates signals related to cell size, DNA integrity and chromosome replication. | Bladder, breast, colorectal, esophageal, liver, lung, prostate, and ovarian carcinomas; brain tumors, sarcomas, lymphomas, and leukemias |
| PTEN | Lipid phosphatase.  Regulates cell survival | Cowden syndrome; increased risk of breast and thyroid cancer |
| Rb | Binds to, and inhibits, the E2F transcription factor.  Halts cell cycle progression | Retinoblastoma, sarcomas; bladder, breast, esophageal, prostate, and lung carcinomas |

| VHL | Cell cycle regulation.  May increase stability and activity of p53 | Renal cell carcinomas |
|-----|-----|-----|
| WRN | DNA helicase and exonuclease. Involved in repair of DNA breaks. | Werner syndrome |
| WT1 | Transcription factor.  Essential role in development. | Wilms tumors (pediatric kidney cancer) |

**CLASSIFICATION OF CHEMOTHERAPY DRUGS BY MECHANISM OF ACTION**

| CLASSIFICATION/MECHANISM OF ACTION | MEDICATION NAMES | INDICATIONS | IMPORTANT CONSIDERATIONS |
|-----|-----|-----|-----|
| **Alkylating Agent**<br><br>• Cell cycle phase-nonspecific.<br><br>• Breaks the DNA strand, thereby interfering with DNA replication.<br><br>• The damage to the DNA molecule prevents cell division and if severe enough leads to cell death | Altretamine<br><br>Busulfan<br><br>Chlorambucil<br><br>Cyclophosphamide<br><br>Melphalan<br><br>Temozolomide | Cancers:<br><br>• ovaries<br><br>• testicles<br><br>• cervix<br><br>• endometrial<br><br>• refractory anaplastic<br><br>astrocytoma<br><br>• lung<br><br>• breast<br><br>• leukemias<br><br>• Hodgkin's and non-Hodgkin's lymphoma | Alkylating agents can cause pulmonary toxicity.<br><br>**Busulfan** – crosses blood/brain barrier and can cause seizures in high doses. Administer seizure prophylaxis.<br><br>Causes hyperpigmentation.<br><br>**Chlorambucil**– contraindicated in patients with seizure |

| | | | |
|---|---|---|---|
| | | • multiple myeloma<br><br>• neuroblastoma<br><br>• retinoblastoma<br><br>• preparation for stem cell/bone marrow transplant<br><br>• bone marrow disorders<br><br>• Waldenstrom's macroglobulinemia<br><br>• Choriocarcinoma<br><br>• Burkitt's lymphoma<br><br>• Rhabdomyosarcoma<br><br>• Ewing's sarcoma<br><br>Non-Cancers:<br><br>(cyclophosphamide)<br><br>• Rejection prophylaxis for organ transplants,<br><br>autoimmune disorders | history and within one month of radiation and/or cytotoxic therapy.<br><br>**<u>Cyclophosphamide</u>**– causes hemorrhagic cystitis. Give dose early in the day. Ensure adequate hydration. Have patient empty bladder frequently. An indwelling catheter may be necessary with high doses. When giving a high dose, administer with Mesna. Pelvic irradiation potentiates hemorrhagic cystitis. May cause a hypersensitivity reaction and can be toxic to the kidneys. To prevent nasal stuffiness and facial flushing, give slow infusion.<br><br>**<u>Melphalan</u>**– Myelosuppression may be delayed and prolonged. |

| | | (rheumatoid disorders, MS, ITP, lupus) nephritic syndrome, hemolytic anemia | |
|---|---|---|---|
| **Nitrosourea**<br><br>• Cell cycle phase-non-specific.<br><br>• Subtype of alkylating agent.<br><br>• Breaks DNA helix & interferes with DNA replication. | Lomustine | • Lung cancer<br><br>• Renal carcinoma<br><br>• Hodgkin's & non-Hodgkin's lymphoma<br><br>• Malignant melanoma<br><br>• Colon cancers<br><br>• CNS & brain tumors | **<u>Lomustine</u>**–crosses the blood-brain barrier. Delayed myelosupression. |
| **Antimetabolite**<br><br>• Generally cell cycle phase specific with the majority of their activity during the S phase of the cell cycle.<br><br>• They interfere with the normal synthesis of nucleic acids by inhibiting critical enzymes thus affecting DNA, RNA and protein synthesis. | Capecitabine<br><br>Mercaptopurine<br><br>Methotrexate<br><br>Thioguanine<br><br>Tegafur-uracil | <u>Cancers</u>:<br><br>• Breast (metastatic)<br><br>• Colon (metastatic) and other GI carcinomas<br><br>• Soft tissue sarcoma<br><br>• Esophagus<br><br>• Head & neck<br><br>• Testicular<br><br>• Lung cancers | **Capecitabine** – Causes hand-foot syndrome.<br><br>**Methotrexate** – Follow high doses with Leucovorin & vigorous hydration. Monitor serum methotrexate levels.<br><br>Instruct patient on strict mouth care and photosensitivity precautions. Patient should not take multivitamins with |

| | | • Osteogenic sarcoma | folic acid. Causes nail changes, hand-foot syndrome and radiation recall. Can be toxic to the liver and kidneys and can cause pneumonitis. Can be given intrathecally. |
| | | • Non-Hodgkin's lymphoma | |
| | | • Other lymphomas | |
| | | • Leukemias | |
| | | Non-Cancer: (methotrexate) | |
| | | • Psoriasis, rheumatoid arthritis | |
| **Miscellaneous** • Varied mechanisms. • Can be cell cycle phase specific or non-specific. | Tretinoin(ATRA) Hydroxyurea Imatinib mesylate Mitotane Procarbazine | • Hematologic conditions • Hodgkin's Disease • Acute promyelocytic leukemia (APL) • GI stromal tumors • CML • Malignant melanoma Cancers of: • Uterus • Cervix • Non-small cell lung | **Hydroxyurea**– dose needs to be adjusted according to blood counts but changing too frequently can result in response delay. Patients need strict mouth care. Lymphoma patients are at a higher risk of developing Tumor Lysis Syndrome. **Imatinib mesylate**– weigh patients OD and monitor fluid retention. Potency is affected by many other medications. May interact with |

| | | | warfarin. Monitor CBC, differential and liver function tests. |
|---|---|---|---|
| | | • Brain<br><br>• Head and neck<br><br>• Renal cell<br><br>• Ovaries<br><br>• Prostate<br><br>• Adrenal cortex<br><br><br><br>Non-Cancer: (Hydroxyurea)<br><br>• Psoriasis, sickle-cell anemia | **Procarbazine**– avoid foods high in tyramine (red wine, ripe cheese, yogurt, bananas). Can cause neurotoxicity. |

**Risk Factors**

Some cancers, especially in adults, are linked to certain risk factors. The following risk factors are associated with the development of cancer.

- Lifestyle factors – Smoking tobacco, high-fat diet, exposure to UV radiation or exposure to certain carcinogenic chemicals over long periods of time can lead to cancer.  Unhealthy diet, poor physical activity, and obesity are linked to development of cancer and approximately one-third of cancer mortalities[22-23]. People who eat few vegetables, fruits and whole grains, but eat more processed or red meats are more prone to cancers.  Several studies have linked a high salt diet to gastric cancer (highly prevalent in Japan), aflatoxin B1with liver carcinoma, and Betel nut chewing with oral cancer which is highly prevalent in India [24].  US immigrants have increased risk of cancer often within one generation, indicating a close association between diet and cancer [25].

- Genetic factors – Family history, inheritance and genetics also play a crucial important role in several types of cancers; however, only less than 3–10% of all cancers are because of genetic factors [26]. People with inherited gene BRCA1 and BRCA2 mutations have significantly higher chance of developing breast cancer and ovarian cancer.  It is observed that some gene alterations are inherited which implies that chance of developing cancer in such individual increases.

- Virus and other infections – It is estimated that around 18% of all cancers are related to infectious diseases [22]. Exposure to certain viruses, such as the HIV and human papillomavirus, has been associated with an increased risk of developing certain types of cancers.  It is believed that virus can alter a cell in such a way that they subsequently can become cancerous.  Certain bacteria Helicobacter pylori are also associated with increased risk of gastric carcinoma [27].  Certain parasitic infections are also strongly associated with cancer.  For example, Schistosomahaematobium, a trematode, is linked to squamous cell carcinoma of the bladder [28].

- Environmental exposures – Exposure to pesticides, certain chemicals, fertilizers, etc have also been linked to cancers. Approximately 10% of invasive cancers are linked to radiation exposure. Additionally, a large number of non-invasive cancers are linked to non-ionizing radiation. Certain substances cause cancer predominantly with their physical effects on cells [29]. For instance, prolonged asbestos exposure can lead to mesothelioma.

- Hormones - Increased levels of certain hormones is associated with some types of cancers. Increased level of estrogen and progesterone is usually seen in patients with breast cancer.  Osteosarcoma is also associated with increased levels of growth hormones [30].

- Smoking - There is a close relationship between prolonged tobacco use and cancer in the lung, larynx, head, neck, stomach, bladder, kidney, esophagus and pancreas [31].  Tobacco smoke contains more than fifty known carcinogens [32]. Tobacco is responsible for approximately 20% of all cancer deaths found worldwide, [32] which increases to more than 30% in the developed world [33].

**Mechanisms of Drug Resistance**

| DRUG | MECHANISM OF RESISTANCE |
|---|---|
| Methotrexate | Decreased influx |
| | Decreased polyglutamylation |
| | Increased polyglutamylate hydrolase |
| | Increased DHFR activity |
| | Altered DHFR |
| Fluorouracil | Decreased activation |
| | Decreased incorporation in RNA |

| | Increased thymidylate synthase |
| --- | --- |
| | Decreased nucleotide formation |
| 6-Mercaptopurine | Decreased uptake |
| | Increased breakdown |
| | Poor nucleotide formation |
| Alkylating agents | Poor uptake (nitrogen mustard) |
| | Increased catabolism or inactivation |
| | Increased repair of DNA damage |
| Cisplatin | Poor uptake |
| | Increased catabolism or inactivation |
| | Increased repair of DNA damage |
| Doxorubicin | Increased efflux (MDR) |
| | Altered topoisomerase II binding |
| Vinblastine, vincristine | Increased efflux (MDR) |
| | Decreased binding to tubulin |
| | Increased breakdown |
| Taxol | Increased efflux (MDR) |
| | Decreased binding to tubulin |
| Nitrosoureas | Repair of alkylated DNA (O6-methyl transferase) |
| L-Asparaginase | Increased asparagine synthetase |
| Abbreviations: DHFR, Dihydrofolate reductase; DMR, multidrug resistance. | |

## CHEMOTHERAPY- PRINCIPLES

Chemotherapy is the treatment of cancer with one or more anti-cancer agents. It aims to cause a lethal cytotoxic event or apoptosis in the cancer cell that can stop tumor's

progression. Chemotherapy is usually directed towards DNA or against metabolic sites that are crucial to cell replication.  Ideally, chemotherapy should only interfere with cellular processes that are specific and confined to cancer cells. However, majority of chemotherapeutic agents are non-specific and target both normal and malignant cells. Therefore, majority of chemotherapeutic agents have a steep dose-response curve for therapeutic as well as toxic effects.

There are three possible aims of chemotherapy treatment:

1.  Cure**:**  The ultimate goal of chemotherapy is a cure i.e. long-term, disease-free survival of the cancer patient.  Curative intent therapy aims to eradicate every neoplastic cell.

2.  Control**:** In case cure is not possible, then the goal becomes control of the disease. It aims to stop the cancer from growing and spreading in order to extend survival and maintain the best quality of life. In such cases the cancer is treated as a chronic disease. When the goal of chemotherapy is either cure or control, the neoplastic cell burden is initially reduced.  The reduction in neoplastic cell burden is achieved through surgery and/or by radiation, followed by other modes of treatment such as chemotherapy, immunotherapy, or combination of both the treatment modalities.

3.  Palliation**:** In advanced or later stages of cancer, the probability of cancer control is almost zero.  In such cases, palliative therapy is preferred in order to reduce the symptoms and minimize the risk of life-threatening toxicity. Chemotherapeutic drugs in palliative therapy may not improve the survival period but are used to relieve symptoms caused by the cancer and improve the overall quality of life.

**Indications for treatment:**

Chemotherapy is indicated to patients with disseminated neoplasms and if the tumors are not amenable to surgery. Adjuvant chemotherapy is indicated as a supplemental treatment to prevent and attack micrometastases following surgery and radiation treatment. Adjuvant therapy is usually given in colorectal cancer, breast cancer, lung cancer, etc. Adjuvant chemotherapy is prescribed to patients after surgery or radiation treatment especially when there is a high probability of cancer recurrence.  Adjuvant chemotherapy is helpful in eliminating undetectable metastatic cancer cells.  Even if adjuvant chemotherapy is not curative, it does make the relapses longer.  Adjuvant chemotherapy is usually initiated within 3-5 weeks after surgery and the duration of treatment depends on the type of cancer. For example, patients with breast cancer are given adjuvant chemotherapy for 3-9 months. Adjuvant chemotherapy in colon cancer is usually less than six months.

Neoadjuvant chemotherapy is given prior to the surgery in order to shrink the cancer.  It can also destroy small collection of cancer cells that cannot be detected by CT scans.

Neoadjuvant chemotherapy reduces tumor mass which in turn decreases the extent and invasiveness of a surgery resulting in overall improvement in the ability to differentiate between normal and cancerous cells and tissue.  This treatment enables surgery even for non-operable tumors by shrinking the size of the tumor.  For example, neoadjuvant hormone therapy is usually given prior to radical radiotherapy for adenocarcinoma of the prostate. Neoadjuvant chemotherapy is of great help in inoperable breast, colorectal and lung cancers [34-37].  It is also suited for breast-conserving surgery, tumors with borderline respectability [35- 38 2-5] and locally advanced cancers [35- 39].  Recent studies have observed significant survival rates in breast [40] and lung [41-42] cancers. Chemotherapy given in lower doses in order to achieve long periods of remission is called maintenance chemotherapy.

**Combination chemotherapy**

In combination chemotherapy, different chemotherapeutic agents work through different mechanisms in order to kill cancer cells. In 1963, the first successful combination chemotherapy MOPP was given to the patients for treatment of lymphomas.  At present, almost all the successful chemotherapy regimens use combination chemotherapy.

Combination chemotherapy is usually better than single-agent therapy because of the following factors:

1.  Combination chemotherapy provides a maximum dosage, which is well within the range of toxicity tolerated by the host for each chemotherapeutic agent.

2.  It also provides a much wider range of coverage of resistant cancer cells in a tumor population, especially heterogeneous ones.

3.  It prevents or slows down the development of new drug-resistant cancer cells.

**Selection of chemotherapeutic drugs for combination regimens**

The following principles are a great tool to guide selection of chemotherapeutic agents in combination regimens:

- Chemotherapeutic agents that are active as single agents are chosen for combination regimens.  Agents that are capable of inducing complete remissions should also be preferred.

- Chemotherapeutic agents with different mechanisms of action are combined in order for synergistic effects on the cancer cells or tumor.

- Chemotherapeutic agents with different dose-limiting toxicities are combined allowing each agent to be given at optimum therapeutic doses.

- Chemotherapeutic agents should be prescribed in their optimal dose and schedule.

- Chemotherapeutic agents in combination therapy should be administered at consistent intervals.

- Cross-resistance should be minimized by using chemotherapeutic agents with different patterns of resistance.

| Name | Components | Example of uses, and other notes |
|------|-----------|----------------------------------|
| **ABVD** | Adriamycin (doxorubicin), bleomycin, vinblastine, dacarbazine | Hodgkin's lymphoma |
| **AC** | Adriamycin (doxorubicin), cyclophosphamide | Breast cancer |
| **BEACOPP** | Bleomycin, etoposide, Adriamycin (doxorubicin), cyclophosphamide, Oncovin (vincristine), procarbazine, prednisone | Hodgkin's lymphoma |
| **BEP** | Bleomycin, etoposide, platinum agent (cisplatin (Platinol)) | Testicular cancer, germ cell tumors |
| **CA** | Cyclophosphamide, Adriamycin (doxorubicin) (same as AC) | Breast cancer |
| **CAF** | Cyclophosphamide, Adriamycin (doxorubicin), fluorouracil (5-FU) | Breast cancer |
| **CAV** | Cyclophosphamide, Adriamycin (doxorubicin), vincristine | Lung cancer |
| **CBV** | Cyclophosphamide, BCNU (carmustine), VP-16 (etoposide) | Lymphoma |

| | | |
|---|---|---|
| **ChlVPP/ EVA** | Chlorambucil, vincristine (Oncovin), procarbazine, prednisone, etoposide, vinblastine, Adriamycin (doxorubicin) | Hodgkin's lymphoma |
| **CHOP** | Cyclophosphamide, hydroxydaunorubicin (doxorubicin), vincristine (Oncovin), prednisone | Non-Hodgkin's lymphoma |
| **CHOP-R** or **R-CHOP** | CHOP + rituximab | B cell non-Hodgkin's lymphoma |
| **COP** or **C VP** | Cyclophosphamide, Oncovin (vincristine), prednisone | Non-Hodgkin's lymphoma in patients with history of cardiovascular disease |
| **CMF** | Cyclophosphamide, methotrexate, fluorouracil (5-FU) | Breast cancer |
| **COPP** | Cyclophosphamide, Oncovin (vincristine), procarbazine, prednisone | Non-Hodgkin's lymphoma |
| **CVAD / HyperCV AD** | Cyclophosphamide, Vincristine, Adriamycin (doxorubicin), dexamethasone | Aggressive non-Hodgkin's lymphoma, lymphoblastic lymphoma, some forms of leukemia |
| DT-PACE | Dexamethasone, Thalidomide, Cisplatin or Platinol, Adria mycin ordoxorubicin, Cyclophosphamide, Etoposide | Multiple myeloma |
| **EC** | Epirubicin, cyclophosphamide | Breast cancer |
| **ECF** | Epirubicin, cisplatin, fluorouracil (5-FU) | Gastric cancer and esoph ageal cancer |
| **EP** | Etoposide, platinum agent (cisplatin (Platinol)) | Testicular cancer, germ cell |

| | | tumors |
|---|---|---|
| **EPOCH** | Etoposide, prednisone, Oncovin, cyclophosphamide, and hydroxydaunorubicin | Lymphomas |
| **FEC** | Fluorouracil (5-FU), epirubicin, cyclophosphamide | Breast cancer |
| **FL** (Also known as Mayo) | Fluorouracil (5-FU), leucovorin (folinic acid) | Colorectal cancer |
| **FOLFOX** | Fluorouracil (5-FU), leucovorin (folinic acid), oxaliplatin | Colorectal cancer |
| **FOLFIRI** | Fluorouracil (5-FU), leucovorin (folinic acid), irinotecan | Colorectal cancer |
| **ICE** | ifosfamide, carboplatin, etoposide (VP-16) | Aggressive lymphomas, progressive neuroblastoma |
| **ICE-R** | ICE + rituximab | High-risk progressive or recurrent lymphomas |
| **m-BACOD** | Methotrexate, bleomycin, Adriamycin (doxorubicin), cyclophosphamide, Oncovin (vincristine), dexamethasone | Non-Hodgkin's lymphoma |
| **MACOP-B** | Methotrexate, leucovorin (folinic acid), Adriamycin (doxorubicin), cyclophosphamide, Oncovin (vincristine), prednisone, bleomycin | Non-Hodgkin's lymphoma |
| **MOPP** | Mechlorethamine, Oncovin (vincristine), procarbazine, prednisone | Hodgkin's lymphoma |
| **MVAC** | methotrexate, vinblastine, adriamycin, cisplatin | Advanced bladder cancer[4] |
| **PCV** | Procarbazine, CCNU (lomustine), vincristine | Brain tumors |
| **POMP** | 6- | acute |

| | mercaptopurine (Purinethol), vincristine (Oncovin), methotrexate, and prednisone | adult leukemia[5] |
|---|---|---|
| **ProMACE-MOPP** | Methotrexate, Adriamycin (doxorubicin), cyclophosphamide, etoposide +MOPP | Non-Hodgkin's lymphoma |
| **ProMACE-CytaBOM** | Prednisone, doxorubicin (adriamycin), cyclophosphamide, etoposide, cytarabine, bleomycin, Oncovin (vincristine), methotrexate, leucovorin | Non-Hodgkin's lymphoma |
| **R-FCM** | Rituximab, fludarabine, cyclophosphamide, mitoxantrone | B cell non-Hodgkin's lymphoma |
| **Stanford V** | Doxorubicin, mechlorethamine, bleomycin, vinblastine, vincristine, etoposide, prednisone | Non-Hodgkin's lymphoma |
| **Thal/Dex** | Thalidomide, dexamethasone | Multiple myeloma |
| **TIP** | Paclitaxel, ifosfamide, platinum agent cisplatin (Platinol) | Testicular cancer, germ cell tumors in salvage therapy |
| **EE-4A** | Vincristine, Actinomycin | Wilms' tumor |
| **DD-4A** | Vincristine, Actinomycin, Doxorubicin | Wilms' tumor |
| **VAC** | Vincristine, Actinomycin, Cyclophosphamide | Rhabdomyosarcoma |
| **VAD** | Vincristine, Adriamycin (doxorubicin), dexamethasone | Multiple myeloma |
| **VAMP** | One of 3 combinations of Vincristine and others | Hodgkin's lymphoma, leukemia, multiple myeloma |
| **Regimen I** | Vincristine, Adriamycin (doxorubicin), etoposide, cyclophosphamide | Wilms' tumor |

| **VAPEC-B** | Vincristine, Adriamycin (doxorubicin), prednisone, etoposide, cyclophosphamide, bleomycin | Hodgkin's lymphoma |
| **VIP** | Vinblastin, ifosfamide, platinum agent cisplatin (Platinol) | Testicular cancer, germ cell tumors |

**Tumor and its growth- The possibilities**

Cancer cells that replicate themselves through their growth cycle are influenced by anti-cancer medications. The cancer cells that are present in bone marrow are more influenced by anti-cancer medication than others. Cells in the GO stage are highly resistant to these drugs.

**Cell-cycle specific drugs:**

All the cells, either healthy or cancer ones, have the ability to grow. However, the number of cells differs in normal and tumoric condition. Drugs that influence cells having tendency to replicate, are called cell- cycle drugs, while others are called non cell-cycle specific, which are both more toxic and effective to stop growth of cancer cells.

Cells develop resistance against drugs due to a large gene containing P-glycoprotein. This mechanism is helpful for drug's emission from the cell. Cross resistance also occurs as different drugs are used.

**CLASSIFICATION of drugs**

The drugs are divided into several broad categories based on their action, structure and reaction to anti-cancer drugs.

## ANTIMETABOLITES

Compounds called antimetabolites restrict formation of normal purine or pyrimidine nucleotide precursors. They restrict nucleotide precursors to be mixed with DNA during the S stage. [43] This stops cancer cell growth. [44]

These are cell-cycle specific medications. They act as cytotoxic in S stage and restrict cell contact. Cytotoxicity is the nature of antimetabolites, which are applied in leukemias, breast cancer, ovary cancer along with some other cancer types as well. Antibiotics like sulfanilamide also act the same as they hinder the growth of dihydrofolate in bacteria. [45]

**Methotrexate:**

Folic acid facilitates metabolism. Methotrexate resembles folic acid in terms of structure and restricts dihydrofolate reductase (DHFR), which plays a vital role in nucleotides formation. Methotrexate is extensively applied to treat osteogenic sarcoma, breast cancer and leukemias. [46]

**The action process:**

Resources of folic acid are vegetables [47], egg yolk [48], legumes and intestinal bacteria. It breaks down to activate folate or FH4 by means of catalysts named intracellular nicotinamide-adeninedinucleotide phosphate–dependent DHFR. Methotrexate has strong affinity with DHFR.

**Resistance:**

Cells in GO stage, called Nonproliferating cells are resistant to methotrexate because of their lacking in DHFR. Gene amplification that contains DHFR is responsible for reduced quantity of methotrexate polyglutamate in resistant cells.

**Therapeutic uses:**

Acute lymphocytic leukemia, Burkitt lymphoma, choriocarcinoma, breast cancer, and trophoblastic neoplasms are usually treated with Methotrexate combination. [49] Rheumatoid arthritis, severe psoriasis, and Crohn's disease are treated with lower dosages. Ectopic pregnancies are also treated. [49, 50] Close monitoring is needed to check any toxic affect.

**Pharmacokinetics:**

Methotrexate can be given orally, intramuscularly, intravenously, and intrathecally. It breaks down into polyglutamates, which restrict DHFR. They remained inside cells. Methotrexate faces hydroxylation, in which high dosage is broken down into 7-hydroxymethotrexate that is a less potent antimetabolite, which might be causing crystaluria.

**Adverse effects:**

Methotrexate is linked with many side effects, most common of which are ulcerative stomatitis, leucopenia, nausea, vomiting, diarrhea, abdominal pain, fatigue, acute pneumonitis and pulmonary fibrosis in some cases [49]. The adverse effects are most visible in tissues having higher cell growth, causing ulcerative stomatitis, bone marrow suppression, rash, erythema urticaria, and alopecia. The anti-toxic agent in these cases can be leucovorinis.

**Renal damage:**

Methotrexate and its metabolites, especially 7-OH metabolite, in high dosage lead to kidney damage. Hydration and urine alkalinization are essential.

**Hepatic function:**

Methotrexate can lead to liver cirrhosis; if used for a long period of time.

**Pulmonary toxicity:**

Methotrexate can cause pulmonary toxicity in children which might cause cough, breathlessness, fever, and cyanosis.

**Contraindications:**

Methotrexate is not suggested during pregnancy as it might lead to abortion.

**6-Mercaptopurine**

For treating Leukemia, non-Hodgkin's lymphoma and polycythemia vera, 6-Mercaptopurine (*6-MP*), a thiolanalog (purine analog) of hypoxanthine is applied. [51]

It is good for psoriatic arthritis [52], Crohn's disease and ulcerative colitis. [53]

**Action Mechanism:**

6-MP ribonucleotide reduces the formation of RNA and affects its function along with DNA function by restricting the formation of purine nucleotide. Mercaptopurine restricts transformation of nucleotide synthesis and glycoprotein formation. The action takes place via a three step process, where 6-MP first diffuses into cells and change into 6-MP-ribose phosphate, a nucleotide analog. The catalyst in this process is hypoxanthineguanine phosphoribosyl transferase (HGPRT)

Purine biosynthesis and interconversions related metabolism are impacted by 6-thioinosine 5'-monophosphate (TIMP) that can influence the first step along with restricting the formation of AMP and xanthinuric acid.

**Resistance:**

When any of the following factors occur, resistance is shown:

- When 6-MP  cannot be transformed into corresponding nucleotide because of decreased Hypoxanthine guanine phosphoribosyltransferase (HGPRT).

- Dephosphorylation

- Rapid metabolism of 6-MP to thiouric acid or other metabolites

**Pharmacokinetics:**

Drug administrated orally is absorbed in an erratic and incomplete manner. Except for (CSF) cerebrospinal fluid, drug diffuses into entire body and changed into 6-methylmercaptopurine derivative or to thiouric acid. Hyperuricemia in cancer is treated with xanthine oxidase inhibitor. More than 75 percent dosage of 6-MP is suggested.

**Adverse effects:**

The major toxicity can be myelosuppression, while others include vomiting, anorexia, nausea, jaundice and diarrhea.

**6-Thioguanine**

6-Thioguanine (6-TG), is used to treat acute non-lymphocytic leukemia. It shares similarity with 6-MP in that it is changed into TGMP (6-thioguanylic acid), which forms di- and triphosphates, thioguanosine di-phosphate and thioguanosine triphosphate, through phosphorylation. This reduces purine and phosphorylation of GMP to guanosine diphosphate formation.

**Pharmacokinetics:**

6-TG when administrated orally is absorbed in an erratic and incomplete manner and reaches its peak within 2-4 hours, after which it is changed into 2-amino-6-methylthiopurine via thiopurine methyltransferase (TPMT).

Thioguanine cytotoxic metabolites is accumulated in people having mild to low TPMT activity level, which becomes a cause of myelosuppression and secondary malignancies growth.

6-TG chemotherapy is usually suggested with TPMT since 10 percent of affected individuals have higher risk of facing drug toxicity as a result of TPMT mutation.

**Adverse effects:**

6-TG toxicity can cause Bone marrow depression and liver toxicity.

**Fludarabine**

Chronic lymphocytic leukemia is treated with Fludarabine, a purine nucleotide analog. It has more efficacy than chlorambucil. [54] It is also given in indolent non-Hodgkin's lymphoma, acute myeloid leukemia, and hairy cell leukemia.

Following factors lead to resistance.

- Slow cell uptake

- Low affinity for DNA polymerase

- Non availability of deoxycytidine kinase

**Cladribine**

Cladribine or 2-chlorodeoxyadenosine and fludarabine share a similar action process. Both prevent DNA elongation and block ribonucleotide reductase. The resistance development factors are also same for both. Symptomatic hairy cell leukemia is treated with Cladribine. [55] The outcomes are satisfactory. [56] In some cases, it works well for histiocytosis. [57]

Cladribine is given intravenously or subcutaneously and in a single constant infusion. Subcutaneous route prevents infection and might lead to venipuncture [58]

Studies show that 18 [59] to 42 [60] percent of patients face fever after drug administration. The drug might also cause herpes virus infections, especially Shingles. [59] It might also cause issues in pregnancy.

**5-Fluorouracil**

5-Fluorouracil is a type of pyrimidine analog that treats various cancers. Deoxyuridylic acid transformation into thymidylic acid is prevented by fluorine contained in a drug. This is also used to prevent slowly developing tumors like breast, gastric, pancreatic and ovarian carcinomas.

**Resistance:**

**When cells are unable to transform 5-*FU*** into 5-FdUMP or change their thymidylate formation ability, resistance is observed.

**Pharmacokinetics:**

5-FU is recommended in skin cancer cases; however it might be toxic to GI tract. The drug is able to diffuse throughout the body.

**Adverse effects:**

5-FU might cause nausea, vomiting, diarrhea, anorexia, alopecia, mucositis, dermatitis, and myelosuppression. Palmar-plantar erythrodysesthesia or "hand-foot syndrome" might also happen.

**Capecitabine**

Capecitabine is a cancer treating drug and is administered orally, especially for metastatic colorectal cancer and as adjuvant therapy in colorectal cancer Stage III Dukes' C. It is recognized both in America and Europe.

**Mechanism of action:**

A chain of reaction hydrolyzes Capecitabine into 5-FU by the help of an enzyme called thymidine phosphorylase, usually found in tumor.

**Pharmacokinetics:**

Capecitabine is metabolized into 5-FU via reactions, which eventually change it into carbon dioxide and fluoro-$\beta$–alanine.  The half-life of the drug is 38-45 years and contains protein binding of almost 60 percent. The waste is usually emitted through urine and in the form of Carbon dioxide.

**Dose adjustments:**

- Patients facing renal problems and creatinine clearance is between 30 and 50 mL/min must be given 25 percent reduced amount.

- Patients having renal impairment or creatinine clearance less than 30 mL/min, are not given this drug.

- Elderly patients must not be given high dosage.

- Patients having DPD shortage must have accordingly adjusted dosage.

**Adverse effects:**

It resembles 5-FU in this respect. Capecitabine is risky for patients having renal and liver dysfunctions and during pregnancy. On phenytoin or coumarin anticoagulants patients must be well monitored if given this drug.

**Floxuridine**

Floxuridine is used to treat colorectal carcinoma. It is catabolized to *5-FU* in liver. It is also good for treating GI adenocarcinoma

Following are the situations in which drug should be discontinued:

- Myocardial ischemia

- Esophagopharyngitis

- Leukopenia

- Thrombocytopenia

- Vomiting

- Diarrhea

- GI ulceration Hemorrhage

- Pregnancy

**Cytarabine** (cytosine arabinoside, or ara-C))

Cytarabine, also called Ara-C (Arabinofuranosyl Cytidine) [62], is applied for treating nonlymphocytic leukemia and non-Hodgkin's lymphoma [61].

**Mechanism of action:**

The drug is changed into metabolite (Ara-CTP), which blocks DNA polymerase, DNA [63] and RNA polymerases and nucleotide reductase during S phase.

**Resistance:**

- Blocking in transmission

- phosphorylating enzymes activity

- natural dCTPnucleotide increases their concentration

- ara-Cto uracil arabinoside increases

**Pharmacokinetics:**

When given orally, it is not effective. When it is given intravenously it diffuses well except in CNS. However, Ara-C is metabolized in the liver and its waste is eliminated by the kidneys.

**Adverse effects:**

These include vomiting and diarrhea, myelosuppression with granulocytopenia, leukoencephalopathy or paralysis. Myelopathy might also occur in some cases. [64]

**Gemcitabine**

Gemcitabine is used for treating metastatic adenocarcinoma of the pancreas and lung cancer.

**Mechanism of action:**

Gemcitabine forms triphosphate, which blocks formation of DNA, causing apoptosis.

**Resistance:**

The resistance happens because of inability of the drug to be changed into nucleotide.

**Pharmacokinetics:**

Gemcitabine is metabolized into di-fluorodeoxyuridine that is eliminated from the body.

**Adverse effects:**

Toxicities include myelosuppression, nausea, vomiting, skin rash, alopecia, and a flu-like syndrome. Proteinuria, hematuria and transient elevations of serum transaminases are some others.

**Antibiotics**

They affect DNA functioning and block topoisomerases (I and II), making free radicals that are cytotoxic.

**Dactinomycin**

Dactinomycin functions like an anti-cancer drug. [65] It is given with surgery and vincristine for Wilms' tumor treatment [66]. With methotrexate, it treats gestational choriocarcinoma [67]. Soft-tissue sarcomas like rhabdomyosarcoma [68] and malignant hydatidiform mole [69] are also benefited by it.

**Mechanism of action:**

The drug affects DNA-dependent RNA polymerase that prevent formation of DNA.

**Resistance:**

Resistance happens after elimination of the drug. DNA repair is also the cause.

**Pharmacokinetics:**

The drug diffuses through tissue well except in the brain. The drug is also not metabolized well in the liver. The metabolites of the drug are eliminated via bile or urine.

**Adverse effects:**

The adverse effects include bone marrow depression, stomatitis, alopecia, nausea, vomiting, and diarrhea.

**Doxorubicin and daunorubicin**

Doxorubicin is used as an anti-cancer drug and used to treat breast, lung, thyroid, gastric, ovarian, non-Hodgkin's and Hodgkin's lymphoma, sarcoma, multiple myeloma, and pediatric cancers [71-73]. Doxorubicin and anthracyclines are also called driamycin. [70]

**Mechanism of action:**

- Intercalation in the DNA:

- Anthracyclines tie themselves to DNA.

  They attach to cell membranes.

- Generation of oxygen radicals:

- Cytochrome P450 reductase changes Anthracyclines into semiquinone free radicals, which block formation of superoxide ions and hydrogen peroxide, causing harm to DNA strands.

**Pharmacokinetics:**

Anthracyclines is inactive in gastrointestinal tract when taken orally. The drug diffuses well except in CNS. In liver it breaks down well. Elimination of waste takes place via bile and kidneys. Anthracyclines' dark red color might make urine or veins look red.

**Resistance:**

Resistance affects usage of drug [74-75]. This is based on the following factors:

- Shortage of drug transmitters like ABCB1 (MDR1, Pgp) [76] and ABCC1 (MRP1) [77] and other transporters (ABCC2, ABCC3, ABCG2, and RALBP1) [78-79]

- Amplification of Topoisomerase II alpha (TOP2A) [80]

- Amplification of ERBB2 gene [81]

Impairment or lack of drug transporters such as ABCB1 (MDR1, Pgp) [76]

**Adverse effects:**

These include cardiotoxicity that forms radicals and lipid peroxidation, bone marrow suppression, stomatitis, GI disturbances, alopecia, hyperpigmentation and multidrug resistance.

**Bleomycin**

Bleomycin is used to treat testicular cancers and given with etoposide or vinblastine. It also works well for lymphomas and squamous cell carcinomas. Plantar warts [82] and pleurodesis are also treated [83].

**Mechanism of action:**

The drug breaks DNA strands and oxidizes it into bleomycin-$Fe^{3+}$, which form free electrons that react and form hydroxyl radicals.

**Resistance:**

The factors that influence resistance can be:

- Higher bleomycin hydrolase and glutathione-S-transferase

- Higher drug efflux

- DNA development

**Pharmacokinetics:**

Bleomycin is given through various ways; subcutaneously, intramuscularly, intravenously and intracavitary, which hydrolyze ableomycin. It diffuses well and half-life is 2 hours. The waste is excreted through urine.

**Adverse effects:**

These include pulmonary fibrosis, fever, hyperpigmentation, mucocutaneous reactions and alopecia.

**Antimetabolites and their uses, dosages, and toxicities**

| Drug and its uses | Dosages | Toxicities |
|---|---|---|
| **Folate analog** **Methotrexate** Breast, head and neck cancers, Acute Lymphocytic Leukemia (ALL), CNS leukemia (intrathecal), gestational trophoblastic tumors, NHL (advanced stage), Burkitt's lymphoma, osteosarcoma, mycosis fungoides | Numerous dosing schedules with combination therapy: Low dose: 2.5-5.0 mg PO daily; or 5-25 mg/m2 PO, IM, IV twice weekly; or 50 mg/m2 IV every 2-3 wks High dose: 1-12 g/m2 IV with leucovorin rescue every 1-3 wks | Mucositis, GI ulceration (may produce hemorrhage or perforation), bone marrow depression, pulmonary fibrosis (previously irradiated area), nerve root irritation and convulsion (intrathecal), liver cirrhosis and osteoporosis (chronic therapy), renal damage (high dose), diarrhea, skin erythema |

| | Intrathecal: 5-10 mg/m2 (up to 15 mg) every 3-7 d | |
|---|---|---|
| **Purine analogs** | | |
| **Fludarabine**<br><br>CLL, AML, NHL (low-grade) | 25 mg/m2/d IV over 30 min for 5 d; repeat every 28 d | Bone marrow depression, nausea and vomiting, fever, malaise, pulmonary infiltrates, tumor lysis syndrome, CNS<br><br>effects (high dose) |
| **Mercaptopurine**<br><br>ALL, CML, AML | 1.5-2.5 mg/kg/d PO (100-200 mg in average adult) until response or toxic effects are seen; may increase dose to 5 mg/kg/d; adjust for maintenance dose; reduce dose by 50%-75% if given with allopurinol or if renal or hepatic insufficiency ensues | Bone marrow depression, nausea and vomiting, anorexia, diarrhea, cholestasis |
| **Thioguanine**<br><br>AML, ALL, CML, advanced colorectal cancer, multiple myeloma | 2 mg/kg/d PO until response or toxic effects are seen; may cautiously increase to 3 mg/kg/d | Bone marrow depression, liver damage, stomatitis |

| | | |
|---|---|---|
| **Adenosine analogs** | | |
| **Cladribine**<br><br>Hairy-cell leukemia, NHL, mycosis fungoides, AML, CML, CLL | 0.09 mg/kg/d (4 mg/m2/d) by continuous IV infusion for 7 consecutive days | Bone marrow depression, febrile episodes, rash, infections, septicemia |
| **Pentostatin**<br><br>Hairy-cell leukemia, ALL, CLL, lymphoblastic lymphoma, mycosis fungoides | 4 mg/m2 IV over 30 min every other week or for 3 consecutive weeks; give vigorous hydration before and after chemotherapy | Nephrotoxicity, CNS depression, bone marrow depression, nausea and vomiting, conjunctivitis |
| **Pyrimidine analogs** | | |
| **Capecitabine**<br><br>Breast cancer (relapsed), colorectal cancer, and other GI malignancies | 1,250 mg/m2 bid PO with food (2 weeks on drug, 1 week of rest) | Diarrhea, stomatitis, nausea and vomiting, fatigue, hand-foot syndrome, bone marrow depression (minimal) |
| **Cytarabine**<br><br>AML, ALL, CML, NHL, CNS leukemia (intrathecal) | AML induction: 100 mg/m2/d by continuous IV infusion on days 1-7; or 100 mg/m2 IV every 12 h on days 1-7<br><br>Relapsed ALL: 3 g/m2 IV over 1-3 h every 12 h for 4 doses<br><br>Intrathecal: DepoCyt, 50 mg over 1-5 min every 14 d, with dexamethasone, 4 mg | Bone marrow depression, nausea and vomiting, diarrhea, arachnoiditis (intrathecal), stomatitis, hepatic dysfunction, fever, conjunctivitis, confusion, somnolence, cerebellar toxicity |
| **DepoCyt** (liposomal cytarabine) CNS leukemia/lymphoma | PO bid x 5 d | |
| | 0.1-0.6 mg/kg/d over several days via continuous arterial | Stomatitis and GI ulcers, bone marrow depression, abdominal pain, nausea and vomiting, |

| | | |
|---|---|---|
| | infusion supplying well-defined tumor; treatments given over 1-6 wks | diarrhea, liver dysfunction (transient) |
| **Floxuridine**<br><br>GI adenocarcinomas metastatic to liver, including oral, pancreatic, biliary, colon, and hepatic cancers, and metastatic breast cancer | Numerous dosing schedules with combination therapy:<br><br>Loading dose: 300-500 mg/m2; or 12 mg/kg IV daily for 3-5 d, followed by weekly maintenance | |
| **Fluorouracil**<br><br>Colon, rectal, stomach, pancreas, breast, head and neck, renal cell, prostate, and ovarian cancers, squamous cell carcinoma of esophagus, basal and squamous cell carcinoma of skin (topical), hepatic cancer (intra-arterial) | Maintenance: 10-15 mg/kg IV weekly, as toxicity permits<br><br>Infusion: 20-25 mg/kg by continuous IV infusion over 24 h daily for 4-5 d, every 4 wks | Stomatitis and GI ulcers (infusion) bone marrow depression (bolus), diarrhea, nausea and vomiting, esophagitis, angina, cerebellar ataxia, radiosensitizer |
| | 1,000 mg/m2 IV over 30 min, once weekly for up to 7 weeks (or until toxicity necessitates reducing or withholding a dose), followed<br><br>by 1 week of rest | |
| **Gemcitabine**<br><br>Pancreatic cancer, lung, ovarian, breast, and bladder cancers | Subsequent cycles: Infusions<br><br>once weekly for 3 consecutive<br><br>weeks out of every 4 weeks | Bone marrow depression, transient fever, flu-like syndrome, skin rash, mild nausea and vomiting |
| **Substituted urea**<br><br>**Hydroxyurea** | Intermittent: 80 mg/kg PO every third day | Bone marrow depression, skin rashes, radiosensitizer |

| CML, acute leukemia (emergent treatment), head and neck cancer, ovarian cancer, melanoma, essential thrombocytosis, polycythemia vera | Continuous: 20-30 mg/kg PO daily | |
| --- | --- | --- |

## ALKYLATING AGENTS

Alkylating agents react with the proteins and irreversibly covalently attach to nucleophilic groups of different components of tumor cells.  This alkylation of DNA breaks the DNA chains leading to cell death.  These drugs act in every phase of cell cycle which includes both cycling and resting cells; however, their cytotoxic effect is more prominent on rapidly dividing cells i.e. cells in the GI, bone marrow, testicles and ovaries. Alkylating agents in combination with other chemotherapeutic drugs agents are extensively used for the treatment of a number of lymphatic and solid cancers. Alkylating agents are not only cytotoxic, but also carcinogenic and mutagenic.  These properties together can result in secondary malignancies such as acute leukemia.

Alkylating agents add methyl or other alkyl groups onto molecules where they do not belong leading to mismatched and ultimately miscoding of DNA.  Following mechanism of actions can lead to DNA damage:

1. An alkylating drug binds alkyl groups to DNA bases. This change leads to fragmentation of DNA.

2. Alkylating agents form bonds between atoms in the DNA or cross-bridges. During this process, two DNA bases are attached to each other by an alkylating agent that has two DNA binding sites.  This cross-linking leads to inhibiting DNA transcription.

3. Alkylating agents causes the mispairing of the nucleotides which results in DNA mutations.

| **Nitrogen mustard analogues** |
| --- |

| Generic name | Brand name | Use in cancer | Route |
|---|---|---|---|
| Mechlorethamine | Mustargen | Hodgkin's disease, lymphosarcoma, certain leukemias, mycosis fungoides, and other cancers | IV |
| Cyclophosphamide | Cytoxan, Neosar | Lymphoma, leukemia, and many carcinomas | Oral (tablet, liquid), IV |
| Chlorambucil | Leukeran | CLL, Hodgkin's and non-Hodgkin's lymphoma, others | Oral |
| Melphalan | | Multiple myeloma, as well as ovarian, breast, and prostate cancer | Oral, IV |
| Ifosfamide | Ifex | Lymphoma,  leukemia, testicular,  and  bladder cancers. | IV |
| Trofosfamide | Ixoten | Cyclophosphamide prodrug | |
| Estramustine | Emcyt | Advanced prostate cancer, conjugated with estradiol | Oral |

### Alkyl sulfonates

| Generic name | Brand name | Use | Route |
|---|---|---|---|
| Busulfan | Myleran | CML, other blood cancers | Oral |
| Treosulfan | Ovastat (foreign) | Busulfan analogue | |
| Mannosulfan | | Busulfan analogue | |

### Ethylene imines

| Generic name | Brand name | Use in cancer | Route |
|---|---|---|---|
| Thiotepa | Thioplex Girostan Thiofozil | Lymphoma and cancers of the breast, ovary, and bladder | IV, Intrabladder, Intraperitoneal |

|  | Tifosyl |  |  |
|---|---|---|---|
| Altretamine | Hexalen<br><br>hexamethylmelamine | Treatment-resistant ovarian cancer | Oral |
| Triaziquone |  | Not used clinically |  |
| Carboquone |  | Not used clinically |  |
|  |  |  |  |

| Nitrosoureas | | | |
|---|---|---|---|
| **Generic name** | **Brand name** | **Use in cancer** | **Route** |
| Carmustine | Becenum<br><br>BCNU<br><br>Carmubris<br><br>Gliadel | Lymphoma, multiple myeloma, gliomas, and other types of cancer. | IV<br><br>Implantable wafer (glioma) |
| Lomustine | CCNU | Cancers of brain, Hodgkin's lymphoma | Oral |
| Semustine | Methyl-CCNU | Related to carmustine |  |
| Streptozocin | Zanosar |  | IV |
| Fotemustine | Muphoran (foreign) |  |  |
| Nimustine | ACNU<br><br>Nidran |  |  |
| Ranimustine | Cymer (foreign)<br><br>Cymerin (foreign) |  |  |

| Triazenes (Nonclassical) | | | |
|---|---|---|---|
| **Generic name** | **Brand name** | **Use in cancer** | **Route** |
| Dacarbazine | DTIC-Dome | Hodgkin's lymphoma, malignant melanoma | IV |

| Temozolomide | Temodar | Cancers of brain including anaplastic astrocytoma, glioblastoma multiforme (GBM), and gliomas. | Oral, IV |
| --- | --- | --- | --- |

**Mechlorethamine**

Mechlorethamine is a nitrogen mustard alkylating agent [86-87] that exerts cytotoxic, mutagenic, and radiomimetic properties that leads to inhibition of rapidly dividing cells. It was developed as a vesicant (nitrogen mustard) for chemical warfare during World War I. It is effective against the following conditions:

- Stage III and IV Hodgkin disease)

- Lymphosarcoma

- CML or CLL (Chronic myelocytic or lymphocytic leukemia)

- Malignant effusion (Palliative therapy)

- Bronchogenic carcinoma

- Polycythemia vera

- Mycosis fungoides (topical treatment)

**Mechanism of action:**

When mechlorethamine enters the cell, it induces guanine N7 alkylation in one or both chains or strands of a DNA molecule.  This alkylation leads to splitting of DNA strand because of cross-linkages between guanine residues in the DNA chains and/or depurination.  Guanine N7 alkylation can also result in miscoding mutations.  Alkylation is cell-cycle nonspecific and occurs in every phase of cell cycle; however, rapidly dividing cells in the G1 and S phases are more sensitive to the drug.

**Resistance:**

Resistance can develop because of the following factors:

- Decreased permeability of the drug

- Increased conjugation with thiols, especially glutathione

- Increased DNA repair

**Pharmacokinetics:**

Mechlorethamine solutions should be prepared up just before administration as it is highly unstable. It is a highly potent *vesicant* (blistering agent) and is only administered intravenously. It is rapidly inactivated in the body and is eliminated by the kidney.

**Dosage and Administration:**

Adults: Total dose of 0.4 mg/kg of body weight administered IV for each course.  It can be given as a single dose or divided doses of 0.1 to 0.2 mg/kg/day which are based on ideal dry body weight. Repeat courses can be given as early as 3 weeks after treatment.

**Adverse effects:**

Severe nausea and vomiting are the prominent adverse effects of mechlorethamine. These side effects can be controlled by pretreatment with drugs such as ondansetron, palonosetron, or granisetron with dexamethasone. Severe bone marrow depression can be life threatening and limits its extensive use. Extravasation is a serious complication.  In case extravasation develops, the affected areas should be infiltrated with isotonic sodium thiosulfite which inactivates the drug.

**Cyclophosphamide and ifosfamide**

These drugs have similar types of mechanisms of action and toxicities. They can be given orally and are cytotoxic only when alkylating species is produced by hydroxylation in the presence of cytochromeP450 (CYP450).  Both the drugs have a broad clinical spectrum. They can be used as a single agent or in combination with other chemotherapeutic agents. They are effective against a number of cancers such as breast cancer and Burkitt lymphoma.  Low dose cyclophosphamide is also effective in conditions such as nephrotic syndrome and rheumatoid arthritis.

**Mechanism of action:**

Cyclophosphamide is the most commonly prescribed alkylating chemotherapeutic agent. Both the drugs, cyclophosphamide and ifosamide, are first converted to hydroxylated intermediates mainly in the liver by the CYP450 system. The hydroxylated compounds produce active compounds, phosphoramide mustard and acrolein. It is believed that phosphoramide mustard impairs DNA resulting in cytotoxic effect.

**Resistance:**

Resistance can develop because of the following factors:

- Decreased drug permeability

- Reaction with thiols such as glutathione

- Increased DNA repair

**Pharmacokinetics:**

In contrast to majority of the alkylating agents, cyclophosphamideand ifosfamide can be taken orally. A very small amount of the drug is excreted through the feces or urine.

**Adverse effects:**

Alopecia, nausea, vomiting, and diarrhea are the most common toxicities of both drugs.

Bone marrow depression, particularly leukocytosis is also seen in patients taking these drugs. Another prominent adverse effect is hemorrhagic cystitis, which subsequently can cause urinary bladder fibrosis. Optimum hydration and IV administration of MESNA (sodium 2-mercaptoethane sulfonate) reduces the probability of this adverse effect.

Other toxicities include amenorrhea, aspermia, testicular atrophy, and sterility. These toxicities are related to suppressive effects on the germ cells. Approximately one-fourth of the patients receiving these agents may have veno-occlusive disease of the liver.

High-dose ifosfamide may cause neurotoxicity because of its metabolite, chloroacetaldehyde. Secondary malignancies can be seen in some patients after several years of treatment.

**Nitrosoureas**

Carmustine and lomustineare DNA alkylating agents that are effective against various types of brain tumors such as glioblastoma multiforme [87].These drugs penetrate the blood brain barrier easily.  Streptozocin is effective against insulinomas as the drug is particularly toxic to the beta-cells of the islets of Langerhans.

**Mechanism of action:**

The nitrosoureas are antitumor and cytotoxic in nature.  They are potent DNA alkylating and inhibit synthesis of DNA and RNA. These agents alkylate DNA in resting cells, and cytotoxicity is observed mainly on proliferating cells. Therefore, resting cells are not affected by these agents. Nitrosoureas also exhibit carbamoylating activity preventing many crucial enzymatic processes in the tumor cells.

**Resistance:**

Resistance is acquired probably due to DNA repair and reaction of the drugs with thiols.

Pharmacokinetics**:** Carmustineis given intravenously and lomustine is given orally. Nitrosoureas are well distributed in the body tissues and fluids because of their lipophilic nature.  They readily cross the blood brain barrier and reach the CNS. These agents undergo extensive metabolism. The kidney is the predominant organ that excretes nitrosoureas.

**Adverse effects:**

Prominent adverse effect of these drugs is delayed hematopoietic depression, which is probably caused by the metabolic products of nitrosoureas.

Long term use of these drugs can also lead to aplastic marrow. Renal toxicity is also seen in patients taking nitrosoureas.  Nitrosoureas such as lomustine can also cause interstitial lung disease [88]. Streptozotocin is highly toxic to beta-cells of Langerhan's and is associated with development of diabetes [89].

**Dacarbazine**

Dacarbazine is an anticancer agent effective against numerous cancers, particularly malignant melanoma.  It is also effective in Hodgkin's disease as a second-line therapy in

combination with other antineoplastic agents (ABVD regimen). It is also used in combination (MAID regimen) against soft tissue sarcomas.

**Mechanism of action:**

Dacarbazine targets tumor cells by adding an alkyl group to its DNA. It is an alkylating agent that undergoes biotransformation to an active metabolite, ethyltriazenoimidazolecarboxamide (MTIC). This metabolite forms methylcarbonium ions that damage the DNA which leads to inhibition of protein synthesis and ultimately cell death.

Dacarbazine is given intravenously, but can be irritating to the vein and its surrounding tissues. The dose of the drug depends on several factors which include:

- Condition being treated

- Type of treatment regimen

- Weight of the patient

- Overall health

**Adverse effects:**

 Nausea and vomiting are frequently seen in patients taking dacarbazine. Myelosuppression with thrombocytopenia and neutropenia can also be seen in the later stages of the treatment.  Patients can also experience fever, myalgias, malaise, and alopecia. Long term treatment with dacarbazine can sometimes lead to liver toxicity with hepatic vascular occlusion.

**Temozolomide**

Temozolomide, a triazene agent, is effective against various types of brain tumors.

Temozolomide therapy is FDA approved for the initial treatment of glioblastoma multiforme. It is given concurrently with radiotherapy, and followed by temozolomide alone.  The drug is also FDA approved against anaplastic astrocytoma.

**Mechanism of action:**

Temozolomide's mechanism of action is similar to dacarbazine.  Both must get converted to MTIC, an active metabolite, which is believed to methylate DNA.  Unlike dacarbazine, CYP450 system doesn't play a role for this biotransformation in temozolomide.  The drug acts under normal pH. Temozolomide also inhibits O6-guanine- DNA-alkyltransferase, the repair enzyme. Compared to dacarbazine, temozolomide easily penetrates the CNS. Recent studies have shown that in some tumors, the switching off of the MGMT/AGT gene prevents synthesis of enzyme *MGMT/AGT* making the tumors sensitive to cytotoxic effects of the drug [90]. However, the presence of MGMT enzyme decreases the efficacy of temozolomide resulting in poor drug response [91].

**Pharmacokinetics:**

It is given orally in the form of a capsule and has excellent oral bioavailability. Temozolomide and its metabolites are excreted in urine.

Temozolomide is administered for 5 consecutive days and repeated every 28 days.

It is rapidly hydrolyzed at physiologic pH to MTIC and to temozolomide acid metabolite.

Its half-life is around 1.8 hours.

**Adverse effects:**

Its adverse effects are similar to dacarbazine and include nausea and vomiting. Myelosuppression with thrombocytopenia and neutropenia develops at a later stage in the treatment cycle. Temozolomide is contraindicated in pregnancy and lactating mothers because of its teratogenic and fetotoxic effects.

**Other alkylating agents**

**Melphalan**

Melphalan, a phenylalanine derivative of nitrogen mustard, is used to treat multiple myeloma [92]. It is also FDA approved for the treatment of breast and ovarian cancer and in treatment regimens before bone marrow or stem cell transplantation.

Melphalan attaches an alkyl group to DNA.  The attachment takes place at the guanine base at the number 7 nitrogen atom of the imidazole ring.  This induces interstrand cross-linking inhibiting the cancer cell to grow or replicate that ultimately leads to apoptosis.

Melphalan can be administered intravenously or orally. Plasma concentration of melphalan, when given orally, varies from an individual to individual because of differences in intestinal absorption and metabolism. Platelet and white blood cell counts should be monitored for dose adjustment.

Common side effects include nausea, vomiting, alopecia, rash and itching. Myelosuppression is also seen in some cases which can lead to reduced platelet count or WBC count making patients susceptible to hemorrhage and infections respectively.

**Chlorambucil**

Chlorambucil is another bifunctional alkylating drug that is FDA approved for the treatment of CLL or chronic lymphocytic leukemia. It is also approved for the treatment of malignant lymphomas such as Hodgkin's disease, lymphosarcoma, and giant follicular lymphoma.  It produces only a clinical benefit but is not curative. Chlorambucil damages the cellular DNA leading to cellular death.  Chlorambucil have moderate hematologic toxicities because of bone marrow suppression. Other common side effects include nausea, vomiting, alopecia, rash and itching.

**Busulfan**

Busulfan, a bifunctional alkylating antineoplastic agent, is FDA approved for the treatment of advanced acute myeloid leukemia. Busulfan is a cell cycle non-specific alkylating drug.  Busulfan undergoes alkylation and forms guanine-adenine intrastrand crosslinks [93]. This leads to DNA damage and ultimately the cell undergoes apoptosis [94].

Busulfan can be given orally or intravenously. Busulfan can cause myelosuppression leading to thrombocytopenia. In elderly, busulfan can cause interstitial pulmonary fibrosis. Other toxic effects include seizures, hepatic (veno-occlusive disease), hyperpigmentation, and wasting syndrome.

**Alkylating agents and their uses, dosages, and toxicities**

| Drug and its uses | Dosages | Toxicities |
|---|---|---|
| **Nitrogen mustards** | | |
| **Chlorambucil**<br><br>CLL, HD, NHL,<br><br>ovarian cancer,<br><br>choriocarcinoma,<br><br>lymphosarcoma | 0.1-0.2 mg/kg PO daily for 3-6 wks as required (usually 4-10 mg/d) or intermittent 0.4 mg/kg every 3-4 wks; increase by 0.1 mg/kg until control of disease or toxicity | Bone marrow depression**,** gonadal dysfunction, leukemia, hyperuricemia,<br><br>pulmonary fibrosis |
| **Cyclophosphamide**<br><br>AML, ALL, CLL, HD, and NHL, multiple myeloma, mycosis fungoides, neuroblastoma, ovarian and breast cancers, retinoblastoma, lung, testicular, and bladder cancers, sarcoma | 40-50 mg/kg IV in divided<br><br>doses over 2-5 d to start, followed by 10-15 mg/kg IV every 7-10 d; or 3-5 mg/kg IV twice weekly; or 1-5 mg/kg/d PO | Bone marrow depression, hemorrhagic cystitis, immunosuppression, alopecia, stomatitis, SIADH |
| **Estramustine**<br><br>Prostate, renal cell carcinoma | 14 mg/kg/d PO in 3-4 equally divided doses; 300 mg/d IV for 3-4 wks, followed by 300-450 mg/wk IV over 3-8 wks<br><br><br><br>1.2 g/m2/d via slow IV infusion for 5 | Bone marrow depression, ischemic heart disease, thromboembolism, thrombophlebitis gynecomastia, nausea and<br><br>vomiting, hepatotoxicity |

| | | |
|---|---|---|
| **Ifosfamide**<br><br>Germ-cell testicular cancer, sarcoma, NHL, lung cancer | consecutive days; repeat every 3 wk; give with mesna<br><br>0.4 mg/kg ideal body weight given as single dose or in divided doses of 0.1-0.2 mg/kg/d | Bone marrow depression, hemorrhagic cystitis, confusion, somnolence |
| **Mechlorethamine**<br><br>HD, NHL, CML, CLL**,** mycosis fungoides, bronchogenic carcinoma, lymphosarcoma, polycythemia vera, malignant effusions (intracavitary) | | Bone marrow depression, nausea and vomiting, local phlebitis, severe skin necrosis if extravasated, gonadal dysfunction |
| **Melphalan**<br><br>Multiple myeloma, breast and ovarian cancers, sarcoma, testicular and lung cancers | Continuous therapy: 6 mg PO daily for 2-3 wk, no therapy for 2-4 wk, then maintenance with 2-4 mg PO daily<br><br>Pulsatile therapy: 10 mg/m2 PO daily<br><br>for 4 d every 4-6 wk | Bone marrow depression anorexia, nausea and vomiting, gonadal testicular dysfunction, leukemia |
| **Aziridine**<br><br>**Thiotepa**<br><br>Ovarian, breast, and superficial bladder cancers, HD, CML, CLL, bronchogenic carcinoma, malignant effusions (intracavitary), BMT for refractory leukemia, lymphomas | IV: 0.3-0.4 mg/kg by rapid IV infusion<br><br>Intravesical: 60 mg/60 mL sterile water instilled and retained in bladder for 2 h; repeat weekly for 4 wk<br><br>Intracavitary: 0.6-0.8 mg/kg | Bone marrow depression nausea and vomiting, mucositis, skin rashes |

| | | |
|---|---|---|
| **Alkyl sulfonate**<br><br>**Busulfan**<br><br>CML, BMT for refractory<br><br>leukemia, lymphomas | 2-8 mg PO daily for remission induction; adjust dosage to WBC count; 1-3 mg PO daily for maintenance; withhold induction if WBC count < 15,000/µL; resume therapy when WBC<br><br>count > 50,000/µL | Bone marrow depression, pulmonary fibrosis, aplastic anemia, amenorrhea, gynecomastia, skin hyperpigmentation. |
| **Nitrosoureas**<br><br>**Carmustine**<br><br>Brain tumor, multiple myeloma, HD, NHL, melanoma, BMT for refractory<br><br>solid tumors and lymphomas | 150-200 mg/m2 IV every 6-8 wk | Delayed bone marrow depression, nausea and vomiting, reversible hepatotoxicity, local phlebitis, pulmonary and renal damage (high dose) |
| Gliadel wafers<br><br>Glioblastoma multiforme | Up to 8 wafers placed in the brain cavity created by tumor removal | Fever, pain, and abnormal discomfort. |
| **Lomustine**<br><br>Brain tumors, HD, GI carcinomas, NSCLC | 130 mg/m2 PO every 6 wk; adjust dose in combination chemotherapy | Delayed bone marrow depression, nausea and vomiting, reversible hepatotoxicity, pulmonary and renal damage, neurologic reactions, leukemia<br><br>Renal damage, nausea and |

| | | vomiting, diarrhea, altered glucose metabolism, liver dysfunction |
|---|---|---|
| **Streptozocin**<br><br>Pancreatic islet-cell, carcinoid, colon, hepatoma, NSCLC, HD | Daily: 500 mg/m2 IV for 5 d every 6 wk until maximum benefit or toxicity<br><br>Weekly: 1,000 mg/m2 IV weekly for first 2 wk, then escalate dose to response or toxicity, not to exceed a single dose of 1,500 mg/m2 | |
| **Platinum complexes**<br><br>**Carboplatin**<br><br>Ovarian cancer, endometrial head and neck, lung, testicular, and breast cancers, relapsed acute leukemia, NHL | Single agent: 360 mg/m2 IV every 4 wk<br><br>Combination: 300 mg/m2 IV every 4 wk<br><br>Calvert formula: Total dose (mg) = Target AUC x (GFR + 25) | Bone marrow depression, nausea and vomiting, peripheral neuropathy, ototoxicity. |
| **Cisplatin**<br><br>Testicular, ovarian, bladder, uterine, cervical, and lung cancers, squamous cell cancer of the head and neck, sarcoma, NHL | 50 mg/m2 IV or more every<br><br>3 wk; or 20 mg/m2 IV daily for 4-5 d every 3-4 wk; give vigorous hydration before and after chemotherapy | Renal damage, nausea and vomiting, electrolyte disturbance, peripheral neuropathy, bone marrow depression, ototoxicity radiosensitizer |
| **Oxaliplatin**<br><br>Colorectal (second-line) | 85 mg/m2 IV over 120 min on d 1 followed by infusional 5-FU and leucovorin on d 1-2, every 2 wk | Bone marrow depression, diarrhea, nausea and vomiting, neuropathies exacerbated by cold exposure, |

|  |  | pharyngolaryngeal dysesthesia. |
|---|---|---|
| **Nonclassic alkylators** |  |  |
| **Altretamine**<br><br>Ovarian, lung, breast, and cervical cancers, NHL | 4-12 mg/kg/d or 260 mg/m2, PO divided in 3-4 doses for 14-21 d of a 28-d regimen | Nausea and vomiting, bone marrow depression, paresthesias, CNS toxicity. |
| **Dacarbazine**<br><br>Malignant melanoma, HD, soft-tissue sarcomas, neuroblastoma | Melanoma: 2.0-4.5 mg/kg/d IV for 10 d every 4 wk; or 250 mg/m2/d IV for 5 d every 3 wk<br><br>HD: 375 mg/m2 IV on d 1, repeated every 15 d (single<br><br>agent); 150 mg/m2/d IV<br><br>for 5 d every 4 wk<br><br>(combination therapy) | Bone marrow depression, nausea and vomiting, flu-like syndrome, transient hepatotoxicity, local irritation, facial flushing, alopecia. |
| **Procarbazine**<br><br>HD, NHL, brain tumors, lung cancer | Single agent: 4-6 mg/kg/d PO until maximum response<br><br>HD (MOPP): 100 mg/m2/d PO for 14 d<br><br>150 mg/m2/d PO for 5 d every 28 d | Bone marrow depression, nausea and vomiting, lethargy, depression, paresthesias, headache, flu-like symptoms.<br><br>Bone marrow depression, nausea and vomiting |
| **Temozolomide** |  |  |

| Anaplastic astrocytoma (relapsed), renal cell cancer, melanoma | | |
|---|---|---|

# MICROTUBULE INHIBITORS

Microtubules are important constituents of the intracellular skeleton or the cytoskeleton that plays very important roles in several eukaryotic cellular functions which includes intracellular transport, maintenance of cell shape, polarity, cell signaling, and mitosis [95]. The mitotic spindle is composed of a chromatin with an intricate system of microtubules composed of the protein tubulin. Microtubules are responsible for formation of mitotic spindle during mitosis. The mitotic spindle is necessary for the equal partitioning of DNA into the two dividing daughter cells. Microtubule inhibitors (MTI) inhibit these microtubules resulting in anti-tumor effect. Microtubule inhibitors (MTI) such as taxanes, vinca alkaloids, and epothilones are particularly effective against several solid and hematologic malignancies. Microtubule inhibitors exhibit great efficacy against many tumors; their efficacy is reduced by drug resistance. At present, researchers are searching for new MTIs that have better efficacy and less probability of drug resistance.

MTIs can be classified into two groups: stabilizing and destabilizing agents.

Microtubule-stabilizing agents such as taxanes and epothilones promote polymerization and increase the microtubule polymer mass in cells.

Destabilizing agents, such as the vinca alkaloids, promote depolymerization of microtubules, prevent polymerization, and decrease polymer mass.

At low concentrations, however, both these groups suppress microtubule dynamics without changing polymer mass [96, 97].

Characteristics of microtubule binding agents

| Agent | Sensitivity to ABC efflux pumps | Sensitivity to β-tubulin content |
|---|---|---|
| Vincas | MDR sensitive MRP sensitive | Sensitive to βIII-tubulin content |

| Agent | Sensitivity to ABC efflux pumps | Sensitivity to β-tubulin content |
|---|---|---|
| Cryptophycins | MDR insensitive | n.a. |
| Dolastatins | MDR sensitive | n.a. |
| Taxanes | MDR sensitive MRP2 and MRP7 sensitive | Sensitive to βIII-tubulin content |
| Epothilones | MDR sensitive | No |
| Discodermolides | MDR sensitive MRP1 sensitive | Sensitive to βIII-tubulin content |
| Cyclostreptin | MDR insensitive | n.a. |
| Laulimalides | MDR insensitive | n.a. |
| Taccalonolide | MDR insensitive | More active if high beta III content |
| Peloruside | MDR insensitive | n.a. |
| Hemiasterlin | MDR insensitive | n.a. |
| Combretastatins | MDR insensitive | Yes |
| 2 methoxyestradiol | MDR insensitive | Inactive against beta I |

MDR: multidrug resistance; ABC: ATP Binding Cassette transport pumps; n.a.: not available

**Vincristine and vinblastine**

Vincristine (*VX*) and vinblastine (*VBL*) are structurally quite similar.  They are also known as vinca alkaloids as they are extracted from the periwinkle plant, Vinca rosea. They are usually given in combination with other chemotherapeutic agents.

Vincristine is FDA approved for the treatment of the following conditions:

- Acute lymphoblastic leukemia (POMP regimen)

- In combination with other antineoplastic agents for the treatment of Hodgkin's disease (MOPP, COPP, BEACOPP), non-Hodgkin's lymphoma as part of the CHOP regimen (histiocytic, lymphocytic, mixed cell, nodular, undifferentiated, and diffuse types), rhabdomyosarcoma, neuroblastoma, and Wilms' tumor.

It is also used in a number of other protocols because it is a relatively milder myelosuppressive agent. Vinblastine is administered with cisplatin and bleomycin for the treatment of metastatic testicular carcinoma. It is also beneficial in treating systemic Hodgkin's and non-Hodgkin's lymphomas. Vinblastine is also effective against advanced non–small cell lung cancer, either as a single agent or with cisplatin.

**Mechanism of action:** Both vincristine and vinblastine are cell-cycle specific and phase specific as they inhibit mitosis in metaphase (M phase).Their binding to tubulin, a microtubular protein, is GTP dependent and inhibits tubulin polymerization to form microtubules. This impairs the spindle apparatus rendering it dysfunctional. The chromosomes do not segregate and prevent cell division.

**Resistance:**

Resistance is acquired when the cells have an increased efflux of the drug through P-glycoprotein in the cell membrane. Additionally, changes in tubulin structure can also alter affect binding of the drugs.

Pharmacokinetics: Intravenous administration of these drugs can cause rapid cytotoxicity leading to hyperuricemia because of purine oxidation that are produced from DNA fragmentation forming acid. The hyperuricemia can be relieved by allopurinol. The vinca alkaloids are predominantly metabolized in the liver by the CYP450 pathway. They are excreted in bile and feces. Doses must be adjusted in patients with poor hepatic function or biliary obstruction.

**Adverse effects:**

Common adverse effects are phlebitis or cellulitis due to drug extravasation. Nausea, vomiting, diarrhea, and alopecia are also frequently observed.

Vinblastine is a more potent myelosuppressant compared to vincristine. Vinblastine is associated with peripheral neuropathy manifesting as paresthesias, hyporeflexia, ataxia and foot drop. Constipation is also more frequently observed in patients taking vincristine.  Inappropriate antidiuretic hormone secretion is also associated with vincristine. The anticonvulsants can increase the metabolism of vincristine, whereas the azole antifungal drugs can slow its metabolism. Granulocytopenia is dose limiting for vinblastine.

**Paclitaxel and docetaxel**

Paclitaxel or taxol, a mitotic inhibitor, is effective against many cancers.  It is a natural product isolated from *Taxus brevifolia* [98]. Docetaxel is a semi-synthetic analog of Taxol which is produced by substitution of a side chain.  It is more potent than paclitaxel. Another new promising anticancer agent cabazitaxel (Jevtana) is effective against breast and prostate cancer.  It is an FDA approved drug for the treatment of hormone-resistant metastatic prostate cancer after failure of docetaxel [99, 100].

Paclitaxel is an FDA approved anticancer agent for the following cancers:

- Breast cancer that is progressive or recurrent following initial therapy

- Non-small cell lung cancer in combination with cisplatin

- Second-line chemotherapy for Kaposi's sarcoma

- Advanced ovarian cancer

Compared to paclitaxel, docetaxel has fewer toxic effects and is FDA approved for the treatment of the following conditions:

- Breast cancer that is progressive or recurrent following initial therapy

- Non-small cell lung cancer, locally advanced or advanced, that is progressive or recurrent following previous platinum-based therapy.

- Inoperable advanced non-small cell lung cancer (in combination with cisplatin ) in patients who have not previously received chemotherapy for this condition

- Advanced metastatic prostate cancer in combination with prednisone

- Advanced stage gastric cancer, in combination with 5-fluorouracil (5-FU) and cisplatin, as initial therapy.

**Mechanism of action:**

Both paclitaxel and docetaxel are active in the G2/M phase of the cell cycle. They bind reversibly to the beta-tubulin subunit and encourage polymerization as well as polymer stabilization.  In contrast to vinca alkaloids, they enhance accumulation of microtubules. This results in formation of nonfunctional microtubules preventing chromosome desegregation during mitosis which ultimately leads to apoptosis.

**Resistance:**

Resistance is linked to the presence of amplified P-glycoprotein or a mutation in the structure of tubulin.

**Pharmacokinetics:**

These drugs have similar pharmacokinetics and are administered intravenously.  Both agents are well distributed in the body but cannot cross the blood-brain-barrier. Both drugs are metabolized in the liver by the CYP450 system.

They are excreted through the bile and ultimately eliminated in stool; therefore, dose should be suitably reduced in patients with poor liver function.  However, people with renal impairment do not need dose adjustments.  Thus, dose modification is not required in patients with renal dysfunction, but dosages should be lowered in patients with liver dysfunction.

**Adverse effects:**

Neutropenia is a common dose-limiting toxicity of both the drugs i.e. paclitaxel and docetaxel. The drugs should not be prescribed to patients with fewer than 1500 neutrophils/mm3. Treatment with filgrastim can reverse neutropenia and prevent complications related to neutropenia.  Peripheral neuropathy is also seen in patients taking these drugs.

Some patients taking paclitaxel can experience a transient, asymptomatic bradycardia.

Fluid retention is observed in patients taking docetaxel. Pretreatment with dexamethasone and diphenhydramine or an H2 blocker mitigates severe hypersensitivity reactions in a patient who is to be treated with paclitaxel.

| Drug combinations and known adverse effects from drug interactions | |
|---|---|
| **Drug Interacting with Docetaxel** | **Adverse Effects from Interaction** |
| Cisplatin | increased risk of delayed neuropathy |
| Cyclosporine, Dalfopristin, Erythromycin, Itraconazole, Ketoconazole, Quinupristin, Terfenadine, Troleandomycin | increased risk of docetaxel toxicity including some or all of; anemia, leucopoenia, thrombocytopenia, fever, diarrhea |
| Doxorubicin Hydrochloride | cholestatic jaundice and pseudomembranous colitis |
| Doxorubicin Hydrochloride Liposome | increased doxorubicin exposure |
| Vaccinations for; Bacillus of Calmette and Guerin, Measles, Mumps, Poliovirus, Rotavirus, Rubella, Smallpox, Typhoid, Varicella, Yellow Fever | increased risk of infection by live vaccine |
| Thalidomide | increased risk of venous thromboembolism |

**Selected microtubule-binding agents which have been approved or have undergone clinical evaluation**

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | Vincristine | ALL, lymphomas Various solid tumors | Various tumor types | Natural compound Generic Parenteral administration |
| | | Vinblastine | Lymphomas Various solid tumors | Various tumor types | Natural compound Generic Parenteral administration |
| | | Vinorelbine | Breast, NSCLC | Various tumor types | Semi-synthetic Generic Oral and parenteral administration |
| | | Vindesine | ALL, lymphoma Lung cancer | Various tumor types | Semi-synthetic Generic Parenteral administration |
| | | Vinflunine (Javlor®, Pierre Fabre) | Bladder | Breast in combination with Herceptin | Semi-synthetic Parenteral administration |
| | Vincas | Liposomal vincristine | - | leukemia melanoma, myeloma, sarcoma | Prolonged and regular delivery |
| Vinca | Dolastatins | soblidotin (TZT-1027) | - | Phase I in advanced solid tumors No ongoing | Responses in NSCLC and esophageal cancer |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | | | trials | |
| | | romidepsin Istodax® Gloucester Pharmaceuticals | Cutaneous T cell lymphoma | Myeloma, lymphoma, solid tumors | Dolastatin 15 analog |
| | | brentuximab vedotin (SGN 35) | - | Phase III trial recruiting in Hodgkin's disease | Antibody-vectorized agent directed against CD30 positive malignancies |
| | Cryptophycins | Cryptophycin 52 LY355703 | - | Phase II NSCLC Terminated | Caused significant neurological toxicity |
| | Halichondrin | Eribulin (E7389, NSC 707389) | - | Phase III in advanced breast cancer | Improved OS when compared to treatment of physician's choice |
| | Hemiasterlin | E-7974 | - | Phase I | Hematological MTD |
| | Maytansinoids | Mertansine immunoconjugates (BT-062, IMGN388, BIIB015) | - | Head and neck, esophagus, advance HER2 positive breast cancer, myeloma | Phase II and III underway |
| | Folate vectorized vinca alkaloid | EC-145 | | Ovarian, endometrial, lung cancer | Folate-targeted vinca alkaloid conjugate |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | Paclitaxel Taxol® | Ovarian, breast, NSCLC | Various solid tumor types | May induce hypersensitivity reactions |
| | | Docetaxel Taxotere® | Breast, NSCLC, prostate, stomach, head and neck | Various solid tumor types | May induce hypersensitivity reactions |
| | | cabazitaxel (XRP6258) Jevtana® | Metastatic hormone-resistant prostate | | Approved June 2010 |
| | | Milataxel (MAC-321, TL-139) | - | Phase II mesothelioma | Active in preclinical models of resistance to taxanes |
| | | Larotaxel (XRP9881) | - | Phase III pancreatic | Active in preclinical models of resistance to taxanes, poor MDR substrate 205–207. |
| | | Ortataxel IDN-5109 BAY 59-8862 | - | Phase II taxane-resistant tumors | Active in Pgp-expressing models 208 |
| Taxane | Taxanes | Tesetaxel | - | Phase II gastric | Oral administration |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | DJ-927 | | Phase II colorectal Phase II melanoma | Is not transported by Pgs 209,210 |
| | | BMS 275183 | - | Phase II NSCLC Terminated | Oral administration Unpredictable pharmacokinetics |
| | | TPI 287 (ARC-100) | - | Phase II prostate cancer Phase I pediatric CNS cancers | Investigated in neurological tumors in combination with temozolomide |
| | | Nab-paclitaxel (ABI-007) Abraxane® Abraxis Bioscience Nab-docetaxel (ABI-008) | Breast cancer | Various solid tumors Prostate cancer | Shorter infusion times than paclitaxel Does not require premedication |
| | | NKTR-105 | | Phase I | PEGylated formulation of docetaxel; pre-treatment with corticosteroids not required |
| | Epothilones | Ixabepilone Ixempra® Bristol Myers Squibb | Breast cancer | Solid tumors | Several ongoing trials in solid tumors Is not a substrate for Pgp |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | Patupilone (epothilone B) | - | Brain metastases in breast cancer, ovarian, melanoma, other solid tumors | Penetrates in the CNS Is not a substrate for Pgp possesses radiosensitizing properties |
| | | Sagopilone | - | Glioblastoma, prostate, lung cancers | First fully synthetic epothilone Penetrates in the CNS |
| | | KOS 1584 (epothilone D) | - | NSCLC Phase II | Investigated in breast and prostate cancer |
| | Discodermolide | - | - | Phase I Terminated | Pulmonary toxicity |
| | CI-980 | - | - | Phase II trials Terminated | No responses observed in sarcoma or colorectal cancer[211],[212] |
| Colchicine | 2 methoxy-estradiol (ME2) Panzem® EntreMed | - | - | Phase II in prostate, myeloma, glioblastoma | Endogenous metabolite of estradiol with no affinity for estrogen receptor Side effects: DVT and increased transaminases |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | 1069C85 | - | - | Phase I Terminated | Oral administration |
| | ABT 751 E7010 | - | - | Phase II in various solid tumors No ongoing trials | Orally bioavailable sulfonamide Neurotoxicity |
| | Indibulin | - | - | Phase I/II in metastatic breast cancer | Discriminates between neuronal and non-neuronal tubulin |
| | Combretastatins | Fosbretabulin (CA4 phosphate) | - | Phase II in lung and thyroid cancer, glioma | Vascular disrupting agent |
| | | Verubulin | | Phase II glioblastoma | Vascular disrupting agent |
| | | Crinobulin | - | Phase I | Vascular disrupting agent |
| | | Plinabulin | | Phase I | Vascular disrupting agent |
| | | Ombrabulin | - | Phase III in sarcoma | Vascular disrupting agent |
| | Noscapinoids | Noscapine | - | Phase II multiple myeloma | Oral opium alkaloid used as antitussive |
| Other | Estramustine | - | Prostate cancer | Combination with taxanes, | Generic Binds to |

| Binding domain | Family | Agent | Approved Indications * | Clinical trials | Comments |
|---|---|---|---|---|---|
| | | | | vincas, ixabepilone in prostate cancer | microtubule associated protein |

ALL: acute lymphoblastic leukemia; CNS: central nervous system; DVT: deep vein thrombosis; MTD: maximal tolerated dose; NSCLC: non-small cell lung cancer; OS: overall survival; Pgp: P glycoprotein

**Comparison of Antineoplastic microtubule-binding agents**

| Agent | Preparations | Mechanism of Action | Labeled Uses | Unlabeled Uses |
|---|---|---|---|---|
| **Cabazitaxel (Jevtana®)** | Injection, solution: 40 mg/mL (1.5 mL) | Taxane derivative; binds to tubulin, inhibits microtubule depolymerization, cell division, and tumor proliferation. Cabazitaxel has a poor affinity for multidrug resistance (MDR) proteins. | Treatment of hormone-refractory metastatic prostate cancer (in patients previously treated with a docetaxel-containing regimen) | N/A |
| **Docetaxel (Docefrez™, Taxotere®)** | Injection, powder for reconstitution: 20 mg, 80 mg<br><br>Injection, solution: 10 mg/mL (2 mL, 8 mL, 16 mL)<br><br>Injection, solution [concentrate]: 20 mg/mL (1 mL, 4 mL) | Promotes assembly of microtubules and inhibits the depolymerization of tubulin resulting in inhibition of DNA, RNA, and protein synthesis. Most active during the M phase. | Treatment of breast cancer (locally advanced/metastatic or adjuvant treatment of operable node-positive); locally-advanced or metastatic nonsmall cell lung cancer (NSCLC); hormone refractory, metastatic prostate cancer; advanced gastric adenocarcinoma; locally-advanced squamous cell head and neck cancer | Treatment of bladder cancer (metastatic), ovarian cancer, cervical cancer (relapsed), esophageal cancer, small cell lung cancer (relapsed), soft tissue sarcoma, Ewing's sarcoma, osteosarcoma, and unknown-primary adenocarcinoma |

| Estramustine (Emcyt®) | Capsule, oral: 140 mg | Combines the effects of estradiol and nitrogen mustard. It appears to bind to microtubule proteins, preventing normal tubulin function. The antitumor effect may be due solely to an estrogenic effect. Estramustine causes a marked decrease in plasma testosterone and an increase in estrogen levels. | Palliative treatment of progressive or metastatic prostate cancer | N/A |
|---|---|---|---|---|
| Ixabepilone (Ixempra®) | Injection, powder for reconstitution: 15 mg, 45 mg | Epothilone B analog; binds to beta-tubulin subunit of the microtubule and arrests the cell cycle (at the G2/M phase). Activity in taxane-resistant cells has been demonstrated. | Treatment of metastatic or locally-advanced breast cancer (refractory or resistant) | Treatment (second-line) of endometrial cancer |
| Paclitaxel (Taxol®, Abraxane®) | Injection, solution: 6 mg/mL (5 mL, 16.7 mL, 25 mL, 50 mL) | Promotes microtubule assembly, interferes with the late G2 mitotic phase, and inhibits cell replication. May | Treatment of breast, nonsmall cell lung, and ovarian cancers; treatment of AIDS-related Kaposi's sarcoma (KS) | Treatment of bladder, cervical, small cell lung, and head and neck cancers; treatment of |

|  |  | also suppress cell proliferation and modulate immune response. |  | (unknown primary)<br><br>adenocarcinoma |
|---|---|---|---|---|
|  | Abraxane®<br><br>Injection, powder for reconstitution: 100 mg [contains albumin (human)] |  | Treatment of refractory (metastatic) or relapsed (within 6 months of adjuvant therapy) breast cancer | Treatment of advanced<br><br>nonsmall cell lung cancer (NSCLC) |
| **Vinblastine (Velban®)** | Injection, powder for reconstitution, as sulfate: 10 mg<br><br>Injection, solution, as sulfate: 1 mg/mL (10 mL)3 | Binds to tubulin and inhibits microtubule formation; may also interfere with nucleic acid and protein synthesis. It is specific for the M and S phases. May also interfere with nucleic acid and protein synthesis. | Treatment of Hodgkin's and non-Hodgkin's lymphoma; testicular cancer; breast cancer; mycosis fungoides; Kaposi's sarcoma; histiocytosis (Letterer-Siwe disease); choriocarcinoma | Treatment of bladder cancer,<br><br>melanoma, nonsmall cell lung<br><br>cancer (NSCLC), ovarian cancer,<br><br>soft tissue sarcoma<br><br>(desmoid tumors) |

**Clinical practice guidelines for use of the microtubule-binding agents in chemotherapy regimens**

| Product | Indications | Guideline Recommendations |
|---|---|---|
| **Cabazitaxel (Jevtana®)** | Treatment of hormone-refractory metastatic prostate cancer | Recommended in patients with metastatic disease who were previously treated with a docetaxel-containing regimen (category 1).14 |
| **Docetaxel (Docefrez™, Taxotere®)** | Treatment of breast cancer | Recommended in patients with recurrent or metastatic disease as a single agent or in combination with pertuzumab +/- trastuzumab in HER2-positive disease.9<br><br>Recommended in patients with invasive disease as adjuvant therapy in combination with cyclophosphamide +/- doxorubicin, trastuzumab +/- carboplatin.9 |
|  | Treatment of locally-advanced or metastatic nonsmall cell lung cancer (NSCLC) | Recommended in patients with advanced or metastatic squamous cell carcinoma as maintenance therapy (category 2B) after a first-line treatment or as a second- or third-line treatment option in patients with disease progression.12<br><br>Recommended in patients with advanced or metastatic invasive disease as adjuvant therapy in combination with cisplatin.12 |
|  | Treatment of hormone refractory, metastatic prostate cancer | Recommended in treatment-naïve patients with advanced disease in combination with prednisone.14<br><br>Recommended in patients with metastatic disease with (category 1) or without symptoms.14 |
|  | Treatment of advanced gastric adenocarcinoma | Recommended in patients with metastatic or locally advanced disease as first-line treatment in combination with cisplatin (category 1) or carboplatin/oxaliplatin (category 2B) +/- 5-fluorouracil or as second-line treatment as a single agent (category 2B).10 |
|  | Treatment of locally-advanced squamous cell head and neck cancer | Recommended in patients with lip, oral, pharynx, larynx, or sinus diseases for induction and sequential chemotherapy in combination with cisplatin and 5-fluorouracil (category 1).11 |

|  |  | Recommended in patients with recurrent, unresectable, or metastatic disease in combination with cisplatin or carboplatin or as a single agent.11 |
|---|---|---|
| **Estramustine (Emcyt®)** | Palliative treatment of progressive or metastatic prostate cancer | May be used in combination with docetaxel; however, clinical evidence demonstrates the addition of estramustine to docetaxel may increase adverse events without improving efficacy.14 |
| **Ixabepilone (Ixempra®)** | Treatment of breast cancer | Recommended in patients with recurrent or metastatic disease as a single agent or in combination with capecitabine (category 2B).9 |
| **Paclitaxel (Taxol®, Abraxane®)** | Treatment of breast cancer | Recommended in patients with recurrent or metastatic disease as a single agent or in combination with bevacizumab or gemcitabine or doxorubicin.9<br><br>Recommended in patients with recurrent or metastatic disease HER2-positive disease in combination with trastuzumab and pertuzumab or carboplatin.9<br><br>Recommended in patients with invasive disease as adjuvant therapy following combination therapy with doxorubicin/cyclophosphamide or fluorouracil/epirubacin/cyclophosphamide +/- trastuzumab.9<br><br>Recommended in patients with invasive disease as neoadjuvant therapy following trastuzumab therapy and prior to combination therapy with fluorouracil/epirubacin/cyclophosphamide.9<br><br>May be used in pregnancy after the first trimester.9 |

## STEROID HORMONES AND THEIR ANTAGONISTS

Tumors are steroid hormones by nature and categorized as:

1. Hormone responsive tumors. They have reduced growth after therapy.

2.   Hormone dependent tumors: They shrink after removal of hormonal stimulus.

3.   Both: Tumors which are a blend of the above two mentioned types.

The treatment of sensitive tumors is hormone therapy. Drugs in high amount like prednisone can show cytotoxic impacts. Tamoxifen is given to breast cancer patients. This hormone works well only if cells have intracellular receptors.

**Prednisone**

**It is used for treating various cancers and has high impact. It is approved to give under the following situations:**

- Leukemias and lymphomas in matured patients

- Acute leukemia in children

- Hypercalcemia due to cancer and mycosis fungoides

- Vomiting and nausea

- Swelling

**Mechanism of action:**

It is active after being changed into prednisolone by 11- β-hydroxysteroid dehydrogenase.

**Resistance:**

It develops in absence of receptor protein.

.

**Pharmacokinetics:**

It diffuses well and changes into prednisolone in the liver. The next process is glucuronidation.

**Adverse effects:**

These include infection, ulcers, pancreatitis, hyperglycemia, cataract and glaucoma, osteoporosis and mood swings

**Tamoxifen**

It acts as an antagonist and resembles estrogen diethylstilbestrol. It is used to treat estrogen receptor–positive breast cancer. [101] It was earlier used for male breast cancer as well [102]. FDA approved its usage for these cancers. [103]

Its weak action is a selective estrogen-receptor modulator (SERM) and drug is usually given for 5 years.

**Mechanism of action:**

Tamoxifen blocks formation of a nuclear complex and stops DNA formation. The affects are cytotoxic and don't lead to apoptosis.

**Resistance:**

Dysfunctional hormone receptor causes resistance.

.

**Pharmacokinetics:**

When given orally, it breaks down into metabolite 4-hydroxytamoxifen. [104, 105] Tamoxifen might cause adverse effects in breast cancer patients. [106] CYP2D6 status is important to know before prescribing it. [107]

**Adverse effects:**

It resembles natural estrogen in side effects, which include osteoporosis, fatty liver or steatosis hepatic [109], endometrial cancer[110], cognition, [111], reduction in libido [112, 113], thromboembolism and vision problems.

| General side affects | Rarely seen side affects |
|---|---|
| <ul><li>Flushes</li><li>Fluid accumulation</li><li>Swelling  in body</li></ul> | <ul><li>Dizziness</li><li>Vaginal problems</li></ul> |

| | |
|---|---|
| • Vaginal problems, itching<br><br>• Weight changes<br><br>• Reduced libido level and affected sex life | • Mood changes<br><br>• Anxiety<br><br>• Affected skin and menstrual cycle |

**Aromatase inhibitors**

These are used for treating breast cancer and ovarian cancer as they block estrogens.

Aromatase inhibitors (AIs) are of two types. [114]

- Irreversible steroidal inhibitors: They are long lasting  and less toxic but have poor bioavailability. Examples are Formestane and exemestane.

- Non-steroidal inhibitors like anastrozole (Arimidex), blocks estrogen formation. They are strong. Examples are fadrozole, anastrozole and letrozole

**Classification of Aromatase Inhibitors**

**Aminoglutethimide:**

It is highly effective for breast cancer treatment as it stops formation of adrenal production. Aromatase inhibitors are considered better, as they stop hydrocortisone production as well. It works well for Cushing's syndrome [115].

Mechanism of action:

It acts in two ways:

1. Stopping enzyme aromatase [116] action.

2. Stops transformation of cholesterol into pregnenolone.

**Anastrozole and letrozole:**

**They are also used for breast cancer treatment under the following factors.**

- They are more potent.

- They have more selectivity.

- They don't need hydrocortisone supplementation.

- They don't have androgenic side effects.

They are given as secondary source of therapy in U.S. Letrozole is used for metastatic breast cancer. [117]

They are given orally and are strong. However, in pregnancy they should be avoided. [118]

**Exemestane**:

It is used for treating hormone-positive breast cancer. [119] It has 95 percent protein content that has 60 percent bioavailability with half-life of 27 hours. The side effects include nausea, hot flashes, depression, fatigue and bone pain, acne and hair fall out.

.

**Progestins**

It is used for treating repeated uterine or breast cancer. It acts as an agonist with half-life of 34 hours. [120] It reduces androgen receptor (AR) and the estrogen receptor (ER) [121-125] The side effects include weight gain, nausea, vomiting, impotence, edema, dyspnea, thrombophlebitis and pulmonary embolism. [126] Adrenal issues might also occur. [127]128] It should be avoided in pregnancy. [129]

**Leuprolide and goserelin**

These are available in various forms like:

- Lupron Depot; useful for advanced prostate cancer

- Viadur; useful for prostate cancer

- Eligard; useful for advanced prostate cancer

- Leupromer; useful for advanced prostate cancer, fibroids, and endometriosis

**Estrogens**

They are used for treating prostatic cancer. Examples are ethinyl estradiol or diethylstilbestrol. They stop LH synthesis. The side effects include thromboembolism [130], myocardial infarction (MI), strokes, and hypercalcemia. [130] Gynecomastia and impotence might also occur.

**Flutamide, nilutamide, and bicalutamide**

They are used for prostate cancer treatment. They are broken into active form 2-hydroxyflutamide or DHT that block adrenoreceptor [131, 132]. They are used long term. [133]

These are given orally. Bicalutamide is less hepatotoxic than flutamide and nilutamide, having a half-life of 6 days longer than the other two. Waste is excreted through urine. The side effects include gynecomastia and GI problems, liver failure and pneumonitis. [134]

**Development status of other small molecule antiandrogens**

| Name of compound | Company | Stage of development | Other information |
|---|---|---|---|
| RU58642 | Roussel-Uclaf SA | Preclinical – no further developments since 1998 | Orally active and more potent than current small molecular antiandrogens [135]. |
| LG120907 | Ligand Pharmaceuticals | Preclinical | Orally active, strong antagonistic activity in the prostate without raising plasma levels of LH and testosterone [136] |
| LG105 | Ligand Pharmaceuticals | Preclinical | Orally available, strong antagonistic activity in the prostate without raising plasma levels of LH and testosterone. Seems to be more potent than LG120907 [136]. |
| RD162 | Medivation | Preclinical | High binding affinity to AR. Unlike bicalutamide, it does not promote nuclear translocation and impairs both DNA binding to androgen response elements and recruitment of coactivators [137]. |
| Enzalutamide (MDV3100) | Medivation | Phase III clinical | High binding affinity to AR. Unlike bicalutamide, it does not promote nuclear translocation and impairs both DNA binding to androgen response elements and recruitment of coactivators [137]. Induces tumor cell apoptosis and has no agonist activity [138]. |

| BMS-641988 | Bristol-Myers Squibb | Phase I clinical – trial terminated | Showed increased potency compared to bicalutamide. Phase I trial was discontinued because of an epileptic seizure in a patient [139]. Led to the findings that several antiandrogens produce off-target antagonist binding to GABA-A receptors [140]. |
|---|---|---|---|
| CH5137291 | Chugai Pharmaceutical Co. Ltd. | Preclinical | Completely inhibits AR-mediated transactivation and proliferation of the CRPC xenograft model LNCaP-BC2, which is bicalutamide-resistant [141, 142]. |

**Natural products and their uses, dosages, and toxicities**

| Drug and its uses | Dosages | Toxicities |
|---|---|---|
| **Antitumor antibiotics**<br><br>**Bleomycin**<br><br>Testicular cancer HD, reticulum cell sarcoma, lymphosarcoma, squamous cell cancer of the head and neck, skin, cervix, vulva, and penis | 10-20 U/m2 given IV, IM, or SC weekly or twice weekly; maximum total dose, 400 U; a 2-U test dose should be given because of a possible anaphylactoid reaction | Pneumonitis and pulmonary fibrosis, fever and allergic reactions, anaphylaxis, hyperpigmentation, Raynaud's phenomenon, alopecia |
| **Dactinomycin**<br><br>Testicular cancer, gestational trophoblastic tumors, Wilms' tumor, rhabdomyosarcoma, Ewing's sarcoma | 0.010-0.015 mg/kg IV daily for 5 d every 3 wk (usual adult dose, 0.5 mg), or 2 mg/m2 IV as a single dose every 3-4 wk | Stomatitis, bone marrow depression, anorexia, nausea and vomiting, diarrhea, alopecia, skin changes, anaphylactoid reaction |

| | | |
|---|---|---|
| **Daunorubicin**<br><br>AML, ALL | Remission induction: 30-45 mg/m2/d IV for 3 d in combination therapy; total cumulative dose, 550 mg/m2 | Bone marrow depression, cardiotoxicity, alopecia, nausea and vomiting, diarrhea, stomatitis, fever, dermatitis at previously irradiated sites, red urine, anaphylactoid reaction |
| **DaunoXome**<br><br>(liposomal daunorubicin)<br><br>Kaposi's sarcoma | Liposomal preparation:<br><br>40 mg/m2 IV every 2 wk | Bone marrow depression, cardiotoxicity, stomatitis (continuous infusion), alopecia, nausea and vomiting, diarrhea, fever, dermatitis at previously irradiated sites, red urine, anaphylactoid reaction |
| | | Bone marrow depression,<br><br>hand-foot syndrome |
| **Doxorubicin**<br><br>ALL, AML, breast, ovarian, bladder cancers, HD, NHL, SCLC, gastric cancer, sarcoma, Wilms' tumor, neuroblastoma, thyroid cancer | 60-90 mg/m2 single IV injection every 21 d, 20-30 mg/m2/d IV for 3 d every 3-4 wk, or 20 mg/m2 IV weekly; total cumulative dose of 550 mg/m2; reduce dose for liver dysfunction | Bone marrow depression,<br><br>hand-foot syndrome |
| | 50 mg/m2 IV every 4 wk | Bone marrow depression, |

| | | cardiotoxicity, stomatitis, alopecia |
|---|---|---|
| **Doxil**<br><br>(liposomal doxorubicin) Ovarian cancer (refractory to paclitaxel-and platinum-based regimens), Kaposi's sarcoma | 20 mg/m2 IV every 3 wk | |
| **Epirubicin**<br>Breast cancer | 100 mg/m2 IV on day 1, or 60 mg/m2 IV on days 1 and 8 in combination therapy | Bone marrow depression, nausea and vomiting, stomatitis, alopecia, cardiotoxicity |
| | 12 mg/m2/d IV for 3 d every 3 wk in combination therapy | Bone marrow depression, cardiotoxicity, alopecia, stomatitis, nausea and vomiting, blue urine and sclera |
| **Idarubicin**<br>AML, CML (blast phase), ALL | Remission induction:<br><br>12 mg/m2/d IV for 3 days, in combination with Ara-C | Bone marrow depression (cumulative), nausea and vomiting, anorexia, alopecia, stomatitis, fever, pulmonary fibrosis |
| **Mitoxantrone**<br>AML, prostate, ALL, CML, stomach, breast and ovarian cancers | | Local bladder symptoms |
| | 20 mg/m2 IV every 6-8 wk as a single agent, or 5-10 mg/m2 IV every 6 wk in combination therapy | |
| **Mitomycin**<br>Gastric, colorectal, | | |

| | | |
|---|---|---|
| pancreatic adenocarcinomas, NSCLC, breast, uterine, cervical, and head and neck cancers | 800 mg IV once a week for 6 wk | |
| **Valrubicin**<br><br>Bladder | | |
| **Epipodophyllotoxins**<br><br>**Etoposide**<br><br>Testicular cancer<br><br>(refractory), SCLC, HD, NHL, AML, gestational trophoblastic tumors | Testicular: 50-100 mg/m2/d IV for 5 d, or 100 mg/m2/d IV on days 1, 3, and 5<br><br>Lung: 35-50 mg/m2/d IV for 5 d, or 100 mg/m2/d PO for 5 d<br><br>For both indications, given with combination therapy and repeated every 3-4 wk | Bone marrow depression, nausea and vomiting, diarrhea, fever, hypotension with rapid infusion, alopecia, rash |
| **Teniposide**<br><br>Relapsed ALL in children, SCLC | ALL: 100 mg/m2 once or twice weekly, or 20-60 mg/m2/d for 5 days in combination with Ara-C<br><br>Lung: 80-90 mg/m2/d for 5 days as a single agent | Bone marrow depression, nausea and vomiting, alopecia, hypotension with rapid infusion, increased liver enzymes |
| **Microtubule agents**<br><br>**Docetaxel**<br><br>Breast cancer (relapsed), | 60-100 mg/m2 IV over 1 hour every 21 days; or up to 42 mg/m2 IV every | Bone marrow depression, fluid retention, hypersensitivity reaction, paresthesias, rash, |

| | | |
|---|---|---|
| lung, ovarian, pancreatic cancer, head and neck, esophagus, stomach, cervical, Kaposi's sarcoma, uterine, prostate, and bladder | week | alopecia, myalgias |
| **Paclitaxel**<br><br>Ovarian cancer (relapsed), NSCLC (in combination with cisplatin), Kaposi's sarcoma, breast cancer (relapsed), head and neck, gastric, colon, esophagus, uterine, prostate, bladder cancers and melanomas | 135-175 mg/m2 by IV infusion (ranging from 3-96 h) every 3 wk; or 80 mg/m2 IV every week | Bone marrow depression peripheral neuropathy, alopecia, mucositis, anaphylaxis, dyspnea, myalgias |
| **Vinblastine**<br><br>HD, NHL, gestational trophoblastic tumors, testicular and breast cancers, mycosis fungoides, Kaposi's sarcoma, histiocytosis X, bladder and renal cancers, NSCLC, CML (blast crisis) | 4-12 mg/m2 IV as a single agent every 1-2 wk; titrate dose to myelosuppression; adjust for hepatic insufficiency | Bone marrow depression, nausea and vomiting, ileus, alopecia, stomatitis, myalgias, vesication |
| **Vincristine**<br><br>ALL, HD, NHL, rhabdomyosarcoma, neuroblastoma, Wilms' tumor, multiple myeloma, sarcomas, breast cancer | | |

| | | |
|---|---|---|
| **Vinorelbine**<br><br>NSCLC, breast, ovarian, head and neck cancers, HD | 0.4-1.4 mg/m2 IV weekly; maximum total dose, 2 mg/wk; reduce dose for hepatic insufficiency | Peripheral neuropathy**,** ileus, abdominal pain, SIADH, bone marrow depression (mild) |
| | 30 mg/m2 IV over 10 min; repeat weekly | Peripheral neuropathy, bone marrow depression, nausea and vomiting, hepatic dysfunction |
| **Camptothecin analogs**<br><br>**Irinotecan**<br><br>Colorectal cancer, lung, ovarian, and cervical cancers | 125 mg/m2 IV over 90 min once weekly for 4 wk; then 2 weeks rest; or 350 mg/m2 every 21 days | Bone marrow depression, diarrhea, nausea and vomiting, anorexia, weight loss |
| **Topotecan**<br><br>Ovarian cancer (relapsed), SCLC (relapsed), MDS, CMML | 1.5 mg/m2 IV over 30 min for 5 consecutive days at 21-d intervals | Bone marrow depression, fever, flu-like symptoms, nausea and vomiting |
| **Enzyme Asparaginase**<br><br>ALL, CML, AML | 6,000 IU/m2 IM 3 times weekly for 9 doses, or 100 IU/kg/d IV for 10 continuous days, starting on day 22 of treatment; usually given with<br><br>vincristine and | Allergic reactions (fever, chills,  skin rash, anaphylaxis), nausea and vomiting, anorexia, liver dysfunction, CNS depression, coagulopathy, hyperglycemia |

| | prednisone | |
|---|---|---|

ALL = acute lymphoblastic leukemia; AML = acute myelogenous leukemia; AUC = area under the curve; BMT = bone marrow transplantation; CLL = chronic lymphocytic leukemia; CML = chronic myelogenous leukemia; CMML = chronic myelomacrocytic leukemia; 5-FU = fluorouracil; GFR =glomerular filtration rate; HD = Hodgkin's disease; MDS = myelodysplastic syndromes; MOPP =mechlorethamine, Oncovin, procarbazine, and prednisone; NHL = non-Hodgkin's lymphoma; NSCLC= non–small-cell lung cancer; SIADH = syndrome of inappropriate antidiuretic hormone secretion; WBC = white blood cell

# MONOCLONAL ANTIBODIES

Paul Ehrlich first conceptualized the idea of using antibodies selectively against target tumors [143].  In 1975, the production of monoclonal antibodies was fructified with advent of hybridoma technology [144]. Monoclonal antibody-based treatment of cancer is now successfully being used for various types of cancers which include solid tumors and blood cancers. These agents have become one of the largest anticancer agents for the treatment of cancer in the last few years. Monoclonal antibodies have envisaged a great interest for anti-cancer therapy because the therapy is selective and can be directed against only tumor cells. They are created from B lymphocytes that are fused with "immortal" B-lymphocyte tumor cells forming a hybrid cell. These hybrid cells are individually cloned and each clone produces antibodies that are directed against a single antigen type. Recombinant technology has led to the evolution of "humanized" antibodies that have a better safety and efficacy profile than murine antibodies.

Some of the FDA approved monoclonal antibodies for the treatment of cancer include:

- Trastuzumab.

- Rituximab.

- Bevacizumab.

- Cetuximab.

- Gemtuzumab.

- Ozogamicin.

- Alemtuzumab.

- I131-tositumomab.

Mechanism of tumor cell killing by antibody

1. Direct tumor cell killing can be achieved by the following mechanisms:

Receptor agonist activity:  Cytotoxicity can be achieved by receptor agonist activity. Antibody binds to a cancer cell surface receptor and activates it which causes cell death or apoptosis.

Receptor antagonist activity: Direct tumor cell killing can also be mediated by receptor antagonist activity. In such cases, the antibody gets attached to a tumor cell surface receptor and then inhibits process related to cell division such as kinase activation, dimerization and downstream signaling. This leads to reduced cell divisions and ultimately apoptosis.

Antibody-directed enzyme:  An antibody binds to an enzyme resulting in neutralization, signaling abrogation and cell death.  Such conjugated antibodies deliver a cytotoxic agent to the tumor cells.

2. Immune-mediated tumor cell killing:  This process can be achieved by a number of mechanisms which include:

- Phagocytosis.

- Complement activation.

- Antibody-dependent cellular cytotoxicity (ADCC).

- T cells being activated by antibody-mediated cross-presentation of antigen to dendritic cells.

- T cells that are genetically modified being targeted to the tumor by single-chain variable fragment (scFv).

- Inhibition of T cell inhibitory receptors, such as cytotoxic T lymphocyte-associated antigen 4 (CTLA4).

3. Vascular and stromal cell ablation may be achieved through a number of mechanisms which include:

- Vasculature receptor antagonism or ligand trapping.

- Stromal cell inhibition.

- Toxin delivery to stromal cells.

- Toxin delivery to the vasculature.

- Membrane attack complex or MAC.

- Major histocompatibility complex (MHC).

- Natural killer (NK) cells.

Anti-cancer monoclonal antibodies act on cancer cells in a number of ways which include:

- Radioimmunotherapy (RIT).  This technique uses radioactively conjugated murine antibodies to target cellular antigens of the cancer cells.  This technique is widely employed against lymphomas because the lymphoma cells are highly radio-sensitive.  Murine antibodies are highly immunogenic and are rapidly cleared from the body which limits radiation exposure. For example, tositumomab is highly effective in the treatment of non-Hodgkin's lymphoma.

- Antibody-directed enzyme prodrug therapy (ADEPT)[145]:  This therapy uses cancer associated monoclonal antibodies which are linked to a drug-activating enzyme. This enzyme selectively binds to tumor cells. Subsequently, aprodrug is administered which is converted into cytotoxic agent by the drug-activating enzymes which accumulate in the tumor.  This therapy holds a great promise for the future cancer treatment.

- Immunoliposomes are antibody-conjugated liposomes. This technique involves the use of antibody-coupled liposomesto target tumor cells. This technique is still in infancy.

| Monoclonal Antibody | Target | FDA-approved indication | Mechanisms of action |
|---|---|---|---|
| Trastuzumab (Herceptin; Genentech): humanized IgG1 | ERBB2 | ERBB2-positive breast cancer, as a single agent or in combination with chemotherapy for adjuvant or palliative treatment | Inhibition of ERBB2 signaling and ADCC |

| Monoclonal Antibody | Target | FDA-approved indication | Mechanisms of action |
|---|---|---|---|
| | | ERBB2-positive gastric or gastro-esophageal junction carcinoma as first-line treatment in combination with cisplatin and capecitabine or 5-fluorouracil | |
| Bevacizumab (Avastin; Genentech/Roche): humanized IgG1 | VEGF | For first-line and second-line treatment of metastatic colon cancer, in conjunction with 5-fluorouracil-based chemotherapy; for first-line treatment of advanced NSCLC, in combination with carboplatin and paclitaxel, in patients who have not yet received chemotherapy; as a single agent in adult patients with glioblastoma whose tumor has progressed after initial treatment; and in conjunction with IFNα to treat metastatic kidney cancer | Inhibition of VEGF signaling |
| Cetuximab (Erbitux; Bristol-Myers Squibb)‡: chimeric human–murine IgG1 | EGFR | In combination with radiation therapy for the initial treatment of locally or regionally advanced SCCHN; as a single agent for patients with SCCHN for whom prior platinum-based therapy has failed; and palliative treatment of pretreated metastatic EGFR-positive colorectal cancer | Inhibition of EGFR signaling and ADCC |
| Panitumumab (Vectibix; Amgen)‡: human IgG2 | EGFR | As a single agent for the treatment of pretreated EGFR-expressing, metastatic colorectal carcinoma | Inhibition of EGFR signaling |

| Monoclonal Antibody | Target | FDA-approved indication | Mechanisms of action |
|---|---|---|---|
| Ipilimumab (Yervoy; Bristol-Myers Squibb): IgG1 | CTLA4 | For the treatment of unresectable or metastatic melanoma | Inhibition of CTLA4 signaling |
| Rituximab (Mabthera; Roche): chimeric human–murine IgG1 | CD20 | For the treatment of CD20-positive B cell NHL and CLL, and for maintenance therapy for untreated follicular CD20-positive NHL | ADCC, direct induction of apoptosis and CDC |
| Alemtuzumab (Campath; Genzyme): humanized IgG1 | CD52 | As a single agent for the treatment of B cell chronic lymphocytic leukemia | Direct induction of apoptosis and CDC |
| Ofatumumab (Arzerra; Genmab): human IgG1 | CD20 | Treatment of patients with CLL refractory to fludarabine and alemtuzumab | ADCC and CDC |
| Gemtuzumab ozogamicin (Mylotarg; Wyeth): humanized IgG4 | CD33 | For the treatment of patients with CD33-positive acute myeloid leukemia in first relapse who are 60 years of age or older and who are not considered candidates for other cytotoxic chemotherapy; withdrawn from use in June 2010 | Delivery of toxic payload, calicheamicin toxin |
| Brentuximab vedotin (Adcetris; Seattle Genetics): chimeric IgG1 | CD30 | For the treatment of relapsed or refractory Hodgkin's lymphoma and systemic anaplastic lymphoma | Delivery of toxic payload, auristatin toxin |
| $^{90}$Y-labelled ibritumomab tiuxetan (Zevalin; IDEC Pharmaceuticals): murine IgG1 | CD20 | Treatment of relapsed or refractory, low-grade or follicular B cell NHL | Delivery of the radioisotope$^{90}$Y |

| Monoclonal Antibody | Target | FDA-approved indication | Mechanisms of action |
|---|---|---|---|
| | | Previously untreated follicular NHL in patients who achieve a partial or complete response to first-line chemotherapy | |
| $^{131}$I-labelled tositumomab (Bexxar; GlaxoSmithKline): murine IgG2 | CD20 | Treatment of patients with CD20 antigen-expressing relapsed or refractory, low-grade, follicular or transformed NHL | Delivery of the radioisotope$^{131}$I, ADCC and direct induction of apoptosis |

| Antigen category | Examples of antigens | Examples of therapeutic mAbs raised against these targets | Tumor types expressing antigen |
|---|---|---|---|
| Haematopoietic differentiation antigens | CD20 | Rituximab | Non-Hodgkin's lymphoma |
| | | Ibritumomab tiuxetan and tositumomab | Lymphoma |
| | CD30 | Brentuximab vedotin | Hodgkin's lymphoma |
| | CD33 | Gemtuzumab ozogamicin | Acute myelogenous leukemia |
| | CD52 | Alemtuzumab | Chronic lymphocytic leukemia |
| Glycoproteins expressed by solid tumors | EpCAM | IGN101 and adecatumumab | Epithelial tumors (breast, colon and lung) |
| | CEA | Labetuzumab | Breast, colon and lung tumors |
| | gpA33 | huA33 | Colorectal carcinoma |
| | Mucins | Pemtumomab and oregovomab | Breast, colon, lung and ovarian tumors |
| | TAG-72 | CC49 (minretumomab) | Breast, colon and lung tumors |
| | CAIX | cG250 | Renal cell carcinoma |
| | PSMA | J591 | Prostate carcinoma |
| | Folate-binding protein | MOv18 and MORAb-003 (farletuzumab) | Ovarian tumors |

| Antigen category | Examples of antigens | Examples of therapeutic mAbs raised against these targets | Tumor types expressing antigen |
|---|---|---|---|
| Glycolipids | Gangliosides (such as GD2, GD3 and GM2) | 3F8, ch14.18 and KW-2871 | Neuroectodermal tumors and some epithelial tumors |
| Carbohydrates | Le $^y$ | hu3S193 and IgN311 | Breast, colon, lung and prostate tumors |
| Targets of anti-angiogenic mAbs | VEGF | Bevacizumab | Tumor vasculature |
| | VEGFR | IM-2C6 and CDP791 | Epithelium-derived solid tumors |
| | Integrin αVβ3 | Etaracizumab | Tumor vasculature |
| | Integrin α5β1 | Volociximab | Tumor vasculature |
| Growth and differentiation signaling | EGFR | Cetuximab, panitumumab, nimotuzumab and 806 | Glioma, lung, breast, colon, and head and neck tumors |
| | ERBB2 | Trastuzumab and pertuzumab | Breast, colon, lung, ovarian and prostate tumors |
| | ERBB3 | MM-121 | Breast, colon, lung, ovarian and prostate, tumors |
| | MET | AMG 102, METMAB and SCH 900105 | Breast, ovary and lung tumors |
| | IGF1R | AVE1642, IMC-A12, MK-0646, R1507 and CP 751871 | Glioma, lung, breast, head and neck, prostate and thyroid cancer |

| Antigen category | Examples of antigens | Examples of therapeutic mAbs raised against these targets | Tumor types expressing antigen |
|---|---|---|---|
| | EPHA3 | KB004 and IIIA4 | Lung, kidney and colon tumors, melanoma, glioma and hematological malignancies |
| | TRAILR1 | Mapatumumab (HGS-ETR1) | Colon, lung and pancreas tumors and hematological malignancies |
| | TRAILR2 | HGS-ETR2 and CS-1008 | |
| | RANKL | Denosumab | Prostate cancer and bone metastases |
| Stromal and extracellular matrix antigens | FAP | Sibrotuzumab and F19 | Colon, breast, lung, pancreas, and head and neck tumors |
| | Tenascin | 81C6 | Glioma, breast and prostate tumors |

CAIX, carbonic anhydrase IX; CEA, carcinoembryonic antigen; EGFR, epidermal growth factor receptor; EpCAM, epithelial cell adhesion molecule; EPHA3, ephrin receptor A3; FAP, fibroblast activation protein; gpA33, glycoprotein A33; IGF1R, insulin-like growth factor 1 receptor; Le$^y$, Lewis Y antigen; mAbs, monoclonal antibodies; PSMA, prostate-specific membrane antigen; RANKL, receptor activator of nuclear factor-κB ligand; TAG-72, tumor-associated glycoprotein 72; TRAILR, tumor necrosis factor-related apoptosis-inducing ligand receptor; VEGF, vascular endothelial growth factor; VEGFR, VEGF receptor.

**Trastuzumab**

Approximately 30% of patients with metastatic breast cancer have overexpressed transmembrane human epidermal growth factor–receptor protein 2 (HER2) that prompts cells to replicate uncontrollably [146].

Trastuzumab, a recombinant DNA–produced, humanized monoclonal antibody, specifically interferes with the HER2/neu receptor [147].  It is beneficial as a single agent particularly in induction and maintenance therapy, but is used usually in conjunction with paclitaxel for patients with HER 2/neu–positive breast cancer [148, 149].

Trastuzumab binds to HER2 sites in breast cancer tissue and prevents proliferation of cells that overexpress the HER2 protein.  This decreases the number of cells in the S phase. Clinical trials are being conducted to assess safety and efficacy of trastuzumab in the treatment of several other cancers [150].  It has met partial success in the treatment of uterine papillary serous carcinomas that overexpress HER2/neu [151].

**Mechanism of action:**

Trastuzumab binds to domain IV of the [152] extracellular segment of the HER2/neu receptor, and thus, prevents proliferation of cells, particularly during the G1 phase of the cell cycle.  It is believed that trastuzumab also down-regulates HER2/neu which causes impaired receptor dimerization and signaling through the downstream PI3K cascade [153]. Additionally, trastuzumab suppresses angiogenesis both by stimulating antiangiogenic factors and suppressing proangiogenic factors. Trastuzumab also inhibits HER2/neu ectodomain cleavage in breast cancer cells, which are responsible for uncontrolled growth seen in cancer [154].

**Pharmacokinetics:**

Trastuzumabis administered intravenously and does not cross the blood-brain barrier. It has a low systemic clearance with a low volume of distribution.  The exact mechanism of drug metabolism and clearance are also not known.

**Adverse effects:**

Congestive heart failure is the most serious complication associated with trastuzumab [155].The toxicity and condition deteriorates if the drug is given in combination with

anthracycline. MUGA scan or echocardiography can be conducted to detect any cardiac changes during trastuzumab therapy. Trastuzumab should be prescribed with great caution to patients with preexisting cardiac diseases. Trastuzumab down-regulates neuregulin-1 (NRG-1), a glycoprotein that plays an important role in maintaining proper structure and function of cardiomyocytes.  Prolonged use of this drug can cause damage to cardiomyocytes leading to cardiac dysfunction [156]. Other prominent adverse effects include infusion-related fever and chills, headache, dizziness, abdominal pain, nausea, vomiting and back pain.  Trastuzumab should be given with caution in patients who have hypersensitivity to the Chinese hamster ovary cell components of the proteins or to benzyl alcohol.

| Common Side Effects | Less Common Side Effects |
|---|---|
| • Generalized pain.<br>• Nausea.<br>• Chills/fever during initial administration of drug.<br><br>• Generalized weakness | • Abdominal pain.<br>• Loss of appetite.<br>• Rash.<br>• Shortness of breath.<br>• Cough.<br>• Headache.<br>• Insomnia.<br>• Dizziness.<br>• Back pain.<br>• Vomiting.<br>• Diarrhea.<br>• Swelling of feet or lower legs.<br>• Flu-like syndrome.<br>• Sore throat.<br>• Infection. |

**Rituximab**

Rituximab, a genetically engineered, chimeric monoclonal antibody, is used in the treatment of variety of CD20+, B-cell non-Hodgkin's lymphoma (NHL).  It was the first FDA approved monoclonal antibody to treat B-cell NHL resistant to other chemotherapy regimens [157]. The drug is directed against the CD20 antigen that is present on the cell membrane of B lymphocytes (normal and malignant). CD20 plays a crucial role in activating cell-cycle initiation and cell differentiation. Rituximab is also prescribed for the treatment of chronic lymphocytic leukemia and post-transplant lymphoma.

**Mechanism of action:**

The Fab portion of rituximab binds to the CD20 antigen on the surface of B lymphocytes. It is believed that its Fc portion is responsible for inducing complement-dependent cytotoxicity (CDC) and antibody dependent cellular cytotoxicity (ADCC) of the B cells. The drug also increases MHC II and adhesion molecules LFA-1 and LFA-3 (lymphocyte function-associated antigen) and downregulates the B cell receptor.  All these processes result in apoptosis of CD20+ cells. The antibody is frequently used in combinations with other chemotherapeutic agents including vincristine, doxorubicin, cyclophosphamide, and prednisone.

**Pharmacokinetics:**

Rituximab is infused intravenously and has a cytotoxic effect on B cells causing a rapid reduction in number of B cells.

**Adverse effects:**

Severe adverse reactions from this can be life threatening and in some cases fatal. Some of the severe adverse effects of rituximab include:

- Severe infusion reaction

- Cardiac arrest

- Tumor lysis syndrome resulting in acute renal failure

- Cytokine release syndrome

- Infections such as progressive multifocal leukoencephalopathy (PML), viral infections and hepatitis B reactivation

- Severe immune toxicity, with severe depletion of B cells

- Pulmonary toxicity [158]

Rituximab should not be given in bolus, but should be infused slowly.  Chills and fever are frequently observed after the first infusion, particularly in patients with elevated levels of circulating cancer cells.  This condition triggers rapid complement activation which in turn releases tumor necrosis factor          .  Patient can experience hypotension, bronchospasm, and angioedema.  Cardiac arrhythmias are also observed. Tumor lysis syndrome acute renal failure can develop within 24 hours of initiating rituximab. Patient may require dialysis in such cases.  Approximately 10% of patients

taking this drug have leukopenia, thrombocytopenia, and neutropenia. Progressive multifocal leukoencephalopathy is reported in rare cases. This disease is caused by reactivation of latent JC virus that usually leads to death or severe brain damage [159].

**Bevacizumab**

Bevacizumab is a humanized monoclonal antibody that inhibits vascular endothelial growth factor A (VEGF-A) [160]. VEGF-A stimulates new blood vessel formation or angiogenesis in cancer. Bevacizumab binds to VEGF-A and prevents it to stimulate angiogenesis. This leads to reduction in the growth and spread of tumor cells.

**Indications:**

- Bevacizumab is used in combination with 5-FU–based chemotherapy as first- or second-line treatment of metastatic carcinoma of the colon or rectum.

- It is also used as first-line treatment of locally advanced, unresectable, recurrent or metastatic non-squamous non–small cell lung cancer in combination with carboplatin/paclitaxel.

- It is very effective as single-agent therapy for the treatment of recurrent glioblastoma.

- Bevacizumab is FDA approved in combination with interferon alfa for the treatment of metastatic renal cell carcinoma [161, 162].

In addition, recent clinical trials have shown that it increases progression-free survival in ovarian cancer [163]. The drug is also being studied for its safety and efficacy in the treatment of pediatric osteosarcoma [164].

**Dosage and Administration:**

Metastatic carcinoma of the colon or rectum: For adults, intravenous infusion 5 or 10 mg/kg every 14 days in combination with intravenous 5-FU–based chemotherapy. Its recommended dose is 5 mg/kg every 14 days when administered with irinotecan/5–FU/leucovorin and 10 mg/kg every 14 days when administered with 5–FU/leucovorin/oxaliplatin (FOLFOX4).

Metastatic renal cell carcinoma: For adults, intravenous infusion 10 mg/kg every 14 days in combination with interferon alfa.

Non-squamous non–small cell lung cancer: For adults, intravenous infusion 15 mg/kg every 21 days in combination with carboplatin and paclitaxel.

Glioblastoma:  For adults, intravenous infusion 10 mg/kg every 14 days.

Bevacizumab is infused intravenously. It has a half-life of approximately 20 days.

Adverse effects:

| Common But Mild Side Effects | Potentially Serious Side Effects |
|---|---|
| ▪ Hypertension | ▪ Gastrointestinal perforation |
| ▪ Diarrhea | ▪ Serious bleeding |
| ▪ Stomatitis | ▪ Fistula |
| ▪ Nosebleeds | ▪ Stroke |
| ▪ Headache | ▪ Surgery and wound-healing complications |
| ▪ Nasal inflammation | ▪ Cardiac problems |
| ▪ Proteinuria | ▪ Severe hypertension |
| ▪ Changes in taste | ▪ Nervous system or vision problems |
| ▪ Xerosis or dry skin | ▪ Kidney problems |
| ▪ Rectal bleeding | ▪ Infusion reactions |
| ▪ Back pain | ▪ Fertility problems in women (loss of ovarian function) |

**Cetuximab**

Cetuximab is a chimeric monoclonal antibody used for the treatment of various types of cancer including colorectal and head and neck cancer.  The drug competitively targets and inhibits binding of epidermal growth factor receptor (EGFR). EGFR is a protein present on the surface of some cells and is vital for cellular growth, replication and spread.  Cetuximab inhibits the growth and survival of tumor cells that over-express the EGFR.  These cells are particularly present in rectum and colon. It is also important to note that cetuximab is effective only if KRAS is normal (wild type).  KRAS acts as a molecular on/off switch for cellular growth.  In case the KRAS is mutated, the KRAS sends a signal to cells to replicate uncontrollably, even if EGFR has been blocked by cetuximab. KRAS mutation is predictive of a very poor response to cetuximab therapy in colorectal cancer [165].  A genetic test for the KRAS mutation is necessary for initiating Erbitux and panitumumab treatment of colon cancer [166]. Recently, the FDA approved a real time PCR companion diagnostic test for KRAS, the therascreen KRAS test [167].

Cetuximab is used for the treatment of the following cancers:

1. Advanced colorectal cancer.  Cetuximab is prescribed in combination with irinotecan for the treatment of EGFR-expressing, KRAS wild-type, metastatic colorectal cancer in patients who are refractory to irinotecan-based chemotherapy. It is also effective as a single agent for the treatment of EGFR-expressing, KRAS wild-type, metastatic colorectal cancer in patients who are intolerant to irinotecan-based chemotherapy.

2. Head and neck cancer. Cetuximab is prescribed in combination with radiation therapy for patients with locally or regionally advanced squamous cell head and neck cancer, or is used as a single agent in the treatment of metastatic or recurrent squamous cell head and neck cancer if the cancer progresses following prior platinum-based chemotherapy.

Cetuximab is administered intravenously. Its half-life is 114 hours.

Cetuximab can cause difficulty in breathing and low blood pressure during the first treatment, and interstitial lung disease has generally been reversible [168]. Other common side effects include rash, fever, constipation, photosensitivity, hypomagnesemia, abdominal pain and cardiac toxicity [169].

| Common Side Effects | Less Common Side Effects |
|---|---|
| • Acneform rash, dry skin<br><br>• Generalized fatigue or weakness<br>• Diarrhea<br>• Abdominal Pain<br>• Nausea<br>• Vomiting<br>• Fever<br>• Constipation | • Infusion reaction (fever, chills, difficulty breathing, change in blood pressure)<br>• Itching<br>• Infection<br>• Back pain<br>• Headache<br>• Mouth sores<br>• Lack of appetite<br>• Low white blood cell levels (increased risk of infection)<br>• Low red blood cell levels (increased risk of anemia)<br>• Increased cough<br>• Weight loss<br>• Swelling of extremities<br>• Insomnia<br>• Nail disorder with swelling of the lateral nail folds of the fingers and toes |

## OTHER CHEMOTHERAPEUTIC AGENTS

### Platinum coordination complexes

The platinum coordination complexes are anticancer agents that are similar to alkylating agents, but have distinctive features.  They exert their anticancer activity by cross linking of DNA molecules, which subsequently inhibit DNA replication and causes splitting of DNA strands and miscoding.  This whole process leads to impaired RNA and protein synthesis and ultimately apoptosis.

### Cisplatin

Cisplatin was the first member of the platinum coordination complex class that was approved by the FDA for treatment of various types of cancers. Cisplatin crosslinks DNA inhibiting DNA replication and ultimately leads to apoptosis.

Cisplatin is indicated in the following conditions:

- Metastatic testicular cancers:  It is used in combination therapy with VBL and bleomycin in patients with metastatic testicular tumors who have already undergone appropriate surgery or radiotherapy.

- Metastatic ovarian cancers:  It is used in combination therapy with cyclophosphamide in patients with metastatic ovarian tumors who have already undergone appropriate surgery or radiotherapy.  An established combination consists of Cisplatin and cyclophosphamide. Cisplatin, as a single agent, is used as secondary therapy in patients with metastatic ovarian tumors refractory to standard chemotherapy who have not previously received Cisplatin Injection therapy.

- Advanced Bladder Cancer: Cisplatin is used as a single agent for patients with transitional cell bladder cancer which is no longer amenable to local treatments, such as surgery and/or radiotherapy.

Cisplatin exerts synergistic cytotoxic effect with radiation and other anticancer drugs.

Cisplatin is the most commonly used anticancer agent in the United States [170].

Cisplatin is administered intravenously.  It is more than 95% covalently protein bound with half-life of 30-100 hours.  It is excreted by the kidney.

Adverse Effects: Cisplatin can cause severe, persistent vomiting. Premedication with antiemetic agents is helpful in controlling the symptom.  The major dose-limiting toxicity is nephrotoxicity [171] because of severe renal tubular damage and reduction in glomerular filtration. Nephrotoxicity can be controlled with aggressive hydration and diuresis.  Patients can also develop hypomagnesemia and hypocalcemia.  Majority of patients treated with cisplatin exhibit some level of ototoxicity, which is cumulative and in some cases irreversible.  Patients suspected of ototoxicity should be monitored with audiometry test. It can also cause profound bone marrow suppression [172].

Neurotoxicity caused by the cisplatin is characterized by painful paresthesias, numbness, and loss of proprioception. Prolonged treatment with cisplatin can lead to mild hematologic toxicity.

| Common Side Effects | Less Common Side Effects |
|---|---|
| • Leukopenia – increased risk of infection<br>• Anemia | • Numbness or tingling of the hands or feet or extremities |

| • Thrombocytopenia – increased risk of bleeding • Nausea and vomiting • Abnormalities in electrolyte levels • Kidney damage, which is usually reversible | • Hearing loss • Tinnitus • Loss of appetite • Abnormalities in taste (metallic taste) • Abnormal liver function test • Infertility • Alopecia |
| --- | --- |

**Carboplatin**

Carboplatin is platinum-based anticancer drug that is used against various types of cancer including ovarian carcinoma, lung carcinoma, and head and neck cancer [173].

Its mechanism of action is similar to cisplatin.  It interacts with DNA synthesis inhibiting cell division. This whole process leads to impaired RNA and protein synthesis and ultimately apoptosis.  Carboplatin is not plasma bound. Its half-life is around 5 days.  It is predominantly eliminated through the kidneys. Carboplatin is indicated for advanced ovarian cancer as initial treatment in combination with other chemotherapeutic drugs, and as treatment for recurrent ovarian cancer.

Adverse Effects:

Bone marrow suppression is dose-dependent and dose-limiting toxicity of carboplatin. Leukopenia, neutropenia, and thrombocytopenia are seen in patients with bone marrow suppression.  It is therefore prudent to monitor peripheral blood counts in patients taking carboplatin.  Incidence of myelosuppression is higher in patients who have received prior cisplatin therapy and with kidney dysfunction. Dose reduction is necessary in such patients. Compared to cisplatin, carboplatin is less nephrotoxic; however, concomitant treatment with aminoglycosides increases the probability of renal and ototoxicity. Vomiting is also common but can be reduced by premedicating the patient before initiating cisplatin therapy.  Peripheral neurotoxicity is not common, but the incidence increases in elderly.  Vision impairments are also seen in patients taking this drug.  In some cases, high dose carboplatin have caused hepatotoxicity.

**Oxaliplatin**

Oxaliplatin is a platinum-based antineoplastic agent that is used in cancer for the treatment of advanced colorectal cancer [174]. Its mechanism of action is similar to

cisplatin.  It forms inter- and intra- strand cross links in DNA [175] that inhibit DNA replication and transcription, resulting in cell apoptosis.

Oxaliplatin is used in combination with 5-FU/leucovorin for:

- Adjuvant treatment of stage III colon cancer in patients who had complete resection of the primary tumor.

- Treatment of advanced colorectal cancer.

Adverse Effects: Oxaliplatin is comparatively less ototoxic and nephrotoxic than cisplatin and carboplatin [176]. Neurotoxicity caused by oxaliplatin is dose-limiting toxicity.  It is characterized by paresthesias, hypoesthesias and dysesthesias, but in some cases loss of proprioception is also observed. Other side effects are nausea, vomiting, hypokalemia, fatigue and extravasation.

| Agent | FDA Approval | Indications | Dose-Adults |
|---|---|---|---|
| carboplatin (Paraplatin®)<br><br>injection (10 mg/ml) | 3/1989 | • Advanced ovarian cancer – initial therapy<br><br>• Advanced ovarian cancer – secondary therapy | • 360 mg/m2 IV once every 4 weeks<br><br>• 300 mg/m2 once every 4 weeks in combination with cyclophosphamide |
| cisplatin (Platinol® - AQ)<br><br>injection (1 mg/ml) | 12/1978 | • Metastatic testicular cancer<br><br>• Metastatic ovarian cancer<br><br>• Advanced bladder cancer | • 20 mg/m2 IV daily x 5 days<br><br>• 75 to 100 mg/m2 IV once every 4 weeks<br><br>• 50 to 75 mg/m2 once every 3 to 4 weeks |
| oxaliplatin (Eloxatin®)<br><br>injection  (50 mg,  100  mg vials) | 8/2002 | • Adjuvant therapy in stage III colon cancer after resection.<br><br>• Advanced colorectal | • 85 mg/m2 IV every two weeks in combination with fluorouracil and leucovorin |

|  |  | cancer |  |
|---|---|---|---|

**Irinotecan and topotecan**

Irinotecan and topotecan are semisynthetic derivatives of camptothecin, an anticancer drug. Topotecan is the first topoisomerase I inhibitor which is administered orally.

Topotecan is employed for the treatment of ovarian cancer [177] and small-cell lung cancer [178, 179], both of which have failed primary therapies. Topotecan is used for the treatment of cervical cancer in combination with cisplatin in patients who have received at least one prior therapy [180, 181]. Irinotecan is a potent topoisomerase 1 inhibitor that prevents unwinding of DNA chain. Irinotecan is used as a first-line drug in combination with 5-FU and leucovorin for the treatment of metastatic colon or rectal cancer.

Mechanism of action: Both the drugs target are S-phase of the cell cycle. They are potent topoisomerase 1 inhibitor, which is essential for DNA replication.

Irinotecan is activated to its active metabolite SN-38 by the process of hydrolysis. SN is a 1000 times more potent inhibitor of topoisomerase I. The inhibition of topoisomerase prevents DNA replication and transcription, which ultimately leads to apoptosis.

Resistance**:** Several mechanisms are responsible for the development of resistance which includes:

- Increased drug efflux out of the cell

- Decreased ability to convert irinotecan to its active metabolite SN-38

- Down-regulation or mutation in topoisomerase I

Pharmacokinetics**:** Both **t**opotecan and irinotecan are administered intravenously. Hydrolysis of the lactone ring present in these drugs inactivates drug activity.

Both the drugs and their active metabolites are metabolized in the liver.  They are eliminated in urine. Therefore, the dose modification is required in patients with poor kidney function.

Adverse effects: Bone marrow suppression, especially neutropenia, is the dose-limiting toxicity for topotecan. Peripheral blood counts should be periodically monitored on patients taking these drugs.

Topotecan should be avoided in neutropenic patients with baseline neutrophil count of less than 1500 cells/mm3 as this could lead to life-threatening infections, sepsis and death. Anemia and thrombocytopenia may also develop in these patients.

Other prominent side effects include diarrhea, nausea, vomiting, and alopecia.

Myelosuppression is also observed with irinotecan. It can also cause delayed diarrhea, which may be severe and require aggressive treatment with loperamide.

**Etoposide**

Etoposide, a potent topoisomerase inhibitor, is a cytotoxic agent which is derived from the plant alkaloid, podophyllotoxin. Etoposide inhibit enzyme topoisomerase II in the late S to G2 phase of the cell cycle.  These enzymes play an important role in DNA synthesis. This prevents DNA strands to re-ligate leading to breakage of DNA strands.  The drug targets more cancer cells as they divide more rapidly than healthy cells. This leads to impaired DNA synthesis and ultimately apoptosis.

Etoposide is FDA approved in combination chemotherapy, particularly with bleomycin for the treatment of:

• Testicular cancer that is refractory to standard treatments and has already been treated with appropriate surgery, chemotherapy and/or radiation therapy.
• Initial treatment of small cell lung cancer

It is also effective in the treatment of Kaposi's sarcoma, Ewing's sarcoma, certain lymphomas, and glioblastoma multiforme. It is also administered prior to a bone marrow or blood stem cell transplant [182].

Resistance to etoposide develops predominantly due to two factors:

1. Presence of the multidrug-resistant P-glycoprotein

2. Mutation of the enzyme topoisomerase II

Etoposide is administered orally as well as intravenously. It is highly bound to plasma proteins and distributes well throughout the body; however, it is unable to cross the blood brain barrier. It is metabolized predominantly in the liver. Its metabolites are converted to glucuronide and sulfate conjugates.  Etoposide and its metabolites are excreted through renal and fecal routes.

| Common Side Effects | Less Common Side Effects |
|---|---|
| • Hypotension<br>• Alopecia<br>• Pain and burning at the IV site<br>• Bone marrow suppression leading to leukopenia, anemia, thrombocytopenia | • Nausea<br><br>• Vomiting<br>• Rash<br>• Mouth sores<br>• Acute myeloid leukemia<br>• Fever |

Dose-limiting myelosuppression (primarily leukopenia) is also seen with this drug.

**Teniposide**

Teniposide (Vumon, VM 26), a potent topoisomerase inhibitor, is a podophyllotoxin derivative which is used as a second-line agent in the treatment of childhood acute lymphocytic leukemia (ALL).  It is also effective against gliomas and neuroblastomas. Teniposide inhibits topoisomerase leading to single- and double- stranded breaks in DNA and DNA-protein cross-links.  This leads to impaired DNA synthesis and ultimately apoptosis.

Teniposide is administered intravenously. It is mostly highly bound to plasma proteins.  It distributes well throughout the body, but unable to cross the blood brain barrier.

Teniposide is metabolized in the liver where it is converted to glucuronide and sulfate conjugates. Its metabolism is increased with drugs that induce the CYP450 system in the liver.  The drug and its metabolites are excreted in urine. Teniposide can lead to dose-limiting myelosuppression, primarily leukopenia. Other major side effects are nausea, vomiting, alopecia, and anaphylactic reactions.

**Imatinib**

Imatinib mesylate (Gleevec), a competitive tyrosine-kinase inhibitor, is used in the treatment of several types of cancers. Imatinib blocks BCR-ABL, a central tyrosine kinase enzyme, from phosphorylating subsequent proteins and initiating the signaling cascade essential to the development of cancer [183]. Imatinib targets only the cancer cells [184] and spares healthy cells as the BCR-ABL tyrosine kinase enzyme is present only in cancer cells. It also inhibits c-Kit and the platelet-derived growth factor receptor (PDGFR). Imatinib has the advantage over interferon-alpha that it can be given orally. It also produces quicker hematologic response than the combination of interferon-alpha and cytarabine.

Resistance can develop because of many factors which include:

- Increased efflux because of increased multidrug-resistance protein

- Amplification of the BCR-ABL gene

Imatinib is rapidly absorbed orally. Its bioavailability is approximately 98%. It is metabolized extensively in the liver by a number of enzymes of the CYP450 system. It is converted in to its active metabolite, N-demethyl derivative.  It is eliminated predominantly in the bile and feces.  The half-life of the drug is 18 hours; where as its main metabolite has a half-life of 40 hours.

Imatinib is FDA approved as first-line treatment in multiple Ph-positive cases CML, including after stem cell transplant, in blast crisis, and newly diagnosed [185].

It is very effective in the treatment of advanced gastrointestinal stromal tumors (GIST).

It is also FDA approved for preventing recurrence of KIT-positive tumors after the surgical removal of these tumors [186]. It also prescribed for unresectable KIT-positive gastrointestinal stromal tumors [185]. Imatinib is also beneficial in the treatment for FIP1L1-PDGFRalpha+ mast cell disease, hypereosinophilic syndrome, and dermatofibrosarcoma protuberans [187].

**Side effects of imatinib**

| Common Side Effects | Less Common Side Effects |
| --- | --- |

| | |
|---|---|
| • Leukopenia – increases risk of infection<br>• Low RBCs or red blood cell levels – increases risk of anemia<br>• Low platelet levels or thrombocytopenia – increases risk of bleeding<br>• Nausea and vomiting<br>• Fluid retention<br>• Diarrhea<br>• Bleeding (hemorrhage)<br>• Fever<br>• Rash<br>• Muscle cramps<br>• Bone pain | • Night sweats<br>• Nose bleeds<br>• Dyspnea or shortness of breath<br>• Weight gain<br>• Loss of appetite<br>• Headache<br>• Dizziness<br>• Insomnia<br>• Generalized fatigue<br>• Heartburn<br>• Abdominal pain<br>• Constipation<br>• Cough<br>• Joint or muscle pain<br>• Throat pain<br>• Hepatotoxicity, change in liver function tests |

**Gefitinib**

Gefitinib is a selective EGFR (epidermal growth factor receptor) inhibitor that is used in the treatment of lung carcinoma.  It is FDA approved for the treatment of locally advanced or metastatic non-small cell lung cancer that has progressed or not responded following treatment with platinum and taxanes-based therapies.

EGFR is overexpressed in certain lung and breast cancers. The overexpression of EGFR triggers inappropriate activation of the anti-apoptotic Ras signaling cascade, which induces uncontrolled cell proliferation. It is believed that the gefitinib-sensitive cancer have a mutation in the EGFR tyrosine kinase domain, which activates anti-apoptotic pathways [188, 189]. Gefitinib binds to the adenosine triphosphate (ATP)-binding site of the enzyme and inhibits EGFR tyrosine kinase. This inhibition prevents activation of the anti-apoptotic Ras signal transduction cascade, and malignant cells do not divide in an uncontrolled fashion [190].

Gefitinib is administered orally, typically once per day. It is absorbed after taking orally with bioavailability of around 60%. Its half-life is 6-49 hours.  It is predominantly excreted via fecal route. Gefitinib is a selective anticancer agent; therefore, it is tolerated very well compared to majority of other cytotoxic agents. The most frequently observed adverse effect is acne.  Nausea, vomiting, anorexia, asthenia and blepharitis are also

common [191].  Interstitial lung disease is a rare but life threatening adverse effect of this drug.


**Procarbazine**

Procarbazine, an alkylating agent, is a chemotherapeutic agent that is FDA approved for the treatment of advanced Hodgkin's disease, in combination with other anticancer drugs. It is also used to treat malignant glioma, in combination with other chemotherapeutic agents. The drug undergoes a number of oxidative reactions to produce cytotoxic action. It inhibits the production of DNA, RNA, and protein which ultimately leads to cell death or apoptosis. Procarbazine and its metabolites are mainly excreted by the kidney.


Procarbazine rapidly distributes in the plasma as well as the CSF after oral or parenteral administration.  It is metabolized in the liver and kidney. Its half-life is approximately 10 minutes.  It causes bone marrow depression.  Other common adverse effects include nausea, vomiting, and diarrhea. Procarbazine is also neurotoxic and can cause drowsiness, hallucinations and paresthesias. It should not be taken with alcohol, as it may cause a disulfiram-like reaction. The drug inhibits monoamineoxidase and can cause hypertensive crisis if tyramine rich food such as aged cheeses and wine is ingested with it. Pregnant women should avoid procarbazine as it is both mutagenic and teratogenic.


| Common Side Effects | Less Common Side Effects |
|---|---|
| • Leukopenia – increases risk of infection<br>• Low RBCs or red blood cell levels – increases risk of anemia<br>• Low platelet levels or thrombocytopenia – increases risk of bleeding<br>• Nausea<br><br>• Vomiting | • Mouth sores<br>• Diarrhea<br>• Constipation<br>• Flu-like symptoms<br>• Loss of hair<br>• Allergic-type reaction<br>• Infertility<br>• Central neurotoxicity which manifests as loss of balance, drowsiness, dizziness, headache, confusion |


**L-Asparaginase**

L-Asparaginase is a potent anticancer agent that catalyzes the deamination of asparagine to aspartic acid and ammonia in leukemic cells leading to depletion of amino acid resulting in impaired protein synthesis, which leads to cell cycle arrest in the G1 phase. Ultimately, apoptosis is triggered in susceptible tumor cells.

L-Asparaginase is used to treat childhood acute lymphocytic leukemia in combination with vincristine and prednisone. Resistance to the drug develops because of increased ability of cancer cells to produce asparagine. The enzyme can be given intravenously or intramuscularly.  It is not given orally because the enzyme disintegrates in the stomach due to gastric enzymes. L-Asparaginase can cause hypersensitive reactions as it is a foreign protein. In rare cases it can also lead to anaphylaxis [192].  Other adverse effects include coagulopathy, liver abnormalities and pancreatitis.  Bone marrow suppression is common.

**Interferons**

Interferons are immune cytokines used in the treatment for many types of solid tumors and hematological malignancies. Interferons are effective in the treatment of melanoma, AIDS-related Kaposi's sarcoma, follicular lymphoma, hairy cell leukemia, renal cell carcinoma, and chronic myelogenous leukemia.  They have been classified into three types α, β, and γ depending on the nature of their antigenicity. Alpha or α interferons are primarily leukocytic, whereas the β and γ interferons are produced by connective tissue fibroblasts and T lymphocytes, respectively. New sophisticated recombinant DNA techniques have evolved in the last few years that have enabled industrial production of interferons.

Interferons α and  β are classified as type I as they bind to interferon cell surface receptors type 1. These interferons have different binding affinities, but have similar biological effects [193].  Interferon γ is type II because it binds only to type 2 receptors. Leukocytes produce interferon α, fibroblasts produce interferon β , and activated T-cells and natural killer cells produce interferon γ . [194].

**Types of Interferons**

| IFN type | Trade name | Manufacturing technique | FDA-approved indications |
|---|---|---|---|
| IFN-α2a | Roferon A | rDNA | NHL |
| | | | Hairy cell leukemia |
| | | | CML |
| | | | AIDS-related KS |
| | | | Chronic hepatitis C |
| IFN-α2b | Intron A | rDNA | Follicular lymphoma |
| | | | Hairy cell leukemia |
| | | | AIDS-related KS |
| | | | Malignant melanoma |
| | | | Condyloma accuminata |
| | | | Chronic hepatitis B |
| | | | Chronic hepatitis C |
| IFN alfacon-1 | Infergen | rDNA | Chronic hepatitis C |
| IFN-αn3 | Alferon N | Purified from human leukocytes | Condyloma accuminata |
| IFN-β1a | Avonex | rDNA (Chinese hamster ovary cells) | Relapsing-remitting MS |
| IFN-β1b | Betaseron | rDNA (*E. coli*) | Relapsing-remitting MS |
| IFN-γ | Actimmune | rDNA | Chronic granulomatous disease |

**Interferon ∝-2a (Roferon-A)**

Interferon ∝-2a is a highly purified protein extracted from the bacteria Escherichia coli.

It is indicated in the treatment of hairy cell leukemia, Kaposi's sarcoma, chronic-phase Philadelphia (Ph), chromosome-positive chronic myelogenous leukemia (CML) and chronic hepatitis C. It is an effective immunomodulator, antineoplastic, and antiviral agent.

IFN ∝-2a is administered subcutaneously or intramuscularly. It is eliminated predominantly by the kidney where it undergoes proteolytic degradation during renal tubular reabsorption. Its mean half-life is 5.1 hours. It is not cleared by hemodialysis. Hematologic adverse reactions are common and are dose-dependent and disease-dependent. Neutropenia is common. Leukopenia, neutropenia and thrombocytopenia are particularly common in patients with AIDS-related Kaposi's sarcoma who are undergoing IFN ∝-2a treatment. Severe or life-threatening anemia or thrombocytopenia is seen in CML patients who are undergoing IFN ∝-2a therapy. These changes are reversible if the interferon therapy is discontinued.

**Interferon ∝-2b (Intron A)**

Interferon ∝-2b is a highly purified protein which is used in the treatment of hairy cell leukemia, AIDS-related Kaposi's sarcoma, malignant melanoma and follicular non-Hodgkin's lymphoma. It is also effective in the treatment of chronic hepatitis B & C, and condylomata acuminate. Interferon ∝-2b is administered intravenously (IV), intramuscularly (IM) or subcutaneously. Its half-life is approximately 2 hours. It is metabolized in the kidney.

Adverse effects are similar to interferon ∝-2a and are generally mild to moderate. Majority of adverse effects are transient in nature.

| Interferon α -2a and α-2b Approved Indications, Route of Administration and Dosage | |
|---|---|
| Interferon α 2a | Interferon α -2b |
| Hairy cell leukemia<br>Adult: For induction, 3 MIU SC/IM QD | Hairy cell leukemia<br>Adult: For induction and maintenance 2 MIU/m$^2$ IM/SC, |

| | |
|---|---|
| for 16 weeks. For maintenance, 3 MIU SC/IM TIW.<br><br><br>AIDS-related Kaposi's sarcoma<br>Adult: for induction, 36 MIU SC/IM<br>QD for 10 weeks. For maintenance, 36 MIU SC/IM TIW.<br><br>Ph chromosome-positive CML<br>Adult: 3 MIU QD for 3 days, then 6 MIU for three days, then 9 MIU for<br>duration of treatment.<br><br>Chronic hepatitis C<br>Adult: 3 MIU SC/IM TIW for 12 months. | TIW for six months, or more.<br><br>AIDS-related Kaposi's sarcoma<br>Adult: 30 MIU/m$^2$ SC/IM TIW.<br><br>Condylomata acuminata (genital or venereal warts)<br>Adult:1 MIU each lesion intralesionally TIW for three weeks.<br><br>Chronic hepatitis B<br>Adult: 30 MIU weekly IM/SC, administered as 5 MIU daily or 10 MIU TIW for 16 weeks.<br>Child: 3 MIU/m$^2$ SC TIW for the first week, then increase<br>to 6 MIU/m$^2$ SC TIW (maximum 10 MIU TIW) for total of 16 weeks.<br><br>Chronic hepatitis C<br>Adult: 3 MIU IM/SC TIW. If response occurs, continue<br>therapy for 18 months. If no response by 16 weeks, discontinue therapy.<br><br>Malignant melanoma<br>In patients with malignant melanoma who are asymptomatic post-surgery but at high risk for systemic<br>recurrence for up to eight weeks after surgery:<br>20 MIU/m$^2$ by IV infusion five consecutive days weekly<br>for four weeks, followed by maintenance dose of 10 MIU/m$^2$ SC TIW for 48 weeks.<br><br>Follicular lymphoma<br>5 MIU SC TIW for up to 18 months in conjunction with<br>an anthracycline chemotherapy agent. |
| QD=everyday; TIW=three times a week; IM=Intramuscular; SC=Subcutaneous' MIU-Million Internal Units | |

# CONCLUSION

Approximately 25% of the US population will be diagnosed with cancer in their lifetime. Around one-fourth of the newly diagnosed cancer will be cured either by surgery and/or local radiation; others will be treated with systemic chemotherapy. Since ancient times, herbal and other medicinal preparations were used for treatment of cancer.  In the beginning of 1940s, it was found that the mustard gas had a myelosuppressive effect. Subsequently several chemotherapeutic agents were discovered for the treatment of different kinds of cancers.  Later on, in 1965, the concept of combination chemotherapy was introduced.

Carcinogenesis is a gradual process by which normal cells are transformed into cancer cells. It is characterized by gradual alterations on cellular and genetic level that causes uncontrolled cell division of a cell. Under healthy conditions, the balance between proliferation and programmed cell death (apoptosis) is maintained.  Mutations in DNA impair this fine balance resulting in cancer.  There are two types of human genes that are affected by genetic alterations. The first group of genes, called proto-oncogenes, is responsible for producing protein products that accelerate cell division or inhibit apoptosis.  The second group of genes, called tumor suppressors, is responsible for production of proteins that normally prevent cell division or induce apoptosis or cell death.  Some cancers are linked to certain risk factors which include lifestyle factors, genetic factors, infections, environmental exposures, smoking, and hormones.  It has been found that there is a close relationship between prolonged tobacco use and various types of cancers in the lung, larynx, head, neck, stomach, bladder, kidney, esophagus and pancreas.

Chemotherapy is the treatment of cancer with one or more anti-cancer agents. It aims to cause a lethal cytotoxic event or apoptosis in the cancer cell that can stop tumor's progression. Chemotherapy is usually directed towards DNA or against metabolic sites that are crucial to cell replication.  Ideally, chemotherapy should only interfere with cellular processes that are specific and confined to cancer cells. However, majority of chemotherapeutic agents are non-specific and target both normal and malignant cells. Chemotherapy can cure or control the cancer; however, in some cases it is frequently used for palliation.  Chemotherapy is indicated to patients with disseminated neoplasms and if the tumors are not amenable to surgery. Adjuvant chemotherapy is indicated as a supplemental treatment to prevent and attack micrometastases following surgery and radiation treatment.  Neoadjuvant chemotherapy is given prior to the surgery in order to shrink the cancer.  It can also destroy small collection of cancer cells that cannot be detected by CT scans.  Chemotherapy given in lower doses in order to achieve long

periods of remission is called maintenance chemotherapy. In combination chemotherapy, different chemotherapeutic agents work through different mechanisms in order to kill cancer cells. Almost all the successful chemotherapy regimens use combination chemotherapy. The efficacy of a chemotherapeutic agent also depends upon susceptibility of the tumor and the growth cycle.  Rapidly dividing cells such as bone marrow cells are usually more sensitive to anticancer drugs, whereas cells which are less proliferating or nonproliferating are comparatively less sensitive to chemotherapy. In general, cells in the G0 phase have the greatest survival rate against several chemotherapeutic agents. Chemotherapeutic drugs that are effective only against replicating cells are known as cell-cycle specific, whereas other drugs are called cell-cycle nonspecific. The nonspecific drugs are usually more toxic, but are more effective against cancers with low percentage of replicating cells. Multidrug resistance in cancer treatment develops because of stepwise acquisition of an amplified gene that code for P-glycoprotein.  This process facilitates efflux of drugs from the cell.  Cross resistance can also develop after using structurally different chemotherapeutic drugs.

Chemotherapy drugs may be classified as antimetabolites, alkylating drugs, antibiotics, microtubule inhibitors, hormones, platinols, monoclonal antibodies and interferons.

Antimetabolites are compounds that inhibit synthesis of normal purine or pyrimidine nucleotide precursors or compete with them in DNA or RNA synthesis.  Some of the common antimetabolites are methotrexate, 6-Mercaptopurine, *6*-Thioguanine, 5-Fluorouracil, Cytarabine and Fludarabine.  The antitumor antibiotics impair the function of DNA resulting in cell death.  They are also a potent inhibitor of topoisomerases (I and II) and produce free radicals which also has cytotoxic effect. Antitumor antibiotics are cell-cycle nonspecific.  Some of the common antibiotics that are effective against various types of cancers are dactinomycin, anthracyclines (doxorubicin, and daunorubicin), and bleomycin. Alkylating agents react with the proteins and irreversibly covalently attach to nucleophilic groups of different components of tumor cells.  This alkylation of DNA breaks the DNA chains resulting in cell death.  These drugs act in every phase of cell cycle which includes both cycling and resting cells; however, their cytotoxic effect is more prominent on rapidly dividing cells i.e. cells in the GI, bone marrow, testicles and ovaries.  Some of the common alkylating agents include mechlorethamine, cyclophosphamide, chlorambucil, melphalan, busulfan, thiotepa, carmustine, etc.  Microtubule inhibitors (MTI) inhibit microtubules resulting in anti-tumor effect. Microtubule inhibitors (MTI) such as taxanes, vinca alkaloids, and epothilones are particularly effective against several solid and hematologic malignancies.  Some of the common microtubule inhibitors include vincristine, vinblastine, paclitaxel, docetaxel, estramustine, etc.  Hormone treatment of responsive tumors is generally palliative. However, high dose glucocorticoids such as prednisone can exert cytotoxic effects on lymphomas. Some of the steroid hormones that are effective in treating cancers are prednisone, tamoxifen, aromatase inhibitors (anastrozole and letrozole), gonadotropin-releasing hormone analogs (leuprolide and goserelin), estrogens, antiandrogens (flutamide, nilutamide, and bicalutamide), etc.  Monoclonal antibody-based treatment of cancer is effective against various types of cancers which include solid tumors and blood

cancers.  Some of the FDA approved monoclonal antibodies for the treatment of cancer include trastuzumab, rituximab, bevacizumab, cetuximab, gemtuzumab, ozogamicin, alemtuzumab, and I131-tositumomab. The platinum coordination complexes are anticancer agents that are similar to alkylating agents, but have distinctive features. Some of the frequently used platinum coordination complexes include cisplatin, carboplatin, and oxaliplatin**.** Topoisomerase 1 inhibitors prevent unwinding of DNA chain leading to cell death.  Some of the common topoisomerase 1 inhibitors are irinotecan, topotecan, etoposide, teniposide, etc. Interferons are immune cytokines effective in the treatment for many types of solid tumors and hematological malignancies. Interferons are used in the treatment of melanoma, AIDS-related Kaposi's sarcoma, follicular lymphoma, hairy cell leukemia, renal cell carcinoma, and chronic myelogenous leukemia.  They have been classified into three types α, β, and γ depending on the nature of their antigenicity.

Chemotherapy is a proven mode of treating cancer worldwide. However, research still continues to find new and novel drugs that are more potent and less toxic.

Current advances in our techniques and knowledge of cancer biology will allow us to individualize therapy and follow-up.  The next part of this course will discuss innovative and future chemotherapy regimens that aim to treat cancer more effectively, ultimately in search of a cure.

## REFERENCES

1.  McGovern P, Christofidou-Solomidou M, et al. Anticancer activity of botanical compounds in ancient fermented beverages (review). Int J Oncol. 2010;37:5

2.  Dioscorides: Greek Herbal: Illustrated by a Byzantine A.D. 512. English translation by John Goodyear A.D. 1655. Edited and first printed A.D. 1933 by Robert T. Gunther. Oxford: Oxford University Press; 1934, pp.43, 47, 77, 144, 198, 206, 208, 228, 238, 337, 465, 482, 491, 502, 642, 658.

3.  Wolff, J. The Science of Cancerous Diseases from Earliest Times to the Present. Science History Publications; 1989. Originally published as Volume I. Die Lehre bon der Krebsrhankeit von den altestin Zieten bis zeir Gegenwart. Jena: Gastav Fischer; 1907. English

4.  Morgan, David O. (2007). The Cell Cycle: Principles of Control. London: New Science Press, 1st ed.

5.  Mouron, Silvana; de Carcer, Guillermo; Seco, Esther; Fernandez-Miranda, Gonzalo; Malumbres, Marcos; Nebreda, Angel. (2010). "RINGO C is required to sustain the spindle assembly checkpoint." Journal of Cell Science. 123:2586-2595.

6.  Fearon ER, Vogelstein B (June 1990). "A genetic model for colorectal tumorigenesis". Cell 61 (5): 759–67.doi:10.1016/0092-8674(90)90186-I. PMID 2188735.

7.  Croce CM (January 2008). "Oncogenes and cancer". The New England Journal of Medicine 358 (5): 502–11.doi:10.1056/NEJMra072367. PMID 18234754.

8.  The Nobel Prize in Physiology or Medicine 2002. Illustrated presentation.

9.  Kimball's Biology Pages. "Oncogenes" Free full text

10. The Nobel Prize in Physiology or Medicine 2002. Illustrated presentation.

11. Yokota J (Mar 2000). "Tumor progression and metastasis". Carcinogenesis. 21 (3): 497–503.doi:10.1093/carcin/21.3.497. PMID 10688870.

12. The Nobel Prize in Physiology or Medicine 1989 to J. Michael Bishop and Harold E. Varmus for their discovery of "the cellular origin of retroviral oncogenes"

13. Press, Richard; Anita Misra, Glenda Gillaspy, David Samols, and David A. Goldthwait2 (June 1, 1989). "Control of the Expression of c-sis mRNA in Human Glioblastoma Cells by Phorbol Ester and Transforming Growth Factor ÃŸ1". Cancer Research (49): 2914–2920.

14. Gschwind, Andreas; Fischer, Oliver M.; Ullrich, Axel (May 2004). "Timeline: The discovery of receptor tyrosine kinases: targets for cancer therapy". Nature Reviews Cancer 4 (5): 361–370. doi:10.1038/nrc1360.

15. Summy, Justin M. (1 January 2003). "Src family kinases in tumor progression and metastasis". Cancer and Metastasis Reviews 22 (4): 337–358. doi:10.1023/A:1023772912750.

16. Thomas, Sheila M.; Brugge, Joan S. (1 November 1997). "CELLULAR FUNCTIONS REGULATED BY SRC FAMILY KINASES". Annual Review of Cell and Developmental Biology13 (1): 513–609. doi:10.1146/annurev.cellbio.13.1.513.

17. Garnett, Mathew J.; Marais, Richard (1 October 2004). "Guilty as charged: B-RAF is a human oncogene". Cancer Cell 6 (4): 313–319. doi:10.1016/j.ccr.2004.09.022.

18. Leicht, D; Vitaly Balan, Alexander Kaplun, Vinita Singh-Gupta, Ludmila Kaplun, Melissa Dobson, Guri Tzivion (August 2007). "Rafkinases: Function, regulation and role in human cancer". Biochimica et Biophysica Acta (BBA) - Molecular Cell Research1773 (8): 1196–1212.

19. Bos, JL (1989 Sep 1). "ras oncogenes in human cancer: a review.". Cancer research 49 (17): 4682–9. PMID 2547513.

20. Hilgenfeld, Rolf (1 December 1995). "Regulatory GTPases". Current Opinion in Structural Biology 5 (6): 810–817.doi:10.1016/0959-440X(95)80015-8.

21. Felsher, Dean W.; Bishop, J.Michael (August 1999). "Reversible Tumorigenesis by MYC in Hematopoietic Lineages". Molecular Cell 4 (2): 199–207. doi:10.1016/S1097-2765(00)80367-6.

22. Anand P, Kunnumakkara AB, Kunnumakara AB, Sundaram C, Harikumar KB, Tharakan ST, Lai OS, Sung B, Aggarwal BB (September 2008). "Cancer is a preventable disease that requires major lifestyle changes". Pharm. Res.25 (9): 2097–116. doi:10.1007/s11095-008-9661-9.PMC 2515569. PMID 18626751.

23. Kushi LH, Byers T, Doyle C, Bandera EV, McCullough M, McTiernan A, Gansler T, Andrews KS, Thun MJ (2006). "American Cancer Society Guidelines on Nutrition and Physical Activity for cancer prevention: reducing the risk of cancer with healthy food choices and physical activity". CA Cancer J Clin 56(5): 254–81; quiz 313–4. doi:10.3322/canjclin.56.5.254.PMID 17005596.

24. Park S, Bae J, Nam BH, Yoo KY (2008). "Aetiology of cancer in Asia" (PDF). Asian Pac. J. Cancer Prev. 9 (3): 371–80.PMID 18990005.

25. Buell P, Dunn JE (May 1965). "Cancer mortality among Japanese Issei and Nisei of California". Cancer 18 (5): 656–64.doi:10.1002/1097-0142(196505)18:5<656::AID-CNCR2820180515>3.0.CO;2-3. PMID 14278899.

26. Roukos DH (April 2009). "Genome-wide association studies: how predictable is a person's cancer risk?". Expert Rev Anticancer Ther 9 (4): 389–92. doi:10.1586/era.09.12.PMID 19374592.

27. Pagano JS, Blaser M, Buendia MA, et al. (December 2004). "Infectious agents and cancer: criteria for a causal relation". Semin. Cancer Biol. 14 (6): 453–71. doi:10.1016/j.semcancer.2004.06.009. PMID 15489139.

28. Samaras, Vassilis; Rafailidis, Petros I.; Mourtzoukou, Eleni G.; Peppas, George; Falagas, Matthew E. (May 2010). "Chronic bacterial and parasitic infections and cancer: a review". The Journal of Infection in Developing Countries 4 (5): 267–281. ISSN 1972-2680.PMID 20539059.

29. Maltoni CFM, Holland JF (2000). "Chapter 16: Physical Carcinogens". In Bast RC, Kufe DW, Pollock RE, et al..Holland-Frei Cancer Medicine (5th ed.).

Hamilton, Ontario: B.C. Decker. ISBN 1-55009-113-1. Retrieved 31 January 2011.

30. Henderson BE, Bernstein L, Ross RK (2000)."Chapter 13: Hormones and the Etiology of Cancer". In Bast RC, Kufe DW, Pollock RE, et al.. Holland-Frei Cancer Medicine(5th ed.). Hamilton, Ontario: B.C. Decker. ISBN 1-55009-113-1. Retrieved 27 January 2011.

31. Kuper H, Boffetta P, Adami HO (September 2002). "Tobacco use and cancer causation: association by tumour type". J. Intern. Med. 252 (3): 206–24. doi:10.1046/j.1365-2796.2002.01022.x. PMID 12270001.

32. Kuper H, Adami HO, Boffetta P (June 2002). "Tobacco use, cancer causation and public health impact". J. Intern. Med. 251(6): 455–66. doi:10.1046/j.1365-2796.2002.00993.x.PMID 12028500.

33. Sasco AJ, Secretan MB, Straif K (August 2004). "Tobacco smoking and cancer: a brief review of recent epidemiological evidence". Lung Cancer 45 Suppl 2: S3–9.

34. Liu SV, Melstrom L, Yao K, et al: Neoadjuvant therapy for breast cancer. J Surg Oncol 101:283-91, 2010

35. Julien LA, Thorson AG: Current neoadjuvant strategies in rectal cancer. J Surg Oncol 101:321-6, 2010

36. Fathi AT, Brahmer JR: Chemotherapy for advanced stage non-small cell lung cancer. Semin Thorac Cardiovasc Surg 20:210-6, 2008

37. Balmanoukian A, Ettinger DS: Managing the patient with borderline resectable lung cancer. Oncology (Williston Park) 24:234-41, 2010

38. Browner I, Purtell M: Chemotherapy in the older patient with operable non-small cell lung cancer: neoadjuvant and adjuvant regimens. Thorac Surg Clin 19:377-89, 2009

39. Socinski MA, Veeramachaneni NK, Haithcock BE: The many controversies of stage IIIA/IIIB lung cancer. Oncology (Williston Park) 24:256, 259, 2010

40. Minckwitz Gv: Principles of preoperative chemotherapy. Breast Cancer Online 7, 2004

41. Song WA, Zhou NK, Wang W, et al: Survival benefit of neoadjuvant chemotherapy in non-small cell lung cancer: an updated meta-analysis of 13 randomized control trials. J Thorac Oncol 5:510-6, 2010

42. Burdett S, Stewart LA, Rydzewska L: A systematic review and meta-analysis of the literature: chemotherapy and surgery versus surgery alone in non-small cell lung cancer. J Thorac Oncol 1:611-21, 2006

43. Takimoto CH, Calvo E. "Principles of Oncologic Pharmacotherapy" in Pazdur R, Wagman LD, Camphausen KA, Hoskins WJ (Eds) Cancer Management: A Multidisciplinary Approach. 11 ed. 2008.

44. Peters GJ, van der Wilt CL, van Moorsel CJ, Kroep JR, Bergman AM, Ackland SP (2000). "Basis for effective combination cancer chemotherapy with antimetabolites". *Pharmacol. Ther.* **87** (2–3): 227–53. doi:10.1016/S0163-7258(00)00086-3. PMID 11008002.

45. "The Organic Chemistry of Drug Design and Drug Action" (2nd edition), R. B. Silverman, 2004.

46. Kaye SB. "New antimetabolites in cancer chemotherapy and their clinical impact." Br J Cancer. 1998;78 Suppl 3:1-7. Review. [PUBMED]

47. Pepper ED, Farrell MJ, Nord G, Finkel SE (December 2010). "Antiglycation Effects of Carnosine and Other Compounds on the Long-Term Survival of Escherichia coli". *Applied and Environmental Microbiology* **76** (24): 7925–30.PMID 20952637.

48. "Dietary Supplement Fact Sheet: Folate". National Institutes of Health.

49. "Methotrexate". *The American Society of Health-System Pharmacists*.

50. Mol, F.; Mol, B.W.; Ankum, W.M.; Van Der Veen, F.; Hajenius, P.J. (2008). "Current evidence on surgery, systemic methotrexate and expectant management in the treatment of tubal ectopic pregnancy: a systematic review and meta-analysis". *Human Reproduction Update* **14** (4): 309–19.doi:10.1093/humupd/dmn012. PMID 18522946.

51. Shullenberger, C. C. (1962). "Long-range treatment of polycythemia vera with 6-mercaptopurine". *Cancer chemotherapy reports. Part 1* **16**: 251–252.PMID 13912387.

52. Baum, J.; Hurd, E.; Lewis, D.; Ferguson, J. L.; Ziff, M. (1973). "Treatment of psoriatic arthritis with 6-mercaptopurine". *Arthritis & Rheumatism* **16** (2): 139. doi:10.1002/art.1780160202.

53. Nielsen OH, Vainer B, Rask-Madsen J (November 2001)."Review article: the treatment of inflammatory bowel disease with 6-mercaptopurine or azathioprine". *Aliment. Pharmacol. Ther.* **15** (11): 1699–708. doi:10.1046/j.1365-2036.2001.01102.x. PMID 11683683.

54. Rai KR et al. Fludarabine compared with chlorambucil as primary therapy for chronic lymphocytic leukemia. N Engl J Med 2000;343:1750-7. doi:10.1056/NEJM200012143432402 PMID 11114313

55. Else M, Dearden CE, Matutes E, *et al.* (March 2009). "Long-term follow-up of 233 patients with hairy cell leukaemia, treated initially with pentostatin or cladribine, at a median of 16 years from diagnosis". *Br. J. Haematol.* **145** (6): 733–40.doi:10.1111/j.1365-2141.2009.07668.x. PMID 19344416.

56. Mantle Cell Lymphoma initiative

57. Histiocytosis Association

58. von Rohr A, Schmitz SF, Tichelli A, *et al.* (2002). "Treatment of hairy cell leukemia with cladribine (2-chlorodeoxyadenosine) by subcutaneous bolus injection: a phase II study". *Ann. Oncol.* **13** (10): 1641–9. doi:10.1093/annonc/mdf272.

59. Van Den Neste E, Delannoy A, Vandercam B, *et al.* (1996). "Infectious complications after 2-chlorodeoxyadenosine therapy". *Eur. J. Haematol.* **56** (4): 235–40. doi:10.1111/j.1600-0609.1996.tb01935.x. PMID 8641392.

60. Saven A, Burian C, Adusumalli J, Koziol JA (1999). "Filgrastim for cladribine-induced neutropenic fever in patients with hairy cell leukemia". *Blood* **93** (8): 2471–7.PMID 10194424.

61. Wang WS, Tzeng CH, Chiou TJ, *et al.* (June 1997). "High-dose cytarabine and mitoxantrone as salvage therapy for refractory non-Hodgkin's lymphoma". *Jpn. J. Clin. Oncol.* **27** (3): 154–7.doi:10.1093/jjco/27.3.154. PMID 9255269.[*dead link*]

62. Ogbomo H, Michaelis M, Klassert D, Doerr HW, Cinatl J (December 2008). "Resistance to cytarabine induces the up-regulation of NKG2D ligands and enhances natural killer cell lysis of leukemic cells". *Neoplasia* **10** (12): 1402–10.PMC 2586691. PMID 19048119.

63. Perry, Michael J. (2008). *The Chemotherapy source book*. Philadelphia: Wolters Kluwer Health/Lippincott Williams & Wilkins. pp. 80. ISBN 0-7817-7328-8.

64. Watterson J, Toogood I, Nieder M, *et al.* (December 1994). "Excessive spinal cord toxicity from intensive central nervous system-directed therapies". *Cancer* **74** (11): 3034–41.doi:10.1002/1097-0142(19941201)74:11<3034::AID-CNCR2820741122>3.0.CO;2-O. PMID 7954266.

65. Hollstein, U. (1974). "Actinomycin. Chemistry and mechanism of action". *Chemical Reviews* **74** (6): 625–652.doi:10.1021/cr60292a002.

66. Abd El-Aal H, Habib E, Mishrif M (2005). "Wilms' Tumor: The Experience of the Pediatric Unit of Kasr El-Aini Center of Radiation Oncology and Nuclear Medicine (NEMROCK)". *J Egypt Natl Canc Inst* **17** (4): 308–11. PMID 17102824.

67. Turan T, Karacay O, Tulunay G, Boran N, Koc S, Bozok S, Kose M (2006). "Results with EMA/CO (etoposide, methotrexate, actinomycin D, cyclophosphamide, vincristine) chemotherapy in gestational trophoblastic neoplasia". *Int J Gynecol Cancer* **16** (3): 1432–8.doi:10.1111/j.1525-1438.2006.00606.x. PMID 16803542.

68. Khatua S, Nair C, Ghosh K (2004). "Immune-mediated thrombocytopenia following dactinomycin therapy in a child with alveolar rhabdomyosarcoma: the unresolved issues". *J Pediatr Hematol Oncol* **26** (11): 777–9. doi:10.1097/00043426-200411000-00020.PMID 15543019.

69. Uberti, E. M. H.; Fajardo, M. D. C.; Ferreira, S. V. V. R.; Pereira, M. C. V.; Seger, R. C.; Moreira, M. A. L. R.; Torres, M. D.; De Nápoli, G. et al. (2009). "Reproductive outcome after discharge of patients with high-risk hydatidiform mole with or without use of one bolus dose of actinomycin D, as prophylactic chemotherapy, during the uterine evacuation of molar pregnancy". *Gynecologic Oncology* **115** (3): 476–481. doi:10.1016/j.ygyno.2009.09.012. PMID 19818481.

70. Takemura G, Fujiwara H. Doxorubicin-induced cardiomyopathy from the cardiotoxic mechanisms to management. Prog Cardiovasc Dis. 2007;49:330–352

71. Arcamone F, Cassinelli G, Fantini G, Grein A, Orezzi P, Pol C, et al. Adriamycin, 14-hydroxydaunomycin: a new antitumor antibiotic from S. peucetius var. caesius. Biotechnol Bioeng. 1969;11:1101–1110.

72. Cortes-Funes H, Coronado C. Role of anthracyclines in the era of targeted therapy. Cardiovasc Toxicol.2007;7:56–60.

73. Weiss RB. The anthracyclines: will we ever find a better doxorubicin? Semin Oncol. 1992;19:670–686.[PubMed]

74.  Kaye S, Merry S. Tumour cell resistance to anthracyclines: a review. Cancer Chemother Pharmacol.1985;14:96–103.

75. Germann UA. P-glycoprotein: a mediator of multidrug resistance in tumour cells. Eur J Cancer.1996;32A:927–944.

76. Cole SP, Bhardwaj G, Gerlach JH, Mackie JE, Grant CE, Almquist KC, et al. Overexpression of a transporter gene in a multidrug-resistant human lung cancer cell line. Science. 1992;258:1650–1654.[PubMed]

77. Young LC, Campling BG, Cole SP, Deeley RG, Gerlach JH. Multidrug resistance proteins MRP3, MRP1, and MRP2 in lung cancer: correlation of protein levels with drug response and messenger RNA levels. Clin Cancer Res. 2001;7:1798–1804.

78. Singhal SS, Singhal J, Sharma R, Singh SV, Zimniak P, Awasthi YC, et al. Role of RLIP76 in lung cancer doxorubicin resistance: I. The ATPase activity of

RLIP76 correlates with doxorubicin and 4-hydroxynonenal resistances in lung cancer cells. Int J Oncol. 2003;22:365–375.

79. Burgess DJ, Doles J, Zender L, Xue W, Ma B, McCombie WR, et al. Topoisomerase levels determine chemotherapy response *in vitro* and *in vivo*. Proc Natl Acad Sci U S A. 2008;105:9053–9058.

80. Oakman C, Moretti E, Galardi F, Santarpia L, Di Leo A. The role of topoisomerase-IIalpha and HER-2 in predicting sensitivity to anthracyclines in breast cancer patients. Cancer Treat Rev. 2009;35:662–667.

81. Lewis, TG; Nydorf, ED (2006). "Intralesional bleomycin for warts: a review.". *Journal of Drugs in Dermatology* **5** (6): 499–504.PMID 16774100.

82. Shaw, P; Agarwal, R (2004). Shaw, Paul HS. ed. "Pleurodesis for malignant pleural effusions". *Cochrane Database of Systematic Reviews* (1): CD002916. doi:10.1002/14651858.CD002916.pub2. PMID 14973997.

83. Dr Malcom Thompson (2003-07-25). "Bleomycin and Anaesthesia". Retrieved 2008-04-10.

84. Hoshino T, Okamoto M, Sakazaki Y, Kato S, Young HA, Aizawa H (March 2009). "Role of Proinflammatory Cytokine IL-18 and IL-1{beta} in Bleomycin-induced Lung Injury in Humans and Mice". *Am. J. Respir. Cell Mol. Biol.* **41** (6): 661–70. doi:10.1165/rcmb.2008-0182OC.PMID 19265174.

85. Rappeneau S, Baeza-Squiban A, Jeulin C, Marano F (March 2000). "Protection from cytotoxic effects induced by the nitrogen mustard mechlorethamine on human bronchial epithelial cells in vitro". *Toxicol. Sci.* **54** (1): 212–21. doi:10.1093/toxsci/54.1.212.PMID 10746948.

86. Takimoto CH, Calvo E. "Principles of Oncologic Pharmacotherapy" in Pazdur R, Wagman LD, Camphausen KA, Hoskins WJ (Eds) Cancer Management: A Multidisciplinary Approach. 11 ed. 2008.

87. Tucci E, Verdiani P, Di Carlo S, Sforza V (1986). "Lomustine (CCNU)-induced pulmonary fibrosis". *Tumori* **72** (1): 95–8. PMID 3952821.

88. Rossini, A. A.; Like, A. A.; Chick, W. L.; Appel, M. C.; Cahill Jr, G. F. (1977). "Studies of streptozotocin-induced insulitis and diabetes". *Proceedings of the National Academy of Sciences of the United States of America* **74** (6): 2485–2489.PMC 432197. PMID 142253.

89. Stupp, R; Hau; Mirimanoff; Cairncross (March 2005). "MGMT gene silencing and benefit from temozolomide in glioblastoma". *N. Engl. J. Med.* **352** (10): 997–1003. doi:10.1056/NEJMoa043331. PMID 15758010.

90. National Cancer Institute Of Canada Clinical Trials, Group; Hegi, ME; Mason, WP; Van Den Bent, MJ; Taphoorn, MJ; Janzer, RC; Ludwin, SK; Allgeier, A et al. (May 2009). "Effects of radiotherapy with concomitant and adjuvant temozolomide versus radiotherapy alone on survival in glioblastoma in a randomised phase III study: 5-year analysis of the EORTC-NCIC trial.". *Lancet Oncology* **10** (5): 459–466.doi:10.1016/S1470-2045(09)70025-7. PMID 19269895.

91. Facon T, Mary JY, Hulin C, *et al*. (October 2007). "Melphalan and prednisone plus thalidomide versus melphalan and prednisone alone or reduced-intensity autologous stem cell transplantation in elderly patients with multiple myeloma (IFM 99-06): a randomised trial".*Lancet* **370** (9594): 1209–18. doi:10.1016/S0140-6736(07)61537-2. PMID 17920916.

92. Iwamoto T, Hiraku Y, Oikawa S, Mizutani H, Kojima M, Kawanishi S (May 2004). "DNA intrastrand cross-link at the 5'-GA-3' sequence formed by busulfan and its role in the cytotoxic effect". *Cancer Sci.* **95** (5): 454–8. doi:10.1111/j.1349-7006.2004.tb03231.x.PMID 15132775.

93.  Karstens A, Kramer I (2007). "Chemical and physical stability of diluted busulfan infusion solutions". *EJHP Science* **13**: 40–7.

94. Nogales E. Structural insight into microtubule function. Annu Rev Biophys Biomol Struct 2001;**30**:397–420.

95. Zhou J, Giannakakou P. Targeting microtubules for cancer chemotherapy. Curr Med Chem Anticancer Agents 2005;**5**:65–71.

96. Jordan MA,  Wilson L. Microtubules as a target for anticancer drugs. Nat Rev Cancer 2004;**4**:253–65.

97. Wani MC, Taylor HL, Wall ME, et al. Plant antitumor agents. VI. The isolation and structure of taxol, a novel antileukemic and antitumor agent from Taxus brevifolia. J Am Chem Soc 1971;**93**:2325–7.

98. Besse-Hammer T, et al. A dose-escalating study of XRP6258 in combination with capecitabine, in patients (pts) with metastatic breast cancer (MBC) progressing after anthracycline and taxane therapy: Preliminary results. - ASCO. J Clin Oncol. 2009;27 abstr 1053.

99. Sampath D, et al. MAC-321, a novel taxane with greater efficacy than paclitaxel and docetaxel in vitro and in vivo. Mol Cancer Ther. 2003;2:873–84.

100.    Jordan VC (1993). "Fourteenth Gaddum Memorial Lecture. A current view of tamoxifen for the treatment and prevention of breast cancer". *Br J Pharmacol* **110** (2): 507–17.PMC 2175926. PMID 8242225.

101.     "Breast cancer in men". *CancerHelp UK*. Cancer Research UK. 2007-09-28. Retrieved 2009-03-22.

102.     Center for Drug Evaluation and Research (03/08/2005)."Tamoxifen Information: reducing the incidence of breast cancer in women at high risk". U.S. Food and Drug Administration. Archived from the original on June 19, 2007. Retrieved July 3, 2007.

103.     Goetz MP, Rae JM, Suman VJ, Safgren SL, Ames MM, Visscher DW, Reynolds C, Couch FJ, Lingle WL, Flockhart DA, Desta Z, Perez EA, Ingle JN (2005). "Pharmacogenetics of tamoxifen biotransformation is associated with clinical outcomes of efficacy and hot flashes". *J Clin Oncol* **23** (36): 9312–8. doi:10.1200/JCO.2005.03.3266. PMID 16361630.

104.     Beverage JN, Sissung TM, Sion AM, Danesi R, Figg WD (2007). "CYP2D6 polymorphisms and the impact on tamoxifen therapy". *J Pharm Sci* **96** (9): Epub ahead of print.doi:10.1002/jps.20892. PMID 17518364.

105.     Schroth W, Goetz MP, Hamann U, Fasching PA, Schmidt M, Winter S, Fritz P, Simon W, Suman VJ, Ames MM, Safgren SL, Kuffel MJ, Ulmer HU, Bolander J, Strick R, Beckmann MW, Koelbl H, Weinshilboum RM, Ingle JN, Eichelbaum M, Schwab M, Brauch H (October 2009). "Association between CYP2D6 polymorphisms and outcomes among women with early stage breast cancer treated with tamoxifen". *JAMA* **302** (13): 1429–36.doi:10.1001/jama.2009.1420. PMID 19809024.

106.     Information about Tamoxitest and how DNA testing can help in the selection of the best treatment methodology from Genelex's website

107.     Vehmanen L, Elomaa I, Blomqvist C, Saarto T (February 2006). "Tamoxifen treatment after adjuvant chemotherapy has opposite effects on bone mineral density in premenopausal patients depending on menstrual status". *J. Clin. Oncol.* **24** (4): 675–80. doi:10.1200/JCO.2005.02.3515. PMID 16446340.

108.     Grilli S (2006). "Tamoxifen (TAM): the dispute goes on". *Ann Ist Super Sanita* **42** (2): 170–3. PMID 17033137.

109.     Paganini-Hill A, Clark LJ (November 2000). "Preliminary assessment of cognitive function in breast cancer patients treated with tamoxifen". *Breast Cancer Research and Treatment* **64** (2): 165–76. doi:10.1023/A:1006426132338.PMID 11194452.

110.     Mortimer JE, Boucher L, Baty J, Knapp DL, Ryan E, Rowland JH (1999). "Effect of tamoxifen on sexual functioning in patients with breast cancer" (abstract). *J. Clin. Oncol.* **17** (5): 1488–92.PMID 10334535.

111.     Cella D, Fallowfield L, Barker P, Cuzick J, Locker G, Howell A (2006). "Quality of life of post-menopausal women in the ATAC ("Arimidex", tamoxifen,

alone or in combination) trial after completion of 5 years' adjuvant treatment for early breast cancer". *Breast Cancer Res. Treat.* **100** (3): 273–84.doi:10.1007/s10549-006-9260-6. PMID 16944295.

112.     Mokbel, Kefah (2002). "The evolving role of aromatase inhibitors in breast cancer". *International Journal of Clinical Oncology* **7** (5): 279–83. doi:10.1007/s101470200040.PMID 12402060.

113.     Gross BA, Mindea SA, Pick AJ, Chandler JP, Batjer HH (2007). "Medical management of Cushing disease". *Neurosurgical focus* **23**(3): E10. doi:10.3171/foc.2007.23.3.12. PMID 17961023.

114.     Siraki AG, Bonini MG, Jiang J, Ehrenshaft M, Mason RP (July 2007). "Aminoglutethimide-induced protein free radical formation on myeloperoxidase: a potential mechanism of agranulocytosis". *Chemical research in toxicology* **20** (7): 1038–45.doi:10.1021/tx6003562. PMC 2073000. PMID 17602675.

115.     Drugs.com: monograph for letrozole. It is also used for ovarian cancer patients after they have completed chemotherapy.

116.     Haberfeld, H, ed. (2009) (in German). *Austria-Codex*(2009/2010 ed.). Vienna: Österreichischer Apothekerverlag.ISBN 3-85200-196-X.

117.     http://www.cancer.gov/cancertopics/druginfo/fda-exemestane

118.     Teulings FA, van Gilse HA, Henkelman MS, Portengen H, Alexieva-Figusch J (July 1980). "Estrogen, androgen, glucocorticoid, and progesterone receptors in progestin-induced regression of human breast cancer". *Cancer Research* **40** (7): 2557–61.PMID 6248208.

119.     Geller J, Albert J, Yen SS, Geller S, Loza D (March 1981). "Medical castration of males with megestrol acetate and small doses of diethylstilbestrol". *The Journal of Clinical Endocrinology and Metabolism* **52** (3): 576–80. PMID 6161942.

120.     ^ Venner PM (December 1990). "Therapeutic options in treatment of advanced carcinoma of the prostate". *Seminars in Oncology* **17** (6 Suppl 9): 73–7. PMID 2259929.

121.     ^ Lundgren S, Lønning PE, Utaaker E, Aakvaag A, Kvinnsland S (June 1990). "Influence of progestins on serum hormone levels in postmenopausal women with advanced breast cancer--I. General findings". *Journal of Steroid Biochemistry* **36** (1-2): 99–104.PMID 2362454.

122.     ^ [a] [b] Geller J, Albert J, Geller S (1982). "Acute therapy with megestrol acetate decreases nuclear and cytosol androgen receptors in human BPH tissue". *The Prostate* **3** (1): 11–5. PMID 6176985.

123.        ^ Blumenschein GR (December 1983). "The role of progestins in the treatment of breast cancer". *Seminars in Oncology* **10** (4 Suppl 4): 7–10. PMID 6230722.

124.        Richard R. Barakat; Maurie Markman; Marcus Randall (29 May 2009). *Principles and Practice of Gynecologic Oncology*. Lippincott Williams & Wilkins. p. 447. ISBN 978-0-7817-7845-9. Retrieved 2 June 2012.

125.        Chidakel AR, Zweig SB, Schlosser JR, Homel P, Schappert JW, Fleckman AM (February 2006). "High prevalence of adrenal suppression during acute illness in hospitalized patients receiving megestrol acetate". *Journal of Endocrinological Investigation* **29**(2): 136–40. PMID 16610239.

126.        ^ Bulchandani D, Nachnani J, Amin A, May J (August 2008). "Megestrol acetate-associated adrenal insufficiency". *The American Journal of Geriatric Pharmacotherapy* **6** (3): 167–72. doi:10.1016/j.amjopharm.2008.08.004. PMID 18775392.

127.        http://www.answers.com/topic/megestrol-megace

128.        FDA (January 8, 2003). "FDA Approves New Labels for Estrogen and Estrogen with Progestin Therapies for Postmenopausal Women Following Review of Women's Health Initiative Data". Archived from the original on December 21, 2007. Retrieved 2006-10-26.

129.        Gao, W; Kim, J, Dalton, JT (2006 Aug). "Pharmacokinetics and pharmacodynamics of nonsteroidal androgen receptor ligands.". *Pharmaceutical Research* **23** (8): 1641–58. doi:10.1007/s11095-006-9024-3. PMC 2072875. PMID 16841196.

130.        Poyet, P; Labrie, F (1985 Oct). "Comparison of the antiandrogenic/androgenic activities of flutamide, cyproterone acetate and megestrol acetate.". *Molecular and cellular endocrinology* **42** (3): 283–8. PMID 3930312.

131.        Vincent T. DeVita, Samuel Hellman, Steven A. Rosenberg (2005). *Cancer: principles & practice of oncology*. Philadelphia: Lippincott-Raven. ISBN 0-7817-4865-8.

132.        Haendler, B; Cleve, A (2011-06-16). "Recent developments in antiandrogens and selective androgen receptor modulators.". *Molecular and cellular endocrinology* **352** (1-2): 79–91. doi:10.1016/j.mce.2011.06.002. PMID 21704118.

133.        Battmann, T; Branche, C, Bouchoux, F, Cerede, E, Philibert, D, Goubet, F, Teutsch, G, Gaillard-Kelly, M (1998 Jan). "Pharmacological profile of RU 58642, a potent systemic antiandrogen for the treatment of androgen-dependent

disorders.". *The Journal of Steroid Biochemistry and Molecular Biology* **64** (1-2): 103–11. doi:10.1016/S0960-0760(97)00151-9. PMID 9569015.

134.     Hamann, LG; Higuchi, RI, Zhi, L, Edwards, JP, Wang, XN, Marschke, KB, Kong, JW, Farmer, LJ, Jones, TK (1998-02-12). "Synthesis and biological activity of a novel series of nonsteroidal, peripherally selective androgen receptor antagonists derived from 1,2-dihydropyridono[5,6-g]quinolines.". *Journal of Medical Chemistry* **41** (4): 623–39. doi:10.1021/jm970699s. PMID 9484511.

135.     Tran, C; Ouk, S, Clegg, NJ, Chen, Y, Watson, PA, Arora, V, Wongvipat, J, Smith-Jones, PM, Yoo, D, Kwon, A, Wasielewska, T, Welsbie, D, Chen, CD, Higano, CS, Beer, TM, Hung, DT, Scher, HI, Jung, ME, Sawyers, CL (2009-05-08). "Development of a second-generation antiandrogen for treatment of advanced prostate cancer.". *Science* **324** (5928): 787–90. doi:10.1126/science.1168175.PMC 2981508. PMID 19359544.

136.     Scher, HI; Beer, TM, Higano, CS, Anand, A, Taplin, ME, Efstathiou, E, Rathkopf, D, Shelkey, J, Yu, EY, Alumkal, J, Hung, D, Hirmand, M, Seely, L, Morris, MJ, Danila, DC, Humm, J, Larson, S, Fleisher, M, Sawyers, CL, Prostate Cancer Foundation/Department of Defense Prostate Cancer Clinical Trials, Consortium (2010-04-24). "Antitumour activity of MDV3100 in castration-resistant prostate cancer: a phase 1-2 study.". *Lancet* **375** (9724): 1437–46. doi:10.1016/S0140-6736(10)60172-9. PMID 20398925.

137.     Rathkopf, D; Liu, G, Carducci, MA, Eisenberger, MA, Anand, A, Morris, MJ, Slovin, SF, Sasaki, Y, Takahashi, S, Ozono, S, Fung, NK, Cheng, S, Gan, J, Gottardis, M, Obermeier, MT, Reddy, J, Zhang, S, Vakkalagadda, BJ, Alland, L, Wilding, G, Scher, HI, Prostate Cancer Clinical Trials, Consortium (2011-02-15). "Phase I dose-escalation study of the novel antiandrogen BMS-641988 in patients with castration-resistant prostate cancer.". *Clinical cancer research : an official journal of the American Association for Cancer Research* **17**(4): 880–7. doi:10.1158/1078-0432.CCR-10-2955. PMC 3070382. PMID 21131556.

138.     Foster, WR; Car, BD, Shi, H, Levesque, PC, Obermeier, MT, Gan, J, Arezzo, JC, Powlin, SS, Dinchuk, JE, Balog, A, Salvati, ME, Attar, RM, Gottardis, MM (2011 Apr). "Drug safety is a barrier to the discovery and development of new androgen receptor antagonists.". *The Prostate* **71** (5): 480–8. doi:10.1002/pros.21263. PMID 20878947.

139.     Kawata, H; Arai, S, Nakagawa, T, Ishikura, N, Nishimoto, A, Yoshino, H, Shiraishi, T, Tachibana, K, Nakamura, R, Sato, H (2011 Sep). "Biological properties of androgen receptor pure antagonist for treatment of castration-resistant prostate cancer: optimization from lead compound to CH5137291.". *The Prostate* **71** (12): 1344–56. doi:10.1002/pros.21351. PMID 21308717.

140.     Yoshino, H; Sato, H, Shiraishi, T, Tachibana, K, Emura, T, Honma, A, Ishikura, N, Tsunenari, T, Watanabe, M, Nishimoto, A, Nakamura, R, Nakagawa,

T, Ohta, M, Takata, N, Furumoto, K, Kimura, K, Kawata, H (2010-12-01). "Design and synthesis of an androgen receptor pure antagonist (CH5137291) for the treatment of castration-resistant prostate cancer.". *Bioorganic & Medicinal Chemistry* **18** (23): 8150–7. doi:10.1016/j.bmc.2010.10.023. PMID 21050768.

141.     Ehrlich, P. Collected studies on immunity. (New York: J. Wiley & Sons, 1906).

142.     Kohler, G. & Milstein, C. Continuous cultures of fused cells secreting antibody of predefined specificity. Nature 256, 495–497 (1975).

143.     Bagshawe KD (October 2006). "Antibody-directed enzyme prodrug therapy (ADEPT) for cancer". *Expert Rev Anticancer Ther* **6** (10): 1421–31. doi:10.1586/14737140.6.10.1421. PMID 17069527.

144.     Hudis, CA (2007). "Trastuzumab--mechanism of action and use in clinical practice". *N Engl J Med.* **357** (1): 39–51.doi:10.1056/NEJMra043186. PMID 17611206. Jul 5;357(1):39-51. Review /article

145.     Slamon DJ, Leyland-Jones B, Shak S, et al: Use of chemotherapy plus a monoclonal antibody against HER2 for metastatic breast cancer that overexpresses HER2. N Engl J Med **344**:783-792, 2001

146.     Romond EH, Perez EA, Bryan J, et al: Trastuzumab plus adjuvant chemotherapy for operative HER2-positive breast cancer. N Engl J Med**353**:1673-1684, 2005

147.     Hudis CA: Trastuzumab—mechanism of action and use in clinical practice. N Engl J Med **357**:39-51, 2007

148.     "At last, Axa pays for Herceptin". 2006.

149.     Vecchione L. Novel investigational drugs for gastric cancer. Expert Opin Investig Drugs. 2009 May 26. [Epub ahead of publication]. Review /article.

150.     Piccart-Gebhart MJ, MJ; Procter M, Leyland-Jones B, et al. (2005). "Trastuzumab after adjuvant chemotherapy in HER2-positive breast cancer". *New England Journal of Medicine* **353**(16): 1659–1672. doi:10.1056/NEJMoa052306.PMID 16236737.

151.     Romond, EH; Perez EA, Bryant J, et al. (2005). "Trastuzumab plus adjuvant chemotherapy for operable HER2-positive breast cancer". *New England Journal of Medicine* **353**(16): 1673–1684. doi:10.1056/NEJMoa052122.PMID 16236738.

152.     Littlejohns, P (2006). "Trastuzumab for early breast cancer: evolution or revolution?". *Lancet Oncology* **7** (1): 22–3.doi:10.1016/S1470-2045(05)70533-7. PMID 16408378.

153.     "Will Herceptin Media Blitz Help Or Harm Patients?". Scoop. 2006-02-14. Retrieved 2006-12-01.

154.     "Listing of Herceptin on PBS". Australian Government, Dept of Health and Ageing. 2006-10-01.

155.     Scott SD (1998). "Rituximab: a new therapeutic monoclonal antibody for non-Hodgkin's lymphoma". *Cancer Pract* **6** (3): 195–7. doi:10.1046/j.1523-5394.1998.006003195.x.PMID 9652253.

156.     Burton C, Kaczmarski R, Jan-Mohamed R (2003). "Interstitial pneumonitis related to rituximab therapy". *N Engl J Med* **348**(26): 2690–1; discussion 2690–1.doi:10.1056/NEJM200306263482619. PMID 12826649.

157.     "Rituximab (marketed as Rituxan) Information". Retrieved 15 November 2009.

158.     Los, M.; Roodhart, J. M. L.; Voest, E. E. (2007). "Target Practice: Lessons from Phase III Trials with Bevacizumab and Vatalanib in the Treatment of Advanced Colorectal Cancer". *The Oncologist* **12** (4): 443–50. doi:10.1634/theoncologist.12-4-443. PMID 17470687.

159.     "FDA clears Genentech drug for kidney cancer". *San Francisco Chronicle*. August 2, 2009.

160.     "FDA Gives Roche's Avastin the Go-Ahead for Metastatic Renal Carcinoma". *GENNewsHighlights*. Genetic Engineering & Biotechnology News. August 3, 2009. Retrieved 2012-08-13.

161.     "Roche Claims Phase III Data Supports Use of Avastin in Ovarian Cancer". 12 Oct 2010.

162.     Rocha-Lima, Caio M. (2008). "New directions in the management of advanced pancreatic cancer: a review". *Anti-Cancer Drugs* **19** (5): 435–46.doi:10.1097/CAD.0b013e3282fc9d11. PMID 18418211.

163.     Lièvre A, Bachet JB, Le Corre D, *et al.* (2006). "KRAS mutation status is predictive of response to cetuximab therapy in colorectal cancer". *Cancer Res.* **66** (8): 3992–5. doi:10.1158/0008-5472.CAN-06-0191. PMID 16618717.

164.     "Class Labeling Changes to anti-EGFR monoclonal antibodies, cetuximab (Erbitux) and panitumumab (Vectibix): KRAS Mutations". U.S. Food and Drug Administration. 2010-01-11.

165.       "Therascreen KRAS RGQ PCR Kit –P110030". *Device Approvals and Clearances*. U.S. Food and Drug Administration. 2012-07-06.

166.       Nguyen A, Hoang V, Laquer V, Kelly KM (December 2009). "Angiogenesis in cutaneous disease: part I". *J. Am. Acad. Dermatol.* **61** (6): 921–42; quiz 943–4.

167.       Micromedex Healthcare Series [Internet database]. Greenwood Village, Colo: Thomson Healthcare. Updated periodically.

168.       Seiwert TY, Salama JK, Vokes EE. The chemoradiation paradigm in head and neck cancer. *Nat Clin Pract Oncol* 2007;**4**:156–71.

169.       Loehrer PJ, Einhorn LH (May 1984). "Drugs five years later. Cisplatin". *Ann. Intern. Med.* **100** (5): 704–13. PMID 6370067.

170.       Windsor RE, Strauss SJ, Kallis C, Wood NE, Whelan JS (April 2012). "Germline genetic polymorphisms may influence chemotherapy response and disease outcome in osteosarcoma: A pilot study". *Cancer* **118** (7): 1856–67.doi:10.1002/cncr.26472. PMID 21887680.

171.       Wheate NJ, Walker S, Craig GE, Oun R (September 2010). "The status of platinum anticancer drugs in the clinic and in clinical trials".*Dalton Transactions* **39** (35): 8113–27. doi:10.1039/C0DT00292E. PMID 20593091.

172.       Graham, Joanne; Mushin, Mohamed; Kirkpatrick, Peter (January 2004). "Oxaliplatin". *Nature Reviews Drug Discovery* **3** (1): 11–2.doi:10.1038/nrd1287. PMID 14756144.

173.       Pasetto LM, D'Andrea MR, Rossi E, Monfardini S (August 2006). "Oxaliplatin-related neurotoxicity: how and why?". *Crit. Rev. Oncol. Hematol.* **59** (2): 159–68. doi:10.1016/j.critrevonc.2006.01.001. PMID 16806962.

174.       http://www.fda.gov/bbs/topics/NEWS/NEW00537.html

175.       http://onctalk.com/2007/12/18/oral-topotecan-fda-approved/

176.       http://www.drugs.com/newdrugs/gsk-receives-approval-hycamtin-topotecan-capsules-relapsed-small-cell-lung-cancer-671.htmlPress release

177.       http://www.cancer.gov/cancertopics/druginfo/fda-topotecan-hydrochloride

178.       http://www.fda.gov/CDER/Offices/OODP/whatsnew/topotecan.htm FDA

179.       Hande, K. R. (1998). "Etoposide: Four decades of development of a topoisomerase II inhibitor". *European Journal of Cancer* **34**(10): 1514–1521. doi:10.1016/S0959-8049(98)00228-7. PMID 9893622.

180.     Goldman, J.M. & Melo, J.V. Chronic myeloid leukemia—advances in biology and new approaches to treatment. N Engl J Med 349, 1451-1464 (2003)

181.     Fausel, C. Targeted chronic myeloid leukemia therapy: Seeking a cure. Am J Health Syst Pharm 64, S9-15 (2007)

182.     "FDA Highlights and Prescribing Information for Gleevec (imatinib mesylate)".

183.     "Prolonged Use of Imatinib in GIST Patients Leads to New FDA Approval".

184.      Scheinfeld N, Schienfeld N (February 2006). "A comprehensive review of imatinib mesylate (Gleevec) for dermatological diseases". *J Drugs Dermatol* **5** (2): 117–22.PMID 16485879.

185.     Pao W, Miller V, Zakowski M, *et al.* (September 2004). "EGF receptor gene mutations are common in lung cancers from "never smokers" and are associated with sensitivity of tumors to gefitinib and erlotinib". *Proceedings of the National Academy of Sciences of the United States of America* **101** (36): 13306–11.  doi:10.1073/pnas.0405220101. PMC 516528. PMID 15329413. Retrieved 2009-07-02.

186.     Sordella R, Bell DW, Haber DA, Settleman J (August 2004). "Gefitinib-sensitizing EGFR mutations in lung cancer activate anti-apoptotic pathways". *Science* **305** (5687): 1163–7. doi:10.1126/science.1101637. PMID 15284455.

187.     Takimoto CH, Calvo E. "Principles of Oncologic Pharmacotherapy" in Pazdur R, Wagman LD, Camphausen KA, Hoskins WJ (Eds)Cancer Management: A Multidisciplinary Approach. 11 ed. 2008.

188.     Rossi S, editor. Australian Medicines Handbook 2004. Adelaide: Australian Medicines Handbook; 2004. ISBN 0-9578521-4-2.

189.     "8.1.5: Other antineoplastic drugs". *British National Formulary (BNF 57)*. United Kingdom: BMJ Group and RPS Publishing. March 2009. p. 476. ISBN 978-0-85369-845-6.

190.     Pfeffer LM, Dinarello CA, Herberman RB et al. Biological properties of recombinant a-interferons: 40th anniversary of the discovery of interferons. Cancer Res. 1998;58(12):7489-7499.

Balkwill FR. Interferons.Lancet. 1989; 1(8646):1060-1063.

# Cancer and Chemotherapy Course
# PART I

**Self Evaluation Exercises**

Select the best answer for each question  and check your answers at the bottom of the page.

You do not need to submit this self-evaluation exercise with your participant sheet..

1. G1 and G2 are the initial two stages of a cell cycle called gap phases.

TRUE                    FALSE

2. G0 is the resting phase where the cell leaves the cell cycle and stops dividing.

TRUE                    FALSE

3. The two main checkpoints in the cell cycle occur at the end of G1 and M phase.

TRUE                    FALSE

4. The major control switches of a typical cell cycle are called Cyclin-dependent kinases or CDKs.

TRUE                    FALSE

5. Antimetabolites are considered M phase–dependent drugs.

TRUE                    FALSE

6. Cancer cells do not need growth factors for cell division.

TRUE                    FALSE

7. A very high, but limited, number of cell divisions is a hallmark of cancer.

TRUE                    FALSE

8. Apoptosis is a gradual process by which normal cells are transformed into cancer cells.

TRUE                    FALSE

9. Viruses and other  infections are considered to be risk factors for the development of certain cancers.

TRUE                    FALSE

10. Neoadjuvant chemotherapy is indicated as a supplemental treatment to prevent and attack metastases *following* surgery and/or radiation treatment.

TRUE                    FALSE

11. Adjuvant chemotherapy is given *prior* to the surgery in order to shrink the cancer.

TRUE                    FALSE

12. Bone marrow suppression is an adverse effect  of Dactinomycin.

TRUE                    FALSE

13. Melphalan is not considered to be effective for the treatment of multiple myeloma.

TRUE                    FALSE

14. Granulocytopenia is dose limiting for Vinblastine.

TRUE                    FALSE

15. Tamoxifen is considered both an estrogen antagonist .

TRUE                    FALSE

16. Tamoxifen is the preferred anti-androgen in the treatment of prostate cancer.

TRUE                    FALSE

17. Letrozole is a steroidal inhibitor.

TRUE                    FALSE

18. Weight gain is a  side effect of Progestins.

TRUE                    FALSE

19. GnRH (gonadotropin-releasing hormone) analogs are preferred over estrogens in the treatment of prostatic cancer.

TRUE                    FALSE

20. Trastuzmab is a monoclonal antibody that is FDA approved for the treatment of cancer.

TRUE                    FALSE

21. One indication for the use of cisplatin is metastatic testicular cancers.

TRUE                    FALSE

22. Bone marrow suppression is the major dose-limiting toxicity of cisplatin.

TRUE                    FALSE

23. Toptecan is the first topoisomerase I inhibitor to be administered orally.

TRUE                    FALSE

24. Irinotecan is used as a first-line drug in combination with 5-FU and leucovorin for the treatment of metastatic colon or rectal cancer.

TRUE                    FALSE

25. Interferon IFN-α2b is also effective in the treatment of relapsing-remitting multiple sclerosis.

TRUE                    FALSE

1.T  2.T  3.F  4.T  5.F  6.T  7.F  8.F  9.T  10.F  11.F  12. T   13.F  14.T  15.T  16.F  17.F  18.T 19.T  20.T  21.T  22.F  23.T  24.T  25.F

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 184

# Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review

## Part I

## 8 Contact Hours

**Learning Objectives**

After finishing the course material, the students will be able to:

1. Distinguish antibiotic from non-antibiotic antimicrobials.
2. Classify antimicrobials based on their mechanism of action.
3. Describe antibiotic therapy selection.
4. Determine the factors involved in guiding antibiotic therapy selection.
5. Analyze the synergy between antibiotic and non-antibiotic antimicrobials.
6. Discuss the general considerations and approach of non-antibiotic antimicrobial therapy selection.
7. Examine the fundamental mechanisms of action of non-antibiotic antimicrobial agents.
8. Review the basic mechanism of medication resistance.
9. Define and review the various types of non-bacterial pathogens.
10. Identify the main indications, side effects, precautions, and contraindications for each of the major classes of non-antibiotic antimicrobial agents.

**Biography**

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and has completed his clinical clerkship training in various teaching hospitals throughout New York, including King's County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria has passed all USMLE medical board exams on first attempt, and has served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field including faculty member and Department Chair. Dr. Jouria continues to serves as a Subject Matter Expert for several continuing education organizations covering multiple basic medical sciences. He has also developed several continuing medical education courses covering various topics in clinical medicine. Recently, Dr. Jouria has been contracted by the University of Miami/Jackson Memorial Hospital's Department of Surgery to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on Human Anatomy & Physiology.

## Introduction

Non-antibiotics are compounds that were not initially designed for antibiotic or chemotherapeutic purposes, but subsequently exhibited properties similar to antibiotics. These therapeutic agents modify cell permeability and show broad-spectrum antimicrobial activity in vitro against bacteria and other microbes [1–11]. These drugs also increase the in-vitro activity of some antibiotics against specific bacteria, [1, 2, 3, 12] which converts antibiotic-resistant bacteria to become susceptible to previously ineffective drugs [8, 13, 14, 15] and enhances antimycobacterial activity against drug-resistant strains. [15, 16]. Non-antibiotic agents such as phenothiazines and thioxanthenes are also known as membrane stabilizers, [1, 17] as they are characterized by their effects on the plasma membrane of eukaryotic cells resulting in local anesthesia. Phenothiazines inhibit ABC- (ATP-binding cassette) type efflux pumps that are responsible for the antibiotic resistance of the microorganism.

**Table 1: Examples of Antimicrobial Activity of Non-Antibiotics**

| Compound | Activity Against |
|---|---|
| **General anaesthetics** | |
| barbiturates | *Escherichia coli* |
| phenobarbital thiobarbital | *Staphylococcus aureus* |
| chloroform | *S. aureus*; *E. coli*; *Corynebacterium diphtheriae*; |
| ether | *Serratia marcescens*; *Proteus vulgaris*; |
| halothane | *Pseudomonas aeruginosa* |
| enflurane | |
| **Local anaesthetics** | |
| lidocaine | *S. aureus*; *E. coli*; *Shigella* spp.; *Vibrio cholerae*; |
| lignocaine | *Proteus mirabilis*; *P. aeruginosa*; |
| procaine | *Enterococcus faecalis*; *Bacillus cereus*; *Candida* |
| tetracaine | *albicans* |
| **Antihypertensives** | *S. aureus*; *P. aeruginosa*; *Bacillus subtilis*; *C.* |
| Beta-adrenergic receptor | *albicans* |
| antagonists: | *S. aureus*; *E. coli*; *P. aeruginosa* |
| bupranolol propranolol | *S. aureus*; *E. coli*; *Shigella* spp.; *V. cholerae* |
| methyl-dopa | |
| Diuretics | |
| amiloride | *E. faecalis* |
| triamterene | *Streptococcus pyogenes* |
| **Anti-inflammatory drugs** | |
| sodium salicylate | *Klebsiella pneumoniae* |
| **Mucolytic agents** | |
| *N*-acetylcysteine | *S. aureus*; *P. aeruginosa* |
| **Na ,K -ATPase modulators:** | *S. aureus*; *Staphylococcus epidermidis*; |
| 5-hydroxycoumarin | *Streptococcus pneumoniae*; *B. subtilis*; *Listeria monocytogenes*; *Neisseria meningitidis*; *Neisseria gonorrhoeae* |
| **Proton pump inhibitors** | |
| omeprazole | *Helicobacter pylori* |

| lansoprazole | |
|---|---|
| **Calcium antagonists** | |
|    verapamil | Trypanosomes |
| **Antihistamines** | |
|    ciproheptaden | *Plasmodium berghei*; *Plasmodium yoelii*; |
|    ketotifen | *Plasmodium falciparum* |
|    pizotifen | |
|    bromodiphenhydramine |   *S. aureus*; *S. pneumoniae*; *E. coli*; *Klebsiella* spp.; |
|    diphenhydramine prometazine |   *Pseudomonas* spp.; *Shigella* spp; *V. cholerae* |
| **Psychotherapeutic compounds** | |
|    chlorpromazine | *S. aureus*; *E. faecalis*; *E. coli*; *Mycobacterium* |
|    thioxanthenes | *tuberculosis*; atypical mycobacteria; influenza |
| | virus; measles virus; herpes simplex virus |
|    phenothiazines | *V. cholerae*; *P. falciparum*; *Leishmania* spp.; |
| | *Candida* spp.; *Amoeba* spp.; herpes simplex virus |
|    amitriptyline | Intestinal anaerobes; *Bacteroides* spp.; *Prevotella* |
| | spp.; *Fusobacterium* spp.; |
|    diazepam trifluoperazine | *Bifidobacterium* spp.; *Eubacterium* spp.; |
|    chlordiazepoxide | *Proprionibacterium* spp.; *Actinomyces* spp.; |
|    haloperidol | *Peptococcus* spp.; |
|    lithium | *Peptostreptococcus* spp. |
| | |
| | Rauscher murine leukemia virus |
| | Herpes simplex virus |

Clinicians may prescribe some non-antibiotic agents, alone or in combination with antibiotics, as an adjunct in the management of some bacterial infections associated with a higher risk for the development of antibiotic resistance.

**Synergy Between Non-Antibiotics and Antibiotics**

Synergy occurs when the antimicrobial activity exerted by a combination of two or more antibiotics against a particular microbe is greater than the sum of the individual activities of each antibiotic. The total drug concentration is assumed to be constant during that period. The drugs used against a particular microbe don't need to be active at the concentrations used. Synergistic effect between non-antibiotics and antibiotics resulted in the development of new drug combinations used to manage infections that are difficult to treat with a single antibiotic. Several studies have observed synergistic effect between non-antibiotics and antibiotics. The non-antibiotic compounds that produce synergistic effect with antibiotics against a wide variety of bacteria are phenothiazines, such as chlorpromazine, methidilazine, etc., and tricyclic antidepressants, plus membrane-stabilizing compounds prescribed in the management of pain and psychoses.

The synergy produced by chlorpromazine in combination with aminoglycosides, lactams, quinolones, etc. has been limited to bacteria that are sensitive either to the antibiotic or to chlorpromazine. In children who present with recurrent pyelonephritis, for example, treatment with an aminoglycoside and chlorpromazine has shown a significant synergistic effect compared with treatment with the aminoglycoside alone.

**Table 2: Synergy Between Non-Antibiotics and Antibiotics**

| Compound | Activity Against |
|---|---|
| **Antihistamines** | |
|     Bromodiphenhydramine/ampicillin | *S. aureus* |
|     Methdilazine/aminoglycosides | *S. aureus*; *S. pneumoniae*; *E. coli* |
| **Calcium antagonists** | |
|     Amlodipine/chloroquine | *P. falciparum*; *P. yoelii* |
| **Neurotropic compounds** | |
|     Chlorpromazine/streptomycin | *Brucella abortus* |
|     Chlorpromazine/isoniazid | *Mycobacterium intracellulare* |
|     Chlorpromazine/lactams | *E. coli*; *S. aureus* |
|     Chlorpromazine/aminoglycosides | |
|     Chlorpromazine/quinolones | |
|     Chlorpromazine/erythromycin | *Bordetella pertussis* |
|     Phenothiazines/erythromycin | *S. aureus* |
|     Amitriptyline/streptomycin | *S. aureus* |
|     Perphenazine/nalidixic acid | *P. aeruginosa* |
|     Transclopenthixol/penicillin | *S. pneumoniae* |
|     Desipramine/chloroquine | *P. falciparum* |
|     Chlorpromazine/chloroquine | *P. falciparum* |
| **Diuretic** | |
|     Amiloride/tobramycin | *Burkholderia cepacia* |

**Resistance**

When administered together, antibiotics and non-antibiotics produce resistance, such as combinations of methicillin and phenothiazine, penicillin-resistant corynebacteria and chlorpromazine.

**Action Mechanism**

To establish how non-antibiotics initiate antimicrobial effects requires more research. Usually it is thought that these agents act in the same way as beta-lactam antibiotics. Non-antibiotics also affect efflux pumps, which are proteins that help in excretion process.

## Antimicrobials

Antimicrobials kill (microbicidal), or restrict or prevent the development of microorganisms. These are applied in the medical industry as well. Clinicians should keep the following topics in mind when using antimicrobials:

- Proper diagnosis.
- Proper therapy.
- Presence of oral drugs that are of lower quality and price.
- Knowledge of pharmacodynamics and antimicrobial agents.
- Physiological traits affecting antimicrobials' actions.
- Side effects of antimicrobials.

Consultation is required to avoid diseases and their side effects. Antimicrobial agents are suitable for a number of treatments, because they have selective toxicity, which kills harmful organisms, antimicrobial agents.

**Selection of Antimicrobial Agents**

Antimicrobial drug selection is based on the following factors:

1. Diagnosing microorganism presence.
2. Reaction of microorganism to a drug.
3. Location of infection.
4. Human physiology.
5. Drug reliability.
6. Treatment cost.

Certain cases require quick and immediate drug administration before standard testing.

**Identification Caused by Infecting Organism**

Gram staining is used to identify the nature of microbes; however, an active culture is also required to determine expected response of microbes to a drug. Therefore, clinicians must get an

active culture of microorganisms before treatment can begin. However, in certain cases, the presence of microbial antigens is confirmed only after laboratory testing.

**Therapy Prior to Identification of the Organism**

Clinicians select and administer a drug only after the identification of an organism and its expected response to that drug. However, a delay in treatment might lead to death.

**Timing.** Patients with acute infections of unknown origin, such as neutropenia or meningitis, require urgent treatment. In these instances, treatment should start after laboratory test samples are collected, and before test results are available. For less severe conditions, such as subacute bacterial endocarditis, antimicrobial treatment should be delayed until culture results are available, in case such premature treatment retards bacterial growth making diagnosis difficult. Results from microbiological cultures are usually available after 24 to 72 hours, making initial treatment according to the clinical presentation. Several studies have noted poor outcomes for inadequate therapy of serious infections, including increased mortality and morbidity, and increased length of stay [18, 19].

**Selecting a drug.** Drug choice in therapy depends on the following factors:
1. The location of infection and knowledge of previous microbial colonization of a given patient.
2. The patient's age, immune status, previous infections, recent travel history, type of infection and where it was acquired, i.e. hospital or community.
3. Local bacterial resistance patterns or antibiograms [20].

If the microbe has not been identified or there is possibility of a polymicrobial infection, clinicians should initiate a broad-spectrum treatment. The choice of treatment also depends on the microbes known to cause a particular infection. For example, an infant's CSF gram-positive cocciare likely to be *S. agalactiae,* can be treated with penicillin G. However, for an adult, it is likely to be *S. pneumoniae,* which is usually resistant to penicillin G and requires treatment with a high dose ceftriaxone, a third-generation cephalosporin, or vancomycin.

**Table 3: Types of Antibiotics and Organisms Affected**

| Range of Activity | Organisms Affected | Antibiotic Examples |
|---|---|---|
| Narrow Spectrum | Gram-positives (Actinomyces, Corynebacteria, Bacillus Clostridium, Pyogenic cocci, Spirochetes) | Macrolides (Erythromycin) Polypeptides (Polymyxin) |
| Moderate Spectrum | Gram-positives plus systemic, enteric and urinary tract Gram-negatives | Sulfonamides Aminoglycosides (Streptomycin, Gentamycin, Tobramycin) |
| Narrow/Moderate Spectrum | Gram-positives plus Gram-negatives | Beta-lactams (Penicillin, Ampicillin, Cephalosporins) |

| Broad Spectrum | All prokaryotes except mycobacteria and pseudomonas | Chloramphenicol Tetracycline |
|---|---|---|
| Anti-mycobacterial | Mycobacteria | Isoniazid Ethambutol Streptomycin Rifampin |

**Determining Antimicrobial Susceptibility of Infective Organisms**

Clinicians usually perform antimicrobial susceptibility testing (AST) on a microbial culture to determine its susceptibility to specific antibiotics. This helps clinicians to select an appropriate antimicrobial therapy. For example, the susceptibility to specific antibiotics of *Neisseria meningitidis* and *Streptococcus pyogenes* can usually be predicted. However, for other microbes, for example enterococci and the majority of gram-negative bacilli, antimicrobial susceptibility testing is required to determine appropriate antimicrobial treatment.

**Bacteriostatic vs. bactericidal drugs.** Bacteriostatic drugs such as sulfonamides, macrolide, and tetracyclines only <u>inhibit</u> bacterial replication, and the consequent spread of infection until the patient's immune system can eradicate the pathogen. Common bacteriostatic drugs include tetracycline, erythromycin, sulfonomides, cholramphenicol, clindamycin, and trimethoprim. Whereas bactericidal drugs such as fluoroquinolones and daptomycin <u>kill</u> bacteria and are often used for seriously ill patients. Common bactericidals include cephalosporins, penicillin, impeniem, aztreonam, vancomycin, and aminoglycosides.

However, the action of the drug depends upon the organism in question; a drug that is bactericidal against one organism may be bateriostatic against another. For example, chloramphenicol is bactericidal against *S. pneumoniae* but bacteriostatic against gram-negative rods.

**Minimum inhibitory concentration.** The lowest concentration of an antibiotic that visibly reduces microorganism growth is called minimum inhibitory concentration (MIC).  MIC is interpreted as "susceptible," "resistant," or "intermediate," defined as follows according to the new ISO 20776-1 standard:

- Susceptible: A bacterial strain is "susceptible" to a given antimicrobial agent when it is inhibited in vitro by a concentration of this drug that is associated with a high likelihood of therapeutic success.
- Intermediate: The sensitivity of a bacterial strain to a given antimicrobial agent is defined as "intermediate" when it is inhibited in vitro by a concentration of this drug that is associated with an uncertain therapeutic effect.
- Resistant: A bacterial strain is "resistant" to a given antimicrobial agent when it is inhibited in vitro by a concentration of this drug that is associated with a high likelihood of therapeutic failure.

**Minimum bactericidal concentration.** The lowest concentration of antibiotic, which results in a 99.9% decrease in the colony count after overnight broth dilution incubations and kills a specific

bacterium, is called minimum bactericidal concentration (MBC) [21]. An MBC of no more than four times the MIC, as determined by an MIC potency test, for an antimicrobial is generally considered as bactericidal [22].

**Effect of the Site of Infection on therapy**

**The blood-brain barrier.** Adequate levels of an antimicrobial agent equal to or greater than the MIC at the site of infection, and modification of activity at certain sites, must reach the site of infection in order to eliminate the pathogenic microorganisms. For example, first- and second-generation cephalosporins and macrolides are unable to move across the blood-brain barrier, and are therefore not recommended for central nervous system infections, as they do not achieve serum levels in the CSF. The preferred oral drugs for the treatment of prostatitis are fluoroquinolones, as they attain high concentrations in the prostatic tissues [23].

The following factors determine the penetration and concentration of an antimicrobial drug in the CSF:

       **Lipid solubility of the drug.** Normally, lipid-soluble drugs, such as chloramphenicol and metronidazole, penetrate into the brain easily, whereas the water soluble β-lactam antibiotics, such as penicillin, cannot because they have low solubility in lipids and are ionized at physiologic pH. For central nervous system infections, for example meningitis, some β-lactam antibiotics can enter the CSF in therapeutic amounts due to the inflammation of the brain and impairment of the blood-brain barrier function causing increased local permeability.

       **Molecular weight of the drug.** Drugs with a low molecular weight (the square root of the molecular mass) can penetrate the blood-brain barrier easily. Heavier drugs, such as vancomycin, have difficulty traversing the blood-brain barrier, even during meningitis.

       **Protein binding of the drug.** When the blood-brain barrier is intact, only the plasma fraction with an unbound agent can easily penetrate; protein binding severely restricts a drug's entry into the brain.

**Patient Factors**
When selecting an antibiotic for a patient, clinicians should account for the following factors:
- Immune system status.
- Kidney and liver function.
- Perfusion status.
- Age.
- Whether pregnant or breast-feeding.

       **Immune system.** Antimicrobial agents may suppress microbial growth (bacteriostatic) or kill the pathogens (bactericidal), but a healthy  immune system eliminates the  microorganisms, the consequent cellular debris, and, with other organs, any toxins produced. The following factors may compromise an individual's immune system:
- Diabetes.
- Alcoholism.

- HIV infection.
- Malnutrition.
- Autoimmune diseases.
- Cancer.
- Pregnancy.
- Advanced age.
- Immunosuppressive drugs.

Patients with impaired immune systems require higher-than-usual doses or long-term treatment.

### Renal function

The kidneys or liver eliminate most drugs.  Therefore, clinicians should assess patients' kidney function during treatment.  Patients with poor kidney function (10% or less of normal) have  high risk of accumulation of antibiotics, and clinicians must adjust doses accordingly to avoid adverse effects.

Clinicians must reduce dosage  to avoid accumulation and toxicity and prevent side-effects in patients with poor kidney function. Antibiotics that undergo extensive metabolism or are excreted via the biliary route may be favored in these cases. However, clinicians may need to increase dosages for young, healthy patients with rapid renal elimination or patients with rapid hepatic metabolism, possibly because of enzyme induction by the use of agents such as phenytoin or rifampin.

Clinicians may monitor serum creatinine levels, which is a good indicator of kidney function for treatment adjustment. However, a better option is for clinicians to directly monitor serum levels when they administer certain antibiotics, such as aminoglycosides. Rising minimum values indicate potential drug toxicity.

### Hepatic function

Liver function assessment during antimicrobial treatment is important; many drugs such as erythromycin and tetracycline are concentrated or eliminated by the liver. Caution must be exercised when treating patients with liver impairment.

### Perfusion.

Reduced amounts of an antibiotic will reach parts of the body with poor circulation, decreasing its ability to treat the infection. Patients with diabetes or congestive heart failure are especially susceptible.

### Age.

Newborns are susceptible to toxic effects of antibiotics, such as chloramphenicol and sulfonamides, as they have a reduced ability to eliminate drugs through the kidney or liver. Additionally, for young children, tetracyclines or quinolones can negatively affect bone growth and should be avoided.  Conversely, elderly patients are susceptible to drug accumulation as the number of functioning nephrons decreases.

### Pregnancy and Lactation

Antimicrobials should be used with caution during pregnancy, as they can affect both the mother and the developing fetus. For example, aminoglycosides are teratogenic and should not be given because of their ototoxic effect. Tetracyclines can damage teeth, cause dysplasia and suppression of bone growth.  If dosed appropriately, however, the majority of antibiotics are not teratogenic [24-28].

Drugs administered during breastfeeding may enter the infant through the breast milk. However, although antimicrobial concentration is usually low, the total dose may produce adverse effects.

**Table 4: Approved Antibiotic Usage During Pregnancy and Lactation Period**

|  | Pregnancy | | Lactation Period |
|---|---|---|---|
|  | Crosses placental barrier | FDA Category | Diffusion into breast milk |
| Amikacin | + | C/D | + |
| Amoxicillin | ++ | B | + |
| Amoxicillin/ clavulanic acid | ? | B | + |
| Ampicillin | +++ | B | + |
| Ampicillin/ sulbactam | ? | B | + |
| Azithromycin | + | B | + |
| Aztreonam | + | B | + |
| Benzylpenicillin | +++ | B | + |
| Cefaclor | ? | B | + |
| Cefadroxil | +++ | B | + |
| Cefalexin | +++ | B | + |
| Cefazolin | +++ | B | + |
| Cefepim | ++ | B | + |
| Cefixim | +++ | B | + |
| Cefotaxim | + | B | + |

| | Pregnancy | | Lactation Period |
| --- | --- | --- | --- |
| | Crosses placental barrier | FDA Category | Diffusion into breast milk |
| Cefotiam | ? | − | + |
| Cefoxitin | +++ | B | + |
| Cefpodoxim–proxetil | ? | B | + |
| Ceftazidim | ++ | B | + |
| Ceftibuten | ? | B | + |
| Ceftriaxon | + | B | + |
| Cefuroxime | ? | B | + |
| Cefuroximaxetil | + | B | + |
| Chloramphenicol | +++ | C | + |
| Ciprofloxacin | +++ | C | ? |
| Clarithromycin | ? | C | + |
| Clindamycin | ++ | B | + |
| Cotrimoxazole | +++ | C | + |
| Doxycycline | ++ | D | + |
| Ertapenem | ? | B | + |
| Erythromycin | ? | B | + |
| Ethambutol | +++ | B | + |
| Flucloxacillin | ++ | B | + |
| Fosfomycin | ++ | B | + |
| Gentamicin | ++ | C | + |
| Imipenem/ | +++ | C | ? |

| | Pregnancy | | Lactation Period |
| --- | --- | --- | --- |
| | Crosses placental barrier | FDA Category | Diffusion into breast milk |
| cilastatin | | | |
| Isoniazid | +++ | B/C | ? |
| Josamycin | ? | − | ++ |
| Levofloxacin | +++ | C | + |
| Linezolid | ? | C | |
| Loracarbef | + | B | + |
| Meropenem | ? | B | + |
| Metronidazole | +++ | B | + |
| Mezlocillin | +++ | B | + |
| Minocycline | ? | D | + |
| Moxifloxacin | ? | C | + |
| Netilmicin | + | C/D | ? |
| Norfloxacin | ? | C | ? |
| Ofloxacin | ? | C | ? |
| Oxacillin | + | B | + |
| Phenoxymethyl-penicillin | ? | B | + |
| Piperacillin | + | B | + |
| Piperacillin/tazobactam | ? | B | ? |
| Pyrazinamide | ? | C | + |
| Quinupristin/dalfopristin | ? | B | ? |

|  | Pregnancy | | Lactation Period |
|---|---|---|---|
|  | Crosses placental barrier | FDA Category | Diffusion into breast milk |
| **Rifabutin** | ? | **C** | ? |
| **Rifampicin** | ++ | **B/C** | + |
| **Roxithromycin** | ? | **B** | + |
| **Teicoplanin** | ? | **C** | ? |
| **Telithromycin** | ? | – | ? |
| **Tobramycin** | +++ | **C/D** | + |
| **Trimethoprim** | +++ | **C** | + |
| **Vancomycin** | +++ | **C** | + |

+ denotes minor crossing of the placental barrier/diffusion into breast milk.
++ denotes moderate crossing of the placental barrier/diffusion into breast milk.
+++ denotes distinct crossing of the placental barrier/diffusion into breast milk.
? Denotes unknown.

FDA classification:
    A: Controlled human studies show no fetal risks; these drugs are the safest.
    B: Animal studies show no risk to the fetus and no controlled human studies have been conducted, or animal studies show a risk to the fetus, but well-controlled human studies do not.
    C: No adequate animal or human studies have been conducted, or adverse fetal effects have been shown in animals but no human data are available.
    D: Evidence of human fetal risk exists, but benefits may outweigh risks in certain situations (e.g., life-threatening disorders, serious disorders for which safer drugs cannot be used or are ineffective), *X* proven fetal risks outweigh any possible benefits.

**Safety of the Agent**
Many antibiotics, such as the penicillins, are very safe and among the least toxic of all antimicrobial agents, because they only interfere with a site that is unique to the growth of pathogenic microorganisms. However, certain drugs such as chloramphenicol are less specific and are prescribed only in life-threatening infections, as they can be highly toxic.

**FDA Pregnancy Risk Categories:**

Clinicians and patients should use caution should when considering drug therapy during pregnancy:

- Category A: remote risk to fetus (e.g. daily multivitamin).
- Category B: Slight risk to fetus (β-Lactamase, cephalosporins, erythromycin).
- Category C: Greater risk than category B. Use if the potential benefit justifies the potential risk to the fetus (vancomycin, chloramphenicol, fluoroquinolones).
- Category D: Proven risk of fetal harm; use only if there isn't another alternative (aminoglycosides and tetracycline).
- Category X: Proven risk of fetal harm. Risk outweighs any possible benefit to the mother.

**Cost of Therapy**

Several antimicrobial agents can have similar efficacy in treating an infection but vary widely in cost. The cost factor becomes very important, particularly for patients with lower socioeconomic status or living in a poor country.

**Route of Administration**

The oral route of administration is preferred in patients with mild infections and can be given on an outpatient basis. Additionally, oral antibiotic therapy puts less economic burden on an individual or a nation. In cases that require intravenous treatment initially, clinicians should switch patients to oral drugs as soon as possible. However, parenteral administration is necessary for certain antibiotics, such as aminoglycosides and vancomycin, because they are very poorly absorbed when taken orally. Patients hospitalized with severe infections usually receive intravenous antimicrobial agents. However, patients with mild to moderate infections who are hospitalized for other reasons, such as arrhythmias or dehydration, and have normal gastrointestinal function usually  receive antimicrobial agents orally. An agent that has excellent absorption and bioavailability is preferred for oral therapy in patients with invasive infections, such as abscesses or pneumonia. Clinicians can administer antibiotics such as fluoroquinolones, trimethoprim-sulfamethoxazole, and metronidazole in these conditions. However, in severe infections, such as meningitis in which high serum or CSF drug concentrations needs to be achieved, oral therapy is not preferred, is less reliable, and  generally is not recommended [29].

**Table 5: Oral versus Intravenous Administration**

| Mode of Administration | Advantages | Disadvantages |
|---|---|---|
| **Oral** | • Safe.<br>• Convenient.<br>• Economical.<br>• Drug absorption is good due to extensive surface area. | • Some drugs have slow absorption.<br>• Onset of drug action is slow.<br>• Irritable and unpalatable drugs can not be given.<br>• Not utilized in unconscious and uncooperative patients.<br>• Cannot utilize in severe vomiting.<br>• Some drugs are destroyed in stomach like insulin etc.<br>• Drugs after absorption are metabolized in liver before reaching the systemic circulation; this is called "First Pass Effect."<br>• Drug absorption affected by intake of food.<br>• Some drugs produce irritation to gastric mucosa. |
| **Intravenous** | • No absorption required.<br>• Bioavailability is 100%.<br>• Desired blood concentration of drug is achieved quickly and can be maintained.<br>• Large volume of drug can be given.<br>• Rapid onset of action.<br>• Drugs can be given in presence of vomiting and diarrhea.<br>• Useful for unconscious patients.<br>• Useful in emergency situations.<br>• First pass effect is avoided.<br>• Drugs producing gastric irritation can | • Extravasation of drugs produces irritation and cellulitis.<br>• Chances of thrombophlebitis.<br>• Repeated I/V administration require patent veins sometimes that may not be possible.<br>• Less safe, once the side effects appear, they are difficult to control.<br>Disadvantages:<br>• Technical person is needed.<br>• Self-administration is difficult.<br>• Expensive.<br>• Inconvenient and painful.<br>• Danger of infection, if proper sterilization techniques are not used. |

| | be given.<br>• Drugs that are not absorbed from G.I.T can be given.<br>• Drugs destroyed by gastric acid can be given. | |
|---|---|---|

### Determinants of Rational Dosing

Rational dosing of antimicrobial agents is predominantly based on two factors:
1. Pharmacodynamics, i.e. the relationship of drug concentrations to antimicrobial effects.
2. Pharmacokinetics. It encompasses the absorption, distribution, metabolism, and elimination of the drug by the body.

Frequency of dosing depends upon three important properties:
1. Concentration-dependent killing.
2. Time-dependent killing.
3. Post-antibiotic effect.

Antibiotic dosing regimens are optimized with the aid of these determinants to improve clinical outcomes and possibly decrease the development of resistance.

**Concentration-Dependent Killing**
Some antimicrobial drugs, such as aminoglycosides, show a substantial increase in the rate of bacterial killing, as the concentration of antibiotic increases manyfold from 4- to 64-fold MIC of the drug for the infecting microorganism. Administering antimicrobial drugs that exhibit this concentration-dependent killing by a once-a-day bolus infusion attains high peak levels, resulting in rapid killing of the infecting microorganism.

**Time-dependent (Concentration-Independent) Killing**
In contrast, certain antibiotics such as β-lactams, clindamycin, and macrolides, do not exhibit this concentration-dependent property. There is no substantial increase in the rate of bacterial killing by increasing the concentration of antibiotic to higher multiples of the MIC. The clinical efficacy of such antimicrobial agents can be best predicted by concentration-independent or time-dependent killing, i.e. the percentage of time that blood concentrations of a drug remain above the MIC. These drugs have relatively slow bactericidal action; therefore, it is necessary that the serum concentration exceeds the MIC for the duration of the dosing interval so that the inhibitory effect of the drug is effective. This is achieved though frequent dosing or continuous infusion of the drug.

**Post-antibiotic Effect**
The post-antibiotic effect (PAE) is a persistent suppression of microbial growth that occurs after antibiotic levels have fallen below the MIC even in the absence of host defense mechanisms.

The following factors influence the duration of the post-antibiotic effect:

- Duration of antibiotic exposure.
- Bacterial species.
- Medium of the culture.
- Class of antibiotic.

The PAE is defined as the length of time it takes (after the transfer) for the culture to achieve long-phase growth. Antimicrobial agents with a long PAE are usually given only one dose per day. Along with host factors, the pharmacodynamic properties of antimicrobial agents may also help to establish a dosing regimen. This relates specifically to the concept of time-dependent versus concentration-dependent killing. Drugs that exhibit time-dependent activity (beta-lactams and vancomycin) have relatively slow bactericidal action; therefore, it is of utmost importance that the serum concentration exceeds the MIC for the duration of the dosing interval through frequent dosing or continuous infusion.

## Drug Resistance

Microbes are said to be resistant to an antimicrobial if the maximal level of that antimicrobial that can be tolerated by the host does not halt their growth. Antibiotic resistance has become one of the biggest concerns to health-care professionals in the treatment of infectious diseases. Resistance is reported not only against natural and semi-synthetic antibiotics, but also against antibiotics, such as fluoroquinolones, which are synthetic in nature. Resistance has also been observed in antibiotics, such as vancomycin, that do not even enter the cells. Antibiotic resistance is widespread and it is believed that any microorganism could develop resistance to any antibiotic.

Antimicrobial drug resistance is a global issue involving treatment of bacterial, viral, fungal, and parasitic infections [30, 31]. The increase and spread of drug resistance is the result of the evolutionary selection due to the misuse and overuse of antimicrobial drugs [32, 33].

The widespread and often inappropriate use of antimicrobial drugs is the most important factor in the emergence of drug resistance. Antimicrobial drugs should be used appropriately and only when necessary for prevention of drug resistance. This judicious prescribing involves:
- Avoidance of antibiotic treatment for community-acquired infections i.e. the majority of viral, upper respiratory tract infections.
- Avoidance of broad-spectrum antibiotics and use of narrow-spectrum antibiotics whenever possible.
- Antibiotics usage for the shortest duration that is adequate for treating a particular clinical syndrome.

**Prescription Overuse:**
- In the US, it has been estimated that almost 50% of all the antibiotics prescribed are unnecessary. This trend continues partly because of learned behavior by prescribers, poor drug compliance, undue pressure from patients to prescribe antibiotics even if it is not warranted, and aggressive marketing by leading pharmaceutical companies leading to inappropriate demand for antibiotics by patients.

- Approximately 50% of all antibiotics manufactured in the US are given to livestock prophylactically to promote growth in healthy animals. It is believed that this overuse of antibiotics in livestock ultimately leads to resistance in human bacteria.
- The widespread use of antibacterial agents in household cleaning agents is also believed to be partly responsible for bacterial resistance.

**Prescription Misuse**:
- Healthcare professionals sometimes inappropriately or erroneously prescribe antibiotics with incorrect dosage or wrong antibiotics. An antibiotic is often prescribed for non-bacterial infections such as cold, coughs, etc. Sometimes doctors prescribe low-dose antibiotics for long-term use prophylactically.
- Broad-spectrum antibiotics are often prescribed before a diagnostic lab test so that a narrow spectrum antibiotic can be given later on.
- In several countries, antibiotics are available over the counter, which results in extensive antibiotic misuse.
- Drug compliance is also a major issue. Patients discontinue antibiotics as soon as they feel better instead of completing the whole course.

Some microbes such as gram-negative organisms are inherently resistant to a particular antimicrobial (vancomycin in this case).  Microbes are usually responsive to a particular antimicrobial or a drug, but can develop new strains that are more virulent or resistant by spontaneous mutation, acquired resistance and other selection processes. Some of these strains are resistant to multiple antimicrobials.

**Genetic Alterations Leading to Drug Resistance**
Acquired antibiotic resistance develops because of the following factors:
1. Temporary gain of genetic information in the bacteria.
2. Permanent gain of genetic information in the bacteria.
3. Alteration of genetic information in the bacteria.

Resistance develops when the microbial DNA undergoes spontaneous mutation or  moves from one microorganism to another (via plasmids, viral/phage infection etc).

      **Spontaneous mutations of DNA.** Chromosomal alteration happens by deletion, insertion, or substitution of one or more nucleotides within the genome. Some spontaneous mutations have almost no impact on the susceptibility of the microorganism to the antimicrobial agent. However, some mutations produce antibiotic-resistant strains. In the last few years, rifampin-resistant mycobacterium tuberculosis has emerged, because rifampin was used as a single antibiotic.

**DNA transfer of drug resistance.**
Drug resistance can be acquired because of DNA transfer from one microorganism to another. Extrachromosomal R factor (resistance plasmid) is a plasmid that encodes for antimicrobial resistance. The majority of resistance genes are mediated by plasmids, and, in some cases, plasmid-mediated traits get attached to a host bacterial DNA. Plasmids can enter cells with the help of transduction (phage mediated), transformation, or bacterial conjugation.

**Altered Expression of Proteins in Drug-Resistant Organisms**

Drug resistance can be mediated by several types of mechanisms, including:

- Absence of or an alteration in an antibiotic target site.
- Low penetration of the drug because of decreased permeability.
- Increased efflux of the drug.
- Presence of enzymes that inactivate antibiotic.

**Modification of target sites.** Mutation can alter antimicrobial's target site resulting in organismal resistance to antibiotics. For example, *S. pneumoniae's* resistance to penicillin involves alterations in bacterial penicillin-binding proteins (PBMs), resulting in decreased binding of the antibiotic to its target.

**Decreased accumulation.** Decreased uptake or increased efflux of an antibiotic across the cell surface [34] can result in drug resistance, because the drug cannot gain access to the site of its action in optimum concentrations to either injure or kill the microorganism.

**Enzymatic inactivation.** In this scenario**,** antibiotic-inactivating enzymes inactivate or destroy the antimicrobial drug resulting in drug resistance. Some examples of antibiotic-inactivating enzymes include:

- Esterases that inactivate macrolides.
- Acetyltransferases that inactivate chloramphenicol or aminoglycosides.
- β-lactamases ("penicillinases") that inactivate penicillins and cephalosporins.

**Table 6: Some Representative Antibiotics, Their modes of action, and Mechanisms of Resistance**

| Category | Sample Members | Mechanism of Action | Major Mechanisms of Resistance |
|---|---|---|---|
| β -Lactams | Penicillins, Cephalosporins, Cefotaximes, Carbapenems | Inhibition of cell-wall synthesis | Cleavage by β -lactamases, ESBLs CTX-mases, Carbapenemases, altered PBPs |
| Aminoglycosides | Streptomycin, Gentamycin, Tobramycin, Amikacin | Inhibition of protein synthesis | Enzymatic modification, efflux, ribosomal mutations, 16S rRNA methylation |
| Glycopeptides | Vancomycin | Inhibition of cell-wall synthesis | Altered cell walls, efflux |
| Quinolones | Ciprofloxacin, Ofloxacin, Norfloxacin | Inhibition of DNA replication | Efflux, modification, target mutations |
| Tetracyclines | Tetracycline | Inhibition of translation | Mainly efflux |
| Streptogramins | Virginiamycins, Quinupristin, Dalfopristin | Inhibition of cell-wall synthesis | Enzymatic cleavage, modification, efflux |
| Rifamycins | Rifampin (Rifampicin) | Inhibition of transcription | Altered β -subunit of RNA polymerase |
| Oxazolidinones | Linezolid | Inhibition of formation of 70S ribosomal complex | Mutations in 23S rRNA genes followed by gene conversion |

**Table 7: Ten common "superbugs" with Multiple Drug Resistance (MDR)**

| Bacterium | Diseases Caused | Drugs Resisted |
|---|---|---|
| *Staphylococcus aureus* | Bacteremia (blood infection), pneumonia, surgical-wound infections | Chloramphenicol, rifampin, ciprofloxacin, clindamycin, erythromycin, beta-lactams, tetracycline, trimethoprim |
| *Streptococcus pneumoniae* | Meningitis, pneumonia, otitis media (ear infection) | Penicillin, erythromycin, chloramphenicol, trimethoprim-sul-famethoxazole, fluoroquinolones |

| | | |
|---|---|---|
| *Mycobacterium tuberculosis* | Tuberculosis | Aminoglycosides, ethambutol, isoniazid, pyrazinamide, rifampin |
| *Haemophilus influenzae* | Epiglotitis, meningitis, otitis media, pneumonia, sinusitis | Beta-lactams, chloramphenicol, tetracycline, trimethoprim |
| *Enterobacteriaceae (e.g.Escherichia coli, Klebsiella spp.)* | Bacteremia, pneumonia, urinary tract or surgical-wound infections, diarrhea | Aminoglycosides, beta-lactams, fluoroquinolones, chloramphenicol, trimethoprim |
| *Enterococcus* | Bacteremia, urinary tract or surgical-wound infections | Aminoglycosides, beta-lactams, vancomycin |
| *Neisseria gonorrhoeae* | Gonorrhea | Beta-lactams, spectinomycin, fluoroquinolones, tetracycline |
| *Pseudomonas aeruginosa* | Bacteremia, pneumonia, urinary tract infections | Aminoglycosides, beta-lactams, ciprofloxacin, carbapenems |
| *Bacteroides* | Septicemia, anaerobic infections | Clindamycin, cefoxitin, fluoroquinolones |
| *Shigella dysenteriae* | Severe diarrhea | Ampicillin, tetracycline, chloramphenicol, trimethoprim-sulfamethoxazole |

Infectious diseases caused by fungi are known as mycoses, and they are usually chronic in nature [35]. Mycotic infections can be superficial and may involve the skin (cutaneous mycoses extending into the epidermis). Some fungi can also cause subcutaneous infections by penetrating the skin. Systemic mycoses caused by virulent pathogens predominantly originate in the lungs and later on can spread to multiple organ systems. Systemic mycoses are also seen in immunocompromised patients and are caused by   opportunistic pathogens such as candidiasis, aspergillosis and cryptococcosis. Systemic mycoses are very difficult to treat and are usually life-threatening.

**Table 8: Superficial Fungal Infections and Causative Organisms**

| Superficial Fungal Infections | | |
|---|---|---|
| **Dermophytic Infection** | **Causative Organism** | |
| Tinea corporis (ringworm) | *Microsporum canis, Trichophyton mentagrophytes* | |
| Tinea cruis (jock itch) | *T. rubrum, T. mentagrophytes, E. floccosum* | |
| Tinea pedis (athlete's foot) | *T. rubrum, T. mentagrophytes, Epidermophyton floccosum* | |
| Tinea capis (scalp) | *M. canis T. tonsurans* | |
| Tinea unguium (nails) | *T. rubrum, T. mentagrophytes, E. floccosum* | |
| Tinea barbae (beard/hair) | *T. rubrum, T. mentagrophytes* | |
| Systemic Infections | | |
| **Systemic Infections** | **Causative Organism** | |
| Coccidioidomycosis | *Cocidioides immitis* | |
| Blastomycosis | *Blastomyces dermatitidis* | |
| Histoplasmosis | *Histoplasma capsulatum* | |
| Brazilian Blastomycosis | *Paracoccidioides brasiliensis* | |
| Opportunistic Infections | | |
| **Opportunistic Infections** | **Causative Organism** | **Target Organs** |
| Candidiasis, Thrush, Vulvovaginitis | *Candida albicans* | GI tract and vagina |
| Aspergillosis | *Aspergillus* sp. | Lung, brain, sinuses and other organs |
| Cryptococcal meningitis | *Cryptococcus neoformans* | Through inhalation, may cause mild lung infection. It mainly affects CNS, sinuses, eyes, blood, and brain |
| Mucormycosis | | |
| Pneumocystis carinii pneumonia | *Mucor* sp. *Pneumocystis carinii* | Lungs (especially prevalent in HIV patients) |

Fungi are eukaryotic and have rigid cell walls composed of chitin. Fungal cell membranes contain ergosterol as opposed to the cholesterol present in mammalian membranes. These typical chemical characteristics help to target pharmaceutical agents against mycoses or fungal infections. Fungal infections are usually antibiotic resistant.

**Table 9: Classification of Antifungal Drugs**

| Classification of Antifungal Drugs |
| --- |
| **Drugs for systemic fungal infections** |
| **Polyene antibiotics** |
| -Amphotericin B |
| **Pyrimidine antimetabolites** |
| -Flucytosine |
| **Antifungal azoles** |
| -Ketoconazole |
| -Fluconazole |
| -Itraconazole |
| **Echinocandins** |
| Caspofungin, micafungin, and anidulafungin |
| **Drugs for superficial fungal infections** |
| **Systemic drugs** |
| -Griseofulvin |
| -Iodide |
| **Topical drugs** |
| -Nystatin |
| -Haloprogin |
| -Tolnaftate |
| -Azoles (miconazole, econazole, clotrimazole) |

The antifungals act on various targets. Polyene antibiotics such as amphotericin B lipid, Nystatin (topical), and azole antifungals act on the cell membrane. Some agents such as pyrimidine analogues (Flucytosine) target DNA synthesis. Drugs such as echinocandins and caspofungin acetate act on cell walls.

**Table 10: Classification of Antifungal Drugs**

| Class of Drug | Mechanism of Action | Example |
|---|---|---|
| Polyenes | Act by binding to ergosterol in the fungal cell membrane. This binding results in the depolarization of the membrane and formation of pores that increase permeability to proteins and monovalent and divalent cations, eventually leading to cell death. | Amphotericin B |
| Antimetabolite | Inhibits fungal protein synthesis by replacing uracil with 5 fluorouracil in fungal RNA, also inhibit thymidylate synthetase via 5-fluorodeoxy-uridine monophosphate and interferes with fungal DNA synthesis. | Flu cytosine |
| Azoles | Inhibition of cytochrome P450 14a-demethylase (P45014DM). This enzyme is in the sterol biosynthesis pathway that leads from lanosterol to ergosterol. | Ketoconazole |
| Ally amines | Inhibits ergo sterol synthesis by inhibiting the enzyme squalene epoxidase. | Terbinafine |
| Glucan Synthesis Inhibitors | Blocks the synthesis of a major fungal cell wall component, 1-3-beta-D-glucan. | Caspofungin |
| Miscellaneous | Inhibiting fungal mitosis by disrupting the mitotic spindle thru interaction with polymerized microtubules. | Griseofulvin |

**Amphotericin B**

Amphotericin B is a polyene macrolide antibiotic that is extracted from *Streptomyces nodosus*. It is the drug of choice for the treatment of life-threatening systemic mycoses.  It is also the drug of choice for the following fungal diseases:

- Disseminated and meningeal coccidioidomycosis.
- Disseminated histoplasmosis.
- Disseminated and meningeal cryptococcosis.
- Deep candidiasis.
- Invasive aspergillosis.
- Mucormycosis.

Amphotericin B is an alternative drug for the following fungal diseases:

- Paracoccidioidomycosis.
- Blastomycosis.
- Extracutaneous sporotrichosis.

**Mechanism of action.** Amphotericin B molecules bind to ergosterol present in the plasma membranes of fungal cells. This leads to formation of a transmembrane channel resulting in leakage of monovalent ions, especially potassium. Ion ($K^+$, $Na^+$, $H^+$ and $Cl^-$) leakage is the primary effect leading to fungal cell death. However, recent studies have observed that pore formation or transmembrane channel is not necessarily  associated with cell death [36]. It is now believed that the actual mechanism of action may be more sophisticated, complex, and multifaceted.

**Antifungal spectrum.***Amphotericin B* can be fungistatic or fungicidal depending on the type of organism and the concentration of the drug. It has a proven efficacy against a wide variety of fungi, which includes *Candida albicans, Histoplasma capsulatum, Coccidioides immitis, Cryptococcus neoformans, Blastomyces dermatitidis*, and many strains of *Aspergillus*. It is also highly effective in the treatment of the leishmaniasis, a protozoal infection.

**Resistance.** Fungal resistance is seen in very few cases and is associated with decreased ergosterol content of the fungal membrane.

**Pharmacokinetics.** Amphotericin B is poorly soluble in water, and sodium deoxycholate is added for injectable preparations, which forms a soluble colloidal dispersion. Amphotericin B is usually administered by slow, intravenous (IV) infusion. The intrathecal route is a comparatively unsafe route but is sometimes prescribed for the treatment of meningitis caused by fungi that are sensitive to the drug. An oral preparation of amphotericin B has recently become available as well [37].

Conventional amphotericin B (CAB) can cause systemic infusion-related adverse reactions and dose-dependent nephrotoxicity. Lipid dispersion of amphotericin negates its toxic effects on the human cell membrane without impairing its effect on the fungal cell membrane. Amphotec, Abelcet, and Ambisome are the three amphotericin-B lipid formulations available in the United States.

**Table 11: Lipid Formulations of Amphotericin**

| Feature | Abelcet | Amphotec | Ambisome |
|---|---|---|---|
| Lipid Components | DMPC, DMPG | Cholesteryl sulphate | Phosphatidyl choline Cholesterol, distearoyl phosphatidyl glycerol |
| Structure | Ribbons of lipid with amphotericin B | Discoid structures with amphotericin B | Unilamellar liposomes with amphotericin B inside |
| Acute toxicity (compared to parent compound) | 8-10 times less toxic | 8-10 times less toxic | 70-80 times less toxic |
| Usual dose | 5mg/kg/day | 2-7.5mg/kg/day | 5-7.5mg/kg/day |
| Safety profile | Preservation of renal function | Preservation of renal function | Adverse effects in < 5% of patients |
| Efficacy response in humans | 69% overall 78% candidiasis 60% aspergillosis | 59% overall 83% candidiasis | 67% candidiasis 86% aspergillosis |

Ambisome has the smallest liposome size and is the simplest of the liposome preparations that is produced by incorporating amphotericin B into a single liposomal bilayer composed of phospholipids and cholesterol. Such preparations are less toxic;  however, these preparations are expensive and are predominantly used as salvage therapy for individuals who are intolerant to conventional amphotericin B. In case renal dysfunction occurs because of conventional amphotericin B, clinicians should reduce the total daily dose by 50%. Sodium loading with IV saline infusions and the lipid-based amphotericin-B products are generally used to prevent nephrotoxicity.

**Adverse effects. The** therapeutic index of amphotericin B is narrow; therefore, the total adult daily dose should not exceed 1.5 mg/kg. Clinicians can administer small test doses to determine the extent of negative responses, such as anaphylaxis, or convulsion. Other toxic effects include the following:

- Fever and chills: These manifestations develop usually one to three hours after starting IV administration, and they generally subside with repeated administration of the drug. Premedication with an antipyretic or a corticosteroid effectively prevents these manifestations.
- Kidney dysfunction: Patients can have a low glomerular filtration rate (GFR) and impaired renal tubular function. Nephrotoxicity may be accentuated because of sodium depletion; therefore, a bolus infusion of normal saline before and after amphotericin B infusion can prevent nephrotoxicity. Normal renal function is achieved after the drug is discontinued; however, at higher doses there is a likelihood of residual damage.
- Hypotension: The patient may develop a sudden shock-like fall in blood pressure along with hypokalemia.

- Other prominent side effects include headache, nausea, vomiting, drowsiness, and generalized weakness.

**Table 12: Drug Interactions**

| Drug Name/Class | Effect of the Drug Interaction |
|---|---|
| Corticosteroids | Increased risk of hypokalemia |
| Cytostatic drugs | Increased risk of kidney damage, hypotension, and bronchospasms |
| Flucytosine | Toxicity of flucytosine is increased and allows a lower dose of amphotericin B. Amphotericin B can accelerate entry of flucystosine into the fungal cell by blocking the fungal cell membrane. |
| Diuretics or cisplatin | Increased renal toxicity and increased risk of hypokalemia |
| Adefovir, tenofovir Foscarnet, ganciclovir | Increased risk of hematological and renal side effects of amphotericin B. |
| Leukocyte transfusion | Increased risk of lung damage. Clinicians should space the intervals between the application of amphotericin B and the transfusion, and monitor pulmonary function. |

**Flucytosine**

Clinicians usually prescribe (5-FC), a synthetic pyrimidine antimetabolite, in combination with amphotericin B for the treatment of systemic mycoses and for meningitis caused by *Cryptococcus neoformans* and *Candida albicans*.

**Mechanism of action.**

5-FC enters fungal cells via an enzyme called cytosine specific permease, which is not present in mammalian cells. 5-FC is then converted to 5-fluorodeoxyuridine 5'-monophosphate within susceptible fungal cells [6-8]. This false nucleotide impairs synthesis of nucleic acid and protein. 5-FC and amphotericin B are used in combination and are synergistic, because amphotericin B increases cell permeability that allows more 5-FC to penetrate the cell.

**Antifungal spectrum.** 5-FC is fungistatic and is effective in combination with amphotericin B for treating candidiasis and cryptococcosis and in combination with itraconazole for treating chromoblastomycosis.

**Resistance.** Resistance for 5-FC can develop during treatment because of two reasons:
1. Low levels of any of the enzymes in the conversion of 5-FC to 5-fluorouracil (5-FU).
2. Increased production of cytosine.

Resistance is the main reason that 5-FC is used in combinations with amphotericin B or itraconazole and is not used as a single antimycotic drug. Combination therapy reduces the chances of resistance developing.

**Pharmacokinetics.** 5-FC is readily absorbed orally. It distributes throughout the body water and penetrates well into the CSF. 5-FU and its metabolites are excreted by the kidneys via glomerular filtration, and dose adjustment is required in patients with impaired renal function. The usual dosage of Flucytosine ranges from 50 to 150 mg/kg/day given in divided doses at six-hour intervals.

**Adverse effects.**

**Table 13: Adverse Effects of 5-FC**

| Organ Affected | Adverse Effects |
|---|---|
| Bone marrow | Bone marrow depression causing pancytopenia, anemia, and in rare cases, agranulocytosis. Aplastic anemia can also develop. In case of severe bone marrow toxicity, death may occur, especially in immunocompromised patients. |
| GI System | Anorexia, duodenal ulcer, abdominal pain and bloating, diarrhea, dry mouth, GI hemorrhage, nausea, vomiting, and ulcerative colitis. |
| CNS | Confusion, psychosis, ataxia, hallucinations, headache, hearing loss, paresthesia, peripheral neuropathy, vertigo, and sedation |
| Skin | Rash, pruritus, and photosensitivity. In rare cases, toxic epidermal necrolysis (Lyell's syndrome) can also occur, which can be fatal. |
| Liver | Elevation of liver enzymes and bilirubin, hepatic impairment, jaundice. |
| Kidney | Increased BUN and serum creatinine. Crystalluria and acute renal failure can also occur. |
| Anaphylaxis | Hypotension, bronchospastic reactions, diffuse erythema, pruritus, conjunctival injection, abdominal pain, edema, and fever |

**Ketoconazole**

Ketoconazole, introduced in 1984, was the first orally active azole available for the treatment of systemic mycoses.

**Mechanism of action.** Azoles are fungistatic, and work by inhibiting C-14 α-demethylase (a cytochrome P450 [CYP450] enzyme). This inhibition damages and impairs membrane structure and function leading to inhibition of fungal cell growth.
However, ketoconazole is not target selective and also inhibits production of human gonadal and adrenal steroids. It also inhibits CYP450-dependent hepatic drug-metabolizing enzymes using the CYP3A4 pathway.

**Antifungal spectrum:** Oral ketoconazole is active against several types of fungi such as *Candida, Histoplasma, Blastomyces*, and *Coccidioides*; however, it is ineffective against *aspergillus* species. Itraconazole is a better alternative to ketoconazole and is the preferred drug for treating the majority of fungal infections, as it is more potent with fewer adverse effects as well as having this broader spectrum.

Topical ketoconazole is used for topical infections, such as tinea corporis, tinea cruris, and tinea pedis. Topical ketoconazole also effectively treats seborrheic dermatitis and dandruff. Ketoconazole shampoo is also effective as a body wash in treating tinea versicolor. It is also prescribed for the treatment of nonfungal problems such as Cushing's syndrome [38-39] and preventing postoperative erections [40].

**Resistance.** This is a major clinical problem, especially when treating individuals with advanced HIV infection. Mutations have been found in the C-14 alpha-demethylase gene, resulting in decreased azole binding. Some strains of fungi have mutated and can flush the azole out of the cell.

**Pharmacokinetics.** Ketoconazole, when administered orally, requires gastric acid for proper absorption by the intestinal mucosa. Absorption is impaired with antacids as they raise gastric pH. Absorption is also hindered by H2-histamine– receptor blockers and proton-pump inhibitors, as they interfere with gastric acid secretion.

Drinking cola drinks, which are acidifying agents, prior to taking the drug can lead to better absorption, especially in patients with achlorhydria. Ketoconazole is extensively bound to plasma proteins. Its metabolism takes place in the liver, and excretion is predominantly through the bile.

## Dose and Administration

Adults: The recommended starting dose of ketoconazole tablets is a single daily administration of 200 mg (one tablet). Clinicians can increase the dose of ketoconazole to 400 mg once daily in the case of inadequate clinical responsiveness and in very severe infections.
Children: In small numbers of children over two years of age, a single daily dose of 3.3 to 6.6 mg/kg has been used.

**Adverse effects.**
Some frequent adverse effects include**:**

- Dose-dependent GI disturbances such as anorexia, nausea and vomiting.
- Endocrine impairments, such as decreased libido, impotence gynecomastia, and menstrual irregularities.
- Allergies.
- Transient increases in serum transaminases.
- In rare cases, frank hepatitis.

Clinicians should monitor plasma concentrations of the ketoconazole in patients with liver dysfunction, as the drug may accumulate in the patient's body.

**Drug interactions and contraindications.**
Ketoconazole, a CYP450 inhibitor, can accentuate the toxicities of drugs such as cyclosporine, phenytoin, and warfarin. Rifampin, a CYP450 enhancer, can effectively shorten the duration of action of ketoconazole. H2-receptor blockers, antacids, proton-pump inhibitors, and sucralfate decrease gastric acidity, and consequently, decrease the absorption of ketoconazole. Patients should avoid combined use of ketoconazole and amphotericin B, because the reduction in ergosterol in the fungal membrane reduces the fungicidal action of amphotericin B. Ketoconazole is contraindicated in pregnancy because of its teratogenicity.

**Fluconazole**

Fluconazole is a synthetic triazole class of antifungal agents that is prescribed in the treatment and prevention of fungal infections. It doesn't have the side effects related to the endocrine system and it readily penetrates into the CSF.

**Mechanism of action.** Fluconazole is cytochrome P450 (CYP51A1) enzyme 14α-demethylase inhibitor that prevents the conversion of lanosterol to ergosterol and subsequent accumulation of 14α-methyl sterols [41].  Fluconazole is predominantly fungistatic, but can be fungicidal against some pathogens, such as *Cryptococcus* [42].

It is the drug of choice for treatment of severe fungal infections caused by *Candida* species and *Candida neoformans.* Fluconazole is prescribed for prophylaxis of fungal infections in recipients of bone marrow transplants. Fluconazole can be used as a first-line treatment for the following fungal infections [43]:

- Histoplasmosis.
- Coccidioidomycosis.
- Cryptococcosis.
- Prophylaxis of candidiasis in immunocompromised people.

Fluconazole can be administered orally or intravenously. For the treatment of vaginal candidiasis, the dose is 150 mg as a single oral dose. Patients with  resistant skin infections need 150–300 mg of fluconazole once weekly. Patients with systemic or severe infections are prescribed 500–600 mg/day of fluconazole. Its absorption is excellent and is not dependent on gastric acidity. Binding to plasma proteins is minimal. It is poorly metabolized. Fluconazole has more than 90% bioavailability, and it circulates in plasma in the free form. It has negligible hepatic metabolism and is excreted by the kidney, and clinicians should reduced dosage in patients with poor kidney function.

**Adverse effects.**
Unlike ketoconazole, fluconazole doesn't affect the endocrine system, as it does not inhibit the CYP450 system that leads to androgen production. However, fluconazole can potentiate toxicities of drugs such as warfarin, phenytoin, cyclosporine, etc.
Some common adverse effects of fluconazole include nausea, vomiting, and rashes.  In rare cases, fluconazole has been linked to severe or fatal hepatotoxicity; therefore, clinicians must regularly monitor liver function tests during long-term treatment of fluconazole. Clinicians should also prescribe the drug with caution in individuals with pre-existing liver disease [41]. Fluconazole is teratogenic and can cause birth defects in infants. Fluconazole should not be used during pregnancy [44]. If one does become pregnant during treatment or without the advice of a doctor, fluconazole has the following adverse drug effects.

**Table 14: Adverse Effects of fluconazole**

| Adverse Effects | | | |
|---|---|---|---|
| Common adverse effects (≥1% of patients) | Infrequent adverse effects (0.1−1% of patients) | Rare adverse effects (<0.1% of patients) | Very rare adverse effects |
| <ul><li>Headache.</li><li>Rash.</li><li>Dizziness.</li><li>Vomiting.</li><li>Nausea.</li><li>Abdominal pain.</li><li>Elevated liver enzymes.</li></ul> | <ul><li>Fatigue.</li><li>Anorexia.</li><li>Constipation.</li></ul> | <ul><li>Oliguria.</li><li>Hypokalemia.</li><li>Seizures.</li><li>Paraesthesia.</li><li>Alopecia.</li><li>Stevens–Johnson syndrome (SJS)</li><li>Thrombocytopenia.</li><li>Other blood dyscrasias.</li><li>Hepatic failure.</li><li>Anaphylactic reactions.</li></ul> | <ul><li>Prolonged QT interval.</li><li>Torsades de pointes.</li></ul> |

Contraindications for fluconazole include [43]:

- Hypersensitivity to other azole medicine.
- Pregnancy.
- Concomitant use of high dose fluconazole and quinidine.
- Administration of terfenadine with multidose of fluconazole 400 mg per day is administered.

**Itraconazole**

Itraconazole is a synthetic triazole antifungal agent with a broad antifungal spectrum. Its mechanism of action is similar to that of the other triazoles. It is the drug of choice for the treatment of sporotrichosis, blastomycosis, histoplasmosis, and paracoccidioidomycosis. Unlike ketoconazole, itraconazole is effective in AIDS-associated histoplasmosis. Itraconazole is well absorbed orally, and similar to ketoconazole, it needs an acidic environment for dissolution. It is protein bound and distributes well throughout the body, but it doesn't nott readily penetrate the CSF. It is predominantly metabolized by the liver. Hydroxyitraconazole, its biologically active metabolite, has a similar antifungal spectrum. Common adverse effects of itraconazole include nausea and vomiting, rash, hypokalemia, headache, edema, and hypertension. It is contraindicated in pregnancy because of its teratogenic effects. It inhibits the metabolism of several drugs, including warfarin, statins, and quinidine. Inducers of the CYP450 system increase the metabolism of itraconazole. Clinicians should not prescribe itraconazole capsules  shou to patients with ventricular dysfunction, such as congestive heart failure (CHF) or a history of CHF.

**Table 15: Drug Interactions with Itraconazole**

| Drugs whose plasma concentration increases from Itraconazole | |
|---|---|
| *Antiarrhythmics* | digoxin, dofetilide, quinidine, disopyramide |
| *Anticonvulsants* | carbamazepine |
| *Antimycobacterials* | rifabutin |
| *Antineoplastics* | busulfan, docetaxel, vinca alkaloids |
| *Antipsychotics* | pimozide |
| *Benzodiazepines* | alprazolam, diazepam, midazolam, triazolam |
| *Calcium Channel Blockers (CCBs)* | dihydropyridines (including felodipine and nisoldipine), verapamil |
| *Gastrointestinal Motility Agents* | cisapride |
| *HMG CoA-Reductase Inhibitors* | atorvastatin, cerivastatin, lovastatin, simvastatin |
| *Immunosuppressants* | cyclosporine, tacrolimus, sirolimus |
| *Oral Hypoglycemics* | oral hypoglycemics |
| *Protease Inhibitors* | indinavir, ritonavir, saquinavir |
| *Other* | methadone, levacetylmethadol (levomethadyl) , ergot alkaloids, halofantrine, alfentanil, buspirone, methylprednisolone, budesonide, dexamethasone, fluticasone, trimetrexate, warfarin, cilostazol, eletriptan, fentanyl |
| Drugs whose plasma  concentration decreases from Itraconazole | |
| *Anticonvulsants* | carbamazepine, phenobarbital, phenytoin |
| *Antimycobacterials* | isoniazid, rifabutin, rifampin |
| *Gastric Acid Suppressors/Neutralizers* | antacids, H2-receptor antagonists, proton pump inhibitors |
| *Non-nucleoside Reverse Transcriptase Inhibitors* | nevirapine |
| Drugs that increase the plasma concentration of Itraconazole | |
| *Macrolide Antibiotics* | clarithromycin, erythromycin |
| *Protease Inhibitors* | indinavir, ritonavir |

**Voriconazole, or Vfend**

Voriconazole (brand name Vfend) is a broad-spectrum triazole antifungal agent. Voriconazole is used  as a first-line treatment of candidaemia, oesophageal candidiasis, invasive aspergillosis, and various *Candida* infections.  It is also approved for treatment of infections caused by *Scedosporium apiospermum* and *Fusarium* species [45].

The principal mechanism of action of voriconazole is the inhibition of cytochrome P450-mediated 14 alpha-lanosterol demethylation (CYP51A1) that prevents synthesis of ergosterol in the fungal cell. The accumulation of 14 alpha-methyl sterols is associated with loss of ergosterol in the fungal cell wall which seems to account for the antifungal activity. Voriconazole is more selective for fungal cytochrome P450 enzymes as compared to mammalian cytochrome P450 enzymes.

Voriconazole is readily absorbed when taken orally. It has bioavailability of around 96% that allows patients to be switched between oral and intravenous administration.

Voriconazole is metabolized by hepatic cytochrome P450 and interacts with some drugs. Administration of voriconazole is contraindicated with some drugs which include rifampin, rifabutin, etc. It also requires dose adjustments and/or monitoring when co-administered with drugs such as omeprazole, tacrolimus, cyclosporine, etc.  Voriconazole is predominantly metabolized in the liver and it acts simultaneously as a substrate and inhibitor of multiple enzymes of the cytochrome P450 system [46].

Because of this reason, the dose should be halved in patients with mild to moderate liver dysfunction (Child-Pugh score A or B). No dose adjustment is required in patients with kidney dysfunction or advanced age; however, children clear voriconazole  more rapidly than adults and monitoring of voriconazole levels may be essential [47].

Voriconazole penetrates body tissues well, including the CNS.

Patients should be treated for a minimum of 14 days and for at least 7 days following resolution of symptoms.

**Table 16: Recommended Dosing Regimen: Voriconazole**

| Infection | Loading Dose | Maintenance Dose *·** | |
|---|---|---|---|
| | IV | IV | Oral+ |
| Invasive Aspergillosis | 6 mg/kg q12h for the first 24 hours | 4 mg/kg q12h | 200 mg q12h |
| Candidemia in nonneutropenic patients and other deep tissue Candida infections | 6 mg/kg q12h for the first 24 hours | 3 to 4 mg/kg q12h | 200 mg q12h |
| Esophageal Candidiasis | | Not Evaluated | 200 mg q12h |
| Scedosporiosis and Fusariosis | 6 mg/kg q12h for the first 24 hours | 4 mg/kg q12h | 200 mg q12h |

 * Increase dose when voriconazole is co-administered with phenytoin or efavirenz (7); Decrease dose in patients with hepatic impairment (2.7).

** In healthy volunteer studies, the 200 mg oral q12h dose provided an exposure (AUCτ) similar to a 3 mg/kg IV q12h dose; the 300 mg oral q12h dose provided an exposure (AUCτ) similar to a 4 mg/kg IV q12h dose [*see Clinical Pharmacology (12)*].

+ Adult patients who weigh less than 40 kg should receive half of the oral maintenance dose.

The most common side effects of voriconazole are rash, vomiting, nausea, transient visual disturbances, fever, diarrhea, headache, peripheral edema, abdominal pain, and respiratory disorder. The majority of adverse effects are identical to other azole antifungal agents, but visual disturbances are unique to voriconazole which are usually present when there are high trough concentrations of voriconazol. They are present in almost one-third of the patients and usually develop approximately one-half hour after administration, persisting for approximately 30

minutes. In some cases, they may disappear after continued use. There is no long-term detrimental effect on vision or damage to the eye. Clinicians must warn patients on voriconazole against night driving or other potentially dangerous tasks. Recent clinical studies have observed that under- and over-dosing of voriconazole can influence the safety and efficacy of voriconazole therapy [48-51].

Voriconazole is usually discontinued in presence of visual disturbances, rash, and elevated liver function tests.

Treatment with voriconazole, in rare cases, may lead to severe hepatic reactions. Clinicians must periodically monitor liver function tests during the whole course of voriconazole therapy. Voriconazole has been associated with an increased risk of squamous-cell carcinoma of the skin [52].

**Posaconazole**

Posaconazole is a broad-spectrum triazole antifungal drug [53, 54] that prevents ergosterol production by accumulation of methylated sterol precursors and inhibition of the enzyme lanosterol 14a-demethylase and accumulation of methylated sterol precursors. Compared to itraconazole, posaconazole is a far more potent inhibitor of 14-alpha demethylase [55-57].

Posaconazole is effective against *Aspergillus*, *Candida*, and *Zygomycetes spp* [58].
It is approved for the prophylaxis of *Candida* and invasive *Aspergillus* infections in patients who are severely immunocompromised. It is also highly effective in the treatment of oropharyngeal candidiasis. Posaconazole can also be prescribed in the treatment of infections caused by Mucor species and other zygomycetes. Posaconazole is effective in the treatment of Chagas disease (both chronic and acute), and has shown superior efficacy over benznidazole [59].

The recommended initial dose is 200 mg (5 mL) three times a day with a full meal. Posaconazole is relatively well tolerated and is easily absorbed in a period of three to five hours. It is mainly metabolized by the liver. Its half-life is around 35 hours. Posconazole taken orally with a fat rich meal has more than 90% bioavailability and increases its concentration by four times compared to fasting state [58].

Some common adverse reactions associated with posconazole are fever, diarrhea, nausea, cough, abdominal pain, insomnia, etc. Patients taking this drug can also show prolonged QT interval on the ECG. It should be used with caution in patients with potentially proarrhythmic conditions and should be avoided with agents that prolong the QT interval and are metabolized via CYP3A4. Posaconazole may accentuate the effect and toxicity of several drugs such as tacrolimus, and sirolumus and cyclosporine as it is a potent inhibitor of CYP450 3A4 enzymes.

**Table 17: Characteristics of Azoles**

|  | Ketoconazole | Fluconazole | Voriconazole | Posaconazole |
|---|---|---|---|---|
| Spectrum | Narrow | Expanded | Expanded | Expanded |
| Route(s) of administration | Oral | Oral, IV | Oral, IV | Oral |
| t1/2 (hours) | 6–9 | 30 | 6–24 | 20–66 |
| CSF Penetration | No | Yes | Yes | Yes |
| Renal excretion | No | Yes | No | No |
| Interactions with other drugs | Frequent | Occasional | Frequent | Frequent |
| Inhibition of mammalian sterol synthesis | Dose-dependent inhibitory effect | No inhibition | No inhibition | No inhibition |

**Echinocandins**

Echinocandins are antifungal drugs that interfere with the synthesis of glucan in the fungal cell wall by inhibition of the enzyme 1,3-β glucan synthase [60, 61]. They are also known as the "penicillin of antifungals." Currently available echinocandins such as caspofungin, micafungin, and anidulafungin are administered intravenously.

**Caspofungin.** Caspofungin is a lipopeptide antifungal drug and the first FDA-approved[62] echinocandin that inhibits the enzyme β (1,3)-D-Glucan synthase leading to disintegration of the fungal cell wall.

Caspofungin is effective against *Aspergillus* and a majority of *Candida* species, including those resistant to azoles. Clinicians can prescribe the drug in presumed fungal infections in febrile, neutropenic adult patients. It is also effective in adult patients with invasive aspergillosis. Clinicians may also prescribe caspofungin in case a patient is refractory to treatment or is intolerant of amphotericin B and/or itraconazole. In addition, it is FDA approved for the treatment of candidemia and some specific *Candida* infections.

**Table 18: Prominent Side Effects of Caspofungin**

| Affected System | Side Effects |
|---|---|
| CNS | Headache |
| GI | Nausea, vomiting, abdominal pain, and diarrhea |
| Respiratory | Sense of breathlessness or dyspnea |
| Kidney | Elevated plasma creatinine |
| Liver: Hematological | Elevated liver enzymes (asymptomatic) |
|  | Anemias |
| Hypersensitivity | Rash, facial edema, pruritus |

| Electrolytes | Hypokalemia |
| Whole body | fever, phlebitis or thrombophlebiti, tachycardia |

An initial dose of 70 mg is administered by intravenous infusion, followed by 50 mg intravenous daily. In case there is no response or if inducers of caspofungin clearance are co-administered, the daily dose may be increased to 70 mg (i.v.). The drug should be infused in one hour.

Clinicians do not need to adjust the dose of caspofungin in patients with kidney impairment but is warranted with moderate hepatic impairment. Concomitant use of caspofungin and CYP450 enzyme inducers usually necessitates an increase in the daily dose. Co-administration of caspofungin with cyclosporine should be avoided because of high incidence of elevation of hepatic transaminases.

**Micafungin and anidulafungin.** Micafungin and anidulafungin are the latest members added to the echinocandins class of antifungal drugs.  Both have similar efficacy against *Candida* species, but the efficacy against other fungal infections is yet to be established. Neither agent requires dose adjustments in patients with kidney dysfunction or mild to moderate liver impairment. Clinicians can also administer andulafungin in severe hepatic dysfunction.

Anidulafungin undergoes gradual chemical degradation to inactive forms at physiological pH and temperature which makes it unique among antifungals. It is safe to use anidulafungin in patients with any degree of hepatic or renal impairment [63]. Also, neither of these agents are substrates for CYP450 enzymes and do not have any associated drug interactions.

**Drugs for Cutaneous Mycotic Infections** Mold-like fungi that cause cutaneous skin infections are known as dermatophytes or tinea. These tinea infections can be classified according to the site of their infection. For example, tinea pedis refers to an infection of the feet. Tinea infections that appear as rings or round red patches with clear centers are called ringworm. The three different
fungi that cause the majority of cutaneous infections are *Trichophyton*,
*Microsporum*, and *Epidermophyton* and the site of infection are nails, skin, and hair respectively.

**Squalene Epoxidase Inhibitors**
These pharmaceutical agents inhibit squalene epoxidase that prevents biosynthesis of ergosterol, an important constituent of the fungal cell membrane.

**Terbinafine**

It is a synthetic allylamine antifungal. It inhibits synthesis of ergosterol by preventing the enzyme squalene epoxidase, which impairs permeability of fungal cell membrane, subsequently leading to cell death. It has potent broad-spectrum fungicidal activity.

Oral terbinafine is the drug of choice for treating dermatophytoses and, particularly, onychomycoses (fungal infections of nails). It is effective against superficial skin infections such as jock itch (*Tinea cruris*), athlete's foot (*Tinea pedis*), and other types of ringworm (*Tinea corporis*).

**Mechanism of action.** As mentioned, terbinafine inhibits fungal squalene epoxidase, thereby decreasing the ergosterol synthesis which coupled with accumulation of toxic amounts of squalene causes fungal cell death.

**Antifungal spectrum.**

The drug is predominantly fungicidal and is active against *Trichophyton rubrum* and *Trichophyton mentagrophytes*. It can also be effective against *Candida albicans*, *Epidermophyton floccosum,* and *Scopulariopsis brevicaulis.* However, its safety and efficacy profile in such cases has not yet been established. It is better tolerated, requires shorter duration of therapy, [64, 65] and is more effective than either griseofulvin or itraconazol.

**Pharmacokinetics.**

Terbinafine can be administered orally and topically, and is well tolerated; however, about 40% of the dose undergoes first-pass metabolism and is predominantly plasma bound (99%) through oral administration [66]. Its deposition occurs in the nails, skin, and fat.

Clinicians should not prescribe terbinafine to lactating mothers, as it accumulates in breast milk. It has a half-life of 200 to 400 hours. Patients with either moderate kidney impairment or liver cirrhosis have reduced drug clearance.

**Adverse effects.**

Terbinafine causes several side effects.

**Table 19: Adverse Effects of Terbinafine**

| System Affected | Symptoms |
|---|---|
| Gastrointestinal | Diarrhea, constipation, abdominal pain, nausea, gastritis, bloating, indigestion, dyspepsia,  cholestasis, flatulence, altered stool color |
| Liver | Elevated liver enzymes, liver inflammation (hepatitis), liver damage, liver failure |
| Central nervous system | Headaches, dizziness, paraesthesia (pins and needles), vertigo, light-headedness, decreased levels of concentration |
| Immune system | Pancytopenia, leukopenia, neutropenia, lymphopenia, thrombocytopenia, agranulocytosis and lupus erythematosus |
| Skin | Urticaria, rashes, skin irritation, pruritis, jaundice, Stevens-Johnson syndrome |
| Sensory | Altered taste, including complete loss of taste (ageusia), decreased taste (hypogeusia) and distorted taste (dysgeusia). Visual disturbances such as blurred vision, green vision and double-vision |
| Psychological problems | Depression, insomnia, malaise, anxiety, increased/unusual dream activity |

| Other side effects | Fatigue, tachycardia, alopecia or hair loss, anemia, arthralgia, myalgia |
| --- | --- |

The most frequent adverse effects involve gastrointestinal disturbances. Generally, all adverse effects disappear after drug discontinuation. Hepatotoxicity is seen only in rare cases. Cimetidine increases its blood levels, whereas rifampin decreases it.

**Naftifine**

Naftifine is an allylamine antifungal drug indicated for the topical (1% cream and gel) treatment of fungal infections, such as tinea pedis, tinea cruris, and tinea corporis. Its exact mechanism of action is still unknown. It is believed that it selectively blocks sterol biosynthesis by inhibiting squalene 2,3-epoxidase enzyme [67, 68]. The half-life of naftifine is approximately two to three days [68]. Its metabolites are excreted in the urine and feces [69]. The adverse effects are rare and include burning/stinging, erythema, itching, rash, and skin tenderness.

**Butenafine**

Butenafine is a synthetic benzylamine antifungal, which is effective against *Trichophyton rubrum, Trichophyton tonsurans, Malassezia furfur,* and *Epidermophyton floccosum*. Butenafine 1% cream is indicated for topical treatment of tinea corporis, interdigital tinea pedis, tinea cruris, and tinea versicolor. Adverse effects include burning, stinging, worsening of condition, and itching.

**Griseofulvin**

Griseofulvin, a fungistatic, has been gradually replaced by oral terbinafine for the treatment of dermatophytic infections of the nails. It is still indicated for the treatment of ringworm and dermatophytosis of the skin and hair. Griseofulvin requires long-term treatment lasting 6-12 months. It binds to tubulin, impairing microtubule function leading to inhibition of mitosis.

**Dosing.**
**Adults**

- 500 mg daily is usually prescribed to patients with tinea corporis, tinea cruris, and tinea capitis.

- Daily dose of 1 gram is recommended for fungal infections that are difficult to eradicate, such as tinea pedis and tinea unguium.

**Children**
- Approximately 5 mg/pound of body weight per day is a sufficient and an effective dose for majority of children.
- Children weighing 30 to 50 pounds – 125 mg to 250 mg daily.
- Children weighing over 50 pounds – 250 mg to 500 mg daily.

Patients should continue griseofulvin treatment until the infecting microorganism is eradicated completely. This can be confirmed by clinical or laboratory examination. Different fungal

conditions require different time periods. For example, tinea capitis requires at least four to six weeks of treatment or more if it encompasses toenails.

Griseofulvin induces hepatic CYP450 activity and increases the rate of metabolism of several drugs, including anticoagulants. It can also exacerbate intermittent porphyria.

### Nystatin

Nystatin is a polyene antibiotic. Its chemistry, dose of action, structure, and resistance profile are very similar to those of amphotericin B. Nystatin binds to ergosterol and forms channels or pores in the membrane that result in leakage of potassium ion, which subsequently results to lysis of the fungal cell. Nystatin can be administered orally as well as applied topically, because it is minimally absorbed via mucocutaneous membranes and the skin [70, 71]. The drug is virtually unabsorbed from the GI tract. It is never used in injectable formulations, but is given as an oral agent for the topical treatment of oral candidiasis.

Nystatin is effective against various types of fungal infections such as cutaneous, cryptococcus, aginal, mucosal ,and esophageal *candida* infections. It is also indicated for prophylaxis in patients who are at risk for fungal infections, for example AIDS patients with a poor CD4 count and patients receiving chemotherapy. Dosage of nystatin is 100,000 units for oral infections, and 1 million units for intestinal fungal infections. It is safe for oral use because it is not absorbed from the gut and does not have significant drug interactions. Adverse effects are rare and limited to occasional nausea, burning, itching, and vomiting.

### Imidazoles

Imidazoles are azole derivatives, a class of topical agents that are effective against *Candida albicans, Epidermophyton, Trichophyton,* and *Malassezia furfur.*
Some of the commonly available imidazoles include:
- Butoconazole.
- Clotrimazole.
- Econazole.
- Ketoconazole.
- Miconazole.
- Oxiconazole.
- Sertaconazole.
- Sulconazole.
- Terconazole.
- Tioconazole.

### Ciclopirox

Ciclopirox is a synthetic antifungal agent prescribed for topical treatment of superficial mycoses. The mechanism of action of ciclopirox is not fully understood [72]. However, it is believed that it inhibits the transport of essential elements in the fungal cell, impairing the synthesis of DNA, RNA, and protein. It is active against various fungal infections caused by *Epidermophyton floccosum, Trichophyton rubrum, Candida albicans, Trichophyton mentagrophytes, Microsporum canis,* and *Malassezia furfur.* Ciclopirox 1% shampoo effectively treats seborrheic dermatitis. *Ciclopirox* 0.77% gel is indicated for treatment of interdigital tinea pedis, seborrheic

dermatitis, and tinea corporis. Ciclopirox 8% solution is indicted for onychomycosis of nails without lanula involvement. Ciclopirox 0.77% cream and suspension is used for treatment of candidiasis, dermatomycosis, and tinea versicolor.

**Tolnaftate**

Tolnaftate is a synthetic thiocarbamate anti-fungal agent, effective against *Epidermophyton, Microsporum*, and *Malassezia furfur*. It is available in different forms such as a solution, cream, powder, spray, and liquid aerosol. It is believed to inhibit the squalene epoxidase, [73] preventing synthesis of ergosterol, an important component of the fungal membrane similar to allylamines. The net effect is stunted mycelial growth in susceptible fungi.

Tolnaftate is prescribed to treat *tinea pedis, tinea cruris,* and *tinea corporis*.

**Table 20: Anti-Fungal Drugs**

| DRUG | PK | MOA | Uses | Adverse Effects |
|---|---|---|---|---|
| **AMPHOTERICIN B (polyene compound)** | Poorly absorbed from GI tract<br><br>Poor penetration into CNS<br><br>IV<br><br>Intrathecal infusions can be done for CNS infections<br><br>Unchanged excretion | Polyene antibiotic binds to sterol component of fungal cell membrane. →Disruption of permeability of cell membrane by creating punch holes, allowing electrolytes to leak out of cell → cell death.<br><br>**Resistance**<br><br>Due to decreased levels of ergosterol and alteration in fungal cell membrane. | *Histoplasma capsulatum*<br><br>*Cryptococcus neoformans*<br><br>*Blastomyces dermatitides*<br><br>*Aspergillus*<br><br>*Candida albicans*<br><br>Topical Amph B for mucocutaneous candidiasis (lotion, cream, ointment) | Electrolyte imbalance ass. w/fall in BP; pts manifest as hypokalemic<br>IV admin may be ass. w/fever, chills, pain, n/v (tx w/hydrocortisone)<br>Reversible nephrotoxicity azotemia<br>↑ Plasma creatinine renal tubular acidosis<br>Neurological defects<br>Anemia due to suppression of erythrocyte production esp in HIV pts taking AZT<br>Thrombophlebitis at IV site<br>ABCD, ABLC, AmBisome |

**Table 21: Anti-Fungal Drugs (continued)**

| DRUG | PK | MOA | Uses | Adverse Effects |
|---|---|---|---|---|
| FLUCYTOSINE | Well absorbed from GI<br><br>reaches CSF<br><br>p.o. antimycotic | Susceptible organisms deaminate flucytosine to 5-fluorouracil and is then incorporated into RNA causing functional disability and structural changes.<br><br>Mammalian cells do not convert flucytosine into 5-fluorouracil; they do not have permeases to take up and have low levels of deaminase.<br><br>**Resistance**<br>Occurs due to loss of permeases which transports drug into fungal cell.<br><br>Can also occur due to decreased activity of uridine monophosphate deaminases which convert flucytosine into 5-fluorouracil. | *Cryptococcus Candida* (esp UTI's) *Torulopsis glabrata* (chromomycosis)<br><br>Predominantly used w/amphotericin B*.<br>Ampho B punches holes allowing flucytosine to enter.<br><br>**\*This combo is DOC in Meningitis caused by crypto or candida** | Bone marrow depression causing leukopenia and thromobytopenia.<br><br>N/V, diarrhea, severe enterocolitis.<br><br>Damage of DNA during rapid division of cells such as bone marrow and GI epithelium could be a possible reason. |

| | | | |
|---|---|---|---|
| **KETOCONAZOLE** | p.o. acidic environment required for dissolution of detoconazole simultaneous admin of H2 blockers/antacids can impair absorption competes w/cyclosporine for hepatic metabolism → increased levels → Nephrotoxicity Warfarin effect enhanced Rifampin enhances ketoconazole | Impairs biosynthesis of ergoplasmic ergosterol for cytoplasmic membrane (inhibits sterol 14 α demethylase: microsomal cyto P450 dependent enzyme) | *Non-meningeal blastomycosis*  *Coccidioides immitis Paracoccidioido-mycosis*  *Candida albicans*  Pts who are not gravely ill and immunologically competent. | N/V, anorexia, dizziness, rash. Inhibits steroid synthesis by inhibiting p450 decreasing androgen synthesis, gynecomastia, decreased libido, and azoospermia (high doses ass.w/transient fall in testosterone and ACTH). Liver dysfunction ass. w/ an increase in transaminases. Teratogenic effect in experimental animals; syndactyly in rats. Cardiotoxicity if admin w.terfenadine or astemizole. |
| **FLUCONAZOLE** | Well absorbed from GI  Enters CSF | | Esophageal candidiasis in pts w/AIDS. Single dose in vaginal candidiasis. Prevent relapses of cryptococcal meningitis in AIDS pts after initial tx w/Amphotericin. | Rash, eosinophilia, SJS Thrombocytopenia in AIDS pts. Concurrent admin of fluconazole can increase plasma conc of phenytoin, solfonylureas, warfarin, and cyclosporine. |
| **ECONAZOLE** | | | Available as cream *Candida* and other dermatophytes. | Local erythema Burning Itching |

| DRUG | PK | MOA | USES | ADVERSE EFFECTS |
|------|----|----|------|-----------------|
| CLOTRIMAZOLE | | | Topical application/local use. Tinea, otomycosis versicolor infections. Cutaneous and vulvovaginal candida. | |
| MICONAZOLE | | | Dermatological cream, spray, powder, lotion, vaginal cream. Tinea pedis Cruris Versicolor Vulvovaginal candidiases, Trichophyton | |
| NYSTATIN | Too toxic for IV use\n\nMore toxic on systemic admin\n\nNot absorbed from GI, skin, vagina | Structurally similar to Amphotericin B; polyene antibiotic binds to sterol component of fungal cell membrane →Disruption of permeability of cell membrane by creating punch holes, allowing electrolytes to leak out of cell → Cell death | Candidiasis of skin, vagina and GI—not dermatophytes | |

| DRUG | PK | MOA | USES | ADVERSE EFFECTS |
|---|---|---|---|---|
| **GRISEOFULVIN** | Absorption increased w/fatty meal.<br><br>Barbiturates decrease absorption of drug from GI tract.<br><br>Drug distributed to keratin and stratum corneum. | Disrupting mitotic spindles by interacting w/polymerized tubules. | Fungistatic effect against *microsporum, epidermophyton,* and *trichophyton.* | h/a disappears when therapy discontinues peripheral neuritis lethargy.<br>Mental confusion fatigue, syncope blurred vision, vertigo augmentation of OH effects.<br>GI:<br>n/v, diarrhea, flatulence heartburn,<br>dry mouth, angular stomatitis<br>induce hepatic microsomal enzymes; increase rate of met of warfarin and reduce efficacy of BC pills<br>Teratogenic, carcinogenic |
| **Toolnaftate haloprogin undecyenic acid** | | | *Candida albicans*<br>*Dermatophytes* | |

**Table 21: Fungal Diseases and Their Treatments**

| Fungus | Condition Caused | First-Line Treatment | Other Treatment Options |
|---|---|---|---|
| CANDIDA | Cutaneous and Vaginal thrush | Topical Nystatin Imidazole derivative | Ketoconazole Fluconazole |
| | Oral thrush | Clotrimazole Nystatin | Ketoconazole |
| | Deep-seated infection | Amphotericin B + Flucytosine | |
| COCCIDIOIDES IMMITIS | Disseminated non-meningeal infection | Amphotericin B | Ketoconazole Itraconazole |
| | Meningeal infections | Intrathecal Amphotericin B | Intrathecal Miconazole |
| HISTOPLASMA CAPSULATUM | Chronic pulmonary disease | Ketoconazole Itraconazole | Amphotericin B |
| | Disseminated infection | Amphotericin B | Ketoconazole |
| BLASTOMYCOSIS DERMITITIDES | Superficial Deep-seated infections including cutaneous, mucous, resp and CNS infection | Ketoconazole Itraconazole | Amphotericin B |
| PARACOCCIDIOIDES BRASILIENSIS | Superficial and deep-seated infections | Ketoconazole Itraconazole | Amphotericin B followed by sulfonamide |
| MUCORMYCOSIS | Superficial and deep-seated infections | Amphotericin B | |
| SPRORTHRIX SCHENCKII | Cutaneous manifestations | Itraconazole | |
| | Extracutaneous manifestations | Amphotericin B | |
| ASPERGILLUS | Invasive type in IC pts | Amphotericin B | Itraconazole |
| CRYPTOCOCCUS NEOFORMANS | Pulmonary lesions | Amphotericin B | |
| | Meningitis | Amphotericin B + Flucytosine | |

**Parasitic Infections**

Parasitic infections cause a huge burden of disease worldwide. Amongst parasitic infections, malaria is a major cause of mortality globally. This deadly infection claims approximately 1 million lives each year.  Malaria causes approximately 10% of child mortality in developing countries [74]. In the US, trichomoniasis accounts for nearly 7.4 million new cases each year. In the US, *Giardia* and *Cryptosporidium* are responsible for more than 2 million and 300,000 infections each year, respectively. Cryptosporidiosis is the major culprit for recreational water-related disease outbreaks in the US, causing several epidemics each year. Every year approximately 1.5 million new cases of *Toxoplasma* infections are detected in the US. Approximately 400–4,000 newborns are diagnosed with congenital toxoplasmosis each year. Toxoplasmosis is the third leading cause of mortality due to foodborne illnesses. There are two major groups of parasites:

- Helminths, which include cestodes, trematodes, and nematodes.
- Protozoa, which include the malaria parasite, *Plasmodium*.

Protozoa are the major culprit for the bulk of the mortality associated with parasitic infections, whereas helminths cause long-term debilitating diseases.

**Overview**

Approximately 342 helminth species inhabit and infect human beings [4].
Three major groups of helminths that commonly infect humans are:

1. Nematodes.
2. Trematode.
3. Cestodes.

Similar to antibiotics, the anthelmintic drugs are principally aimed at metabolic targets solely found present in the parasite but are either absent from or have different characteristics than those of the host.

**Characteristics of Anthelmintics**:

1) Should be orally active.
2) Preferably effective in single dose.
3) Economically priced.
4) Safe to use with minimal toxicity to host.

**Table 22: Major Drugs Registered Used for the Treatment of Parasitic Worms in Humans**

| Schistosomiasis (Blood Fluke) | Intestinal Round Worms |
|---|---|
| Antimonials | Piperazine |
| Metrifonate | Benzimidazoles |
| Oxamnaquine | Morantel |
| Praziquantel | Pyrantel |
| | Levamisole |

| Cestodiasis (tape worm) | Avermectins and milbemycins |
|---|---|
| Niclosamide | Closantel (and halogenated salicylamides) |
| Benzimidazoles | Emodepside |
| Praziquantel | |
| Fasciolasis (liver fluke) | Filariasis (tissue round worms) |
| Praziquantel | Diethylcarbmazine |
| Closantel | Suramin |
| (and halogenated salicylamides) | Ivermectin |

**Drugs for the Treatment of Nematodes**

Nematodes are elongated roundworms that cause infections of the intestine, blood, and tissues. Nematode infections are present in more than 50% of humans worldwide, and are responsible for hundreds of thousands of deaths. According to the World Health Organization (WHO), approximately 0.8-1.2 billion people have ascariasis, 600-800 million have trichuriasis, and 576-740 million have hookworm infections worldwide [75].

**Table 22: Major gastrointestinal (GI) nematode parasites of humans**

| GI Nematode (Species Name) | GI Nematode (Group Name) | Number Infected | Distribution | Transmission |
|---|---|---|---|---|
| *Ancylostoma duodenale/ Necator americanus* | Hookworm | 1.3 billion | Worldwide, especially tropical regions | Skin contact with contaminated soil |
| *Ascaris lumbricoides* | Roundworm | 1.3 billion | Worldwide, especially tropical regions | Ingestion of eggs |
| *Trichuris trichiura* | Whipworm | 1.05 billion | Worldwide, especially tropical regions | Ingestion of eggs |
| *Enterobius vermicularis* | Pinworm | 209 million | Worldwide | Ingestion of eggs; occasionally inhaled |
| *Strongyloides stercoralis* | Threadworm | 30 million | Worldwide, especially tropical regions | Skin contact with contaminated soil; autoinfection |

**Mebendazole**

Mebendazole is a synthetic benzimidazole, which is effective against a variety of nematodes. Mebendazole is a highly effective, broad-spectrum antihelmintic and a drug of choice for the treatment of several nematode infestations, including whipworm (*Trichuris trichiura*), roundworm (*Ascaris lumbricoides*), threadworm (*Enterobius vermicularis*), and hookworm (*Necator americanus* and *Ancylostoma duodenale*). It is also prescribed for treating protomyxzoa infestations.

Mebendazole acts by selectively binding to and impairing the synthesis of the parasites' microtubules and by blocking glucose uptake. This causes immobilization and subsequent death of the parasite. Mebendazole is poorly absorbed and almost insoluble in aqueous solution.

**Mebendazole dosage**. Treatment of pinworms requires 100 mg of mebendazole taken once orally, which patients should repeat two weeks later in case the infestation persists. The dosage schedule is identical for children and adults [76]. The tablet may be chewed, swallowed, or crushed and mixed with food.

**Table 23: Mebendazole Dosages**

|  | Pinworm (Enterobiasis) | Whipworm (Trichuriasis) | Common Roundworm (Ascariasis) | Hookworm |
|---|---|---|---|---|
| **Dose** | 1 tablet 100 mg orally once | One tablet 100 mg orally in morning and evening for three consecutive days | One tablet 100 mg orally in morning and evening for three consecutive days | One tablet 100 mg orally in morning and evening for three consecutive days |

**Adverse Effects.** Side effects of mebendazole include:
- Transient abdominal pain.
- Slight headache.
- Diarrhea.
- Fever.
- Dizziness.
- Exanthema.
- Urticaria.
- Angioedema.

Mebendazole is embryotoxic and teratogenic and is contraindicated in pregnant women.

**Drug interactions.**
Drugs such as phenytoin and carbamazepine lower serum levels of mebendazole. Cimetidine does not significantly elevate serum mebendazole because of poor systemic absorption [77]. Combination therapy of mebendazole and high doses of metronidazole [78] can cause toxic epidermal necrolysis or Stevens-Johnson syndrome.

**Pyrantel Pamoate**

Pyrantel pamoate is a deworming agent that effectively treats infections caused by pinworms, roundworms, and hookworms. It is poorly absorbed orally. It acts as a depolarizing, neuromuscular-blocking agent, and exerts anticholinergic effect on the worms causing persistent activation of the parasite's nicotinic receptors. This leads to paralysis of the parasite and ultimately its expulsion from the intestine by peristalsis.

Dosage for pyrantel base is 11 mg/kg, not to exceed 1 g as a single dose.

**Table 24: Pyrantel Pamoate: Adult and Pediatric Doses**

| Condition | Adult Dose | Pediatric Dose |
|---|---|---|
| **Enterobiasis** | **Oral:** 11 mg/kg administered as a single dose; repeat dose after two weeks. | **Oral:** 11 mg/kg administered as a single dose; repeat dose after two weeks. |
| **Ancylostoma duodenale or Necator americanus** | **Oral**: 11 mg/kg once daily for three days. Stool examination to be performed two weeks after treatment; repeat dosing regimen if results are positive. | **Oral**: 11 mg/kg once daily for three days. Stool examination to be performed two weeks after treatment; repeat dosing regimen if results are positive. |
| **Eosinophilic Enterocolitis caused by Ancylostoma caninum (Dog Hookworm)** | **Oral**: 11 mg/kg once daily for three days. | **Oral**: 11 mg/kg once daily for three days. |
| **Trichostrongyliasis** | **Oral**: 11 mg/kg administered as a single dose. | **Oral**: 11 mg/kg administered as a single dose. |
| **Moniliformis Infections** | **Oral**: 11 mg/kg administered as a single dose; repeat dose twice at two-week intervals for a total of three doses. | **Oral**: 11 mg/kg administered as a single dose; repeat dose twice at two-week intervals for a total of three doses. |

Adverse effects are usually mild and include nausea, headache, drowsiness, vomiting, diarrhea, and loss of appetite.

**Thiabendazole**

Thiabendazole is a synthetic benzimidazole that is effective against cutaneous larva migrans, strongyloidiasis caused by threadworm, and trichinosis (early stages).

Thiabendazole has mechanism of action similar to benzimidazoles. It inhibits the mitochondrial, helminth-specific enzyme, fumarate reductase, with possible interaction with endogenous quinine [79]. This effectively impairs parasitic microtubule synthesis and blocks glucose uptake. It is almost insoluble in water. It is readily absorbed orally.   It is metabolized in the liver and

excreted in urine. The major side effects include nausea, vomiting, dizziness, and anorexia. Thiabendazole can also cause Stevens-Johnson syndrome and erythema multiforme, which can lead to death. Thiabendazole is believed to be teratogenic and is contraindicated during pregnancy.

**Table 25: Thiabendazole Dosing**

|  | **Dosage** |
|---|---|
| **Adults at least 150 lb (68 kg)** | 1.5 g/dose taken orally twice daily (max, 3 g/day). |
| **Adults and Children 30 to 150 lb (13.6 to 68 kg)** | 10 mg/lb/dose taken orally (22 mg/kg/dose) (max, 3 g/day). |
| **Strongyloidiasis, Ascariasis, Uncinariasis, Trichuriasis, Cutaneous larva migrans** | Two doses daily taken orally for two successive days (can be repeated in some conditions) |
| **Trichinosis** | Two doses daily taken orally for two to four successive days. |
| **Visceral larva migrans** | Two doses daily taken orally for seven successive days. |

**Ivermectin**

Ivermectin is a broad-spectrum antiparasitic avermectin agent and is the drug of choice for the treatment of onchocerciasis (river blindness) caused by *Onchocerca volvulus* and for cutaneous larva migrans and strongyloidiasis. Clinicians can also prescribe oral ivermectin for the treatment of scabies [80-85]. In some studies, topical ivermectin has also proved effective in some studies [86-88]. Ivermectin targets the parasite's glutamate-gated chloride channel receptors. It increases the influx of chloride, resulting in hyperpolarization that leads to paralysis of the worm.

**Table 26: Ivermectin Dosing**

| Parasitic Infections | Pediatric Dose | Adult Dose |
|---|---|---|
| *Ascariasis, Ascaris lumbricoides* | Oral 150–200 mcg/kg as a single dose. | Oral 150–200 mcg/kg as a single dose. |
| *Mansonella streptocerca* | Oral 150 mcg/kg as a single dose. | Oral filariasis caused by *M. streptocerca*: 150 mcg/kg as a single dose. Filariasis caused by *M. ozzardi*: 200 mcg/kg as a single dose has been used. |
| *Wuchereria bancrofti* | Oral 150–400 mcg/kg as a single dose has been used; often in conjunction with a single dose of albendazole or diethylcarbamazine. | Oral 150–400 mcg/kg as a single dose has been used; often in conjunction with a single dose of albendazole or diethylcarbamazine. |
| *Gnathostomiasis Gnathostoma spinigerum* | Oral 200 mcg/kg once daily for two days. | Oral 200 mcg/kg once daily for two days. |
| *Hookworm Infections* | Oral 200 mcg/kg once daily for one to two days. | Oral 200 mcg/kg once daily for one to two days. |
| *Trichuriasis Trichuris trichiura* | Oral 200 mcg/kg once daily for three days | Oral 200 mcg/kg once daily for three days. |
| *Pediculosis Pediculosis Capitis (Head Lice Infestation)* | Oral 200 mcg/kg once daily on days 1, 2, and 10. Alternatively, an initial 200-mcg/kg dose followed by an additional 200-mcg/kg dose given after 7-14 days. Alternatively, an initial 300-mcg/kg dose followed by an additional 300-mcg/kg dose given after seven days. | Oral 200 mcg/kg once daily on days 1, 2, and 10. Alternatively, an initial 200-mcg/kg dose followed by an additional 200-mcg/kg dose given after 7-14 days. Alternatively, an initial 300-mcg/kg dose followed by an additional 300-mcg/kg dose given after seven days. |
| *Pediculosis Pubis (Pubic Lice Infestation)* | Oral 200 mcg/kg as a single dose; an additional dose given after 10-14 days may be necessary in some patients. CDC recommends a 2-dose regimen using 250-mcg/kg doses given two weeks apart. | Oral 200 mcg/kg as a single dose; an additional dose given after 10–14 days may be necessary in some patients. Alternatively, an initial 250-mcg/kg dose followed by an additional 250-mcg/kg dose after seven days. |

| *Scabies* | Oral 200 mcg/kg as a single dose; an additional dose given after 10-14 days may be necessary in some patients. CDC recommends a 2-dose regimen using 200-mcg/kg doses given two weeks apart. Optimal number of doses has not been determined; 2 doses usually recommended, especially in immunocompromised patients. | Oral 200 mcg/kg as a single dose. Alternatively, 250–300 mcg/kg as a single dose. A second dose may be required after 7-14 days, especially in immunocompromised patients. |
|---|---|---|

**Ivermectin in Filariasis**

Onchocerciasis (Filariasis caused by *Onchocerca volvulus*)

Oral: Children weighing ≥15 kg: Approximately 150 mcg/kg as a single dose [89]. For individual patients, retreatment once every 6-12 months until asymptomatic [90, 91]; intervals as short as three months can be considered.

**Table 27: Dosing for Onchocerciasis**

| Approximate Single Dose for Treatment of Onchocerciasis (Based on Patient Weight) | |
|---|---|
| **Patient Weight (kg)** | **Single Oral Dose** |
| 15–25 | 3 mg |
| 26–44 | 6 mg |
| 45–64 | 9 mg |
| 65–84 | 12 mg |
| ≥85 | 150 mcg/kg |

Alternatively, in some mass treatment and control programs, dosage is estimated based on height, since weighing recipients may be impractical (e.g., in rural areas of developing countries) [92, 93].

The drug is administered orally. It doesn't affect CNS, because it cannot cross the blood-brain barrier due to the presence of P-glycoprotein, an ATP-dependent drug transport protein [94]. However, it should be prescribed to patients with meningitis, because their blood-brain barrier becomes more permeable, resulting in CNS effects. Ivermectin is contraindicated in pregnancy

because of its teratogenicity. Ivermectin is also contraindicated in children under the age of five, or those who weigh less than 15 kg (33 lb) [95], those who are breastfeeding, and those who have a hepatic or renal disease [96].  The killing of the microfilaria can lead to Mazotti-like reaction characterized by fever, somnolence, dizziness, and hypotension.

## Diethylcarbamazine (DEC)

Diethylcarbamazine (DEC) is a synthetic derivative of piperazine, prescribed for the treatment of filariasis. It causes immobilization of microfilariae, which ultimately leads to eradication of microfilariae. DEC in combination with albendazole is effective in the treatment of Wuchereria bancrofti and Brugia malayi infections. DEC is predominantly microfilaricidal with some macrofilaristatic effects.

DEC is a potent inhibitor of arachidonic acid metabolism in filarial microfilaria, which makes the microfilaria highly susceptible to the host's immune attack. It is rapidly absorbed when given orally with meals and is excreted mainly in urine. Patients with kidney dysfunction and urinary alkalosis may require dosage reduction.

Adverse effects are mainly caused by host reactions to the killed parasite, which includes fever, rash, headache, myalgias, arthralgias, and malaise. Antihistamines or steroids can relieve symptoms.

## Drugs for the Treatment of Trematodes

The Trematoda  class belongs to the phylum Platyhelminthes and is classified into two groups of parasitic flatworms or flukes.

1. **Tissue flukes.** These trematodes infect the bile ducts, lungs, or other biological tissues, and include *Paragonimus westermani* or the lung fluke, and the liver flukes, *Clonorchis sinensis* and *Fasciola hepatica*.
2. **Blood flukes.**  These trematodes, such as schistosomes**,** inhabit the blood in some stages of their life cycle. Blood flukes include species of the genus *Schistosoma*.

## Praziquantel

Praziquantel is generally effective against the majority of trematode infections. It is the drug of choice for the treatment of all forms of schistosomiasis as well as other trematode infections and cysticercosis.

Praziquantel is used to treat the following parasite infestations:
- Hydatid disease caused by larval stages of tapeworms of the genus *Echinococcus,* resulting in infection of multiple organs.
- Cysticercosis caused by the eggs and larvae of the pork tapeworm *Taenia solium,* leading to infection of the brain and/or muscles.

- Schistosomiasis caused by trematodes of the genus *Schistosoma* [97]. Praziquantel is the drug of choice for the treatment of schistosomiasis and is generally effective in a single dose [98].
- Clonorchiasis, caused by the Chinese liver fluke, *Clonorchis sinensis* [99]
- Paragonimiasis, caused by infection with lung flukes, mostly of the species *Paragonimus westermani*.
- Fascioliasis ("liver rot"), caused by either *Fasciola hepatica* or *Fasciola gigantica* [100].

At present, the exact mechanism of action is not known. It is believed that praziquantel enhances the permeability of the cell membranes of parasitic cells towards calcium ions. This leads to contraction and spasm of the parasitic musculature, resulting in paralysis. The parasites are unable to remain at their site of action in the host organism and are ultimately dislodged from the site. They then either enter systemic circulation or are killed by the host immune system (via phagocytosis). Other mechanisms, such as focal disintegrations and disturbances of oviposition, also play an important role in killing sensitive parasites.

Approximately 80% of praziquantel is absorbed through the gastrointestinal system. The drug has extensive first-pass metabolism and a half-life of 0.8 to 1.5 hours. The half-life can be increased from three to eight hours in patients with severely impaired hepatic function (Child Pugh classes B and C).

Praziquantel and its metabolites are predominantly eliminated through the kidneys. It is metabolized via the cytochrome P450 pathway through CYP3A4. Therefore, drugs such as rifampin, phenytoin, and azole that induce or inhibit CYP3A4 impact the metabolism of praziquantel.

Most side effects occur when the contents of the parasites are released and as a result of the host immune reaction. The frequency and intensity of side effects increases with the increase in the parasite burden.

**Table 28: Side Effects of Praziquantel**

| Affected System/Organ | Symptoms |
|---|---|
| Central nervous system (CNS) | Headache, dizziness, malaise, drowsiness, vertigo, somnolence, fatigue |
| GI System | Abdominal pain or cramps, nausea, vomiting, diarrhea. |
| Liver | Transient elevation of liver enzymes (AST and ALT) |
| Sensitivity reaction | Rash, urticaria, pruritus and eosinophilia |
| Other body parts | Lower back pain, fever, sweating, myalgia, arthralgia, cardiac arrhythmias, and hypotension |

Praziquantel is not recommended for pregnant women or nursing mothers. It is contraindicated for the treatment of ocular cysticercosis, because destruction of the organism in the eye can damage the organ.

## Drugs for the Treatment of Cestodes

The cestodes, or true tapeworms, are a class of parasitic flatworms that have a flat, segmented body and attach to the host's intestine. More than 1,000 types of species have been described. Common types of cestodes found in the intestines of humans include *Taenia solium* and *Taenia saginata*.

### Niclosamide

Niclosamide is a teniacide that is highly effective against cestodes (tapeworms) that can infect the human body. It is the drug of choice for the majority of tapeworm infections.

It uncouples oxidative phosphorylation [101] in the mitochondria and also inhibits anaerobic metabolism. This leads to disintegration of cestode's scolex and segments of cestodes but the ova are spared.

Patients should take a laxative before taking niclosamide orally. The laxative helps to cleanse the bowel of all dead segments of the parasite and to prevent digestion and liberation of the ova, which result in cysticercosis. Nicolsamide is poorly absorbed from the gastrointestinal tract and is eliminated through fecal route.

Common side effects include abdominal pain, anorexia, diarrhea, and vomiting. Some of the side effects include rash, perianal itching, dizziness, drowsiness, and an unpleasant taste in the mouth.

**Table 29: Adult, pediatric and neonate Niclosamide dosing**

| Single Dose | Frequency | Route | Instructions |
|---|---|---|---|
| *Adult And Children (Over 6 Yrs) Dosage* | | | |
| 2 g | As recommended | PO | Single dose after eating a light breakfast |
| *Pediatric Dosage* | | | |
| 1g | As recommended | Oral | Single dose after eating a light breakfast |
| *Neonatal or <2 yo Dosage* | | | |
| 500mg | As recommended | Oral | Single dose |

Alcohol enhances the absorption of the drug and should be avoided within one day of niclosamide.

### Albendazole

Albendazole is a benzimidazole that inhibits the synthesis of microtubules and glucose uptake in nematodes. It is effective in the treatment of cestodal infestations, such as cysticercosis (caused by *Taenia solium* larvae) and hydatid disease (caused by *Echinococcus granulosus*).

Albendazole is erratically absorbed after oral administration, and enhanced by a fat-rich meal. Albendazole and its metabolites are mainly excreted in the urine. Common side effects of albendazole include abdominal pain, headache, dizziness, fever, vomiting, nausea, or temporary hair loss. Rare side effects of the drug include sore throat, seizures, severe headache, vision problems, jaundice, dark urine, easy bruising, mental/mood changes, and neck stiffness. Albendazole can cause elevated liver enzymes, and in rare cases, acute liver failure. Also uncommon, it can cause bone marrow suppression, agranulocytosis, or aplastic anemia, which may be permanent [102]. Therefore, clinicians must monitor complete blood count during albendazole treatment, especially in patients with echinococcal cysts and liver disease.

The drug should not be given during pregnancy or to children under two years of age.

**Table 30: Albendazole Dosage**

| Indication | Patient Weight | Dose | Duration |
|---|---|---|---|
| Hydatid Disease | 60 kg or greater | 400 mg twice daily, with meals | 2 8-day cycle followed by a 14-day albendazole-free interval, for a total of three cycles |
| | less than 60 kg | 15 mg/kg/day given in divided doses twice daily with meals (maximum total daily dose of 800 mg) | |
| | NOTE: When administering in the pre- or post-surgical setting, optimal killing of cyst contents is achieved after three courses of therapy. | | |
| Neurocysticercosis | 60 kg or greater | 400 mg twice daily, with meals | 8-30 days |
| | less than 60 kg | 15 mg/kg/day given in divided doses twice daily with meals (maximum total daily dose of 800 mg) | |

**Table 31: Cure Rates For the Anthelmintics Used in the Treatment of Nematodes**

| Anthelmintic | GI Nematodes (%) | | | | |
|---|---|---|---|---|---|
| | **Hookworms** | *A. lumbricoides* | *T. trichiura* | *E. vermicularis* | *S. stercoralis* |
| **Mebendazole** | 95–100 | 95–100 | 45–100 | 96 | 44 |
| **Albendazole**[†] | 33–95 | 67–100 | 10–77 | 40–100 | 17–95 |
| **Thiabendazole** | | | | | 89–100* |
| **Pyrantel** | 37–88 | 81–100 | 0–56 | >90 | |
| **Levamisole** | 66–100 | 86–100 | 16–18 | | |
| **Ivermectin** | 0–20 | 50–75 | 11–80 | 61–94 | 83–100 |
| **Piperazine** | | 74–94 | | 90 | |

The hookworm data include the cure rates for *A. duodenale* and *N. americanus* collectively.
*Thiabendazole is used worldwide as the standard treatment for *S. stercoralis* infections.
[†]Pyrantel pamoate is particularly effective against *A. duodenale*.

**Table 32: Treatment Regimens for Helminthic Infections in Adults**

| | Medication First-line Treatment / Second-line Treatment | Dose | Adverse Effects |
|---|---|---|---|
| **Cestodes Intestinal tapeworm infection** • **Taenia saginata** • **Taenia solium** • **Diphyllobothrium latum** | Praziquantel | 5-10 mg/kg orally once | Dizziness, headache, abdominal pain, nausea, hepatitis |
| | Niclosamide<br><br>or Nitazoxanide | 2 g orally once<br><br>500 mg orally twice a day for three days | Nausea, vomiting, diarrhea, headache<br><br>Nausea, vomiting, abdominal pain, diarrhea |
| *Hymenolepsis nana* | Praziquantel | 25 mg/kg orally once | |
| | Niclosamide<br><br>or Nitazoxanide | 2 g orally once, followed by 1.5 g orally once a day for six days<br>500 mg orally once a day or twice a day for three days | |
| **Cysticercosis (see above for intestinal T solium infection)** | Albendazole | 400 mg orally twice a day for two to four weeks with corticosteroids given before, during, and after treatment to decrease seizure risk | Abdominal pain, nausea, vomiting, myelosupression, alopecia, hepatitis. Can precipitate seizure in patients with neurocysticercosis. |
| | Praziquantel | 33 mg/kg orally three times a day for one day, followed by 15 mg/kg orally three times a day for two to four weeks with corticosteroids given before, during, and after treatment to decrease seizure risk | Can precipitate seizures in patients with neurocysticercosis. |

| | | | |
|---|---|---|---|
| **Echinococcosis**<br>● *Echinococcus granulosus*<br>● *Echinococcus multilocularis* | Albendazole<br><br>Consider albendazole; definitive therapy is surgical | 400 mg orally twice a day for one to six months; consider PAIR | |
| **Trematodes** **Schistosomiasis,**<br>**Fascioliasis**<br>● *Schistosoma mansoni*<br>● *Scheistosoma haematobium*<br>● *Scheistosoma intercalatum*<br>● *Scheistosoma japonicum*<br>● *Schistosoma mekongi* | Praziquantel | 20 mg/kg orally twice a day for one day | |
| | Praziquantel | 20 mg/kg orally three times a day for one day | |
| | Triclabendazole | 10 mg/kg orally once or twice | Abdominal pain |
| | Bithionol<br><br>or Nitazoxanide | 30-50 mg/kg orally every other day for 20-30 days<br><br>500 mg orally twice a day for seven days | Nausea, vomiting, abdominal pain, pruritis, urticaria |
| **Clonorchiasis/**<br>**opisthorchiasis** | Praziquantel<br><br>Albendazole | 25 mg orally three times a day for two days<br><br>10 mg/kg/d orally for seven days | |

| | | | | |
|---|---|---|---|---|
| **Trematodes (continued) Paragonimiasis** | Praziquantel | 25 mg/kg orally three times a day for two days | | |
| | Triclabendazole<br><br>Or Bithionol | 10 mg/kg orally twice<br><br>30-50 mg/kg orally every other day for 20-30 days | | |
| **Intestinal flukes** | Praziquantel | 25 mg/kg orally three times a day for one day | | |
| **Nematodes Intestinal nematodes Ascariasis** | Albendazole or Mebendazole | 400 mg orally once<br>500 mg orally once or 100 mg orally twice a day for three days | | |
| | Ivermectin<br><br>or Pyrantel pamoate | 150-200 µg/kg orally once<br><br>11 mg/kg (maximum 1 g) orally for three days | Nausea, diarrhea, hepatitis, or dizziness abdominal pain, nausea, vomiting, diarrhea | |
| **Trichuriasis (Whipworm)** | Albendazole or Mebendazole | 400 mg orally once a day for three to seven days<br>100 mg orally twice a day for three to seven days | | |
| | Ivermectin | 200 µg/kg orally once a day for three days | | |
| **Hookworm (Necator americanus, Ancylostoma duodenale)** | Albendazole or<br><br>Mebendazole Pyrantel pamoate | 400 mg orally once<br>100 mg orally twice a day for three days<br><br>11 mg/kg (maximum 1 g) orally once a day for three days | | |
| **Enterobiasis (pinworm)** | Albendazole or Mebendazole | 400 mg orally once<br>100 mg orally once | | |
| | Ivermectin | 200 µg/kg orally once a day for two days | | |

| | | | |
|---|---|---|---|
| **Nematodes (continued) Strongyloidiasis Chronic intestinal infection** | Ivermectin | 200 µg/kg orally once a day for two days | |
| | Albendazole or Thiabendazole | 400 mg orally twice a day for 10-14 days<br>25 mg/kg orally twice a day for three to seven days | Similar to albendazole |
| **Disseminate/ hyperinfection** | Ivermectin Possible role for subcutaneous (veterinary) Formulation of ivermectin or combination ivermectin/ albendazole regimens | 200 µg/kg orally once a day until 7-14 days after clearance of parasite | |
| **Extra-intestinal nematodes Trichinellosis** | Albendazole or Mebendazole | 400 mg orally twice a day for 8-14 days 200-400 mg orally three times a day for three days, followed by 400-500 mg orally three times a day for 10 days | |
| **Toxocariasis Visceral larva migrans Ocular larva migrans** | Albendazole or Mebendazole or Albendazole | 400 mg orally twice a day for five days 100-200 mg orally twice a day for five days 400-800 mg orally twice a day for 28 days | |

| | | | |
|---|---|---|---|
| **Extra-intestinal nematodes (continued) Filarial infection Lymphatic filariasis** | DEC | 2 mg/kg orally three times a day for 1 day or 12 days | Nausea, fever, asthma-like syndrome, and arthralgia |
| | Ivermectin with or without Albendazole Possible role for doxycycline | 150-400 µg/kg orally once | |
| | | 400 mg orally once | |
| | | 200 mg/d for four to eight weeks | |
| | DEC | 2 mg/kg orally three times a day for two to three weeks | |
| **Onchocerciasis** | Ivermectin | 150 µg/kg orally once, repeated every 6-12 months until asymptomatic | |
| | Possible role for doxycycline | 200 mg/d for four to eight weeks | |
| **Loaiasis** | DEC | 2-3 mg/kg orally three times a day for two to three weeks | |
| | Albendazole | 200 mg orally twice a day for three weeks | |
| **Other tissue nematodes Cutaneous larva** | Albendazole | 400 mg orally once a day for three days | |
| | Ivermectin | 200 µg/kg orally once a day for one to two days | |
| **Angiostrongylus cantonensis (eosinophilic meningitis)** | Albendazole | 400 mg orally twice a day for two to three weeks (plus corticosteroids) | |

| | | | |
|---|---|---|---|
| **Other nematodes (cont) Baylisascariasis** | Albendazole | 400 mg orally twice a day for one to two weeks (plus corticosteroids) | |
| **Gnathostomiasis** | Albendazole | 400 mg orally twice a day for 21 days | |
| | Ivermectin | 200 µg/kg orally once a day for two days | |
| **Capillariasis** | Mebendazole | 200 mg orally twice a day for 20 days | |
| | Albendazole | 400 mg orally twice a day for 10 days | |

CDC = Centers for Disease Control and Prevention; DEC = diethylcarbamazine; PAIR = percutaneous puncture, aspiration, injection, reaspiration.

**Antiprotozoal Drugs**

**Overview**
Protozoa are unicellular, eukaryotic organisms [103] that cause a wide range of disease in humans. They can be classified as systemic or intestinal. Unlike helminthes, they usually do not cause eosinophilia. Protozoal infections are widespread worldwide, but are most common in underdeveloped tropical and subtropical countries because of poor sanitation, hygienic practices, and inadequate control of the vectors of transmission. The world has now become a global village, and several protozoal diseases are now on the rise in the US and Europe.

Protozoal diseases, such as malaria, leishmaniasis, giardiasis, amebiasis, trypanosomiasis, and trichomoniasis are no longer confined to specific regions, countries, or continents. Protozoa are eukaryotes, and, therefore, have metabolic processes more similar to those of the human host than to prokaryotic bacterial pathogens. Protozoal diseases prove difficult to treat, and many antiprotozoal agents cause serious toxic effects in the human body, especially in cells with higher metabolic activity, such as neurons and bone marrow stem cells. The majority of antiprotozoal agents should not be prescribed to pregnant patients.

**Table 33: Drugs Effective Against Protozoal Infections**

| Amebiasis | Malaria | Trypanosomasis |
|---|---|---|
| Chloroquine (Aralen)<br>Dehydroemetine<br>Emetine (Ipecac syrup)<br>Iodoquinol (Yodoxin)<br>Metronidazole (Flagyl)<br>Paromomycin (Humatin)<br>Tinidazole (Tindamax) | Artemisinin<br>Chloroquine (Aralen)<br>Mefloquine (Lariam)<br>Primaquine/primaquine<br>phosphate<br>Pyrimethamine (Daraprim)<br>Quinine/Quinidine<br>(Qualaquin,<br>Quinidine gluconate) | Benznidazole (Radanil)<br>Melarsoprol<br>(Melarsoprol)<br>Nifurtimox (Nifurtimox)<br>Pentamidine (Nebupent)<br>Suramin (Germanin) |
| **Leishmaniasis** | **Toxoplasmosis** | **Giardiasis** |
| Sodium stibogluconate | Pyrimethamine (Daraprim) | Metronidazole (Flagyl)<br>Nitazoxanide (Alinia)<br>Tinidazole (Tindamax) |

**Chemotherapy for Amebiasis**

Amebiasis or amebic dysentery is an infection of the intestinal tract caused by Entamoeba histolytica [104, 105]. Amebiasis causes approximately 70,000 deaths each year globally [106]. Amebiasis can be acute or chronic, with patients exhibiting varying degrees of illness. The majority of patients (approximately 90%) are symptom-free [107], while others experience symptoms ranging from mild diarrhea to fulminating dysentery. *E. histolytica* is generally a commensal organism [108]. The disease typically transmitsby the fecal-oral route; however, other modes of transmission, such as contact with dirty hands or objects, and by anal-oral contact, are also common. Isolation of *E. histolytica* from fresh feces confirms the diagnosis of Amebiasis. Treatment is aimed at acutely ill patients and also  at carriers, because dormant *E. histolytica* may cause future infections in the carrier, who can then can spread the disease to others.

**Life Cycle of *Entamoeba Histolytica***

*Entamoeba histolytica* exists in two forms:
1) The trophozoite, which is the active, dividing form.
2) The cyst, which is dormant and can survive for a long period of time outside the host.

**Table 34: The Two Forms for *E. histolytica***

| Cystic Form (Infective) | Trophozoites (Non-infective;  Invasive) |
|---|---|
| • Active, dividing form.<br>• Can survive outside the human body.<br>• Transform to trophozoites. | • Dormant form.<br>• Can survive for long period of time outside the host.<br>• Reproduce.<br>• Invade wall of large intestine leading to ulceration.<br>• May migrate to other tissues, especially the liver.<br>• Transform to cysts; excreted in feces. |

Human infection begins when cysts are ingested via feces-contaminated food or water. Thereafter, they pass through the intestinal lumen. The trophozoites are liberated in the ileo-cecal region. The trophozoites then migrate to, and multiply in the lumen. They either invade and ulcerate the mucosa of the large intestine or simply feed on intestinal bacteria. Both trophozoites and cysts are excreted with the feces. Systemic invasion can occur when large numbers of trophozoites are present within the colon wall.

**Amebicidal Drugs--Classification**
Amebicidal drugs are classified as luminal, systemic, or mixed (luminal and systemic) amebicides according to the site where the drug is effective. Systemic amebicides act against amebas present in the intestinal wall and liver, whereas luminal amebicides are effective against the parasite in the lumen of the bowel. Mixed amebicides act against both forms of the disease.

**Mixed Amebicides (Metronidazole and Tinidazole)**

**Metronidazole.** Metronidazole, a nitroimidazole, is the mixed amebicide of choice used to  treat intestinal and extraintestinal amebiasis [109].  It is also effective against giardiasis and trichomoniasis [109]. Metronidazole is the drug of choice for the treatment of pseudomembranous colitis.

**Mechanism of action.** Metronidazole is selectively absorbed by a number of pathogens, such as sensitive protozoa, including *E. histolytica* and anaerobic bacteria. The drug is taken up by these pathogens and non-enzymatically reduced by reacting with reduced ferredoxin. The nitro group of metronidazole form reduced nitroso-intermediates that deactivate critical enzymes. Additionally, the metronidazole metabolites bind to bacterial DNA, forming unstable adducts that kill the pathogen.

**Pharmacokinetics.** Absorption of metronidazole is rapid and complete when administered orally. However, it is less effective against parasites in the lumen because of rapid absorption from the gastrointestinal tract. It is well distributed throughout body tissues and fluids, including saliva, breast milk, vaginal and seminal fluids, and CSF (cerebrospinal fluid). Metronidazole has low plasma protein binding (< 20%). It has a plasma half-life of eight hours. It is metabolized in the liver with the aid of an enzymatic system, which involves glucuronylation. The rate of metabolism is enhanced by concomitant treatment with inducers of

this enzymatic system, such as phenobarbital. Therefore, concomitant treatment with inducers of this enzymatic system, such as phenobarbital, enhances its metabolism. Drugs such as cimetidine that inhibit this enzymatic system prolong the plasma half-life of metronidazole. Accumulation of metronidazole takes place if prescribed to patients with severe hepatic disease. Metronidazole and its metabolites are excreted in the urine.

### Adverse effects

The most frequent adverse effects are linked to the gastrointestinal system and include nausea, vomiting, dry mouth, diarrhea, epigastric distress, and abdominal cramps.
The patient may also experience an unpleasant, metallic taste. Oral thrush may occur. Neurotoxicologic problems, such as insomnia, dizziness, vertigo, and numbness or paresthesias can also occur in some patients. Metronidazole, when taken with alcohol, can cause a disulfiram-like effect, resulting in abdominal discomfort, flushing, or headache, nausea, vomiting, hyperventilation, and tachycardia.

**Resistance:** Resistance to metronidazole is rare, although strains of trichomonads resistant to the drug have been reported.

### Contraindications/Precautions:
- Pregnant and nursing women.
- Alcohol intake resulting in disulfiram-like effect.
- Central nervous system (CNS) diseases.
- Severe renal disease.
- Severe hepatic disease.

**Tinidazole** Tinidazole is a second-generation 5-nitroimidazole anti-parasitic drug that is effective against protozoan infections. Its spectrum of activity, mechanism of action, adverse effects, and drug interactions are similar to metronidazole. It is prescribed for treatment of amebiasis, giardiasis, amebic liver abscess, and trichomoniasis. The efficacy of tinidazole is similar to metronidazole, with a shorter course of treatment. Common adverse effects include nausea, dyspepsia, anorexia, weakness, and headache. It is contraindicated in patients with previous history of hypersensitivity, during the first trimester of pregnancy, and in nursing mothers.

**Luminal Amebicides**
Luminal amebicides, such as iodoquinol, diloxanide furoate, or paromomycin, should be prescribed for treating the symptom-free colonization state, especially after the successful and complete treatment of invasive intestinal or extraintestinal amebic disease.

**Iodoquinol.** Iodoquinol, a quinoline derivative, is effective against *E. histolytica*, both the luminal trophozoite and the cyst forms. The exact mechanism of action of this drug is still unknown. It is effective against the pathogens in the gastrointestinal tract only; however, it is ineffective in the liver or intestinal wall. Absorption of iodoquinol is poor and is excreted in feces. Only 10% of the drug enters circulation. Its half-life is approximately 11-14 hours.

### Adverse effects.

Prominent adverse effects of iodoquinol include:
- Peripheral neuropathy, especially optic neuritis.
- Agranulocytosis.
- GIT: diarrhea, nausea, vomiting.
- Thyromegaly.
- Sensitivity towards iodine.
- Interference with thyroid function tests (TFT).

Iodoquinol should not be prescribed long term, as it can lead to optic neuritis, optic atrophy, and peripheral neuropathy.

**Paromomycin** Paromomycin, an amebicidal agent also known as monomycin and aminosidine, [110] is an aminoglycoside antibiotic. It is indicated against the intestinal forms of *E. histolytica* and tapeworm, because it is poorly absorbed from the GI tract. It is also prescribed as an alternative agent for the treatment of cryptosporidiosis. This broad spectrum antibiotic is water-soluble.

Paromomycin's mechanism of action is as follows:
- It exerts direct amebicidal action by causing leakage of the parasite's cell membrane.
- It indirectly kills bacterial flora present in the intestine. These bacteria are considered essential for the proliferation of the pathogenic amebae.

**Dosage and Administration.** For intestinal amebiasis in adults and pediatric patients, the usual dose is 25 to 35 mg/kg (based on daily body weight), given in three doses with meals, for 5-10 days. Its most common adverse effects are gastrointestinal discomfort and diarrhea.

**Systemic Amebicides**
These drugs are highly effective in the treatment of liver abscesses and intestinal wall infections caused by amebas.

**Chloroquine.** Chloroquine, a 4-aminoquinoline, is used in combination with metronidazole and diloxanide furoate to treat and prevent amebic liver abscesses. It effectively kills trophozoites in liver abscesses, but is ineffective against amebiasis. The drug is rapidly and almost completely absorbed from the GI tract. Its excretion is quite slow. It is contraindicated in the presence of retinal or visual field changes and patients may experience hypersensitivity to the drug.

**Emetine and dehydroemetine.** Emetine hydrochloride is a plant alkaloid extracted from the *Psychotria ipecacuanha* (*ipecacuanha*) plant, whereas dehydroemetine is a synthetic analogue. They prevent synthesis of protein by inhibiting chain elongation. Both have erratic oral absorption. They should be administered subcutaneously or intramuscularly (IM), but never intravenously.

Emetine is accumulated and concentrated in the liver, lungs, spleen, etc, where it remains for a month after a single dose. It is slowly metabolized and excreted by the kidneys and has a cumulative effect. Its half-life in plasma is five days. Dehydroemetine is comparatively less toxic

than emetine.  Clinicians must closely observe patients during the drug therapy. These drugs should not be taken for more than five days.

**Adverse Effects**

**Table 35: Common Adverse Effects of Emetine and Dehydroemetine**

Dehydroemetine is less toxic than emetine.
- Gastrointestinal-related adverse effects include nausea, vomiting, and diarrhea.
- Pain at site of injection, abscesses.
- Neuromuscular weakness.
- Serious toxicities.
    - Cardiotoxicity.
    - Cardiac arrhythmias.
    - Hypotension.
    - Congestive heart failure.

**Chemotherapy for Malaria**

Malaria is a tropical, vector-borne, acute infectious disease caused by the protozoal genus *Plasmodium*. The plasmodium is passed on to humans through the bite of a female Anopheles mosquito. There are five species of *Plasmodium* that can infect and transmit to humans. *P. falciparum* can cause a severe form of malaria, and in some cases, can be fatal.  It causes an acute, rapidly fulminating disease. Prominent symptoms include persistent high temperature, orthostatic hypotension, and significant erythrocytosis. Death ensues if the infection is not treated adequately. *P. vivax, P. ovale* usually cause a milder form of malaria. *P. knowlesi* can also cause severe infections in humans. It is widespread in Southeast Asia.

**Life Cycle of the Malarial Parasite**

Transmission of infection begins with the bite of an infected mosquito, injecting Plasmodium sporozoites into the bloodstream. The sporozoites travel through the blood vessels and migrate to the hepatocytes (liver cells) In the liver, the sporozoites reproduce, and following rupture of the host liver cell, are released into the bloodstream. The merozoites infect red blood cells, and they are now called trophozoites. The trophozoites again reproduce by asexual replication and become hypnozoites. Ultimately, the infected red blood cell ruptures, releasing heme and merozoites that can again infect other erythrocytes. Alternatively, merozoites can become gametocytes, which are transmitted to mosquitoes when they bite an infected person. The cycle starts again, with the gametocytes becoming sporozoites in the insect. The efficacy of a drug depends upon the species and the stage of its life cycle when treated with the specific drug.

**Table 36: Drugs Used to Treat Malaria**

| Classifications | Drugs (Examples) | Sites and Modes of Action |
|---|---|---|
| **Natural or hemi-synthetic** | Quinine, artemisinin | Endo-erythrocytic schizonticides active on endoerythrocytic trophozoites of the |

| anti-malarial drugs | (quinghaosu and derivatives) | various Plasmodium species (no experience with artemisinin derivatives on *P. vivax, malariae* and *ovale).* |
|---|---|---|
| **Synthetic anti-malarial drugs Amino-4-quinolines** | chloroquine amodiaquine. Piperaquine | Schizonticides on erythrocytic forms of *Plasmodium.* |
| **Amino-8-quinolines** | primaquine tafenoquine | Gametocytocides, schizonticides on the intra-hepatic and endo-erythrocytic forms. |
| **Amino-alcohols** | halofantrine lumefantrine mefloquine | Schizonticides on the endoerythrocytic forms of *Plasmodium falciparum, vivax, malariae* and *ovale.* |
| **Sulphonamides** | sulphonamides (sulphadoxine) sulphones (dapsone) | Endo-erythrocytic schizonticides by inhibition of dihydropteroate synthetase. |
| **Diamino-pyrimidines Biguanides Hydroxynaphto-quinone** | pyrimethamine proguanil<br><br>atovaquone | Endo-erythrocytic schizonticides by inhibition of dihydrofolate reductase. Inhibits the transport of electrons in the mitochondria, therefore the synthesis of ATP. |
| **Antibiotics Cyclines** | tetracycline doxycycline | Schizonticides. |
| **Macrolides** | clindamycine spiramycine azithromycine | Schizonticides. |

**Table 37: Antimalarial Classification by Structure**

| Aryl amino alcohols | Quinine, quinidine (cinchona alkaloids), mefloquine, halofantrine. |
|---|---|
| 4-aminoquinolines | Chloroquine, amodiaquine. |
| Folate synthesis inhibitors | Type 1 - competitive inhibitors of dihydropteroate synthase - sulphones, sulphonamides<br>Type 2 - inhibit dihydrofolate reductase - biguanides like proguanil and chloroproguanil; diaminopyrimidine like pyrimethamine. |
| 8-aminoquinolines | Primaquine, WR238, 605. |
| Antimicrobials | Tetracycline, doxycycline, clindamycin, azithromycin, fluoroquinolones. |
| Peroxides | Artemisinin (Qinghaosu) derivatives and analoguesartemether, arteether, artesunate, artelinic acid. |
| Naphthoquinones | Atovaquone. |

| **Iron chelating agents** | Desferrioxamine. |
| --- | --- |

**Tissue Schizonticide**

**Primaquine**
Primaquine is an 8-aminoquinoline that is highly effective in eliminating primary exoerythrocytic forms of *P. falciparum* and *P. vivax*. It also eradicates secondary exoerythrocytic forms of recurring malarias caused by *P. vivax* and *P. ovale*.
The sexual (gametocytic) forms of all the four species of plasmodia are eliminated in the plasma. Primaquine is usually prescribed in combination with a blood schizonticide, because primaquine is ineffective against the erythrocytic stage of malaria.

**Mechanism of action.** The exact mechanism of action is still unknown; however, it is believed that metabolites of primaquine act as oxidants destroying the schizonts.

**Pharmacokinetics.** Primaquine is well absorbed when taken orally and is not concentrated in tissues. It is quickly oxidized to several compounds, mainly the deaminated drug. Metabolites are eliminated through urine.

**Adverse effects.** Most common adverse effects include nausea, vomiting, and stomach cramps. Primaquine can cause hemolysis in patients with G6PD deficiency [111]. Agranulocytosis and granulocytopenia are rarely seen, except in patients with SLE and arthritis. Primaquine is contraindicated in pregnancy. It should not be prescribed to people with G6PD deficiency, as the drug may precipitate hemolytic anemia [11]. All Plasmodium species may develop resistance to primaquine.

**Blood schizonticides**

**Chloroquine**
Chloroquine, a synthetic 4-aminoquinoline, is the drug of choice in the treatment of erythrocytic *P. falciparum* malaria, except in case of resistance. It is less effective against *P. vivax* malaria. It is particularly effective against the asexual form of plasmodia. Chloroquine is also beneficial in the treatment of rheumatoid arthritis, extraintestinal amebiasis, and discoid lupus erythematosus.

**Mechanism of Action.**

exact mechanism of action of chloroquine is still not fully understood. The drug enters the plasmodium and red blood cells by traversing their cell membranes. It gets concentrated primarily in the food vacuole of the organism by ion trapping. The parasite digests the host cell's hemoglobin and converts it into essential amino acids while releasing the heme moiety. This heme is toxic to the parasite, and is converted into hemozoin by the process of polymerization. Chloroquine prevents this polymerization of heme into hemozoin by specifically binding to heme. This results in accumulation of heme and increased pH, which causes oxidative damage to the membranes that ultimately leads to lysis of the plasmodium and infected erythrocytes.

**Pharmacokinetics** Chloroquine is rapidly and completely absorbed when administered orally. The drug has a very large volume of distribution and concentrates in erythrocytes, liver, spleen, kidney, adipose tissues, lung, melanin-containing tissues, and leukocytes. The drug also permeates to the central nervous system (CNS) and enters the placenta. Chloroquine is metabolized in the liver with the help of hepatic mixed-function oxidase system; however, some of its metabolites retain antimalarial activity. Chloroquine and its metabolites are excreted mainly in urine. The excretion rate increases with acidified urine.

**Adverse effects.** Side effects are minimal with low dose treatment of malaria. Chloroquine can be toxic at higher doses, and the prominent side effects include gastrointestinal disturbance, headaches, pruritus, and blurred vision. Pruritus or itching is particularly seen among African Americans and it increases with age. Its severity is closely associated with malaria parasite load in blood. Long-term treatment with the drug can cause depression and anxiety. Long-term use of chloroquine can be toxic to the eyes and lead to central serous retinopathy. Therefore, patients on long-term therapy must be screened at baseline and every five years [112]. Patients should also routinely receive an ophthalmologic examination. Chronic administration of the drug can cause discoloration of the mucous membranes as well as nail beds.

Chloroquine must be used cautiously in patients who have:
- Liver dysfunction.
- Severe gastrointestinal problems.
- Blood disorders.
- Neurologic blood disorders .

Chloroquine can also exacerbate dermatitis caused by phenylbutazone or gold therapy. Patients with porphyria or psoriasis should avoid chloroquine, because it can precipitate an acute attack of the respective diseases.

**Table 38: Dose Range of Chloroquine**

| Therapeutic Range | Toxic Range | Lethal Range |
|---|---|---|
| 0.03 to 15 mg/l | 3.0 to 26 mg/l | 20 to 104 mg/l |

**Resistance.** *Plasmodia* have slowly developed resistance to chloroquine, especially in Asia, Africa, and most regions of Central and South America. *Plasmodia* have developed the ability to flush out the drug away from the food vacuole. Chloroquine-resistant *P. falciparum* has shown a high degree of resistance because of multigenic mutation. In case of resistance, patients are prescribed antimalarial therapy that consists of a combination therapy of quinine, pyrimethamine, and a sulfonamide, which is administered orally.

**Table 39: Comparison between Blood Schizonticidal Drugs**

| | Chloroquine | Pyr./Sulpha. | Quinine | Mefloquine | Qinghaosu/ Artemisinins |
|---|---|---|---|---|---|
| **Efficacy** | ++++ | ++ | +++ | +++ | +++++ |
| **Onset of action** | Rapid | Slow | Rapid | Rapid | Fastest |
| **Use** | Prototype drug, first choice for all cases. | Only for uncomplicated, resistant *P. falciparum.* | Only for resistant *P. falciparum.* | Only for uncomplicated, multi-drug resistant *P. falciparum.* | Reserved for drug resistant *P. falciparum.* However, it may be considered in life-threatening complications of *P. falciparum* due to its rapid action. |
| **Use in severe *P. falciparum* malaria** | Parenteral preparation can be used in areas with sensitive strains. | Not useful in acute illness; can be co-prescribed with other parenteral anti-malarials. | Drug of choice for severe malaria; it was the only parenteral drug available for a long time until parenteral chloroquine and artemisinin arrived. | Not to be used in acute illness; can be co-prescribed with artemisinin after acute phase is over. | Useful in severe malaria; may be more effective and better tolerated than quinine. |
| **Toxicity** | ++ | +++ | +++ | +++ | + |
| **Contra-indications** | Almost none, only advanced liver disease. | Allergy to sulpha. | Prior hypersensitive reactions. | Epilepsy, psychosis, heart block, ß blocker use. | None |
| **Use in pregnancy** | Yes | Only in 2nd trimester if warranted. | Only if warranted, watch for hypoglycemia. | Not in first trimester. | Yes, if the situation demands. |
| **Cost** | Cheapest | Cheap | Moderate | Expensive | Expensive |

**Blood Shizonticides**

**Mefloquine**

Mefloquine, a synthetic analogue of quinine, is an effective single drug used to suppress and cure infections caused by multi-drug resistant forms of *P. falciparum* [113].  It is prescribed prophylactically for a period of one to two weeks before the patient enters a malaria-prone area [113].

Its exact mechanism of action is still unknown but is similar to quinine. It is absorbed well when taken orally and concentrates in the liver and lung. It has a long half-life of approximately 17 days. It is excreted through the feces.

**Dosage and administration.**

Adult patients: Treatment of mild to moderate malaria in adults caused by *P. vivax* or Mefloquine-susceptible strains of *P. falciparum*: Five tablets (1250 mg) Mefloquine hydrochloride to be given as a single oral dose.
Malaria prophylaxis: One 250 mg Mefloquine hydrochloride tablet once weekly.

Pediatric patients: Treatment of mild to moderate malaria in pediatric patients caused by Mefloquine-susceptible strains of *P. falciparum:* 20-25 mg/kg body weight.
Malaria prophylaxis: The recommended prophylactic dose of Mefloquine hydrochloride tablets is approximately 5 mg/kg body weight once weekly. One 250 mg Mefloquine hydrochloride tablet should be taken once weekly in pediatric patients weighing over 45 kg. In children weighing less than 45 kg, the weekly dose should be adjusted according to body weight:
- 30 to 45 kg: 3/4 tablet.
- 20 to 30 kg: 1/2 tablet.

Adverse reactions at high doses range from nausea, vomiting, and dizziness to disorientation, hallucinations, depression, and suicidal tendencies. ECG abnormalities (increases in QTc intervals), cardiac arrhythmias, and cardiac arrest are possible if mefloquine is taken concurrently with quinine or quinidine. Mefloquine is contraindicated in patients with a recent history of psychiatric disorder or past history of seizures. Severe side effects usually do not necessitate hospitalization and are rare [114]. Rates of side effects due to mefloquine are similar to other drugs prescribed to prevent malaria [115]. Mefloquine use has been associated with pneumonitis and eosinophilic pneumonia.

**Blood Schizonticides**

**Quinine**

Quinine is an antimalarial drug that prevents heme polymerization that leads to death of the erythrocytic form of the plasmodial parasite. The drug is not recommended by the WHO as first-line treatment for malaria, and should be prescribed when artemisinins are unavailable [116-119]. It is prescribed only in cases of severe infestations and for malarial strains that are resistant to other anti-malarials.

Quinine is well distributed throughout the body when administered orally and can cross the placental barrier. It is fetotoxic. Quinine salts can be administered orally or intravenously (IV); quinine gluconate can be administered intramuscularly or rectally [120, 121]. In the US, no injectable form of quinine is licensed; quinidine is used instead [122, 123]. Quinine is eliminated through the urine. For treatment of uncomplicated *P. falciparum* malaria in adults, it is prescribed in capsule form 648 mg (two capsules) to be taken orally every eight hours for seven days.

The major adverse effect of quinine is cinchonism, a syndrome that results in vomiting, nausea, tinnitus, and vertigo. Cinchonism is reversible and should not necessitate suspension of therapy. Clinicians should discontinue  quinine treatment for patients with a positive Coombs test for hemolytic anemia. Quinine can increase potency of neuromuscular-blocking agents and elevate digoxin levels if taken concurrently with quinine. Quinine absorption is slow if it is taken with aluminum-containing antacids.

**Blood schizonticides**

**Artemisinin**
Artemisinin, a sesquiterpene lactone, is obtained from the Artemisia annua, or sweet wormwood (qinghaosu) plant. Artemisinin and its derivatives (Artensunate, Artemether) are effective in the treatment of severe, multidrug-resistant *P. falciparum* malaria [124]. The WHO has recommended artemisinin combination therapies (ACT) as the first-line treatment for *P. falciparum* malaria [125].

Many randomized controlled trials have shown that artesunate has better efficacy than quinine in both adults [126] and children [127]. Artesunate is now recommended for treatment of all forms of severe malaria.

Some of the fixed-dose ACTs now available in the market include:
- Asmefloquine (ASMQ [128]).
- Amodiaquine (ASAQ).
- Lumefantrine (Coartem).
- Piperaquine (Duo-Cotecxin).
- Pyronaridine (Pyramax).

Artemisinin produces free radicals in the food vacuole of the plasmodium, following the separation of the drug's endoperoxide bridge by heme iron in parasitized red blood cells. It also damages and impairs specific malarial proteins. Artemisinin and its derivatives have short half-lives, which prevents their use for the chemoprophylaxis of malaria. Artemisinin and its derivatives are metabolized predominantly in the liver and are excreted mainly in bile.

Adverse effects relate to GI disturbances such as nausea, vomiting, and diarrhea. Very high doses of artemisinin can lead to neurotoxicity and prolonged QT interval. Artemisinins are safe and well-tolerated at the therapeutic doses for the treatment of malaria [129]. Common adverse effects of artemisinins include nausea, vomiting, and

diarrhea. Allergic reaction is a rare but serious adverse effect of this drug [129, 130]. Adverse effects of this drug are more frequent in patients with acute *P. falciparum* malaria [131].

## Blood Schizonticides and Sporontocides

### Pyrimethamine

Pyrimethamine is an antifolate agent commonly used for a radical cure as a blood schizonticide. It also acts as a potent sporonticide in the mosquito's gut. It inhibits plasmodial dihydrofolate reductase (DHR) which deprives the plasmodium of tetrahydrofolate, a cofactor needed for synthesis of RNA and DNA. Pyrimethamine is effective against *P. falciparum*. Given in combination with sulfonamind, pyrimethamine is effective against *P. malariae* and *Toxoplasma gondii*. Contraindications for pyrimethamine include:

- Megaloblastic anemia.
- Hypersensitivity.

## Trypanosomiasis-Chemotherapy

Trypanosomiasis is a chronic and potentially fatal disease caused by species of *Trypanosoma*. There are two major human forms of this disease: African sleeping sickness and American sleeping sickness. African sleeping sickness is caused by *T. brucei gambiense* and *T. brucei rhodiense*. The parasites initially live and grow in the blood. They invade the CNS and cause inflammation of the brain and spinal cord that results in characteristic symptomatology of lethargy and, eventually, continuous sleep. American sleeping sickness, or Chagas disease, is caused by *T. cruzi* and is generally confined to South America. This form of the disease causes 21,000 deaths per year [132].

### Melarsoprol

Melarsoprol (Mel B and Melarsen Oxide-BAL) is a derivative of mersalyl oxide, which is used in the treatment of human African trypanosomiasis, usually in the late stage with CNS involvement [133].

**Mechanism of action.** The drug reacts with sulfhydryl groups of enzymes in both the organism and host. The parasite's enzymes are believed to be more sensitive than those of the host, because the mammalian cells are less permeable to the drug and, therefore, are protected from its toxic effects

**Pharmacokinetics.** Melarsoprol usually is slowly administered intravenously through a fine needle. The drug can cause irritation; therefore, appropriate measure should be taken to prevent its infiltration into the surrounding tissues. Its half-life is around 35 hours [134].

Adequate trypanocidal concentrations appear in the CSF, in contrast to very low concentrations of pentamidine in the CSF. Melarsoprol is the drug of choice in the treatment of *T. brucei rhodesiense* and for meningoencephalitis caused by *T. brucei gambiense*. The drug has a very short half-life and is rapidly excreted into the urine.

**Adverse effects.**

The majority of serious side effects of melarsoprol relate to CNS toxicities. A severe post-treatment encephalopathy may develop right after the treatment, but it usually subsides. In some cases, this condition can be fatal.

Hypersensitivity reactions are somewhat common, and fever can occur after injection. Gastrointestinal problems, such as severe vomiting and abdominal pain, are also common. Melarsoprol is contraindicated during epidemics of influenza because of an increased risk of febrile episodes in influenza. Hemolytic anemia may occur in patients with G6PD deficiency.

**Pentamidine Isethionate**

Pentamidine is an antiprotozoal agent that is active against many trypanosomes, such as *T. brucei gambiense*. It is extensively used to treat and prevent the organism's hematologic stage. It is drug of choice for the treatment of stage I infection with *Trypanosoma brucei gambiense.* Some trypanosomes, such as *T. cruzi,* are resistant to this agent. Pentamidine is the drug of choice for the treatment of pneumonia caused by *P. jiroveci*, which do not respond to trimethoprim-sulfamethoxazole. Pentamidine is also used as a substitute to stibogluconate in the treatment of leishmaniasis.

**Mechanism of action.** The exact mechanism of action is still unknown. It is believed that the drug binds to the parasite's DNA and impairs the synthesis of RNA, DNA, and key proteins.

**Pharmacokinetics.** Pentamidine is preferably administered intramuscularly or as an aerosol. It is not administered intravenously because of severe adverse reactions, such as hypotension and tachycardia. The drug is predominantly concentrated and stored in the liver and kidney for a long period of time.  It is ineffective against the meningoencephalitic stage of trypanosomiasis because it cannot cross blood-brain barrier. The drug is not metabolized and is excreted very slowly into the urine. Its half-life in the plasma is approximately five days.

**Adverse effects.** Serious kidney impairment can occur, which is reversible after the drug is discontinued. Other prominent adverse reactions include hypotension, dizziness, rash, and toxicity to beta-cells of the pancreas. It may cause or worsen diabetes mellitus.

**Nifurtimox (Lampit)**

Nifurtimox, a 5-nitrofuran, is used in the treatment of acute *T. cruzi* infections (Chagas disease). Nifurtimox is also used in combination with eflornithine to treat human African trypanosomiasis [135].

Nifurtimox undergoes reduction and produces intracellular oxygen radicals. These highly reactive radicals (superoxide radicals and hydrogen peroxide radicals) are toxic to *T. cruzi*. This drug is suppressive, not curative. Nifurtimox is administered orally and not intravenously. It is prescribed as 15 mg/kg/day in two to three divided doses. It is rapidly absorbed and is excreted in the urine. Its half life is 1.5-3 hours.

Adverse effects are common after long-term treatment, especially among the elderly. Major toxicities include:
- Hypersensitivity reactions (both immediate and delayed) such as anaphylaxis, dermatitis, and icterus.
- GI disturbances, such as abdominal pain and vomiting.
- Peripheral neuropathy.
- CNS disturbances, such as headache and convulsions.
- Cell-mediated immune suppression.

**Suramin (Germanin)**

Suramin, a sulfonated naphthylamine, is prescribed in the early treatment and, particularly, the prophylaxis of African trypanosomiasis.  It is very reactive and inhibits several enzymes, including glycolytic enzymes and those of the pentose phosphate pathway [136]. These actions are responsible for suramin's trypanocidal activity.

Clinicians should administer the drug intravenously because of poor intestinal absorption and high probability of local irritation when administered intramuscularly. It has a long half-life of 44-54 days, and it accumulates in the liver and in the proximal tubular cells of the kidney.

Clinicians should monitor any severe adverse reactions, especially if the patient is debilitated. Some of the notable adverse effects include:
- Shock and loss of consciousness.
- Acute urticaria.
- Adrenal cortical damage.
- Neurologic problems, such as palpebral edema, hyperesthesia, paresthesia, photophobia, etc.
- Renal impairment.
- Albuminuria.

Patients should discontinue use if cylindruria and hematuria occur.

**Benznidazole (Rochagan and Radanil)**
Benznidazole, a nitroimidazole derivative, is an alternative choice for treatment of Chagas disease. However, nifurtimox is the preferred agent in Chagas disease. It

interferes with synthesis of protein and RNA in *T. cruzi* cells. It is rapidly absorbed from the gastrointestinal tract. Its half-life is around 12 hours. Benznidazole is eliminated through the renal and fecal route. It is recommended as a prophylactic agent for preventing infections caused by *T. cruzi* among hematopoietic stem cell transplant recipients [137].

**Table 40: Recommended Drugs for Treatment of African Trypanosomiasis**

| Type of Trypanosomiasis | Medications Stage 1 (Hemolymphatic Stage) | Medications Stage 2 (Neurologic [CNS] Stage) |
|---|---|---|
| East African trypanosomiasis (caused by *T brucei rhodesiense*) | Adult: Suramin 100-200 mg IV test dose, then 1 g IV on days 1, 3, 7, 14, 21 Pediatric: 20 mg/kg IV on days 1, 3, 5, 14, and 21 | Adult: Melarsoprol 2-3.6 mg/kg/d IV for 3 d; after 1 wk, 3.6 mg/kg/d for 3 d; after 10-21 d, repeat the cycle. Pediatric: 2-3.6 mg/kg/day IV x 3 days. After 7 days, 3.6 mg/kg/day x 3 days. Give a 3rd series of 3.6 mg/kg/d after 7 days. |
| West African trypanosomiasis (caused by *T brucei gambiense*) | Adult/Pediatric: Pentamidine isothionate 4 mg/kg/d IM for 7-10 d. OR Suramin 100-200 mg IV test dose, then 1 g IV on days 1, 3, 7, 14, 21 | Melarsoprol 2-3.6 mg/kg/d IV for 3 d; after 1 wk, 3.6 mg/kg/d for 3 days; after 10-21 d, repeat the cycle OR Eflornithine 400 mg/kg/d IV in 4 divided doses for 14 d |

In 2009, a new combination treatment with nifurtimox and eflornithine was introduced.

**Leishmaniasis—Chemotherapy**
There are four main forms of leishmaniasis [138]:
- Cutaneous: It is the most common form, which can progress to any of the other forms.
- Diffuse cutaneous: It causes widespread skin lesions identical to leprosy, and it is difficult to treat.
- Mucocutaneous: It starts with skin ulcers, which subsequently spread.
- Visceral: It is the most severe form and can be fatal if left untreated.

Leishmaniasis is transmitted from animals to humans and sometimes between humans by the bite of infected female sandflies. Leishmaniasis is difficult to treat, because the drugs currently in use have high failure rates and are toxic. Sodium stibogluconate, a

pentavalent antimonial, is the drug of choice in the treatment of leishmaniasis. Alternative agents include pentamidine and amphotericin B. Allopurinol has also been reported to be effective.

**Sodium Stibogluconate**

Sodium stibogluconate, a pentavalent antimonial, is a drug used to treat leishmaniasis. The exact mechanism of action of this drug is still undetermined. It is believed that it inhibits glycolysis in the parasite. Sodium stibogluconate is administered parenterally, because it is not well absorbed orally. It is distributed in the extravascular compartment. The metabolism of sodium stibogluconate is minimal, and it is excreted in urine.

The dose of sodium stibogluconate is 20 mg/kg per day, given by slow intravenous infusion with cardiac monitoring.

Adverse effects include:
- Phlebotoxicity resulting in pain at the injection site,
- Gastro-intestinal disturbances, such as vomiting, nausea, poor appetite.
- Pancreatitis.
- Cardiac arrhythmias.

Clinicians should periodically monitor patients receiving sodium stibogluconate  for renal and hepatic function.

**Toxoplasmosis--Chemotherapy**

Toxoplasmosis is a parasitic disease caused by the protozoan *Toxoplasma gondii* [139], which is transmitted to humans after eating infected meat [9]. It can also be transmitted vertically (from a pregnant woman to her fetus). Approximately 33% of the world's human population is believed to carry a Toxoplasma infection. Combination of sulfadiazine and pyrimethamine is the drug of choice for treatment of toxoplasmosis. Leucovorin is also prescribed to prevent folate deficiency. TMP-SZ (Trimethoprim/sulfamethoxazole) is the drug of choice used to prevent Toxoplasma infection, but the drug does not treat infection.

**Acute Toxoplasmosis.**

Medications effective against acute toxoplasmosis include: Pyrimethamine, Sulfadiazine, spiramycin, and minocycline.

**Latent Toxoplasmosis.**

Atovaquone: This drug is effective in latent toxoplasmosis against *Toxoplasma* cysts, especially in patients with AIDS.

**Giardiasis—Chemotherapy**

Giardia lamblia is the most frequently diagnosed intestinal parasite in the United States [10]. It causes gastroenteritis in humans. Globally, approximately 200 million people fall victim to this parasite. Mode of transmission is via the fecal-oral route.

It has only two life-cycle stages:

1. Binucleate trophozoite with four flagellae.
2. Four-nucleate cyst, which is drug-resistant.
3.

Contaminated drinking water leads to giardiasis infection. Metronidazole is the drug of choice. Tinidazole is an alternative drug, which is equally effective as metronidazole and has a much shorter course of therapy (2 grams given once). Nitazoxanide, a nitrothiazole derivative, is equally effective as metronidazole, and has a two-day-shorter course of therapy.

**Table 41: Recommended Dosing and Adverse Effects of Anti-Giardia Drugs**

| Drug | Adult Dose | Pediatric Dose | Adverse Effects |
|---|---|---|---|
| Metronidazole | 250 mg t.i.d. × 5–7 days | 5 mg/kg t.i.d. × 5–7 days | Headache, vertigo, nausea, metallic taste, urticaria. Disulfiram-like reaction with alcohol ingestion. Rare: pancreatitis, central nervous system toxicity, reversible neutropenia, peripheral neutropathy, T-wave flattening with prolonged use. Mutagenic/carcinogenic |
| Tinidazole | 2 g, single dose | 50 mg/kg, single dose (max, 2 g) | As for metronidazole |
| Ornidazole | 2 g, single dose | 40–50 mg/kg, single dose (max, 2 g) | As for metronidazole |
| Quinacrine | 100 mg t.i.d. × 5–7 days | 2 mg/kg t.i.d. × 7 days | Nausea and vomiting, dizziness, headache. Yellow/orange discoloration of skin and mucous membranes. Rare: toxic psychosis. |
| Furazolidone | 100 mg q.i.d. × 7–10 days | 2 mg/kg q.i.d. × 10 days | Nausea, vomiting, diarrhea. Brown discoloration of urine; disulfiram-like reaction with alcohol ingestion. Reacts unfavorably with MAO inhibitors. Mild hemolysis in G6PDH deficiency. |

| Drug | Adult Dose | Pediatric Dose | Adverse Effects |
|---|---|---|---|
| Paromo-mycin | 500 mg t.i.d. × 5–10 days | 30 mg/kg/day in 3 doses × 5–10 days | Ototoxicity and nephrotoxicity with systemic administration. |
| Alben-dazole | 400 mg q.d. × 5 days | 15 mg/kg/day × 5–7 days (max, 400 mg) | Anorexia, constipation.<br>Rare: reversible neutropenia and elevated liver function tests.<br>Teratogenic? |
| Bacitra-cin zinc | 120,000U b.i.d. × 10 days | Not tested in children under 10 yr | Nausea, vomiting, abdominal discomfort.<br>Nephrotoxicity with systemic absorption. |

**Table 42: Treatments for Giardiasis**

| Clinical Scenario | Drug and Duration of Treatment |
|---|---|
| **Symptomatic Infection, USA** | |
| Adult and pediatric | Metronidazole for 5–7 days |
| Alternatives | Furazolidone for 7–10 days or quinacrine for 5–7 days or albendazole for 5–7 days |
| **Symptomatic Infection, Overseas** | |
| Adult and pediatric | Tinidazole (single dose) or ornidazole (single dose) |
| **Pregnancy** | |
| First trimester | Paromomycin for 5–10 days |
| Second and third trimesters | Paromomycin for 5–10 days or metronidazole for 5–7 days |
| Resistant infection or relapse | Drug of different class or combination nitroimidazole plus quinacrine for two wks or more |

**Table 43: Treatment Regimens for Protozoal Infections in Adults**

| | Medication First-Line Treatment / Second-Line Treatment | Dose | Adverse Effects |
|---|---|---|---|
| **Systemic protozoa** Malaria- uncomplicated plasmodium falciparum or species unknown Chloroquine- resistant area (everywhere except Central America west of Panama Canal, Haiti, Dominican Republic, and parts of the Middle East) | Atovaquone- proguanil OR Artemether- lumefantrine OR Quinine Plus Doxycycline OR tetracycline OR Clindamycin | 250mg/100mg, 4 adult tablets orally every day for 3 d 20 mg /120 mg, 4 tablets oral starting dose, followed by 4 tablets orally 8h later, followed by 4 tablets orally twice a day for 2d 625 mg salt orally 3 times a day for 7 d for patients infected in Southeast Asia or for 3 d in other patients 100 mg orally twice a day 250 mg orally 4 times a day 6-7/kg orally 3 times a day for 7 d | Nausea, vomiting, hepatitis Headache, dizziness, vomiting Cinchonism, hypoglycemia Nausea, vomiting, abdominal pain, candidiasis, photosensitivity Nausea, vomiting, abdominal pain |
| | Mefloquine | 750 mg salt oral loading dose followed by 500 mg salt orally 6-12 h after initial dose | Nausea, vomiting, vivid dreams, dysphoria, mood changes, QT, prolongation |

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Chloroquine-sensitive area (Central America west of Panama Canal, Haiti, Dominican Republic, and parts of the Middle East) | Chloroquine | 1000 mg salt oral loading dose followed by 500 mg salt orally at 6 h, 24 h, and 48 h | Nausea, vomiting, headache, dizziness, pruritis (usually in African patients), photosensitivity |
| | Hydroxy-chloroquine | 800 mg salt oral loading dose followed by 400 mg salt orally at 6 h, 24 h, and 48 h | Retinal toxicity unlikely with short-term use |
| Malaria–severe usually *P falciparium* | Artesunate per CDC protocol Plus atovaquone-proguanil, doxycycline, clindamycin, or mefloquine | 2.4 mg/kg IV at 0 h, 12 h, 24 h, and 48 h, then once per day if IV still necessary | |
| | Quinidine | Loading dose of 10 mg/kg salt IV over 1-2h followed by 0.02 mg/kg/min salt continuous infusion for 24 h | Infusion-related hypotension, QT and QRS prolongation, arrhythmias, hypoglycemia |
| | Once improved, switch to oral quinine plus Doxycycline or Tetracycline or Clindamycin | 625 mg salt orally 3 time a day 100 mg IV/orally twice daily for 7 d 250 mg orally 4 times daily for 7 d 10 mg/kg IV loading dose then 5 mg/kg IV every 8 h (or oral dose as above) for 7 d Total duration of quinidine/quinine therapy is 7 d for patients infected in Southeast Asia, 3 d for elsewhere | |

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Malaria-uncomplicated *Plasmodium vivax* or *plasmodium ovale* All regions except Papua New Guinea and Indonesia (or other areas with documented chloroquine resistance) | Chlorquine Followed by primaquine | See *P falciparium* 52.6 mg salt orally every day for 14 d | Nausea, vomiting, hemolytic anemia with G6PD deficiency |
| | Hydrochloroquine Followed by primaquine | See *P falciparium* | |
| Malaria-uncomplicated *P vivax* or *P ovale* Chloroquine-resistant areas (Papua, New Guinea and Indonesia) | Quinine plus Doxycycline, tetracycline or clindamycin followed by primaquine OR Atovaquone-proguanil Followed by primaquine | See *P falciparium* See *P falciparium* | |
| | Mefloquine followed by primaquine | See *P falciparium* | |
| Malaria-uncomplicated *plasmodium malariae* or *plasmodium knowlesi* | Chloroquine or Hydroxychloroquine | See *P falciparium* | |

| | | | |
|---|---|---|---|
| **Systemic protozoa** African Trypanosorniasis Early (hemolymphatic stage) *trypanosoma brucei gambiense* | Pentarnidine | 4mg/kg/d IM for 7-10 d | Hypotension (with IV infusion), hypoglycemia, hepatitis, pancreatitis, leukopenia, sterile abscesses, nephrotoxicity |
| | Suramin | 100-200 mg IV (test dose) followed by 1 g IV on days 1, 3, 7, 14, and 21 | Nephrotoxicity, rash (including exfoliative dermatitis), fatal hypersensitivity reaction (1 in 20,000 doses), peripheral neuropathy, myelosuppression |
| *Trypanosome brucei rhodesiense* | Suramin | Dosed as above | |
| Late (CNS stage) *T b gambiense* | Effornithine  or Effornithine  Plus Nifurtimox | 100 mg/kg IV every 6 h for 14 d 200 mg/kg IV every 12 h for 7 d  5 mg/kg orally 3 times a day for 10 d | Fever, seizure, myelosupression, peripheral neuropathy, diarrhea, hypertension, rash. Nausea, vomiting, anorexia, abdominal pain, insomnia, peripheral neuropathy, hepatitis. Avoid alcohol. Vomiting, nephrotoxicity, hepatitis, myocardial damage, peripheral neuropathy, fever, thrombocytopenia, reactive encephalopathy (often fatal). Encephalopathy risk reduced by coadministration of corticosteroids. Contraindicated with G6PD deficiency. |
| | Melarsoprol | 2.2 mg/kg/d IV for 10 d | |

| | | | |
|---|---|---|---|
| **Systemic protozoa** *T b rhodesiense* | Melarsoprol | 2.0-3.6 mg/kg/d IV for 3 d. Repeat course after 7 d and then again 7 d after the completion of the 2nd course | |
| American trypanosomiasis (Chagas disease) | Benznidazole | 2.5-3.5 mg/kg orally twice a day for 60 d | Nausea, vomiting, anorexia, insomnia, peripheral neuropathy, dermatitis, myelosupression. Disulfiram-like reaction with alcohol. |
| | Nifurtimox | 2-3 mg/kg orally every 6-8 h for 90 d | |
| Leishmaniasis | Liposomal amphotericin | Immunocompetent adults: 3mg/kg IV once a day on days 1-5, 14, and 21 Immunocompromised adults: 4mg/kg IV once a day one days 1-5, 10, 17, 24, 31, 38 | Nephrotoxicity, electrolyte wasting, hypertension, infusion reaction, chills/rigors. |
| | Sodium stibogluconate<br><br>or Miltefosine<br><br><br>or Paromomycin | 20 mg/kg IV or IM once a day for 28 d<br><br>2.5 mg/kg/d (maximum 150 mg/kg/d) orally for 28 d<br><br>15 mg/kg/d IM for 21 d | Nausea, vomiting, severe vertigo, headache, diarrhea.<br><br>Nephrotoxicity, ototoxicity, hepatitis. |

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Cutaneous | Sodium stibogluconate | 20 mg/kg/d IV or IM for 20 d | Pentavalent antimonials: nausea, vomiting, abdominal pain, pancreatitis, hepatitis, myalgias, myelosupression, ECG abnormalities |
| | Miltefosine | 2.5 mg/kg/d (maximum 150 mg/d) orally for 28 d | Headache, anorexia, hepatitis, alopecia |
| | or Fluconazole | 200 mg orally once a day for 6 wk | |
| | or Liposomal amphotericin | 3 mg/kg IV once a day on days 1-5, 14, 21 | |
| | or Pentamidine | 2-3 mg/kg IV or IM once a day or every other day for 4-7 d | |
| Mucocutaneous | Sodium Stibogluconate | 20 mg/kg/d IV or IM for 28 d | |
| | Liposomal Amphotericin | 3 mg/kg IV once a day | |
| | or Amphotericin deoxycholate | 0.5-1.0 mg/kg IV once a day for 1 mo | |
| | or Miltefosine | 2.5 mg/kg (maximum 150/mg/d) orally once a day for 28 d | |

| **Systemic protozoa** (continued) Babesiosis | Atovaquone | 750 mg orally twice a day | Rash, abdominal pain, diarrhea, nausea, vomiting, headache , insomnia, methemoglobinemia, hepatotoxicity |
| | plus Azithromycin | 500 mg orally for 1 d then 250 mg orally twice a day for 7-10 d | |
| | Quinine | 650 mg orally 3 times a day | Nausea, vomiting, abdominal pain, diarrhea, headache hepatotoxicity |
| | plus Clindamycin | 300-600 mg IV every 6 h or 600 mg orally 3 times a day for 7-10 d | |
| Toxoplasmosis | Pyrimethamine | 200 mg orally once followed by 50 mg (if <60kg) or 75 mg (>60 kg) orally once a day | Myelosupression, abdominal pain, rash, headache, dysphasia |
| | plus Sulfadiazine | 1g/kg (if <60 kg) or 1.5 g/kg (if >60 kg) orally 4 times a day | Myelosupression, rash, crystal-induced nephropathy |
| | plus Folinic acid | 10-25 mg orally once a day | |
| | TMP-SMX | 5/25 mg/kg orally or IV every 12 h Higher doses have been used in some cases | Rash, urticaria, nausea, vomiting, myelosupression. Rarely: Stevens-Johnson syndrome, renal insufficiency, hyperkalemia, hepatitis |
| | For patients with sulfa allergy: Pyrimethamine plus Folinic acid plus either Clindamycin | Doses as above 600 mg IV every 6 h or 450 mg orally 4 times a day 750 mg orally every 6 h | |
| | or Atovaquone | | |

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Acquired During pregnancy | Consider spiramycin or pyrimethamine/sulf adiazine depending on clinical situation and gestational age (see text) Suggest expert consultation | | Spiramycin: nausea, abdominal pain, diarrhea |
| Congenital | Consider prolonged pyrimethamine/sulf adiazine Suggest expert consultation | | |
| **Intestinal/ genitourinary protozoa** Giardiasis | Trinidazole or Metronidazole | 2 g orally once 250 mg orally 3 times a day for 5-7 d | Anorexia, metallic taste, alcohol-induced disulfiram-like reaction, headache, peripheral neuropathy, seizures, neutropenia |
| | Nitazoxanide | 500 mg orally twice a day for 3 d | Nausea, vomiting, abdominal pain, diarrhea |
| Amebiasis (*Entamoeba hisolytica*) Asymptomatic carrier | Luminal agent Paromomycin Or Iodoquinol | 8-12 mg/kg orally 3 times a day for 7 d 650 mg orally 3 times a day for 20 d | Nausea, vomiting, abdominal pain. Nausea, vomiting, diarrhea, pruritis, headache |
| | Diloxanide | 500 mg orally 3 times a day for 10 d | |

| **Intestinal/ genitourinary protozoa**<br><br>Amebic colitis | Metronidazole<br><br>or Tinidazole followed by luminal agent (see above) | 500-750 mg orally 3 times a day for 10 d<br>2 g orally once a day for 3d | |
|---|---|---|---|
| Amebic liver abscess or other disseminated disease | Metronidazole or Tinidazole followed by luminal agent (see above) | 750 mg orally or IV 3 times daily<br>2 g orally once a day | |
| Cryptosporidiosis<br>Non-AIDS-associated<br>AIDS-associated | Nitazoxanide<br>HAART<br>Consider nitazoxanide | 500 mg orally twice a day for 3 d | |
| Cyclosporiasis<br>Non-AIDS-associated<br>AIDS-associated | TMP-SMX<br><br>TMP-SMX | 1 DS tablet orally twice a day for 7-10d<br>1 DS tablet orally 4 times a day for 10 d followed by twice a day for 3 wk | |
| | Ciprofloxacin | 500 mg orally twice a day for 7 d followed by 1 tablet orally 3 times a week for 2 wk | Nausea, vomiting, abdominal pain, Rarely: tendinopathy, neuropsychiatric effects |
| Isosporiasis<br>Non-AIDS-associated<br>AIDS-associated | TMP-SMX<br><br>TMP-SMX | 1 DS tablet orally twice a day for 10 d<br>1 DS tablet orally 4 times a day for 10 d followed by twice a day for 3 wk | . |
| | Ciprofloxacin | 500 mg orally twice a day for 7 d | |
| Dientamoebiasis | Iodoquinol | 650 mg orally twice a day for 7 d | |
| Blastocystis heminis | Nitazoxanide | 500 mg orally twice a day for 3 d | |

| **Intestinal/ genitourinary protozoa** Trichomoniasis | Tinidazole | 2 g orally twice a day | |
| | Metronidazole | 2 g orally once or 500 mg orally twice a day for 7 d | |
| Free-living amebae Naegleria fowleri | Therapy should include amphotericin B. Consider intrathecal amphotericin. Combination systemic therapy is essential: consider addition of azoles, rifampin, or other antimicrobial agents (see text). | | |
| Acanthamoeba species GAE and disseminated disease | Combination therapy is essential and should include pentamidine, azoles, sulfonamides, and possible flucytosine (see text). | | |
| Acanthamoeba keratitis | Topical chlorhexidine Polyhexamethylene biguanide | | |

a. BP= blood pressure; CDC = Centers for Disease Control and Prevention; CNS= central nervous system; DS = double strength; ECG = electrocardiography; GAE = granulomatous amebic encephalitis; G6PD = glucose-6-phosphate dehydrogenase; HAART = highly active antiretroviral therapy; IM = intramuscular; IV = intravenous; TMP-SMX = trimethoprim-sufamethoxazole;

b. Dosing conversation for base formulation dose based on salt formulation dose: oral quinine 625 mg salt = 542 mg base; IV quinidine 10 mg/kg salt = 6.25 mg/kg base and 0.02 mg/kg/min salt = 0.0125 mg/kg/min base; oral mefloquine 750 mg salt = 684 mg base and 500 mg salt = 456 mg base ; oral chloroquine 1000 mg salt = 600 base, and 500 mg salt = 300 mg base; oral hydroxychloroquine 800 mg salt = 620 mg base and 400 mg salt = 310 mg base; oral primaquine 52.6 mg salt = 30 mg base.

c. Symptoms of cinchonism include nausea, vomiting, dizziness, tinnitus, and high-frequency hearing loss.

**References**

1. Kristiansen, J. E. (1990). The antimicrobial activity of psycho -therapeutic drugs and stereo-isomeric analogues. (Thesis, DMSC). Danish Medical Bulletin 37, 165–82.
2. Kristiansen, J. E. (1991). Antimicrobial activity of nonantibiotics. ASM NEWS 57, 135–9.
3. Kristiansen, J. E. (1992). Antimicrobial activity of nonantibiotics. Reports from a congress on the antimicrobial effect of drugs other than antibiotics on bacteria,

viruses, protozoa, and other organisms. Copenhagen, May, 1990. Acta Pathology Micro -biology et Immunology Scandinavia (APMIS), Suppl. 100, 7–14.

4. Cederlund, H. & Mårdh, P. A. (1993). Antibacterial activities of non-antibiotic drugs. Journal of Antimicrobial Chemotherapy 32, 355–65.

5. Williams, J. D. (1995). Selective toxicity and concordant pharmacodynamics of antibiotics and other drugs. Journal of Antimicrobial Chemotherapy 35, 721–37.

6. Kristiansen, J. E., Andersen, L. P., Vestergaard, B. F. & Hvidberg, E. F. (1991). Effect of selected neuroleptic agents and stereo-isomeric analogues on virus and eukaryotic cells. Pharmacology & Toxicology 68, 399–403.

7. Gerber, H. R. & Anton, A. H. (1974). A bacterial model for the evaluation of barbiturates. Archives Internationales Pharmaco-dynamie et Therapie 212, 284–96.

8. Kristiansen, J. E., Mortensen, I. & Nissen, B. (1982). Membrane stabilizers inhibit potassium efflux from Staphylococcus aureus strain no. U 2275. Biochimica et Biophysica Acta 685, 379–82.

9. Kramer, A., Sorgatz, K., Höppe, H. & Meyer, F. U. (1994). Bacteriostatic and antiseptic efficacy of selected anaesthetics individually and in combination with an antiseptic mouthwash. Hygiene Medizin 19, 527–34.

10. Dastidar, S. G., Mondal, U., Niyogi, S. & Chakrabarty, A. N. (1986). Antibacterial property of methyl-DOPA and development of antibiotic cross-resistances in m-DOPA mutants. Indian Journal of Medical Research 84, 142–7. 325 J. E. Kristiansen and L. Amaral

11. Amaral, L. & Lorian, V. (1991). Effects of chlorpromazine on the cell envelope proteins of Escherichia coli. Antimicrobial Agents and Chemotherapy 35, 1923–4.

12. Amaral, L., Kristiansen, J. E. & Lorian, V. (1992). Synergic effect of chlorpromazine on the activity of some antibiotics. Journal of Antimicrobial Chemotherapy 30, 556–8.

13. Kristiansen, J. E. H. (1993). Chlorpromazine: non-antibiotics with antimicrobial activity—new insights in managing resistance? Current Opinion in Investigational Drugs 2, 587–91.

14. Kristiansen, J. E., Amaral, L. & Thomsen, V. F. (1993). The reversal of antibiotic resistance by phenothiazines. In Abstract 18th International Congress of Chemotherapy. Stockholm, Sweden. Abstract 510, p. 65.

15. Amaral, L., Kristiansen, J. E., Abebe, L. & Millett, W. (1997). Inhibition of the respiration of multi-drug resistant clinical isolates of Mycobacterium tuberculosis by thioridazine: potential use for initial therapy of freshly diagnosed tuberculosis. Journal of Anti - microbial Chemotherapy 38, 1049–53.

16. Amaral, L., Kristiansen, J. E. & Thomsen, V. F. (1993). The effect of chlorpromazine on the cell envelope of sensitive and resistant bacteria. In Abstract of the 18th International Congress of Chemotherapy. Stockholm, Sweden. Abstract 493 p. 65.

17. Kristiansen, J. E. H. (1977). Fatal chloroquin poisoning with severe hypokalaemia. Ugeskrift for Læger 139, 1666–7.

18. Ibrahim EH, Sherman G, Ward S, Fraser VJ, Kollef MH. The influence of inadequate antimicrobial treatment of bloodstream infections on patient outcomes in the ICU setting. Chest. 2000;118(1):146-155.

19. Kollef MH, Sherman G, Ward S, Fraser VJ. Inadequate antimicrobial treatment of infections: a risk factor for hospital mortality among critically ill patients. Chest. 1999;115(2):462-474.

20. Thompson RL, Wright AJ. General principles of antimicrobial therapy. Mayo Clin Proc. 1998;73(10):995-1006.

21. Medical microbiology, Mims and Playfair, Mosby Europe, 1993, 35.31.

22. French GL (December 2006). "Bactericidal agents in the treatment of MRSA infections--the potential role of daptomycin". J. Antimicrob. Chemother. 58 (6): 1107–17. doi:10.1093/jac/dkl393. PMID 17040922.

23. Wagenlehner FM, Naber KG. Fluoroquinolone antimicrobial agents in the treatment of prostatitis and recurrent urinary tract infections in men. Curr Infect Dis Rep. 2005;7(1):9-16.

24. Sa del Fiol F, Gerenutti M, Groppo FC (2005) Antibiotics and pregnancy. Pharmazie 60:483–493PubMed

25. Amann U, Egen-Lappe V, Strunz-Lehner C, Hasford J (2006) Antibiotics in pregnancy: analysis of potential risks and determinants in a large German statutory sickness fund population. Pharmacoepidemiol Drug Saf 15:327–337CrossRefPubMed

26. Bertsche T, Haas M, Oberwittler H, Haefeli WE, Walter-Sack I (2006) Drugs during pregnancy and breastfeeding: new risk categories—antibiotics as a model. Dtsch Med Wochenschr 131:1016–1022CrossRefPubMed

27. Nahum GG, Uhl K, Kennedy DL (2006) Antibiotic use in pregnancy and lactation: what is and is not known about teratogenic and toxic risks. Obstet Gynecol 107:1120–1138CrossRefPubMed

28. Haas A, Maschmeyer G (2008) Antibiotic therapy in pregnancy. Dtsch Med Wochenschr 133:511–515CrossRefPubMed

29. Baddour LM, Wilson WR, Bayer AS, et al. Infective endocarditis: diagnosis, antimicrobial therapy, and management of complications: a statement for healthcare professionals from the Committee on Rheumatic Fever, Endocarditis, and Kawasaki Disease, Council on Cardiovascular Disease in the Young, and the Councils on Clinical Cardiology, Stroke, and Cardiovascular Surgery and Anesthesia, American Heart Association. Circulation. 2005; 111(23):e394-e434.

30. Dancer SJ: The problems with cephalosporins. J Antimicrob Chemother. (2001) 48 (4): 463-478.

31. Berger Bachi B: Resistance mechanisms and gram positive bacteria Int J Med Microbiol (2002) 292 (1): 27 – 35.

32. Heinemann J: Do antibiotics maintain antibiotic resistance? Drug Discov Today. (2000). 5 (5): 195-204.

33. Levy SB, Marshall B: Antibacterial resistance worldwide: causes, challenges and responses. Nat Med. (2004) 10 (12 Suppl): 122-129.

34. Li, X, Nikadio H (2009). "Efflux-Mediated Drug Resistance in Bacteria: an Update." Drug 69 (12): 1555–623. doi:10.2165/11317030-000000000-00000. PMC 2847397. PMID 19678712.

35. "Dorlands Medical Dictionary:mycosis."

36. Baginski, M.; Czub, J. (2009). "Amphotericin B and Its New Derivatives–Mode of Action". Current Drug Metabolism 10 (5): 459–69. PMID 19689243.

37.  Wasan KM, Wasan EK, Gershkovich P, et al. (2009). "Highly Effective oral amphotericin B formulation against murine visceral leishmaniasis." J Infect Dis 200 (3): 357–360.doi:10.1086/600105. PMID 19545212.

38. Amado, José Antonio; Carlos Pesquera, Eva M. Gonzalez, Macarena Otero, Julio Freijanes, and Angel Alvarez (March 1990). "Successful treatment with ketoconazole of Cushing's syndrome in pregnancy." Postgraduate Medical Journal 66 (773): 221–3. doi:10.1136/pgmj.66.773.221.PMC 2429473. PMID 2362890.

39. ^ Berwaerts, Joris; Johan Verhelst, Charles Mahler and Roger Abs (June 1999). "Cushing's syndrome in pregnancy treated by ketoconazole: case report and review of the literature." Gynecological Endocrinology 13 (3): 175–82.doi:10.3109/09513599909167552. PMID 10451809.

40. Evans, K. C.; Peterson AC, Ruiz HE, Costabile RA (August 2004). "Use of oral ketoconazole to prevent postoperative erections following penile surgery." International Journal of Impotence Research 16 (4): 346–9.

41. Pfizer Australia Pty Ltd. Diflucan (Australian Approved Product Information). West Ryde (NSW): Pfizer Australia; 2004.

42. ^ Longley, Nicky; Muzoora, Conrad; Taseera, Kabanda; Mwesigye, James; Rwebembera, Joselyne; Chakera, Ali; Wall, Emma; Andia, Irene et al. (2008). "Dose Response Effect of High-Dose Fluconazole for HIV-Associated Cryptococcal Meningitis in Southwestern Uganda". Clinical Infectious Diseases 47 (12): 1556–1561. doi:10.1086/593194. ISSN 1058-4838. PMID 18990067.

43. Rossi S, editor. Australian Medicines Handbook 2006. Adelaide: Australian Medicines Handbook; 2006. ISBN 0-9757919-2-3

44. Fluconazole, PubMed Health

45. Espinel-Ingroff A, Boyle K, Sheehan D J. Mycopathologia. 2001;150:101–115. doi: 10.1023/A:1010954803886.

46. Dodds Ashley ES, Lewis R, Lewis JS, Martin C, Andes D. Pharmacology of systemic antifungal agents. Clin Infect Dis 2006;43(Suppl 1):28-39.

47. Smith J, Safdar N, Knasinski V, Simmons W, Bhavnani S, Ambrose P, Andes D (April 2006). "Voriconazole therapeutic drug monitoring." Antimicrob Agents Chemother 50 (4): 1570–2. doi:10.1128/AAC.50.4.1570-1572.2006. PMC 1426935.PMID 16569888.

48. Boyd AE, Modi S, Howard SJ, Moore CB, Keevil BG, Denning DW . Adverse reactions to voriconazole. Clin Infect Dis 2004;39:1241-4. Abstract/FREE Full Text

49. Imhof A, Schaer DJ, Schanz U, Schwarz U. Neurological adverse events to voriconazole: evidence for therapeutic drug monitoring. Swiss Med Wkly2006;136:739-42. Medline

50. Smith J, Safdar N, Knasinski Vet al . Voriconazole therapeutic drug monitoring. Antimicrob Agents Chemother 2006;50:1570-2.Abstract/FREE Full Text

51. Trifilio S, Ortiz R, Pennick G, et al. Voriconazole therapeutic drug monitoring in allogeneic hematopoietic stem cell transplant recipients. Bone Marrow Transplant 2005;35:509-13.

52. Clin Microbiol Infect. 2010 Sep;16(9):1362-4. Multiple aggressive squamous cell carcinomas associated with prolonged voriconazole therapy in four immunocompromised patients. Epaulard O, Saint-Raymond C, Villier C, Charles J, Roch N, Beani JC, Leccia MT.

53.  Schiller DS, Fung HB (September 2007). "Posaconazole: an extended-spectrum triazole antifungal agent." Clin Ther 29(9): 1862–86. doi:10.1016/j.clinthera.2007.09.015.PMID 18035188.

54. Rachwalski EJ, Wieczorkiewicz JT, Scheetz MH (October 2008). "Posaconazole: an oral triazole with an extended spectrum of activity." Ann Pharmacother 42 (10): 1429–38.doi:10.1345/aph.1L005. PMID 18713852.

55. Brunton L, Lazo J, Parker K. Goodman and Gilman's The Pharmacological Basis of Therapeutics. 11th ed. San Francisco: McGraw-Hill; 2006. ISBN 978-0-07-142280-2

56. "Clinical Pharmacology Pasoconazole." Retrieved 18 February 2010.

57. "Daily Med, Product Information Noxafil." Retrieved 18 February 2010.

58. Dodds Ashley, Elizabeth; Perfect, John (October 13, 2009)."Pharmacology of azoles." Retrieved 18 February 2010.

59. Am J Trop Med Hyg April 2010 vol. 82 no. 4"

60. Morris MI, Villmann M (September 2006). "Echinocandins in the management of invasive fungal infections, part 1." Am J Health Syst Pharm 63 (18): 1693–703.doi:10.2146/ajhp050464.p1.PMID 16960253.

61. Morris MI, Villmann M (October 2006)."Echinocandins in the management of invasive fungal infections, Part 2." Am J Health Syst Pharm 63 (19): 1813–20.doi:10.2146/ajhp050464.p2.PMID 16990627.

62.  Deresinski SC, Stevens DA (2003). "Caspofungin." Clin Infect Dis 36 (11): 1445–1457. doi:10.1086/375080. PMID 12766841.

63. Eraxis at RxList." 2009-06-24.

64. Segal BH, Walsh TJ. Current approaches to diagnosis and treatment of invasive aspergillosis. Am J Respir Crit Care Med. 2006;173(7):707–717. [PubMed]

65. O'Brien TP. Therapy of ocular fungal infections. Ophthalmol Clin North Am. 1999;12(1):33–50.

66. Krishnan-Natesan S. Terbinafine: a pharmacological and clinical review. Expert Opin Drug Deliv.2009;10(16):2723–2733.

67. ^ Robertson Dirk B, Maibach Howard I, "Chapter 61. Dermatologic Pharmacology" (Chapter). Bertram G. Katzung, Susan B. Masters, Anthony J. Trevor: Basic & Clinical Pharmacology, 11e: http://www.accesspharmacy.com/content.aspx?aID=4517257.

68. Micromedex DRUGDEX Drug Point: Naftifine Hydrochloride. Accessed at http://www.thomsonhc.com/hcs/librarian/ND_T/HCS/ND_PR/Main/CS/7ED8A6/DUPLICATIONSHIELDSYNC/89971B/ND_PG/PRIH/ND_B/HCS/SBK/2/ND_P/Main/PFActionId/hcs.common.RetrieveDocumentCommon/DocId/390170/ContentSetId/100/SearchTerm/naftifine/SearchOption/BeginWith#secN10184.

69. AccessPharmacy: Drug Monographs: Naftifine. Accessed at http://www.accesspharmacy.com/drugContentPopup.aspx?mid=6620&section=10, February 18, 2010.

70. Nystatin on Micromedex http://www.thomsonhc.com/hcs/librarian/ND_T/HCS/ND_PR/Main/CS/BCFBA8/DUPLICATIONSHIELDSYNC/6B2A9E/ND_PG/PRIH/ND_B/HCS/SBK/3/ND

_P/Main/PFActionId/hcs.common.RetrieveDocumentCommon/DocId/0105/ContentSetId/31#pharmacokineticsSection

71. Nystatin on UpToDate http://www.utdol.com/online/content/topic.do?topicKey=drug_l_z/184320&selectedTitle=1%7E44&source=search_result#F202808

72. Niewerth M, Kunze D, Seibold M, Schaller M, Korting HC, Hube B. (June 2003). "Ciclopirox Olamine Treatment Affects the Expression Pattern of Candida albicans Genes Encoding Virulence Factors, Iron Metabolism Proteins, and Drug Resistance Factors". Antimicrobial Agents and Chemotherapy 47 (6): 1805–17.doi:10.1128/AAC.47.6.1805-1817.2003. PMC 155814.PMID 12760852.

73. Ryder NS, Frank I, Dupont MC (May 1986). "Ergosterol biosynthesis inhibition by the thiocarbamate antifungal agents tolnaftate and tolciclate." Antimicrob. Agents Chemother. 29 (5): 858–60. PMC 284167. PMID 3524433.

74. Malaria facts, Centers for Disease Control and Prevention (CDC):www.cdc.gov/malaria/

75. Berger SA, Marr JS. Human Parasitic Diseases Sourcebook. Jones and Bartlett Publishers: Sudbury, Massachusetts, 2006.

76. "Mebendazole". Drugs.com.

77. Luder PJ, Siffert B, Witassek F, Meister F, Bircher J (1986). "Treatment of hydatid disease with high oral doses of mebendazole. Long-term follow-up of plasma mebendazole levels and drug interactions". European journal of clinical pharmacology 31 (4): 443–448.PMID 3816925.

78. Chen KT, Twu SJ, Chang HJ, Lin RS (2003). "Outbreak of Stevens-Johnson Syndrome/Toxic Epidermal Necrolysis Associated with Mebendazole and Metronidazole Use Among Filipino Laborers in Taiwan." American Journal of Public Health 93 (3): 489–492.PMC 1447769. PMID 12604501.

79. Gilman, A.G., T.W. Rall, A.S. Nies and P. Taylor (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 8th ed. New York, NY. Pergamon Press, 1990., p. 970

80. Usha V, Gopalakrishnan Nair TV. A comparative study of oral ivermectin and topical permethrin cream in the treatment of scabies. J Am Acad Dermatol 2000;42:236-40.

81. Madan V, Jaskiran K, Gupta U, Gupta DK. Oral ivermectin in scabies patients: A comparison with 1% lindane lotion. J Dermatol 2001;28:481-4.

82. Brooks PA, Grace RF. Ivermectin is better than benzyl benzoate for childhood scabies in developing countries. J Paediatr Child Health 2002;38:401-4

83. Sule HM, Thacher TD. Comparison of ivermectin and benzyl benzoate lotion for scabies in Nigerian patients. Am J Trop Med Hyg 2007;76:392-5.

84. Ly F, Caumes E, Ndaw CA, Ndiaye B, Mahé A. Ivermectin versus benzyl benzoate applied once or twice to treat human scabies in Dakar, Senegal: A randomized controlled trial. Bull World Health Organ 2009;87:424-30.

85. Bachewar NP, Thawani VR, Mali SN, Gharpure KJ, Shingade VP, Dakhale GN. Comparison of safety, efficacy, and cost effectiveness of benzyl benzoate, permethrin, and ivermectin in patients of scabies. Indian J Pharmacol 2009;41:9-14.

86. Youssef MY, Sadaka HA, Eissa MM, el-Ariny AF. Topical application of ivermectin for human ectoparasites. Am J Trop Med Hyg 1995;53:652-3

87. Yeruham I, Hadani A. Control of human scabies by topical application of ivermectin. Ann Trop Med Parasitol 1998;92:627- 9.

88. Victoria J, Trujillo R. Topical ivermectin: A new successful treatment for scabies. Pediatr Dermatol 2001;18:63-5.

89. Merck & Co, Inc. Stromectol (ivermectin) tablets prescribing information. Whitehouse Station, NJ; 2007 Mar.

90. American Academy of Pediatrics. 2006 Red Book: Report of the Committee on Infectious Diseases. 27th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2006.

91. Anon. Drugs for parasitic infections. Med Lett Drugs Ther. Aug 2004.

92. Shu EN, Okonkwo PO. Community-based ivermectin therapy for onchocerciasis: comparison of three methods of dose assessment. Am J Trop Med Hyg. 2001; 65:184-8. [IDIS 469492] [PubMed 11561701]

93. Gyapong J. Children eligible to receive Mectizan and albendazole for LF elimination based on height and weight criteria: case study from Kintampo District, Ghana. Mectizan Program Notes. 2004; 34:.

94.  Borst P, Schinkel AH (June 1996). "What have we learnt thus far from mice with disrupted P-glycoprotein genes?" European Journal of Cancer 32 (6): 985– 990. doi:10.1016/0959-8049(96)00063-9.

95. ^ Dourmishev AL, Dourmishev LA, Schwartz RA (December 2005). "Ivermectin: pharmacology and application in dermatology." International Journal of Dermatology 44 (12): 981–988. doi:10.1111/j.1365-4632.2004.02253.x.PMID 16409259.

96. Tchuenté LA, Shaw DJ, Polla L, Cioli D, Vercruysse J (December 2004). "Efficacy of praziquantel against Schistosoma haematobium infection in children". Am. J. Trop. Med. Hyg. 71 (6): 778–82. PMID 15642971.

97. ^ a b The Carter Center. "Schistosomiasis Control Program." Retrieved 2008-07-17.

98. ^ Shen C, Kim J, Lee JK, et al. (June 2007). "Collection of Clonorchis sinensis adult worms from infected humans after praziquantel treatment." The Korean Journal of Parasitology45 (2): 149– 52. doi:10.3347/kjp.2007.45.2.149.PMC 2526309. PMID 17570980.

99. ^ "Intestinal Flukes: Treatment & Medication".

100. ^ Huukelbach J, Winter B, Wilcke T, "et al." (August 2004). "Tratmient masivo selectivo con ivermectina contra las helmintiasis intestinales y parasitos cutáneas en una población gravemente afectada." Bull World Health Organ 82(7): 563– 571. doi:10.1590/S0042-96862004000800005.

101. Weinbach EC, Garbus J (1969). "Mechanism of action of reagents that uncouple oxidative phosphorylation." Nature 221 (5185): 1016– 8. doi:10.1038/2211016a0. PMID 4180173.

102. "Albenza (Albendazole) - Warnings and Precautions."

103. I. Edward Alcamo; Jennifer M. Warner (28 August 2009). Schaum's Outline of Microbiology. McGraw Hill Professional. pp. 144–. ISBN 978-0-07-162326-1.

104. WHO (1969). "Amoebiasis. Report of a WHO Expert Committee." WHO Technical Report Series 421: 1–52.PMID 4978968.

105. ^ WHO (1997). "WHO/PAHO/UNESCO report. A consultation with experts on amoebiasis. Mexico City, Mexico 28–29 January 1997." Epidemiological Bulletin 18 (1): 13–14.PMID 9197085.

106. WHO (1998). Life in the 21st Century: a vision for all. The World Health Report 1998. World Health Organization, Geneva, Switzerland.

107. ^ "Amebiasis." NEJM. United States NEJM: Massachusetts Medical Society. 2003-04-17. Retrieved 2012-04-12.

108. Haque R, Mondal D, Duggal P, et al. (2006). "Entamoeba histolytica infection in children and protection from subsequent amebiasis." Infection & Immunity 74 (2): 904–909.doi:10.1128/IAI.74.2.904-909.2006. PMC 1360358.PMID 16428733.

109. "Metronidazole monograph". drugs.com.

110. Neal R.A. et al. (1994). "Aminosidine ointments for the treatment of experimental cutaneous leishmaniasis."Transactions of the Royal Society of Tropical Medicine and Hygiene88 (2): 223–5. doi:10.1016/0035-9203(94)90307-7.PMID 8036682.

111. Tarlov AR, et al. (1962). "Primaquine sensitivity." Arch Intern Med 109 (2): 209–234.

112. Michaelides M, Stover NB, Francis PJ, Weleber RG (2011). "Retinal toxicity associated with hydroxychloroquine and chloroquine: risk factors, screening, and progression despite cessation of therapy." Arch Ophthalmol 129 (1): 30–9.PMID 21220626.

113. "Lariam". The American Society of Health-System Pharmacists.

114. Schlagenhauf, P; Adamcova, M, Regep, L, Schaerer, MT, Rhein, HG (2010-12-09). "The position of mefloquine as a 21st century malaria chemoprophylaxis." Malaria journal 9: 357. doi:10.1186/1475-2875-9-357. PMC 3224336.PMID 21143906.

115. ^ a b c d e Schlagenhauf, P. (1999). "Mefloquine for malaria chemoprophylaxis 1992-1998." Travel Med 6 (2): 122–123.doi:10.1111/j.1708-8305.1999.tb00843.x. PMID 10381965.

116. ^ World Health Organization (2006). "Guidelines for the treatment of malaria." World Health Organization. Retrieved 10 August 2009.

117. ^ Dorndorp A, Nosten F, Stepniewska K, et al. (2005). "Artesunate verus quinine for treatment of severe falciparum malaria: a randomised trial." Lancet 366 (9487): 717–25.doi:10.1016/S0140-6736(05)67176-0. PMID 16125588.

118. ^ Reyburn, H; Mtove, G; Hendriksen, I; Von Seidlein, L (2009). "Oral quinine for the treatment of uncomplicated malaria." Brit J Med 339: b2066. doi:10.1136/bmj.b2066. PMID 19622550.

119. ^ Achan J, Tibenderana JK, Kyabayinze D, et al. (2009). "Effectiveness of quinine versus artemether-lumefantrine for treating uncomplicated faciparum malaria in Ugandan children." Brit Med J 338: b2763.

120. ^ Barennes H, et al. (1996). "Efficacy and pharmacokinetics of a new intrarectal quinine formulation in children with Plasmodium falciparum malaria." Brit J Clin Pharmacol 41 (5): 389.doi:10.1046/j.1365-2125.1996.03246.x.

121. ^ Barennes, H.; Balima-Koussoubé, T; Nagot, N; Charpentier, JC; Pussard, E (2006). "Safety and efficacy of rectal compared with intramuscular quinine for the early treatment of moderately severe malaria in children: randomised clinical trial." Brit Med J 332 (7549): 1055–57. doi:10.1136/bmj.332.7549.1055.PMC 1458599. PMID 16675812.

122. Center for Disease Control (1991). "Treatment with Quinidine Gluconate of Persons with Severe Plasmodium falciparumInfection: Discontinuation of Parenteral Quinine." Morb Mort Weekly Rep 40 (RR–4): 21–23. Retrieved 2006-05-06.

123. ^ Magill, A; Panosian, C (2005). "Making Antimalarial Agents Available in the United States." New Engl J Med 353 (4): 335–337. doi:10.1056/NEJMp058167. PMID 16000347.

124. White NJ (July 1997). "Assessment of the pharmacodynamic properties of antimalarial drugs in vivo." Antimicrob. Agents Chemother. 41 (7): 1413–22. PMC 163932. PMID 9210658

125. Guidelines for the Treatment of Malaria. Geneva: World Health Organization. 2006. ISBN 92-4-154694-8.

126. Dondorp A, Nosten F, Stepniewska K, Day N, White N (2005). "Artesunate versus quinine for treatment of severe falciparum malaria: a randomised trial." Lancet 366 (9487): 717–25.doi:10.1016/S0140-6736(05)67176-0. PMID 16125588.

127. ^ a b Dondorp AM, Fanello CI, Hendriksen IC, et al. (November 2010). "Artesunate versus quinine in the treatment of severe falciparum malaria in African children (AQUAMAT): an open-label, randomised trial." Lancet 376 (9753): 1647–57.doi:10.1016/S0140-6736(10)61924-1. PMC 3033534.PMID 21062666.

128. Krudsood S, Looareesuwan S, Tangpukdee N, et al. (June 2010). "New Fixed-Dose Artesunate-Mefloquine Formulation against Multidrug-Resistant Plasmodium falciparum in Adults: a Comparative Phase IIb Safety and Pharmacokinetic Study with Standard-Dose Nonfixed Artesunate plus Mefloquine."Antimicrob Agents Chemother 54 (9): 3730–7.doi:10.1128/AAC.01187-09. PMC 2935027.PMID 20547795.

129. Taylor WR, White NJ (2004). "Antimalarial drug toxicity: a review". Drug Saf 27 (1): 25–61. doi:10.2165/00002018-200427010-00003. PMID 14720085.

130. Leonardi E, Gilvary G, White NJ, Nosten F (2001). "Severe allergic reactions to oral artesunate: a report of two cases."Trans. R. Soc. Trop. Med. Hyg. 95 (2): 182–3.doi:10.1016/S0035-9203(01)90157-9. PMID 11355556.

131.  R. Price et al. (1999). "Adverse effects in patients with acute falciparum malaria treated with artemisinin derivatives." American Journal of Tropical Medicine and Hygiene 60 (4): 547–555. PMID 10348227.

132. Maya JD, Cassels BK, Iturriaga-Vásquez P, et al. (2007). "Mode of action of natural and synthetic drugs against Trypanosoma cruzi and their interaction with the mammalian host." Comp. Biochem. Physiol., Part a Mol. Integr. Physiol. 146 (4): 601–20.doi:10.1016/j.cbpa.2006.03.004. PMID 16626984.

133. Bisser S, N'Siesi FX, Lejon V et al. (2007). "Equivalence trial of melarsoprol and nifurtimox monotherapy and combination therapy for the treatment of second-stage Trypanosoma brucei gambiense sleeping sickness." J. Infect. Dis. 195 (3): 322–9.doi:10.1086/510534. PMID 17205469.

134. Burri C, Baltz T, Giroud C, et al. Pharmacokinetic properties of the trypanocidal drug melarsoprol. Chemotherapy 1993; 39: 225-34.

135. Priotto G, Kasparian S, Mutombo W, et al. Nifurtimox-eflornithine combination therapy for second-stage African Trypanosoma brucei gambiense trypanosomiasis: a multicentre, randomised, phase III, non inferiority trial. Lancet 2009;374(9683):56-64.

136. M. P. Barrett, D. W. Boykin, R. Brun, and R. R. Tidwell, "Human African trypanosomiasis: pharmacological re-engagement with a neglected disease," British Journal of Pharmacology, vol. 152, no. 8, pp. 1155–1171, 2007.

137. Urbina, Julio A.. "Nuevas drogas para el tratamiento etiológico de la Enfermedad de Chagas" (in Spanish).

138. James, William D.; Berger, Timothy G.; et al. (2006). Andrews' Diseases of the Skin: clinical Dermatology. Saunders Elsevier. pp.

139. Ryan KJ; Ray CG (editors) (2004). Sherris Medical Microbiology (4th ed.). McGraw Hill. pp. 723–7.

Non-Antibiotic Antimicrobial Pharmacology: A Comprehensive Review
Part I
Self Evaluation Exercises
Select the best answer for each question  and check your answers at the bottom of the page.
You do not need to submit this self-evaluation exercise with your participant sheet..

1. Omeprazole is an example of an antibiotic.

   True                         False

2. Antibiotic activity is enhanced by non-antibiotics when the microbe is sensitive to at least one of the compounds of the drug combination.

   True                         False

3. Selection of the most appropriate antimicrobial drug is guided by the genetics profile of the patient.

   True                         False

4. Patients with poor kidney function (10% or less of normal) have  high risk of accumulation of antibiotics, and clinicians must adjust doses accordingly to avoid adverse effects.

   True                         False

5. Metronidazole is a lipid-soluble drug.

   True                         False

6. Infectious diseases caused by fungi are known as mycoses.

   True                         False

7. Fungal infections are easily treated with antibiotics.

      True                    False

8. Amphotericin B dose in patients with severe renal dysfunction should be increased by 50% to ensure proper absorption and circulation.

      True                    False

9. Flucytosine is a synthetic pyrimidine antimetabolite.

      True                    False

10. Voriconazole is a broad-spectrum triazole antifungal agent.

      True                    False

11. Caspofungin is considered to be an echinocandin.

      True                    False

12. Terbinafine is the drug of choice for treating dermatophytoses.

      True                    False

13. Topical terbinafine works better than oral terbinafine for the treatment of dermatophytic infections of the nails.

      True                    False

14. Artemisinin is an effective treatment for malaria.

      True                    False

15. Pyrimethamine alone can be an effective treatment for toxoplasmosis.

True                          False

1.F  2.T  3.F  4.T  5.T  6.T  7.F  8.F  9.T  10.T  11.T  12.T  13.F  14.T  15.F

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 185

# Non-Antibiotic Antimicrobial Pharmacology: A Review

# Part II

# 9 Contact Hours

## Learning Objectives:

After finishing the course material, the students will be able to:

1. Identify exemplar medications representative of the antimicrobial classes.
2. Classify the various forms of antifungal species.
3. Discuss the different approaches to antifungal therapy.
4. Determine the specific side effects of antifungal pharmacology agents.
5. Define and recognize the signs and symptoms of a possible super-infection.
6. Identify and characterize other miscellaneous forms of non-antibiotic antimicrobial medications.
7. Distinguish among the various forms of parasitic microorganisms.
8. Identify the epidemiology of parasitic infections.
9. Discuss the general approach to treating parasitic infections.

## ANTI-TUBERCULAR AGENTS

### OVERVIEW

Mycobacteria are aerobic, rod-shaped bacteria that cause serious infections such as tuberculosis (*Mycobacterium tuberculosis*) and leprosy(*Mycobacterium leprae*) [140]. Tuberculosis is the most frequently encountered mycobacterium infection and globally is the leading cause of death from infection. Approximately 5–10% of tuberculosis infected patients without HIV develop active disease during their lifetimes [141], while approximately, 30% of patients coinfected with HIV and *M. tuberculosis* develop active disease [141].Tuberculosis can be pulmonary [142] (infections occuring in lungs) or extrapulmonary (infections occuring outside of the lungs).  Extrapulmonary tuberculosis may coexist with pulmonary tuberculosis [142].

Tuberculosis is a global health problem. It is estimated that approximately 27% of the global population have latent tuberculosis. According to WHO estimates approximately 1.4 million people died from tuberculosis in 2010 [143].

**Table 1**: Tuberculosis around the world

| WHO Region | Incidence Tuberculosis (in thousands) |
|---|---|
| Africa | 2,800 |

| | |
|---|---|
| Americas | 270 |
| Eastern Mediterranean | 660 |
| Europe | 420 |
| Southeast Asia | 3300 |
| Western Pacific | 3300 |
| Total | 10750 |

**Table 2:** Multiple drug resistance Tuberculosis

| WHO Region | Incidence MDR-Tuberculosis (in thousands) |
|---|---|
| Africa | 69 |
| Americas | 8.2 |
| Eastern Mediterranean | 24 |
| Europe | 81 |
| Southeast Asia | 130 |
| Western Pacific | 120 |
| Total | 10750 |

Tuberclosis is usually taken as either an asymptomatic disease (latent tuberculosis), or an active pulmonary infection (active tuberculosis). This is associated with attacks on macrophages in the lungs. In the latent stage, the disease becomes non transmissible. HIV patients having Tuberculosis have higher chances to develop active signs compared to patients without HIV. Children having tuberculosis can face pulomonary disorders. 5 to 10 percent of patients have tuberculosis that affects other tissues as well. The signs include coughing, emoptysis, loss of appetite, fever, chills, loss of weight and fatigue and sometimes finger clubbing. [144]

.

**DIAGNOSIS**

1. **Medical history**:

The symptoms include:
- Constant coughing

- Fever

- Chills

- Night sweats

- Loss of appetite

- Weight loss

- Production of sputum [145].

2. **Physical examination**:

Hemoptysis (blood in the sputum), weight loss and night sweats are often taken as signs of tuberculosis.

3. **Microbiological studies**:

Identification of tuberculosis is made by culturing mycobacterium tuberculosis organisms from the sputum of the patient, which might also be taken from the CSF, a bone biopsy, pus etc.

   a. **Sputum**: Sputum culture is conducted if the patient is able to produce sputum. [145]
      **Alternative sampling**: If sputum is not available, samples are taken from gastric washing, laryngeal swab, bronchial washing, FNA (fine needle aspiration) and tissue biopsy.

**PCR**: Highlights the differences between *M. tuberculosis* and mycobacteria.
**Other**: Others might include Microscopic Observation Drug Susceptibility assay culture [147] and some others as well. [146]

4. Radiography:
   a. **Chest X-ray and CT**: Used to identify infiltrates and cavities in tuberculosis
   b. **Abreugraphy: A kind of chest X-Ray.**
5. **Immunological testing**:
   a. **Antibodies from Lymphocyte Secretions (ALS) Assay**: Used to identify active tuberculosis.
   b. **Tuberculin skin test**
   c. **Mantoux skin test**: Composed of PPD (Purified Protein Derivative) and gives results between 48-72 hours.
   d. **Heaf test**: An old method that was used until 2005 to determine tuberculosis in children, mostly in the UK.
    .
   e. **CDC classification of tuberculin reaction**
   f. **BCG vaccine and tuberculin skin test**: Tuberculin skin testing should be in line with BCG vaccination, according to the US regulations.

**Adenosine deaminase**: ADA tests are more senstitive in pleural TB and TB meningitis, aoocrding to the latest research. [148]

g. **Nucleic acid amplification tests (NAAT):** Sensitive tests which reduce the chances of poor antitubercular treatment.

h. **Full blood count**:  Not as helpful but still applied.

i.   .

j. **Interferon-γ release assays**:  New method used to identify TB in patients having had a prior BCG vaccination.

.

**Table 3**: CDC classification of tuberculin reaction

| Size of the Induration | Positive in |
|---|---|
| 5 mm or over | <ul><li>HIV-positive patient</li><li>Recent TB case</li><li>Patients with nodular or fibrotic changes on CXR TB Patients with organ transplants and other immunosuppressed patient</li></ul> |
| 10 mm or over | <ul><li>Tranmission from highly affected countries within last 5 years</li><li>Intravenous drug users</li><li>Residents and employees of  prisons, nursing homes, hospitals, homeless shelters, etc.</li><li>Mycobacteriology lab  employees</li><li>Patients having clinical conditions that are riskier e.g., diabetes, prolonged corticosteroid therapy, leukemia, end-stage renal disease, chronic malabsorption syndromes, low body weight, etc.</li><li>Children belonging to high risk categories or younger than 4 years of age</li><li></li></ul> |
| 15 mm or over | <ul><li>Patients having no risk factors</li><li></li></ul> |

A standard tuberculin skin test with purified protein derivative (PPD) is effective for diagnosing tubercolusis. An FDA approved diagnostic testing techniques called interferon-gamma release assay (IGRA) blood test, Quantiferon-TB Gold, is also becoming popular. This test usually involves a single visit. Though it might be more costly.

| Test | Strengths | Weaknesses |
|---|---|---|
| Sputum smear microscopy (SSM; | <ul><li>It is mostly applied by WHO</li></ul> | <ul><li>Training needed for quality assurance</li></ul> |

| | | |
|---|---|---|
| | • | • Varied sensitivity in patients, for example,<br>• <br>• 70% sensitive in TB patients, <50% sensitive in HIV positive TB patients,<br>• Unable to identify extrapulmonary or latent TB<br>• Displays lower detection limit<br>• (10,000 bacteria per mL of sputum) |
| Bacterial culture from sputum | • Gold standard<br>• Identifies drug susceptibility<br>• | • Outcomes in 3- 4 weeks<br>• Unable to identify latent TB<br>•<br>• |
| Tuberculin skin test (Purified Protein Derivative, PPD, or Mantoux Test) | • Identify latent TB presence<br>• | • Generalized<br>• Might negatively affect patients with BCG vaccination<br>• Unable to differentiate active and latent TB<br>• Does not produce desired results in HIV patients.<br>• |
| Cellular assay from blood (Quantiferon-TB Gold, Cellestis Limited, Australia) | • Easily identifies latent TB in patients having BCG vaccination.<br>• | • Unable to determine latent and active TB<br>•<br>• |
| Nucleic acid amplification (Primarily used in research, one point of care test Xpert MTB/RIF by Cepheid available outside the US) | • Can detect rifampicin-resistant infections<br>• Xpert MTB/RIF effectively determines TB and MDR-TB in almost 1.5 hours and is being adopted in over 26 countries<br>• | • More costly than others |

## II. CHEMOTHERAPY FOR TUBERCULOSIS

Mycobacterium tuberculosis might lead to pulmonary infections and extrapulmonary infection in the genitourinary tract system, skeleton, meninges and other body parts. Because of slow bacteria growth, treatment is difficult and usually long term, ranging from 6 months to 2 years. Bacterial resistance might also cause problems in treatment.

### A. Strategies for dealing with drug resistance

Multidrug treatment is usually suggested as M. tuberculosis might show resistance to a particular drug. Initially four drugs are prescribed including oniazid, rifampin, ethambutol and pyrazinamide. Multidrug-resistant organisms are increasing in number due to misuse, overuse or improper treatment. Antitubercular agents might also produce resiatance, making multi antitubercular theraphy essential. The intensive phase, which is the  starting point of treatment, usually involves short-course chemotherapy, called DOTS (Directly Observed Treatment) for tuberculosis, including isoniazid, rifampin, ethambutol, and pyrazinamideare. Added agents like aminoglycoside (streptomycin, kanamycin, or amikacin) or capreomycin (injectable agents), a fluoroquinolone and antituberculosis agent such as ethionamide, cycloserine, or p-aminosalicylic acid are also given.

The anti-tuberculosis treatment is based on a two-stage chemotherapy including an extensive phase and a continuation phase. The extensive phase also attacks persisters.
 Persisters are mycobacterium that are usually dormant but can become active later. In the continuation phase, chemotherapy involves two pharmaceutical agents for destroying persisters. [149]. Specific drugs play unique roles in tuberculosis treatment. [150]. Almost 95 percent of organisms are destroyed by Isoniazid or INH during the initial phase. Rifampicin and pyrazinamide is adminstered in the intensive phase.

Chemotherapy is suggested by:

- Ensuring adequate drug absorption
- Immediate identification and treatment of drugs' adverse affects
- Treatmemt regulations

**Table 4**: Recommended dosagesof first-line antituberculosis drugs for adults

| Drug | Recommended dose | |
|---|---|---|
| | **Daily** | **3 times per week** |

| | Dose and range (mg/kg body weight) | Maximum (mg) | Dose and range (mg/kg body weight) | Daily maximum (mg) |
|---|---|---|---|---|
| Isoniazid | 5 (4–6) | 300 | 10 (8–12) | 900 |
| Rifampicin | 10 (8–12) | 600 | 10 (8–12) | 600 |
| Pyrazinamide | 25 (20–30) | – | 35 (30–40) | – |
| Ethambutol | 15 (15–20) | – | 30 (25–35) | – |
| Streptomycin* | 15 (12–18) | – | 15 (12–18) | 1000 |

* Note: Patients more than 60 years or weighing more than 50 kg are unable to digest over 500-750 mg on a daily basis, therefore, a dosage of 10 mg/kg per day is suggested for them. [2]. -

**B. Isoniazid**

For tubercular treatmemt, Isoniazid is considered highly potent and is produced from 4-methylpyridine [151].

**1. Mechanism of action:**

Isoniazid, also termed as INH, is activated by mycobacterial catalase-peroxidase (KatG) [152] found in M. tuberculosis. This blocks enoyl acyl carrier protein reductase (InhA) and a β-ketoacyl-ACP synthase (KasA) and formation of mycolic acid, along with hindering the P450 system, specifically, CYP2C19 and CYP3A [153].

**2. Antibacterial spectrum:**

INH acts as a bacteriostatic for stationary phase bacilli, but  as a bactericidal for rapid growth baccili. It is usually given in combination as it might lead to resistance when given alone.

.

**3. Resistance:**

INH resistance is produced due to:

- Mutation of KatG

- Overly expressed InhA

- Diverse mutations of acyl carrier protiens

**Administration and dosage**

Isoniazid is mostly administrated orally, although sometimes it is also applied intramuscularly or intravenously.

**Adults**:
The recommended dosage for adults is:

5 mg/kg (4–6 mg/kg) daily, not exceeding 300 mg
10 mg/kg (8–12 mg/kg) three times weekly, not exceeding **4. Pharmacokinetics:**

INH, when administered orally, is completely absorbed. If it is taken with food, including carbohydrates, absorption is affected and takes more time to penetrate into cells, caseous, placental organs and breast's milk. No more than 10% is bound to plasma proteins. Tissues where the drug is needed retain it for a considerable time period. In the liver, the drug is metabolized by N-acetylation and hydrolysis. The metabolism is affected in patients having chronic liver disease. Excretion is carried out via glomerular filtration, up to 75 to 95 percent within a day.

**5. Adverse effects:**
**Adverse affects are rarely seen, and usually associated with high dosages, and based on dosage and duration.**

.
   **a. Peripheral neuritis:**

   **It occurs due to** pyridoxine deficiency in patients lacking in nutirion. It accompanies paresthesias. Regular administration of 25 to 50 mg of pyridoxine (vitamin B6) is helpful. INH in higher amounts in breast milk might cause a shortage of pyridoxine.
   **b. Hepatitis and idiosyncratic hepatotoxicity:**

   **INH can be a source of Hepatitis because of its by-product named** monoacetylhydrazine. The danger increases with age and is enhanced by rifampin, or in alcoholics. Higher rates of aminotransferases (ALT, AST) and bilirubin concentrations are signs of hepatotoxicity.

**c**

In tuberculosis treatment, usually 2 drugs are given. Slow acetylators are riskier.

**d. Other adverse effects: Hypersensitivity, rashes and fever.**

**C. Rifamycins: Rifampin, rifabutin and rifapentine**

Bactericidal antibiotic drugs include rifampin, rifabutin, and rifapentine, and are used for treating tuberculosis [154]. They are usually given in combination with other antituberculosis drugs.

**1. Rifampin:**

Rifampin, having a more antimicrobial action, is obtained from *Streptomyces* and used for treating bacterial infections. Because of the risk of resistance, it is usually given in combination.

**a. Mechanism of action:**

**This drug restricts** DNA-dependent RNA polymerase [155] that reduces formation of RNA. It attacks β subunit of bacteria and detaches human DNA-dependent RNA polymerase.
**b. Antimicrobial spectrum:**

**Rifampinis is used both for** extracellular and intracellular mycobacteria and is **b**actericidal in nature. It is a highly powerful antileprosy drug.
**c. Resistance:**
Rifampin initiated resistance occurs due to reduced permeability or a mutation in the association of the bacterial DNA-dependent RNA polymerase

**Administration and dosage**

**This drug is not given in isolation but accompanies other** antimycobacterial agents. In severe cases, it is also given intravenously.

**Adults**:
Dosage in adults is:

10 mg/kg (8–12 mg/kg) daily or 3 times weekly, not more than 600 mg.

**d. Pharmacokinetics:**

**Rifampin penetrates properly to all organs, even the CSF and liver. The excretion is done via bile and through urine as well. The half life of the drug is 1.5 to 5.0 hours and it is 98% bound to protein. Excretions and secretions, including tears, will be orange–red in color.**

**e. Adverse effects:**
**The major side affect is** hepatotoxicity and requires patients to pass through LFTs (Liver function tests) **on a regular basis. The dosage should be according to age, disease and use of alcohol. Other adverse affects include** fever, chills, myalgias, nausea, vomiting, and rashes, while in extreme cases; these can include acute renal failure, hemolytic anemia, and shock.

**Table 5:** Adverse effects of Rifampin

| System | Adverse Effect |
|---|---|
| Liver | Hepatotoxicity causing jaundice, hepatitis and liver failure |
| Skin | Pruritus, rash, redness, flushing and excessive tearing of eyes |
| Respiratory | Breathlessness |
| GI | Nausea, vomiting, abdominal cramps and possibly diarrhea |
| Systemic:Flu-like symptoms | Fever, chills, headache, arthralgia, and malaise |

Drug interactions:

Rifampicin, being a powerful drug, induces many cytochrome P450 enzymes (CYP2B6, CYP2C9 and CYP3A4), which can be a cause of many adverse affects if it is taken in combination [156]. This is critical to consider for patients having warfarin therapy [157].

**Rifabutin**:

Rifabutin is given to tuberculosis patients when they are also being given protease inhibitors or non-nucleoside reverse transcriptase inhibitors. Rifabutin is extracred from rifampin and is a powerful antibiotic, but less so than cytochrome P450 enzymes. The side affects are similar to that of rifampin in addition to skin hyperpigmentation, uveitis, and neutropenia.

.

**Rifapentine**:
Rifapentine has a similar action to rifampin, and is given to patienrts twice every week in first two months of treatment, while in the continuation stage it is given once a week for 4 months. It has a longer half life than rifampin and rifabutin and causes resistance if given alone.

**D**. **Pyrazinamide**

**It is given in combination and is a highly powerful drug for tuberculosis treatment. By nature it is synthetic and** bactericidal.

**Administration and dosage**
**It is given orally and dosages for adults are recommended as:**

**Adults** ( initial 2 or 3 months of Tuberculosis treatment):
25 mg/kg (20–30 mg/kg) every day
35 mg/kg (30–40 mg/kg) 3 times on a weekly basis

This drug is prescribed according to the following standards.

:
- It is given in combination with other drugs like isoniazid and rifampicin
- In combination with rifampin it is more effective [158]
- It also acts as a powerful antiuricosuric medicine. [159]
-

The mechanism still requires more study, yet according to research; it is hydrolyzed into pyrazinoic acid. It penetrates well after being administered orally. Excretion is done via the kidneys. It can affect the liver, and around 1 to 5 percent of cases have been reported, in which patients were also given isoniazid and rifampin. It can also cause urine retention.

E. **Ethambutol**

It is also given in combination for treating tuberculosis [160]. It blocks arabinosyl transferase, enhancing cell wall permeability and cell lysis. Almost 80% is absorbed and is well distributed around the body. The half life is 3-4 hours, but can be up to 8 hours because of improper kidney functioning.

**Administration and dosage**

**The dosage administrated orally in adults is prescribed as:**
**Adults**:
15 mg/kg (15–20 mg/kg) daily
30 mg/kg (25–35 mg/kg) 3 times on a weekly basis

Dosages should be calculated according to the following factors:

- Patient's weight

- Patient's renal functioning

- Patient's creatinine clearance level

The metabolites are removed by glomerular filtration and tubular secretion. The side effects might be optic neuritis and red-green color blindness; hence it is not appropriate for children younger than 6 years. Other adverse affects include poor urate excretion, peripheral neuropathy, hyperuricemia, arthralgia, yellowing of the skin and nystagmus.

Contraindications
- hypersensitivity
- Heptic disorders
- Porphyria

## F. Alternate second-line drugs

Pharmaceutical agents that are labeled as second-line drugs have the following characteristics.

- They have less power than first-line agents
- They have higher levels of toxicity
- They work better against atypical strains of mycobacteria.

Examples of these drugs are:
- Streptomycin

- para-aminosalicylic acid

- ethionamide

- cycloserine

- capreomycin

- fluoroquinolones

- macrolides

## 1. Streptomycin:

Streptomycin, a first line anti-tubercular agent, is extracted from soil actinomycete and is an aminoglycoside antibiotic binding to 30S ribosomal subunit of M. tuberculosis, has a half life of 5-6 hours, and  attacks formation of proteins. It is given intramuscularly and penetrates well into the entire body except the GI tract. Side effects include nephrotoxicity and ototoxicity. Rifampicin and isoniazid cause resistance in certain patients; a second line regimen is recommended in these cases.

## Administration and dosage
It is given by intramuscular injection and the dosage is:

**Adults**:
15 mg/kg (12–18 mg/kg) daily,
or 2 or 3 times weekly;

The daily dose should not exceed  1000 mg.

Patients weighing less than 50 KG should not be given more than 500-750mg a day.

**Contraindications**
- hypersensitivity.
- Ototoxicity or auditory nerve damage Myasthenia gravis.
- Pregnancy.

## 2. Capreomycin:

**Attacks the formation of proteins being a** peptide antibiotic, and is given intramuscularly [162]. Multidrug-resistant tuberculosis cases are usually prescribed this drug. If given with streptomycin, it might cause auditory vestibular nerve damage. The side effects including nephrotoxicity and ototoxicity should be checked regularly.

## 3. Cycloserine

It destroys the bacterial cell wall and is a powerful antibiotic,   containing D-alanine. It is given orally and penetrates well, to between 70 to 90 percent. The half life of 10 hours might be extended in patients having improper renal functioning. Excretion is through urine and side effects include CNS disturbances, peripheral neuropathies and epileptic seizure.

## 4. Ethionamide:

This drugs blocks acetylation of isoniazid. Being a prodrug [163], it is prescribed for multi-drug-resistant and extensively drug-resistant tuberculosis [164]. It penetrates well after being taken orally because of having 100 percent bioavailability, and protein binding of 30%. The half life is 2-3 hours and excretion is through urine. Side effects are gastric inflammation, optic neuritis, peripheral neuropathies and hepatotoxicity.

## 5. Fluoroquinolones:

These are derived from fluorine-containing nalidixic acid with broad-spectrum antimicrobial activity. Some types, specifically ciprofloxacin, moxifloxacin and levofloxacin, are used for multidrug-resistant tuberculosis treatment where they show highly effective results. However, they are not standard antitubercular agents

.

**Table 6:** Advantages and Disadvantages of Fluoroquinolones

| Advantages | Disadvantages |
|---|---|
| • They show both bactericidal and sterilizing effects<br>• Enhance execution<br>• They are safer than first line drugs<br>• | • Cause toxicity in liver and CNS<br>• Side effects like musculoskeletal and GI gastrointestinal problems, cardiac arrhythmias, psychosis, and convulsions<br>• More resistance<br>• |

## 6. Macrolides:

These are antibiotics used for treating tuberculosis and include azithromycin and clarithromycin. They are given along with ethambutol and rifabutinare, which work well for M. avium-intracellulare complex. In HIV cases, azithromycin is given because of its low association with antiretroviral drugs. Macrolides block formation of bacterial protein by slabbing peptidyltransferas to fix to RNA [165]. They also hinder ribosomal translocation [165]. Peptidyl-tRNA from the ribosome [166] also blocks bacterial protein formation.

**Table 7:** Second-Line Anti-tuberculosis Medications

| Drug | Route | Daily dose** Maximum dose | Adverse reactions | Monitoring | Comments |
|---|---|---|---|---|---|
| Capreomycin | IM or IV | 15-30 mg/kg (1g) | • Toxicity<br>  ○ auditory<br>  ○ vestibular<br>  ○ renal | • vestibular and hearing function before and during treatment<br>• Blood, nitrogen and creatinine levels<br>• | • 2-3 times every week<br>• Degree of safety and functioning in children is still unknown<br>• |

| | | | | | |
|---|---|---|---|---|---|
| **Kanamycin** | IM or IV | 15-30 mg/kg (1g) | • Toxicity<br>  ○ auditory<br>  ○ vestibular<br>  ○ renal | • vestibular and hearing function before and during treatment<br><br>• Blood, nitrogen and creatinine levels<br>•<br>• | • 2-3 times every week<br><br>• Unofficially used drug<br>• |
| **Amikacin** | IM or IV | 15-30 mg/kg (1g) | • Toxicity<br>○ auditory<br>○ vestibular<br>○ renal<br>• Chemical imbalance<br>• Dizziness | • vestibular and hearing function before and during treatment<br>•<br>• Renal functioning and serum drug degree<br>• | • 2-3 times every week<br>•<br>• Unofficially used drug<br>• |
| **Ethionamide** | PO | 15-20 mg/kg (1g) | • GI upset<br>• Hepato-toxicity<br>• Hypersen-sitivity<br>• Metallic taste | • Hepatic enzymes level<br><br>• | • Gradual increase in dosage<br>• Possibility of hypothyroidism, if given with PAS |
| **Para-aminosalicylic acid (PAS)** | PO | 150 mg/kg (16g) | • GI upset<br>• Hypersensitivity<br>• Hepato-toxicity<br>• Sodium load | • Hepatic enzymes level<br><br>• Volume status<br>• | • Gradual increase in dosage<br>• Cardiac patients are especially monitored<br>• Possibility of hypothyroidism, if given with ethionamide<br><br>• |
| **Cycloserine** | PO | 15-20 mg/kg (1g) | • Psychosis<br>• Convulsion<br>• Depression<br>• Headache<br>• Rash<br>• Drug interactions | • Mental status and serum drug levels<br>• | • Gradual increase in dosage<br>• Affected CNS due to Pyridoxine<br><br>• |

| | PO | 750-1500 mg/day | • GI disorders<br>• Dizziness<br>• Hypersensitivity<br>• Drug interactions<br>• Headache<br>• anxiety | • Combinations of drugs and outcomes<br><br>• | • Unofficially used drug<br>• Not suitable for children<br>•<br>• Prevent coadministration of the following in the first two hours:<br>○ Antacids<br>○ Iron<br>○ Zinc<br>○ Sucralfate |
|---|---|---|---|---|---|
| **Ciprofloxacin** | | | | | |
| **Ofloxacin** | PO | 600-800 mg/day | • GI disorder<br>• Dizziness<br>• Hypersensitivity<br>• Drug interaction<br>• Headache<br>• anxiety | • Combinations of drugs and outcomes<br><br>•<br><br>• | • Unofficially used drug<br>• Not suitable for children<br>•<br>• Prevent coadministration of the following in the first two hours:<br>•<br>○ Antacids<br>○ Iron<br>○ Zinc<br>○ Sucralfate |
| **Levofloxacin** | PO | 500 mg/day | • GI disorder<br>  Dizziness<br>• Hypersensitivity<br>• Drug interactions<br>• Headache<br>• Anxiety | • Combinations of drugs and outcomes<br><br>•<br><br>• | • Unofficially used drug<br>• Not suitable for children<br>• Prevent coadministration of the following in the first two hours:<br>•<br>•<br>○ Antacids<br>○ Iron<br>○ Zinc<br>○ Sucralfate |

| Clofazimine | PO | 100-300 mg/day | • GI disorder<br>• skin color<br>• abdominal pain<br>• problems in organ due to crystal deposition | • Combinations of drugs and outcomes<br><br>• | • Unofficially used drug<br>•<br>• Avoid sunlight<br>• Dose is better to be given at mealtime<br>• Degree of effectiveness is still not known<br>• |

Important Abbreviations:
PO - by mouth
IM – intramuscular
IV – intravenous

Note: Consultation with healthcare expert is required
Dosage must be adjusted according to weight
Dosage might be the same for both children and adults
Do not take these drugs without  medical advice

**Table 8: Adverse Impacts- 2nd line** antituberculosis drugs

| Drug | Most common Adverse Impacts | Rarely observed adverse impacts |
|---|---|---|
| **Kanamycin** | Vestibular (vertigo) and auditory nerve disorder | Skin hypersensitivity |
| **Amikacin** | Vestibular (vertigo) and auditory nerve disorder | Clinical renal breakdown |
| **Capreomycin** | Nephrotoxicity | |
| **Ethionamide (prothionamide)** | Gastrointestinal anorexia, nausea, diarrhea, abdominal pain, hepatotoxicity | Convulsions, mental symptoms, impotence, gynecomastia |
| **Fluoroquinolones** | Gastrointestinal anorexia, nausea, vomiting | Anxiety, dizziness, headache, convulsions, damaging of the Achilles tendon |
| **Cycloserine** | Dizziness, headache, depression, psychosis, convulsions | Suicide, generalized hypersensitivity, hepatitis |
| **Para-aminosalicylic acid** | Gastrointestinal anorexia, nausea, vomiting, hypersensitivity reactions (fever, rash, pruritus) | Hypothyroidism, hematological reactions |

**Table 9**:Symptom-based method  to counter side-effects of anti-tuberculosis drugs

| Major Side-effects | Drug(s) likely responsible | Management |
|---|---|---|

|  |  | Stop drug(s) causing the corresponding side effect and consult clinician urgently |
|---|---|---|
| Skin rash with or without itching | Streptomycin, isoniazid, rifampicin, pyrazinamide | Stop using anti-Tuberculosis drugs |
| Deafness | Streptomycin | Stop using streptomycin |
| Dizziness | Streptomycin | Stop using streptomycin |
| Jaundice hepatitis | Isoniazid, pyrazinamide, rifampicin | Stop using anti-Tuberculosis drugs |
| Confusion; acute liver disorder( | anti-Tuberculosis drugs | Stop using anti-Tuberculosis drugs |
| Visual damage | Ethambutol | Stop using ethambutol |
| Shock, purpura, acute renal failure | Rifampicin | Stop using rifampicin |
| Urine retention | Streptomycin | Stop using streptomycin |
| **Minor Side effects** |  | Continue anti-Tuberculosis drugs, check drug doses |
| Anorexia, nausea, abdominal pain | Pyrazinamide, rifampicin, isoniazid | Drugs should be given with meals or before sleep. Make patiemts swallow the pills with small sips of water.<br><br>If adverse condition continues or accompanies with bleeding or vomiting stop using drug andconsult to healthcare expert. |
| Joint pains | Pyrazinamide | Aspirin or non-steroidal anti-inflammatory drug, or paracetamol |
| Burning, numbness or tingling sensation in the hands or feet | Isoniazid | Pyridoxine 50–75 mg daily |
| Drowsiness | Isoniazid | Give drugs before sleep |
| Orange/red urine | Rifampicin | Tell patient about expected side effects. |
| Flu syndrome (fever, chills, malaise, headache, bone pain) | Intermittent rifampicin dosages | Give rifampicin daily |

## STANDARD TREATMENT AND REGIMENS

**Table 10**:Standard dosage duration anf frequency for new tuberculosispatients

| Intensive phase | Continuation phase | Comments |
|---|---|---|

| 2 months of HRZE* | 4 months of HR | |
|---|---|---|
| 2 months of HRZE | 4 months of HRE | It is used where patients have low resistance and isoniazid drug susceptibility testing is not executed before continuation stage |

- **WHO has withdrawn its recommendation regarding removal of ethambutol in the intensive phase because of non-cavitary, smear-negative pulmonary tuberculosis or extrapulmonary disease presence in patients, or who show HIV-negative.**

- 

**H = isoniazid, R= rifampicin, Z = pyrazinamide, E= ethambutol, S = streptomycin**

| Dosing frequency | | Comments |
|---|---|---|
| **Intensive Phase** | **Continuation Phase** | |
| **Daily** | **Daily** | **Optimal** |
| Daily | 3 times per week | It is used as an alternative for Tuberculosis theraphy in which patient is being observed |
| 3 times per week | 3 times per week | It is used when patient is living in HIV free environment. (See chapter 5) |

*Note:* If patient is starting treatment with isoniazid resistance, dosage on a daily basis prevents acquired drug resistance.

**Recommendations for patients having drug-susceptible tuberculosis:**
- In pulmonary tuberculosis, patients are given with rifampicin: 2HRZE/4HR for 6 months
- Note: 2HRZE/6HE treatmemt is stopped.
- Patients having pulmonary tuberculosis are given daily dosages
- Patients with tuberculosis should not receive doses more than twice a week

**Standard Duration for new Tuberculosispatients**
()

| Intensive phase | Continuation phase |
|---|---|
| 2 months of HRZE* | 4 months of HR |

- **\* WHO has withdrawn its recommendation regarding removal of ethambutol in the intensive phase because of non-cavitary, smear-negative pulmonary tuberculosis or extrapulmonary**

**disease presence in patients, or who show HIV-negative. In addition,** streptomycin is given in tuberculous meningitis.

H = isoniazid, R= rifampicin, Z = pyrazinamide, E= ethambutol, S = streptomycin

**Standard Duration for new Tuberculosis patients**
It is given where there is high isoniazid resistance in patients and isoniazid susceptibility testing is not executed before the continuation phase.

| Intensive phase | Continuation phase |
|---|---|
| 2 months of HRZE | 4 months of HRE |

**Table 11:** General principles for designing MDR-Tuberculosis treatment regimens

| Principles | Comments |
|---|---|
| **1. Use at least 4 effective drugs** | The following factors ensure the drug's effectiveness.<br>• Reports show these drugs as having low resistance<br>  • DST results determine susceptibility with reliability<br><br>• The drug is rarely found and used in the region.<br>• Patient's history doesn't show any failure associated to the drug. |
| **2. Do not use drugs having possibility of cross-resistance** | • Antituberculosis agents must be checked. |
| **3. Eliminate unsafe drugs** | • Quality is not ensured<br>• Patient's history shows any adverse effect related to the drug such as allergy, resistance, depression etc. |
| **4 Order drugs from the 5 groups in accordance with their potency** | • Group 1: Use one effective first-line oral agent<br>• Group 2: Use one effective aminoglycoside or polypeptide<br>• Group 3: fluoroquinolone are effective.<br><br>• Group 4: Choose any of the drugs to have at least 4 effective drugs.<br>• If regimens are less than 4 effective drugs, any 2 drugs from Group 5 can be used. |

Streptomycin should be avoided as it is associated with high reistance and ototoxicity.

**Table 12:** Groups of drugs for MDR-Tuberculosis treatment

| Group | Drugs (abbreviations) | |
|---|---|---|
| **Group 1:**<br>First-line oral agents | • pyrazinamide (Z)<br>• ethambutol (E)<br>• rifabutin (Rfb) | |
| **Group 2:**<br>Injectable agents | • kanamycin (Km)<br>• amikacin (Am) | • capreomycin (Cm)<br>• streptomycin (S) |
| **Group 3:**<br>Fluoroquinolones | • levofloxacin (Lfx)<br>• moxifloxacin (Mfx)<br>• ofloxacin (Ofx) | |
| **Group 4:**<br>Oral bacteriostatic second-line agents | • para-aminosalicylic acid (PAS)<br>• cycloserine (Cs)<br>• terizidone (Trd) | • ethionamide (Eto)<br>• protionamide (Pto) |
| **Group 5:**<br>Agents with uncertain role in treatment of drug resistant-TUBERCULOSIS | • clofazimine (Cfz)<br>• linezolid (Lzd)<br>• amoxicillin/clavulanate (Amx/Clv)<br>• thioacetazone (Thz) | • imipenem/cilastatin (Ipm/Cln)<br>• high-dose isoniazid (high-dose H)b<br>• clarithromycin (Clr) |

**Table 13: Special cases-** Treatment of tuberculosis

| Condition | Treatment |
|---|---|
| Pregnancy | Safe:  First line Chemotherapy and pyridoxine 10 mg/day  to avoid  isoniazid induced peripheral neuropathy.<br><br>Unsafe:  Streptomycin |
| Renal failure | Dosage should be in accordance with creatinine clearance in presence of streptomycin, ethambutol and isoniazid. Ethambutol is given 8 hours before hemodialysis. |
| Diabetes mellitus | There is a standard chemotherapy. Gradual increase in dosage is required because of rifampin drug interactivity.  Pyridoxine 10 mg/day is used to avoid isoniazid induced peripheral neuropathy. |
| Pre-existing liver disease | Anti-tuberculous drugs are given. Liver tests are also required.<br><br>. |
| Tuberculosis with HIV co-infection | This condition is hard to be diagnised properly.  Short course chemotherapy is given to HIV positive patients. |

## HIV INFECTION: AIDS

HIV (Human immunodeficiency virus) that belongs to a retrovirus family is the source of AIDS (acquired immunodeficiency syndrome) [167-168]. It is a disorder in which lymphopenia and gradual damage to the immune system occurrs, leading to the incidence of life threatening infection  by oportunistic pathogens. It is contagious and can be transferred sexually, paranterally and vertically (genetically). [169]

HIV attacks essential cells of the immune system, like T cells (specifically CD4$^+$ T cells), macrophages, and dendritic cells [170], leading to reduced numbers of CD4$^+$ T cellsvia three main mecavhnisms.

1. HIV attacks cells directly
2. HIV increases apoptosis rate in cells
3. CD8 cytotoxic lymphocytes attack CD4$^+$ T cells.
   The gradual decrease in CD4$^+$ T cell numbers damages the immune system and makes patient prone to infections.

4. As the

WHO has labeled HIV as a plague [171]. HIV caused more than 1.8 million deaths in 2010, of which 1.2 million people belonged to sub-Saharan Africa. Currently, globally there are 34 million people infected with HIV [172]. However, the rate of this disease is declining in Europe and America because of the development of advanced anti HIV drugs and increased awareness.

HIV belongs to a double-stranded, enveloped RNA retrovirus family [173], having human CD4$^+$ expressing cells, including T cells and macrophages [174]. It is  a member of the Lentivirus genus [175].
There are two kinds of HIV:

HIV-1 (more common and infectious) [177]
HIV-2 (mostly found in West Africa) [176]

## AIDS

AIDS is either a CD4$^+$-T cell numbers less than 200 cells per μL or is associated with diseases in connection with HIV infection [178]. HIV progresses to AIDS in 50 percent of patients, if not treated in time [178]. Signs include PCP pneumonia (40%), HIV wasting syndrome (20%) and esophageal candidiasis, including tract infections [178].

HIV infections are caused by harmful bacteria, viruses, fungi and parasites, usually dealt with by the immune [179] Such infections can attack every organ of the body [180]. Kaposi's sarcoma, Burkitt's lymphoma, primary central nervous system lymphoma, and cervical cancer [181] are the results of these infections, of which Kaposi's sarcoma is considered the most common, being found in 10 to 20 percent of HIV patients [182]. Lymphoma is the second most dangerous disorder, resulting in almost 16 percent of deaths in affected people [182]. They both belong to human herpesvirus 8 [182]. Prolonged fevers, sweating, swollen lymph nodes, chills, weakness, and weight loss [183] are some of the signs. Diarrhea is also known to be found in almost 90 percent of HIV patients [184].

HIV is not curable [185]. This is because of the formation of infected CD4 T cells in the initial stage of acute HIV infection[186] which persists with a long half-life [187-191]. Antiretroviral therapy (ART) in early stages consists of the following objectives.

- Decreased morbidity rate

- Ensuring quality and duration of survival
- 
- Restoring immune functioning

- Decreased Plasma HIV viral load
- Avoiding disease transmission

ART is effective and
- Reduces the morbidity and mortality rate [192-195]
- Reduces perinatal [196] and behavior based transmission of HIV [197-201]

Decreased viremia delays and drug selection deliver beneficial results. [202-203]

ART takes into consideration the following factors.
- 
- Risk/benefit analysis for morbidity and mortality rate
- Drug interactions and side effects
- Costs and complexities associated with lifelong treatment

The treatment consists of ARV regimen with two or three drugs from different drug classes. Regimens are designed on the basis of the patient's physiology and resistance tests. Signs of effectiveness are:
- Higher ARV regimen potency
- Drug treatment regulations [204]
- Low baseline viremia [205]
- Higher baseline CD4 count (>200 cells/mm3) [206]

- Decreased viremia during treatment [205, 207]

Antiretroviral drugs are used for HIV treatment as they attack and block HIV. When drugs are given in combination, it iscalled HAART or Highly Active AntiRetroviral Therapy.

Six classes of drugs, totalling over 20 officially approved drugs, are mostly used for HIV treatment. These include:

1. Nucleoside/nucleotide reverse transcriptase inhibitors(NRTIS)
2. Non-nucleoside reverse transcriptase inhibitors (NNRTIS)
3. Protease inhibitors (PIS)
4. Fusion inhibitors (FIS)
5. CCR5 antagonists
6. Integrase strand transfer inhibitors (INSTIs

**Table 14:** Classes of drugs used to treat HIV

| Drug Class | Generic Name (Acronym) | Brand Name | Manufacturer | FDA Approval |
|---|---|---|---|---|
| **Non-nucleoside Reverse Transcriptase Inhibitors (NNRTIs)** | | | | |
| NNRTIs bind to and alter reverse transcriptase, an enzyme HIV needs to make copies of itself. | Delavirdine (DLV) | Rescriptor | Pfizer | April 4, 1997 |
| | Efavirenz (EFV) | Sustiva | Bristol-Myers Squibb | Sept. 17, 1998 |
| | Etravirine (ETR) | Intelence | Tibotec | Jan. 18, 2008 |
| | Nevirapine (NVP) | Viramune | Boehringer Ingelheim | June 21, 1996 |
| | Rilpivirine (RPV) | Edurant | Janssen Pharmaceuticals, Inc. | May 20, 2011 |
| **Nucleoside Reverse Transcriptase Inhibitors (NRTIs)** | | | | |
| NRTIs block reverse transcriptase, an enzyme HIV needs to make copies of itself. | Abacavir (ABC) | Ziagen | GlaxoSmithKline | Dec. 17, 1998 |
| | Didanosine (ddl) | Videx, Videx EC (enteric-coated) | Bristol-Myers Squibb Bristol-Myers Squibb | Oct. 9, 1991 Oct. 31, 2000 |
| | Emtricitabine (FTC) | Emtriva | Gilead Sciences | July 2, 2003 |
| | Lamivudine (3TC) | Epivir | GlaxoSmithKline | Nov. 17, 1995 |
| | Stavudine (d4T) | Zerit | Bristol-Myers Squibb | June 24, 1994 |
| | Tenofovir DF (TDF) | Viread | Gilead Sciences | Oct. 26, 2001 |
| | Zidovudine (ZDV, AZT) | Retrovir | GlaxoSmithKline | March 19, 1987 |
| **Protease Inhibitors (PIs)** | | | | |
| PIs block HIV protease, an enzyme HIV | Atazanavir (ATV) | Reyataz | Bristol-Myers Squibb | June 20, 2003 |
| | Darunavir (DRV) | Prezista | Janssen Pharmaceuticals, Inc. | June 23, 2006 |

| needs to make copies of itself. | Fosamprenavir (FPV) | Lexiva | GlaxoSmithKline | Oct. 20, 2003 |
|---|---|---|---|---|
| | Indinavir (IDV) | Crixivan | Merck | March 13, 1996 |
| | Nelfinavir (NFV) | Viracept | Agouron Pharmaceuticals | March 14, 1997 |
| | Ritonavir (RTV) | Norvir | Abbott Laboratories | March 1, 1996 |
| | Saquinavir (SQV) | Invirase | Hoffmann-La Roche | Dec. 6, 1995 |
| | Tipranavir (TPV) | Aptivus | Boehringer Ingelheim | June 20, 2005 |

| **Fusion Inhibitors** | | | | |
|---|---|---|---|---|
| Fusion inhibitors block HIV from entering the CD4 cells of the immune system. | Enfuvirtide (T-20) | Fuzeon | Hoffmann-La Roche, Trimeris | March 13, 2003 |
| **CCR5 Antagonists** | | | | |
| CCR5 entry inhibitors block CCR5, a protein on the CD4 cells that HIV needs to enter the cells. | Maraviroc (MVC) | Selzentry | Pfizer | Aug. 6, 2007 |
| **Integrase Inhibitors** | | | | |
| Integrase inhibitors block HIV integrase, an enzyme HIV needs to make copies of itself. | Raltegravir (RAL) | Isentress | Merck | Oct. 12, 2007 |
| **Fixed-Dose Combinations** | | | | |
| Fixed-dose combination tablets contain two or more anti-HIV medications from one or more drug classes. | Abacavir, Lamivudine | Epzicom | GlaxoSmithKline | Aug. 2, 2004 |
| | Abacavir, Lamivudine, Zidovudine | Trizivir | GlaxoSmithKline | Nov. 14, 2000 |
| | Efavirenz, Emtricitabine, Tenofovir DF | Atripla | Bristol-Myers Squibb, Gilead Sciences | July 12, 2006 |
| | Elvitegravir*, Cobicistat† , Emtricitabine, | Stribild | Gilead Sciences | Aug. 27, 2012 |

| | Tenofovir DF | | | |
|---|---|---|---|---|
| | Emtricitabine, Rilpivirine, Tenofovir DF | Complera | Gilead Sciences | Aug. 10, 2011 |
| | Emtricitabine, Tenofovir DF | Truvada | Gilead Sciences | Aug. 2, 2004 |
| | Lamivudine, Zidovudine | Combivir | GlaxoSmithKline | Sept. 27, 1997 |
| | Lopinavir, Ritonavir | Kaletra | Abbott Laboratories | Sept. 15, 2000 |

The current recommendation for primary therapy is to administer two NRTIs with either a protease inhibitor, an NNRTI, or an integrase inhibitor. Selection of the combination is based on the following factors:

1. Avoiding the use of two drugs of the same nucleoside analog
2. Avoiding overlapping drug toxicities and phenotypic and genotypic characteristics of the virus
3. Patient factors, such as disease symptoms and concurrent illnesses
4. Drug interactions and its impact on the body
5. Adherence

**Nucleoside Reverse Transcriptase Inhibitors (NRTIs)**

Overview of NRTIs
NRTIs are a class of oral antiretroviral (ARV) drugs used to treat HIV infection, tumors [208], and cancer [209]. They reduce HIV viremia and enhance immune system by improving CD4 T cell counts. NRTIs form the "backbone" of HIV treatment [210-211] and are the key components of ART therapy.
The NRTI class includes seven agents:

- Tenofovir disoproxil fumarate (TDF), an adenosine-derived nucleotide reverse transcriptase inhibitor,
- Emtricitabine (FTC) and lamivudine (3TC), both cytosine analogs
- Abacavir sulfate (ABC), a guanosine analog
- Stavudine (d4T) and zidovudine (ZDV), both thymidine analogs
- Didanosine (ddI), the inosine derivative
- Zalcitabine (ddC), which is no longer commercially available.

There is one more agent of this class which is called entecavir (ETV) or Baraclude, a guanine analog that's approved for the treatment of hepatitis B but not for HIV.

1. Mechanism of action:
NRTIs are analogs natural deoxynucleotides competing for incorporation into the growing DNA chain. After entering the cells, they are phosphorylated by cellular enzymes to the corresponding triphosphate analog that is preferentially integrated into the viral DNA by virus reverse transcriptase. A 3'-5'-phosphodiester bond between an incoming nucleoside triphosphate and the growing DNA chain is not formed because the 3'-hydroxyl group is not present, and DNA chain elongation is terminated.

2. Pharmacokinetics:

The NRTIs are mainly excreted by the kidneys, and all agents need dosage adjustment in renal insufficiency (creatinine clearance of less than 50 mL/min) with the exception of abacavir.

3. Adverse effects:
The majority of the toxicities caused by the NRTIs are believed to be because of mitochondrial DNA polymerase inhibition in specific tissues. Drugs such as zalcitabine, didanosine, and stavudine (all dideoxynucleosides) can cause toxicities such as peripheral neuropathy, lipoatrophy, and pancreatitis. Overlapping toxicities should be avoided when more than NRTI is administered. NRTIs are associated with a potentially fatal hepatotoxicity that is characterized by lactic acidosis and hepatomegaly (liver enlargement) with steatosis.

4. Drug interactions: NRTIs are excreted through the kidneys; therefore, few drug interactions are seen with these agents except for zidovudine and tenofovir.

5. Resistance: NRTI resistance is well characterized usually because of mutation at viral codon 184, which gives a high degree of resistance to drugs such as lamivudine and emtricitabine. It also restores sensitivity to zidovudine and tenofovir.
Concomitant use of agents in the same class is contraindicated because of cross-resistance and antagonism that occurs between agents of the same analog class.

**Table 15:** Characteristics of Nucleoside Reverse Transcriptase Inhibitors (NRTIs)

| Generic/ Trade Name | Formulation | Dosing Recommendations | Serum/ Intracellular Half lives and Elimination | Adverse Events |
|---|---|---|---|---|
| **Abacavir** (ABC)/Ziagen Also available as component of fixed-dose combinations: | Ziagen • 300-mg tablets • 120-mg/mL oral solution | Ziagen 300 mg BID or 600 mg once daily  Take without regard to meals | 1.5 hrs/ 12–26 hrs Metabolized by alcohol Dehydrogenase and glucuronyl transferase  Renal excretion of metabolites 82%  Dosage adjustment for ABC recommended in patients with hepatic insufficiency | HSRs: Patients who test positivefor HLA-B*5701 are at highestrisk. HLA screening should be done before initiation of ABC. Rechallenge is not recommended. Symptoms of HSR may includefever, rash, nausea, vomiting,diarrhea, abdominal pain, malaiseor fatigue or respiratory symptoms such as sore throat, cough, or shortness of breath. Some cohort studies suggestincreased risk of MI with recent orcurrent use of ABC, but this risk is not substantiated in other studies. |
| Trizivir ABC with ZDV+3TC | Trizivir (ABC 300 mg + ZDV 300 mg + 3TC 150 mg) tablet | Trizivir 1 tablet BID | | |
| Epzicom ABC with 3TC | Epzicom (ABC 600 mg + 3TC 300 mg) tablet | Epzicom 1 tablet once daily | | |

| | | | | |
|---|---|---|---|---|
| **Didanosine** (ddI)/Videx EC (genericavailable; dose same as Videx EC) | Videx EC 125-, 200-, 250-, 400-mg capsules Videx 10-mg/mL oral solution | **Body weight ≥60kg:** 400 mg once daily *With TDF:* 250 mg once daily **Body weight <60kg:** 250 mg once daily *With TDF:* 200 mg once daily Take 1/2 hour before or 2 hours after a meal **Note: Preferred dosing withoral solution is BID (total daily dose divided into 2doses)** | 1.5 hrs/ >20 hrs Renal excretion 50% Dosage adjustment in patients with renal insufficiency recommended | Pancreatitis Peripheral neuropathy Retinal changes, optic neuritis Lactic acidosis with hepaticsteatosis +/- pancreatitis (rare but potentially life-threatening toxicity) Nausea, vomiting Potential association withnoncirrhotic portal hypertension, in some cases, patients presented with esophageal varices One cohort study suggested increased risk of MI with recent or current use of ddI, but this risk is not substantiated in other studies. Insulin resistance/diabetes mellitus |
| **Emtricitabine** (FTC)/Emtriva **Also available as component of fixed-dose combinations:** | Emtriva • 200-mg hard gelatin capsule • 10-mg/mL oral solution | Emtriva *Capsule:* 200 mg once daily *Oral solution:* 240 mg (24 mL) once daily Take without regard to meals | 10 hrs/ >20 hrs Renal excretion 86% Dosage adjustment in patients with renal insufficiency recommended | Minimal toxicity Hyperpigmentation Skin discoloration Severe acute exacerbation of hepatitis may occur in HBV-coinfected patients who discontinue FTC. |
| Atripla FTC with EFV+TDF | Atripla (FTC 200 mg+ EFV 600 mg + TDF 300 mg) tablet | Atripla 1 tablet at or before bedtime Take on an empty stomach to reduce side effects | | |
| Complera FTC with RPV+TDF | Complera (FTC 200 mg+ RPV 25 mg + TDF 300 mg) tablet | Complera (FTC 200 mg + RPV 25 mg + TDF 300 mg) tablet | | |
| Truvada FTC with TDF | Truvada FTC 200 mg + TDF 300 mg tablet | Truvada 1 tablet once daily | | |

| **Lamivudine** (3TC)/ Epivir (generic available) **Also available as component of fixed-dose combinations:** | Epivir • 150-, 300- mg tablets • 10-mg/mL oral solution | Epivir 150 mg BID or 300 mg once daily Take without regard to meals | 5–7 hrs/ 18–22 hrs  Renal excretion 70% Dosage adjustment in patients with renal insufficiency recommended | Minimal toxicity Severe acute exacerbation of hepatitis may occur in HBV-coinfected patients who discontinue 3TC. |
|---|---|---|---|---|
| Combivir (generic available) 3TC with ZDV | Combivir (3TC 150 mg + ZDV 300 mg) tablet | Combivir 1 tablet BID | | |
| Epzicom 3TC with ABC | Epzicom (3TC 300 mg+ ABC 600 mg) tablet | Epzicom 1 tablet once daily | | |
| Trizivir 3TC with ZDV+ABC | Trizivir (3TC 150 mg+ ZDV 300 mg + ABC 300 mg) tablet | Trizivir 1 tablet BID | | |
| **Stavudine** (d4T)/ Zerit (generic available) | Zerit • 15-, 20-, 30-, 40- mg capsules • 1-mg/mL oral solution | **Body weight ≥60 kg:** 40 mg BID **Body weight <60 kg:** 30 mg BID Take without regard to meals Note: WHO recommends 30 mg BID dosing regardless of body weight. | 1 hr/ 7.5 hrs  Renal excretion 50% Dosage adjustment in patients with renal insufficiency recommended (See Appendix B, Table 7.) | • Peripheral neuropathy • Lipoatrophy • Pancreatitis • Lactic acidosis/severehepato megaly with hepatic steatosis (rare but potentially lifethreateningtoxicity) • Hyperlipidemia • Insulin resistance/diabetes mellitus • Rapidly progressive ascendingneuromuscul ar weakness (rare) |

| **Tenofovir Disoproxil Fumarate** (TDF)/Viread **Also available as component of fixed-dose combinations:** | Viread<br>• 150-, 200-, 250-,300-mg tablets<br>• 40-mg/g oral | Viread<br>300 mg once daily<br>7.5 scoops once daily<br>Take without regard to meals<br>Mix oral powder with 2–4 ounces of food not requiring chewing (e.g., applesauce, yogurt).<br>**Do not mix oral powder with liquid.** | 17 hrs/<br>>60 hrs<br><br>Renal excretion 86%<br>Dosage adjustment in patients with renal insufficiency recommended (See Appendix B, Table 7.) | • Renal insufficiency<br>• Fanconisyndrome<br>• Osteomalacia, decrease in bone mineral density<br>• Severe acute exacerbation ofhepatitis may occur inHBV-coinfected patients whodiscontinue TDF.<br>• Asthenia<br>• Headache<br>• Diarrhea<br>• Nausea<br>• Vomiting<br>• Flatulence |
|---|---|---|---|---|
| Atripla<br>TDF with EFV+FTC | Atripla<br>(TDF 300 mg<br>+<br>EFV 600 mg<br>+<br>FTC 200 mg) tablet | Atripla<br>1 tablet at or before bedtime<br>Take on an empty stomach<br>to reduce side effects | | |
| Complera<br>TDF with RPV+FTC | Complera<br>(TDF 300 mg+<br>RPV 25 mg + FTC 200 mg) tablet | Complera<br>1 tablet once daily<br>Take with a meal | | |
| Truvada<br>TDF with FTC | Truvada<br>(TDF 300 mg+<br>FTC 200 mg) tablet | Truvada<br>1 tablet once daily<br>Take without regard to meals | | |
| **Zidovudine** (ZDV)/ Retrovir (generic available) **Also available as component of fixed-dose combinations:** | Retrovir<br>• 100-mg capsule<br>• 300-mg tablet<br>• 10-mg/mL intravenous solution<br>• 10-mg/mL oral solution | Retrovir<br>300 mg BID or 200 mg TID<br><br>Take without regard to meals | 1.1 hrs/<br>7 hrs<br><br>Metabolized to GAZT<br>Renal excretion of GAZT<br><br>Dosage adjustment in patients with renal insufficiency recommended (See Appendix B, Table 7.) | • Bone marrow suppression:<br>• macrocytic anemia or neutropenia<br>• Nausea<br>• Vomiting<br>• Headache<br>• Insomnia<br>• Asthenia<br>• Nail pigmentation<br>• Lactic acidosis/severehepato megaly with hepaticsteatosis (rare but potentially lifethreateningtoxicity)<br>• Hyperlipidemia<br>• Insulin resistance/diabetes mellitus<br>• Lipoatrophy |

| | | | | • Myopathy |
|---|---|---|---|---|
| | | | | |

**Key to Abbreviations:** 3TC = lamivudine, ABC = abacavir, BID = twice daily, d4T = stavudine, ddI = didanosine, EC = enteric coated, EFV = efavirenz,
FTC = emtricitabine, GAZT = azidothymidine glucuronide, HBV = hepatitis B virus, HLA = human leukocyte antigen, HSR = hypersensitivity reaction,
MI = myocardial infarction, RPV = rilpivirine, TDF = tenofovir disoproxil fumarate, TID = three times a day, WHO = World Health Organization,
ZDV = zidovudine

## Zidovudine (AZT, ZDV)

Zidovudine, a pyrimidine analog, was the first FDA-approved agent for treatment of HIV infection. It is approved for use in adults and children and to prevent prenatal infection in pregnancy. It is also effective for prophylactic treatment in people exposed to HIV infection. It should be taken in combination with at least two other anti-HIV drugs to suppress viral load to very low levels. However, AZT monotherapy can be prescribed in pregnancy to avoid the possible side-effects of other anti-HIV drugs and to reduce the risk of vertical transmission. Zidovudine is effective against HIV in the brain and the central nervous system as it easily crosses the blood-brain barrier. It is active against both HIV-1 and HIV-2.

Dosage and Administration

**Adults**: The recommended oral dose of Zidovudine is 600 mg/day in divided doses in combination with other antiretroviral agents.

**Table 16: Recommended Pediatric Dosage of Zidovudine**

| Body Weight (kg) | Total Daily Dose | Dosage Regimen and Dose | |
|---|---|---|---|
| | | Twice Daily | Three Times Daily |
| 4 to <9 | 24 mg/kg/day | 12 mg/kg | 8 mg/kg |
| ≥ 9 to <30 | 18 mg/kg/day | 9 mg/kg | 6 mg/kg |
| ≥ 30 | 600 mg/day | 300 mg | 200 mg |
| Recommended Neonatal Dosage of Zidovudine | | | |
| Route | Total Daily Dose | Dose and Dosage Regimen | |
| Oral | 8 mg/kg/day | 2 mg/kg every 6 hours | |
| IV | 6 mg/kg/day | 1.5 mg/kg infused over 30 min, every 6 hrs | |

Maternal Dosing: 100 mg orally 5 times per day until the start of labor.

The drug is well absorbed when taken orally. Its half-life is approximately one hour; however, the intracellular half-life is around 3 hours. AZT is predominantly metabolized in the liver and then excreted in the urine. AZT can cause bone marrow suppression. Its toxicity is increased if glucuronidation is decreased by co-administration of certain drugs such as acetaminophen, probenecid, indomethacin, lorazepam, and cimetidine. Both stavudine and ribavirin should not be administered with AZT as they are activated by identical intracellular pathways.

**Stavudine** (d4T)
Stavudine, an analog of thymidine, is a nucleoside analog reverse transcriptase
inhibitor (NARTI) active against HIV. The drug is readily and almost completely absorbed when taken orally. It easily penetrates the blood-brain barrier. It is eliminated by the kidney. Peripheral neuropathy coupled with lipoatrophy and hyperlipidemia is frequently seen in patients on this drug. WHO has recommended phasing out this drug because of its long-term, irreversible adverse effects.

**Didanosine** (ddI)
Didanosine, a nucleoside analogue of guanosine, is the second drug approved by FDA for treatment of HIV-1 infection. It lacks both the 2'- and 3'-hydroxyl groups. Within the host cell, didanosine is biotransformed into dideoxyadenosine triphosphate (ddATP) by a series of complex reactions involving phosphorylation of the didanosine, amination to ddAMP (dideoxyadenosine monophosphate), and subsequent phosphorylation. It inhibits viral reverse transcriptase by competing with natural dideoxyadenosine triphosphate (ddATP). This terminates the chain elongation of DNA.

Approximately 42% of didanosine is absorbed when taken orally. Didanosine should ideally be taken on an empty stomach as food significantly reduces didanosine bioavailability [212]. Its half life is 1.5 hours; however, the intracellular half-life is more than 12 hours. Didanosine is excreted mainly by the kidneys. Didanosine crosses the blood brain barrier but to a lesser extent than does zidovudine.

**Table 17:** Recommended Dosage (Adult and Pediatric) of Didanosine

| Body Weight | Dose |
|---|---|
| 20 kg to less than 25 kg | 200 mg once daily |
| 25 kg to less than 60 kg | 250 mg once daily |
| at least 60 kg | 400 mg once daily |

Fatal and non-fatal pancreatitis can occur because of major toxicity due to ddI treatment; therefore, it is necessary to monitor levels of serum amylase. Peripheral neuropathy can also occur because of toxicity. Its  concurrent use with stavudine is not recommended.

**Table 18:** Drug interactions

| Based on Studies with Didanosine Delayed-Release Capsules or Studies with Buffered Formulations of Didanosine. Expected to Occur with Didanosine Delayed-Release Capsules | | |
|---|---|---|
| **Drug** | **Effect** | **Clinical Comments** |
| ganciclovir | ↑Didanosine concentration | If there is no suitable alternative to ganciclovir, then use in combination with Didanosine delayed-release capsules with caution. Monitor for Didanosine-associated toxicity. |
| methadone | ↓Didanosine concentration | If coadministration of methadone and Didanosine is necessary, the recommended formulation of Didanosine is Didanosine delayed-release capsules. Patients should be closely monitored for adequate clinical response when Didanosine delayed-release capsules are coadministered with methadone, including monitoring for changes in HIV RNA viral load. Do not coadminister methadone with Didanosine pediatric powder due to significant decreases in Didanosine concentrations. |
| nelfinavir | No interaction 1 hour after Didanosine | Administer nelfinavir 1 hour after Didanosine delayed-release capsules. |
| tenofovir disoproxil fumarate | ↑Didanosine concentration | A dose reduction of Didanosine delayed-release capsules to the following dosage once daily taken together with tenofovir disoproxil fumarate and a light meal (400 calories or less and 20% fat or less ) or in the fasted state is recommended.*<br>• 250 mg (adults weighing at least 60 kg with creatinine clearance of at least 60 mL/min)<br>• 200 mg (adults weighing less than 60 kg with creatinine clearance of at least 60 mL/min)<br>Patients should be monitored for Didanosine-associated toxicities and clinical response. |
| ↑ Indicates increase.<br>↓ Indicates decrease.<br>*Coadministration of Didanosine with food decreases Didanosine concentrations. Thus, although not studied, it is possible that coadministration with heavier meals could reduce Didanosine concentrations further. | | |

E. **Tenofovir** (TDF)

Tenofovir is a nucleotide analog and an antiretroviral drug effective in the treatment of HIV. It is effective against HIV-1 infection in adults and is prescribed in combination with other antiretroviral drugs.

Cross-resistance with other NRTIs can develop, but some AZT-resistant strains maintain susceptibility to tenofovir. When taken in the fasting state, its oral bioavailability is approximately 25%. The bioavailability increases with a fat rich meal. Tenofovir is not metabolized by cytochrome P-450 (CYP) isoenzymes. The half-life of tenofovir is approximately 17 hours, while the intracellular half-life is between 10 and 50 hours for activated and resting peripheral blood mononuclear cells, respectively. Most of the drug remains unchanged in the urine, and is eliminated by filtration and active secretion. In patients with kidney impairment, serum creatinine levels must be periodically monitored with corresponding dose adjustment.

Dosage and Administration
**Adults**: PO 300 mg/day.
**Children** 2 y and older: PO 8 mg/kg once daily (max, 300 mg/day).

GI complaints such as abdominal pain, nausea, diarrhea and vomiting are frequent. Pruritus, rash and dizziness are also commonly seen. Tenofovir is the only NRTI with significant antiretroviral drug interactions. Tenofovir enhances the concentrations of didanosine, increasing the risk of adverse reactions: therefore, didanosine dosage is reduced if the two are given in combination. However, combination of these two agents is no longer recommended. Tenofovir decreases the concentrations of atazanavir. In thiscase atazanavir must be boosted with ritonavir if administered with tenofovir.

**Lamivudine** (3TC)

Lamivudine (2'-deoxy-3'-thiacytidine, 3TC), an analogue of cytidine, is FDA-approved for treatment of HIV in combination with AZT, but it should be avoided with other cytosine analogs due to antagonism. Lamivudine is a potent inhibitor of reverse transcriptase of both HIV and HBV (hepatitis B virus) and impairs the production of the proviral DNA chain.

DOSAGE
**Adults and Adolescents** >16 years of age: 300 mg daily 150 mg twice daily or 300 mg once daily, in combination with other antiretroviral agents

**Table 19:** Dosing Recommendations for Lamivudine Tablets in Pediatric Patients

| Dosage Regimen Using Scored150 mg Tablet | | Total Daily Dose |
|---|---|---|
| AM Dose | PM Dose | |
| ½ tablet (75 mg) | ½ tablet (75 mg) | 150 mg |
| ½ tablet (75 mg) | 1 tablet (150 mg) | 225 mg |
| 1 tablet (150 mg) | 1 tablet (150 mg) | 300 mg |

Lamivudine is never given alone. It is also available in fixed combinations with other HIV drugs:
- Combivir (with zidovudine);
- Epzicom/Kivexa (with abacavir);

- Trizivir (with zidovudine and abacavir)

It is readily and rapidly absorbed when given orally. Its bioavailability is approximately 86%. The majority of Lamivudine is eliminated via the kidneys and remains unchanged in urine. Severe but rare adverse reactions include:

- Lactic acidosis and severe hepatomegaly with steatosis
- Hepatic decompensation in patients co-infected with HIV-1 and hepatitis C
- Severe acute exacerbations of hepatitis B
- Pancreatitis

**Table 20:** Common adverse reactions with Lamivudine

| System | Adverse Reaction(s) |
|---|---|
| Whole body | Headache, malaise and fatigue |
| Gastrointestinal | Nausea, diarrhea, vomiting, abdominal pain and dyspepsia. |
| Nervous System | Neuropathy, insomnia, depression, dizziness |
| Respiratory | Nasal signs and symptoms, cough |
| Skin | Rashes |
| Musculoskeletal | Musculoskeletal pain, arthralgia, myalgia |

**Emtricitabine** (FTC)

Emtricitabine, a nucleosidereverse transcriptase inhibitor (NRTI) and a fluoro-derivative of lamivudine, is prescribed in combination with other antiretroviral agents for the treatment of HIV-1 infection.Emtricitabine inhibits the activity of HIV-1 reverse transcriptase by competing with deoxycytidine 5′-triphosphate. It then incorporates into viral DNA and causes DNA chain termination. Emtricitabine is orally active and easily absorbed, with bioavailability of 93%. Plasma half-life is approximately 10 hours, with intracellular half-life of 39 hours.  Its plasma binding is less than 4%.  The drug is predominantly (86%) eliminated in the urine. Emtricitabinedoes not influence cytochrome P450 isozymes, and has no major interactions with other medications.

**Dosage and Administration**
**Adults**: PO 200 mg capsule once daily or 240 mg oral solution once daily.
**Children** (3 months -17 years): PO 200 mg capsules once daily for children weighing more than 33 kg and who can swallow an intact capsule or 6 mg/kg oral solution up to a max of 240 mg once daily.
**Children** (0 to 3 months):  PO 3 mg/kg once daily.

The following adverse reactions are seen with the use of emtricitabine:

- **Central Nervous System**:  Dizziness, headache, depression, fatigue, paresthesia (6%) and neuropathy/peripheral neuritis.
- **Skin**: Hyperpigmentation, rashes, pruritus.
- **GI System**:  Diarrhea, vomiting, nausea, abdominal pain, gastroenteritis, dyspepsia
- **EENT**: Otitis media, rhinitis.
- **Musculoskeletal**: Myalgia and arthralgia.

- **Respiratory**: Cough, pneumonia, sinusitis, URI and nasopharyngitis.
- **Miscellaneous**: Includes infection, fever and anemia.

Emtricitabine is also associated with lactic acidosis, hepatomegaly and fatty liver.

## H. **Zalcitabine** (ddC)
Zacitabine has been discontinued since December 31, 2006 [213] due to its severe toxicity.

## I. **Abacavir** (ABC)
Abacavir is a guanosine analog which is effective in the treatment of HIV-1 infection in combination with other antiretroviral drugs. Cross-resistance may be encountered with strains resistant to lamivudine and AZT. Abacavir is rapidly absorbed orally. Its bioavailability is around 83%. It is predominantly excreted in the urine.
Dosage and Administration
**Adult**: The recommended oral dose for adults is 600 mg daily, which can be taken as either 300 mg twice daily or 600 mg once daily, in combination with other antiretroviral agents.

**Table 21**: Dosing Recommendations for Abacavir Tablets in Pediatric Patients

| Dosage Regimen Using Scored Tablet | | Total Daily Dose |
|---|---|---|
| **AM Dose** | **PM Dose** | |
| ½ tablet (150 mg) | ½ tablet (150 mg) | 300 mg |
| ½ tablet (150 mg) | 1 tablet (300 mg) | 450 mg |
| 1 tablet (300 mg) | 1 tablet (300 mg) | 600 mg |

**Table 22**: Reactions to abacavir

| Serious Reactions | | Common Reactions | |
|---|---|---|---|
| • Hypersensitivity reactions<br>• Severe anaphylaxis<br>• TEN or toxic epidermal necrolysis<br>• Stevens Johnson syndrome<br>• Erythema multiforme | • Lactic acidosis<br>• Hepatomegaly with steatosis<br>• Pancreatitis<br>• Immune reconstitution syndrome<br>• Autoimmune disorders<br>• Myocardial ischemia | • Nausea<br>• Headache<br>• Fatigue<br>• Vomiting<br>• Diarrhea<br>• Fever with chills<br>• Depression<br>• Rash | • Anxiety<br>• Upper Respiratory Infection<br>• Elevated ALT and AST<br>• Hypertriglyceridemia<br>• Lipodystrophy |

Approximately 5 percent of patients develop "hypersensitivity reaction," which is characterized by a sign or symptom in two or more of the following groups:

- Group 1: Fever
- Group 2: Rash
- Group 3: Gastrointestinal symptoms
- Group 4: Constitutional symptoms such as fatigue and malaise

- Group 5: Respiratory symptoms such as dyspnea, cough or pharyngitis

Hypersensitivity is strongly linked to HLA-B*57:01 [214-216] which can be detected in labs. Sensitized individuals should NEVER be rechallenged because of risk of rapidly developing severe reactions that can lead to fatal outcome.

**Nonnucleoside Reverse Transcriptase Inhibitorsor NNRTIs**
Nonnucleoside reverse transcriptase inhibitors (NNRTIs) are potent and commonly prescribed anti-retroviral drugs used in combination therapy against HIV-1 infection. These agents are highly selective, noncompetitive inhibitors of HIV-1 reverse transcriptase. They non-competitively bind to HIV reverse transcriptase causing a conformational change that leads to enzyme inhibition. The transcription of the viral RNA is prevented that leads to reduced replication of HIV [217]. These agents do not need activation by cellular enzymes. NNRTIs also interfere withother steps in the reverse transcriptase reaction [218]. Their major advantage is they do not adversely affect the host blood-forming cells and do not have cross-resistance with NRTIs.

**Table 23**: Characteristics of Non-Nucleoside Reverse Transcriptase Inhibitors* (NNRTIs)

| Generic Name (abbr)/ Trade Name | Formulation | Dosing Recommendations (For dosage adjustment in renal or hepatic insufficiency) | Elimination | Serum/ Half-life | Adverse Events (Also see Table 13) |
|---|---|---|---|---|---|
| Efavirenz/EFV/ Sustiva. Also available as fixed-dose combination | 50-, 200-mg capsules<br><br>600-mg tablet | 600 mg once daily at or before bedtime. Take on an empty stomach to reduce side effects. | Metabolized by CYPs 2B6 and 3A4.CYP3A4 mixedinducer /inhibitor (more an inducer than an inhibitor) | 40–55 hrs | • Rash<br>• Neuropsychiatric symptoms<br>• Increasedtransaminase levels<br>• Hyperlipidemia<br>• False-positive results with somecannabinoid and benzodiazepinescreening assays reported.<br>• Teratogenic in nonhuman primates and potentially teratogenic in humans |
| Atripla EFV with TDF + FTC | EFV 600 mg+FTC 200 mg +TDF 300 mg tablet | 1 tablet once daily at or before bedtime. | | | |
| Etravirine (ETR)/ Intelence | 100-, 200-mg tablets | 200 mg BID Take following a meal. | CYP3A4, 2C9, and 2C19substrate 3A4 inducer; 2C9 and 2C19 inhibitor | 41 hrs | •Rash, includingStevens-Johnson syndrome<br>• HSRs, characterized by rash, constitutional findings, andsometimes organ dysfunction,including hepatic failure, have been reported.<br>• Nausea |
| Nevirapine(NVP) Viramune or Viramine XR | 200-mg tablet<br><br>400-mg XR tablet<br><br>50-mg/5-mL oral suspension | •200 mg once daily for 14 days (lead-in period); thereafter, 200 mg BID or<br>•400 mg (Viramune XR tablet) once daily<br>•Take without regard to meals.<br>•Repeat lead-in period if therapy is discontinued formore than 7 days.<br>•In patients who develop mild-to-moderate rash without constitutionalsy mptoms, | CYP450 substrate, inducer of 3A4 and 2B6; 80% excreted in urine (glucuronidated metabolites, <5% unchanged); 10% in feces | 25–30 hrs | • Rash, including Stevens-Johnsonsyndrome<br>• Symptomatic hepatitis, includingfatal hepatic necrosis, has beenreported:rash reported in approximately 50% of cases-occurs atsignificantly higherfrequency in ARV-naive female patients with pre-NVP CD4 counts>250cells/mm$^3$ and in ARV- naïve male patients with pre-NVP CD4 counts >400 cells/mm$^3$-NVP should not be |

| | | | | | |
|---|---|---|---|---|---|
| | | continue lead-in period until rash resolves but <br> • not longer than 28 days total | | | initiated in these patients unlessthe benefit clearly outweighs the risk. |
| **Rilpivirine(RPV) Edurant. Also aailable as fixed-dosecombination:** | 25-mg tablet | 25-mg tablet <br><br> Take with a meal. | CYP3A4substrate | 50 hrs | • Rash <br> • Depression <br> • insomnia <br> • headache |
| **Complera RPV with TDF+ FTC** | Complera RPV 25 mg+TDF 300 mg+ FTC 200 mg tablet | 1 tablet once daily with ameal | | | |

**Key to Abbreviations:** ARV = antiretroviral, BID = twice daily, CYP = cytochrome P, DLV = delavirdine, EFV = efavirenz, ETR = etravirine,

FDA = Food and Drug Administration, FTC = emtricitabine, HSR = hypersensitivity reaction, NNRTI = non-nucleoside reverse transcriptase inhibitor,

NVP = nevirapine, RPV = rilpivirine, TDF = tenofovir disoproxil fumarate, XR = extended release

   a.   Rare cases of Stevens-Johnson syndrome have been reported with most NNRTIs; the highest incidence of rash was seen with NVP.

   b.   Adverse events can include dizziness, somnolence, insomnia, abnormal dreams, confusion, abnormal thinking, impaired concentration, amnesia,agitation, depersonalization, hallucinations, and euphoria. Approximately 50% of patients receiving EFV may experience any of these symptoms.Symptoms usually subside spontaneously after 2 to 4 weeks but may necessitate discontinuation of EFV in a small percentage of patients.


## A. **Nevirapine** (NVP)

Nevirapine is prescribed in combination with other antiretroviral drugs for the treatment of HIV-1 infections in adults and children. Due to the high risk of life-threatening severe hepatotoxicity, the drug should not be initiatedin women with CD4+ T-cell counts ofgreater than 250 cells/mm$^3$, or in men with CD4+ T cell counts greater than 400 cells/mm$^3$.

Nevirapine is readily absorbed (approximately 90%) orally, and its absorption is not affected by food. Nevirapine is lipophilic (fat-loving) in nature and therefore crosses the placental as well as blood brain barrier and enters the fetus and mother's milk.   It is widely distributed in the body tissue.  Nevirapine and its metabolites are mainly excreted in the urine. Nevirapine is an inducer of the hepatic cytochrome (CYP3A4) family of CYP450 drug-metabolizing enzymes. The drug increases the metabolism of several drugs, such as oral contraceptives, warfarin, metronidazole, etc.

Dosage & Administration

**Adults**:  200 mg tablet once daily for the initial 14 days, followed by 200 mg tablet twice daily, in combination with other antiretroviral drugs.

**Pediatric**: For pediatric patients 15 days and older the dose is 150 mg/m2 once daily for initial 14 days followed by 150 mg/m2 twice daily thereafter. The total daily dose should not exceed 400 mg.

Mild to moderate rashes are the most common adverse effect of nevirapine [219-220]. In approximately 1.5 % of patients, severe or life-threatening skin reactions are seen which include Stevens–Johnson syndrome, TEN (Toxic Epidermal Necrolysis) and hypersensitivity reactions [219]. Nevirapine can also cause severe or life-threatening hepatotoxicity, which is generally seen in the first six weeks of treatment [219, 221]. FDA has issued a black box label that nevirapine could cause severe liver damage, including liver failure [222].  The most common side effects are rash, fever, headache, and elevated serum transaminases and fatal hepatotoxicity. A 14-day titration period at half the normal dose is mandatory to reduce the risk of serious epidermal reactions and hepatotoxicity.

**Table 24**: Effect on concentration of co-administered drugs

| Drug Name | Effect on Concentration of Nevirapine or Concomitant Drug | Clinical Comment |
|---|---|---|
| Atazanavir/ Ritonavir | ↓ Atazanavir<br>↑ Nevirapine | Do not co-administer Nevirapine with atazanavir because Nevirapine substantially decreases atazanavir exposure |
| Clarithromycin | ↓ Clarithromycin<br>↑ 14-OH clarithromycin | Clarithromycin exposure was significantly decreased by Nevirapine; however, 14-OH metabolite concentrations were increased. Because clarithromycin active metabolite has reduced activity against Mycobacterium avium-intracellulare complex, overall activity against this pathogen may be altered. Alternatives to clarithromycin, such as azithromycin, should be considered. |
| Efavirenz | ↓ Efavirenz | There has been no determination of appropriate doses for the safe and effective use of this combination. |
| Ethinyl estradiol and Norethindrone | ↓ Ethinyl estradiol<br><br>↓ Norethindrone | Oral contraceptives and other hormonal methods of birth control should not be used as the sole method of contraception in women taking Nevirapine, since Nevirapine may lower the plasma levels of these medications. An alternative or additional method of contraception is recommended. |
| Fluconazole | ↑ Nevirapine | Because of the risk of increased exposure to Nevirapine, caution should be used in concomitant administration, and patients should be monitored closely for Nevirapine-associated adverse events. |

| Fosamprenavir | ↓ Amprenavir<br>↑ Nevirapine | Co-administration of Nevirapine and fosamprenavir without ritonavir is not recommended. |
|---|---|---|
| Fosamprenavir/ Ritonavir | ↓Amprenavir<br>↑ Nevirapine | No dosing adjustments are required when Nevirapine is co-administered with 700/100 mg of fosamprenavir/ritonavir twice daily. |
| Indinavir | ↓Indinavir | Appropriate doses for this combination are not established, but an increase in the dosage of indinavir may be required. |
| Ketoconazole | ↓ Ketoconazole | Nevirapine and ketoconazole should not be administered concomitantly because decreases in ketoconazole plasma concentrations may reduce the efficacy of the drug. |
| Lopinavir/Ritonavir | ↓Lopinavir | <ul><li>A dose increase of lopinavir/ritonavir tablets to 500/125 mg twice-daily is recommended when used in combination with Nevirapine.</li><li>A dose increase of lopinavir/ritonavir oral solution to 533/133 mg twice daily with food is recommended in combination with Nevirapine.</li><li>In children 6 months to 12 years of age receiving lopinavir/ritonavir solution, consideration should be given to increasing the dose of lopinavir/ritonavir to 13/3.25 mg/kg for those 7 to <15 kg; 11/2.75 mg/kg for those 15 to 45 kg; up to a maximum dose of 533/133 mg twice daily.</li><li>Refer to the lopinavir/ritonavir package insert for complete pediatric dosing instructions when lopinavir/ritonavir tablets are used in combination with Nevirapine.</li></ul> |
| Methadone | ↓ Methadone | Methadone levels were decreased; increased dosages may be required to prevent symptoms of opiate withdrawal. Methadone-maintained patients beginning Nevirapine therapy should be monitored for evidence of withdrawal and methadone dose should be adjusted accordingly. |

| Nelfinavir | ↓Nelfinavir<br>M8 Metabolite<br>↓Nelfinavir $C_{min}$ | The appropriate dose for nelfinavir in combination with Nevirapine, with respect to safety and efficacy, has not been established. |
|---|---|---|
| Rifabutin | ↑Rifabutin | Rifabutin and its metabolite concentrations were moderately increased. Due to high intersubject variability, however, some patients may experience large increases in rifabutin exposure and may be at higher risk for rifabutin toxicity. Therefore, caution should be used in concomitant administration. |
| Rifampin | ↓ Nevirapine | Nevirapine and rifampin should not be administered concomitantly because decreases in Nevirapine plasma concentrations may reduce the efficacy of the drug. Physicians needing to treat patients co-infected with tuberculosis and using a Nevirapine-containing regimen may use rifabutin instead. |
| Saquinavir/<br>Ritonavir | The interaction between Nevirapine and saquinavir/ritonavir has not been evaluated. | The appropriate doses of the combination of Nevirapine and saquinavir/ritonavir with respect to safety and efficacy have not been established. |

**Table 25:** Potential Drug Interactions

| Drug Class | Examples of Drugs | Effect |
|---|---|---|
| **Antiarrhythmics** | Amiodarone, disopyramide, lidocaine | Plasma concentrations may be decreased |
| **Anticonvulsants** | Carbamazepine, clonazepam, ethosuximide | Plasma concentrations may be decreased |
| **Antifungals** | Itraconazole | Plasma concentrations of some azole antifungals may be decreased. Nevirapine and itraconazole should not be administered concomitantly due to a potential decrease in itraconazole plasma concentrations. |
| **Calcium channel blockers** | Diltiazem, nifedipine, verapamil | Plasma concentrations may be decreased |
| **Cancer chemotherapy** | Cyclophosphamide | Plasma concentrations may be decreased |
| **Ergot alkaloids** | Ergotamine | Plasma concentrations may be decreased |
| **Immuno-suppressants** | Cyclosporin, tacrolimus, sirolimus | Plasma concentrations may be decreased |
| **Motility agents** | Cisapride | Plasma concentrations may be decreased |
| **Opiate agonists** | Fentanyl | Plasma concentrations may be decreased |
| **Antithrombotics** | Warfarin | Plasma concentrations may be increased. Potential effect on anticoagulation. Monitoring of anticoagulation levels is recommended. |

2. **Delavirdine (DLV)**

Delavirdine is a NNRTI that inhibits replication of HIV-1 infection by interfering with DNA synthesis. It is not recommended as a preferred or alternate agent for the treatment of HIV infection. Delavirdine is rapidly absorbed after oral administration and remains unaffected even if taken with meals. Its half life is around 5.8 hours. It is approximately 98% protein bound, mainly to albumin. Its metabolites are excreted through feces and urine. Delavirdine is metabolized by CYP3A and CYPD6.

Dosage and Administration
**Adults and Children** older than 16 y of age:  400 mg given orally 3 times daily in combination with appropriate antiretroviral therapy.

Drugs such as ketoconazole increase plasma levels of delavirdine, whereas phenytoin, and carbamazepine cause significant decrease in plasma levels of delavirdine. The most common side effect is moderate to severe rash, which develops in approximately 20% of patients [223]. Fatigue, headache and nausea are other common adverse effects.

**Efavirenz (EFV)**

Efavirenz (EFV) is the preferred and one of the most widely used NNRTIs.  It acts by noncompetitive inhibition of HIV-1 reverse transcriptase. Efavirenz is prescribed in combination with two nucleoside analogue reverse transcriptase inhibitors (NRTIs) [224-227]. Efavirenz is not used as a single agent to treat HIV-1 due to the potential risk of developing resistance. Efavirenz increases CD4+ cell counts and decreases viral load when used in combination with NRTIs.

There are several factors that can affect the pharmacokinetic (PK) variability of this drug which include gender, age, ethnicity, body weight, pregnancy, drug-drug and drug-food interactions, binding to plasma proteins, disease status, liver dysfunction, and host genetic factors [228-230]. Efavirenz is more than 99% protein bound, mainly to albumin. It is well distributed, including to the CNS. It should be orally administered on an empty stomach to reduce adverse CNS effects. It has a half-life of more than 40 hours and, therefore, is recommended for once-a day dosing. Efavirenz is extensively metabolized in the liver to inactive metabolites. It is a potent inducer of CYP450 enzymes and, therefore, may reduce the concentrations of drugs that are substrates of the CYP450.

Table 26: Dosage and Administration of Efavirenz

| Adults | PO 600 mg at bedtime in combination with other antiretroviral agents |
|---|---|
| Children 3 y of age and older. 10 to less than 15 kg | PO 200 mg at bedtime in combination with other antiretroviral agents |
| -15 to less than 20 kg | PO 250 mg at bedtime in combination with other antiretroviral agents |
| -20 to less than 25   kg | PO 300 mg at bedtime in combination with other antiretroviral agents |
| -25 to less than 32.5 kg | PO 350 mg at bedtime in combination with other antiretroviral agents |
| -32.5 to less than 40 kg | PO 400 mg at bedtime in combination with other antiretroviral agents |
| -40 kg or more | PO 600 mg at bedtime in combination with other antiretroviral agents |
| Coadministration with voriconazole in adults | PO When coadministered with voriconazole, increase the voriconazole maintenance dosage to 400 mg every 12 h and decrease the efavirenz dosage to 300 mg once daily, using the capsule formulation. |

The majority of adverse effects are tolerable and are associated with the CNS, including depression, dizziness, insomnia, nervousness, headache, abnormal dreams, and loss of concentration. These complaints usually resolve within a few weeks. Rash is also seen frequently in patients taking this drug. Severe, life-threatening reactions are rare. Efavirenz can be fetotoxic and should be avoided during pregnancy.

**B. Second-generation NNRTIs**

**Etravirine (ETR)**
Etravirine (ETR) [231] is the first second-generation NNRTI indicated for the treatment of HIV-1 infection in combination with other antiretroviral agents. Unlike the other drugs in the class, resistance to other NNRTIs does not seem to confer resistance to etravirine [232].It is indicated for HIV treatment-experienced, multi-drug resistant adult patients who have evidence of ongoing viral replication.It binds directly to reverse transcriptase and blocks RNA- and DNA-dependent DNA polymerase activities by disrupting the enzyme's catalytic site. It is effective and active against several strains of HIV that are resistant to the first-generation NNRTIs. HIV strains with K103N resistance mutation are fully susceptible to etravirine.

**Table 27:** Dosage and Administration of Etravirine (ETR)

| Adults | PO 200 mg twice daily |
|---|---|
| Children 6 y and older At least 16 kg to less than 20 kg | PO 100 mg twice daily |
| At least 20 kg to less than 25 kg | PO 125 mg twice daily |
| At least 25 kg to less than 30 kg | PO 150 mg twice daily |
| At least 30 kg | PO 200 mg twice daily |

Following oral administration, etravirine is distributed extensively in the body tissues. Its bioavailability is increased when taken with a fat rich meal.   Its protein binding is approximately 99.9%, mainly to albumin. It has a half-life of approximately 40 hours and is prescribed twice-daily. Etravirine is extensively metabolized into less active metabolites in the liver. It is a potent inducer of cytochrome P450; therefore, the doses of cytochrome P450 substrates may need to be increased when given with etravirine. It is predominantly eliminated in the feces (around 93%).

Etravirine is tolerated well and does not have the CNS side effects that are seen with efaviren. A rash is the most common side effect. Patients with rare hereditary disorders such as galactose intolerance, glucose-galactose malabsorption or the Lapp lactase deficiency should not take etravirine.

**HIV Protease Inhibitors (PIs)**
These are a class of drugs that are potent inhibitors of HIV protease and are used to treat HIV infection. Some of the protease inhibitors currently being used for management of HIV include saquinavir, indinavir, ritonavir, nelfinavir, and amprenavir [233].

Mechanism of action
HIV protease inhibitors are reversible inhibitors of the HIV aspartyl protease—the viral enzyme responsiblefor the cleavage of the viral polyprotein into several essential enzymes including reverse transcriptase, protease, integrase and many structural proteins.
These drugs have a thousand-fold greater affinity for HIV enzymes than they have for human proteases. This selective affinity is responsible for their selective toxicity. This inhibition prevents maturation of infective virions.

Pharmacokinetics
Absorption of most protease inhibitors (PIs)is poor to moderate when taken orally. This is because of protease inhibitors' extensive binding to plasma proteins (90–99%), partly because of their binding to P-glycoprotein and consequent eflux of the drug [234]. For this reason, effective concentration of PIs is low, especially in the central nervous system [235] and the genital tract [236, 237].

They also have poor oral bioavailability; however, high-fat meals significantly increase the bioavailability of some PIs, such as saquinavir and nelfinavir. Metabolism of PIs is extensive, and its metabolites and inactive products are excreted in the urine. PIs usually do not require dose adjustments in renal impairment.

Adverse effects: Common side effects of protease inhibitors are nausea, vomiting,  diarrhea and parathesias.  Glucose and lipid metabolism can also be impaired resulting in diabetes, hypertriglyceridemia, and hypercholesterolemia. Chronic administration of PIs can cause fat redistribution (lipodystrophy), including loss of fat from the extremities, fat accumulation in the abdomen and the base of the neck (buffalo hump) and breast enlargement.

Drug interactions:

Drug interactions are frequently seen with PIs because they are both substrates and potent inhibitors of CYP isozymes. Amongst all the PIs, ritonavir is the most potent, and saquinavir the least potent inhibitor of CYP isoenzymes. Drugs that depend on the CYP for degradation can therefore cause toxicity.

Concomitant use of simvastatin or lovastatin with protease inhibitors is contraindicated because of risk of rhabdomyolysis.Similarly midazolam or triazolam can cause excessive sedation and fentanyl can cause respiratory depression when coadministered with PIs. Drugs such as rifampin and St. John's wort, inducers of CYP isozymes, are also contraindicated with PIs as they may lower its concentration to suboptimal levels resulting in treatment failure.

Resistance:
Resistance develops because of stepwise mutations of the protease gene. Initial mutations reduce replication rate of the virus, but subsequently the mutations accumulate and virions with high levels of resistance PIs emerges. Resistant strains emerge rapidly when  there is suboptimal concentration of the drug.

**Table 28:** Characteristics of Protease Inhibitors (PIs)

| Generic Name/ Trade Name | Formulation | Dosing Recommendations | Serum/ Half-life and Elimination | Adverse Events |
|---|---|---|---|---|
| **Atazanavir** (ATV)/ Reyataz | 100-, 150-, 200-, 300-mg capsules | • **ARV-naive patients:** 400 mg once daily or (ATV 300 mg + RTV 100 mg) once daily<br>• **With TDF or in ARV-experienced patients:** (ATV 300 mg + RTV 100 mg) once daily<br>• **With EFV in ARV-naïve patients:** (ATV 400 mg + RTV 100 mg) once daily (For recommendations on dosing with H2 antagonists and PPIs, refer to Table 16a)<br>• Take with food | 7 hrs<br><br>CYP3A4 inhibitor and substrate<br><br>Dosage adjustment in patients with hepatic insufficiency recommended | • Indirect hyperbilirubinemia<br>• PR interval prolongation: First degree symptomatic AV block reported. Use with caution in patients with underlying conduction defects or on concomitant medications that can cause PR prolongation.<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia<br>• Nephrolithiasis<br>• Skin rash (20%)<br>• Serum transaminase elevations<br>• Hyperlipidemia (especially with RTV boosting) |
| **Darunavir** (DRV)/ Prezista | 75-, 150-, 300-, 400-, 600-mg tablets | • **ARV-naive patients or ARV-experienced patients with no DRV mutations:** (DRV 800 mg + RTV 100 mg) once daily<br><br>• **ARV-experienced patients with at least one DRV mutation:** (DRV 600 mg + RTV 100 mg) BID<br>**Unboosted DRV is <u>not</u> recommended**<br>Take with food | 15 hrs (when combined with RTV)<br><br>CYP3A4 inhibitor and substrate | • Skin rash (10%): DRV has a sulfonamide moiety; Stevens- Johnson syndrome and erythemamultiforme have been reported.<br>• Hepatotoxicity<br>• Diarrhea, nausea<br>• Headache<br>• Hyperlipidemia<br>• Serum transaminase elevation<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |
| **Fosamprenavir** (FPV)/ Lexiva (prodrug of amprenavir [APV]) | 700-mg tablet 50-mg/mL oral suspension | • **ARV-naive patients**<br><br>FPV 1400 mg BID or (FPV 1400 mg + RTV 100–200 mg) once daily or (FPV 700 mg + RTV 100 mg) BID<br><br>• **PI-experienced patients (once-** | 7.7 hrs (APV)<br><br>APV is a CYP3A4 substrate, inhibitor, and inducer Dosage adjustment in | • Skin rash (12%–19%): FPV has asulfonamide moiety<br>• Diarrhea, nausea, vomiting<br>• Headache<br>• Hyperlipidemia<br>• Serum transaminaseelevation<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased |

| | | **daily dosing not recommended)** FPV 700 mg + RTV 100 mg) BID With EFV:(FPV 700 mg + RTV 100 mg) BID or (FPV 1400 mg + RTV 300 mg) once daily *Tablet*: Take without regardto meals (if not boosted with RTV tablet) *Suspension*: Take withoutfood *FPV with RTV tablet*: Take with meals | patients with hepatic insufficiency recommended | bleeding episodes in patients with hemophilia • Nephrolithiasis |
|---|---|---|---|---|
| **Indinavir (IDV)/ Crixivan** | 100-, 200-, 400-mg capsules | 800 mg every 8 hrs Take 1 hour before or 2 hours after meals; may take with skim milk or low-fat meal **With RTV**: IDV 800 mg + RTV 100–200 mg BID Take without regard to meals | 1.5–2 hrs CYP3A4 inhibitor and substrate Dosageadjustment inpatients with hepatic insufficiency recommended | • Nephrolithiasis • GI intolerance, nausea • Hepatitis • Indirect hyperbilirubinemia • Hyperlipidemia • Headache, asthenia, blurredvision, dizziness, rash, metallic taste, thrombocytopenia, alopecia,and hemolytic anemia • Hyperglycemia • Fat maldistribution • Possible increased bleedingepisodes in patients withhemophilia |
| **Lopinavir + Ritonavir (LPV/r)/ Kaletra** | *Tablets*: (LPV 200 mg + RTV 50 mg) or (LPV 100 mg + RTV 25 mg) *Oral solution*: Each 5 mL contains (LPV 400 mg + RTV 100 mg) Oral solution contains 42% alcohol | LPV/r 400 mg/100 mg BID or LPV/r 800 mg/200 mg once daily. Once-daily dosing is not recommended for patients with ≥3 LPV-associated mutations, pregnant women, or patients receiving EFV, NVP, FPV, NFV, carbamazepine, phenytoin, or phenobarbital. **With EFV or NVP (PI-naïve or PI-experienced** | 5–6 hrs CYP3A4 inhibitor and substrate | • GI intolerance, nausea, vomiting, diarrhea • Pancreatitis • Asthenia • Hyperlipidemia (especially hypertriglyceridemia) • Serum transaminase elevation • Hyperglycemia • Insulin resistance/diabetes mellitus • Fat maldistribution • Possible increased bleeding episodes in patients with hemophilia • PR interval prolongation • QT interval prolongation and torsades de pointes have been reported; however, |

| | | | | |
|---|---|---|---|---|
| | | **patients):**<br>LPV/r 500-mg/125-mg tablets BID (Use acombination of two LPV/r 200-mg/50-mg tablets + one LPV/r 100-mg/25-mgtablet to make a total dose of LPV/r 500 mg/125 mg.)or LPV/r 533-mg/133-mg oral solution BID<br>*Tablet:* Take without regardto meals<br><br>*Oral solution:* Take with food | | causality could not be established. |
| **Nelfinavir (NFV)/ Viracept** | 250-, 625-mg tablets 50-mg/g oral powder | 1250 mg BID or 750 mg TID<br><br>Dissolve tablets in a small amount of water, mix admixture well, and consume immediately.<br><br>Take with food | 3.5–5 hrs<br><br>CYP2C19 and 3A4 substrate—metabolized to active M8 metabolite; CYP 3A4 inhibitor | • Diarrhea<br>• Hyperlipidemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia<br>• Serum transaminase elevation |
| **Ritonavir (RTV)/ Norvir** | 100-mg soft gel capsule 100-mg tablet 80-mg/mL oral solution Oral solution contains 43% alcohol. | • **As pharmacokinetic booster for other PIs:**<br><br>100–400 mg per day in 1–2 divided doses (refer to other PIs for specific dosing recommendations)<br><br>*Tablet:* Take with food<br><br>*Capsule and oral solution:* To improve tolerability, take with food if possible. | 3–5 hrs<br><br>CYP3A4 >2D6 substrate; potent 3A4, 2D6 inhibitor | • GI intolerance, nausea, vomiting, diarrhea<br>• Paresthesias (circumoral and extremities)<br>• Hyperlipidemia (especially hypertriglyceridemia)<br>• Hepatitis<br>• Asthenia<br>• Taste perversion<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |
| **Saquinavir (SQV)/ Invirase** | 500-mg tablet 200-mg hard gel capsule | SQV 1000 mg + RTV 100 mg) BID Unboosted SQV is **not** recommended.<br><br>Take with meals or within 2 hours after a meal. | 1–2 hrs<br><br>CYP3A4 inhibitor and substrate | • GI intolerance, nausea, and diarrhea<br>• Headache<br>• Serum transaminase elevation<br>• Hyperlipidemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients |

| | | | | with hemophilia<br>• PR interval prolongation<br>• QT interval prolongation, torsades de pointes have been reported. Patients with pre-SQV QT interval >450 msec should not receive SQV |
|---|---|---|---|---|
| **Tipranavir** (TPV)/ Aptivus | 250-mg capsule 100-mg/mL oral solution | (TPV 500 mg + RTV 200 mg) BID<br><br>Unboosted TPV is **not**recommended. TPV taken with RTV tablets:Take with meals.<br><br>TPV taken with RTV capsulesor solution:Take without regard to meals. | 6 hrs<br><br>CYP P450 3A4 inducer and substrate<br><br>Net effect when combined with RTV (CYP 3A4, 2D6 inhibitor) | • Hepatotoxicity: Clinical hepatitis (including hepatic decompensation and hepatitisassociated fatalities) has been reported; monitor closely, especially in patients withunderlying liver diseases.<br>• Skin rash (3%–21%): TPV has a sulfonamide moiety; use with caution in patients with known sulfonamide allergy.<br>• Rare cases of fatal and nonfatal intracranial hemorrhages have been reported. Risks include brain lesion, head trauma, recent neurosurgery, coagulopathy, hypertension, alcoholism, use of anti-coagulant or antiplatelet agents including vitamin E.<br>• Hyperlipidemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |

**Key to Abbreviations:** APV = amprenavir, ARV = antiretroviral, ATV = atazanavir, AV = atrioventricular, BID = twice daily, CYP = cytochrome P,
DRV = darunavir, EFV = efavirenz, FPV = fosamprenavir, GI = gastrointestinal, IDV = indinavir, LPV = lopinavir, LPV/r = lopinavir + ritonavir,
msec = millisecond, NFV = nelfinavir, NVP = nevirapine, PI = protease inhibitor, PPI = proton pump inhibitor, RTV = ritonavir, SQV = saquinavir,
TDF = tenofovir disoproxil fumarate, TID = three times a day, TPV = tipranavir

## Ritonavir (RTV)

Ritonavir (Norvir) is used as a "booster" of other protease inhibitors in the treatment of an HIV infection. It is prescribed in combination with other antiretroviral medications.It is a potent inhibitor of CYP3A [238], and increases the bioavailability of the second protease inhibitor, allowinglonger dosing intervals [239]. The higher concentration of the "boosted" protease inhibitors also prevents the development of resistance. The drug is eliminated through metabolism and biliary excretion. It has a half-life of 3-5 hours. It interacts with several drugs

because it is a potent inhibitor of CYP450 isozymes.Common adverse effects of ritonavir include nausea, vomiting, diarrhea, headache, and circumoral paresthesias.

**Dosage and Administration**

**Adults**: 600 mg twice daily orally to be taken with meals.

**Table 29:**Pediatric Dosage Guidelines

| Body Surface Area (m$^2$) | Twice Daily Dose 250 mg per m$^2$ | Twice Daily Dose 300 mg per m$^2$ | Twice Daily Dose 350 mg per m$^2$ | Twice Daily Dose 400 mg per m$^2$ |
|---|---|---|---|---|
| 0.20 | 0.6 mL (50 mg) | 0.75 mL (60 mg) | 0.9 mL (70 mg) | 1.0 mL (80 mg) |
| 0.25 | 0.8 mL (62.5 mg) | 0.9 mL (75 mg) | 1.1 mL (87.5 mg) | 1.25 mL (100mg) |
| 0.50 | 1.6 mL (125 mg) | 1.9 mL (150 mg) | 2.2 mL (175 mg) | 2.5 mL (200 mg) |
| 0.75 | 2.3 mL (187.5 mg) | 2.8 mL (225 mg) | 3.3 mL (262.5mg) | 3.75 mL (300mg) |
| 1.00 | 3.1 mL (250 mg) | 3.75 mL (300 mg) | 4.4 mL (350 mg) | 5 mL (400 mg) |
| 1.25 | 3.9 mL (312.5 mg) | 4.7 mL (375 mg) | 5.5 mL (437.5mg) | 6.25 mL(500mg) |
| 1.50 | 4.7 mL (375 mg) | 5.6 mL (450 mg) | 6.6 mL (525 mg) | 7.5 mL (600 mg) |

**Saquinavir (SQV)**

**Saquinavir,** aprotease inhibitor, is an antiretroviral drug used in HIV therapy. It is always given along with a low dose of ritonavir to maximize saquinavir bioavailability.There are two formulations of this drug:

- Invirase is a hard-gel capsule formulation of the mesylate, prescribed in combination with ritonavir to increase the saquinavir bioavailability.
- Fortovase (trade name**),** a soft-gel capsule formulation of saquinavir (microemulsion) [24] orally-administered formulation.

In 2006, the sale of Fortovase was discontinued in the US in favour of Invirase boosted with ritonavir [241].

Dosage and Administration

**Adults and Children** (16 y of age and older): PO 1,000 mg twice daily with ritonavir 100 mg twice daily.

High-fat meals enhance absorption. Saquinavir is eliminated mainly by metabolism, followed by biliary excretion. Its half-life is approximately 7-12 hours. Drugs such as rifampin, rifabutin, nevirapine, efavirenz, etc enhance the metabolism of saquinavir and should be avoided if possible. Headache, fatigue, diarrhea, nausea are the most common adverse effects of this drug. Unlike other protease inhibitors, omeprazole increases the absorption of saquinavir [242].

**Indinavir(IDV)**

Indinavir (Crixivan), a protease inhibitor, is used for treatment of HIV infection. It inhibits HIV protease resulting in the formation of immature noninfectious virions. Indinavir is well absorbed orally. Amongst all the protease inhibitors, it is the least protein-bound (60%) and has the shortest half-life of around 1.8 hours. It requires acidic gastric conditions for optimum absorption. Absorption is decreased when the drug is taken with meals. Another protease

inhibitor, ritonavir, overcomes this problem and also permits twice-a-day dosing. It is metabolized predominantly in the liver; therefore, the dosage should be reduced in patients with liver impairment.

Dosage and Administration

**Adults**: PO 800 mg (usually two 400 mg capsules) every 8 hours.

Dosage Adjustment in Hepatic Insufficiency: Adults mild to moderate hepatic insufficiency caused by cirrhosis PO 600 mg every 8 hours.

| Concomitant Therapy | Dose |
|---|---|
| Delavirdine | Reduce indinavir to 600 mg every 8 h when administering delavirdine 400 mg 3 times a day. |
| Didanosine | Coadministration should be at least 1 hour apart on an empty stomach. |
| Itraconazole | Reduce indinavir to 600 mg every 8 h when coadministered with itraconazole 200 mg twice daily. |
| Ketoconazole | Dosage reduction of indinavir to 600 mg every 8 h is recommended when coadministering ketoconazole. |
| Rifabutin | Reduce rifabutin to half the standard dose and increase dosage of indinavir to 1,000 mg every 8 h when rifabutin and indinavir are coadministered. |

Indinavir is well tolerated. Common adverse effects include mild gastrointestinal symptoms and headache. Indinavir can cause kidney stones (nephrolithiasis) and elevated levels of bilirubin in the blood (hyperbilirubinemia). Adequate hydration (1.5 L) of water per day should be recommended to the patient to reduce nephrolithiasis. Lipodystrophy or fat redistribution is a troublesome adverse effect of this drug.

**Nelfinavir (NFV)**

Nelfinavir is a non-peptide protease inhibitor that is used in the treatment of HIV infection in combination with other antiretroviral drug. Its brand name is Viracept. Nelfinavir inhibits HIV proteases, which then leads to the formation of non-functional proteins in the HIV-infected cells. It is well absorbed and usually given with food. It undergoes metabolism in the liver by multiple CYP isozymes. Isozyme CYP2C19, a major metabolite of nelfinavir, has an antiviral activity similar to that of the parent compound, but it achieves plasma concentrations at only 40 % of those of the nelfinavir. Nefinavir is the only protease inhibitor that cannot be boosted by ritonavir as it is not extensively metabolized by the enzyme CYP3A. Its protein binding is more than 98% and half-life is approximately 5 hours.

Dosage and Administration

**Adults and Children** (13 y and older):  PO 1,250 mg twice daily or 750 mg 3 times daily in combination with other antiretroviral agents (max, 2,500 mg/day).

**Children** (2 to 12 y of age):  PO 45 to 55 mg/kg twice daily or 25 to 35 mg/kg 3 times daily in combination with other antiretroviral agents (max, 2,500 mg/day).

The most common side effect of this drug is diarrhea and can be managed with loperamide. Other adverse effects include nausea, flatulence and rash. Like other PIs, nelfinavir can inhibit the metabolism of other drugs that can necessitate alterations of dosage or discontinuation of the drug.

**Fosamprenavir (fAPV)**

Fosamprenavir, a prodrug of amprenavir, inhibits HIV-1 protease resulting in production of non-functional virions in HIV-infected patients. Following oral absorption, it is metabolized to amprenavir. It is approximately 90% protein bound, mainly to alpha-1 acid glycoprotein. Its half life is around 8 hours that allows twice-a-day dosing. Ritonavir, a booster for fosamprenavir, increases the plasma levels of amprenavir and reduces the total daily dose.

**Table 30:** Dosage and Administration

| | |
|---|---|
| **Therapy-naive patients**<br>Adults | PO 1,400 mg twice daily without ritonavir; 1,400 mg plus ritonavir 200 mg once daily; 1,400 mg once daily plus ritonavir 100 mg once daily; or 700 mg twice daily plus ritonavir 100 mg twice daily.<br>PO 30 mg/kg of oral suspension twice daily (max, 1,400 mg twice daily). |
| Children<br>2 to 5 yr of age | 30 mg/kg of oral suspension twice daily (max, 1,400 mg twice daily) or 18 mg/kg of oral suspension plus ritonavir 3 mg/kg twice daily (max, fosamprenavir 700 mg twice daily plus ritonavir 100 mg twice daily). |
| 6 yr of age and older | When administered without ritonavir, the adult regimen of fosamprenavir 1,400 mg twice daily may be used for children weighing at least 47 kg. When administered with ritonavir, fosamprenavir tablets may be used for children weighing at least 39 kg; ritonavir capsules may be used for children weighing at least 33 kg. |
| **Protease** Inhibitor–Experienced Patients<br>Adults | PO 700 mg twice daily plus ritonavir 100 mg twice daily. Once-daily administration of fosamprenavir plus ritonavir is not recommended in protease inhibitor–experienced patients |
| **Therapy-Experienced Patients**<br>Children 6 yr of age and older | PO 18 mg/kg of oral suspension plus ritonavir 3 mg/kg twice daily (max, fosamprenavir 700 mg twice daily plus ritonavir 100 mg twice daily). When administered with ritonavir, fosamprenavir tablets may be used for children weighing at least 39 kg; ritonavir capsules may be used for children weighing at least 33 kg. |
| Mild hepatic function impairment (Child-Pugh score 5 to 6) | Reduce dosage to 700 mg twice daily without ritonavir (therapy-naive) or 700 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |
| Moderate hepatic function impairment (Child-Pugh score 7 to 9) | Reduce dosage to 700 mg twice daily (therapy-naive) without ritonavir (therapy-naive) or 450 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |
| Severe hepatic function impairment (Child-Pugh score 10 to 15) | Reduce dosage to 350 mg twice daily without ritonavir (therapy-naive) or 300 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |

Common side effects of fosamprenavir include nausea, vomiting, diarrhea, headache, fatigue and paresthesias. Like other members of the protease inhibitors, fosamprenavir can inhibit the

metabolism of a number of other drugs necessitating alterations of drug dosage or the prohibition of combined use.

## Lopinavir (LPVr)

Lopinavir, a second generation peptidomimetic protease inhibitor used in combination with ritonavir for the treatment of HIV infection. It is usually prescribed to treatment naïve patients. Currently, a fixed dose combination of lopinavir and ritonavir (Trade name Kaletra) is the preferred protease inhibitors for an initial antiretroviral regimen. It has very poor intrinsic bioavailability, which is significantly increased by a low dose of ritonavir. Lopinavir is highly bound to plasma proteins (98–99%) [243]. Most common side effects of lopinavir include gastrointestinal disturbances and hypertriglyceridemia. Oral solutions of this drug contain alcohol, and, therefore, can cause unpleasant reactions when taken concurrently with metronidazole or disulfiram.

## Atazanavir (ATV)

Atazanavir is the preferred protease inhibitor that is used to treat HIV infection. Like other PIs, it also inhibits HIV protease, but is structurally different from other HIV protease inhibitors. New studies have observed that it can stem the growth of brain tumor cells in culture [244].Atazanavir (ATV) and ritonavir-boosted atazanavir (ATV/RTV) are beneficial in treatment-naive and treatment-experienced individuals [245-248].

Atazanavir is well absorbed orally. Its bioavailability increases when taken with food. Atazanavir is highly protein bound (86 %). It is predominantly metabolized by the liver where it undergoes extensive CYP3A4-catalyzed biotransformation. It is excreted mainly in bile. Its mean half-life is around 7 hours and is prescribed once a day.

**Table 31:** Dosage and Administration of Atazanavir (ATV)

| Therapy-Naive Adults | PO Atazanavir 300 mg with ritonavir 100 mg once daily. The recommended dosage for atazanavir is 400 mg once daily for patients who are unable to tolerate ritonavir. |
|---|---|
| **Concomitant Therapy** | |
| Didanosine | Atazanavir should be given 2 h before or 1 h after buffered or enteric-coated didanosine. |

**Table 32 (con't):** Dosage and Administration of Atazanavir (ATV)

| | |
|---|---|
| **Efavirenz** | If atazanavir is combined with efavirenz, administer atazanavir 400 mg with ritonavir 100 mg once daily with food, and administer efavirenz on an empty stomach, preferably at bedtime. |
| **H$_2$-receptor antagonist** | Do not exceed a dosage comparable with famotidine 40 mg twice daily. Atazanavir 300 mg and ritonavir 100 mg should be given simultaneously with, and/or at least 10 h after, the dose of the H$_2$-receptor antagonist. For patients unable to tolerate ritonavir, administer atazanavir 400 mg once daily at least 2 h before and at least 10 h after the H$_2$-receptor antagonist. For these patients, no single dose of H$_2$-receptor antagonist should exceed a dose comparable with famotidine 20 mg, and the total daily dose should not exceed a dose comparable with famotidine 40 mg |
| **Tenofovir** | Atazanavir 300 mg with ritonavir 100 mg once daily with tenofovir. |
| **Proton pump inhibitors** | Do not exceed a dose comparable with omeprazole 20 mg; must be taken approximately 12 h prior to the atazanavir 300 mg and ritonavir 100 mg dose. |
| **Therapy-Experienced Adults** | |
| PO Atazanavir 300 mg with ritonavir 100 mg once daily. Atazanavir without ritonavir is not recommended for treatment-experienced patients with prior virologic failure. | |
| **Concomitant therapy** | |
| **Efavirenz/Proton pump inhibitors** | Do not coadminister atazanavir with efavirenz or proton pump inhibitors (PPIs) in treatment-experienced patients. |
| **Didanosine** | Atazanavir should be given 2 h before or 1 h after buffered or enteric-coated didanosine. |
| **H$_2$-receptor antagonist** | Whenever an H$_2$-receptor antagonist is given to a patient receiving atazanavir with ritonavir, the H$_2$-receptor antagonist dose should not exceed a dosage comparable with famotidine 20 mg twice daily, and the atazanavir and ritonavir doses should be given simultaneously with, and/or at least 10 h after, the dose of H$_2$-receptor antagonist. If taken with an H$_2$-receptor antagonist, administer atazanavir 300 mg with ritonavir 100 mg once daily. If taken with an H$_2$-receptor antagonist and tenofovir, administer atazanavir 400 mg with ritonavir 100 mg once daily. |

**Table 33 (con't):** Dosage and Administration of Atazanavir (ATV)

| Therapy-Naive Children | |
|---|---|
| **13 y and older weighing at least 40 kg** | PO Atazanavir 400 mg, without ritonavir, once daily (max, atazanavir 400 mg once daily). For patients receiving concomitant tenofovir, H$_2$-receptor antagonists, or PPIs, atazanavir should not be administered with ritonavir. |
| **Therapy-Naive and Therapy-Experienced Children** | |
| **6 to younger than 18 y treated with ritonavir. Weight 15 to less than 20 kg.** | PO Administer atazanavir 150 mg with ritonavir 100 mg once daily. |
| **Weight 20 to less than 40 kg** | PO Administer atazanavir 200 mg with ritonavir 100 mg once daily. |
| **Weight at least 40 kg** | PO Administer atazanavir 300 mg with ritonavir 100 mg once daily (max, atazanavir 300 mg/ritonavir 100 mg). |
| **Pregnancy** | PO Atazanavir 300 mg once daily plus ritonavir 100 mg once daily. |
| **Concomitant therapy in Pregnancy** | For treatment-experienced pregnant women during the second or third trimester, atazanavir 400 mg with ritonavir 100 mg once daily is recommended when atazanavir is coadministered with an H$_2$-receptor antagonist or tenofovir. |
| **Renal Function Impairment** | PO Treatment-naive patients with ESRD managed with hemodialysis should receive atazanavir 300 mg with ritonavir 100 mg. Do not administer atazanavir to HIV treatment–experienced patients with ESRD managed with hemodialysis. |
| **Hepatic Function Impairment** | PO Atazanavir with ritonavir is not recommended in patients with hepatic impairment. Consider a dosage reduction to 300 mg/day in patients with moderate hepatic impairment. Do not use in patients with severe hepatic impairment. |

Atazanavir can cause hyperbilirubinemia and jaundice as it is a competitive inhibitor of glucuronyl transferase. It can also cause bradycardia and prolongs the PR interval.

Similar to other PIs, atazanavir is a potent inhibitor of CYP3A4 and is responsible for many drug interactions. Unboosted atazanavir is contraindicated with the use of proton-pump inhibitors, and must be given 1 hour after taking antacids and around 10 hours after taking H2-blockers.

**Tipranavir (TPV)**

Tipranavir is a novel protease inhibitor that inhibits HIV protease in HIV- and HIV-2 that are resistant to the other protease inhibitors [249]. Tipranavir resistance develops gradually and encompasses many specific protease gene mutations [250]. It is effective against majority of HIV viral isolates with PI resistance [251-255].

Dosage and Administration
**Adults**: PO 500 mg (two 250 mg capsules or 5 mL oral solution), coadministered with ritonavir 200 mg, twice daily.
**Children** 2 to 18 yr of age: 14 mg/kg with ritonavir 6 mg/kg (or 375 mg/m$^2$ with ritonavir 150 mg/m$^2$) twice daily (max, tipranavir 500 mg with ritonavir 200 mg twice daily). In case toxicity or intolerance occurs, lower the dose to tipranavir 12 mg/kg with ritonavir 5 mg/kg (or tipranavir 290 mg/m$^2$ with ritonavir 115 mg/m$^2$) twice daily, provided their virus is not resistant to multiple protease inhibitors.

Tipranavir is well absorbed when administered with meals. It is more than 99.9% protein bound. It has a mean half-life of 6 hours, and, therefore, it must be given twice daily in combination with ritonavir. Tipranavir has unique properties both as a CYP450 inducer and a substrate that is distinctive from the other PIs. U.S. FDA has issued black box warnings for fatal and nonfatal intracranial hemorrhages, severe and fatal hepatitis.
Some common side effects of this drug include intracranial hemorrhage, diabetes mellitus and hepatitis [256]. The drug also causes elevated total cholesterol and triglycerides levels.

**Darunavir (DRV)**
Darunavir (Trade Name Prezista) is the most recently approved protease inhibitor prescribed for the treatment of HIV infection. It is effective against several types of HIV-1 strains, including wild-type virus and f multidrug-resistant (MDR) strains [257-262].
Darunavir is FDA-approved for both initial therapy in naive HIV-infected patients as well as the treatment of experienced patients with HIV resistance to other PIs.

**Table 34:**Dosage and Administration of Darunavir

| AdultDose | |
|---|---|
| **HIV Infection Treatment-naive** | PO Darunavir 800 mg with ritonavir 100 mg once daily with food. |
| **Treatment-experienced** | Genotypic testing is recommended. PO darunavir 800 mg with ritonavir 100 mg once daily with food in patients with no darunavir resistance-associated substitutions or darunavir 600 mg with ritonavir 100 mg twice daily with food in patients with 1 or more darunavir resistance-associated substitutions. If genotypic testing is not feasible, darunavir 600 mg with ritonavir 100 mg twice daily is recommended. |

| Children 3 to younger than 18 years (Weight) | |
|---|---|
| **10 kg-< 11 kg** | PO Darunavir 200 mg with ritonavir 32 mg twice daily with food |
| **11 kg - < 12 kg** | PO Darunavir 220 mg with ritonavir 32 mg twice daily with food. |
| **12 kg - < 13 kg** | PO Darunavir 240 mg with ritonavir 40 mg twice daily with food |
| **13 kg - < 14 kg** | PO Darunavir 260 mg with ritonavir 40 mg twice daily with food |
| **14 kg - < 15 kg** | PO Darunavir 280 mg with ritonavir 48 mg twice daily with food |
| **15 kg - < 30 kg** | PO Darunavir 375 mg (if using darunavir oral suspension, round off dose to 380 mg) with ritonavir 50 mg twice daily with food. |
| **30 kg - < 40 kg** | PO Darunavir 450 mg (if using darunavir oral suspension, round off dose to 460 mg) with ritonavir 60 mg twice daily with food |
| **40 kg or more** | PO Darunavir 600 mg with ritonavir 100 mg twice daily with food |

Darunavir should be given with food to increase absorption. Its terminal elimination half-life is 15 hours when combined with ritonavir. Its protein binding is approximately 95%. It is extensively metabolized in the liver by the CYP3A enzymes. The side effects are similar to those of the other PIs.

## ENTRY INHIBITORS

**Enfuvirtide** (Fuzeon (Roche)
Enfuvirtide (INN), a fusion inhibitor, is used in combination therapy for the treatment of HIV-1 infection. HIV enters the host cell by fusing its membrane with that of the host cell. Enfuvirtide, a 36-amino-acid peptide, effectively blocks the fusion of viral and target cell membranes and prevents new infections of cells by HIV-1 [263]. It is also highly effective in highly treatment-experienced patients [264].

Enfuvirtide, in combination with other antiretroviral agents, is FDA approved for management of treatment-experienced patients with evidence of viral replication despite ongoing antiretroviral drug therapy. Resistance to this drug can develop in patients, but can be reversed upon its discontinuation [265, 266]. Enfuvirtide is a peptide, and, therefore, must be administered subcutaneously. It must be reconstituted prior to administration. The volume of distribution of this agent is small, approximately 5.5 l, and the absolute bioavailability is approximately 85% [264, 267, 268].

Dosage and Administration
**Adults:** Subcutaneous 90 mg twice daily.
**Children** 6 yr of age and older: Subcutaneous 2 mg/kg twice daily (max, 90 mg twice daily).

The majority of the side effects are related to the injection, including pain, induration, erythema, and nodules, which occur in virtually all patients. It is an expensive medication.

**Table 35:** Characteristics of the Fusion Inhibitor, Enfuvirtide

| Generic Name/ Trade Name | Formulation | Dosing Recommendation | Serum/ Half-life & Elimination | Adverse Events |
|---|---|---|---|---|
| Enfuvirtide (T20)/ Fuzeon | Injectable:supplied aslyophilizedpowder. Each vial contains 108 mg of T20; reconstitute with 1.1mL of sterile water forinjection for delivery of approximately90 mg/1 mL. | 90 mg (1mL) Sub-cutaneously BID | 3.8 hrs undergoes catabolism to its constituent amino acids, with subsequent recycling of the amino acids in the body pool | • Local injection site reactions (pain, erythema, induration,nodules and cysts, pruritus, ecchymosis) in almost 100% ofpatients<br>• Increased incidence of bacterial pneumonia<br>• HSR (<1% of patients)<br>• Symptoms may include rash, fever, nausea, vomiting, chills, rigors, hypotension, or elevated serum transaminases.<br>• Rechallenge is notrecommended. |

**Key to Abbreviations:** BID = twice daily, HSR = hypersensitivity reaction, T20 = enfuvirtide

## CCR5 INHIBITORS

**Maraviroc**
Maraviroc is the second entry inhibitor. Maraviroc blocks the CCR5 co-receptor that together with gp41 assists HIV entry into the cell. This prevents HIV's entry into human macrophages and T-cells [269].It is important to perform an HIV tropism test such as a trofile assay to determine if the drug will be effective because HIV can also use other coreceptors to make an entry into the host's cells [270]. Maraviroc is effective against the R5 virus that also uses CCR5.Maraviroc  is well absorbed orally, and has peak drug concentrations between 30 minutes and 4 hours after administration [271]. Its bioavailability is approximately 33% and is widely distributed in the body [271, 272]. Terminal half-life is 14-18 hours. Maraviroc is extensively metabolized by CYP450 liver enzymes, and the dose must be increased in patients receiving the NNRTIs and reduced when given with majority of PIs.

Dosage and Administration

Concomitant Enfuvirtide, Nevirapine, All Nucleoside Reverse Transcriptase Inhibitors (NTRIs), Raltegravir, Tipranavir/Ritonavir
**Adults and Adolescents** 16 y of age and older: PO 300 mg twice daily.

Concomitant Potent CYP3A Inhibitors (Clarithromycin, Delavirdine, Itraconazole, Ketoconazole, Nefazodone, Protease Inhibitors [Except Tipranavir/Ritonavir], Telithromycin) With or Without a CYP3A Inducer
**Adults and Adolescents** 16 y of age and older: PO 150 mg twice daily.

Concomitant Potent CYP3A Inducers Without a Strong CYP3A Inhibitor (Carbamazepine, Efavirenz, Etravirine, Phenobarbital, Phenytoin, Rifampin)
**Adults and Adolescents** 16 y of age and older: PO 600 mg twice daily.

**Renal Function Impairment**
Concomitant Enfuvirtide, Nevirapine, NRTIs, Raltegravir, Tipranavir/Ritonavir can induce severe renal impairment (CrCl less than 30 mL/min) and ESRD on hemodialysis.
Reduce dosage to 150 mg twice daily if there are any symptoms of postural hypotension.

Concomitant Potent CYP3A Inhibitors (Clarithromycin, Delavirdine, Itraconazole, Ketoconazole, Nefazodone, Protease Inhibitors [Except Tipranavir/Ritonavir], Telithromycin): with or without CYP3A inducer can inducesevere renal impairment (Creatinine Clearance less than 30 mL/min) and ESRD on hemodialysis:**Contraindicated**.

Concomitant Potent CYP3A Inducers (Carbamazepine, Efavirenz, Etravirine, Phenobarbital, Phenytoin, Rifampin) without a Strong CYP3A Inhibitor can inducesevere renal impairment (CrCl less than 30 mL/min) and ESRD on hemodialysis: **Contraindicated**.

Common adverse effects include upper respiratory infections, cough, fever, dizziness, sleep disturbances, loss of appetite, etc.

**Table 36**:Characteristics of Maraviroc, a CCR5 Antagonist

| Generic Trade Name | Formu-lation | Dosing Recommendation | Serum/ Half-life Elimination | Adverse Events |
|---|---|---|---|---|
| Maraviroc (MVC)/ Selzentry | 150-, 300-mg tablets | • **150 mg BID** when given with drugs that are strong CYP3Ainhibitors (with or without CYP3Ainducers) including PIs (except TPV/r)<br>• **300 mg BID** when given withNRTIs, T20, TPV/r, NVP, RAL, andother drugs that are not strong CYP3A inhibitors or inducers<br>• **600 mg BID** when given with drugs that are CYP3A inducers,<br>• including EFV, ETR, etc. (without a<br>• CYP3A inhibitor)<br>Take without regard to meals | 14–18 hrs<br><br>CYP3A4 substrate | • Abdominal pain<br>• Cough<br>• Dizziness<br>• Musculoskeletal symptoms<br>• Pyrexia<br>• Rash<br>• Upper respiratory tract infections<br>• Hepatotoxicity which may be preceded by severe rash or other signs of systemic allergic reactions<br>• Orthostatic hypotension especially in patients with severe renal insufficiency |

**Key to Abbreviations:** BID = twice daily

**INTEGRASE INHIBITOR**

Raltegravir (MK-0518, Isentress)

Raltegravir is the first FDA approved new class of antiretroviral drugs known as integrase inhibitors [273]. Raltegravir specifically inhibits integrase, an HIV enzyme that integrates strand transfer of the viral DNA into host cell DNA. Raltegravir is rapidly absorbed with a bioavailability of at least 32%. Raltegravir has a half-life of approximately 9 hours. Twice daily dosing achieves pharmacokinetic steady state within the initial 2 days of dosing [274-276]. It is approximately 83% bound to human plasma proteins. The drug is metabolized through UGT1A1-mediated glucuronidation [277] and, therefore, there are no drug interactions with CYP450 inducers, inhibitors, or substrates.

**Table 37:** Dosage and Administration of the chewable Tablet for Children (2-12yo)

| Weight(Kg) | Dose (PO) |
|---|---|
| 10-13 | 75 mg twice daily |
| 14-19 | 100 mg twice daily |
| 20-27 | 150 mg twice daily |
| 28-39 | 200 mg twice daily |
| 40 or more | 300 mg twice daily (max, 600 mg/day) |

Coadministration with rifampin in adults**:** PO 800 mg twice daily.


Film-Coated Tablet
**Adults and children** 6 y and older with weight 25 kg or more: PO 400 mg twice daily.
**Adults and children** 6 y and older with weight 24 kg or less**:** PO use the chewable tablet.


Raltegravir is well tolerated.  Common adverse effects of this agent include diarrhea, nausea, upper respiratory infection, headache, dizziness, nasopharyngitis, and insomnia. Other more serious adverse events include elevated creatine kinase with muscle pain, rhabdomyolysis and depression with suicidal ideation. Raltegravir, in combination with other antiretroviral agents, is FDA approved for both initial therapies of both treatment-naive patients as well as treatment-experienced patients with evidence of viral replication despite ongoing antiretroviral drug therapy.

**Table 38:** Characteristics of Integrase Inhibitors

| Generic/ Trade Name | Formulation | Dosing Recommendation | Serum/ Half-life | Route of Metabolism | Adverse Events |
|---|---|---|---|---|---|
| Raltegravir (RAL)/ Isentress | 400-mg tablet<br><br>25-, 100-mg chewable tablets | 400 mg BID<br><br>**With rifampin:** 800 mg BID Take without regard to meals. | ~9 hrs | UGT1A1-mediated glucuronidation | • Rash, including Stevens-Johnson syndrome, HSR, and toxic epidermal necrolysis (TEN)<br>• Nausea<br>• Headache<br>• Diarrhea<br>• Pyrexia<br>• CPK elevation, muscle weakness, and rhabdomyolysis |

**Key to Abbreviations:** BID = twice daily, CPK = creatine phosphokinase, HSR = hypersensitivity reaction, RAL = raltegravir, UGT = uridine diphosphate gluconyltransferase

**Table 39:** Antiretroviral Dosing Recommendations in Patients with Renal or Hepatic Insufficiency

| Antiretroviral Generic Name/ Trade Name | Usual Daily Dose | Dosing in Renal Insufficiency (Including with chronic ambulatory peritoneal dialysis and hemodialysis) | Dosing in Hepatic Impairment |
|---|---|---|---|
| **Nucleoside Reverse Transcriptase Inhibitors** | | | |
| Use of fixed-dose combination NRTI (+/- NNRTI) of Atripla, Combivir, Complera, Trizivir, or Epzicom is not recommended in patients with CrCl <50 mL/min. Use of Truvada is not recommended in patients with CrCl <30 mL/min. | | | |
| Abacavir (ABC)/ Ziagen | 300 mg PO BID | No dosage adjustment necessary | **Child-Pugh Score Dose**<br>5–6: 200 mg. BID (use oral solution)<br><br>>6   contraindicated |
| Didanosine EC(ddI)/ Videx EC | **Body weight ≥60 kg:** 400 mg PO once daily<br><br>**Body weight <60 kg:** 250 mg PO once daily | **Creat.Clearance≥ 60mL/min**<br>≥60kg:400mg, once daily<br>≤60kg:250 mg, once daily<br>**Creat.Clearance 30-59mL/min**<br>≥60kg:200mg, once daily<br>≤60kg:125 mg, once daily<br>**Creat.Clearance 10-29mL/min**<br>≥60kg:125mg, once daily<br>≤60kg:125 mg, once daily<br>**Creat.Clearance<10mL/min**<br>≥60kg:125mg, once daily<br>≤60kg: Use alternative | No dosage adjustment necessary |
| Didanosine oralsolution (ddI)/Videx | **Body weight ≥60 kg:** 200 mg PO BID or 400 mg PO once daily<br><br>**Body weight <60 kg:** 250 mg PO once daily or125 mg PO BID | **Creat.Clearance≥ 60mL/min**<br>≥60kg:200mg, once daily<br>≤60kg:150 mg, once daily<br>**Creat.Clearance 30-59mL/min**<br>≥60kg:150mg, once daily<br>≤60kg:100 mg, once daily<br>**Creat.Clearance 10-29mL/min**<br>≥60kg:100mg, once daily<br>≤60kg:75mg, once daily<br>**Creat.Clearance<10mL/min**<br>Not recommended | No dosage adjustment necessary |
| Emtricitabine (FTC)/ Emtriva | 200-mg oral capsule once daily;<br>or<br>240-mg (24-mL) oral solution once daily | **Capsule**<br>**Creat.Clearance≥ 60mL/min**<br> 200 mg once daily<br>**Creat.Clearance 30-59mL/min**<br> 200 mg every 48 hours<br>**Creat.Clearance 10-29mL/min**<br> 200 mg every 72 hours<br>**Creat.Clearance 10-29mL/min (or hemodialysis)**<br> 200 mg every 96 hours | No dosage recommendation |

| | | | |
|---|---|---|---|
| | | **Oral Solution**<br>**Creat.Clearance≥ 60mL/min**<br>240mg every 24 hours(24 mL)<br>**Creat.Clearance 30-59mL/min**<br>120mg every 24 hours(12 mL)<br>**Creat.Clearance 10-29mL/min**<br>80mg every 24 hours(8 mL)<br>**Creat.Clearance 10-29mL/min**<br>**(or hemodialysis)**<br>60mg every 24 hours(6 mL) | |
| **Lamivudine (3TC)/ Epivir** | 300 mg PO once daily;<br>or<br>150 mg PO BID | **Creat.Clearance≥ 50mL/min**<br>**No changes**<br>**Creat.Clearance 30-49mL/min**<br>150 mg PO once daily<br>**Creat.Clearance 15-29mL/min**<br>150mg PO,1day, then 100mg POdaily.<br>**Creat.Clearance 5-14mL/min**<br>150mg PO,1day, then 50mg PO daily.<br>**Creat.Clearance <5mL/min**<br>50mg PO,1day, then 25mg PO daily | No dosage adjustment necessary |
| **Stavudine (d4T)/ Zerit** | **Body weight ≥60 kg:**<br>40 mg PO BID<br><br>**Body weight <60 kg:**<br>30 mg PO BID | **Creat.Clearance≥ 50mL/min**<br>**No changes**<br>**Creat.Clearance 26-49mL/min**<br>>60 kg: 20 mg every 12h.<br><60 kg: 15 mg every 12h<br>**Creat.Clearance 10-25mL/min**<br>>60 kg: 20 mg every 24h.<br><60 kg: 15 mg every 24h<br>**Creat.Clearance <10 not on hemodialysis:** Insufficient data | No dosage recommendation |
| **Tenofovir (TDF)/ Viread** | 300 mg PO once daily | **Creat.Clearance≥ 50mL/min**<br>**No changes**<br>**Creat.Clearance 30-49mL/min**<br>300 mg every 48 hours<br>**Creat.Clearance 10-29mL/min**<br>300 mg twice weekly<br>**Creat.Clearance <10 not on hemodialysis:** No recommendation | No dosage adjustment necessary |
| **Emtricitabine (FTC)+Tenofovir (TDF)/ Truvada** | 1 tablet PO once daily | **Creat.Clearance≥ 50mL/min**<br>**No changes**<br>**Creat.Clearance 30-49mL/min**<br>1 tablet every 48 hours<br>**Creat.Clearance <30mL/min**<br>Not recommended | No dosage recommendation |

| | | | |
|---|---|---|---|
| **Zidovudine (AZT, ZDV)/ Retrovir** | 300 mg PO BID | **Creat.Clearance≥ 15mL/min**<br> **No changes**<br> **Creat.Clearance<15mL/min**<br> 1 mg/kg every 6 to 8 hours | No dosage recommendation |
| **Non-Nucleoside Reverse Transcriptase Inhibitors** | | | |
| **Delavirdine (DLV)/ Rescriptor** | 400 mg PO TID | No dosage adjustment necessary | No dosage recommendation; use with caution in patients with hepatic impairment. |
| **Efavirenz (EFV)/ Sustiva** | 600 mg PO once daily at or before bedtime | No dosage adjustment necessary | No dosage recommendation; use with caution in patients with hepaticimpairment. |
| **Efavirenz (EFV)+ Tenofovir (TDF)+ Emtricitabine (FTC) Atripla** | 1 tablet PO once daily | Not recommend ed for use in patients with CrCl <50 mL/min. Instead use individual drug components of the fixed-dose combination and adjust TDF and FTC doses based onCreatClearence level. | No dosage recommendation; use with caution in patients with hepaticimpairment. |
| **Etravirine (ETR)/ Intelence** | 200 mg PO BID | No dosage adjustment necessary | Child-Pugh Class A or B: no dosage adjustment<br> Child-Pugh Class C: no dosage recommendation |
| **Nevirapine (NVP)/ Viramune or Viramune XR** | 200 mg PO BID or 400 mg PO once daily (using Viramune XR formulation) | **Patients on HD**: limited data; no dosagerecommendation | **Child-Pugh Class A**: no dosage adjustment<br> **Child-Pugh Class B or C**: contraindicated |
| **Rilpivirine (RPV)/ Edurant** | 25 mg PO once daily | No dosage adjustment necessary | **Child-Pugh Class A or B**: no dosage adjustment<br> **Child-Pugh Class C**: no dosage recommendation |
| **Rilpivirine (RPV)+ Tenofovir (TDF)+ Emtricitabine (FTC)/ Complera** | 1 tablet PO once daily | Not recommended for use in patients with CrCl <50 mL/min. Instead use individual drug components of the fixed-dose combination and adjust TDF andFTC doses levels based on CreatClearence level. | **Child-Pugh Class A or B**: no dosage adjustment<br><br> **Child-Pugh Class C**: no dosage recommendation |
| **Protease Inhibitors** | | | |
| **Atazanavir (ATV)/ Reyataz** | 400 mg PO once daily or (ATV 300 mg + RTV 100 mg) PO once daily | No dosage adjustment for patients with renal dysfunction not requiring HD **ARV-naive patients on HD**: (ATV 300 mg + RTV 100 mg) once daily **ARV-experienced patients on HD: ATV or RTV-boosted** | **Child-Pugh Class B:**300 mg once daily<br> **Child-Pugh ClassC**: not recommended<br> RTV boosting is **not**recommended in patients wit hepatic impairment (Child-Pugh Class B or C). |

| | | **ATV:**not recommended | |
|---|---|---|---|
| **Darunavir (DRV)/ Prezista** | (DRV 800 mg + RTV 100 mg) PO once daily (ARV-naive patientsonly) or (DRV 600 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | **Mild-to-moderate hepatic impairment**: no dosage adjustment **Severe hepatic impairment**: Notrecommended |
| **Fosamprenavir (FPV)/ Lexiva** | 1400 mg PO BID or (FPV 1400 mg +RTV 100 −200 mg) PO once daily or (FPV 700 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | No dosage recommendations |
| **Indinavir (IDV)/ Crixivan** | 800 mg PO Every8h | No dosage adjustment necessary | **Mild-to-moderate hepatic insufficiency because of cirrhosis**: 600 mg  every 8h |
| **Lopinavir/ ritonavir (LPV/r) Kaletra** | 400/100 mg PO BID or 800/200 mg PO once daily | Avoid once-daily dosing in patients on HD | No dosage recommendation; use with caution in patients with hepatic impairment. |
| **Nelfinavir (NFV)/ Viracept** | 1250 mg PO BID | No dosage adjustment necessary | Mild hepatic impairment: no dosage adjustment Moderate-to-severe hepatic impairment: do not use |
| **Ritonavir (RTV)/ Norvir** | As a PI-boosting agent: 100–400 mg per day | No dosage adjustment necessary | Refer to recommendations for the primary PI. |
| **Saquinavir (SQV)/ Invirase** | (SQV 1000 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | Mild-to-moderate hepatic impairment: **use with caution** Severe hepatic impairment: **contraindicated** |
| **Tipranavir (TPV)/ Aptivus** | (TPV 500 mg + RTV 200 mg) PO BID | No dosage adjustment necessary | Child-Pugh Class A: **use with caution** Child-Pugh Class B or C: **contraindicated** |
| **Fusion Inhibitor** | | | |
| **Enfuvirtide (T20)/ Fuzeon** | 90 mg subcutaneous BID | No dosage adjustment necessary | No dosage adjustment necessary |

| CCR5 Antagonist | | | |
|---|---|---|---|
| **Maraviroc (MVC)/ Selzentry** | The recommended dose differs based on concomitant medications and potential for drug-drug interactions. | **CrCl <30 mL/min or Hemodialysis**<br><br>**Without potent CYP3A inhibitors or inducers:** 300 mg BID; reduce to 150 mg BID if postural hypotension occurs<br>**With potent CYP3A inducers o inhibitors:not recommended** | No dosage recommendations. Concentrations will likely be increased in patients with hepatic impairment. |
| Integrase Inhibitor | | | |
| **Raltegravir (RAL)/ Isentress** | 400 mg BID | No dosage adjustment necessary | Mild-to-moderate hepatic insufficiency: no dosage adjust-me necessary<br>Severe hepatic insufficiency: no recommendation |

**Key to Abbreviations:** 3TC = lamivudine, ABC = abacavir, ARV = antiretroviral, ATV = atazanavir, AZT = zidovudine, BID = twice daily, CAPD = chronic ambulatory peritoneal dialysis, CrCl = creatinine clearance, CYP = cytochrome P, d4T = stavudine, ddI = didanosine, DLV = delavirdine, DRV = darunavir, EC = enteric coated, EFV = efavirenz, ETR = etravirine, FPV = fosamprenavir, FTC = emtricitabine, hr = hour, HD = hemodialysis, IDV = indinavir, LPV/r = lopinavir/ritonavir, MVC = maraviroc, NFV = nelfinavir, NNRTI = non-nucleoside reverse transcriptase inhibitor, NRTI = nucleoside reverse transcriptase inhibitor, NVP = nevirapine, PI = protease inhibitor, PO = orally, RAL = raltegravir, RPV = rilpivirine, RTV = ritonavir, SQV = saquinavir, T20 = enfuvirtide, TDF = tenofovir, TID = three times daily, TPV = tipranavir, XR = extended release, ZVD = zidovudine

HAART (Highly Active Antiretroviral Therapy)

The introduction of highly active antiretroviral therapy (HAART) has resulted in significant improvements in immune status, quality of life, and reduced morbidity and mortality associated with HIV infected patients [278-280]. Standard HAART regimens for antiretroviral-naïve patients consist of 3 active antiretroviral agents: 2 nucleoside reverse transcriptase inhibitors (NRTIs) plus one non-nucleoside reverse transcriptase inhibitor (NNRTI), or 2 NRTIs plus a ritonavir-boosted protease inhibitor (PI) [281]. However, four or more active antiretroviral agents have not shown substantial clinical benefit over HAART regimens [282, 283].

The principal goal of HAART is to:
- Prevent transmission
- Reduce suffering
- Prevent/treat opportunistic infections
- Slow/halt disease progression
- Prolong the patient's life while ensuring quality of life.

Although the success of HAART is significant, several issues still persist. The cure of HIV is still not possible because the antiretroviral drugs cannot eliminate the virus completely.  New pharmaceutical agents such as elvucitabine, apricitabine, and etravirine have offered a new hope for HIV patients with drug resistant disease and have shown promising results.  Novel drugs that can be highly potent against HIV are currently being developed all over the world. Some of these drugs have unique mechanism of action such as:

- BMS-663068 (CD4 receptor attachment inhibitor)
- Maturation inhibitors
- Cobicistat (Pharmacokinetic enhancers)
- Capsid assembly inhibitors
- LEDGF/p75 or Lens epithelium derived growth factor inhibitors

Some other pharmaceutical agents currently under study include:
- GS7340 is a novel prodrug of tenofovir disoproxil fumarate that acts by inhibiting nucleotide reverse transcriptase. This is still being investigated in clinical trials.
- Zinc-Finger Nucleases: Preliminary clinical trails have suggested that compound SB-728-T increases CD4 counts resulting in decreased HIV proviral load in an aviremic HIV-infected patient.Modification of CCR5 in CD4 T cells with zinc finger nuclease (ZFN) can increase survival rate in HIV patients. Researchers are now focusing on increasing the efficiency of modified CD4+ cells to increase virologic suppression.
- Nanoformulations of Atazanavir/ Ritonavir are being studied for their potential for better virologic control.
- BMS-790052 is Hepatitis C virus nonstructural protein 5A (NS5A) inhibitor that is being investigated for treatment of HIV/HCVcoinfected individuals.

Some of the drugs that are being investigated for the treatment of HIV infection are discussed below.


**Entry Inhibitors**
Phase II trials
PRO 140
PRO 140 are genetically engineered monoclonal antibodies, which target the CCR5 receptor present on T lymphocytes. PRO 140 is a potent entry inhibitor [284, 285]. It is injected and binds to CCR5 for more than two months [286]. It may have to be administered only once or twice every month. Compared to maraviroc, PRO 140 seems to have fewer side effects [287].

Ibalizumab, TMB-355 or TNX-355 is a non-immunosuppressive monoclonal antibody that blocks both CCR5- and CXCR4-tropic viruses [288],including HIV from entering cells by binding to the protein CD4 on the cell surface. Like PRO 140, it may be injected once every two weeks.

BMS-663068 is an entry inhibitor which targets initial step of HIV binding to cells. Majority of entry inhibitors interfere with the second and third steps of HIV entry.BMS-663068 is a prodrug for BMS-626529 which binds to the viral envelope glycoprotein gp120 and interferes with attachment of the virus to the cellular CD4 receptor. BMS-663068 binds to the glycoprotein gp120 on HIV-1 and prevents HIV from binding to a cell's co-receptor. In recent clinical trials this compound caused reduction in HIV viral loads and increased CD4 count [289].

Cenicriviroc (TAK-652) is an investigational drug which is being studied for the treatment of HIV infection [290].It is a potent CCR5 antagonist that inhibits CCR2 and CCR5 receptors [291]. In Phase II clinical trials  it was observed that this drug 'significantly decreased' viral load [292]. Some of the side effects associated with this drug include fatigue, diarrhea and nausea [293].

**Integrase Inhibitors**
Phase II trials
Dolutegravir is being studied for the treatment of HIV infection. Clinical trials have shown that it is effective in HIV patients who are resistant to integrase inhibitor, elvitegravir or raltegravir [294].It is an integrase inhibitor that is an option for treatment experienced patients who are resistant to integrase inhibitors raltegravir or elvitegravir. Studies are being conducted to observe the effect of a new fixed dose combination called 572-Trii [295] in which dolutegravir is given in combination with abacavir and lamivudine. Results of SPRING-1, a multinational Phase 2b trial showed that dolutegravir 50mg administered orally is effective in lowering HIV viral load and increasing CD4 counts in integrase-naive patients [296].

Phase III trials
Elvitegravir
Phase III trials of this drug are being conducted in treatment-experienced patients.
The drug was recently approved by FDA U for treatment naïve patients as part of the fixed dose combination known as Stribild [297].

**Maturation Inhibitors**
Phase III trials
Vivecon [298] (MP-9055) is a maturation inhibitor which is in Phase III trials. Previous studies have observed that Vivecon can be beneficial for patients who are resistant to NNRTIs and protease inhibitors [299].

**NNRTIs**
Phase II
Lersivirine is an NNRTI which is effective in lowering viral load among treatment naive patients [300]. Results of phase IIb trials observed that unlike efavirenz, etravirine and nevirapine, this next generation NNRT was effective against HIV with a specificmutation (position Y181).

**NRTIs**
Phase II trials
KP-1461 was developed not to suppress or inhibit replication, but to compel newly replicated HIV to become less infective. KP-1461 is an NRTI that force newly created HIV to become less able to infect human cells. It increases the mutation rate of HIV when it replicates. This results in virions that are unable to survive. KP-1461 inserts faulty elements into HIV's genetic code. Phase II trial was suspended in June 2008 as majority of HIV patients had no reduction in levels of HIV [301]. However, in May 2009, encouraging optimistic findings were observed from a subsequent study [302]. In January 2011, another phase II study observed that the mutation spectrum of HIV was altered in treatment-experienced patients, receiving KP1461 twice per day for 124 days [303]. This drug is being investigated currently for the treatment of HIV.

Apricitabine, Elvucitabine and Racivir are three conventional NRTIs that are currently being investigated. Studies suggest that all three of these investigational compounds are effective in controlling HIV that is resistant to some other NRTIs.

Festinavir (previously OBP-601) is an NRTI that is active against HIV resistant to both abacavir and tenofovir. This makes this agent a good candidate for HIV patients with multi-drug resistant (MDR) strains of the virus [304].

**Table 40**:Laboratory Monitoring Schedule for Patients Prior to and After Initiation of Antiretroviral Therapy

| | Entry into care | Follow-up Before ART | ART initiation or modification | 2–8 weeks post-ART initiation or modification | Every 3–6 months | Every 6 months | Every 12 months | Treatment failure | Clinically indicated |
|---|---|---|---|---|---|---|---|---|---|
| CD4 count | √ | every 3–6 months | √ | | √ | In clinically stable patients with suppressed viral load, CD4 count can be monitored every 6–12 months (see text) | | √ | √ |
| Viral load | √ | every 3–6 months | √ | √ | √ | | | √ | √ |
| Resistance | √ | | √ | | | | | √ | √ |
| HLA-B*5701 | | | √ if considering ABC | | | | | | |
| Tropism testing | | | √ if considering a CCR5 antagonist | | | | | √ if considering a CCR5 antagonist or for failure of CCR5 antagonist-based regimen | √ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Hepatitis B Serology** | √ | | √ may repeat ifHBsAg (-) and HBsAb (-) at baseline | | | | | | √ |
| **Basic chemistry** | √ | every 6–12 months | √ | √ | √ | | | | √ |
| **ALT, AST, bilirubin** | √ | every 6–12 months | √ | √ | √ | | | | √ |
| **CBC with differential** | √ | every 3–6 months | √ | √ if on ZDV | √ | | | | √ |
| **Fasting lipid profile** | √ | * | √ | √ consider 4–8 weeks after starting new ART | | √ ** | √ ** | | √ |
| **Fasting glucose** | √ | * | √ | | √ ** | √ ** | | | √ |
| **Urinalysisg** | √ | | √ | | | √ if on TDFh | √ | | √ |
| **Pregnancy test** | | | √ if starting EFV | | | | | | √ |

**Key:** *:if normal, annually **:if abnormal at lastmeasurement

**Table 41:**Recommendations for Using Drug-Resistance Assays

| Clinical Setting/Recommendation | Rationale |
|---|---|
| **Drug-resistance assay recommended** | |
| **In acute HIV infection:** Drug-resistance testing is recommended regardless of whether ART is initiated immediately or deferred. A genotypic assay is generally preferred. | If ART is to be initiated immediately, drug-resistance testing will determine whether drug-resistant virus was transmitted. Test results will help in the design of initial regimens or to modify or change regimens if results are obtained subsequent to treatment initiation. Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| If ART is deferred, repeat resistance testing should be considered at the time therapy is initiated. A genotypic assay is generally preferred. | If ART is deferred, testing should still be performed because of the greater likelihood that transmitted resistance-associated mutations will be detected earlier in the course of HIV infection. Results of resistance testing may be important when treatment is initiated. Repeat testing at the time ART is initiated should be considered because the patient may have acquired a drug resistant virus (i.e., superinfection). |
| **In ART-naive patients with chronic HIV infection:** Drug resistance testing is recommended at the time of entry into HIV care, regardless of whether therapy is initiated immediately or deferred. A genotypic assay is generally preferred | Transmitted HIV with baseline resistance to at least one drug is seen in 6%−16% of patients, and suboptimal virologic responses may be seen in patients with baseline resistant mutations. Some drug-resistance mutations can remain detectable for years in untreated chronically infected patients. |
| If therapy is deferred, repeat resistance testing should be considered prior to the initiation of ART. A genotypic assay is generally preferred. | Repeat testing prior to initiation of ART should be considered because the patient may have acquired a drug-resistant virus (i.e., a superinfection). Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| If an INSTI is considered for an ART-naive patient and transmitted INSTI resistance is a concern, providers may wish to supplement standard resistance testing with a specific INSTI genotypic resistance assay. | Standard genotypic drug-resistance assays test only for mutations in the RT and PR genes. |
| **In patients with virologic failure:** Drug-resistance testing is recommended in persons on combination ART with HIV RNA levels >1,000 copies/mL. In persons with HIV RNA levels >500 but <1,000 copies/mL, testing may be unsuccessful but should still be considered | Testing can help determine the role of resistance in drug failure and maximize the clinician's ability to select active drugs for the new regimen. Drug-resistance testing should be performed while the patient is taking prescribed ARV drugs or, if not possible, within 4 weeks after discontinuing therapy. |
| A standard genotypic resistance assay is generally preferred for those experiencing virologic failure on their first or second regimens. | Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| In patients failing INSTI-based regimens, genotypic testing for INSTI resistance should be considered to determine whether to include drugs from this class in subsequent regimens | Standard genotypic drug-resistance assays test only for mutations in the RT and PR genes. |

| | |
|---|---|
| Addition of phenotypic assay to genotypic assay is generally preferred for those with known or suspected complex drugresistance patterns, particularly to PIs. | Phenotypic testing can provide useful additional information for those with complex drug-resistance mutation patterns, particularly to PIs. |
| **In patients with suboptimal suppression of viral load:** Drugresistance testing is recommended for persons with suboptimalsuppression of viral load after initiation of ART. | Testing can help determine the role of resistance and thus assist the clinician in identifying the number of active drugs available for a new regimen. |
| **In HIV-infected pregnant women:** Genotypic resistance testing is recommended for all pregnant women prior to initiation of ARTand for those entering pregnancy with detectable HIV RNA levels while on therapy. | The goal of ART in HIV-infected pregnant women is to achieve maximal viral suppression for treatment of maternal HIV infection and for prevention of perinatal transmission of HIV. Genotypic resistance testing will assist the clinician in selecting the optimal regimen for the patient. |
| **Drug-resistance assay not usually recommended** | |
| **After therapy discontinued:** Drug-resistance testing is not usuallyrecommended after discontinuation (>4 weeks) of ARV drugs | Drug-resistance mutations might become minor species in the absence of selective drug pressure, and available assays might not detect minor drug-resistant species. If testing is performed in this setting, the detection of drug resistance may be of value; however, the absence of resistance does not rule out the presence of minor drug-resistant species. |
| **In patients with low HIV RNA levels:** Drug-resistance testing is not usually recommended in persons with a plasma viral load <500 copies/mL | Resistance assays cannot be consistently performed given low HIV RNA levels. |

**Initiating Antiretroviral Therapy in Treatment-Naive Patients**
**Panel's Recommendations**

o   Antiretroviral therapy (ART) is recommended for all HIV-infected individuals. The strength of this recommendation varies on the basis of pretreatment CD4 cell count:

- CD4 count <350 cells/mm3 (**AI**)
- CD4 count 350 to 500 cells/mm3 (**AII**)
- CD4 count >500 cells/mm3 (**BIII**)

o   Regardless of CD4 count, initiation of ART is strongly recommended for individuals with the following conditions:

- Pregnancy (**AI**)
- History of an AIDS-defining illness (**AI**)
- HIV-associated nephropathy (HIVAN) (**AII**)
- HIV/hepatitis B virus (HBV) co-infection (**AII**)

o   Effective ART also has been shown to prevent transmission of HIV from an infected individual to a sexual partner; therefore, ART should be offered to patients who are at risk of transmitting HIV to sexual partners **AI** [heterosexuals] or **AIII** [other transmission risk groups].

o   Patients starting ART should be willing and able to commit to treatment and should understand the benefits and risks of therapy and the importance of adherence (**AIII**). Patients may choose to postpone therapy, and providers, on a case-by casebasis, may elect to defer therapy on the basis of clinical and/or psychosocial factors.

**Rating of Recommendations:** A = Strong; B = Moderate; C = Optional
**Rating of Evidence:** I = data from randomized controlled trials; II = data from well-designed nonrandomized trials or observational cohort studies with long-term clinical outcomes; III = expert opinion

### Initial Combination Regimens for the Antiretroviral- Naive Patient
### Panel's Recommendations

o The Panel recommends the following as preferred regimens for antiretroviral (ARV)-naive patients:
- efavirenz/tenofovir/emtricitabine (EFV/TDF/FTC) **(AI)**
- ritonavir-boosted atazanavir + tenofovir/emtricitabine (ATV/r + TDF/FTC) **(AI)**
- ritonavir-boosted darunavir + tenofovir/emtricitabine (DRV/r + TDF/FTC) **(AI)**
- raltegravir + tenofovir/emtricitabine (RAL + TDF/FTC) **(AI)**

o Selection of a regimen should be individualized on the basis of virologic efficacy, toxicity, pill burden, dosing frequency, drug-drug interaction potential, resistance testing results, and comorbid conditions.

o Based on individual patient characteristics and needs, in some instances, an alternative regimen may actually be a preferred regimen for a patient.

**Table 42:** Preferred and Alternative Antiretroviral Regimens for Antiretroviral Therapy-Naïve Patients

| **Preferred Regimens** (Regimens with optimal and durable efficacy, favorable tolerability and toxicity profile, and ease of use) The preferred regimens for non-pregnant patients are arranged by chronological order of FDA approval of components other than nucleosides and, thus, by duration of clinical experience. | |
|---|---|
| *NNRTI-Based Regimen* <br> • EFV/TDF/FTCa **(AI)** <br> *PI-Based Regimens* <br> • ATV/r + TDF/FTCa **(AI)** <br> • DRV/r (once daily) + TDF/FTCa **(AI)** <br> *INSTI-Based Regimen* <br> • RAL + TDF/FTCa **(AI)** <br> *Preferred Regimen for Pregnant Women* <br> • LPV/r (twice daily) + ZDV/3TCa **(AI)** | *Comments* <br> • **EFV** should not be used during the first trimester of pregnancy or in women of childbearing potential who are trying to conceive or not using effective and consistent contraception. <br> • **TDF** should be used with caution in patients with renal insufficiency. <br> • **ATV/r** should not be used in patients who require >20 mg omeprazole equivalent per day. Refer to Table 15a for dosing recommendations regarding interactions between ATV/r and acid-lowering agents. |
| **Alternative Regimens** (Regimens that are effective and tolerable but have potential disadvantages compared with preferred regimens. An alternative regimen may be the preferred regimen for some patients.) | |
| *NNRTI-Based Regimens* <br> • EFV + ABC/3TCa **(BI)** <br> • RPV/TDF/FTCa **(BI)** <br> • RPV + ABC/3TCa **(BIII)** <br> *PI-Based Regimens* • ATV/r + ABC/3TCa **(BI)** <br> • DRV/r + ABC/3TCa **(BIII)** <br> • FPV/r (once or twice daily) + ABC/3TCa or TDF/FTCa **(BI)** | *Comments* <br> o Use **RPV** with caution in patients with pretreatment HIV RNA >100,000 copies/mL. <br> o Use of PPIs with **RPV** is contraindicated. <br> o **ABC** should not be used in patients who test positive for HLAB* 5701. <br> o Use **ABC** with caution in patients with known high risk of CVD or with pretreatment HIV RNA >100,000 copies/mL. (See text.) |

| • LPV/r (once or twice daily) + ABC/3TCa (**BI**) TDF/FTCa (**BI**) <br> *INSTI-Based Regimen* <br> • RAL + ABC/3TCa (**BIII**) | **Once-daily LPV/r** is not recommended for use in pregnant women. |
| --- | --- |

**Table 43**: Acceptable Antiretroviral Regimens for Treatment-Naive Patients

| **Acceptable Regimens (CI)** (Regimens that may be selected for some patients but are less satisfactory than preferred or alternative regimens) **and Regimens that may be acceptable but more definitive data are needed (CIII)** | |
| --- | --- |
| *NNRTI-Based Regimen* <br> • EFV + ZDV/3TCa (**CI**) <br> • NVP + (TDF/FTCa or ZDV/3TCa) (**CI**) <br> • NVP + ABC/3TCa (**CIII**) <br> • RPV + ZDV/3TCa (**CIII**) <br> *PI-Based Regimens* <br> • ATV + (ABC or ZDV)/3TCa (**CI**) <br> • ATV/r + ZDV/3TCa (**CI**) <br> • DRV/r + ZDV/3TCa (**CIII**) <br> • FPV/r + ZDV/3TCa (**CI**) <br> • LPV/r + ZDV/3TCa (**CIII**) <br> *INSTI-Based Regimen* <br> • RAL + ABC/3TCa (**CIII**) <br> *CCR5 Antagonist-Based Regimens* <br> • MVC + ZDV/3TCa (**CI**) <br> • MVC + TDF/FTCa or ABC/3TCa (**CIII**) | *Comments* <br> • **NVP** should not be used in patients with moderate to severe hepatic impairment (Child-Pugh B or C). <br> • **NVP** should not be used in women with pre-ARTCD4 count >250 cells/mm3 or in men with pre-ARTCD4 count >400 cells/mm3. <br> • Use **NVP** and **ABC** together with caution because both can cause HSRs within the first few weeks after initiation of therapy. <br> • **ZDV** can cause bone marrow suppression, lipoatrophy, and rarely lactic acidosis with hepatic steatosis. <br> • **LPV/r (twice daily)** + **ZDV/3TC** is the preferred regimen for use in pregnant women. <br> • **ATV/r** is generally preferred over **unboosted ATV**. **Unboosted ATV** may be used when RTV boosting is not possible. <br> • Perform tropism testing before initiation of therapy with **MVC**. **MVC** may be considered in patients who have only CCR5-tropicvirus. |
| **Regimens that may be acceptable but should be used with caution.** Regimens that have demonstrated virologic efficacy in some studies but are associated with concerns about safety, resistance, or efficacy. (See comments below.) | |
| *PI-Based Regimens* <br> • SQV/r + TDF/FTCa (**CI**) <br> • SQV/r + (ABC or ZDV)/3TCa (**CIII**) | *Comments* <br> **SQV/r** was associated with PR and QT prolongation in a healthy volunteer study.Baseline ECG is recommended before initiation of **SQV/r**.**SQV/r** is not recommended in patients with any of the following: <br> 1.Pretreatment QT interval >450 msec <br> 2.Refractory hypokalemia or hypomagnesemia <br> 3.Concomitant therapy with other drugs that prolong QTinterval <br> *4.*Complete AV block without implanted pacemaker <br> *5.*Risk of complete AV block |

**Table 44:** Advantages and Disadvantages of Antiretroviral Components Recommended as Initial Antiretroviral Therapy

| ARV Class | ARV Agent(s) | Advantages | Disadvantages |
|---|---|---|---|
| NNRTIs | | **NNRTI Class Advantages:**<br>• Long half-lives | **NNRTI Class Disadvantages:**<br>• Greater risk of resistance at the time of treatment failure with NNRTIs than with PIs<br>• Potential for cross resistance<br>• Skin rash<br>• Potential for CYP450 drug interactions (See Tables 14, 15b, and 16b.)<br>• Transmitted resistance more common with NNRTIs than with PIs |
| | EFV | • Virologic responses equivalent or superior to all comparators to date<br>• Once-daily dosing<br>• Coformulated with TDF/FTC | • Neuropsychiatric side effects<br>• Teratogenic in nonhuman primates. Several cases of neural tube defect in infants born to women who were exposed to EFV in the first trimester of pregnancy reported. EFV use should be avoided in women with potential for pregnancy and is contraindicated in the first trimester.<br>• Dyslipidemia |
| | NVP | • No food effect<br>• Fewer lipid effects than EFV<br>• Once-daily dosing with extendedrelease tablet formulation | • Higher incidence of rash, including rare but serious HSRs (SJS or TEN), than with other NNRTIs<br>• Higher incidence of hepatotoxicity, including serious and even fatal cases of hepatic necrosis, than with other NNRTIs<br>• Contraindicated in patients with moderate or severe (Child-Pugh B or C) hepatic impairment<br>• Some data suggest that ART-naive patients with high pre-NVP CD4 counts (>250 cells/mm3 for females, >400 cells/mm3 for males) are at higher risk of symptomatic hepatic events. NVP is not recommended in these patients unless benefit clearly outweighs risk.<br>• Early virologic failure of NVP + TDF + (FTC or 3TC) in small clinical trials |
| | RPV | • Once-daily dosing<br>• Coformulated with TDF/FTC<br>• Compared with EFV:<br>• Fewer discontinuations for CNS adverse effects<br>• Fewer lipid effects<br>• Fewer rashes | • More virologic failures in patients with pretreatment HIV RNA >100,000 copies/mL than with EFV-based regimen<br>• More NNRTI- and 3TC-associated mutations at virological failure than with regimen containing EFV + two NRTIs<br>• Food requirement<br>• Absorption depends on lower gastric pH. (See Table 15a for detailed information regarding interactions with H2 antagonistsand antacids.)<br>• Contraindicated with PPIs<br>• RPV-associated depression reported<br>• Use RPV with caution when coadministered with a drug having aknown risk of torsades de pointes. |
| PIs | | **PI Class Advantages:**<br>• Higher genetic barrier to resistance than NNRTIs and RAL<br>• PI resistance | **PI Class Disadvantages:**<br>• Metabolic complications such as dyslipidemia, insulin resistance, hepatotoxicity<br>• GI adverse effects<br>• CYP3A4 inhibitors and substrates: potential for drug |

| | | uncommon with failure while on first PI regimen | interactions (more pronounced with RTV-based regimens) |
|---|---|---|---|
| | **ATV** | • Fewer adverse effects on lipids than other PIs<br>• Once-daily dosing<br>• Low pill burden<br>• Good GI tolerability<br>• Signature mutation (I50L) not associated with broad PI cross resistance | • Indirect hyperbilirubinemia sometimes leading to jaundice or scleral icterus<br>• PR interval prolongation: generally inconsequential unless ATV combined with another drug with similar effect<br>• Cannot be coadministered with TDF, EFV, or NVP (See ATV/r.)<br>• Nephrolithiasis<br>• Skin rash<br>• Food requirement<br>• Absorption depends on food and low gastric pH. (See Tables 15a for detailed information regarding interactions with H2 antagonists, antacids, and PPIs.) |
| | **ATV/r** | • RTV boosting: higher trough ATV concentration and greater antiviral effect<br>• Once-daily dosing<br>• Low pill burden | • More adverse effects on lipids than unboosted ATV<br>• More hyperbilirubinemia and jaundice than unboosted ATV<br>• Food requirement<br>• Absorption depends on food and low gastric pH. (See Tables 15a for interactions with H2 antagonists, antacids, and PPIs.)<br>• RTV boosting required with TDF and EFV. With EFV, use ATV 400 mg and RTV 100 mg once daily (PI-naive patients only).<br>• Should not be coadministered with NVP |
| | **DRV/r** | • Once-daily dosing<br>• Potent virologic efficacy | • Skin rash<br>• Food requirement |
| | **FPV/r** | • Twice-daily dosing resulted in efficacy comparable to LPV/r<br>• RTV boosting results in higher trough APV concentration and greater antiviral effect<br>• Once-daily dosing possible with RTV 100 mg or 200 mg daily<br>• No food effect | • Skin rash<br>• Hyperlipidemia<br>• Once-daily dosing results in lower APV concentrations than twice-daily dosing<br>• For FPV 1400 mg + RTV 200 mg: requires 200 mg of RTV and no coformulation<br>• Fewer data on FPV 1400 mg + RTV 100 mg dose than on DRV/r and ATV/r |
| | **LPV/r** | • Coformulated<br>• No food requirement<br>• Recommended PI in pregnant women (twice daily only)<br>• Greater CD4 count increase than with EFV-based regimens | • Requires 200 mg per day of RTV<br>• Lower drug exposure in pregnant women—may need dose increase in third trimester<br>• Once-daily dosing not recommended in pregnant women<br>• Once-daily dosing results in lower trough concentration than twice-daily dosing<br>• Possible higher risk of MI associated with cumulative use of LPV/r<br>• PR and QT interval prolongation have been reported. Use with caution in patients at risk of cardiac conduction abnormalities or receiving other |

| | | | drugs with similar effect. |
|---|---|---|---|
| | SQV/r | • Similar efficacy but less hyperlipidemia than with LPV/r | • Highest pill burden (6 pills per day) among available PI regimens<br>• Requires 200 mg of RTV<br>• Food requirement<br>• PR and/or QT interval prolongations in a healthy volunteer study<br>• Pretreatment ECG recommended<br>• SQV/r is not recommended for patients with any of the following conditions: (1) congenital or acquired QT prolongation; (2) pretreatment ECG >450 msec; (3) on concomitant therapy with other drugs that prolong QT interval; (4) complete AV block without implanted pacemakers; (5) risk of complete AV block. |
| INSTI | RAL | • Virologic response noninferior to EFV<br>• Fewer drug-related adverse events and lipid changes than EFV<br>• No food effect<br>• Fewer drug-drug interactions than PI- or NNRTI-based regimens | • Twice-daily dosing<br>• Lower genetic barrier to resistance than with boosted PI-based regimens<br>• No data with NRTIs other than TDF/FTC in ART-naive patients<br>• Increase in creatine kinase, myopathy, and rhabdomyolysis have been reported<br>• Rare cases of severe skin reactions (including SJS and TEN) have been reported and systemic HSRs with rash and constitutional symptoms, with or without hepatitis, have been reported. |
| CCR5 Antagonist | MVC | • Virologic response noninferior to EFV in post hoc analysis of MERIT study(See text.)<br>• Fewer adverse effects than EFV | • Requires viral tropism testing prior to initiation of therapy, which results in additional cost and possible delay in initiation of therapy<br>• More MVC-treated than EFV-treated patients discontinued therapy due to lack of efficacy in MERIT study<br>• Less long-term experience in ART-naive patients than with boosted PI- or NNRTI-based regimens<br>• Limited experience with dual-NRTIs other than ZDV/3TC<br>• Twice-daily dosing<br>• CYP 3A4 substrate; dosing depends on presence or absence of concomitant CYP3A4 inducer(s) or inhibitor(s) |
| Dual-NRTI pairs | ABC/3TC | • Virologic response noninferior to ZDV/3TC<br>• Better CD4 count responses than with ZDV/3TC<br>• Once-daily dosing<br>• Coformulation<br>• No food effect<br>• No cumulative TAM-mediated resistance | • Potential for ABC HSR in patients with HLA-B*5701<br>• Increased potential for cardiovascular events, especially in patients with cardiovascular risk factors<br>• Inferior virologic responses in patients with baseline HIV RNA >100,000 copies/mL when compared with TDF/FTC in ACTG 5202 study; however, this was not seen in the HEAT study. |
| | TDF/FTC | • Better virologic responses than with ZDV/3TC<br>• Better virologic | • Potential for renal impairment, including Fanconi syndrome and acute renal insufficiency<br>• Early virologic failure of NVP + TDF + (FTC or 3TC) in small clinical trials |

| | | responses than with ABC/3TC in patients with baseline HIV RNA >100,000 copies/mL in ACTG 5202 study; however, this was not seen in the HEAT study.<br>• Active against HBV; recommended dual-NRTI for HIV/HBV coinfection<br>• Once-daily dosing<br>• No food effect<br>• Coformulated (TDF/FTC, EFV/TDF/FTC, and RPV/TDF/FTC)<br>• No cumulative TAM-mediated resistance | • Potential for decrease in BMD |
|---|---|---|---|
| | **ZDV/3TC** | • Coformulated (ZDV/3TC and ZDV/3TC/ABC)<br>• No food effect (although better tolerated with food)<br>• Preferred dual NRTI in pregnant women | • Bone marrow suppression, especially anemia and neutropenia<br>• GI intolerance, headache<br>• Mitochondrial toxicity, including lipoatrophy, lactic acidosis, hepatic steatosis<br>• Compared with TDF/FTC, inferior in combination with EFV<br>• Less CD4 increase compared with ABC/3TC<br>• Twice-daily dosing |

**Table 45:** Antiretroviral Components or Regimens Not Recommended as Initial Therapy

| ARV drugs or components | Reasons for __NOT__ recommending as initial therapy |
|---|---|
| ABC/3TC/ZDV (coformulated) as triple-NRTI combination regimen (**BI**) | • Inferior virologic efficacy |
| ABC + 3TC + ZDV + TDF as quadruple-NRTI combination regimen (**BI**) | • Inferior virologic efficacy |
| DRV (unboosted) | • Use without RTV has not been studied |
| DLV (**BIII**) | • Inferior virologic efficacy<br>• Inconvenient (three times daily) dosing |
| ddI + 3TC (or FTC) (**BIII**) | • Inferior virologic efficacy<br>• Least clinical trial experience in ART-naive patients |
| ddI + TDF (**BII**) | • High rate of early virologic failure<br>• Rapid selection of resistance mutations<br>• Potential for immunologic nonresponse/CD4 T-cell decline<br>• Increased ddI drug exposure and toxicities |
| T20 (**BIII**) | • No clinical trial experience in ART-naive patients<br>• Requires twice-daily subcutaneous injections |
| ETR (**BIII**) | • Insufficient data in ART-naive patients |

| | |
|---|---|
| FPV (unboosted) (**BIII**) | • Less potent than RTV-boosted FPV<br>• Virologic failure with unboosted FPV-based regimen may select mutations that confer resistance to DRV |
| IDV (unboosted) (**BIII**) | • Inconvenient dosing (three times daily with meal restrictions)<br>• Fluid requirement |
| IDV (RTV-boosted) (**BIII**) | • High incidence of nephrolithiasis |
| NFV (**BI**) | • Inferior virologic efficacy<br>• High incidence of diarrhea |
| RTV as sole PI (**BIII**) | • High pill burden<br>• GI intolerance |
| SQV (unboosted) (**BI**) | • Inferior virologic efficacy |
| d4T + 3TC (**BI**) | • Significant toxicities including lipoatrophy; peripheral neuropathy; and hyperlactatemia, including symptomatic and life-threatening lactic acidosis, hepatic steatosis, and pancreatitis |
| TPV (RTV-boosted) (**BI**) | • Inferior virologic efficacy |

**Table 46:** Antiretroviral Regimens or Components That Should Not Be Offered At Any Time

| | Rationale | Exception |
|---|---|---|
| **Antiretroviral Regimens Not Recommended** | | |
| **Monotherapy with NRTI (AII)** | • Rapid development of resistance<br>• Inferior ARV activity when compared with combination of three or more ARV agents | • No exception |
| **Dual-NRTI regimens (AI)** | • Rapid development of resistance<br>• Inferior ARV activity when compared with combination of three or more ARV agents | • No exception |
| **Triple-NRTI regimens (AI) except for ABC/ZDV/3TC (BI) or possibly TDF + ZDV/3TC (BII)** | • High rate of early virologic nonresponse seen when triple-NRTI combinations, including ABC/TDF/3TC and TDF/ddI/3TC, were used as initial regimen in ART-naive patients.<br>• Other triple-NRTI regimens have not been evaluated. | • ABC/ZDV/3TC (**BI**) and possibly TDF + ZDV/3TC (**BII**) in patients in whom other combinations are not desirable |
| **Antiretroviral Components Not Recommended as Part of an Antiretroviral Regimen** | | |
| **ATV + IDV (AIII)** | • Potential additive hyperbilirubinemia | • No exception |
| **ddI + d4T (AII)** | • High incidence of toxicities: peripheral neuropathy, pancreatitis, and hyperlactatemia<br>• Reports of serious, even fatal, cases of lactic acidosis with hepatic steatosis with or without pancreatitis in pregnant women | • No exception |
| **ddI + TDF (AII)** | • Increased ddI concentrations and | • Clinicians caring for patients |

| | | |
|---|---|---|
| | serious ddIassociated toxicities<br>• Potential for immunologic nonresponse and/or CD4 cell count decline<br>• High rate of early virologic failure<br>• Rapid selection of resistance mutations at failure | who are clinically stable on regimens containing TDF + ddI should consider altering the NRTIs to avoid this combination. |
| **2-NNRTI combination (AI)** | • When EFV combined with NVP, higher incidence of clinical adverse events seen when compared with either EFV- or NVP-based regimen.<br>• Both EFV and NVP may induce metabolism and may lead to reductions in ETR exposure; thus, they should not be used in combination with ETR. | • No exception |
| **EFV in first trimester of pregnancy or in women with significant childbearing potential (AIII)** | • Teratogenic in nonhuman primates | • When no other ARV options are available and potential benefits outweigh the risks (**BIII**) |
| **FTC + 3TC (AIII)** | • Similar resistance profiles<br>• No potential benefit | • No exception |
| **ETR + unboosted PI (AII)** | • ETR may induce metabolism of these PIs; appropriate doses not yet established | • No exception |
| **ETR + RTV-boosted ATV or FPV (AII)** | • ETR may alter the concentrations of these PIs; appropriate doses not yet established | • No exception |
| **ETR + RTV-boosted TPV (AII)** | • ETR concentration may be significantly reduced by RTV-boosted TPV | • No exception |
| **NVP in ARV-naive women with CD4 count >250 cells/mm3or men with CD4 count >400 cells/mm3(BI)** | • High incidence of symptomatic hepatotoxicity | • If no other ARV option available; if used, patient should be closely monitored |
| **d4T + ZDV (AII)** | • Antagonistic effect on HIV-1 | • No exception |
| **Unboosted DRV, SQV, or TPV (AII)** | • Inadequate bioavailability | • No exception |

## CONCLUSION

**Non-antibiotics** are drugs or compounds that may have properties similar to antibiotics, although they were not initially designed for antibiotic or chemotherapeutic purposes. These therapeutic agents modify cell permeability and show broad-spectrum antimicrobial activity *in vitro* against bacteria and other microbes. They also enhance the in-vitro activity of some antibiotics against specific bacteria, which makes antibiotic-resistant bacteria susceptible to previously ineffective drugs and increases antimycobacterial activity against drug resistant strains. Some of the common non-antibiotics include phenothiazines, thioxanthenes, omeprazole, phenobarbital etc. Synergistic effect between non-antibiotics and antibioticshas resulted in the development of new drug combinations for treating infections that are difficult to treat with a

single antibiotic. For example, in children presenting with recurrent pyelonephritis, treatment with an aminoglycoside and chlorpromazine has shown a significant synergic effect compared with treatment with the aminoglycoside alone.Recently scientists have developed a new non-antibiotic compound called FimH antagonists, which arehighly effective in the treatment of urinary tract infections and don't contribute to the growing problem of antibiotic resistance bacteria. Non-antibiotics are increasingly being recognized for their role in managing different types of infections, particularly when resistance has evolved.

**Antimicrobials** are chemical substances that prevent, inhibit or eliminate the growth of a microorganism. Antimicrobials encompass all types of antibiotics, antiseptics and disinfectants.Antimicrobial agents are one of the most widely, used as well as abused, therapeutic agents worldwide. Initiation of antimicrobial therapy includes accurately diagnosing the infection; judicious selection of empiric ordefinitive therapy; proper knowledge of antimicrobial agents and potentialadverse effects. These general principles are helpful and should be followed for optimal antimicrobial therapy. In summary, optimal use of antimicrobial agents involves obtaining an accurate diagnosis, determining the need for and timing of antimicrobial therapy, understanding proper dosing of the agents, designing treatment according to host characteristics, using and preferring the narrow spectrum agents and shortest duration of therapy, and switching to oral drugs as soon as possible. Antibiotic resistance has become one of the biggest concerns to health care professionals in the treatment of infectious diseases. Antibiotic resistance is widespread and it is believed that any microorganism could develop resistance to any antibiotic.  The widespread and often inappropriate use of antimicrobial drugs is the single most important factor in the emergence of drug resistance. Antimicrobial drugs should be used appropriately and only when necessary for prevention of drug resistance.

Infectious diseases caused by fungi are known as mycoses, and they are usually chronic in nature. Mycotic infections can be superficial and may involve the skin. Some fungi can also cause subcutaneous infections by penetrating the skin. Systemic mycoses caused by virulent pathogens such as candidiasis, aspergillosis and cryptococcosis predominantly originate in the lungs and later on can spread to multiple organ systems. Fungal infections are usually antibiotic resistant.  The **antifungals** act on different targets. Polyene antibiotics such as amphotericin B lipid, Nystatin (topical) and azole antifungals act on the cell membrane. Some agents such as pyrimidine analogues (Flucytosine) target DNA synthesis. Drugs such as echinocandins, caspofungin acetate act on the fungal cell wall. Some of the prominent side effects of antifungal agents include liver damage or changes in estrogen levels.  Many antifungals can also cause allergic reactions or a life-threatening anaphylaxis.

Parasitic infections cause a huge burden of disease worldwide. Amongst parasitic infections, malaria is major cause of mortality globally accounting for approximately 1 million lives each year. In the US, trichomoniasis accounts for nearly 7.4 million new cases each year. *Giardia* and *cryptosporidium* are responsible for more than 2 million and 300,000 infections each year respectively in the US. **Antiparasitics** are indicated for the treatment of different types of parasitic diseases such asnematodes,infectious protozoa, cestodes, etc. Helminths and protozoa are two major groups of parasites which can infest human beings.  Some of the more common helminthes include cestodes, trematodes and nematodes.  Most common protozoa that infect humans are the malaria parasite, *Plasmodium*. **Anthelmintic** drugs are principally aimed at

metabolic targets solely found in the parasite but are either absent from or have different characteristics than those of the host. **Antinematodes** are drugs used for treating different types of nematode infestations. Some of the more common antinematodes include mebendazole, diethylcarbamazine, ivermectin and pyrantel pamoate. Praziquantel is used for treating nematodeinfestations (antitrematode). Niclosemide, praziquantel and albendazole are effective in the treatment of cestode infestations. Rifampin and amphotericin B are used for treating amoebiasis.

Protozoa are eukaryotes, and, therefore, have metabolic processes very similar to those of the human host, as compared to prokaryotic bacterial pathogens. Hence, protozoal diseases are difficult to treat, and many **antiprotozoal** agents cause serious toxic effects in the human body, especially in cells with higher metabolic activity. Metronidazole and tinidazole are mixed amebicides that are effective in treating  intestinal and extraintestinal amebiasis. Luminal amebicides, such as iodoquinol, diloxanide furoate, or paromomycin, should be prescribed for treating symptom-free colonization state. Systemic amebicides such as chloroquine, emetine and dehydroemetineare highly effective in the treatment of liver abscesses and intestinal wall infections caused by amebas.

Malaria is a tropical, vector-borne acute infectious disease caused by the protozoal genus *Plasmodium*. Antimalarial medications are prescribed to prevent or cure malaria. Treatment of malaria encompasses combination therapy as this confers many advantages, including reduction in treatment failures, reduction in developing resistance, fewer and milder side effects and increased convenience. Primaquine is an effective and potent tissue schizonticide. Chloroquine, mefloquine, quinine, artemisinin, and Qinghaosu are all blood schizonticides. Pyrimethamine is an effective blood schizonticide and sporontocide. Other drugs that are effective in malaria include proguanil, sulfonamides, atovaquone, halofantrine, doxycycline, and clindamycin.

Trypanosomiasis is a chronic and, potentially fatal diseases caused by species of *Trypanosoma*. There are two major human forms of this disease, African sleeping sickness and American sleeping sickness. African sleeping sickness is caused by *T. brucei gambiense* and *T. brucei rhodiense*. Chemotherapy of trypanosomiasis involves use of different drugs including melarsoprol, pentamidine, nifurtimox, suramin, and benznidazole. Leishmaniasis is transmitted from animals to humans and sometimes between humans by the bite of infected female sandflies. Leishmaniasis is difficult to treat, because the availabledrugs have high failure rates and are toxic. Sodium stibogluconate is the drug of choice for the treatment of leishmaniasis. Patient receiving sodium stibogluconate should be monitored periodically for renal and hepatic function. Alternative agents effective in the treatment of leishmaniasis are pentamidine and amphotericinB and Allopurinol.Toxoplasmosis is a parasitic disease caused by the protozoan *Toxoplasma gondii*, which is transmitted to humans after eating infected meat. A combination of sulfadiazineand pyrimethamine is the drug of choice for treatment of Toxoplasmosis. TMP-SZ (Trimethoprim/sulfamethoxazole) is the drug of choice for preventing Toxoplasma infection, but is not the drug of choice for treatment.Pyrimethamine, sulfadiazine, spiramycin, minocycline, atovaquone are the common drugs prescribed for the treatment of this disease. *Giardia lamblia* is the most frequently diagnosed intestinal parasite in the United States. It causes gastroenteritis in humans. Metronidazoleis the drug of choice. Tinidazole and nitazoxanide are equally effective as metronidazole and have a much shorter course of therapy.

Tuberculosis is the most frequently encountered mycobacterial infection and globally is the leading cause of death from infection. Approximately 5–10% of tuberculosis infected patients without HIV develop active disease during their lifetimes. Whereas, approximately, 30% of patients coinfected with HIV develop active disease.Treating tuberculosis can be a difficult proposition as the bacteria grows slowly; thus, are difficult to culture requiring long-term treatment which may last from 6 months to 2 years. Emergence of resistant bacteria has also made the matter worse, especially in patients who are non-compliant or who have had prior treatment.  Strains of *M. tuberculosis* may become resistant to a particular drug; therefore, multidrug therapy is prescribed to prevent or delay  drug resistance. Treatment starts with an"intensive phase" which includes initial short-course chemotherapy also known as DOTS (Directly Observed Treatment) for tuberculosis. In this regimen, isoniazid, rifampin, ethambutol, and pyrazinamideare given for the initial 2 months. These are then followed by isoniazid and rifampin for the next 4 months (the "continuation phase). Patients with suspected multidrug-resistant tuberculosis or with a past history of tuberculosis can be prescribed more drugs in addition to the first-line agents. The added agents usually include an aminoglycoside (streptomycin, kanamycin, or amikacin) or capreomycin (injectable agents), a fluoroquinolone, and perhaps a second-line antituberculosis agent such as ethionamide, cycloserine,or p-aminosalicylic acid. Some of the antitubercular agents such as, pyrazinamide and rifampicin can be hepatotoxic; therefore, it is important to monitor liver chemistry in patients taking such drugs to prevent drug-induced hepatotoxicity.

Human immunodeficiency virus (HIV) is a lentivirus (a member of the retrovirus family) that causes AIDS (Acquired ImmunoDeficiency Syndrome), a condition characterized by a profound lymphopenia and progressive failure of the immune system resulting in an increased susceptibility to life-threatening infections with opportunistic pathogens. HIV is transmitted sexually, for the most part, but it is also transmitted parenterally among intravenous drug users and vertically from mothers to their infants. HIV infects vital cells in the human immune system such as helper T cells(specifically $CD4^+$ T cells), macrophages, and dendritic cells.

HIV infection is a pandemic according to the World Health Organization (WHO). In 2010 alone HIV/AIDS killed 1.8 million people and approximately 34 million people have HIV globally. AIDS is defined as either a $CD4^+$ T cell count ofless than 200 cells per µL or is based on the occurrence of specific diseases (eg. the opportunistic infections, Kaposi's sarcoma)in association with an HIV infection. Approximately 50% of thoseinfected with HIV eventually develop AIDS within ten years if not treated. The most common initial conditions that indicate the presence of AIDS are PCP pneumonia, HIV wasting syndrome and esophageal candidiasis.  The treatment of HIV/AIDS includes the use of antiretroviral drugs which reduce the growth and replication of HIV. When three or four such drugs are taken in combination, the approach is called HAART or highly active antiretroviral therapy. More than 20 approved antiretroviral (ARV) drugs in six classes are available for the treatment of HIV/AIDS.  These six classes can also be used in combinations, and include NRTIs (Nucleoside/nucleotide reverse transcriptase inhibitors), NNRTIs (Non-nucleoside reverse transcriptase inhibitors), PIs (Protease inhibitors), FIs (Fusion inhibitors), INSTIs (Integrase strand transfer inhibitors) and CCR5 antagonists. Delavirdine, efavirenz, etravirine, nevirapine and rilpivirine are FDA approved NNRTIs. NRTIs that are currently being used in the treatment of HIV are Abacavir, didanosine, emtricitabine,

lamivudine, stavudine, tenofovir and zidovudine. Frequently used protease inhibitors include atazanavir, darunavir, fosamprenavir, indinavir, nelfinavir, ritonavir, saquinavir and tipranavir. Enfuvirtide is the only FDA approved CCR5 Fusion inhibitor. Maraviroc is the sole CCR5 entry inhibitor that can be prescribed to HIV patients. Raltegravir is an effective Integrase inhibitor against HIV infection. The introduction of highly active antiretroviral therapy (HAART) has resulted in significant improvement in the overallimmune status, the quality of life, and a reduced morbidity and mortality associated with HIV infected patients. Standard HAART regimens for antiretroviral-naïve patients consist of 3 active antiretroviral agents: 2 nucleoside reverse transcriptase inhibitors (NRTIs) plus one non-nucleoside reverse transcriptase inhibitor (NNRTI), or 2 NRTIs plus a ritonavir-boosted protease inhibitor (PI). Although the success of HAART has been significant, several issues still persist. Acure of HIV is still not possible because the antiretroviral drugs cannot eliminate the virus completely. New pharmaceutical agents such as elvucitabine, apricitabine, and etravirine have offered new hope for HIV patients with drug resistant disease and have shown promising results. Some of these new drugs are highly potent and are even active against multidrug-resistant viruses. Other agents have the advantage ofdosing convenience, and a greater tolerability. The rate of HIV drug development has been rapid and is unprecedented in terms of the progress made in a few years. Because of such rapid strides made in the antiretroviral drug development, HIV disease has been transformed from a terminal condition to a chronic, manageable one. People who have access to HIV therapy can expect a near normal life expectancy. Unfortunately, the treatment has not reached the underprivileged, especially in the poor countries and this issue still needs to be addressed.

## REFERENCES

140. Ryan KJ, Ray CG (editors) (2004). Sherris Medical Microbiology (4th ed.). McGraw Hill. ISBN 0-8385-8529-9.

141. McCann et al. (2009). "Secreted and Exported Proteins Important to Mycobacterium tuberculosis Pathogenesis".Bacterial Secreted Proteins: Secretory Mechanisms and Role in Pathogenesis. Caister Academic Press. ISBN 978-1-904455-42-4.

142. Dolin, [edited by] Gerald L. Mandell, John E. Bennett, Raphael (2010). Mandell, Douglas, and Bennett's principles and practice of infectious diseases (7th ed.). Philadelphia, PA: Churchill Livingstone/Elsevier. pp. Chapter 250. ISBN 978-0-443-06839-3.

143. WHO 2011/2012 Tuberculosis Global Facts

144. Peter G. Gibson ; section editors, Michael Abramson ... [et (2005). Evidence-based respiratory medicine(1. publ. ed.). Oxford: Blackwell. pp. 321. ISBN 978-0-7279-1605-1.

145. Kumar, Vinay; Abbas, Abul K.; Fausto, Nelson; & Mitchell, Richard N. (2007). Robbins Basic Pathology (8th ed.). Saunders Elsevier. pp. 516-522 ISBN 978-1-4160-2973-1

146. Drobniewski F, Caws M, Gibson A, Young D (2003). "Modern laboratory diagnosis of tuberculosis". Lancet Infect Dis3 (3): 141–7. doi:10.1016/S1473-3099(03)00544-9.PMID 12614730.

147. Moore D, Evans C, Gilman R, Caviedes L, Coronel J, Vivar A, Sanchez E, Piñedo Y, Saravia J, Salazar C, Oberhelman R, Hollm-Delgado M, LaChira D, Escombe A, Friedland J (2006)."Microscopic-observation drug-susceptibility assay for the diagnosis of TB". N Engl J Med 355 (15): 1539–50.doi:10.1056/NEJMoa055524. PMC 1780278.PMID 17035648.

148. Dinnes J, Deeks J, Kunst H, Gibson A, Cummins E, Waugh N, Drobniewski F, Lalvani A (2007). "A systematic review of rapid diagnostic tests for the detection of tuberculosis infection". Health Technol Assess 11 (3): 1–314. PMID 17266837.

149. Girling DJ, Coolet P. Anti-tuberculosis regimens of chemotherapy. Recommendations from the committee on treatment of International union against tuberculosis and lung disease. Indian J Chest Dis Allied Sci. 1988;30:296–304. [PubMed]

150. Mitchison DA. Role of individual drug in chemotherapy of tuberculosis. Int J Tuber Lung Dis. 2000;4:790–800.

151. Shinkichi Shimizu, Nanao Watanabe, Toshiaki Kataoka, Takayuki Shoji, Nobuyuki Abe, Sinji Morishita, Hisao Ichimura (2007). "Pyridine and Pyridine Derivatives". Ullmann's Encyclopedia of Industrial Chemistry. New York: John Wiley & Sons

152. Suarez J, Ranguelova K, Jarzecki AA, et al. (March 2009). "An oxyferrous heme/protein-based radical intermediate is catalytically competent in the catalase reaction of Mycobacterium tuberculosis catalase-peroxidase (KatG)". The Journal of Biological Chemistry 284 (11): 7017–29. doi:10.1074/jbc.M808106200. PMC 2652337. PMID 19139099.

153. Pharmacology, Harvey 4th edition. November 2009.

154. Masters, Susan B.; Trevor, Anthony J.; Katzung, Bertram G. (2005). Katzung & Trevor's pharmacology. New York: Lange Medical Books/McGraw Hill, Medical Pub. Division. ISBN 0-07-142290-0.

155. Calvori, C.; Frontali, L.; Leoni, L.; Tecce, G. (1965). "Effect of rifamycin on protein synthesis". Nature 207 (995): 417–8. doi:10.1038/207417a0. PMID 4957347.

156. Collins, R Douglas. Atlas of Drug Reactions. New York, NY: ChurchillLivingstone, 1985. pp. 123.

157. Stockley, Ivan H. "Anticoagulant Drug Interactions." Drug Interactions. 3rd ed. Boston: Blackwell Scientific Publications, 1994. pp. 274-275.

158. Centers for Disease Control and Prevention (2000). "Targeted tuberculin testing and treatment of latent tuberculosis infection". MMWR 49 (RR–6): 31–32. PMID 10881762.

159. Spaia S, Magoula I, Tsapas G, Vayonas G (2000). "Effect of pyrazinamide and probenecid on peritoneal urate transport kinetics during continuous ambulatory peritoneal dialysis". Perit Dial Int 20 (1): 47–52. PMID 10716583.

160. Yendapally R, Lee RE (March 2008). "Design, synthesis, and evaluation of novel ethambutol analogues". Bioorg. Med. Chem. Lett. 18 (5):

161. Lim SA (April 2006). "Ethambutol-associated optic neuropathy". Ann. Acad. Med. Singap. 35 (4): 274–8. PMID 16710500.

162. Capreomycin binds across the ribosomal subunit interface using tlyA-encoded 2'-O-methylations in 16S and 23S rRNAs". Mol. Cell 23 (2): 173–82. July 2006. doi:10.1016/j.molcel.2006.05.044. PMID 16857584.

163. Vannelli TA, Dykman A, Ortiz de Montellano PR (April 2002). "The anti-tuberculosis drug ethionamide is activated by a flavoprotein monooxygenase". J. Biol. Chem. 277 (15): 12824–9. doi:10.1074/jbc.M110751200. PMID 11823459.

164. Ethionamide". TB Online. Global Tuberculosis Community Advisory Board.

165. Protein synthesis inhibitors: macrolides mechanism of action animation. Classification of agents Pharmamotion. Author: Gary Kaiser. The Community College of Baltimore County. Retrieved on July 31, 2009

166. ^ Tenson, T.; Lovmar, M.; Ehrenberg, M. (2003). "The Mechanism of Action of Macrolides, Lincosamides and Streptogramin B Reveals the Nascent Peptide Exit Path in the Ribosome". Journal of Molecular Biology 330 (5): 1005–1014. doi:10.1016/S0022-2836(03)00662-4. PMID 12860123.

167. Weiss RA (May 1993). "How does HIV cause AIDS?". Science 260 (5112): 1273–9. Bibcode 1993Sci...260.1273W. DOI:10.1126/science.8493571. PMID 8493571.

168. Douek DC, Roederer M, Koup RA (2009). "Emerging Concepts in the Immunopathogenesis of AIDS". Annu. Rev. Med. 60: 471–84.

169. Baliga CS, Paul ME, Chine J, Shearer WT. HIV infection and the acquired immunodeficiency syndrome. In: Rich RR editors. Clinical immunology. Principles and practice. 3th ed. Philadelphia: Elsevier Saunders; 2008;p. 553–560

170. Cunningham, A.; Donaghy, H.; Harman, A.; Kim, M.; Turville, S. (2010). "Manipulation of dendritic cell function by viruses". Current opinion in microbiology 13 (4): 524–529.

171. Tarantola, D. (2000). "Reducing HIV/AIDS risk, impact and vulnerability". Bull World Health Organ vol.78 (no.2).DOI:10.1590/S0042-96862000000200013. ISSN 0042-9686.

172. UNAIDS 2011 pg. 1-10

173. International Committee on Taxonomy of Viruses (2002). "61. Retroviridae". National Institutes of Health. Retrieved 2006-02-28.

174. Centers for Disease Control and Prevention. HIV/AIDS surveillance report. Vol 19. Department of Health and Human Services; 2007;

175. International Committee on Taxonomy of Viruses (2002)."61.0.6. Lentivirus". National Institutes of Health. Retrieved 2006-02-28.

176. Reeves, J. D. and Doms, R. W (2002). "Human Immunodeficiency Virus Type 2". J. Gen. Virol. 83 (Pt 6): 1253–65. DOI:10.1099/vir.0.18253-0. PMID 12029140.

177. Gilbert, PB et al; McKeague, IW; Eisen, G; Mullins, C; Guéye-Ndiaye, A; Mboup, S; Kanki, PJ (28 February 2003). "Comparison of HIV-1 and HIV-2 infectivity from a prospective cohort study in Senegal". Statistics in Medicine 22 (4): 573–593.DOI:10.1002/sim.1342. PMID 12590415.

178. Mandell, Bennett, and Dolan (2010). Chapter 118.

179. Holmes CB, Losina E, Walensky RP, Yazdanpanah Y, Freedberg KA (2003). "Review of human immunodeficiency virus type 1-related opportunistic infections in sub-Saharan Africa". Clin. Infect. Dis. 36 (5): 656–662.

180. Chu, C; Selwyn, PA (2011-02-15). "Complications of HIV infection: a systems-based approach". American family physician 83 (4): 395–406. PMID 21322514.

181. Vogel, M; Schwarze-Zander, C; Wasmuth, JC; Spengler, U; Sauerbruch, T; Rockstroh, JK (2010 Jul). "The treatment of patients with HIV". Deutsches Arzteblatt international 107 (28–29): 507–15; quiz 516.

182. Mandell, Bennett, and Dolan (2010). Chapter 169.

183. MedlinePlus. A.D.A.M. Retrieved 14 June 2012.

184. Sestak K (July 2005). "Chronic diarrhea and AIDS: insights into studies with non-human primates". Curr. HIV Res. 3 (3): 199–205

185. Dinoso JB, Kim SY, Wiegand AM, et al. Treatment intensification does not reduce residual HIV-1 viremia in patients on highly active antiretroviral therapy. Proc Natl Acad Sci U S A. Jun 9 2009;106(23):9403-9408.

186. Chun TW, Engel D, Berrey MM, Shea T, Corey L, Fauci AS. Early establishment of a pool of latently infected, resting CD4(+) T cells during primary HIV-1 infection. Proc Natl Acad Sci U S A. Jul 21 1998;95(15):8869-8873.

187. Chun TW, Stuyver L, Mizell SB, et al. Presence of an inducible HIV-1 latent reservoir during highly active antiretroviral therapy. Proc Natl Acad Sci U S A. Nov 25 1997;94(24):13193-13197.

188. Finzi D, Hermankova M, Pierson T, et al. Identification of a reservoir for HIV-1 in patients on highly active antiretroviral therapy. Science. Nov 14 1997;278(5341):1295-1300.

189. Finzi D, Blankson J, Siliciano JD, et al. Latent infection of CD4+ T cells provides a mechanism for lifelong persistence of HIV-1, even in patients on effective combination therapy. Nat Med. May 1999;5(5):512-517.

190. Wong JK, Hezareh M, Gunthard HF, et al. Recovery of replication-competent HIV despite prolonged suppression of plasma viremia. Science. Nov 14 1997;278(5341):1291-1295.

191. Siliciano JD, Kajdas J, Finzi D, et al. Long-term follow-up studies confirm the stability of the latent reservoir for HIV-1 in resting CD4+ T cells. Nat Med. Jun 2003;9(6):727-728.

192. Mocroft A, Vella S, Benfield TL, et al. Changing patterns of mortality across Europe in patients infected with HIV-1. EuroSIDA Study Group. Lancet. Nov 28 1998;352(9142):1725-1730.

193. Palella FJ, Jr., Delaney KM, Moorman AC, et al. Declining morbidity and mortality among patients with advanced human immunodeficiency virus infection. HIV Outpatient Study Investigators. N Engl J Med. Mar 26 1998;338(13):853-860.

194. Vittinghoff E, Scheer S, O'Malley P, Colfax G, Holmberg SD, Buchbinder SP. Combination antiretroviral therapy and recent declines in AIDS incidence and mortality. J Infect Dis. Mar 1999;179(3):717-720.

195. ART CC AC. Life expectancy of individuals on combination antiretroviral therapy in high-income countries: a collaborative analysis of 14 cohort studies. Lancet. Jul 26 2008;372(9635):293-299.

196. Mofenson LM, Lambert JS, Stiehm ER, et al. Risk factors for perinatal transmission of human immunodeficiency virus type 1 in women treated with zidovudine. Pediatric AIDS Clinical Trials Group Study 185 Team. N Engl J Med. Aug 5 1999;341(6):385-393.

197. Wood E, Kerr T, Marshall BD, et al. Longitudinal community plasma HIV-1 RNA concentrations and incidence of HIV-1 among injecting drug users: prospective cohort study. BMJ. 2009;338:b1649.

198. Quinn TC, Wawer MJ, Sewankambo N, et al. Viral load and heterosexual transmission of human immunodeficiency virus type 1. Rakai Project Study Group. N Engl J Med. Mar 30 2000;342(13):921-929.

199. Dieffenbach CW, Fauci AS. Universal voluntary testing and treatment for prevention of HIV transmission. JAMA. Jun 10 2009;301(22):2380-2382.

200. Montaner JS, Hogg R, Wood E, et al. The case for expanding access to highly active antiretroviral therapy to curb the growth of the HIV epidemic. Lancet. Aug 5 2006;368(9534):531-536.

201. Cohen MS, Chen YQ, McCauley M, et al. Prevention of HIV-1 infection with early antiretroviral therapy. N Engl J Med. Aug 11 2011;365(6):493-505.

202. O'Brien WA, Hartigan PM, Martin D, et al. Changes in plasma HIV-1 RNA and CD4+ lymphocyte counts and the risk of progression to AIDS. Veterans Affairs Cooperative Study Group on AIDS. N Engl J Med. Feb 15 1996;334(7):426-431.

203. Garcia F, de Lazzari E, Plana M, et al. Long-term CD4+ T-cell response to highly active antiretroviral therapy according to baseline CD4+ T-cell count. J Acquir Immune Defic Syndr. Jun 1 2004;36(2):702-713.

204. Paterson DL, Swindells S, Mohr J, et al. Adherence to protease inhibitor therapy and outcomes in patients with HIV infection. Ann Intern Med. Jul 4 2000;133(1):21-30.

205. Powderly WG, Saag MS, Chapman S, Yu G, Quart B, Clendeninn NJ. Predictors of optimal virological response to potent antiretroviral therapy. AIDS. Oct 1 1999;13(14):1873-1880.

206. Yamashita TE, Phair JP, Munoz A, et al. Immunologic and virologic response to highly active antiretroviral therapy in the Multicenter AIDS Cohort Study. AIDS. Apr 13 2001;15(6):735-746.

207. Townsend D, Troya J, Maida I, et al. First HAART in HIV-infected patients with high viral load: value of HIV RNA levels at 12 weeks to predict virologic outcome. J Int Assoc Physicians AIDS Care (Chic Ill). Sep-Oct 2009;8(5):314-317.

208. ^ Reverse Transcriptase Inhibitors Down-Regulate Cell Proliferation in Vitro and in Vivo and Restore Thyrotropin Signaling and Iodine Uptake in Human Thyroid Anaplastic Carcinom...

209. ^ Reverse transcriptase inhibitors induce an androgen-dependent phenotype in undifferentiated androgen-independent prostate carcinoma cells. - ASCO

210. Thompson MA, Aberg JA, Cahn P, et al. Antiretroviral treatment of adult HIV infection: 2010 recommendations of the International AIDS Society-USA panel. JAMA 2010; 304:321.

211. http://www.aidsinfo.nih.gov/guidelines/GuidelineDetail.aspx?MenuItem=Guidelines&Search=Off&GuidelineID=7&ClassID=1 (Accessed on February 13, 2011).

212. VIDEX (didanosine): chewable/dispersible buffered tablets; buffered powder for oral solution; pediatric powder for oral solution. Product information (July 2000)

213. HIVID (zalcitabine) tablets. Dear Health Care Professional Letter. (June 2006)

214. Mallal S, Phillips E, Carosi G et al. (February 2008). "HLA-B*5701 screening for hypersensitivity to abacavir". N. Engl. J. Med. 358 (6): 568–79. doi:10.1056/NEJMoa0706135.PMID 18256392.

215. ^ Mallal S, Nolan D, Witt C et al. (2002). "Association between the presence of HLA-B*5701, HLA-DR7 and HLA-DQ3 and hypersensitivity to HIV-1 reverse transcriptase inhibitor abacavir". Lancet 359 (9308): 727–32. doi:10.1016/S0140-6736(02)07873-X. PMID 11888582.

216. ^ Hetherington S, Hughes AR, Mosteller M et al. (2002). "Genetic variations in HLA-B region and hypersensitivity reactions to abacavir". Lancet 359 (9312): 1121–2.doi:10.1016/S0140-6736(02)08158-8. PMID 11943262.

217. Sosnik, A.; Chiapetta, D.A.; Carcaboso, Á.M. (2009),"Drug delivery systems in HIV pharmacotherapy: What has been done and the challenges standing ahead", Journal of Controlled Release 138 (1): 2–15,doi:10.1016/j.jconrel.2009.05.007, PMID 19445981

218. de Béthune, M.-P. (2009), "Non-nucleoside reverse transcriptase inhibitors (NNRTIs), their discovery, development, and use in the treatment of HIV-1 infection: A review of the last 20 years (1989-2009)", Antiviral Research 85 (1): 75–90, doi:10.1016/j.antiviral.2009.09.008,PMID 19781578

219. Viramune (nevirapine) tablets; Viramune (nevirapine) oral suspension prescribing information

220. "Facts sheet from the AIDS Treatment Data Network". Retrieved 2006-01-16.

221. ^ a b DHHS panel. Guidelines for the use of antiretroviral agents in HIV-1-infected adults and adolescents (May 4, 2006). (Available for download from AIDSInfo)

222. ^ Viramune (nevirapine) letter (November 2000)

223. ^ RESCRIPTOR brand of delavirdine mesylate tablets. Product information.

224. Department of Health and Human Services Panel on Antiretroviral Guidelines for Adults and Adolescents 25 October 2010, accession date. Guidelines for the use of antiretroviral agents in HIV-infected adults and adolescents. HHS, Washington, DC: http://www.aidsinfo.nih.gov.

225. Food and Drug Administration 15 September 2010, accession date. Sustiva label information, approved 18 August 2008. FDA, Washington, DC: www.fda.gov/cder/foi/label/2008/020972s030,021360s019lbl.pdf.

226. Staszewski S., et al. 1999. Efavirenz plus zidovudine and lamivudine, efavirenz plus indinavir, and indinavir plus zidovudine and lamivudine in the treatment of HIV-1 infection in adults. N. Engl. J. Med.341:1865–1873. [PubMed]

227. World Health Organization 24 October 2010, accession date. Antiretroviral therapy for HIV infection in adults and adolescents: recommendations for a public health approach (2006 revision). WHO, Geneva, Switzerland: http:www.who.int/hiv/pub/guidelines/artadultguidelines.pdf.

228. Burger D., et al. 2006. Interpatient variability in the pharmacokinetics of the HIV non-nucleoside reverse transcriptase inhibitor efavirenz: the effect of gender, race, and CYP2B6 polymorphism. Br. J. Clin. Pharmacol. 61:148–154.

229. Rotger M., Csajka C., Telenti A. 2006. Genetic, ethnic, and gender differences in the pharmacokinetics of antiretroviral agents. Curr. HIV/AIDS Rep. 3:118–125.

230. Stöhr W., et al. 2008. Factors influencing efavirenz and nevirapine plasma concentration: effect of ethnicity, weight and co-medication. Antivir. Ther. 13:675–685.

231. U.S. Department of Health and Human Services: Guidelines for the Use of Antiretroviral Agents in HIV-1-Infected Adults and Adolescents, Appendix A: Key to Acronyms

232. ^ "Intelence". RxWiki. Retrieved 3 January 2013.

233. Rang, H. P., Dale, M. M., Ritter, J. M., & Flower, R. J. (2007). Rang and Dale's Pharmacology (6th Edition ed.). Philadelphia: Churchill Livingstone Elsevier.

234. Polli JW, Jarrett JL, Studenberg SD, Humphreys JE, Dennis SW, Brouwer KR, Woolley JL. Role of P-glycoprotein on the CNS disposition of amprenavir (141W94), an HIV protease inhibitor. Pharm Res.1999;16:1206–1212. [PubMed]

235. Nath A, Sacktor N. Influence of highly active antiretroviral therapy on persistence of HIV in the central nervous system. Curr Opin Neurol. 2006;19:358–361.

236. Kwara A, Delong A, Rezk N, Hogan J, Burtwell H, Chapman S, Moreira CC, Kurpewski J, Ingersoll J, Caliendo AM, Kashuba A, Cu-Uvin S. Antiretroviral drug concentrations and HIV RNA in the genital tract of HIV-infected women receiving long-term highly active antiretroviral therapy. Clin Infec Dis. 2008;46:719–725. [PubMed]

237. Lowe SH, Wensing AM, Droste JA, ten Kate RW, Jurriaans S, Burger DM, Borleffs JC, Lange JM, Prins JM. No virological failure in semen during properly suppressive antiretroviral therapy despite subtherapeutic local drug concentrations. HIV Clin Trials. 2006;7:285–290.

238. Ritonavir (patient information)

239. Moyle GJ, Back D. Principles and practice of HIV-protease inhibitor pharmacoenhancement. HIV Med.2001;2:105–113. [PubMed]

240. Gibaud, S. P.; Attivi, D. (2012). "Microemulsions for oral administration and their therapeutic applications". Expert Opinion on Drug Delivery: 1. doi:10.1517/17425247.2012.694865.

241. ^ Withdrawal of Fortovase (PDF)

242. Winston A, Back D, Fletcher C et al. (2006). "Effect of omeprazole on the pharmacokinetics of saquinavir-500 mg formulation with ritonavir in healthy male and female volunteers". AIDS 20 (10): 1401–6. doi:10.1097/01.aids.0000233573.41597.8a.PMID 16791014

243. KALETRA (lopinavir/ritonavir) capsules; (lopinavir/ritonavir) oral solution. Prescribing information. April 2009

244. Pyrko, P.; Kardosh, A; Wang, W; Xiong, W; Schönthal, AH; Chen, TC (2007). "HIV-1 protease inhibitors nelfinavir and atazanavir induce malignant glioma death by triggering endoplasmic reticulum stress". Cancer Research 67 (22): 10920–8. doi:10.1158/0008-5472.CAN-07-0796. PMID 18006837.

245. Squires K, Lazzarin A, Gatell JM, et al. Comparison of once-daily atazanavir with efavirenz, each in combination with fixed-dose zidovudine and lamivudine, as initial therapy for patients infected with HIV. J Acquir Immune Defic Syndr. 2004;36:1011–1019.

246. Malan DR, Krantz E, David N, et al. Efficacy and safety of atazanavir, with or without ritonavir, as part of once-daily highly active antiretroviral therapy regimens in antiretroviral-naive patients. J Acquir Immune DeficSyndr. 2008;47:161–167.

247. Molina J-M, Andrade-Villanueva J, Echevarria J, et al. Once-daily atazanavir/ritonavir versus twice-daily lopinavir/ritonavir, each in combination with tenofovir and emtricitabine, for management of antiretroviral-naive HIV-1-infected patients: 48 week efficacy and safety results of the CASTLE study. Lancet. 2008;372:646–655.

248. Johnson M, Grinsztejn B, Rodriguez C, et al. 96-week comparison of once-daily atazanavir/ritonavir and twice-daily lopinavir/ritonavir in patients with multiple virologic failures. AIDS. 2006;20:711–718.

249. Thaisrivongs S, Strohback JW. Structure-based discovery of Tipranavir disodium (PNU-140690E): a potent, orally bioavailable, nonpeptidic HIV protease inhibitor. Biopolymers. 1999;51:51–8. [PubMed]

250. Doyon L, Tremblay S, Bourgon L, et al. Selection and characterization of HIV-1 showing reduced susceptibility to the non-peptidic protease inhibitor tipranavir. Antiviral Res. 2005;68:27–35.[PubMed]

251. Larder BA, Hertogs K, Bloor S, et al. Tipranavir inhibits broadly protease inhibitor-resistant HIV-1 clinical samples. Aids. 2000;14:1943–8. [PubMed]

252. Back NK, van Wijk A, Remmerswaal D, et al. In vitro tipranavir susceptibility of HIV-1 isolates with reduced susceptibility to other protease inhibitors. Aids. 2000;14:101–2. [PubMed]

253. Poppe SM, Slade DE, Chong KT, et al. Antiviral activity of the dihydropyrone PNU-140690, a new nonpeptidic human immunodeficiency virus protease inhibitor. Antimicrob Agents Chemother.1997;41:1058–63. [PMC free article] [PubMed]

254. Rusconi S, La Seta Catamancio S, Citterio P, et al. Susceptibility to PNU-140690 (Tipranavir) of human immunodeficiency virus type 1 isolates derived from patients with multidrug resistance to other protease inhibitors. Antimicrob Agents Chemother. 2000;44:1328–32. [PMC free article][PubMed]

255. Schwartz R, Kazanjian P, Slater L, et al. Resistance to tipranavir is uncommon in a randomized trial of tipranavir/ritonavir (TPV/RTV) in Multiple PI-Failure Patients (BI 1182.2). 9th Conference on Retroviruses and Opportunistic Infections; 2002; Seattle, WA. 2002. Session 75, Poster Session 562-T.

256. Aptivus (tipranavir) Capsules, 250 mg, Prescribing Information", Boehringer Ingelheim, 2007. Revised February 5, 2007.

257. King N, Prabu-Jeyabalan M, Nalivaika E, Wigerinck P, de Béthune M, Schiffer C. Structural and thermodynamic basis for the binding of TMC114, a next-generation HIV-1 protease inhibitor. J Virol.2004;78:12012–12021. [PMC free article] [PubMed]

258. Tie Y, Boross P, Wang Y, et al. Molecular basis for substrate recognition and drug resistance from 1.1 to 1.6 angstroms resolution crystal structures of HIV-1 protease mutants with substrate analogs. Febs J.2005;272:5265–5277. [PMC free article] [PubMed]

259. Koh Y, Nakata H, Maeda K, et al. Novel bis-tetrahydrofuranylurethane-containing nonpeptidic protease inhibitor UIC-94017 (TMC114) with potent activity against multi-PI-resistant HIV in vitro. Antimicrob Agents Chemother. 2003;47:3123–3129. [PMC free article] [PubMed]

260. Tie Y, Boross P, Wang Y, et al. High resolution crystal structures of HIV-1 protease with a potent non-peptide inhibitor (UIC-94017) active against multi-drug-resistant clinical strains. J Mol Biol. 2004;338:341–352. [PubMed]

261. Kovalevsky A, Tie Y, Liu F, et al. Effectiveness of nonpeptide clinical inhibitor TMC-114 on HIV-1 protease with highly drug resistant mutations D30N, I50V, and L90M. J Med Chem. 2006;49:1379–1387.[PMC free article] [PubMed]

262. De Meyer S, Azjin H, Surleraux D, et al. TMC114, a novel HIV-1 protease inhibitor active against protease inhibitor-resistant viruses, including a broad range of clinical isolates. Antimicrob Agents Chemother.2005;49:2314–2321. [PMC free article] [PubMed]

263. Kilby JM, Hopkins S, Venetta TM, DiMassimo B, Cloud GA, Lee JY, Alldredge L, Hunter E, Lambert D, Bolognesi D, Mathews T, Johnson MR, Nowak MA, Shaw GM, Saag MS. Potent suppression of HIV-1 replication in humans by T-20, a peptide inhibitor of gp41-mediated virus entry. Nat. Med.1998;4:1302–1307. [PubMed]

264. Oldfield V, Keating GM, Plosker G. Enfuvirtide - A review of its use in the management of HIV infection. Drugs. 2005;65:1139–1160. [PubMed]

265. Lu J, Deeks SG, Hoh R, Beatty G, Kuritzkes BA, Martin JN, Kuritzkes DR. Rapid emergence of enfuvirtide resistance in HIV-1-infected patients: results of a clonal analysis. J. Acq. Immun. Def. Synd. 2006;43:60–64.

266. Poveda E, Rodes B, Lebel-Binay S, Faudon J-L, Jimenez V, Soriano V. Dynamics of enfuvirtide resistance in HIV-infected patients during and after long-term enfuvirtide salvage therapy. J. Clin. Virol. 2005;34:295–301. [PubMed]

267. Fuzeon Fuzeon Summary of Product Characteristics. Roche Registration Limited; 2003a.

268. Zhang XP, Nieforth K, Lang JM, Rouzier-Panis R, Reynes J, Dorr A, Kolis S, Stiles MR, Kinchelow T, Patel IH. Pharmacokinetics of plasma enfuvirtide after subcutaneous administration to patients with human immunodeficiency virus: inverse Gaussian density absorption and 2-compartment disposition.Clin. Pharmacol. Ther. 2002;72:10–19. [PubMed]

269. Levy JA (January 2009). "HIV pathogenesis: 25 years of progress and persistent challenges". AIDS 23 (2): 147–60.doi:10.1097/QAD.0b013e3283217f9f. PMID 19098484.

270. ^ Biswas P, Tambussi G, Lazzarin A (May 2007). "Access denied? The status of co-receptor inhibition to counter HIV entry". Expert Opinion on Pharmacotherapy 8 (7): 923–33. doi:10.1517/14656566.8.7.923. PMID 17472538.

271. Abel S, Russell D, Whitlock LA, Ridgway CE, Nedderman AN, Walker DK. Assessment of the absorption, metabolism and absolute bioavailability of maraviroc in healthy male subjects. Br J Clin Pharmacol. 2008;65(Suppl 1):60–7. doi: 10.1111/j.1365-2125.2008.03137.x. [PMC free article][PubMed] [Cross Ref]

272. Pfizer Inc. Selzentry [package insert]. 2007. New York.

273. Savarino A (December 2006). "A historical sketch of the discovery and development of HIV-1 integrase inhibitors". Expert Opin Investig Drugs 15 (12): 1507–22. doi:10.1517/13543784.15.12.1507. PMID 17107277.

274. Isentress prescribing information. Whitehouse Station, NJ 08889, USA: Merck and Co., Iin

275. ISENTRESS™ (raltegravir) 400 mg for treatment of HIV (NDA 22-145) FDA Briefing Document.2007. Accessed October 15, 2007. URL:http://www.fda.gov/OHRMS/DOCKETS/AC/07/briefing/2007-4314b1-01-Merck.pdf.

276. Kassahun K, McIntosh I, Hreniuk D, et al. Absorption, metabolism and excretion of MK-0518, a potent HIV-1 integrase inhibitor, in healthy male volunteers. 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy; Sept 27-30, 2006; San Francisco, California, USA. 2006. abstract A-372.

277. HIV Antiretroviral Agents in Development

278. Hull MW, Montaner J. Antiretroviral therapy: A key component of a comprehensive HIV prevention strategy. Curr HIV/AIDS Rep. 2011;8:85–93. [PubMed]

279. Walenski RP, Paltiel AD, Losina E, et al. The survival benefits of AIDS treatment in the United States. J Infect Dis 2006;194:11-19.

280. Crum NF, Riffenburgh RH, Wegner S, et al. Comparisons of causes of death and mortality rates among HIV-infected persons: analysis of the pre-, early-, and late HAART (highly active antiretroviral therapy) eras. J Acquir Immune Defic Syndr 2006;41:194-200.

281. Panel on Antiretroviral Guidelines for Adult and Adolescents. Guidelines for the use of antiretroviral agents in HIV-1-infected adults and adolescents. Department of Health and Human Services. November 3, 2008; pp 1-139. Available at http://www.aidsinfo.nih.gov/ContentFiles/AdultandAdolescentGL.pdf. Accessed July 6, 2009.

282. Shafer RW, Smeaton LM, Robbins GK, DeGrutolla V, Snyder SW, D'Aquila RT, et al. Comparison of four-drug regimens and pairs of sequential three-drug regimens as initial therapy for HIV-1 infection. N Engl J Med 2003;349:2304-15.

283. Gulick RM, Ribaudo HJ, Shikuma CM, Lalama C, Schackman BR, Meyer III WA, et al. Three- vs four-drug antiretroviral regimens for the initial treatment of HIV-1 infection: a randomized controlled trial. JAMA 2006;296:769-81

284. Biswas P, Tambussi G, Lazzarin A (2007). "Access denied? The status of co-receptor inhibition to counter HIV entry". Expert Opin Pharmacother 8 (7): 923–33. doi:10.1517/14656566.8.7.923. PMID 17472538.

285.^ Pugach P, Ketas TJ, Michael E, Moore JP (August 2008). "Neutralizing antibody and anti-retroviral drug sensitivities of HIV-1 isolates resistant to small molecule CCR5 inhibitors". Virology 377 (2): 401–7. doi:10.1016/j.virol.2008.04.032. PMC 2528836.PMID 18519143.

286.^ Progenics Pharmaceuticals' HIV Drug, PRO 140, Receives FDA Fast-Track Designation. Press release, 22 Feb 2006. Progenics Pharmaceuticals.

287.AIDSinfo (updated 16 October 2007) "PRO 140"

288."Tanox Reports 48-Week Results From TNX-355 Phase 2 Clinical Trial". AEGiS. 2006-05-02.

289.Aidsmap (2011, March 1st) 'Attachment inhibitor BMS-663068 potent and well-tolerated in early study'

290.Klibanov, Olga M.; Williams, Shannon H.; Iler, Cameron A (2010). "Cenicriviroc, an orally active CCR5 antagonist for the potential treatment of HIV infection". Current Opinion in Investigational Drugs 11 (8): 940–950. PMID 20721836.

291.^ Baba, Masanori; Takashima, Katsunori; Miyake, Hiroshi; Kanzaki, Naoyuki; Teshima, Koichiro; Wang, Xin; Shiraishi, Munetaka; Iizawa, Yuji (2005). "TAK-652 inhibits CCR5-mediated human immunodeficiency virus type 1 infection in vitro and has favorable pharmacokinetics in humans". Antimicrobial Agents and Chemotherapy 49 (11): 4584–4591. doi:10.1128/AAC.49.11.4584-4591.2005. PMC 1280155.PMID 16251294.

292.Hosein SR 'I ANTI-HIV AGENTS: B. Cenicriviroc for inflammation and HIV' CATIE TreatmentUpdate 180 - 2010 Oct; 22(5): 2

293.Hosein SR 'I ANTI-HIV AGENTS: B. Cenicriviroc for inflammation and HIV' CATIE TreatmentUpdate 180 - 2010 Oct; 22(5): 2

294.Dolutegravir ("572") Holds Up in Heavily Raltegravir-Resistant Patients, Phase 2B Study Finds Nelson Vergel. The Body PRO. Accessed 23 April 2011.

295.^ Shionogi-ViiV Healthcare Starts Phase 3 Trial for "572-Trii" Test positive airwave. The Body PRO. Accessed 23 April 2011.

296.^ Horn, Tim. ViiV's Dolutegravir Continues to Show Well After 96 Weeks, Versus Sustiva, for First-Time Treatment. AIDSmeds.com 7 Mar 2012. Accessed 14 Mar 2012.

297.Sax, P. E.; Dejesus, E.; Mills, A.; Zolopa, A.; Cohen, C.; Wohl, D.; Gallant, J. E.; Liu, H. C. et al. (2012). "Co-formulated elvitegravir, cobicistat, emtricitabine, and tenofovir versus co-formulated efavirenz, emtricitabine, and tenofovir for initial treatment of HIV-1 infection: A randomised, double-blind, phase 3 trial, analysis of results after 48 weeks". The Lancet379 (9835): 2439–2448. doi:10.1016/S0140-6736(12)60917-9. PMID 22748591.

298. "New HIV Maturation Inhibitor MPC-9055". National AIDS Treatment Advocacy Project. 17 September 2008. Retrieved 10 June 2012.

299.Aidsmap 'Vivecon (MP-9055)'

300.NATAP, 'Lersivirine, a New NNRTI, Versus Efavirenz as First-Line Therapy: 48 Weeks' 6th IAS Conference on HIV Pathogenesis, Treatment and Prevention, July 17-20, 2011, Rome.

301.AIDSmeds (17 June 2008) "Experimental HIV Drug Hits Snag"

302.Koronis Pharmaceuticals (2009, 19th May) 'Koronis Pharmaceuticals' Scientific Advisory Board Confirms KP-1461 Clinical Drug Activity, HIV Ablation'

303.Mullins J. et al, 2011, Mutation of HIV-1 Genomes in a Clinical Population Treated with the Mutagenic Nucleside KP1461, PLoS One 6(1).

304.i-BASE/Treatment Action Group (2011, July) '2011 Pipeline Report' HIV, Hepatitis C Virus (HCV), and Tuberculosis Drugs, Diagnostics, Vaccines, and Preventive Technologies in Development.

Non-Antibiotic Antimicrobial Pharmacology: A Review
Part II
Self Evaluation Exercises
Select the best answer for each question and check your answers at the bottom of the page.
You do not need to submit this self-evaluation exercise with your participant sheet..

1. Chloroquine is highly effective in the treatment of liver abscesses and intestinal wall infections caused by amebas.

　　　　True　　　　　　　　　False

2. Primaquine is an effective and potent tissue schizonticide.

　　　　True　　　　　　　　　False

3. Pyrazinamide can trigger an acute episode of gout.

　　　　True　　　　　　　　　False

4. Isoniazid (INH) is the least potent antitubercular drug.

　　　　True　　　　　　　　　False

5. The four drugs that are currently recommended as first-line agents for the treatment of tuberculosis are Isoniazid, rifampin, ethambutol, and pyrazinamide.

　　　　True　　　　　　　　　False

6. Primaquineis the only drug that can treat malaria caused by P. vivax and P. ovale.

　　　　True　　　　　　　　　False

7. Isoniazid (INH) should be given orally because of good absorption.

　　　　True　　　　　　　　　False

8. Ethambutol should be discontinued after detecting optic neuritis.

　　　　True　　　　　　　　　False

9. Lymphoma is the most common cancer occurring in people with HIV.

　　　　True　　　　　　　　　False

10. The current recommendation for primary therapy to treat HIVis to administer two NRTIs (Nucleoside Reverse Transcriptase Inhibitors) with either a protease inhibitor, an NNRTI, or an integrase inhibitor.

    True                           False

11. Efavirenz is not a NRTI (Nucleoside Reverse Transcriptase Inhibitor)?

    True                           False

12. Nonnucleoside reverse transcriptase inhibitors (NNRTIs)do not adversely effect on the host blood-forming cells and do not have cross-resistance with NRTIs.

    True                           False

13. Enfuvirtide is the only FDA approved fusion inhibitor for the treatment of HIV-1 infection.

    True                           False

14. Raltegravir should only be administered intramuscularly.

    True                           False

15. Standard HAART regimens for antiretroviral-naïve patients consist of three (3) active antiretroviral agents.

    True                           False

1.T  2.T  3.T  4.F  5.T  6.T  7.T  8.F  9.F  10.T  11.T  12.T  13.T  14.F  15.T

CASE NO.:  15-CV-61165-WPD
NetCE'S EXHIBIT 186

**DEPRESSION VS. DEMENTIA IN THE ELDERLY**
**PART I**
**9 CE hours**

**About the author**

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and has completed his clinical clerkship training in various teaching hospitals throughout New York, including Kings County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria has passed all USMLE medical board exams on first attempt, and has served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field, including faculty member and department chair. Dr. Jouria continues to serves as a subject matter expert for several continuing education organizations covering multiple basic medical sciences. He has also developed several continuing medical education courses covering various topics in clinical medicine. Recently, Dr. Jouria has been contracted by the University of Miami/Jackson Memorial Hospital's Department of Surgery to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on human anatomy and physiology.

**Learning Objectives**

▶ Define depression, dementia, delirium, and pseudo-dementia.
▶ Appreciate the epidemiology of dementia and depression present in the elderly population.
▶ Identify the current screening guidelines for dementia and depression.
▶ Describe the pathophysiology of major depression.
▶ List the non-modifiable risk factors for depression.
▶ List the modifiable risk factors for depression.
▶ Describe the pathophysiology of dementia.
▶ List the non-modifiable risk factors for dementia.
▶ List the modifiable risk factors for dementia.
▶ Describe the pathophysiology of pseudo-dementia.
▶ List the non-modifiable risk factors for pseudo-dementia.
▶ List the modifiable risk factors for pseudo-dementia.
▶ Describe the pathophysiology of delirium.
▶ Identify the problems associated in differentiating depression from dementia in the elderly.
▶ Categorize the different types of depression and dementia.
▶ Discuss the signs and symptoms of depression and dementia.
▶ Explain the importance of the correct diagnosis of dementia and depression.
▶ Discuss the diagnostic tools available to aid in the diagnosis of dementia and depression.
▶ Identify the diagnostic imaging used in the diagnosis of dementia and depression.
▶ Discuss the application of a full neuropsychological evaluation in the diagnosis of dementia and depression.
▶ Describe the treatment options for both dementia and depression.

▶ Evaluate the effectiveness of each treatment option in the care of depression and dementia in the elderly.

▶ Explain the side effects of the medical management of dementia and depression.

▶ Identify the lifestyle factors that affect the development of dementia and depression in the elderly.

▶ Discuss the role of mental exercise and activity in the prevention of depression and dementia.

▶ Examine the options available to health care workers for the evaluation of disease progression of dementia and depression in the elderly.

▶ Identify other factors, such as comorbidities, medications, and family members that play a role in the management, progression and prevention of dementia and depression in the elderly.

▶ Evaluate the potential benefit of future preventive measures and treatment options for depression and dementia in the elderly.

▶ Identify the role of the most current advancement in neuropsychological research.

▶ Communicate the importance of disease education to patients and families who suffer from either dementia or depression.

**Introduction**

Dementia and depression are two separate mental health problems that are frequently encountered in medical practice and social interaction with the elderly population. Approximately 50% of patients who present with late-onset depression have some form of cognitive impairment. The extremely high crossover between the signs and symptoms of depression and dementia in the elderly make it a challenging task to both diagnose and manage the two diseases appropriately.

Moreover, current literature suggests that the prevalence of depression in patients with dementia has been reported to be between 10% and 70%. Depression has been identified to be both a risk factor and a premonitory symptom of dementia. This course is an in-depth academic review of the multifaceted relationship that exists between the two conditions. The course will cover definitions, epidemiology, related concepts, diagnostic tools and challenges, treatment, and emerging research. The operational issues and the instruments underlying their relationship are also emphasized.

The association between the two illnesses is far from decisive, but this course will help health care professionals review the most important factors of the respective diseases and offer guidance on the clinical challenges that are presented with them.

**Dementia** consists of several symptoms that manifest as an overall impairment in higher-level thought processes and cognitive abilities of an individual. Dementia can impair new memory formation and learning ability; affect recall, comprehension, and judgment; and impair other significant mental abilities. While dementia is usually seen in geriatric patients, it is not unusual for young adults to suffer from early-onset dementia as well [3].

**Delirium** is a rapid onset psychiatric condition where the patient presents as confused and disoriented (to place, time, or date). The severity of the condition varies from patient to patient. Some patients experience additional changes in cognitive or visual perception, as well as alterations to their sleeping patterns. Others may also have visual or auditory hallucinations.

**Depression** is a psychiatric disorder characterized by the presence of a low mood and a lack of willingness to participate in tasks or activities that affect an individual's emotional, mental, and physical state [1].

2

Depressed individuals often experience several of the following: loneliness, hopelessness, irritability, anxiety, or suicidal thoughts. They may also become anhedonic, meaning they no longer derive pleasure from previously pleasurable activities such as exercising or going out and socializing with friends.

In the elderly, it has been found that depression is often an underdiagnosed and untreated condition. It is estimated that approximately 15% of the elderly population worldwide suffer from depression; at least 40% of geriatric patients in nursing homes have some form of depression. While the statistics suggest that the condition affects a large percentage of the elderly population, it is not part of the normal process of aging. In fact, it is one of the most treatable disorders in the elderly [2].

While the statistics seem to indicate that a large portion of the elderly is depressed, depression still seems to be more common among young adults [5]. Depression is an important public health issue that needs to be addressed because the rise in the risk of suicide, as well as the reduction in the overall physical and mental functioning of depressed individuals, can incur social and economic costs [4].

**Age of Onset of Depression**

Approximately half of depressed geriatric patients experienced their first depressive episode as young adults. This is known as early-onset depression, which can be managed, but can reoccur several times throughout a person's lifetime. The other half has their first depressive episode later in life (typically at 55 to 65 years)—this is known as late-onset depression.

Individuals with early-onset depression are more likely to have relatives who are also depressed, which suggests that it may be influenced by genetics. It is also correlated with higher comorbid psychiatric or personality disorders [7].

Individuals who have late-onset depression have clinical presentations and specific risk factors that differ from patients who have had at least one depressive episode as young adults [6]. However, the current literature is inconclusive. Some studies have found a correlation between late-onset depression and stroke or cerebrovascular accident (CVA) and other related risk factors [8]. Other studies have found no significant correlation between these events [7]. Studies have also found that patients with late-onset depression may have a higher risk of developing dementia or other cognitive deficits [9].

**Epidemiology**

While prevalence rates vary from country to country, overall, depression is one of the leading causes of deaths worldwide [10]. For example, Americans are more likely to be depressed than the Japanese (prevalence rates of 17% and 3%, respectively). In general, 8% to 12% of individuals experience at least one depressive episode throughout their lifetimes, with most experiencing their first episode at 30 to 40 years of age [11-13]. Women are twice as likely to be depressed as men.

The risk of experiencing a depressive episode is also correlated with environmental factors and other comorbid diseases [14-17]. In particular, it has been found that people in urban areas are more likely to be depressed than people in rural areas. Lower socioeconomic status also appears to be a risk factor for depression [17]. Comorbid neurological and cardiovascular disorders such as multiple sclerosis, Parkinson's disease, and myocardial infarction increase the risk of depression [14-16].

In the United States, approximately 1% of the total population experience some form of depression, with the prevalence rates significantly higher in women (1.4% for females, 0.4% for males) [18, 19]. While the highest prevalence rates of depression is found in 25- to 44-year-old patients, the number of clinically significant symptoms associated with the condition increase with older individuals. Five million

3

depressed individuals are elderly and 20% of these depressed elderly individuals are considered to have major depression [18]. In long-term care facilities, approximately 12% to 30% of residents are depressed [19]. In primary care settings, 17% to 37% of elderly patients are depressed; approximately 30% of these are diagnosed with major depression [2].

Geriatric patients diagnosed with depression are usually found to have specific comorbid diseases [20, 21]. Chronic health conditions correlated with high rates of depression include:

- Alzheimer's disease (20% to 40%)
- Stroke (30% to 60%)
- Coronary heart disease (8% to 44%)
- Parkinson's disease (40%)
- Cancer (1% to 40%)
- Dementia (17% to 31%)

In the elderly, depression has a prevalence rate of 1% to 5% worldwide, with clinically significant symptoms found in 15% of elderly living in the community [5, 22]. As in the general population, elderly women also have higher rates of depression than elderly men. Depression is seen in 5% to 10% of elderly medical outpatient cases; 10% to 12% of elderly medical inpatients; and 14% to 42% of residents of long-term care facilities [22, 24].

Race or ethnicity does not seem to have an effect in the prevalence rate of depression, but the symptoms appear to be more common in Hispanics than in non-Hispanic Caucasians [23].

### Clinical Presentation of Depression in the Elderly (vs. in Young Adults)

Compared with young adults, elderly patients are less likely to feel dysphoric or worthless [25]. Geriatric patients also report loss of concentration, poor memory, changes in sleep cycle, sleep disturbances or insomnia, fatigue, hopelessness, or loss of interest in living more often than young adults [26].

Geriatric patients are often found to have impaired higher-level thought processes and slower cognitive functions or responses [27]. Elderly females are more prone to changes in appetite, while elderly males are more prone to experiencing increased agitation [28].

Diagnosing depression is harder when there is a comorbid medical condition with similar symptoms; for example, cancer patients often lose weight and experience fatigue—symptoms also present in depression. Thus, depression can be overdiagnosed or underdiagnosed depending on the health care provider.

Elderly patients with neurological disorders often exhibit different symptoms of depression (less anhedonia and dysphoria) compared with geriatric patients with no neurological damage. A depressive episode that manifests after a stroke, especially a stroke resulting in right hemisphere damage, is usually associated with vegetative symptoms and is less likely to include dysphoria [29]. Patients with Parkinson's disease usually experience a milder form of depression [30].

Patients with Alzheimer's disease are diagnosed with a comorbid depressive disorder when three of the nine criteria for depression are present—excluding lack of concentration, which can also be present in some Alzheimer's patients without depressive disorder. (The diagnosis of major depressive disorder requires the presence of at least five symptoms.) Patients with Alzheimer's and depression often experience less weight loss, fatigue, and muscle weakness than patients with vascular/multi-infarct dementia and depression [31].

4

**Etiology**

Biological and genetic factors play an important role in depressive disorder. Neurological degeneration and various diseases, especially cardiovascular diseases, can be risk factors for depression. A family history of depressive disorders is also a risk factor.

Stressful life events, such as death of family members or friends, can also trigger depression. The criteria for diagnosis have been revised in the DSM-5 to include bereavement as a possible cause of depression.

**Genetic Risk**

Studies have found several genes that may influence the development of depression. The interaction of genetic and environmental factors may also increase the risk of depression [32].

Depression can occur in an individual with no family history of the illness. However, twin studies suggest that individuals with clinically depressed first-degree relatives are three times more likely to have depression than the general population [37].

Some studies say that genes that produce serotonin may be involved in the development of depressive disorder. Most antidepressants affect the production or uptake of serotonin in the brain [38]. Genetics seems to play a less important role in the development of depression in the elderly (late-onset depression). However, some genetic markers have been found to be specific to depression in geriatric patients. Some of the genes affecting depression in the elderly seem to be gender-specific—the polymorphism of the 5-HTR2A gene promoter is associated with elderly men but not elderly women.

It is important to note that the involvement of the genes mentioned above is still theoretical. For example, research has established that ApoE is a risk factor for Alzheimer's disease, but there are no studies yet that conclusively prove that ApoE is also involved in depression [8, 39, 40].

**Biological Risk Factors**

Aging comes with biological changes that affect the health of the elderly. Changes in the cardiovascular, endocrine, and immune systems of the elderly may predispose them to depression.

In geriatric patients, depression usually has a comorbid medical condition. Chronic cardiovascular diseases, degenerative neurological conditions, and cerebrovascular accidents have all been identified as major risk factors for depression. Immune suppression or infection, as well as cancer, have also been found to trigger depression. Several imbalances in the endocrine system such as hypo- or hyperthyroidism have also been correlated to the development of depressive disorder [41].

Various physiologic changes have also been observed in depressed patients. These include elevated levels of IGF-1 (insulin-like growth factor 1), increased adrenocortical activity, and inflammation [42]. Depression has also been correlated to osteoporosis, suggesting that elevated levels of inflammatory markers may also play a role in depression.

Depression may also occur as a side effect of various prescription drugs used to treat other conditions. These include antihypertensive drugs (such as beta-blockers and calcium channel blockers), neurological drugs, benzodiazepines, corticosteroids, digoxin, hormone replacements, interferon, and chemotherapy drugs [24, 42].

**Medications That May Cause Depression**

5

Depression in older people with concomitant medical disease usually has a poor prognosis, and usually leads to higher rates of morbidity and disability [43]. In some cases, depression in the elderly can make the management of other diseases more difficult. For example, loss of appetite secondary to depression is one of the leading causes of weight loss in older adults, and weight loss is generally associated with weakness and failure to thrive [4]. Loss of appetite may also lead to poor nutritional status and nutritional deficiencies, which also play a vital role in the genesis of depression. Low levels of vitamin $B_{12}$ and the ratio of omega-6 to omega-3 fatty acids seems to be associated with depression in the elderly, even when other risk factors are well controlled [41].

It has also been observed that depression earlier in life also predisposes an individual to depression when older. Additionally, depression earlier in life may predispose an individual to vascular disease, which, in turn, can increase the risk of depression at later stages, particularly in the elderly. This close association between the two diseases suggests a common pathological process [41]. For instance, the serotonin transporter promoter polymorphism 5-HTTLPR is strongly associated with depression, as well as elevated platelet factor IV and beta-thromboglobulin levels, resulting in increased platelet activation [42, 4].

**Depression and Cardiovascular Disease**

Depression is especially prevalent in patients with cardiovascular disease. Depression increases the risk of coronary artery disease (CAD) approximately 1½ to 2 times that of otherwise healthy individuals [44]. Approximately 20% to 25% of cardiac disease patients experience major depression, and another 20% to 25% report symptoms of depression that do not meet criteria for major depressive disorder (MDD) [45]. Depression in heart disease patients may lead to increased rate of rehospitalization, disability, mortality, slower recovery, and increased health care costs [46].

Several mechanisms are thought to be responsible for a close relationship between cardiovascular disease and depression [46]. These include:

- Poor compliance to treatment and lifestyle recommendations.
- Shared genetic influences.
- Sympathetic impairments.
- Neuroendocrine and immune impairments.
- Autonomic dysfunction.
- Impaired inflammatory systems.
- Increased platelet activity.
- Cerebrovascular disease.

It is estimated that approximately 15% of patients with cardiovascular disease and approximately 20% of patients who had coronary artery bypass graft (CABG) surgery experience depression [47]. A number of research studies have observed that depression and mental stress have a negative impact on a person's cardiac health, in particular:

- Long-term unmanaged stress and depression can lead to hypertension, arterial damage, arrhythmia, and an impaired immune system.
- Patients who experience depression tend to have increased platelet reactivity, decreased heart variability, and elevated proinflammatory markers, which makes the patient vulnerable to cardiovascular disease.
- Depression also increases the risk of myocardial ischemia or thrombosis, especially in individuals with cardiovascular disease.

6

- One research study found that if depression persists after recovery from a cardiovascular event, the mortality rate increases to approximately 17% within 6 months after myocardial ischemia. It was also observed that mortality was only 3% in the absence of depression [48].
- Depression also has an adverse impact on a patient's recovery from cardiac surgery—it can worsen fatigue and intensify pain in these patients. It can also trigger withdrawal and, ultimately, social isolation of the patient.
- Patients with cardiac failure and depression are susceptible to readmission to the hospital and have a greater mortality rate.
- It is believed that genetic factors also play an important role in determining a patient's propensity for depression, as well as the risk of recurrent adverse cardiac events after myocardial ischemia [49].
- Patients with cardiac disease and depression have poor medical and exercise compliance compared with patients with cardiac disease who do not experience depression [50-52].
- Depression is also linked to poor lifestyle habits, such as smoking, lack of exercise, increased alcohol intake, poor dietary and sleeping patterns, and inadequate social support. All these habits hinder optimum management of cardiac disease.
- The American Heart Association (AHA) has recommended that all cardiac patients be screened for depression with the help of the Patient Health Questionnaire (PHQ-2) (See below.) [53].

---

**The Patient Health Questionnaire – PHQ-2**

Over the past 2 weeks, how often have you been bothered by any of the following problems?

**Little interest or pleasure in doing things.**

0 = Not at all

1 = Several days

2 = More than half the days

3 = Nearly every day

**Feeling down, depressed, or hopeless.**

0 = Not at all

1 = Several days

2 = More than half the days

3 = Nearly every day

Total point score: _____

**Score interpretation:**

|  | Probability of major depressive | Probability of any depressive disorder |
|---|---|---|

---

7

| | disorder (percent) | (percent) |
|---|---|---|
| 1 | 15.4 | 36.9 |
| 2 | 21.1 | 48.3 |
| 3 | 38.4 | 75.0 |
| 4 | 45.5 | 81.2 |
| 5 | 56.4 | 84.6 |
| 6 | 78.6 | 92.9 |

Patient Health Questionnaire-2 (PHQ-2). This questionnaire is used as the initial screening test for major depressive episode.

Information from Kroenke K, Spitzer RL, Williams JB. The Patient Health Questionnaire-2: validity of a two-item depression screener. Med Care 2003;41:1284-92.

**Depression and Diabetes**

Almost 15% of patients with type 2 diabetes experience major depression, and approximately 20% experience increased depressive symptoms [54]. In a systematic review, it was found depression is more prevalent among patients with type 2 diabetes (17.6%) compared with those without diabetes (9.8 %) [55]. It was also observed that depression is more prevalent among female diabetic patients (23.8%) compared with male diabetic patients (12.8%).

A number of clinical studies have observed that diabetic patients have a greater likelihood of experiencing depression than non-diabetic patients. A review was conducted to study association between diabetes and depression [56]. It was found that depression increased the risk of type 2 diabetes by about 60%, and type 2 diabetes moderately increased the risk of depression (15%).

The exact relationship between diabetes and depression is still unclear. According to one hypothesis, depression increases the risk of developing diabetes. It is hypothesized that depression causes increased counter-regulatory hormone release, altered glucose transport function, and enhanced immunoinflammatory activation [57]. All of these factors enhance insulin resistance and islet beta-cell dysfunction, leading to increased susceptibility to diabetes.

According to another hypothesis, depression in diabetic patients results from chronic stressors emanating from a chronic medical condition such as diabetes [58]. There is strong evidence that depression among diabetics is associated with poor diabetes outcomes, such as poor glycemic control [59]. Another longitudinal study observed that depression was associated with persistently elevated HbA1c levels [60].

8

Some researchers have proposed that the presence of depressive symptoms indicates poor compliance in self-care, especially with medications and diet and exercise regimens [61]. A systematic review of treatment compliance among patients with diabetes and depression indicated a strong relationship between depression and non-compliance with treatment [62].

Recent studies have found that depression in diabetic patients increases the risk of mortality [63-65]. Recent guidelines indicate that because individuals with diabetes are more susceptible to depression, it is essential to periodically assess and monitor these patients for it [66]. Recent studies have indicated that risk of diabetes mellitus is greater in patients who experience depression and appears to be independent of health behaviors and other risk factors [67, 68]. Recent studies have strongly suggested that depression is a risk factor for diabetes, and not the other way around.

**Depression and Dementia**

Depression and dementia are seen commonly in the elderly. Depression in elderly adults with and without dementia usually goes undetected and untreated [69, 70]. Prevalence of depression in elderly persons with dementia varies significantly [71] because of variations in sampling and assessment of diagnostic criteria [71, 72].

Still controversial is whether depression before dementia represents a risk factor for dementia or a prodromal feature of dementia [73, 74]. It is suspected that depression can be a risk factor for dementia and also an early sign of dementia, with both conditions arising from similar neuropathological changes. Dementia may be a risk factor for depression because of a psychological reaction to the cognitive and behavioral changes associated with dementia. It is important to treat depression in individuals with dementia because it adds an additional burden to quality of life.

**Differentiating Dementia and Depression**

9

| Characteristic | Dementia | Depression |
|---|---|---|
| Onset | Insidious, indeterminate | Relatively rapid, associated with mood changes |
| Duration of symptoms | Usually long | Usually short |
| Orientation, mood, behavior, affect | Impaired, inconsistent, fluctuating | Intact, diurnal variation depressed/anxious, complaints worse than on testing |
| Cognitive impairment | Consistent; stable or worsening | Inconsistent, fluctuating |
| Neurologic defects | Often present (e.g., agnosia, dysphasia, apraxia) | Absent |
| Disabilities | Concealed by patient | Highlighted by patient |
| Depressive symptoms | Present | Present |
| Memory impairment | Does not remember recent events, often unaware of memory loss. Onset of memory loss occurs before mood change. | Concentration poor, patient complains of memory loss of recent and remote events, follows onset of depressed mood |
| Psychiatric history | None | Often, history of depression |
| Answers to questions | Near answers | "Don't know" answers |
| Performance | Tries hard, but is unconcerned about losses | Does not try hard but is more distressed by losses |
| Associations | Unsociability, uncooperative, hostility, emotional instability, reduced alertness, confusion, disorientation | Appetite and sleep disturbances, suicidal thoughts |

**Other Neurological Disorders**

Prevalence of major depression is greatest among stroke patients (20% to 25%) [75]; intermediate among those with Parkinson's disease (15% to 20%) [76]; and lower in those with Alzheimer's disease (10% to

10

15%) [75]. Comorbid depression is linked to functional impairment [77]. For instance, in Parkinson's disease, depressive symptoms may lead to increased motor disturbance [78]. It is also observed that depression usually develops in the course of neurological illness, and depression is a risk factor for development of stroke [79] and Parkinson's disease [80]. Neuroanatomical, as well as chemical, changes in the central nervous system (CNS) are important risk factors for depression in the elderly and usually carry poor prognosis.

It is believed that basal ganglia, subcortical, and frontal white matter lesions are associated with depression-executive dysfunction syndrome [42, 46]. Structural abnormalities in different areas of the brain are seen in elderly patients experiencing depression [4, 42]. Depression in elderly persons is associated with reduction in glial cells and neuronal abnormalities.

Vascular, inflammatory, and neuroanatomic risk factors are associated with depression in the elderly. In a recent study, the following observations were noted [81]:

■  Neuroanatomic risk factors were linked to lack of concentration and psychomotor change.
■  Vascular risk factors were linked to sleep impairments, psychomotor change, and loss of energy.
■  Inflammatory risk factors were linked to appetite and sleep changes, loss of energy, concentration impairments, and thoughts of death.

It was also observed that minor depression is more closely associated with inflammatory risk factors than other factors (vascular or degenerative).

### Depression and Anxiety Disorder

Anxiety typically precedes depression [82], suggesting that anxiety may be a risk factor for depression in the elderly [83]. Anxiety disorders seen in the elderly with depression can be as high as 50% [84, 85], and some studies estimate the prevalence rate of anxiety disorders from 25% to more than 80% in elderly patients with depression [84, 86]. Depression in the presence of anxiety is more severe, persistent, and difficult to treat, especially in the elderly [86, 87]. Elderly persons who experience anxiety and depression have higher rates of suicide, disability, and somatic symptoms compared with those who experience depression alone [86, 88]. Anxiety also leads to greater risk of cognitive impairment among the elderly with treated depression [89].

### Sleep

Sleep disturbance is a risk factor for depression in the elderly. Approximately 90% of patients with depression complain of poor sleep quality and insomnia affects 25% of elderly males and 40% of elderly females [90].

A number of studies have observed that insomnia usually precedes depression [91]. Insomnia is a risk factor for development of both new-onset and persistence of depression in the elderly. Residual symptoms of insomnia usually linger, even after remission of a depressive episode, and indicate earlier relapse. New research studies have indicated that depression is better managed if insomnia is treated concurrently [92].

### Psychological Risk Factors

Many psychological factors that might increase the probability of depression in the elderly are related to earlier episodes of depression [93]. Neuroticism has a strong relationship with depression in the elderly and is both a genetic, as well as a psychological, risk for depression [94]. Depression in the elderly is linked to a ruminative coping style, which is one where the patient internalizes their problems and worries too much [95].

11

**Social Risk Factors**

**Stressful Life Events**

Prominent stressful events in old age include:

■ Financial problems.
■ Bereavement.
■ A new disease or disability in self or family member.
■ Major changes in living situation.
■ Interpersonal conflict.

Retirement is typically not associated with depression in the elderly; however, depression is seen more frequently in men who retire prematurely [96]. Research studies examining recent events have observed that major impacts occur within the first few months (6 months), and the majority of people are fairly resilient.

It has been noted that long-past events also may contribute to risk. Long-standing susceptibilities or vulnerabilities may modify the consequences of stressful events on depression in elderly. For instance, there is an increased risk of depression in elderly persons following hip fractures [97]. Cognitive style may also affect an individual's response to stressful life events. The response seems to depend on the interaction between cognitive style and the kind of stressful event.

Depression in elderly persons with higher sociotropy scores is closely associated with stressful life events that bring interpersonal natural loss or disruption, whereas depression in the elderly with higher autonomy scores is closely associated with negative events linked to achievement [98]. It is observed that depressed individuals behave in certain ways that increase the risk of stressful events in the future [99]. Rumination, (a compulsive, focused attention on negative feelings and experiences from the past), which has been associated with decreased social support, may play an important role in depression.

A stressful event, such as loss of loved ones that occurs frequently as one becomes older, is known as bereavement. Depressive symptoms are a natural emotional reaction to loss, but symptoms that persist for more than 2 months may indicate depression. Some researchers believe that depression associated with bereavement is actually complicated grief, which manifests as symptoms of traumatic distress and separation distress [100]. However, some argue that complicated grief and major depression have a lot in common, with few differences [101]. A recent study on depression in the elderly observed that bereavement greatly increased (tripled) the risk of depression [102]. However, the risk of depression because of bereavement is less for the elderly than for those who are middle-aged. It seems older persons are better equipped to handle the loss of loved ones than younger adults because of better adaptation capabilities [103]. Compared with females, males are more susceptible to depression after loss of a spouse. Men also remain in depression for a longer period of time. For females, financial stress is the major mediator of depression or depressive symptoms, whereas for males, the major mediator is household chores or management [104].

Providing adequate care for a loved one can also trigger stress, which becomes more common with age. However, recent studies found no significant differences in depression between caregivers and non-caregivers [105]. It has been found that the risk of depression is higher among individuals caring for a person with dementia than among those caring for a person with a physical disability [106]. Furthermore, the rate of depression increases significantly in the caregiver if the care recipient has severe distress-behavior problems [106]. Some researchers believe that the rate of depression increases in these caregivers because of their restricted normal activities [107].

12

**Problems with Social Support**

Troubled relationships, including marital conflict, depression in the spouse, and perceived family criticism, may play a role in development of depression in elderly persons [108]. Loneliness is associated with depression in elderly people, although they are less lonely than their younger counterparts.

Social support that is perceived as unhelpful or excessive can also be a risk factor for depression. Several studies have observed that it is the quality, not quantity, of social support that matters in the development of depression in the elderly. It has been found that, even with good social support, depression is more common among elderly people with physical limitations who value independence [109].

**Socioeconomic Factors**

Poor financial health is considered to be a frequent stressful life event by most of the elderly [99]. It has been observed that economically disadvantaged elderly persons have a greater risk of depression [110]. Furthermore, weak socioeconomic status early in life also increases propensity for depression throughout life because of malnutrition, reduced opportunities for health care and education, or other mechanisms. The negative impact of poor socioeconomic status may become significant in elderly people when there is a greater risk of worsening of economic and health status.

13

---

**Depression: Risk and Protective protective Factors factors in the Elderlyelderly**

**General risk factors that increase risk throughout life**

**Biological risks**
**Hereditary (runs in families)**
**Being a womanen rather than a man**
**Low serotonin or high cortisol (brain chemicals)**
**Low testosterone (a hormone, mainly a "male" hormone, but women have it, too)**
**High blood pressure or hypertension**
**Stroke**
**Medical illness and overall poor function (e.g., problems walking)**
**Alcohol abuse and dependence**

**Psychological risks**
**Personality disorder**
**Neuroticism (neurosis = means poor ability to adapt, inability to change one''s life patterns, and the inability to develop a richer, more complex, more satisfying personality)**
**Learned helplessness**
**Cognitive distortions (overreaction to life events; misinterpretation of life events; exaggerate exaggeration of their adverse outcomes; catastrophizing too much)**
**Lack of emotional control and self-efficacy (low skills to control emotions and low belief in one''s capacity to succeed at tasks)**

**Social risks**
**Stressful life events and daily hassles**
**Bereavement (grief experienced by loss of a loved one due to death)**
**Socio-economic disadvantage (being poor or having a low income)**
**Impaired social support (lack of friends and family for fellowship and support)**

**Risk and protective factors especially important in late life**

**Biological risks**
**Genetics (runs in families)**
**Low DHEA (a hormone)**
**Poor blood flow in the brain (also called "ischemia")**
**Alzheimer''s Diseasedisease**

**Protective factors**
**Socio-emotional selectivity (focus on the positive for the remainder of life)**
**Wisdom (applying life''s lessons in a positive way to deal with today''s challenges)**

**Protective Factors**

The majority of elderly people go through financial and physical disabilities, bereavement, grief, or other stressful life events. Furthermore, they also undergo degenerative changes in immune, neurological, and other biological aspects. However, the majority of these individuals also do not experience depression.

14

Extensive research was conducted to study factors that protect against depression from biological risks and stressful life events. The important themes that emerged from this review and other studies were:

- The importance of resources related to health, cognitive function, and socioeconomic status.
- The life experiences of elderly people have taught them psychological strategies and ways to use social support to manage their health-related stresses.
- The role of meaningful engagement, whether in terms of social and religion activities or volunteer work.

Elderly people also regulate their emotions better in stressful conditions compared with young adults. As individuals age, they experience fewer negative effects [111]. Compared with younger adults, elderly people are less reactive to stressors, especially those involving interpersonal relationships [112]. Also, elderly people usually show less reactivity to daily stressors and show less affective reactivity in response to cognitive challenges [113]. The elderly are more likely to put things into perspective, a cognitive strategy that helps reduce depressive symptoms or depression [95]. They tend to focus more on positive and emotionally meaningful experiences, indicating better emotion regulation [114].

Other psychological factors that prevent depressive disorders include a sense of mastery or self-efficacy and a positive self-concept. Several studies have reported a close association of disability with lower self-efficacy and mastery resulting in higher depressive symptom scores. Disability may result in a reduction of an individual's appraised ability to attain goals; however, some individuals reduce their activities because of disability, and the lack of engagement in activities results in poor skills and lack of self-efficacy.

It has been found that activity restriction leads to increased levels of depression among the elderly with functional impairment [107]; however, satisfactory replacement of lost activities may result in normalization of depression or depressive symptoms [115]. Religious activities may also play an important role in reducing the risk of depression in the elderly [116]. Effective health engagement control strategies are linked with reduction in depressive symptoms, as well as reduced secretion of the stress hormone cortisol [117].

Researchers are also studying factors that may reduce the effects of biological susceptibility to depression in the elderly. The impact of physical exercise, coping strategies, stress reduction strategies, and hormone replacement therapy on depression and depressive symptoms is also being investigated.

## Depression and Suicide

Depression is one of the most common conditions associated with suicide in the elderly [118]. The risk of depression greatly increases with comorbid conditions and degree of disability. Approximately 4% of those with an inpatient admission for depression commit suicide [119]. Furthermore, suicide among the elderly is more likely to be associated with depression than suicide in other age groups [120]. Globally, suicide rates are three to four times greater among men than women at all ages, but the differential further increases in elderly people [121].

Suicide rates show wide variations by ethnicity. In the United States, suicide rates are highest for Caucasians and Native Americans, while rates are comparatively low for African-Americans and lowest for Latinos. However, suicide rates among the elderly have declined for the past few years. Suicidal behavior in elderly persons differs in many ways from that seen earlier in the lifespan. Compared with any other age group, suicidal behavior by elderly persons is more likely to be deadly. Suicides committed by elderly persons reflect a greater intensity and planning compared with any other age group [122].

15

Elderly persons usually do not verbalize suicidal thoughts compared with others; however, they have higher rates of death ideation.

Studies show that the majority of elderly persons who commit suicide—approximately 75%—had visited a doctor within a month before death [123]. Physical illnesses have also been associated with higher suicide rates among the elderly [124]. Some researchers have suggested that a rigid personality style also increases propensity for suicide. Excessive alcohol consumption also increases risk for suicide among elderly.

| Suicide and Major major Depressiondepression: The Rule of Seven |
|---|
| ■ One out of seven people with recurrent depressive illness commit suicide. |
| ■ Seventy percent of suicides have depressive illness. |
| ■ Seventy percent of suicides see their primary-care practitioner within 4 four weeks of suicide. |
| ■ Suicide is the seventh leading cause of death in the United States. |
| ■ |

==Signs and symptoms of depression in the elderly==

==Prominent signs and syndrome of depression in elderly include:==

| | |
|---|---|
| ■ Persistent sadness | ■ Sleep disturbances (difficulty falling asleep or staying asleep, oversleeping, or daytime sleepiness) |
| ■ Fatigue and decreased energy | |
| ■ Abandoning or losing interest in hobbies or other pleasurable pastimes | ■ Loss of self-worth (worries about being a burden, feelings of guilt worthlessness, self-loathing) |
| ■ Social withdrawal and isolation (reluctance to be with friends, engage in activities, or leave home) | ■ Increased use of alcohol or other drugs |
| ■ Weight loss or loss of appetite | ■ Fixation on death; suicidal thoughts or attempts |

**Depression in the Elderly Without Sadness**

Depression and sadness seem to go hand-in-hand; however, elderly people with depression often do not feel sad at all. They may complain of lack of motivation, a lack of energy, or physical problems. In fact, a lot of elderly persons report physical complaints such as pain due to arthritis or worsening headaches as the predominant symptoms of depression. Elderly persons who do not feel sad or depressed may still have major depression.

| Signs of Possible Depression |
|---|

16

- Unexplained or aggravated aches and pains
- Feelings of hopelessness or helplessness
- Anxiety and worries
- Memory problems
- Lack of motivation and energy
- Slowed movement and speech
- Irritability
- Loss of interest in socializing and hobbies
- Neglecting personal care (skipping meals, forgetting meds, neglecting personal hygiene)

| Symptoms of Depression | |
|---|---|
| **Most important** | ■ Depressed mood most of the day, almost every day (by either subjective report [feels sad or empty], or observation made by others [appears tearful]). <br> Diminished interest or pleasure in most activities most of the time. <br> ■ Thoughts of death or suicide. |
| **Important** | ■ Difficulty making decisions. <br> ■ Feelings of helplessness. <br> ■ Feelings of worthlessness or hopelessness. <br> ■ Inappropriate feelings of guilt. <br> ■ Psychomotor agitation or retardation not attributable to other causes. <br> ■ Social withdrawal, avoidance of social interactions or going out. |
| **Sometimes helpful** <br><br> (In general, these symptoms tend to be more common among the elderly.) | ■ Appetite changes. <br> ■ Morning sluggishness and lack of energy that improves markedly later in the day. <br> ■ Change in ability to think or concentrate. <br> ■ Change in activities of daily living (ADLs). <br> ■ Family history of mood disorders. <br> ■ Fatigue or loss of energy, worse than baseline. <br> ■ Insomnia or hypersomnia nearly every day. <br> ■ Increased complaints of pain. <br> ■ Preoccupation with poor health or physical limitations. <br> ■ Weight loss or gain. |

Adapted from Alexopoulos, et al.

**Major Depressive Episode**

According to the American Psychiatric Association DSM-IV-TR criteria, at least one of the two main depressive symptoms, depressed mood and anhedonia, should be present to make a diagnosis of a major depressive episode (MDE) [126]. According to DSM-IV-TR, major depressive disorder is categorized as a mood disorder [127] (See below). The diagnosis depends upon the presence of a single or recurrent

17

MDE(s). Further qualifiers are needed for classification of both the episode itself and to determine the course of the disorder.

The category "Depressive Disorder Not Otherwise Specified" is diagnosed if the depressive episode's clinical picture does not meet the criteria for a MDE.

---

**American Psychiatric Association DSM-IV-TR Criteria**

Five or more of the following symptoms must present for a minimum of 2 weeks to diagnose a depressive disorder:

- Depressed mood.
- Loss of interest or pleasure in activities.
- Changes in weight or appetite.
- Insomnia or hypersomnia.
- Psychomotor agitation or retardation.
- Low energy.
- Feelings of worthlessness.
- Poor concentration.
- Recurrent suicidal ideation or suicide attempt.

**Atypical presentation of depressed older adult**

- Denies sadness or depressed mood.
- May exhibit other symptoms of depression.
- Unexplained somatic complaints.
- Hopelessness.
- Helplessness.
- Anxiety and worries.
- Memory complaints (may or may not have objective signs of cognitive impairment).
- Anhedonia.
- Slowed movement.
- Irritability.
- General lack of interest in personal care.

---

The most important and essential feature of a MDE is a minimum period of 2 weeks during which a patient experiences a depressed mood [128] or anhedonia (loss of interest or pleasure in almost all activities). In addition to these core symptoms, the individual should also have a minimum of four additional symptoms that includes changes in appetite or weight, sleep (insomnia), and psychomotor activity; decreased energy (fatigue); feelings of guilt or worthlessness; difficulty thinking, making decisions or lack of concentration; or recurrent thoughts of death or suicidal ideation, or attempts.

The symptoms should have been experienced for the first time (newly present) or should have deteriorated compared with the individual's pre-episode status. The symptoms are present for most of the day, almost daily, for a minimum period of 2 consecutive weeks.

The episode is accompanied by marked distress or impairment in almost all the spheres, including occupational, social, or other core areas of functioning. Some individuals may appear to have normal functioning but require significantly greater effort. The mood is usually described as depressed, hopeless, down or sad, or discouraged. Some individuals may complain about somatic symptoms, such as body pains, and many experience increased irritability. Social withdrawal is frequently observed by the individual's family members.

18

Psychomotor changes are frequently seen in a MDE and include agitation or retardation and changes in speech with respect to volume, amount and inflection, or variety of content, or muteness. These symptoms should be significant enough to be noticed by others and not restricted to only subjective feelings.

A person may complain about sustained fatigue almost every day. Even menial tasks such as washing and dressing require a significant effort. Almost every day, the individual experiences extreme fatigue [128]. The patient may report a sense of worthlessness or guilt that may include impractical negative evaluations regarding self-worth or guilt with delusional proportions.

Many individuals experience a poor ability to think, make decisions, or concentrate. Memory impairments may be the principal complaint of the elderly and can easily be misinterpreted as pseudodementia. Memory problems usually resolve after successful treatment of a MDE; however, in the elderly, this episode sometimes can be the initial clinical presentation of an irreversible dementia. Some individuals may have suicidal ideation or thoughts of death with varying intensity, frequency, and lethality.

An individual cannot be diagnosed with an episode of MDE if the symptoms meet criteria for a mixed episode. A mixed episode is characterized by the symptoms of both a manic episode and a MDE almost daily for at least 1 week [129]. The degree or extent of impairment linked with a MDE may vary, but there must be either the presence of clinically significant distress or some interference in social, occupational, or other crucial areas of functioning.

In a case of severe impairment, the individual may be unable to function occupationally or socially. In extreme cases, the individual may not be able to maintain minimal personal hygiene or perform minimal self-care. A thorough interview is necessary to elicit symptoms associated with a MDE. Additional information from family members and friends may help in determining the course of current or prior MDEs and in ascertaining a past history of manic or hypomaniac episodes.

It is difficult to evaluate symptoms of a MDE when they are present in an individual with a general medical condition, such as stroke, diabetes, cancer, or myocardial infarction. Symptoms such as weight loss in untreated diabetes and fatigue experienced in cancer point toward a MDE, except when they are clearly known to be caused by a general medical condition. Similarly, if the signs and symptoms are caused by hallucinations or mood-incongruent delusions, they do not support the diagnosis of a MDE. A MDE is not caused by the direct physiological effects of a substance abuse or a general medical condition.

| Diagnosis of Depression depression - – DSM-IV-TR Criteria Criteria for Major Depressive Episode and Major Depressive Disorder |
| --- |
| **Major depressive episode criterion:** |

A. **At least five of the following symptoms** have been present during the same 2-week period and represent a change from previous functioning: at least one of the symptoms is either 1) depressed mood or 2) loss of interest or pleasure.:

1. 1. Depressed mood most of the day, nearly every day, as indicated either by subjective report (e.g., feels sad or empty) or observation made by others (e.g., appears tearful).
2. 2. Markedly diminished interest or pleasure in all, or almost all, activities most of the day, nearly every day (as indicated either by subjective account or observation made by others).
3. 3. Significant weight loss when not dieting or weight gain (e.g., a change of more than 5 percent of body weight in a month), or decrease or increase in appetite nearly every day.
4. 4. Insomnia or hypersomnia nearly every day.
5. 5. Psychomotor agitation or retardation nearly every day (observable by others, not merely subjective feelings of restlessness or being slowed down).
6. 6. Fatigue or loss of energy nearly every day.
7. 7. Feelings of worthlessness or excessive or inappropriate guilt (which may be delusional) nearly every day (not merely self-reproach or guilt about being sick).
8. 8. Diminished ability to think or concentrate, or indecisiveness, nearly every day (either by subjective account or as observed by others).
9. 9. Recurrent thoughts of death (not just fear of dying), recurrent suicidal ideation without a specific plan, or a suicide attempt or specific plan for committing suicide
10.

**Also:**

B. The symptoms do not meet criteria for a mixed episode.

C. The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The symptoms are not due to the direct physiological effects of a substance (e.g. a drug of abuse, a medication) or a general medical condition (e.g., hypothyroidism).

E. The symptoms are not better accounted for by bereavement, i.e., after the loss of a loved one, the symptoms persist for longer than 2 months or are characterized by marked functional impairment, morbid preoccupation with worthlessness, suicidal ideation, psychotic symptoms, or psychomotor retardation.

**Major depressive disorder, single episode criterion:**

A. A. Presence of a single major depressive episode.
B. The major depressive episode is not better accounted for by schizoaffective disorder and is not superimposed on schizophrenia, schizophreniform disorder, delusional disorder, or psychotic disorder not otherwise specified.
C. There has never been a manic episode, a mixed episode, or a hypomanic episode.

If the full criteria are currently met for a Major major Depressive depressive Episodeepisode, specify its current clinical status and/or features:

- Mild, moderate, severe without psychotic feature s/severe with psychotic features.
- Chronic.

20

- With Catatonic catatonic Features features.
- With Melancholic melancholic Featuresfeatures.
- With Atypical atypical Featuresfeatures.
- With Postpartum postpartum Onsetonset.

If the full criteria are not currently met for a Major major Depressive depressive Episodeepisode, specify the current clinical status of the Major major Depressive depressive Disorder disorder or features of the most recent episode:

- In Partial partial Remissionremission, In in Full full Remission remission.
- Chronic.
- With Catatonic catatonic Featuresfeatures.
- With Melancholic melancholic Features features.
- With Atypical atypical Features features.
- With Postpartum postpartum Onset onset.
- 

**Major depressive disorder, recurrent criterion:**

A. A. Presence of two or more major depressive episodes (each separated by at least 2 months in which criteria are not met for a major depressive episode.)
B. B. The major depressive episodes are not better accounted for by schizoaffective disorder and are not superimposed on schizophrenia, schizophreniform disorder, delusional disorder, or psychotic disorder not otherwise specified.
C. C. There has never been a manic episode, a mixed episode, or a hypomanic episode.

If the full criteria are currently met for a Major major Depressive depressive Episodeepisode, specify its current clinical status and/or features:

- Mild, moderate, severe without psychotic feature s/severe with psychotic
- Ffeatures.
- Chronic.
- With Catatonic catatonic Features features.
- With Melancholic melancholic Featuresfeatures.
- With Atypical atypical Featuresfeatures.
- With Postpartum postpartum Onsetonset.

If the full criteria are not currently met for a Major major Depressive depressive Episodeepisode, specify the current

clinical status of the Major major Depressive depressive Disorder disorder or features of the most recent episode:

- In partial remission, in full remission.
- Chronic.
- With Catatonic catatonic Featuresfeatures.
- With Melancholic melancholic Features features.
- With Atypical atypical Features features.
- With Postpartum postpartum Onset onset.

Specify:

- Longitudinal Course course Specifiers specifiers (with and without interepisode recovery).
- With Seasonal seasonal Pattern pattern.
- 

21

Adapted from: Practice Guideline for the Treatment of Patients With Major Depressive Disorder (MDD), Third Edition, American Psychiatric Association, 2010

**Associated Features and Disorders**

Individuals with a MDE may present with the following symptoms:

- Irritability.
- Tearfulness.
- Brooding.
- Obsessive rumination.
- Anxiety.
- Phobias.
- Somatic symptoms.
- Complaints of pain.

Some people have problematic intimate relationships, comparatively less satisfying social lives or interactions, or impaired sexual function. Psychosocial stressors such as the death of a spouse or loved one, or divorce/marital separation often precede a MDE. The most serious consequence of a MDE is suicide, either attempted or completed. The suicide rate is particularly higher for people with psychotic features, a history of attempted suicides, concurrent alcohol or drug abuse, or a family history of completed suicides.

**Laboratory Findings**

There are no diagnostic laboratory findings for a MDE; however, a number of findings are found to be abnormal in individuals with a MDE compared with normal healthy people. Laboratory findings are usually abnormal in episodes with psychotic or melancholic features and in severely depressed individuals.

Sleep EEG abnormalities are present in approximately 40% to 60% of outpatients and up to 90% of inpatients with MDE. It has been observed that these sleep abnormalities can be present even after clinical remission or precede the MDE onset among high-risk individuals for a mood disorder.

**Course**

Symptoms of MDEs usually develop over days to weeks. Before the onset of a full MDE, a prodromal period that may include symptoms of anxiety and mild depression may persist for a few weeks to several months. The duration of a MDE is also variable. An untreated episode usually persists for 4 months, irrespective of age at onset.

In approximately 20% to 30% of cases, some depressive symptoms are inadequate to meet full criteria for a MDE and may continue for a few months to years and may be linked with some disability or distress. Partial remission after a MDE seems to be predictive of an identical pattern after subsequent episodes. In approximately 10% of the cases, the full criteria for a MDE continue to be met for 2 or more years.

**Differential Diagnosis**

MDEs should be distinguished from a mood disorder caused by a general medical condition. When the mood disturbance develops because of a particular general medical condition such as stroke, it is designated as a mood disorder due to a general medical condition. The diagnosis is made on the basis of a patient's history, physical examination, or laboratory findings. A substance-induced mood disorder develops because of a particular substance, such as a drug, medication, or toxin that is associated with mood disturbance.

22

In the elderly, it becomes more difficult to ascertain the etiology of the cognitive symptoms caused by dementia or by a MDE. A complete medical examination and evaluation of the onset of the disturbance, course of illness, temporal sequencing of symptoms association with cognition and depression, and response to the treatment help determine the exact cause.

The premorbid state of the person can help differentiate a MDE from dementia. People with dementia generally tend to have a premorbid history of worsening cognitive function, whereas people with a MDE tend to have a relatively normal premorbid state and abrupt cognitive decline.

A MDE with a prominent irritable mood can be tricky to differentiate from manic episodes or from mixed episodes. A thorough clinical evaluation of the presence of manic symptoms is necessary in such cases. A patient is diagnosed with a mixed episode if criteria are met for both a manic episode and a MDE (except for the 2-week duration) and almost daily for a minimum period of 1 week.

## Major Depressive Disorder (MDD)

Major depressive disorder (MDD) is a clinical course that is always characterized by one or more MDE(s) without a history of manic, mixed, or hypomanic episodes. However, if symptoms of mania or hypomania develop as a consequence of antidepressants, toxins, or drug abuse, the diagnosis of MDD remains unchanged and appropriate and an additional diagnosis should be noted according to the features presented.

### Associated Features and Disorders

People with MDD have a high mortality rate, and approximately 15% of individuals with severe MDD commit suicide. Mortality increases with age and is almost fourfold in individuals over 55 years of age. There is a significant increase in mortality rate in people with MDD who are admitted to nursing homes, especially in the first year of admission.

In general medical settings, individuals with MDD experience more pain and physical illness and decreased social, physical, and role functioning. MDD may be preceded by dysthymia. About 10% of individuals with dysthymia alone will go on to have a first MDE. Other mental disorders, such as panic disorder and substance abuse disorders, frequently develop concurrently.

### Laboratory Findings

The laboratory findings of MDD are similar to those found in a MDE. There are no diagnostic findings for MDD; however, elevated glucocorticoid levels and EEG sleep alterations are observed in some individuals with psychotic features and those with more severe episodes or with melancholic features. The majority of laboratory abnormalities are present only with depressive symptoms; however, recent studies have shown some sleep EEG abnormalities persist even during clinical remission or may precede the onset of the MDE.

People with chronic or severe general medical conditions are more prone to develop MDD. Approximately 20% to 25% of individuals with certain general medical conditions, such as diabetes, myocardial infarction, or stroke, will develop MDD. In the presence of MDD, the treatment and overall management of such conditions is more difficult and complex with poor prognosis. Prognosis of MDD is poor in the presence of concomitant chronic general medical conditions.

### Prevalence

The lifetime risk for MDD varies from 10% to 25% for women and from 5% to 12% for men. There is a relationship between the prevalence rates for MDD and education, ethnicity, income, or marital status.

**Comment [J1]:** RE-WRITE (900 words)

The average age of MDD onset is mid-20s, although it may begin at any age. Recent epidemiological data indicate that age at onset is decreasing for those more recently born.

**Course**

The course of recurrent MDD is variable. Some people experience isolated episodes that may occur at long intervals of time (i.e., several years) without any depressive symptoms, whereas some experience strings of episodes, and still other individuals experience increasingly frequent episodes as they age.

Some studies have observed that the periods of remission usually last longer early in the course of MDD. The number of prior episodes is associated with a greater likelihood of developing a subsequent MDE. Approximately 60% of individuals with MDD, single episode have a greater likelihood of having a second episode—this trend increases with the increase in number of episodes.

**Subtypes**

In addition to noting the severity, length, and presence of psychotic features, there are five more subtypes of MDD, known as specifiers. If the full criteria are met for a MDE, specifiers can be used to appropriately diagnose the current clinical status of the episode and to appropriately describe features of the current episode.

**Melancholic Depression**

This is characterized by at least one of these symptoms: anhedonia or lack of mood reactivity in response to pleasurable stimuli. It is also characterized by at least three of the signs and symptoms: depression that is distinct from grief or loss, severe weight loss, significant anorexia (but not anorexia nervosa) or loss of appetite, early morning awakening, psychomotor agitation or retardation, excessive guilt, and worse or bad mood in the morning [130].

---

**DSM-IV-TR Specifier Criteria for Melancholic Features**

Specify if:
With melancholic features (can be applied to the current or most recent Major Depressive Episode in Major Depressive Disorder and to a Major Depressive Episode in Bipolar I or Bipolar II Disorder only if it is the most recent type of mood episode).

- Either of the following, occurring during the most severe period of the current episode:
- Loss of pleasure in all, or almost all, activities.
- Lack of reactivity to usually pleasurable stimuli (does not feel much better, even temporarily, when something good happens).
- Three (or more) of the following:
- Distinct quality of depressed mood (i.e., the depressed mood is experienced as distinctly different from the kind of feeling experienced after the death of a loved one).
- Depression regularly worse in the morning.
- Early morning awakening (at least two hours before usual time of awakening).
- Marked psychomotor retardation or agitation.
- Significant anorexia or weight loss.
- Excessive or inappropriate guilt.

---

A. Either of the following, occurring during the most severe period of the current
episode:
        (1) loss of pleasure in all, or almost all, activities
        (2) lack of reactivity to usually pleasurable stimuli (does not feel much
better,
even temporarily, when something good happens)
B. Three (or more) of the following:
        (1) distinct quality of depressed mood (i.e., the depressed mood is
experienced
as distinctly different from the kind of feeling experienced after the death
of a loved one)
        (2) depression regularly worse in the morning
        (3) early morning awakening (at least 2 hours before usual time of
awakening)
        (4) marked psychomotor retardation or agitation
        (5) significant anorexia or weight loss
        (6) excessive or inappropriate guilt

**Atypical Depression**

Atypical depression is characterized by mood reactivity (paradoxical anhedonia) and positivity,
substantial weight gain or increased appetite, hypersomnia, leaden paralysis (a sensation of heaviness in
limbs), and marked social impairment because of hypersensitivity to perceived interpersonal rejection.

**DSM-IV Specifier Criteria for Atypical Features**

Specify if:

With Atypical atypical Features features (can be applied when these features predominate
during the most recent 2 weeks of a current Major Depressive Episode in Major Depressive
Disorder or in Bipolar I or Bipolar II Disorder when a current Major Depressive Episode is
the most recent type of mood episode, or when these features predominate during the most
recent 2 years of Dyrthymic Disorder; if the Major Depressive Episode is not current, it
applies if the feature predominates during any 2-week period)

A. Mood reactivity (i.e., mood brightens in response to actual or potential positive events).
B. Two (or more) of the following features:
    1. Significant weight gain or increase in appetite.
    2. Hypersomnia.
    3. Leaden paralysis (i.e., heavy, leaden feelings in arms or legs).
    4. Long-standing pattern of interpersonal rejection sensitivity (not limited to episodes of
       mood disturbance) that results in significant social or occupational impairment.

    Criteria are not met for With Melancholic Features or With Catatonic Features during the
    same episode. A. Mood reactivity (i.e., mood brightens in response to actual or potential
    positive
C. events:
D. B. Two (or more) of the following features:
E. (1) significant weight gain or increase in appetite

F.  (2) hypersomnia
G.  (3) leaden paralysis (i.e., heavy, leaden feelings in arms or legs)
H.  (4) long-standing pattern of interpersonal rejection sensitivity (not limited to episodes of mood disturbance) that results in significant social or occupational impairment
I.  C. Criteria are not met for With Melancholic Features or With Catatonic Features during the same episode.
J.

## Catatonic depression

This  is a severe and rare form of major depression involving motor immobility, motor hyperactivity, extreme negativism, peculiarities of voluntary movement, mutism, echolalia, or echopraxia. Catatonic symptoms are observed in schizophrenia or in manic episodes, or neuroleptic malignant syndrome.

It is not recognized as a distinct disorder, but is closely associated with certain psychiatric conditions, including:

- Schizophrenia (catatonic type).
- Post-traumatic stress disorder.
- Bipolar disorder.
- Depression .
- Substance abuse or overdose.
- Encephalitis.
- autoimmune Autoimmune disorders.
- Stroke.
- Benzodiazepine withdrawal [132-134].

**DSM-IV-TR Criteria for Catatonic Features Specifier**

26

<table>
<tr><td>

Specify if:

With Catatonic Features (can be applied to the current or mostrt recent Major Depressive

Episode, Manic Episode, or Mixed Episode in Major Depressive Disorder,

Bipolar I Disorder, or Bipolar II Disorder).

The clinical picture is dominated by at least two of the following:
1.     (1) mMotoric immobility as evidenced by catalepsy (including W3)(IJ flexibility) or
       stupor.
  1.  (2) eExcessive motor activity (that is apparently purposeless and not influenced
  2.   by external stimuli).
  3.  (3) eExtreme negativism (an apparently motiveless resistance to all instructions
  4.  or maintenance of a rigid posture against attempts to be moved) or mutism.
  5.  (4) pPeculiarities of voluntary movement as evidenced by posturing (voluntary
  6.  assumption of  iinappropriate or bizarre postures), stereotyped movements,
  7.  prominent mannerisms, or prominent grimacing.
  8.  (5) eEcholalia or echopraxia.

</td></tr>
</table>

## Seasonal Affective Disorder

Seasonal affective disorder (SAD) is a form of depression in which depressive episodes occur in particular seasons (autumn or winter), and resolve in particular season (summer or spring). The diagnosis is established when a minimum of two episodes have developed in colder months, with none at other times, during a 2-year period or longer. The prevalence of winter-type seasonal depression varies with age, latitude, and sex. Prevalence of SAD is greater in people living at higher latitudes and in young adults, especially women. Elderly men are less prone to this disorder.

<table>
<tr><td>

DSM-IV-TR Specifier Criteria for Seasonal Patterns

</td></tr>
<tr><td>

Specify if:

With Seasonal Pattern (can be applied to the pattern of Major Depressive Episodes

 in Bipolar I Disorder, Bipolar II Disorder, or Major Depressive Disorder, Recurrent)

There has been a regular temporal relationship between the onset of Major Depressive Episodes in Bipolar I or Bipolar II Disorder or Major Depressive Disorder, Recurrent, and a particular time of the year (e.g., regular appearance of the Major Depressive Episode in the fall or winter).


Note: Do not include cases in which there is an obvious effect of seasonal-related psychosocial stressors (e.g., regularly being unemployed every winter).

Full remissions (or a change from depression to mania or hypomania) also occur at a characteristic time of the year (e.g., depression disappears in the spring).

In the last 2 years, two Major Depressive Episodes have occurred that demonstrate the temporal seasonal relationships defined in Criteria A and B, and no Non-seasonal Major Depressive

</td></tr>
</table>

Episodes have occurred during that same period.

Seasonal Major Depressive Episodes (as described above) substantially outnumber the non-seasonal Major Depressive Episodes that may have occurred over the individual's lifetime.

A. There has been a regular temporal relationship between the onset of Major

Depressive Episodes in Bipolar I or Bipolar II Disorder or Major Depressive Disorder,

Recurrent, and a particular time of the year (e.g .• regular appearance of the Major Depressive Episode in the fall or w inter).

Note: Do not include cases in which there is an obvious effect of seasonal related psychosocial stressors (e.g., regularly being unemployed every winter).

B. Full remissions (or a change from depression to mania or hypomania) also occur

at a characteristic time of the year (e.g., depression disappears in the spring).

C. In the last 2 years, two Major Depressive Episodes have occurred that demonstrate the temporal seasonal relationships defined in Criteria A and B, and no

Non-seasonal Major Depressive Episodes have occurred during that same period.

D. Seasonal Major Depressive Episodes (as described above) substantially outnumber the non-seasonal Major Depressive Episodes that may have occurred over the individual's lifetime.

**Geriatric Depression Scale – – Short short Formform**

Think over the past week and answer the questions below as "yes" or "no."

|  |  | * answer = 1 point |
|---|---|---|
| 1) | Are you basically satisfied with your life? | Yes – *NO |
| 2) | Have you dropped many of your activities and interests? | *YES – No |
| 3) | Do you feel that your life is empty? | *YES – No |
| 4) | Do you often get bored? | *YES – No |
| 5) | Are you in good spirits most of the time? | Yes Yes  – *NO |
| 6) | Are you afraid that something bad is going to happen to you? | *YES – No |
| 7) | Do you feel happy most of the time? | Yes – *NO |
| 8) | Do you often feel helpless? | *YES – No |
| 9) | Do you prefer to stay at home, rather than going out and doing new things? | *YES – No |
| 10) | Do you feel you have more problems with memory than most people? | *YES – No |
| 11) | Do you think it is wonderful to be alive now? | Yes *NO |
| 12) | Do you feel pretty worthless the way you are now? | *YES – No |
| 13) | Do you feel full of energy? | Yes – *NO |
| 14) | Do you feel that your situation is hopeless? | *YES – No |
| 15) | Do you think that most people are better off than you are? | *YES – No |
|  | TOTAL * SCORE = | |

If the answer marked with an asterisk (*) score is 10 or greater, or if numbers 1, 5, 7, 11, and 13 are answered with the a * answer, then the individual may be depressed and should they should consult with their his or her own doctor or other qualified health professional. Health professionals should proceed with a referral and/or treatment plans as necessary.

**Dysthymia (Dysthymic Disorder)**
Dysthymic disorder (dysthymia) is characterized by a chronically depressed mood that is experienced for most of the day, more days than not, for at least 2 years. Compared with MDD, dysthymia encompasses symptoms of chronic depression that are less severe but longer-lasting [136]. People experiencing dysthymic disorder describe their mood as sad or "down in the dumps."

29

During periods of depressed mood, people experience at least one of the following additional symptoms:

■ Poor appetite or overeating.
■ Insomnia or hypersomnia.
■ Low energy or fatigue.
■ Low self-esteem.
■ Lack of concentration or impaired decision-making.
■ Feelings of hopelessness.

In more severe forms of dysthymic disorder, an individual may even withdraw from activities of daily living [137]. Dysthymia often develops concurrently with other psychological disorders, making its detection even more difficult and complex, which adds a level of complexity in determining the its presence, especially when the symptoms of other psychological disorders overlap with the its symptoms [138].

People with dysthmia also have a greater incidence of comorbid disease. It is also extremely important to look for signs of other mood disorders, such as major depression, generalized anxiety disorder, drug or alcohol abuse, and personality disorder.

With elderly people who experience dysthymia, the psychological symptoms are generally linked to medical diseases and conditions and stressful life events and losses. Diagnosis of dysthymia is considered only if the initial 2-year period of dysthymic symptoms is free of MDEs. If the chronic depressive symptoms include MDEs during the initial 2 years and all the criteria of MDEs are met, then the diagnosis is considered to be MDD.

**Specifiers**

Specifiers indicating age at onset and the characteristic pattern of symptoms may be used:

■ **Early onset.** Symptoms are observed before 21 years of age. Individuals have a greater likelihood of developing subsequent MDEs.
■ **Late onset.** Symptoms occur at 21 years of age or older.
■ **With atypical features.** The pattern of symptoms during the most recent 2 years of the disorder meets the criteria for "with atypical features."

**Associated Features and Disorders**

The associated features of dysthymia are identical to those for MDEs.

The most frequent symptoms observed in dysthymia are:

■ Feelings of inadequacy.
■ Feelings of guilt or brooding.
■ Subjective feelings of irritability or excessive anger.
■ Anhedonia (loss of interest or pleasure).
■ Social withdrawal.
■ Decreased activity or productivity.

Compared with individuals with MDEs, vegetative symptoms, such as psychomotor symptoms or changes in sleep and appetite, are observed less commonly in dysthymic disorder. It has been observed that the presence of dysthymia without a prior MDE greatly increases the risk for developing MDD.

**Specific Age and Gender Features**

■ Compared with men, women have a greater likelihood (almost threefold) of developing dysthymia. The lifetime prevalence of dysthymia is approximately 6%.

30

31

| DSM-IV-TR Diagnostic criteria for Dysthymic Disorder |
|---|
| A. A. Depressed mood for most of the day, for more days than not, as indicated either by subjective account or observation by others, for at least 2 two years. Note: In children and adolescents, mood can be irritable and duration must be at least 1 one year.<br>B. B. Presence, while depressed, of two (or more) of the following:<br>    1.  (1) pPoor appetite or overeating.<br>    2.  (2) iInsomnia or hypersomnia.<br>    3.  (3) lLow energy or fatigue.<br>    4.  (4) lLow self-esteem.<br>    5.  (5) pPoor concentration or difficulty making decisions.<br>    6.  (6) fFeelings of hopelessness.<br>C. C. During the 22'-year period (1 1 year for children or adolescents) of the disturbance, the person has never been without the symptoms in Criteria A and 8 for more than 2 months at a time.<br>D. D. No Major Depressive Episode has been present during the first 2 years of<br>E. the disturbance (1 year for children and adolescents); i.e., the disturbance is not better accounted for by chronic Major Depressive Disorder, or Major Depressive Disorder, In Partial Remission. Note: There may have been a previous Major Depressive Episode provided there was a full remission (no significant signs or symptoms for 2 months) before development of the Dysthymic Disorder. In addition, after the initial 2 years (1 year in children or adolescents) of Dysthymic Disorder, there may be superimposed episodes of Major Depressive Disorder, in which case both diagnoses may be given when the criteria are met for a Major Depressive Episode.<br>F. E. There has never been a Manic Episode, a Mixed Episode, or a Hypomanic Episode, and criteria have never been met for Cyclothymic Disorder.<br>G. F. The disturbance does not occur exclusively during the course of a chronic Psychotic Disorder, such as Schizophrenia or Delusional Disorder.<br>H. G. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hypothyroidism).<br>I. H. The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.<br>J. |

Depressive disorder not otherwise specified

The "depressive disorder not otherwise specified" category encompass various types of disorders with depressive features that do not meet the criteria for major depressive disorder, dysthymia, adjustment disorder with depressed mood, or adjustment disorder with mixed anxiety and depressed mood.

32

Examples of depressive disorder otherwise specified include:

**1. Premenstrual dysphoric disorder (PMDD):** This is a severe form of premenstrual syndrome, [139] that is observed in 3-8 percent of women [140]. It is a diagnosis associated predominantly with the luteal phase of the menstrual cycle. Up to one-third of women in such cases report residual symptoms even in the first 2-3 days of the follicular phase [141]. It follows a predictable, cyclic pattern where the symptoms begin in the late luteal phase and end shortly after menstruation begins [142]. Most frequent symptoms associated with PMDD include:

Feeling of sadness or markedly depressed mood.

Intense tension or marked anxiety.

Marked affective lability.

Chronic fatigue.

Decreased interest in activities.


These symptoms are so intense and severe that they interfere with daily activities at home, office, school, etc. Individual An individual may be absent for at least 1 week postmenses.


**2. Minor depressive disorder**: This condition is a mood disorder that encompasses episodes of at least 2 weeks of depressive symptoms, but with less than five items required for the diagnosis of MDD [143].


Bipolar Disrder disorder

Bipolar disorder is a psychiatric diagnosis for a mood disorder. People with bipolar disorder experience alternative episodes of mania or hypomania with episodes of depression. The key feature of Bipolar I Disorder disorder is a clinical course that is characterized by the occurrence of one or more manic episodes or mixed episodes. Often individuals also experience one or more MDE (Major major Depressive depressive Episodesepisodes). Young people initially tend to have more depressive episodes [144].

 Because diagnosis of a bipolar disorder requires a hypomanic or manic episode, many patients are initially diagnosed with major depression [145].


Bipolar disorder is less prevalent in the elderly, but the number of psychiatric admissions remains unchanged compared to other age groups. It has been observed that elderly persons experience

33

symptoms at a later age. The later onset of mania is associated with more neurologic difficulties and impairment.

 There seems to be more variation in presentation and course of bipolar disorder in elderly. Some clinical studies have observed that among the elderly with bipolar disorder, mania is less intense, and mixed episodes are more frequent with relatively poor response to treatment.

Overall, bipolar disorder in the elderly has more similarities than differences from younger adults [146, 147]. In the elderly, detection and management of bipolar disorder may get complicated because of concomitant dementia or the adverse effects of drugs being taken for other disease and conditions [148].

Associated features of Bipolar bipolar I Disorderdisorder

Approximately 10-15 percent of individuals with Bipolar bipolar I Disorder disorder commit completed suicide. Suicidal attempts and ideation are more likely to occur when the individual is in a depressive or mixed state. Violent behavior may be observed during severe manic episodes or during those with psychotic features.

 Other problems encountered by individuals with bipolar I disorder are occupational failure, school failure and truancy, marital problems, and other episodic antisocial behavior. Individuals with earlier onset of bipolar I disorder have a greater likelihood of having a history of current alcohol or drug abuse. Individuals with Bipolar I disorder tend to have worse course of illness if they are concomitantly using alcohol or other substances.

Laboratory findings

There are no laboratory findings that are diagnostic for Bipolar bipolar I Disorderdisorder. Imaging studies of individuals with Bipolar bipolar I Disorder disorder tend to show increased rates of lesions in the right hemisphere, or bilateral subcortical or periventricular lesions.

HypothyroidismHypothyroidism  (current or past) or laboratory evidence of mild thyroid

hypofunction may be linked with rapid cycling. Hyperthyroidism may trigger or worsen manic symptoms in individuals with a preexisting mood disorder.

Recent studies in the United States have reported that Bipolar bipolar I Disorder disorder is equally distributed among men and women. The first episode in males is usually a manic episode, whereas in females it tends to be MDE or major depressive episode. In men, manic Episodes episodes equals or

34

exceeds the number of MDE, whereas in women, MDE predominates. Rapid cycling is more frequently observed in women than in men.

Some studies have indicated that women may be more prone to depressive or mixed mood symptoms.

The lifetime prevalence of Bipolar bipolar I Disorder disorder varies from 0.4-1.6 percent. Average age at onset is around about 20 years. The Mmajority of individuals (more than 90 percent) who experience a single manic episode subsequently experience more episodes.

---

**DSM-IV-TR Diagnostic criteria for Bipolar I Disorder, Single Manic Episode**

Presence of only one Manic Episode and no past Major Depressive Episodes. Note: Recurrence is defined as either a change in polarity from depression or an interval of at least 2 months without manic symptoms.

The Manic Episode is not better accounted for by Schizoaffective Disorder and is not superimposed on Schizophrenia, Schizophreniform Disorder. Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

A. Presence of only one Manic Episode and no past Major Depressive Episodes.

Note: Recurrence is defined as either a change in polarity from depression or an interval of at least 2 months without manic symptoms.

B. The Manic Episode is not better accounted for by Schizoaffective Disorder and is no

superimposed on Schizophrenia, Schizophreniform Disorder. Delusional Disorder, or

Psychotic Disorder Not Otherwise Specified.

*Specify* if:

Mixed: if symptoms meet criteria for a Mixed Episode

If the full criteria are currently met for a Manic, Mixed. or Major Depressive Episode

*specify* its current clinical status *and/or* features:

Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic

---

35

Features.

With Catatonic Features.

With Postpartum Onset.


If the full criteria are not currently met for a Manic, Mixed, or Major Depressive Episode, *specify* the current clinical status of the Bipolar I Disorder or features of the most recent episode:

In Partial Remission, In Full Remission.

With Catatonic Features Features.

With Postpartum Onset.

36

**DSM IV-TR Diagnostic criteria for Bipolar I Disorder, Most Recent Episode Hypomanic**

A. Currently (or most recently) in a Hypomanic Episode.

B. There has previously been at least one Manic Episode or Mixed Episode.

C. The mood symptoms ca use clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The mood episodes in Criteria A and B are not better accounted for by Schizoaffective

Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder.,

Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.


*Specify*:

longitudinal Longitudinal Course Specifiers (With and Without Interepisode Recovery):

With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes).

With Rapid Cycling.

**DSM IV-TR Diagnostic criteria for Bipolar I Disorder, Most Recent Episode Manic**

37

A. Currently (or most recently) in a Manic Episode.

B. There has previously been at least one Major Depressive Episode, Manic

Episode, or Mixed Episode.

C. The mood episodes in Criteria A and B are not better accounted for by sSchizoaffective

Ddisorder and are not superimposed on Schizophrenia, Schizophreniform Disorder,

Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.


If the full criteria are currently met for a Manic Episode, *specify* its current clinical status

and/or features:

Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic

Features.

With Catatonic Features.

With Postpartum Onset Onset.


If the full criteria are not currently met for a Manic Episode, *specify* the current clinica l

status of the Bipolar I Disorder and/or features of the most recent Manic Episode:

In Partial Remission, In Full Remission.

With Catatonic Features Features.

With Postpartum Onset.


*Specify*:

Longitudinal Course Specifiers (With and Without Interepisode Recovery):

With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes).

With Rapid Cycling.

38

39

| DSM-IV-TR Diagnostic criteria for Bipolar I Disorder, Most Recent Episode Mixed |
| --- |
| A. Currently (or most recently) in a Mixed Episode. |
| B. There has previously been at least one Major Depressive Episode, Manic |
| Episode, or Mixed Episode. |
| C. The mood episodes in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schi2ophreniform Schizophreniform Disorder, |
| Delusional Disorder, or Psychotic Disorder Not Otherwise Specified. |
| |
| If the full criteria are currently met for a Mixed Episode, *specify* its current clinical status |
| Aand /or features: |
| Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic |
| Features. |
| With Catatonic Features. |
| With Postpartum Onset. |
| |
| If the full criteria are not currently met for a Mixed Episode, *specify* the current clinical |
| status of the Bipolar I Disorder and/or features of the most recent Mixed Episode;: |
| In Partial Remission, In Full Remission. |
| With Catatonic Features. |
| With Postpartum Onset – *Specify:* |
| Longitudinal Course Specifiers (With and Without Interepisode Recovery) |
| With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes). |
| With Rapid Cycling Cycling. |

**Cyclothymic Disorder**

40

Cyclothymic disorder or cyclothymia is a chronic, fluctuating mood disturbance characterized by alternating periods of hypomanic symptoms and depression, mild or moderate. Cyclothymic disorder is characterized by relatively short cycles of depression and hypomania that do not meet the diagnostic criterion for major affective syndromes [156].

Some of the prominent symptoms of the depressive episodes are:
■ Lack of concentration and difficulty making decisions.
■ Poor memory recall.
■ Guilt and self-criticism.
■ Low self-esteem.
■ Pessimism.
■ Self-destructive thinking.
■ Constant sadness.
■ Apathy.
■ Hopelessness, helplessness, and irritability.

Other common symptoms include:
■ Quick temper.
■ Poor judgment.
■ Lack of motivation.
■ Lack of sexual desire.
■ Social withdrawal, appetite change.
■ Fatigue.
■ Self-neglect.
■ Insomnia.

Some of the prominent symptoms of the hypomanic episodes include:
■ Euphoria—unusually good mood or cheerfulness.
■ Extreme optimism.
■ Inflated self-esteem.
■ Rapid speech.
■ Racing thoughts.
■ Aggressive or hostile behavior.
■ Lack of consideration for others.
■ Agitation.
■ Massively increased physical activity.
■ Risky behavior.
■ Spending sprees.
■ Increased drive to achieve goals or perform well.
■ Increased sexual drive.
■ Decreased need for sleep.
■ Tendency to be easily distracted.
■ Inability to concentrate.

Cyclothymic disorder usually begins early in life with an insidious onset and a chronic course. Lifetime prevalence of cyclothymia is approximately 0.4% to 1%. Onset of cyclothymia late in adult life may indicate a mood disorder caused by a general medical condition.

**DSM-IV-TR Diagnostic criteria for Cyclothymic Disorder**

41

A. For at least 2 years, the presence of several periods with hypomanic symptoms and numerous periods with depressive symptoms that do not meet criteria for a Major Depressive Episode.  Note: In children and adolescents, the duration must be at least 1 year.

B. During the above 2-year period (1 year in children and adolescents), the person has not been without the symptoms in Criterion A for more than 2 months at a time.

C. No Major Depressive Episode, Manic Episode, or Mixed Episode has been present during the first 2 years of the disturbance. Note: After the initial 2 years (1 year in children and adolescents) of Cyclothymic Disorder, there may be superimposed Manic or Mixed Episodes (in which case both Bipolar I Disorder and Cyclothymic Disorder may be diagnosed) or Major Depressive Episodes (in which case both Bipolar II Disorder and Cyclothymic Disorder may be diagnosed).

D. The symptoms in Criterion A are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

E. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hyperthyroidism).

F. The symptoms cause clinically significant distress or impairment in social, occupational or other important areas of functioning.

A. For at least 2 years, the presence of several periods with hypomanic symptoms and numerous periods with depressive symptoms that do not meet criteria for a Major Depressive Episode.
Note: In children and adolescents, the duration must be at least 1 year.
B. During the above 2-year period (1 year in children and adolescents), the person has not been without the symptoms in Criterion A for more than 2 months at a time.
C. No Major Depressive Episode, Manic Episode, or Mixed Episode has been present during the first 2 years of the disturbance.
Note: After the initial 2 years (1 year in children and adolescents) of Cyclothymic Disorder, there may be superimposed Manic or Mixed Episodes (in which case both Bipolar I Disorder and Cyclothymic Disorder may be diagnosed) or Major Depressive Episodes (in which case both Bipolar II Disorder and Cyclothymic Disorder may be diagnosed).
D. The symptoms in Criterion A are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.
E. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hyperthyroidism).
F. The symptoms cause clinically significant distress or impairment in social, occupational or other important areas of functioning.

**Neuroimaging**

Clinical trial studies in the last few decades have shown that depression in the elderly is associated with structural changes in the brain, including ventricular enlargement.

Depression in the elderly is difficult to detect and diagnose, especially in non-mental health settings. Studies of the impact of the negative outcomes of depression on elderly people and the effect of psychiatric comorbidities have shown that depression in the elderly is a serious medical condition that not only adversely affects mood, but also negatively impacts cognitive and functional abilities. Advances in neuroimaging have shown structural and functional changes in the brains of elderly patients.

42

A great deal of research is being conducted with advanced neuroimaging techniques to study degenerative structural and functional changes in the elderly with depression. A study was conducted using magnetization transfer ratio (MTR) imaging to observe changes in the myelin integrity and white matter abnormalities in frontostriatal and limbic regions in the elderly with depression [160]. It was found that a number of elderly persons had lower MTR in several left hemisphere frontostriatal and limbic regions.

Several research studies are now using functional MRI (fMRI) to study brain function in late-life depression, especially the relationship between cognition and mood.

Vascular depression is closely associated with cerebrovascular disease and development of depression. A recent MRI study with diffusion tensor imaging (DTI) was conducted to determine the integrity of white matter tracks in elderly people with depression [163]. It was observed that among the depressed elderly, there were widespread abnormalities in DTI parameters, especially in prefrontal region. In elderly people with cognitive impairment, it is difficult to differentiate a depression from neurodegenerative disorder.

**Major Depressive Disorder**

Currently, the diagnosis of depression is predominantly based on behavioral symptoms and course of the illness, as the treatment guidelines are mainly based on clinical empirical evidence and expert consensus. In recent years, a lot of interest has been shown in neurobiological markers of depression. Several studies have shown that a combination of fMRI and pattern recognition techniques can differentiate between depressed and healthy individuals [169, 170, 171] and can also be beneficial in predicting response to the treatment [172, 173]. A recent study has observed that integration of predictions based on brain activity associated with affective and emotional processing significantly increased the accuracy to differentiate a heterogeneous group of patients with depression [170].

Neuroimaging technology has helped researchers understand the anatomical and functional changes occurring in the brain in patients with depression. The knowledge gained from imaging studies is catalyzing a paradigm shift in which depression is conceptualized as a condition that involves abnormalities of brain function and structure.

Diagnosis of depression necessitates a thorough medical history and complete medical and neurologic evaluations. The evaluation encompasses recent life changes, medical or neurologic symptoms, and social factors. A complete screening also includes:

- Electrolyte panel.
- Fasting serum glucose level.
- Complete blood cell count.
- Serum glutamic-oxaloacetic transaminase.
- Serum creatinine level.
- Sensitive thyroid-stimulating hormone.
- Chest radiography.
- Electrocardiography.
- Urinalysis.

A detailed neurologic examination is helpful in determining the need for further neuropsychological testing and neuroimaging. Neuropsychological testing is helpful in differentiating depressive disorders from central nervous system (CNS) disorders.

The principal aims of neuropsychological evaluation are to:

- Establish cognitive status.
- Distinguish depression from dementia or age-appropriate cognitive decline.
- Make psychological management recommendations on the basis of findings in the absence of symptoms of comorbid CNS disease. Structural neuroimaging may not add much to the evaluation.

43

CT or MRI is recommended if a patient has neurologic signs and symptoms. CT is an easy and cheap way to determine CNS pathology. MRI is a better imaging technique, especially for demyelinating or vascular conditions. CT is particularly useful in differentiating depression from dementia by establishing the presence of abnormalities in temporal and frontal areas.

**Components of a Neuropsychological Assessment History**

- Reason for evaluation; presenting symptoms.
- Medical, surgical, and behavioral health history.
- Medication history.
- Previous neuropsychological assessments.
- Educational and occupational background.
- Family medical and mental health history.
- Laboratory tests.
- Neuroimaging results.
- Patient examination.
    In-depth interview (typically 1 to 2 hours).
    In addition to the history mentioned above, interviews typically include birth and early development, abuse or neglect, childhood experiences, travel history, course of cognitive or neurologic symptoms, current work or academic performance, substance use, emotional functioning, personality characteristics, family dynamics, interpersonal relationships, legal circumstances, patient perspectives on illness and treatment, motivation, and observations of nonverbal neurobehavioral signs.
- Collateral information from multiple sources (e.g., spouse, friends, work supervisor).
- Standardized neuropsychological assessment instruments:
    Domains typically assessed include intellectual abilities (IQ), academic skills (e.g., reading, spelling, arithmetic), attention (i.e., short-term, selective, and sustained), response inhibition, mental flexibility, reasoning, problem-solving, language comprehension, receptive and expressive vocabulary, verbal fluency, confrontation naming, visual and verbal memory (including learning, recall, and facilitated cued and recognition formats), visuospatial abilities, visuomotor speed and integration, cognitive processing speed, motor skills (i.e., strength, speed, and dexterity), and emotional status.

There is a significant detection rate of depression in the general population; depression in patients with medical illnesses is relatively common. Cognitive problems are a common feature of depression in the elderly. Significant cognitive dysfunction associated with depression may be an indication of dementia. Neuropsychological assessment may play a key role in determining the role of depression in elderly people, and therefore, has the potential benefit of medical intervention and psychotherapy [174, 175].

The table below outlines distinguishing features between depression and Alzheimer's disease [176].

| Clinical features useful in differentiating Alzheimer's disease from depression | | |
|---|---|---|
| **Measure** | **Alzheimer's disease** | **Depression** |
| Behavior congruent with deficits | Usual | Unusual |
| Delusions | Mood independent | Mood congruent |
| Emotional reaction | Variable | Marked distress |
| Mood disorder | Environmentally responsive | Persistent |

44

| Clinical features useful in differentiating Alzheimer's disease from depression | | |
|---|---|---|
| Measure | Alzheimer's disease | Depression |
| Patient report of deficits | Variable | Abundant |
| Psychiatric history | Unusual | Usual |
| Symptom duration | Long | Short |
| Symptom progression | Slow | Rapid |
| Valuation of accomplishments | Variable | Minimized |

Adapted from Storandt M, VandenBos GR, eds. Neuropsychological Assessment of Dementia and Depression in Older Adults: A Clinician's Guide. Washington, D.C.: American Psychological Association.

Neuropsychological evaluation is a useful method of acquiring data on a patient's cognitive, behavioral, motor, linguistic, and executive functioning. Neuropsychological evaluation is helpful in providing insight into the psychological aspect of an individual, which is difficult to assess with current imaging techniques.

**Treatment**

Depression is a treatable condition. Early detection, coupled with early and successful treatment of depression, leads to a shorter duration, reduction in symptoms, and relapse reduction. But, despite making rapid strides in detection and successful treatment of depression, many people are still reluctant to either accept the diagnosis or pursue the required treatment.

The treatment of depression may encompass the following therapies:
- Psychotherapy or counseling.
- Drug therapy.
- Combination of these therapies.

**Psychiatric Management**

Psychotherapy or counseling involves the interaction of a person with a health care professional about their problems, feelings, and relationships. Psychotherapy is the treatment of choice for individuals under the age of 18 [177]. There are several types of psychotherapies that are beneficial for the treatment of depression.

The goal of psychotherapy is usually to help the patient to better cope with symptoms of depression, enhance social skills, and gain self-confidence. Psychotherapy sessions are usually held once per week for approximately 30 to 60 minutes, but may be reduced with the progression of the treatment to once every other week. Psychiatric management encompasses a number of interventions and activities that psychiatrists provide to the patients with depression throughout the treatment, including:

- Establish and maintain a therapeutic alliance. It is important to involve the patient in decision-making and to address the patient's concerns as well as preferences for treatment.
- Complete psychiatric assessment. A thorough diagnostic assessment should be done for establishing correct diagnosis, identifying other general medical conditions or psychiatric conditions that may need proper attention, and developing a comprehensive treatment plan for depression. A complete psychiatric evaluation encompasses:

   History of the present illness and current symptoms.
   Psychiatric history, including identification and history of past symptoms of mania, hypomania, or mixed episodes and respective treatment responses.
   General medical history.

45

Personal history including information about psychological development and responses to life transitions and major life events.
Social, occupational, and family history (including mood disorders and suicide).
Review of the patient's prescribed and over-the-counter medications.
Review of systems.
Mental status examination.
Physical examination.
Appropriate diagnostic tests as indicated to rule out possible general medical causes of depressive symptoms.

Additionally, patients should be evaluated for past and current drugs and other substance abuse that may cause precipitation and or exacerbation of depressive symptoms.

- Evaluate the safety of the patient. A continuous and careful evaluation for assessing suicide risk is essential for every patient with depression. A patient should be asked about suicidal ideation, thoughts, plans, intent, and behaviors. Specific psychiatric symptoms, such as severe anxiety and psychosis, as well as general medical conditions should be identified because these factors may trigger suicide in patients with depression. Past and recent suicide behavior should also be assessed thoroughly.

Current stressors as well as protective factors should be delineated. Patient should also be asked about any family history of mental illness or suicide. Assessments of patients' nutrition status, level of self-care, and hydration is also important, as they can be impaired because of severe symptoms of depression. Patients should also be evaluated to determine the overall effect of the depression on the individual's abilities to care for dependents.

- Establish the appropriate setting for treatment. The treating clinician or psychiatrist should determine the least restrictive setting for optimum treatment of depression that aims for the patient's safety and encourages improvement in the patient's overall condition. The following factors should be included to determine the optimal setting:

  The patient's symptom severity.
  Concomitant general medical or psychiatric conditions.
  Available support system.
  Level of functioning.
  The patient's ability to self-care.
  The patient's ability in accepting corrective feedback.
  Medical compliance.

  The appropriate treatment setting and the resulting benefit should be assessed regularly during the entire course of treatment.

- Evaluate functional impairment and quality of life. Depression can impair and adversely impact professional, social, and family relationships. It can also have an adverse effect on health, hygiene, and leisure activities. Patients' activities in each of these spheres should also be evaluated. The aim of the treatment plan and interventions should be to maximize the patient's level of functioning and to help the patient set goals based on his or her symptom severity and related impairments.

46

- Coordinate the patient's care with other clinicians. Appropriate and constant coordination between treating clinicians, psychiatrist, and patient is essential for optimal care, treatment decisions, management, and harmonization of treatments. A thorough general medical evaluation should be conducted to rule out general medical causes of depression or its symptoms.

- Monitor the patient's psychiatric status. It is necessary to monitor the patient's response to treatment and concomitant medical or psychiatric condition. This helps to draft, develop, and fine-tune the treatment provided to the patient.

- Integration of measurements into psychiatric management. The treatment plan should match the requirements of the patient with the help of careful and systematic assessment of the psychiatric symptoms (type, frequency, and magnitude). The patient should be assessed regularly and periodically to assess benefits and side effects of treatment.

- Increase treatment adherence. The treating psychiatrist or clinician should be aware of the potential barriers to medical compliance to treatment adherence in patients with depression, especially those who are elderly. Patients with depression lack motivation and often become pessimistic. Additionally, adverse effects of antidepressants, problems in the therapeutic relationship, and economical or cultural barriers to treatment make adherence a difficult task. It is therefore essential for the treating psychiatrist or clinician to work closely and in collaboration with the patient and patient's family. In addition, the treating psychiatrist or clinician should encourage patients to freely express their concerns or fears about the treatment or its side effects. Patients should be informed about treatment response and the importance of treatment adherence.

- Provide education to the patient and the family. Adequate education about the signs, symptoms, and treatment of depression should be given to the patient. If the patient is agreeable, his or her family members and other care providers should also be educated about depression, its effects, and the required treatment. Patient education also includes:

  Ways to promote healthy behaviors, such as exercise, good sleep, and hygiene.
  Good nutrition.
  Decreased alcohol, tobacco, and substance abuse.

A combination of antidepressants and psychotherapy is considered to be the most effective treatment for chronic depression [178, 179]. The treatment of depression is divided into three phases:

9. Acute phase—involves treatment directed at the current depressive episode.
10. Continuation phase—aimed at preventing a relapse into the current episode.
11. Maintenance or prophylactic phase—aimed at the prevention of future episodes.

**Acute Phase**
The typical duration of an acute phase treatment of a MDE is approximately 6 to 12 weeks and is directed at inducing remission of the current depressive episode and attaining a patient's baseline functioning

47

level. Acute phase treatment may encompass pharmacotherapy, psychotherapy (depression-focused), combination therapy (medications and psychotherapy), or other somatic therapies such as electroconvulsive therapy (ECT), transcranial magnetic stimulation (TMS), or light therapy.

Choice of an initial treatment modality depends upon clinical features (symptoms severity, presence of concomitant illness, or psychosocial stressors) and other determinants that include prior treatment experiences and patient preference.

**Pharmacotherapy**

The initial choice of treatment for patients with MDEs (unless ECT is planned) is an antidepressant medication. Several different classes of antidepressants are effective against depression [180]. The choice of an antidepressant is based on its perceived side effects, safety, pharmacodynamics, patient preference, and response of the medication in previous episodes of MDEs.

To find the most effective antidepressant, the dosages should be adjusted, different combinations should be tried, or if needed, should be changed. The average response rate to the initial antidepressant is generally about 50% [181]. Therapeutic effects are usually seen 3 to 8 weeks after the initiation of medication. Patients are usually warned not to stop antidepressants abruptly and to continue them for a minimum of 4 months to prevent recurrence of depression.

Factors to consider in selecting an antidepressant medication include:
■ Patient preference.
■ Nature of prior response to medication.
■ Relative efficacy and effectiveness.
■ Safety, tolerability, and potential side effects.
■ Co-occurring psychiatric or general medical conditions.
■ Potential drug interactions.
■ Half-life of the drug.
■ Cost of the drug.

Selective serotonin reuptake inhibitors (SSRIs) are the drugs of choice for the treatment of depression because of their relatively few and mild side effects and more potent effect in controlling symptoms of depression. Individuals who do not respond adequately to the first SSRI are usually switched to another, with improvement in approximately 50% of patients [182]. Selective serotonin reuptake inhibitors (SSRIs)Serotonin and norepinephrine reuptake inhibitors (SNRIs) Another popular and possibly more effective [183, 184] option is to change the medication to an atypical antidepressant such as bupropion or to add this medication to the existing pharmacotherapy [185].

After initiation of an antidepressant, the drug should be titrated to full dose, depending upon:
■ Patient's age.
■ Treatment setting.
■ Presence of concomitant disorder or illnesses.
■ Concomitant drug treatment.
■ Side effects of the drug.

The patient should be carefully, regularly, and systematically monitored to assess:
■ Response to pharmacotherapy.
■ Identify the side effects.
■ Assess patient safety.

48

In case of severe or frequent side effects, the dose of the antidepressant should be lowered or the drug should be changed to another antidepressant with fewer side effects.

**Complementary and Alternative Treatments**

Complementary and alternative treatments are increasingly being used for the treatment of depression; however, evidence for their antidepressant effect is absent or limited at best.

### St. John's wort

St. John's wort is a plant and herbal medicine widely used for treating depression. There is some scientific evidence that St. John's wort is beneficial in milder forms of depression [210]. A clinical study has shown that St. John's wort prescribed to patients with mild to moderate symptoms of a MDE in doses of 300 mg/day and 1,800 mg/day had superior efficacy to placebo [211].

However, St. John's wort is not FDA-regulated as a drug and lacks proper standardization. Therefore, it is not FDA-approved and is not recommended for general use in the treatment of depression. St. John's wort has a great potential for drug-drug interactions [212-214]. The combined use of an antidepressant such as MAOIs with St. John's wort is contraindicated because of life-threatening drug interactions.

### S-adenosyl methionine

S-adenosyl methionine (SAMe) is a naturally occurring molecule that is predominantly present in the liver and the brain [215]. SAMe is available as a prescription antidepressant in Europe for both parenteral and oral administration [218]. In the United States, it may be bought over-the-counter, but is not approved by the FDA.

Some studies have shown the safety and efficacy of SAMe in patients with MDD. It is considered to be more effective in the treatment of major depression than a placebo [219]. Compared with Tricyclic antidepressants, SAMe was found to be more effective and tolerable [220].

### Omega-3 fatty acids

Omega-3 fatty acids are generally recommended as an adjunctive therapy for depression and mood disorders [221, 222]. There is no conclusive evidence to prove beneficial effects of omega-3 fatty acids in the acute treatment of MDD. Anecdotal evidence includes that it has been observed that people of Iceland have lower rates of depression, which may be because of large fish consumption [223] and fish is rich in omega-3 fatty acids.

### Folate

Folate level is used to determine antidepressant response as well as an adjunctive treatment. Low folate blood levels are generally associated with poor treatment response to fluoxetine for MDD [224, 225], and higher folate levels are linked with better response to antidepressants [226]. Folate can be recommended as an adjunctive treatment for patients with MDD.

### Light therapy

Several clinical trials have shown a beneficial effect from bright light therapy for SAD and nonseasonal MDD [227-231]. It is a low-risk and low-cost modality of treatment. The exact mechanism of action for light therapy is still unclear, but it seems to affect the serotonergic neurotransmitter system [232, 233]. It is believed that light therapy may increase the treatment response with antidepressants [234]. Greater intensity of light also seems to improve treatment efficacy [235]. Light therapy seems to increase the antidepressant benefits of partial sleep deprivation [236, 237].

### Yoga and exercise

49

The efficacy of yoga in the treatment of depression is encouraging, but weak [239]. Exercise seems to provide a modest short-term beneficial effect; however, the evidence for any long-term improvement in major depression is poor [240].

**Psychotherapy**

Depression-focused psychotherapy alone is the initial treatment of choice for patients with mild to moderate MDEs. It is also the initial treatment of choice in patients with severe symptoms of depression.

The choice of a particular type of psychotherapy depends on the treatment goals, patient preference, previous response to a particular psychotherapy, and the availability of providers in the specific psychotherapy. Patients receiving psychotherapy are carefully, regularly, and systematically monitored to determine treatment response and patient safety.

The frequency of psychotherapy sessions depends upon several factors, including:
- Treatment goals.
- Type of psychotherapy.
- Severity of symptoms, including suicidal ideation.
- Co-occurring disorders.
- Social supports.
- Treatment compliance.
- The need to monitor and treat depressive symptoms as well as a suicide risk.

Recent clinical studies have observed that cognitive behavioral therapy (CBT) is as effective as antidepressants for the treatment of moderate to severe depression [241]. Some research studies have shown that behavior therapy, also known as behavioral activation, [242] is superior to CBT [243]. Behavioral activation requires less time and results in comparatively longer-lasting changes in the depressive patients [244]. Interpersonal psychotherapy that focuses on the social and interpersonal relationships is an effective treatment for depression. This therapy is effective in developing or enhancing interpersonal skills in depressive patients, which allows better and effective communication and reduces stress [245].

Psychoanalysis, which aims for the resolution of unconscious mental conflicts [246], is also considered to be effective in patients with depression [247]. Psychodynamic psychotherapy, another popular technique, is based on psychoanalysis with social and interpersonal focus [248] and is as potent as antidepressants in patients with mild to moderate depression [249].

**Psychotherapy plus antidepressants**

Combination therapy may be indicated in patients with severe depression or with a history of recurrent depression. Individuals with mild or moderate depression are usually well managed with either antidepressants or psychotherapy. Combination therapy may be indicated in milder forms of interpersonal or psychosocial problems, intrapsychic conflict, or coexisting Axis II disorder. It is still not clear which therapy is a better option for a particular individual.

**Continuation Phase**

Continuation phase drug or pharmacotherapy is indicated following successful management with acute phase treatment with antidepressants. Duration of continuation therapy should be about 4 to 9 months. The primary goal of continuation treatment is to prevent relapse following remission [250-252]. The signs and symptoms of relapse should be carefully and systematically monitored during this phase as the relapse rate is highest during this period [263].

50

It has been observed that during the first 6 months following recovery from a MDE, the relapse rate may be about 20% in mixed samples [254-257] and about 85% in severely depressed in patients receiving electroconvulsive therapy [258, 259]. The relapse rate increases if pharmacotherapy (including ECT) is reduced in dose or intensity or altogether discontinued after initial recovery [259, 260]. The dose, intensity, and frequency of treatment should remain identical to what was prescribed in the acute phase.

Several clinical studies have found that patients who have shown good treatment response for the first episode of an uncomplicated MDE should continue to receive a full therapeutic dose of that drug for at a minimum period of 449 months after achieving full remission [261].

In case relapse is not achieved during the continuation phase, the drug dose is usually increased. Frequency of sessions or a shift in the psychotherapeutic focus is often required for patients undergoing psychotherapy.

**Maintenance Phase**

Maintenance phase of treatment starts after the patient completes the continuation phase treatment for chronic or recurrent MDEs without relapse. The primary goal of the maintenance phase is to prevent subsequent depression recurrence in susceptible patients. Patients who have encountered a minimum of three prior MDEs should receive maintenance treatment.

Approximately 20% of patients experience a MDE recurrence within the first 6 months after recovery [254]. Approximately 50% to 85% of patients will experience a minimum of one lifetime recurrence, often within 2 or 3 years [264].

Patients with prior MDEs are more prone to have subsequent affective episodes other than another MDE, such as a hypomanic, manic, or dysthymic episode [265].

Some clinical studies have shown that the risk of MDE recurrence increases by 16% with each successive episode [254]. Maintenance therapy may also be indicated for patients with additional risk factors for recurrence.

Risk factors for recurrence of MDD:

- Persistence of subthreshold depressive symptoms.
- Severity of initial and any subsequent episodes.
- Previous history of multiple episodes of MDD.
- Earlier age at onset.
- Presence of an additional non-affective psychiatric diagnosis.
- Presence of a chronic general medical disorder.
- Family history of psychiatric illness, especially mood disorder.
- Current psychosocial stressors or impairment.
- Negative cognitive style.
- Persistent sleep disturbances.

Additional factors that may play an important role in the need for maintenance therapy include:
- Patient preference.
- Presence of side effects during continuation therapy.
- Severity of prior MDEs, including factors such as suicide risk or psychosis.

51

The patient should be monitored periodically and systematically during this phase because of recurrence risk and to detect its symptoms. Usually, the therapy that was effective in the acute and continuation phases is good for the maintenance phase, too.

Antidepressants that are used for maintenance treatment have been studied extensively during the last few years. The outcomes of these clinical studies have shown that antidepressants are quite effective in preventing relapse during the maintenance phase [266-268]. A recent clinical study has shown that full-dose drug treatment is better than low-dose treatment during the maintenance phase [269].

But in spite of optimal maintenance treatment, drug therapy fails in 25% of cases, resulting in relapse [270, 271]. Clinical studies have also found that relapses are also associated with inadequate prophylactic effects of antidepressants [272].

In case of a relapse, treating clinicians usually use the same therapeutic approach used to treat incomplete responses to treatment, which includes:
■  Increasing the dose of antidepressant.
■  Changing to a different drug.
■  Addition of another drug.
■  Depression focused psychotherapy [271, 273].

Several studies have shown that psychotherapy is beneficial for MDEs. It has been found that once-monthly maintenance interpersonal psychotherapy is effective in preventing relapse in patients with a high risk for relapse [274]. Another study has demonstrated the efficacy of maintenance cognitive therapy given for more than 2 years for recurrent MDEs [275].

Some research studies have shown that the combination of antidepressants and psychotherapy may be more effective in preventing relapse than treatment with single modalities [276, 277]. The duration of the maintenance phase is variable and depends on the patient's preferences, the frequency and severity of prior MDEs, and the tolerability of treatments.

**Discontinuation of Treatment**

In some cases, if maintenance-phase treatment is not indicated, discontinuation of treatment may be considered in stable patients subsequent to the continuation phase.

The discontinuation of treatment depends on the following factors:
■  Persistence of subthreshold depressive symptoms.
■  Severity of initial and any subsequent episodes.
■  Prior history of multiple episodes of MDD.
■  Earlier age at onset.
■  Presence of an additional non-affective psychiatric diagnosis.
■  Presence of a chronic general medical disorder.
■  Family history of psychiatric illness, especially mood disorder.
■  Current psychosocial stressors or impairment.
■  Negative cognitive style.
■  Persistent sleep disturbances.

Usually, the treatment effects of psychotherapy last longer and have a lower risk of relapse after discontinuation than pharmacotherapy. Patients should be carefully and systematically monitored during, and immediately after, the treatment is discontinued to ensure that remission is stable. The greatest relapse risk is observed in the initial 2 months after discontinuation of treatment; therefore, it is essential for patients to have a follow-up visit during this initial period.

52

If the patient is undergoing discontinuation of pharmacotherapy (drug treatment), it is best to taper the drug over several weeks. Discontinuation of psychotherapy depends on the type of therapy.

Every patient should be made aware of the potential for a depressive relapse before the treatment discontinuation. Patients and their family members should be educated about early signs of MDEs, and a proper plan should be made in case the symptoms reoccur.

It is highly recommended to systematically assess the following factors:

- Symptoms of MDEs.
- Side effects of the treatment.
- Adherence.
- Functional status.

Treatment should be immediately started in case a patient experiences a recurrence. Usually, the patient is started on the same treatment to which he or she responded in the earlier treatment phases (i.e., the acute and continuation phases) [278].

Patients who have a recurrence following discontinuation of antidepressant therapy should be considered to have experienced another MDD episode and should receive adequate acute-phase treatment followed by continuation-phase treatment, and possibly maintenance-phase treatment.


## CONCLUSION

Depression is a mental disorder that manifests as a state of low mood and aversion to activity that may negatively impact an individual's thought processes, behavior, feelings, world view, and physical well-being. Depression in elderly people is common and widespread globally. It is generally undiagnosed and often untreated.

Individuals with depression may experience a wide variety of symptoms, including sadness, anhedonia, emptiness, hopelessness, anxiousness, and irritability. Depression in the elderly is an important public health problem because of its severe implications. It is closely associated with increased risk of suicide and morbidity, as well as reduced physical, social, and cognitive functioning, and increased inclination towards self-neglect.

Globally, depression is one of the leading causes of morbidity. Lifetime prevalence of depression varies from country to country, ranging from as little as 3% in Japan to as high as 17% in the United States. The risk of depression increases with neurological conditions, such as stroke, multiple sclerosis, Parkinson's disease, or cardiovascular disease.

However, contrary to common belief, major depression seems to be less common among the elderly compared with young adults. Depression in elderly people may have distinctive signs and symptoms compared with younger adults. The elderly are less likely to endorse cognitive-affective symptoms of depression, such as worthlessness or dysphoria. They also complain more frequently about sleep disturbances, insomnia, fatigue, loss of interest in living, and hopelessness. They also complain about poor memory and loss of concentration.

Common clinical findings include slower cognitive function and executive dysfunction. It has also been found that depressed elderly women experience more appetite disturbances than men, and that elderly men experience more agitation.

Depression is difficult to diagnose when symptoms arise because of a medical condition. Depression is usually either overdiagnosed or underdiagnosed in the presence of another disease, such as cancer, that may cause weight loss and fatigue.

53

Biological factors become major determinants in the elderly. With aging or certain diseases, the human body undergoes cardiovascular and neurological changes that make the elderly susceptible to depression. However, it is important to note that age-related changes are ubiquitous, and physical disease is not rare, yet only a few elderly persons become the victim of depression. Genetic factors, age-related neurobiological changes, stressful events, and cognitive diathesis play an important role in triggering depression.

Depression is especially prevalent in patients with cardiovascular disease. Depression increases the risk of coronary artery disease (CAD) by approximately twice in otherwise healthy individuals. Depression is more prevalent among patients with type 2 diabetes compared with those without diabetes.

Depression and dementia often are seen together in the elderly. The prevalence of major depression is greatest among stroke patients. Vascular, inflammatory, and neuroanatomic risk factors are closely associated with depression in the elderly.

Depression is one of the most common conditions associated with suicide in the elderly. Depression and sadness seem to go hand-in-hand; however, elderly persons with depression do not always feel sad. These patients may complain of lack of motivation, a lack of energy, or physical problems.

Major depression is the most severe form of depression. According to the DSM-IV-TR, at least one of the two main depressive symptoms, depressed mood and anhedonia, should be present to make a diagnosis of a major depressive episode (MDE). Major depressive disorder (MDD) is a clinical course that is always characterized by one or more MDEs without a history of manic, mixed, or hypomanic episodes. The average age of MDD onset is the mid-20s, although it may begin at any age.

Seasonal affective disorder (SAD) is a form of depression in which depressive episodes occur in particular seasons (autumn or winter), and resolve in particular seasons (summer or spring). Elderly men are less prone to this disorder.

Dysthymic disorder, or dysthymia, is characterized by a chronically depressed mood that is experienced for most of the day, more days than not, for at least 2 years.

The "depressive disorder not otherwise specified" category encompasses various types of disorders with depressive features that do not meet the criteria for MDD, dysthymia, adjustment disorder with depressed mood, or adjustment disorder with mixed anxiety and depressed mood.

Cyclothymic disorder, or cyclothymia, is a chronic, fluctuating mood disturbance characterized by alternating periods of hypomanic symptoms and depression, mild or moderate. Cyclothymic disorder usually begins early in life with an insidious onset and a chronic course. Onset of cyclothymia in the elderly may indicate a mood disorder due to a general medical condition.

Neuroimaging is creating new waves in diagnosing dementia, although there currently is no imaging study that is diagnostic for depression. Various imaging studies, including CT, MRI, PET, SPECT studies, in the last few decades have shown that depression in the elderly is associated with structural changes in the brain, including ventricular enlargement.

Depression is a treatable condition. Early detection, coupled with early and successful treatment of depression, leads to a shorter duration, reduction in symptoms, and relapse reduction.

The treatment of depression may encompass psychotherapy, pharmacotherapy, or a combination of both. The initial choice of treatment for patients with a mild to moderate mild depressive episode is an antidepressant medication. Several different classes of antidepressants are effective against depression. Selective serotonin reuptake inhibitors (SSRIs) are drug of choice for the treatment of depression because of their relatively few and mild side effects and more potent effect in controlling symptoms of depression.

54

In elderly patients and others with malnutrition, autonomic disorders, or hypotension, tricyclic antidepressants can cause syncope or falls.

Depression-focused psychotherapy alone is the initial treatment of choice for patients with a mild to moderate major depressive episode. Combination therapy may be indicated in milder forms of interpersonal or psychosocial problems, intrapsychic conflict, or coexisting Axis II disorder.

All patients with depression or history of depression should be educated about depression and its treatment. If possible and feasible, a patient's family members should also be educated about depression.

## REFERENCES

1. Salmans, Sandra (1997). *Depression: Questions You Have – Answers You Need*. People's Medical Society. ISBN 978-1-882606-14-6.

2. Alexopoulos G. Pharmacotherapy of depressive disorders in older patients. Minneapolis: McGraw-Hill Healthcare Information, 2001

3. Fadil, H., Borazanci, A., Haddou, E. A. B.,Yahyaoui, M., Korniychuk, E., Jaffe, S. L., Minagar, A. (2009). "Early-onset Dementia". *International Review of Neurobiology*. International Review of Neurobiology **84**: 245–262. doi:10.1016/S0074-7742(09)00413-9. ISBN 978-0-12-374833-1.PMID 19501722.

4. Blazer DG. Depression in late life: Review and commentary. J. Gerontol. A Biol. Sci. Med. Sci 2003;58:249–65. [PubMed: 12634292]

5. Hasin DS, Goodwin RD, Stinson FS, Grant BF. Epidemiology of major depressive disorder: Results from the National Epidemiologic Survey on Alcoholism and Related Conditions. Arch. Gen.Psychiatr 2005;62:1097–106. [PubMed: 16203955]

6. Heun R, Papassotiropoulos A, Jessen F, Maier W, Breitner JC. A family study of Alzheimer disease and early- and late-onset depression in elderly patients. Arch. Gen. Psychiatry 2001;58:190–6. [PubMed:11177121]

7. Brodaty H, Luscombe G, Parker G, Wilhelm K, Hickie I, et al. Early and late-onset depression in old age: Different aetologies, same phenomenology. J. Affect. Disord 2001;66:225–36. [PubMed: 11578676]

8. Hickie I, Scott E, Naismith S, Ward P, Turner K, et al. Late-onset depression: Genetic, vascular and clinical contributions. Psychol. Med 2001;31:1403–12. [PubMed: 11722155]

9. Schweitzer I, Tuckwell V, O'Brien J, Ames D. Is late-onset depression a prodrome to dementia? Int. J. Geriatr. Psychiatry 2002;17:997–1005. [PubMed: 12404648]

10. World Health Organization. The world health report 2001 – Mental Health: New Understanding, New Hope; 2001 [cited 2008-10-19].

11. ^ Andrade L, Caraveo-A.. Epidemiology of major depressive episodes: Results from the International Consortium of Psychiatric Epidemiology (ICPE) Surveys . *Int J Methods Psychiatr Res*. 2003;12(1):3–21. doi:10.1002/mpr.138. PMID 12830306.

12. ^ Kessler RC, Berglund P, Demler O. The epidemiology of major depressive disorder: Results from the National Comorbidity Survey Replication (NCS-R). *JAMA*. 2003;289(203):3095–105. doi:10.1001/jama.289.23.3095. PMID 12813115.

13.  Eaton WW, Anthony JC, Gallo J. Natural history of diagnostic interview schedule/DSM-IV major depression. The Baltimore Epidemiologic Catchment Area follow-up. *Archives of General Psychiatry*. 1997;54(11):993–99. PMID 9366655.

14. ^ Rickards H. Depression in neurological disorders: Parkinson's disease, multiple sclerosis, and stroke. *Journal of Neurology Neurosurgery and Psychiatry*. 2005;76:i48–i52. doi:10.1136/jnnp.2004.060426. PMID 15718222. PMC 1765679.

15. ^ Alboni P, Favaron E, Paparella N, Sciammarella M, Pedaci M. Is there an association between depression and cardiovascular mortality or sudden death?. *Journal of cardiovascular medicine (Hagerstown, Md.)*. 2008;9(4):356–62. PMID 18334389.

16. ^ Strik JJ, Honig A, Maes M. Depression and myocardial infarction: relationship between heart and mind. *Progress in neuro-psychopharmacology & biological psychiatry*. 2001;25(4):879–92. doi:10.1016/S0278-5846(01)00150-6. PMID 11383983.

17. Gelder, M., Mayou, R. and Geddes, J. 2005. Psychiatry. 3rd ed. New York: Oxford. pp105.

18. Boswell EB, Stoudemire A. Major depression in the primary care setting. *Am J Med*. 1996;101:3S–9S.

19. Alexopoulos GS, Katz IR, Reynolds CF, Carpenter D, Docherty JP. The expert consensus guideline series. Pharmacotherapy of depressive disorders in older patients. Postgrad Med 2001.

20. Ganzini L, Smith DM, Fenn DS, Lee MA. Depression and mortality in medically ill older adults. *J Am Geriatr Soc*. 1997;45:307–12.

21. Callahan CM, Dittus RS, Tierney WM. Primary care physicians' medical decision making for late-life depression. *J Gen Intern Med*. 1996;11:218–25.

22. Blazer DG. Depression in late life: Review and commentary. J. Gerontol. A Biol. Sci. Med. Sci 2003:58:249–65. [PubMed: 12634292]

56

23. Swenson CJ, Baxter J, Shetterly SM, Scarbro SL, Hamman RF. Depressive symptoms in Hispanic and non-Hispanic White rural elderly. The San Luis Valley Health and Aging Study. Am J Epidemiol 2000;152:1048–55. PubMed: 11117614]

24. Djernes JK. Prevalence and predictors of depression in populations of elderly: A review. Acta Psychiatr. Scand 2006;113:372–87. [PubMed: 16603029]

25. Gallo JJ, Anthony JC, Muthén BO. Age differences in the symptoms of depression: A latent trait analysis. J. Gerontol 1994;49:P251–64. [PubMed: 7963280]

26. Christensen H, Jorm AF, Mackinnon AJ, Korten AE, Jacomb PA, et al. Age differences in depression and anxiety symptoms: A structural equation modeling analysis of data from a general population sample. Psychol. Med 1999;29:325–39. [PubMed: 10218924]

27. Butters MA, Whyte EM, Nebes RD, Begley AE, Dew MA, et al. The nature and determinants of neuropsychological functioning in late-life depression. Arch. Gen. Psychiatry 2004;61:587–95. [PubMed: 15184238]

28. Kockler M, Heun R. Gender differences of depressive symptoms in depressed and nondepressed elderly persons. Int. J. Geriatr. Psychiatry 2002;17:65–72. [PubMed: 11802233]

29. Paradiso S, Vaidya J, Tranel D, Kosier T, Robinson RG. Nondysphoric depression following stroke. Neuropsychiatry. Clin. Neurosci 2008;20:52–61.

30. Ehrt U, Brønnick K, Leentjens AF, Larsen JP, Aarsland D. Depressive symptom profile in Parkinson's disease: A comparison with depression in elderly patients without Parkinson's disease. Int. J. Geriatr. Psychiatry 2006;21:252–8. [PubMed: 16477585]

31. Park JH, Lee SB, Lee TJ, Lee DY, Jhoo JH, et al. Depression in vascular dementia is quantitatively and qualitatively different from depression in Alzheimer's disease. Dement. Geriatr. Cogn. Disord 2007;23:67–73. [PubMed: 17114882]

32. Craddock N., Khodel V., Van Eerdewegh P., Reich T. Mathematical limits of multilocus models: the genetic transmission of bipolar disorder. *Am J Hum Genet.* 1995;57:690–702.

33. Berrettini W. Molecular linkage studies in bipolar disorder. *Dialogues ClinNeurosci.* 1999;1:12–21.

34. Souery D., Rivelli SK., Mendlewicz J. Molecular genetic and family studies in affective disorders: state of the. *art. J Affect Disord.* 2001;62:45–55.

35. Abkevich V, Camp NJ, Hensel CH, Neff CD, Russell DL, et al. Predisposition locus for major depression at chromosome 12q22-12q23.2. *Am J Hum Genet.* Dec 2003;73(6):1271-81.

36. Holmans P, Zubenko GS, Crowe RR, DePaulo JR Jr, Scheftner WA, Weissman MM, et al. Genomewide significant linkage to recurrent, early-onset major depressive disorder on chromosome 15q. *Am J Hum Genet.* Jun 2004;74(6):1154-67.

37. Tsuang MT, Faraone SV. The genetics of mood disorders. Baltimore, MD: Johns Hopkins University Press, 1990.

38. Lohoff FW. Overview of the genetics of major depressive disorder. *Curr Psychiatry Rep*. Dec 2010;12(6):539-46.

39. Cervilla J, Prince M, Joels S, Russ C, Lovestone S. Genes related to vascular disease (APOE, VLDL-R, DCP-1) and other vascular factors in late-life depression. Am. J. Geriatr. Psychiatry 2004;12:202–10. [PubMed: 15010349]

40. Hwang JP, Yang CH, Hong CJ, Lirng JF, Yang YM, Tsai SJ. Association of APOE genetic polymorphism with cognitive function and suicide history in geriatric depression. Dement. Geriatr. Cogn. Disord 2006;22:334–8. [PubMed: 16954688]

41. Tiemeier H. Biological risk factors for late life depression. Eur. J. Epidemiol 2003;18:745–50. [PubMed: 12974548]

42. Alexopoulos GS. Depression in the elderly. Lancet 2005;365:1961–70. [PubMed: 15936426]

43. Charlson M, Peterson JC. Medical comorbidity and late life depression: What is known and what are the unmet needs? Biol. Psychiatry 2002;52:226–35. [PubMed: 12182928]

44. Lett H, Blumenthal J, Babyak M, Sherwood A, Strauman T, Robins C, Newman MF. Depression as a risk factor for coronary artery disease: evidence, mechanisms, and treatment. Psychosom Med 2004;66:305–315.

45. Carney RM, Freedland KE. Depression, mortality, and medical morbidity in patients with coronary heart disease. Biol. Psychiatry 2003;54:241–7. [PubMed: 12893100]

46. Krishnan KR. Biological risk factors in late life depression. Biol. Psychiatry 2002;52:185–92. [PubMed:12182925]

47. Jiang W, Davidson JRT. Antidepressant therapy in patients with ischemic heart disease. American Heart Journal, November 2005. 150(5):871-881.

48. Frasure-Smith N, et al. Depression following myocardial infarction: Impact on 6-month survival. JAMA, October 20, 1993. 270(15):1819-1825.

49. Nakatani D, et al. Influence of serotonin transporter gene polymorphism on depressive symptoms and new cardiac events after acute myocardial infarction. American Heart Journal, October 2005. 150(4):652-658.

50. Ruo B, et al. Depressive symptoms and health-related quality of life: the Heart and Soul Study. JAMA, July 9, 2003. 290(2):215-221.

58

51. Gehi AK, et al. Self-reported medication adherence and cardiovascular events in patients with stable coronary heart disease: the Heart and Soul Study. Archives of Internal Medicine, November 2005. 165(2):2508-2513.

52. Gehi AK, et al. Relation of self-reported angina pectoris to inducible myocardial ischemia in patients with known coronary artery disease: the Heart and Soul Study. The American Journal of Cardiology, September 15, 2003. 92(6):705-707.

53. Litchman JH, et al. Depression and coronary heart disease: Recommendations for screening, referral and treatment. A science advisory from the American Heart Association Prevention Committee of the Council on Cardiovascular Nursing, Council on Clinical Cardiology, Council on Epidemiology and Prevention, and Interdisciplinary Council on Quality of Care and Outcomes Research: endorsed by the American Psychiatric Association. Circulation, Oct 21 2008. 118(17):1768-1775.

54. Li C, Ford ES, Strine TW, Mokdad AH. Prevalence of depression among U.S. adults with diabetes: Findings from the 2006 behavioral risk factor surveillance system. Diabetes Care 2008;31:105–7. [PubMed: 17934145]

55. Ali, S., M.A. Stone, J.L. Peters, et al., The prevalence of comorbid depression in adults with Type 2 diabetes: a systematic review and meta-analysis. Diabet Med, 2006. 23(11): p. 1165-73.

56. Mezuk, B., W.W. Eaton, S. Albrecht, et al., Depression and type 2 diabetes over the lifespan: a meta-analysis. Diabetes Care, 2008. 31(12): p. 2383-90.

57. Musselman, D.L., E. Betan, H. Larsen, et al., Relationship of depression to diabetes types 1 and 2: epidemiology, biology, and treatment. Biol Psychiatry, 2003. 54(3): p. 317-29.

58. Talbot, F. and A. Nouwen, A review of the relationship between depression and diabetes in adults: is there a link? Diabetes Care, 2000. 23(10): p. 1556-62.

59. Lustman, P.J., R.J. Anderson, K.E. Freedland, et al., Depression and poor glycemic control: a meta-analytic review of the literature. Diabetes Care, 2000. 23(7): p. 934-42.

60. Richardson, L.K., L.E. Egede, M. Mueller, et al., Longitudinal effects of depression on glycemic control in veterans with Type 2 diabetes. Gen Hosp Psychiatry, 2008. 30(6): p. 509-14.

61. Gonzalez, J.S., S.A. Safren, L.M. Delahanty, et al., Symptoms of depression prospectively predict poorer self-care in patients with Type 2 diabetes. Diabet Med, 2008. 25(9): p. 1102-7.

62. Gonzalez, J.S., M. Peyrot, L.A. McCarl, et al., Depression and diabetes treatment nonadherence: a meta-analysis. Diabetes Care, 2008. 31(12): p. 2398-403.

63. Zhang, X., S.L. Norris, E.W. Gregg, et al., Depressive symptoms and mortality among persons with and without diabetes. Am J Epidemiol, 2005. 161(7): p. 652-60.

64. Katon, W., M.Y. Fan, J. Unutzer, et al., Depression and diabetes: a potentially lethal combination. J Gen Intern Med, 2008. 23(10): p. 1571-5.

65. Egede, L.E., P.J. Nietert, and D. Zheng, Depression and all-cause and coronary heart disease mortality among adults with and without diabetes. Diabetes Care, 2005. 28(6): p. 1339-45.

66. IDF Clinical Guidelines Task Force, Global guideline for Type 2 diabetes. 2005, Brussels: International Diabetes Federation.

67. Engum A. The role of depression and anxiety in onset of diabetes in a large population-based study. J. Psychosom. Res 2007;62:31–8. [PubMed: 17188118]

68. Golden SH, Lazo M, Carnethon M, Bertoni AG, Schreiner PJ, et al. Examining a bidirectional association between depressive symptoms and diabetes. JAMA 2008;299:2751–9. [PubMed: 18560002]

69. Charney DS, Reynolds CF, 3rd, Lewis L, Lebowitz BD, Sunderland T, Alexopoulos GS, Blazer DG, Katz IR, Meyers BS, Arean PA, Borson S, Brown C, Bruce ML, Callahan CM, Charlson ME, Conwell Y, Cuthbert BN, Devanand DP, Gibson MJ, Gottlieb GL, Krishnan KR, Laden SK, Lyketsos CG, Mulsant BH, Niederehe G, Olin JT, Oslin DW, Pearson J, Persky T, Pollock BG, Raetzman S, Reynolds M, Salzman C, Schulz R, Schwenk TL, Scolnick E, Unutzer J, Weissman MM, Young RC. Depression Bipolar Support Alliance. Depression and Bipolar Support Alliance consensus statement on the unmet needs in diagnosis and treatment of mood disorders in late life. Archives of General Psychiatry. 2003;60(7):664–72. [PubMed]

70. Kales H, Chen P, Blow F, Welsh D, Mellow A. Rates of Clinical Depression Diagnosis, Functional Impairment and Nursing Home Placement in Coexisting Dementia and Depression. American Journal of Geriatric Psychiatry. 2005;13(5):441–449

71. Alexopoulos GS, Abrams RC. Depression in Alzheimer's disease. The Psychiatric Clinics of North America. 1991;14:327–340.

72. McCabe MP, Davison T, Mellor D, George K, Moore K, Ski C. Depression among Older People with Cognitive Impartment: Prevalence and Detection. International Journal of Geriatric Psychiatry. 2006;21:633–644.

73. Jorm AF. History of depression as a risk factor for dementia: An updated review. Aust N Z J Psychiatry 2001;35:776–81. [PubMed: 11990888]

74. Ownby RL, Crocco E, Acevedo A, John V, Loewenstein D. Depression and risk for Alzheimer disease: Systematic review, meta-analysis, and meta-regression analysis. Arch. Gen. Psychiatry 2006;63:530–8. [PubMed: 16651510]

75. Park JH, Lee SB, Lee TJ, Lee DY, Jhoo JH, et al. Depression in vascular dementia is quantitatively and qualitatively different from depression in Alzheimer's disease. Dement. Geriatr. Cogn. Disord 2007;23:67–73. PubMed: 17114882]

76. Reijnders JS, Ehrt U, Weber WE, Aarsland D, Leentjens AF. A systematic review of prevalence studies of depression in Parkinson's disease. Mov. Disord 2008;23:183–9. [PubMed: 17987654]

77. Goodwin RD, Devanand DP. Stroke, depression, and functional health outcomes among adults in the community. J. Geriatr. Psychiatry Neurol 2008;21:41–6. [PubMed: 18287169]

78. Ravina B, Camicioli R, Como PG, Marsh L, Jankovic J, et al. The impact of depressive symptoms in early Parkinson disease. Neurology 2007;69:342–7. [PubMed: 17581943]

79. Wouts L, Oude Voshaar RC, Bremmer MA, Buitelaar JK, Penninx BW, Beekman AT. Cardiac disease, depressive symptoms, and incident stroke in an elderly population. Arch. Gen. Psychiatry 2008;65:596–602. [PubMed: 18458211]

80. Ishihara L, Brayne C. A systematic review of depression and mental illness preceding Parkinson's disease. Acta Neurol. Scand 2006;113:211–20. [PubMed: 16542159]

81. Naarding P, Schoevers RA, Janzing JG, Jonker C, Koudstaal PJ, Beekman AT. A study on symptom profiles of late-life depression: The influence of vascular, degenerative and inflammatory risk indicators. J. Affect. Disord 2005;88:155–62. [PubMed: 16098601]

82. Wetherell JL, Gatz M, Pedersen NL. A longitudinal analysis of anxiety and depressive symptoms. Psychol. Aging 2001;16:187–95. [PubMed: 11405307]

83. Hettema JM, Kuhn JW, Prescott CA, Kendler KS. The impact of generalized anxiety disorder and stressful life events on risk for major depressive episodes. Psychol. Med 2006;36:789–95. [PubMed:16515735]

84. Beekman AT, de Beurs E, van Balkom AJ, Deeg DJ, van Dyck R, van Tilburg W. Anxiety and depression in later life: Co-occurrence and communality of risk factors. Am. J. Psychiatry 2000;157:89–95. [PubMed: 10618018]

85. Lenze EJ, Mulsant BH, Shear MK, Schulberg HC, Dew MA, et al. Comorbid anxiety disorders in depressed elderly patients. Am. J. Psychiatry 2000;157:722–8. [PubMed: 10784464]

86. Schoevers RA, Smit F, Deeg DJH, Cuijpers P, Dekker J, et al. Prevention of late-life depression in primary care: Do we know where to begin? Am. J. Psychiatry 2006;163:1611–21. [PubMed: 16946188]

87. Andreescu C, Lenze EJ, Dew MA, Begley AE, Mulsant BH, et al. Effect of comorbid anxiety on treatment response and relapse risk in late-life depression: controlled study. Br. J. Psychiatry 2007;190:344–9. [PubMed: 17401042]

61

88. Jeste ND, Hays JC, Steffens DC. Clinical correlates of anxious depression among elderly patients with depression. J. Affect. Disord 2006;90:37–41. [PubMed: 16325261]

89. DeLuca AK, Lenze EJ, Mulsant BH, Butters MA, Karp JF, et al. Comorbid anxiety disorder in late life depression: Association with memory decline over four years. Int. J. Geriatr. Psychiatry 2005;20:848–54. [PubMed: 16116585]

90. Lichstein KL, Stone KC, Nau SD, McCrae CS, Payne KL. Insomnia in the elderly. Sleep Med. Clin 2006;1:221–9.

91. Perlis ML, Smith LJ, Lyness JM, Matteson SR, Pigeon WR, et al. Insomnia as a risk factor for onset of depression in the elderly. Behav. Sleep Med 2006;4:104–13. [PubMed: 16579719]

92. Manber R, Edinger JD, Gress JL, San Pedro-Salcedo MG, Kuo TF, Kalista T. Cognitive behavioral therapy for insomnia enhances depression outcome in patients with comorbid major depressive disorder and insomnia. Sleep 2008;31:489–95. [PubMed: 18457236]

93. Nolen-Hoeksema S, Ahrens C. Age differences and similarities in the correlates of depressive symptoms. Psychol. Aging 2002;17:116–24. [PubMed: 11931280]

94. Kendler KS, Gatz M, Gardner CO, Pedersen NL. Personality and major depression: A Swedish longitudinal population-based twin study. Arch. Gen. Psychiatry 2006;63:1113–20. [PubMed: 17015813]

95. Garnefski N, Kraaij V. Relationships between cognitive emotion regulation strategies and depressive symptoms: A comparative study of five specific samples. Pers. Individ. Dif 2006;40:1659–69.

96. Butterworth P, Gill SC, Rodgers B, Anstey KJ, Villamil E, Melzer D. Retirement and mental health: Analysis of the Australian national survey of mental health and well-being. Soc. Sci. Med 2006;62:1179–91. [PubMed: 16171915]

97. Lenze EJ, Minin JC, Ferrell RE, Pollock BG, Skidmore E, et al. Association of the serotonin transporter gene-linked polymorphic region (5-HTTLPR) genotype with depression in elderly persons after hip fracture. Am. J. Geriatr. Psychiatry 2005;13:428–32. [PubMed: 15879594]

98. Mazure CM, Maciejewski PK, Jacobs SC, Bruce ML. Stressful life events interacting with cognitive/personality styles to predict late-onset major depression. Am. J. Geriatr. Psychiatry 2002;10:297–304. [PubMed: 11994217]

99. Fiske A, Gatz M, Pedersen NL. Depressive symptoms and aging: The effects of illness and non-health related events. J. Gerontol. B Psychol. Sci. Soc. Sci 2003;58:P320–8. [PubMed: 14614116]

100. Prigerson HG, Frank E, Kasl SV, Reynolds CF, Anderson B, et al. Complicated grief and bereavement related depression as distinct disorders: Preliminary empirical validation in elderly bereaved spouses. Am. J. Psychiatry 1995;152:22–30. [PubMed: 7802116]

101.     Zisook S, Kendler KS. Is bereavement-related depression different than non-bereavement-related depression? Psychol. Med 2007;37:779–94. [PubMed: 17306046]

102.     Cole MG, Dendukuri N. Risk factors for depression among elderly community subjects: A systematic review and meta-analysis. Am. J. Psychiatry 2003;160:1147–56. [PubMed: 12777274]

103.     Torges CM, Stewart AJ, Nolen-Hoeksema S. Regret resolution, aging, and adapting to loss. Psychol. Aging 2008;23:169–80. [PubMed: 18361664]

104.     Umberson D, Wortman CB, Kessler RC. Widowhood and depression: Explaining long-term gender differences in vulnerability. Journal of Health and Social Behavior 1992;33:10–24. [PubMed:1619255]

105.     Knight BG, Flynn Longmire CV, Dave J, Kim JH, David S. Mental health and physical health of family caregivers for persons with dementia: A comparison of African American and white caregivers. Aging Ment. Health 2007;11:538–46. [PubMed: 17882592]

106.     Schulz R, McGinnis KA, Zhang S, Martire LM, Hebert RS, Beach SR, et al. Dementia patient suffering and caregiver depression. Alzheimer Disease and Associated Disorders 2008;22:170–6. [PubMed:18525290]

107.     Williamson, GM.; Shaffer, DR. The activity restriction model of depressed affect: Antecedents and consequences of restricted normal activities. In: Williamson, GM.; Shaffer, DR.; Parmelee, PA., editors. Physical illness and Depression in Older Adults: A Handbook of Theory, Research, and Practice. Kluwer Academic/Plenum Publishers; New York: 2000. p. 173-200.

108.     Nolen-Hoeksema S, Ahrens C. Age differences and similarities in the correlates of depressive symptoms. Psychol. Aging 2002;17:116–24. [PubMed: 11931280]

109.     Martire LM, Stephens MAP, Druley JA, Wojno WC. Negative reactions to received spousal care: Predictors and consequences of miscarried support. Health Psychol 2002;21:167–76. [PubMed:11950107]

110.     Mojtabai R, Olfson M. Major depression in community-dwelling middle-aged and older adults: Prevalence and 2-year and 4-year follow-up symptoms. Psychol. Med 2004;34:623–34. [PubMed:15099417]

111.     Charles ST, Reynolds CA, Gatz M. Age-related differences and change in positive and negative affect over 23 years. J. Pers. Soc. Psychol 2001;80:136–51. [PubMed: 11195886]

112.     Neupert SD, Almeida DM, Charles ST. Age differences in reactivity to daily stressors: The role of personal control. J. Gerontol. B Psychol. Sci. Soc. Sci 2007;62:P216–25. [PubMed: 17673531]

113.     Chow SM, Hamagami F, Nesselroade JR. Age differences in dynamical emotion-cognition linkages. Psychol Aging 2007;22:765–80. [PubMed: 18179296]

114.     Carstensen LL, Fung HH, Charles ST. Socioemotional selectivity theory and the regulation of emotion in the second half of life. Motivation and Emotion 2003;27:103–23.

115.     Benyamini Y, Lomranz J. The relationship of activity restriction and replacement with depressive symptoms among older adults. Psychol. Aging 2004;19:362–6. [PubMed: 15222831]

116.     George LK, Ellison CG, Larson DB. Explaining the relationships between religious involvement and health. Psychol. Inq 2002;13:190–200.

117.     Wrosch C, Schulz R, Miller GE, Lupien S, Dunne E. Physical health problems, depressive mood, and cortisol secretion in old age: Buffer effects of health engagement control strategies. Health Psychol 2007;26:341–9. [PubMed: 17500621]

118.     Conwell Y, Brent D. Suicide and aging. I: patterns of psychiatric diagnosis. *International Psychogeriatrics*, 1995; 7(2): 149-64.

119.     Bostwick JM, Pankratz VS. Affective disorders and suicide risk: A reexamination. Am. J. Psychiatry 2000;157:1925–32. [PubMed: 11097952]

120.     Conwell, Y.; Brent, D. Suicide and aging I: Patterns of psychiatric diagnosis. In: Pearson, JL.; Conwell, Y., editors. Suicide: International Perspectives. Springer; New York: 1996. p. 15-30.

121.     Kung, H-S.; Hoyert, DL.; Xu, J.; Murphy, SL. Deaths: Final Data for 2005. National Vital Statistics Reports. 2008. 56(10)

122.     Conwell Y, Duberstein PR, Cox C, Hermann J, Forbes N, Caine ED. Age differences in behaviors leading to completed suicide. Am. J. Geriatr. Psychiatry 1998;6:122–6. [PubMed: 9581207]

123.     Conwell Y. Suicide in later life: a review and recommendations for prevention. *Suicide and Life Threatening Behavior*, 2001; 31(Suppl): 32-47.

124.     Fiske A, O'Riley AA, Widoe RK. Physical health and suicide in late life. Clin. Gerontol 2008;31:31–50.

125.     Duberstein PR, Conwell Y, Seidlitz L, Denning D, Cox C, Caine ED. Personality traits and suicidal behavior and ideation in depressed inpatients 50 years of age and older. J. Gerontol. B Psychol. Sci. Soc. Sci 2000;55:18–26.

126.     American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition Revised. Text revision. Psychiatric Press, Inc., Washington, DC: 2000

127.     American Psychiatric Association 2000a, p. 345

128.     Kirsch I, Deacon BJ, Huedo-Medina TB, Scoboria A, Moore TJ, Johnson BT (February 2008). "Initial severity and antidepressant benefits: a meta-analysis of data submitted to the Food and Drug Administration". *PLoS Med.* 5 (2): e45.doi:10.1371/journal.pmed.0050045. PMC 2253608.PMID 18303940.

129.    American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders*. 4th ed. Washington, DC: American Psychiatric Press, Inc., 1994.

130.    American Psychiatric Association 2000a, pp. 419–20

131.    *Diagnostic and Statistical Manual of Mental Disorders - Text Revision*. Arlington VA: American Psychiatric Publishing. 2008. pp. 419–420. ISBN 978-0-89042-025-6.

132.    Rosebush PI; Mazurek MF. (August 1996). "Catatonia after benzodiazepine withdrawal". *Journal of clinical psychopharmacology*. **16** (4): 315–9. doi:10.1097/00004714-199608000-00007. PMID 8835707.

133.    Deuschle M, Lederbogen F (January 2001). "Benzodiazepine withdrawal-induced catatonia". *Pharmacopsychiatry* **34** (1): 41–2. doi:10.1055/s-2001-15188. PMID 11229621.

134.    Kanemoto K, Miyamoto T, Abe R (September 1999). "Ictal catatonia as a manifestation of de novo absence status epilepticus following benzodiazepine withdrawal". *Seizure* **8**(6): 364–6. doi:10.1053/seiz.1999.0309. PMID 10512781.

135.    Nonacs, Ruta M. eMedicine. Postpartum depression; December 4, 2007 [cited 2008-10-30].

136.    Gilbert, Daniel T.; Schacter, Daniel L.; Wegner, Daniel M., eds. (2011). *Psychology* (2nd ed.). New York, New York: Worth Publishers.ISBN 978-1-4292-3719-2.

137.    Niculescu, A.B. and Akiskal, H.S. (2001). "Proposed Endophenotypes of Dysthymia: Evolutionary, Clinical, and Pharmacogenomic Considerations". *Molecular Psychiatry* **6** (4): 363–366. doi:10.1038/sj.mp.4000906.

138.    Sansone, R. A. MD and Sansone, L. A. MD (2009). "Dysthymic Disorder: Forlorn and Overlooked?". *Psychiatry* **6** (5): 46–50.PMC 2719439. PMID 19724735.

139.    Premenstrual dysphoric disorder (PMDD) is the severe form of PMS." http://patients.uptodate.com/topic.asp?file=endocrin/10662

140.    PMDD affects "… 3-8 percent of women of reproductive age. Assessment of published reports demonstrate that the prevalence of clinically relevant dysphoric premenstrual disorder is probably higher. 13-18 percent of women of reproductive age may have premenstrual dysphoric symptoms severe enough to induce impairment and distress, though the number of symptoms may not meet the arbitrary count of 5 symptoms on the PMDD list." PMID 12892987

141.    Yonkers KA, Pearlstein T, Fayyad R, Gillespie JA. **Luteal phase treatment of premenstrual dysphoric disorder improves symptoms that continue into the postmenstrual phase.** J Affect Disord. 2005 Apr;85(3):317-21.doi:10.1016/j.jad.2004.10.006 PMID 15780701

65

142.   Steiner M, Pearlstein T, Cohen LS, *et al.* (2006)."Expert guidelines for the treatment of severe PMS, PMDD, and comorbidities: the role of SSRIs". *J Womens Health (Larchmt)* **15** (1): 57–69. doi:10.1089/jwh.2006.15.57.PMID 16417420.

143.   Rapaport MH, Judd LL, Schettler PJ, Yonkers KA, Thase ME, Kupfer DJ, Frank E, Plewes JM, Tollefson GD, Rush AJ. (2002) *A descriptive analysis of minor depression.* Am J Psychiatry. Apr;159(4):637-43. doi:10.1176/appi.ajp.159.4.637 PMID 11925303

144.   Bowden, C. L. (2001). "Strategies to reduce misdiagnosis of bipolar depression". *Psychiatric services (Washington, D.C.)* **52** (1): 51–55. PMID 11141528. edit

145.   Muzina, DJ; Kemp, DE; McIntyre, RS (2007 Oct–Dec). "Differentiating bipolar disorders from major depressive disorders: treatment implications". *Annals of clinical psychiatry: official journal of the American Academy of Clinical Psychiatrists* **19** (4): 305–12. doi:10.1080/10401230701653591.PMID 18058287.

146.   Vasudev, A; Thomas, A (2010 Jul). "'Bipolar disorder' in the elderly: what's in a name?". *Maturitas* **66** (3): 231–5.doi:10.1016/j.maturitas.2010.02.013. PMID 20307944.

147.   Depp, C. A.; Jeste, D. V. (2004). "Bipolar disorder in older adults: A critical review". *Bipolar Disorders* **6** (5): 343–367.doi:10.1111/j.1399-5618.2004.00139.x.PMID 15383127. edit

148.   Trinh NH, Forester B (2007). "Bipolar Disorder in the Elderly: Differential Diagnosis and Treatment". *Psychiatric Times* **24**(14).

149.   Buskist, W. & Davis, S.F., ed. (2008). *21st Century Psychology: A Reference Handbook.* Thousand Oaks, CA: Sage Publications Inc. p. 290. ISBN 978-1-4129-4968-2.

150.   David L. Dunner (2004). "Correlates of Suicidal Depression". *Journal of Clinical Psychiatry*. Retrieved 2011-05-15.

151.   Z. Rihmer & P. Pestality (1999-09-22). "Bipolar II disorder and suicidal behavior". *The Psychiatric clinics of North America* (*Psychiatric Clinics of North America*) **22** (3): 667–73, ix–x. doi:10.1016/S0193-953X(05)70101-5. PMID 10550861.

152.   Baek, J. H., Park, D. Y., Choi, J., Kim, J. S., Choi, J. S., Ha, K., ... Hong, K. S. (2011). Differences between bipolar I and bipolar II in clinical features, comorbidity, and family history. Journal of Affective Disorders, 131, 59–67.

153.   Orum, Margo (2008). In Gordan Parker. *Bipolar II Disorder: Modelling, Measuring, and Managing*. Cambridge, England: Cambridge University Press. ISBN 0-521-87314-2.

154.   Benazzi, F. (2007). Bipolar II disorder : epidemiology, diagnosis and management. CNS Drugs, 21(9), 727–740.

66

155.    Seligman, lLinda; Bonita Marcus Moore (1995). "Diagnosis of Mood Disorders". *Journal of Counseling and Development* **74**: 65.doi:10.1002/j.1556-6676.1995.tb01824.x.

156.    Akiskal, Hagop S (2001). "Dysthymia and cyclothymia in psychiatric practice a century after Kraepelin". *Journal of Affective Disorders* **62** (1): 17–31. doi:10.1016/S0165-0327(00)00347-5. PMID 11172870

157.    Videbech, P. (1997) MRI findings in patients with affective disorder: a meta-analysis. *Acta Psychiatrica Scandinavia*, **96**, 157–168.

158.    Krishnan, K. R .R., McDonald, W. M., Escalona, P. R., *et al* (1992) Magnetic resonance imaging of the caudate nuclei in depression. *Archives in General Psychiatry*, **49**, 553–557.

159.    O'Brien, J. T., Eagger, S., Syed, G. S., *et al* (1992) A study of regional cerebral blood flow and cognitive performance in Alzheimer's disease. *Journal of Neurology, Neurosurgery and Psychiatry*, **55**, 1182–1187.

160.    Gunning-Dixon FM, Hoptman MJ, Lim KO, Murphy CF, Klimstra S, Latoussakis V, et al. Macromolecular white matter abnormalities in geriatric depression: a magnetization transfer imaging study. Am J Geriatr Psychiatry. 2008 Apr;16(4):255–62

161.    Woo SL, Prince SE, Petrella JR, Hellegers C, Doraiswamy PM. Modulation of a human memory circuit by subsyndromal depression in late life: a functional magnetic resonance imaging study. Am J Geriatr Psychiatry. 2009 Jan;17(1):24–9.

162.    Zhao Z, Taylor WD, Styner M, Steffens DC, Krishnan KR, MacFall JR. Hippocampus shape analysis and late-life depression. PLoS ONE. 2008;3(3):e1837

163.    Shimony JS, Sheline YI, D'Angelo G, Epstein AA, Benzinger TL, Mintun MA, et al. Diffuse Microstructural abnormalities of normal-appearing white matter in late life depression: a diffusion tensor imaging study. Biol Psychiatry. 2009 Apr 16;

164.    Masdeu JC, Zubieta JL, Arbizu J. Neuroimaging as a marker of the onset and progression of Alzheimer's disease. J Neurol Sci. 2005;236:55–64. doi: 10.1016/j.jns.2005.05.001.

165.    Rowe CC, Ng S, Ackermann U, et al. Imaging beta-amyloid burden in aging and dementia.Neurology. 2007;68:1718–1725.

166.    Foster NL, Heidebrink JL, Clark CM, et al. FDG-PET improves accuracy in distinguishing frontotemporal dementia and Alzheimer's disease. Brain. 2007;130:2616–2635. doi: 10.1093/brain/awm177.

167.    Savitz JB, Drevets WC. Imaging phenotypes of major depressive disorder: genetic correlates. Neuroscience. 2009;164:300–330. doi: 10.1016/j.neuroscience.2009.03.082.

67

168.    Gron G, Bittner D, Schmitz B, Wunderlich AP, Riepe MW. Subjective memory complaints: objective neural markers in patients with Alzheimer's disease and major depressive disorder. Ann Neurol. 2002;51:491–498. doi: 10.1002/ana.10157.

169.    Fu CH, et al. Pattern classification of sad facial processing: toward the development of neurobiological markers in depression. Biol Psychiatry. 2008;63:656–662.

170.    Hahn T, et al. Integrating neurobiological markers of depression. Arch Gen Psychiatry. 2011;68:361–368.

171.    Marquand AF, et al. Neuroanatomy of verbal working memory as a diagnostic biomarker for depression. Neuroreport. 2008;19:1507–1511.

172.    Costafreda SG, et al. Prognostic and diagnostic potential of the structural neuroanatomy of depression. PloS One. 2009a;4:e6353.

173.    Costafreda SG, et al. Neural correlates of sad faces predict clinical remission to cognitive behavioural therapy in depression. Neuroreport. 2009b;20:637–641.

174.    Milne A, Culverwell A, Guss R, Tuppen J, Whelton R. Screening for dementia in primary care: a review of the use, efficacy and quality of measures. *Int Psychogeriatr*. 2008;20(5):911–926.

175.    Strober LB, Arnett PA. Assessment of depression in three medically ill, elderly populations: Alzheimer's disease, Parkinson's disease, and stroke. *Clin Neuropsychol*. 2009;23(2):205–230.

176.    Storandt M, VandenBos GR, eds. *Neuropsychological Assessment of Dementia and Depression in Older Adults: A Clinician's Guide*. Washington, DC: American Psychological Association; 1994.

177.    NICE (2005). *NICE Guidelines: depression in children and adolescents*. London: NICE. p. 5. ISBN 1-84629-074-0. Retrieved 2008-08-16.

178.    Thase, ME (1999). "When are psychotherapy and pharmacotherapy combinations the treatment of choice for major depressive disorder?". *Psychiatric Quarterly* **70** (4): 333–46. doi:10.1023/A:1022042316895. PMID 10587988.

179.    Roth, Anthony; Fonagy, Peter (2005) [1996]. *What Works for Whom? Second Edition: A Critical Review of Psychotherapy Research*. Guilford Press. p. 78. ISBN 1-59385-272-X.

180.    Snow V, Lascher S, Mottur-Pilson C. Pharmacologic treatment of acute major depression and dysthymia. American College of Physicians-American Society of Internal Medicine. Ann Intern Med 2000; 132:738.

181.    Sutherland JE, Sutherland SJ, Hoehns JD (March 2003)."Achieving the best outcome in treatment of depression". *Journal of Family Practice* **52** (3): 201–09. PMID 12620174.

68

182. Zisook S, Rush AJ, Haight BR, Clines DC, Rockett CB (2006). "Use of bupropion in combination with serotonin reuptake inhibitors". *Biological Psychiatry* **59** (3): 203–10.doi:10.1016/j.biopsych.2005.06.027. PMID 16165100.

183. Trivedi MH, Fava M, Wisniewski SR, Thase ME, Quitkin F, Warden D, Ritz L, Nierenberg AA, Lebowitz BD, Biggs MM, Luther JF, Shores-Wilson K, Rush AJ (2006). "Medication augmentation after the failure of SSRIs for depression". *New England Journal of Medicine* **354** (12): 1243–52.doi:10.1056/NEJMoa052964. PMID 16554526.

184. Mayers AG, Baldwin DS (December 2005). "Antidepressants and their effect on sleep". *Human Psychopharmacology* **20** (8): 533–59. doi:10.1002/hup.726. PMID 16229049.

185. Rush AJ, Trivedi MH, Wisniewski SR, et al. (2006). "Bupropion-SR, sertraline, or venlafaxine-XR after failure of SSRIs for depression". *New England Journal of Medicine* **354**(12): 1231–42. doi:10.1056/NEJMoa052963.PMID 16554525.

186. Winokur A, DeMartinis NA, McNally DP, Gary EM, Cormier JL, Gary KA (October 2003). "Comparative effects of mirtazapine and fluoxetine on sleep physiology measures in patients with major depression and insomnia". *Journal of Clinical Psychiatry***64** (10): 1224–29. doi:10.4088/JCP.v64n1013.PMID 14658972.

187. Lawrence RW (August 2004). "Effect of mirtazapine versus fluoxetine on "sleep quality"". *Journal of Clinical Psychiatry* **65**(8): 1149–50. doi:10.4088/JCP.v65n0818i.PMID 15323610.

188. Papakostas GI, Thase ME, Fava M, Nelson JC, Shelton RC (December 2007). "Are antidepressant drugs that combine serotonergic and noradrenergic mechanisms of action more effective than the selective serotonin reuptake inhibitors in treating major depressive disorder? A meta-analysis of studies of newer agents". *Biological Psychiatry* **62** (11): 1217–27.doi:10.1016/j.biopsych.2007.03.027. PMID 17588546.

189. Cipriani A, Geddes JR, Barbui C (2007). "Venlafaxine for major depression". *British Medical Journal* **334** (7587): 215 (editorial). doi:10.1136/bmj.39098.457720.BE.PMC 1790758. PMID 17272528. Retrieved 2008-09-13.

190. "Depression in children and young people: identification and management in primary, community and secondary care". NHS National Institute for Health and Clinical Excellence. September 2005. Retrieved 2008-08-17.

191. Nelson, JC; Devanand, DP (2011 Apr). "A systematic review and meta-analysis of placebo-controlled antidepressant studies in people with depression and dementia.". *Journal of the American Geriatrics Society* **59** (4): 577–85.doi:10.1111/j.1532-5415.2011.03355.x. PMID 21453380.

69

192.   Anderson IM (1998). "SSRIS versus tricyclic antidepressants in depressed inpatients: A meta-analysis of efficacy and tolerability". *Depression and Anxiety*. 7 Suppl 1: 11–17.doi:10.1002/(SICI)1520-6394(1998)7:1+<11::AID-DA4>3.0.CO;2-I. PMID 9597346.

193.   Anderson IM (April 2000). "Selective serotonin reuptake inhibitors versus tricyclic antidepressants: A meta-analysis of efficacy and tolerability". *Journal of Affective Disorders* **58** (1): 19–36. doi:10.1016/S0165-0327(99)00092-0.PMID 10760555.

194.   Krishnan KR (2007). "Revisiting monoamine oxidase inhibitors". *Journal of Clinical Psychiatry*. 68 Suppl 8: 35–41.PMID 17640156.

195.   Valenstein M, McCarthy JF, Austin KL, Greden JF, Young EA, Blow FC (2006). "What happened to lithium? Antidepressant augmentation in clinical settings". *American Journal of Psychiatry* **163** (7): 1219–25.doi:10.1176/appi.ajp.163.7.1219. PMID 16816227.

196.   Kellner CH, Knapp RG, Petrides G, Rummans TA, Husain MM, Rasmussen K, Mueller M, Bernstein HJ, O'Connor K, Smith G, Biggs M, Bailine SH, Malur C, Yim E, McClintock S, Sampson S, Fink M: Continuation electroconvulsive therapy vs pharmacotherapy for relapse prevention in major depression: a multisite study from the Consortium for Research in Electroconvulsive Therapy (CORE). Arch Gen Psychiatry 2006; 63:1337–1344 [A–]

197.   UK ECT Group: Efficacy and safety of electroconvulsive therapy in depressive disorders: a systematic review and meta-analysis. Lancet 2003; 361:799– 808 [E]

198.   Greenhalgh J, Knight C, Hind D, Beverley C, Walters S: Clinical and cost-effectiveness of electroconvulsive therapy for depressive illness, schizophrenia, catatonia and mania: systematic reviews and economic modelling studies. Health Technol Assess 2005; 9:1-iv [E]

199.   McCall WV, Prudic J, Olfson M, Sackeim H: Health-related quality of life following ECT in a large community sample. J Affect Disord 2006; 90:269–274 [B]

200.   Husain MM, Rush AJ, Fink M, Knapp R, Petrides G, Rummans T, Biggs MM, O'Connor K, Rasmussen K, Litle M, Zhao W, Bernstein HJ, Smith G, Mueller M, McClintock SM, Bailine SH, Kellner CH: Speed of response and remission in major depressive disorder with acute electroconvulsive therapy (ECT): a Consortium for Research in ECT (CORE) report. J Clin Psychiatry 2004; 65:485–491 [B]

201.   Petrides G, Fink M, Husain MM, Knapp RG, Rush AJ, Mueller M, Rummans TA, O'Connor KM, Rasmussen KG Jr, Bernstein HJ, Biggs M, Bailine SH, Kellner CH: ECT remission rates in psychotic versus nonpsychotic depressed patients: a report from CORE. J ECT 2001; 17:244–253 [B]

202.   Bush G, Fink M, Petrides G, Dowling F, Francis A: Catatonia. II. Treatment with lorazepam and electroconvulsive therapy. Acta Psychiatr Scand 1996; 93:137–143 [B]

70

203.   American Psychiatric Association: The Practice of Electroconvulsive Therapy: Recommendations for Treatment, Training, and Privileging (A Task Force Report of the American Psychiatric Association), Second Edition. Washington, DC, American Psychiatric Association, 2001 [B]

204.   Kellner CH, Fink M, Knapp R, Petrides G, Husain M, Rummans T, Mueller M, Bernstein H, Rasmussen K, O'Connor K, Smith G, Rush AJ, Biggs M, McClintock S, Bailine S, Malur C: Relief of expressed suicidal intent by ECT: a consortium for research in ECT study. Am J Psychiatry 2005; 162:977–982

205.   Eranti S, Mogg A, Pluck G, et al. (January 2007). "A randomized, controlled trial with 6-month follow-up of repetitive transcranial magnetic stimulation and electroconvulsive therapy for severe depression". *Am J Psychiatry* **164** (1): 73–81.

206.   Lakhan SE, Callaway H (2010). "Deep brain stimulation for obsessive-compulsive disorder and treatment-resistant depression: systematic review". *BMC Research Notes* **3**: 60.doi:10.1186/1756-0500-3-60. PMC 2838907.PMID 20202203.

207.   Rush AJ, Marangell LB, Sackeim HA, et al. (September 2005). "Vagus nerve stimulation for treatment-resistant depression: A randomized, controlled acute phase trial". *Biological Psychiatry* **58** (5): 347–54. doi:10.1016/j.biopsych.2005.05.025.PMID 16139580.

208.   Sackeim HA, Rush AJ, George MS, Marangell LB, Husain MM, Nahas Z, Johnson CR, Seidman S, Giller C, Haines S, Simpson RK, Jr., Goodman RR: Vagus nerve stimulation (VNS) for treatment resistant depression: efficacy, side effects, and predictors of outcome. Neuropsychopharmacology 2001; 25:713–728 [B]

209.   Rush AJ, Marangell LB, Sackeim HA, George MS, Brannan SK, Davis SM, Howland R, Kling MA, Rittberg BR, Burke WJ, Rapaport MH, Zajecka J, Nierenberg AA, Husain MM, Ginsberg D, Cooke RG: Vagus nerve stimulation for treatment-resistant depression: a randomized, controlled acute phase trial. Biol Psychiatry 2005; 58:347–354

210.   Mischoulon D, Fava M (November 2002). "Role of S-adenosyl-L-methionine in the treatment of depression: a review of the evidence". *Am. J. Clin. Nutr.* **76** (5): 1158S–61S.PMID 12420702.

211.   Agency for Healthcare Policy Research: Evidence Report on Treatment of Depression—Newer Pharmacotherapies. San Antonio Evidence-Based Practice Center. Washington, DC, AHCPR, Evidence- Based Practice Centers, 1999

212.   Mills E, Montori VM, Wu P, Gallicano K, Clarke M, Guyatt G: Interaction of St John's wort with conventional drugs: systematic review of clinical trials. BMJ 2004; 329:27–30 [E]

213.   Mannel M: Drug interactions with St John's wort: mechanisms and clinical implications. Drug Saf 2004; 27:773–797 [F]

214.   Hammerness P, Basch E, Ulbricht C, Barrette EP, Foppa I, Basch S, Bent S, Boon H, Ernst E: St John's wort: a systematic review of adverse effects and drug interactions for the consultation psychiatrist. Psychosomatics 2003; 44:271–282 [F]

215.   Mischoulon D, Fava M: Role of *S*-adenosyl-Lmethionine in the treatment of depression: a review of the evidence. Am J Clin Nutr 2002; 76:1158S– 1161S [F]

216.   Bottiglieri T, Godfrey P, Flynn T, Carney MW, Toone BK, Reynolds EH: Cerebrospinal fluid *S*-adenosylmethionine in depression and dementia: effects of treatment with parenteral and oral *S*adenosylmethionine. J Neurol Neurosurg Psychiatry 1990; 53:1096–1098 [G]

217.   Carney MW, Edeh J, Bottiglieri T, Reynolds EM, Toone BK: Affective illness and *S*-adenosyl methionine: a preliminary report. Clin Neuropharmacol 1986; 9:379–385 [G]

218.   Pies R: Adverse neuropsychiatric reactions to herbal and over-the-counter "antidepressants." J Clin Psychiatry 2000; 61:815–820 [F]

219.   "FDA Panel Looks at Trials of Devices to Treat Depression" article by Emily P. Walker, Washington Correspondent, MedPage Today Published: October 08, 2010, accessed October 9, 2010

220.   Bressa GM: *S*-adenosyl-L-methionine (SAMe) as antidepressant: meta-analysis of clinical studies. Acta Neurol Scand Suppl 1994; 154:7–14 [E]

221.   Parker G, Gibson NA, Brotchie H, Heruc G, Rees AM, Hadzi-Pavlovic D: Omega-3 fatty acids and mood disorders. Am J Psychiatry 2006; 163:969– 978 [F]

222.   Freeman MP, Hibbeln JR, Wisner KL, Davis JM, Mischoulon D, Peet M, Keck PE Jr, Marangell LB, Richardson AJ, Lake J, Stoll AL: Omega-3 fatty acids: evidence basis for treatment and future research in psychiatry. J Clin Psychiatry 2006; 67:1954–1967

223.   Appleton KM, Hayward RC, Gunnell D, et al. (December 2006). "Effects of n-3 long-chain polyunsaturated fatty acids on depressed mood: systematic review of published trials". *Am. J. Clin. Nutr.* **84** (6): 1308–16. PMID 17158410.

224.   Papakostas GI, Petersen T, Mischoulon D, Ryan JL, Nierenberg AA, Bottiglieri T, Rosenbaum JF, Alpert JE, Fava M: Serum folate, vitamin B12, and homocysteine in major depressive disorder, Part 1: predictors of clinical response in fluoxetine-resistant depression. J Clin Psychiatry 2004; 65:1090–1095 [A]

225.   Papakostas GI, Petersen T, Lebowitz BD, Mischoulon D, Ryan JL, Nierenberg AA, Bottiglieri T, Alpert JE, Rosenbaum JF, Fava M: The relationship between serum folate, vitamin B12, and homocysteine levels in major depressive disorder and the timing of improvement with fluoxetine. Int J Neuropsychopharmacol 2005; 8:523–528 [G]

226.   Alpert M, Silva RR, Pouget ER: Prediction of treatment response in geriatric depression from baseline folate level: interaction with an SSRI or a tricyclic antidepressant. J Clin Psychopharmacol 2003; 23:309–313

227.   Eastman CI, Young MA, Fogg LF, Liu L, Meaden PM: Bright light treatment of winter depression: a placebo-controlled trial. Arch Gen Psychiatry 1998; 55:883–889 [B]

228.   Terman M, Terman JS, Quitkin FM, McGrath PJ, Stewart JW, Rafferty B: Light therapy for seasonal affective disorder. A review of efficacy. Neuropsychopharmacology 1989; 2:1–22 [B]

229.   Kripke DF, Mullaney DJ, Klauber MR, Risch SC, Gillin JC: Controlled trial of bright light for nonseasonal major depressive disorders. Biol Psychiatry 1992; 31:119–134 [A–]

230.   Yamada N, Martin-Iverson MT, Daimon K, Tsujimoto T, Takahashi S: Clinical and chronobiological effects of light therapy on nonseasonal affective disorders. Biol Psychiatry 1995; 37:866–873 [

231.   Sumaya IC, Rienzi BM, Deegan JF, Moss DE: Bright light treatment decreases depression in institutionalized older adults: a placebo-controlled crossover study. J Ger

232.   Avissar S, Schreiber G, Nechamkin Y, Neuhaus I, Lam GK, Schwartz P, Turner E, Matthews J, Naim S, Rosenthal NE: The effects of seasons and light therapy on G protein levels in mononuclear leukocytes of patients with seasonal affective disorder. Arch Gen Psychiatry 1999; 56:178–183

233.   Benedetti F, Colombo C, Serretti A, Lorenzi C, Pontiggia A, Barbini B, Smeraldi E: Antidepressant effects of light therapy combined with sleep deprivation are influenced by a functional polymorphism within the promoter of the serotonin transporter gene. Biol Psychiatry 2003; 54:687–692

234.   Benedetti F, Colombo C, Pontiggia A, Bernasconi A, Florita M, Smeraldi E: Morning light treatment hastens the antidepressant effect of citalopram: a placebo-controlled trial. J Clin Psychiatry 2003; 64:648–653

235.   Beauchemin KM, Hays P: Phototherapy is a useful adjunct in the treatment of depressed in-patients. Acta Psychiatr Scand 1997; 95:424–427

236.   Neumeister A, Goessler R, Lucht M, Kapitany T, Bamas C, Kasper S: Bright light therapy stabilizes the antidepressant effect of partial sleep deprivation. Biol Psychiatry 1996; 39:16–21

237.   Colombo C, Lucca A, Benedetti F, Barbini B, Campori E, Smeraldi E: Total sleep deprivation combined with lithium and light therapy in the treatment of bipolar depression: replication of main effects and interaction. Psychiatry Res 2000; 95:43–

238.   Golden RN, Gaynes BN, Ekstrom RD, et al. (April 2005). "The efficacy of light therapy in the treatment of mood disorders: a review and meta-analysis of the evidence". *American Journal of Psychiatry* **162** (4): 656–62. doi:10.1176/appi.ajp.162.4.656.PMID 15800134.

73

239.   E. Ernst (December 30, 2002). ""Flower remedies": a systematic review of the clinical evidence". *Wiener Klinische Wochenschrift* **114** (23–24): 963–966. PMID 12635462.

240.   Uebelacker LA, Epstein-Lubow G, Gaudiano BA, Tremont G, Battle CL, Miller IW (January 2010). "Hatha yoga for depression: critical review of the evidence for efficacy, plausible mechanisms of action, and directions for future research". *J Psychiatr Pract* **16** (1): 22–33.

241.   March J, Silva S, Petrycki S, et al. (August 2004). "Fluoxetine, cognitive-behavioral therapy, and their combination for adolescents with depression: Treatment for Adolescents With Depression Study (TADS) randomized controlled trial". *JAMA* **292** (7): 807–20. doi:10.1001/jama.292.7.807.PMID 15315995.

242.   Dimidjian, S., et al. (2006). "Randomized Trial of Behavioral Activation, Cognitive Therapy, and Antidepressant Medication in the Acute Treatment of Adults With Major Depression". *Journal of Consulting and Clinical Psychology* **74** (4): 658–670.doi:10.1037/0022-006X.74.4.658. PMID 16881773.

243.   ^ Spates, C. R., Pagoto, S. and Kalata, A. (2006). A Qualitative And Quantitative Review of Behavioral Activation Treatment of Major Depressive Disorder. *The Behavior Analyst Today, 7(4),*508-518 [1]

244.   Coelho HF, Canter PH, Ernst E (December 2007). "Mindfulness-based cognitive therapy: Evaluating current evidence and informing future research". *Journal of Consulting and Clinical Psychology* **75** (6): 1000–05. doi:10.1037/0022-006X.75.6.1000. PMID 18085916.

245.   Dworetzky J (1997). *Psychology*. Pacific Grove, CA, USA: Brooks/Cole Pub. Co. p. 602. ISBN 0-314-20412-1.

246.   Doidge N, Simon B, Lancee WJ, et al. (2002). "Psychoanalytic patients in the US, Canada, and Australia: II. A DSM-III-R validation study". *Journal of the American Psychoanalytic Association* **50** (2): 615–27.doi:10.1177/00030651020500021101. PMID 12206545.

247.   Durand VM, Barlow D (1999). *Abnormal psychology: An integrative approach*. Pacific Grove, CA, USA: Brooks/Cole Pub. Co. ISBN 0-534-34742-8.

248.   de Maat S, Dekker J, Schoevers R, et al. (June 2007). "Short Psychodynamic Supportive Psychotherapy, antidepressants, and their combination in the treatment of major depression: A mega-analysis based on three Randomized Clinical Trials". *Depression and Anxiety* **25** (7): 565–74.doi:10.1002/da.20305. PMID 17557313.

249.   Depression Guideline Panel. Depression in primary care. Vol. 2. Treatment of major depression. Clinical practice guideline. No. 5. Rockville, MD: Agency for Health Care Policy and Research, 1999.

250.   Rush AJ, Kraemer HC, Sackeim HA, Fava M, Trivedi MH, Frank E, Ninan PT, Thase ME, Gelenberg AJ, Kupfer DJ, Regier DA, Rosenbaum JF, Ray O, Schatzberg AF: Report by the ACNP Task Force on

74

response and remission in major depressive disorder. Neuropsychopharmacology 2006; 31:1841–1853 [G]

251.   Judd LL, Akiskal HS, Maser JD, Zeller PJ, Endicott J, Coryell W, Paulus MP, Kunovac JL, Leon AC, Mueller TI, Rice JA, Keller MB: Major depressive disorder: a prospective study of residual subthreshold depressive symptoms as predictor of rapid relapse. J Affect Disord 1998; 50:97–108

252.   Judd LL, Paulus MJ, Schettler PJ, Akiskal HS, Endicott J, Leon AC, Maser JD, Mueller T, Solomon DA, Keller MB: Does incomplete recovery from first lifetime major depressive episode herald a chronic course of illness? Am J Psychiatry 2000; 157:1501–1504

253.   McGrath PJ, Stewart JW, Petkova E, Quitkin FM, Amsterdam JD, Fawcett J, Reimherr FW, Rosenbaum JF, Beasley CM Jr: Predictors of relapse during fluoxetine continuation or maintenance treatment of major depression. J Clin Psychiatry 2000; 61:518–524 [A]

254.   Solomon DA, Keller MB, Leon AC, Mueller TI, Lavori PW, Shea MT, Coryell W, Warshaw M, Turvey C, Maser JD, Endicott J: Multiple recurrences of major depressive disorder. Am J Psychiatry 2000; 157:229–233

255.   Consensus Development Panel: NIMH/NIH Consensus Development Conference Statement: mood disorders: pharmacologic prevention of recurrences. Am J Psychiatry 1985; 142:469–476

256.   Maj M, Veltro F, Pirozzi R, Lobrace S, Magliano L: Pattern of recurrence of illness after recovery from an episode of major depression: a prospective study. Am J Psychiatry 1992; 149:795–800

257.   Depression Guideline Panel: Clinical Practice Guideline Number 5: Depression in Primary Care, Treatment of Major Depression: HHS Publication 93–0551. Rockville, Md, Agency for Health Care Policy and Research, 1993

258.   Tew JD Jr, Mulsant BH, Haskett RF, Joan P, Begley AE, Sackeim HA: Relapse during continuation pharmacotherapy after acute response to ECT: a comparison of usual care versus protocolized treatment. Ann Clin Psychiatry 2007; 19:1–4

259.   Sackeim HA, Haskett RF, Mulsant BH, Thase ME, Mann JJ, Pettinati HM, Greenberg RM, Crowe RR, Cooper TB, Prudic J: Continuation pharmacotherapy in the prevention of relapse following electroconvulsive therapy: a randomized controlled trial. JAMA 2001; 285:1299–130

260.   Papakostas GI, Perlis RH, Seifert C, Fava M: Antidepressant dose reduction and the risk of relapse in major depressive disorder. Psychother Psychosom 2007; 76:266–270

261.   Prien RF, Kupfer DJ: Continuation drug therapy for major depressive episodes: how long should it be maintained? Am J Psychiatry 1986; 143:18–23

262.   Schmidt ME, Fava M, Zhang S, Gonzales J, Raute NJ, Judge R: Treatment approaches to major depressive disorder relapse. Part 1: dose increase. Psychother Psychosom 2002; 71:190–194

263.   Lisanby SH, Sampson S, Husain MM, Petrides G, Knapp RG, McCall V, Young RC, Prudic J, Kellner CH: Toward individualized post-electroconvulsive therapy care: piloting the Symptom-Titrated, Algorithm- Based Longitudinal ECT (STABLE) intervention. J ECT 2008; 24:179–182

264.   Eaton WW, Shao H, Nestadt G, Lee BH, Bienvenu OJ, Zandi P: Population-based study of first onset and chronicity in major depressive disorder. Arch Gen Psychiatry 2008; 65:513–520

265.   Mueller TI, Leon AC, Keller MB, Solomon DA, Endicott J, Coryell W, Warshaw M, Maser JD: Recurrence after recovery from major depressive disorder during 15 years of observational follow-up. Am J Psychiatry 1999; 156:1000–1006

266.   Solomon DA, Bauer MS: Continuation and maintenance pharmacotherapy for unipolar and bipolar mood disorders. Psychiatr Clin North Am 1993; 16:515–540

267.   Kupfer DJ, Frank E, Perel JM, Cornes C, Mallinger AG, Thase ME, McEachran AB, Grochocinski VJ: Five-year outcome for maintenance therapies in recurrent depression. Arch Gen Psychiatry 1992; 49:769–773

268.   Hansen R, Gaynes B, Thieda P, Gartlehner G, DeVeaugh-Geiss A, Krebs E, Lohr K: Meta-analysis of major depressive disorder relapse and recurrence with second-generation antidepressants. Psychiatr Serv 2008; 59:1121–1130

269.   Frank E, Kupfer DJ, Perel JM, Cornes C, Mallinger AG, Thase ME, McEachran AB, Grochocinski VJ: Comparison of full-dose versus half-dose pharmacotherapy in the maintenance treatment of recurrent depression. J Affect Disord 1993; 27:139–145

270.   Solomon DA, Leon AC, Mueller TI, Coryell W, Teres JJ, Posternak MA, Judd LL, Endicott J, Keller MB: Tachyphylaxis in unipolar major depressive disorder. J Clin Psychiatry 2005; 66:283–290

271.   Posternak MA, Zimmerman M: Dual reuptake inhibitors incur lower rates of tachyphylaxis than selective serotonin reuptake inhibitors: a retrospective study. J Clin Psychiatry 2005; 66:705–707

272.   Zimmerman M, Thongy T: How often do SSRIs and other new-generation antidepressants lose their effect during continuation treatment? Evidence suggesting the rate of true tachyphylaxis during continuation treatment is low. J Clin Psychiatry 2007; 68:1271–1276

273.   Byrne S, Rothschild AJ: Psychiatrists' responses to failure of maintenance therapy with antidepressants. Psychiatr Serv 1997; 48:835–837

274.   Frank E, Kupfer DJ, Wagner EF, McEachran AB, Cornes C: Efficacy of interpersonal psychotherapy as a maintenance treatment of recurrent depression. Contributing factors. Arch Gen Psychiatry 1991; 48:1053–1059

275.   Blackburn IM, Moore RG: Controlled acute and follow-up trial of cognitive therapy and pharmacotherapy in out-patients with recurrent depression. Br J Psychiatry 1997; 171:328–334

276.   Belsher G, Costello CG: Relapse after recovery from unipolar depression: a critical review. Psychol Bull 1988; 104:84–96

277. Scott J: Chronic depression: can cognitive therapy succeed when other treatments  fail? Behavioural Psychotherapy 1992; 20:25–36

278.     Fava M, Schmidt ME, Zhang S, Gonzales J, Raute NJ, Judge R: Treatment  approaches to major depressive disorder relapse. Part 2: reinitiation of antidepressant treatment. Psychother Psychosom 2002;71:195–199

**DEPRESSION VS. DEMENTIA IN THE ELDERLY**
**PART I**
**Self Evaluation Exercises**
Select the best answer for each question  and check your answers at the bottom of the page.

You do not need to submit this self-evaluation exercise with your participant sheet.

1.  Dementia is associated with a high rate of depression.
    TRUE                    FALSE

2.  Approximately half of depressed geriatric patients experienced their first depressive episode as young adults.
    TRUE                    FALSE

3.  Rates of depression among the elderly are highest in medical inpatients.
    TRUE                    FALSE

4.  Compared with young adults, elderly patients with neurological disorders tend to experience less dysphoria.
    TRUE                    FALSE

5.  The interaction of genetic and environmental factors may also increase the risk of depression.

    TRUE                    FALSE

6.  Depression in older people with concomitant medical disease has a good prognosis.
    TRUE                    FALSE

7.  Depression increases the risk of type 2 diabetes.
    TRUE                    FALSE

8.  Compared with dementia, depression has a shorter duration of symptoms.
    TRUE                    FALSE

9.  Weight loss is a prominent sign of depression in the elderly.
    TRUE                    FALSE

10. Loss of interest or pleasure in almost all activities is a core symptom of depression in the elderly.

    TRUE                    FALSE

11. Major depressive disorder (MDD) is a clinical course that is always characterized by one or more MDE(s) without a history of manic, mixed, or hypomanic episodes.
    TRUE                    FALSE

78

12. People with MDD have a low mortality rate, and approximately 15% of individuals with severe MDD commit suicide.

TRUE FALSE

13. There are no diagnostic laboratory findings for major depressive episode.

TRUE FALSE

14. Mood reactivity is an essential component for the diagnosis of atypical depression.

TRUE FALSE

1.F 2.T 3.F 4.T 5.T 6.F 7.T 8.T 9.T 10.T 11.T 12.F 13.T 14.T

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 187

# DEPRESSION VS. DEMENTIA IN THE ELDERLY

## Part II

## 9 CONTACT HOURS

▶ Categorize the different types of depression and dementia.

▶ Discuss the signs and symptoms of depression and dementia.

▶ Explain the importance of the correct diagnosis of dementia and depression.

▶ Discuss the diagnostic tools available to aid in the diagnosis of dementia and depression.

▶ Identify the diagnostic imaging used in the diagnosis of dementia and depression.

▶ Discuss the application of a full neuropsychological evaluation in the diagnosis of dementia and depression.

▶ Describe the treatment options for both dementia and depression.

▶ Evaluate the effectiveness of each treatment option in the care of depression and dementia in the elderly.

▶ Explain the side effects of the medical management of dementia and depression.

▶ Identify the lifestyle factors that affect the development of dementia and depression in the elderly.

▶ Discuss the role of mental exercise and activity in the prevention of depression and dementia.

▶ Examine the options available to health care workers for the evaluation of disease progression of dementia and depression in the elderly.

▶ Identify other factors, such as comorbidities, medications, and family members that play a role in the management, progression and prevention of dementia and depression in the elderly.

▶ Evaluate the potential benefit of future preventive measures and treatment options for depression and dementia in the elderly.

▶ Identify the role of the most current advancement in neuropsychological research.

▶ Communicate the importance of disease education to patients and families who suffer from either dementia or depression.

## DEPRESSION IN THE ELDERLY

The combined prevalence of major depression, dysthymia, and "minor" depression in the elderly is estimated to be as high as 25%. Additionally, approximately 14% to 42% of nursing home residents have major depressive disorder (MDD) [279]. Elderly patients have more vegetative signs and cognitive impairments, but report few subjective dysphoria compared with younger patients. MDD is sometimes incorrectly ascribed to disease, dementia, or increasing age.

It is common for elderly patients with chronic illness or disability to be undiagnosed and untreated [280]. A suicide risk assessment is a key component of the evaluation process

in the elderly. In the United States, the elderly constitute only 13% of the population, but they account for approximately one-fifth (19%) of all suicides, with elderly white men topping the list [281]. Many general medical conditions that are frequently seen among the elderly are risk factors for depression. Depression may exacerbate the concomitant medical disease and is a risk factor for poor prognosis. In a recent clinical study, it was observed that elderly people who are depressed and recovering from hip fractures have poorer prognosis with worse functional outcomes and have less likelihood of returning to full ambulation, compared with non-depressed elderly with hip fractures [282-284].

Approximately 25% of patients with cardiovascular disease also experience MDD. Additionally, depression increases the morbidity and mortality of cardiovascular illness [285-287]. MDD is commonly observed among patients with dementia, and mood symptoms are followed by cognitive symptoms and diagnosis of dementia. A thorough evaluation for the presence of concomitant medical conditions in patients who are experiencing depression should be performed because MDD and general medical conditions or illnesses frequently coexist, especially in the elderly [286, 288]. Some medications (e.g., beta blockers) have been linked to depressive symptoms, although they may be causing fatigue and lethargy, which mimic depression [289, 290].

Elderly people who are experiencing their first major depressive episode (MDE) should be screened for an undiagnosed medical or neurological disorder. Similarly, some symptoms of MDEs, such as fatigue or pain, can also mimic symptoms of a general medical condition. Pain in the elderly, particularly orthopedic, may contribute immensely to depression [291].

The majority of research studies have examined the acute phase of treatment in MDD. Researchers are also now focusing on the continuation and maintenance phases. The psychotherapy research continues to develop and evolve, with a better understanding about specific types of therapy and their efficacy for depression. Researchers are studying the components of specific psychotherapies, patient-specific factors, indications for using specific psychotherapy, and optimal frequency and duration of psychotherapy for specific patient subgroups, types of psychotherapy, or phases (stages) of depression treatment. More in-depth study is required to develop strategies for sequencing psychotherapy and combining psychotherapy in patients with depression. Scientists are working to better understand the complex issues pertaining to management of depression, including:

- Short- and long-term side effects of drugs.
- Comparative efficacies of various drugs.
- Specific clinical indications of types of antidepressants.
- Various augmentation strategies.
- Combination drug treatment.

Researchers are also studying the effect of treatments or combinations of treatments. Initial research studies of monotherapy with second-generation antipsychotics seem promising, but more information is needed about the acute and long-term benefits and side effects of a particular drug. Currently, ECT remains the best treatment option

compared with other stimulation treatments. More research is required for optimal treatment approaches for delivering novel and better ways of stimulation therapies.

Researchers are also studying the effect of sunlight on depression. Light therapy has beneficial effects as adjunctive treatment in non-seasonal MDD or as a primary treatment for seasonal MDD in the maintenance phase. Alternative therapies such as acupuncture seem to offer little help, but require further study. The role of exercise in the treatment of depression should also be determined.

**Treatment**

The treatment strategy for elderly people with depression is similar to that for the younger population. It has been observed that pharmacotherapy with selective serotonin reuptake inhibitors (SSRIs), tricyclic antidepressants (TCAs), and different types of psychotherapies such as behavioral, cognitive behavioral, and psychodynamic have a greater efficacy than placebo in the management of depression in the elderly [292-297]. Additionally, depression treatments have a greater efficacy in nursing home populations [298, 299], inpatient, and outpatient settings. Psychosocial factors also cause depression among the elderly population and should be addressed in depression management [309, 310].

It has also been observed that compared with younger individuals, the elderly tend to have fewer relapses, but have less likelihood achieving a complete response with antidepressants [300-303]. Combination therapy with psychotherapy and pharmacotherapy seems to be better than stand-alone treatment (i.e., psychotherapy, such as cognitive behavioral therapy [CBT]) [305]. Stimulants have a limited role in antidepressant monotherapy; however, these drugs do provide beneficial effects in apathetic MDD in elderly patients with complicating general medical conditions. Late-life depression observed in the elderly associated with vascular disease also responds well to antidepressants [306].

There are many considerations in prescribing antidepressants to elderly patients. It is important to use fewer medications that tackle several issues. For example, mirtazapine is a preferred medication for a depressed, elderly patient complaining of insomnia and weight loss. Compared with younger adults, elderly patients achieve results with a comparatively lower drug dose, but they have poor drug tolerability. However, both groups of patients experience the maximal effect at the same drug level [311, 312]. Adjustment to dose regimens is required for age-related metabolic changes, especially hepatic and renal metabolic impairments. Drug interactions should be considered in patients who are taking other drugs [313-315], as there can be serious complications and side effects.

Elderly patients with previous history of depression and reported sleep disturbances have an increased susceptibility of developing another episode of MDD [321]. Sleep impairments or disturbances are not simply prodromal symptoms of depression, but can

serve as independent predictors of depression. Elderly patients who experience depression may benefit from integration of mental health services.

**Education for Patients and Family**

All patients with depression or a history of depression should be educated about its treatment and education is a key component of obtaining informed consent to treatment. If possible and feasible, the patient's family members should also be educated about depression. It should be emphasized to the patient and family that MDD is a medical illness and it can be treated as such.

Patients should be adequately informed about the available treatment options to make informed decisions, adhere to various therapies, and better understand side effects. The treating clinician or psychiatrist should adequately educate and encourage patients to differentiate between hopelessness—a frequent symptom of depression—and the actual relatively hopeful prognosis. Patients should also be made aware about the treatment progression and possible changes the patient may undergo during the whole treatment period. Given that the nature of the disease is chronic and episodic, exacerbations are frequently seen; therefore, patients and their families should be informed about the significant risk of relapse. They should learn to detect early signs and symptoms of new depressive episodes and the related stressors that may precede them.

Patients should be made aware of the importance of seeking timely treatment to reduce the probability of exacerbation or complications. Patients and families should also understand the importance of good sleep hygiene, exercise, and the harmful effects of tobacco, alcohol, etc. For example, MDD patients who do regular aerobic exercise [322-328] or resistance training [329, 330] have a modest improvement in mood symptoms. Any kind of regular exercise can reduce the severity and frequency of depressive symptoms, especially in the elderly [331, 332] and people with co-occurring medical illnesses [324, 333].


**DEMENTIA**

Dementia is characterized by multiple cognitive deficits, which result in a severe loss of global cognitive ability in a previously healthy individual. The three main types of dementia are vascular dementia, Alzheimer's dementia, and Lewy body disease induced dementia. Vascular dementia is caused by inadequate blood supply to the brain, most often caused by micro-infarcts. It is important to note that vascular dementia is for the most part preventable, whereas Alzheimer's dementia and Lewy body induced dementia are not. Both Alzheimer's dementia and Lewy body induced dementia have a genetic link. Also, both Alzheimer's disease and Lewy body induced dementia result from a build up of excess proteins in the brain that block the proper flow of neurotransmission. Patients with dementia also have at least one of the following impairments:

- Apraxia, which is characterized by inability to execute learned purposeful movements.
- Agnosia, which is characterized by inability to recognize persons, objects, sounds, etc. without sensory or significant memory loss.

- Disturbance in executive functioning.

Normally, symptoms should be present for a minimum of 6 months to diagnose dementia [334]. The cognitive impairments are so severe that they usually adversely affect social or occupational functioning. A person cannot be diagnosed with dementia if the cognitive deficits develop only during delirium; however, a person can be diagnosed with both dementia and delirium if dementia is present in the absence of delirium. Dementia can be caused by a number of factors including:

- General medical condition.
- Substance use.
- Combination of the two factors.

**Symptoms**

Memory impairment is a characteristic and prominent early symptom of dementia. It is so severe in advanced stages of dementia that the person forgets his or her profession, birthday, family members, and in some cases, even his or her name. Dementia may cause spatial disorientation leading to difficulty in performing spatial tasks. Poor insight and poor judgment are commonly observed in dementia. People with dementia may have little or no awareness of memory loss or other cognitive impairments. People with dementia may have falls due to motor disturbances of gait.

People with dementia sometimes exhibit uninhibited behavior such as making inappropriate jokes, or neglecting personal hygiene. Slurred speech is seen in dementia that is linked to subcortical pathology such as Parkinson's disease, Huntington's disease, and sometimes vascular dementia. The multiple cognitive dysfunctions observed in dementia are usually associated with anxiety, sleep, and mood impairments. Delusions and hallucinations, particularly visual hallucinations, are frequently observed in dementia. Individuals with dementia are also susceptible to physical and psychosocial stressors, which may aggravate their intellectual deficits and other related problems.

Dementia affects each individual differently, depending on the overall impact of the disease and the individual's personality before developing dementia. The signs and symptoms associated with dementia can be categorized in three stages.

**Early stage:** The onset is gradual and it is generally overlooked in the initial stages. The most common symptoms in the early stage of dementia include:

- Forgetfulness.
- Becoming lost in familiar localities or places.
- Losing track of the time.

**Middle stage:** The signs and symptoms are more apparent and restricting in this stage of dementia. These include:

- Increasing forgetfulness. Patient often forgets recent events and people's names.
- Patients become lost at home.
- Increasing communication difficulty.
- Patients require help even with personal care.

- Patients may experience behavior changes, including repeated questioning and wandering.

**Late stage:** Patients become almost totally dependent and inactive in this stage. Memory impairments are serious and the signs and symptoms are more clear and obvious. Prominent symptoms include:

- Losing orientation of the time and place.
- Having problem recognizing loved ones.
- Having an increasing necessity for assisted self-care.
- Having impaired walking.
- Experiencing behavior changes that may increase and include aggression.

Forms of dementia include:

- Alzheimer's disease (most common).
- Vascular dementia.
- Dementia due to other neurodegenerative processes, such as Lewy body disease (including dementia due to Parkinson's disease).
- Front temporal degeneration (Pick's disease).
- Normal-pressure hydrocephalus.
- Brain tumors.
- Anoxia.
- Vitamin deficiencies (thiamine or niacin deficiency).
- Huntington's disease.
- Traumatic brain injury (TBI).
- Infectious disorders (e.g., human immunodeficiency virus [HIV], prion diseases [e.g., Creutzfeldt-Jakob disease]).
- Endocrine conditions such as hypothyroidism, hypercalcemia, and hypoglycemia.
- Autoimmune disorders such as systemic lupus eryulematosus (SLE) temporal arteritis.
- Hepatic conditions.
- Metabolic conditions.
- Other neurological conditions such as multiple sclerosis.

Table 1. Early and Late Symptoms of Alzheimer's Disease

| Early changes | Late changes |
|---|---|
| | |

| The earliest symptoms of Alzheimer's disease are gradual and often subtle. Many people and their families first notice difficulty remembering recent events or information. Other changes can include one or more of the following: <ul><li>Confusion.</li><li>Difficulties with language (e.g., not being able to find the right words for things).</li><li>Difficulty with concentration and reasoning.</li><li>Problems with complex tasks like paying bills or balancing a checkbook.</li><li>Getting lost in a familiar place.</li></ul> | As Alzheimer's disease progresses, the person's ability to think clearly continues to decline, and personality and behavioral symptoms are more likely to be troublesome. These can include: <ul><li>Increased anger or hostility, sometimes aggressive behavior; alternatively, some people become very passive.</li><li>Hallucinations and/or delusions.</li><li>Disorientation.</li><li>Needing help with basic tasks (eating, bathing, dressing).</li><li>Incontinence (leaking urine or feces).</li></ul> |
|---|---|

**Course**

Dementia can be either static, recurring, or increase gradually. It is reversible in the absence of serious pathology and delayed treatment. The degree of disability is based on the extent of cognitive damage and support from others. Severe dementia increases the chances of infections and accidents, which can result in death. Hence, driving also becomes dangerous for these patients. [336]

**Prevalence and Incidence**

In 2010, 35.6 million cases of dementia were reported worldwide [337]. The rate of disease is 5% higher in people older than 65, while it is 20% to 40% higher in those over 85 [338]. The incidence of dementia is higher in second and third world countries [339], and affects women more than men [338]. The costs associated with dementia are high and have touched $604 billion, making it about 1% of global GDP.

Approximately 5.3 million U.S. patients have Alzheimer's disease, the most common type of dementia. The rate for women is 20%, while in men it is 17%. According to a 2007 report, Alzheimer's disease is the sixth leading cause of death in the United States, with about 25% of hospitalized patients having dementia.

Dementia develops into Alzheimer's disease in 60% to 80% of patients. The number of affected cases is projected to reach 7.7 million by 2030, while the number of older patients is expected to be between 11 and 16 million by 2050. Every 70 seconds, a new case is reported in the United States, but by 2050, this is expected to be every 33 seconds. Deaths due to Alzheimer's disease have continued to increase, while deaths from other causes have decreased. The cost of dementia is forecast to be more than $1 trillion by 2030.

**Causes**

Fixed cognitive damage is based on the nature and severity of brain injuries. Traumatic brain injury (TBI) may result in generalized substantia alba (white matter) damage due to

diffuse axonal injury, meaning that damage occurs over a widespread area in the brain rather than a focal lesion. It is one of the most common causes of loss of consciousness and persistent vegetative state (PVS). Localized damage may result from trauma and neurosurgery. Reduced blood and oxygen supply to the brain might cause hypoxic-ischemic injury.

Cognitive abilities may be affected by strokes, certain infections, acute hydrocephalus, and long-lasting epileptic seizures. Extended excessive consumption of alcohol might lead to dementia, Korsakoff's psychosis, and/or Wernicke's encephalopathy.

## Progressive Dementia

This neurodegenerative disease-induced dementia develops and deteriorates gradually over several years, resulting in progressive damage to neurons. The causes of dementia in older patients are Alzheimer's disease, vascular dementia, or both. Patients having dementia with Lewy bodies can coincide with Alzheimer's disease, Parkinson's disease, or both conditions [340-342]. Non-degenerative conditions might also affect neurons, which can sometimes be treated. Hypothyroidism damages cognition with time; however, proper treatment prevents progressive cognitive damage. Though dementia mostly affects older patients and develops due to Alzheimer's disease, genetic forms can also be responsible.

## Rapidly Progressive Dementia

**Rapidly progressive dementia (RPD) differs in duration from other types of dementia. Rapidly declining cognitive, behavioral, and motor functions develop over less than 2 years. The most common cause of RPD is Creutzfeldt-Jakob disease, caused by prions (primarily made up of proteins), which can cause deterioration over months, or even weeks.**
Alzheimer's disease can be another cause, including symptoms such as:
- Dementia along with Lewy bodies.
- Frontotemporal lobar degeneration.

Encephalopathy or delirium can also cause dementia, due to these conditions:
- Viral encephalitis, subacute sclerosing panencephalitis, Whipple's disease.
- Limbic encephalitis, Hashimoto's encephalopathy, cerebral vasculitis.
- Lymphoma or glioma and other types of tumor.
- Drug toxicity.
- Liver or kidney failure.
- Chronic subdural hematoma.

**Risk Factors**
Risk factors for dementia are:
- Age.
- Family history.
- Cardiovascular comorbidities.

- Apolipoprotein E4 genotype (APOE4).
- Depression.
- Lack of education [347-349].

Increasing age is the major risk factor. More than 5% of people between 71 and 79 years of age have dementia. The rate increases to 37% in people over 90 years of age [350]. People having a college education have a 2-year delay in developing cognitive disorders compared with less-educated people [351]. APOE4 and chronic anticholinergic, found in Caucasians, increases the likelihood of the disease by up to 10 times [350,352].

| RISK AND PROTECTIVE FACTORS FOR DEMENTIA | |
|---|---|
| Definite Risks | Possible Risks |
| Age<br>APOE4 (whites)<br>Atrial fibrillation<br>Depression<br>Down syndrome<br>Family history | Delirium<br>Head trauma<br>Heavy smoking<br>Hypercholesterolemia<br>Hypertension<br>Lower educational level<br>Other genes<br>Postmenopausal hormone therapy |
| Possible Protections<br>Currently there are no proven preventive measures to stop the onset of Alzheimer's disease, the most common cause of dementia. Antioxidants (e.g., beta carotene, vitamin E) may provide possible protection. Use caution with vitamin E in those with cardiovascular disease because ≥400 IU may increase mortality. | |

**DIAGNOSIS OF DEMENTIA**
There are several types and causes of dementia that usually exhibit slightly different symptoms. However, the symptom overlap is so complex that it is very difficult to diagnose the type of dementia with the help of symptoms alone. It is important to rule out any treatable conditions, such as depression or vitamin $B_{12}$ deficiency, which can mimic dementia. Early, accurate diagnosis of dementia is a key factor for early treatment. Early diagnosis of individuals with Alzheimer's disease or other types of progressive dementias also allows better treatment plans.

The initial assessment of cognitive and functional abilities is important to determine a baseline to which future deficits may be compared. Reassessment of the patient every 6 months is recommended, and should be done more often in cases of sudden changes in behavior or increased rate of decline [13].

**Physical Examination**
Physical examination can help rule out other causes of dementia and detect signs of stroke or other conditions that may cause or contribute to dementia. See Table 1.

**Table 1. Key Findings and Suggested Diagnoses in Patients with Cognitive Dysfunction**

| History and Physical Exam | Suggested Diagnosis |
|---|---|
| Ascending paresthesias, tongue soreness, limb weakness, weight loss | Vitamin $B_{12}$ deficiency |
| Broad-based shuffling gait, urinary incontinence | Normal pressure hydrocephalus |
| Current use of psychoactive drugs, such as benzodiazepines or anticholinergics | Adverse effects from medication |
| Depressed mood, anhedonia, feelings of worthlessness, flat affect, slowed speech | Depression |
| Fatigue, cold intolerance, constipation, weight gain, reduced body hair | Hypothyroidism |
| Head trauma within the previous 3 months, headache, seizures, hemiparesis, papilledema | Subdural hematoma |
| History of alcoholism, nystagmus or extraocular muscle weakness, broad-based gait and stance | Wernicke-Korsakoff syndrome |
| History of high-risk sexual behavior or drug use, hyperreflexia, incoordination, peripheral neuropathy | Human immunodeficiency virus (HIV)–associated dementia |
| History of high-risk sexual behavior or drug use, hyporeflexia, papillary abnormalities, decreased proprioception | Neurosyphilis |
| Recent hospitalization or acute illness, inattention, fluctuating behavioral changes, altered level of consciousness | Delirium |

**Neurological Evaluations**

Neurological examination is performed to assess patient's balance, sensory function, reflexes, and other functions, and to detect signs of conditions such as movement disorders or stroke.

**Cognitive and Neuropsychological Tests**

Several tests may be performed to assess memory, language and math skills, and other mental abilities. For example, individuals with Alzheimer's disease usually exhibit changes in executive functions, memory, and the ability to perform once-automatic tasks. Mini-Mental State Examination (MMSE) is frequently used to assess cognitive skills in suspected cases of dementia. MMSE is useful in assessing orientation, memory, and attention, as well as the ability to name objects, follow written and verbal commands, spontaneously write a sentence, and copy a complex shape. Physicians and psychiatrists also use a number of other tests such as verbal fluency tests, Mini-Cognitive Tests, and rating scales to detect specific types of cognitive impairments.

**NEUROIMAGING**

**Brain Scans**

Computed tomography (CT) or magnetic resonance imaging (MRI) are types of brain

scans that are used to diagnose dementia, stroke, tumors, and other causes of dementia [353]. Brain scans are also helpful in detecting cortical atrophy.

Changes in neurodegenerative disease can be seen and evaluated by structural scans. Reduced synaptic density, neuronal loss, and shrinkage of the neuron might be the causes of these changes. Alzheimer's and Parkinson's disease affect brain functions and cause tissue loss in specific parts of the brain. CT imaging is an alternative when MRI is unavailable. Alzheimer's disease affects the entorhinal cortex and hippocampus first [354] and decreases hippocampal and ERC volumes [355].

**Structural Imaging**

Structural imaging works well for advanced focal degenerative diseases. Volumetric studies indicate that focal variations in brain volume correlate with behavioral or cognitive changes in patients with dementia. In addition, hippocampal volumes and episodic memory performance in Alzheimer's disease are also reported to have close association [356, 357].

Patients having Parkinson's disease develop dementia due to damage of brain networks, which is associated with brain volume loss. Third ventricle dilatation and midbrain atrophy with reduced midbrain length are features of progressive supranuclear palsy. This is opposite to corticobasal syndrome where frontally predominant atrophy is usually observed [358]. Patients with DLB (Dementia with Lewy bodies) are usually seen with diffuse atrophy, although there are no particular pattern characteristics on structural MRIs.

**Laboratory Tests**

Many laboratory tests may be conducted to help diagnose dementia and/or rule out other conditions that can mimic dementia. However, these tests are conducted only if they are essential and/or likely to improve the accuracy of a diagnosis.

Studies Recommended by the American Geriatrics Society for Patients with Suspected Dementia

| Laboratory tests | Imaging tests | Tests to consider in patients with specific risk factors |
|---|---|---|
| Calcium level | CT or MRI of the brain if any of the following are present: | Cerebrospinal fluid analysis |
| Complete blood count | Abrupt or rapid decline | HIV test |
| Complete metabolic panel | Age younger than 60 years | Lyme titer |
| Folate level | Focal deficits | Rapid plasma reagin test |
| Thyroid-stimulating hormone level* | Predisposing conditions | |
| Vitamin $B_{12}$ level* | Consider positron emission tomography (PET) if definitive diagnosis will change management decisions | |

\*The only tests routinely recommended by the American Academy of Neurology for all patients with suspected dementia are thyroid-stimulating hormone and vitamin $B_{12}$ levels.

**Psychiatric Evaluation**

Psychiatric evaluation is essential to determine if depression or another psychiatric disorder may be causing or contributing to an individual's symptoms.

**Presymptomatic Testing**

In some disorders, such as Huntington's disease, a genetic test is useful in detecting individuals who are susceptible to this disease. Researchers are examining the role of a series of simple cognitive tests, such as matching words with pictures, in predicting susceptibility of dementia. Other studies are assessing the role of memory tests and brain scans as predictors of future dementia.

**TREATMENT OF DEMENTIA**

Currently, there is no cure for dementia. Cholinesterase inhibitors are generally prescribed in the early stages of dementia and cognitive and behavioral therapy may also be helpful. Educating and providing emotional support to the caregiver is also an important element. Elderly care can also be helpful in the management of dementia. See Table 2 for treatment goals according to disease stage.

**Table 2. Goals of Treatment for Dementia**

| Disease stage | Treatment goals |
|---|---|
| Mild cognitive impairment/memory loss | Maintain function, safety, and independence. Reduce or cease medication that may be contributing to decreased cognition. |
| Early-stage dementia | Maintain function and independence while preserving safety. Reduce or cease medication that may be contributing to decreased cognition. |
| Mid-stage dementia | Preserve safety, function, and independence. Develop skills that support continued living at home and delay institutionalization. |
| Late-stage dementia | Preserve safety, comfort, and dignity. |
| End-stage dementia | Consider hospice. |

Treatment of dementia depends on the disease or condition responsible for the dementia and some individuals may require hospitalization for a short period of time. Changing or discontinuing drugs that make confusion worse may be beneficial for brain function and mental exercises also seem to help individuals with dementia. Treating disorders or conditions that can cause confusion generally improves mental functioning, these conditions include:

- Anemia.
- Congestive heart failure (CHF).
- Hypoxia or decreased blood oxygen.

- Depression.
- Cardiac failure.
- Various types of infections.
- Nutritional impairments or disorders.
- Thyroid disorders.

Certain medications may be prescribed to control behavioral problems because of impaired judgment, confusion, and increased impulsivity. Some of the frequently used medications under these conditions include:
- Antipsychotics such as risperidone, haloperidol, or olanzapine.
- Mood stabilizers such as fluoxetine, citalopram, or imipramine.
- Stimulants such as methylphenidate.

Certain drugs may be prescribed to slow the worsening of symptoms. The perceived benefit from these medications is not significant. These medications include:
- Donepezil (Aricept), galantamine, and rivastigmine.
- Memantine (Namenda).

Psychotherapy is usually not beneficial as it may worsen the confusion. Some types of dementia are treatable since they are caused by medical disorders or conditions that can be treated. The treatment may or may not improve mental function; however, in the majority of cases, dementia is irreversible.

**Treatment when Dementia is Reversible**
Sometimes, treating the cause of dementia may reverse the dementia. Some of the measures to treat the cause of dementia include:
- Taking vitamins for hypocobalaminemia or a deficiency of vitamin $B_{12}$.
- Taking thyroid hormone supplements for hypothyroidism.
- Undergoing surgery to remove a brain tumor or to reduce pressure on the brain.
- Discontinuing or changing medications that may lead to memory loss or confusion.
- Taking medications to treat an infection.
- Taking medications to treat depression.
- Getting treatment for reversible diseases or conditions caused by AIDS.

**Treatment when Dementia is Irreversible**
If the cause of dementia is not treatable, a plan should be developed to provide palliative treatment to make the patients more comfortable. The patient should be prescribed medications that may improve mental function, mood, or behavior. Emotional support should be provided by family, friends, and caregivers, which should help the patient manage daily living and be independent as long as possible.

**Medications**
Currently, no specific drug has demonstrated an efficacy to cure or prevent dementia [384]. Pharmacotherapy may be beneficial in the management of cognitive and behavioral symptoms, but has no effect on the underlying pathophysiology [385].

Depression is commonly associated with dementia. Antidepressants may be beneficial in the treatment of cognitive and behavioral symptoms of depression in patients with Alzheimer's disease [391], but there is weak evidence of their efficacy in other types or forms of dementia [392]. It is recommended that certain drugs such as benzodiazepines (diazepam) be avoided in dementia because of increased risk of accelerated cognitive impairment and falls [393]. Antipsychotic drugs increase mortality rate in dementia [394].

There are no U.S. Food and Drug Administration (FDA)-approved medications for the treatment of behavioral and psychological symptoms of dementia. The efficacy of medications is modest at best and side effects should be adequately monitored and balanced.

## PREVENTION OF DEMENTIA

There are several ways to prevent or decrease the risk of dementia including lifestyle changes and pharmacotherapy.

### Mental Activity

Activities that enhance activity of the brain such as reading, playing cards, and practicing musical instruments may prevent or decrease the severity of dementia, especially in Alzheimer's disease and vascular dementia [396]. Adequate physical exercise, optimum blood cholesterol levels, and healthy body weight and blood pressure reduce the overall risk of developing dementia [396]. Individuals with an active lifestyle can reduce the risk of dementia by 50% compared with those leading a sedentary life [396]. Some research studies have observed that Alzheimer's disease and other forms of dementias may be caused by hypertension, as high blood pressure leads to blood vessel damage due to vasoconstriction [397, 398].

### Diet

Obesity may increase the risk of any type of dementia, particularly Alzheimer's disease [396]. Several research studies have found that high alcohol intake increases the risk of dementia [400], while low alcohol intake may have a protective effect [399]. However, low alcohol consumption is not protective for vascular dementia and overall cognitive decline [399]. It is believed that moderate alcohol consumption probably reduces the overall risk of vascular disease and dementia because it can increase high-density lipoprotein (HDL) cholesterol levels and weakens blood-clotting factors such as fibrinogen, which provides some protection against myocardial ischemia and small strokes, which can cause brain damage [401]. The role of omega-3 fatty acids for preventing development of dementia is still unclear [402]. Certain vegetables and nuts probably have beneficial effects because they are rich in polyunsaturated fats; however, meat seems to increase the risk. Certain research studies have shown that individuals with the highest levels of niacin in their blood are associated with the lowest risk of having cognitive impairments or developing dementia. The daily recommended dose of niacin should be around 100 to 300 mg to achieve positive impact on the brain [401].

**Sleep Pattern**

Prolonged sleep that lasts for more than 9 hours may be linked to increased risk of dementia [403].

**Medications**

*Antihypertensives*

Antihypertensive medications may help prevent dementia. However, a recent research study failed to demonstrate this relationship. It was observed that antihypertensives did not reduce the incidence of dementia. More research is required to establish the relationship between the two entities [404].

*Anti-diabetic drugs*

Diabetes mellitus is a known risk factor for vascular dementia, and can be reduced with anti-diabetic medications [405]. Rosiglitazone has beneficial effects on memory and cognitive ability of individuals with mild Alzheimer's disease—this may be because the drug lowers insulin resistance. Therefore, less insulin is required to achieve its metabolic effects. This low level of insulin also decreases the level of amyloid beta, leading to fewer amyloid plaques, which are seen in people with Alzheimer's disease.

## Non-steroidal anti-inflammatory drugs *(NSAIDs)*

NSAIDs can lower the risk of developing both Alzheimer's and Parkinson's diseases. Alzheimer's disease is characterized by the deposition of amyloid beta peptides in the brain, which accumulate over several years. These deposits trigger secretion of cytokines and acute phase proteins resulting in inflammation [412]. NSAIDs have anti-inflammatory effects that may prevent worsening effects, especially in Alzheimer's disease [413-415].

## PSEUDODEMENTIA

The term pseudodementia refers to a range of functional psychiatric disorders—such as depression, Ganser syndrome, hysteria, and schizophrenia—that may have similar symptoms that imitate organic dementia, but are basically reversible with adequate treatment. It is similar to dementia, but develops from an underlying psychiatric disorder such as depression. Pseudodementia is observed in approximately 10% to 20% of all cases of depression. In the elderly, depression is the most frequent cause of pseudodementia. It is also the most common treatable condition that is often misdiagnosed as dementia.

**Symptoms**

Some of the most common symptoms of pseudodementia include:

- Memory loss.
- Mental confusion.
- Poor concentration and self-care.
- Chronic pain.
- Major changes in sleeping patterns.
- Poor cognitive response.

- Forgetfulness.
- Lethargy or reduced energy.
- Suicidal ideations and thoughts.
- Anhedonia.
- Self-blaming.
- Poor decision-making.
- Impaired problem-solving abilities.
- Inability to recall immediately.

These symptoms closely resemble those of dementia and depression and the individual may experience a general feeling of sadness. However, pseudodementia is significantly different from other disorders or conditions. Its symptomatology cannot be explained by any recognized neurological disorders or conditions. Also, the cognitive impairments linked with pseudodementia are reversible with adequate treatment. The symptoms of pseudodementia vary widely in elderly people and mimic dementia.

**Causes**

Some of the causes of pseudodementia include:

- Hyperthyroidism (hyperactive or overactive thyroid gland).
- Increasing age—prevalent in the elderly.
- Pneumonia.
- Depressive illness.
- Brain injury.

**Types of Pseudodementia**

*Depressive Pseudodementia*

Depressive pseudodementia represents a major subclass of pseudodementia [416] and is frequently observed in the elderly. It exhibits symptoms consistent with dementia, but is actually caused by depression. The condition is characterized by depression, early loss of social skills, and worsening cognitive functions with aging. Patients with depressive pseudodementia exhibit a good response with adequate treatment that may reverse cognitive dysfunction and restore normalcy. Antidepressants are beneficial in the treatment of depressive pseudodementia in the elderly. Timely diagnosis and adequate treatment are two essential components for the management of this condition, especially in the elderly.

*Ganser Syndrome*

Ganser syndrome is a rare dissociative disorder that is characterized by patients providing nonsensical or wrong answers to questions or doing things incorrectly, as well as amnesia, fugue, or conversion disorder, usually with visual pseudohallucinations and fluctuating disturbances in consciousness [419]. Patients with Ganser syndrome are able to cope with daily activities, where those with organic dementia cannot. It may develop during the course of a depressive episode, head trauma, early dementia, substance abuse, or as a response to emotional trauma. Usually, the organic and psychogenic components work together in the syndrome. It is usually seen in men and prisoners, although exact prevalence rate and familial patterns are not yet established [420]. Hospitalization may be

required during the acute phase and psychiatric care may be needed if the patient poses a danger to self or others. A neurological referral is advised to rule out any organic cause [421].

*Hysterical or Conversion Pseudodementia*
Hysterical pseudodementia in the elderly is usually triggered by catastrophic reaction to cumulative loss, several losses happening close together such as the death of several loved ones in a major car accident, for example. in people with predisposing borderline and narcissistic characteristics. It is more frequently observed in women from higher socio-economic strata with past psychiatric problems, especially depression. Hysterical pseudodementia is characterized by cognitive dysfunction, regression, and growing physical dependency on others. Psychotherapy is beneficial to slow the disorder, especially if treatment is given at an early stage.

*Simulated Dementia*
This syndrome, characterized by memory loss, appears to be an isolated main symptom that may accompany a lack of cooperation and mutism. Patients with simulated dementia seem to be more "superficial" than patients with Ganser syndrome. Also, conscious malingering, the factitious or exaggerated symptoms of a mental disorder for secondary gains, is more prominent and the disease course is longer and relapsing. There is no melancholia with this form of dementia as is observed in patients with depressive pseudodementia.

**Diagnosis**
The diagnosis of pseudodementia requires a thorough clinical examination. Neuropsychological tests are essential to determine memory or cognitive impairment, especially in patients with depression who have memory problems.

The Geriatric Depression Scale (GDS) is a 30-item self-report "yes" or "no" questionnaire used to identify depression in the elderly. The scale was first developed in 1982 by J.A. Yesavage and is generally used to differentiate pseudodementia from other forms of dementia. Diagnosis is based on medical history, current symptomatology of patient, and results from the GDS. Some of the other diagnostic tests for pseudodementia include:
- Screening tool test, to pinpoint the exact and predominant cause of the disorder.
- Blood test, to detect neurological disorder.
- Electroencephalography.
- MRI.
- CT scans.

**Differential Diagnosis**
The differential diagnosis for pseudodementia includes several conditions such as depression, encephalitis, tumor (frontal lobe tumor), vitamin deficiency, and hypothyroidism.

**Treatment**

Pseudodementia is treatable if underlying conditions, such as depression, are treated immediately. Treatment of this condition actually depends on the signs and symptoms of the patient. Pseudodementia can be treated with antidepressants or electroconvulsive therapy (ECT). Antidepressant therapy is the most common option. If patients do not respond, ECT can be used for effective treatment, although it is rarely used as it may lead to some degree of memory loss.

**Prognosis**

Generally, when pseudodementia occurs with untreated depression, prognosis is worse and there is a greater risk of complications. Symptoms are reversible if patients are provided adequate treatment for depression. The majority of individuals with pseudodementia show a positive response with antidepressants. Medications should be used judiciously and cautiously in elderly patients with pseudodementia. Most antipsychotic drugs, such as Seroquel, provide a good response in younger age groups, but by itself, does not have a good track record in treating elderly patients who have pseudodementia.

**Prevention**

There is no specific method or way of preventing pseudodementia; however, it can be prevented by adopting a healthy lifestyle that involves:

- Regular physical activity or exercise.
- Recreational activities, such as playing cards.
- Learning ways to deal with stress such as meditation or other coping methods.

**Pseudodementia vs. Dementia**

It is usually difficult to differentiate pseudodementia from dementia because there are many similarities. However, there are a few signs and symptoms that help with a proper diagnosis. (See Table 3.)

Table 3. Characteristics of Dementia vs. Pseudodementia

| Characteristics | Dementia | Pseudodementia |
|---|---|---|
| *History* | | |
| Precise onset | Unusual | Usual |
| Duration of symptoms | Long | Short |
| Rapid symptom progression | Unusual | Usual |
| Complaints of cognitive loss | Variable (minimized in later stages) | Emphasized |
| Description of cognitive loss | Vague | Detailed |
| Family awareness of dysfunction and severity | Variable (usual in later stages) | Usual |
| Loss of social skills | Late | Early |
| Psychopathology history | Uncommon | Common |
| | | |
| *Examination* | | |

| Memory loss for recent vs. remote events | Greater | About equal |
|---|---|---|
| Specific memory loss ("patchy" deficits) | Uncommon | Common |
| Attention and concentration | Often poor | Often good |
| "Don't know" answers | Uncommon | Common |
| "Near miss" answers | Variable (common in later stages) | Uncommon |
| Performance on tasks of similar difficulty | Consistent | Variable |
| Emotional reaction to symptoms | Variable (unconcerned/shallow in later stages) | Great distress |
| Affect | Labile, blunted, or depressed | Depressed |
| Efforts in task performance | Great | Poor |
| Efforts to cope with dysfunction | Maximal | Minimal |

**DELIRIUM**

Delirium is a neuropsychiatric disorder or syndrome that results in a disturbance in consciousness and cognition that occurs in a short period of time. It can be classified on the basis of etiology as:

- Delirium due to a general medical condition.
- Substance-induced delirium (including medication side effects).
- Substance withdrawal delirium.
- Delirium due to multiple Etiologies.
- Delirium not otherwise specified.

**Diagnostic Features**

Delirium is characterized by a disturbance of consciousness that is accompanied by cognitive changes that are not explained by a preexisting or evolving dementia. The disturbance has a rapid onset, and varies during the course of the day. There is an inability to focus, shift, or sustain attention, as well as poor understanding of one's environment.

**Symptoms**

Symptoms of delirium can be categorized into core features that are invariably present (e.g., disturbances of attention, orientation, memory, language, sleep-wake cycle), and associated features that are more variable in presentation (e.g., psychotic symptoms, affective disturbances, different motoric profiles) [423]. Attention disturbance is a principal symptom of delirium and is associated with all other cognitive deficits and language, but not with the majority of the non-cognitive features. Inattention is a consistent feature, crucial to diagnosis, but also highly prevalent in patients who have subsyndromal illness or syndromal

delirium with few symptoms [424]. Motor activity disturbances and impaired sleep-wake cycle is observed in more than 90% of cases of delirium [426].

Delirium also adversely impacts short- and long-term memory, orientation, and comprehension. Recent memory is particularly impacted because of a reduced capacity to incorporate new experiences. In addition, visuospatial ability and executive function are also impaired and may adversely affect an individual's functionality. The patient is commonly disoriented in time, place, and person. Speech and language disturbances, such as abnormal semantic content, dysnomia, paraphasias, and incoherence are common [425].

One of the key indicators of delirium is disorganization of thinking (tangentiality, loosened associations, circumstantiality). Variants of dysgraphia are also common, which include spelling errors, jagged writing, and constructional dyspraxis. Patients experiencing delirium usually have a wide variety of non-cognitive neuropsychiatric symptoms. However, these symptoms are relatively non-specific and are seen across a number of neuropsychiatric syndromes and in non-delirious hospitalized elderly.

*Psychotic Symptoms*

The significance of psychotic symptoms in delirium still remains unclear. It is not clear whether these symptoms occur due to specific etiological physiologies, cognitive impairment with misunderstanding of the external factors, component of mood disturbances, misperceptions, or some other characteristics of individual patient vulnerability. Psychotic symptoms are frequently seen in hyperactive delirium patients, such as delirium tremens, but also develop in hypoactive delirium. Psychotic features, such as hallucinations and delusions, complicate approximately half of all cases and are more frequently seen in hyperactive delirium compared with hypoactive patients.

Hallucinations are usually visual, while delusional content involves misidentifications, themes of imminent danger, or bizarre happenings in the immediate environment. Delusions are usually poorly formed and less stereotypical compared with schizophrenia or Alzheimer's disease. Affective lability is a typical feature of delirium, but recent clinical studies have observed that the frequency of more sustained mood disturbances complicate differentiation from hypomania in agitated cases and depression in hypoactive presentations.

## Epidemiology

Delirium is frequently seen in emergency, medical-surgical, inpatient, and geriatric settings, such as nursing homes. Substance-abuse and cancer treatment centers also have high rates of delirium. The prevalence and incidence rates of delirium during hospitalization may vary from 0 to 85% [427]. The incidence of postoperative delirium ranges from 0 to 74% [428]. Another study observed that among general hospital inpatients (both medical and surgical), approximately 10% to 18% experience delirium during their hospital stay [429]. Additionally, the incidence rate was approximately 18% at a general surgery department [430] and 70% in ICU. The reported incidence rates varied from 5% to 48% in general medical departments [431-433]. Patients who underwent elective cardiac surgery had a delirium incidence of 14% [434]; and those who underwent major elective surgery, 11% [435]. In some clinical studies, the incidence rate

was low due to interventional programs associated with hip surgery or in other care settings [436]. It is estimated that every year more than 7 million hospitalized Americans are diagnosed with delirium. Among the patients who survived their delirium episode, the rates of persistent delirium at discharge are 45%; 1 month, 33%; 3 months, 26%; and 6 months, 21%. Additionally, it is estimated that more than 60% of patients with delirium are not recognized by the health care facility.

Delirium is often unrecognized and undetected, with non-detection rates of 69% [437]. Lack of recognition of delirium may be due to several factors. Care providers may be unaware of predisposing and precipitating risk factors for delirium. It is emphasized that cognitive assessments should be used routinely; however, only about 16% of clinicians use these tools. Another reason for poor detection of delirium is underrecognition of the hypoactive form, which is characterized by a lethargic, stuporous, or comatose state. The hypoactive form is the most common form of delirium. It has been observed that individuals with the hyperactive form demand attention and are difficult to manage, while those with the hypoactive form may go unnoticed [438].

Sudden development of delirium may indicate a medical emergency. Delirium, in some cases, may be the only sign of a life-threatening illness, such as sepsis, stroke, or myocardial infarction. Underdiagnosis of delirium may cause severe life-threatening complications and even death [439].

## Pathophysiology

The etiology of delirium is complex and multifactorial and the mechanisms of pathophysiology are poorly understood. There are many theories and explanations regarding the pathophysiology of delirium, including neurotransmitter dysfunction, inflammatory processes, physiological stress reactions, and alterations of the circadian rhythm (sleep-wake cycle) [441].

Delirium is triggered by many types of physiological or structural injuries. The neurotransmitters acetylcholine and dopamine may play key roles in the development of delirium. The synthesis of acetylcholine is affected by hypoglycemia, malnutrition, hypoxemia, and ischemia. Additionally, certain drugs can inhibit and compete for synaptic acetylcholine receptors, or block its release into the synapse [443]. It is believed that other neurotransmitters, gamma-aminobutyric acid (GABA), glutamate, dopamine, serotonin, and norepinephrine also play an important role in the evolution of delirium. It is hypothesized that delirium is caused by a combination of cholinergic deficit and dopamine excess, which leads to neurotransmitter dysfunction [444].

## Causes

Delirium develops due to a complex interaction of several predisposing and precipitating factors. A predisposing factor increases an individual's susceptibility to delirium and includes any psychological, biological, or social factor. A precipitating factor can trigger delirium and includes any psychological, biological, or social factor. This categorization

is useful to better assess an individual's risk of delirium and to plan treatment. Generally, there is a significant degree of overlap between the two categories.

Between approximately two and six factors may be responsible for any case of delirium [452]. Preexisting cognitive impairment, old age, severe comorbidity, and exposure to certain drugs are some of the common predictors of delirium [453]. With little or no predisposing factors, individuals are resistant to delirium even in the presence of significant precipitating factors; however, if there are sufficient predisposing factors, delirium may develop, even in the presence of only minor precipitating factors [454].

Zbigniew J. Lipowski, MD, a leader in the field of psychiatry, and psychosomatic medicine, classified risk factors for delirium in to three classes: predisposing, facilitating, and precipitating factors. The three established general predisposing factors are old age, brain damage (e.g., cognitive impairment), and chronic brain disease. Several studies have observed that elderly patients have a greater risk of postoperative delirium [455, 456]. Similarly, patients with dementia and/or preexisting cognitive impairment [457], epilepsy, malignancy [458], and high systolic blood pressure [457] also have increased risk of delirium. Other factors include the presence of several medical diagnoses [459] and the male sex [460]. Certain psychoactive medications [17] or other drug reactions [461], particularly anticholinergic drugs [462], are also linked to development of delirium. Several studies have observed that stroke and transient ischemic attacks (TIAs) are important precipitating organic factors for the development of delirium. Various infectious diseases [463], especially urinary tract infections (UTIs), are also important precipitating factors. Predisposing and facilitating factors also affect the severity, onset, and duration of delirium. It has been hypothesized that certain psycho-social factors alone, such as depression, pain, and psychological stressors, may trigger delirium.

**Differential Diagnosis**

The differential diagnosis between delirium and dementia is a frequent and complex issue. It is also important to differentiate whether the delirium is superimposed on a preexisting dementia. Memory impairment is observed in delirium as well as dementia, but the individual with dementia alone is alert and lacks disturbances in consciousness, which is a hallmark of a delirium. In delirium, the onset of symptoms is relatively more rapid (i.e., usually over hours to days), whereas in dementia the onset is usually gradual or insidious. The severity of delirium symptom typically fluctuates over a day, whereas, in dementia, the severity of symptoms usually does not. It is necessary to ask immediate family members of the patient about the previous history of dementia.

Delirium can be differentiated from psychosis, in which cognition as well as consciousness may be intact or may not be impaired. There may be some overlap of symptoms in certain acute psychosis with mania. Delirium associated with anxiety, fear, and dissociative symptoms should be differentiated from acute stress disorder, which is precipitated by exposure to a severe trauma. Delirium is also associated with psychotic, anxiety, mood, and dissociative symptoms. These symptoms tend to fluctuate and develop because of poor ability to adequately maintain and shift attention, and are generally associated with EEG abnormalities. Memory impairment and disorientation are

generally observed in delirium, but are absent in the other disorders. Individuals with delirium usually have an underlying medical disease or condition, substance abuse, or withdrawal.

Delirium is not the same as confusion and inattentiveness caused by increasing age. Patients with confusion have a loss of orientation that is generally associated with a loss of memory. Delirium can be explained as a short-term state of confusion that is associated with altered consciousness.

For a description of the features associated with these conditions, see Table 4.

Table 4. Differences between Delirium, Dementia, Psychotic Disorders, and Depression

| Feature | Condition | | | |
|---|---|---|---|---|
| | **Delirium** | **Dementia (Alzheimer's disease)** | **Psychotic disorders** | **Depression** |
| Descriptive features | Confusion and inattention | Memory loss | Loss of contact with reality | Sadness, anhedonia |
| Onset | Acute | Insidious | Acute or slow | Slow |
| Course | Fluctuating, often worse at night | Chronic, progressive (but stable over the course of a day) | Chronic, with exacerbations | Single or recurrent episodes; can be chronic |
| Duration | Hours to months | Months to years | Months to years | Weeks to months |
| Consciousness | Altered | Normal | Normal | Normal |
| Attention | Impaired | Normal, except in late stages | May be impaired | May be impaired |
| Orientation | Fluctuates | Poor | Normal | Normal |
| Speech | Incoherent | Mild errors | Normal or pressured | Normal or slow |
| Thoughts | Disorganized | Impoverished | Disorganized | Normal |
| Illusions and hallucinations | Common (often visual) | Rare, except in late stages | Common | Not usually |
| Perceptions | Altered | Altered or normal | Altered | Normal |
| Psychomotor changes | Yes | No | Yes | Yes |
| Reversibility | Usually | Rarely | Rarely | Possibly |
| EEG reading | Moderate to | Normal or mild | Normal | Normal |

| Feature | Condition | | | |
|---------|-----------|-----|-----|-----|
| | **Delirium** | **Dementia (Alzheimer's disease)** | **Psychotic disorders** | **Depression** |
| | severe background slowing | diffuse slowing | | |

**Diagnosis**

Diagnosis of delirium in the elderly needs identification of symptoms and a systematic approach [464]. Some patients have clear signs and symptoms of delirium, whereas others present without overt delirium and present a more complex and difficult diagnostic challenge. The diagnosis becomes more difficult in cases where adequate information or patient corroboration is limited. Most causes or etiologies of delirium can be identified with a detailed history and physical examination, which should include medication history, combined with specific ancillary testing, and a thorough search for source of occult infection [465].

**Treatment**

The definitive treatment for delirium encompasses immediate and correct detection of the underlying medical disease or condition causing the disorder.

The primary management of the symptoms of delirium is predominantly pharmacologic and depends on its cause. Antipsychotic drugs, such as haloperidol, are commonly used to control agitation and hallucinations in patients with delirium [479].

**Clinical Features Influencing Treatment**

*Comorbid Psychiatric Disorders*

Delirium is frequently misdiagnosed or confused as depression or dementia. A careful history may reveal preexisting depression or dementia before the onset of delirium. When delirium is present with other comorbid psychiatric disorders, the delirium should always be treated first. Treatment of other comorbid psychiatric disorders should be either minimized or not initiated until the resolution of delirium. Pharmacotherapy for psychiatric illness or disorders can cause, exacerbate, or contribute to delirium. Some comorbid general medical conditions include AIDS/HIV and liver disease. Delirium is observed in approximately 30% to 40% of hospitalized AIDS patients [489].

*Advanced Age*

The elderly are especially susceptible to delirium because of structural and physiological changes in the brain, multiple medical problems, reduced hepatic function, multisensory declines, and dementia. Management of delirium in the elderly requires a comprehensive medical evaluation that encompasses the patient's level of oxygenation, possible occult infection, and the role of certain medicines.

**Education**

Patients and families should be educated about delirium, its causes and etiology, and its course. Patients may or may not comprehend their condition; however, they must be educated that this condition is usually temporary and the symptoms are part of a medical condition. Nursing staff should make frequent observations of patients with delirium, therefore, they should also be properly educated to identify the onset and monitor the course of delirium.

## ADVANCES IN DEPRESSION CAUSES AND TREAMENT

Although the causes of depression remain a mystery, recent advances have helped in understanding the factors associated with depression and its manifestations. Contrasting forms of depression observed in the elderly who are diagnosed with depression earlier in life have provided insight into various mechanisms that might be responsible for greater risk. These new findings have led to new hypotheses on the various causes of depression, which, in turn, have led to new therapeutic advances in treatment approaches in the elderly.

Recent neuroradiological and histopathological research studies have observed a close relationship between depression, executive dysfunction, and brain abnormalities, especially those adversely impacting the structure of the frontostriatal network. Executive dysfunction and depression are assumed to be related to fronto-striato-limbic network changes [491]. Researchers have found five frontostriatal circuits [492]. Glutamate, GABA, and enkephalins are key neurotransmitters in these circuits, whereas acetylcholine and dopamine play the role of modulator. It is hypothesized damage to these neurotransmitters results in depression.

Depression is also linked with cerebral infarcts, even in the absence of neurological symptoms. In a recent research study, it was found that compared with cerebral infarcts with peripheral neurologic signs, these "silent" infarcts were seen five times more frequently [493]. Depression is also related to white matter hyperintensities (WMHs), which are more frequently observed in depressed elderly than healthy older adults [494, 496], particularly in temporal and frontal regions [497]. Furthermore, it has been observed that deep WMHs of depressed elderly patients have a greater likelihood of being ischemic in nature compared with deep WMHs of elderly controls [498]. WMHs are linked with cardiac disease [499], smoking, cerebrovascular disease [84], high blood pressure or hypertension, reduced cerebral blood flow, executive dysfunction, and disability [500]. Based on these findings, it has been proposed that cerebrovascular disease may be an important role in the development of late-life depression syndrome. Inflammation seems to play an important role in the development of both vascular disease and depression, concurrently. The association between hypercoagulability and depression in the elderly is possibly mediated by smoking, physical inactivity, or elevated platelet activity [501].

Advances in research of elderly depression include novel or improved treatments, personalization of depression management on the basis of depression type or characteristics of the patient, and strategies to enhance access to and delivery of care. Neuroimaging studies have also provided new insights about depression in the elderly. The response rate for untreated late-life depression is approximately 90%, and remission rates hover around 70%, whereas the response and remission rate for medication-treatment-resistant depression is around 70% and 50%, respectively [502]. Some ECT studies have observed higher rates of response and remission for late-life depression than early-life depression [503, 504].

**Psychotherapy**
Different types of psychotherapies that may benefit cognitively intact depressed elderly people include interpersonal psychotherapy (ITP) [505], problem-solving therapy (PST) [506], supportive psychotherapy [507], and CBT [508, 509]. The frequency of developing depression after stroke has focused attention on different forms of post-stroke depression prophylaxis. Prophylactic drug treatment with escitalopram or PST after stroke seems to significantly reduce depression rates compared with placebo [510]. Multidisciplinary approaches for the management of depression, diseases, or illness increases the risk of depression [511] and vice-versa. It has been observed that patients with chronic pain and depression may benefit from a multidisciplinary approach.

**Care Access and Delivery of Treatment**
The greatest limitation in treatment of depression in an elderly patient is related to treatment access and delivery, rather than treatment efficacy. The diagnosis of depression, particularly in the elderly, is often missed. Studies such as IMPACT [512, 513] and PROSPECT [514, 515] have observed that collaborative care provided at the primary care setting is better than usual care.

Tremendous progress has been made in understanding depression; however, there is still a lack of effective optimized and individualized treatment. Researchers are now focusing on predictors of benefit and adverse effects of various types of specific treatments. Depression is now being better studied with help of proteomics, genomics, physiological markers, comorbid conditions, personal experiences, personality traits, and specific depressive symptoms. The roles of culture, race, and ethnicity also need to be taken into account for optimum treatment and to predict response and adverse effects. Current research is also focusing on the economic cost and efficacy of treatment on overall quality of life. As the global population ages and comorbid illnesses become more common, there needs to be more novel ways of care integration for depression.

**ADVANCES IN DEMENTIA CAUSES AND TREATMENT**
In the last few years, rapid strides have been made in several spheres of dementia, including pathophysiology, genetics, risk assessment, and management. There have been significant improvements in neuroimaging, including MRI hippocampal volume measures [516] and PET scanning with flurodeoxyglucose and amyloid ligands [517].

Researches had linked a probable role of homocysteine in the pathogenesis of Alzheimer's disease [518]. But, the discovery of new genes associated with sporadic, late-onset Alzheimer's disease [519] and a form of frontotemporal dementia [520, 521] has provided new insights in the development of dementia. Researchers have recognized that vascular risk factors such as hypertension and hyperlipidemia increase the risk of Alzheimer's disease and vascular dementia. These findings may help prevent dementia.

As incidence rates of Alzheimer's disease increases, the development of early detection methods identifying at-risk individuals gains importance. Early detection facilitates early intervention. It also benefits further research and the possibility of preserving function with various disease-modifying therapies. New, advanced PET scans are shedding new light on Alzheimer's disease—for example, 18F-labelled PET is being used to study changes in the brain in individuals with dementia. It is also being used to study and differentiate between Alzheimer's disease and frontotemporal dementia (FTD).

Progress has also been made in the management of dementia. Scientists and clinicians have developed new types of pharmacologic and nonpharmacologic treatments. Cholinesterase inhibitors have proven to be effective in the management of dementia, although their efficacy continues to be debated. Memantine, a N-Methyl-D-aspartic acid or N-Methyl-D-aspartate (NMDA) receptor antagonist, has also been introduced for the management of dementia. It has shown a small beneficial effect in patients with moderate to severe Alzheimer's disease, but it has not been that effective in mild cases of Alzheimer's disease [522].

It is hypothesized that accumulation of amyloid plaques in the brain play a major role in the pathogenesis of Alzheimer's disease. Anti-amyloid agents are being developed that may prevent the process of amyloid deposition in the brain. New studies are being conducted on anti-amyloid agents that have shown a great promise in the treatment of Alzheimer's disease, particularly in the elderly.

The exact pathophysiology of Alzheimer's disease is still unknown; however, it is now known that the abnormal tau protein, phosphorylation, leads to accumulation of neuritic plaques and neurofibrillary tangles in the brain. These changes lead to Alzheimer's disease and dementia. Anti-tau agents are a promising therapeutic target that may be effective in the treatment of Alzheimer's disease. The number of promising diagnostic tools, techniques, and procedures continues to grow. Yet, none of them are reliable or convenient. Nonetheless, new techniques that will help in early detection, combined with disease modification, promise a significant reduction in the cost of dementia care. It is possible that in the very near future, there may be tools that allow quick and early detection of Alzheimer's disease.

**CONCLUSION**

Delirium is a neuropsychiatric disorder or syndrome that results in disturbances in consciousness and cognition that occurs in a short period of time. It is accompanied by cognitive changes that are not explained by a preexisting or evolving dementia. Symptoms of delirium can be categorized into core features that are invariably present (e.g., disturbances of attention, orientation, memory, language, sleep-wake cycle) and associated features that are more variable in presentation (e.g., psychotic symptoms, affective disturbances, different motoric profiles). Delirium is frequently seen in emergency, medical-surgical, inpatient, and geriatric settings, such as nursing homes.

The elderly are especially susceptible to delirium because of structural and physiological changes in the brain, multiple medical problems, reduced hepatic function, multisensory declines, and dementia. A comprehensive medical evaluation that encompasses patient's level of oxygenation, possible occult infection, and the role of certain medicines is an essential initial approach to the management of delirium in the elderly. Patients and families should be educated about delirium, its causes and etiology, and its course.

Depression is a mental disorder that manifests as a state of low mood and aversion to activity that may negatively impact on an individual's thought processes, behavior, feelings, world view, and physical well-being. Depression in elderly people is common and widespread globally. It is generally undiagnosed, and often untreated. Individuals with depression may experience a wide variety of symptoms, including sadness, anhedonia, emptiness, hopelessness, anxiousness and irritability. Depression in the elderly is an important public health problem because of its severe implications. It is closely associated with increased risk of suicide and morbidity, as well as reduced physical, social and cognitive functioning, and increased inclination towards self-neglect.

Although the causes of depression still remain a mystery, recent advancements have helped a great deal in understanding the factors associated with depression and its manifestations. In the last few years, rapid strides have been made in several spheres of dementia, including pathophysiology, genetics, risk assessment, and management. Similarly, there is now a better understanding of pseudodementia and delirium. In the future, there should be better management and more effective therapies to modulate and prevent depression, dementia, pseudodementia, and delirium.

## REFERENCES

279.    Hybels CF, Blazer DG: Epidemiology of late-life mental disorders. Clin Geriatr Med 2003; 19:663– 696

280.    Katz IR, Simpson GM, Curlik SM, Parmelee PA, Muhly C: Pharmacologic treatment of major depression for elderly patients in residential care settings. J Clin Psychiatry 1990; 51(suppl):41–47

281.    Conwell Y, Thompson C: Suicidal behavior in elders. Psychiatr Clin North Am 2008; 31:333–356

282.    Mutran EJ, Reitzes DC, Mossey J, Fernandez ME: Social support, depression, and recovery of walking ability following hip fracture surgery. J Gerontol B Psychol Sci Soc Sci 1995; 50:S354–S361

283.    Mossey JM, Knott K, Craik R: The effects of persistent depressive symptoms on hip fracture recovery. J Gerontol 1990; 45:M163–M168 [C]

284.    Mossey JM, Mutran E, Knott K, Craik R: Determinants of recovery 12 months after hip fracture: the importance of psychosocial factors. Am J Public Health 1989; 79:279–286 [C]

285.    Alexopoulos GS: Depression in the elderly. Lancet 2005; 365:1961–1970

286.    Djernes JK: Prevalence and predictors of depression in populations of elderly: a review. Acta Psychiatr Scand 2006; 113:372–387

287.    Carney RM, Freedland KE: Depression, mortality, and medical morbidity in patients with coronary heart disease. Biol Psychiatry 2003; 54:241–247

288.    Krishnan KR, Delong M, Kraemer H, Carney R, Spiegel D, Gordon C, McDonald W, Dew M, Alexopoulos G, Buckwalter K, Cohen PD, Evans D, Kaufmann PG, Olin J, Otey E, Wainscott C: Comorbidity of depression with other medical diseases in the elderly. Biol Psychiatry 2002; 52:559–588 [G]

289.    Ko DT, Hebert PR, Coffey CS, Sedrakyan A, Curtis JP, Krumholz HM: Beta-blocker therapy and symptoms of depression, fatigue, and sexual dysfunction. JAMA 2002; 288:351–357

290.    Ried LD, Tueth MJ, Taylor MD, Sauer BC, Lopez LM, Pepine CJ: Depressive symptoms in coronaryartery disease patients after hypertension treatment. Ann Pharmacother 2006; 40:597–604

291.    Vaccarino AL, Sills TL, Evans KR, Kalali AH: Multiple pain complaints in patients with major depressive disorder. Psychosom Med 2009; 71:159– 162

292.    Gerson S, Belin TR, Kaufman A, Mintz J, Jarvik L: Pharmacological and psychological treatments for depressed older patients: a meta-analysis and overview of recent findings. Harv Rev Psychiatry 1999; 7:1–28 [E]

293.    Mottram P, Wilson K, Strobl J: Antidepressants for depressed elderly. Cochrane Database Syst Rev 2006; CD003491 [E]

294.    Sheikh JI, Cassidy EL, Doraiswamy PM, Salomon RM, Hornig M, Holland PJ, Mandel FS, Clary CM, Burt T: Efficacy, safety, and tolerability of sertralinein patients with late-life depression and comorbid medical illness. J Am Geriatr Soc 2004; 52:86–92

295.    Cuijpers P, van Straten A, Smit F: Psychological treatment of late-life depression: a meta-analysis of randomized controlled trials. Int J Geriatr Psychiatry 2006; 21:1139–1149 \

296.    Nelson JC, Delucchi K, Schneider LS: Efficacy of second generation antidepressants in late-life depression: a meta-analysis of the evidence. Am J Geriatr Psychiatry 2008; 16:558–567

297.    Andreescu C, Mulsant BH, Houck PR, Whyte EM, Mazumdar S, Dombrovski AY, Pollock BG, Reynolds CF III: Empirically derived decision trees for the treatment of late-life depression. Am J Psychiatry 2008; 165:855–862 [G]

298.    Streim JE, Oslin DW, Katz IR, Smith BD, DiFilippo S, Cooper TB, Ten Have T: Drug treatment of depression in frail elderly nursing home residents. Am J Geriatr Psychiatry 2000; 8:150–159

299.     Oslin DW, Streim JE, Katz IR, Smith BD, DiFilippo SD, Ten Have TR, Cooper T: Heuristic comparison of sertraline with nortriptyline for the treatment of depression in frail elderly patients. Am J Geriatr Psychiatry 2000; 8:141–149

300.     Driscoll HC, Karp JF, Dew MA, Reynolds CF III: Getting better, getting well: understanding and managing partial and non-response to pharmacological treatment of non-psychotic major depression in old age. Drugs Aging 2007; 24:801–814

301.     Dew MA, Whyte EM, Lenze EJ, Houck PR, Mulsant BH, Pollock BG, Stack JA, Bensasi S, Reynolds CF III: Recovery from major depression in older adults receiving augmentation of antidepressant pharmacotherapy. Am J Psychiatry 2007; 164:892– 899

302.     Mandelli L, Serretti A, Zanardi R, De Ronchi D, Tarricone I, Colombo C: Antidepressant response in the elderly. Psychiatry Res 2007; 152:37–44

303.     Driscoll HC, Basinski J, Mulsant BH, Butters MA, Dew MA, Houck PR, Mazumdar S, Miller MD, Pollock BG, Stack JA, Schlernitzauer MA, Reynolds CF III: Late-onset major depression: clinical and treatment-response variability. Int J Geriatr Psychiatry 2005; 20:661–667

304.     O'Connor MK, Knapp R, Husain M, Rummans TA, Petrides G, Smith G, Mueller M, Snyder K, Bernstein H, Rush AJ, Fink M, Kellner C: The influence of age on the response of major depression to electroconvulsive therapy: a C.O.R.E. Report. Am J Geriatr Psychiatry 2001; 9:382–390

305.     Gum A, Arean PA: Current status of psychotherapy for mental disorders in the elderly. Curr Psychiatry Rep 2004; 6:32–38

306.     Krishnan KR, Doraiswamy PM, Clary CM: Clinical and treatment response characteristics of latelife depression associated with vascular disease: a pooled analysis of two multicenter trials with sertraline. Prog Neuropsychopharmacol Biol Psychiatry 2001; 25:347–361

307.     Jorge RE, Moser DJ, Acion L, Robinson RG: Treatment of vascular depression using repetitive transcranial magnetic stimulation. Arch Gen Psychiatry 2008; 65:268–276

308.     Robinson RG, Jorge RE, Moser DJ, Acion L, Solodkin A, Small SL, Fonzetti P, Hegel M, Arndt S: Escitalopram and problem-solving therapy for prevention of poststroke depression: a randomized controlled trial. JAMA 2008; 299:2391–2400

309.     Lee MJ, Proctor E, Morrow-Howell N: Depression outcomes and quality of postdischarge care of elders hospitalized for major depression. Psychiatr Serv 2006; 57:1446–1451

310.     Steffens DC, Pieper CF, Bosworth HB, MacFall JR, Provenzale JM, Payne ME, Carroll BJ, George LK, Krishnan KR: Biological and social predictors of long-term geriatric depression outcome. Int Psychogeriatr 2005; 17:41–56

311.     Nelson JC, Jatlow PI, Mazure C: Rapid desipramine dose adjustment using 24-hour levels. J Clin Psychopharmacol 1987; 7:72–77

312.     Wilson K, Mottram P, Sivanranthan A, Nightingale A: Antidepressant versus placebo for depressed elderly. Cochrane Database Syst Rev 2001; CD000561

313.     Cozza KL, Armstrong SC, Oesterheld JR: Concise Guide to Drug Interaction Principles for Medical Practice: Cytochrome P450s, UGTs, P-Glycoproteins, 2nd ed. Arlington, VA, American Psychiatric Publishing, 2003

314.    Preskorn SH, Shah R, Neff M, Golbeck AL, Choi J: The potential for clinically significant drug-drug interactions involving the CYP 2D6 system: effects with fluoxetine and paroxetine versus sertraline. J Psychiatr Pract 2007; 13:5–12

315.    Preskorn SH, Greenblatt DJ, Flockhart D, Luo Y, Perloff ES, Harmatz JS, Baker B, Klick-Davis A, pram, and sertraline effects on cytochrome P450 2D6 function in healthy volunteers. J Clin Psychopharmacol 2007; 27:28–34

316.    Wilkinson TJ, Begg EJ, Winter AC, Sainsbury R: Incidence and risk factors for hyponatraemia following treatment with fluoxetine or paroxetine in elderly people. Br J Clin Pharmacol 1999; 47:211– 217

317.    Liu BA, Mittmann N, Knowles SR, Shear NH: Hyponatremia and the syndrome of inappropriate secretion of antidiuretic hormone associated with the use of selective serotonin reuptake inhibitors: a review of spontaneous reports. CMAJ 1996; 155:519–527

318.    Movig KL, Leufkens HG, Lenderink AW, van den Akker V, Hodiamont PP, Goldschmidt HM, Egberts AC: Association between antidepressant drug use and hyponatraemia: a case-control study. Br J Clin Pharmacol 2002; 53:363–369

319.    Reynolds CF III, Dew MA, Pollock BG, Mulsant BH, Frank E, Miller MD, Houck PR, Mazumdar S, Butters MA, Stack JA, Schlernitzauer MA, Whyte EM, Gildengers A, Karp J, Lenze E, Szanto K, Bensasi S, Kupfer DJ: Maintenance treatment of major depression in old age. N Engl J Med 2006; 354:1130–1138

320.    Navarro V, Gasto C, Torres X, Masana G, Penades R, Guarch J, Vazquez M, Serra M, Pujol N, Pintor L, Catalan R: Continuation/maintenance treatment with nortriptyline versus combined nortriptyline and ECT in late-life psychotic depression: a two-year randomized trial. Am J Geriatr Psychiatry 2008; 16:498–505

321.    Cho HJ, Lavretsky H, Olmstead R, Levin MJ, Oxman MN, Irwin MR: Sleep disturbance and depression recurrence in community-dwelling older adults: a prospective study. Am J Psychiatry 2008; 165:1543–1550 [C]

322.    Dunn AL, Trivedi MH, Kampert JB, Clark CG, Chambliss HO: The DOSE study: a clinical trial to examine efficacy and dose response of exercise as treatment for depression. Control Clin Trials 2002; 23:584–603

323.    Dunn AL, Trivedi MH, Kampert JB, Clark CG, Chambliss HO: Exercise treatment for depression: efficacy and dose response. Am J Prev Med 2005; 28:1–8 [A]

324.    Penninx BW, Rejeski WJ, Pandya J, Miller ME, Di Bari M, Applegate WB, Pahor M: Exercise and depressive symptoms: a comparison of aerobic and resistance exercise effects on emotional and physical function in older persons with high and low depressive symptomatology. J Gerontol B Psychol Sci Soc Sci 2002; 57:124–132

325.    Mather AS, Rodriguez C, Guthrie MF, McHarg AM, Reid IC, McMurdo ME: Effects of exercise on depressive symptoms in older adults with poorly responsive depressive disorder: randomised controlled trial. Br J Psychiatry 2002; 180:411–415

326.    Blumenthal JA, Babyak MA, Moore KA, Craighead WE, Herman S, Khatri P, Waugh R, Napolitano MA, Forman LM, Appelbaum M, Doraiswamy PM, Krishnan KR: Effects of exercise training on older patients with major depression. Arch Intern Med 1999; 159:2349–2356

327.    Herman S, Blumenthal JA, Babyak M, Khatri P, Craighead WE, Krishnan KR, Doraiswamy PM: Exercise therapy for depression in middle-aged and older adults: predictors of early dropout and treatment failure. Health Psychol 2002; 21:553–563

328.    Babyak M, Blumenthal JA, Herman S, Khatri P, Doraiswamy M, Moore K, Craighead WE, Baldewicz TT, Krishnan KR: Exercise treatment for major depression: maintenance of therapeutic benefit at 10 months. Psychosom Med 2000; 62:633–638

329.    Singh NA, Stavrinos TM, Scarbek Y, Galambos G, Liber C, Fiatarone Singh MA: A randomized controlled trial of high versus low intensity weight training versus general practitioner care for clinical depression in older adults. J Gerontol A Biol Sci Med Sci 2005; 60:768–776

330.    Singh NA, Clements KM, Singh MA: The efficacy of exercise as a long-term antidepressant in elderly subjects: a randomized, controlled trial. J Gerontol A Biol Sci Med Sci 2001; 56:M497–M504

331.    Brown WJ, Ford JH, Burton NW, Marshall AL, Dobson AJ: Prospective study of physical activity and depressive symptoms in middle-aged women. Am J Prev Med 2005; 29:265–272

332.    Strawbridge WJ, Deleger S, Roberts RE, Kaplan GA: Physical activity reduces the risk of subsequent depression for older adults. Am J Epidemiol 2002; 156:328–334

333.    Lai SM, Studenski S, Richards L, Perera S, Reker D, Rigler S, Duncan PW: Therapeutic exercise and depressive symptoms after stroke. J Am Geriatr Soc 2006; 54:240–247 [A]

334.    "Dementia definition". MDGuidelines. Reed Group.

335.    American Psychiatric Association (APA). Practice guideline for the treatment of patients with Alzheimer's disease and other dementias. Arlington (VA): American Psychiatric Association (APA); 2007 Oct.

336.    "Drivers with dementia a growing problem, MDs warn". CBC News, Canada. September 19, 2007.

337.    Alzheimer's Disease International (2009). World Alzheimer Report 2009. p. 38. Retrieved 11 March 2012.

338.    Sadock, Benjamin James Sadock, Virginia Alcott (2008).Kaplan & Sadock's concise textbook of clinical psychiatry(3rd ed.). Philadelphia: Wolters Kluwer/Lippincott Williams & Wilkins. p. 52. ISBN 978-0-7817-8746-8.

339.    Alzheimer's Disease International (2009). World Alzheimer Report 2009. p. 36.

340.    Neuropathology Group. Medical Research Council Cognitive Function and Aging Study (2001). "Pathological correlates of late-onset dementia in a multicentre, community-based population in England and Wales. Neuropathology Group of the Medical Research Council Cognitive Function and Aging Study (MRC CFAS)". Lancet 357 (9251): 169–75. doi:10.1016/S0140-6736(00)03589-3. PMID 11213093.

341.    Wakisaka Y et al. (2003). "Age-associated prevalence and risk factors of Lewy body pathology in a general population: the Hisayama study". Acta Neuropathol 106 (4): 374–82.doi:10.1007/s00401-003-0750-x. PMID 12904992.

342.    White L et al. (2002). "Cerebrovascular pathology and dementia in autopsied Honolulu-Asia Aging Study participants".Ann N Y Acad Sci 977 (9): 9–23. doi:10.1111/j.1749-6632.2002.tb04794.x. PMID 12480729.

343.    Ratnavalli E et al. (2002). "The prevalence of frontotemporal dementia". Neurology 58 (11): 1615–21.doi:10.1212/WNL.58.11.1615. PMID 12058088.

344.    McKee A et al. (2009). "Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy following Repetitive Head Injury". J Neuropathol Exp Neurol 68 (7): 709–735.doi:10.1097/NEN.0b013e3181a9d503. PMC 2945234.PMID 19535999.

345.    Galvin JE et al. (2006). "Clinical phenotype of Parkinson's disease dementia". Neurology 67 (9): 1605–11.doi:10.1212/01.wnl.0000242630.52203.8f.PMID 17101891.

346.    Lamont P (2004). "Cognitive Decline in a Young Adult with Pre-Existent Developmental Delay – What the Adult Neurologist Needs to Know". Practical Neurology 4 (2): 70–87.doi:10.1111/j.1474-7766.2004.02-206.x.

347.    Barnes DE, Covinsky KE, Whitmer RA, Kuller LH, Lopez OL, Yaffe K. Predicting risk of dementia in older adults: The late-life dementia risk index.  Neurology. 2009;73(3):173–179.

348.    Carrière I, Fourrier-Reglat A, Dartigues JF, et al.  Drugs with anticholinergic properties, cognitive decline, and dementia in an elderly general population: the 3-city study.  Arch Intern Med.  2009;169(14):1317–1324.

349.    Hall CB, Derby C, LeValley A, Katz MJ, Verghese J, Lipton RB.  Education delays accelerated decline on a memory test in persons who develop dementia. Neurology.  2007;69(17):1657–1664.

350.    Plassman BL, Langa KM, Fisher GG, et al.  Prevalence of dementia in the United States: the aging, demographics, and memory study.  Neuroepidemiology. 2007;29 (1–2):125–132.

351.    Hall CB, Derby C, LeValley A, Katz MJ, Verghese J, Lipton RB.  Education delays accelerated decline on a memory test in persons who develop dementia. Neurology.  2007;69(17):1657–1664.

352.    Carrière I, Fourrier-Reglat A, Dartigues JF, et al.  Drugs with anticholinergic properties, cognitive decline, and dementia in an elderly general population: the 3-city study.  Arch Intern Med.  2009;169(14):1317–1324.

353.    Knopman DS, DeKosky ST, Cummings JL, et al. Practice parameter: diagnosis of dementia (an evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2001;56:1143–1153.

354.    Braak H, Braak E. Neuropathological staging of Alzheimer-related changes. Acta Neuropathol (Berl) 1991;82:239–259.

355.    Appel J, Potter E, Shen Q, et al. A comparative analysis of structural brain MRI in the diagnosis of Alzheimer's disease. Behav Neurol 2009;21:13–19.

356.    Cahn DA, Sullivan EV, Shear PK, et al. Structural MRI correlates of recognition memory in Alzheimer's disease. J Int Neuropsychol Soc 1998;4:106–114.

357.    Petersen RC, Jack CR, Jr., Xu YC, et al. Memory and MRI-based hippocampal volumes in aging and AD. Neurology 2000;54:581–587.

358.    Boxer AL, Geschwind MD, Belfor N, et al. Patterns of brain atrophy that differentiate corticobasal degeneration syndrome from progressive supranuclear palsy. Arch Neurol 2006;63:81–86.

359.    Braak H, Alafuzoff I, Arzberger T, Kretzschmar H, Del Tredici K. Staging of Alzheimer's disease-associated neurofibrillary pathology using paraffin sections and immunocytochemistry. Acta Neuropathol 2006;112:389–404.

360.    Cordonnier C, van der Flier WM, Sluimer JD, Leys D, Barkhof F, Scheltens P. Prevalence and severity of microbleeds in a memory clinic setting. Neurology 2006;66:1356–1360.

361.    Young GS, Geschwind MD, Fischbein NJ, et al. Diffusion weighted and fluid-attenuated inversion recovery imaging in Creutzfeldt-Jakob disease: high sensitivity and specificity for diagnosis. AJNR Am J Neuroradiol 2005;26:1551–1562.

362.    Zeidler M, Sellar RJ, Collie DA, et al. The pulvinar sign on magnetic resonance imaging in variant Creutzfeldt-Jakob disease. Lancet 2000;355:1412–1418.

363.    Bozzao A, Floris R, Baviera ME, Apruzzese A, Simonetti G. Diffusion and perfusion MR imaging in cases of Alzheimer's disease: correlations with cortical atrophy and lesion load. AJNR Am J Neuroradiol 2001;22:1030–1036.

364.    Firbank MJ, Blamire AM, Krishnan MS, et al. Diffusion tens or imaging in dementia with Lewy bodies and Alzheimer's disease. Psychiatry Res 2007;155:135–145.

365.    Zhang Y, Schuff N, Du AT, et al. White matter damage in frontotemporal dementia and Alzheimer's disease measured by diffusion MRI. Brain 2009;132:2579–2592.

366.    Schuff N, Capizzano AA, Du AT, et al. Selective reduction of Nacetylaspartate in medial temporal and parietal lobes in AD. Neurology 2002;58:928–935.

367.    Schuff N, Capizzano AA, Du AT, et al. Different patterns of Nacetylaspartate loss in subcortical ischemic vascular dementia and AD. Neurology 2003;61:358–364.

368.    Mihara M, Hattori N, Abe K, Sakoda S, Sawada T. Magnetic resonance spectroscopic study of Alzheimer's disease and frontotemporal dementia/Pick complex. Neuroreport 2006;17:413–416.

369.    Macfarlane RG, Wroe SJ, Collinge J, Yousry TA, Jager HR. Neuroimaging findings in human prion disease. J Neurol Neurosurg Psychiatry 2007;78:664–670.

370.    Gomez-Anson B, Alegret M, Munoz E, Sainz A, Monte GC, Tolosa E. Decreased frontal choline and neuropsychological performance in preclinical Huntington disease. Neurology 2007;68:906–910.

371.    Rombouts SA, Barkhof F, Veltman DJ, et al. Functional MR imaging in Alzheimer's disease during memory encoding. AJNR Am J Neuroradiol 2000;21:1869–1875.

372.    Rombouts SA, van Swieten JC, Pijnenburg YA, Goekoop R, Barkhof F, Scheltens P. Loss of frontal fMRI activation in early frontotemporal dementia compared to early AD. Neurology 2003;60:1904–1908.

373.    Sauer J, ffytche DH, Ballard C, Brown RG, Howard R. Differences between Alzheimer's disease and dementia with Lewy bodies: an fMRI study of task-related brain activity. Brain 2006;129:1780–1788.

374.    Fox MD, Corbetta M, Snyder AZ, Vincent JL, Raichle ME. Spontaneous neuronal activity distinguishes human dorsal and ventral attention systems. Proc Natl Acad Sci USA 2006;103:10046–10051.

375.    Seeley WW, Menon V, Schatzberg AF, et al. Dissociable intrinsic connectivity networks for salience processing and executive control. J Neurosci 2007;27:2349–2356.

376.    Smith SM, Fox PT, Miller KL, et al. Correspondence of the brain's functional architecture during activation and rest. Proc Natl Acad Sci USA 2009;106:13040–13045.

377.    Fox MD, Raichle ME. Spontaneous fluctuations in brain activity observed with functional magnetic resonance imaging. Nat Rev Neurosci 2007;8:700–711.

378.    Small GW, Bookheimer SY, Thompson PM, et al. Current and future uses of neuroimaging for cognitively impaired patients. Lancet Neurol 2008;7:161–172.

379.    Silverman DH, Small GW, Phelps ME. Clinical value of neuroimaging in the diagnosis of dementia. Sensitivity and specificity of regional cerebral metabolic and other parameters for early identification of Alzheimer's Disease. Clin Positron Imaging 1999;2:119–130.

380.    Van Heertum RL, Tikofsky RS. Positron emission tomography and single-photon emission computed tomography brain imaging in the evaluation of dementia. Semin Nucl Med 2003;33:77–85.

381.    Foster NL, Heidebrink JL, Clark CM, et al. FDG-PET improves accuracy in distinguishing frontotemporal dementia and Alzheimer's disease. Brain 2007;130:2616–2635.

382.    Roberts DA, Detre JA, Bolinger L, Insko EK, Leigh JS, Jr. Quantitative magnetic resonance imaging of human brain perfusion at 1.5 T using steady-state inversion of arterial water. Proc Natl Acad Sci USA 1994;91:33–37.

383.    Alsop DC, Detre JA, Grossman M. Assessment of cerebral blood flow in Alzheimer's disease by spin-labeled magnetic resonance imaging. Ann Neurol 2000;47:93–100.

384.    Rafii, M. S. & Aisen, P. S. (2009). "Recent developments in Alzheimer's disease therapeutics". BMC medicine 7: 1–4.doi:10.1186/1741-7015-7-7.

385.    Lleó A, Greenberg SM, Growdon JH (2006). "Current pharmacotherapy for Alzheimer's disease". Annu. Rev. Med. 57: 513–33.

386.    Rodda, J; Morgan, S; Walker, Z (2009 Oct). "Are cholinesterase inhibitors effective in the management of the behavioral and psychological symptoms of dementia in Alzheimer's disease? A systematic review of randomized, placebo-controlled trials of donepezil, rivastigmine and galantamine.". International psychogeriatrics / IPA 21 (5): 813–24. doi:10.1017/S1041610209990354. PMID 19538824.

387.    Birks, J (2006 Jan 25). "Cholinesterase inhibitors for Alzheimer's disease.". Cochrane database of systematic reviews (Online) (1): CD005593.doi:10.1002/14651858.CD005593. PMID 16437532.

388.    Gill S. S., Anderson, G. M., Fischer, H.D., Li, P., Normand, S. T. & Rochon, P. A. (2009). "Syncope and its consequences in patients with dementia receiving cholinesterase inhibitors: A population-based cohort study". Archives of Internal Medicine169 (9): 867–873. doi:10.1001/archinternmed.2009.43.PMID 19433698.

389.    Raina P, Santaguida P, Ismaila A, et al. (2008). "Effectiveness of cholinesterase inhibitors and memantine for treating dementia: evidence review for a clinical practice guideline".Annals of Internal Medicine 148 (5): 379–97. doi:10.7326/0003-4819-148-5-200803040-00009. PMID 18316756.

390.    Atri A, Shaughnessy LW, Locascio JJ, Growdon JH (2008)."Long-term Course and Effectiveness of Combination Therapy in Alzheimer's Disease". Alzheimer Disease and Associated Disorders 22 (3): 209–21.

391.    Thompson S, Herrmann N, Rapoport MJ, Lanctôt KL (2007)."Efficacy and safety of antidepressants for treatment of depression in Alzheimer's disease: a metaanalysis" (PDF).Canadian Journal of Psychiatry 52 (4): 248–55.PMID 17500306.

392.    Bains J, Birks JS, Dening TR (2002). "The efficacy of antidepressants in the treatment of depression in dementia". In Dening, Tom. Cochrane Database of Systematic Reviews (4): CD003944. doi:10.1002/14651858.CD003944.PMID 12519625.

393.    American Geriatrics Society 2012 Beers Criteria Update Expert, Panel (2012 Apr). "American Geriatrics Society updated Beers Criteria for potentially inappropriate medication use in older adults.". Journal of the American Geriatrics Society 60 (4): 616–31. doi:10.1111/j.1532-5415.2012.03923.x.PMID 22376048.

394.    "FDA MedWatch – 2008 Safety Alerts for Human Medical Products". FDA.

395.     Malouf, R; Grimley Evans, J (2008 Oct 8). "Folic acid with or without vitamin B12 for the prevention and treatment of healthy elderly and demented people". Cochrane database of systematic reviews (Online) (4): CD004514.doi:10.1002/14651858.CD004514.pub2. PMID 18843658.

396.     Thoenen, Eugenia; Health Statistics Center Statistical Staff; Doria, James; King, Fred; Leonard, Thomas N.; Light, Tom; Simmons, Philip (February 2005). "Prevention of Dementia". Dementia: The Growing Crisis in West Virginia. Retrieved 2 October 2009.

397.     "Blood pressure drug dementia hope". BBC News. 28 July 2008. Retrieved 2 October 2009.

398.     "Blood Pressure Drugs May Protect Against Alzheimer's" (Press release). Boston University School of Medicine. 27 July 2008. Retrieved 2 October 2009.

399.     Chen JH, Lin KP, Chen YC (October 2009). "Risk factors for dementia". J. Formos. Med. Assoc. 108 (10): 754–64.doi:10.1016/S0929-6646(09)60402-2. PMID 19864195.

400.     Grønbaek M (April 2009). "The positive and negative health effects of alcohol- and the public health implications". J. Intern. Med. 265 (4): 407–20. doi:10.1111/j.1365-2796.2009.02082.x. PMID 19298457.

401.     Robert, Levine (2006). "Defying dementia: understanding and preventing Alzheimer's and related disorders". Westport: conn: Praeger.

402.     Cederholm T, Palmblad J (March 2010). "Are omega-3 fatty acids options for prevention and treatment of cognitive decline and dementia?". Curr Opin Clin Nutr Metab Care 13 (2): 150–5. doi:10.1097/MCO.0b013e328335c40b. PMID 20019606.

403.     Benito-León, J; Bermejo-Pareja, F; Vega, S; Louis, ED (2009). "Total daily sleep duration and the risk of dementia: a prospective population-based study". European journal of neurology 16 (9): 990–7. doi:10.1111/j.1468-1331.2009.02618.x. PMID 19473367.

404.     Hyvet, investigators; Burch; Fletcher; Bulpitt (August 2008). "Incident dementia and blood pressure lowering in the Hypertension in the Very Elderly Trial cognitive function assessment (HYVET-COG): a double-blind, placebo controlled trial". Lancet Neurol 7 (8): 683–9.doi:10.1016/S1474-4422(08)70143-1. PMID 18614402.

405.     "Diabetes and Alzheimer's linked" (Press release). Mayo Clinic. 6 November 2008. Retrieved 2 October 2009.

406.      Szekely, CA; Green, RC; Breitner, JC; Østbye, T; Beiser, AS; Corrada, MM; Dodge, HH; Ganguli, M et al. (2008). "No advantage of "Aβ42-lowering" NSAIDs for prevention of AD in six pooled cohort studies". Neurology 70 (24): 2291–8.doi:10.1212/01.wnl.0000313933.17796.f6. PMC 2755238. PMID 18509093.

407.     Cornelius, C; Fastbom, J; Winblad, B; Viitanen, M (2004). "Aspirin, NSAIDs, risk of dementia, and influence of the apolipoprotein E epsilon 4 allele in an elderly population". Neuroepidemiology 23 (3): 135–43. doi:10.1159/000075957. PMID 15084783.

408.     Etminan, M; Gill, S; Samii, A (2003). "Effect of non-steroidal anti-inflammatory drugs on risk of Alzheimer's disease: systematic review and meta-analysis of observational studies". BMJ 327 (7407): 128. doi:10.1136/bmj.327.7407.128. PMC 165707.PMID 12869452.

409.    Nilsson, SE; Johansson, B; Takkinen, S; Berg, S; Zarit, S; Mcclearn, G; Melander, A (2003). "Does aspirin protect against Alzheimer's dementia? A study in a Swedish population-based sample aged > or =80 years". European journal of clinical pharmacology 59 (4): 313–9. doi:10.1007/s00228-003-0618-y. PMID 12827329.

410.    Anthony, JC; Breitner, JC; Zandi, PP; Meyer, MR; Jurasova, I; Norton, MC; Stone, SV (2000). "Reduced prevalence of AD in users of NSAIDs and H2 receptor antagonists: the Cache County study". Neurology 54 (11): 2066–71. PMID 10851364.

411.    Ad2000 Collaborative, Group; Bentham, P; Gray, R; Sellwood, E; Hills, R; Crome, P; Raftery, J (2008). "Aspirin in Alzheimer's disease (AD2000): a randomised open-label trial". Lancet neurology 7 (1): 41–9. doi:10.1016/S1474-4422(07)70293-4. PMID 18068522.

412.    Akiyama, H; Barger, S; Barnum, S; Bradt, B; Bauer, J; Cole, GM; Cooper, NR; Eikelenboom, P et al. (2000). "Inflammation and Alzheimer's disease". Neurobiology of Aging 21 (3): 383–421. doi:10.1016/S0197-4580(00)00124-X. PMID 10858586.

413.    Tortosa, E; Avila, J; Pérez, M (2006). "Acetylsalicylic acid decreases tau phosphorylation at serine 422". Neuroscience letters 396 (1): 77–80. doi:10.1016/j.neulet.2005.11.066. PMID 16386371.

414.    Hirohata, M; Ono, K; Naiki, H; Yamada, M (2005). "Non-steroidal anti-inflammatory drugs have anti-amyloidogenic effects for Alzheimer's beta-amyloid fibrils in vitro". Neuropharmacology 49 (7): 1088–99. doi:10.1016/j.neuropharm.2005.07.004.PMID 16125740.

415.    Thomas, T; Nadackal, TG; Thomas, K (2001). "Aspirin and non-steroidal anti-inflammatory drugs inhibit amyloid-beta aggregation".NeuroReport 12 (15): 3263–7. doi:10.1097/00001756-200110290-00024. PMID 11711868.

416.    Lishman WA. Organic Psychiatry: the psychological consequences of cerebral disorder. London: Blackwell Scientific, 1987.

417.    Ron MA, Toone BK, Garralda ME, Lishman WN. Diagnostic accuracy in presenile dementia. Br J Psychiatry1979;134:161-8.

418.    Shraberg D. The myth of pseudo-dementia. Depression and the aging brain. Am J Psychiatry1978;35:601-3.

419.    American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 4th ed. Text rev. Washington, DC. American Psychiatric Association, 2000.

420.    Brugha T, Singleton N, Meltzer H, et al. (2005). "Psychosis in the community and in prisons: a report from the British National Survey of psychiatric morbidity". The American Journal of Psychiatry 162 (4): 774–80. doi:10.1176/appi.ajp.162.4.774.PMID 15800152.

421.    Carney MW, Chary TK, Robotis P, Childs A (1987). "Ganser syndrome and its management". The British Journal of Psychiatry : the journal of mental science 151 (5): 697–700.doi:10.1192/bjp.151.5.697. PMID 3446318.

422.    Gustafson Y. Acute confusional state (delirium). Clinical studies in hip-fracture and stroke patients. [Medical Dissertations] Umea University, 1991

423.    Trzepacz, P.T. (1999) Update on the neuropathogenesis of delirium. Dementia and Geriatric Cognitive Disorders, 10, 330^334.

424.    Marquis F, Ouimet S, Riker R et al. Individual delirium symptoms: do they matter? Crit Care Med. 2007; 35:2533-7.

425.     Trzepacz, P. T. & Meagher, D. J. (2007) Delirium. In Textbook of Neuropsychiatry (5th edn) (eds S. Yudofsky & R. Hales), pp. 445–517. American Psychiatric Press.

426.     Rockwood K: The occurrence and duration of symptoms in elderly patients with delirium.J Gerontol 1993; 48:M162–M166

427.     Foreman MD. Acute confusion in the elderly. Ann Rev Nurs Res 1993;11:3-30

428.     Dyer CB, Ashton CM, Teasdale TA. Postoperative delirium. A review of 80 primary data-collection studies. Arch Intern Med 1995;155:461-5

429.     Martin NJ, Stones MJ, Young JE, Bedard M. Development of delirium: A prospective cohort study in a community hospital. Int Psychogeriatr 2000;12:117-27

430.     Bowman AM. The relationship of anxiety to development of postoperative delirium. J Gerontol Nurs 1992;18:24-30

431.     Foreman MD. The cognitive and behavioural nature of acute confusional states. Schol Inquiry Nurs Pract 1991;5:3-20.

432.     Rockword K. The occurrence and duration of symptoms in elderly patients with delirium. J Gerontol 1993;48:162-6.

433.     Wanich C, Sullivan-Marx E, Gottlieb G, Johnson J. Functional status outcomes of a nursing intervention in hospitalized elderly. J Nurs Scholar 1992;24:201-7

434.     van der Mast RC, van den Broek WW, Fakkes D, Pepplinkkhuizen L, Habbema JD. Incidence of and preoperative predictors for delirium after cardiac surgery. J Psychosomol Res 1999;46:479-83.

435.     Litaker D, Locala J, Franco K, Bronson DL, Tannous Z. Preoperative risk factors for postoperative delirium. Gen Hosp Psychiatry 2001;23:84-9

436.     Aizawa K, Kanai T, Saikawa Y, Takabayashi T, Kawano Y, Miyazawa N, et al. A novel approach to the prevention of postoperative delirium in the elderly after gastrointestinal surgery. Surg Today 2002;32:310-4.

437.     Inouye, S.K., Foreman, M.D., Mion, L.C., Katz, K.H., & Cooney, L.M. (2001). Nurses' recognition of delirium and its symptoms. Archives of Internal Medicine, 161, 2467–2473.

438.     Milisen, K., Steeman, E., & Foreman, M.D. (2004). Early detection and prevention of delirium in older patients with cancer. European Journal of Cancer Care, 13, 494–500.

439.     Flaherty, J., Rudolph, J., Shay, B., Kamholz, K., Boockvar, M., Shaughnessy, R., … Edes, T. (2007). Delirium is a serious and underrecognized problem: Why assessment of mental status should be a sixth vital sign. Journal of the American Medical Director's Association, 8(5), 273–255.

440.     Trzepacz PT, Meagher DJ: Neuropsychiatric aspects of delirium. In: Yudofsky SC, Hales RE: The American Psychiatric Publishing Textbook of Neuropsychiatry and Behavioral Neurosciences, 5th edition. Washington DC, 2008

441.     Van Munster BC, de Rooij SE, Korevaar JC. The role of genetics in delirium in the elderly patient. Dement Geriatr Cogn Disord. 2009; 28:187–195. [PubMed: 19713702]

442.     Engel GL, Romano J. Delirium, a syndrome of cerebral insufficiency. 1959. J Neuropsychiatry Clin Neurosci 2004;16:526-38

443.     Hshieh TT, Fong TG, Marcantonio ER, Inouye SK. Cholinergic deficiency hypothesis in delirium: a synthesis of current evidence. J Gerontol A Biol Sci Med Sci. 2008; 63(7):764–772. [PubMed: 18693233]

444.     Trzepacz PT. Is there a final common neural pathway in delirium? Focus on acetylcholine and dopamine. Semin Clin Neuropsychiatry 2000;5:132-48

445.     Caeiro L, Ferro JM, Claro MI, Coelho J, Albuquerque R, Figueira ML. Delirium in acute stroke: preliminary study of the role of anticholinergic medications. Eur J neurol 2004;11:699-704

446.     Gaudreau JD, Gagnon P. Psychotogenic drugs and delirium pathogenesis: the central role of the thalamus. Med Hypothesis 2005;64:471-5.

447.     Samuels SC, Evers MM. Delirium. Pragmatic guidance for managing a common, confounding, and sometimes lethal condition. Geriatrics 2002;57:33-

448.     Tune LE. Anticholinegic effects of medication in elderly patients. J Clin Psychiatry 2001;62:11-4.

449.     Flacker JM, Lipsitz LA. Neural mechanisms of delirium: current hypotheses and evolving concepts. J Gerontol A Biol Sci Med Sci. 1999; 54a(6):B239–B246. [PubMed: 10411009]

450.     Figueroa-Ramos MI, Arroyo-Novoa CM, Lee KA, Padilla G, Puntillo KA. Sleep and delirium in ICU patients: a review of mechanisms and manifestations. Intensive Care Med. 2009; 35:781– 795. [PubMed: 19165463]

451.     Cerejeira J, Firmino H, Vaz-Serra A, Mukaetova-Ladinska EB. The neuroinflammatory hypothesis of delirium. Acta Neuropathol. 2010; 119:737–754. [PubMed: 20309566]

452.     Rudberg MA, Pompei P, Foreman MD, Ross RE, Cassel CK. The natural history of delirium in older hospitalized patients: A syndrome of heterogeneity. Age Ageing 1997;26:169-75

453.     American Psychiatric Association. Practice guidelines for the treatment of patients with delirium. Washington DC: American Psychiatric Association; 1999.

454.     Inouye SK, Charpentier PA. Precipitating factors for delirium in hospitalized elderly persons. JAMA 1996;275:852-7

455.     Dai YT, Lou MF, Yip PK, Huang GS. Risk factors and incidence of postoperative delirium in elderly Chinese patients. Gerontology 2000;46:28-35.

456.     Eden BM, Foreman MD, Sisk R. Delirium comparison of four predictive models in hospitalized critically ill elderly patients. Appl Nurs Res 1998;11:27-35.

457.     Rahkonen T, Eloniemi-Sulkava U, Halonen P, Verkkoniemi A, Niinisto L, Notkola IL, et al. Delirium in the non-demented oldest old in the general population: risk factors and prognosis. Int J Geriatr Psychiatry 2001;16:415-21.

458.     Weinrich S, Sarna L. delirium in the older person with cancer. Cancer 1994;74:2079-91

459.     Andersson E, Gustafson L, Hallberg I. Acute confusional state in elderly orthopaedic patients: factors of importance for detection in nursing care. Int J Psychiatry 2001;16:7-17

460.     Edlund A, Lundstrom M, Brannstrom B, Bucht G, Gustafson Y. Delirium before and after operation for femoral neck fracture. J Am Geriatr Soc 2001;49:1335-40.

461.     Tune L, Egeli S. Acetylcholine and delirium. Dement Geriatr Cogn Disord 1999;10:342-4.

462.     Karlsson I. Drugs that induce delirium. Demen Geriatr Cogn Disord 1999;10:412-5.

463.     Wahlund L, Bjorlin GA. Delirium in Clinical Practice: Experiences from a Specialized Delirium Ward. Dement Geriatr Cogn Disord 1999;10:389-92.

464.     Francis J. Prevention and treatment of delirium and confusional states. 2011 UpToDate Web site. Available at:
http://www.uptodate.com.offcampus.lib.washington.edu/contents/image?imageKey=PC/21653.

465.     Agostini JV, Inouye SK. Delirium. Principles of Geriatric Medicine & Gerontology. In: Hazzard WR, Blass JP, Halter JB, et al., editors. New York, NY: McGraw-Hill; 2003. pp. 1503–1515. eds. 5th ed.

466.     Smith J, Seirafi J. Delirium and dementia. Rosen's Emergency Medicine Concepts and Clinical Practices. 7th ed. In: Marx JA III, Hockberger RS, Walls RM, editors. Philadelphia, PA: Elsevier; 2010. pp. 1367–1373. eds.

467.     Sanders AB. The elder patient. Emergency Medicine: A Comprehensive Study Guide. 6th ed. In: Tintinalli JE, Kelen GD, Stapczynski JS, editors. New York, NY: McGraw-Hill; 2004. pp. 1896–1900. eds.

468.     Han JH, Zimmerman BA, Cutler N, et al. Delirium in older emergency department patients: recognition, risk, factors, and psychomotor subtypes. Acad Emerg Med. 2009;16:193–200

469.     Inouye SK, van Dyck CH, Alessi CA, et al. Clarifying confusion: the confusion assessment method. A new method for detections of delirium. Ann Intern Med. 1990;113:941.

470.     Smith J, Seirafi J. Delirium and dementia. Rosen's Emergency Medicine Concepts and Clinical Practices. 7th ed. In: Marx JA III, Hockberger RS, Walls RM, editors. Philadelphia, PA: Elsevier; 2010. pp. 1367–1373. eds.

471.     Thorne MB, Geraci SA. Acute urinary retention in elderly men. Am J Med. 2009;122:815–819.

472.     Inouye SK. Delirium in older persons. N Engl J Med. 2006;354:1157–1165.

473.     Shah K, Richard K, Edlow JA. Utility of lumbar puncture in the afebrile vs. febrile elderly patient with altered mental status: a pilot study. J Emerg Med. 2007;32:15–18

474.     Hustey FM, Meldon SW. The prevalence and documentation of impaired mental status in elderly emergency department patients. Ann Emerg Med. 2002;39:248–253

475.     American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders: DSM-IV-TR. Chicago, IL: American Psychiatric Association; 2000. pp. 135–147.

476.     Tsai L, Tsuang MT: The Mini-Mental State test and computerized tomography. Am J Psychiatry 1979; 136:436–439 [C]

477.     Hemmingsen R, Vorstrup S, Clemmesen L, Holm S, Tfelt-Hansen P, Sørensen AS, Hansen C, Sommer W, Bolwig TG: Cerebral blood flow during delirium tremens and related clinical states studied with xenon-133 inhalation tomography. Am J Psychiatry 1988; 145:1384–1390

478.     Golinger RC, Peet T, Tune LE: Association of elevated plasma anticholinergic activity with delirium in surgical patients. Am J Psychiatry 1987; 144:1218–1220 [C]

479.    Practice guideline for the treatment of patients with delirium. American Psychiatric Association.  Am J Psychiatry.  1999;156(5 suppl):1–20.

480.    Kudo S, Ishizaki T. Pharmacokinetics of haloperidol: an update. Clin Pharmacokinet 1999;37:435-456.

481.    Ely EW, Stephens RK, Jackson JC, et al. Current opinions regarding the importance, diagnosis, and management of delirium in the intensive care unit: a survey of 912 healthcare professionals. Crit Care Med 2004;32:106-112.

482.    Patel RP, Gambrell M, Speroff T, et al. Delirium and sedation in the intensive care unit: survey of behaviors and attitudes of 1384 healthcare professionals. Crit Care Med 2009;37:825- 832.

483.    Mac Sweeney R, Barber V, Page V, et al. A national survey of the management of delirium in UK intensive care units. QJM 2010;103:243-251.

484.    Inouye SK (March 2006). "Delirium in older persons". N. Engl. J. Med. 354 (11): 1157–65.

485.    Lonergan E, Luxenberg J, Areosa Sastre A, Wyller TB (2009)."Benzodiazepines for delirium". In Lonergan, Edmund.Cochrane Database Syst Rev (1): CD006379.doi:10.1002/14651858.CD006379.pub2. PMID 19160280.

486.    Shapiro BA, Warren J, Egol AB, Greenbaum DM, Jacobi J, Nasraway SA, Schein RM, Spevetz A, Stone JR: Practice parameters for intravenous analgesia and sedation for adult patients in the intensive care unit: an executive summary. Society of Critical Care Medicine. Crit Care Med 1995; 23:1596–1600

487.    Cerullo M. Expect psychiatric side effects from corticosteroid use in the elderly. Geriatrics.2008;63:15–18.

488.    Smith J, Seirafi J. Delirium and dementia. Rosen's Emergency Medicine Concepts and Clinical Practices. 6th ed. In: Marx JA III, Hockberger RS, Walls RM, editors. Philadelphia, PA: Elsevier; 2006. pp. 1645–1655. In: eds.

489.    Breitbart W, Marotta R, Platt MM, Weisman H, Derevenco M, Grau C, Corbera K, Raymond S, Lund S, Jacobsen P: A double-blind trial of haloperidol, chlorpromazine, and lorazepam in the treatment of delirium in hospitalized AIDS patients. Am J Psychiatry 1996; 153:231–237

490.    Hriso E, Kuhn T, Masdeu JC, Grundman M: Extrapyramidal symptoms due to dopamine-blocking agents in patients with AIDS encephalopathy. Am J Psychiatry 1991; 148:1558–1561

491.    Alexopoulos GS, Meyers BS, Young RC et al. 'Vascular depression' hypothesis. Arch Gen Psychiatry 1997;54:915-22.

492.    Rogers MA, Bradshaw JL, Pantelis C et al. Frontostriatal deficits in unipolar major depression. Brain Res Bull 1998;47:297-310.

493.    Vermeer SE, Koudstaal PJ, Oudkerk M et al. Prevalence and risk factors of silent brain infarcts in the population-based Rotterdam Scan Study. Stroke 2002;33:21-5.

494.    Coffey CE, Figiel GS, Djang WT et al. Subcortical hyperintensity on magnetic resonance imaging: a comparison of normal and depressed elderly subjects. Am J Psychiatry 1990;147:187-9.

495.    Tupler LA, Krishnan KR, McDonald WM et al. Anatomic location and laterality of MRI signal hyperintensities in late-life depression. J Psychosom Res 2002;53:665-76.

496.    Steffens DC, Krishnan KR, Crump C et al. Cerebrovascular disease and evolution of depressive symptoms in the cardiovascular health study. Stroke 2002;33:1636-44.

497.     O'Brien JT, Firbank MJ, Krishnan MS et al. White matter hyperintensities rather than lacunar infarcts are associated with depressive symptoms in older people: the LADIS study. Am J Geriatr Psychiatry 2006;14:834-41.

498.     Thomas AJ, O'Brien JT, Davis S et al. Ischemic basis for deep white matter hyperintensities in major depression: a neuropathological study. Arch Gen Psychiatry 2002;59:785-92.

499.     Fazekas F, Niederkorn K, Schmidt R et al. White matter signal abnormalities in normal individuals: correlation with carotid ultrasonography, cerebral blood flow measurements, and cerebrovascular risk factors. Stroke 1988;19:1285-8.

500.     Steffens DC, Bosworth HB, Provenzale JM et al. Subcortical white matter lesions and functional impairment in geriatric depression. Depress Anxiety 2002;15:23-8.

501.     Whyte EM, Pollock BG, Wagner WR et al. Influence of serotonintransporter-linked promoter region polymorphism on platelet activation in geriatric depression. Am J Psychiatry 2001;158:2074-6.

502.     Gormley N. ECT should be treatment option in all cases of refractory depression. BMJ 1998;316:233.

503.     O'Connor MK, Knapp R, Husain M et al. The influence of age on the response of major depression to electroconvulsive therapy: a C.O.R.E. Report. Am J Geriatr Psychiatry 2001;9:382-90.

504.     Tew JD, Jr., Mulsant BH, Haskett RF et al. Acute efficacy of ECT in the treatment of major depression in the old-old. Am J Psychiatry 1999;156:1865-70.

505.     van Schaik DJ, van Marwijk HW, Beekman AT et al. Interpersonal psychotherapy (IPT) for late-life depression in general practice: uptake and satisfaction by patients, therapists and physicians. BMC Fam Pract 2007;8:52.

506.     Gellis ZD, McGinty J, Horowitz A et al. Problem-solving therapy for late-life depression in home care: a randomized field trial. Am J Geriatr Psychiatry 2007;15:968-78.

507.     Alexopoulos GS, Katz IR, Reynolds CF, 3rd et al. Pharmacotherapy of depression in older patients: a summary of the expert consensus guidelines. J Psychiatr Pract 2001;7:361-76.

508.     Thompson LW. Cognitive-behavioral therapy and treatment for late-life depression. J Clin Psychiatry 1996;57(Suppl. 5):29-37.

509.     Cuijpers P, van Straten A, Smit F. Psychological treatment of latelife depression: a meta-analysis of randomized controlled trials. Int J Geriatr Psychiatry 2006;21:1139-49.

510.     Robinson RG, Jorge RE, Moser DJ et al. Escitalopram and problem- solving therapy for prevention of poststroke depression: a randomized controlled trial. JAMA 2008;299:2391-400.

511.     Katon WJ. Clinical and health services relationships between major depression, depressive symptoms, and general medical illness. Biol Psychiatry 2003;54:216-26.

512.     Unutzer J, Katon W, Williams JW, Jr. et al. Improving primary care for depression in late life: the design of a multicenter randomized trial. Med Care 2001;39:785-99.

513.     Unutzer J, Katon W, Callahan CM et al. Collaborative care management of late-life depression in the primary care setting: a randomized controlled trial. JAMA 2002;288:2836-45.

514.    Bruce ML, Ten Have TR, Reynolds CF, 3rd et al. Reducing suicidal ideation and depressive symptoms in depressed older primary care patients: a randomized controlled trial. JAMA 2004;291: 1081-91.

515.    Alexopoulos GS, Katz IR, Bruce ML et al. Remission in depressed geriatric primary care patients: a report from the PROSPECT study. Am J Psychiatry 2005;162:718-24.

516.    Jack CR Jr, Petersen RC, Xu Y, et al. Rates of hippocampal atrophy correlate with change in clinical status in aging and AD. Neurology2000;55:484-9.

517.    Klunk WE, Price JC, DeKosky ST, et al. The applications of amyloid-imaging to the diagnosis and treatment of Alzheimer's disease. Alzheimers Demen2005;1(Suppl):5.

518.    Seshadri S, Beiser A, Selhub J, et al. Plasma homocysteine as a risk factor for dementia and Alzheimer's disease. N Engl J Med2002;346:476-83.

519.    Rogaeva E, Meng Y, Lee JH, et al. The neuronal sortilin-related receptor SORL1 is genetically associated with Alzheimer's disease. Nat Genet2007;39:168-77.

520.    Baker M, Mackenzie IR, Pickering-Brown SM, et al. Mutations in progranulin cause tau-negative frontotemporal dementia linked to chromosome 17. Nature2006;442:916-9.

521.    Mackenzie IR, Baker M, West G, et al. A family with tau-negative frontotemporal dementia and neuronal intranuclear inclusions linked to chromosome 17. Brain2006;129:853-67.

522.    Areosa SA, Sherriff F, McShane R. Memantine for dementia. Cochrane Database Systematic Reviews 2005 Jul 20; (3): CD003154.

**Self Evaluation Exercises**

Select the best answer for each question and check your answers at the bottom of the page.

You do not need to submit this self-evaluation exercise with your participant sheet.

1. Alzheimer's disease is one of the many different forms of dementia.
        True                        False

2. Alzheimer's disease is the most common form of dementia.
        True                        False

3. Hallucinations and/or delusions are the earliest symptoms of Alzheimer's disease.

    True                False

4. Dementia is static and cannot progressively get better or worse.
    True                False

5. At present, approximately 1 million people in US have Alzheimer's disease.
    True                False

6. Creutzfeldt-Jakob disease is the most common disease leading to rapidly progressive dementia.
    True                False

7. Depression is the biggest risk factor for dementia.
    True                False

8. MRI is considered the "gold standard" for diagnosing dementia.
    True                False

9. The tests routinely recommended by the American Academy of Neurology for all patients with suspected dementia are TSH, Free T3, and T4.
    True                False

10. Dementia of the Alzheimer's Type is characterized by memory impairment, gradual onset, and continual cognitive decline.
    True                False

11. Both apraxia and aphasia are diagnostic criterion for Vascular Dementia.
    True                False

12. Antipsychotic medications may be prescribed to control behavior problems in the elderly with dementia.
    True                False

13. Currently, there are several approved medications that may be prescribed to slow down the worsening of dementia symptoms.
    True                False

14. Only Donepezil has been researched and approved to cure dementia.
    True                False

15. Only Donepezil has been researched and approved to be prescribed in all the stages of dementia.
    True                False

16. All antidepressants should be avoided in elderly patients with dementia.
    True                False

17. Schizophrenia is the most frequent underlying cause of pseudodementia in the elderly.
    True                False

18. Pseudodementia is frequently seen in young adults.
    True                False

19. Ganser syndrome is a rare dissociative disorder usually seen in men.
    True              False

20. Antidepressants are the most common therapeutic option for the treatment of pseudodementia.
    True              False

1.T  2.T  3.F  4.F  5.F  6.T  7.F  8.F  9.F  10.T  11.T  12.T  13.T  14.F  15.T
16.F  17.F  18.F  19.T  20.T

CASE NO. 0:15-cv-61165-WPD
NetCE'S EXHIBIT 189

## Gastroesophageal Reflux Disease  (GERD):

## A Comprehensive Review

## 6 Contact Hours

**Learning Objectives**

1. Describe the epidemiology of GERD.
2. Define the etiology and pathophysiology of GERD.
3. Recognize and compare the most common signs and symptoms of early onset versus late onset GERD.
4. Distinguish between erosive and ulcerative esophagitis.
5. Characterize the signs and symptoms present in the progression of GERD.
6. Identify and describe the effectiveness of the diagnostic tests and criteria used to diagnosis GERD.
7. Evaluate the various non-surgical treatment options of GERD.
8. Discuss various lifestyle modifications for patients with minor to moderate GERD.
9. Describe pharmacologic treatment options for GERD (i.e. PPI's, H2 blockers, etc.).
10. Describe the effectiveness of monitoring disease progression of GERD.
11. Develop optimal treatment plans for individual patients with GERD based on their presenting symptomology and disease stage.
12. Examine new advancements in treatment options and early detection of GERD.
13. Design methods for educating patients on the regimens that improve patient compliance and prognosis outcomes.

**Biography**

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and completed his clinical clerkship training in various teaching hospitals throughout New York, including King's County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria passed all USMLE medical board exams on the first attempt, and he served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field, including faculty member and department chair. Dr. Jouria continues to serves as a subject matter expert for several continuing education organizations covering multiple basic medical sciences. He also developed several continuing medical education courses covering various topics in clinical medicine. The University of Miami/Jackson Memorial Hospital's Department of Surgery recently contracted Dr.

Jouria to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on Human Anatomy & Physiology.

## Introduction

Gastroesophageal reflux disease (GERD) is one of the most frequent disorders treated by gastroenterologists. GERD can be defined as a group of symptoms or complications that develops due to the retrograde flow of gastro-duodenal contents into the esophagus or beyond, into the adjacent organs, causing spectrum of troublesome symptoms and complications, with or without tissue damage [1-2]. GERD can also be categorized as NERD, or nonerosive disease, and ERD (erosive reflux disease).  NERD is the most common form of GERD, and is characterized by the presence of classic GERD symptoms in the absence of erosions on endoscopy.  On the other hand, ERD, or erosive reflux disease, is characterized by the presence of classic GERD symptoms in the presence of erosions on endoscopy.

**Natural History and Disease Course**
The natural history of GERD is still not clear [3]. Two different hypotheses have been propounded for the natural history of GERD. The traditional concept considers GERD as a spectrum, with the potential disease progression over time of the disease spectrum [4]. Nonerosive reflux disease (NERD) represents the mild end of the spectrum, whereas patients with complicated GERD (erosive esophagitis, stricture, and Barrett's esophagus) represent the severe end of the spectrum [5].  This natural course of GERD is based on the extent and severity of esophageal mucosal injury. A recent research cohort study demonstrated that true progression of GERD from mild to severe disease and even to Barrett's esophagus occurred over two years' follow up [5].

In contrast, a new concept has emerged which considers that GERD is a categorical disease with three distinct phenotypic presentations: NERD (Nonerosive reflux disease); EE, or erosive esophagitis; and Barrett's esophagus. NERD is a subcategory of GERD, characterized by reflux symptoms with no visible esophageal injury (absence of mucosal lesions or breaks) detected by endoscopy and without recent effective acid suppressive therapy. Erosive esophagitis is characterized by the presence of esophageal mucosal injury detected by endoscopy. Barrett's esophagus is a complication of chronic GERD and a type of intestinal metaplasia, which is a precursor condition for carcinoma. In this condition, the healthy epithelial squamous cells are replaced by intestinal columnar epithelium, which can be detected by endoscopy. According to this theory, GERD is not a spectrum of disease, as only few cases of NERD (10%) progress to erosive esophagitis over time. These three entities represent different disorders, and movement among them is limited, indicating that those entities, once determined, remain true to form [6, 7]. Reflux symptoms usually recur after the treatment is discontinued; however, the patient relapses in the same entity only. This concept focuses on the mechanisms leading to symptom generation. Recent research has concluded that GERD usually does not progress over  time [8]. This finding considers that GERD is a chronic disease but not

progressive.  In addition, the reflux symptoms tend to recur, but the findings of endoscopy do not indicate disease progression in the majority of cases.

Other clinical studies also observed that NERD progresses to erosive in approximately 10% of GERD patients. The majority of GERD patients do not progress and remain well within their respective phenotypic presentations [9]. GERD patients with severe esophagitis are particularly vulnerable to develop a stricture. A small fraction of such patients (approximately 1% per year) develop a stricture, which is generally caused by an interrupted acid suppressive therapy [8]. Long-standing reflux symptoms are considered a major risk factor for the development of Barrett's esophagus. Prolonged acid exposure and perhaps alkaline injury causes significant change of exposed esophageal mucosa. The normal squamous epithelium is gradually replaced by columnar epithelium. In addition, impaired esophageal peristalsis and gastric motility also contribute to the development of Barrett's esophagus. In certain cases, even with pharmacotherapy, the presence of acid reflux causes sustained and continuous injury to the esophageal mucosa with its associated esophageal dysmotility [10]. This also plays an important role in the development of Barrett's esophagus. Barrett's esophagus greatly increases the risk of esophageal adenocarcinoma. The presence of Barrett's esophagus increases the incidence of adenocarcinoma to 40 fold that of the general population. Approximately 10% of patients with Barrett's esophagus have coexistent adenocarcinoma at the time of initial endoscopy [11].

| Parameter | Characteristic of NERD | Characteristic of EE |
|---|---|---|
| **Gender** | More females | More males |
| **Age** | Younger | Older |
| **Weight** | Leaner | Overweight |
| **Smoking** | No difference | No difference |
| **Alcohol consumption** | No difference | No difference |
| **Symptom duration** | Shorter | Longer |
| **Hiatal hernia** | Less common | More common |
| **Helicobacter pylori infection** | No difference | No difference |
| **Lower esophageal sphincter resting pressure** | Normal | Lower |
| **Distal amplitude contractions** | Slightly reduced | Lower |
| **Motility abnormalities** | Slightly increased | Increased |
| **Distal esophageal acid exposure (total, supine, and erect)** | Mildly increased | Increased |
| **Duodenogastroesophageal reflux** | Slightly increased | Increased |

**Role of Natural Anti-Reflux Mechanisms**

Most healthy individuals experience gastroesophageal reflux to a varying degree; however, a protective barrier between the stomach and the esophagus shields the organs from the acid. Esophageal clearance is enhanced by peristaltic movement (peristalsis) and salivary production. A valve mechanism regulates the gastric content moving between the esophagus and the stomach.  The key components of this valve are the lower esophageal sphincter (LES), the diaphragm, the angle of His, the Gubaroff valve, and the phrenoesophageal membrane.

     **Peristalsis.** Esophageal peristalsis plays a key role in the anti-reflux mechanism, as it regulates esophageal clearance of the refluxate. Defective or impaired peristaltic movement is linked with severe GERD that leads to a number of GERD-related symptoms and significant mucosal damage [12]. This association between the peristalsis and GERD is the reason that certain systemic diseases such as scleroderma [13] impair peristalsis, leading to high prevalence and severity of GERD. Approximately 40-50% of patients with GERD have impaired peristalsis [12], which causes slower esophageal clearance and prolongs the contact time of the refluxate with the esophageal mucosa. Furthermore, the refluxate usually reaches the upper esophagus and pharynx, causing mucosal injury and sometimes extra-esophageal symptoms such as asthma or cough [14, 15]. It is not known whether impaired esophageal motility is a primary condition that causes GERD, or it develops due to prolonged esophageal inflammation. Currently,  no drug treatment exists that can improve esophageal peristalsis [16, 17]. However, effective fundoplication may improve the impaired peristalsis in the majority of patients [18].

     **Lower Esophageal Sphincter (LES).** The lower esophageal sphincter is a small segment of smooth muscle present at the distal end of the esophagus [19] that prevents reflux by creating a high pressure zone between the esophagus and the stomach. However, a normal LES pressure cannot always prevent GERD, because abnormal transient relaxation may develop, leading to GERD. Several studies demonstrated that a mechanically incompetent LES is progressively associated with severe mucosal damage [15].

| Substances that Influence Lower Esophageal Sphincter Pressure (LESP) | | |
|---|---|---|
| | **Increase LESP** | **Decrease LESP** |
| **Hormones** | Gastrin, motilin, substance P | Secretin, cholecystokinin, glucagon, gastric inhibitory polypeptide, vasoactive intestinal polypeptide, progesterone |
| **Neural agents** | Alpha-adrenergic agonists, beta-adrenergic antagonists, cholinergic antagonists | Alpha-adrenergic antagonists, beta-adrenergic agonists, cholinergic antagonists, serotonin |
| **Medications** | Metoclopramide, domperidone, prostaglandin F2a, cisapride | Nitrates, calcium channel blockers, theophylline, morphine, meperidone, diazepam, barbiturates |

| **Foods** | Protein | Fat, chocolate, ethanol, peppermint |
|---|---|---|

### Diaphragm

The diaphragm protects against reflux caused by abrupt increases in intra-abdominal pressure [20]. This protective mechanism is impaired by hiatal hernia.

### Increased Thoracoabdominal Pressure Gradient

Abnormal gastric emptying can increase intra-gastric pressure resulting in GERD. Clinicians should advise individuals with suspected abnormal gastric emptying should have an ultrasound [21] or nuclear markers done [22]. There is a close association with increasing BMI, or body mass index, and prevalence of GERD and its complications [23-25]. Several studies concluded that compared to non-obese patients with GERD, morbidly obese patients with GERD have a higher incidence of transient LES relaxation, incompetent LES, and impaired esophageal motility [26, 27]. A recent analysis reported that the severity of GERD is closely associated with BMI [28], which indicates that obesity plays an independent role in the pathophysiology of GERD, predominantly via increased abdominal pressure [23, 29]. Recent clinical studies also observed that approximately 70% of patients with end-stage lung disease have GERD [30].

### Role of Mucosal Damage

A direct relationship exists between the degree/severity of esophagitis with acid exposure [31]; however, it is still unknown whether mucosal inflammation is a consequence or cause of GERD. Pathogenesis of esophagitis is linked with esophageal body dysmotility [15].

### Role of the Refluxate

Gastro-esophageal refluxate contains hydrochloric acid, pepsin, bile salts, and pancreatic enzymes which cause esophageal mucosal injury [31] and related symptoms [32]. Prolonged esophageal mucosal injury can also lead to Barrett's esophagus [33] and esophageal adenocarcinoma [34]. The degree and extent of mucosal injury is associated with the volume of the refluxate and the patterns of esophageal exposure. Individuals have a greater likelihood of "feeling" a reflux if the refluxate has a large volume and a high proximal extent [31].

### Role of Hiatal Hernia

GERD and hiatal hernia were previously considered as a single entity [35,36]. It is now known that hiatal hernia can impair a majority of the anti-reflux mechanisms, and is an independent factor for GERD [31]. Hiatal hernia is associated with early GERD recurrence and failure of pharmacotherapy for GERD [34]. The presence and size of a hiatal hernia is linked with impaired peristalsis, incompetent LES, more severe mucosal damage, and increased gastric acid exposure [36].

### Role of Helicobacter Pylori

The association of GERD and *Helicobacter pylori* (*H. pylori*) is still not clear. Some researchers suspect that *H. pylori* infection contributes in the prevention of GERD; others

find no association between the two entities [37,38]. Some studies observed that *H. pylori* infection is inversely linked with reflux esophagitis [37].Some research studies indicate that *H. pylori* infection plays a protective role in patients with GERD [37]. Several recent meta-analyses reported that *H. pyloriare* associated with almost 50% reduction in cancer risk [39].

| **Important Facts Regarding Pathogenesis of GERD** |
|---|
| • GERD is a sensory-motor disorder.<br>• Anatomical abnormalities such as hiatal hernia can worsen esophageal reflux and GERD.<br>• The three categores of GERD include:<br>   1. Nonerosive reflux disease (NERD).<br>   2. Erosive esophagitis.<br>   3. Barrett's esophagus.<br>• Functional heartburn, residual reflux, and concomitant bowel disorders frequently contribute in the treatment failure with PPIs. |

**Other Related GERD Factors**

Eating and lifestyle**.** Eating habits and lifestyle issues play an important role in GERD physiopathology and are considered risk factors for GERD.

**Eating habits**. Different foods can influence the reflux and its related symptoms. Some foods, such as fatty foods, chocolate, peppermint, and alcohol seem to reduce lower esophageal sphincter pressure. In addition, fatty foods slow down the gastric emptying. All these factors may trigger or exacerbate symptoms of GERD. High dietary fat intake is also linked to higher risk of GERD and erosive esophagitis [40].

Coffee is also considered to increase heartburn in GERD patients [41]. Intake of carbonated soft drink is a predictor of heartburn during sleep in patients with GERD [42].

Alcohol consumption. Alcohol consumption, especially when taken excessively long term, is a risk factor for GERD and its associated complications [43, 44]. Alcohol damages the esophageal mucosa and increases the risk of mucosal injuries. Furthermore, it reduces LES pressure and esophageal motility [45, 46] leading to slow esophageal clearance [47]. In an Irish case-control study, researchers observed that only binge drinking and high liquor consumption increased the risk of esophagitis to approximately two fold, whereas intake of wine reduced the risk of reflux esophagitis, Barrett's esophagus, and esophageal adenocarcinoma.

Smoking. Smoking increases the risk of GERD [44, 48, 49]. In a recent case-control study, researchers observed that the risk of developing GERD was greater among smokers who smoked daily for more than 20 years compared with non-smokers [49]. Smoking promotes acid reflux by reducing the LES pressure [50]. In addition, smoking may reduce salivary secretion that leads to poor esophageal clearance [51].

Physical exercise. Physical exercise is considered to be a protective factor against gastric reflux [49]. Interestingly, it has been observed that esophageal acid exposure greatly increases in healthy volunteers and GERD patients when exercising when compared with non-exercise periods [52].

Medications. Certain medications interfere with the functioning of EGJ and play an important role in the development of GERD [53]. It has been observed that use of asthma medication is associated with development of Barrett's esophagus [54] and esophageal adenocarcinoma [55].

**Medications and Their Effects on Esophagogastric Junction Functions**

| Medications | Effects |
|---|---|
| <ul><li>Nitrates.</li><li>Calcium channel blockers (CCBs).</li><li>Anticholinergics.</li><li>β adrenergic agonists.</li><li>Theophylline.</li><li>Morphine.</li><li>Benzodiazepines.</li></ul> | Decrease lower esophageal sphincter pressure. |
| <ul><li>Sumatriptan.</li></ul> | Increase transient esophageal lower sphincter. |

## Epidemiology

GERD affects approximately 10% to 20% of the western population and 0.4% newly develop the condition [56]. People in the age group of 60-70 are most commonly affected by this disease [57]. In the US, approximately 20% of people experience GERD symptoms in a given week and 7% every day [56]. Recent research studies report that approximately 25-40% of Americans experience symptomatic GERD at some point during their lives. Males and females almost equally experience GERD. However, the male-to-female incidence ratio for esophagitis is around 2:1-3:1 and for Barrett esophagus is 10:1. Compared to others, Caucasian males are more susceptible to Barrett esophagus and adenocarcinoma. GERD is seen in all age groups. The prevalence of GERD increases with age.

## Symptoms of GERD

Most frequent symptoms of GERD:

- Heartburn [58], i.e. a burning sensation in the throat and chest.
- Regurgitation, or a feeling of acid or stomach contents backing up into the esophagus).
- Trouble swallowing (dysphagia).

Less common symptoms of GERD:

- Chest pain that feels like angina (heart pain): tightness, pressure, heaviness.
- Asthma (bronchospasm).
- Chronic (recurring) nausea [59] and vomiting.
- Hematochezia i.e. blood in the stool.
- Hematemesis i.e. blood in the vomit.
- Hoarseness (laryngitis).
- Chronic cough.
- The sense that there is a lump in the throat or the need to frequently clear the throat.
- Frequent belching.
- Increased salivation.
- Sleep apnea, which is the repeated but temporary interruption of breathing during sleep. Sleep apnea can lead to restless sleep, morning headaches, and afternoon drowsiness.
- Iron deficiency in the blood (anemia) caused by chronic blood loss from ulcers in the esophagus.
- A sour or bitter taste in the mouth.

The two major symptoms of GERD are heartburn and regurgitation. Clinically troublesome heartburn is observed in approximately 6% of the population [60]. Regurgitation is seen in 16% of cases. Chest pain can be the presenting symptom in some cases [61, 62]. Clinicians must distinguish cardiac from non-cardiac chest pain before considering GERD. Dysphagia is generally seen in uncomplicated GERD; however, clinicians should perform appropriate tests and investigations to rule out any motility disorder, Schatzki ring, stricture, or malignancy [63]. Extra-esophageal symptoms such as chronic cough, asthma, and chronic laryngitis are also seen in GERD patients. Patients may also report atypical symptoms such as epigastric pain, dyspepsia, belching, bloating, and nausea in GERD, but these overlap with other medical conditions. Dyspepsia is another symptom more frequently seen in GERD patients than those without. Epigastric pain, belching, bloating, and early satiety indicate GERD if they respond to a PPI (proton pump inhibitor) trial [64].

GERD, if experienced daily or more than two days a week, can significantly lower the work productivity of an individual. Nocturnal GERD significantly affects the quality of life compared with daytime symptoms; therefore, clinicians should always evaluate GERD patients for nocturnal GERD symptoms and sleep disturbances [65].

Several research studies have observed that symptom frequency generally remains unchanged with aging; however, the intensity of GERD symptoms may reduce after the age of 50 [66]. The prevalence rate of erosive esophagitis increases with aging [67]. Similarly, the prevalence rate of Barrett's esophagus increases after age 50, especially in Caucasian men [68].

The symptoms of GERD differ somewhat in children. GERD symptoms in children vary with the age of the child. Children with GERD do not necessarily experience troublesome symptoms until late childhood or early adolescence. Children with GERD typically cry and have poor appetite and sleep disturbance. Some of the common signs and symptoms in young children and infants include:

- Crying (typical or atypical) and/or irritability.
- Apnea and/or bradycardia.
- Failure to thrive, decreased  appetite.
- Apparent life-threatening event.
- Vomiting.
- Wheezing.
- Stridor.
- Abdominal and/or chest pain.
- Recurrent pneumonitis.
- Sore throat, hoarseness.
- Chronic cough.
- Water brash.
- Sandifer syndrome.

Older children may also experience heartburn and a history of vomiting, regurgitation, bad teeth, and halitosis.

**Grading of Severity and Frequency of Heartburn**

| Grading of Severity |
| --- |
| 0: No symptoms |
| 1: Mild symptoms, easily tolerated and do not interfering with normal daily activities or sleep. |
| 2: Moderate symptoms, cause some discomfort and minimally interfere with normal daily activities or sleep. |
| 3: Severe symptoms cause much discomfort and interrupt normal daily activities. |
| **Grading of Frequency** |
| 0: Absent |
| 1: <2 days a week. |
| 2: 2-4 days a week. |
| 3: >4 days a week to daily symptoms. |
| 4: More than once a day. |

## Diagnosis

Physicians diagnose GERD with the help of typical symptomatology, endoscopy findings, ambulatory reflux monitoring, and response to PPI or antisecretory therapy.

| **Establishing the Diagnosis of Gastroesophageal Reflux Disease (GERD)** |
|---|
| 1. A presumptive diagnosis of GERD can be established in the setting of typical symptoms of heartburn and regurgitation. Empiric medical therapy with a proton pump inhibitor (PPI) is recommended in this setting (strong recommendation, moderate level of evidence). |
| 2. Patients with non-cardiac chest pain suspected due to GERD should have diagnostic evaluation before institution of therapy (conditional recommendation, moderate level of evidence). A cardiac cause should be excluded in patients with chest pain before the commencement of a gastrointestinal evaluation (strong recommendation, low level of evidence). |
| 3. Barium radiographs should not be performed to diagnose GERD (strong recommendation, high level of evidence). |
| 4. Upper endoscopy is not required in the presence of typical GERD symptoms. Endoscopy is recommended in the presence of alarm symptoms and for screening of patients at high risk for complications. Repeat endoscopy is not indicated in patients without Barrett's esophagus in the absence of new symptoms (strong recommendation, moderate level of evidence). |
| 5. Routine biopsies from the distal esophagus are not recommended specifically to diagnose GERD (strong recommendation, moderate level of evidence). |
| 6. Esophageal manometry is recommended for preoperative evaluation, but has no role in the diagnosis of GERD (strong recommendation, low level of evidence). |
| 7. Ambulatory esophageal reflux monitoring is indicated before consideration of endoscopic or surgical therapy in patients with non-erosive disease, as part of the evaluation of patients refractory to PPI therapy, and in situations when the diagnosis of GERD is in question (strong recommendation, low level of evidence). Ambulatory reflux monitoring is the only test that can assess reflux symptom association (strong recommendation, low level of evidence). |
| 8. Ambulatory reflux monitoring is not required in the presence of short or long-segment Barrett's esophagus to establish a diagnosis of GERD (strong recommendation, moderate level of evidence). |
| 9. Screening for *Helicobacter pylori* infection is not recommended in GERD patients. Treatment of *H. pylori* infection is not routinely required as part of anti-reflux therapy (strong recommendation, low level of evidence). |

Heartburn and regurgitation, mainly post-prandial, particularly after a large and fatty meal, are the most reliable symptoms of GER\D to make a presumptive diagnosis based

on history alone. The sensitivity of these two symptoms for the presence of erosive esophagitis hovers around 30–76% and the specificity ranges from 62–96% [69]. PPI trial is a reasonable approach to confirm GERD in such cases. Non-cardiac chest pain can be the presenting symptom of GERD. GERD patients with dysphagia should undergo endoscopy to rule out a GERD complication. Other GERD symptoms are not as reliable.

**Endoscopy**

Clinicians frequently use upper gastrointestinal endoscopy or esophagogastroduodenoscopy (EGD) to diagnose GERD. It is recommended for patients who are refractory to treatment or have alarm symptoms such as dysphagia, anemia, hematochezia, wheezing, weight loss, or voice changes [70]. Endoscopy can confirm the diagnosis of GERD by illustrating complications of reflux such as Barrett esophagus, esophagitis, etc.  It is also helpful for assessing anatomical changes which are seen in hiatal hernia, strictures, etc. Endoscopy is the first choice for evaluating GERD, grading esophagitis (Los Angeles classification system), and detecting Barrett's esophagus. The majority of patients with GERD have a normal looking esophagus; therefore, EGD usually doesn't help in diagnosing GERD. However, esophagitis or inflammation of the esophagus points towards GERD. In some cases, erosions or ulcers can also be seen, which clearly indicates GERD. Endoscopy can also detect many of the GERD complications, such as ulcers, esophageal strictures, and Barrett's esophagus.  Biopsies can also be obtained.  EGD caused by other conditions such as gastric or duodenal cancer can also be diagnosed with endoscopy. Some gastroenterologists and physicians recommend either once-in-a-lifetime or 5- to 10-yearly endoscopy for patients with longstanding GERD, to detect dysplasia or Barrett's esophagus. Endoscopy is the preferred initial investigation, as it increases the likelihood of endoscopic biopsy and cytology brushings. However, a negative endoscopy does not rule out the probability of NERD (nonerosive reflux disease).

---

**Generally Recommended Indications for Upper Gastrointestinal Endoscopy in GERD**

- Any suspicion of GERD complications or GERD-related malignancy.
- Presence of alarming signs, including significant weight loss, anemia, upper gastrointestinal bleeding, or melena.
- Recent change in character of symptoms.
- Age of onset after 40 years
- Long-term GERD symptoms (more than five years).
- Family history of GERD-related cancer.
- Suspicion of concomitant upper GI lesions.
- Before anti-reflux surgery.
- Equivocal diagnosis.
- Patient reassurance.

**"MUSE" Esophagitis Classification System**

| Degree of Severity | Metaplasia | Ulcer | Stricture | Erosions |
|---|---|---|---|---|
| 0. Absent | $M_0$ Absent | $U_0$ Absent | $S_0$ Absent | $E_0$ Absent |
| 1. Mild | $M_1$ One fold | $U_1$ Junctional | $S_1 > 9$ mm | $E_1$ One fold |
| 2. Moderate | $M_2 >$ Two folds | $U_2$ Barrett's ulcer | $S_2 < 9$ mm | $E_2 >$ Two folds |
| 3. Severe | $M_3$ Circumferential | $U_3$ Combined | $S_3$ Stricture and short esophagus | $E_3$ Circumferential |

Metaplasia, Ulceration, Stricturing, and Erosions are assessed and graded independently according to the degree of severity: 0 - absent, 1 - mild, 2 - moderate, 3 - severe. The absence or presence, along with location, of a hiatus hernia is also to be recorded.

| Savary-Miller and Los Angeles (LA) Classifications of Endoscopic GERD |
|---|
| **Savary-Miller Classification** |
| **Grade 1:** One or more supravestibular reddish spots, with or without exudates. |
| **Grade 2:** Erosive and exudative lesions in the distal esophagus that may be confluent but not circumferential. |
| **Grade 3:** Circumferential erosions in the distal esophagus covered by hemorrhagic and pseudomembranous exudates. |
| **Grade 4:** Presence of chronic complications such as deep ulcers, stenosis, or scarring with Barrett's metaplasia. |
| **Los Angeles (LA) Classification** |
| **Grade A:** One or more mucosal breaks ≤ 5 mm in length. |
| **Grade B:** At least one mucosal break> 5 mm long, but not continuous between the tops of adjacent mucosal folds. |
| **Grade C:** At least one mucosal break that is continuous between adjacent mucosal folds, but not circumferential (< 75% of periphery). |
| **Grade D:** Mucosal breaks that involve at least three-quarters of the luminal circumference. |
| **Note:** Ulcers, strictures, Barrett's metaplasia, and other findings are reported as an adjunct to each grade. |

**Biopsies**

Endoscopic biopsies don't work well for identifying GERD, but they effectively identify other conditions that result in esophageal inflammation. Esophageal biopsies also detect any change in Barrett's esophagus and cellular damage.

**X-rays**

X-ray is not preferred, as it doesn't work well to identify GERD, unusual reflux, and esophagitis. However, it is effective in cases of gastric ulcers and esophageal strictures, when coupled with an endoscopic biopsy. Barium swallow is helpful in cases of extrinsic esophageal compression that might reflect GERD signs and hiatus hernia, which is not a standard sign of GERD.

**Ambulatory esophageal pH monitoring**

This is considered most effective for GERD diagnosis and measures level of acid present in the esophagus and monitors treatment progress. Its sensitivity for GERD is almost 96% and is able to identify laryngopharyngeal reflux. In some GERD cases, acid reflux is found in lesser amounts in patients compared to healthy persons. In these cases, diagnosis becomes more effective.

GERD is detected if the presence of episodes of heartburn correspond with acid reflux as detected by esophageal pH monitoring. 10% to 20% of cases do not show improvement because of poor or delayed treatment that causes increases in acid formation. Esophageal pH monitoring thus is the better option. The presence of higher acid reflux suggests that treatment is  effective and the diagnosis of GERD is correct.

Esophageal pH monitoring, conducted for 24 hours, also detects GERD and its symptoms if heartburn appears with acid reflux. If GERD is present with over 50% to 70%  of symptoms within five minutes of acid reflux, both GERD symptoms and acid reflux are positively related. The technique also detects endoscopic GERD treatment. Symptomatic relief happens in 20%  of patients, which is monitored by esophageal PH monitoring. If esophagitis is confirmed by endoscopy, esophageal pH monitoring is not required.   .

The American Gastroenterological Association suggests esophageal pH monitoring for the following reasons:
 (1) Assessing acid reflux.
 (2) Evaluation after anti-reflux surgery.
 (3) Assessing patients having normal or equivocal endoscopic symptoms and poor
      results of proton pump inhibitor (PPI) therapy.
 (4) Identifying acid reflux and chest pain.
 (5) Assessing suspected otolaryngologic manifestations.
 (6) Detecting concomitant GERD in patients having reflux-induced asthma acid
      suppression assessment.

Esophageal pH monitoring is done via the three most common techniques:

 (1) 24 hours single-sensor pH monitoring via pH catheter.

(2) 24 hours dual-sensor pH monitoring via pH catheter.
(3) 48 hours of wireless pH monitoring via Bravo pH capsule or 24-96 hours via OMOM pH monitoring capsule.

| Test | Normal Findings | Abnormal Findings |
|---|---|---|
| Esophageal pH monitoring | The pH of the esophagus is not acidic. If acid is placed in the stomach, the pH of the esophagus does not go down. | The pH of the lower esophagus is frequently acidic. If acid is placed in the stomach, the pH of the lower esophagus goes down. |
| Esophageal manometry | The pressure of the muscle contractions that move food down the esophagus is normal. The muscle contractions follow a normal pattern down the esophagus. The pressure at the lower esophageal sphincter (LES) is normal. | Muscle spasms are present in the esophagus. Contractions along the esophagus are weak or uncoordinated. The LES pressure is low. The LES pressure is high and fails to relax after swallowing |

**Esophageal Manometry or Esophageal motility Testing**
Esophageal manometry determines the functioning of esophageal muscles. It measures the strength and pattern of muscle contractions in the esophagus. Manometry to determines the lower esophageal sphincter (LES) pressure and detects any esophageal motility disorders that help in better surgical planning. In addition, the test assesses propagation of esophageal swallows and amplitudes. It can detect the following changes:
- Weakness in the LES (lower esophageal sphincter), which facilitates acid to reflux into the esophagus.
- Weak or poor esophageal muscle contractions during swallowing that cause ineffective clearance of food or acid from the esophagus.
- Abnormally strong contractions (spasms) that may lead to chest pain or dysphagia.

Common indications for esophageal manometry and prolonged pH monitoring include:
- Symptom persistence in patients on adequate drug treatment, such as PPI therapy.
- Symptoms recurrence after discontinuation of acid-reducing medications.
- Investigation of atypical symptoms, such as asthma or chest pain, in patients who do not have esophagitis.
- Confirmation of GERD in preparation for anti-reflux surgery.
.
**Gastric Emptying Studies**
Gastric emptying studies  determine how well food empties from the stomach. Gastroesophageal reflux scintigraphy is performed with a meal (acidified orange juice for adults and milk for infants and children) labeled with technetium-99m sulfur colloid. This non-invasive study is generally conducted on infants and children. It helps to assess the degree of acid reflux. It can also detect pulmonary aspiration by imaging over the lungs.

It is useful in identifying patients who have symptoms because of impaired emptying of the stomach rather than GERD. This study is still debatable and is not a preferred test for the diagnosis of GERD.

The Gastroesophageal Reflux Disease Questionnaire (GerdQ) is a six-item questionnaire that helps to detect GERD. The questionnaire encompasses frequency of GERD symptoms over one week, i.e. the past seven days. Positive score indicates and recommends a pH impedance test to confirm the results and determine disease severity. GerdQ is a useful tool for the diagnosis of GERD with accuracy comparable to the accuracy of diagnosis of GERD by the gastroenterologist. In addition, GerdQ is useful in assessing the overall impact of disease on the patient's life and aids selecting optimal GERD treatment as well as direct assessment of treatment efficacy.

**GerdQ Questionnaire**

| | How many times does this occur per week? | | | |
|---|---|---|---|---|
| **Symptom** | **0 days** | **1 day** | **2 or 3 days** | **4 to 7 days** |
| Burning feeling behind the breastbone (heartburn) | 0 | 1 | 2 | 3 |
| Stomach contents moving up to the throat or mouth (regurgitation) | 0 | 1 | 2 | 3 |
| Pain in the middle of the upper stomach area | 3 | 2 | 1 | 0 |
| Nausea | 3 | 2 | 1 | 0 |
| Trouble getting a good night's sleep because of heartburn or regurgitation | 0 | 1 | 2 | 3 |
| Need for over-the-counter medicine for heartburn or regurgitation (such as Tums, Rolaids, Maalox, or other antacids), in addition to the medicine your doctor prescribed | 0 | 1 | 2 | 3 |

GerdQ < 8: low probability for GERD
GerdQ ≥ 8 and ≤ 3 on questions 5 and 6 (impact questions): GERD with low impact on daily life
GerdQ ≥ 8 and ≥ 3 on questions 5 and 6 (impact questions): GERD with high impact on daily life

NOTE: *Add the point values for each corresponding answer. Total score of 0 to 2 points = 0% likelihood of GERD; 3 to 7 points = 50% likelihood; 8 to 10 points = 79% likelihood; 11 to 18 points = 89% likelihood.*
*GERD = gastroesophageal reflux disease.*
*Adapted from Jones R, Junghard O, Dent J, et al. Development of the GerdQ, a tool for the diagnosis and management of gastroesophageal reflux disease in primary care.*
Aliment Pharmacol Ther.*2009;30(10):1034.*

**Testing That May Be Done to Diagnose or Rule Out GERD**

| Name of Test | Description | Procedure |
|---|---|---|
| **Barium swallow** | A type of x-ray used to identify severe inflammation or structural abnormalities of the esophagus. | The patient drinks a barium-containing solution. The barium will show up on x-ray, allowing the clinician to spot problem areas in the esophagus. |
| **Endoscopy** | A procedure in which a scope is inserted through the mouth into the esophagus, stomach, and possibly part of the bowel. Endoscopy is more accurate than a barium swallow in diagnosing GERD, but it is also more expensive and more difficult. | The clinician sprays a local anesthetic into the throat and then inserts an endoscope (a thin, flexible plastic tube) into the mouth and down the esophagus. A tiny camera in the endoscope shows the surface of the esophagus. Visible damage confirms a diagnosis of GERD. The absence of visible damage, however, does not rule out GERD. Occasionally, a small section of tissue is removed for testing during an endoscopy (this is called a biopsy). |
| **pH monitoring** | A probe measures the amount of acid backing up in the esophagus and the pattern of its occurrence throughout a 24-hour period. This test helps determine if respiratory symptoms, such as coughing or wheezing, are related to reflux in patients with unexplained asthma. | The clinician places a small tube down through the nose and into the esophagus, where it stays for 24 hours while the patient goes about his or her normal day. Because pH monitoring measures only acidic content, it cannot determine if other damaging digestive agents (such as bile or pancreatic enzymes) are backing up into the esophagus. |
| **Esophageal manometry** | This test helps detect problems with movement of the esophagus and functioning of the lower esophageal sphincter by measuring pressures in the esophagus. | Clinicians pass special tubing through the nose or mouth and into the esophagus. Pressure readings are taken. |

Esophagitis is detected by double-contrast barium radiographs but with very low sensitivity [71]. The presence of barium reflux increases test sensitivity. It is not taken as diagnostic test in absence of dysphagia [72].

Endoscopic techniques work well for detecting GERD, especially in cases of erosive esophagitis, especially using LA categorization [73]. However, these are not common cases and, therefore, usage becomes limited [74].

Endoscopy works well for biopsy of strictures and rings and assessing Barrett's esophagus. It is advised for overweight Caucasian men over 50 showing chronic GERD signs [75]. Upper gastrointestinal endoscopy does not alter clinical treatment when evaluated against empirical GERD therapy.

Barrett's esophagus is connected to pathologic GERD and includes esophageal pH testing [76]. In a recent study, 90% of patients with short-segment Barrett's esophagus showed unusual results pH-impedance monitoring [77].

Esophageal biopsy is applied with endoscopic assessment because of possible higher eosinophilic esophagitis rates, but biopsy alone is unable to differentiate between GERD and eosinophilic esophagitis.

Counts of seven of lower eosinophils per HPF is correlated with GERD, but not indicative. Patients with GERD show more eosinophil count and respond to PPIs treatment [78]. Basilar hyperplasia, papillary elongation, rete pegs elongation, and neutrophils are not clinically important [79, 80].

Laboratory studies have not determined the effectiveness of PPI based therapy. Patients with usual endoscopic signs are not recommended to have an esophagus endoscopy. Mucosal biopsies are also avoided for patients with GERD [81].

Esophageal manometry is not effective for GERD, diagnosis as it is hard to detect just on the basis of the presence of a motility abnormality and lower esophageal sphincter pressure. Rather, it works well for placing transnasal pH-impedance probes and is recommended before anti-reflux surgery to avoid chalasia or hypomotility as they are contraindicated for Nissen fundoplication and other surgical choices.

Ambulatory reflux monitoring identifies abnormal acid reflux and its symptoms. Esophageal pH monitoring has a sensitivity from 77% to 100% and a specificity from 85% to 100%. For patients with endoscopy-negative reflux, however, the sensitivity drops to 71% [82].

Telemetry capsule pH monitoring assesses longer durations (up to 94 hours) and effectively detects GERD and acid reflux. Catheter-based pH monitoring is used for durations of 24 hours with the addition of impedance and determination of acidic or non-acid reflux. Wireless capsule pH monitoring brings many benefits and aids in GERD diagnosis.

GERD diagnosis has problems in terms of symptoms overlapping. Symptom index (SI) and symptom association probability (SAP) are the two most critical correlations. Symptom index, or SI, shows the percentage of reflux-based symptom incidents [83].

The symptom association probability (SAP) contingency table shows four possible combinations of reflux and symptoms.

If SI and SAP are highly positive, there is a need of therapeutic intervention, while a negative result suggests no acid reflux. In patients with 12% to 25% GERD prevalence rates, other GERD symptoms increase diagnostic confirmation to about 40%.

**Diagnostic Testing for GERD and Utility of Tests**

| Diagnostic Test | Indication | Highest Level of Evidence | Recommendation |
|---|---|---|---|
| PPI Trial | Classic symptoms, no warning signs | Meta-analysis | Negative trial does not rule out GERD. |
| Barium Swallow | Not for GERD diagnosis. Use for evaluation of dysphagia | Case–control | Do not use unless evaluating for complication (stricture, ring). |
| Endoscopy | Alarm symptoms, screening of high-risk patients, chest pain | Randomized controlled trial | Consider early for elderly, those at risk for Barrett's, noncardiac chest pain, patients unresponsive to PPI. |
| Esophageal Biopsy | Exclude non-GERD causes for symptoms | Case-control | Not indicated for diagnosis of GERD. |
| Esophageal Manometry | Preoperative evaluation for surgery | Observational | Not recommended for GERD diagnosis. Rule out achalasia/scleroderma-like esophagus preop. |
| Ambulatory Reflux Monitoring | Preoperatively for non-erosive disease. Refractory GERD symptoms, GERD diagnosis in question | Observational | Correlate symptoms with reflux, document abnormal acid exposure or reflux frequency. |

GERD = gastroesophageal reflux disease; PPI = proton pump inhibitor

**Diagnosis of GERD**

| Risk Factors | |
|---|---|
| | • Obesity: 1.5- to 2-fold risk of GERD, increasing with higher BMI.<br>• Pregnancy.<br>• Fatty foods.<br>• Hiatal hernia.<br>• Stress.<br>• Medications: beta-blockers, calcium channel blockers, anticholinergics (LES relaxation), NSAIDs, aspirin (mucosal injury).<br>• Lifestyle factors: Many of these cause relaxation of the LES, but there is little evidence that GERD results. Associations, if true, appear to be weak, though some patients may be sensitive to these |

| | |
|---|---|
| | factors. <ul><li>Diet: carbonated sodas, caffeinated beverages, chocolate, saturated fats, peppermint, acidic foods, low fiber.</li><li>Alcohol use.</li><li>Smoking.</li></ul> |
| **History** | History is usually the basis of GERD diagnosis; however: <ul><li>Patients may have atypical symptoms or be asymptomatic.</li><li>Severity of symptoms does not predict severity (or presence) of mucosal damage; conversely, severity of esophagitis does not predict severity of symptoms.</li><li>There may be great variability in symptoms and findings upon diagnostic testing, and the two may not correlate.</li><li>Absence of symptoms does not rule out GERD.</li></ul> **Symptoms:** <ul><li>**Heartburn:** retrosternal burning pain (because of potential for misunderstanding, clinicians should avoid the term "heartburn" and instead ask patients about "a burning feeling rising from the stomach or lower chest up toward the neck").</li><li>**Regurgitation:** reflux of gastric contents (acid, with or without food); very specific for GERD.</li><li>Dysphagia.</li><li>Odynophagia.</li></ul> Symptoms of "extraesophageal" GERD: <ul><li>Cough.</li><li>Asthma.</li><li>Chest pain</li><li>Hoarseness/voice changes.</li></ul> (Note: GERD is a common cause of chronic cough, wheezing, and chest pain.) <br><br> **Associated factors:** <ul><li>Ask about risk factors, above.</li><li>Duration of symptoms; patients with a long history of GERD symptoms should be evaluated for Barrett esophagus (see above).</li><li>Symptoms after meals (symptoms after a large or fatty meal: highly specific for GERD).</li><li>Symptoms with recumbency (particularly after a</li></ul> |

| | |
|---|---|
| | meal). <br> • Nocturnal symptoms. <br> • Treatments tried and symptom response (improvement with acid-lowering medications supports the diagnosis). |
| **Physical Examination** | • Performed mostly to evaluate for other causes (infections, asthma, cardiac disease, cancer). <br> • Vital signs; $O_2$ saturation. <br> • Inspection of oropharynx (ulcerations, candidiasis, lesions, masses), neck (nodes, masses), and lungs (wheezes, crackles). <br>    • Absence of oropharyngeal candidiasis does not exclude esophageal candidiasis. <br> • Abdomen: masses, tenderness. <br> • Evaluation for malignancy and infection if history and examination suggest these diagnoses. |
| **Diagnostic Tests** | • Diagnosis of GERD usually is made on the basis of clinical evaluation; in patients with symptoms consistent with GERD, history usually is sufficient to move to a trial of empiric acid-lowering therapy (4-8 weeks) without further evaluation. <br> • Exceptions require immediate and appropriate evaluation: <br>    • Chest pain (rule out cardiac origin). <br>    • Other alarm symptoms. <br>    • Other atypical symptoms or findings; high suspicion of an alternative diagnosis. <br> • Hematocrit and fecal occult blood testing may be indicated if anemia caused by an upper GI source is suspected. <br> • *Helicobacter pylori* testing provides little value in the evaluation of GERD. |
| **Empiric Proton Pump Inhibitor (PPI) Therapy** | • Response to acid-lowering therapy (typically PPI therapy) supports a diagnosis of GERD, though studies of correlation show varying results, and symptom improvement may not correlate with findings on EGD or pH monitoring. Sensitivity 78% and specificity 54% for GERD; use of high dosages of PPI may improve sensitivity. <br> • If there is no clinical improvement after 4-8 weeks, clinicians should consider EGD or other testing as below. <br> • (Note that a small number of patients have GERD |

| | symptoms that are not related to gastric acid.) |
|---|---|
| **Esophagogastroduodenoscopy (EGD)** | • Useful for diagnosing esophagitis and complications (eg, strictures, Barrett esophagus), but is normal in >50% of patients with symptoms: high specificity (>90%) but low sensitivity (50%) (ie, normal endoscopy does not exclude GERD). Severity of mucosal injury does not necessarily correlate with symptoms. |
| | • The role of EGD in the initial evaluation of patients with uncomplicated GERD is somewhat controversial. The VHA Pharmacy Benefits Management Strategic Healthcare Group and the American College of Gastroenterology propose that a trial of therapy is preferable to EGD for most patients. |
| | • Perform EGD as part of initial evaluation for complicated GERD (eg, if alarm symptoms or other concerning symptoms are present), or if alternative diagnoses are likely (eg, candidiasis or CMV esophagitis, esophageal cancer, gastritis, and peptic ulcer disease), or if patient is at risk of Barrett esophagus (see above). |
| |     • Consider trial of acid-lowering therapy while awaiting EGD; may result in partial (or full) remission of GERD; will improve sensitivity for detection of Barrett esophagus. |
| | • Perform EGD for patients whose symptoms persist despite therapy; consider for patients with long duration of symptoms (eg, >5 years). |
| | • The surveillance interval for Barrett esophagus is determined by the grade of dysplasia at initial EGD (see Barrett esophagus, above). |
| **Ambulatory pH Monitoring** | • Presence of acid in the esophagus does not correlate well with symptoms. |
| | • Does not detect nonacid reflux. |
| | • Limited availability, uncomfortable for patients. |
| | • Clinicians should consider for patients with persistent symptoms if the EGD is negative for mucosal damage and for those with unusual, extraesophageal, or refractory symptoms. |
| | • Can monitor control of reflux in patients on acid-reducing medications (eg, for patients who are considering surgery). |
| **• Barium Esophagram** | • Detects severe esophagitis and strictures reliably, |

| | but is not sensitive or specific for milder or NERD (nonerosive disease). <br>• Not sensitive for detection of Barrett esophagus. |
|---|---|
| **Partial Differential Diagnosis** | • Infectious esophagitis (symptoms usually include odynophagia, dysphagia): <br>    • Candidiasis. <br>    • CMV. <br>    • Herpes simplex virus. <br>• Dyspepsia. <br>• Peptic ulcer disease. <br>• Gastritis. <br>• "Pill esophagitis." <br>• Stricture. <br>• Hiatal hernia. <br>• Esophageal dysmotility. <br>• Cancer (esophageal, gastric). <br>• Gastroparesis. <br>• Coronary artery disease. |

### GERD and *H. Pylori*

The relationship between GERD and *H. pylori* infection remains controversial.

| **Essentials of GERD diagnosis** |
|---|
| • PPI therapy is highly sensitive but not specific for the diagnosis of GERD. <br>• Upper gastrointestinal endoscopy is mainly performed in GERD to detect Barrett's esophagus (BE) and other GERD-associated complications such as peptic stricture. <br>• Ambulatory 24-hour pH esophageal monitoring is indicated in NERD patients who are eligible for anti-reflux surgery. In addition, it is also performed in patients who experience GERD symptoms after anti-reflux surgery. <br>• Multichannel intraluminal impedance is most helpful in GERD patients who failed PPI twice daily. |

A recent meta-analysis observed that there was no increase in GERD (erosive esophagitis) in patients with dyspeptic symptoms who were *H. pylori* eradicated compared with those not. The study also found that patients with peptic ulcer disease (PUD) might experience the new onset of GERD symptoms after *H. pylori* was eradicated [84]. There is also a concern that long-term PPI therapy in patients with *H. pylori* infection may lead to atrophic gastritis [85]. A recent FDA review panel concluded that there was insufficient evidence to recommend testing of all patients on long-term PPI. Therefore, the screening of GERD patients for *H. pylori* is not recommended in the US, whereas in Europe screening is recommended [86].

### GERD and Pregnancy

GERD is frequently encountered by women during pregnancy with clinical manifestation of heartburn. One clinical study observed that 52% of pregnant women have onset of

GERD in the first trimester, 40% in the second trimester, and 8% in the third trimester [87]. Some important predictors of heartburn include increasing gestational age, heartburn prior to pregnancy, and parity. The prevalence of heartburn is inversely proportional to maternal age. There is no association between the onset of heartburn and patients, pre-pregnancy BMI, race, and weight gain in pregnancy. Heartburn is common during pregnancy, but it usually resolves after delivery [88]. Pregnancy and the amount of weight gain during pregnancy are the key risk factors for frequent GERD symptoms one year post-delivery [89]. During pregnancy, GERD is diagnosed on the basis of key symptoms and treatment symptom-based. Additional diagnostic testing is usually not necessary for most of the patients with suspected GERD. In case further testing is necessary, upper endoscopy is the preferred option, but clinicians should only perform it on patients whose symptoms do not respond to medical therapy or who may have GERD-related complications. Clinicians should avoid endoscopy for women in their first trimester of pregnancy. Ambulatory pH monitoring is rarely performed during pregnancy.

**Differential Diagnosis**

The diagnosis of GERD in patients with atypical symptoms is complicated and can be extremely difficult. The diagnosis of GERD should not be ignored even in patients who present with atypical symptoms. Patients with recurrent aspiration may have asthma, a history of pneumonia, and progressive pulmonary fibrosis. Hoarseness can be present because of chronic laryngeal irritation. Another common presenting symptom of GERD is chest pain that can be difficult to evaluate. Clinicians must exclude cardiac etiology before considering it a manifestation of GERD. Patients with peptic ulcer disease, functional heartburn, delayed gastric emptying, and gastric cancer also present with chest pain. Isolated and sudden attacks of heartburn are also caused by drug-induced esophagitis, or radiation or caustic injury to the mucosa of the esophagus. Heartburn is also observed in patients with achalasia. Early upper endoscopy is indicated for patients who present with alarm symptoms such as dysphagia, weight loss, hematemesis, etc. Endoscopic findings revealing erosive esophagitis is generally indicative of GERD, but other causes should also be considered.

**Atypical Symptoms of GERD**

- Achalasia.
- Cholelithiasis.
- Coronary Artery Atherosclerosis.
- Esophageal Cancer.
- Esophageal Motility Disorders.
- Esophageal Spasm.
- Esophagitis.
- Gastric Ulcers.
- Gastritis, Chronic and Acute.
- H. pylori Infection.
- Hiatal Hernia.
- Intestinal Malrotation.
- Intestinal Motility Disorders.
- Irritable Bowel Syndrome (IBS).

- Peptic Ulcer Disease.

## Prevention

Prevention of GERD and its symptoms requires some simple lifestyle changes, which include:

- Elevating the head of bed at least six inches. This can be done by placing wooden blocks under the legs at the head of the bed. The optimum elevation can also be achieved with placement of solid foam wedge under the head portion of the mattress. Simply using extra pillows usually is not helpful.
- Avoiding certain foods that cause relaxation of LES. These foods are:
  - Coffee.
  - Chocolate.
  - Fatty foods.
  - Whole milk.
  - Peppermint.
  - Spearmint.
- Limiting intake of acidic foods such as tomatoes, oranges, etc., as they may worsen the esophageal irritation during acid reflux.
- Avoiding carbonated beverages and fuzzy drinks, as they tend to increase reflux leading to deterioration of GERD and its symptoms.
- Eating smaller, more frequent meals to avoid an increased amount of acidity and reflux.
- Avoiding sleeping or lying down right after a meal. Patients should avoid eating three or four hours before going to bed.
- Decreasing high-fat meals and fried foods, as they tend to decrease LES pressure and delay stomach emptying, leading to a greater risk of acid reflux.
- Quitting smoking to control GERD symptoms.
- Avoiding alcohol, as it leads to relaxation of LES.
- Losing weight (if patient is obese).  Obesity makes it difficult for LES to close leading to acid reflux.
- Refraining from wearing tight-fitting garments. Increased abdominal pressure may open the LES.
- Taking lozenges or chewing gum to produce saliva.
- Getting screened for Barrett's esophagus if patient has a history of GERD for more than five years. Regular monitoring with endoscopy is advised in patients with Barrett's esophagus to detect cancer in early stages.

| Management of GERD |
| --- |
| 1. GERD patients who are overweight or have recently gained weight should attempt to lose weight and reach a more healthy BMI. (Conditional recommendation, moderate level of evidence) |
| 2. Patients should raise the head of their bed. Patients with nocturnal GERD should avoid meals three to four hours before bedtime. (Conditional recommendation, low level of evidence) |

3. Patients should reduce or eliminate foods that can trigger reflux (including chocolate, caffeine, alcohol, acidic and/or spicy foods).. (Conditional recommendation, low level of evidence)

4. Patients should undergo an eight-week course of PPIs therapy for symptom relief and healing of erosive esophagitis. There are no major differences in efficacy between the different PPIs. (Strong recommendation, high level of evidence)

5. Traditional delayed release PPIs should be administered 30 - 60 min before meal for maximal pH control. (Strong recommendation, moderate level of evidence). Newer PPIs may offer dosing flexibility relative to meal timing. (Conditional recommendation, moderate level of evidence)

6. PPI therapy should be initiated at once a day dosing, before the first meal of the day. (Strong recommendation, moderate level of evidence). For patients with partial response to once-daily therapy, tailored therapy with adjustment of dose timing and/or twice-daily dosing should be considered for patients with night-time symptoms, variable schedules, and/or sleep disturbance. (Strong recommendation, low level of evidence)

7. Patients who don't respond to PPI should be referred for evaluation. (Conditional recommendation, low level of evidence, see refractory GERD section)

8. In patients with partial response to PPI therapy, increasing the dose to twice daily therapy or switching to a different PPI may provide additional symptom relief. (Conditional recommendation, low level evidence)

9. Maintenance PPI therapy should be administered for GERD patients who continue to have symptoms after PPI is discontinued and in patients with complications, including erosive esophagitis and Barrett's esophagus. (Strong recommendation, moderate level of evidence). For patients who require long-term PPI therapy, it should be administered in the lowest effective dose, including on-demand or intermittent therapy. (Conditional recommendation, low level of evidence)

10. H 2 -receptor antagonist (H2RA) therapy can be used as a maintenance option in patients without erosive disease if patients experience heartburn relief. (Conditional recommendation, moderate level of evidence). Bedtime H2RA therapy can be added to daytime PPI therapy in selected patients with objective evidence of night-time reflux if needed, but may be associated with the development of tachyphylaxis after several weeks of use. (Conditional recommendation, low level of evidence)

11. Therapy for GERD other than acid suppression, including prokinetic therapy and/or baclofen, should not be used in GERD patients without diagnostic evaluation. (Conditional recommendation, moderate level of evidence)

12. There is no role for sucralfate in the non-pregnant GERD patient. (Conditional recommendation, moderate level of evidence)

13. PPIs are safe in pregnant patients if clinically indicated. (Conditional recommendation, moderate level of evidence)

The goals of treatment in GERD include:
- Symptomatic relief.
- Healing of esophagitis.
- Prevention of GERD recurrence.
- Prevention of GERD associated complications.

The principles of treatment include lifestyle interventions and suppression of gastric acid secretion using medical (PPIs) or surgical treatment (anti-reflux surgery).

**Lifestyle Modifications**

Lifestyle changes are a major factor for GERD treatment. These include weight loss; avoiding alcohol, citrus, tomato-based foods, onion, chocolate, peppermint, and coffee; avoiding of late-night and large meals, reducing dietary fat and  spicy food; stopping smoking; and avoidance of recumbence for three hours postprandial [90] For pregnant women, lifestyle factors become even more critical.

A study [91] was conducted to determine the association of healthy lifestyle changes with lower esophageal sphincter pressure, esophageal pH, and GERD. Use of tobacco, chocolate, carbonated beverages caused reduced pressure on the lower esophageal sphincter (LES), while the use of alcohol (16 trials), coffee and caffeine, spicy foods, citrus, and fatty foods showed no effect. Esophageal acid exposure time might increase because of tobacco, alcohol, chocolate, and fatty foods; however, tobacco and chocolate did not increase LES pressure, improve esophageal pH, or ameliorate GERD signs.

According to one of the latest studies, carbonated drinks are not linked to GERD [92]. However, weight is often linked to new onsets of GERD [93], as weight loss has been reported by some studies as positively related with reduced GERD symptoms [94, 95]. Roux-en-Y gastric bypass surgical procedure is applied to decrease GERD symptoms [96], rather than vertical banded gastroplasty

A study of female GERD patients reported the GERD symptoms declined to 40% when BMI was reduced to 3.5 or less [93]. The recumbent position might worsen esophageal pH and GERD signs. Symptomatic nocturnal reflux and GERD symptoms and esophageal pH value improved when the head of the patient's bed was elevated [97-99].

**Effectiveness of Lifestyle Changes for GERD**

| Lifestyle Intervention | Effect of Intervention on GERD Parameters | Sources of Data | Recommendation |
|---|---|---|---|
| Weight loss | Reduced GERD and esophageal pH | Case-control | Essential for patients with a BMI higher than 25 |
| Head of bed Elevation | Reduced GERD and esophageal pH | Randomized controlled trial | Head of bed elevation with foam wedge or blocks in patients with nocturnal GERD is suggested |

| No late evening meals | Enhanced nocturnal gastric acidity | Case-control | No fat content within two to three hours of reclining |
| No tobacco or alcohol | No change in | Case–control | Not recommended. |
| No chocolate, caffeine, spicy foods, citrus, carbonated beverages | No studies available | No evidence | Not usually recommended. |

BMI = body mass index.
GERD = gastroesophageal reflux disease.

Physicians employ pharmacotherapy if changes in lifestyle are not enough. Medications used are antacids, histamine-receptor antagonists (H2RA), or PPI therapy. PPI therapy has shown higher healing rates and lower relapse rates as compared to histamine-receptor antagonists and placebo for patients with erosive esophagitis [100].

According to some studies, PPI is about 70% to 80% more effective in patients with ERD compared to those having NERD (non-erosive reflux disease), as it offers heartburn relief, unlike prokinetics and histamine-receptor antagonists [103].

**Antacids/Alginates**
Antacids relieve symptoms very well [104-106], and patients should take them after meals and before sleep. Over-the-counter (OTC) antacids are now more powerful. However, recent studies show they don't work well in erosive esophagitis [107].

**Acid Suppressive Therapy**
Acid suppressive therapy is critical for GERD treatment. Histamine 2 receptor antagonists (H2RA) are slower than antacids but better decrease gastric acid secretion after meals [108]. These drugs prevent histamine influence on stomach cells causing acid suppression. Examples are ranitidine, famotidine, cimetidine, and nizatidine.

They don't work well for esophagitis treatment and might cause relapses [109]. They are effective for moderate levels of GERD, especially nocturnal symptoms [110]. Long-term H2RA is also avoided, as it causes tolerance formation quickly. PPIs are recommended for erosive esophagitis [111].

GERD patients with an unsatisfactory response to PPI therapy don't have many medical choices. Physicians prescribe histamine-receptor antagonists for them in this case.

A study reported tachyphylaxis of pH control within a month of treatment [112]. Histamine-receptor antagonists are most effective for patients who have nocturnal symptoms. Prokinetic therapy with metoclopramide is also effective. Metoclopramide enhances LESP, esophageal peristalsis and gastric emptying [113], although it is not widely used due to side effects such as drowsiness, irritability, and depression. Domperidone is also effective for patients who show a positive response from a prokinetic, though it is not FDA approved.

Proton pump inhibitors (PPI) effectively prevent hydrochloric acid secretion [115] and block the gastric acid pump, i.e. H+K+ATPase present in stomach cells [114]. Side effects include nausea, diarrhea, insomnia, headache, and anaphylaxis [107].

PPIs are preferred over H2RAs for treatment of reflux esophagitis [116, 117]. Almost 20% to 30% of patients suffer constant reflux symptoms while on a once-daily PPI treatment [118], while one-fourth of them have to take other OTC medicines. Common reasons for failure include non-compliance, incorrect dosing time, duodenogastroesophageal reflux (DGER), nocturnal reflux, poor acidic reflux, late gastric emptying, esophageal hypersensitivity, eosinophilic esophagitis, residual acid reflux, lower drug bioavailability, and psychological comorbidity [120, 121]. If PPI is stopped, relapse can occur [122].

There are three OTC PPIs (omeprazole, lansoprazole, and omeprazole-sodium bicarbonate), and four prescribed PPIs: dexlansoprazole, pantoprazole, esomeprazole, and rabeprazole. All of them show similar efficacy [123]. Patients should take them a half an hour before meals. Omeprazole sodium bicarbonate works better than others for regulating nocturnal gastric pH during initial sleeping hours [124]. Patients can take dexlansoprazole at any time [125]. PPI treatment relieves 70% to 80% of ERD and 60% of NERD patients.

Risk factors include hiatal hernia, extraesophageal symptoms, and poor compliance [126]. These medicines work effectively when taken before meals [127]. PPI switching is a common practice; however, it is not usually recommended. Maintenance PPI is required after treatment if symptoms continue.

Symptomatic relapses occur over time in two-thirds of NERD patients after treatment. [128]. For patients with LA grade B or C, this is usually within six months [129]. Patients with Barrett's esophagus show a lower risk of dysplasia with PPI [130].

Prokinetic agents enhance dopaminergic or serotoninergic receptor function in GERD patients, causing an increase in esophageal and gastric peristalsis [131]. Examples are cisapride, domperidone, and metoclopramide. Acid secretion is reduced up to 70% in the stomach; however, symptoms might recur after four to eight hours [132], so they are

ineffective for treating high-grade esophagitis. Side effects include fatigue, tremor, tardive dyskinesia, and cardiac symptoms [107].

Baclofen, a GABA(b) agonist is used to treat GERD and decreases transient LES relaxations [133] and reflux episodes [134]. It reduces postprandial acid and non-acid reflux events [135], belching episodes [37], and nocturnal reflux activity [136]. It is given in doses of 5mg to 20mg three times a day. Symptoms might improve in patients with constant symptomatic reflux even in the presence of PPI treatment [135,136]. Side effects include dizziness, somnolence, and constipation. It is not FDA approved for the treatment of GERD.

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |
| <ul><li>Available PPIs have comparable efficacy at equivalent dosages.</li><li>Greater efficacy and more rapid symptom control than H2RAs.</li><li>Optimal starting dosage is unclear. Some clinicians prefer to start with high dosages and step down to less-intensive therapy after symptom remission; others prefer to start at lower dosages and increase treatment intensity if needed.</li><li>Should be taken a half hour before breakfast (or dinner).</li><li>Usually well tolerated. Potential adverse effects include GI symptoms (abdominal pain, diarrhea, nausea), headache, rash, and liver toxicity.</li><li>No dosage adjustment needed for renal impairment.</li><li>May require lower dosage in hepatic impairment; dosage not defined.</li><li>Decrease absorption of drugs with pH-dependent bioavailability .</li></ul> | | |
| **Generic Drug Name** | **Dosage Range** | **Comments** |
| Dexlansoprazole | 30-60 mg QD | Healing of EE: 60 mg once daily for up to eight weeks Maintenance of healed EE: 30 mg once daily for up to six months. Symptomatic non-erosive GERD: 30 mg once daily for four weeks. |
| Esomeprazole | 20-40 mg QD | **Healing of erosive esophagitis**: Oral: Initial: 20-40 mg once daily for four to eight weeks. If incomplete healing, may continue for an additional four to eight weeks. Maintenance: 20 mg once daily. **Symptomatic gastroesophageal reflux**: Oral: 20 mg once daily for four weeks. |
| Lansoprazole | 15-30 mg QD or 30 mg BID | **Symptomatic GERD**: Oral: Short-term treatment: 15 mg once daily for up to eight weeks. **Erosive esophagitis**:  Oral: Short-term treatment: 30 mg once daily for up to eight weeks. Maintenance |

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |
| | | therapy: 15 mg once daily. IV: 30 mg once daily for up to seven days... patients should be switched to an oral formulation as soon as they can take oral medications. |
| Omeprazole | 20-40 mg QD | **Erosive esophagitis**: Oral: 20 mg/day for four to eight weeks.  Maintenance of healing: 20 mg/day for up to 12 months total therapy.<br>**Gastric ulcers**: Oral: 40 mg/day for four to eight weeks.<br>**Symptomatic GERD**: Oral: 20 mg/day for up to four weeks |
| Pantoprazole | 40 mg QD or 40 mg BID | **Erosive esophagitis associated with GERD:**  Oral Treatment: 40 mg once daily for up to eight weeks.  An additional eight weeks may be used in patients who have not healed after an eight-week course.  Maintenance of healing: 40 mg once daily.  IV: 40 mg once daily for seven to ten days.<br>No dosage adjustment needed for hepatic impairment; may cause false-positive THC result on urine toxicology screen. |
| Rabeprazole | 20 mg QD or 20 mg BID | **Delayed-release tablet-GERD**: Oral: 20 mg once daily for four to eight weeks; maintenance: 20 mg once daily. |
| **Histamine-2-receptor Antagonists, or H2RAs** | | |
| • Less effective than PPIs for acid suppression, relief of symptoms, and healing of esophagitis; approximately 40% of patients gain symptom relief. Treatment with H2RAs may be adequate for some patients.<br>• Potential adverse effects vary somewhat according to the specific H2RA. They include cytopenias, rash, GI intolerance, and arrhythmias.<br>• Dosage adjustment is required for patients with renal insufficiency.<br>• Cimetidine interacts significantly with many other drugs. | | |
| Cimetidine | 800 mg BID or 800 mg TID | Multiple drug interactions |
| Famotidine | 20 mg BID or 40 mg BID | Multiple drug interactions |
| Nizatidine | 150 mg BID or 300 mg BID | Multiple drug interactions |

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |
| Ranitidine | 150 mg BID or 150 mg QID | Multiple drug interactions |
| **Antacids** | | |
| <ul><li>Typically contain aluminum hydroxide, magnesium hydroxide, calcium carbonate, sodium bicarbonate, or combinations of these compounds.</li><li>Liquid formulation is preferable to tablets because of more rapid action.</li><li>Usual dosage is 15-30 mL QID (after meals and at bedtime).</li><li>If tablets are used, they should be thoroughly chewed and followed by a full glass of water.</li><li>Antacids combined with alginic acid (eg, Gaviscon) may be superior to antacids alone.</li><li>Adverse events:<ul><li>Antacids containing magnesium: diarrhea.</li><li>Antacids containing aluminum or calcium: constipation.</li><li>Hypophosphatemia with chronic use.</li><li>Magnesium and/or aluminum retention in chronic renal failure.</li></ul></li><li>Multiple drug interactions caused by binding to form insoluble complexes, including PIs and integrase inhibitors.</li></ul> | | |
| **Prokinetic Agents** | | |
| Metoclopramide | 10-15 mg QID (after meals and at bedtime) | Associated with irreversible tardive dyskinesia, other CNS effects; may consider metoclopramide as adjunctive therapy (add-on to PPI). |
| **Dietary and Lifestyle Modification** | | |
| Dietary | Most patients should avoid the following:<ul><li>Carbonated beverages.</li><li>Voluminous meals.</li></ul>Selected patients should avoid the following:<ul><li>Fatty meals.</li><li>Sweets, including chocolate.</li><li>Spicy foods/raw onions.</li><li>Caffeinated beverages.</li><li>Citrus products/juices.</li></ul> | |
| Lifestyle | Most patients should engage in the following:<ul><li>Weight loss.</li><li>Smoking cessation.</li><li>Lying on the left side when sleeping.</li><li>Avoiding excessive physical activity (running).</li></ul> | |

| Initial Interventions for GERD |
|---|
| **PPIs** |

|  | In selected patients, the following may be useful:<br>• Avoiding alcohol.<br>• Elevating head of bed (for nocturnal symptoms). |
|---|---|

**Surgical Options for GERD**

| Surgical Options for GERD |
|---|
| 1. Surgical therapy is a treatment option for long-term therapy in GERD patients. (Strong recommendation, high level of evidence)<br>2. Surgical therapy is generally not recommended in patients who do not respond to PPI therapy. (Strong recommendation, high level of evidence)<br>3. Preoperative ambulatory pH monitoring is mandatory in patients without evidence of erosive esophagitis. All patients should undergo preoperative manometry to rule out achalasia or scleroderma-like esophagus. (Strong recommendation, moderate level of evidence)<br>4. Surgical therapy is as effective as medical therapy for carefully selected patients with chronic GERD when performed by an experienced surgeon. (Strong recommendation, high level of evidence)<br>5. Obese patients contemplating surgical therapy for GERD should be considered for bariatric surgery. Gastric bypass would be the preferred operation in these patients. (Conditional recommendation, moderate level of evidence)<br>6. Use of current endoscopic therapy or transoral incisionless fundoplication   cannot be recommended as an alternative to medical or traditional surgical therapy. (Strong recommendation, moderate level of evidence) |

Major surgical options for GERD include laparoscopic fundoplication or bariatric surgery in the obese. Surgery may be indicated for GERD patients who opt to discontinue pharmacotherapy, non-compliance, adverse effects of medications, or persistent GERD symptoms due to refractory GERD. From a surgical point of view, GERD is the failure of the anti-reflux barrier, facilitating abnormal reflux of gastric contents into the esophagus. It is considered a mechanical disorder caused by a defective lower esophageal sphincter (LES), impaired esophageal peristalsis, and a poor gastric emptying. These impairments lead to a spectrum of disease that may be confined to a typical symptom of heartburn or may result in severe esophageal mucosal damage with or without subsequent complications such as cancer or asthma and other respiratory disorders. The exact nature and mechanism of anti-reflux barrier is not known; it is believed that the LES (lower esophageal sphincter), the diaphragmatic crura, and the phrenoesophageal ligament form the key components. Surgery for GERD patients is an equally effective alternative to pharmacotherapy and should be offered to the right candidates. Surgery can effectively correct the mechanical issues associated with GERD.

GERD patients who experience large amounts of non-acid reflux on PPI therapy with associated reflux symptoms are potential candidates for surgery [138]. Refractory dyspeptic symptoms, such as epigastric pain, nausea, and vomiting, are less likely to exhibit symptomatic response. The best surgical responses occur in patients with characteristic GERD symptoms such as heartburn and/or regurgitation, who have a good response to PI therapy, or have abnormal 24-hour ambulatory esophageal pH testing with good symptom correlation [139]. Recent studies show that long-term remission rates are comparable or even better than pharmacotherapy [140]. Surgical therapy for GERD increases short-term mortality risk. A recent study observed that the prevalence of postoperative dysphagia and inability to belch were significantly lower in patients undergoing partial fundoplication compared with patients undergoing total fundoplication [141]. Several research studies and reviews observed that compared to medical therapy, surgery was more effective in controlling prominent symptoms of GERD, such as symptoms of heartburn, reflux, and bloating.

In a 2003 Cochrane review, medical or surgical treatment did not yield improvement in asthma symptoms, pulmonary function, or use of medication [142]. Surgical treatment may be effective in some patients with extraesophageal or atypical symptoms, but response rates are lower than in patients with heartburn [139]. It is important to assess response to PPI therapy in patients with laryngopharyngeal reflux before considering surgery (fundoplication). In the absence of a PPI response, surgery is usually not effective in patients even with an abnormal esophageal pH study [143]. Compared to pharmacotherapy, fundoplication leads to improved or at least comparable quality of life and is linked to high patient satisfaction rates. A recent study found that perioperative morbidity was significantly lower (65%) after laparoscopic fundoplication compared with open fundoplication.

Over the last few decades, surgical options for GERD has evolved from an open to a laparoscopic procedure, and in recent times, to a new incisionless surgical procedure called transoral incisionless fundoplication. Nissen fundoplication is the most common surgical procedure for the treatment of GERD. The laparoscopic Roux-en-Y gastric bypass (LRYGB) is the most reliable, effective, and advantageous surgical option for GERD in the morbidly obese patient, because it treats GERD effectively, coupled with effective weight loss and improvement in comorbidities.  It is, therefore, considered the procedure of choice by many surgeons. Compared to Nissen fundoplication, gastric bypass is now a more popular surgical option because of an increased number of obese people in the US. Recent studies reported conflicting outcomes after gastric banding on GERD symptoms. It has been observed that the long-term incidence of dysphagia is reduced by the use of an esophageal dilator. Endoluminal fundoplication is a recent, modified version of Nissen fundoplication, both open and laparoscopic, which requires no incisions, because the surgeon accesses the stomach via the mouth.

Endoscopic therapies such as radiofrequency augmentation to lower esophageal sphincter (LES), silicone injection into the LES, and endoscopic suturing of the LES for treatment of GERD have not demonstrated long-term efficacy. A recent study conducted on a small number of subjects who underwent sphincter augmentation using the LINX Reflux

system showed efficacy up to four years in the reduction of esophageal acid exposure [144].

**Indications for Surgery in GERD Patients**

When the diagnosis of GERD is objectively confirmed, surgery should be considered in individuals who experience one the following:

1).They have failed medical therapy, which may be indicated by poor symptom control, severe regurgitation uncontrolled with adequate acid suppression, or significant side effects of the medications.

2).They opt for surgery despite successful medical treatment because of quality of life (QOL) considerations, lifelong requirement for medication intake, cost of medications, etc.

3). They experience significant complications related to GERD such as Barrett's esophagus or peptic stricture.

4). They have extra-esophageal manifestations such as asthma, cough, chest pain, etc.

In addition, coexistence of Barrett's esophagus with gastroesophageal reflux symptoms in some patients may also be considered an indication for anti-reflux surgery.

**Potential Risks Associated with PPIs**

Headache, diarrhea, and dyspepsia are commonly associated with use of PPI therapy. Patients may be switched to another PPI if they do not respond to an initial PPI. Other common adverse effects include vitamin (vitamin B12) and mineral deficiencies (hypomagnesemia), community-acquired infections such as pneumonia and diarrhea, osteoporosis, hip fractures, and increased risk of cardiovascular accidents in patients using concomitant clopidogrel therapy. However, recent research studies have indicated that long-term PPI therapy in the elderly may lead to B12 deficiency. On the other hand, recent reviews do not observe any association between long-term PPI therapy and the development of B12 deficiency [145, 146]. PPIs increase gastric pH levels, which facilitate growth of gut micro flora and increase susceptibility to organisms such as *Escherichia coli, Clostridium difficile,* etc. A recent review report approved by the FDA observed that there is an increased risk of *Clostridium difficile*-associated diarrhea with PPI use [147]. It was further observed that PPIs increased the risk of *Clostridium difficile* infection by 1.7 times with once-daily use and 2.4 times with more-than-once-daily use [148, 149]. This risk can be avoided or minimized by prudent short-term PPI therapy [150]. Recent research studies observed that PPI therapy should not be withdrawn or withheld in patients because of potential risk of community-acquired pneumonia. It has been suggested that patients who are at higher risk of community-acquired pneumonia should be given low dose PPI therapy and only in certain cases when necessary [151]. In 2009, the FDA issued a warning pertaining to the increased probability for adverse cardiovascular accidents with concomitant use of PPI and clopidogrel, especially with PPIs such as omeprazole, esomeprazole, and lansoprazole. However, recent meta-analysis has concluded that there is no risk of adverse cardiac outcomes in patients using concomitant clopidogrel and PPI therapy.

| Potential Risks Associated with PPIs |
| --- |
|  |

1. Switching PPIs can be considered in the setting of side effects. (Conditional recommendation, low level of evidence)
2. Patients with known osteoporosis can remain on PPI therapy. Concern for hip fractures and osteoporosis should not affect the decision to use PPI long-term, except in patients with other risk factors for hip fracture. (Conditional recommendation, moderate level of evidence)
3. PPI therapy can be a risk factor for *Clostridium difficile* infection, and should be used with care in patients at risk. (Moderate recommendation, moderate level of evidence)
4. Short-term PPI usage may increase the risk of community-acquired pneumonia. The risk does not appear elevated in long-term users. (Conditional recommendation, moderate level of evidence)
5. PPI therapy does not need to be altered in concomitant clopidogrel users, as there does not appear to be an increased risk for adverse cardiovascular events. (Strong recommendation, high level of evidence)

**Extraesophageal Presentations of GERD: Asthma, Chronic Cough, and Laryngitis**

Extraesophageal reflux disease (EERD) has a wide spectrum of clinical manifestations that ranges from troublesome heartburn regurgitation to a variety of extraesophageal manifestations, such as asthma, laryngitis, COPD (chronic obstructive pulmonary disease) cough, otitis media, recurrent pneumonia, laryngeal cancer, etc. Several studies have observed an association between GERD and these extraesophageal symptoms, but causality is still not known. A recent systematic review concluded that GERD symptoms and abnormal 24-hour esophageal pH monitoring were observed in asthmatics, but there was insufficient data to determine the causality (123).

The Montreal Consensus acknowledges established associations between GERD and extraesophageal presentations such as asthma, chronic cough, and laryngitis. The consensus also recognizes that these presentations usually have a multi-factorial etiology and that gastro-esophageal reflux may be a contributing factor rather than a causal factor. It was also recognized that extraesophageal presentations developing in isolation without concomitant presence of typical GERD symptoms is a rarity.

| Extraesophageal Manifestations of GERD | | |
|---|---|---|
| **Pulmonary** | **Pharyngo-laryngeal** | **Proposed Associations** |
| Asthma | Pharyngitis | Sinusitis |
| Aspiration pneumonia | Vocal cord granulomas | Pulmonary fibrosis |
| Chronic bronchitis | Subglottic stenosis | Pharyngitis |
| Bronchiectasis | Laryngitis | Recurrent otitis media |
| Interstitial pulmonary fibrosis | Stridor | |
| **Oral** | | |
| Halitosis | Hoarseness | |
| Dental caries | Globus | |
| Poor oral hygiene | Laryngeal cancer | |

Extraesophageal presentations develop by two principal mechanisms: direct (aspiration) or indirect, i.e. vagally-mediated mechanisms [152-155]. Reflux of gastroduodenal contents into the esophagus and hypopharynx can be categorized as either "high" or "distal" [156].  High esophageal reflux is triggered by reflux that goes across the esophagus and causes cough either by direct laryngeal or pharyngeal aspiration/stimulation resulting in a bronchial or tracheal cough.  In "distal" esophageal reflux, cough is generated by a vagally mediated tracheal bronchial reflex usually with no laryngeal irritation [156, 157].  Severe laryngeal damage may be triggered by prolonged exposure to gastric and duodenal juice. Gastric acid and pepsin play an important role in the pathogenesis of reflux esophagitis. In addition, enzymes such as trypsin and bile acids may cause tissue injury leading to histologic change, even in the absence of acid. The nonacidic reflux may cause tissue injury and symptoms that may be refractory to treatment with PPIs.

Recent clinical trials have failed to demonstrate efficacy of PPIs in the treatment of extraesophageal symptoms. In addition, diagnostic tools fail to clearly establish GERD as the cause of extraesophageal symptoms. Therefore, patients with extraesophageal presentations such as asthma, laryngitis, etc. should have thorough evaluation for causes of non-GERD entities. GERD may be considered a contributing factor in some of the extraesophageal manifestations. It is difficult to establish that GERD is the cause of extraesophageal symptoms. Upper endoscopy can detect GERD when erosive esophagitis (EE) is present, but EE is detected in only one-third of patients with GERD symptoms [158] and is found rarely after treatment with PPIs [159]. GERD can be confirmed with ambulatory reflux monitoring, which can detect an excessive amount of gastroesophageal reflux. The total percentage of time the esophageal pH is less than four is the best indicator for pathologic reflux [160]. However, pathological reflux on ambulatory reflux monitoring does not establish GERD as the cause of the extraesophageal presentations. Alternatively, a negative ambulatory reflux monitoring usually indicates non-GERD etiologies.

Symptom association analysis (symptom index or SI [161] and the symptom-association probability, or SAP) conducted during reflux monitoring may observe a temporal association between reflux episodes and cough or asthma attacks. In patients with reflux-induced laryngitis, laryngoscopy usually reveals edema and erythema [162]. However, diagnosis of reflux-induced laryngitis should  not be solely made on the laryngoscopy findings, because signs of laryngeal irritation are also observed in most of the healthy subjects [163]. Such signs may also be the outcome of smoking, allergy, or voice abuse. Treatment with PPIs is often considered in patients with asthma and concomitant GERD. However, PPIs are generally not considered for management of asthma when no other typical GERD symptoms exist. PPI therapy may be initiated in patients with extraesophageal presentations such as asthma, laryngitis, and chronic cough, and who also experience typical GERD symptoms or have objective evidence of GERD by endoscopy. PPIs aid in healing esophagitis and ameliorate typical GERD symptoms by effective acid suppression. Patients with extraesophageal symptoms are usually treated with high dose PPI twice daily. There are few well-defined markers to predict which patients will respond to therapy. Empirical treatment for patients without typical

symptoms or objective evidence of GERD, thus, cannot be routinely recommended. The historic recommendation is to treat patients with higher dose PPI (twice daily) than patients with typical GERD symptoms; however, this is based on uncontrolled and observational data only [164, 165]. Patients who do not respond to a two- to three-month course of PPI and acid suppression are considered to have refractory GERD.

---

**Extraesophageal Presentations of GERD: Asthma, Chronic Cough, and Laryngitis**

1. GERD can be considered as a potential co-factor in patients with asthma, chronic cough, or laryngitis. Careful evaluation for non-GERD causes should be undertaken in all of these patients. (Strong recommendation, moderate level of evidence).

2. A diagnosis of reflux laryngitis should not be made based solely upon laryngoscopy findings. (Strong recommendation, moderate level of evidence)

3. A PPI trial is recommended to treat extraesophageal symptoms in patients who also have typical symptoms of GERD. (Strong recommendation, low level of evidence)

4. Upper endoscopy is not recommended as a means to establish a diagnosis of GERD-related asthma, chronic cough, or laryngitis. (Strong recommendation, low level of evidence)

5. Reflux monitoring should be considered before a PPI trial in patients with extraesophageal symptoms who do not have typical symptoms of GERD. (Conditional recommendation, low level of evidence)

6. Non-responders to a PPI trial should be considered for further diagnostic testing and are addressed in the refractory GERD section below. (Conditional recommendation, low level of evidence)

7. Surgery should generally not be performed to treat extraesophageal symptoms of GERD in patients who do not respond to acid suppression with a PPI. (Strong recommendation, moderate level of evidence)

---

**GERD Refractory to Treatment with PPIs**

1. The first step in management of refractory GERD is optimization of PPI therapy. (Strong recommendation, low level of evidence)

2. Upper endoscopy should be performed in refractory patients with typical or dyspeptic symptoms principally to exclude non-GERD etiologies. (Conditional recommendation, low level of evidence)

3. In patients in whom extraesophageal symptoms of GERD persist despite PPI optimization, assessment for other etiologies should be pursued through concomitant evaluation by ENT, pulmonary, and allergy specialists. (Strong recommendation, low level of evidence)

4. Patients with refractory GERD and negative evaluation by endoscopy (typical symptoms) or evaluation by ENT, pulmonary, and allergy specialists (extraesophageal symptoms), should undergo ambulatory reflux monitoring. (Strong recommendation, low level of evidence)

5. Reflux monitoring *off* medication can be performed by any available modality (pH or impedance- pH). (Conditional recommendation, moderate level evidence) Testing *on* medication should be performed with impedance-pH monitoring in order to enable measurement of nonacid reflux. (Strong recommendation, moderate level of evidence)

6. Refractory patients with objective evidence of ongoing reflux as the cause of symptoms should be considered for additional anti-reflux therapies, which may include surgery or  Transient Lower Esophageal Sphincter Relaxation (TLESR) inhibitors. (Conditional recommendation, low level of evidence). Patients with negative testing are unlikely to have GERD and PPI therapy should be discontinued. (Strong recommendation, low level of evidence)

Refractory GERD, a patient-driven phenomenon [166], encompasses a heterogeneous group of GERD patients that may differ in symptom frequency and severity, PPI dosing regimen (once or twice daily), and response to therapy (from partial to absent).

---

**Complications Associated with GERD**

1. The Los Angeles (LA) classification system should be used when describing the endoscopic appearance of erosive esophagitis. (Strong recommendations, moderate level of evidence) Patients with LA Grade A esophagitis should undergo further testing to confirm the presence of GERD. (Conditional recommendation, low level of evidence)

2. Repeat endoscopy should be performed in patients with severe erosive reflux disease after a course of antisecretory therapy to exclude underlying Barrett's esophagus. (Conditional recommendation, low level of evidence)

3. Continuous PPI therapy is recommended following peptic stricture dilation to improve dysphagia and reduce the need for repeated dilations. (Strong recommendation, moderate level of evidence)

4. Injection of intralesional corticosteroids can be used in refractory, complex strictures due to GERD. (Conditional recommendation, low level of evidence)

5. Treatment with a PPI is suggested following dilation in patients with lower esophageal (Schatzki) rings. (Conditional recommendation, low level of evidence)

6. Screening for Barrett's esophagus should be considered in patients with GERD who are at high risk based on epidemiologic profile. (Conditional recommendation, moderate level of evidence)

7. Symptoms in patients with Barrett's esophagus can be treated in a similar fashion to patients with GERD who do not have Barrett's esophagus. (Strong recommendation, moderate level of evidence)

8. Patients with Barrett's esophagus found at endoscopy should undergo periodic surveillance according to guidelines. (Strong recommendation, moderate level of evidence)

ENT = ear, nose, and throat; GERD = gastroesophageal reflux disease; LA = Los Angeles; PPI = proton pump inhibitor.

Several complications are associated with GERD, including erosive esophagitis, stricture, and Barrett's esophagus. Obesity is considered to be a risk factor for symptoms, esophageal reflux disease (ERD), Barrett's esophagus (BE), and adenocarcinoma [167]. A higher waist-to-hip ratio is the greatest risk factor for the presence of Barrett's esophagus [168]. LA classification system is generally used to describe esophageal erosions.

Erosive esophagitis is seen in a few patients with symptomatic GERD, and the majority of the patients present with LA grade A or B esophagitis. LA grades C and D are considered to be "severe" and have the lowest healing rate with PPIs [169]. LA grades C and D (severe erosive esophagitis) are commonly seen in the elderly and usually relapse in absence of a maintenance therapy. A repeat endoscopy is recommended after a minimum eight-week course of PPI therapy in patients with severe erosive esophagitis (grades C and D esophagitis).

Peptic strictures are not commonly seen because of widespread use of antisecretory medications. Chronic ulcerative esophagitis may cause scarring and stricture formation, most commonly in the distal esophagus. Strictures tend to develop in Caucasian individuals, elderly individuals with a longer duration of untreated symptoms, and in the presence of impaired esophageal motility [170, 171]. True peptic strictures, in majority of cases, develop at the squamocolumnar junction. Presence of a peptic stricture anywhere else usually indicates other etiologies. PPIs exhibit better efficacies compared to H2-receptor antagonists. They improve dysphagia, decrease the need for repetitive dilations and/or prolong the interval between dilations when used in maintenance therapy [172, 173]. Intralesional corticosteroids may be administered in the treatment of peptic strictures refractory to dilation. Some clinical trials have observed that steroid injections are effective in conjunction with antisecretory therapy and dilation in tough strictures [174, 175]. Removable stents are usually not used in a patient with benign peptic stricture because of risk of stent migration and various other complications.

Barrett's esophagus is the only complication of GERD with malignant potential. BE is present in 5-15% of patients who have endoscopy for symptoms of GERD [176].

Potential advantages and disadvantages of medical therapy and anti-reflux surgery in the management of chronic GERD:

| **Medical** |
| --- |

**Advantages**
- Noninvasive.
- Simple and easy to use.
- Reproducible effect
- Very effective on symptoms and lesions of GERD.
- Excellent tolerance and safety profile of PPI.
- Relatively cheap especially since the development of PPI generics.

**Disadvantages**
- Does not correct underlying pathophysiological mechanisms.
- Continuous maintenance therapy frequently required to control the disease.
- Symptoms persist in at least 10% of patients.
- Rare side effects and potential drug-drug interactions.

**Surgery**

**Advantages**
- The only treatment capable of physically controlling reflux.
- Very effective (improved quality of heartburn control, reduction of regurgitation, better sleep pattern, increased activities and exercise, etc.).
- Avoids the need to take medication.
- Psychological effects of not having chronic disease.
- Particular clinical groups of cystic fibrosis, lung transplant, and congenital hernia.

**Disadvantages**
- Invasive.
- Small risk of mortality.
- Measurable postoperative mortality.
- Recurrence is possible.

**Prognosis**

The prognosis of GERD is extremely good, with approximately 80-90% of the patients recovering with optimum treatment. However, in some cases, the recovery may be temporary or partial. In general, patients who get quick and early treatment have the best prognosis. Early detection and treatment prevent GERD from developing into a life threatening or serious condition. Erosive esophagitis invariably relapses after the treatment is stopped.  Only 25% of patients with NERD who initially achieve complete symptom resolution while on PPI therapy remain asymptomatic after six months without treatment. Long-term lifelong maintenance therapy is essential for patients with complicated GERD such as Barrett's esophagus.

**Essentials of GERD Treatment and Prognosis**

- GERD treatment is mainly directed to control symptoms but also to aid in esophageal mucosal healing and prevent relapse of both.
- PPIs are the preferred and most effective drugs for controlling symptoms of GERD, healing erosive esophagitis, preventing relapse or GERD-associated complications.
- Compared to PPIs, antacids and H2RA (histamine 2-receptor antagonists) are more effective in relieving acute postprandial heartburn.
- Anti-reflux surgery may be considered in carefully selected GERD patients who are responsive or unresponsive to PPI therapy.

**Recent Advancements**

In the recent past few years, research investigations have enhanced understanding of GERD and its diagnostic modalities. Newer techniques have emerged for esophageal functional testing such as wireless pH capsule monitoring, duodenogastroesophageal reflux detection (DGER), and esophageal impedance testing. Wireless pH monitoring is a recent, newer version of esophageal pH monitoring that focuses on improving the diagnosis of GERD. The capsule is fixed within the esophagus and measures esophageal pH levels. It transmits the data by radio wave/telemetry to an external receiver. The monitoring can be done for 48-96 hours. Compared to conventional catheter, wireless pH monitoring provides an increased diagnostic yield for GERD. This new technique also eliminates the need of a catheter. Major advantages of this new technique are better patient tolerability and its ability to conduct pH monitoring for extended periods of times ranging from two to four days. It also provides a more clear and accurate picture of acid exposure profile in genuine conditions. This diagnostic test also allows a prolonged monitoring period that may be performed on patients both on and off PPI therapy in a single diagnostic test [177, 178]. Impedance-pH monitoring is considered the most sensitive technique for the detection of gastric reflux. Impedance-pH monitoring is also considered to be a future standard for detection and monitoring of reflux as it accurately detects, localizes, and categorizes reflux events as acidic, or weakly-acidic, simultaneously [179]. More improvement in impedance-pH monitoring may lead to more comprehensive reflux detection resulting in better individualized therapy in GERD patients, depending on their reflux profile, and may accurately predict response to medical or surgical therapy [180, 181]. The use of histological characteristics to accurately diagnose GERD, and particularly NERD, has become the focus of attention in recent years [182]. Dilation of the intracellular space (DIS) is a promising diagnostic marker of NERD [182, 183]. DIS can be affected by PPI therapy, which may serve as a clinical endpoint in the treatment of GERD. Certain histological markers such as papillae elongation and basal cell hyperplasia lack higher sensitivity or specificity for GERD, but might be useful when used in combination with DIS [182, 184]. In the near future, histopathological markers or characteristics may play a key role in accurately diagnosing and characterizing GERD.

**Newer Medications**

Currently, acid-suppressive medications are the cornerstone of GERD treatment, and PPI is the drug of choice [185]. However, a significant proportion of GERD patients continue to experience symptoms despite PPI treatment [186, 187], and approximately 22% of PPI users also take additional over-the-counter medications to control their symptoms [188]. Transient lower esophageal sphincter relaxation (TLESR) is considered to be a key factor for the development of reflux. Several preclinical studies have found that gamma aminobutyric acid (GABA,) type B receptor (GABAB) agonists, and metabotropic glutamate receptor 5 (mG1uR5) modulators can modify TLESR. Baclofen, gamma aminobutyric acid (GABA), type B receptor (GABAB) agonist, and ADX10059, a metabotropic glutamate receptor 5 (mG1uR5) modulator, has been found to reduce the incidence of TLESR; however, poor tolerability hinders the use of these drugs [189]. New acid-suppressive agents such as potassium-competitive acid blockers (P-CAB) are also in the focus for the treatment of GERD.  These agents inhibit gastric H+K+- ATPase (proton pump) reversibly rather than irreversibly [190]. On the other hand, PPIs irreversibly block the proton pump of the gastric parietal cell [191, 192]. However, recent research studies have not shown better safety and efficacy of P-CABs when compared with PPIs [95, 96]. There are two other potential drugs or molecules in the same group that show some promise [193, 194]: 5-hydroxytryptamine type 4 (5-HT4) receptor agonists, which increases contraction of the gastric smooth muscle is a potential new target in GERD [195]. The drugs cisapride, monsapride, and togaserod belong to this class of drug. However, the safety profile of this drug class has limited their usefulness in GERD [196, 197]. ATI-7505, a naronapride, is currently being investigated [198]. Selective serotonin reuptake inhibitors (SSRIs) and tricyclic antidepressants also hold promise for the treatment of GERD and are currently being investigated [199].

**New Treatments for Gastroesophageal Reflux Disease**

| New Therapy | Example |
| --- | --- |
| New directions for treatment | |
| Inhibition of transient lower esophageal sphincter relaxations (TLESR) | Gamma-aminobutyric acid B receptor (GABAB): baclofen, XP19986, AZD3355, AZD9343; metabotropic glutamate receptor 5 (mGluR5) modulators: ADX10059 |
| 5-HT-receptor agonists | Partial 5-HT4 agonist: tegaserod [97,98]; Partial 5-HT3 agonist: DDP733 [99] |
| New formulations of existing drugs | |
| Modified release formulation | Dexlansoprazole MR (TAK-390 MR), a modified release enantiomer of lansoprazole, which employs dual delayed release (DDR) technology; AucForm delivery technology for controlled released formulation of omeprazole; Extended release version of rabeprazole |
| Switching PPIs from racemic to pure enantiomers | S-enantiomer of omeprazole, pantoprazole and tenatoprazole and R-enantiomer of lansoprazole and rabeprazole |
| Acid pump activator | VB101 (VECAM) in combination with |

| | Omeprazole or Pantoprazole |
|---|---|
| Drugs with a prolonged antisecretion action | |
| Imidazopyride-based PPI | Tenatoprazole, S-tenatoprazole-Na |
| Slow-absorbed, acid-stable pro-PPI | AGN 201904-Z |
| P-CAB | AZD0865; CS526, revaprazan, and soraprazan |

P-CAB = potassium-competitive acid blocker; PPI = proton pump inhibitor.

New surgical methods have evolved in the last few years. The research trials will determine the safety and efficacy of these new surgical techniques for treatment of GERD.  These include the Stretta radiofrequency procedure, EndoCinch Procedure or Endoluminal gastric plication (ELGP), and Enteryx injections. The Stretta radiofrequency procedure is an outpatient procedure that is used to tighten the LES by using radiofrequency delivered via the endoscope. In April 2000, the FDA approved this procedure i.e. Stretta system as an endoscopic treatment for GERD patients [200]. In 2000, EndoCinch procedure or EndoCinch endoluminal gastroplication surgery (ELGP) was approved by the FDA for the treatment of GERD. It is an outpatient procedure that is far less invasive than other traditional surgical techniques such as Nissen fundoplication. This procedure combines endoscopy with a suturing system to place sutures for the correcting of LES. The principal aim of this procedure is to place gastroplications at or just below the esophagogastric junction to reduce the frequency and volume of gastric reflux into the esophagus. This procedure is reversible and titrable. Several research studies have shown the safety and efficacy of this procedure [201-204]. Several studies h also report promising short-term and medium-term results [201-203]. In April 2003, Enteryx injections were approved for the treatment of GERD.  The injections contained biocompatible polymers which were introduced into the distal esophageal wall where they formed a spongy mass leading to narrowing the lumen to prevent acid reflux. It was withdrawn in September 2005 after life-threatening adverse effects were reported. Another bulking agent known as Durasphere is being investigated for the treatment of GERD.

**Patient Education**
Patients should be reassured about the benign nature of disease. Proper education about GERD relieves anxiety associated with the fear of cancer in these patients.  Patients should be instructed to report any changes in the symptoms of GERD over time. Patients should immediately inform their physician if they develop alarm symptoms such as dysphagia, anorexia, weight loss, odynophagia, or hematemesis. Patients should comply with healthcare professionals' instructions for achieving better treatment results, including instructions regarding diet, exercise, or lifestyle changes. Non-compliance is linked to poor GERD treatment.

**Conclusion**
Gastroesophageal reflux disease (GERD) is a group of symptoms or complications that develops due to the retrograde flow of gastro-duodenal contents into the esophagus or beyond, into the adjacent organs, causing spectrum of troublesome symptoms and

complications, with or without tissue damage. The natural history of GERD still remains unclear. It may be categorized into three distinct phenotypic presentations: NERD, erosive esophagitis, and Barrett's esophagus. NERD is a subcategory of GERD, characterized by reflux symptoms with no visible esophageal injury (absence of mucosal lesions or breaks) detected by endoscopy and without recent effective acid suppressive therapy. Erosive esophagitis is characterized by the presence of esophageal mucosal injury detected by endoscopy. Barrett's esophagus is a complication of chronic GERD and a type of intestinal metaplasia, which is a precursor condition for carcinoma. In this condition, the healthy epithelial squamous cells are replaced by intestinal columnar epithelium, which can be detected by endoscopy. Long-standing reflux symptoms are considered a major risk factor for the development of Barrett's esophagus. Prolonged acid exposure and, perhaps, alkaline injury causes significant change of exposed esophageal mucosa. In the US, approximately 20% of people experience GERD symptoms in a given week, and 7% experience symptoms every day. Recent research studies have reported that approximately 25-40% of Americans experience symptomatic GERD at some point of time in their lives.

Factors that play an important role in the development of GERD are gastric acid and other refluxed contents, delayed gastric emptying, anti-reflux mechanisms at the gastroesophageal region, transient lower esophageal sphincter relaxation, ingested irritants, mucosal integrity and defense mechanisms. In addition, visceral hypersensitivity, esophageal clearance mechanisms, and genetic factors also play a role in the genesis of GERD. It is now known that hiatal hernia can impair a majority of the anti-reflux mechanisms, and is an independent factor for GERD. The association of GERD and *Helicobacter pylori* (*H. pylori*) is still not clear.  Some researchers suspect that *H. pylori* infection contributes in the prevention of GERD, others find no association between the two entities. Eating habits and lifestyle issues play an important role in GERD physiopathology and are considered risk factors for GERD. Foods such as fatty foods, chocolate, peppermint, and alcohol are believed to reduce lower esophageal sphincter pressure. Smoking is also linked to increased risk of GERD. Physical exercise is considered to be a protective factor against gastric reflux. Certain medications such as nitrates, calcium blocker, etc. interfere with the functioning of EGJ and play an important role in development of GERD function.

The most frequent GERD symptoms include heartburn, regurgitation, and dysphagia. Extraesophageal symptoms such as chronic cough, asthma, and chronic laryngitis are also seen in GERD patients. Atypical symptoms such as epigastric pain, dyspepsia, belching, bloating, and nausea are also reported in GERD but overlap with other medical conditions. The diagnosis of GERD is made with the help of typical symptomatology, endoscopy findings, ambulatory reflux monitoring, and response to PPI or antisecretory therapy. A presumptive diagnosis of GERD can be established in the setting of typical symptoms of heartburn and regurgitation. Empiric medical therapy with a proton pump inhibitor (PPI) is recommended in this setting. PPI trial is a reasonable approach to confirm GERD in such cases. Upper gastrointestinal endoscopy or EGD is frequently used to diagnose GERD. It is recommended for patients who are refractory to treatment or have alarm symptoms such as dysphagia, anemia, hematochezia, wheezing, weight

loss, or voice changes. Endoscopy is the first choice for evaluating GERD, grading esophagitis (Los Angeles classification system), and detecting Barrett's esophagus. Esophageal biopsies are the only way of detecting cellular changes that take place in Barrett's esophagus, but are not very useful for diagnosing GERD. An X-ray is not a preferred primary diagnostic test, because it doesn't detect GERD or abnormal reflux. Ambulatory esophageal pH monitoring is the current gold standard for diagnosis of GERD, because it directly measures the amount of time that the esophagus contains acid. It accurately documents GERD and its severity and monitors treatment response (medical or surgical). It has the highest sensitivity and specificity for GERD, which is around 96%. Esophageal manometry is conducted to determine the lower esophageal sphincter (LES) pressure and detect any esophageal motility disorders that help in better surgical planning. Gastric emptying studies can determine how well food empties from the stomach. There are no laboratory studies that can assess the efficacy of treatment with (proton pump inhibitor) PPIs based on microscopic findings alone. Telemetry capsule pH monitoring is used to monitor acid reflux for longer durations (48-94 hours) and is better tolerated. Symptom index (SI) and symptom association probability (SAP) are two most frequently used symptom associations. GERD is frequently encountered by women during pregnancy with clinical manifestation of heartburn. One clinical study observed that 52% of pregnant women have onset of GERD in the first trimester, 40% in the second trimester, and 8% in the third trimester. Pregnancy and amount of weight gain during pregnancy are the key risk factors for frequent GERD symptoms one year post delivery.

The primary goals of GERD treatment include symptomatic relief, healing of esophagitis, prevention of GERD recurrence, as well as GERD associated complications. Lifestyle interventions are considered the first line of treatment, especially for mild acid reflux. Some common interventions include losing weight (for overweight patients); avoiding alcohol, citrus juice, tomato and tomato-based products, onion, chocolate, peppermint, and coffee; avoiding meals two to three hours before bedtime; and elevating the head of the bed elevation is beneficial for patients with nocturnal GERD. Pharmacotherapy may be initiated if lifestyle modifications fail to show improvement in GERD symptoms. Commonly used medications for the treatment of GERD are antacids, histamine-receptor antagonists (H2RA), or PPI (proton pump inhibitors) therapy. An eight-week course of PPIs is the preferred pharmacotherapy for symptom relief and healing of erosive esophagitis. There are no major differences in efficacy between the different PPIs. Patients who do respond to PPI therapy should be referred for further evaluation.

GERD patients who have partial response to PPI therapy are benefited by increasing the PPI dose to twice daily therapy. In some cases, switching to a different PPI can provide better symptom relief. Maintenance PPI therapy is given to GERD patients who continue to experience GERD symptoms even after PPI is stopped and in patients with complications such as Barrett's esophagus. Long-term PPI therapy should be given in the lowest effective dose, including on-demand or intermittent therapy. Clinicians may give H2-receptor antagonist as a maintenance option in patients without erosive disease, if patients experience heartburn relief. Bedtime H2RA therapy may be added to daytime PPI therapy in  patients who have objective evidence of night-time reflux. Prokinetics and

drugs such as baclofen should not be prescribed to GERD patients without diagnostic evaluation.

Surgery can be a treatment option for long-term therapy in GERD patients, but is generally not recommended in patients who do not respond to PPI treatment. Gastric bypass is the preferred surgical option for obese patients with GERD. Surgery may be indicated for GERD patients who opt to discontinue pharmacotherapy, non-compliance, adverse effects of medications, or persistent GERD symptoms due to refractory GERD. Over the last few decades, surgical options for GERD has evolved from an open to a laparoscopic procedure, and in recent times, to a new incisionless surgical procedure called transoral incisionless fundoplication. Nissen fundoplication is the most common surgical procedure for the treatment of GERD. The laparoscopic Roux-en-Y gastric bypass (LRYGB) is the most reliable, effective, and advantageous surgical option for GERD in the morbidly obese patient. Endoluminal fundoplication is a recent, modified version of Nissen fundoplication, both open and laparoscopic, which requires no incisions, as the surgeon accesses the stomach via the mouth.

Common extraesophageal manifestations of GERD are asthma, laryngitis, COPD (chronic obstructive pulmonary disease) cough, otitis media, recurrent pneumonia, and laryngeal cancer, etc. These presentations usually have a multi-factorial etiology, and gastro-esophageal reflux may be a contributing factor rather than a causal factor. In addition, several complications are associated with GERD, including erosive esophagitis, stricture, and Barrett's esophagus. The prognosis of GERD is extremely good, with approximately 80-90% of the patients recovering with optimum treatment. However, in some cases, the recovery may be temporary or partial.

In the past few years, research investigations have enhanced understanding of GERD and its diagnostic modalities. Newer techniques have emerged for esophageal functional testing, such as wireless pH capsule monitoring, duodenogastroesophageal reflux detection, and esophageal impedance testing. New medications such as Baclofen, gamma aminobutyric acid (GABA) type B receptor (GABAB) agonist, and ADX10059 have provided new hopes for the treatment of GERD. New surgical methods have evolved in the last few years which include Stretta radiofrequency procedure, endoluminal gastric plication (EndoCinch Procedure), and Durasphere injections. In spite of these advancements, several issues pertaining to GERD still remain unresolved. Hopefully, over the next couple of years researchers will provide some important breakthroughs and discoveries to relieve people from this disease.

**References**:

1. Vakil N, van Zanten SV, Kahrilas P, Dent J, Jones R. The Montreal definition and classification of gastroesophageal reflux disease: a global evidence-based consensus. Am J Gastroenterol  2006; 101: 1900-1920; quiz 1943.
2. Moraes-Filho J, Cecconello I, Gama-Rodrigues J, Castro L, Henry MA, Meneghelli UG, Quigley E. Brazilian consensus on gastroesophageal reflux

disease: proposals for assessment, classification, and management. Am J Gastroenterol 2002; 97: 241-248.

3.  S. J. Spechler, "Epidemiology and natural history of gastroesophageal reflux disease," Digestion, vol. 51, supplement 1, pp. 24–29, 1992.

4.  F. Pace and G. B. Porro, "Gastroesophageal reflux disease: a typical spectrum disease (A new conceptual framework is not needed)," The American Journal of Gastroenterology, vol. 99, no. 5, pp. 946–949, 2004.

5.  J. Labenz, M. Nocon, T. Lind, et al., "Prospective follow-up data from the ProGERD study suggest that GERD is not a categorical disease," The American Journal of Gastroenterology, vol. 101, no. 11, pp. 2457–2462, 2006.

6.  R. Fass and J. J. Ofman, "Gastroesophageal reflux disease— should we adopt a conceptual framework?" The American Journal of Gastroenterology, vol. 97, pp. 1901–1919, 2002.

7.  R. Fass, "Distinct phenotypic presentations of gastroesophageal reflux disease: a new view of the natural history," Digestive Diseases, vol. 22, no. 2, pp. 100–107, 2004.

8.  S. J. Sontag, A. Sonnenberg, T. G. Schnell, J. Leya, and A. Metz, "The long-term natural history of gastroesophageal reflux disease," Journal of Clinical Gastroenterology, vol. 40, no. 5, pp. 398–404, 2006.

9.  T. Navarro-Rodriquez and R. Fass, "Functional heartburn, nonerosive reflux disease, and reflux esophagitis are all distinct conditions-a debate; pro," Current Treatment Options in Gastroenterology, vol. 10, no. 4, pp. 294–304, 2007.

10. D. Ang, K. Blondeau, D. Sifrim, and J. Tack, "The spectrum of motor function abnormalities in gastroesophageal reflux disease and Barrett's esophagus," Digestion, vol. 79, no. 3, pp. 158–168, 2009.

11. A. J. Cameron, B. J. Ott, and W. S. Payne, "The incidence of adenocarcinoma in columnar-lined (Barrett's) esophagus," The New England Journal of Medicine, vol. 313, pp. 857–859, 1985.

12. Diener U, Patti MG, Molena D, Fisichella PM, Way LW. Esophageal dysmotility and gastroesophageal reflux disease. J Gastrointest Surg 2001; 5: 260-265

13. Patti MG, Gasper WJ, Fisichella PM, Nipomnick I, Palazzo F. Gastroesophageal reflux disease and connective tissue disorders: pathophysiology and implications for treatment. J Gastrointest Surg 2008; 12: 1900-1906.

14. Patti MG, Perretta S. Gastro-oesophageal reflux disease: a decade of changes. Asian J Surg 2003; 26: 4-6.

15. Meneghetti AT, Tedesco P, Damani T, Patti MG. Esophageal mucosal damage may promote dysmotility and worsen esophageal acid exposure. J Gastrointest Surg 2005; 9: 1313-1317.

16. Xu JY, Xie XP, Song GQ, Hou XH. Healing of severe reflux esophagitis with PPI does not improve esophageal dysmotility. Dis Esophagus 2007; 20: 346-352

17. McDougall NI, Mooney RB, Ferguson WR, Collins JS, Mc- Farland RJ, Love AH. The effect of healing oesophagitis on oesophageal motor function as determined by oesophageal scintigraphy and ambulatory oesophageal motility/pH monitoring. Aliment Pharmacol Ther 1998; 12: 899-907.

18. Herbella FA, Tedesco P, Nipomnick I, Fisichella PM, Patti MG. Effect of partial and total laparoscopic fundoplication on esophageal body motility. Surg Endosc 2007; 21: 285-288.

19. Kahrilas PJ. Anatomy and physiology of the gastroesophageal junction. Gastroenterol Clin North Am 1997; 26: 467-486.

20. Patti MG, Gantert W, Way LW. Surgery of the esophagus. Anatomy and physiology. Surg Clin North Am 1997; 77: 959-970.

21. Dietrich CF, Braden B. Sonographic assessments of gastrointestinal and biliary functions. Best Pract Res Clin Gastroenterol 2009; 23: 353-367.

22. Mariani G, Boni G, Barreca M, Bellini M, Fattori B, AlSharif A, Grosso M, Stasi C, Costa F, Anselmino M, Marchi S, Rubello D, Strauss HW. Radionuclide gastroesophageal motor studies. J Nucl Med 2004; 45: 1004-1028.

23. Murray L, Johnston B, Lane A, Harvey I, Donovan J, Nair P, Harvey R. Relationship between body mass and gastro-oesophageal reflux symptoms: The Bristol Helicobacter Project. Int J Epidemiol 2003; 32: 645-650.

24. Fisichella PM, Patti MG. Gastroesophageal reflux disease and morbid obesity: is there a relation? World J Surg 2009; 33: 2034-2038.

25. El-Serag HB, Graham DY, Satia JA, Rabeneck L. Obesity is an independent risk factor for GERD symptoms and erosive esophagitis. Am J Gastroenterol 2005; 100: 1243-1250.

26. Quiroga E, Cuenca-Abente F, Flum D, Dellinger EP, Oelschlager BK. Impaired esophageal function in morbidly obese patients with gastroesophageal reflux disease: evaluation with multichannel intraluminal impedance. Surg Endosc 2006; 20: 739-743.

27. Merrouche M, Sabaté JM, Jouet P, Harnois F, Scaringi S, Coffin B, Msika S. Gastro-esophageal reflux and esophageal motility disorders in morbidly obese patients before and after bariatric surgery. Obes Surg 2007; 17: 894-900.

28. Herbella FA, Sweet MP, Tedesco P, Nipomnick I, Patti MG. Gastroesophageal reflux disease and obesity. Pathophysiology and implications for treatment. J Gastrointest Surg 2007; 11: 286-290.

29. Pandolfino JE, El-Serag HB, Zhang Q, Shah N, Ghosh SK, Kahrilas PJ. Obesity: a challenge to esophagogastric junction integrity. Gastroenterology 2006; 130: 639-649.

30. Sweet MP, Herbella FA, Leard L, Hoopes C, Golden J, Hays S, Patti MG. The prevalence of distal and proximal gastroesophageal reflux in patients awaiting lung transplantation. Ann Surg 2006; 244: 491-497.

31. Tack J, Koek G, Demedts I, Sifrim D, Janssens J. Gastroesophageal reflux disease poorly responsive to single-dose proton pump inhibitors in patients without Barrett's esophagus: acid reflux, bile reflux, or both? Am J Gastroenterol 2004; 99: 981-988.

32. Agrawal A, Roberts J, Sharma N, Tutuian R, Vela M, Castell DO. Symptoms with acid and nonacid reflux may be produced by different mechanisms. Dis Esophagus 2009; 22: 467-470.

33. Peters JH, Avisar N. The molecular pathogenesis of Barrett's esophagus: common signaling pathways in embryogenesis metaplasia and neoplasia. J Gastrointest Surg 2010; 14 Suppl 1: S81-S87.

34. Theisen J, Peters JH, Fein M, Hughes M, Hagen JA, Demeester SR, Demeester TR, Laird PW. The mutagenic potential of duodenoesophageal reflux. Ann Surg 2005; 241: 63-68.

35. Gordon C, Kang JY, Neild PJ, Maxwell JD. The role of the hiatus hernia in gastro-oesophageal reflux disease. Aliment Pharmacol Ther 2004; 20: 719-732 35 van Herwaarden MA, Samsom M, Smout AJ. The role of hiatus hernia in gastro-oesophageal reflux disease. Eur J Gastroenterol Hepatol 2004; 16: 831-835.

36. Patti MG, Goldberg HI, Arcerito M, Bortolasi L, Tong J, Way LW. Hiatal hernia size affects lower esophageal sphincter function, esophageal acid exposure, and the degree of mucosal injury. Am J Surg 1996; 171: 182-186.

37. Metz DC, Kroser JA. Helicobacter pylori and gastroesophageal reflux disease. Gastroenterol Clin North Am 1999; 28: 971-985, viii.

38. Souza RC, Lima JH. Helicobacter pylori and gastroesophageal reflux disease: a review of this intriguing relationship. Dis Esophagus 2009; 22: 256-263.

39. Kamangar F, Chow WH, Abnet CC, Dawsey SM. Environmental causes of esophageal cancer. Gastroenterol Clin North Am 2009; 38: 27-57, vii.

40. El-Serag HB, Satia JA, Rabeneck L. Dietary intake and the risk of gastro-oesophageal reflux disease: a cross sectional study in volunteers. Gut. 2005;54:11–7.

41. DiBaise JK. A randomized, double-blind comparison of two different coffee-roasting processes on development of heartburn and dyspepsia in coffee-sensitive individuals. Dig Dis Sci. 2003;48:652–6.

42. Fass R, Quan SF, O'Connor GT, Ervin A, Iber C. Predictors of heartburn during sleep in a large prospective cohort study. Chest. 2005;127:1658–66.

43. Akiyama T, Inamori M, Iida H, Mawatari H, Endo H, Hosono K, et al. Alcohol consumption is associated with an increased risk of erosive esophagitis and Barrett's epithelium in Japanese men. BMC Gastroenterol. 2008;8:58.

44. Gunasekaran TS, Dahlberg M, Ramesh P, Namachivayam G. Prevalence and associated features of gastroesophageal reflux symptoms in a Caucasian-predominant adolescent school population. Dig Dis Sci. 2008;53:2373–9.

45. Mayer EM, Grabowski CJ, Fisher RS. Effects of graded doses of alcohol upon esophageal motor function. Gastroenterology. 1978;75:1133–6.

46. Keshavarzian A, Polepalle C, Iber FL, Durkin M. Esophageal motor disorder in alcoholics: result of alcoholism or withdrawal? Alcohol Clin Exp Res. 1990;14:561–7.

47. Pehl C, Frommherz M, Wendl B, Pfeiffer A. Gastroesophageal reflux induced by white wine: the role of acid clearance and "rereflux" Am J Gastroenterol. 2002;97:561–7.

48. Eslick GD, Talley NJ. Gastroesophageal reflux disease (GERD): risk factors, and impact on quality of life-a population-based study. J Clin Gastroenterol. 2009;43:111–7.

49. Nilsson M, Johnsen R, Ye W, Hveem K, Lagergren J. Lifestyle related risk factors in the aetiology of gastro-oesophageal reflux. Gut. 2004;53:1730–5.

50. Kahrilas PJ, Gupta RR. Mechanisms of acid reflux associated with cigarette smoking. Gut.1990;31:4–10.

51. Kahrilas PJ, Gupta RR. The effect of cigarette smoking on salivation and esophageal acid clearance. J Lab Clin Med. 1989;114:431–8.

52. Pandolfino JE, Bianchi LK, Lee TJ, Hirano I, Kahrilas PJ. Esophagogastric junction morphology predicts susceptibility to exercise-induced reflux. Am J Gastroenterol. 2004;99:1430–6.

53. Lagergren J, Bergstrom R, Adami HO, Nyren O. Association between medications that relax the lower esophageal sphincter and risk for esophageal adenocarcinoma. Ann Intern Med. 2000;133:165–75.

54. Corley DA, Levin TR, Habel LA, Buffler PA. Barrett's esophagus and medications that relax the lower esophageal sphincter. Am J Gastroenterol. 2006;101:937–44.

55. Vaughan TL, Farrow DC, Hansten PD, Chow WH, Gammon MD, Risch HA, et al. Risk of esophageal and gastric adenocarcinomas in relation to use of calcium channel blockers, asthma drugs, and other medications that promote gastroesophageal reflux. Cancer Epidemiol Biomarkers Prev.1998;7:749–56.

56. Hershcovici, T; Fass, R (2011 Apr). "Pharmacological management of GERD: where does it stand now?" Trends in pharmacological sciences 32 (4): 258–64.doi:10.1016/j.tips.2011.02.007. PMID 21429600.

57. Fedorak RN, Veldhuyzen van Zanten S, Bridges R (July 2010)."Canadian Digestive Health Foundation Public Impact Series: Gastroesophageal reflux disease in Canada: Incidence, prevalence, and direct and indirect economic impact." Canadian Journal of Gastroenterology 24 (7): 431–4.PMC 2918483. PMID 20652158. Lay summary.

58. Zajac, P; Holbrook, A; Super, ME; Vogt, M (March-April 2013). "An overview: Current clinical guidelines for the evaluation, diagnosis, treatment, and management of dyspepsia." Osteopathic Family Physician 5 (2): 79–85.doi:10.1016/j.osfp.2012.10.005.

59. Kahrilas, PJ (2008). "Gastroesophageal Reflux Disease." New England Journal of Medicine. 359 (16): 1700–7. doi:10.1056/NEJMcp0804684. PMC 3058591.PMID 18923172.

60. Camilleri M , Dubois D, Coulie B et al. Prevalence and socioeconomic impact of upper gastrointestinal disorders in the United States: results of the US Upper Gastrointestinal Study. Clin Gastroenterol Hepatol 2005 ; 3 : 543 – 52.

61. Atkins D, Briss PA , Eccles M et al. Systems for grading the quality of evidence and the strength of recommendations II: pilot study of a new system. BMC Health Serv Res 2005; 5: 25 – 36.

62. Vakil N, van Zanten SV, Kahrilas P et al. The Montreal definition and classification of gastroesophageal reflux disease: a global evidence-based consensus. Am J Gastroenterol 2006; 101: 1900 – 20.

63. Vakil NB, Traxler B, Levine D. Dysphagia in patients with erosive esophagitis: prevalence, severity, and response to proton pump inhibitor treatment. Clin Gastroenterol Hepatol 2004 ; 2 : 665 – 8.

64. Gerson LB, Kahrilas PJ, Fass R . Insights into gastroesophageal reflux disease-associated dyspeptic symptoms. Clin Gastroenterol Hepatol 2011; 9: 824 – 33.

65. Gerson LB, Fass R. A systematic review of the definitions, prevalence, and response to treatment of nocturnal gastroesophageal reflux disease. Clin Gastroenterol Hepatol 2009; 7: 372 – 8.

66. Becher A, Dent J. Systematic review: ageing and gastro-oesophageal reflux disease symptoms, oesophageal function and reflux oesophagitis. Aliment Pharmacol Ther 2011; 33: 442 – 54.

67. Johnson DA, Fennerty MB. Heartburn severity underestimates erosive esophagitis severity in elderly patients with gastroesophageal reflux disease. Gastroenterology 2004; 126: 660 – 4.

68. Rubenstein JH, Scheiman JM, Sadeghi S et al. Esophageal adenocarcinoma incidence in individuals with gastroesophageal reflux: synthesis and estimates from population studies. Am J Gastroenterol 2011; 106: 254 – 60.

69. Moayyedi P, Talley NJ, Fennerty MB et al. Can the clinical history distinguish between organic and functional dyspepsia? JAMA 2006; 295: 1566 – 76.

70. Katz, PO; Gerson, LB; Vela, MF (2012 Mar). "Guidelines for the diagnosis and management of gastroesophageal reflux disease." The American journal of gastroenterology 108 (3): 308–28. PMID 23419381.

71. Johnston BT, Troshinsky MB, Castell JA et al. Comparison of barium radiology with esophageal pH monitoring in the diagnosis of gastroesophageal reflux disease. Am J Gastroenterol 1996; 91: 1181 – 5.

72. Richter JE, Castell DO. Gastroesophageal reflux. Pathogenesis, diagnosis, and therapy. Ann Intern Med 1982; 97: 93 – 103.

73. Lundell LR, Dent J, Bennett JR et al. Endoscopic assessment of oesophagitis: clinical and functional correlates and further validation of the Los Angeles classification . Gut 1999; 45: 172 – 80.

74. Johnsson F, Joelsson B  Gudmundsson K et al. Symptoms and endoscopic findings in the diagnosis of gastroesophageal reflux disease. Scand J Gastroenterol 1987; 22: 714 – 8.

75. Becher A, Dent J. Systematic review: ageing and gastro-oesophageal reflux disease symptoms, oesophageal function and reflux oesophagitis. Aliment Pharmacol Ther 2011; 33: 442 – 54.

76. Gerson LB, Boparai V, Ullah N et al. Oesophageal and gastric pH profiles in patients with gastro-oesophageal reflux disease and Barrett's oesophagus treated with proton pump inhibitors. Aliment Pharmacol Ther 2004; 20: 637 – 43.

77. Frazzoni M, Savarino E, Manno M et al. Reflux patterns in patients with short-segment Barrett's oesophagus: a study using impedance-pH monitoring off and on proton pump inhibitor therapy. Aliment Pharmacol Ther 2009; 30: 508 – 15.

78. Appelmelk BJ, Simoons-Smit I, Negrini R et al. Potential role of molecular mimicry between Helicobacter pylori lipopolysaccharide and host Lewis blood group antigens in autoimmunity. Infect Immun 1996; 64: 2031 – 40.

79. Knuff TE, Benjamin SB, Worsham GF et al. Histologic evaluation of chronic gastroesophageal reflux. An evaluation of biopsy methods and diagnostic criteria. Dig Dis Sci 1984; 29: 194 – 201.

80. Schindlbeck NE, Wiebecke B, Klauser AG et al. Diagnostic value of histology in non-erosive gastro-oesophageal reflux disease. Gut 1996; 39: 151 – 4.

81. Takubo K, Honma N, Aryal G et al. Is there a set of histologic changes that are invariably reflux associated? Arch Pathol Lab Med 2005; 129: 159 – 63.

82. Hirano I, Richter JE. ACG practice guidelines: esophageal reflux testing. Am J Gastroenterol 2007; 102: 668 – 85.

83. Wiener GJ, Richter JE, Copper JB, et al. The symptom index: A clinically important parameter of ambulatory 24-hour esophageal pH monitoring. Am J Gastroenterol 1988;83:358–61.

84. Yaghoobi M, Farrokhyar F, Yuan Y et al. Is there an increased risk of GERD after Helicobacter pylori eradication? A meta-analysis. Am J Gastroenterol 2010; 105: 1007 – 13.

85. Kuipers EJ, Lundell L, Klinkenberg-Knol EC et al. Atrophic gastritis and Helicobacter pylori infection in patients with reflux esophagitis treated with omeprazole or fundoplication. N Engl J Med 1996; 334: 1018 – 22.

86. Malfertheiner P , Megraud F , O ' Morain C et al. Current concepts in the management of Helicobacter pylori infection: the Maastricht III Consensus Report. Gut 2007; 56: 772 – 81.

87. Olans LB, Wolf JL. Gastroesophageal reflux in pregnancy. Gastrointest Endosc Clin N Am 1994; 4: 699 – 712.

88. Richter JE. Review article: the management of heartburn in pregnancy. Aliment Pharmacol Ther 2005; 22: 749 – 57.

89. Rey E, Rodriguez-Artalejo F, Herraiz MA et al. Gastroesophageal reflux symptoms during and after pregnancy: a longitudinal study. Am J Gastroenterol 2007; 102: 2395 – 400.

90. R. F. Harvey, N. Hadley, T. R. Gill et al., "Effects of sleeping with the bed-head raised and of ranitidine in patients with severe peptic oesophagitis," The Lancet, vol. 2, no. 8569, pp. 1200–1203, 1987.

91. Kaltenbach T, Crockett S, Gerson LB. Are lifestyle measures effective in patients with gastroesophageal reflux disease? An evidence-based approach. Arch Intern Med 2006; 166: 965 – 71.

92. Johnson T, Gerson L, Hershcovici T et al. Systematic review: the effects of carbonated beverages on gastro-oesophageal reflux disease. Aliment Pharmacol Ther 2010; 31: 607 – 14.

93. Jacobson BC, Somers SC, Fuchs CS et al. Body-mass index and symptoms of gastroesophageal reflux in women. N Engl J Med 2006; 354: 2340 – 8.

94. Fraser-Moodie CA, Norton B, Gornall C et al. Weight loss has an independent beneficial effect on symptoms of gastro-oesophageal reflux in patients who are overweight. Scand J Gastroenterol 1999; 34: 337 – 40.

95. Mathus-Vliegen LM, Tytgat GN. Twenty-four-hour pH measurements in morbid obesity: effects of massive overweight, weight loss and gastric distension. Eur J Gastroenterol Hepatol 1996 ; 8 : 635 – 40.

96. Gagne DJ, Dovec E, Urbandt JE. Laparoscopic revision of vertical banded gastroplasty to Roux-en-Y gastric bypass: outcomes of 105 patient. Surg Obes Relat Dis 2011; 7: 493 – 9.

97. Stanciu C, Bennett JR. Effects of posture on gastro-oesophageal reflux. Digestion 1977; 15: 104 – 9.

98. Hamilton JW, Boisen RJ, Yamamoto DT et al. Sleeping on a wedge diminishes exposure of the esophagus to refluxed acid. Dig Dis Sci 1988; 33: 518 – 22.

99. Pollmann H, Zillessen E, Pohl J et al. Effect of elevated head position in bed in therapy of gastroesophageal reflux. Z Gastroenterol 1996; 34 (Suppl 2): 93 – 9 .

100.    Labenz J, Malfertheiner P. Treatment of uncomplicated reflux disease. World J Gastroenterol 2005; 11: 4291 – 9.

101.    Robinson M, Sahba B, Avner D et al. A comparison of lansoprazole and ranitidine in the treatment of erosive oesophagitis. Multicentre Investigational Group. Aliment Pharmacol Ther 1995; 9: 25 – 31.

102.    Vantrappen G, Rutgeerts L, Schurmans P et al. Omeprazole (40 mg) is superior to ranitidine in short-term treatment of ulcerative reflux esophagitis. ig Dis Sci 1988; 33: 523 – 9.

103.    van Pinxteren B, Sigterman KE, Bonis P et al. Short-term treatment with proton pump inhibitors, H2-receptor antagonists and prokinetics for gastro-oesophageal reflux disease-like symptoms and endoscopy negative reflux disease. Cochrane Database Syst Rev: CD002095.

104.    D. Y. Graham and D. J. Patterson, "Double-blind comparison of liquid antacid and placebo in the treatment of symptomatic reflux esophagitis," Digestive Diseases and Sciences, vol. 28, no. 6, pp. 559–563, 1983.

105.    D. A. Lieberman, "Medical therapy for chronic reflux esophagitis. Long-term follow-up," Archives of Internal Medicine, vol. 147, no. 10, pp. 1717–1720, 1987.

106.    T. Poynbard, "Relapse rate of patients after healing of oesophagitis—a prospective study of alginate as self-care treatment for 6 months," Alimentary Pharmacology and Therapeutics, vol. 7, no. 4, pp. 385–392, 1993.

107.    Pettit M. Treatment of gastroesophageal reflux disease. Pharm World Sci 2005;27:432-435.

108.    K. R. De Vault and D. O. Castell, "Updated guidelines for the diagnosis and treatment of gastroesophageal reflux disease," The American Journal of Gastroenterology, vol. 94, no. 6, pp. 1434–1442, 1999.

109.    D. G. Colin-Jones, "The role and limitation of H2-receptor antagonists in the treatment of gastroesophageal reflux disease," Alimentary Pharmacology & Therapeutics, vol. 9, pp. 9–14, 1995.

110.    R. Tutuian and D. O. Castell, "Management of gastroesophageal reflux disease," American Journal of the Medical Sciences, vol. 326, no. 5, pp. 309–318, 2003.

111.    Khan M, Santana J, Donnellan C, et al. Medical treatments in the short term management of reflux oesophagitis. Cochrane Database Syst Rev 2007;(2):CD003244.

112.    Fackler WK, Ours TM, Vaezi MF et al. Long-term effect of H2RA therapy on nocturnal gastric acid breakthrough. Gastroenterology 2002; 122: 625 – 32.

113.    Champion MC. Prokinetic therapy in gastroesophageal reflux disease. Can J Gastroenterol 1997; 11 (Suppl B) : 55B – 65B.

114.    Lee RD, Mulford D, Wu J et al. The effect of time-of-day dosing on the pharmacokinetics and pharmacodynamics of dexlansoprazole MR: evidence for

dosing flexibility with a Dual Delayed Release proton pump inhibitor. Aliment Pharmacol Ther 2010; 31: 1001 – 11.

115.     Vesper BJ, Altman KW, Elseth KM, et al. Gastroesophageal reflux disease (GERD): is there more to the story? ChemMedChem 2008;3:552-559.

116.     E. C. Klinkenberg-Knol,F. Nelis, J. Dent et al., "Long-term omeprazole treatment in resistant gastroesophageal reflux disease: efficacy, safety, and influence on gastric mucosa," Gastroenterology, vol. 118, no. 4, pp. 661–669, 2000.

117.     M. Khan, J. Santana, C. Donnellan, C. Preston, and P. Moayyedi, "Medical treatments in the short term management of reflux oesophagitis," Cochrane Database of Systematic Reviews, no. 2, Article ID CD003244, 2007.

118.     R. Fass, "Proton-pump inhibitor therapy in patients with gastro-oesophageal reflux disease: putative mechanisms of failure," Drugs, vol. 67, no. 11, pp. 1521–1530, 2007.

119.     R. Jones, D. Armstrong, P. Malfertheiner, and P. Ducrott´e, "Does the treatment of gastroesophageal reflux disease (GERD) meet patients' needs? A survey-based study," Current Medical Research and Opinion, vol. 22, no. 4, pp. 657–662, 2006.

120.     R. Fass and D. Sifrim, "Management of heartburn not responding to proton pump inhibitors," Gut, vol. 58, no. 2, pp. 295–309, 2009.

121.     J. E. Richter, "The patient with refractory gastroesophageal reflux disease," Diseases of the Esophagus, vol. 19, no. 6, pp. 443–447, 2006.

122.     Pohle T, Domschke W. Results of short-and long-term medical treatment of gastroesophageal reflux disease (GERD). Langenbecks Arch Surg 2000;385:317-323.

123.     Gralnek IM, Dulai GS, Fennerty MB et al. Esomeprazole versus other proton pump inhibitors in erosive esophagitis: a meta-analysis of randomized clinical trials. Clin Gastroenterol Hepatol 2006; 4: 1452 – 8.

124.     Gerson LB, Mitra S, Bleker WF et al. Control of intra-oesophageal pH in patients with Barrett's oesophagus on omeprazole-sodium bicarbonate therapy. Aliment Pharmacol Ther 2012; 35: 803 – 9.

125.     Metz DC, Vakily M, Dixit T et al. Review article: dual delayed release formulation of dexlansoprazole MR, a novel approach to overcome the imitations of conventional single release proton pump inhibitor therapy. Aiment Pharmacol Ther 2009; 29: 928 – 37.

126.     Dickman R, Boaz M, Aizic S et al. Comparison of clinical characteristics of patients with gastroesophageal reflux disease who failed proton pump inhibitor therapy versus those who fully responded. J Neurogastroenterol Motil 2011; 17: 387 – 94.

127.     Hatlebakk JG, Berstad A. Pharmacokinetic optimisation in the treatment of gastro-oesophageal reflux disease. Clin Pharmacokinet 1996; 31: 386 – 406.

128.     Schindlbeck NE, Klauser AG, Berghammer G et al. Three year follow up of patients with gastroesophageal reflux disease. Gut 1992; 33: 1016 – 9.

129.     Vigneri S, Termini R, Leandro G et al. A comparison of five maintenance therapies for reflux esophagitis. N Engl J Med 1995; 333: 1106 – 10.

130.     El-Serag HB, Aguirre TV, Davis S et al. Proton pump inhibitors are associated with reduced incidence of dysplasia in Barrett's esophagus. Am J Gastroenterol 2004; 99: 1877 – 83.

131.     Tack J. Recent developments in the pathophysiology and therapy of gastroesophageal reflux disease and nonerosive reflux disease. Curr Opin Gastroenterol 2005;21:454-460.

132.     Vesper BJ, Altman KW, Elseth KM, et al. Gastroesophageal reflux disease (GERD): is there more to the story? ChemMedChem 2008; 3:552-559.

133.     Grossi L, Spezzaferro M, Sacco LF et al. Effect of baclofen on oesophageal motility and transient lower oesophageal sphincter relaxations in GERD patients: a 48-h manometric study. Neurogastroenterol Motil 2008; 20: 760 – 6.

134.     Koek GH, Sifrim D, Lerut T et al. Effect of the GABA(B) agonist baclofen in patients with symptoms and duodeno-gastro-oesophageal reflux refractory to proton pump inhibitors. Gut 2003; 52: 1397 – 402.

135.     Vela MF, Tutuian R, Katz PO et al. Baclofen decreases acid and nonacid post-prandial gastro-oesophageal reflux measured by combined multichannel intraluminal impedance and pH. Aliment Pharmacol Ther 2003; 17: 243 – 51.

136.     Orr WC, Goodrich S, Wright S et al. The effect of baclofen on nocturnal gastroesophageal reflux and measures of sleep quality: a randomized, cross-over trial. Neurogastroenterol Motil 2012; 24: 553 – 9.

137.     Cange L, Johnsson E, Rydholm H et al. Baclofen-mediated gastrooesophageal acid reflux control in patients with established reflux disease. Aliment Pharmacol Ther 2002; 16: 869 – 73.

138.     del Genio G, Tolone S, del Genio F et al. Prospective assessment of patient selection for anti-reflux surgery by combined multichannel intraluminal impedance pH monitoring . J Gastrointest Surg 2008; 12: 1491 – 6.

139.     Oelschlager BK, Quiroga E, Parra JD et al. Long-term outcomes after laparoscopic anti-reflux surgery. Am J Gastroenterol 2008; 103: 280 – 7.

140.     Spechler SJ, Lee E, Ahnen D et al. Long-term outcome of medical and surgical therapies for gastroesophageal reflux disease: follow-up of a randomized controlled trial. JAMA 2001; 285: 2331 – 8.

141.     Ramos RF, Lustosa SA, Almeida CA et al. Surgical treatment of gastroesophageal reflux disease: total or partial fundoplication? Systematic review and meta-analysis. Arq Gastroenterol 2011; 48: 252 – 60.

142.     Gibson PG, Henry RL, Coughlan JL. Gastro-oesophageal reflux treatment for asthma in adults and children. Cochrane Database Syst Rev 2003, CD001496

143.     Swoger J, Ponsky J, Hicks DM et al. Surgical fundoplication in laryngopharyngeal reflux unresponsive to aggressive acid suppression: a controlled study. Clin Gastroenterol Hepatol 2006; 4: 433 – 41.

144.     Lipham JC, Demeester TR, Ganz RA et al. The LINX((R)) reflux management system: conf med safety and efficacy now at 4 years. Surg Endosc 2012; 26: 2944 – 9.

145.     Sheen E, Triadafilopoulos G . Adverse effects of long-term proton pump inhibitor therapy. Dig Dis Sci 2011; 56: 931 – 50.

146.     Lodato F, Azzaroli F, Turco L et al. Adverse effects of proton pump inhibitors. Best Pract Res Clin Gastroenterol 2010; 24: 193 – 201.

147.     "http://www.medical-reference.net/2012/02/breaking-news-fda-issues-warning-on.html" FDA Issued Warning on Several Proton Pump Inhibitors.

148.     Howell, Michael D.; Novack, Victor; Grgurich, Philip; Soulliard, Diane; Novack, Lena; Pencina, Michael; Talmor, Daniel (2010). "Iatrogenic Gastric Acid Suppression and the Risk of Nosocomial Clostridium difficile Infection." Archives of Internal Medicine 170 (9): 784–90.doi:10.1001/archinternmed.2010.89. PMID 20458086.

149.     Deshpande, Abhishek; Pant, Chaitanya; Pasupuleti, Vinay; Rolston, David D.K.; Jain, Anil; Deshpande, Narayan; Thota, Priyaleela; Sferra, Thomas J. et al. (2012). "Association Between Proton Pump Inhibitor Therapy and Clostridium difficile Infection in a Meta-Analysis." Clinical Gastroenterology and Hepatology 10 (3): 225–33.doi:10.1016/j.cgh.2011.09.030. PMID 22019794.

150.     "Gut Reactions." Medical Observer.

151.     Laheij, Robert J. F.; Sturkenboom, Miriam C. J. M.; Hassing, Robert-Jan; Dieleman, Jeanne; Stricker, Bruno H. C.; Jansen, Jan B. M. J. (2004). "Risk of Community-Acquired Pneumonia and Use of Gastric Acid-Suppressive Drugs." JAMA 292 (16): 1955–60. doi:10.1001/jama.292.16.1955. PMID 15507580.

152.     Field SK, Evans JA, Price LM. The effects of acid perfusion of the esophagus on ventilation and respiratory sensation. Am J Respir Crit Care Med. 1998;157:1058–62.

153.     Ing AJ, Ngu MC, Breslin AB. Pathogenesis of chronic persistent cough associated with gastro-esophageal reflux. Am J Respir Crit Care Med. 1994(99):2098–106.

154.     Adhami T, Goldblum JR, Richter JE, Vaezi MF. The role of gastric and duodenal agents in laryngeal injury: an experimental canine model. Am J Gastroenterol. 2004;99(11):2098–106. Epub 2004/11/24.

155.     Tuchman DN, Boyle JT, Pack AI, Scwartz J, Kokonos M, Spitzer AR, et al. Comparison of airway responses following tracheal or esophageal acidification in the cat. Gastroenterology. 1984;87(4):872–81. Epub 1984/10/01.

156.     Stanghellini V. Relationship between upper gastrointestinal symptoms and lifestyle, psychosocial factors and comorbidity in the general population: results from the Domestic/International Gastroenterology Surveillance Study (DIGEST). Scand J Gastroenterol Suppl. 1999;231:29–37. Epub 1999/11/24.

157.     Poe RH, Kallay MC. Chronic cough and gastroesophageal reflux disease: experience with specific therapy for diagnosis and treatment. Chest. 2003; 123(3):679–84. Epub 2003/03/12.

158.     Ronkainen J, Aro P, Storskrubb T et al. High prevalence of gastroesophageal reflux symptoms and esophagitis with or without symptoms in the general adult Swedish population: a Kalixanda study report. Scand J Gastroenterol 2005; 40: 275 – 85.

159.     Gralnek IM, Dulai GS, Fennerty MB et al. Esomeprazole versus other proton pump inhibitors in erosive esophagitis: a meta-analysis of randomized clinical trials. Clin Gastroenterol Hepatol 2006; 4: 1452 – 8.

160.    Pandolfi no JE, Vela MF. Esophageal-reflux monitoring. Gastrointest Endosc 2009; 69: 917 – 30.

161.    Wiener GJ, Richter JE, Copper JB et al. The symptom index: a clinically important parameter of ambulatory 24-hour esophageal pH monitoring. Am J Gastroenterol 1988; 83: 358 – 61.

162.    Vaezi MF, Hicks DM, Abelson TI et al. Laryngeal signs and symptoms and gastroesophageal reflux disease (GERD): a critical assessment of cause and effect association. Clin Gastroenterol Hepatol 2003; 1: 333 – 44.

163.    Milstein CF, Charbel S, Hicks DM et al. Prevalence of laryngeal irritation signs associated with reflux in asymptomatic volunteers: impact of endoscopic technique (rigid vs. flexible laryngoscope). Laryngoscope 2005; 115: 2256 – 61.

164.    Kamel PL, Hanson D, Kahrilas PJ. Omeprazole for the treatment of posterior laryngitis. Am J Med 1994; 96: 321 – 6.

165.    Harding SM, Richter JE, Guzzo MR et al. Asthma and gastroesophageal reflux: acid suppressive therapy improves asthma outcome. Am J Med 1996; 100: 395 – 405.

166.    Fass R, Gasiorowska A. Refractory GERD: what is it? Curr Gastroenterol Rep 2008; 10: 252 – 7.

167.    Hampel H, Abraham NS, El-Serag HB. Meta-analysis: obesity and the risk for gastroesophageal reflux disease and its complications. Ann Intern Med 2005; 143: 199 – 211.

168.    El-Serag HB, Kvapil P, Hacken-Bitar J et al. Abdominal obesity and the risk of Barrett's esophagus. Am J Gastroenterol 2005; 100: 2151 – 6.

169.    Kahrilas PJ, Falk GW, Johnson DA et al. Esomeprazole improves healing and symptom resolution as compared with omeprazole in reflux oesophagitis patients: a randomized controlled trial. The Esomeprazole Study Investigators. Aliment Pharmacol Ther 2000; 14: 1249 – 58.

170.    Ruigomez A, Garcia Rodriguez LA, Wallander MA et al. Esophageal stricture: incidence, treatment patterns, and recurrence rate. Am J Gastroenterol 2006; 101: 2685 – 92.

171.    Wang A, Mattek NC, Holub JL et al. Prevalence of complicated gastroesophageal reflux disease and Barrett's esophagus among racial groups in a multi-center consortium. Dig Dis Sci 2009; 54: 964 – 71.

172.    Marks RD, Richter JE, Rizzo J et al. Omeprazole vs H2-receptor antagonists in treating patients with peptic stricture and esophagitis. Gastroenterology 1994; 106: 907 – 15.

173.    Smith PM, Kerr GD, Cockel R et al. A comparison of omeprazole and ranitidine in the prevention of recurrence of benign esophageal stricture. Restore Investigator Group. Gastroenterology 1994; 107: 1312 – 8.

174.    Ramage Jr JI, Rumalla A, Baron TH et al. A prospective, randomized, double-blind, placebo-controlled trial of endoscopic steroid injection therapy for recalcitrant esophageal peptic strictures. Am J Gastroenterol 2005; 100: 2419 – 25.

175.    Altintas E, Kacar S, Tunc B et al. Intralesional steroid injection in benign esophageal strictures resistant to bougie dilation. J Gastroenterol Hepatol 2004; 19: 1388 – 91.

176.     Westhoff B, Brotze S, Weston A et al. The frequency of Barrett's esophagus in high-risk patients with chronic GERD. Gastrointest Endosc 2005; 61: 226 – 31.

177.     Hirano I, Zhang Q, Pandolfino JE, Kahrilas PJ. Four-day Bravo pH capsule monitoring with and without proton pump inhibitor therapy. Clin Gastroenterol Hepatol 2005; 3:1083-1088.

178.     Garrean CP, Zhang Q, Gonsalves N, Hirano I. Acid reflux detection and symptom-reflux association using 4-day wireless pH recording combining 48-hour periods off and on PPI therapy. Am J Gastroenterol 2008; 103: 1631-1637.

179.     Bredenoord AJ. Impedance-pH monitoring: new standard for measuring gastro-oesophageal reflux. Neurogastroenterol Motil 2008; 20: 434-439.

180.     Blondeau K, Tack J. Pro: Impedance testing is useful in the management of GERD. Am J Gastroenterol 2009; 104: 2664-2666.

181.     Shay S. A balancing view: Impedance-pH testing in gerd limited role for now, perhaps more helpful in the future. Am J Gastroenterol 2009; 104: 2669-2670.

182.     Dent J. Microscopic esophageal mucosal injury in nonerosive reflux disease. Clin Gastroenterol Hepatol 2007; 5: 4-16.

183.     Tobey NA, Carson JL, Alkiek RA, Orlando RC. Dilated intercellular spaces: a morphological feature of acid reflux- damaged human esophageal epithelium.  Gastroenterology 1996; 111: 1200-1205.

184.     Zentilin P, Savarino V, Mastracci L, Spaggiari P, Dulbecco P, Ceppa P, Savarino E, Parodi A, Mansi C, Fiocca R. Reassessment of the diagnostic value of histology in patients with GERD, using multiple biopsy sites and an appropriate control group. Am J Gastroenterol 2005; 100: 2299-2306.

185.     K. R. De Vault and D. O. Castell, "Updated guidelines for the diagnosis and treatment of gastroesophageal reflux disease," American Journal of Gastroenterology, vol. 100, no. 1, pp. 190–200, 2005.

186.     R. Fass, "Proton-pump inhibitor therapy in patients with gastro-oesophageal reflux disease: putative mechanisms of failure," Drugs, vol. 67, no. 11, pp. 1521–1530, 2007.

187.     R. Jones, H. R. Liker, and P. Ducrotté, "Relationship between symptoms, subjective well-being and medication use in gastro-oesophageal reflux disease," International Journal of Clinical Practice, vol. 61, no. 8, pp. 1301–1307, 2007.

188.     R. Jones, D. Armstrong, P. Malfertheiner, and P. Ducrotté, "Does the treatment of gastroesophageal reflux disease (GERD) meet patients' needs? A survey-based study," Current Medical Research and Opinion, vol. 22, no. 4, pp. 657–662, 2006.

189.     A. Lehmann, "Novel treatments of GERD: focus on the lower esophageal sphincter," European Review for Medical and Pharmacological Sciences, vol. 12, no. 1, pp. 103–110, 2008.

190.     J. Dent, P. J. Kahrilas, J. Hatlebakk et al., "A randomized, comparative trial of a potassium-competitive acid blocker (AZD0865) and esomeprazole for the treatment of patients with nonerosive reflux disease," American Journal of Gastroenterology, vol. 103, no. 1, pp. 20–26, 2008.

191.     G. Sachs, J. M. Shin, C. Briving, B. Wallmark, and S. Hersey, "The pharmacology of the gastric acid pump: the $H^+,K^+$ ATPase," Annual Review of Pharmacology and Toxicology, vol. 35, pp. 277–305, 1995.

192.     J. M. Shin, M. Besancon, K. Bamberg, and G. Sachs, "Structural aspects of the gastric H,K ATPase," Annals of the New York Academy of Sciences, vol. 834, pp. 65–76, 1997.

193.     Takeda Pharmaceutical Company Ltd, Product pipeline Takeda Pharmaceutical company Ltd, 2009.

194.     Yuhan Corporation, R&D Activity Pipeline, Yuhan Corporation, Yuhan Corporation, 2009.

195.     N. Vakil, "Review article: new pharmacological agents for the treatment of gastro-oesophageal reflux disease," Alimentary Pharmacology and Therapeutics, vol. 19, no. 10, pp. 1041–1049, 2004.

196.     Janssen Pharmaceutical, Letter. Propulsid tablets and suspension (cisapride), Janssen Pharmacetica. 2000.

197.     C. A. Thompson, "Novartis suspends tegaserod sales at FDA's request," American Journal of Health-System Pharmacy, vol. 64, no. 10, p. 1020, 2007. View at Publisher · View at Google Scholar · View at Scopus.

198.     ARYZX Therapeutics Inc, 2009 Annual Report on Form 10-K, ARYX Therapeutics Inc, 2008.

199.     NCT00539240: Role of pain modulation in GERD patients who failed standard dose PPI, 2009,http://www.clinicaltrials.gov/.

200.     FDA. 2000,  http://www.accessdata.fda.gov/cdrh_docs/pdf10/K103017.pdf.

201.     Filipi C J, Lehman G A, Rothstein R I. et al Transoral, flexible endoscopic suturing for treatment of GERD: a multicenter trial. Gastrointest Endosc 2001. 53416–422.

202.     Chen Y K, Raijman I, Ben-Menachem T. et al Long-term outcomes of endoluminal gastroplication: a U.S. multicenter trial. Gastrointest Endosc 2005. 61659–667.

203.     Mahmood Z, McMahon B P, Arfin Q. et al Endocinch therapy for gastro-oesophageal reflux disease: a one-year prospective follow up. Gut 2003. 5234–39.

204.     Schiefke I, Zabel-Langhennig A, Neumann S. et al Long-term failure of endoscopic gastroplication (EndoCinch). Gut 2005. 54752–758.

## Gastroesophageal Reflux Disease  (GERD): A Comprehensive Review

Self Evaluation Exercises
Select the best answer for each question and check your answers at the bottom of the page.
You do not need to submit this self-evaluation exercise with your participant sheet..

1. GERD develops due to retrograde flow of gastro-duodenal contents into the esophagus or beyond.

> True            False

2. Barrett's esophagus, a subcategory of GERD, is a precursor of carcinoma.

> True            False

3.  Morphine decreases lower esophageal sphincter pressure (LESP).

> True            False

4. Physical exercise is a risk factor for GERD.

> True            False

5. GERD affects approximately 10% to 20% of the western population.

> True            False

6. Routine biopsies from the distal esophagus are recommended to diagnose GERD.

> True            False

7. The upper esophageal sphincter plays an important role in the natural anti-reflux mechanism.

> True            False

8. The prognosis of GERD is generally extremely good.

> True            False

9. NSAIDS are used for first-line treatment of GERD.

> True            False

10. Surgical therapy is a possible treatment option for long-term therapy in GERD patients.

> True            False

1.T  2.T  3.F  4.F  5.T  6.F  7.F  8.T  9.F  10.T

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 275



**CME**
RESOURCE
Continuing Medical Education

This Freelance Writer Agreement (the "*Agreement*") is entered into by **Jassin Jouria, Jr., MD** ("*Writer*"), and CME Resource ("*CME*").

In consideration of the mutual covenants made herein, the parties agree as follows:

1.    **Parties:** Writer is engaged in the business of writing articles and other materials on a freelance basis. CME is engaged in the business of the publication of continuing education materials for medical, nursing, dental and other practitioners.

2.    **Relationship:** The parties expressly agree and acknowledge that the relationship created by this Agreement is one of independent contractor. CME is not the employer of Writer, and Writer is not, and will not be treated as, an employee of CME for federal tax purposes, or any other purpose.

3.    **Contract Period:** This Agreement will begin on the date set forth below and shall continue until terminated as provided herein. If either party violates a term of this Agreement, then the other party (the "*Nonbreaching Party*") may terminate this Agreement, effective immediately upon delivery of written notice of termination by the Nonbreaching Party. Notwithstanding the foregoing, CME may terminate this Agreement at any time, with or without cause, effective upon thirty (30) days written notice.

4.    **Services to be Provided by Writer:** Writer agrees to submit, on his or her sole initiative or at the request of CME, written articles to CME on the subjects and in such format and at such times as set forth in <u>Attachment 1</u> (the "Articles"). <u>Attachment 1</u> may be revised from time to time by mutual written agreement between parties.

5.    **Representations and Warranties of Writer:** By submitting an Article to CME, Writer represents and warrants the following: (a) the Article is accurate and is Writer's original work, (b) the Article has not been obtained by unlawful means and is not owned by any third party, (c) Writer has not submitted the Article to any other party for publication nor has the Article been previously published in any manner or medium, specifically including but not limited to, print or electronic medium, (d) Writer will not submit the Article to any other party for publication unless and until CME expressly rejects the Article, and (e) the Article by CME will not infringe or violate any copyright or other intellectual property right, privacy rights, publicity rights or any other rights of any third party.

    1



EXHIBIT

11

NETCE0000361

6.    **Indemnification:** Writer shall indemnify and hold harmless CME and its agents, directors, employees, licensees and affiliates from and against any claim, loss, damage, liability and expenses (including reasonable attorneys' fees and costs associated therewith) arising from any breach of any of Writer's representations or warranties contained in this Agreement. Writer shall cooperate with CME if any complaints, claims or litigation should arise regarding the Articles.

7.    **Compensation:** CME agrees to pay Writer $400 per credit per Article to be published by CME with payments not to exceed an aggregate amount of $12000 per Article. For purposes of this Agreement, one "credit" is equal to approximately 2,000 words. Under no circumstances will Writer be paid on an hourly, daily or other basis that is a function of time. Writer acknowledges and agrees that CME will only pay writer for Articles that are approved for publication by CME, and that CME has the sole and exclusive authority and discretion to determine whether or not to approve and/or publish any and all Articles submitted by Writer.

8.    **Taxes:** As an independent contractor, Writer shall be responsible for the reporting, deposit and payment of any and all federal, state, and local taxes, including but not limited to income taxes, FICA taxes, and unemployment taxes incidental to the performance of, or payment under, this Agreement.

9.    **Ownership and Assignment of Intellectual Property:** Writer hereby understands and agrees that all Articles approved for publication by CME under this Agreement shall belong exclusively to CME. Without limiting the foregoing, Writer agrees that, to the maximum extent allowed by law, all such Articles shall be deemed to be "works made for hire" under all relevant copyright laws, and CME shall be deemed to be the author thereof. If and to the extent any Article is determined not to constitute "works made for hire," Writer hereby irrevocably assigns and transfers to CME and its successors and assigns all right, title, and interest in and to the Article, including all copyright rights (including but not limited to rights in audiovisual works and moral rights), patent rights, trade secret rights, trademark rights, rights of privacy and publicity, and any other intellectual property rights, and all economic rights, including, without limitation, the rights to reproduce, manufacture, use, adapt, modify, publish, distribute, sublicense, publicly perform and communicate, translate, lease, import, in each case, in any medium, and otherwise exploit the Article. Writer agrees to cooperate with and assist CME in applying for, and executing any applications and/or assignments reasonably necessary to record and evidence CME's rights in the Articles. Writer hereby appoints CME as his or her attorney-in-fact in the event that Writer does not or cannot perform his or her obligations regarding the ownership and assignment of the Articles, and only for such limited purposes. Without limiting the foregoing, CME has the right to edit the Articles as it deems appropriate for publication or use in accordance with the rights granted by Writer herein, and that Writer will cooperate with CME in editing, fact



2

checking and otherwise reviewing the Articles prior to publication. Writer will be credited as the original author of the Article in any and every republication. Writer acknowledges and understands that at no time shall Writer have any right to block publication of an Article provided that CME removes Writer's name from said Article.

10.   **Miscellaneous:**  This Agreement will be governed by and under the laws of the State of California without regard to its conflicts of laws provisions. This Agreement may be modified only by a written amendment executed by Writer and a duly authorized officer of CME. Any failure by either party to enforce any of the provisions of this Agreement will not be construed as a waiver of such provisions or the right of a party thereafter to enforce each and every such provision. This Agreement constitutes the complete and exclusive statement of the agreement between the parties and supersedes all proposals, oral or written, and all other communications between the parties relating to the subject matter of this Agreement.

**CME Resource has not received commercial support for the development of this article. CME Resource is obligated to ensure that potential and/or real conflicts of interest of faculty and their immediate family are identified and resolved to preserve the integrity of the content presented.**

11.   **Disclosure:**  Writer agrees to list below all affiliations with or financial involvement within the last twelve (12) months in any organization or entity with a direct financial interest in the subject matter or materials of the research discussed. Writer also agrees to list below all unlabeled or investigational use of commercial products to be discussed in the article. Refusal to disclose will result in disqualification.

A.  Will your article include discussion of any commercial products or services?
Yes _____ No ___✓___    (If No, skip to question B.)

If Yes, in the last twelve (12) months have you or members of your immediate family (spouse or partner) had any relevant financial interest or other relationship with the manufacturer(s) of any of the products or provider(s) of any of the services you intend to cover? *A relevant financial interest or relationship is defined as benefiting by receiving a salary, royalty, intellectual property rights, consulting fee, honoraria, ownership interest (e.g., stocks, stock options or other ownership interest in any amount, excluding diversified mutual funds) or other financial benefit (e.g., employment, management position, independent contractor including contracted research, consulting, speaking and teaching, membership on advisory committees or review panels, board membership, and other activities from which remuneration is received, or expected).*
Yes _____ No _____

3

NETCE0000363

If Yes, please list the manufacturer(s) or provider(s) and describe the nature of
the relationship(s).

_____

_____

B. Do you anticipate your article will include discussion of unlabeled use of
commercial products? *(Commercial product does not have an FDA-approval
indication for the use you will be discussing.)*
Yes_____    No___✓___

Name of commercial product: _____
Unlabeled use to be discussed: _____

_____

Name of commercial product: _____
Unlabeled use to be discussed: _____

_____

C. Do you anticipate your article will include discussion of investigational use of
commercial products? *(Commercial product is not approved by the FDA for any
purpose.)*
Yes_____    No___✓___

Name of commercial product: _____
Investigational use to be discussed: _____

_____

Name of commercial product: _____
Investigational use to be discussed: _____

_____

12.    If any images are included in an Article, Writer agrees not to edit,
modify, or falsify such images.

13.    The course completion date of this project is: **December 31, 2013**. On
this date, **CME Resource** must physically have all units of **Cancer and Chemotherapy**.

This contract becomes null and void if not received by **CME Resource** by **January 31,
2013**. If there are any addendums or special requirements **Jassin Jouria, Jr., MD** desires
of this contract, they must be submitted in writing to **CME Resource** prior to this date
and a revised contract issued.

4

This Agreement is entered into on this 15th day of JANUARY 20 13.

**Writer**

_____
Jassin Jouria, Jr., MD

_____
[WRITER'S SOCIAL SECURITY #]

**CME Resource**

By: _____

Name: **SARAH CAMPBELL**

Title: **DIRECTOR OF DEVELOPMENT**

5

## Attachment 1

Subjects on which CME may accept Articles from Writer:

Cancer and Chemotherapy

6

NETCE0000366

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 276



**CME**
RESOURCE
Continuing Medical Education

This Freelance Writer Agreement (the "*Agreement*") is entered into by **Jassin Jouria, Jr., MD** ("*Writer*"), and CME Resource ("*CME*").

In consideration of the mutual covenants made herein, the parties agree as follows:

    1.    **Parties:**  Writer is engaged in the business of writing articles and other materials on a freelance basis.  CME is engaged in the business of the publication of continuing education materials for medical, nursing, dental and other practitioners.

    2.    **Relationship:**  The parties expressly agree and acknowledge that the relationship created by this Agreement is one of independent contractor.  CME is not the employer of Writer, and Writer is not, and will not be treated as, an employee of CME for federal tax purposes, or any other purpose.

    3.    **Contract Period:**  This Agreement will begin on the date set forth below and shall continue until terminated as provided herein.  If either party violates a term of this Agreement, then the other party (the "*Nonbreaching Party*") may terminate this Agreement, effective immediately upon delivery of written notice of termination by the Nonbreaching Party.  Notwithstanding the foregoing, CME may terminate this Agreement at any time, with or without cause, effective upon thirty (30) days written notice.

    4.    **Services to be Provided by Writer:**  Writer agrees to submit, on his or her sole initiative or at the request of CME, written articles to CME on the subjects and in such format and at such times as set forth in <u>Attachment 1</u> (the "Articles").  <u>Attachment 1</u> may be revised from time to time by mutual written agreement between parties.

    5.    **Representations and Warranties of Writer:**  By submitting an Article to CME, Writer represents and warrants the following: (a) the Article is accurate and is Writer's original work, (b) the Article has not been obtained by unlawful means and is not owned by any third party, (c) Writer has not submitted the Article to any other party for publication nor has the Article been previously published in any manner or medium, specifically including but not limited to, print or electronic medium, (d) Writer will not submit the Article to any other party for publication unless and until CME expressly rejects the Article, and (e) the Article by CME will not infringe or violate any copyright or other intellectual property right, privacy rights, publicity rights or any other rights of any third party.



1

**EXHIBIT**

13

NETCE0006404

6.    **Indemnification:** Writer shall indemnify and hold harmless CME and its agents, directors, employees, licensees and affiliates from and against any claim, loss, damage, liability and expenses (including reasonable attorneys' fees and costs associated therewith) arising from any breach of any of Writer's representations or warranties contained in this Agreement. Writer shall cooperate with CME if any complaints, claims or litigation should arise regarding the Articles.

7.    **Compensation:** CME agrees to pay Writer **$400** per credit per Article to be published by CME with payments not to exceed an aggregate amount of **$4000** per Article. For purposes of this Agreement, one "credit" is equal to approximately 2,000 words. Under no circumstances will Writer be paid on an hourly, daily or other basis that is a function of time. Writer acknowledges and agrees that CME will only pay writer for Articles that are approved for publication by CME, and that CME has the sole and exclusive authority and discretion to determine whether or not to approve and/or publish any and all Articles submitted by Writer.

8.    **Taxes:** As an independent contractor, Writer shall be responsible for the reporting, deposit and payment of any and all federal, state, and local taxes, including but not limited to income taxes, FICA taxes, and unemployment taxes incidental to the performance of, or payment under, this Agreement.

9.    **Ownership and Assignment of Intellectual Property:** Writer hereby understands and agrees that all Articles approved for publication by CME under this Agreement shall belong exclusively to CME. Without limiting the foregoing, Writer agrees that, to the maximum extent allowed by law, all such Articles shall be deemed to be "works made for hire" under all relevant copyright laws, and CME shall be deemed to be the author thereof. If and to the extent any Article is determined not to constitute "works made for hire," Writer hereby irrevocably assigns and transfers to CME and its successors and assigns all right, title, and interest in and to the Article, including all copyright rights (including but not limited to rights in audiovisual works and moral rights), patent rights, trade secret rights, trademark rights, rights of privacy and publicity, and any other intellectual property rights, and all economic rights, including, without limitation, the rights to reproduce, manufacture, use, adapt, modify, publish, distribute, sublicense, publicly perform and communicate, translate, lease, import, in each case, in any medium, and otherwise exploit the Article. Writer agrees to cooperate with and assist CME in applying for, and executing any applications and/or assignments reasonably necessary to record and evidence CME's rights in the Articles. Writer hereby appoints CME as his or her attorney-in-fact in the event that Writer does not or cannot perform his or her obligations regarding the ownership and assignment of the Articles, and only for such limited purposes. Without limiting the foregoing, CME has the right to edit the Articles as it deems appropriate for publication or use in accordance with the rights granted by Writer herein, and that Writer will cooperate with CME in editing, fact



2

checking and otherwise reviewing the Articles prior to publication. Writer will be credited as the original author of the Article in any and every republication. Writer acknowledges and understands that at no time shall Writer have any right to block publication of an Article provided that CME removes Writer's name from said Article.

10. **Miscellaneous:** This Agreement will be governed by and under the laws of the State of California without regard to its conflicts of laws provisions. This Agreement may be modified only by a written amendment executed by Writer and a duly authorized officer of CME. Any failure by either party to enforce any of the provisions of this Agreement will not be construed as a waiver of such provisions or the right of a party thereafter to enforce each and every such provision. This Agreement constitutes the complete and exclusive statement of the agreement between the parties and supersedes all proposals, oral or written, and all other communications between the parties relating to the subject matter of this Agreement.

**CME Resource has not received commercial support for the development of this article. CME Resource is obligated to ensure that potential and/or real conflicts of interest of faculty and their immediate family are identified and resolved to preserve the integrity of the content presented.**

11. **Disclosure:** Writer agrees to list below all affiliations with or financial involvement within the last twelve (12) months in any organization or entity with a direct financial interest in the subject matter or materials of the research discussed. Writer also agrees to list below all unlabeled or investigational use of commercial products to be discussed in the article. Refusal to disclose will result in disqualification.

A. Will your article include discussion of any commercial products or services?
Yes _____ No __√__ (If No, skip to question B.)

If Yes, in the last twelve (12) months have you or members of your immediate family (spouse or partner) had any relevant financial interest or other relationship with the manufacturer(s) of any of the products or provider(s) of any of the services you intend to cover? *A relevant financial interest or relationship is defined as benefiting by receiving a salary, royalty, intellectual property rights, consulting fee, honoraria, ownership interest (e.g., stocks, stock options or other ownership interest **in any amount**, excluding diversified mutual funds) or other financial benefit (e.g., employment, management position, independent contractor including contracted research, consulting, speaking and teaching, membership on advisory committees or review panels, board membership, and other activities from which remuneration is received, or expected).*
Yes _____ No __√__



3

NETCE0006406

If Yes, please list the manufacturer(s) or provider(s) and describe the nature of the relationship(s).

_____

_____

B. Do you anticipate your article will include discussion of unlabeled use of commercial products? *(Commercial product does not have an FDA-approval indication for the use you will be discussing.)*
Yes_____     No___✓___

Name of commercial product: _____

Unlabeled use to be discussed: _____

_____

Name of commercial product: _____

Unlabeled use to be discussed: _____

_____

C. Do you anticipate your article will include discussion of investigational use of commercial products? *(Commercial product is not approved by the FDA for any purpose.)*
Yes_____     No___✓___

Name of commercial product: _____

Investigational use to be discussed: _____

_____

Name of commercial product: _____

Investigational use to be discussed: _____

_____

    12.     If any images are included in an Article, Writer agrees not to edit, modify, or falsify such images.

    13.     The course completion date of this project is: **December 31, 2013**. On this date, **CME Resource** must physically have all units of **Gastroesophageal Reflux Disease**.

This contract becomes null and void if not received by **CME Resource** by **January 31, 2013**. If there are any addendums or special requirements **Jassin Jouria, Jr., MD** desires of this contract, they must be submitted in writing to **CME Resource** prior to this date and a revised contract issued.

4

This Agreement is entered into on this _15th_ day of _JANUARY_ 20_13_.

**Writer**                                        **CME Resource**

Jassin Jouria, Jr., MD                            By: _campbell_

                                                  Name: **SARAH CAMPBELL**

_____                           Title: **DIRECTOR OF DEVELOPMENT**
[WRITER'S SOCIAL SECURITY #]

5

NETCE0006408

**Attachment 1**

Subjects on which CME may accept Articles from Writer:

Gastroesophageal Reflux Disease

6

NETCE0006409

| Form **W-9**<br>(Rev. December 2011)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | **Give Form to the<br>requester. Do not<br>send to the IRS.** |
|---|---|---|

Name (as shown on your income tax return)
JASSIN  M.  JOURIA, JR.

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:

☑ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶

☐ Other (see instructions) ▶

☐ Exempt payee

Address (number, street, and apt. or suite no.)
2648 N. 26TH TER.

Requester's name and address (optional)

City, state, and ZIP code
Hollywood, FL  33020

List account number(s) here (optional)

**Part I**   **Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number

**Part II**   **Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 4.

| Sign<br>Here | Signature of<br>U.S. person ▶ | Date ▶  01/15/2013 |
|---|---|---|

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

Cat. No. 10231X                     Form **W-9** (Rev. 12-2011)

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 277

# Gastroesophageal Reflux Disease

**Learning Objectives**

*Upon completion of this course, you should be able to:*

1. Describe the epidemiology of gastroesophageal reflux disease (GERD).

2. Define the etiology and pathophysiology of GERD.

3. Recognize the most common signs and symptoms of early-onset versus late- onset GERD.

4. Distinguish between erosive and ulcerative esophagitis.

5. Characterize the signs and symptoms present in the progression of GERD.

6. Identify and describe the effectiveness of the diagnostic tests and criteria used to diagnosis GERD.

7. Evaluate the various non-surgical treatment options of GERD.

8. Discuss various lifestyle modifications for patients for minor to moderate GERD.

9. Describe pharmacologic treatment options for GERD (e.g., H2 blockers).

10. Describe the effectiveness of monitoring disease progression of GERD.

11. Develop optimal treatment plans for individual patients with GERD based on their presenting symptomology and disease stage.

12. Describe new advancements in treatment options and early detection of GERD.

13. Design methods for educating patients on the regimens that improve patient compliance and prognosis outcomes.

1



EXHIBIT
14

## INTRODUCTION

Gastroesophageal reflux disease (GERD) is one of the most frequently encountered disorders by gastroenterologists. It is defined as a group of symptoms or complications that develops due to the retrograde flow of gastro-duodenal contents into the esophagus or the adjacent organs, causing a spectrum of troublesome symptoms and complications, with or without tissue damage [1; 2]. GERD can also be categorized as nonerosive (NERD) or erosive (ERD). NERD is the most common form of GERD and is characterized by the presence of classic GERD symptoms in the absence of erosions on endoscopy without recent effective acid suppressive therapy. On the other hand, ERD is characterized by presence of classic GERD symptoms and visualization of erosions on endoscopy.

This course will provide a clear overview of the pathophysiology and risk factors for GERD as well as important points to consider when managing the disease. Healthcare providers should be cognizant of the various approaches available for disease management when caring for patients with GERD and take steps to individualize the treatment plan.

## NATURAL HISTORY AND DISEASE COURSE

GERD is considered a sensory-motor disorder, involving impairments in structural and/or reactive mechanisms that protect against reflux of gastric contents into the esophagus. The natural history of GERD remains unclear, and two hypotheses have been suggested [3]. The traditional concept is based on the extent and severity of esophageal mucosal injury and considers GERD as a spectrum, with the potential disease progression over time of along a usual disease course [4]. NERD represents the mild end of the spectrum (and early disease), whereas patients with complicated GERD (e.g., erosive esophagitis [EE], stricture, and Barrett's esophagus) are on the severe end of the spectrum, likely the result of longer term disease [5]. EE is characterized by esophageal mucosal injury detected by

2

NETCE0006485

endoscopy. Barrett's esophagus is a complication of chronic GERD and a type of intestinal metaplasia, a precursor for esophageal adenocarcinoma. In this condition, the healthy epithelial squamous cells are replaced by intestinal columnar epithelium. A research cohort study demonstrated that true progression of GERD from mild to severe disease and even Barrett's esophagus may occur over a relatively short period (2 years follow-up) [5]. Another hypothesis is that GERD is a categorical disease with three distinct phenotypic presentations: NERD, EE, and Barrett's esophagus. Because relatively few cases of NERD (10%) appear to progress to EE over time, this theory posits that GERD is not a spectrum of disease. Rather the three entities represent different disorders with specific patient characteristics, and movement among them is limited [6; 7; 206]. For example, reflux symptoms usually recur after the treatment is discontinued; however, patients relapse in the same entity only. Most research shows that GERD usually does not progress over time, although some have argued that the progression to more severe presentations does occur, but quickly and before patients seek medical attention [8; 9]. This lack of increasing severity over time indicates that GERD is a chronic disease but is not progressive. Overall, the preponderance of evidence supports lack of progression [205].

Nonetheless, complications of GERD do increase over time. A small fraction of patients with severe GERD and esophagitis (approximately 1% per year) develop a stricture, which is generally caused by an interruption in acid suppressive therapy [8]. Long-standing reflux symptoms are also considered to be a major risk factor for the development of Barrett's esophagus. Prolonged acid exposure and perhaps alkaline injury causes significant change of exposed esophageal mucosa, with normal squamous epithelium gradually replaced by columnar epithelium. In addition, impaired esophageal peristalsis and gastric motility also contribute to the development of Barrett's esophagus. In certain cases, even with pharmacotherapy, the presence of acid reflux causes sustained and continuous injury to the esophageal mucosa and esophageal dysmotility, which also plays an important role in the development of Barrett's esophagus [10]. As noted, Barrett's esophagus increases the risk of esophageal adenocarcinoma, with an incidence 40-fold that seen in the general population. Approximately, 10% of

3

NETCE0006486

patients with Barrett's esophagus have coexistent adenocarcinoma at the time of initial endoscopy [11].

## NATURAL ANTIREFLUX MECHANISMS

Healthy individuals usually experience GERD to some degree; however, a protective barrier between the stomach and the esophagus shields the organs from the acid. Esophageal clearance is enhanced by peristaltic movement (peristalsis) and salivary production. A valve mechanism regulates the gastric content moving between the esophagus and the stomach. The key components of this valve are the lower esophageal sphincter (LES), the diaphragm, the angle of His, the Gubaroff valve, and the phrenoesophageal membrane. Anatomical abnormalities, such as hiatal hernia, mah impair these protective barriers and can worsen esophageal reflux and GERD.

### PERISTALSIS
Esophageal peristalsis plays a key role in the antireflux mechanism, as it regulates clearance of the refluxate. Defective or impaired peristaltic movement is a cause of severe GERD that leads to a number of GERD-related symptoms and significant mucosal damage, and approximately 40% to 50% of patients with GERD have impaired peristalsis [12]. This link between the peristalsis and GERD is the reason that certain systemic diseases, such as scleroderma, are associated with a high prevalence and severity of GERD [13]. Peristalsis causes slower esophageal clearance and prolongs the contact time of the refluxate with the esophageal mucosa. Furthermore, the refluxate may reach the upper esophagus and pharynx, causing mucosal injury and extraesophageal symptoms such as asthma or cough [14; 15]. It is not known whether impaired esophageal motility is a primary condition that causes GERD or if it develops due to prolonged esophageal inflammation. No drug treatments are available to improve esophageal peristalsis, but effective fundoplication may improve the impaired peristalsis in majority of patients [16; 17; 18].

### LOWER ESOPHAGEAL SPHINCTER PRESSURE
The LES is a small segment of smooth muscle present at the distal end of the esophagus [19] that prevents reflux by

4

creating a high-pressure zone between the esophagus and the stomach. A normal LES pressure cannot always prevent or GERD, because abnormal transient relaxation may develop in response to various factors (*Table 1*). Several studies have demonstrated that a mechanically incompetent LES is progressively associated with severe mucosal damage [15].

| SUBSTANCES THAT INFLUENCE LOWER ESOPHAGEAL SPHINCTER PRESSURE (LESP) | | |
|---|---|---|
| Substance | Increase LESP | Decrease LESP |
| Hormones | Gastrin, motilin, substance P | Secretin, cholecystokinin, glucagon, gastric inhibitory polypeptide, vasoactive intestinal polypeptide, progesterone |
| Neural agents | Alpha-adrenergic agonists, beta-adrenergic antagonists, cholinergic antagonists | Alpha-adrenergic antagonists, beta-adrenergic agonists, cholinergic antagonists, serotonin |
| Medications | Metoclopramide, domperidone, prostaglandin F2a, cisapride | Nitrates, calcium channel blockers, theophylline, morphine, meperidine, diazepam, barbiturates |
| Foods | Protein | Fat, chocolate, ethanol, peppermint |
| Source: [Ref?] | | Table 1 |

## DIAPHRAGM AND HIATAL HERNIA

The crural part of the diaphragm protects against reflux caused by abrupt increases in intra-abdominal pressure [20]. However, this protective mechanism may be impaired by obesity and/or hiatal hernia.

GERD and hiatal hernia were previously considered a single entity [35; 36]. Although an estimated 50% to 90% of patients with GERD also have hiatal hernia, it is now known that hiatal hernia can impair a majority of the body's natural antireflux mechanisms and is an independent risk factor for GERD [31; 150]. Hiatal hernia is associated with

5

NETCE0006488

early GERD recurrence and failure of pharmacotherapy [34]. The presence and size the hernia is linked with impaired peristalsis, incompetent LES, more severe mucosal damage, and increased gastric acid exposure [36].

## INCREASED THORACO-ABDOMINAL PRESSURE GRADIENT AND OBESITY

Abnormal gastric emptying can increase intra-gastric pressure, resulting in GERD. Individuals with suspected abnormal gastric emptying should be advised ultrasound or nuclear markers [21; 22]. It has been observed that there is a close association increasing BMI or body mass index and prevalence of GERD and its complications [23; 24; 25]. Several studies have concluded that compared to non-obese patients with GERD, morbidly obese patients with GERD have a higher incidence of transient LES relaxation, incompetent LES, and impaired esophageal motility [26; 27]. One analysis reported that the severity of GERD is closely associated with increased BMI, which indicates that obesity plays an independent role in the pathophysiology of GERD, predominantly via increased abdominal pressure [23; 28; 29].

## MUCOSAL DAMAGE

There is a direct relationship between the degree/severity of esophagitis with acid exposure; however, it is still unknown whether mucosal inflammation is a consequence or cause of GERD [31]. Pathogenesis of esophagitis is linked with esophageal body dysmotility [15].

Gastroesophageal refluxate contains hydrochloric acid, pepsin, bile salts, and pancreatic enzymes, all of which can cause esophageal mucosal injury [31] and related symptoms [32]. Prolonged esophageal mucosal injury can also lead to Barrett's esophagus [33] and esophageal adenocarcinoma [34]. The degree and extent of mucosal injury is associated with the volume of the refluxate and the patterns of esophageal exposure. Individuals have a greater likelihood of perceiving a reflux if the refluxate has a large volume and a high proximal extent [31].

## ROLE OF *HELICOBACTER PYLORI*

The association of GERD and *Helicobacter pylori* is still not clear. Some researchers suspect that *H. pylori* infection contributes to the prevention of GERD, others find no association between the two entities [37; 38]. Some studies have observed that *H. pylori* infection is inversely linked

6

with reflux esophagitis [37]. A 2010 meta-analysis observed that there was no increase in GERD or erosive esophagitis in patients with dyspeptic symptoms who were *H. pylori*-eradicated compared with those not. It was also found that patients with peptic ulcer disease might experience new-onset GERD symptoms after *H. pylori* is eradicated [84]. Several meta-analyses have reported that *H. pylori* is associated with almost 50% reduction in esophageal cancer risk [39].

## OTHER GERD RISK FACTORS

### Diet

Eating habits and lifestyle issues play an important role in GERD physiopathology and are considered risk factors. Different foods can influence the reflux and its related symptoms. Some foods such as fatty foods, chocolate, peppermint, and alcohol are believed to reduce LES pressure. In addition, fatty foods slow gastric emptying, which may trigger or exacerbate symptoms of GERD. High dietary fat intake is linked to a higher risk of GERD and erosive esophagitis [40].

Coffee is also considered to increase symptoms in patients with GERD [41]. Intake of carbonated soft drinks is a predictor of heartburn during sleep in patients with GERD [42].

Alcohol consumption, especially when taken excessively over a long period, is a risk factor for GERD and its associated complications [43; 44]. Alcohol damages the esophageal mucosa and increases the risk of mucosal injuries. Furthermore, it reduces LES pressure and esophageal motility [45; 46] leading to slow esophageal clearance [47]. In case-control study, it was observed that binge drinking and high liquor consumption increased the risk of esophagitis by approximately two-fold, whereas intake of wine reduced the risk of reflux esophagitis, Barrett's esophagus, and esophageal adenocarcinoma **[REF?]**.

### Smoking

Smoking has been found to increase the risk of GERD [44; 48; 49]. Smoking promotes acid reflux by reducing the LES pressure [50]. In addition, smoking may reduce salivary secretion, leading to poor esophageal clearance [51]. In a

7

NETCE0006490

case control study, the risk of developing GERD was greater among smokers who smoked daily for more than 20 years compared with non-smokers [49]. Clinical studies have also observed that approximately 70% patients with end-stage lung disease have GERD [30].

**Physical Exercise**
Physical exercise is considered a protective factor against gastric reflux [49]. Interestingly, it has been observed that esophageal acid exposure increases in healthy volunteers and patients with GERD when exercising compared with non- exercise periods [52].

**Medications**
Certain medications interfere with the functioning of the esophagogastric junction and play an important role in the pathophysiology of GERD (*Table 2*) [53]. For example, it has been observed that some asthma medications are associated with development of Barrett's esophagus and esophageal adenocarcinoma [54; 55].

| MEDICATIONS AND EFFECT ON ESOPHAGOGASTRIC JUNCTION FUNCTIONS | |
|---|---|
| **Effect** | **Medications** |
| Decrease lower esophageal sphincter pressure | Nitrates<br>Calcium channel blockers<br>Anticholinergics<br>β-adrenergic agonists<br>Theophylline<br>Morphine<br>Benzodiazepines |
| Increase transient esophageal lower sphincter | Sumatriptan |
| Source: [Ref?] | Table 2 |

# EPIDEMIOLOGY

CONFIDENTIAL
NETCE0006491

GERD affects approximately 10% to 20% of the Western population, and 0.4% newly develop the condition each year [56]. Persons 60 to 70 years of age are most commonly affected by this disease, and the prevalence increases with age [57]. However, GERD is seen in all age groups. In the United States, approximately 20% of people experience GERD symptoms in a given week and 7% experience symptoms every day [56]. Research indicates that approximately 25% to 40% of Americans experience symptomatic GERD at some point of time in their lives.

GERD is almost equally experienced by men and women. However, the male-to-female incidence ratio for esophagitis is approximately 2:1 to 3:1, and for Barrett's esophagus, it is 10:1 [REF?]. Compared to other races and ethnicities, white men are more susceptible to Barrett esophagus and adenocarcinoma [REF?].

## SIGNS AND SYMPTOMS OF GERD

The most frequent symptoms of GERD are heartburn, regurgitation, and dysphagia [58]. Clinically troublesome heartburn is observed in approximately 6% of the population, and regurgitation is seen in 16% of cases [60]. Chest pain may also be a presenting symptom [61; 62]. It is essential to distinguish cardiac from non-cardiac chest pain before considering GERD.

Dysphagia is generally seen in uncomplicated GERD; however, appropriate tests and investigations should be conducted to rule out any motility disorder, Schatzki ring, stricture, or malignancy [63]. Extraesophageal symptoms such as chronic cough, asthma, and chronic laryngitis may be present. Atypical symptoms such as epigastric pain, dyspepsia, belching, bloating, and nausea may also be reported in GERD, but they often overlap with other medical conditions, making diagnosis complicated [59]. Dyspepsia is another symptom that is seen more frequently in patients with GERD than those without. Epigastric pain, belching, bloating, and early satiety indicate GERD if they respond to a proton pump inhibitor (PPI) trial [64]. Other less common symptoms include asthma, hypersalivation, symptoms of

9

CONFIDENTIAL

gastric/esophageal bleeding (e.g., hematochezia, anemia, hematochezia), sleep apnea, and chronic cough.

If experienced more than two days a week, GERD can significantly lower work productivity. Nocturnal GERD significantly affects the quality of life and ability to function normally; therefore, patients should be evaluated for nocturnal GERD symptoms and sleep disturbances [65].

The symptoms of GERD are different in the pediatric population and vary with the age of the child. Common signs and symptoms of GERD in young children and infants include:

- Crying (typical or atypical) and/or irritability
- Apnea and/or bradycardia
- Failure to thrive
- Decreased appetite
- Apparent life-threatening event
- Vomiting
- Wheezing
- Stridor
- Abdominal and/or chest pain
- Recurrent pneumonitis
- Sore throat, hoarseness
- Chronic cough
- Water brash
- Sandifer syndrome

Older children may also experience heartburn and a history of vomiting, regurgitation, bad teeth, and halitosis.

## DIAGNOSIS

The diagnosis of GERD is made with the help of typical symptomatology, endoscopy findings, ambulatory reflux monitoring, and response to PPI or antisecretory therapy. The American College of Gastroenterology's (ACG's) evidence-

10

NETCE0006493

based guidelines for the diagnosis and management of GERD provide clear guidance on testing decisions [70].

## HISTORY AND PHYSICAL EXAMINATION

Heartburn and regurgitation, mainly post-prandial (particularly after a large and fatty meal), are the most reliable symptoms of GERD when making a presumptive diagnosis based on history alone [70]. The sensitivity of these two symptoms for the presence of erosive esophagitis is approximately 30% to 76% and the specificity ranges from 62% to 96% [69]. A PPI trial is a reasonable approach to confirm GERD in such cases.

Other GERD symptoms are not as reliable for diagnosis. As noted, chest pain may be the presenting symptom of GERD, and cardiac causes should be ruled out first [70]. Patients with dysphagia should undergo endoscopy to identify any GERD complications.

### GerdQ Questionnaire

The Gastroesophageal Reflux Disease Questionnaire (GerdQ) is a 6-item questionnaire that assesses the frequency of GERD symptoms over the past 7 days (*Table X*). A positive score should be followed up with a pH impedence test to confirm the results and determine disease severity [66].

The GerdQ has an accuracy comparable to diagnosis of GERD by the gastroenterologist [66]. In addition, the GerdQ is useful in assessing the overall impact of disease on the patient's life and aids selecting optimal GERD treatment as well as direct assessment of treatment efficacy.

| GERDQ QUESTIONNAIRE | | | | |
|---|---|---|---|---|
| Symptom | Frequency Score (Points) for Symptom | | | |
| | 0 days | 1 day | 2 or 3 days | 4 to 7 days |
| Burning feeling behind the breastbone (heartburn) | 0 | 1 | 2 | 3 |
| Stomach contents moving up to the throat or mouth (regurgitation) | 0 | 1 | 2 | 3 |
| Pain in the middle of the upper stomach | 3 | 2 | 1 | 0 |

11

NETCE0006494

| area | | | | |
|---|---|---|---|---|
| Nausea | 3 | 2 | 1 | 0 |
| Trouble getting a good night's sleep because of heartburn or regurgitation | 0 | 1 | 2 | 3 |
| Need for over-the-counter medicine for heartburn or regurgitation (such as Tums, Rolaids, Maalox, or other antacids), in addition to the medicine your doctor prescribed | 0 | 1 | 2 | 3 |

GerdQ < 8: low probability for GERD

GerdQ ≥ 8 and ≤ 3 on questions 5 and 6 (impact questions): GERD with low impact on daily life

GerdQ ≥ 8 and ≥ 3 on questions 5 and 6 (impact questions): GERD with high impact on daily life

*Note: Add the point values for each corresponding answer. Total score of 0 to 2 points = 0 percent likelihood of GERD; 3 to 7 points = 50 percent likelihood; 8 to 10 points = 79 percent likelihood; 11 to 18 points = 89 percent likelihood.*

GERD = gastroesophageal reflux disease.

Source: Adapted with permission from Jones R, Junghard O, Dent J, et al. Development of the GerdQ, a tool for the diagnosis and management of gastrooesophageal reflux disease in primary care. *Aliment Pharmacol Ther.*2009;30(10):1034.      Table X

**ENDOSCOPY**

Upper gastrointestinal endoscopy or esophagogastroduodenoscopy (EGD) is frequently used to diagnose GERD. It is recommended for patients who are refractory to treatment or who have alarm symptoms such as dysphagia, anemia, hematochezia, wheezing, weight loss, or voice changes (*Table 3*) [70]. Studies have observed that it is reasonable to conduct endoscopy for screening in certain high-risk groups, especially in overweight white men who are older than 50 years of age and have chronic symptoms of GERD [75].

Endoscopy can confirm the diagnosis of GERD by illustrating complications of reflux such as Barrett esophagus or esophagitis. It is also helpful for assessing anatomical

12

changes seen in hiatal hernia, strictures, or other potential structural factors. Endoscopy is the first choice for evaluating GERD, grading esophagitis (using the Los Angeles [LA] classification system), and detecting Barrett's esophagus [73]. However, the majority of patients with GERD have a normal-looking esophagus, and EGD will not be helpful in establishing a diagnosis in these patients [74]. If present, esophagitis points toward GERD. In some cases, erosions or ulcers may also be seen, which clearly indicates GERD. Endoscopy may be used to identify GERD complications, such as ulcers, esophageal strictures, and Barrett's esophagus, and biopsies may be obtained at the same time. GERD symptoms caused by other conditions, such as gastric or duodenal cancer, may be diagnosed with this approach. Some experts recommend either once-in-a-lifetime or 5- to 10-yearly endoscopy for patients with longstanding GERD to detect dysplasia or Barrett's esophagus. Endoscopy is the preferred initial investigation, as it increases the likelihood of endoscopic biopsy and cytology brushings. However, a negative endoscopy does not rule out the possibility of NERD.

| INDICATIONS FOR UPPER GASTROINTESTINAL ENDOSCOPY IN GERD |
| --- |
| Any suspicion of GERD complications or GERD-related malignancy |
| Presence of alarming signs including significant weight loss, anemia, upper gastrointestinal bleeding or melena |
| Recent change in character of symptoms |
| Age of onset after 40 years |
| Long-term GERD symptoms (more than 5 years) |
| Family history of GERD-related cancer |
| Suspicion of concomitant upper GI lesions |
| Before antireflux surgery |
| Equivocal diagnosis |
| Patient reassurance |
| Source: Ref?                                           Table 3 |

13

## BIOPSIES

As noted, biopsies of the esophagus performed with endoscopy are not generally as useful for diagnosing GERD as much as they are for detecting cancers or conditions (e.g., infections) leading to esophageal inflammation. Esophageal biopsies are also the standard for detecting cellular changes that take place in Barrett's esophagus. Biopsies will detect cellular damage (if present) before changes can be visualized [REF?].

Esophageal biopsy should be done with endoscopic examination due to the high prevalence rate of eosinophilic esophagitis [REF?]. However, it is difficult to differentiate between GERD and eosinophilic esophagitis on the basis of biopsy alone. Routine biopsy of the esophagus is not recommended to diagnose GERD in patients who have normal endoscopic findings and heartburn. Studies have also shown that mucosal biopsies from a normal-appearing esophagogastric junction are not useful in patients with GERD [81].

Low eosinophil counts (i.e., less than 7 eosinophils per high-power field) in the distal esophagus are suggestive of GERD, but this finding is not specific. A high eosinophil count may be observed in patients with GERD who respond to drug treatment with PPIs [78]. Other histologic findings, such as basilar hyperplasia, papillary elongation, rete pegs elongation, and neutrophils, are not clinically significant [79; 80].

## X-RAY

X-rays are not a preferred primary diagnostic test for GERD because they are unable to detect GERD or abnormal reflux and they are not sensitive for esophagitis. X-rays are reasonably sensitive for detecting gastric ulcer and esophageal stricture, but endoscopic biopsy is still required for proper evaluation. Barium swallow may detect extrinsic esophageal compression, which may mimic symptoms of GERD. X-ray is also indicated in the assessment of an anatomically complex hiatus hernia; however, it is important to note that the presence of hiatus hernia is not always indicative GERD.

Barium radiographs with double contrast can detect esophagitis, but the overall sensitivity is extremely low [71]. The finding of barium reflux above the thoracic inlet

14

NETCE0006497

with or without provocative maneuvers increases the overall sensitivity of this test to a certain degree; however, it is not considered a diagnostic test without dysphagia [72]. Overall, the ACG recommends that barium radiographs should not be performed to diagnose GERD [70].

## AMBULATORY ESOPHAGEAL PH MONITORING

Ambulatory esophageal pH monitoring is the gold standard for the diagnosis of GERD (and laryngopharyngeal reflux, if present), as it measures the amount of time that the esophagus contains acid, accurately documenting GERD, its severity, and treatment response **[REF?]**. Esophageal pH monitoring is highly sensitive (77% to 100%) and specific (85% to 100%) in patients with erosive esophagitis; however, the sensitivity drops to less than 71% in patients with endoscopy-negative reflux symptoms when a diagnostic test is required [82]. Some patients with GERD may have normal amount of acid reflux, whereas some healthy individuals may have increased acid reflux. In such cases, presence of typical GERD symptoms, response to GERD treatment, and/or the presence of GERD complications aid in the diagnosis. A person is diagnosed with GERD if episodes of heartburn correlate with acid reflux as demonstrated by esophageal pH monitoring [REF?].

Approximately 10% to 20% of patients do not show significant amelioration of their symptoms with treatment for GERD. This can be caused by inadequate or ineffective treatment, indicating failure of the treatment to adequately suppress acid production in the stomach. On the other hand, a lack of treatment response may be due to a wrong diagnosis. Esophageal pH monitoring is useful in such situations. If the test demonstrates significant acid reflux while treatment is continued, this indicates that the treatment is inadequate. If the test demonstrates good acid suppression with minimal acid reflux, the diagnosis of GERD is most probably incorrect and further investigation is required.

Esophageal pH monitoring can also pinpoint if GERD is the cause of symptoms, particularly troublesome heartburn. This is done by correlating 24-hour esophageal pH monitoring with patients' symptoms, essentially assessing if acid reflux is present at the time of heartburn. If the test correlates with the GERD symptoms, it points toward a diagnosis of GERD. A correlation between GERD symptoms and acid reflux is considered positive if more than 50% to 70% of symptoms occur within 2 to 5 minutes of an episode of acid reflux [REF?].

15

CONFIDENTIAL

NETCE0006498

Esophageal pH monitoring is also conducted to evaluate patients prior to surgical or endoscopic treatment. The American Gastroenterological Association recommends the use of ambulatory esophageal pH monitoring for [REF?]:

- Measurement of abnormal acid reflux in an endoscopy-normal patient who is being considered a candidate for antireflux surgery

- Evaluation of patients post-antireflux surgery who are suspected to have ongoing abnormal reflux

- Evaluation of patients with either normal or equivocal endoscopic findings or reflux symptoms that do not show improvement to PPI therapy

- Detection of acid reflux in patients with chest pain after a normal cardiac evaluation

- Evaluation of a patient with GERD and suspected otolaryngologic manifestations such as chronic cough, pharyngitis, or laryngitis

- Documentation of concomitant GERD in a patient with non-allergic, adult-onset asthma that may be induced by reflux

- Measurement of the effectiveness of acid suppression

There is no need for esophageal pH monitoring to establish a diagnosis of GERD if endoscopy has already confirmed esophagitis. In one study, approximately 90% of patients with short-segment Barrett's esophagus had abnormal findings in the pH-impedance monitoring [77]. However, the finding of any Barrett's esophagus segment is linked to pathologic GERD and usually precludes the need for esophageal pH testing [76].

There are three popular techniques of esophageal pH monitoring:

- Single-sensor pH monitoring using a pH catheter(24-hour duration)

- Dual-sensor pH monitoring using a pH catheter (24-hour duration)

- Wireless pH monitoring using either a Bravo pH capsule (48-hour duration or OMOM pH monitoring capsule (24- to 96-hour duration)

16

NETCE0006499

Regardless of the technique used, esophageal pH monitoring is considered positive for reflux if the pH of the lower esophagus is frequently acidic and/or if the pH of the lower esophagus drops when acid is introduced into the stomach.

Telemetry capsule pH monitoring can be used to monitor for longer durations, is better tolerated (with less interference with activated of daily living, professional activities, and sleep habits), and allows better correlation of GERD symptoms with acid reflux [REF?]. Catheter-based pH monitoring is generally used to monitor for shorter durations and allows the addition of impedance and detection of weakly acidic or non-acid reflux. Conventional pH-metry in patients with atypical GERD symptoms does not help in the diagnosis of GERD.

Wireless pH monitoring involves a capsule that is fixed within the esophagus and measures esophageal pH levels and transmits the data by radio wave/telemetry to an external receiver. Compared to conventional catheter, wireless pH monitoring provides an increased diagnostic yield for GERD. Major advantages include better patient tolerability and an ability to conduct pH monitoring for extended periods of times. It also provides a clearer and more accurate picture of acid exposure profile in genuine conditions [177; 178].

Impedance pH monitoring is considered the most sensitive technique for the detection of gastric reflux. It is also considered to be the future standard for detection and monitoring of reflux as it simultaneously detects, localizes, and categorizes reflux events as acidic or weakly acidic [179]. Additional improvements in impedance pH monitoring may lead to more comprehensive reflux detection resulting in better individualized therapy in patients with GERD depending on the reflux profile and may accurately predict response to medical or surgical therapy [180; 181].

## ESOPHAGEAL MANOMETRY OR ESOPHAGEAL MOTILITY TESTING

Esophageal manometry assesses the functioning of the esophageal muscles by measuring the strength and pattern of muscle contractions, particularly while and after eating, and by evaluating the propagation of esophageal swallows and amplitudes. It can specifically detect the following changes:

- Weakness in the LES

17

NETCE0006500

- Weak or poor esophageal muscle contractions during swallowing that cause ineffective clearance of food or acid from the esophagus
- Abnormally strong contractions (spasms) that may lead to chest pain or dysphagia

Common indications for esophageal manometry and prolonged pH monitoring include:

- Symptom persistence in patients on adequate drug treatment, such as PPI therapy
- Symptoms recurrence after discontinuation of acid-reducing medications
- Investigation of atypical symptoms, such as asthma or chest pain, in patients who do not have esophagitis
- Confirmation of GERD in preparation for antireflux surgery
- Determination of optimal placement of transnasal pH impedance probes

Overall, esophageal manometry is of little significance in the diagnosis of GERD, as diagnosis cannot be made on the basis of either decreased LES pressure or the presence of a motility abnormality.

## GASTRIC EMPTYING STUDIES

Gastric emptying studies are used to determine how well food empties from the stomach. Gastroesophageal reflux scintigraphy is performed with meal (acidified orange juice for adults and milk for infants and children) containing technetium-99m sulfur colloid. This noninvasive study is generally conducted on infants and children and is useful for assessing the degree of acid reflux. It can also detect pulmonary aspiration by imaging over the lungs. It is useful in identifying patients whose symptoms are the results of impaired gastric emptying rather than GERD. This study is still debatable and is not a preferred test for the diagnosis of GERD [REF?].

## HISTOLOGICAL CHARACTERISTICS

The use of histological characteristics to accurately diagnose GERD, and particularly NERD, has become the focus of attention in recent years [182]. Dilation of the intracellular space (DIS) is a promising diagnostic marker

18

NETCE0006501

of NERD [182, 183]. DIS can also be affected by PPI therapy, which may serve as a clinical endpoint in the treatment of GERD. Certain other histological markers, such as papillae elongation and basal cell hyperplasia, lack higher sensitivity or specificity for GERD but may be useful when used in combination with DIS [182; 184]. In the near future, histopathological markers or characteristics may play a key role in accurately diagnosing and characterizing GERD.

## SYMPTOM CORRELATION

Symptom correlation is a tricky issue in the diagnosis of GERD. Symptom index (SI) and symptom association probability (SAP) are two most frequently used symptom correlations. SI is the percentage of reflux-related symptom episodes, while SAP is a relatively new index that is based on cross tabulation of a contingency of four possible combinations of reflux and symptoms [83]. Both the symptom associations have been validated when esophageal pH monitoring is conducted off therapy in a patient with heartburn **[REF?]**.

A positive test on therapy in conjunction with a symptom relationship is suggestive of GERD as a cause for symptoms; however, outcome studies are restricted to only heartburn and are lacking for any other GERD symptom **[REF?]**. A strongly positive SI or SAP may indicate the need for a therapeutic intervention, whereas a negative result suggests that patient's symptoms are not caused by acid reflux. It has been found that in populations with GERD prevalence rates of 12% to 25%, the major GERD symptoms of heartburn and regurgitation increase the diagnostic confirmation to approximately 40% **[REF?]**.

## DIFFERENTIAL DIAGNOSIS

As noted, the diagnosis of GERD in patients with atypical symptoms is complicated and can be extremely difficult. Differential diagnosis is a vital aspect of GERD diagnosis and management. Patients with recurrent aspiration may have asthma, history of pneumonia, and/or progressive pulmonary fibrosis. Hoarseness may be present because of chronic laryngeal irritation. Another common presenting symptom of GERD is chest pain, which can be difficult to evaluate. Cardiac etiology should be excluded before chest pain is considered a manifestation of GERD. Even if cardiac causes are eliminated, chest pain may be the result of peptic ulcer disease, functional heartburn, delayed gastric emptying, or

19

CONFIDENTIAL

gastric cancer. Isolated and sudden attacks of heartburn may be caused by drug-induced esophagitis or radiation or caustic injury to the mucosa of the esophagus. Heartburn is also observed in patients with achalasia. Early upper endoscopy is indicated for patients who present with alarm symptoms such as dysphagia, weight loss, or hematemesis. Endoscopic findings revealing erosive esophagitis is generally indicative of GERD, but other causes should also be considered, including:

- Achalasia
- Cholelithiasis
- Coronary artery atherosclerosis
- Esophageal cancer
- Esophageal motility disorders
- Esophageal spasm
- Esophagitis
- Gastric ulcers
- Gastritis (chronic and acute)
- *H. pylori* infection
- Hiatal hernia
- Intestinal malrotation
- Intestinal motility disorders
- Irritable bowel syndrome
- Peptic ulcer disease

**GRADING SEVERITY**

There are three major classification systems for GERD and esophagitis: MUSE (metaplasia, ulceration, structuring, and erosions), the Savary-Miller Classification System, and the LA Classification System. These tools are used to grade the severity of GERD based on endoscopy findings, which is useful is establishing a treatment plan and determining the prognosis.

**MUSE System**

The MUSE system assesses four independent variables in order to determine the extent of esophageal damage, with good

20

CONFIDENTIAL

predictive value for progression of the disease and the potential effectiveness of treatment (*Table X*) [Ref?]. Because MUSE examines several different types of lesions, it may offer a more comprehensive description of complicated GERD.

"MUSE" esophagitis classification system

| Degree of severity | Metaplasia | Ulcer | Stricture | Erosions |
|---|---|---|---|---|
| 0. Absent | $M_0$ Absent | $U_0$ Absent | $S_0$ Absent | $E_0$ Absent |
| 1. Mild | $M_1$ One fold | $U_1$ Junctional | $S_1$ > 9 mm | $E_1$ One fold |
| 2. Moderate | $M_2$ > Two folds | $U_2$ Barrett's ulcer | $S_2$ < 9 mm | $E_2$ > Two folds |
| 3. Severe | $M_3$ Circumferential | $U_3$ Combined | $S_3$ Stricture and short esophagus | $E_3$ Circumferential |

Metaplasia, Ulceration, Stricturing and Erosions are assessed and graded independently according to the degree of severity: 0 - absent, 1 - mild, 2 - moderate, 3 - severe. The absence or presence, along with location, of a hiatus hernia is also to be recorded

**Savary-Miller Classification System**
The Savary-Miller Classification System is the traditional method for assessing GERD severity (*Table X*). It involves assessment of the quality and location of erosions in the esophagus. However, several experts have called into question the reliability of this system for disease classification, as it does not specify the nature of the complications, results in variations in interpretation, and has poor supporting evidence [Ref?]. As such the LA and MUSE systems are much more widely used today.

| SAVARY-MILLER CLASSIFICATION SYSTEM | |
|---|---|
| Grade | Description |
| 1 | One or more supravestibular reddish spots, with or without exudates |
| 2 | Erosive and exudative lesions in the distal esophagus that may be confluent but not circumferential |
| 3 | Circumferential erosions in the distal esophagus covered by hemorrhagic and pseudomembranous |

21

CONFIDENTIAL

NETCE0006504

| | exudates |
|---|---|
| 4 | Presence of chronic complications such as deep ulcers, stenosis, or scarring with Barrett's metaplasia |
| Source: [Ref?] | Table X |

## LA Classification System

The most widely used tool to describe and grade the findings of endoscopy is the LA classification system (*Table Y*) [210]. This system uses the findings of mucosal breaks and/or other significant findings to assess the severity of GERD, and it correlates well with ambulatory esophageal pH monitoring. The LA grade is also a good predictor of response to acid reflux therapy [210].

| LOS ANGELES CLASSIFICATION OF ESOPHAGITIS | |
|---|---|
| Grade[a] | Description |
| A | One or more mucosal breaks ≤5 mm in length |
| B | At least one mucosal break >5 mm long but not continuous between the tops of adjacent mucosal folds |
| C | At least one mucosal break that is continuous between adjacent mucosal folds but not circumferential (<75% of periphery) |
| D | Mucosal breaks that involve at least three-quarters of the luminal circumference |
| [a]Ulcers, strictures, Barrett's metaplasia, and other findings are reported as an adjunct to each grade. | |
| Source: [Ref?] | Table Y |

## GERD AND PREGNANCY

GERD is frequently encountered by women during pregnancy, with the common clinical manifestation of heartburn. One study observed that 52% of pregnant women have onset of GERD in the first trimester, 40% in the second trimester, and 8%

22

CONFIDENTIAL

in the third trimester [87]. Nearly all cases resolve after delivery [88]. Some important predictors of heartburn during pregnancy include increasing gestational age, heartburn prior to pregnancy, and parity. The prevalence of heartburn is inversely proportional to maternal age, and there is no association between onset of heartburn and patients' pre-pregnancy BMI, race, or weight gain during pregnancy.

During pregnancy, GERD is diagnosed on the basis of key symptoms, and additional diagnostic testing is usually not necessary for most of the patients with suspected GERD. If further testing is necessary, upper endoscopy is the preferred option, but it should be performed only on those patients whose symptoms have not responded to medical therapy or who may have GERD-related complications. Endoscopy is usually avoided during the first trimester, and ambulatory pH monitoring is rarely performed during pregnancy. Pregnant women who experience GERD should be offered lifestyle modification as first-line of treatment.

## MANAGEMENT OF GERD

The goals of treatment of GERD include:

- Symptomatic relief
- Healing the esophagitis
- Prevention of GERD recurrence
- Prevention of GERD associated complications

The principles of treatment include lifestyle interventions and suppression of gastric acid secretion using medical or surgical treatment.

### LIFESTYLE MODIFICATION

Lifestyle interventions are important constituents of GERD therapy (*Table X*). Common interventions include weight loss (for overweight patients) and avoidance of alcohol, citrus juice, tomato and tomato-based products, onion, chocolate, peppermint, and coffee. Other effective measures include avoidance of late-night and large meals, reduction in dietary fat intake, avoidance of spicy foods, smoking cessation, elevation of head of the bed, and avoiding recumbency for at least 3 hours after meals [90].

23

| EFFICACY OF LIFESTYLE INTERVENTIONS FOR GERD | | | |
|---|---|---|---|
| Lifestyle intervention | Effect of intervention on GERD parameters | Sources of data | Recommendation |
| Weight loss | Improvement of GERD symptoms and esophageal pH | Case-control | Strong recommendation for patients with BMI>25 or patients with recent weight gain |
| Head of bed Elevation | Improved esophageal pH and symptoms | Randomized controlled trial | Head of bed elevation with foam wedge or blocks in patients with nocturnal GERD |
| Avoidance of late evening meals | Improved nocturnal gastric acidity but not symptoms | Case-control | Avoid eating meals with high fat content within 2-3 hours of reclining |
| Tobacco and alcohol cessation | No change in symptoms or esophageal pH | Case-control | Not recommended to improve GERD symptoms |
| Cessation of chocolate, caffeine, spicy foods, citrus, carbonated beverages | No studies performed | No evidence | Not routinely recommended for GERD patients. Selective elimination could be considered if patients note correlation with GERD symptoms and improvement with elimination |
| BMI = body mass index, GERD = gastroesophageal reflux disease. | | | |
| Source: permission to reprint from [70] | | | Table X |

24

NETCE0006507

A systematic review was conducted to assess the effect of dietary and other lifestyle modifications on LES pressure, esophageal pH, and GERD symptoms [91]. The results indicated that tobacco consumption, intake of chocolate and carbonated beverages, and right lateral decubitus position lead to reduction in LES pressure, whereas consumption of alcohol (16 trials), coffee/caffeine, spicy foods, citrus, and fatty foods had no effect. Tobacco, alcohol, chocolate, and fatty food intake led to an increase in esophageal acid exposure time. However, tobacco and alcohol cessation did not lead to a significant increase in LES pressure, improvements in esophageal pH, or amelioration of GERD symptoms. A 2010 systematic review observed that there no evidence that intake of carbonated beverages causes or precipitates GERD [92].

Weight gain, even in individuals with a normal BMI, has been linked with new onset of GERD symptoms, and several studies have observed reduction or improvement in GERD symptoms with weight loss [93; 94; 95]. In appropriate candidates, roux-en-Y gastric bypass is effective in reducing or improving GERD symptoms, but vertical-band gastroplasty is not effective. A case-control study conducted on female patients with GERD showed a 40% reduction in frequent GERD symptoms when BMI was reduced by 3.5 or more points compared with control subjects [93; 96].

It is suspected that the recumbent position leads to worsening of esophageal pH as well as symptoms of GERD. Several clinical studies have exhibited improvement in symptomatic nocturnal reflux and GERD symptoms as well as esophageal pH values with head of bed elevation using foam wedges or blocks [97; 98; 99].

### PHARMACOTHERAPY

Pharmacotherapy may be initiated if lifestyle modifications fail to show improvement in GERD symptoms. Commonly used medications for the treatment of GERD include antacids, histamine H2-receptor antagonists (H2RAs), and PPIs. PPI therapy has been associated with superior healing rates and decreased relapse rates compared with H2RAs and placebo for patients with erosive esophagitis [100]. Several clinical studies have also observed that PPIs provide better symptom relief in patients with ERD (approximately 70% to 80%) compared with patients with NERD (approximately 50% to 60%) [101; 102]. A systematic review conducted on patients with

25

NETCE0006508

NERD observed that PPI therapy provides better heartburn relief when compared with prokinetics and H2RAs [103].

## ANTACIDS

Antacids, usually calcium carbonate, sodium bicarbonate, or hydroxide, are effective in symptom relief and may be taken after each meal and at bed time [104; 105; 106]. Over-the-counter (OTC) antacids are effective for rapid, short-term symptom relief, but they do not result in any real improvements in the condition and are not effective in healing erosion or other conditions associated with the disease [107].

### Histamine H2-Receptor Antagonists

Acid suppressive agents are the cornerstone for the treatment of GERD. H2RAs have a slower onset of action than antacids but are better agents to reduce secretion of gastric acid after a meal [108]. This class blocks the action of histamine on parietal cells present in the stomach, leading to acid suppression. Some H2RAs commonly used in the treatment of GERD include ranitidine, famotidine, cimetidine, and nizatidine. Similar to antacids, they are not effective in the healing of esophagitis, and standard doses of H2RAs during maintenance therapy are not able to prevent relapses [109]. These agents are prescribed for the treatment of milder forms of GERD and for on-demand therapy, particularly for nocturnal symptoms [110]. Long-term H2RA therapy is not recommended for GERD because tolerance develops within a short period of time and PPIs have better efficacy for healing erosive esophagitis [111].

### Proton Pump Inhibitors

PPIs are the most potent inhibitors of acid secretion and are the standard of care for the treatment of GERD. These agents effectively and irreversibly block the gastric acid pump of the parietal cells in the stomach, which promptly inhibits the secretion of hydrochloric acid [114; 115]. Several studies have found that PPIs are a better option than H2RAs for the treatment of reflux esophagitis [116; 117].

Three PPIs (omeprazole, lansoprazole, and omeprazole/sodium bicarbonate) are available over-the-counter, and an additional four agents (dexlansoprazole, pantoprazole, esomeprazole, and rabeprazole) are available by prescription. All the seven PPIs have similar efficacy for

26

NETCE0006509

symptom relief [123]. Prominent side effects of PPIs include nausea, diarrhea, insomnia, headache, and anaphylaxis [107]. All the PPIs, except omeprazole/sodium bicarbonate and dexlansoprazole, should be given 30 to 60 minutes before meals for maximal efficacy. Compared with other PPIs, omeprazole/sodium bicarbonate is more effective in controlling nocturnal gastric pH in the first 4 hours of sleep when administered at bedtime [124]. Whether this effective control of nocturnal gastric pH leads to better clinical outcomes has yet to be ascertained. Dexlansoprazole, a dual delayed-release PPI, can be given at any time of the day, regardless of food intake [125]. Approximately 70% to 80% of patients with ERD and 60% of patients with NERD experience complete relief on PPI therapy. An estimated 30% to 40% of patients with GERD experience partial symptomatic relief after a standard 8-week course of PPI therapy **[REF?]**.

Delayed-release PPIs, except dexlansoprazole and omeprazole/sodium bicarbonate, exhibit better efficacy in controlling intragastric pH when taken prior to a meal [127]. PPI switching is a common practice among clinicians and gastroenterologists, but there is insufficient evidence to support it **[REF?]**. Maintenance PPI therapy is required for patients who continue to have symptoms after discontinuation of the medication and those with complications such as erosive esophagitis and Barrett's esophagus. Approximately two-thirds of patients with NERD have a symptomatic relapse after discontinuation of PPIs over time [128]. Almost all the patients with LA grade B or C esophagitis relapse by 6 months [129]. Retrospective studies have observed that patients with Barrett's esophagus who continue using a PPI have a decreased risk for dysplasia [130]. On the other hand, several research studies have shown that patients with NERD and otherwise uncomplicated GERD may be managed successfully with on-demand or intermittent PPI therapy.

Approximately 20% to 30% of patients with GERD continue to experience persistent reflux symptoms even while on a once-daily PPI regimen, and about 25% of patients take additional over-the-counter medications to ameliorate GERD symptoms [118; 119]. Some common reasons for treatment failure with PPIs include noncompliance, hiatal hernia, improper dosing time, duodenogastroesophageal reflux, nocturnal reflux, weakly acidic reflux, delayed gastric emptying, esophageal

27

CONFIDENTIAL

hypersensitivity, eosinophilic esophagitis, residual acid reflux, reduced drug bioavailability, and psychologic comorbidity [120; 121; 126]. Discontinuation of PPI after long-term therapy can also lead to relapse [122]. Long-term PPI therapy can also lead to parietal cell proliferation, resulting in a state of hyperacidity after the treatment is stopped. This rebound hyperacidity may cause PPI dependence.

There are limited medical options for patients with GERD who have an incomplete response to drug treatment. The addition of an H2RA at bedtime is recommended for patients with symptoms refractory to PPIs. However, one study indicated potential tachyphylaxis of pH control occurring after one month of therapy [112]. As such, bedtime H2RAs may be most beneficial if given on an as-needed basis to patients with provocable nocturnal symptoms.

### Potential Risks

Headache, diarrhea, and dyspepsia are commonly associated with PPI therapy **[REF?]**. Other common adverse effects include vitamin and mineral deficiencies (specifically hypocobalaminemia and hypomagnesemia), community-acquired infections such as pneumonia and diarrhea, osteoporosis, hip fractures, and cardiovascular accidents in patients on concomitant clopidogrel therapy **[REF?]**. Studies have indicated that long-term PPI therapy may lead to B12 deficiency, particularly in older individuals [145; 146; 207]. PPIs also increase gastric pH levels, which facilitates the growth of gut microflora and increases susceptibility to overgrowth of organisms such as *Escherichia coli* and *Clostridium difficile*. In 2012, the FDA issued a warning of an increased risk of *C. difficile*-associated diarrhea with PPI use [147]. It was further observed that PPIs increase the risk of *C. difficile* infection by 1.7 times with once-daily use and 2.4 times with more-than-once-daily use [148; 149]. This risk can be avoided or minimized by prudent short-term PPI therapy.

PPI therapy should not be withdrawn or withheld in patients because of potential risk of community-acquired infections. It has been suggested that patients who are at higher risk of community-acquired pneumonia should be given low-dose PPI therapy when necessary [151].

In 2009, the FDA issued a warning pertaining to increased probability for adverse cardiovascular events with

28

CONFIDENTIAL

concomitant use of PPI and clopidogrel, especially with the PPIs omeprazole, esomeprazole, and lansoprazole **[REF?]**. However, a 2010 meta-analysis has concluded that there is no risk of adverse cardiac outcomes in patients using concomitant clopidogrel and PPI therapy [208].

There is also concern that long-term PPI therapy in patients with *H. pylori* infection may lead to atrophic gastritis [85]. An FDA review panel concluded that there was insufficient to recommend testing of all patients on long-term PPI therapy. Therefore, the screening of patients with GERD for *H. pylori* is not recommended in the United States, although screening is recommended in Europe [86].

**Prokinetic Agents**
Prokinetic agents improve esophageal and gastric peristalsis and prevent delayed esophageal clearance by increasing the activity of dopaminergic or serotoninergic receptors [131]. Their efficacy as monotherapy is generally restricted to patients with mild GERD symptoms; patients with moderate-to-severe symptoms generally require additional acid suppressants, such as PPIs. Some of the commonly used prokinetic agents are cisapride, domperidone, and metoclopramide, although domperidone is not FDA-approved for the treatment of GERD. These medications may reduce acid secretion in the stomach up to 70%, but the symptom relief is short-term (4 to 8 hours) and slow in onset [132]. These agents are not effective in healing high-grade esophagitis. Long-term administration of prokinetics should be avoided, as it may lead to serious, even life-threatening fatal complications. Common side effects include fatigue, tremor, tardive dyskinesia, and increased risk for cardiac events [107].

**Baclofen**
Baclofen, a GABA(b) agonist, is another option for refractory GERD patients. It acts by reducing transient LES relaxations and reflux episodes [133; 134]. Baclofen efficiently decreases the number of postprandial acid and non-acid reflux events, belching episodes, and nocturnal reflux activity [37; 135; 136]. A trial of baclofen at a dosage of 5-20 mg three times a day may improve symptoms in patients who experience continued reflux despite optimal PPI therapy [135; 136]. However, its usage is limited due to side effects such as dizziness, somnolence, and

29

CONFIDENTIAL

constipation. Baclofen is not FDA approved for the management of GERD.

**Newer Medications**

As discussed, a significant proportion of patients with GERD continue to experience symptoms despite PPI treatment, and approximately 22% of PPI users take additional over-the-counter medications to control their symptoms [186; 187; 188]. As such, research has continued to explore the use or development of newer medications for the treatment of GERD (*Table Z*).

| NEWER APPROACHES TO PHARMACOTHERAPY FOR GERD | |
|---|---|
| Therapy | Example Agents |
| New directions for treatment | |
| Inhibition of transient lower esophageal sphincter relaxations (TLESR) | GABA(b) agonists: baclofen , XP19986, AZD3355, AZD9343<br><br>Metabotropic glutamate receptor 5 (mGluR5) modulators: ADX10059 |
| 5-HT-receptor agonists | Partial 5-HT4 agonists: tegaserod<br><br>Partial 5-HT3 agonists: DDP733 |
| New formulations of existing drugs | |
| Modified release formulations | Dexlansoprazole MR (TAK-390 MR), a modified release enantiomer of lansoprazole, which employs dual delayed release technology<br><br>AucForm delivery technology for controlled-release formulation of omeprazole;<br><br>Extended-release version of rabeprazole |
| Switching proton pump inhibitors from racemic to pure enantiomers | S-enantiomer of omeprazole, pantoprazole, and tenatoprazole<br><br>R-enantiomer of lansoprazole and rabeprazole |
| Acid pump activator | VB101 (VECAM) in combination with omeprazole or pantoprazole |
| Drugs with a prolonged antisecretion action | |

30

CONFIDENTIAL

| Imidazopyride-based PPI | Tenatoprazole, S-tenatoprazole-Na |
|---|---|
| Slow-absorbed, acid-stable pro-PPI | AGN 201904-Z |
| Potassium-competitive acid blocker | AZD0865; CS526, revaprazan, and soraprazan |
| Source: [97; 98; 99] [Ref?] | Table Z |

Several preclinical studies have found that GABAb agonists and metabotropic glutamate receptor 5 (mGluR5) modulators can modify transient LES relaxation **[REF?]**. However, poor tolerability hinders the use of these drugs [189].

Potassium-competitive acid blockers (P-CAB) are also being studied for the treatment of GERD. These agents inhibit gastric proton pump reversibly rather than irreversibly [190]. On the other hand, PPIs irreversibly block the proton pump of the gastric parietal cell [191; 192]. However, research studies have not shown better safety and efficacy of P-CABs when compared with PPIs [95; 96]. Two other potential drugs or molecules in the same group show some promise in GERD treatment [193, 194].

5-hydroxytryptamine type 4 (5-HT4) receptor agonists (e.g., cisapride, monsapride, togaserod), which increase contraction of the gastric smooth muscle, are another new target in GERD treatment [195]. However, the safety profile of this drug class has limited their usefulness in the treatment of GERD [196; 197].

ATI-7505, also known as naronapride, has been in trials for GERD management, though the results are not yet definitive [198]. Selective serotonin reuptake inhibitors and tricyclic antidepressants also hold promise for the treatment of GERD and are currently being investigated [199].

**S: Format**

| Initial Interventions for GERD |
|---|
| **PPIs** |
| • Available PPIs have comparable efficacy at equivalent dosages. |

31

CONFIDENTIAL

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |

- Greater efficacy and more rapid symptom control than H2RAs.

- Optimal starting dosage is unclear; some clinicians prefer to start with high dosages and step down to less-intensive therapy after symptom remission, others prefer to start at lower dosages and increase treatment intensity if needed.

- Should be taken a half hour before breakfast (or dinner).

- Usually well tolerated. Potential adverse effects include GI symptoms (abdominal pain, diarrhea, nausea), headache, rash, and liver toxicity.

- No dosage adjustment needed for renal impairment.

- May require lower dosage in hepatic impairment; dosage not defined.

- Decrease absorption of drugs with pH-dependent bioavailability

| Generic Drug Name | Dosage Range | Comments |
|---|---|---|
| Dexlansoprazole | 30-60 mg QD | Healing of EE: 60 mg once daily for up to 8 weeks<br><br>Maintenance of healed EE: 30 mg once daily for up to 6 months.<br><br>Symptomatic non-erosive GERD: 30 mg once daily for 4 weeks. |
| Esomeprazole | 20-40 mg QD | **Healing of erosive esophagitis**: Oral: Initial: 20-40 mg once daily for 4-8 weeks. if incomplete healing, may continue for an additional 4-8 weeks. Maintenance: 20 mg once daily.<br><br>**Symptomatic gastroesophageal reflux**: Oral: 20 mg once daily for 4 weeks. |
| Lansoprazole | 15-30 mg QD or 30 mg BID | **Symptomatic GERD**: Oral: Short-term treatment: 15 mg once daily for up to 8 weeks. **Erosive esophagitis**: Oral: Short-term treatment: 30 mg once daily for up to 8 weeks. Maintenance therapy: 15 mg once daily. IV: 30 mg once daily for up to 7 days... patients should be switched to an oral formulation as soon as they can take oral |

32

CONFIDENTIAL

NETCE0006515

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |
| | | medications. |
| Omeprazole | 20-40 mg QD | **Erosive esophagitis**: Oral: 20 mg/day for 4-8 weeks. Maintenance of healing: 20 mg/day for up to 12 months total therapy. **Gastric ulcers**: Oral: 40 mg/day for 4-8 weeks. **Symptomatic GERD**: Oral: 20 mg/day for up to 4 weeks |
| Pantoprazole | 40 mg QD or 40 mg BID | **Erosive esophagitis associated with GERD**: Oral: Treatment: 40 mg once daily for up to 8 weeks. An additional 8 weeks may be used in patients who have not healed after an 8-week course. Maintenance of healing: 40 mg once daily. I.V.: 40 mg once daily for 7-10 days.<br><br>No dosage adjustment needed for hepatic impairment; may cause false-positive THC result on urine toxicology screen |
| Rabeprazole | 20 mg QD or 20 mg BID | Delayed-release tablet- **GERD**: Oral: 20 mg once daily for 4-8 weeks; maintenance: 20 mg once daily. |
| **Histamine-2-receptor antagonists or H2RAs** | | |

- Less effective than PPIs for acid suppression, relief of symptoms, and healing of esophagitis; approximately 40% of patients gain symptom relief. Treatment with H2RAs may be adequate for some patients.

- Potential adverse effects vary somewhat according to the specific H2RA. They include cytopenias, rash, GI intolerance, and arrhythmias.

- Dosage adjustment is required for patients with renal insufficiency.

- Cimetidine interacts significantly with many other drugs.

| | | |
|---|---|---|
| Cimetidine | 800 mg BID or 800 mg TID | Multiple drug interactions |

33

CONFIDENTIAL

NETCE0006516

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |
| Famotidine | 20 mg BID or 40 mg BID | Multiple drug interactions |
| Nizatidine | 150 mg BID or 300 mg BID | Multiple drug interactions |
| Ranitidine | 150 mg BID or 150 mg QID | Multiple drug interactions |
| **Antacids** | | |

- Typically contain aluminum hydroxide, magnesium hydroxide, calcium carbonate, sodium bicarbonate, or combinations of these compounds.
- Liquid formulation is preferable to tablets because of more rapid action.
- Usual dosage is 15-30 mL QID (after meals and at bedtime).
- If tablets are used, they should be thoroughly chewed and followed by full glass of water.
- Antacids combined with alginic acid (eg, Gaviscon) may be superior to antacids alone.
- Adverse events:
  - Antacids containing magnesium: diarrhea
  - Antacids containing aluminum or calcium: constipation
  - Hypophosphatemia with chronic use
  - Magnesium and/or aluminum retention in chronic renal failure
- Multiple drug interactions caused by binding to form insoluble complexes, including PIs and integrase inhibitors.

| **Prokinetic Agents** | | |
|---|---|---|
| Metoclopramide | 10-15 mg QID (after meals and at | Associated with irreversible tardive dyskinesia, other CNS effects; may consider metoclopramide as adjunctive therapy (add-on to PPI) |

34

CONFIDENTIAL

| Initial Interventions for GERD | | |
|---|---|---|
| **PPIs** | | |
| | bedtime) | |
| **Dietary and Lifestyle Modification** | | |
| Dietary | • In most patients, avoiding the following is useful:<br>  • Carbonated beverages<br>  • Voluminous meals<br>• In selected patients, avoiding the following triggers may be useful:<br>  • Fatty meals<br>  • Sweets, including chocolate<br>  • Spicy foods/raw onions<br>  • Caffeinated beverages<br>  • Citrus products/juices | |
| Lifestyle | • In most patients, the following are useful:<br>  • Weight loss<br>  • Smoking cessation<br>  • Lying on the left side when sleeping<br>  • Avoiding excessive physical activity (running)<br>• In selected patients, the following may be useful:<br>  • Avoiding alcohol<br>  • Elevating head of bed (for nocturnal symptoms) | |

SURGICAL OPTIONS FOR GERD

| Surgical options for GERD |
|---|
| **S: incorporate or reformat?** |
| 1. Surgical therapy is a treatment option for long-term therapy in GERD patients. (Strong recommendation, high level of evidence) |
| 2. Surgical therapy is generally not recommended in patients who do not respond |

35

CONFIDENTIAL

NETCE0006518

to PPI therapy. (Strong recommendation, high level of evidence)

3. Preoperative ambulatory pH monitoring is mandatory in patients without evidence of erosive esophagitis. All patients should undergo preoperative manometry to rule out achalasia or scleroderma-like esophagus. (Strong recommendation, moderate level of evidence)

4. Surgical therapy is as effective as medical therapy for carefully selected patients with chronic GERD when performed by an experienced surgeon. (Strong recommendation, high level of evidence)

5. Obese patients contemplating surgical therapy for GERD should be considered for bariatric surgery. Gastric bypass would be the preferred operation in these patients. (Conditional recommendation, moderate level of evidence)

6. The usage of current endoscopic therapy or transoral incisionless fundoplication cannot be recommended as an alternative to medical or traditional surgical therapy. (Strong recommendation, moderate level of evidence)

Major surgical options for GERD include laparoscopic fundoplication or bariatric surgery for patients who are obese. Surgery may be indicated for patients with GERD who opt to discontinue pharmacotherapy due to noncompliance, adverse effects of medications, or persistent GERD symptoms due to refractory GERD. From a surgical point of view, GERD is the failure of the antireflux barrier, facilitating abnormal reflux of gastric contents into the esophagus. Surgery for GERD patients is an equally effective alternative to pharmacotherapy and should be offered to the right candidate.

Patients with GERD who experience large amounts of non-acid reflux on PPI therapy with associated symptoms are potential candidates for surgery [138]. Refractory dyspeptic symptoms such as epigastric pain, nausea, and vomiting are less likely to experience symptom relief with surgery. The best surgical responses are observed in patients with characteristic GERD symptoms (e.g., heartburn, regurgitation) who have a good response to PPI therapy or have abnormal 24-hour ambulatory esophageal pH testing with good symptom correlation [139]. Studies have shown that long-term remission rates with surgery are comparable to or even better than pharmacotherapy [140]. Surgical therapy for GERD increases short-term mortality risk. A 2011 study found that the prevalence of postoperative dysphagia and inability to belch were significantly lower in patients undergoing

36

NETCE0006519

partial fundoplication compared with patients undergoing total fundoplication [141]. Several research studies and reviews have observed that compared with medical therapy, surgery was more effective in controlling prominent symptoms of GERD, such as heartburn, reflux, and bloating. However, a Cochrane review indicated that medical or surgical treatment did not yield improvement in asthma symptoms, pulmonary function, or use of medication [142]. Surgical treatment may be effective in some patients with extraesophageal or atypical symptoms, but response rates are lower than in patients with heartburn [139]. It is important to assess response to PPI therapy in patients with laryngopharyngeal reflux before considering fundoplication. In the absence of a PPI response, surgery is usually not effective, even in patients with an abnormal esophageal pH study [143]. When a diagnosis of GERD has been objectively confirmed, surgery should be considered in individuals who experience one the following:

- They have failed medical therapy, which may be indicated by poor symptom control, severe regurgitation uncontrolled with adequate acid suppression, or significant side effects of the medications

- They opt for surgery despite successful medical treatment because of quality-of-life considerations (e.g., lifelong requirement for medication intake, cost of medications)

- They experience significant complications related to GERD, such as Barrett's esophagus or peptic stricture

- They have extraesophageal manifestations (e.g., asthma, cough, chest pain)

In addition, coexistence of Barrett's esophagus with gastroesophageal reflux symptoms in some patients may also be considered an indication for antireflux surgery.

Compared with pharmacotherapy, fundoplication leads to improved or at least comparable quality of life and is linked to high patient satisfaction rates. In one study, perioperative morbidity was significantly lower (65%) after laparoscopic fundoplication compared with open fundoplication [REF?]. Over the last few decades, surgical options for GERD have evolved from open to laparoscopic to

37

NETCE0006520

an incisionless surgical procedure—transoral incisionless fundoplication. Nissen fundoplication remains the most common surgical procedure for the treatment of GERD [REF?]. Laparoscopic Roux-en-Y gastric bypass is the most reliable, effective and advantageous surgical option for GERD in the morbidly obese patient, as it treats GERD while also including effective weight loss and improvement in comorbidities [REF?]. Compared with Nissen fundoplication, gastric bypass is now a more popular surgical option because of increased number of obese patients with GERD in the United States. Studies have reported conflicting outcomes after gastric banding on GERD symptoms [REF?]. It has been observed that the long-term incidence of dysphagia is reduced by the use of an esophageal dilator. Endoluminal fundoplication is a modified version of Nissen fundoplication, both open and laparoscopic, that requires no incisions as the stomach is accessed via the mouth [REF?].

There is very little evidence that endoscopic therapies, such as radiofrequency augmentation to the LES, silicone injection into the LES, and endoscopic suturing of the LES, have long-term efficacy in the treatment of GERD [200; 201; 202; 203; 204]. A 2012 study conducted on a small number of subjects who underwent sphincter augmentation using the LINX Reflux system has shown efficacy up to 4 years in the reduction of esophageal acid exposure [144].

## TREATMENT OF EXTRAESOPHAGEAL PRESENTATIONS OF GERD

Extraesophageal reflux disease has a wide spectrum of clinical manifestations that ranges from troublesome heartburn regurgitation to a variety of extraesophageal manifestations, such as asthma, laryngitis, chronic obstructive pulmonary disease, cough, otitis media, recurrent pneumonia, and laryngeal cancer (*Table X*). Several studies have observed an association between GERD and these extraesophageal symptoms, but causality is still not known [REF?]. A systematic review concluded that GERD symptoms and abnormal 24-hour esophageal pH monitoring were observed in 59% and 51% of asthmatics, respectively, but there was insufficient data to determine the causality [123].

The Montreal Consensus acknowledges established associations between GERD and extraesophageal presentations such as asthma, chronic cough, and laryngitis [REF?]. The consensus also recognizes that these presentations usually have a multifactorial etiology and that gastroesophageal reflux may

38

NETCE0006521

be a contributing factor rather than a causal factor. Extraesophageal presentations developing in isolation without concomitant present of typical GERD symptoms is a rarity.

**S: Format**

| Extraesophageal manifestations of GERD | | |
|---|---|---|
| **Pulmonary** | **Pharyngo-laryngeal** | **Proposed Associations** |
| Asthma | Pharyngitis | Sinusitis |
| Aspiration pneumonia | Vocal cord granulomas | Pulmonary Fibrosis |
| Chronic bronchitis | Subglottic stenosis | Phayngitis |
| Bronchiectasis | Laryngitis | Recurrent Otitis Media |
| Interstitial pulmonary fibrosis | Stridor | |
| **Oral** | Hoarseness | |
| Halitosis | Globus | |
| Dental caries | Laryngeal cancer | |
| Poor oral hygiene | Chronic | |

Extraesophageal presentations develop by two principal mechanisms: direct (aspiration) or indirect (vagally mediated) mechanisms [152; 153; 154; 155]. Reflux of gastroduodenal contents into the esophagus and hypophayrnx can be categorized as either ''high'' or ''distal'' [156]. High esophageal reflux is triggered by reflux that goes across the esophagus and causes cough either by direct laryngeal or pharyngeal aspiration/stimulation. In distal esophageal reflux, cough is generated by a vagally mediated trachealbronchial reflex, usually with no laryngeal irritation [156; 157]. Severe laryngeal damage may be triggered by prolonged exposure to gastric and duodenal juice. Gastric acid and pepsin play an important role in the pathogenesis of reflux esophagitis. In addition, enzymes (e.g., trypsin) and bile may cause tissue injury, leading to histologic change even in the absence of acid. The nonacidic reflux may cause tissue injury and symptoms that are refractory to treatment with PPIs.

Clinical trials have failed to demonstrate efficacy of PPIs in the management of treating extraesophageal symptoms. This, coupled with the fact that GERD has not been established as the cause of extraesophageal symptoms, means

39

NETCE0006522

that patients with extraesophageal presentations should have a thorough evaluation for possible non-GERD causes. Upper endoscopy can detect GERD when erosive esophagitis is present, but this sign is detected in only one-third of patients with GERD symptoms and is rarely found after treatment with PPIs [158; 159]. Alternatively, GERD may be confirmed with ambulatory reflux monitoring. Total percentage of time the esophageal pH is less than 4 is the best indicator of pathologic reflux [160]. However, it is important to note that findings of pathological reflux on ambulatory monitoring do not establish GERD as the cause of the extraesophageal presentations, but a negative result usually indicates non-GERD etiologies.

Symptom association analysis conducted during reflux monitoring may observe a temporal association between reflux episodes and cough or asthma attacks [161]. In patients with reflux-induced laryngitis, laryngoscopy usually reveals edema and erythema [162]. However, diagnosis of reflux-induced laryngitis should do not be solely made on the laryngoscopy findings, as signs of laryngeal irritation are also observed in most healthy subjects as a result of of smoking, allergy, or voice abuse [163].

Treatment with PPIs is often considered in patients with asthma and concomitant GERD. However, PPIs are generally not considered for management of asthma when there are no other typical GERD symptoms. PPI therapy may also be initiated in patients with other extraesophageal presentations, such as laryngitis and chronic cough, and who also experience typical GERD symptoms or have objective evidence of GERD. PPIs aid in healing esophagitis and ameliorate typical GERD symptoms by effective acid suppression. When appropriate, patients with extraesophageal symptoms are usually treated with high-dose PPIs (twice daily) **[REF?]**.

There are few well-defined markers to predict which patients will respond to therapy. Thus, empirical treatment for patients without typical symptoms or objective evidence of GERD cannot be routinely recommended. The traditional recommendation is to treat patients with higher doses of PPI (twice daily) than patients with typical GERD symptoms; however, this is based on uncontrolled and observational data only [164; 165]. Patients who do not respond to a 2- to 3-month course of PPI and acid suppression are considered to have refractory GERD or non-GERD causes of symptoms.

40

CONFIDENTIAL

NETCE0006523

MANAGEMENT OF GERD REFRACTORY TO TREATMENT WITH PPIS

| GERD refractory to treatment with PPIs |
|---|
| **S: Incorporate into text** |
| 1. The first step in management of refractory GERD is optimization of PPI therapy. (Strong recommendation, low level of evidence) |
| 2. Upper endoscopy should be performed in refractory patients with typical or dyspeptic symptoms principally to exclude non-GERD etiologies. (Conditional recommendation, low level of evidence) |
| 3. In patients in whom extraesophageal symptoms of GERD persist despite PPI optimization, assessment for other etiologies should be pursued through concomitant evaluation by ENT, pulmonary, and allergy specialists. (Strong recommendation, low level of evidence) |
| 4. Patients with refractory GERD and negative evaluation by endoscopy (typical symptoms) or evaluation by ENT, pulmonary, and allergy specialists (extraesophageal symptoms), should undergo ambulatory reflux monitoring. (Strong recommendation, low level of evidence) |
| 5. Reflux monitoring *off* medication can be performed by any available modality (pH or impedance- pH). (Conditional recommendation, moderate level evidence). Testing *on* medication should be performed with impedance-pH monitoring in order to enable measurement of nonacid reflux. (Strong recommendation, moderate level of evidence). |
| 6. Refractory patients with objective evidence of ongoing reflux as the cause of symptoms should be considered for additional antireflux therapies, which may include surgery or TLESR inhibitors. (Conditional recommendation, low level of evidence). Patients with negative testing are unlikely to have GERD and PPI therapy should be discontinued. (Strong recommendation, low level of evidence) |

Refractory GERD, a patient-driven phenomenon, encompasses a heterogeneous group of GERD patients that may differ in symptom frequency and severity, PPI dosing regimen (once or twice daily), and response to therapy (from partial to absent) [166].

COMPLICATIONS ASSOCIATED WITH GERD

| Complications Associated with GERD |
|---|
| **S: incorporate into text** |
| 1. The Los Angeles (LA) classification system should be used when describing the endoscopic appearance of erosive esophagitis. (Strong recommendations, moderate level of evidence). Patients with LA Grade A esophagitis should |

41

CONFIDENTIAL

NETCE0006524

undergo further testing to confirm the presence of GERD. (Conditional recommendation, low level of evidence)

2. Repeat endoscopy should be performed in patients with severe erosive reflux disease after a course of antisecretory therapy to exclude underlying Barrett's esophagus. (Conditional recommendation, low level of evidence)

3. Continuous PPI therapy is recommended following peptic stricture dilation to improve dysphagia and reduce the need for repeated dilations. (Strong recommendation, moderate level of evidence)

4. Injection of intralesional corticosteroids can be used in refractory, complex strictures due to GERD. (Conditional recommendation, low level of evidence)

5. Treatment with a PPI is suggested following dilation in patients with lower esophageal (Schatzki) rings. (Conditional recommendation, low level of evidence)

6. Screening for Barrett's esophagus should be considered in patients with GERD who are at high risk based on epidemiologic profile. (Conditional recommendation, moderate level of evidence)

7. Symptoms in patients with Barrett's esophagus can be treated in a similar fashion to patients with GERD who do not have Barrett's esophagus. (Strong recommendation, moderate level of evidence)

8. Patients with Barrett's esophagus found at endoscopy should undergo periodic surveillance according to guidelines. (Strong recommendation, moderate level of evidence) ENT, ear, nose, and throat; GERD, gastroesophageal reflux disease; LA, Los Angeles; PPI, proton pump inhibitor.

As noted, several complications are associated with GERD, including erosive esophagitis, stricture, and Barrett's esophagus. The LA classification system is generally used to describe the esophageal erosions associated with GERD.

Erosive esophagitis is seen in a few patients with symptomatic GERD, and the majority of the patients present with LA grade A or B disease. The more severe LA grades of C and D are most commonly seen in the elderly and usually relapse in absence of a maintenance therapy [169]. A repeat endoscopy is recommended after a minimum 8-week course of PPI therapy in patients with severe erosive esophagitis [REF?].

Peptic strictures are not commonly seen because of widespread use of antisecretory medications. However, chronic ulcerative esophagitis may cause scarring and

42

 NETCE0006525

stricture formation, most commonly in the distal esophagus. Strictures tend to develop in patients who are white, who are elderly with a longer duration of untreated symptoms, or who experience impaired esophageal motility [170; 171]. In the majority of cases, true peptic strictures develop at the squamocolumnar junction; the presence of a stricture in a different location tends to indicate other etiologies. Treatment typically involves dilation (mechanical or balloon) and pharmacotherapy. PPIs exhibit better efficacy in the treatment of strictures compared with H2RAs **[REF?]**. They improve dysphagia, decrease the need for repetitive dilations, and prolong the interval between dilations when used in maintenance therapy [172; 173]. Intralesional corticosteroids may be administered in the treatment of peptic strictures refractory to dilation. Some clinical trials have observed that steroid injections are effective in conjunction with antisecretory therapy and dilation in tough strictures [174; 175]. Removable stents are usually not used in a patient with benign peptic stricture due to the risk of stent migration and various other complications.

**Barrett's Esophagus**
As noted, Barrett's esophagus is present in 5% to 15% of patients who have an endoscopy for symptoms of GERD, and it is the only complication of GERD with malignant potential [176].

S: expand treatment?

# PROGNOSIS

The prognosis of GERD is extremely good, with approximately 80% to 90% of patients recovering with optimum treatment **[REF?]**. However, in some cases, the recovery may be temporary or partial. In general, patients who receive early effective treatment have the best prognosis. Early detection and treatment prevent GERD from developing into a life-threatening or serious condition. More severe cases, such as erosive esophagitis, invariably relapse after the treatment is stopped. Only 25% of patients with NERD who initially achieve complete symptom resolution while on PPI therapy remain asymptomatic after 6 months without treatment **[REF?]**. Long-term (usually lifelong) maintenance therapy is

43

NETCE0006526

essential for patients with complicated GERD, such as Barrett's esophagus.

## PATIENT EDUCATION

Patients should be reassured about the benign nature of GERD. Proper education relieves anxiety associated with the fear of cancer and other possible complications. Patients should also be instructed to report any changes in the symptoms over time, immediately informing a healthcare provider if alarm symptoms (e.g., dysphagia, anorexia, weight loss, odynophagia, and hematemesis) develop. The importance of compliance with the treatment plan should be stressed and instructions regarding diet, exercise, or lifestyle changes given and reinforced at follow-up appointments.

Language and cultural barriers have the potential for far-reaching effect, given the growing percentages of racial/ethnic populations. As noted, patient understanding of the causes and available treatments is an essential component of caring for the geriatric patient with GERD, and it should be assured that all patients have a clear understanding of the concepts discussed. When there is an obvious disconnect in the communication process between the practitioner and patient due to the patient's lack of proficiency in the English language, an interpreter is required.

Clinicians should use plain language in their discussions with their patients who have low literacy or limited English proficiency. They should ask them to repeat pertinent information in their own words to confirm understanding, and reinforcement with the use of low-literacy or translated educational materials may be helpful.

## CONCLUSION

GERD is a very common disease that affects more than 60 million Americans [Ref?]. It has serious implications that affect quality of life and may potentially progress to

44

CONFIDENTIAL

esophageal cancer if left untreated. Healthcare providers (especially primary care providers) must recognize the early signs and symptoms of GERD and treat (and monitor) these patients accordingly. Furthermore, they should also recognize and identify those patients in which treatment fails and explore further options (such as anti-reflux surgery and lifestyle modifications). This course aims to provide primary care provider guidance regarding the identification and clinical management of GERD. Successful and aggressive treatment of early-onset GERD may dramatically decrease healthcare costs and help prevent serious irreversible complications such as Barrett's esophagus and esophageal cancer.

45

NETCE0006528

**Test Questions**

1. GERD develops due to _____

A. Anterograde flow of gastro-duodenal contents into the esophagus or beyond

B. Retrograde flow of gastro-duodenal contents into the esophagus or beyond

C. Both A and B

D. None of the above

2. Which of the following condition is not a part of three distinct phenotypic presentations of GERD?

A. NERD (Non-erosive reflux disease)

B. EE or erosive esophagitis

C. Gastritis

D. Barrett's esophagus

3. Which of the following subcategory of GERD doesn't show visible esophageal injury (absence of mucosal lesions or breaks)?

A. NERD (Non-erosive reflux disease)

B. EE or erosive esophagitis

C. Barrett's esophagus

D. None of the above

4. Which of the following subcategory of GERD is a precursor of carcinoma?

A. NERD (Non-erosive reflux disease)

B. EE or erosive esophagitis

C. Barrett's esophagus

D. Gastritis

5. Which of the following mechanisms plays a role in the natural anti-reflux mechanism?

A. Esophageal peristalsis

B. Lower esophageal sphincter

C. Increased thoraco-abdominal pressure gradient

46

NETCE0006529

D. All of the above

6. Which of the following is not a component of Gastroesophageal refluxate?

A. Hydrochloric acid

B. Pepsin

C. Sulphuric acid

D. Bile salts

7. Which of the following is a NOT a risk factor for GERD?

A. Alcohol consumption

B. Smoking

C. Physical exercise

D. None of the above

8. All of the following medications decrease lower esophageal sphincter pressure EXCEPT _____.

A. Nitrates

B. Anticholinergics

C. Sumatriptan

D. Morphine

9. Which of the following statement is false?

A. The prevalence of GERD decreases with age

B. Caucasian males are more susceptible to Barrett esophagus

C. People in the age group of 60-70 are most commonly affected by GERD

D. GERD affects approximately 10% to 20% of the western population

10. The two major symptoms of GERD are _____.

A. Heartburn and dysphagia

B. Heartburn and regurgitation

C. Dyspepsia and regurgitation

47

NETCE0006530

D. Chest pain and regurgitation

11. Which of the following statement is true regarding diagnosis of GERD?

A. Barium radiographs should not be performed to diagnose GERD

B. Upper endoscopy is required in the presence of typical GERD symptoms.

C. Routine biopsies from the distal esophagus are recommended to diagnose GERD.

D. Screening for Helicobacter pylori infection is recommended in GERD patients.

12. "MUSE" esophagitis classification system is based on _____.

A. Metaplasia, Ulceration, Stricturing and Esophagitis

B. Metaplasia, Stricturing and Erosions

C. Metaplasia, Ulceration, Stricturing and Erosions

D. None of the above

13. Which of the following esophageal manometry findings of GERD are abnormal?

A. Muscle spasms are present in the esophagus

B. Contractions along the esophagus are weak or uncoordinated

C. LES pressure is high and fails to relax after swallowing

D. All of the above

14. Score of less than 8 on GERDQ indicates

A. High probability for GERD

B. Low probability for GERD

C. No probability for GERD

D. GERD with high impact on daily life

15. Which of the following statement is false about GERD during pregnancy?

A. Onset of GERD is highest in first trimester

B. Ambulatory pH monitoring is commonly performed during pregnancy.

C. There is no association between onset of heartburn and patients, pre-pregnancy BMI, race and weight gain in pregnancy.

48

NETCE0006531

D. The prevalence of heartburn is inversely proportional to maternal age.

16. The differential diagnosis of GERD includes _____.

A. Achalasia

B. Gastric ulcer

C. Hiatal hernia

D. All of the above

17. Lifestyle changes that may prevent GERD and its symptoms include _____.

A. Elevation of the head of bed at least six inches

B. Certain foods such as coffee, chocolate, etc that cause relaxation of LES should be better avoided

C. Sleeping or lying down should be avoided right after a meal

D. All of the above

18. Which of the following drugs are not used for the treatment of GERD?

A. Histamine-receptor antagonists (H 2 RA)

B. NSAIDs

C. Antacids

D. Proton pump inhibitors (PPI)

19. _____ are the most potent inhibitors of acid secretion.

A. Histamine-receptor antagonists (H 2 RA)

B. NSAIDs

C. Antacids

D. Proton pump inhibitors (PPI)

20. Which of the following statement is false about prokinetic agents?

A. These medications may reduce acid secretion in the stomach up to 70%.

B. These agents are highly effective in healing high-grade esophagitis.

C. Symptom relief is short-term (4-8 hours) and slow in onset.

49

NETCE0006532

D. Long-term administration of prokinetics should be avoided.

21. Which of the following statements is true about surgical options for GERD?

A. Surgical therapy is a treatment option for long-term therapy in GERD patients.

B. Surgical therapy is generally not recommended in patients who do not respond to PPI therapy.

C. Preoperative ambulatory pH monitoring is mandatory in patients without evidence of erosive esophagitis.

D. All of the above.

22. Which of the following statement is false about PPI therapy?

A. PPI therapy can be a risk factor for *Clostridium difficile* infection, and should be used with care in patients at risk.

B. Patients with known osteoporosis can remain on PPI therapy

C. PPI therapy should be not used concomitantly with clopidogrel

D. None of the above

23. Extraesophageal presentations of GERD include _____.

A. Asthma

B. Chronic Cough

C. Laryngitis

D. All of the above

24. Which of the following statement is correct about GERD refractory to treatment with PPIs?

A. Optimization of PPI therapy is recommended.

B. Upper endoscopy should be performed in refractory patients with typical or dyspeptic symptoms.

C. Reflux monitoring *off* medication can be performed by any available modality (pH or impedance- pH)

D. All of the above.

50

CONFIDENTIAL

NETCE0006533

25. Which of the following statement is FALSE about treatment of complications associated with GERD?

A. Continuous PPI therapy is not preferred following peptic stricture dilation

B. Injection of intralesional corticosteroids can be used in refractory, complex strictures due to GERD

C. Patients with Barrett's esophagus found at endoscopy should undergo periodic surveillance according to guidelines

D. Symptoms in patients with Barrett's esophagus can be treated in a similar fashion to patients with GERD who do not have Barrett's esophagus.


26. Which of the following is the most common form of GERD?

A. NERD (Non-erosive reflux disease)

B. EE or erosive esophagitis

C. Gastritis

D. Barrett's esophagus


27. Alcohol may cause GERD by _____

A. esophageal mucosa injury

B. reducing LES pressure

C. reducing esophageal motility

D. All of the above


28. According to Savary-Miller Classification of endoscopic GERD, Grade 1 indicates

A. One or more supravestibular reddish spots, with or without exudates.

B. Erosive and exudative lesions in the distal esophagus that may be confluent but not circumferential.

C. Circumferential erosions in the distal esophagus covered by hemorrhagic and pseudomembranous exudates.

D. Presence of chronic complications such as deep ulcers, stenosis, or scarring with Barrett's metaplasia.


29. According to Los Angeles Classification of endoscopic GERD, Grade B indicates _____.

51

NETCE0006534

A. One or more mucosal breaks ≤ 5 mm in length

B. At least one mucosal break > 5 mm long, but not continuous between the tops of adjacent mucosal folds

C. No mucosal breaks

D. Mucosal breaks that involve at least three-quarters of the luminal circumference

30. Which of the following test is considered to be the current gold standard for diagnosis of GERD?

A. X-rays

B. Ambulatory esophageal pH monitoring

C. Esophageal manometry

D. Biopsy

31. Compared with conventional catheter based telemetry, the advantages of telemetry capsule pH monitoring include _____.

A. Monitoring for longer durations (48-94 hours)

B. Better tolerated

C. Allows better correlation of GERD symptoms with acid reflux

D. All of the above

32. A strongly positive SI or SAP may indicate _____.

A. the need for a therapeutic intervention

B. patient's symptoms are not caused by acid reflux

C. patient's symptoms are caused by other factors

D. None of the above

33. Which of the following are risk factors for GERD?

A. Obesity

B. Pregnancy

C. Hiatal hernia

D. All of the above

52

NETCE0006535

34. Which of the following best explains the heartburn experienced by GERD patients?

A. Abdominal pain

B. Burning pain in the left side of the chest

C. Retrosternal burning pain

D. Burning pain in the right side of the chest

35. Which of the following is true about barium esophagram?

A. Detects Barrett's esophagus reliably

B. Detects severe esophagitis and strictures reliably

C. is sensitive or specific for milder or NERD

D. All of the above

36. During pregnancy, GERD is usually diagnosed on the basis of _____.

A. Symptoms

B. Ambulatory pH monitoring

C. Endoscopy

D. All of the above

37. Which of the following is protective against acidity and GERD?

A. Larger, less frequent meals

B. Larger, more frequent meals

C. Smaller, more frequent meals

D. Smaller, less frequent meals

38. People with history of GERD for more than _____ years should be screened for Barrett's esophagus

A. 1

B. 5

C. 20

D. 2

CONFIDENTIAL

39. The principles of treatment include _____.

A. lifestyle interventions

B. suppression of gastric acid secretion

C. Both A and B

D. None of the above

40. What is the first-line of treatment for a pregnant woman who experiences GERD?

A. Lifestyle modification

B. PPI

C. Antireflux surgery

D. None of the above

41. Which of the following is not a histamine-receptor antagonist?

A. Ranitidine

B. Cimetidine

C. Cetrizine

D. Famotidine

42. Which of the following statement is FALSE about antacids?

A. They should be taken after each meal

B. They should be taken at bed time

C. They are effective in healing of erosive esophagitis

D. They are effective in symptom relief

43. Which of the following statement is FALSE about Histamine 2 receptor antagonists?

A. They cause acid suppression

B. Long-term H2RA therapy is recommended for GERD

C. They are not effective in healing of erosive esophagitis

D. They are effective in the treatment of milder forms of GERD

54

NETCE0006537

44. Which of the following statement is correct about prokinetic agent metoclopramide?

A. They increase LESP (lower esophageal sphincter pressure)

B. They enhance esophageal peristalsis

C. They augment gastric emptying.

D. All of the above

45. Which of the following PPIs cannot be bought over the counter?

A. omeprazole

B. omeprazole-sodium bicarbonate

C. dexlansoprazole

D. lansoprazole

46. Which of the following GERD patients require maintenance PPI therapy?

A. Those who continue to have symptoms after discontinuation of the medication.

B. Those with complications such as erosive esophagitis and Barrett's esophagus.

C. Both A and B

D. None of the above

47. Some of the common side effects of prokinetics include _____.

A. Fatigue

B. Tremor

C. Tardive dyskinesia

D. All of the above

48. Which of the following drugs is a GABA(b) agonist?

A. Cimetidine

B. Baclofen

C. Metoclopramide

D. Omeprazole

55

NETCE0006538

49. Some of the common side effects of PPIs include

A. Headache

B. Diarrhea

C. Dyspepsia

D. All of the above

50. The prognosis of GERD is generally _____.

A. Extremely good

B. Bad

C. Uncertain

D. None of the above

56

CONFIDENTIAL

**Answer Key**

1. A, 1, Introduction, 1, 2
2. C, 1, Introduction, 2, 5
3. A, 1, Introduction, Etiology, 2, 5
4. C, 1, Introduction, Etiology, 2, 5
5. D, 3,4, Pathophysiology, Physiological , 2
6. C, 4, Pathophysiology, Physiological, 2
7. C, 5, Pathophysiology, Lifestyle, Alcohol, 2
8. C, 6, Pathophysiology, Physiological , LES, 2
9. A, 6, Epidemiology, 1
10. B, 7, Signs/ Symptoms, 3, 5
11. A, 9, Diagnosis, Tests, Criteria, 6
12. C, 11, Diagnosis, Tests, Criteria, 6
13. D, 13, Diagnosis, Tests, Criteria, 6
14. B, 15, Diagnosis, Tests, Criteria, 6
15. B, 22, Epidemiology, Diagnosis, 1, 6
16. D, 23, Diagnosis, 6
17. D, 23, Individual Treatment Plans, Lifestyle Modifications, 7,8
18. B, 26, Treatment, Options, 9
19. D, 27, Treatment, Options, 9
20. B, 29, Treatment, Options, 9
21. D, 32, Treatment, Options, 11
22. C, 35, Treatment, Options, 9, 10
23. D, 35, Signs/Symptoms, Atypical manifestations, 5
24. D, 38, Treatment, Options, 9, 10, 11
25. A, 39, Treatment, Options, 9, 10, 11
26. A, 1, Introduction, 2
27. D, 5, Pathophysiology, Lifestyle, Alcohol, 2
28. A, 11, Diagnosis, Tests, Disease Monitoring, Endoscopy, 2, 6
29. B, 11, Diagnosis, Tests, Disease Monitoring, Endoscopy, 2, 6
30. B, 12, Diagnosis, Tests, Disease Monitoring, Endoscopy, 2,
31. D, 17, Diagnosis, Tests, Disease Monitoring, pH monitoring, 2, 6
32. A, 18, Diagnosis, 6
33. D, 18, Etiology, Pathophysiology, 2
34. C, 19, Signs/Symptoms, 3, 5
35. B, 21, Diagnosis, Tests, Disease Monitoring, pH monitoring, 2, 6
36. A, 22, Diagnosis, Tests, 2
37. C, 23, Lifestyle Modifications, 8
38. B, 24, Diagnosis, Tests, Disease Monitoring, pH monitoring, 2, 6
39. C, 25, Treatment, Options, 9, 11
40. A, 25, Treatment, Options, 9, 11

57

NETCE0006540

41. C, 26, Treatment, Options, 9
42. C, 27, Treatment, Options, 9
43. B, 27, Treatment, Options, 9
44. D, 27, Treatment, Options, 7, 9
45. C, 28, Treatment, Options, 7, 9
46. C, 28, Treatment, Options, Effectiveness, 7, 9, 11
47. D, 29, Treatment, Options, Effectiveness, 7, 9, 11
48. B, 29, Treatment, Options, Effectiveness, 7, 9, 11
49. D, 40, Treatment, Side Effects, Effectiveness, 7, 9, 11
50. A, 41, Disease Monitoring, 10

CONFIDENTIAL

NETCE0006541

**References**:

1. Vakil N, van Zanten SV, Kahrilas P, Dent J, Jones R. The Montreal definition and classification of gastroesophageal reflux disease: a global evidence-based consensus. *Am J Gastroenterol*. 2006;101(8):1900-1920.

2. Moraes-Filho J, Cecconello I, Gama-Rodrigues J, Castro L, Henry MA, Meneghelli UG, Quigley E. Brazilian consensus on gastroesophageal reflux disease: proposals for assessment, classification, and management. *Am J Gastroenterol*. 2002;97(2):241-248.

3. Spechler SJ. Epidemiology and natural history of gastroesophageal reflux disease. *Digestion*. 1992;51(suppl 1):24-29.

4. Pace F, Porro GB. Gastroesophageal reflux disease: a typical spectrum disease (a new conceptual framework is not needed). *AM J Gastroenterol*. 2004;99(5):946-949.

5. Labenz J, Nocon M, Lind T, et al. Prospective follow-up data from the ProGERD study suggest that GERD is not a categorial disease. *AM J Gastroenterol.* 2006;101(11):2457-2462.

6. Fass R, Ofman JJ. Gastroesophageal reflux disease—should we adopt a conceptual framework? *AM J Gastroenterol*. 2002;97(8):1901-1919.

7. Fass R. Distinct phenotypic presentations of gastroesophageal reflux disease: a new view of the natural history. *Dig Dis*. 2004;22(2):100-107.

8. Sontag SJ, Sonnenberg A, Schnell TG, Leya J, Metz A. The long-term natural history of gastroesophageal reflux disease. *J Clin Gastroenterol*. 2006;40(5):398-404.

9. Navarro-Rodriquez T, Fass R. Functional heartburn, nonerosive reflux disease, and reflux esophagitis are all distinct conditions—a debate; pro. *Curr Treat Options Gastroenterol*. 2007;10(4):294-304.

10. Ang D, Blondeau K, Sifrim D, Tack J. The spectrum of motor function abnormalities in gastroesophageal reflux disease and Barrett's esophagus. *Digestion*. 2009;79(3):158-168.

11. Cameron AJ, Ott BJ, Payne WS. The incidence of adenocarcinoma in columnar-lined (Barrett's) esophagus. *N Engl J Med*. 1985;313(14):857-859.

12. Diener U, Patti MG, Molena D, Fisichella PM, Way LW. Esophageal dysmotility and gastroesophageal reflux disease. *J Gastrointest Surg*. 2001;5(3):260-265.

13. Patti MG, Gasper WJ, Fisichella PM, Nipomnick I, Palazzo F. Gastroesophageal reflux disease and connective tissue disorders: pathophysiology and implications for treatment. *J Gastrointest Surg*. 2008;12(11):1900-1906.

14. Patti MG, Perretta S. Gastro-oesophageal reflux disease: a decade of changes. *Asian J Surg*. 2003;26(1):4-6.

59

15. Meneghetti AT, Tedesco P, Damani T, Patti MG. Esophageal mucosal damage may promote dysmotility and worsen esophageal acid exposure. *J Gastrointest Surg*. 2005;9(9):1313-1317.

16. Xu JY, Xie XP, Song GQ, Hou XH. Healing of severe reflux esophagitis with PPI does not improve esophageal dysmotility. *Dis Esophagus*. 2007;20(4):346-352.

17. McDougall NI, Mooney RB, Ferguson WR, Collins JS, McFarland RJ, Love AH. The effect of healing oesophagitis on oesophageal motor function as determined by oesophageal scintigraphy and ambulatory oesophageal motility/pH monitoring. *Aliment Pharmacol Ther*. 1998;12(9):899-907.

18. Herbella FA, Tedesco P, Nipomnick I, Fisichella PM, Patti MG. Effect of partial and total laparoscopic fundoplication on esophageal body motility. *Surg Endosc*. 2007;21(2):285-288.

19. Kahrilas PJ. Anatomy and physiology of the gastroesophageal junction. *Gastroenterol Clin North Am*. 1997;26(3):467-486.

20. Patti MG, Gantert W, Way LW. Surgery of the esophagus: anatomy and physiology. *Surg Clin North Am*. 1997;77(5):959-970.

21. Dietrich CF, Braden B. Sonographic assessments of gastrointestinal and biliary functions. *Best Pract Res Clin Gastroenterol*. 2009;23(3):353-367.

22. Mariani G, Boni G, Barreca M, et al. Radionuclide gastroesophageal motor studies. *J Nucl Med*. 2004;45(6):1004-1028.

23. Murray L, Johnston B, Lane A, et al. Relationship between body mass and gastro-oesophageal reflux symptoms: the Bristol Helicobacter Project. *Int J Epidemiol*. 2003;32(4):645-650.

24. Fisichella PM, Patti MG. Gastroesophageal reflux disease and morbid obesity: is there a relation? *World J Surg*. 2009;33(10):2034-2038.

25. El-Serag HB, Graham DY, Satia JA, Rabeneck L. Obesity is an independent risk factor for GERD symptoms and erosive esophagitis. *Am J Gastroenterol*. 2005;100(6):1243-1250.

26. Quiroga E, Cuenca-Abente F, Flum D, Dellinger EP, Oelschlager BK. Impaired esophageal function in morbidly obese patients with gastroesophageal reflux disease: evaluation with multichannel intraluminal impedance. *Surg Endosc*. 2006;20(5):739-743.

27. Merrouche M, Sabaté JM, Jouet P, et al. Gastroesophageal reflux and esophageal motility disorders in morbidly obese patients before and after bariatric surgery. *Obes Surg*. 2007;17(7):894-900.

28. Herbella FA, Sweet MP, Tedesco P, Nipomnick I, Patti MG. Gastroesophageal reflux disease and obesity: pathophysiology and implications for treatment. *J Gastrointest Surg*. 2007;11(3):286-290.

60

NETCE0006543

29. Pandolfino JE, El-Serag HB, Zhang Q, Shah N, Ghosh SK, Kahrilas PJ. Obesity: a challenge to esophagogastric junction integrity. *Gastroenterology*. 2006;130(3):639-649.

30. Sweet MP, Herbella FA, Leard L, et al. The prevalence of distal and proximal gastroesophageal reflux in patients awaiting lung transplantation. *Ann Surg*. 2006;244(4):491-497.

31. Tack J, Koek G, Demedts I, Sifrim D, Janssens J. Gastroesophageal reflux disease poorly responsive to single-dose proton pump inhibitors in patients without Barrett's esophagus: acid reflux, bile reflux, or both? *Am J Gastroenterol*. 2004;99(6):981-988.

32. Agrawal A, Roberts J, Sharma N, Tutuian R, Vela M, Castell DO. Symptoms with acid and nonacid reflux may be produced by different mechanisms. *Dis Esophagus*. 2009;22(5):467-470.

33. Peters JH, Avisar N. The molecular pathogenesis of Barrett's esophagus: common signaling pathways in embryogenesis metaplasia and neoplasia. *J Gastrointest Surg*. 2010;14(Suppl 1):S81-S87.

34. Theisen J, Peters JH, Fein M, et al. The mutagenic potential of duodenoesophageal reflux. *Ann Surg*. 2005;241(1):63-68.

35. Gordon C, Kang JY, Neild PJ, Maxwell JD. The role of the hiatus hernia in gastro-oesophageal reflux disease. *Aliment Pharmacol Ther*. 2004;20(7):719-732.

36. Patti MG, Goldberg HI, Arcerito M, Bortolasi L, Tong J, Way LW. Hiatal hernia size affects lower esophageal sphincter function, esophageal acid exposure, and the degree of mucosal injury. *Am J Surg*. 1996;171(1):182-186.

37. Metz DC, Kroser JA. *Helicobacter pylori* and gastroesophageal reflux disease. *Gastroenterol Clin North Am*. 1999;28(4):971-985.

38. Souza RC, Lima JH. *Helicobacter pylori* and gastroesophageal reflux disease: a review of this intriguing relationship. *Dis Esophagus*. 2009;22(3):256-263.

39. Kamangar F, Chow WH, Abnet CC, Dawsey SM. Environmental causes of esophageal cancer. *Gastroenterol Clin North Am*. 2009;38(1):27-57.

40. El-Serag HB, Satia JA, Rabeneck L. Dietary intake and the risk of gastro-oesophageal reflux disease: a cross sectional study in volunteers. *Gut*. 2005;54(1):11-17.

41. DiBaise JK. A randomized, double-blind comparison of two different coffee-roasting processes on development of heartburn and dyspepsia in coffee-sensitive individuals. *Dig Dis Sci*. 2003;48(4):652-656.

42. Fass R, Quan SF, O'Connor GT, Ervin A, Iber C. Predictors of heartburn during sleep in a large prospective cohort study. *Chest*. 2005;127(5):1658-1666.

CONFIDENTIAL

NETCE0006544

43. Akiyama T, Inamori M, Iida H, et al. Alcohol consumption is associated with an increased risk of erosive esophagitis and Barrett's epithelium in Japanese men. *BMC Gastroenterol*. 2008;8:58.

44. Gunasekaran TS, Dahlberg M, Ramesh P, Namachivayam G. Prevalence and associated features of gastroesophageal reflux symptoms in a Caucasian-predominant adolescent school population. *Dig Dis Sci*. 2008;53(9):2373-2379.

45. Mayer EM, Grabowski CJ, Fisher RS. Effects of graded doses of alcohol upon esophageal motor function. *Gastroenterology*. 1978;75(6):1133-1136.

46. Keshavarzian A, Polepalle C, Iber FL, Durkin M. Esophageal motor disorder in alcoholics: result of alcoholism or withdrawal? *Alcohol Clin Exp Res.* 1990;14(4):561-567.

47. Pehl C, Frommherz M, Wendl B, Pfeiffer A. Gastroesophageal reflux induced by white wine: the role of acid clearance and "rereflux." *Am J Gastroenterol*. 2002;97(3):561-567.

48. Eslick GD, Talley NJ. Gastroesophageal reflux disease (GERD): risk factors and impact on quality of life—a population-based study. *J Clin Gastroenterol*. 2009;43(2):111-117.

49. Nilsson M, Johnsen R, Ye W, Hveem K, Lagergren J. Lifestyle related risk factors in the aetiology of gastro-oesophageal reflux. *Gut*. 2004;53(12):1730-1735.

50. Kahrilas PJ, Gupta RR. Mechanisms of acid reflux associated with cigarette smoking. *Gut*. 1990;31(1):4-10.

51. Kahrilas PJ, Gupta RR. The effect of cigarette smoking on salivation and esophageal acid clearance. *J Lab Clin Med*. 1989;114(4):431-438.

52. Pandolfino JE, Bianchi LK, Lee TJ, Hirano I, Kahrilas PJ. Esophagogastric junction morphology predicts susceptibility to exercise-induced reflux. *Am J Gastroenterol*. 2004;99(8):1430-1436.

53. Lagergren J, Bergstrom R, Adami HO, Nyren O. Association between medications that relax the lower esophageal sphincter and risk for esophageal adenocarcinoma. *Ann Intern Med*. 2000;133(3):165-175.

54. Corley DA, Levin TR, Habel LA, Buffler PA. Barrett's esophagus and medications that relax the lower esophageal sphincter. *Am J Gastroenterol*. 2006;101(5):937-944.

55. Vaughan TL, Farrow DC, Hansten PD, et al. Risk of esophageal and gastric adenocarcinomas in relation to use of calcium channel blockers, asthma drugs, and other medications that promote gastroesophageal reflux. *Cancer Epidemiol Biomarkers Prev*. 1998;7(9):749-756.

56. Hershcovici T, Fass R. Pharmacological management of GERD: where does it stand now? *Trends in Pharmacol Sci*. 2011;32(4):258-264.

62

CONFIDENTIAL

57. Fedorak RN, Veldhuyzen van Zanten S, Bridges R. Canadian Digestive Health Foundation Public Impact Series. Gastroesophageal reflux disease in Canada: incidence, prevalence, and direct and indirect economic impact. *Can J Gastroenterol*. 2010;24(7):431-434.

58. Zajac P, Holbrook A, Super ME, Vogt M. An overview: current clinical guidelines for the evaluation, diagnosis, treatment, and management of dyspepsia. *Osteopathic Family Physician*. 2013;5(2):79-85.

59. Kahrilas PJ. Gastroesophageal reflux disease. *N Engl J Med*. 2008;359(16):1700-1707.

60. Camilleri M, Dubois D, Coulie B, et al. Prevalence and socioeconomic impact of upper gastrointestinal disorders in the United States: results of the US Upper Gastrointestinal Study. *Clin Gastroenterol Hepatol*. 2005;3(6):543-552.

61. Atkins D, Briss PA, Eccles M, et al. Systems for grading the quality of evidence and the strength of recommendations II: pilot study of a new system. *BMC Health Serv Res*. 2005;5(1):25-36.

62. Same as 1

63. Vakil NB, Traxler B, Levine D. Dysphagia in patients with erosive esophagitis: prevalence, severity, and response to proton pump inhibitor treatment. *Clin Gastroenterol Hepatol*. 2004;2(8):665-668.

64. Gerson LB, Kahrilas PJ, Fass R. Insights into gastroesophageal reflux disease-associated dyspeptic symptoms. *Clin Gastroenterol Hepatol*. 2011;9(10):824-833.

65. Gerson LB, Fass R. A systematic review of the definitions, prevalence, and response to treatment of nocturnal gastroesophageal reflux disease. *Clin Gastroenterol Hepatol*. 2009;7(4):372-378.

66. Jones R, Junghard O, Dent J, et al. Development of the GerdQ, a tool for the diagnosis and management of gastrooesophageal reflux disease in primary care. *Aliment Pharmacol Ther*.2009;30(10):1034.

67. Empty

68. Empty

69. Moayyedi P, Talley NJ, Fennerty MB, et al. Can the clinical history distinguish between organic and functional dyspepsia? *JAMA*. 2006;295(13):1566-1576.

70. Katz PO, Gerson LB, Vela MF. Guidelines for the diagnosis and management of gastroesophageal reflux disease. *Am J Gastroenterol*. 2013;108(3):308-328.

71. Johnston BT, Troshinsky MB, Castell JA, Castell DO. Comparison of barium radiology with esophageal pH monitoring in the diagnosis of gastroesophageal reflux disease. *Am J Gastroenterol*. 1996;91(6):1181-1185.

63

CONFIDENTIAL

NETCE0006546

72. Richter JE, Castell DO. Gastroesophageal reflux: pathogenesis, diagnosis, and therapy. *Ann Intern Med*. 1982;97(1):93-103.

73. Lundell LR, Dent J, Bennett JR, et al. Endoscopic assessment of oesophagitis: clinical and functional correlates and further validation of the Los Angeles classification. *Gut*. 1999;45(2):172-180.

74. Johnsson F, Joelsson B, Gudmundsson K, Greiff L. Symptoms and endoscopic findings in the diagnosis of gastroesophageal reflux disease. *Scand J Gastroenterol*. 1987;22(6):714-718.

75. Becher A, Dent J. Systematic review: ageing and gastro-oesophageal reflux disease symptoms, oesophageal function and reflux oesophagitis. *Aliment Pharmacol Ther*. 2011;33(4):442-454.

76. Gerson LB, Boparai V, Ullah N, Triadafilopoulos G. Oesophageal and gastric pH profiles in patients with gastro-oesophageal reflux disease and Barrett's oesophagus treated with proton pump inhibitors. *Aliment Pharmacol Ther*. 2004;20(6):637-643.

77. Frazzoni M, Savarino E, Manno M, et al. Reflux patterns in patients with short-segment Barrett's oesophagus: a study using impedance-pH monitoring off and on proton pump inhibitor therapy. *Aliment Pharmacol Ther*. 2009;30(5):508-515.

78. Appelmelk BJ, Simoons-Smit I, Negrini R, et al. Potential role of molecular mimicry between *Helicobacter pylori* lipopolysaccharide and host Lewis blood group antigens in autoimmunity. *Infect Immun*. 1996;64(6):2031-2040.

79. Knuff TE, Benjamin SB, Worsham GF, Hancock JE, Castell DO. Histologic evaluation of chronic gastroesophageal reflux: an evaluation of biopsy methods and diagnostic criteria. *Dig Dis Sci*. 1984;29(3):194-201.

80. Schindlbeck NE, Wiebecke B, Klauser AG, Voderholzer WA, Müller-Lissner SA. Diagnostic value of histology in non-erosive gastro-oesophageal reflux disease. *Gut*. 1996;39(2):151-154.

81. Takubo K, Honma N, Aryal G, et al. Is there a set of histologic changes that are invariably reflux associated? *Arch Pathol Lab Med*. 2005;129(2):159-163.

82. Hirano I, Richter JE. ACG practice guidelines: esophageal reflux testing. *Am J Gastroenterol*. 2007;102(3):668-685.

83. Wiener GJ, Richter JE, Copper JB, Wu WC, Castell DO. The symptom index: a clinically important parameter of ambulatory 24-hour esophageal pH monitoring. *Am J Gastroenterol*. 1988;83(4):358-361.

84. Yaghoobi M, Farrokhyar F, Yuan Y, Hunt RH. Is there an increased risk of GERD after *Helicobacter pylori* eradication? A meta-analysis. *Am J Gastroenterol*. 2010;105(5):1007-1013.

CONFIDENTIAL

NETCE0006547

85. Kuipers EJ, Lundell L, Klinkenberg-Knol EC, et al. Atrophic gastritis and *Helicobacter pylori* infection in patients with reflux esophagitis treated with omeprazole or fundoplication. *N Engl J Med*. 1996;334(16):1018-1022.

86. Malfertheiner P, Megraud F, O'Morain C, et al. Current concepts in the management of *Helicobacter pylori* infection: the Maastricht III Consensus Report. *Gut*. 2007;56(6):772-781.

87. Olans LB, Wolf JL. Gastroesophageal reflux in pregnancy. *Gastrointest Endosc Clin N Am*. 1994;4(4):699-712.

88. Richter JE. Review article: the management of heartburn in pregnancy. *Aliment Pharmacol Ther*. 2005;22(9):749-757.

89. Empty

90. Harvey RF, Hadley N, Gill TR, et al. Effects of sleeping with the bed-head raised and of ranitidine in patients with severe peptic oesophagitis. *Lancet*. 1987;2(8569):1200-1203.

91. Kaltenbach T, Crockett S, Gerson LB. Are lifestyle measures effective in patients with gastroesophageal reflux disease? An evidence-based approach. *Arch Intern Med*. 2006;166(9):965-971.

92. Johnson T, Gerson L, Hershcovici T, Stave C, Fass R. Systematic review: the effects of carbonated beverages on gastro-oesophageal reflux disease. *Aliment Pharmacol Ther*. 2010;31(6):607-614.

93. Jacobson BC, Somers SC, Fuchs CS, Kelly CP, Camargo CA Jr. Body-mass index and symptoms of gastroesophageal reflux in women. *N Engl J Med*. 2006;354(22):2340-2348.

94. Fraser-Moodie CA, Norton B, Gornall C, Magnago S, Weale AR, Holmes GK. Weight loss has an independent beneficial effect on symptoms of gastro-oesophageal reflux in patients who are overweight. *Scand J Gastroenterol*. 1999;34(4):337-340.

95. Mathus-Vliegen LM, Tytgat GN. Twenty-four-hour pH measurements in morbid obesity: effects of massive overweight, weight loss and gastric distension. *Eur J Gastroenterol Hepatol*. 1996;8(7):635-640.

96. Gagne DJ, Dovec E, Urbandt JE. Laparoscopic revision of vertical banded gastroplasty to Roux-en-Y gastric bypass: outcomes of 105 patients. *Surg Obes Relat Dis*. 2011;7(4):493-499.

97. Stanciu C, Bennett JR. Effects of posture on gastro-oesophageal reflux. *Digestion*. 1977;15(2):104-109.

98. Hamilton JW, Boisen RJ, Yamamoto DT, Wagner JL, Reichelderfer M. Sleeping on a wedge diminishes exposure of the esophagus to refluxed acid. *Dig Dis Sci*. 1988;33(5):518-522.

CONFIDENTIAL

NETCE0006548

99. Pollmann H, Zillessen E, Pohl J, et al. Effect of elevated head position in bed in therapy of gastroesophageal reflux. *Z Gastroenterol.* 1996;34(Suppl 2):93-99.

100. Labenz J, Malfertheiner P. Treatment of uncomplicated reflux disease. *World J Gastroenterol.* 2005;11(28):4291-4299.

101. Robinson M, Sahba B, Avner D, Jhala N, Greski-Rose PA, Jennings DE. A comparison of lansoprazole and ranitidine in the treatment of erosive oesophagitis. Multicentre Investigational Group. *Aliment Pharmacol Ther.* 1995;9(1):25-31.

102. Vantrappen G, Rutgeerts L, Schurmans P, Coenegrachts JL. Omeprazole (40 mg) is superior to ranitidine in short-term treatment of ulcerative reflux esophagitis. *Dig Dis Sci.* 1988;33(5):523-529.

103. van Pinxteren B, Sigterman KE, Bonis P, Lau J. Short-term treatment with proton pump inhibitors, H2-receptor antagonists and prokinetics for gastro-oesophageal reflux disease-like symptoms and endoscopy negative reflux disease. *Cochrane Database Syst Rev.* 2000;(2):CD002095.

104. Graham DY, Patterson DJ. Double-blind comparison of liquid antacid and placebo in the treatment of symptomatic reflux esophagitis. *Dig Dis Sci.* 1983;28(6):559-563.

105. Lieberman DA. Medical therapy for chronic reflux esophagitis: long-term follow-up. *Arch Intern Med.* 1987;147(10):1717-1720.

106. Poynbard T. Relapse rate of patients after healing of oesophagitis—a prospective study of alginate as self-care treatment for 6 months. *Aliment Pharmacol and Ther.* 1993;7(4):385-392.

107. Pettit M. Treatment of gastroesophageal reflux disease. *Pharm World Sci.* 2005;27(6):432-435.

108. De Vault KR, Castell DO. Updated guidelines for the diagnosis and treatment of gastroesophageal reflux disease. *Am J Gastroenterol.* 1999;94(6):1434-1442.

109. Colin-Jones DG. The role and limitation of H2-receptor antagonists in the treatment of gastroesophgeal reflux disease. *Aliment Pharmacol Ther.* 1995;9(Suppl 1):9-14.

110. Tutuian R, Castell DO. Management of gastroesophageal reflux disease. *Am J Med Sci.* 2003;326(5):309-318.

111. Khan M, Santana J, Donnellan C, Preston C, Moayyedi P. Medical treatments in the short-term management of reflux oesophagitis. *Cochrane Database Syst Rev.* 2007;(2):CD003244.

112. Fackler WK, Ours TM, Vaezi MF, Richter JE. Long-term effect of H2RA therapy on nocturnal gastric acid breakthrough. *Gastroenterology.* 2002;122(3):625-632.

CONFIDENTIAL

NETCE0006549

113.    Champion MC. Prokinetic therapy in gastroesophageal reflux disease. *Can J Gastroenterol*. 1997;11(Suppl B):55B-65B.

114.    Lee RD, Mulford D, Wu J, Atkinson SN. The effect of time-of-day dosing on the pharmacokinetics and pharmacodynamics of dexlansoprazole MR: evidence for dosing flexibility with a Dual Delayed Release proton pump inhibitor. *Aliment Pharmacol Ther*. 2010;31(9):1001-1011.

115.    Vesper BJ, Altman KW, Elseth KM, et al. Gastroesophageal reflux disease (GERD): is there more to the story? *ChemMedChem.* 2008;3(4):552-559.

116.    Klinkenberg-Knol EC, Nelis F, Dent J, et al. Long-term omeprazole treatment in resistant gastroesophageal reflux disease: efficacy, safety, and influence on gastric mucosa. *Gastroenterology*. 2000;118(4):661-669.

117.    Same as 111

118.    Fass R. Proton-pump inhibitor therapy in patients with gastro-oesophageal reflux disease: putative mechanisms of failure. *Drugs*. 2007;67(11):1521-1530.

119.    Jones R, Armstrong D, Malfertheiner P, Ducrotté P. Does the treatment of gastroesophageal reflux disease (GERD) meet patients' needs? A survey-based study. *Curr Med Res Opin*. 2006;22(4):657-662.

120.    Fass R, Sifrim D. Management of heartburn not responding to proton pump inhibitors. *Gut*. 2009;58(2):295-309.

121.    Richter JE. The patient with refractory gastroesophageal reflux disease. *Diseases of the Esophagus*. 2006;19(6):443-447.

122.    Pohle T, Domschke W. Results of short- and long-term medical treatment of gastroesophageal reflux disease (GERD). *Langenbecks Arch Surg.* 2000;385(5):317-323.

123.    Gralnek IM, Dulai GS, Fennerty MB, Spiegel BM. Esomeprazole versus other roton pump inhibitors in erosive esophagitis: a meta-analysis of randomized clinical trials. *Clin Gastroenterol Hepatol*. 2006;4(12):1452-1458.

124.    Gerson LB, Mitra S, Bleker WF, Yeung P. Control of intra-oesophageal pH in patients with Barrett's oesophagus on omeprazole-sodium bicarbonate therapy. *Aliment Pharmacol Ther*. 2012;35(7):803-809.

125.    Metz DC, Vakily M, Dixit T, Mulford D. Review article: dual delayed release formulation of dexlansoprazole MR, a novel approach to overcome the imitations of conventional single release proton pump inhibitor therapy. *Aliment Pharmacol Ther*. 2009;29(9):928-937.

126.    Dickman R, Boaz M, Aizic S Beniashvili Z, Fass R, Niv Y. Comparison of clinical characteristics of patients with gastroesophageal reflux disease who failed proton pump inhibitor therapy versus those who fully responded. *J Neurogastroenterol Motil*. 2011;17(4):387-394.

CONFIDENTIAL

NETCE0006550

127.   Hatlebakk JG, Berstad A. Pharmacokinetic optimisation in the treatment of gastro-oesophageal reflux disease. *Clin Pharmacokinet*. 1996;31(5):386–406.

128.   Schindlbeck NE, Klauser AG, Berghammer G, Londong W, Müller-Lissner SA. Three year follow up of patients with gastrooesophageal reflux disease. *Gut*. 1992;33(8):1016–1019.

129.   Vigneri S, Termini R, Leandro G, et al. A comparison of five maintenance therapies for reflux esophagitis. *N Engl J Med*. 1995;333(17):1106-1110.

130.   El-Serag HB, Aguirre TV, Davis S, Kuebeier M, Bhattacharyya, Sampliner RE. Proton pump inhibitors are associated with reduced incidence of dysplasia in Barrett's esophagus. *Am J Gastroenterol*. 2004;99(10):1877-1883.

131.   Tack J. Recent developments in the pathophysiology and therapy of gastroesophageal reflux disease and nonerosive reflux disease. *Curr Opin Gastroenterol*. 2005;21(4):454-460.

132.   Same as 115

133.   Grossi L, Spezzaferro M, Sacco LF, Marzio L. Effect of baclofen on oesophageal motility and transient lower oesophageal sphincter relaxations in GORD patients: a 48-h manometric study. *Neurogastroenterol Motil*. 2008;20(7):760-766.

134.   Koek GH, Sifrim D, Lerut T, Janssens J, Tack J. Effect of the GABA(B) agonist baclofen in patients with symptoms and duodeno-gastro-oesophageal reflux refractory to proton pump inhibitors. *Gut*. 2003;52(10):1397-1402.

135.   Vela MF, Tutuian R, Katz PO, Castell DO. Baclofen decreases acid and nonacid post-prandial gastro-oesophageal reflux measured by combined multichannel intraluminal impedance and pH. *Aliment Pharmacol Ther*. 2003;17(2):243-251.

136.   Orr WC, Goodrich S, Wright S, Shepherd K, Mellow M. The effect of baclofen on nocturnal gastroesophageal reflux and measures of sleep quality: a randomized, cross-over trial. *Neurogastroenterol Motil*. 2012;24(6):553-559.

137.   Cange L, Johnsson E, Rydholm H, et al. Baclofen-mediated gastro-oesophageal acid reflux control in patients with established reflux disease. *Aliment Pharmacol Ther*. 2002;16(5):869-873.

138.   del Genio G, Tolone S, del Genio F, et al. Prospective assessment of patient selection for antireflux surgery by combined multichannel intraluminal impedance pH monitoring. *J Gastrointest Surg*. 2008;12(9):1491–1496.

139.   Oelschlager BK, Quiroga E, Parra JD, Cahill M, Polissar N, Pellegrini CA. Long-term outcomes after laparoscopic antireflux surgery. *Am J Gastroenterol*. 2008;103(2):280-207.

140.   Spechler SJ, Lee E, Ahnen D, et al. Long-term outcome of medical and surgical therapies for gastroesophageal reflux disease: follow-up of a randomized controlled trial. *JAMA*. 2001;285(18):2331-2338.

68

NETCE0006551

141.    Ramos RF, Lustosa SA, Almeida CA, Silva CP, Matos D. Surgical treatment of gastroesophageal reflux disease: total or partial fundoplication? Systematic review and meta-analysis. *Arq Gastroenterol*. 2011;48(4):252-260.

142.    Gibson PG, Henry RL, Coughlan JL. Gastro-oesophageal reflux treatment for asthma in adults and children. *Cochrane Database Syst Rev*. 2003;(2):CD001496.

143.    Swoger J, Ponsky J, Hicks DM, et al. Surgical fundoplication in laryngopharyngeal reflux unresponsive to aggressive acid suppression: a controlled study. *Clin Gastroenterol Hepatol*. 2006;4(4):433-441.

144.    Lipham JC, Demeester TR, Ganz RA, et al. The LINX reflux management system: confirmed safety and efficacy now at 4 years. *Surg Endosc*. 2012;26(10):2944-2949.

145.    Sheen E, Triadafilopoulos G. Adverse effects of long-term proton pump inhibitor therapy. *Dig Dis Sci*. 2011;56(4):931-950.

146.    Lodato F, Azzaroli F, Turco L, et al. Adverse effects of proton pump inhibitors. *Best Pract Res Clin Gastroenterol*. 2010;24(2):193-201.

147.    U.S. Food and Drug Administration. Proton Pump Inhibitors (PPIs) Drug Safety Communication: *Clostridium difficile*-Associated Diarrhea (CDAD) Can be Associated With Stomach Acid Drugs. Available at http://www.fda.gov/safety/medwatch/safetyinformation/safetyalertsforhumanmedicalproducts/ucm290838.htm. Last accessed February 2, 2015.

148.    Howell MD, Novack V, Grgurich P, et al. Iatrogenic gastric acid suppression and the risk of nosocomial *Clostridium difficile* infection. *Arch Intern Med*. 2010;170(9):784-790.

149.    Deshpande A, Pant C, Pasupuleti V, et al. Association between proton pump inhibitor therapy and *Clostridium difficile* infection in a meta-analysis. *Clin Gastroenterol Hepatol*. 2012;10(3):225-233.

150.    Carlson DA, Pandolfino JA. The relation of hiatal hernia to gastroesophageal reflux disease. In: Swanstrom LL, Dunst CM. *Antireflux Surgery*. New York, NY: Springer; 2015: 53-59.

151.    Laheij RJ, Sturkenboom MC, Hassing RJ, et al. Risk of community-acquired pneumonia and use of gastric acid-suppressive drugs. *JAMA*. 2004;292(16):1955-1960.

152.    Field SK, Evans JA, Price LM. The effects of acid perfusion of the esophagus on ventilation and respiratory sensation. *Am J Respir Crit Care Med*. 1998;157(4 Pt 1):1058-1062.

153.    Ing AJ, Ngu MC, Breslin AB. Pathogenesis of chronic persistent cough associated with gastroesophageal reflux. *Am J Respir Crit Care Med*. 1994;149(1):160-167.

69

NETCE0006552

154.    Adhami T, Goldblum JR, Richter JE, Vaezi MF. The role of gastric and duodenal agents in laryngeal injury: an experimental canine model. *Am J Gastroenterol*. 2004;99(11):2098-2106.

155.    Tuchman DN, Boyle JT, Pack AI, et al. Comparison of airway responses following tracheal or esophageal acidification in the cat. *Gastroenterology*. 1984;87(4):872-881.

156.    Stanghellini V. Relationship between upper gastrointestinal symptoms and lifestyle, psychosocial factors and comorbidity in the general population: results from the Domestic/International Gastroenterology Surveillance Study (DIGEST). *Scand J Gastroenterol Suppl*. 1999;231:29-37.

157.    Poe RH, Kallay MC. Chronic cough and gastroesophageal reflux disease: experience with specific therapy for diagnosis and treatment. *Chest*. 2003;123(3):679-684.

158.    Ronkainen J, Aro P, Storskrubb T, et al. High prevalence of gastroesophageal reflux symptoms and esophagitis with or without symptoms in the general adult Swedish population: a Kalixanda study report. *Scand J Gastroenterol*. 2005;40(3):275-285.

159.    Gralnek IM, Dulai GS, Fennerty MB, Spiegel BM. Esomeprazole versus other proton pump inhibitors in erosive esophagitis: a meta-analysis of randomized clinical trials. *Clin Gastroenterol Hepatol*. 2006;4(12):1452-1458.

160.    Pandolfino JE, Vela MF. Esophageal-reflux monitoring. *Gastrointest Endosc*. 2009;69(4):917-930.

161.    Wiener GJ, Richter JE, Copper JB, Wu WC, Castell DO. The symptom index: a clinically important parameter of ambulatory 24-hour esophageal pH monitoring. *Am J Gastroenterol*. 1988;83(4):358-361.

162.    Vaezi MF, Hicks DM, Abelson TI, Richter JE. Laryngeal signs and symptoms and gastroesophageal reflux disease (GERD): a critical assessment of cause and effect association. *Clin Gastroenterol Hepatol*. 2003;1(5):333-344.

163.    Milstein CF, Charbel S, Hicks DM, Abelson TI, Richter JE, Vaezi MF. Prevalence of laryngeal irritation signs associated with reflux in asymptomatic volunteers: impact of endoscopic technique (rigid vs. flexible laryngoscope). *Laryngoscope*. 2005;115(12):2256-2261.

164.    Kamel PL, Hanson D, Kahrilas PJ. Omeprazole for the treatment of posterior laryngitis. *Am J Med*. 1994;96(4):321-326.

165.    Harding SM, Richter JE, Guzzo MR, Schan CA, Alexander RW, Bradley LA. Asthma and gastroesophageal reflux: acid suppressive therapy improves asthma outcome. *Am J Med*. 1996;100(4):395-405.

166.    Fass R, Gasiorowska A. Refractory GERD: what is it? *Curr Gastroenterol Rep*. 2008;10(3):252-257.

70

167.   Empty

168.   Empty

169.   Kahrilas PJ, Falk GW, Johnson DA, et al. Esomeprazole improves healing and symptom resolution as compared with omeprazole in reflux oesophagitis patients: a randomized controlled trial. The Esomeprazole Study Investigators. *Aliment Pharmacol Ther*. 2000;14(10):1249-1258.

170.   Ruigómez A, Garcia Rodríguez LA, Wallander MA, Johansson S, Eklund S. Esophageal stricture: incidence, treatment patterns, and recurrence rate. *Am J Gastroenterol*. 2006;101(12):2685-2692.

171.   Wang A, Mattek NC, Holub JL, Lieberman DA, Eisen GM. Prevalence of complicated gastroesophageal reflux disease and Barrett's esophagus among racial groups in a multi-center consortium. *Dig Dis Sci*. 2009;54(5):964-971.

172.   Marks RD, Richter JE, Rizzo J, et al. Omeprazole versus H2-receptor antagonists in treating patients with peptic stricture and esophagitis. *Gastroenterology*. 1994;106(4):907-915.

173.   Smith PM, Kerr GD, Cockel R, et al. A comparison of omeprazole and ranitidine in the prevention of recurrence of benign esophageal stricture. Restore Investigator Group. *Gastroenterology*. 1994;107(5):1312-1318.

174.   Ramage JI Jr, Rumalla A, Baron TH, et al. A prospective, randomized, double-blind, placebo-controlled trial of endoscopic steroid injection therapy for recalcitrant esophageal peptic strictures. *Am J Gastroenterol*. 2005;100(11):2419–2425.

175.   Altintas E, Kacar S, Tunc B, et al. Intralesional steroid injection in benign esophageal strictures resistant to bougie dilation. *J Gastroenterol Hepatol*. 2004;19(12):1388–1391.

176.   Westhoff B, Brotze S, Weston A, et al. The frequency of Barrett's esophagus in high-risk patients with chronic GERD. *Gastrointest Endosc*. 2005;61(2):226-231.

177.   Hirano I, Zhang Q, Pandolfino JE, Kahrilas PJ. Four-day Bravo pH capsule monitoring with and without proton pump inhibitor therapy. *Clin Gastroenterol Hepatol*. 2005;3(11):1083-1088.

178.   Garrean CP, Zhang Q, Gonsalves N, Hirano I. Acid reflux detection and symptom-reflux association using 4-day wireless pH recording combining 48-hour periods off and on PPI therapy. *Am J Gastroenterol*. 2008;103(7):1631-1637.

179.   Bredenoord AJ. Impedance-pH monitoring: new standard for measuring gastro-oesophageal reflux. *Neurogastroenterol Motil*. 2008;20(5):434-439.

180.   Blondeau K, Tack J. Pro: impedance testing is useful in the management of GERD. *Am J Gastroenterol*. 2009;104(11):2664-2666.

71

NETCE0006554

181. Shay S. A balancing view: impedance-pH testing in gerd limited role for now, perhaps more helpful in the future. *Am J Gastroenterol*. 2009;104(11):2669-2670.

182. Dent J. Microscopic esophageal mucosal injury in nonerosive reflux disease. *Clin Gastroenterol Hepatol*. 2007;5(1):4-16.

183. Tobey NA, Carson JL, Alkiek RA, Orlando RC. Dilated intercellular spaces: a morphological feature of acid reflux-damaged human esophageal epithelium. *Gastroenterology*. 1996;111(5):1200-1205.

184. Zentilin P, Savarino V, Mastracci L, et al. Reassessment of the diagnostic value of histology in patients with GERD, using multiple biopsy sites and an appropriate control group. *Am J Gastroenterol*. 2005;100(10):2299-2306.

185. De Vault KR, Castell DO. Updated guidelines for the diagnosis and treatment of gastroesophageal reflux disease. *Am J Gastroenterol*. 2005;100(1):190-200.

186. Fass R. Proton-pump inhibitor therapy in patients with gastro-oesophageal reflux disease: putative mechanisms of failure. *Drugs*. 2007;67(11):1521-1530.

187. Jones R, Liker HR, Ducrotté P. Relationship between symptoms, subjective well-being and medication use in gastro-oesophageal reflux disease. *Int J Clin Pract*. 2007;61(8):1301-1307.

188. Jones R, Armstrong D, Malfertheiner P, Ducrotté P. Does the treatment of gastroesophageal reflux disease (GERD) meet patients' needs? A survey-based study. *Curr Med Res Opin*. 2006;22(4):657-662.

189. Lehmann A. Novel treatments of GERD: focus on the lower esophageal sphincter. *Eur Rev Med Pharmacol Sci*. 2008;12(Suppl 1):103-110.

190. Dent J, Kahrilas PJ, Hatlebakk J, et al. A randomized, comparative trial of a potassium-competitive acid blocker (AZD0865) and esomeprazole for the treatment of patients with nonerosive reflux disease. *Am J Gastroenterol*. 2008;103(1):20-26.

191. Sachs G, Shin JM, Briving C, Wallmark B, Hersey S. The pharmacology of the gastric acid pump: the $H^+,K^+$ ATPase. *Ann Rev Pharmacol Toxicol*. 1995;35:277-305.

192. Shin JM, Besancon M, Bamberg K, Sachs G. Structural aspects of the gastric H,K-ATPase. *Ann N Y Acad Sci*. 1997;834:65-76.

193. Takeda. R&D Pipeline. Available at https://www.takeda.com/research/pipeline/. Last accessed February 3, 2015.

194. Yuhan Corporation. R&D Pipeline. Available at http://eng.yuhan.co.kr/Rnd/Vision/PipeLine/. Last accessed February 3, 2015.

72

NETCE0006555

195. Vakil N. Review article: new pharmacological agents for the treatment of gastro-oesophageal reflux disease. *Aliment Pharmacol Ther*. 2004;19(10):1041-1049.

196. U.S. Food and Drug Administration. Janssen Pharmaceutical Letter: Propulsid Tablets and Suspension (Cisapride). Available at http://www.fda.gov/ohrms/dockets/ac/00/backgrd/3634b1a_tab4d.htm. Last accessed February 3, 2015.

197. Thompson CA. Novartis suspends tegaserod sales at FDA's request. Am J *Health Syst Pharm*. 2007;64(10):1020.

198. ARYZX Therapeutics, Inc. 2009 Annual Report on Form 10-K. Available at http://www.wikinvest.com/stock/Aryx_Therapeutics_Inc_%28ARYX%29/Form_10-k. Last accessed February 3, 2015.

199. U.S. National Institutes of Health. Role of Pain Modulation in GERD Patients who Failed Standard Dose PPI. Availaible at https://clinicaltrials.gov/ct2/show/NCT00539240. Last accessed February 3, 2015.

200. U.S. Food and Drug Administration. Mederi Therapeutics 510(k) Summary. Available at http://www.accessdata.fda.gov/cdrh_docs/pdf10/K103017.pdf. Last accessed February 3, 2015.

201. Filipi CJ, Lehman GA, Rothstein RI, et al. Transoral, flexible endoscopic suturing for treatment of GERD: a multicenter trial. *Gastrointest Endosc*. 2001;53(4):416-422.

202. Chen YK, Raijman I, Ben-Menachem T, et al. Long-term outcomes of endoluminal gastroplication: a U.S. multicenter trial. *Gastrointest Endosc*. 2005;61(6):659-667.

203. Mahmood Z, McMahon BP, Arfin Q, et al. Endocinch therapy for gastro-oesophageal reflux disease: a one year prospective follow up. *Gut*. 2003;52(1):34-39.

204. Schiefke I, Zabel-Langhennig A, Neumann S, et al. Long-term failure of endoscopic gastroplication (EndoCinch). *Gut*. 2005;54(6):752-758.

205. Hershcovici T, Fass R. Nonerosive reflux disease (NERD): an update. *J Neurogastroenterol Motil*. 2010;16(1):8-21.

206. Fass R, DIckman R. Nonerosive reflux disease. In: Goyal R, Shaker R. *GI Motility Online*. Nature Publishing Group; 2006.

207. Lam JR, Schneider JL, Zhao W, Corley DA. Proton pump inhibitor and histamine 2 receptor antagonist use and vitamin B12 deficiency. *JAMA*. 2013;310(22):2435-2442.

CONFIDENTIAL

NETCE0006556

208.      Kwok CS, Loke YK. Meta-analysis: the effects of proton pump inhibitors on
cardiovascular events and mortality in patients receiving clopidogrel. *Aliment Pharmacol
Ther*. 2010;31(8):810-823.

209.    van Herwaarden MA, Samsom M, Smout AJ. The role of hiatus hernia in
gastro-oesophageal reflux disease. *Eur J Gastroenterol Hepatol*. 2004;16(9):831-
835. (Was previously doubled with 35)

210.      Sami SS, Ragunath K. The Los Angeles classification of gastroesophageal
reflux disease. *Video Journal and Encyclopedia of GI Endoscopy*. 2013;1(1):103-
104.

74

NETCE0006557

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 278



This Freelance Writer Agreement (the "*Agreement*") is entered into by **Jassin Jouria, Jr., MD** ("*Writer*"), and CME Resource ("*CME*").

In consideration of the mutual covenants made herein, the parties agree as follows:

1.    **Parties:**  Writer is engaged in the business of writing articles and other materials on a freelance basis.  CME is engaged in the business of the publication of continuing education materials for medical, nursing, dental and other practitioners.

2.    **Relationship:**  The parties expressly agree and acknowledge that the relationship created by this Agreement is one of independent contractor.  CME is not the employer of Writer, and Writer is not, and will not be treated as, an employee of CME for federal tax purposes, or any other purpose.

3.    **Contract Period:**  This Agreement will begin on the date set forth below and shall continue until terminated as provided herein.  If either party violates a term of this Agreement, then the other party (the "*Nonbreaching Party*") may terminate this Agreement, effective immediately upon delivery of written notice of termination by the Nonbreaching Party.  Notwithstanding the foregoing, CME may terminate this Agreement at any time, with or without cause, effective upon thirty (30) days written notice.

4.    **Services to be Provided by Writer:**  Writer agrees to submit, on his or her sole initiative or at the request of CME, written articles to CME on the subjects and in such format and at such times as set forth in <u>Attachment 1</u> (the "Articles").  <u>Attachment 1</u> may be revised from time to time by mutual written agreement between parties.

5.    **Representations and Warranties of Writer:**  By submitting an Article to CME, Writer represents and warrants the following:  (a) the Article is accurate and is Writer's original work, (b) the Article has not been obtained by unlawful means and is not owned by any third party, (c) Writer has not submitted the Article to any other party for publication nor has the Article been previously published in any manner or medium, specifically including but not limited to, print or electronic medium, (d) Writer will not submit the Article to any other party for publication unless and until CME expressly rejects the Article, and (e) the Article by CME will not infringe or violate any copyright or other intellectual property right, privacy rights, publicity rights or any other rights of any third party.



EXHIBIT

15 D5

9/28/17

POST OFFICE BOX 997571 • SACRAMENTO, CALIFORNIA 95899-7571
1482 STONE POINT DRIVE • SUITE 120 • ROSEVILLE, CALIFORNIA 95661
PHONE: 800/232-4238 • FAX: 916/783-6067 • WWW.NETCE.COM

1

NETCE0000002

6.   **Indemnification:** Writer shall indemnify and hold harmless CME and its agents, directors, employees, licensees and affiliates from and against any claim, loss, damage, liability and expenses (including reasonable attorneys' fees and costs associated therewith) arising from any breach of any of Writer's representations or warranties contained in this Agreement.  Writer shall cooperate with CME if any complaints, claims or litigation should arise regarding the Articles.

7.   **Compensation:** CME agrees to pay Writer **$400** per credit per Article to be published by CME with payments not to exceed an aggregate amount of **$4000** per Article. For purposes of this Agreement, one "credit" is equal to approximately 2,000 words. Under no circumstances will Writer be paid on an hourly, daily or other basis that is a function of time. Writer acknowledges and agrees that CME will only pay writer for Articles that are approved for publication by CME, and that CME has the sole and exclusive authority and discretion to determine whether or not to approve and/or publish any and all Articles submitted by Writer.

8.   **Taxes:** As an independent contractor, Writer shall be responsible for the reporting, deposit and payment of any and all federal, state, and local taxes, including but not limited to income taxes, FICA taxes, and unemployment taxes incidental to the performance of, or payment under, this Agreement.

9.   **Ownership and Assignment of Intellectual Property:** Writer hereby understands and agrees that all Articles approved for publication by CME under this Agreement shall belong exclusively to CME.  Without limiting the foregoing, Writer agrees that, to the maximum extent allowed by law, all such Articles shall be deemed to be "works made for hire" under all relevant copyright laws, and CME shall be deemed to be the author thereof.  If and to the extent any Article is determined not to constitute "works made for hire," Writer hereby irrevocably assigns and transfers to CME and its successors and assigns all right, title, and interest in and to the Article, including all copyright rights (including but not limited to rights in audiovisual works and moral rights), patent rights, trade secret rights, trademark rights, rights of privacy and publicity, and any other intellectual property rights, and all economic rights, including, without limitation, the rights to reproduce, manufacture, use, adapt, modify, publish, distribute, sublicense, publicly perform and communicate, translate, lease, import, in each case, in any medium, and otherwise exploit the Article.  Writer agrees to cooperate with and assist CME in applying for, and executing any applications and/or assignments reasonably necessary to record and evidence CME's rights in the Articles.  Writer hereby appoints CME as his or her attorney-in-fact in the event that Writer does not or cannot perform his or her obligations regarding the ownership and assignment of the Articles, and only for such limited purposes.  Without limiting the foregoing, CME has the right to edit the Articles as it deems appropriate for publication or use in accordance with the rights granted by Writer herein, and that Writer will cooperate with CME in editing, fact

2

checking and otherwise reviewing the Articles prior to publication. Writer will be credited as the original author of the Article in any and every republication. Writer acknowledges and understands that at no time shall Writer have any right to block publication of an Article provided that CME removes Writer's name from said Article.

10.   **Miscellaneous:** This Agreement will be governed by and under the laws of the State of California without regard to its conflicts of laws provisions. This Agreement may be modified only by a written amendment executed by Writer and a duly authorized officer of CME. Any failure by either party to enforce any of the provisions of this Agreement will not be construed as a waiver of such provisions or the right of a party thereafter to enforce each and every such provision. This Agreement constitutes the complete and exclusive statement of the agreement between the parties and supersedes all proposals, oral or written, and all other communications between the parties relating to the subject matter of this Agreement.

**CME Resource has not received commercial support for the development of this article. CME Resource is obligated to ensure that potential and/or real conflicts of interest of faculty and their immediate family are identified and resolved to preserve the integrity of the content presented.**

11.   **Disclosure:** Writer agrees to list below all affiliations with or financial involvement within the last twelve (12) months in any organization or entity with a direct financial interest in the subject matter or materials of the research discussed. Writer also agrees to list below all unlabeled or investigational use of commercial products to be discussed in the article. Refusal to disclose will result in disqualification.

A. Will your article include discussion of any commercial products or services?
   Yes _____ No __✓____   (If No, skip to question B.)

If Yes, in the last twelve (12) months have you or members of your immediate family (spouse or partner) had any relevant financial interest or other relationship with the manufacturer(s) of any of the products or provider(s) of any of the services you intend to cover? *A relevant financial interest or relationship is defined as benefiting by receiving a salary, royalty, intellectual property rights, consulting fee, honoraria, ownership interest (e.g., stocks, stock options or other ownership interest **in any amount**, excluding diversified mutual funds) or other financial benefit (e.g., employment, management position, independent contractor including contracted research, consulting, speaking and teaching, membership on advisory committees or review panels, board membership, and other activities from which remuneration is received, or expected).*
   Yes _____ No _____

3

NETCE0000004

If Yes, please list the manufacturer(s) or provider(s) and describe the nature of the relationship(s).

_____

_____

B. Do you anticipate your article will include discussion of unlabeled use of commercial products? *(Commercial product does not have an FDA-approval indication for the use you will be discussing.)*
Yes_____      No__✓___

Name of commercial product: _____
Unlabeled use to be discussed: _____

_____

Name of commercial product: _____
Unlabeled use to be discussed: _____

_____

C. Do you anticipate your article will include discussion of investigational use of commercial products? *(Commercial product is not approved by the FDA for any purpose.)*
Yes_____      No__✓___

Name of commercial product: _____
Investigational use to be discussed: _____

_____

Name of commercial product: _____
Investigational use to be discussed: _____

_____

12.      If any images are included in an Article, Writer agrees not to edit, modify, or falsify such images.

13.      The course completion date of this project is: **March 31, 2013**. On this date, **CME Resource** must physically have all units of **Traumatic Brain Injury**.

This contract becomes null and void if not received by **CME Resource** by **September 27, 2012**. If there are any addendums or special requirements **Jassin Jouria, Jr., MD** desires of this contract, they must be submitted in writing to **CME Resource** prior to this date and a revised contract issued.

4

NETCE0000005

This Agreement is entered into on this 24 day of August 2012.

**Writer**

Jassin Jouria, Jr., MD

_____
[WRITER'S SOCIAL SECURITY #]

**CME Resource**

By: _scampbell_

Name: **SARAH CAMPBELL**

Title: **DIRECTOR OF DEVELOPMENT**

5

NETCE0000006

## Attachment 1

Subjects on which CME may accept Articles from Writer:

Traumatic Brain Injury

NETCE0000007

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 279

# Traumatic Brain Injury

## ABSTRACT

Traumatic brain injury can be defined as structural damage or functional deficit of the brain due to any external/physical force. The extent of injury may vary from mild contusion to structurally unrecognizable but devastating diffuse axonal injury or a big hematoma compressing the brain structures. It is so important to recognize the deteriorating neurological functions in a timely manner so as to prevent substantial morbidity or even mortality of the patient. A wide variety of neuroimaging studies are available to accurately diagnose traumatic brain injury and provide the suitable management. It has been shown that there is a potential effect of brain injury in causation of neurodegenerative disorders late in life. This article will discuss the traumatic brain injury in detail beginning from basic medical knowledge of epidemiology, etiopathology, clinical features to advanced diagnosis and treatment modalities. There will an emphasis on consequences and prevention of traumatic brain injury at the last.

## LEARNING OBJECTIVES

After finishing the course material, the learners will be able to:

1. Identify the epidemiology of traumatic brain injury.
2. Define the etiology and mechanisms of traumatic brain injury.
3. Classify the brain injuries according to different mechanisms of causation.
4. Recognize the most common signs and symptoms of various types of brain injuries.
5. Explain the pathophysiology of traumatic brain injury.
6. Assess the severity of brain injury based on Glasgow Coma Scale.
7. Compare the effectiveness of various imaging modalities in brain injury diagnosis.
8. Evaluate the various treatment options of traumatic brain injury with regard to indication, efficacy, and adverse effects.
9. Explain the early and late consequences of traumatic brain injury.
10. Employ the methods for educating people to prevent future problems related to traumatic brain injury.

## OUTLINE

I. Introduction
  A. Epidemiology
  B. Etiology
II. Mechanisms
III. Classification
  A. Primary
  B. Secondary
IV. Pathophysiology
IV. Signs/Symptoms
V. Diagnosis
  A. Clinical History
  B. Physical Exam
  C. Investigations
VI. Treatment



EXHIBIT
16 DS
9/28/17

VII.   Prognosis
VIII.  Consequences
       a. Early Consequences
       b. Late Consequences
IX.    Prevention
X.     Conclusions

**Biography**

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and has completed his clinical clerkship training in various teaching hospitals throughout New York, including King's County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria has passed all USMLE medical board exams on first attempt, and has served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field including faculty member and Department Chair. Dr. Jouria continues to serves as a Subject Matter Expert for several continuing education organizations covering multiple basic medical sciences. He has also developed several continuing medical education courses covering various topics in clinical medicine. Recently, Dr. Jouria has been contracted by the University of Miami/Jackson Memorial Hospital's Department of Surgery to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on Human Anatomy & Physiology.

## INTRODUCTION

Traumatic injury of the head and brain has been a serious issue for humankind since the dawn of civilization. Even early writings in neurosurgery describe maintenance of head injury. The brain is a partially solid structure that weighs approximately 3 lbs. and utilizes around 80% of the body's total volume consumption of oxygen [1]. The brain contains our identity, which directs movement and thought [2]. The brain is covered with three tough membranes that are called meninges. Resting inside the cranium, the brain is cushioned by cerebrospinal fluid, which protects the gray matter from being harmed. However, when external force is applied, an alteration in brain function may result. This external force may take the form of an insult such as an acceleration that is followed by deceleration, a penetrating injury, or an explosive blast. In these instances, the meninges no longer have the ability to protect the brain and the brain slams against the skull. This leads to the development of contusions, swelling, or subdural hematoma. The alteration in brain function is referred to as traumatic brain injury (TBI) [3].

Clinicians like to use the analogy of an egg to explain how damage may occur to the brain, even when there is little to no outward sign of damage: the shell of the egg - in this case the cranium - may remain intact, but the yolk of the egg - in this case the brain - is violently displaced as it is thrown within the white of the egg, or the cerebral spinal fluid.

TBI occurs most commonly after a sudden blow or shock to the head [4]. There are 3 primary mechanisms of TBI injury: blunt, penetrating, and blast [5]. TBI may be mild, moderate, or severe. Severity is often first determined by an initial exam that includes assessment on the Glasgow Coma Scale, and assessment of the cranial nerve reflexes,

NETCE0006201

which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, and gag reflex, and a motor examination. An exam is also done to assess for concurrent cervical spine injury. More advanced assessment techniques, such as CT and MRI are utilized to assess TBI insults as injury progresses.

There are two classifications of TBI: primary insults and secondary insults. The primary insult occurs at the moment of impact. The secondary insult consists of the complications that result from the primary insult. For example, the primary insult may consist of the shift in brain tissues that results from a blow to the head [3]. The secondary insult may then consist of the gradual swelling that occurs in the injured brain.

While TBI may seem isolated, and trauma confined to the head, it is in fact a complex, chronic, and dynamic process that requires consistent attention as associated affected body systems are managed [6, 7]. Additionally, TBI presents differently and must be treated differently in different populations. Neonates, children, and geriatric populations present in different ways and must be treated differently in neurosurgical units for both mild and severe TBI.


## EPIDEMIOLOGY AND ETIOLOGY

TBI is the leading cause of morbidity and mortality after trauma and presents as the leading world-wide cause of morbidity and mortality in individuals under 45 years of age [8]. TBI represents more than half of the trauma related deaths in the United States [9]. However, mortality from TBI has improved significantly over the past 2 decades as a result of improvements made in neurosurgical care, avoidance of serious comorbidities that can occur inpatient, and interventions in the public safety sector [10].

The estimated annual incidence of TBI in the United States is around 1.7 million occurrences, with about 506 cases per each 100,000; this estimate doesn't take into consideration TBI sustained by patients evaluated at military hospitals or Veterans affairs, or those who are undiagnosed because they choose not to seek treatment [11]. Disclosed occurrence of TBI is greater in developing nations; this has largely been attributed to increased rates in motor vehicle injuries [12].

In the United States, major risk factors associated with TBI are age, gender, and quality of insurance. While the most common causes of TBI are falling, motor vehicle accidents, being hit by an object, and assault, age makes a difference when it comes to prevalence of injury. TBI is a common cause of acquired childhood disability [13], with various contributing factors. Across the board, the greatest contributor to TBI injuries, emergency room visits, and hospitalizations in the U.S. is falling [14], with the most frequent injuries occurring in those under 4 years of age or over 75 years of age [15]. The greatest contributor to TBI injuries in individuals 15 to 24 years of age is motor vehicle accidents. Motor vehicle accidents also have the highest mortality rate associated with TBI [15]. In the pediatric population, major causes of TBI vary by age. In infants, inflicted TBI is the major cause of TBI [16]. In toddlers, falling is the major contributor to TBI [17]. In older children and adolescents, motor vehicle accidents are the main cause of TBI [15].

Gender also matters. Males are twice as likely to suffer a TBI as were females [15]. Additionally, uninsured or publicly insured patients were twice as likely to suffer TBI when compared with privately insured patients.

CONFIDENTIAL

In the United States, of the 1.1 million individuals who suffer TBI each year and are evaluated in the emergency room, 50,000 die. Children 14 years of age and younger account for more than 2,600 deaths, and children between the ages of 0 - 4 and 15 – 19 have the highest percentage of visits to the emergency room as a result of TBI. Adults older than 75 years of age have the highest percentage of hospitalizations and death as a result of TBI [9].

Initial evaluation of severity of TBI is similar to the initial evaluation done on all trauma patients.   The initial exam includes assessment on the Glasgow Coma Scale, and assessment of the cranial nerve reflexes, which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, and gag reflex, and a motor examination. An exam is also done to assess for concurrent cervical spine injury. From there, practitioners must be alert for ever-evolving secondary insults, injuries that may include hypotension, anemia, hypercapnia, hypocapnia, hypotension, intracranial hypertension, lesions that work to compress unaffected tissues, cerebral edema, and hypoxia.

**Epidemiology of Mild Traumatic Brain Injury**

Ninety percent of TBIs are considered mild, with infrequent intracranial complications that are either life threatening (10% of cases) or require neurosurgical intervention (1% of cases) [18, 19]. Approximately 275,000 hospital evaluations occur every year in the U.S. for nonfatal TBI. A concussion is considered a mild TBI. One study [20] on concussions in sports reported that 30% of high school football players indicated that they had suffered at least one concussion previously; 15% of players indicated that they had suffered a concussion during the present football season.

There are approximately 1.12 million mild TBIs each year in the U.S. However, number may be underestimated, as many individuals who sustain mild TBI do not seek medical attention after being injured and are therefore not evaluated in the emergency room or admitted into the hospital [21].

**MECHANISMS**

Understanding the mechanism of injury is essential for proper treatment. This offers several essential opportunities to the caregiver: the first is the opportunity to be assured that no aspect of the initial injury has been overlooked or missed [5]; the second is the opportunity to avoid potential complications secondary to the primary insult.

There are 3 primary mechanisms of TBI injury: blunt, penetrating, and blast. However, it is the conveyance of energy to brain tissue that causes the subsequent damage. This conveyance may be summarized as follows:

$$KE = M/2 \times V^2$$

in which KE = kinetic energy; M = mass; and V = velocity.

Source: [5]

**Blunt Trauma**

Blunt traumatic injury is the most common cause of TBI. Blunt trauma frequently results from motor vehicle accidents, bicycle or motorcycle accidents, falls, sporting accidents, or

CONFIDENTIAL

assaults. Motor vehicle accidents account for 50% of all blunt traumatic injuries. This number includes accidents that consist of motor vehicles, motorcycles, bicycles, and motor vehicle and pedestrian collisions [5]. Motor vehicle accidents are frequently covered by private insurance, a factor that may determine where an individual ends up when discharged for follow-up treatment [22]. This factor may also determine if the individual receives extra services or additional follow-up care.

Determining force of impact in blunt traumatic injury, particularly in motor vehicle accidents, helps practitioners predict severity of injury, short and long term consequences, and probable prognosis. In motor vehicle accidents, force is determined by 5 different factors: mass x acceleration, direction, duration, and rate. To give an example: If an unrestrained passenger is thrown from an automobile traveling at 30 mph, this is the same force of impact as if that person fell from a 3 story building.

Severity of injury and subsequent prediction of consequences can be determined by the percentage of impact the passenger absorbs. For instance, in a motorcycle accident, the passenger absorbs 100% of the force of impact. TBI in motorcycle accidents causes 75% of all correlated deaths. However, if the passenger wears a helmet, risk of death declines, because the passenger will absorb a lower force of impact in the event of an accident.

Similarly, if passengers in automobiles wear safety belts, or are riding in automobiles equipped with air bags, the risk of death declines, because the passenger will absorb a lower force of impact in the event of an accident than they would have if they had hit a windshield or a seat unrestrained.

It is important for practitioners to know if incoming patients with TBI were in accidents with or without restraining devices.

**Penetrating Trauma**

Penetrating traumatic injury is the result of a blunt sharp object penetrating the skull. The brain is then exposed and the object enters the brain. While force of impact is a factor in severity of injury in penetrating trauma, factors such as point of entry and angle and depth of entry must also be considered when determining extent and severity of injuries.

The highest number of deaths related to penetrating TBI is attributable to gunshot wounds. Practitioners are well served in having basic knowledge of ballistics and kinematics. Put simply, ballistics deals with the flight mechanics of objects such as bullets. Kinematics in human motion deals with the study of human positioning, angles, and velocity in various body segments [23]. In treating gunshot wounds, these sciences may be used to determine extent and severity of injury by first determining flight, force, and motion.

Three factors that determine the extent of injury in gunshot wounds are frontal area, velocity, and distance. The frontal area is the surface area of the bullet where it strikes an object. Velocity refers to speed and is key in the general extent of the injury. Higher velocity means higher energy, which translates into higher force of impact. What this essentially translates into is that a small caliber bullet traveling very fast can do more damage than a large caliber bullet traveling slowly, and high velocity weapons do more damage than medium velocity weapons. Therefore, velocity in an injury is an important consideration for practitioners. Finally, distance refers to how far away the victim was from the weapon that caused the damage. When there is great distance between the victim and the weapon, there has been opportunity for air resistance to decrease the velocity of the bullet, which decreases energy and therefore descreases the subsequent force of impact. This means that knowing the approximate distance between the victim and the weapon is

important for practitioners in determining extent and severity of injuries, as well as determining potential secondary complications.

**Blast Trauma**

Blast traumatic injury results from a combination of blunt and penetrating force injuries and is becoming more common. Blast traumatic injury is frequently seen in soldiers returning from war zones. Blast trauma that is directly linked with TBI may be classified as:

1. Primary trauma with associated barotraumas and ambient pressure with ensuing blast waves that results in concussion, gaseous embolisms, diffuse axonal injuries, infarction, and subdural hematomas.
2. Secondary trauma (penetrating injury) with penetration of the brain by projectile fragments as a result of blast waves.
3. Tertiary trauma (impact injury); injury that results from ejection or blast wind velocity to nonmoving objects [24]

Understanding the mechanics of blast traumatic injury is important for practitioners so they can understand how to care for patients who have suffered these traumas.

**CLASSIFICATION**

TBI injury may be classified as either primary or secondary. TBI is also classified by severity of injury.

**Primary Insults**

The primary insult in TBI occurs at the moment of impact. The primary insult is the initial physical displacement of the brain tissue [3]. When the impact occurs, the extent of injury may be determined by the extent to which cerebral perfusion pressure (CPP) is adequately maintained. This is gauged by examining autoregulation of cerebral blood flow (CBF), which is roughly estimated through calculating CPP by taking the difference between the mean arterial pressure (MAP) and intracranial pressure (ICP). Cerebral blood vessels autoregulate and maintain the desired CBF by constricting and dilating in response to changing physiologic conditions. However, in the event of trauma, autoregulation and CBF are frequently disrupted.

When there is direct tissue damage that leads to dis-regulation of cerebral blood flow, metabolism is in turn disrupted, which results in anaerobic metabolism. Anaerobic metabolism does not provide sufficient cell energy; therefore, this in turn leads to the depletion of ATP stores and the membrane ion pump fails, as it is dependent on cellular energy. When the membrane ion pump fails, there is mass membrane depolarization and a release of a tide of excitatory neurotransmitters. This in turn incites generation of free radicals. These events cascade and lead to necrotic cell death, which then incites secondary insults. The extent of change to these aspects is directly correlated with clinical outcome [1].

Immediate cell death is the result of the primary injury, and this damage to the brain tissue is irreversible [25]. This is why many treatments focus on the inhibition of secondary insult cascades to protect the integrity of the remaining neurological architecture.

**Secondary Insults**

NETCE0006205

Neurological damage does not happen all at once and at the moment of impact. The damage also evolves afterward in a cascade of secondary insults, or injuries. Secondary brain insults are the leading contributor of in-hospital death post-TBI [26].

The secondary insult consists of the complications that result from the primary insult. Secondary insults evolve more slowly than primary insults. Secondary injuries are both the result of severity of the primary injury and may contribute to the worsening of the outcome of the primary injury. Additionally, the type and degree of the secondary injury is a major deciding factor in the final clinical outcome [1].

Secondary insults can be either extracranial or intracranial [27]. Examples of extracranial secondary insults are hypoxia, hypothermia, hyperthermia, and hypotension. These conditions can be very serious. For example, in adults, hypotension is determined to be a single measure of systolic blood pressure below 90 mm Hg. In individuals having sustained severe TBI, a single episode of hypotension post-trauma was associated with doubled risk of mortality and increased risk of morbidity [27]. Examples of intracranial secondary insults are intracranial hypertension, lesions that work to affect unaffected tissues, and cerebral edema. Secondary insults may have extreme adverse effects should they occur either pre-hospital or in hospital, and practitioners should watch for occurrence of these injuries.

**Severity.**

Severity is a general classification approach to TBI. Clinically, this general categorization of severity is made based on the Glasgow Coma Score [28]. There are several important things to remember when categorizing severity of injury. The first is that extenuating circumstances and patient history may affect the Glasgow Coma Score. Early responders and physicians need to take into account factors such as previous TBI injury, medications the patient may be taking, sedation, and ventilation. These are only several of the factors that must be considered. Secondly, the Glasgow Coma Scale utilizes a hard differentiation into mild, moderate, and severe injury, which is an artificial differentiation. Practitioners must use caution when approaching this differentiation and keep in mind that each injury and patient is unique, and the injuries fall along a continuum. The conclusion is that classification of TBI injury as based on severity is complex and multidimensional.

## PATHOPHYSIOLOGY

### General Pathophysiology

One signature characteristic of TBI is diffuse axonal injury, which occurs as a direct result of the trauma [29]. Diffuse axonal injury results from rotational forces that are in play during traumatic impact. This is an example of a primary insult. There is direct tissue damage that leads to dis-regulation of cerebral blood flow and disrupted metabolism, which results in anaerobic metabolism. Anaerobic metabolism does not provide sufficient cell energy; therefore, this in turn leads to the depletion of ATP stores and the membrane ion pump fails; there is then mass membrane depolarization and a release of a tide of excitatory neurotransmitters. This in turn incites the generation of free radicals. These events cascade to form a perfect storm that leads to necrotic cell death. This then leads to secondary insults that may include conditions such as hypotension, anemia, hypercapnia, hypocapnia, hypotension, intracranial hypertension, lesions that work to compress unaffected tissues, cerebral edema, and hypoxia.

### Specific Pathophysiology

### Cerebral Blood Flow

NETCE0006206

The extent of severity of injury may be determined by the extent to which cerebral perfusion pressure (CPP) is adequately maintained. This is gauged by examining autoregulation of cerebral blood flow (CBF), which is roughly estimated through calculating CPP by taking the difference between the mean arterial pressure (MAP) and intracranial pressure (ICP). Cerebral blood vessels autoregulate and maintain the desired CBF by constricting and dilating in response to changing physiologic conditions. However, in the event of trauma, autoregulation and CBF may be disrupted.

The Brain Trauma Foundation offers guidelines for managing CPP in patients who have suffered severe TBI. It is recommended that CPP be maintained at over 60 mm Hg in these patients, as it has been shown that a very low CPP carries a significant risk of cerebral ischemia, which in turn triggers a cascade of damaging pathophysiological processes that threaten the integrity of brain structures [30].

### Cerebrovascular Autoregulation

After TBI occurs, autoregulation of CBF – meaning cerebrovascular constriction or dilation that occurs in response to either increases or decreases in CPP – is impaired or entirely destroyed in most patients [31]. Defective autoregulation of CBF may present itself immediately after the trauma or it may develop over time, and it is either transient or persistent in nature irrespective of the severity of the damage caused.

Additionally, autoregulatory vasoconstriction appears to be more resistant than does autoregulatory vasodilation. This indicates that patients may be more sensitive to damage from lower rather than higher CPPs.

### Cerebral Vasospasm

An important secondary insult that decides patient outcome [32] is post-traumatic cerebral vasospasm, which occurs in over one-third of TBI patients. Vasospasm indicates severe brain damage.

Onset varies from day 2 to day 15 and hypoperfusion typically occurs in 50% of patients that develop vasospasm.

### Cerebral Metabolic Dysfunction

It is widely known that the brain endures a metabolic crisis post-TBI [33]. This is typical of a post-trauma state, as cerebral metabolism and energy are often reduced after TBI [34]. The degree of reduction or failure of metabolism directly relates to the severity of the primary insult, and outcome is worse in patients with lower metabolic rates as compared to patients with minor or no cerebral metabolic dysfunction [35].

An alternative event, hypermetabolism, may also occur [33]. This event is driven by the brief ionic fluxation of the transmembrane with consecutive neuroexcitation that are not sufficiently met by increases in CBF. This failure supports the cascade of secondary ischemic injury.

### Cerebral Oxygenation

A characterizing quality of TBI is the imbalance between the delivery and consumption of cerebral oxygen. This mismatch is induced by several vascular and hemodynamic mechanisms, but the common endpoint to be discussed is tissue hypoxia.

NETCE0006207

The critical threshold of oxygen pressure, as measured in the brain tissue of patients suffering from TBI, is 15–10 mm Hg PtO2 [36]. Below this threshold, infarction of the neuronal tissue occurs. Consequently, the extent and duration of tissue hypoxia correlates with outcome.

However, it is important for practitioners to note and keep in mind that deprivation of oxygen to the brain with secondary brain damage may occur even with normal CPP or intracranial pressure (ICP) [37].

**Edema**

Edema formation is a frequent occurrence after TBI. Brain edema is related to structural damage or osmotic imbalance prompted by the primary or secondary insult.

- Vasogenic brain edema:
  - Caused by autodigestive or mechanical disruption or the breakdown of the endothelial cells of the brain. This allows for uncontrolled ion and protein transfer from the intravascular brain to the interstitial brain, which prompts water accumulation and increases extracellular space [38].
- Cytoxic brain edema:
  - The characterizing factor of this edema is the intracellular accumulation of neurons, astrocytes, and microglia. This occurs irrespective of the vascular endothelial cell wall, and is caused by increased membrane permeability, the failure of the ionic pump as a result of energy depletion, and reabsorption of osmotically active solutes [37].

Both vasogenic and cytoxic edema relate to increased ICP and secondary ischemic insults [39].

**Inflammation**

TBI prompts an array of immunological and inflammatory tissue responses. Both primary and secondary insults prompt the release of free radicals, pro-inflammatory cytokines, and prostaglandins.

**Necrosis and Apoptosis**

There are two different types of cell death that can occur after TBI. One is necrosis, which is the localized death of cells due to an injury. The other is apoptosis, or the programmed death of a cell.

Necrosis occurs as a response to major mechanical or ischemic hypoxic tissue damage associated with an excessive release of excitatory amino acid neurotransmitters, which is also accompanied by metabolic failure. Phospholipases, lipid, and proteases subsequently autolyse the membrane and the resulting cell debris is perceived to be an antigen that is then removed by inflammatory process. Scar tissue is subsequently left in its place.

In apoptosis, neurons are intact during the period immediately following trauma and have adequate ATP production. However, apoptosis becomes apparent hours or even days after the primary injury. This occurs because apoptosis is an immunological response that occurs in reaction to perceived immune threat [40]. Immune threat may occur when cells are damaged, and therefore programmed cell death occurs to eliminate damaged cells.

**Pathophysiology of TBI in Geriatric Populations**

NETCE0006208

Patients in geriatric populations experienced similar injury patterns as those patients in younger populations post-TBI. However, there are key differences in pathophysiology [41], and there is still much to be learned about how age affects outcomes.

The older brain often displays atrophy that progresses with age. In smaller sized brains, bridging veins must travel greater distances, and the fragile nature of these veins in aging patients makes the population more prone to venous tears and subdural hematomas post-trauma. Additionally, brain tissue undergoes a process of long-term atrophy that progresses post-TBI, which may further accelerate the atrophy. This process is affiliated with aging [42, 43, 44].

The effects of cerebral edema are elevated intracranial pressure and decreased cerebral perfusion pressure. On the cellular level, excitotoxicity may result in neuronal and astrocyte swelling that is secondary to the flow of sodium and chloride as well as the overflow of excitatory amino acids [45, 46, 47]. Excess excitatory acids also lead to increased intracellular calcium, which in turn leads to the production of free radicals. This subsequently leads to oxidative damage to DNA and cell membranes that will ultimately result in cell death [48]. Vulnerability to glutamate mediated oxidative harm to DNA and cell membranes becomes more likely as age advances [46, 49]. This means that geriatric patients are more likely to have larger amounts of cell death post-TBI.

Endocrine:

Endocrine disorders typically occur secondary to pituitary gland dysfunction and are quite common post-TBI [50, 51]. These disorders can negatively affect patient cognition and contribute to poor outcomes. For example, many individuals with TBI will develop hypothyroidism, chronic growth hormone deficiency and hypogonadism. All of these disorders may occur with aging, but they are all also especially common within the geriatric population post-TBI. Therefore, it is essential for practitioners to examine laboratory values on a routine basis in elderly patients to check to see if hormone replacement is needed [52] to help maximize recovery.

The sex hormones and sex play a complicated role in neurological protection in TBI. Literature suggests that female sex hormones may abate oxidative damage [53] as well as lesson the cascade of secondary injuries that occur early post-TBI [54]. Additionally, evidence shows that progesterone may improve outcomes and mortality post-TBI by affecting vascular remodeling and restoring the blood brain barrier [55, 56, 57]. Estrogen therapy may provide neurological protection in both men and women [56, 57].

There is a known neuroprotective component of sex hormones on TBI pathophysiology; however production of endogenous gonadal hormone is drastically reduced post-TBI. Connected to less favorable outcomes is the fact that with older age hormone production via extragonadal sources increases [46]. Therefore, practitioners must carefully monitor patients placed on hormone therapy, and secondary injury markers should be observed closely.

Chronic hypogonadism is a common occurrence and has a negative impact on cognition and on outcome [58].

Neurodegeneration:

Chronic nerve degeneration occurs after TBI in geriatric populations in relation to cerebral atrophy, and the accelerated development of the markers associated with aging and

NETCE0006209

dementia. Additionally, progressive cognitive decline is frequently seen specifically within geriatric populations post-TBI [42].

Alzheimer's disease, dementia and TBI:

TBI is considered a risk factor for the development of Alzheimer's disease. There is a positive correlation between increasing severity of injury and the increased risk of developing Alzheimer's disease [59, 60]. There are marked histological similarities between Alzheimer's disease and TBI, which include the presence of neurofibrillary tangles and amyloid beta plaques [59, 60]. Additionally, the accumulation of amyloid beta substrate proteins within damaged axons is typical to both Alzheimer's disease and TBI. Those who are carriers of the apolipoprotein epsilon 4 (APOE 4) allele have a higher risk of developing Alzheimer's. Research indicates that those who are carriers of the APOE 4 who also suffered TBI sustained more severe cognitive deficiencies as well as an increased likelihood of further developing dementia. Additionally, they may have an overall recovery rate that is slower than that of patients without the allele [60, 61]. This has compelling implications for continuing dysfunction in aging patients.

Parkinson's disease and aging, and TBI:

Research indicates that individuals who have sustained TBI may be at greater risk for developing Parkinson's disease [62, 63]. This is a specific concern for aging patients as those in geriatric populations are more likely to suffer repeated head trauma or multiple falls. Additionally, individuals with Parkinson's disease are at increased risk for suffering TBI secondary to their increased risk of falling.

Such patients may be at risk for more unfavorable secondary outcomes affiliated with depleted dopamine (DA) neurotransmitter systems that occur with Parkinson's disease [64]. Post-TBI changes occur in CNS-DA levels that are secondary to multiple mechanisms [65, 66]. Long-term changes in the dopamine transporter, as well as changes in other dopamine system proteins are seen in the cortex and striatum. These changes are attended by changes in postsynaptic secondary signaling and presynaptic dopamine synthetic enzymes post-TBI [67]. In the normal course of advancing age, the concentration of dopamine transporter within the basal ganglia ebbs. This occurs more quickly in individuals with Parkinson's disease.

Patients with Parkinson's disease commonly need frequent increases in medication dosage in acute and sub-acute time periods post-TBI. Geriatric patients also frequently present with symptoms seen in Parkinson's disease, even if they did not have these symptoms pre-TBI.

## SIGNS/SYMPTOMS

### Glasgow Coma Scale

The Glasgow Coma Scale is the major scale for determining extent and severity of insult, and for determining the depth and duration of coma, as based on verbal performance, motor responsiveness, and eye opening to the appropriate stimuli. The GCS offers practitioners the opportunity to gauge the impact of damage related to the primary insult as well as ongoing and evolving damage as secondary insults present themselves. The scale is as follows:

Eye Opening Response:

4 Spontaneous – open with blinking

CONFIDENTIAL

3 To verbal stimuli, command, or speech

2 To pain only

1 No response

Verbal Response:

5 Oriented

4 Confused conversation, but with the ability to respond to questions

3 Inappropriate words

2 Incomprehensible speech

1 No response

Motor Response:

6 Obeys commands for movement

5 Movement with purpose in response to painful stimuli

4 Withdrawal from painful stimuli

3 Flexion in response to painful stimuli

2 Extension in response to painful stimuli

1 No response

The total score is then calculated by adding the individual scores from eye opening response, verbal response, and motor response and head injuries are classified as follows: A GCS score of 13 – 15 signifies minor head injury; a GCS score of 9 – 12 signifies moderate head injury; and a GCS score of ≤ 8 signifies severe head injury.

Source: [68]

A patient is considered comatose if he or she has a GCS of 3 – 8, has no eye opening, no verbalization of words, and does not have the ability to follow commands.

### Glasgow Coma Scale – Modified for Pediatrics

Children who have suffered TBI must be treated differently than adults. The Glasgow Coma Scale has also therefore been modified for the evaluation of children and is scaled based on the age of the child, as follows:

EYE OPENING:

≥1 year:

NETCE0006211

4 Spontaneously

3 To verbal command

2 To pain

1 No response

0 − 1 year:

4 Spontaneously

3 To shout

2 To pain

1 No response

BEST MOTOR RESPONSE:

≥1 year:

6 Obeys

5 Localizes pain

4 Flexion withdrawal

3 Flexion abnormal

2 Extension

1 No response

0 − 1 year:

5 Localizes pain

4 Flexion withdrawal

3 Flexion abnormal

2 Extension

1 No response

BEST VERBAL RESPONSE:

>5 years:

5 Oriented and converses

4 Disoriented and converses

3 Inappropriate words

2 Incomprehensible sounds

1 No response


0 – 2 years:

5 Cries appropriately, smiles, coos

4 Cries

3 Inappropriate crying or screaming

2 Grunts

1 No response


2 – 5 years:

5 Appropriate words and phrases

4 Inappropriate words

3 Cries or screams

2 Grunts

1 No response

The total score is then calculated by adding the individual scores from eye opening, best motor response and best motor response. A GCS score of 13 – 15 signifies minor head injury; a GCS score of 9 – 12 signifies moderate head injury; and a GCS score of ≤ 8 signifies severe head injury.

Source: [69]

**Assessing Signs and Symptoms in Mild TBI**

While mild TBI may also be assessed utilizing the GCS, patients who sustain mild TBI are more likely to either have a GCS of 13 -15, or they are unlikely to score on the GCS at all.

Symptoms of patients with mild TBI may still be assessed on a scaled system however. One such system is the Post-Concussion Symptom Scale (PCSS), which is designed to identify common mild TBI symptoms across 4 categories: cognitive, physical, emotional, and sleep [70]. Each symptom is rated from 0 – 6, as follows:

0 no symptoms

1 minor symptoms

2 annoying symptoms

3 moderate symptoms

4 more significant symptoms

5 intense symptoms that are disruptive to basic functioning

6 unbearable symptoms

It is recommended that the PCSS be administered to patients in addition to gathering a detailed patient history. Further, it is recommended that the PCSS be administered to patients repeatedly over the 72 hours immediately following the injury to assess worsening of symptoms and potential cascade of secondary insults [70].

**Signs/Symptoms Following TBI**

It is not unusual to have symptoms following TBI. There are symptoms that are common following TBI. These include dizziness, headache, anxiety, emotional or physical problems, and fatigue [71]. The symptoms generally occur immediately or manifest within days post-TBI.

These symptoms are often problematic because they are chronic and may interfere with the ability to return to activities that were previously enjoyable. Additionally, patients are not always monitored regularly by healthcare practitioners once their condition moves out of the acute phase. It is important to engage in regular monitoring for acute conditions and/or to be aware of the symptoms that may occur post-TBI in order to treat them effectively and in a timely manner.

Physical Symptoms Post-TBI:

Some of the most common symptoms post-TBI are dizziness, headache, neck pain, disruption of sleep, and disruption of vision and postural control [72]. More than one factor may lead to these symptoms.

One factor that leads to these symptoms is the mechanism of the injury. An example of the mechanism of the injury would be the acceleration and deceleration forces at play in a motor vehicle accident. Headache is the most common physical complaint post-TBI. Up to 90% of those individuals who have sustained TBI will experience headache symptoms very soon post-trauma, and 44% will still suffer headache 6 months post-trauma [73]. Neck pain is often experienced along with headache and is most often seen in those with acceleration/deceleration injuries. An example of an injury in which neck pain would be common would be a TBI sustained in a motor vehicle accident in which the head was thrown violently forward and then back.

Patients may also suffer dizziness, disruption of sleep, and disruption of vision. While these symptoms generally decrease as time from injury increases, one study found that patients' physical symptoms continued at 6 months post-trauma [74].

Emotional Symptoms Post-TBI:

NETCE0006214

Emotional symptoms such as anxiety, irritability, and depression may be found post-TBI, even in those with mild TBI. Irritability and anxiety were among the top 5 symptom complaints in one study [75]. Panic disorders occur at higher rates [76] in those who have sustained TBI than in the general population. Post-traumatic stress disorder (PTSD) is common in those with mild TBI [77].

It is important for practitioners to remember, however, that these conditions and symptoms may exist prior to injury. Further, there are certain factors that can increase the likelihood of experiencing some of these symptoms. For instance, factors that lead to a greater likelihood of experiencing PTSD include co-morbid depression, stress, anxiety disorders, and substance abuse. Practitioners should obtain a full patient history and examine all factors when observing and diagnosing symptoms.

Cognitive Symptoms Post-TBI:

Common cognitive symptoms post-TBI are difficulty paying attention, memory problems, concentration issues, and difficulty with problem solving and executive function. Patients in the first several months post-TBI have more difficulty with memory and attention than do healthy patients [78].

It is important for practitioners to pay attention to cognitive difficulties in those who have sustained TBI as they manifest themselves as the patient is working to recover. Some patients are unable to effectively manage their symptoms or self-monitor, to plan appropriately or to remember how to do tasks correctly. This may impede recovery, and this is often seen even in patients who have sustained mild TBI.

**DIAGNOSIS**

While the basic mechanisms of TBI are easily classifiable, each TBI trauma is unique and patients react differently when it comes to response to both primary and secondary insults.

The main method for identifying concussion or non-penetrating TBI hinges on patient self-reporting or on witness reporting that an insult has occurred. More serious TBI injuries generally depend on witness reporting. Further, the injured individual must have symptoms such as dizziness, headache, loss of consciousness, vomiting and nausea, and confusion.

**TBI**

In any TBI, the practitioner must first determine the circumstances of primary damage. The primary injury can be either diffuse or focal. Focal injuries are customarily caused by direct impact to the head. These generally result in vascular injuries, cortical contusion, and hemorrhage that is accompanied by ischemia. Diffuse injuries are customarily caused by acceleration-deceleration forces that lead to diffuse axonal damage [25].

Severity may be determined by trauma assessment. Initial trauma assessment is generally conducted by emergency personnel or by physicians similarly to the way trauma assessment is conducted on any patient who has endured trauma: the patient is assessed according to the Glasgow Coma Scale (GCS), and assessment of the cranial nerve reflexes, which includes an assessment of pupil size and reactivity of the pupils, corneal reflex, and gag reflex, and a motor examination.

The Glasgow Coma Scale classifies TBI as mild, moderate, or severe injury [79]. It offers a quick assessment based on the level of consciousness present in the patient, as well as

coherence, which is determined by pupil responses. Additionally, verbal and motor capabilities are assessed.

The Glasgow Coma Scale offers emergency personnel and physicians a standardized way to quickly triage a patient. However, it is not without complications in its usage. Other injuries, breathing apparatus, and age may interfere with motor and verbal responses and may skew results. Additionally, medication that the patient is taking may affect validity of the results. Therefore, it is important that those who administer this test be alert for the presence of other injuries and gather a full medical history of the patient.

Another assessment used by doctors, is the Acute Concussion Evaluation (ACE) form. This assessment is part of a kit developed by the Centers for Disease Control and Prevention. The kit's check list includes symptoms such as changes in cognitive, physical, emotional, and sleep characteristics post-trauma. It also includes risk factors such as previous concussions, migraine headaches, ADHD and psychiatric history. One aspect this assessment takes into consideration is changes in cognitive and physical activity upon exertion, with the consideration that there are some symptoms that may not manifest without exertion.

A physical exam is also administered to assess for concurrent cervical spine injury. From there, practitioners must be alert for ever-evolving secondary insults. If a patient is determined to be comatose, which is indicated by a score of 8 or lower on the GCS, duration of coma and post-traumatic amnesia (PTA) upon waking from coma offer reliable indicators of the extent of brain injury.

PTA is not uncommon upon waking from a comatose state [80]. The hallmark characteristics of PTA are confusion, lack of behavioral control, the inability to form new memories, and disorientation when referring to time, people, and places. PTA may last for under an hour, but it may also last for weeks or months as well.

**Mild TBI**

Mild TBI falls onto a very broad spectrum. Mild TBI can range from mild neurometabolic brain changes that have rapid recovery time to permanent problems that come as a result of structural brain damage. Mild TBI doesn't necessarily typically cause brain damage, but it is errant to assume that it cannot cause brain damage. Given the broad spectrum mild TBI falls on, mild TBI is a very individualized injury and must be treated as such. It is essential to determine the existence of mild TBI because mild TBI may have severe adverse effects: after mild TBI many patients are in fact unable to resume many normal activities, such as working [81]. Effective post-traumatic diagnosis and treatment may help patients resume normal activity more quickly.

The majority of people who sustain mild TBI recover quickly and fully. However, there are some who sustain mild TBI who have long term problems and require long term care. Long term problems may be caused either by the primary insult, by secondary factors, or by pre-existing or co-existing factors that cause or exacerbate problems. These pre-existing or co-existing factors may include – but are not limited to – factors such as pre-existing health or mental conditions, chronic pain, and personality characteristics. It is essential for practitioners to consider these and other factors that can cause or exacerbate problems after mild TBI in order to determine extent of damage to the person's brain and if there is permanent damage.

It is also important for practitioners to determine if the injury is a complicated or uncomplicated mild TBI. This can be determined by utilizing the following rule [82]:

NETCE0006216

- Complicated mild TBI is noted as having structural abnormality that is visible on neuroimaging
- Uncomplicated mild TBI is noted as having normal neuroimaging

Diagnosis of complicated versus uncomplicated mild TBI may be accomplished with a computed tomography (CT) scan.

There are further diagnostic criteria for of both of these:

Complicated Mild TBI is diagnosed if:

- The person has a GCS score of 13 – 15 but still shows brain abnormality of some kind, such as hematoma, contusions, or edema on CT or MRI; or
- If the person has a skull fracture

Uncomplicated Mild TBI is diagnosed if:

- The person has no intracranial abnormalities and no skull fracture
- All other criteria for severity must also be in the mild range

Concussions are considered mild TBIs. This is the general diagnostic term utilized for mild head injuries sustained in sports and are usually associated with good recovery. However, concussions are on a spectrum, as are other head injuries in the mild TBI range, and it is essential for practitioners to know patient history when offering treatment.

**Traumatic Brain Injury in Sports**

The most common TBI injury in sports is concussion, which is considered a mild TBI. Concussion occurs on a spectrum, however, and should never be taken lightly, as concussion injury may be serious.

Injury to the brain that is sustained on the athletic field is usually diagnosed first on-site:

A more recent addition to the grouping of on-site testing for neurological impairment is the King-Devick test for concussion [83]. This assessment does not test for TBI, but rather has been indicated as a useful method for examining athletes for concussions that result from sporting injuries.

This assessment evaluates attention, impaired eye movements, and language. The test is not quantitative; however, it may be a good starting point for on-site evaluation for sporting injuries because it can be performed by operators that are not technically trained in the administration of such medical assessments. Athletes can then be evaluated more fully by trained medical personnel.

An additional neurocognitive test, the ImPACT (Immediate Postconcussion Assessment and Cognitive Testing) has been utilized by sporting organizations for evaluations post-concussion. This test evaluates cognitive function and is a useful tool in evaluating the individual's ability to return to the playing field [84, 85]. However, in order for this test to be accurate, a baseline assessment prior to head injury has to have been performed in order to assess for changes in memory, attention, or thinking ability. There have been concerns expressed about the validity of results from this kind of test because results may be affected by stress, fatigue, or medication [86]. Therefore, the test might be more useful in monitoring recovery post-concussion as opposed to providing an initial diagnosis.

**Traumatic Brain Injury in the Geriatric Population (crownover)**

There are increasing numbers of geriatric patients being admitted to emergency rooms and ICUs with TBI injuries [87]. Over 323,000 of the 1.7 million TBI injuries each year involve people older than 55 years of age [88]. Adults that are 75 years of age or older have the highest rates of hospitalization and death related to TBI in the United States [88]. Elderly individuals have a lower GCS on presentation to a hospital setting, an increased likelihood of midline shift on computed tomography (CT), and a greater likelihood of suffering a fatality following TBI [89, 90]. Geriatric patients also have a greater number of chronic diseases with lower physiologic reserve for organ systems other than their brains [87, 90, 91]. However, each is an independent predictor of less favorable outcomes post-TBI [87, 92].

Those in the geriatric population tend to have worse overall outcomes with lower functional independence physically and cognitively post-TBI. This results in longer stays in acute and non-acute settings and an increased percentage of discharges to long-term care facilities, regardless of the severity of TBI [93, 94]. The length of stay and cost also are higher with elderly patients as well [93, 95] in inpatient facilities. Therefore, it is essential that practitioners understand the unique needs of geriatric patients.

**Traumatic Brain Injury in Neonates, Children, and Adolescents**

Childhood TBI may have marked implications for later development and quality of life, especially when injury is severe or results in disability [13].

Diagnosing and treating TBI in a young and developing brain is different than diagnosing and treating TBI in the adult brain.

Some observations must first be made. First, there is evidence that TBI in childhood has effects that are more serious and may persist longer than do similar insults seen in adults. The increased vulnerability found in children may be a result of the immaturity of the young brain. Additionally, there is potential for early injuries to disrupt ongoing development of the brain and related cognitive development [13, 96, 97] While further research is needed in this area, practitioners should exercise caution in their approach of TBI in children and keep in mind that having seen the same injury in an adult does not necessarily mean that injury will respond similarly when sustained by a child.

Additionally, while the young brain is elastic and not fully developed, it reaches various points of development at different ages. Therefore, youth of different ages typically tend to sustain TBI in different ways, and general stage of development must be taken into account.

Overall, three main factors [98] may influence outcome following trauma to the developing brain and central nervous system:
1. The stage of development at which populations of glia and neurons are at the focal point of injury;
2. The stage of development of white matter of the brain;
3. The effect of injury on subsequent development of integrative networks in the brain

Falls are common injuries in children. Children who are learning to walk, as well as children who are in the first 4 – 5 years of life will often fall, although these falls are frequently of short distances, approximately of their own height. Exceptions to this are falls down stairs or from play equipment such as swing sets, or from trees or out of windows. Clinical distinctions are made between falls of short distances (less than 6 ft.) and long distances (greater than 6 ft.) Children who sustain short falls almost always only sustain contact injuries to the body or scalp and do not experience a loss or consciousness or brain injury. However, between 1% – 3% of patients may sustain linear skull fractures in short falls [99].

NETCE0006218

Of this number, less than 1% may suffer subdural or epidural hematoma. Falls of long distance indicate greater risk of TBI because the risk of acceleration/deceleration injury is increased. The patient may have multiple fractures, as well as subdural hematoma and subarachnoid hemorrhage. Injury to the white matter of the brain could occur if there is rotational or angularly movement of the head at the moment of impact. Slightly older children are more likely to sustain falls from bicycles, animals such as horses, skateboards, from trees, or out of windows. There is still a high risk of injury to the white matter of the brain if rotational or angular movement of the head occurs at the moment of impact.

As adolescents, youngsters are frequently involved in motor vehicle accidents, as drivers, passengers, and as pedestrians being struck by vehicles [17]. Additionally, adolescents are more likely to sustain TBI as a result of contact sports and may suffer concussions with loss of consciousness.

During concussion on up through moderate and severe TBI, traumatic axonal injury occurs. The severity of injury may be correlated with how many nerve fibers are injured [100].

As youngsters enter late adolescence, they are increasingly more likely to sustain TBI as the drivers of motor vehicles as they obtain drivers licenses. The pathology of the injured brain in older adolescents in comparable to that of the adult injured brain.

**Traumatic Brain Injury in Military Populations**

TBI is considered the classic wound of military populations [101, 102, 103, 104]. Research indicates that military populations suffer greatly from blast trauma in particular, and there is a large amount of recent literature examining casualties of war resulting from TBI, specifically from Iraq and Afghanistan [105, 106, 107].

Improvised explosive devices (IED) are the primary cause of blast trauma death in civilians and military personnel in war zones [108]. In high conflict regions such as Afghanistan, Iraq, Pakistan and Vietnam blast trauma accounts for at least 35% of all TBI related injuries [109]. Blast trauma casualty is not isolated to these regions, however, since urban warfare perpetrated by terrorist groups has risen in the rest of the world [110].

TBI sustained by military populations may differ from TBI sustained by civilian populations, although the extent to which a difference exists, and what that difference may be, is currently unknown [27]. However, soldiers deployed in combat locations are more likely to suffer blast TBI and penetrating TBI than are civilians located in non-combat locations. TBI resulting from blast trauma is also known to be qualitatively different from TBI sustained in injuries such as sporting injuries [111].

Blast trauma that is directly linked with TBI may be classified as:

1. Primary trauma with associated barotraumas and ambient pressure, with ensuing blast waves that results in concussion, gaseous embolisms, diffuse axonal injuries, infarction, and subdural hematomas.
2. Secondary trauma (penetrating injury), with penetration of the brain by projectile fragments as a result of blast waves.
3. Tertiary trauma (impact injury); injury that results from ejection or blast wind velocity to nonmoving objects [24]

Recent studies estimated that approximately 10% - 20% of troops returning from Operation Iraqi Freedom and Operation Enduring Freedom tested positive for a probable TBI [112, 113]. Further, soldiers suffering from mild TBI often find that TBI is complicated by post-traumatic stress disorder (PTSD), although exact incidence of comorbidity as compared to

NETCE0006219

civilian populations is not known, since studies of civilian populations with TBI do not usually include post-traumatic stress disorder as a measure.

However, the issue of post-traumatic stress disorder must not be minimized in military populations, because its effects may create a distinct and unique sensitivity to the impact TBI has. For instance, PTSD may cause sleep disturbances, which can aggravate TBI secondary insult.

TBI in military populations is assessed much the same way it is in other populations. The Glasgow Coma Scale is used for initial assessment.

Another assessment, known as the MACE (Military Acute Concussion Evaluation) is utilized by the US Department of Defense in its initial screening of military personnel. Some concerns have been raised that there is a possibility that some military personnel memorize the answers to this assessment so that they may pass the test to return to duty while still injured. This raises concerns regarding the effectiveness of this test. Further, this indicates deep implications regarding the safety of the military unit in question.

A more recent neurocognitive test, the ANAM (Automated Neuropsychological Assessment Metrics) has been utilized by the military to evaluate personnel post-concussion for cognitive function. This test evaluates cognitive function and is a useful tool in evaluating the individual's ability to return to active duty [114, 115]. There have been concerns expressed about the validity of results from this kind of test because results may be affected by stress, fatigue, or medication. Therefore, the test might be more useful in monitoring recovery post-concussion as opposed to initial diagnosis.

A look to the future:

The military is on the cutting edge of development of medical assessment and treatment tools for TBI. Prompted by the increase in IED related blast trauma in war zones, the military has worked to develop tele-medical systems that are more effective at providing neurological assessment treatments, intervention behavioral therapy, and occupational and physical rehabilitation. The care systems of the future would include robotic neurosurgery, cloud computing, telecoms location and neurosurgery, and tele-rehabilitation and home care.

In a technological age, virtual systems are becoming increasingly important in a drive to integrate care processes that will optimize the cognitive and functional outcomes of patients. These care systems will serve to support TBI patients regardless of constraints on space and time, and they will do so through the deployment of wireless architecture, intelligent care applications, and GPS managed mobile networks.

Area that continue to evolve, and that will do so as well in a virtual system, is advanced diagnostics, diagnostics utilizing biomarkers, and genotyping that will lead to efficient identification of pathophysiological developments as they occur with TBI. Risk classification tools that assist with assessing prognosis will also continue to evolve, as well as quality assessments tools and evidence-based national and international guidelines.

The military is working at improving neuroprotective technologies to minimize the intensity and to prevent the cascade of secondary insults that occur during TBI by focusing on neural plasticity and regeneration and replacement of lost cells [109].

Also, being considered are interactive video teleconferencing and remote cognitive assessment systems, which will help in quickly assessing reaction time, mood, variations in memory, and will help facilitate tele-neuroconsultations.

NETCE0006220

All of these technologies will assist in bringing intensive care teams into the field remotely to help identify TBI. There are many advantages to these systems. They are efficient and they offer many individuals sustainable access to the best care. They also offer continuity of care, even with geographical constraints. They help prevent unnecessary or risky evacuations in dangerous areas, while still offering care. Essentially these systems help facilitate recovery, as well as rehabilitation and emphasize social reintegration by offering a remote team of specialists to the injured individual without him or her ever having to leave his or her home or location.

## Clinical History

It is important for practitioners to note whether or not patients who have suffered TBI have a history of previous or multiple TBI, as these may both affect outcome. It is essential that each occurrence of TBI be recorded and that there be an accurate and accessible patient history detailing TBI occurrence to allow for careful treatment of the current TBI.

It is also essential that practitioners gather a full psychiatric history [116]. There are common psychiatric disorders that may result from TBI injury; however, many of these disorders may exist pre-trauma and it is important to be able to rule out whether the disorder is pre-existing, post-trauma, or perhaps contributing to other difficulties post-TBI.

## Examination

Should symptoms and assessments show a possible concussion, practitioners should then further evaluate utilizing imaging of the head and brain. Computerized axial tomography (CAT or CT) are utilized to detect large hemorrhages, skull fractures, and hematomas [117]. While CAT scans may be beneficial in locating injury in the brain region in severe or moderate TBI, they are often not beneficial in mild TBI injuries, where there is no obvious injury to the brain [118].

Magnetic resonance imaging (MRI) may be employed to observe fine resolution, as well as offer more information on the brain tissue. However, it is not often performed as there are many drawbacks, which include complications stemming from metal shrapnel lodged in the body, patient intolerance or claustrophobia in the device, or the length of time needed to complete the test. However, there are recent newer techniques utilizing MRI that can detect microscopic damage to the brain. Susceptibility-weighted imaging (SWI), diffuse tensor imaging (DTI), magnetic resonance spectroscopy imaging (MRSI), as well as other techniques have shown promise [119].

SWI is frequently used to detect hemorrhage. DTI is more often used for edema quantification and to identify axonal injury. MRSI is utilized to measure brain metabolites, as well as a variety of biochemical processes at a cellular level. These imaging techniques are very sensitive; however, they are limited by factors that include size, availability, cost, and a need for trained operators.

Imaging itself is considered the gold standard for diagnosing TBI [120]. Therefore, there is an ongoing need for sensitive, specific, and rapid diagnostic tests that may be used for on-site, as well as follow-up, patient care.

There are a number of emerging imaging techniques that are being considered for use to increase speed and sensitivity of testing. Among these are multi-slice CT, volumetric MRI analysis, magnetization transfer imaging, functional MRI, and hyperpolarization scanning. However, while research is examining these techniques, CT continues to be the mainstay

test for screening for TBI, primarily due to its speed and the ability to reproduce results [121].

## Investigations

At present, there is no objective diagnostic blood test to indicate TBI injury. However, there is a significant drive to develop testing to assess biochemical markers that could be utilized in deciding type and severity of TBI [120].

## TREATMENT

Treating TBI aggressively, even severe TBI, is considered to be a cost-effective choice for patients of any age, including geriatric patients [122]. Practitioners must be observant of symptoms stemming from both the primary and secondary insults and treat all accordingly.

### Pre-hospital Treatment of TBI

Early identification of severe TBI at the scene of an accident with appropriate assessment, treatment, and transportation to an appropriate treatment facility may lower the risk of secondary insults and ongoing long term care. There are several key treatment factors to observe:

Oxygenation and blood pressure:

Research has shown that endotracheal intubation decreases the risk of death for patients with severe TBI from 50% to 23% [123]. Short acting neuromuscular blockade may be safely used at the accident scene to help facilitate endotracheal intubation. If there are no signs of cerebral herniation, ventilator assistance after intubation should be administered at a respiratory rate of approximately 10 breaths per minute for adults, approximately 20 breaths per minute for children, and approximately 25 breaths per minute for neonates.

Shock should be avoided; however if the patient is in shock, the condition must be rapidly diagnosed and treated [124, 125] and appropriate blood pressure restored. A common underlying cause of hypotension is hemorrhage. The administration of intravascular fluid is the most effective way to restore blood pressure.

Hyperventilation:

Hyperventilation may lower acutely increased intracranial pressure. Controlled hyperventilation is utilized. Hyperventilation may be useful on a transient basis should the patient show obvious signs of cerebral herniation after correction of hypoxemia or hypotension [126]. The signs of cerebral herniation are dilated, fixed, or asymmetric pupils and motor responses or no movement when unpleasant stimuli are applied. When such signs are present in a patient with TBI, hyperventilation may be utilized until arrival at the hospital, at approximately 20 breaths per minute for adults, approximately 30 breaths per minute for children, and approximately 35 breaths per minute for neonates.

Transportation and care decisions:

A well-organized emergency care and medical services system improves the outcome for patients with severe TBI. If patients are directly transported to a qualified trauma facility with adequate resources, outcome improves. If appropriate information is obtained by emergency personnel when a call is made to emergency services and the probability and extent of TBI can be assessed prior to arrival, outcome improves. Additionally, length of

NETCE0006222

time from dispatch to arrival at the scene of the accident makes a great difference in outcome.

The value of emergency medical services in general should not be underestimated. For example, in a comparison study of risk of death and use of emergency medical services in both the United States and India, the risk of death in India was twice that of the U.S. There was a correlation drawn to the usage of emergency medical services: ambulances were called 0% - 5% of the time in India, while ambulances were called 84% of the time in the U.S. Patients also took much longer to arrive at the emergency room than they did in the U.S. These factors translated into a significant difference in outcome [127].

Patients with severe TBI have more favorable outcomes overall if they are treated pre-hospital within a trauma system that includes appropriate pre-hospital care and triage, transport, and admission into qualified trauma centers or emergency departments. In rural areas, appropriate transport may include helicopters that take the place of vehicles in order to transport patients more quickly to trauma centers. The choice in transport is often life-altering and makes a critical difference in outcome.

Patients who have sustained major TBI should be transported to a facility that has a qualified trauma unit in whatever instances it is feasible. Not only is survivability better in these instances that patients are seen in fully equipped and qualified trauma units, but patients with severe injuries face better overall outcomes if they are promptly seen in qualified trauma units than if they are see in ordinary emergency departments. Additionally, it is also important to note that patients also face better outcomes if they are promptly seen in qualified trauma units than if they are first treated in local hospitals and then transferred to emergency or trauma units [128]. This is because trauma centers have the appropriate facilities, equipment, and staff available for the immediate care of serious and critically injured patients.

For a trauma center to be considered qualified for a patient who has suffered severe TBI, the center must have 24 hour availability of an operating room, a computer tomography (CT) scanner, neurological treatment specialists, intracranial pressure monitoring, and personnel experienced in the critical care management of intracranial pressure.

**Hospital Treatment of TBI**

Once a patient has been admitted to the hospital, there are guidelines that must be followed to manage treatment and to help ensure the most favorable outcomes possible. Guidelines to be considered are:

Variability in management of care:

There is great variation in practical patient care in patients who have suffered TBI even within the same country that may have a serious impact on the final outcome. For example, in the United States, one survey [128] of trauma centers indicated that intracranial pressure monitoring was utilized routinely in only 28% of hospitals. Since TBI has a primary component and a secondary component that evolves over time, there is every indication that a difference in care would make a difference in outcome, so measures such as monitoring of intracranial pressure to alleviate or help avoid secondary insults would be beneficial and should be broadly adopted. Given this indication, guidelines for the management of serious head injuries were developed due to the variability of critical care management in the U.S. [128].

Neurosurgical operations:

Stable patients who have sustained TBI should be analyzed by CT to determine if there are subdural or epidural hematomas that require surgery. Acute subdural hematomas are associated with high mortality and poor outcome if they are removed more than 4 hours post-trauma; however, if they are removed earlier the outcome greatly improves. This not only lends support for standardization of the use of CT across treatment centers, it also lends support to the idea that rapid transport to a qualified trauma facility is beneficial and produces more favorable outcome.

In-hospital monitoring of intracranial pressure:

Increased intracranial pressure (ICP) may cause a reduction in cerebral perfusion. This is a definitive factor in secondary injury and makes monitoring and treating increased intracranial pressure of utmost importance. Doing so effectively increases the likelihood of a favorable outcome.

The current methods for monitoring of ICP are subdural, parenchymal, epidural, subarachnoid, and ventricular locations. A ventricular ICP catheterization has in the past been used as the standard preferred technique when feasible because it is an accurate, reliable, and cost-effective way to monitor intracranial pressure [129].

The normal range for intracranial pressure is 5 -15 mm Hg [130, 131], and treatment should be initiated at the upper limit of normal, which is considered 20 -25 mm Hg. Some advise utilizing the 15mm Hg measurement as the upper limit, and to start treatment when pressure reaches 15 mm Hg [128].

Management of CPP:

When CPP is maintained above 70 mm Hg, mortality is significantly reduced in patients who have suffered TBI. If CPP is below 70 mm Hg, alpha agonists – for example, norepinephrine – may be used to raise the mean arterial blood pressure. This in turn increases the CPP.

Prior to managing CPP, practitioners should ensure that the patient has a normal blood volume by placing a central line.

There is no evidence that outcomes improve if CPP is maintained at levels higher than 70 mm Hg. However, outcome is less favorable if CPP is very low, as low CPP contributes to the cascade of secondary insults.

**Neurorehabilitation**

Neurorehabilitation is the basic term utilized to describe the general rehabilitation of those individuals who have functional impairments as a result of an injury or disease that has affected the central nervous system (CNS) [132].

Rehabilitation for TBI may be provided in a variety of settings, including acute and subacute facilities, home care, or outpatient care. The appropriate location for rehabilitation depends on a number of factors, including the severity of the initial injury, the affiliated impairments, the level of need for ongoing medical care, and the length of time that has passed since the initial injury.

Transfer to a rehabilitation setting is generally considered once a patient with TBI has been stabilized and no longer requires intensive care treatment on a continuous basis. However, certain criteria must be met for admission to an acute care facility [132]. These include:

NETCE0006224

- Medical complexity requiring specialized nursing expertise in rehabilitation and that a physician be present around the clock.
- Reasonable expectation that there will be improvement in function and discharge into the community within a reasonable amount of time.
- Deficits in function that require a minimum of 3 hours of specialized rehabilitation therapy.

Those who don't meet the criteria but who still cannot return home because they suffer TBI related impairments are to be considered for admission to a subacute rehabilitation program. Subacute rehabilitation programs provide less intensive medical and nursing intervention

Home care is intended for individuals who no longer require treatment in an acute or subacute facility.

Outpatient care may come in a variety of forms. Outpatient care may be a group the individual attends to assist in re-socialization post-TBI, it may be individual counseling sessions, or it may be continued doctor or rehabilitative treatments the patient receives on an ongoing basis to assist in recovery.

Recent research [133] has indicated that patients may be well served by receiving rehabilitative treatment that starts early after injury and continues uninterrupted until it is no longer needed. Patients who received early onset treatment in the acute phase and a continuous course of rehabilitation had better outcomes, as measured by the Glasgow Outcome Scale Extended (GOSE) and the Disability Rating Scale (DRS), than did those whose treatment started late.

### Treatment of Mild TBI : Early Intervention Programs

Early intervention is essential in people who have suffered a mild TBI, as early intervention, education, and assurance of a good outcome may reduce frequency of post-mild TBI symptoms such as amnesia, headache, and fatigue [82].

The main goal of early intervention programs is to promote uneventful recovery and the resumption of normal activities, such as the return to work. Early intervention programs offer patients educational materials and assessments such as neuropsychological testing, meetings with a therapist, and access to a team that will help in their recovery. Education efforts are aimed at providing information regarding symptoms, likely recovery times, course and reassurance of recovery, and suggested coping strategies to deal with post-mild TBI symptoms [134].

### Drug Treatment for TBI

Drug treatment for TBI is not standardized, and there are no suggested dosages provided by the Physicians' Desk Reference [135], due in part to the heterogeneity of TBI pathology as well as the fact that the FDA has not approved the drugs that are often used for conditions arising from TBI for such purposes.

- Sympathomimetics
  - These medications are commonly used for treating ADHD and hold a risk of abuse. They therefore must be closely monitored. There are also questions of the viability of their use at all in patients with a history of stimulant abuse [136]. When administered in a specified sequence and in low doses, however, they may help increase focus and awareness in individuals who are suffering TBI related cognitive impairments.

CONFIDENTIAL

- Anti-Inflammatory Drugs
    - o Anti-inflammatory drugs may lead to better functional outcomes. One study
      [137] utilizing the drug carprofen (a COX-2 inhibitor), found that the drug
      reduced lesions in the cortex and decreased water content post-TBI.
- Drugs for Secondary Conditions:
    - o Insomnia
        - ▪ Medications that are currently used include ramelteon, which is a
          melatonin receptor agonist that has been approved for long-term use
          for chronic insomnia, and the nonbenzodiazepine hypnotics (zolpidem,
          zopiclone, eszopiclone, zaleplon), which act on the $\Omega$-1 benzodiazepine
          receptor that is located in the GABA receptor complex. All of these are
          indicated for sleep onset insomnia. However, usage of benzodiazepine
          hypnotics are not recommended for habitual use post-TBI [138].
            - • Zolpidem
                - o this medication has an onset of 30 minutes and a
                  midrange half-life. This medication is also available in an
                  extended release formula.
            - • Zopiclone
                - o this medication has a midrange half-life. this medication
                  is not available for use in the United States.
            - • Eszopiclone
                - o this medication has a long half-life, and it is approved to
                  be used long-term
            - • Zaleplon
                - o this medication has a short half-life, and an onset of 14
                  to 30 minutes, which means it may be used in the
                  middle of the night as it is needed
    - o Narcolepsy and Post-Traumatic Hypersomnia (PTH)
        - ▪ Modafinil is sometimes used in the treatment of narcolepsy, and PTH
          post-TBI. Research is inconclusive on the efficacy of this medication in
          treating these conditions in patients who have suffered TBI. Modafinil
          in dosages of up to 400 mg per day did not show improvement in
          subjective sleepiness or in fatigue in patients who had sustained TBI
          [139].

**Essential Treatment Rules:**

- It is essential to understand how the person has been affected by TBI as a unique
  individual, as opposed to generalizing across the spectrum of TBI. Practitioners
  should take a multidisciplinary approach and pull treatment options from a range of
  therapeutic sources.
- When possible, practitioners should try to corroborate facts with those close to the
  person who has suffered TBI. Individuals who have sustained TBI often have
  problems with memory or misinterpret events. However, not all individuals who have
  sustained TBI have these problems, and even if they do, their concerns regarding the
  course of events must be given serious audience even if they aren't historically
  accurate.
- Practitioners and family and friends alike should start by offering more support than
  the person who has suffered TBI may need, then gradually remove support. It is
  better to have too much support as those who have sustained TBI establish new
  routines and reacquaint themselves with their lives than to have not enough. Also, it
  is difficult to start with a minimum amount of support and to then add more support
  at a later time. Consistency of support is also essential; however.

CONFIDENTIAL

- Practitioners should take care to guide families in assisting loved ones post-trauma by providing adequate information, monitoring and support for the appropriate amount of time [140]. The Family Outcome Measure [141] can be used very early on to assess difficulties and to enable practitioners to offer proactive support. Counseling offers an effective tool to support family members as they help to reintegrate the individual who has sustained TBI.
- The practitioner should seek to record the individual's capacity clearly, as it relates to various aspects of the individual's life. The Mental Capacity Act of 2005 offers general assumptions of capacity; however, those individuals who have suffered severe TBI usually have some level of cognitive impairment that means making assumptions regarding capacity will be risky. Therefore, assessment is advised. Additionally, assessments offer opportunities for record keeping, which may help identify patterns in behavior, such as likely triggers of conflict.
- Even if an individual is considered to be low in capacity or to lack capacity in a specific area, they should be included in the process of making decisions about their own care.
- Practitioners must make certain that they are communicating in a clear way and keeping in mind the limitations of the person who has suffered TBI. For instance, some individuals have speech and language limitations, and tools such as an alphabet board must be used. It is essential that the use of jargon and complex words and sentences be avoided when speaking to patients, and that distracting stimuli be limited if possible.

**Major Treatment Issues to Consider Following TBI: Areas of Difficulty**

Individuals who have suffered any TBI may struggle with major treatment issues as they work to recover from their injury. Some of these include:

**Disability**

Physical disability is one of the most prominent areas of difficulty to consider after TBI. An individual's life may be dramatically changed by TBI. The type and extent of disability may vary, dependent on a number of factors; disability in patients is relatively unpredictable and may depend largely on factors such as severity of injury, genetics, or age, but each injury is ultimately unique to the individual [142].

The individual may experience paresis, which is muscle weakness. When this affects one side of the body this is called hemiparesis. When it affects both legs it is called paraparesis. When it affects both legs and both arms, it is called tetraparesis.

The individual may also experience spasticity, which is increased muscle tone. The problem with spasticity is that limbs may become extended or flexed to the point that they become painful. This condition is accompanied by spasms, and without exercise treatments the muscle fibers will shrink, which causes the limbs to contract. This condition is often overlooked by staff in non-specialist wards, especially when there are other concerns [80]. It is exceedingly problematic when the condition is overlooked, however, as this may create difficulties in future movement for the afflicted individual. For example, the patient may lose full range of motion in the afflicted areas, movements may become clumsy and uncoordinated, and skin hygiene in areas that are tightly closed becomes difficult.

Cognitive problems may also lead to deficits in movement, including the conscious ability to perform actions. This is called apraxia. Additionally, the individual may find they experience heightened sensitivity or lowered sensitivity (loss of the senses), due to either damage to the areas of the brain that process sensory information or to the sense organs themselves.

NETCE0006227

This kind of damage can make it difficult for individuals who have suffered TBI to safely and effectively navigate their environment.

Another physical problem some individuals suffer post-TBI is dysphagia, which is having trouble swallowing. This can lead to anxiety in eating and require the assistance of another person in feeding. Additionally, poorly trained feeding personnel may put the individual at risk of choking, aspirating, developing pneumonia, or dying. These risks also exist if the individual doesn't communicate their feeding needs well; for example, if the individual becomes embarrassed that the feeder is feeding them too quickly and says nothing.

**Problems Communicating**

It is not uncommon for people who have suffered TBI to develop problems with language and speech, such as aphasia or dysphasia. This includes understanding what is said and being able to read or write. These difficulties sometimes occur along with dyspraxia, a condition in which the person has difficulty organizing the sound sequences in words. This condition usually occurs in children, but may also manifest in older individuals after a person suffers TBI.

Patients may also find they are unable to coordinate the muscles required to speak, a condition referred to as dysarthria. Electronic keyboards may help with communication in this case, but these are not useful if the person also suffers from other speech related conditions that affect ordering.

Communication problems can prove very frustrating to both patients and caregivers and may interfere with treatment.

**Sleep Disorders**

It is quite common post-TBI for patients to have complaints about sleep disorders, and recent studies have shown that there is a high prevalence of disordered sleep in those who have suffered TBI. For instance, 47% of patients complain of sleeping problems, and more than half of patients who have sustained a TBI injury will complain about insomnia {138}. Patients may also complain about disorders that include features such as excessive sleepiness and circadian rhythm disturbance. Sleep disorders may have serious consequences on outcomes, secondary conditions, and overall well-being. Sleep and most specifically the rapid eye movement associated with sleep is thought to be involved with memory consolidation and learning [143, 144]. There are also known associations with such higher cognitive functions as insight development and decision-making. Sleep disorders may also result in added neurocognitive defects and impairments in function which can worsen the overall effect of the TBI. Some of these impairments may be attributed to the original TBI insult and left untreated; however, practitioners should be alert to the possibility of disordered sleep, and the effects it can have on the patient.

Some sleep disorders commonly seen in patients who have sustained TBI are posttraumatic hypersomnia (PTH), narcolepsy, obstructive sleep apnea (OSA), and periodic limb movements (PLMS) [145, 146, 147, 148].

Hypersomnia:

One of the most common complaints is excessive daytime sleepiness(EDS), which may be estimated by using the Epworth Sleepiness Scale (ESS). This scale is an eight item questionnaire, which is self-administered and is utilized to assess an individual's subjective sleepiness during the day. The individual rates their likelihood of dozing off in specific

situations on a scale of 0 to 3 [149]. There is also an objective measure which may be used, called the Multiple Sleep Latency Test (MSLT) [150]. This assessment involves a series of 4-5 naps set at 2 hour intervals conducted after a normal night's sleep. Individuals sleep while having EEG leads in place and sleep stages are recorded in 30 second intervals.

Narcolepsy:

It is not uncommon for patients who have suffered TBI to complain of post-traumatic narcolepsy. There is a possibility that the narcolepsy may have preceded the trauma or to have caused it [138]. Also possible is another condition, such as a brain injury that is not traumatic, for example, a tumor; these injuries have been known to cause narcolepsy as well. It is therefore conceivable that a TBI injury may trigger events that reveal narcolepsy in people who were at risk previously for developing it.

Posttraumatic hypersomnia:

Post-traumatic hypersomnia (PTH) is a sleep disorder marked by excessive sleepiness that occurs after a traumatic event that involves the central nervous system (CNS). One study of brain injured patients indicated that 30% of these patients suffered from PTH [7].

A diagnosis of PTH is made only when the following criteria are met:

- Excessive sleepiness starts only post-TBI.
- History and nocturnal polysomnography are utilized to exclude other causes of sleepiness.
- The patient has an MSLT score of <10 minutes [138].

It is essential that practitioners work to exclude other causes of excessive sleepiness in patients who have sustained TBI, including medications that may have sedative effects. These medications include anti-epileptic drugs which are frequently used in patients who have suffered TBI.

Hypersomnia as related to sleep disordered breathing:

Sleep disordered breathing refers to a group of breathing disorders that occur in sleep to varying degrees of severity [151, 152]. These disorders include obstructive sleep apnea (OSA), upper airway resistance syndrome, and central sleep apnea. The most widely studied of these disorders in patients who have sustained TBI is OSA. OSA is caused by the narrowing or complete occlusion of upper airway passages that is accompanied by an attempt to continue breathing despite increased resistance. These attempts result in intermittent hypoxemia, sleep disruption, and difficulty sleeping.

It is well-established that there is a correlation between cognitive impairment and TBI that increases with severity of injury [153]. Patients who have sustained TBI and also suffer OSA have a greater likelihood of impairment of cognitive function, particularly of sustained attention and memory when compared with patients who do not suffer from sleep disordered breathing [145].

Insomnia:

Insomnia is an ongoing difficulty with the initiation of sleep, sleep duration, and consolidation or quality of sleep that occurs despite an individual having had adequate time and opportunity for sleep. Insomnia results in some type of impairment while waking [151].

Insomnia can be a chronic condition post-TBI. Individuals who are hospitalized after having had a recent TBI are much more likely to indicate that they have difficulty initiating or maintaining sleep. Sleep difficulties may persist even after hospital discharge [154]. Even minor TBI may be associated with lower sleep quality and increased sleep interruptions when compared to pre-injury sleep quality [155].

Recent research has indicated that approximately 30 -- 50% of patients in an outpatient rehabilitation setting who have suffered TBI have sleep difficulties. Sixty-four percent of these patients indicate that they have early-morning awakening. Forty-five percent of these patients indicate that they have problems initiating sleep [156, 157]. This is compared to patients who have had non-neurological injuries. Individuals who have sustained TBI are more likely to have difficulty in falling or staying asleep.

Circadian rhythm disorders:

A minority of patients that present with insomnia may also present with a circadian rhythm disorder [138]. Circadian rhythm disorders are not as common in both the general population and in TBI populations. However, having sustained a TBI is an increased risk factor for developing a circadian rhythm disorder.

Periodic limb movements:

Periodic limb movements during sleep (PLMS) is a movement disorder that occurs during sleep that is characterized by slow rhythmic movements that occur predominantly in the lower limbs. Upper limb movements may also occur; however, these occur primarily during non-REM sleep. About 80% of patients who have restless leg syndrome (RLS) also have PLMS, but restless leg syndrome is a waking disorder that is characterized by subjective feelings of discomfort that are accompanied by the need to move extremities. RLS occurs later in the day and the evening and has the tendency to cause sleep onset insomnia. In contrast, periodic limb movements (PLMS) are a sleep disorder and have a tendency to cause sleep maintenance insomnia.

Other movement disorders:

Parasomnias:

The parasomnias most commonly associated with TBI is REM Sleep Behavior Disorder (RBD). Clinical RBD is typified by dream enactment, as well as the presence of REM sleep, with no normally occurring atonia. Subclinical RBD is described as polysomnographic detection of extreme REM sleep, as well as movement without the overt enactment of dreams [151]. A recent study indicated that parasomnias were the initial presenting complaint of 25% of patients with TBI with clinical or subclinical RBD being the most common [147].

Dreaming:

The research on dreaming in patients who have sustained TBI is conflicting. There have been reports that indicate that there is potential reduced REM sleep in patients who have sustained minor TBI [158, 159]. Early case studies have included reports that indicate a decrease in dreaming among individuals post-TBI; however, a more recent study that was based on patient self-report indicated that patients who have sustained TBI experience a change in the quality of dreaming as opposed to the quantity of dreaming. In a study with 51 subjects who have sustained TBI frequent dreaming that contained threatening content increased by 23.5%, while dreaming that contained sexual content decreased by 9.8%. post-TBI [160, 161].

CONFIDENTIAL

There are a variety of treatment options for sleep disorders. Treatment options for sleep disordered breathing include continuous positive airway pressure therapy. However, this treatment may not reverse hypersomnia neuro-cognitive deficits that follow. This failure may be due to persistent PTH post-treatment [138]. Cognitive behavioral therapy is also an option and has been shown to benefit patients who have suffered TBI and are also suffering insomnia [162]. Cognitive behavioral therapy has been indicated as a way to improve the emotional well-being of patients and lead to relaxation, which may help in the treatment of insomnia [163]. The treatment of post-TBI insomnia with drugs such as hypnotics has not been adequately studied; more research is needed, although up to 20% of TBI patients may already receive this treatment [164].

**Sexual Dysfunction**

After TBI, 50% of people indicate that they experience some form of sexual dysfunction [165]. The cause of these problems varies. For some people, the dysfunction was pre-existing, but the trauma lends new significance to the dysfunction and magnifies it. For others, sexual dysfunction can result from TBI injuries. One example of a TBI injury that may result in sexual impairment would be an injury that affects motor coordination. Another would be an injury that affects the senses, making an individual either hypersensitive or experience decreased sensitivity to touch.

Other factors may also affect sexual performance after TBI. These factors may include stress, anxiety, depression, and other psychological or physical ailments. The patient may be suffering anxiety or shame related to disability or scarring they sustained when they were injured, or there may be some lingering instance of PTA.

Diagnosing and treating sexual dysfunction that results from TBI is important because sexuality and the ability to express oneself sexually are important aspects of a person's self-esteem and sense of identity. A patient who has suffered a TBI may already feel their identity threatened on other fronts by their injuries; therefore, sexuality and the expression of sexuality may take on new and greater significance post-TBI. Additionally, changes in the way sexuality is expressed can create tension with significant others, making early and effective treatment essential.

**Cognitive Problems**

Cognitive problems after TBI often prove more puzzling and distressing for caregivers than do physical problems, primarily because the person who has suffered TBI may seem like an entirely different person mentally and emotionally. Some of the cognitive issues commonly seen in individuals who have sustained a TBI are slow information processing, language impairments, impaired attention, or difficulty with executive function (such as making decisions).

It is not uncommon for individuals to become mentally "stuck", or to have difficulty organizing and initiating activities. Other common problems include issues with spatial reasoning, object recognition, and difficulties with remembering information stored in either short of long term memory. Post-trauma, it is not unusual to experience some form of amnesia, particularly in those who are post-coma. Additionally, learning new information or remembering things that are to occur in the future – such as a doctor's appointment that is scheduled a week in advance, for example – become very difficult.

For others, cognitive problems include over or under-stimulation. For those who have problems with overstimulation, external stimuli provide confusion and distraction that leads to an inability to effectively make decisions about the situation. This can lead to frustration

NETCE0006231

or withdrawal, and individuals who experience this may become overly reliant on others to make decisions for them. For those who are under-stimulated, external stimuli don't provide enough input. These individuals may tend toward thrill seeking that they might not have previously tended toward. Some of their behavior may be inappropriate and even careless toward themselves and others. Teaching patients in both of these situations effective ways to manage decision making and observe boundaries is essential.

Agitation is another problem related to problems with stimuli and is considered a type of delirium that is unique to those who have sustained TBI. Individuals who have problems controlling agitation often also have problems with anxiety, a behavioral issue [132]. Agitation behaviors include impulsivity, edginess, distractibility, restlessness, fidgeting, and uneasiness. Agitation may also include physical or verbal aggression that can stem from either a lack of ability to control aggression or frustration over symptoms. These symptoms can delay recovery and can lead to social isolation, which is difficult for patients who are often already struggling to readjust to changed life conditions post-TBI.

Other patients struggle with impairments in social perceptiveness, which means that they don't always read social situations correctly and may misjudge the impact their actions have on other people. This also means that they essentially don't learn from any of the mistakes they make in social situations, and tend to repeat unacceptable behavior over and over again. These individuals may also benefit from being taught proper boundaries, but often they struggle with additional emotional issues and lack empathy or have additional issues with disinhibition that also need to be addressed.

**Psychological and Behavioral Problems**

When one sustains a TBI, it is both a physiological and psychological disruption to their life. The damage to the psyche may be quite great as the patient sees their expectations on where their life was headed change entirely. Additionally, the ability to rebuild the life they had previous to the TBI may be significantly different as physical and mental capabilities are different from what they were.

A deciding factor in adjustment and how well an individual who has suffered TBI is able to rebuild their life not only rests in physiological factors but also in how well and fully they are valued and accepted by family and friends and reintegrated into life as who they are after their injury [166]. Also essential is reacquainting themselves with old roles and adapting and finding new roles. Family and friends can be essential in this journey by being open to the new paths post-trauma may bring and exploring them fully with the individual. Individual, group, and family counseling may also help.

The most common psychological disorder post-TBI is depression [167, 168]. Individuals who have sustained TBI may suffer depression that is either minor or major; the severity of the TBI injury does not indicate the subsequent development of depression. Major depression is especially hazardous, as is it associated with poor psychosocial outcomes and cognitive deficits [169]. Those with major depression after TBI often experience impaired psychosocial function in the first year after their injury. Further, this impairment may persist for up to 3 years post-TBI, and have a negative effect on productivity at work [170, 171]. The exact cause of the depression is often difficult to determine, as the cause is frequently multifactorial. Depression can arise as a reaction to the injury itself, to life stressors created in response to the injury, or it could be pre-existing.

Depression symptoms closely mirror those of post-concussive disorder, providing a diagnostic challenge for practitioners. Given this, some researchers have simply recommended a course of antidepressant treatment [172] or cognitive behavioral therapy

NETCE0006232

(CBT) [173] with tailoring toward treatment of post-concussion syndrome. Other researchers have also recommended these treatments with the addition of exercise for mild depression [174] to improve mood and self-esteem.

The second most commonly reported psychological disorder post-TBI is personality changes [175]. When compared to patients who didn't experience personality changes, those who did experience personality changes also experienced lower overall well-being as well as impairments in social and physical functioning. These impairments can have ramifications for favorable outcome, as outcome is in part dependent on the extent to which a patient is able to re-establish him or herself socially as well as physically.

Behavioral problems such as aggression are also common after TBI. Behavioral problems are most common when frontal systems in the brain are damaged. In one study [176] aggressive behavior was found in 33% of patients who had suffered TBI as compared with 11% of patients who had suffered multiple trauma but had not suffered TBI within the first 6 months of injury. Rapid, aggressive change in emotion may make the individual appear unpredictable, which can lead to poor outcome in social functioning and relationships. This may in turn lead to isolation.

Cognitive problems also often produce behavioral problems. Impairments in thinking may produce rigidity in thought, or black and white thinking, where situations are viewed in absolute and opposite terms. For example, an individual may view a relative as either loving or hating them, with no room for any emotion existing in between. This kind of thinking makes flexibility and negotiation impossible, and leads to difficulty forming and maintaining positive personal bonds. It may also lead to the escalation of relatively minor issues into major arguments.

Individuals sometimes also lack behavior, which can be just as much a problem as too much behavior, or extremity of behavior. Individuals who lack behavior may fail to provide effective feedback, or they may fail to protect themselves or act to meet their own needs. This can lead to failed relationships when people either answer for them or fail to interact, resulting in isolation or possibly even abuse.

**Additional Considerations:**

**Age: Rehabilitation of Geriatric Populations**

Those in geriatric populations tend to have worse outcomes with a lower functional independence physically and cognitively following TBI. This results in longer stays in acute and non-acute settings and an increased percentage of discharges to long-term care facilities regardless of the severity of TBI [93, 94]. The length of stay and cost also are higher with elderly patients as well [93, 95] in inpatient facilities. Therefore, it is essential that practitioners understand the unique needs of geriatric patients.

Geriatric patients make similar functional gains as do younger patients. However, they often have greater overall disability at admission as well as discharge from acute rehabilitation facilities. Elderly patients also tend to improve at slower rates than do younger patients. Most elderly TBI patients are discharged to community facilities; however, elderly patients consist of a significantly smaller portion of community patients than do younger patients [94, 177].

Team approach to rehabilitation in geriatric populations:

NETCE0006233

It can be challenging from both a medical and psychosocial perspective to maximize the rehabilitation potential in geriatric populations with TBI. However, this may best be done by using a multidisciplinary approach. A multidisciplinary approach includes primary care physicians, therapists, psychologists, psychiatrists, social workers, home care providers, and other relevant sources provided through rehabilitation programs. These resources can all be extremely helpful in managing the complexities of TBI in geriatric populations and ensuring an optimal outcome.

Medical complications may frequently occur in combination with a poor transition of care from hospitalization to an inpatient rehabilitation center and also during transition to a community center. It is important that emphasis be placed on effective communication within the multidisciplinary approach as patients negotiate difficult transitions. It is also essential that practitioners effectively communicate with family members to ensure smooth transition, as well as teach family members how they can take an active role in the care of their loved one once they are discharged from acute or sub-acute facility. Finally, coordinating follow-up appointments with primary and specialty care and community care through home health services and establishing a plan for ongoing therapy may be the best way to ensure a safe transition for the elderly patient back to the community setting.

Comorbidity:

Age is an independent risk factor for less favorable outcome after TBI. However, there is an increased predominance of comorbidities in older populations that also play a role in outcome [178]. Some of these comorbidities are higher incidence of diabetes, pulmonary disease, hypertension/hypotension, poor nutrition, premorbid dementia, and cardiovascular disease. These may all contribute to outcomes post-TBI.

Diabetes mellitus is an independent risk factor following TBI for mortality. Outcomes are less favorable in those with premorbid dependence on insulin. Hypoglycemic episodes may make glutamate induced excitotoxicity worse [179, 180]; hyperglycemia may impair cerebral perfusion, induce oxidative stress, promote acidosis, promote excitotoxicity, and worsen blood brain barrier disruption [179; 181] How to best manage diabetes after TBI is controversial. The current consensus regarding management is to maintain fairly well-controlled glucose levels and to avoid excessive hyperglycemic or hypoglycemic values post-TBI [179;182].

Those in the geriatric population also have a tendency to be malnourished. Providing enteral nutrition early on post-TBI may improve outcomes and can provide beneficial effects on cortisol, TSH/T3/T4, and testosterone [183;184]. Nutrition is particularly essential in a patient that is pre-morbidly malnourished. With malnourishment and with age group, practitioners are also likely to see vitamins deficiencies and related conditions. For instance, geriatric populations have a higher incidence of osteoporosis. Therefore, bone fractures are more frequently seen in head injuries in older individuals.

Pharmacology and neurologic recovery in rehabilitation in geriatric populations:

Careful attention should be paid during the rehabilitation process to commonly prescribed medications that could affect neurological recovery in geriatric patients. All patients that have suffered TBI may experience side effects from medications. Elderly patients with TBI in particular are more likely to experience side effects from medications.

Some medications that are commonly used to manage agitation, urinary disorders, bowel disorders and sleep disorders must often be minimized, as they produce negative side

NETCE0006234

effects in elderly patients. These medications include anticholinergics, antidopaminergics, and antihistamines [185].

Benzodiazepines and atypical GABA agonists utilized for sleep disorders may also negatively affect recovery in post-TBI in elderly patients. Other options to treat insomnia may be considered. These include melatonergic and serotoninergic drugs [186].

Some medications commonly prescribed post-TBI have increased side effects and severity, especially in the elderly. Some examples of these are antipsychotics used to treat insomnia and agitation and antiepileptic medications. However, when used in geriatric populations antipsychotics have been shown to delay spatial learning and motor recovery post-TBI [185; 187]. Prolonged use of the antiepileptic medication phenytoin may also negatively affect neurological recovery; the negative effects may be curtailed by reducing duration of use. However, there are recent studies that suggest that levetiracetam could have similar efficacy to phenytoin. Additionally, levetiracetam may have marked neuroprotective qualities, if administered daily post-TBI [188].

Patients in geriatric populations, as with other patients post-TBI require pharmacological and psychological treatment for issues that may impede rehabilitation participation and progress such as post-traumatic stress disorder (PTSD) or post-traumatic depression (PTD). Geriatric patients may also possess cognitive deficits. The approaches to treat these are similar to the approaches used to treat younger patients with TBI. However there are some differences that must be considered.

The use of dopamine agonists such as methylphenidate may increase rehabilitation participation, arousal, and cognitive and motor processing speed. These medications may bring an increased risk of cardiovascular side effects, including hypertension and arrhythmia [189]. While safety studies suggest that these drugs are generally safe, close monitoring is still suggested and caution should be taken when considering usage in patients with known arrhythmias and other serious cardiovascular conditions.

Other medications, such as L-dopa, can be considered for use in enhancing mood, cognition, and participation in geriatric patients with new onset Parkinsonian features post-TBI. SSRIs are typically used to address PTD. The risk of developing PTD may be linked with a genetic predisposition at the serotonin transporter [190]. Also, geriatric depression may be genetically predisposed. However, more research is needed in this area to fully understand the scope of geriatric depression post-TBI and the effects these drugs have on the geriatric population. It is also essential for practitioners to note that SSRIs carry several drug interaction warnings that may necessitate consideration regarding use in certain geriatric patients with TBI [191].

Preventing falls in elderly patients post-TBI:

Falls are the leading cause of TBI in the elderly. Therefore, preventing head trauma plays a key role in improving and maintaining overall health in geriatric populations. Ongoing efforts to prevent falls must be taken, whether it is while the patient is still in the hospital, in the long-term care facility, or in a community setting. Risk for recurrent fall post-TBI and subsequent TBI is significant. Caregivers must develop approaches to prevent recurrent injuries.

Elderly patients are highly predisposed to delirium associated falls in hospital settings [192]. The Hospital Elder life program outlines steps to prevent and treat delirium associated falls. These include frequent orientation early mobilization, therapeutic activities, the use of

proper glasses and hearing aids, and proper sleep hygiene [193;194]. Ensuring that rooms have adequate lighting and reducing unnecessary tubes, lines, and physical restraints, along with incorporating the use of padded floors, low beds, and alarms are common approaches utilized by programs that work with the elderly.

When geriatric patients move to the community setting post-rehabilitation, safety initiatives should extend to their home environment. This starts with a comprehensive home assessment that should be geared towards minimizing the risk of a falling. Utilizing a multidisciplinary approach wherein a rehabilitation team may observe a patient in their home setting helps the team formulate safety initiatives and implement individualized goals for therapy. Once the elderly patient has mastered the home environment, safety goals may be expanded to re-integrate them into the community at large.

Initial at-home goals should emphasize energy conservation and negotiating barriers, such as improving balance and negotiating obstacles such as curbs. Long-term goals may focus on reintegration and improving cardiovascular endurance. Cardiovascular endurance may be improved through exercise and physical therapy, which may be done at home or through an outpatient rehabilitation program specifically designed for the older patient. These programs help reduce the risk of falling, especially when balance retraining is added to the program [195]. These programs may also help improve confidence in older patients by reducing the fear of falling; this improves overall quality of life as well.

There are numerous medications commonly prescribed to geriatric patients that may increase the risk of falling. It is a good idea to review medication and remove medications that may increase the risk of falling while in rehabilitation.

Conclusions:

Overall, the cost of care post TBI in geriatric patients is high. Acute care resource usage is greater in geriatric patients when compared to younger patients post-TBI [178]. However, if practitioners are sensitive to the unique nature of TBI in geriatric populations a poor outcome is not a certainty.

Age: Rehabilitation in Children

Behavioral Problems

Children experience many of the same problems that adults do post-TBI. However, the most common problems experienced by children are psychological and related behavioral problems.

Inhibitory control:

Children frequently have difficulty with inhibitory control post TBI. The depth of difficulty, as well as the kind of difficulty depends on the stage of development the child is in [196]. Additionally the age of the child and the time since the TBI was sustained are deciding factors in difficulty with inhibitory control.

For instance, inhibition of return becomes apparent between three and six months of life. This coincides with the ability to effectively direct saccades to certain locations. Effortful inhibition has a longer rate of development, with processes that are immature in young children. Increased interference control becomes apparent around middle childhood. Children learn to shift behavior between rules by about five years of age. Cancellation

NETCE0006236

inhibition increases throughout childhood and adolescence. Restraint inhibition peaks at around 12 years of age.

These constructs are multifaceted. Each process has a different developmental trajectory and relies on different cognitive paradigms. This variability is paralleled by the variability that is seen in TBI injury.

Some inhibitory control processes are more vulnerable to TBI injury than are others. For instance, effortful inhibitory control processes may be more vulnerable post TBI than are reflexive processes.

Children who have suffered TBI may experience impaired response flexibility. This is especially common in those who have lesions located in the left frontal lobe. A recent study of adolescents and young adults who had sustained TBI during childhood indicated poor performance on the Children's Category Test [197; 198], which suggested impaired response flexibility. However, this test contains a number of questions that are unrelated to inhibitory control, such as divided attention, abstract concepts, and working memory. A different study [199] used the spatial reversal task to analyze cognitive flexibility post-TBI. In this test, the child develops a response set to locate a reward that is hidden in a certain location. The child must then reverse his or her response set to point towards a different location. Children who had sustained moderate and severe TBI injury, as well as children in the control group performed equally well on the test. This suggested that these children possessed an intact ability to inhibit previous roles.

Children who have sustained TBI and are in either the acute or chronic phase of recovery may suffer deficiencies in the cancellation inhibition. This is indicated by less efficient or slower, SSRT on a stop signal task. A recent study indicated that children who sustained TBI do not make more errors of commission than do children in the control group in spite of slowed SSRT on the stop signal [200]. However, other studies have indicated increased errors in commission [201], particularly in children in the chronic phase of recovery.

Difficulty with inhibitory control may cause secondary conditions. For example, children who sustained TBI commonly present with deficits to attention. Ten - 19% of children who sustained TBI present with a pre-injury diagnosis of P-ADHD. Around 15 to 20% of children develop S-ADHD post-TBI [202]. S-ADHD is the most prevalent psychiatric disorder among children who have sustained TBI.

Those children who displayed greater behavioral difficulties before they were injured, such as over-activity or problems with attention were more likely to exhibit a poorer cancellation condition on the stop signal test post-TBI than were those children without these difficulties. However, a diagnosis of P-ADHD pre-injury does not affect the acute phase of cancellation deficit in any significant way. Children with S-ADHD who are in the chronic phase present with longer SSRT on the stop signal test and display performance that is similar to those who have sustained TBI but do not have S-ADHD than do those children in the control group, who are developing typically.

Depression and Anxiety:

Children frequently experience depression and anxiety post-TBI, although this experience is less common in children than it is in adults post-TBI. Factors that contribute independently to an increased incidence in depression and anxiety post-TBI in children are age at time of TBI injury and family history of depression or other mental illness. These conditions may occur together or separately. Recent research [203] indicated that non-anxious depression

NETCE0006237

post-TBI in children seems to be associated with specific left sided lesions, while anxious depression is associated with right sided lesions.

**Treatment Risks:**

**Infection**

Individuals who have sustained a traumatic brain injury are considered to be at higher risk for infection. Individuals who have suffered TBI and had to undergo brain surgery are at a higher risk of infection than both those who have either suffered TBI and have not had to undergo brain surgery or those who have not suffered TBI.

One retrospective study, conducted by Kourbeti et al. [204], indicated that patients who have suffered TBI are at high risk of having nosocomial infection. This risk is higher in patients who have sustained TBI than in those who are critically ill or in other neurosurgical patients.
The reason for this may be that defenses in the immune system may be compromised even if there is no systemic injury.

The study further indicated that the most common infections were respiratory tract infections. Infections at the surgical site developed in 10.5% of the surgeries. Meningitis post-surgery developed in 4.7% of the patients. Major risk factors for the development of infections at the surgical site in general, and for meningitis specifically, were the length of stay and environment. Correlating factors were lower, preoperative Glasgow Coma Scale (GCS), which was positively correlated with longer duration of stay, surgery, and adversity of final outcome; low Glasgow Outcome Scale (GOS); and an increased propensity to develop infections, other than those at the surgical site. Additionally, a longer hospital stay pre-surgery was directly associated with infections such as pneumonia and UTI.

Therefore, managing infection is essential to favorable outcomes in those who have sustained TBI.

**Mechanisms and Their Effect on Treatment Decisions**

The mechanism of injury may, to an extent, determine the kind and extent of treatment an individual receives for TBI. For example, motor vehicle accidents, the most frequently sustained blunt trauma, are frequently covered by private insurance, a factor that may determine where an individual ends up when discharged for follow-up treatment [205]. This factor also may determine whether an individual receives additional follow-up care.

Penetrating trauma is most likely to be the result of a gunshot wound.

In blast trauma, which is frequently sustained by military personnel in war zones, the individual is likely to be treated in a military hospital or veteran's establishment.

**PROGNOSIS**

**Early Consequences**

Early indicators within 24 hours of injury that indicate outcome may be useful to help guide in rehabilitation counseling. One significant indicator is the linear relationship between the GCS measure immediately after resuscitation and outcome. The GCS shows a linear

NETCE0006238

relationship to a poor outcome, for example, neurological disability, vegetative state, or death, when the GCS immediately post-resuscitation is in the 3 – 9 range [26].

There has also been a fair amount of research done to identify the early prognostics of functional outcome and mortality, as it is assessed by the Glasgow Outcome Scale (GOS) upon admission to an emergency department or hospital. The GOS is generally divided into good recovery along with mild disability versus severe disability, vegetative state, and mortality.

Some factors that must be examined when considering early consequences:

- Demographic Factors
    - Age is one of the most powerful predictors of functional outcome and mortality in TBI. Studies have shown that older age is commonly associated with less favorable outcome [206; 207] and higher treatment costs.
    - Studies that have analyzed the continuous association between age and outcome have reported that there is a change around age 30 – 40. Above this age range, the outcome of TBI consequences becomes increasingly less favorable [206; 207; 208].
    - Additionally, there is a sharp rise in risk of a less favorable outcome if the patient is over 60 years of age [26].
- Gender Factors
    - Current studies did not find relationships between gender and outcome after adjustments were made for confounding variables [206; 209; 210].
    - However, a meta-analysis found that women who survived TBI experienced worse functional outcomes and overall quality of life than did men who survived TBI [207].
- Ethnic Factors
    - A meta-analysis of 5320 patients indicated that black patients have a less favorable outcome than do white or Asian patients. This indication has been further confirmed in recent studies [207; 211; 212; 213].
    - Reasons underlying this indication are unknown and may only be speculated upon, but may include differences in genetic makeup, which in turn may lead to a different response to injury. Additionally, individuals of different ethnicities may have different access to acute and post-acute medical care. More research is needed in this specific area.
- Clinical Severity
    - Clinical severity refers to the extent of extracranial and intracranial insults. Many studies that examine TBI and extracranial injury have examined patients with traumatic extracranial injury both with and without TBI. These studies have concluded that the coexistence of extracranial injury and moderate TBI is correlated with high mortality and morbidity [214].
    - Some studies indicated that outcome of extracranial injury in patients with TBI depends primarily on the severity of the cerebral damage and is not made worse by the presence of the extracranial injuries [214]; however, other studies indicated that the presence of major extracranial injuries was correlated with less favorable outcomes [215; 216].

Computed tomography (CT) can also help reveal intracranial insults that are prognostic. The cisterns surrounding the midbrain are usually visible, but when the brain swells and herniates these spaces become occluded and are no longer visible. This is a compelling predictor of poor prognosis.

**Late Consequences**

NETCE0006239

Secondary insults are particularly common in the pre-hospital and hospital setting. These can increase the degree of damage the patient suffers and lead to a less favorable outcome.

TBI incites a stereotypical inflammatory response that activates the micro-glia in residence as well as well as white blood cells pervading from the central nervous system [217]. Post-traumatic inflammation may continue for many months or even years after the initial injury. The majority of improvement occurs within the first 6 months after injury and many studies use the GOS at 6 months after injury to compare with earlier scores to determine overall prognosis and progress [26].

Studies have indicated that the combination of hypotension and hypoxia has a greater negative effect on outcome than may be explained by either hypotension or hypoxia alone [218]. Additionally, lengthy persistent vegetative states lead to very poor prognoses; no examples of good recovery have been observed in either adults or children who were in vegetative states for 12 months [26].

Patients, while not having an unfavorable outcome, may not have a good outcome either [219]. Research has shown that of patients with moderate injuries, 45% (GCS of 9 – 12) have moderate to serious disabilities 1 year post-TBI. Of those with serious injuries, 48% have moderate to serious disabilities 1 year post-TBI, and only 14% have a good outcome by 1 year post-TBI. Additionally, patients with even minor injuries may remain unable to resume normal daily activities post-TBI; research has shown that 47% of patients with a GCS of 13 – 15 were unable to resume work and have moderate to serious disabilities at 1 year post-TBI [220].

## PREVENTION

TBI may be prevented by providing individuals with proper safety education on the types of high-risk behaviors that can lead to TBI. Additionally, officials can work to identify populations that are at especially high risk for suffering TBI. In doing so, safety measures can then be instituted to help lower the prevalence of TBI in these populations. Further, offering recommendations on safety gear in high risk sports and educating leaders (i.e. coaches) in these areas may lead to further reducing instances of TBI.

Additionally, educating the public on the difference safety items such as wearing safety belts while driving and riding in cars and wearing helmets while bicycling or riding a motorcycle can make may lead to lowered instance of TBI. Also, educating the public on extraneous substances that increase the risk of TBI, such as the use of alcohol, would be prudent, as avoiding the use and abuse of such items may help lower instances of TBI.

## CONCLUSION

Traumatic injury of the head and brain has been a serious issue for humankind since the dawn of civilization. When external force is applied, an alteration in brain function may result. This alteration in brain function is referred to as traumatic brain injury (TBI) [3].

TBI occurs most commonly after a sudden blow or shock to the head [4]. There are 3 primary mechanisms of TBI injury: blunt, penetrating, and blast [5]. TBI may be mild, moderate or severe. There are two classifications of TBI: primary insults and secondary insults. The primary insult occurs at the moment of impact. The secondary insult consists of the complications that result from the primary insult.

While TBI may seem isolated and trauma confined to the head, it is in fact a complex, chronic, and dynamic process that requires consistent attention as associated affected body systems are managed [6; 7]. Additionally, TBI presents differently and must be treated differently in different populations. Neonates, children, and geriatric populations present in different ways and must be treated differently in neurosurgical units for both mild and severe TBI.

Advances in imaging and critical care have led to a reduction in death and disability resulting from traumatic brain injury [26]. The future of TBI sees researchers recognizing the importance of and taking initiative in moving toward standardization in defining TBI and data collection across studies of TBI [28], as well as utilizing new techniques to diagnose and treat TBI.

**Test Questions**

1. The brain is a partially solid structure that weighs approximately
   a. 5 lbs.
   b. 7 lbs.
   c. 3lbs.
   d. 4lbs.

2. Which of the following is not a primary mechanism of TBI injury?
   a. Blunt trauma
   b. Blast trauma
   c. Penetrating trauma
   d. Reflexive Trauma

3. What are the two classifications of TBI insults?
   a. Blunt and penetrating
   b. Accelerating and decelerating
   c. Primary and secondary
   d. Complicated and uncomplicated

4. TBI is isolated to:
   a. The head. TBI is a brain injury.
   b. No one part of the body alone. TBI is a complex process.
   c. The head and neck. TBI affects the neck as well.
   d. The face. TBI may disturb the face.

5. Which of the following is NOT a reason why mortality from TBI has improved significantly over the past 2 decades?
   a. Usage of exhausted imaging techniques in the field
   b. Improvements made in neurosurgical care
   c. Interventions in the public safety sector
   d. Avoidance of serious comorbidities that can occur

6. In the United States, what are the top major risk factors that are associated with TBI?
   a. Age, gender, and sexual orientation
   b. Age, drug usage and quality of insurance
   c. Quality of insurance, gender and age
   d. Gender, political affiliation, and age

7. What is the greatest contributor to TBI injuries?
   a. Motor vehicle accidents
   b. Falling
   c. Penetrating injury, such as a gunshot wound
   d. Blast injury, such as from a bomb

8. The greatest contributor to TBI injuries in individuals 15 to 24 years of age is
   a. Falling
   b. Motor vehicle accidents
   c. Gunshot wounds
   d. Bombs

9. What TBI injury has the highest associated mortality rate?
   a. Falling
   b. Gunshot wounds
   c. Motor vehicle accidents
   d. Bombs

10. Of the patients evaluated in hospital emergency rooms with TBI each year in the United States, how many die?
    a. 50,000
    b. 60,000
    c. 70,000
    d. 80,000

11. What percentage of TBI is considered mild TBI?
    a. 70%
    b. 80%
    c. 90%
    d. 100%

12. A major problem with individuals who sustain mild TBI that leads to an underestimation in the number of individuals who sustain mild TBI each year is
    a. Individuals who sustain mild TBI are brain damaged beyond repair and they can therefore not be counted in any estimation of individuals who sustain TBI
    b. Individuals who sustain mild TBI may not know they have TBI
    c. Individuals who sustain mild TBI do not understand what TBI is the way medical professional do

NETCE0006242

      d. Individuals who sustain mild TBI do not seek medical attention after being injured and are therefore not evaluated in the emergency room

13. Which trauma is the most common cause of TBI?
      a. Blunt trauma
      b. Penetrating trauma
      c. Blast trauma
      d. Reflexive trauma

14. What percentage of blunt traumatic injuries does motor vehicle accidents account for?
      a. 30%
      b. 40%
      c. 50%
      d. 60%

15. What kind of TBI is the result of a blunt sharp object penetrating the skull?
      a. Blunt trauma
      b. Penetrating trauma
      c. Blast trauma
      d. Reflexive trauma

16. What is the highest number of deaths related to penetrating traumatic injuries attributable to?
      a. Stab wounds
      b. Shrapnel wounds
      c. Gunshot wounds
      d. Impact wounds

17. Which of the following is NOT a factor in determining the extent of injury in a gunshot wound?
      a. Frontal area
      b. Velocity
      c. Distance
      d. Proximal severity

18. What kind of TBI injury results from a combination of blunt and penetrating force injuries?
      a. Blunt trauma
      b. Penetrating trauma
      c. Blast trauma
      d. Reflexive trauma

19. What kind of TBI injury is becoming more common than it used to be?
      a. Blunt trauma
      b. Penetrating trauma
      c. Blast trauma

NETCE0006243

    d.  Reflexive trauma

20. The primary insult in TBI injury occurs
    a.  At the moment of impact
    b.  As a cascade of events after the initial injury
    c.  When the patient is recovering at home
    d.  In the ambulance on the way to the hospital

21. Which of the following is considered a secondary insult?
    a.  P-ADHD
    b.  Intracranial hypertension
    c.  Gunshot wound
    d.  Well maintained CPP

22. What does diffuse axonal injury result from?
    a.  Secondary injury
    b.  Disrupted metabolism and dis-regulated CBF
    c.  Necrotic cell death
    d.  Rotational forces at play during traumatic impact

23. What is a crisis that the brain may endure as a result of TBI?
    a.  Inadequate maintenance of CPP
    b.  A metabolic crisis
    c.  Deprivation of oxygen to the brain
    d.  All of the above

24. Older patients are
    a.  More likely to have larger amounts of cell death post TBI than are younger patients
    b.  Likely to recover more quickly than are younger patients
    c.  Not as affected by the damage of TBI as are younger patients
    d.  More likely to sustain TBI in motor vehicle accidents than any other group

25. TBI is considered a risk factor for developing
    a.  Flatulence
    b.  Alzheimer's disease
    c.  Smallpox
    d.  Crohn's disease

26. Which is NOT a factor utilized for measurement on the Glasgow Coma Scale?
    a.  Verbal performance
    b.  Memory recall
    c.  Motor responsiveness
    d.  Eye opening to appropriate stimuli

CONFIDENTIAL

27. Which Glasgow Coma Scale Score indicates that the patient has a severe head injury?
   a. 15 – 17
   b. 13 – 15
   c. 9 – 12
   d. ≤ 8

28. What is the most common physical complaint post-TBI?
   a. Headache
   b. Neck pain
   c. Sleep disruption
   d. Disruption in vision and postural control

29. Which of the following may fall into the category of mild TBI?
   a. A skull fracture with a GCS below 13
   b. A skull fracture with intracranial abnormalities and a GCS below 13
   c. A severe concussion with a secondary brain abnormality and a GCS of below 13
   d. A skull fracture with a GCS of 13 – 15

30. What segment of the population has the highest rates of hospitalization and death related to TBI?
   a. Children under 4 years of age
   b. Adolescents and young adults, 15 – 25
   c. Adults, 26 – 55
   d. Adults over 75 years of age

31. What is the primary cause of blast trauma related death in civilians and military personnel in war zones?
   a. Improvised explosive devices (IED)
   b. Suicide bombers
   c. Motor vehicle accidents
   d. C4

32. What percentage of troops returning from Operation Iraqi Freedom and Operation Enduring Freedom tested positive for probable TBI?
   a. 10% - 20%
   b. 20% - 30%
   c. 30% - 40%
   d. Zero – the troops did not sustain TBI during these operations

33. What kind of testing is considered the gold standard for diagnosing TBI?
   a. Glasgow Coma Scale (GCS)
   b. Imaging (MRI, CT, SWI…)
   c. The Military Acute Concussion Evaluation (MACE)
   d. The Automated Neuropsychological Assessment (ANAM)

NETCE0006245

34. Which of the following is NOT a factor that improves outcome?
    a. Reduced time from length of dispatch of emergency services to arrival at the scene
    b. Direct transportation to a qualified trauma facility with adequate resources
    c. Waiting to fully assess TBI until arrival at the scene
    d. Calling an ambulance/emergency services as soon as possible after the injury occurs

35. What is neurorehabilitation?
    a. It is the term used to refer to the attempt to replace cells in the brain that have died as a result of TBI
    b. It is the term used to refer to the attempt to stop the cascade of secondary injuries
    c. It is the term used to refer to the attempt to fix the brains of crazy people
    d. It is the term used to refer to the general rehabilitation of people who have impairments as a result of an injury that has affected the CNS

36. Which of the following is NOT one of the requirement criteria for admission to an acute care facility?
    a. Medical complexity that requires around the clock specialized nursing care
    b. Suffer TBI impairments that prohibit the individual from returning home
    c. Reasonable expectation that there will be an improvement in function and discharge into the community within a reasonable amount of time
    d. Deficits in function that require a minimum of 3 hours of specialized rehabilitation therapy.

37. Why is it better to offer someone who has sustained TBI too much support as opposed to not enough?
    a. Individuals who have sustained TBI are working to re-establish their lives and routines and require consistency
    b. Individuals who have sustained TBI may become confused if you don't offer any support
    c. Individuals who have sustained TBI cannot be trusted
    d. Individuals who have sustained TBI have cognitive impairments

38. What is one of the most prominent areas of difficulty to consider post-TBI?
    a. Sleep difficulties
    b. Physical disability
    c. Behavioral problems
    d. Sexual dysfunction

39. Recent research indicated that what percentage of patients who had sustained TBI also had sleep difficulties?
    a. 10% - 30%
    b. 30%-50%
    c. 50%-70%

NETCE0006246

    d. 70%-90%

40. What changes in the patterns of dreaming in patients who have sustained TBI, as indicated by recent studies?
    a. Dream quantity changes
    b. Dreams stop
    c. Dream quality changes
    d. Dreams become more vivid

41. Post-TBI, what percentage of individuals who have sustained TBI indicate that they have experienced some sort of sexual dysfunction?
    a. 40%
    b. 50%
    c. 60%
    d. 70%

42. Why is it so important to diagnose and treat sexual dysfunction that results from TBI injury?
    a. Everyone likes sex, and sexual dysfunction makes sex impossible
    b. People who have sexual dysfunction post-TBI may be regarded as strange and thus have trouble with re-socialization
    c. Sexuality and the ability to express oneself sexually are important aspects of a person's self-esteem and sense of identity
    d. Providers like to treat the whole person, and sexual dysfunction is just another issue that must be treated when it comes to treating the whole person

43. What is an example of a cognitive problem that may result from TBI injury?
    a. Sexual dysfunction
    b. Depression
    c. Agitation
    d. Sleep Apnea

44. What is the most common psychological disorder in adults post-TBI?
    a. ADHD
    b. Post-traumatic stress disorder (PTSD)
    c. Personality changes
    d. Depression

45. How can rehabilitation potential be maximized in geriatric populations?
    a. By utilizing a multidisciplinary approach to treatment
    b. By keeping geriatric patients in acute treatment facilities indefinitely
    c. By acknowledging that geriatric patients are more likely to die than are younger patients
    d. By treating all TBI injuries seen in geriatric patients the same way

NETCE0006247

46. Which of the following is an independent risk factor following TBI for mortality in geriatric patients?
    a. Sexual orientation
    b. Age
    c. Pre-trauma existence of dementia
    d. Malnourishment

47. Recent studies have confirmed that which of the following groups have less favorable outcomes post-TBI injury?
    a. Black patients
    b. Females
    c. Young children under 4 years of age
    d. White patients

48. Research has shown that what percentage of individuals with severe injuries have a good outcome by 1 year post-TBI?
    a. 12%
    b. 14%
    c. 16%
    d. 18%

49. How can TBI best be prevented?
    a. By providing individuals with proper safety education on the types of high risk behaviors that can lead to TBI
    b. By working to identify populations that are at especially high risk for suffering TBI
    c. By instituting safety measures to help lower the prevalence of TBI in high risk populations
    d. All of the above

50. What is an example of a safety measure that may be taken to help prevent TBI?
    a. Wearing a helmet when riding a bicycle
    b. Wearing a safety belt when riding in a car
    c. Installing extra air bags in cars
    d. All of the above

**Answer Key**

1. C    Pg. 1, Introduction, Obj. 1
2. D    Pg. 1, Introduction, Obj. 2, 3
3. C    Pg. 1, Introduction, Obj. 3
4. B    Pg. 1, Introduction, Obj. 1
5. A    Pg. 2, Epidemiology and Etiology, Obj. 1, 2
6. C    Pg. 2, Epidemiology and Etiology, Obj. 2
7. B    Pg. 2, Epidemiology and Etiology, Obj. 2

8.  B     Pg. 2, Epidemiology and Etiology, Obj. 2
9.  C     Pg. 2, Epidemiology and Etiology, Obj. 1, 2
10. A     Pg. 2, Epidemiology and Etiology, Obj. 1
11. C     Pg. 3, Epidemiology and Etiology, Epidemiology of Mild TBI, Obj. 1
12. D     Pg. 3, Epidemiology and Etiology, Epidemiology of Mild TBI, Obj. 1
13. A     Pg. 3, Mechanisms, Blunt Trauma, Obj. 3
14. C     Pg. 3, Mechanisms, Blunt Trauma, Obj. 3
15. B     Pg. 4, Mechanisms, Penetrating Trauma, Obj. 3
16. C     Pg. 4, Mechanisms, Penetrating Trauma, Obj. 3
17. D     Pg. 4, Mechanisms, Penetrating Trauma, Obj. 3
18. C     Pg. 4, Mechanisms, Blast Trauma, Obj. 3
19. C     Pg. 4, Mechanisms, Blast Trauma, Obj. 3
20. A     Pg. 5, Classification, Primary Insults, Obj. 3
21. B     Pg. 6, Classification, Secondary Insults, Obj. 3, 4
22. D     Pg. 6, Pathophysiology, Obj. 4, 5
23. D     Pg. 6-7, Pathophysiology, Obj. 4, 5
24. A     Pg. 9, Pathophysiology, Pathophysiology of TBI in Geriatric, Obj. 4, 5
25. B     Pg. 10, Pathophysiology, Pathophysiology of TBI in Geriatric, Obj. 5
26. B     Pg. 11, Signs/Symptoms, Obj. 6
27. D     Pg. 11, Signs/Symptoms, Obj. 6
28. A     Pg. 15, Signs/Symptoms, Signs/Symptoms Following TBI, Obj.4
29. D     Pg. 18, Diagnosis, Mild TBI, Obj. 4, 6
30. D     Pg. 18, Diagnosis, TBI in the Geriatric Population, Obj. 1
31. A     Pg. 20, Diagnosis, TBI in Military Populations, Obj. 2, 3
32. A     Pg. 21, Diagnosis, TBI in Military Populations, Obj. 1
33. B     Pg. 23, Diagnosis, Examination, Obj. 7
34. C     Pg. 24, Treatment, Obj. 8, 9
35. D     Pg. 26, Treatment, Neurorehabilitation, Obj. 8
36. B     Pg. 26, Treatment, Neurorehabilitation, Obj. 8
37. A     Pg. 28, Treatment, Essential Treatment Rules, Obj. 8
38. B     Pg. 29, Treatment, Major Treatment Issues to Consider, Obj. 8
39. B     Pg. 30, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
40. C     Pg. 32, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
41. B     Pg. 33, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
42. C     Pg. 33, Treatment, Major Treatment Issues to Consider, Obj. 8
43. C     Pg. 34, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
44. D     Pg. 34, Treatment, Major Treatment Issues to Consider, Obj. 8, 9
45. A     Pg. 36, Treatment, Age: Rehabilitation of Geriatric Populations, Obj. 8
46. B     Pg. 36, Treatment, Age: Rehabilitation of Geriatric Populations, Obj. 2
47. A     Pg. 42, Prognosis, Early Consequences, Obj. 9
48. B     Pg. 43, Prognosis, Late Consequences, Obj. 9
49. D     Pg. 43, Prevention, Obj. 10
50. D     Pg. 43, Prevention, Obj. 10

CONFIDENTIAL
NETCE0006249

**REFERENCES**

1.  Heegard W, Biros M. Traumatic brain injury. Emerg Med Clin N Am. 2007;25:655-678.

2.  Wick JY. Traumatic brain injury: special problem, special care. Consultant Pharm. 2012;27(6);392-399.

3.  Menon DK, Schwab K, Wright DW, et al. Position statement: Definition of traumatic brain injury. Arch Phys Med Rehabil. 2010; 91:1637-1640.

4.  Spencer DC, Karceski S, ed. About traumatic brain injury. Available at http//www.thebrainmatters.org. Last accessed September 16, 2012.

5.  Nolan S. Traumatic brain injury. Crit Care Nurs Q. 2005;2:188-194.

6.  Losiniecki A, Shutter L. Management of traumatic brain injury. Curr Treat Opt Neurology. 2010;12:142-154.

7.  Masel BE, DeWitt DS. Traumatic brain injury: a disease process, not an event. J Neurotrauma. 2010;27:1529-1540.

8.  Werner C, Engelhard K. Pathophysiology of traumatic brain injury. Br J Anaesth. 2007;99(1):4-9.

9.  Menaker J, Cowley RA, Scalea TM. Traumatic brain injury. Trauma Reports. Available at http://go.galegroup.com.proxy.libraries.uc.edu. Last accessed September 18, 2012.

10. Decuypere M, Klimo P. Spectrum of traumatic brain injury from mild to severe. Surg Clin N Amer. 2012;92:939-957.

11. Ough JK, Namplaparampli DE. Pain after traumatic brain injury. Handbook of Pain and Palliative Care: Biobehavioral Approaches for the Life Course. 2012.

12. Corrigan JD, Selassie AW, Orman JA.The epidemiology of traumatic brain injury. J Head Trauma Rehab. 2010;25(2):72–80.

13. Anderson V, Spencer-Smith M, Leventer R, et al. Childhood brain insult: can age at insult help us predict outcome? Brain. 2009;132:45–56.

14. Gilmore E, Karceski S. Traumatic brain injury. Neurology. 2012;74(28):1-6.

15. Faul M, Xu L, Wald M, et al. Traumatic brain injury in the United States: emergency department visits, hospitalizations and deaths 2002–2006 . Atlanta: Centers for Disease Control and Prevention, National Center for Injury Prevention and Control. 2010.

NETCE0006250

16. Keenan HT, Runyan DK, Nocera M. Child outcomes and family characteristics 1 year after severe inflicted or noninflicted traumatic brain injury. Pediatrics. 2006;117:317–324.

17. Giza, CC. Lasting effects of pediatric traumatic brain injury. Indian J Neurotrauma. 2006;3:19–26.

18. Vos PE, Alekseenko Y, Battistin L, et al. Mild traumatic brain injury. Euro J Neurology. 2012;19:191-198.

19. Bigler ED. Mild traumatic brain injury: the elusive timing of "recovery". Neuroscience Letters. 2012;509:1-4.

20. McCrea, MA. Mild traumatic brain injury and postconcussion syndrome: the new evidence base for diagnosis and treatment. New York: Oxford University Press. 2008.

21. Sosin, DM, Sniezek, JE, Thurman, DJ. Incidence of mild and moderate brain injury in the United States. Brain Injury. 1996;10(1):47–54.

22. Kim JJ, Gean AD. Imaging for the diagnosis and management of traumatic brain injury. Neurotherapeutics. 2011;8(1):39-53.

23. Richey. Gun shot wounds. Available at https://docs.google.com/ viewer?a=v&q=cache:bY1-idPDMDsJ:classes.kumc.edu/ cahe/respcared/ptcs/richey.pps+determine+force+of+impact+in+gunshot+wounds& hl=en&gl=us&pid=bl&srcid=...Last accessed October 2, 2012.

24. DePalma RG, Burris DG, Champion HR, et al. Blast injuries. New Engl J Med. 2005;352:1335-1342.

25. Albert-Weisenberger C, Siren A. Experimental traumatic brain injury. Exp & Trans Stroke Med. 2010;2(16):1-8.

26. Ghajar J. Traumatic brain injury. The Lancet.2000;356:923-928

27. Maas AI, Harrison-Felix CL, Menon D, et al. Common data elements for traumatic brain injury: recommendations from the interagency working group on demographics and clinical assessment. 2010;91:1641-1649.

28. Maas AI, Harrison-Felix CL, Menon D, et al. Standardizing data collection in traumatic brain injury. J Neurotrauma. 2011;28:177-187

29. Sahler CS, Greenwald BD. Traumatic brain injury in sports: a review. Rehab Research Practice. 2012;2012:1-10.

30. Zink BJ, Szmydynger-Chodobska J, Chodobski A. Emerging concepts in the pathophysiology of traumatic brain injury. Psychiatr Clin N Am. 2010;33:741-756.

31. Werner C, Engelhard K. Pathophysiology of traumatic brain injury. Br J Anaesth. 2077;1:4-9.

CONFIDENTIAL

NETCE0006251

32.  Oertel M, Boscardin W, Obrist W, et al. Post traumatic vasospasm: the epidemiology, severity, and time course of an underestimated phenomenon: a prospective study performed in 299 patients. J Neurosurg. 2005;103(5):812–824.

33.  Kan MK, Ling EA, Lu J. Microenvironment changes in mild traumatic brain injury. Brain Research Bulletin. 2012;87:359-372.

34.  Cunningham AS, Salvador R, Coles JP, et al. Physiological thresholds for irreversible tissue damage in contusional regions following traumatic brain injury. Brain. 2005;128:1931–1942.

35.  Wu Q, Xuan W, Ando T, et al. Low-level laser therapy for closed-head traumatic brain injury in mice: effect of different wavelengths. Lasers in Surg & Med. 2012;44:218-226.

36.  Johnston AJ, Steiner LA, Chatfield DA, et al. Effects of propofol on cerebral oxygenation and metabolism after head injury. Br J Anaesth. 2003;91:781-786.

37.  Stiefel MF, Spiotta A, Gracias VH, et al. Reduced mortality rate in patients with severe traumatic brain injury treated with brain tissue oxygen monitoring. J Neurosurg. 2005;103:805–811.

38.  DeWitt DS, Prough DS. Blast-induced brain injury and posttraumatic hypotension and hypoxemia. J Neurotrauma. 2009;26:877–887.

39.  Marmarou A, Anderson RL, Ward JD, et al. Impact of ICP instability and hypotension on outcome in patients with severe head trauma. J Neurosurg Spec Suppl. 1991;75:59–66.

40.  Elmore S. Apoptosis: a review of programmed cell death. Tox Path. 2007;35:495-516.

41.  Crownover J, Galang GN, Wagner A. Rehabilitation considerations for traumatic brain injury in the geriatric population: epidemiology, neurobiology, prognosis, and management. Curr Tran Geriatr Gerontrol Rep. 2012;1:149-158.

42.  Dixon CE, Kochanek PM, Yan HQ, et al. One-year study of spatial memory performance, brain morphology, and cholinergic markers after moderate controlled cortical impact in rats. J Neurotrauma. 1999;16(2):109–122.

43.  Ross DE. Review of longitudinal studies of MRI brain volumetry in patients with traumatic brain injury. Brain Inj. 2001;25(13-14):1271–1278.

44.  Tate DF, Khedraki R, Neeley ES, et al. Cerebral volume loss, cognitive deficit, and neuropsychological performance: comparative measures of brain atrophy: II.. J Int Neuropsych Soc. 2011;17(2):308–316.

CONFIDENTIAL

45.   Bullock R. Excitatory amino acids following brain injury. J Neurosurg. 1994;80(3):595–596.

46.   Wagner AK, McCullough EH, Niyonkuru C, et al. Acute serum hormone levels: characterization and prognosis after severe traumatic brain injury. J Neurotrauma. 2011;28(6):871–888.

47.   Choi DW. Ionic dependence of glutamate toxicity. J Neurosci. 1987;7(2):369–79.

48.   Love S. Oxidative stress in brain ischemia. Brain Pathol. 1999;9(1):119–131.

49.   Mellergard P, Sjogren F, Hillman J. The cerebral extracellular release of glycerol, glutamate, and FGF2 is increased in older patients following severe traumatic brain injury. J Neurotrauma. 2012;29:112–118.

50.   Behan LA, Phillips J, Thompson CJ, et al. Neuroendocrine disorders after traumatic brain injury. J Neurol Neurosurg Psychiatry. 2008;79(7):753–759.

51.   Bondanelli M, Ambrosio MR, Zatelli MC, et al. Hypopituitarism after traumatic brain injury. Eur J Endocrinology. 2005;152(5):679–691.

52.   Bavisetty S, McArthur DL, Dusick JR, et al. Chronic hypopituitarism after traumatic brain injury: risk assessment and relationship to outcome. Neurosurgery. 2008;62(5):1080–1093.

53.   Wagner AK, Bayir H, Ren D, et al. Relationships between cerebrospinal fluid markers of excitotoxicity, ischemia, and oxidative damage after severe TBI: the impact of gender, age, and hypothermia. J Neurotrauma. 2004;21(2):125–136.

54.   Roof RL, Hall ED. Gender differences in acute CNS trauma and stroke: neuroprotective effects of estrogen and progesterone. J Neurotrauma. 2000;17(5):367–388.

55.   Li Z, Wang B, Kan Z, et al. Progesterone increases circulating endothelial progenitor cells and induces circulating endothelial progenitor cells and induces neural regeneration after traumatic brain injury in aged rats. J Neurotrauma. 2012;29:343–353.

56.   Cutler SM, Cekic M, Miller DM, et al. Progesterone improves acute recovery after traumatic brain injury in the aged rat. J Neurotrauma. 2007;24:1475-1486.

57.   Xiao G, Wei J, Yan W, et al. Improved outcomes from the administration of progesterone for patients with acute severe traumatic brain injury: a randomized controlled trial. Crit Care. 2008;12:R61.

58.   Kozlowski M, Yollin E, Merlen E, et al. Lasting pituitary hormone deficiency after traumatic brain injury. J Neurotrauma. 2012;29:81–89.

CONFIDENTIAL

NETCE0006253

59. Dziedzic T. Systemic inflammatory markers and risk of dementia. Am J Alzheimers Dis Other Demen. 2006;21:258–262.

60. Sivanandam T. Thakur MK. Traumatic brain injury: a risk factor for Alzheimer's disease Neurosci Biobehav Rev. 2012;36:1376–1381.

61. Johnson VE, Stewart W, Smith DH, et al. Traumatic brain injury and amyloid-B pathology: a link to Alzheimer's disease? Nat Rev Neurosci. 2010;11(5):361–370.

62. Dick FD, De Palma G, Ahmadi A, et al. Environmental risk factors for Parkinson's disease and parkinsonism: the geoparkinson study. Occup Environ Med. 2007;64(10):666–672.

63. Factor SA, Sanchez-Ramos J, Weiner WJ. Trauma as an etiology of parkinsonism: a historical review of the concept. Mov Disord. 1988;3(1):30–36.

64. Joohyung L, Zhu W, Stanic D, et al. Sprouting of dopamine terminals and altered dopamine release and uptake in Parkinsonian dyskinaesia. Brain. 2008;131:1574–1587.

65. Massucci JL, Kline AE, Ma X, et al. Time dependent alterations in dopamine tissue levels and metabolism after experimental traumatic brain injury in rats. Neurosci Lett. 2004;372:127–131.

66. Donnemiller E, Brenneis C, Wissel J, et al. Impaired dopaminergic neurotransmission in patients with traumatic brain injury: a SPECT study using 1231-beta-CIT and 1231-IBZM. Eur J Nucl Med. 2000;27(9):141–144.

67. Bales JW, Wagner AK, Kline AE, et al. Persistent cognitive dysfunction during rehabilitation of traumatic brain injury: towards a dopamine hypothesis. Neurosci Biobehav Rev. 2009;33(7):981–1003.

68. CDC. Mass Casualties. Available at www.bt.cdc.gov/masscasualties. Last accessed September 9, 2012.

69. Pons PT. Head trauma. Emergency Pediatrics. 2003;417-431.

70. Schatz P, Pardini JE, Lovell MR, et al. Sensitivity and specificity of the ImPACT test battery for concussion in athletes. Arch Clin Neuropsychology. 2006;21(1):91-99.

71. Bergman K, Bay E. Mild traumatic brain injury/concussion: a review for ED nurses. J Emerg Nurs. 2010;36:221-230.

72. Sosnoff JJ, Broglio SP, Shin S, et al. Previous mild traumatic brain injury and postural control dynamics. J Athletic Train. 2011;46(1):85-91.

73. Nicholson K, Martelli M. The problem of pain. J Head Trauma Rehab. 2004;19:2-9.

NETCE0006254

74. Kraus J, Schaffer K, Ayers K, et al. Physical complaints, medical service use, and social and employment changes following mild traumatic brain injury: a 6-month longitudinal study. J Head Trauma Rehab. 2005;20:239-256.

75. Bay E, Bergman K. Symptom experience and emotional distress after traumatic brain injury. Care Manage J. 2006;7:3-9.

76. Deb S, Lyons I, Koutzoukis C. Neuropsychiatric sequelae one year after a minor head injury. J Neurol Neurosurg Psychiatry. 1998;65:899-902.

77. Harvey A, Bryant R. Two-year prospective evaluation of the relationship between acute stress disorder and posttraumatic stress disorder following mild traumatic brain injury. Am J Psychiatry. 2000;157:626-628.

78. Mathias JL, Beall JA, Bigler ED. Neuropsychological and information processing deficits following mild traumatic brain injury. J Int Neuropsychol Soc. 2004;10:286-297.

79. Holder S. 2008. The Glasgow Coma Scale. Available at http://www.headbraininjuries.com/glasgow-coma-scale. Last accessed October 2, 2012.

80. Mantell A. Traumatic brain injury and potential safeguarding concerns. J Adult Protect. 2010;12(4):31-42.

81. Stuart B, Mandleco M, Wilshaw R, et al. Mild traumatic brain injury: are ED providers identifying which patients are at risk? J Emerg Nurs. 2012;38:435-442.

82. Iverson GL, Lange RT. Mild traumatic brain injury. The Little Black Book of Neuropsychology. 2011;697-719.

83. Galetta KM, Barrett J, AllenM,Madda F, DelicataD, et al. The King-Devick test as a determinant of head trauma and concussion in boxers and MMA fighters. Neurology. 2011;76:1456–1462.

84. Vista Life Science. Automated neuropsychological assessment metrics (ANAM4TM). Available at http://www.vistalifesciences.com/anam4.html. Last accessed September 9, 2012.

85. ImPACT Appl. Overview and features of the ImPACT test. Available at http://impacttest.com/about/background. Last accessed October 2, 2012.

86. Brewin B. Battlefield brain-injury assessment tool has high failure rate. Available at http://www.nextgov.com/nextgov/ng_20110316_3265.php. Last accessed October 2, 2012.

87. Stocchetti N, Paterno R, Citerio G, et al. Traumatic brain injury in an aging population. J Neurotrauma. 2011;29:1119–1125.

NETCE0006255

88.   Frieden TR, Ikeda R, Hunt R. et al. Traumatic brain injury in the United States: emergency department visits, hospitalizations and deaths 2002–2006. National Center for Injury Prevention and Control, Centers for Disease Control and Prevention. Available at http://www.cdc.gov/traumaticbraininjury/tbi_ed.html. Last accessed October 2, 2012.

89.   Ramanathan D, McWilliams N, Schatz P, et al. Epidemiological shifts in elderly traumatic brain injury: 18-year trends in Pennsylvania. J Neurotrauma. 2012;29:1–8.

90.   Thompson HJ, Weir S, Rivara FP, et al. Utilization and costs of health care following geriatric traumatic brain injury. J Neurotrauma. 2012;29(10):1864-1871.

91.   Pennings JL, Bachulis BL, Simons CT, et al. Survival after severe brain injury in the aged. Arch Surg. 1993;128:787–794.

92.   Tokutomi T, Miyagi T, Ogawa T. Age-associated increases in poor outcomes after traumatic brain injury: a report from the japan neurotrauma data bank. J Neurotrauma. 2008;25:1407–1414.

93.   Leblanc J, DeGuise E, Gosselin N, et al. Comparison of functional outcome following acute care in young, middle-aged and elderly patients with traumatic brain injury. Brain Inj. 2006;20(8):779–790.

94.   Testa JA, Malec J, Moessner A, et al. Outcome after traumatic brain injury: effects of aging on recovery. Arch Phys Med Rehabil. 2005;86:1815–1823.

95.   Cifu DX, Kreutzer JS, Marwitz JH, et al. Functional outcomes of older adults with traumatic brain injury: a prospective, multicenter analysis. Arch Phys Med Rehab. 1996;77:883–888.

96.   Anderson V, Godfrey C, Rosenfeld JV, et al. 10 years outcome from childhood traumatic brain injury. Int J Dev Neurosci. 2012;30:217-224.

97.   Giza CC, Prins ML. Is being plastic fantastic? Mechanisms of altered plasticity after developmental traumatic brain injury. Dev Neurosci. 2006;28:364–379.

98.   Maxwell WL. Traumatic brain injury in the neonate, child and adolescent human: an overview of the pathology. Intl J Dev Neurosci. 2012;30:167-183.

99.   Case ME. Accidental traumatic head injury in infants and young children. Brain Pathol. 2008;18:583–589.

100.  Bigler ED, Maxwell WL. Neuroimaging and neuropathology of TBI. Neuro Rehab. 2011;28:1–12.

101.  French LM, Parkinson GW. Assessing and treating veterans with traumatic brain injury. J Clin Psychology. 2008;64:1004-1013.

102.  Hayward P. Traumatic brain injury: the signature of modern conflicts. The Lancet. 2008;7(3):200-201.

103.  Okie S. Reconstructing lives - a tale of two soldiers. New Engl J Med. 2006;355(25):2609-2615.

104.  Moore DF, Jaffee MS. Blast associated traumatic brain injury. J Acoust Soc Am. 2010;127(3):1788.

105.  Bhattacharjee Y. Shell shock revisited: solving the puzzle of blast trauma. Science. 2008;319:406-408.

106.  Kocsis J, Tessler A. Pathology of blast-related brain injury. J Rehab Research Dev. 2009;46(6):667-672.

107.  Warden DL, French L. Traumatic brain injury in the war zone. New Engl J Med. 2005;353:633-634.

108.  Warden, DL. Military TBI during the Iraq and Afghanistan wars. J Head Trauma Rehab. 2006;21(5):398-402.

109.  Caro DH. Traumatic brain injury care systems: 2020 transformational challenges. Global J Health Science. 2011;3(1):19-29.

110.  Almogy G, Rivkind AI. Terror in the 21st century: milestones and prospects-part I. Current Problems in Surgery. 2007;44:496-554.

111.  Wolf S, Bebarta V, Bonnett C, et al. Blast injuries. The Lancet. 2009;374(9687):405-415.

112.  Hoge CW. Deployment to the Iraq war and neuropsychological sequelae. JAMA. 2006;296:2678-2679.

113.  Snell F, Halter M. A signature wound of war, mild traumatic brain injury. J Psychosoc Nurs & Mental Health Serv. 2010;48(2):22-28.

114.  Defense Veterans Brain Injury Center. Military acute concussion evaluation (MACE). Available at http://www.pdhealth.mil/downloads/MACE.pdf. Last accessed October 2, 2012.

115.  Defense Centers of Excellence. Automated neuropsychological assessment metrics (ANAM). Available at http://www.dcoe.health.mil/Content/Navigation/Documents/About%20ANAM.pdf. Last accessed September 9, 2012.

116.  Podell K, Gifford K, Bougakov D, et al. Neuropsychological assessment in traumatic brain injury. Psychiatr Clin N Am. 2010;33:855-876.

117.  Le TH, Gean AD. Neuroimaging of traumatic brain injury. Mt. Sinai J Med. 2009;76:145–162.

CONFIDENTIAL

118. Holder S. MRI versus CT scan in determining brain injuries. Available at http://www.headbraininjuries.com/brain-injuries-mri-ct-scan. Last accessed October 2, 2012.

119. Kou ZF, Wu Z, Tong KA, et al. The role of advanced MR imaging findings as biomarkers of traumatic brain injury. J. Head Trauma Rehab. 2010;25:267–282.

120. North SH, Shriver-Lake LC, Taitt CR, et al. Rapid analytical methods for on-site triage for traumatic brain injury. Annu Rev Anal Chem. 2012;5:35-56.

121. Hunter JV, Wilde EA, Tong KA, et al. Emerging imaging tools for use with traumatic brain injury research. J Neurotrauma. 2012;29:654-671.

122. Whitmore RG, Thawani JP, Grady MS, et al. Is aggressive treatment of traumatic brain injury cost-effective? J Neurosurg. 2012;116(5):1106-1113..

123. Winchell RJ, Hoyt DB. Endotracheal intubation in the field improves survival in patients with severe head injury. Arch Surg. 1997;132:592–597.

124. Chesnut RM, Marshall LF, Klauber MR, et al. The role of secondary brain injury in determining outcome from severe head injury. J Trauma. 1993;34:216–222.

125. Subhas K, Appleby I. Traumatic brain injury: initial resuscitation and transfer. Anaesth Intens Care Med. 2011;12(5):201-203.

126. Brain Trauma Foundation. Guidelines for the prehospital management of traumatic brain injury. New York: Brain Trauma Foundation, 2000. Available at www.braintrauma.org. Last accessed October 2, 2012.

127. Colohan AR, Alves WM, Gross CR, et al. Head injury mortality in two centers with different emergency medical services and intensive care. J Neurosurg. 1989;71:202–207.

128. Ghajar J, Hariri RJ, Narayan RK. Survey of critical care management of comatose, head-injured patients in the United States. Crit Care Med. 1995;23:560–567.

129. Bullock R. Guidelines for the management of severe traumatic brain injury. J Neurotrauma. 2007;24(Supp.1):S1-S106.

130. Campbell WW. DeJong's the Neurologic Examination. 6th ed. Philadelphia, PA: Lippincott, Williams & Wilkins; 2005.

131. Wiegand DL, ed. AACN Procedure Manual for Critical Care. 6th ed. St Louis, MO: Elsevier Saunders; 2011.

132. Levine JM, Flanagan SR. Rehabilitation of traumatic brain injury. Psychiatr Clin N Am. 2010;33:877-891.

 NETCE0006258

133. Andelic N, Baut-Holter E, Ronning P, et al. Does an early onset and continuous chain of rehabilitation improve the long-term functional outcome of patients with severe traumatic brain injury? J Neurotrauma. 2012;29:66-74.

134. Ponsford J, Willmott C, Rothwell A, et al. Impact of early intervention on outcome following mild head injury in adults. J Neurology, Neurosurgery & Psychiatry. 2002;73(3):330–332.

135. Physicians' Desk Reference. Motvale NJ: Thomson PDR; 2005.

136. Young JA. Pharmacotheraphy for traumatic brain injury: focus on sympathomimetics. Pharmacology & Therapeutics. 2012;134:1-7.

137. Thau-Zuchman O, Shohami E, Alexandrovich AG, et al. The anti-inflammatory drug Carprofen improves long-term outcome and induces gliogenesis after traumatic brain injury. J Neurotrauma. 2012;29:375-384.

138. Castriotta RJ, Murthy JN. Sleep disorders in patients with traumatic brain injury. CNS Drugs. 2011;25(3):175-185.

139. Jha A, Weintraub A, Allshouse A, et al. A randomized trial of modafinil for the treatment of fatigue and excessive daytime sleepiness in individuals with chronic traumatic brain injury. J Head Trauma Rehab. 2008;23(1):52-63.

140. Hassan ST, Khaw WF, Rosna AR, et al. Traumatic brain injury: caregivers' problems and needs. J Nepal Med Assoc. 2011;51(181):53-55.

141. Simpson GK, Winstanley J, Sasaki K, et al. Family Outcome Measure: User Manual 1.0. Sydney: Sydney South West Area Health Service. 2009.

142. Svestkova O, Angerova Y, Sladkova P, et al. Functioning and disability in traumatic brain injury. Disability & Rehab. 2010;32(Supp1):S68-S77.

143. Rauchs G, Bertran F, Guillery-Girard B, et al. Consolidation of strictly episodic memories mainly requires rapid eye movement sleep. Sleep. 2004;27(3):395-401.

144. Stickgold R. Sleep-dependent memory consolidation. Nature. 2005;437(7063):1272-1278.

145. Wilde MC, Castriotta RJ, Lai JM, et al. Cognitive impairment in patients with traumatic brain injury and obstructive sleep apnea. Arch Phys Med Rehab. 2007;88(10):1284-1288.

146. Castriotta RJ, Wilde MC, Lai JM, et al. Prevalence and consequences of sleep disorders in traumatic brain injury. J Clin Sleep Med. 2007;3(4):349-356.

147. Verma A, Anand V, Verma NP. Sleep disorders in chronic traumatic brain injury. J Clin Sleep Med. 2007;3(4):357-362.

NETCE0006259

148. Rao V, Spiro J, Vaishnavi S, et al. Prevalence and types of sleep disturbances acutely after traumatic brain injury. Brain Inj. 2008;22(5):381-386.

149. Johns MW. Daytime sleepiness, snoring, and obstructive sleep apnea: the Epworth Sleepiness Scale. Chest. 1993;103(1):30-36.

150. Carskadon MA, Dement WC, Mitler MM, et al. Guidelines for the Multiple Sleep Latency Test (MSLT): a standard measure of sleepiness. Sleep. 1986;9(4):519-524.

151. American Academy of Sleep Medicine. International classification of sleep disorders. 2nd ed. Diagnostic and coding manual. Westchester, IL: American Academy of Sleep Medicine; 2005:148-151.

152. Hoffstein V. Snoring and upper airway resistance. In: Kryger MH, Roth T, Dement WC, ed. Principles and practice of sleep medicine. Philadelphia, PA: Elsevier Saunders; 2005:1001-12.

153. Dikmen S, Machamer J, Temkin N, et al. Neuropsychological recovery in patients with moderate to severe head injury: 2 year follow-up. J Clin Exp Neuropsychology 1990;12(4):507-519.

154. Cohen M, Oksenberg A, Snir D, et al. Temporally related changes of sleep complaints in traumatic brain injured patients. J Neurol Neurosurg Psychiatry. 1992;55(4):313-315.

155. Kaufman Y, Tzischinsky O, Epstein R, et al. Long-term sleep disturbances in adolescents after minor head injury. Pediatric Neurology. 2001;24(2):129-134.

156. Parcell DL, Ponsford JL, Redman JR, et al. Poor sleep quality and changes in objectively recorded sleep after traumatic brain injury: a preliminary study. Arch Phys Med Rehab. 2008;89(5):843-850.

157. Fichtenberg NL, Zafonte RD, Putnam S, et al. Insomnia in a post-acute brain injury sample. Brain Inj. 2002;16(3):197-206.

158. Gosselin N, Lassonde M, Petit D, et al. Sleep following sport-related concussions. Sleep Med. 2009;10(1):35-46.

159. Schreiber S, Barkai G, Gur-Hartman T, et al. Long-lasting sleep patterns of adult patients with minor traumatic brain injury (mTBI) and non-mTBI subjects. Sleep Med. 2008;9(5):481-487.

160. Benyakar M, Tadir M, Groswasser Z, et al. Dreams in head injured patients. Brain Inj. 1988;2(4):351-356.

161. Prigatano GP, Stahl ML, Orr WC, et al. Sleep and dreaming disturbances in closed head injury patients. J Neurol Neurosurg Psychiatry. 1982;45(1):78-80.

CONFIDENTIAL

NETCE0006260

162. Ouellet MC, Morin CM. Cognitive behavioral therapy for insomnia associated with traumatic brain injury: a single-case study. Arch Phys Med Rehab. 2004;85(8):1298-1302.

163. Bradbury CL, Christensen BK, Lau MA, et al. The efficacy of cognitive behavior therapy in the treatment of emotional distress after acquired brain injury. Arch Phys Med Rehab. 2008; 89(12 Suppl.):S61-S68.

164. Worthington AD, Melia Y. Rehabilitation is compromised by arousal and sleep disorders: results of a survey of rehabilitation centres. Brain Inj. 2006;20(3):327-332.

165. Daisley A, Tams R, Kischka U. Head Injury. Oxford: Oxford University Press. 2009.

166. Albert S, Im A, Brenner L, et al. Effect of a social work liaison program on family caregivers to people with brain injury. J Head Inj Trauma. 2002;17(2):175–189.

167. Bryant RA, O'Donnell ML, Creamer M, et al. The psychiatric sequelae of traumatic injury. AJB J Psychiatry 2010;167(3):312-320.

168. Hart T, Brenner L, Clark AN, et al. Major and minor depression after traumatic brain injury. Arch Phys Med Rehab. 2011;92:1211-1219.

169. Rapoport MJ. Depression following traumatic brain injury. CNS Drugs. 2012;26(2):111-121.

170. Dawson DR, Schwartz ML, Winocur G, et al. Return to productivity following traumatic brain injury: cognitive, psychological, physical, spiritual, and environmental correlates. Disabil Rehab. 2007;2(4):301-313.

171. Franulic A, Carbonell CG, Pinto P, et al. Psychosocial adjustment and employment outcome 2 and 10 years after TBI. Brain Inj. 2004;18(2):119-129.

172. Zafonte RD, Cullen N, Lexell J. Serotonin agents in the treatment of acquired brain injury. J Head Trauma Rehab. 2002;17(4):322-334.

173. Mittenberg W, Tremont G, Zielinski RE, et al. Cognitive-behavioral prevention of postconcussion syndrome. Arch Clin Neuropsychology. 1996;11(2):139–145.

174. Rimer J, Dwan K, Lawlor DA, et al. Exercise for depression. Cochrane Database Summaries; 2012. Available at http://summaries.cochrane.org/CD004366/exercise-for-depression. Last accessed October 2, 2012.

175. Diaz AP, Schwarzbold ML, Thais ME. Psychiatric disorders and health-related quality of life aftersevere traumatic brain injury: a prospective study. J Neurotrauma. 2012;29:1029-1037.

176. Tateno A, Jorge R, Robinson R. Clinical correlates of aggressive behavior after traumatic brain injury. J Neuropsychiatry Clin Neurosci. 2003;15(2):155–160.

CONFIDENTIAL

177. Frankel JE, Marwitz JH, Cifu D, et al. A follow-up study of older adults with traumatic brain injury: taking into account decreasing length of stay. Arch Phys Med Rehab. 2006;87:57–62.

178. Stocchetti N, Paterno R, Citerio G, et al. Traumatic brain injury in an aging population. J Neurotrauma. 2012;29(6):1119–1125.

179. Meier R, Bechir M, Ludwig S, et al. Differential temporal profile of lowered blood glucose levels (3.5 to 6.5 mmol/l versus 5 to 8 mmol/l) patients with severe traumatic brain injury. Crit Care. 2008;12:R98.

180. Vespa P, Boonyaputthikul R, McArthur DL, et al. Intensive insulin therapy reduces microdialysis glucose values without altering glucose utilization or improving the lactate/pyruvate ratio after traumatic brain injury. Crit Care Med. 2006;34(3):850–856.

181. Erol A. Insulin resistence is an evolutionarily conserved physiological mechanism at the cellular level for protection against oxidative stress. Bioessays. 2007;29(8):811–818.

182. Meierhans R, Bechir M, Ludwig S, et al. Brain metabolism is significantly impaired at blood glucose 6 mM and brain glucose below 1 mM in patients with severe traumatic brain injury. Crit Care. 2010;14:R13.

183. Bistrian BR, Askew W, Erdman JW, et al. Nutrition and traumatic brain injury: a perspective from the Institute of Medicine report. JPEN. 2011;35:556–559.

184. Chourdakis M, Kraus MM, Tzellos T, et al. Effect of early compared with delayed enteral nutrition on endocrine function in patients with traumatic brain injury: an open-labeled randomized trial. JPEN. 2012;36(1):108–116.

185. Kline AE, Cheng JP, Zafonte RD, et al. Chronic administration of antipsychotics impede behavioral recovery after experimental traumatic brain injury. Neuroscience Letters. 2008;448(3):263–267.

186. Larson EB, Zollman FS. The effect of sleep medications on cognitive recovery from traumatic brain injury. J Head Trauma Rehab. 2010;25(1):61–67.

187. Hoffman AN, Cheng JP, Zafonte RD, et al. Administration of haloperidol and risperidone after neurobehavioral testing hinders the recovery of traumatic brain injury-induced deficits. Life Sci. 2008;83(17–18):602–607.

188. Zou H, Hurwitz M, Wagner AK. Levetiracetam effects on inflammation and excitotoxicity after controlled cortical impact. J Neurotrauma. 2011;28(6):A104.

CONFIDENTIAL

189. Willmott C, Ponsford J, Oliver J, et al. Safety of methylphenidate following traumatic brain injury: impact on vital signs and side-effects during inpatient rehabilitation. J Rehab Med. 2009;41(7):585–587.

190. Carter MD, Miller MA, Burkhardt JN, et al. Variants of SLC6A4 and BDNF in depression risk and onset following severe TBI. J. Neurotrauma. 2011;28(6):A14.

191. Epocrates Online Drugs. Epocrates, Inc. 2012. Citalopram, Fluoxetine, Escitalopram, Paroxetine, Sertraline. Available at http://www.epocrates.com. Last accessed October 2, 2012.

192. Stenvall M, Olofsson B, Lundstrom M, et al. Inpatient falls and injuries in older patients treated for femoral neck fracture. Arch Gerontol Geriatr. 2006;43(3):389–399.

193. The Hospital Elder Life Program (HELP). Available at http://hospitalelderlifeprogram.org/public/public-main.php. Last accessed October 2, 2012.

194. Inouye SK, Brown CJ, Tinetti ME. Medicare nonpayment, hospital falls, and unintended consequences. N Engl J Med. 2009;360(23):2390–2393.

195. Gillespie LD, Robertson MC, Gillespie WJ, et al: Interventions for preventing falls in older people living in the community. Cochrane Database Syst Rev. 2009.

196. Sinopoli KJ, Dennis M. Inhibitory control after traumatic brain injury in children. Intl J Dev Neurosci. 2012;30:207-215.

197. Johnstone SJ, Dimoska A, Smith JL, et al. The development of stop-signal and Go/Nogo response inhibition in children aged 7–12 years: performance and event-related potential indices. Intl J Psychophysiology. 2007;63(1):25–38.

198. Horneman G, Emanuelson I. Cognitive outcome in children and young adults who sustained severe and moderate traumatic brain injury 10 years earlier. Brain Inj. 2009;23(11):907–914.

199. Ewing-Cobbs L, Prasad MR, Landry SH, et al. Executive functions following traumatic brain injury in young children: a preliminary analysis. Dev Neuropsych. 2004;26(1):487–512.

200. Sinopoli KJ, Schachar R, Dennis M. Traumatic brain injury and secondary attention-deficit/hyperactivity disorder in children and adolescents: the effect of reward on inhibitory control. J Clin Exp Neuropsych. 2011;33:805–819.

201. Levin H, Hanten G, Max J, et al. Symptoms of attention-deficit/hyperactivity disorder following traumatic brain injury in children. J Dev Behav Pediatrics. 2007;28(2):108–118.

NETCE0006263

202.  Slomine BS, Salorio CF, Grados MA, et al. Differences in attention, executive functioning, and memory in children with and without ADHD after severe traumatic brain injury. J Intl Neuropsych Soc. 2005;11(5):645–653.

203.  Max JE, Keatly E, Wilde EA, et al. Depression in children and adolescents in the first 6 months after traumatic brain injury. Int J Devl Neurosci. 2012;30:239-245.

204.  Kourbeti IS, Papadakis JA, Neophytou C, et al. Infections in patients with traumatic brain injury who undergo neurosurgery. Br J Neurosurg. 2011;25(1):9-15.

205.  Kim YJ. The impact of time from ED arrival to surgery on mortality and hospital length of stay in patients with traumatic brain injury. J Emerg Nurs. 2011;37(4):328-333.

206.  MRC CRASH Trial Collaborators. Predicting outcome after traumatic brain injury: practical prognostic models based on large cohort of international patients. BMJ. 2008;336:425–429.

207.  Mushkudiani NA, Engel DC, Steyerberg EW, et al. Prognostic value of demographic characteristics in traumatic brain injury: results from the IMPACT study. J Neurotrauma. 2007;24:259–269.

208.  Hukkelhoven CW, Steyerberg EW, Rampen AJ, et al. Patient age and outcome following severe traumatic brain injury: an analysis of 5600 patients. J Neurosurg. 2003;99:666–673.

209.  Colantonio A, Escobar MD, Chipman M, et al. Predictors of postacute mortality following traumatic brain injury in a seriously injured population. J Trauma. 2008;64:876–882.

210.  Utomo WK, Gabbe BJ, Simpson PM, et al. Predictors of in-hospital mortality and 6-month functional outcomes in older adults after moderate to severe traumatic brain injury. Injury. 2009;40:973–977.

211.  Sorani MD, Lee M, Kim H, et al. Race/ethnicity and outcome after traumatic brain injury at a single, diverse center. J Trauma. 2009;67:75–80.

212.  Shafi S, Marquez de la Plata C, Diaz-Arrastia R, et al. Racial disparities in long-term functional outcome after traumatic brain injury. J Trauma. 2007;63:1263–1270.

213.  Arango-Lasprilla JC, Rosenthal M, Deluca J, et al. Traumatic brain injury and functional outcomes: does minority status matter? Brain Inj. 2007;21:701–708.

214.  Sarrafzadeh AS, Peltonen EE, Kaisers U, et al. Secondary insults in severe head injury – do multiply injured patients do worse? Crit Care Med. 2001;29:1116–1123.

215.  Perel P, Edwards P, Wentz R, et al. Systematic review of prognostic models in traumatic brain injury. BMC Med Inform. 2006;6:38.

CONFIDENTIAL

216.  Lefering R, Paffrath T, Linker R, et al. Head injury and outcome— what influence do
      concomitant injuries have? J Trauma. 2008;65:1036–1043.

217.  Cederberg D, Siesjo P. What has inflammation to do with traumatic brain injury?
      Child Nerv Syst. 2010;26:221-226.

218.  McHugh GS, Engel DC, Butcher I, et al. Prognostic value of secondary insults in
      traumatic brain injury: results from the IMPACT study. J Neurotrauma.
      2007;24:287–293.

219.  Tsang KK, Whitfield PC. Traumatic brain injury: a review of current management
      strategies. Br J Oral Max Surg. 2012;50:298-308.

220.  Thornhill S, Teasdale GM, Murray GD, et al. Disability in young people and adults one
      year after head injury: prospective cohort study. BMJ. 2000;320:1631–1635.

CONFIDENTIAL

NETCE0006265