CASE NO.: 15-CV-61165-WPD

NetCE'S EXHIBIT 284

# Non-Antibiotic Antimicrobial Pharmacology: A Review

## ABSTRACT

Microorganisms exist throughout our environment, as well as coexisting naturally within the internal environment of the human body. Under normal conditions, most microorganisms do not cause a pathological response in the body. However, when the body's natural defense mechanisms and immunity are compromised, or overwhelmed by virulent microorganisms, the human body becomes vulnerable to disease. This course will review the basic mechanisms of pathology caused by non-bacterial pathogens, and the corresponding targeted pharmacotherapy required for treatment. The latest research has shown that there is a serious need for new antifungal agents to treat potentially life-threatening invasive fungal infections. This course will review antifungal therapy to reflect the intensified interest in this focused area of infectious diseases. Additionally, parasitic diseases affect more than 2 billion people worldwide, and cause significant morbidity and mortality, predominantly amongst the world's most underprivileged people. This review also focuses on the treatment of the major parasitic, protozoan, and helminth infections in humans. Furthermore, there have been recent advances in antiviral pharmacology, specifically in highly active antiretroviral therapy (HAART), in which three or more drugs are given in combination; Consequently, substantial improvements have been made in the clinical management of HIV-1 infection, and a related review is included in this course. A standardized treatment protocol has been recommended by the World Health Organization (WHO) for the treatment of active tuberculosis (TB). This therapy is widely used, and a comprehensive review is included in this course. Finally, the non-antibiotic antimicrobial agents used to treat infection, along with their applicable laboratory tests and the corresponding patient education, are also discussed.

## ACTIVITY LENGTH

30 contact hours or approximately 60,000 words.

## LEARNING OBJECTIVES

After finishing the course material, the students will be able to:

1. Distinguish antibiotic from non-antibiotic antimicrobials.
2. Classify antimicrobials based on their mechanism of action.
3. Solidify their understanding of antibiotic therapy selection.
4. Further appreciate the factors involved in guiding antibiotic therapy selection.
5. Analyze the synergy between antiobiotic and non-antibiotic antimicrobials.
6. Discuss the general considerations and approach of non-antibiotic antimicrobial therapy selection.
7. Recognize the fundamental mechanisms of action of non-antibiotic antimicrobial agents.
8. Review the basic mechanism of medication resistance.
9. Define and review the various types of non-bacterial pathogens.



EXHIBIT
21

10. Identify the main indications, side effects, precautions, and
    contraindications for each of the major classes of non-antibiotic
    antimicrobial agents.
11. Identify exemplar medications representative of the antimicrobial classes.
12. Classify the various forms of antifungal species.
13. Discuss the different approaches to antifungal therapy.
14. Recognize the specific side effects of antifungal pharmacology.
15. Define and recognize the signs and symptoms of a possible super-
    infection.
16. Identify and characterize other miscellaneous forms of non-antibiotic
    antimicrobial medications.
17. Distinguish the various forms of parasitic microorganisms.
18. Identify the epidemiology of parasitic infections.
19. Discuss the general approach to treating parasitic infections.
20. Review how tuberculosis is diagnosed.
21. Examine the different pharmacological treatments for exposure and active
    1. tuberculosis.
22. Identify the most common side effects of anti-TB drugs.
23. Recognize the most important contraindications to anti-TB pharmacology.
24. Identify the most common treatment modalities used for human
    immunodeficiency virus (HIV) and acquired immune deficiency syndrome
    (AIDS).
25. Organize the different classes of ant-HIV medications.
26. Recognize the major side effects of the different classes of HAART
    therapy.
27. Discuss the recent advancements in HAART therapy.
28. Review other forms of antiviral pharmacology.
29. Isolate specific laboratory tests which must be monitored when
    administering non-antibiotic antimicrobial agents.
30. Identify the most important facts to be incorporated into patient education
    related to non-antibiotic antimicrobial therapy.

**OUTLINE**

I. Antibiotic vs. Non-antibiotic Antimicrobial Therapy.
    A. Considerations for selection

    B. Broad Categories

II. General principles for all antimicrobial agents.
    A. Indications – choice of agent.

    B. Side effects.
        1. Gastrointestinal (GI) side effects common among all agents –
nausea,
           vomiting, diarrhea, stomach / abdominal cramping.

    C. Precautions.
        1. Antibiotics $\downarrow$ effectiveness of oral contraceptive agents.
        2. All have the potential of causing a superinfection.

    D. Contraindications.

CONFIDENTIAL

1. Sensitivity / allergy to any drug in class.

E. Nursing actions.
    1. Ensure accurate allergy list – allergic reactions on continuum.
    2. Follow specific labs for response.
    3. Follow culture and sensitivity results for appropriateness of
antimicrobial        agent.

III. Antifungal agents.
  A. Indications
    1. Susceptible fungal organisms – *Candida, Coccidioides, Aspergillus.*
    2. Multiple sites of infection: oral, esophagus, skin, pulmonary,
vaginal,        systemic.

  B. Side effects.
    1. Headache, nausea, vomiting, liver / renal dysfunction / toxicity.

    2. Amphotericin B:  fever, shivering, renal / neuro toxicity, cardiac
       dysrhythmias.

  C. Precautions.
    1. Renal or liver impairment.
    2. Many drug interactions.

  D. Contraindications.
    1. Liver failure.
    2. Other approaches to therapy.

  E. Nursing actions.
    1. Follow LFTs, BUN / Cr.
    2. Ensure appropriate premedication as indicated.

  F. Examples of drugs in class.
    1. Fungizone (amphotericin B = AMB) – IV
      a. Abelcet – lipid preparation, IV
    2. Cansidas (caspofungin) – IV
      a. Invasive *aspergillosis*; empiric tx for suspected fungal
infection in
          patients who are febrile and neutropenic.
    3. Diflucan (fluconazole)
    4. Eraxis (anidulafungin)
    5. Mycostatin (nystatin)
      a. Oral, topical, vaginal
    6. VFEND (voriconazole)

IV. Anti-Parasitics
  A. Indications/Types

  B. Side Effects

  C. Precautions

  D. Contraindications

CONFIDENTIAL

E. Nursing actions

F. Examples of drugs in class
1. Praziquantel
2. Piperazine
3. Pyrantel
4. Ivermectin

V. Miscellaneous.
A. Flagyl (metronidazole)
1. Indications.
a. Susceptible protozoal / anaerobic organisms.
b. First line therapy for *c. difficile*.
c. Prophylaxis and treatment in colorectal and gyn surgery / infection.
2. Side effects.
a. Headache, dizziness, liver dysfunction.
b. Antabuse effect, metallic taste.
c. Neutropenia, thrombocytopenia.
3. Precautions.
a. Liver or renal dysfunction, fungal infection.
b. Multiple drug interactions.
4. Contraindications.
a. Pregnancy, first trimester (Category X).
5. Nursing actions
a. Follow LFTs, BUN / Cr.
b. *C. difficile*: C / S, infection control

VI. Anti-tubercular agents.
A. Indications.
1. Prophylaxis with exposure to tuberculosis (TB).
2. Treatment of active TB.

B. Side effects.
1. Hepatitis; liver toxicity.
2. Pyridoxine (Vitamin $B_6$) deficiency – INH:  peripheral neuropathy.
3. Nephrotoxicity.

C. Precautions.
1. Liver and renal disease.

D. Contraindications.
1. Acute / major liver or renal disease.

E. Nursing actions.
1. Sputum testing for acid fast bacilli (AFB).
2. LFTs, hepatitis profile.
3. CBC, BUN / Creatinine

F. Examples of drugs in class.
1. Isoniazid (INH).
a. Prophylaxis with exposure, and treatment of active TB.

CONFIDENTIAL

        b. Supplement with pyridoxine (Vitamin $B_6$) – prophylaxis.
2. Rifampin.
        a. Take on empty stomach; turns all body fluids red / orange.
        b. May see with other infections, based on C / S.
3. Pyrazinamide (PZA).
4. Ethambutol
5. Streptomycin.
        a. Less common use
        b. Toxicity

VII. HIV / AIDS agents.
    A. Indications.
        1. Infection with human immunodeficiency virus (HIV).
        2. Exposure to human immunodeficiency virus (HIV).
        3. Diagnosis of acquired immune deficiency syndrome (AIDS).
        4. Goal: viral load < 50 copies / ml blood; CD4 > 200 cells / $mm^3$;
           general result – no opportunistic infections.

    B. Side effects.
        1. Protease inhibitors.
           a. Lipodystrophy.
           b. Dyslipidemia.
           c. Diabetes.
        2. Bone demineralization → osteoporosis.
        3. Nausea / vomiting / diarrhea.
        4. Bone marrow suppression.

    C. Precautions.
        1. Concurrent infection with Hepatitis C, tuberculosis.
        2. Multiple drug interactions.

    D. Contraindications.
        1. Known severe drug allergy or intolerable side effects.

    E. Nursing actions.
        1. Follow viral load and CD4 counts.
        2. Monitor for side effects.
        3. Monitor for opportunistic infections

    F. Examples of drugs in class.
        1. Reverse transcriptase inhibitors – inhibits reverse transcriptase
enzyme.
           a. Nucleoside
               1. AZT or Retrovir (zidovudine)
           b. Non-nucleoside
               1. Viramune (nevirapine).
           c. Nucleotide
               1. Viread (tenofovir).
        2. Protease inhibitors – inhibit protease retroviral enzyme.
           a. Crixivan (indinavir)
        3. Fusion inhibitors – inhibits viral fusion to the host T lymphocyte.
           a. Fuzeon (enfuvirtide)

CONFIDENTIAL
NETCE0004326

XIII. Client teaching.
    A.  Use of various antimicrobial agents – appropriateness.

    B.  Guidelines for how to take the drug.

    C.  Course of treatment.

    D.  Potential side effects and drug interactions.

XIV. Conclusion

**Biography**

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and has completed his clinical clerkship training in various teaching hospitals throughout New York, including King's County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria has passed all USMLE medical board exams on first attempt, and has served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field including faculty member and Department Chair. Dr. Jouria continues to serves as a Subject Matter Expert for several continuing education organizations covering multiple basic medical sciences. He has also developed several continuing medical education courses covering various topics in clinical medicine. Recently, Dr. Jouria has been contracted by the University of Miami/Jackson Memorial Hospital's Department of Surgery to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on Human Anatomy & Physiology.

## INTRODUCTION

Non-antibiotics are compounds that were not initially designed for antibiotic or chemotherapeutic purposes, but subsequently exhibited properties similar to antibiotics. These therapeutic agents modify cell permeability and show broad-spectrum antimicrobial activity in vitro against bacteria and other microbes [1–11]. These drugs also increase the in-vitro activity of some antibiotics against specific bacteria, [1, 2, 3, 12] which makes antibiotic-resistant bacteria susceptible to previously ineffective drugs [8, 13, 14, 15] and enhanced antimycobacterial activity against drug resistant strains. [15, 16]. Non-antibiotic agents such as phenothiazines and thioxanthenes are also known as membrane stabilizers [1, 17] as they are characterized by their effects on the plasma membrane of eukaryotic cells resulting in local anesthesia. Phenothiazines inhibit ABC (ATP-binding cassette) type efflux pumps that are responsible for the antibiotic resistance of the microorganism.

**Examples of antimicrobial activity of non-antibiotics**

| Compound | Activity against |
|---|---|
| General anaesthetics<br>  barbiturates<br>  phenobarbital<br>  thiobarbital<br>  chloroform<br>  ether<br>  halothane<br>  enflurane | <br><br>*Escherichia coli*<br><br>*Staphylococcus aureus*<br><br><br>*S. aureus; E. coli; Corynebacterium diphtheriae; Serratia marcescens; Proteus vulgaris;Pseudomonas aeruginosa* |
| Local anaesthetics<br>  lidocaine<br>  lignocaine<br>  procaine<br>  tetracaine | *S. aureus; E. coli; Shigella* spp.; *Vibrio cholerae; Proteus mirabilis; P. aeruginosa;*<br>*Enterococcus faecalis; Bacillus cereus; Candida albicans* |
| Antihypertensive<br>  Beta-adrenergic<br>  receptor antagonists:<br>    bupranolol<br>    propranolol<br>    methyl-dopa<br><br>  Diuretics<br>    amiloride<br>    triamterene | <br><br><br>*S. aureus; P. aeruginosa; Bacillus subtilis; C. albicans*<br>*S. aureus; E. coli; P. aeruginosa*<br>*S. aureus; E. coli; Shigella* spp.; *V. cholerae*<br><br><br>*E. faecalis*<br>*Streptococcus pyogenes* |
| Anti-inflammatory drugs<br>  sodium salicylate | <br>*Klebsiella pneumoniae* |
| Mucolytic agents<br>  *N*-acetylcysteine | <br>*S. aureus; P. aeruginosa* |
| Na ,K -ATPase modulators:<br>  5-hydroxycoumarin | *S. aureus; Staphylococcus epidermidis; Streptococcus pneumoniae; B. subtilis; Listeria monocytogenes; Neisseria meningitidis; Neisseria gonorrhoeae* |
| Proton pump inhibitors<br>  omeprazole<br>  lansoprazole | <br><br>*Helicobacter pylori* |
| Calcium antagonists<br>  verapamil | <br>Trypanosomes |
| Antihistamines<br>ciproheptaden<br>ketotifen<br>pizotifen<br>bromodiphenhydramine<br>diphenhydramine *V.* | *Plasmodium berghei; Plasmodium yoelii; Plasmodium falciparum*<br><br><br>*S. aureus; S. pneumoniae; E. coli; Klebsiella* spp.; *Pseudomonas* spp.; *Shigella* spp; |

CONFIDENTIAL

| | |
|---|---|
| *cholerae* | |
| prometazine | |
| Psychotherapeutic | |
| compounds | *S. aureus*; *E. faecalis*; *E. coli*; *Mycobacterium tuberculosis*; atypical |
|    chlorpromazine | mycobacteria;influenza virus; measles virus; herpes simplex virus |
|    thioxanthenes | *V. cholerae*; *P. falciparum*; *Leishmania* spp.; *Candida* spp.; *Amoeba* spp.; herpessimplex virus |
|    phenothiazines | Intestinal anaerobes; *Bacteroides* spp.; *Prevotella* spp.; *Fusobacterium* spp.; |
|    amitriptyline | *Bifidobacterium* spp.; *Eubacterium* spp.; *Proprionibacterium* spp.; *Actinomyces* spp.; *Peptococcus* spp.; |
|    diazepam | *Peptostreptococcus* spp. |
|    trifluoperazine | |
|    chlordiazepoxide | |
|    haloperidol | Rauscher murine leukaemia virus |
|    lithium | Herpes simplex virus |

Some nonantibiotic agents, alone or in combination with antibiotics, may be prescribed as an adjunct in the management of some bacterial infections associated with high risk of antibiotics resistance.

CONFIDENTIAL

**Synergy between non-antibiotics and antibiotics**

Synergy occurs when the antimicrobial activity exerted by a combination of two or more antibiotics against a particular microbe is greater than the sum of the individual activities of each antibiotic of that combination with the total drug concentration being constant during that period. It is not necessary that the drugs being used against a particular microbe organism be active at the concentrations used. Synergistic effect between non-antibiotics and antibiotics has resulted in the development of new drug combinations for managing infections that are difficult to treat with a single antibiotic. Several studies have observed synergistic effect between non-antibiotics and antibiotics. The non antibiotic compounds that produce synergistic effect with antibiotics against a wide variety of bacteria are phenothiazines such as chlorpromazine, methidilazine, etc. and tricyclic antidepressants, plus membrane stabilizing compounds prescribed in the management of pain and psychoses.

The synergy produced by chlorpromazine in combination with aminoglycosides, -lactams, quinolones, etc. has been limited to bacteria that are sensitive either to the antibiotic or to chlorpromazine. In children presenting with recurrent pyelonephritis, treatment with an aminoglycoside and chlorpromazine has shown a significant synergic effect compared with treatment with the aminoglycoside alone.

**Synergy between non-antibiotics and antibiotics**

| Compound | Activity against |
|---|---|
| Antihistamines | |
|     Bromodiphenhydramine/ampicillin | *S. aureus* |
|     Methdilazine/aminoglycosides | *S. aureus; S. pneumoniae; E. coli* |
| Calcium antagonists | |
|     Amlodipine/chloroquine | *P. falciparum; P. yoelii* |
| Neurotropic compounds | |
|     Chlorpromazine/streptomycin | *Brucella abortus* |
|     Chlorpromazine/isoniazid | *Mycobacterium intracellulare* |
|     Chlorpromazine/ -lactams | *E. coli; S. aureus* |
|     Chlorpromazine/aminoglycosides | |
|     Chlorpromazine/quinolones | |
|     Chlorpromazine/erythromycin | *Bordetella pertussis* |
|     Phenothiazines/erythromycin | *S. aureus* |
|     Amitriptyline/streptomycin | *S. aureus* |
|     Perphenazine/nalidixic acid | *P. aeruginosa* |
|     Transclopenthixol/penicillin | *S. pneumoniae* |
|     Desipramine/chloroquine | *P. falciparum* |
|     Chlorpromazine/chloroquine | *P. falciparum* |
| Diuretic | |
|     Amiloride/tobramycin | *Burkholderia cepacia* |

CONFIDENTIAL

**Reversal of resistance**

This is a distinctive synergy produced by the combination of antibiotics to which the organism is initially resistant, and non-antibiotics. This combination of non-antibiotics and antibiotics makes the "resistant" organism "susceptible." For example, a combination methicillin, a beta-lactam antibiotic to which the strains of *Staphylococcus aureus* are initially resistant and phenothiazine (chlorpromazine, a non-antibiotic) makes the pathogen sensitive to concentrations of methicillin. Similar synergistic effects are observed when penicillin-resistant corynebacteria are cultured in the presence of low concentrations of chlorpromazine (non-antibiotic) and penicillin, an antibiotic.

**Mode of action**

The exact mechanism by which non-antibiotics produce antimicrobial effects is still unknown. However, it is believed that these agents act on the cell wall of both resistant and susceptible bacteria which are similar to those produced by a beta-lactam antibiotic. Antibiotic activity is enhanced by nonantibiotics when the microbe is sensitive to at least one of the compounds of the drug combination. Non-antibiotics also have inhibitory effect on efflux pumps. Efflux pumps are transport proteins that flush out toxic substances and antibiotics from the cell. When a bacterium is susceptible to a particular antibiotic, and if the antibiotic is flushed out of the bacterium by efflux pumps, then non-antibiotic inhibits the function of efflux pumps causing accumulation of the antibiotic inside the bacterium.

## ANTIMICROBIALS

Antimicrobials are chemical substances that prevent or inhibit (microbiostatic) or eliminate the growth of a microorganism (microbicidal). Antimicrobials encompass all types of antibiotics, antiseptics and disinfectants. Antimicrobial agents are extensively used and often abused injudiciously in modern medicine today. Factors that must be considered when using antimicrobials include:

- Accurate diagnosis of infection
- Proper understanding of empiric and definitive therapy
- Preference for narrow-spectrum, and low-priced oral drugs for the shortest duration
- understanding pharmacodynamics and efficacy of antimicrobial agents
- Host characteristics that can influence activity of antimicrobials
- Understanding the adverse effects of antimicrobials on the host

If needed, it is important for health care provider to consult infectious disease specialists for guidance, and to avoid unnecessary use of antimicrobials. Antimicrobial agents are effective in the treatment of a variety of infections due to their selective toxicity. Selective toxicity is the ability of antimicrobials to injure or kill an invading microorganism without causing substantial damage to hosts cell. In majority of cases,

NETCE0004331

the selective toxicity is relative rather than absolute, which essentially means that the concentration of a particular antimicrobial should be carefully controlled to attack the microbe, while still being tolerated by the host.

## SELECTION OF ANTIMICROBIAL AGENTS

Selection of the most appropriate antimicrobial drug is guided by the following factors:
1. Identification of the causative microorganism
2. Susceptibility of the microorganism to a particular drug
3. Site of the infection
4. Patient factors
5. Safety of the drug
6. Cost of therapy

However, in some cases, patients need to be initiated on empiric therapy (immediate administration of drug or drugs) before bacterial identification and susceptibility testing.

### A. Identification of the infecting organism

Characterizing the infecting organism is crucial for selection of the proper drug. Gram stain may be used for characterizing the nature of the microbe: however, culture of the infective microorganism is essential for conclusive diagnosis and to determine the sensitivity and susceptibility of the microorganism to a particular drug. Healthcare providers should obtain a culture of the microorganism before starting the treatment. In certain infections, infecting microorganism can be identified by laboratory tests, such as detection of microbial antigens, DNA, or RNA, or an inflammatory or host immune response to the microorganism.

### B. Empiric therapy prior to identification of the organism

In ideal conditions, the antimicrobial drug is selected after the identification of the infective organism and determination of its susceptibility to a particular drug. However, in critical situations, such as patients in septic shock, a delay could mean death, and immediate empiric therapy is indicated.

**1. Timing:** Acutely ill patients with infections of unknown origin—for example, patients with neutropenia or meningitis —require urgent treatment. In such cases, treatment should be initiated after samples for laboratory tests have been obtained prior to the availability of culture results. In more stable conditions, such as subacute bacterial endocarditis, treatment with antimicrobials should be deliberately kept on hold until the collection and submission of appropriate specimens. Premature initiation of antimicrobial in such cases can inhibit or suppress bacterial growth and impede establishing a microbiological diagnosis. Microbiological results are available only after 24 to 72 hours; therefore, the initial treatment is usually empiric and according to the clinical presentation. Several studies have observed that inadequate therapy for infections in seriously ill patients is associated with poor outcomes, including increased mortality and morbidity and as well as increased length of stay [18, 19].

NETCE0004332

**2. Selecting a drug:**

Drug choice in the empiric therapy depends on the following factors:

1. Site of infection and prior knowledge of microbes known to colonize a given patient
2. Patient's history including age, immune status, previous infections, recent travel history, type of infection i.e. hospital- or community-acquired.
3. Local bacterial resistance patterns or antibiograms [20]

Broad-spectrum therapy should be prescribed if the microbe is not identified or there is likelihood of polymicrobial infection. The choice of drug also depends on known association of particular microorganisms with the specific clinical syndrome. For instance, grampositive cocci in the CSF of an infant are likely to be S. agalactiae and not S. pneumoniae and, therefore, is prescribed Penicillin *G*. By contrast, gram-positive coccus in the CSF of an adult patient is most likely to be S. pneumoniae. This organism is usually resistant to penicillin *G* and generally necessitates treatment with a high dose ceftriaxone, a third-generation cephalosporin or vancomycin.

| Range of Activity | Organisms Affected | Example Antibiotics |
|---|---|---|
| Narrow Spectrum | Gram-positives (Actinomyces, Corynebacteria, Bacillus, Clostridium, Pyogenic cocci, Spirochetes) | Macrolides (Erythromycin) Polypeptides (Polymyxin) |
| Moderate Spectrum | Gram-positives plus systemic, enteric and urinary tract Gram-negatives | Sulfonamides Aminoglycosides (Streptomycin, Gentamycin, Tobramycin) |
| Narrow/Moderate Spectrum | Gram-positives plus Gram-negatives | Beta-lactams (Penicillin, Ampicillin, Cephalosporins) |
| Broad Spectrum | All prokaryotes except Mycobacteria and Pseudomonas | Chloramphenicol Tetracycline |
| Anti-mycobacterial | Mycobacteria | Isoniazid Ethambutol Streptomycin Rifampin |

CONFIDENTIAL

NETCE0004333

**C. Determining antimicrobial susceptibility of infective organisms**

After a pathogen is cultured, antimicrobial susceptibility testing (AST) is usually performed. The susceptibility of the pathogenic microbe to specific antibiotics helps immensely in selecting an appropriate antimicrobial therapy. Certain microbes, such as Neisseria meningitidis and Streptococcus pyogenes, usually have predictable susceptibility patterns to specific antibiotics. However, some microbes which include enterococci and majority of gram-negative bacilli often exhibit unpredictable susceptibility patterns to different types of antibiotics and require antimicrobial susceptibility testing to determine appropriate antimicrobial therapy.

**1. Bacteriostatic vs. bactericidal drugs:**
Antimicrobial agents can be categorized as bacteriostatic and bactericidal. Bacteriostatic drugs such as sulfonamides, macrolide, and tetracyclines inhibit the replication of bacteria without killing the organism in the patient.  This limits the spread of infection until the body's immune system eliminates the pathogen. Bactericidal drugs such as fluoroquinolones and daptomycin kill bacteria and are often the drugs of choice in seriously ill patients. Some drugs can be bactericidal against certain organisms and bacteriostatic against others and vice versa. For example, chloramphenicol is bactericidal against S. pneumoniae and is bacteriostatic against gram-negative rods. Common bactericidal include cephalosporins, penicillin, impeniem, aztreonam, vancomycin, and aminoglycosides. Common bacteriostatic drugs include tetracycline, erythromycin, sulfonomides, cholramphenicol, clindamycin, and trimethoprim

**2. Minimum inhibitory concentration:**

Minimum inhibitory concentration (MIC) is the lowest concentration of an antibiotic that inhibits visible growth of a microorganism.  MIC is interpreted as "susceptible," "resistant," or "intermediate."

According to the new ISO 20776-1 standard, these terms are defined as follows:

- **Susceptible:** A bacterial strain is "susceptible" to a given antimicrobial agent when it is inhibited in vitro by a concentration of this drug that is associated with a high likelihood of therapeutic success.
- **Intermediate:** The sensitivity of a bacterial strain to a given antimicrobial agent "intermediate" when it is inhibited in vitro by a concentration of this drug that is associated with an uncertain therapeutic effect.
- **Resistant:** A bacterial strain is "resistant" to a given antimicrobial agent when it is inhibited in vitro by a concentration of this drug that is associated with a high likelihood of therapeutic failure.

**3. Minimum bactericidal concentration:**

NETCE0004334

The Minimum Bactericidal Concentration (MBC) is the lowest concentration of antibiotic required to kill a specific bacterium [21] and results in a 99.9 percent decline in colony count after overnight broth dilution incubations. Antimicrobials are generally regarded as bactericidal when the MBC is no more than four times the MIC [22].
MIC assay determines the Minimum Bactericidal Concentration (MBC).

**D. Effect of the site of infection on therapy:**

**The blood-brain barrier**
The efficacy of antimicrobial agents depends on their ability to achieve a concentration equal to or greater than the MIC at the site of infection and modification of activity at certain sites. Adequate levels of an antimicrobial agent must reach the site of infection in order to eliminate the pathogenic microorganisms. For example, first- and second-generation cephalosporins and macrolides are not prescribed to the patients with CNS infections as they do not achieve serum levels in the CSF. These drugs are unable to move across the blood-brain barrier, and, therefore, are not recommended for central nervous system infections. Fluoroquinolones attain high concentrations in the prostatic tissues and are preferred oral drugs for the treatment of prostatitis [23]

The penetration and concentration of an antimicrobial drug in the CSF depends on the following factors:
**1. Lipid solubility of the drug:**
Under normal circumstances, the lipid soluble drugs such as chloramphenicol and metronidazole penetrate into the brain easily, where as β-lactam antibiotics, such as penicillin, cannot penetrate the brain easily because as they have low solubility in lipids and are ionized at physiologic pH. During CNS infections such as meningitis the brain is inflamed and the blood brain barrier function is impaired resulting in increased local permeability. In such conditions some β-lactam antibiotics can enter the CSF in therapeutic amounts.
**2. Molecular weight of the drug:**
The entry of a drug into the CSF depends on the square root of its molecular mass. A compound with a low molecular weight easily moves across the blood-brain barrier, whereas drugs such as vancomycin with a high molecular weight have difficulty moving across the blood brain barrier and penetrate poorly, even during meningitis.
**3. Protein binding of the drug:**
In normal conditions when the brain barrier is intact, only the plasma fraction unbound agent can easily penetrate, and protein binding of a drug restricts its entry into the brain e blood-brain to a large extent.

**E. Patient factors**
Following factors should be accounted in selecting an antibiotic for an individual:
- Status of the immune system
- Kidney and liver function
- Perfusion status

NETCE0004335

- Age
- Pregnancy or breast-feeding woman

**1. Immune system:**
Healthy immune system is a key factor for eradicating pathogenic microorganisms from the host's body. Antimicrobial agents can be bacteriostatic (suppress the microbial growth) or bactericidal (decrease the microbial population by killing them), but the host immune system must ultimately eliminate the pathogenic microorganisms. An individual can have impaired immune system in conditions such as:

- Diabetes
- Alcoholism
- HIV infection
- Malnutrition
- Autoimmune diseases
- Pregnancy
- Advanced age
- Immunosuppressive drugs

Such patients require higher-than-usual doses of antimicrobial agents or long term treatment to eliminate pathogenic microorganisms.

**2. Renal dysfunction:**

It is important to assess kidney function during antimicrobial therapy because majority of drugs are eliminated by the kidney or liver. There is a high risk of accumulation of antibiotics when the drug is given to people with poor renal function (10% or less of normal). Dosage adjustment is required to prevent accumulation of drug and thus avoid adverse effects. In majority of cases, dose reduction is essential to prevent accumulation and toxicity in patients with poor kidney function. However, in certain cases doses might need to be increased to prevent underdosing in young healthy patients with rapid renal elimination or those with rapid hepatic metabolism because of enzyme induction by concomitant use of agents such as phenytoin or rifampin. Serum creatinine levels are usually monitored as it is a good index of kidney function for adjustment of drug regimens. However, when administering certain antibiotics such as aminoglycosides direct monitoring of serum levels is a better option to quantify maximum and minimum values. Rising minimum values indicate potential drug toxicity. Additionally, antibiotics that undergo extensive metabolism or are excreted via the biliary route may be favored in patients with poor renal function.

**3. Hepatic dysfunction:** It is important to assess liver function during antimicrobial therapy because a lot of drugs such as erythromycin and tetracycline are concentrated or eliminated by the liver. Such drugs must be used with caution when treating patients with liver impairment.

CONFIDENTIAL

**4. Poor perfusion:**

Poor circulation to a particular part of the body reduces the amount of antibiotic that reaches that area, making these infections very difficult to treat. This situation is especially true for patients with diabetes or congestive heart failure.

**5. Age:**

Newborns have a poor ability to eliminate drugs through kidney or liver. This makes them susceptible to the toxic effects of drugs such as chloramphenicol and sulfonamides. Tetracyclines or quinolones should be avoided in young children as these agents can adversely affect bone growth. With aging, the number of functioning nephrons decreases; therefore, elderly patients are especially susceptible to drug accumulation.

**6. Pregnancy and Lactation:**

Antimicrobial agents should be used with caution in pregnancy as the drug can not only affect the mother but also the fetus. Many antimicrobials such aminoglycosides are teratogenic and should not be given during pregnancy because of their ototoxic effect. Similarly tetracyclines agents tooth can cause dysplasia and suppression of bone growth. However, the majority of antibiotics are not teratogenic if used and dosed properly [24-28]. Drugs administered to a breastfeeding mother may enter the nursing infant through the breast milk. Although the concentration of an antimicrobial agent in breast milk is usually low, the total dose to the infant may be adequate to produce adverse effects.

Approved antibiotic usage during pregnancy and lactation period

| | Pregnancy | | Lactation period |
|---|---|---|---|
| | Crossing placental barrier | FDA | Diffusion breast milk |
| Amikacin | + | C/D | + |
| Amoxicillin | ++ | B | + |
| Amoxicillin/clavulanic acid | ? | B | + |
| Ampicillin | +++ | B | + |
| Ampicillin/sulbactam | ? | B | + |
| Azithromycin | + | B | + |

CONFIDENTIAL

| | Pregnancy | | | Lactation period |
| --- | --- | --- | --- | --- |
| | Crossing placental barrier | FDA | | Diffusion breast milk |
| Aztreonam | + | B | | + |
| Benzylpenicillin | +++ | B | | + |
| Cefaclor | ? | B | | + |
| Cefadroxil | +++ | B | | + |
| Cefalexin | +++ | B | | + |
| Cefazolin | +++ | B | | + |
| Cefepim | ++ | B | | + |
| Cefixim | +++ | B | | + |
| Cefotaxim | + | B | | + |
| Cefotiam | ? | − | | + |
| Cefoxitin | +++ | B | | + |
| Cefpodoxim–proxetil | ? | B | | + |
| Ceftazidim | ++ | B | | + |
| Ceftibuten | ? | B | | + |
| Ceftriaxon | + | B | | + |
| Cefuroxime | ? | B | | + |
| Cefuroximaxetil | + | B | | + |
| Chloramphenicol | +++ | C | | + |
| Ciprofloxacin | +++ | C | | ? |
| Clarithromycin | ? | C | | + |
| Clindamycin | ++ | B | | + |
| Cotrimoxazole | +++ | C | | + |

CONFIDENTIAL

| | Pregnancy | | Lactation period |
| --- | --- | --- | --- |
| | Crossing placental barrier | FDA | Diffusion breast milk |
| Doxycycline | ++ | D | + |
| Ertapenem | ? | B | + |
| Erythromycin | ? | B | + |
| Ethambutol | +++ | B | + |
| Flucloxacillin | ++ | B | + |
| Fosfomycin | ++ | B | + |
| Gentamicin | ++ | C | + |
| Imipenem/cilastatin | +++ | C | ? |
| Isoniazid | +++ | B/C | ? |
| Josamycin | ? | – | ++ |
| Levofloxacin | +++ | C | + |
| Linezolid | ? | C | |
| Loracarbef | + | B | + |
| Meropenem | ? | B | + |
| Metronidazole | +++ | B | + |
| Mezlocillin | +++ | B | + |
| Minocycline | ? | D | + |
| Moxifloxacin | ? | C | + |
| Netilmicin | + | C/D | ? |
| Norfloxacin | ? | C | ? |
| Ofloxacin | ? | C | ? |
| Oxacillin | + | B | + |

CONFIDENTIAL

| | Pregnancy | | | Lactation period |
|---|---|---|---|---|
| | Crossing placental barrier | FDA | | Diffusion breast milk |
| Phenoxymethylpenicillin | ? | B | | + |
| Piperacillin | + | B | | + |
| Piperacillin/tazobactam | ? | B | | ? |
| Pyrazinamide | ? | C | | + |
| Quinupristin/dalfopristin | ? | B | | ? |
| Rifabutin | ? | C | | ? |
| Rifampicin | ++ | B/C | | + |
| Roxithromycin | ? | B | | + |
| Teicoplanin | ? | C | | ? |
| Telithromycin | ? | – | | ? |
| Tobramycin | +++ | C/D | | + |
| Trimethoprim | +++ | C | | + |
| Vancomycin | +++ | C | | + |

+ denotes minor crossing of the placental barrier/diffusion into breast milk
++ denotes moderate crossing of the placental barrier/diffusion into breast milk
+++ denotes distinct crossing of the placental barrier/diffusion into breast milk
? Denotes unknown
FDA classification:
A controlled human studies show no fetal risks; these drugs are the safest
B animal studies show no risk to the fetus and no controlled human studies have been conducted, or animal studies show a risk to the fetus but well-controlled human studies do not
C no adequate animal or human studies have been conducted, or adverse fetal effects have been shown in animals but no human data are available.
D evidence of human fetal risk exists, but benefits may outweigh risks in certain situations (e.g., life-threatening disorders, serious disorders for which safer drugs cannot be used or are ineffective), X proven fetal risks outweigh any possible benefits.

**F. Safety of the agent**

NETCE0004340

Many antibiotics, such as the penicillins, are very safe and among the least toxic of all antimicrobial agent because they only interfere with a site that is unique to the growth of pathogenic microorganisms. However, certain drugs such as chloramphenicol are less specific and are prescribed only in life-threatening infections as they can be highly toxic. FDA Pregnancy Risk Categories:
Caution should be taken when considering drug therapy during pregnancy

- Category A: remote risk to fetus (e.g. daily multivitamin)
- Category B: Slight risk to fetus (β-Lactamse, cephalosporins, erythromycin)
- Category C: Greater risk than category B. Use if the potential benefit justifies the potential risk to the fetus (vancomycin, chloramphenicol, fluoroquinolones).
- Category D: Proven risk of fetal harm; use only if there isn't another alternative (aminoglycosides and tetracycline).
- Category X: Proven risk of fetal harm with. Risk outweighs any possible benefit to the mother.

### G. Cost of therapy

Several antimicrobial agents can have similar efficacy in treating an infection, but vary widely in cost. Cost factor becomes very important particularly for poor patients or for a poor country.

### ROUTE OF ADMINISTRATION

The oral route of administration is preferred in patients with mild infections and can be given on an outpatient basis. Additionally, oral antibiotic therapy puts less economic burden on an individual or a nation. In cases requiring intravenous treatment initially, the switch to oral drugs should occur as soon as possible. However, parenteral administration is necessary for certain antibiotics, such as aminoglycosides and vancomycin because they are very poorly absorbed when taken orally. Patients hospitalized with severe infections are usually administered intravenous antimicrobial agents. However, patients with mild to moderate infections who are hospitalized for other reasons such as arrhythmias or dehydration and have normal gastrointestinal function are usually administered antimicrobial agents orally. An agent that has excellent absorption and bioavailability is preferred for oral therapy in patients with invasive infections such as abscesses or pneumonia. Antibiotics such as fluoroquinolones, trimethoprim-sulfamethoxazole, and metronidazole can be given in these conditions. However, in severe infections, such as meningitis in which high serum or CSF drug concentrations needs to be achieved, oral therapy is not preferred, is less reliable and not generally recommended [29].

### ORAL VERSUS INTRAVENOUS ADMINISTRATION

| Mode of Administration | Advantages | Disadvantages |
|---|---|---|
| ORAL | • Safe.<br>• Convenient | • Some drugs have slow absorption.<br>• Onset of drug action is slow. |

NETCE0004341

| | | |
|---|---|---|
| | • Economical<br>• Drug absorption is good due to extensive surface area | • Irritable and unpalatable drugs can not be given.<br>• Not utilized in unconscious and uncooperative patients.<br>• Cannot utilize in severe vomiting.<br>• Some drugs are destroyed in stomach like insulin etc.<br>• Drugs after absorption are metabolized in liver before reaching the systemic circulation; this is called FIRST PASS EFFECT.<br>• Drug absorption affected by intake of food.<br>• Some drugs produce irritation to gastric mucosa. |
| **INTRAVENOUS:** | • No absorption required;<br>• Bioavailability is 100%.<br>• Desired blood concentration of drug is achieved quickly and can be maintained.<br>• Large volume of drug can be given.<br>• Rapid onset of action.<br>• Drugs can be given in presence of vomiting and diarrhea.<br>• Useful for unconscious patients.<br>• Useful in emergency situations.<br>• First pass effect is avoided.<br>• Drugs producing gastric irritation can be given.<br>• Drugs that are not absorbed from G.I.T can be given.<br>• Drugs destroyed by gastric acid can be given. | • Extravasation of drugs produces irritation and cellulitis.<br>• Chances of thrombophlebitis.<br>• Repeated I/V administration require patent veins sometimes that may not be possible.<br>• Less safe, once the side effects produced, they are difficult to control.<br>• Disadvantages:<br>• Technical person is needed, self-administration is difficult.<br>• Expensive.<br>• Inconvenient and painful.<br>• Danger of infection, if proper sterilization techniques are not used. |

**IV. DETERMINANTS OF RATIONAL DOSING**

Rational dosing of antimicrobial agents is predominantly based on two factors:

1. Pharmacodynamics i.e. the relationship of drug concentrations to antimicrobial effects
2. Pharmacokinetics. It encompasses the absorption, distribution, metabolism and elimination of the drug by the body.

Frequency of dosing depends upon three important properties:

NETCE0004342

1. Concentration-dependent  killing
2. Time-dependent killing
3. Postantibiotic effect.

Antibiotic dosing regimens are optimized with the aid of these properties to improve clinical outcomes and possibly decrease the development of resistance.

**A. Concentration-dependent killing**
Some antimicrobial drugs, such as aminoglycosides, show a substantial increase in the rate of bacterial killing as the concentration of antibiotic increases manifold from 4- to 64-fold the MIC of the drug for the infecting microorganism. Administering antimicrobial drugs that exhibit this concentration dependent killing by a once-a-day bolus infusion attains high peak levels, resulting in rapid killing of the infecting microorganism.

**B. Time-dependent (concentration-independent) killing**
By contrast, certain antibiotics such as β-lactams, clindamycin, and macrolides, do not exhibit this concentration-dependent property.  There is no substantial increase in the rate of bacterial killing by increasing the concentration of antibiotic to higher multiples of the MIC. The clinical efficacy of such antimicrobial agents can be best predicted by concentration-independent or time-dependent killing i.e. the percentage of time that blood concentrations of a drug remain above the MIC.  These drugs have relatively slow bactericidal action; therefore, it is neccessary that the serum concentration exceeds the MIC for the duration of the dosing interval so that the inhibitory effect of the drug is effective.   This is achieved though frequent dosing or continuous infusion of the drug.

**C. Postantibiotic effect**
The postantibiotic effect (PAE) is a persistent suppression of microbial growth that occurs after antibiotic levels have fallen below the MIC even in the absence of host defense mechanisms.
Duration of the post antibiotic effect is influenced by the following factors:
- Duration of antibiotic exposure
- Bacterial species
- Medium of the culture
- Class of antibiotic.

The PAE is defined as the length of time it takes (after the transfer) for the culture to achieve log-phase growth. Antimicrobial agents with a long PAE are usually given only one dose per day.  Along with host factors, the pharmacodynamic properties of antimicrobial agents may also be important in establishing a dosing regimen. This relates specifically to the concept of time-dependent versus concentration-dependent killing.  Drugs that exhibit time-dependent activity (beta-lactams and vancomycin) have relatively slow bactericidal action; therefore, it is of utmost importance that the serum concentration exceeds the MIC for the duration of the dosing interval through frequent dosing or continuous infusion.

CONFIDENTIAL

**DRUG RESISTANCE**

Microbes are said to be resistant to an antimicrobial if the maximal level of that antimicrobial that can be tolerated by the host does not halt their growth. Antibiotic resistance has become one of the biggest to the health care professionals in the treatment of infectious diseases. Resistance is being reported not only against natural and semi-synthetic antibiotics, but also against antibiotics such as fluoroquinolones which are synthetic in nature. Resistance has also been observed in antibiotics such as vancomycin that do not even enter the cells. Antibiotic resistance is widespread and it is believed that any microorganism could develop resistance to any antibiotic. Anti-microbial drug resistance is a global issue involving treatment of bacterial, viral, fungal and parasitic infections [30, 31]. The increase and spread of drug resistance is the result of the evolutionary selection because of misuse and overuse of antimicrobial drugs [32, 33].

The widespread and often inappropriate use of antimicrobial drugs is most important factor in the emergence of drug resistance. Antimicrobial drug should be used appropriately and only when necessary for prevention of drug resistance. This judicious prescribing involves:
- Avoidance of antibiotic treatment for community-acquired infections i.e. majority of viral, upper respiratory tract infections
- Avoidance of narrow-spectrum antibiotics and use of narrow-spectrum antibiotics whenever possible
- Antibiotics usage for the shortest duration that is adequate for treating a particular clinical syndrome

**Prescription Overuse:**
- In the US, it has been estimated that almost 50% of all the antibiotics prescribed are unnecessary. This trend continues partly because of undue pressure from patients to prescribe antibiotics even if it is not warranted. Aggressive marketing by leading pharmaceutical companies can also lead to inappropriate demand for antibiotics by patients.
- Approximately 50% of all antibiotics manufactured US are given to livestock prophylactically to promote growth in healthy animals. It is believed that this overuse of antibiotics in livestock ultimately leads to resistance in human bacteria.
- There is a widespread use of antibacterial agents in household chores which is also believed to be partly responsible for bacterial resistance.

**Prescription Misuse**:
- Healthcare professionals sometimes inappropriately or erroneously prescribe antibiotics with incorrect dosage or wrong antibiotics. Antibiotic is often prescribed for non-bacterial infections such as cold, coughs, etc. Sometimes doctors prescribe low dose antibiotic for long term prophylactically.

CONFIDENTIAL

- Broad-spectrum antibiotics are often prescribed before a diagnostic lab test so that a narrow spectrum antibiotic can be given later on.
- In several countries, antibiotics are available over the counter that results in extensive antibiotic misuse.
- Drug compliance is also a major issue. Patients discontinue antibiotics as soon as they feel better instead of completing the whole course.

Some microbes such as gram-negative organisms are inherently resistant to a particular antimicrobial (vancomycin in this case). Microbes are usually responsive to a particular antimicrobial or a drug, but can develop new strains that are more virulent or resistant by spontaneous mutation or acquired resistance and selection. Some of these strains are resistant to multiple antimicrobials.

**A. Genetic alterations leading to drug resistance**
Acquired antibiotic resistance develops because of the following factors:
1. Temporary gain of genetic information in the bacteria
2. Permanent gain of genetic information in the bacteria
3. Alteration of genetic information in the bacteria

Resistance develops when the bacterial DNA undergoes spontaneous mutation or to moves from one microorganism to another.

**1. Spontaneous mutations of DNA:**
Chromosomal alteration happens by deletion, insertion, or substitution of one or more nucleotides within the genome. Some spontaneous mutations have almost no impact on the susceptibility of the microorganism to antimicrobial agent. However, some mutations produce antibiotic-resistant strains. In the last few years, rifampin-resistant Mycobacterium tuberculosis has emerged because rifampin was used as a single antibiotic.

**2. DNA transfer of drug resistance:**
Drug resistance can be acquired because of DNA transfer from one microorganism to another. Extrachromosomal R factor (resistance plasmid) is a plasmid that encodes for antimicrobial resistance. Majority of resistance genes are mediated by plasmids and in some cases plasmid-mediated traits get attached to a host bacterial DNA. Plasmids can enter cells with the help of transduction (phage mediated), transformation, or bacterial conjugation.

**B. Altered expression of proteins in drug-resistant organisms**
Drug resistance can be mediated by several types of mechanisms which include:
- Absence of or an alteration in an antibiotic target site
- Low penetration of the drug because of decreased permeability
- Increased efflux of the drug
- Presence of enzymes that inactivate antibiotic

NETCE0004345

**1. Modification of target sites:** Mutation can alter antimicrobial's target site resulting in organismal resistance to antibiotics. For example, S. pneumoniae resistance to penicillin involves alterations in bacterial penicillin-binding proteins (PBMs), resulting in decreased binding of the antibiotic to its target.
**2. Decreased accumulation:** Decreased uptake or increased efflux of an antibiotic across the cell surface [34] can result in drug resistance because the drug cannot gain access to the site of its action in optimum concentrations to either injure or kill the microorganism.

**3. Enzymatic inactivation:**
In this scenario, antibiotic-inactivating enzymes inactivate or destroy the antimicrobial drug resulting in drug resistance. Some examples of antibiotic-inactivating enzymes include:
- Esterases that inactivate macrolides
- Acetyltransferases that inactivate chloramphenicol or aminoglycosides
- β-lactamases ("penicillinases") that inactivate penicillins and cephalosporins

**Some representative antibiotics, their modes of action and mechanisms of resistance**

| Category | Some members | Mechanism of action | Major mechanisms of resistance |
|---|---|---|---|
| β-Lactams | Penicillins, Cephalosporins, Cefotaximes, Carbapenems | Inhibition of cell-wall synthesis | Cleavage by β-lactamases, ESBLs CTX-mases, Carbapenemases, altered PBPs |
| Aminoglycosides | Streptomycin, Gentamycin, Tobramycin, Amikacin | Inhibition of protein synthesis | Enzymatic modification, efflux, ribosomal mutations, 16S rRNA methylation |
| Glycopeptides | Vancomycin | Inhibition of cell-wall synthesis | Altered cell walls, efflux |
| Quinolones | Ciprofloxacin, Ofloxacin, Norfloxacin | Inhibition of DNA replication | Efflux, modification, target mutations |
| Tetracyclines | Tetracycline | Inhibition of translation | Mainly efflux |
| Streptogramins | Virginiamycins, Quinupristin, Dalfopristin | Inhibition of cell-wall synthesis | Enzymatic cleavage, modification, efflux |
| Rifamycins | Rifampin (Rifampicin) | Inhibition of transcription | Altered β-subunit of RNA polymerase |

CONFIDENTIAL

| Oxazolidinones | Linezolid | Inhibition of formation of 70S ribosomal complex | Mutations in 23S rRNA genes followed by gene conversion |
|---|---|---|---|

**TEN COMMON SUPERBUGS WITH MULTIPLE DRUG RESISTANCE**

| Bacterium | Diseases caused | Drugs resisted |
|---|---|---|
| Staphylococcus aureus | Bacteremia (blood infection), pneumonia, surgical-wound infections | Chloramphenicol, rifampin, ciprofloxacin, clindamycin, erythromycin, beta-lactams, tetracycline, trimethoprim |
| Streptococcus pneumoniae | Meningitis, pneumonia, otitis media (ear infection) | Penicillin, erythromycin, chloramphenicol, trimethoprim-sul-famethoxazole, fluoroquinolones |
| Mycobacterium tuberculosis | Tuberculosis | Aminoglycosides, ethambutol, isoniazid, pyrazinamide, rifampin |
| Haemophilus influenzae | Epiglotitis, meningitis, otitis media, pneumonia, sinusitis | Beta-lactams, chloramphenicol, tetracycline, trimethoprim |
| Enterobacteriaceae (e.g.Escherichia coli, Klebsiella spp.) | Bacteremia, pneumonia, urinary tract or surgical-wound infections, diarrhea | Aminoglycosides, beta-lactams, fluoroquinolones, chloramphenicol, trimethoprim |
| Enterococcus | Bacteremia, urinary tract or surgical-wound infections | Aminoglycosides, beta-lactams, vancomycin |
| Neisseria gonorrhoeae | Gonorrhoeae | Beta-lactams, spectinomycin, fluoroquinolones, tetracycline |
| Pseudomonas aeruginosa | Bacteremia, pneumonia, urinary tract infections | Aminoglycosides, beta-lactams, ciprofloxacin, carbapenems |
| Bacteroides | Septicemia, anaerobic infections | Clindamycin, cefoxitin, fluoroquinolones |
| Shigella dysenteriae | Severe diarrhea | Ampicillin, tetracycline, chloramphenicol, trimethoprim-sulfamethoxazole |

CONFIDENTIAL

Infectious diseases caused by fungi are known as mycoses, and they are usually chronic in nature [35]. Mycotic infections can be superficial and may involve the skin (cutaneous mycoses extending into the epidermis).  Some fungi can also cause subcutaneous infections by penetrating the skin. Systemic mycoses caused by virulent pathogens predominantly originate in the lungs and later on can spread to multiple organ systems. Systemic mycoses are also seen in immunocompromised patients and are caused by opportunistic pathogens such as Candidiasis, Aspergillosis and Cryptococcosis. Systemic mycoses are very difficult to treat and are usually life-threatening.

| Superficial Fungal Infections | | |
|---|---|---|
| Dermophytic Infection | Causative Organism | |
| Tinea corporis (ringworm) | Microsporum canis, Trichophyton mentagrophytes | |
| Tinea cruis (jock itch) | T. rubrum, T. mentagrophytes, E. floccosum | |
| Tinea pedis (athlete's foot) | T. rubrum, T. mentagrophytes, Epidermophyton floccosum | |
| Tinea capis (scalp) | M. canis T. tonsurans | |
| Tinea unguium (nails) | T. rubrum, T. mentagrophytes, E. floccosum | |
| Tinea barbae (beard/hair) | T. rubrum, T. mentagrophytes | |
| Systemic Infections | | |
| Systemic Infections | Causative Organism | |
| Coccidioidomycosis | Cocidioides immitis | |
| Blastomycosis | Blastomyces dermatitidis | |
| Histoplasmosis | Histoplasma capsulatum | |
| Brazilian Blastomycosis | Paracoccidioides brasiliensis | |
| Opportunistic Infections | | |
| Opportunistic Infections | Causative Organism | Target Organs |
| Candidaisis, Thrush, Vulvovaginitis | Candida albicans | GI tract and vagina |

CONFIDENTIAL

| Aspergillosis | *Aspergillus* sp. | Lung, brain, sinuses and other organs |
| Cryptococcal meningitis | *Cryptococcus neoformans* | Through inhalation, may cause mild lung infection. Mainly affects CNS |
| Mucormycosis | *Murcor* sp. | Sinuses, eyes, blood and brain |
| Pneumocystis carinii pneumonia | *Pneumocystis carinii* | Lungs (especially prevalent in HIV patients) |

Fungi are eukaryotic and have rigid cell walls composed of chitin. Its cell membrane contains ergosterol as opposed to the cholesterol present in mammalian membranes. These typical chemical characteristics are very helpful in targeting pharmaceutical agents against mycoses or fungal infections. Fungal infections are usually antibiotic resistant.

| CLASSIFICATION OF ANTIFUNGAL DRUGS |
|---|
| **Drugs for systemic fungal infections** |
| **Polyene antibiotics**<br>-Amphotericin B |
| **Pyrimidine antimetabolites**<br>-Flucytosine |
| **Antifungal azoles**<br>-Ketoconazole<br>-Fluconazole<br>-Itraconazole<br>**Echinocandins**<br>Caspofungin, micafungin, and anidulafungin |

CONFIDENTIAL

> **Drugs for superficial fungal infections**
>
> **Systemic drugs**
> -Griseofulvin
> -Iodide
>
> **Topical drugs**
> -Nystatin
> -Haloprogin
> -Tolnaftate
> -Azoles (miconazole, econazole, clotrimazole)

The antifungals act on different targets. Polyene antibiotics such as Amphotericin B lipid, Nystatin (topical) and azole antifungals act on the cell membrane. Some agents such as pyrimidine analogues (Flucytosine) target DNA synthesis. Drugs such as Echinocandins, Caspofungin acetate act on cell wall.

**Classification of Antifungal Drugs**

| Class of Drug | Mechanism of Action | Example |
|---|---|---|
| Polyenes | Act by binding to ergo sterol in the fungal cell membrane. This binding results in depolarization of the membrane and formation of pores that increase permeability to proteins and monovalent and divalent cations, eventually leading to cell death | Amphotericin B |
| Antimetabolite | Inhibits fungal protein synthesis by replacing uracil with 5 fluro uracil in fungal RNA, also inhibit thymidilate synthetase via 5-fluorodeoxy-uridine monophosphate and thus interferes with fungal DNA synthesis. | Flu cytosine |
| Azoles | Inhibition of cytochrome P450 14a-demethylase (P45014DM). This enzyme is in the sterol biosynthesis pathway that leads from lanosterol to ergo sterol | Ketoconazole |
| Ally amines | Inhibits ergo sterol synthesis by inhibiting the enzyme squalene epoxidase | Terbinafine |
| Glucan Synthesis Inhibitors | Blocks the synthesis of a major fungal cell wall component, 1-3-beta-D-glucan. | Caspofungin |
| Miscellaneous | Inhibiting fungal mitosis by disrupting the mitotic | Griseofulvin |

NETCE0004350

| | spindle thru interaction with polymerized microtubules | |
|---|---|---|

## A. Amphotericin B

*Amphotericin B* is a polyene macrolide antibiotic that is extracted from Streptomyces nodosus. It is the drug of choice for the treatment of life-threatening systemic mycoses. It is also the drug of choice for the following fungal disease:

- Disseminated and meningeal coccidioidomycosis
- Disseminated histoplasmosis
- Disseminated and meningeal cryptococcosis
- Deep candidiasis
- Invasive aspergillosis
- Mucormycosis

It is an alternative drug for the following fungal disease:

- Paracoccidioidomycosis
- Blastomycosis
- Extracutaneous sporotrichosis

### 1. Mechanism of action:

*Amphotericin B* molecules bind to ergosterol present in the plasma membranes of fungal cells. This leads to formation of a transmembrane channel resulting in leakage of monovalent ions, especially potassium. This leakage causes cell death. Ion $(K^+, Na^+, H^+$ and $Cl^-)$ leakage, which is the primary effect leading to fungal cell death. However, recent studies have observed that pore formation or transmembrane channel is not necessarily assciccated with cell death [36]. It is now believed that the actual mechanism of action may be more sophisticated, complex and multifaceted.

### 2. Antifungal spectrum:

*Amphotericin B* can be fungistatic or fungicidal depending on the type of organism and the concentration of the drug. It has a proven efficacy against a wide variety of fungi, which includes Candida albicans, Histoplasma capsulatum, Coccidioides immitis, Cryptococcus neoformans, Blastomyces dermatitidis, and many strains of Aspergillus. It is also highly effective in the treatment of the leishmaniasis, a protozoal infection.

### 3. Resistance:

Fungal resistance is seen in very few cases and is associated with decreased ergosterol content of the fungal membrane.

### 4. Pharmacokinetics:

NETCE0004351

*Amphotericin B* is poorly souble in water, and sodium deoxycholate is added for injectable preparations, which forms a soluble colloidal dispersion. *Amphotericin B* is usually administered by slow, intravenous (IV) infusion. Intrathecal route is comparatively unsafe route but is sometimes prescribed for the treatment of meningitis caused by fungi that are sensitive to the drug.  An oral preparation of Amphotericin B exists, but is not yet commercially launched [37].

Conventional amphotericin B (CAB) can cause systemic infusion- related adverse reactions and dose-dependent nephrotoxicity. Lipid dispersion of amphotericin negates its toxic effects on the human cell membrane without impairing its effect on the fungal cell membrane. Amphotec, Abelcet, and Ambisome are the three *amphotericin B* lipid formulations that are available in the United States.

**Lipid Formulations of Amphotericin**

| Feature | Abelcet | Amphotec | Ambisome |
|---|---|---|---|
| Lipid Components | DMPC, DMPG | Cholesteryl sulphate | Phosphatidyl choline Cholesterol, distearoyl phosphatidyl glycerol |
| Structure | Ribbons of lipid with amphotericin B | Discoid structures with amphotericin B | Unilamellar liposomes with amphotericin B inside |
| Acute toxicity (as compared with parent compound) | 8-10 times less toxic | 8-10 times less toxic | 70-80 times less toxic |
| Usual dose | 5mg/kg/day | 2-7.5mg/kg/day | 5-7.5mg/kg/day |
| Safety profile | Preservation of renal function | Preservation of renal function | Adverse effects in < 5% of the patients |
| Efficacy response in humans | 69% overall 78% candidiasis 60% aspergillosis | 59% overall 83% candidiasis | 67% candidiasis 86% aspergillosis |

Ambisome is smallest and the simplest of the liposome preparations that is produced by the incorporating *amphotericin B* into a single liposomal bilayer composed of phospholipids and cholesterol.  Such preparations are less toxic.  However, these

NETCE0004352

preparations are expensive and are predominantly used as salvage therapy for individuals who are intolerant to conventional *amphotericin B*. In case renal dysfunction occurs because of conventional *amphotericin B*, the total daily dose should be reduced decreased by 50 percent.  Sodium loading with IV saline infusions and the lipid-based amphotericin *B* products are generally used to prevent nephrotoxicity.

**5. Adverse effects**:

Therapeutic index *of Amphotericin B* is narrow; therefore, the total adult daily dose should not be more than 1.5 mg/kg.  Small test doses can be administered to determine the extent of negative responses, such as anaphylaxis or convulsion.  Other toxic effects include the following.

- Fever and chills: These manifestations develop usually 1 to 3 hours after starting IV administration, and they generally subside with repeated administration of the drug. Premedication with an antipyretic or a corticosteroid is effective in preventing these manifestations.
- Kidney dysfunction: Patients can have a low GFR (glomerular filtration rate) and impaired renal tubular function. Nephrotoxicity may be accentuated because of sodium depletion; therefore, a bolus infusion of normal saline before and after amphotericin B infusion can prevent nephrotoxicity. Normal renal function is achieved after the drug is discontinued, however, at higher doses there is a likelihood of residual damage.
- Hypotension: Patient may develop a sudden shock-like fall in blood pressure with hypokalemia.
- Other prominent side effects include headache, nausea, vomiting, drowsiness, and generalized weakness.

Drug Interactions

| Drug Name | Effect of the drug interaction |
|---|---|
| Corticosteroids | Increased risk of hypokalemia |
| Cytostatic drugs | Increased risk of kidney damage, hypotension and bronchospasms |
| Flucytosine | Toxicity of flucytosine is increased and allows a lower dose of amphotericin B. Amphotericin B can accelerate entry of flucystosine into the fungal cell by blocking the fungal cell membrane. |
| Diuretics or cisplatin | Increased renal toxicity and increased risk of hypokalemia |
| Adefovir, tenofovir Foscarnet, ganciclovir | Increased risk of hematological and renal side-effects of amphotericin B. |
| Leukocyte transfusion | Increased risk of lung damage. Space the intervals between the application of amphotericin B and the transfusion, and monitor pulmonary function |

CONFIDENTIAL

### B. Flucytosine

(*5-FC*) is a synthetic pyrimidine antimetabolite that is usually prescribed in combination with *amphotericin B* for the treatment of systemic mycoses and for meningitis caused by Cryptococcus neoformans and Candida albicans.

### 1. Mechanism of action:

*5-FC* enters fungal cells via an enzyme called cytosinespecific permease, which is not present in mammalian cells. *5-FC* is then converted to 5-fluorodeoxyuridine 5'-monophosphate within susceptible fungal cells [6-8]. This false nucleotide impairs synthesis of nucleic acid and protein. *5-FC* and *amphotericin B* are used in combination and are synergistic because *Amphotericin B* increases cell permeability that allows more *5-FC* to penetrate the cell.

### 2. Antifungal spectrum:

*5-FC* is fungistatic and is effective in combination with *amphotericin B* for treating candidiasis and cryptococcosis *and in combination with itraconazole* for treating chromoblastomycosis.

### 3. Resistance:

Resistance for 5-FC can develop during treatment because of two reasons:
1. Low levels of any of the enzymes in the conversion of *5-FC* to 5-fluorouracil (*5-FU*)
2. Increased production of cytosine.

This is the main reason that 5-FC is used in combinations with amphotericin B or itraconazole and is not used as a single antimycotic drug. The chances of resistant are reduced with the combination therapy.

### 4. Pharmacokinetics:

*5-FC* is readily absorbed orally. It distributes throughout the body water and penetrates well into the CSF. *5-FU* and its metabolites are excreted by kidney via glomerular filtration, and dose adjustment is required in patients with impaired renal function. The usual dosage of Flucytosine ranges from 50 to 150 mg/kg/day given in divided doses at 6-hour intervals.

### 5. Adverse effects:

NETCE0004354

| Organ affected | Adverse affects |
|---|---|
| Bone marrow | Bone marrow depression causing pancytopenia, anemia and in rare case agranulocytosis. Aplastic anemia can also develop.  In case of se ere bone marrow toxicity death may occur, especially in immunocompromised patients |
| GI System | Anorexia, duodenal ulcer, abdominal pain and bloating, diarrhea, dry mouth, GI hemorrhage, nausea, vomiting, and ulcerative colitis |
| CNS | Confusion, psychosis, ataxia , hallucinations, headache, hearing loss, paresthesia, peripheral neuropathy, vertigo and sedation |
| Skin | Rash, pruritus, and photosensitivity.  In rare case, toxic epidermal necrolysis (Lyell's syndrome) can also occur which can be fatal. |
| Liver | Elevation of liver enzymes and bilirubin, hepatic impairment, jaundice |
| Kidney | Increased BUN and serum creatinine. Crystalluria and acute renal failure can also occur. |
| Anaphylaxis | Hypotension, bronchospastic reactions, diffuse erythema, pruritus, conjunctival injection, , abdominal pain, edema, and fever |

**C. Ketoconazole**

*Ketoconazole, introduced in 1984, was* the first orally active azole available for the treatment of systemic mycoses.

**1. Mechanism of action:** Azoles are fungistatic, and it works by inhibiting C-14 α-demethylase (a cytochrome P450 [CYP450] enzyme). This inhibition damages and impairs membrane structure and function leading to inhibition of fungal cell growth. However, ketoconazole is not target selective and also inhibits production of human gonadal and adrenal steroids.  It also inhibits CYP450-dependent hepatic drug-metabolizing enzymes.

**2. Antifungal spectrum:** Oral ketoconazole is active against several types of fungi such as Candida, Histoplasma, Blastomyces, and Coccidioides; however, it is ineffective against aspergillus species. Itraconazole is a better alternative to ketoconazole and is preferred drug for treating majority of fungal infections as it is more potent with fewer adverse effects as well as broader spectrum.

CONFIDENTIAL

Topical *ketoconazole* is used for topical infections such as tinea corporis, tinea cruris, and tinea pedis. Topical *ketoconazole* is also effective in the in the treatment of seborrheic dermatitis and dandruff. Ketoconazole shampoo is also effective as a body wash in treating tinea versicolor.  It is also prescribed for the treatment of nonfungal problems such as Cushing's syndrome [38-39] and preventing postoperative erections [40].

**3. Resistance:** This is a major clinical problem, especially when treating individuals with advanced HIV infection. Mutations have been found in the C-14 alpha-demethylase gene resulting in decreased azole binding. Some strains of fungi have mutated and are able to flush the azole out of the cell.

**4. Pharmacokinetics:** *ketoconazole, when* administered orally, requires gastric acid for proper absorption by the intestinal mucosa. Absorption is impaired with antacids as they raise gastric pH.   Absorption is also hindered by H2-histamine– receptor blockers and proton-pump inhibitors as they interfere with gastric acid secretion. Drinking cola drinks, which are acidifying agents, prior to taking the drug can lead to better absorption, especially in patients with achlorhydria. *Ketoconazole* is extensively bound to plasma proteins and its metabolism takes place in the liver, and excretion is predominantly through the bile.

Dose and Administration

Adults: The recommended starting dose of Ketoconazole Tablets is a single daily administration of 200 mg (one tablet).  Dose of ketoconazole can be increased to 400 mg once daily in inadequate clinical responsiveness and in very severe infections. Children: In small numbers of children over 2 years of age, a single daily dose of 3.3 to 6.6 mg/kg has been used.

**5. Adverse effects:**

Some of the frequent adverse effects include:

- Dose-dependent GI disturbances such as anorexia, nausea and vomiting.
- Endocrine impairments, such as decreased libido, impotence gynecomastia, and menstrual irregularities
- Allergies
- Transient increases in serum transaminases
- In rare cases frank hepatitis

Plasma concentrations of the Ketoconazole should be monitored patients with liver dysfunction as the drug may accumulate in patient's body.

**6. Drug interactions and contraindications:**

NETCE0004356

Ketoconazole, a CYP450 inhibitor, can accentuate the toxicities of drugs such as cyclosporine, phenytoin, and warfarin. Rifampin, a CYP450 enhancer, can effectively shorten the duration of action of ketoconazole. H2-receptor blockers, antacids, proton-pump inhibitors, and sucralfate decrease gastric acidity and consequently decrease absorption of ketoconazole. Ketoconazole and amphotericin B should be avoided because the reduction in ergosterol in the fungal membrane reduces the fungicidal action of amphotericin B. ketoconazole is contraindicated in pregnancy because of its teratogenicity.

**D. Fluconazole**
Fluconazole is a synthetic triazole class of antifungal agents that is prescribed in the treatment and prevention of fungal infections. It doesn't have the side effects related to endocrine system and it readily penetrates into the CSF.

Mechanism of Action
Fluconazole is cytochrome P450 enzyme 14α-demethylase inhibitor that prevents the conversion of lanosterol to ergosterol and subsequent accumulation of 14α-methyl sterols [41]. Fluconazole is predominantly fungistatic, but can be fungicidal against some pathogens such as Cryptococcus [42].

It is the drug of choice for treatment of severe fungal infections caused by *Candida* species and *Candida neoformans*. Fluconazole is prescribed for prophylaxis of fungal infections in recipients of bone marrow transplants.  Fluconazole can be used as a first-line treatment for the following fungal infections [43]:
- Histoplasmosis
- Coccidioidomycosis
- Cryptococcosis
- Prophylaxis of candidiasis in immunocompromised people

Fluconazole can be administered orally or intravenously. For the treatment of vaginal candidiasis, the dose is 150 mg as a single oral dose. Patients with for resistant skin infections need 150–300 mg of *Fluconazole* once weekly. Patients with systemic or severe infections are prescribed 500–600 mg/day of *Fluconazole*. Its absorption is excellent and is not dependent on gastric acidity. Binding to plasma proteins is minimal. It is poorly metabolized. Fluconazole has more than 90% bioavailability and it circulates in plasma in the free form.  It has negligible hepatic metabolism, and is excreted by the kidney, and doses should be reduced in patients with poor kidney function.

**Adverse effects**
Unlike ketoconazole, fluconazole doesn't affect the endocrine system as it does not inhibit the CYP450 system that leads to androgen production.  However, fluconazole can potentiate toxicities of drugs such as warfarin, phenytoin, cyclosporine, etc. Some of the common adverse effects of fluconazole include nausea, vomiting, and rashes.  In rare case, fluconazole been linked to severe or fatal hepatotoxicity;

therefore, liver function tests are monitored regularly during long-term treatment of fluconazole. It is also prescribed with caution in individuals with pre-existing liver disease [41]. *Fluconazole* is teratogenic and can cause birth defects in infants. Fluconazole should not be used during pregnancy or if one could become pregnant during treatment without the advice of a doctor [44]. Fluconazole has following adverse drug effects:

| ADVERSE EFFECTS | | | |
|---|---|---|---|
| Common adverse effects (≥1% of patients) | Infrequent adverse effects (0.1–1% of patients) | Rare adverse effects (<0.1% of patients) | Very rare adverse effects |
| • Headache<br>• Rash<br>• Dizziness<br>• Vomiting<br>• Nausea,<br>• Abdominal pain<br>• Elevated liver enzymes | • Fatigue<br>• Anorexia<br>• Constipation | • Oliguria<br>• Hypokalaemia<br>• Seizures<br>• Paraesthesia<br>• Alopecia<br>• Stevens–johnson syndrome<br>• Thrombocytopenia<br>• Other blood dyscrasias<br>• Hepatic failure<br>• anaphylactic reactions | • Prolonged QT interval<br>• Torsades de pointes |

Contraindications for Fluconazole include [43]:

- Hypersensitivity to other azole medicine
- Pregnancy
- Concomitant use of high dose fluconazole and quinidine
- Administration of terfenadine with multidose of fluconazole 400 mg per day is administered

### E. Itraconazole

*Itraconazole* is a synthetic triazole antifungal agent with a broad antifungal spectrum. Its mechanism of action is similar to that of the other triazoles. It is the drug of choice for the treatment of sporotrichosis, blastomycosis, histoplasmosis and paracoccidioidomycosis. Unlike *ketoconazole*, it is effective in AIDS–associated histoplasmosis. *Itraconazole* is well absorbed orally, and similar to ketoconazole it needs acid for dissolution. It is protein bound and distributes well all over the body, but it doesn't readily penetrate the CSF. It is predominantly metabolized by the liver. Hydroxyitraconazole, its biologically active metabolite, has a similar antifungal spectrum. Common adverse effects of Itraconazole include nausea and vomiting, rash,

NETCE0004358

hypokalemia, headache, edema and hypertension.   It is contraindicated in pregnancy because of its teratogenic effects. *It* inhibits the metabolism of several drugs, including warfarin, statins, and *quinidine*. Inducers of the CYP450 system increase the metabolism of *itraconazole*. The capsules of *itraconazole* should not be prescribed to patients with ventricular dysfunction, such as congestive heart failure (CHF) or a history of CHF.

| Drug plasma concentration increased by Itraconazole | |
|---|---|
| Antiarrhythmics | digoxin, dofetilide2, quinidine2, disopyramide |
| Anticonvulsants | carbamazepine |
| Antimycobacterials | rifabutin |
| Antineoplastics | busulfan, docetaxel, vinca alkaloids |
| Antipsychotics | pimozide2 |
| Benzodiazepines | alprazolam, diazepam, midazolam,2, 3 triazolam2 |
| Calcium Channel Blockers | dihydropyridines (including felodipine2 and nisoldipine2), verapamil |
| Gastrointestinal Motility Agents | cisapride2 |
| HMG CoA-Reductase Inhibitors | atorvastatin, cerivastatin, lovastatin2, simvastatin2 |
| Immunosuppressants | cyclosporine, tacrolimus, sirolimus |
| Oral Hypoglycemics | oral hypoglycemics |
| Protease Inhibitors | indinavir, ritonavir, saquinavir |
| Other | methadone2, levacetylmethadol (levomethadyl) 2, ergot alkaloids2, halofantrine, alfentanil, buspirone, methylprednisolone, budesonide, dexamethasone, fluticasone, trimetrexate, warfarin, cilostazol, eletriptan, fentanyl |
| Decrease plasma  concentration of Itraconazole | |
| Anticonvulsants | carbamazepine, phenobarbital, phenytoin |
| Antimycobacterials | isoniazid, rifabutin, rifampin |
| Gastric Acid Suppressors/Neutralizers | antacids, H2-receptor antagonists, proton pump inhibitors |
| Non-nucleoside Reverse Transcriptase Inhibitors | nevirapine |
| Increase plasma concentration of Itraconazole | |
| Macrolide Antibiotics | clarithromycin, erythromycin |
| Protease Inhibitors | indinavir, ritonavir |

### F. Voriconazole or Vfend

Voriconazole is a broad-spectrum triazole antifungal agent. Voriconazole *is* used a as a first-line treatment of candidaemia, oesophageal candidiasis, invasive aspergillosis, and various *Candida* infections.  It is also approved for treatment of infections caused by Scedosporium apiospermum and Fusarium species [45].

CONFIDENTIAL

The principal mechanism of action of voriconazole is the inhibition of cytochrome P-450-mediated 14 alpha-lanosterol demethylation that prevents synthesis of ergosterol in the fungal cell. The accumulation of 14 alpha-methyl sterols is associated with loss of ergosterol in the fungal cell wall which seems to be accountable for the antifungal activity. Voriconazole is more selective for fungal cytochrome P-450 enzymes compared to mammalian cytochrome P-450 enzymes.

Voriconazole is readily absorbed when taken orally. It has bioavailability of around 96% that allows patients to be switched between oral and intravenous administration. Voriconazole is metabolized by hepatic cytochrome P450 and interacts with some drugs. Administration of voriconazole is contraindicated with some drugs which include rifampin, rifabutin, etc. It also requires dose adjustments and/or monitoring when coadministered with drugs such as omeprazole, tacrolimus, cyclosporine, etc. Voriconazole is predominantly metabolized in the liver and it acts simultaneously as a substrate and inhibitor of multiple enzymes of the cytochrome P450 system [46]. Because of this reason, the dose should be halved in patients with mild to moderate liver dysfunction (Child-Pugh score A or B). No dose adjustment is required in patients with kidney dysfunction or advanced age; however, children clear voriconazole much rapidly than adults and monitoring of Voriconazole levels may be essential [47]. *Voriconazole* penetrates body tissues well, including the CNS.

Patients should be treated for a minimum of 14 days and for at least 7 days following resolution of symptoms.

### Recommended Dosing Regimen

| Infection | Loading Dose | Maintenance Dose *, ** | |
|---|---|---|---|
| | IV | IV | Oral[+] |
| Invasive Aspergillosis | 6 mg/kg q12h for the first 24 hours | 4 mg/kg q12h | 200 mg q12h |
| Candidemia in nonneutropenic patients and other deep tissue Candidainfections | 6 mg/kg q12h for the first 24 hours | 3 to 4 mg/kg q12h | 200 mg q12h |
| Esophageal Candidiasis | | Not Evaluated | 200 mg q12h |
| Scedosporiosis and Fusariosis | 6 mg/kg q12h for the first 24 hours | 4 mg/kg q12h | 200 mg q12h |

NETCE0004360

* Increase dose when Voriconazole is coadministered with phenytoin or efavirenz (7); Decrease dose in patients with hepatic impairment (2.7).

** In healthy volunteer studies, the 200 mg oral q12h dose provided an exposure (AUCτ) similar to a 3 mg/kg IV q12h dose; the 300 mg oral q12h dose provided an exposure (AUCτ) similar to a 4 mg/kg IV q12h dose [see Clinical Pharmacology (12)].

+ Adult patients who weigh less than 40 kg should receive half of the oral maintenance dose.

The most common side effects of voriconazole are rash, vomiting, nausea, transient visual disturbances, fever, diarrhea, headache, peripheral edema, abdominal pain, and respiratory disorder. Majority of adverse effects are identical to other azole antifungal agents, but visual disturbances are unique to voriconazole which are usually present when there is high trough concentrations of Voriconazol. They are present in almost 1/3 of the patient and usually develop approximately one-half hour after administration, and persist for approximately 30 minutes. In some cases they may disappear after continued use. There is no long-term detrimental effect on vision or damage to the eye. Patients on voriconazole must be warned against night driving or other potentially dangerous tasks. Recent clinical studies have observed that under- and over-dosing of voriconazole can influence the safety and efficacy of Voriconazole therapy [48-51]. Voriconazole is usually discontinued in presence of visual disturbances, rash and elevated liver function tests.

Treatment with voriconazole, in rare case, may lead to severe hepatic reactions. Regular and periodic monitoring of liver function tests is necessary during the whole course of voriconazole therapy. Voriconazole has been associated with an increased risk of squamous-cell carcinoma of the skin [52].

**G. Posaconazole**

Posaconazole is a broad-spectrum triazole antifungal drug [53, 54] which prevents ergosterol production by accumulation of methylated sterol precursors and inhibition of the enzyme lanosterol 14a-demethylase and accumulation of methylated sterol precursors. Compared to itraconazole, posaconazole is far more potent inhibitor of 14-alpha demethylase [55-57].

Posaconazole is effective against Aspergillus, Candidda, and Zygomycetes spp [58]. It is approved for the prophylaxis of Candida and invasive Aspergillus infections in patients who are severely immunocompromised. It is also highly effective in the treatment of oropharyngeal candidiasis. Posaconazole can also be prescribed in the treatment of infections caused by Mucor species and other zygomycetes. Posaconazole is effective in the treatment of Chagas disease (both chronic and acute), and has shown superior efficacy than benznidazole [59].

The recommended initial dose is 200 mg (5 mL) three times a day with a full meal.

NETCE0004361

Posaconazole is relatively well tolerated.  Posaconazole is easily absorbed in a period of 3-5 hours.  It is mainly metabolized by the liver.  Its half life is around 35 hours. Posconazole taken orally with a fat rich meal has more than 90% bioavailability and increases its concentration by four times compared to fasting state [58].

Some common adverse reactions associated with Posconazole are fever, diarrhea, nausea, cough, abdominal pain, insomnia, etc. Patietns taking this drug can also show pronlonged QT interval on the ECG. It should be used with caution in patients with potentially proarrhythmic conditions and should be avoided with agents that prolong the QT interval and are metabolized via CYP3A4. Posaconazole may accentuate the effect and toxicity of several drugs such as tacrolimus, and sirolumus and cyclosporine as it is a potent inhibitor of CYP450 3A4 enzymes.

|  | KETOCONAZOLE | FLUCONAZOLE | VORICONAZOLE | POSACONAZOLE |
|---|---|---|---|---|
| SPECTRUM | Narrow | Expanded | Expanded | Expanded |
| ROUTE(S) OF ADMINISTRATION | Oral | Oral, IV | Oral, IV | Oral |
| t1/2 (HOURS) | 6–9 | 30 | 6–24 | 20–66 |
| CSF PENETRATION | No | Yes | Yes | Yes |
| RENAL EXCRETION | No | Yes | No | No |
| INTERACTION WITH OTHER DRUGS | Frequent | Occasional | Frequent | Frequent |
| INHIBITION OF MAMMALIAN STEROL SYNTHESIS | Dose-dependent inhibitory effect | No inhibition | No inhibition | No inhibition |

**H. Echinocandins**
Echinocandins are antifungal drugs interfere with the synthesis of glucan in the fungal cell wall by inhibition of the enzyme 1,3-β glucan synthase [60, 61]. They are also

NETCE0004362

known as penicillin of antifungals.  Currently available echinocandins such as *caspofungin*, *micafungin*, and *anidulafungin* are administered intravenously.

### 1. Caspofungin:

Caspofungin is a lipopeptide antifungal drug and the first FDA [62] approved echinocandin that inhibits the enzyme $\beta(1,3)$-D-Glucan synthase leading to disintegration of the fungal cell wall.

*Caspofungin* is effective against Aspergillus and majority of Candida species, including those resistant to azoles.  It can be prescribed in presumed fungal infections in febrile, neutropenic adult patients.  It is also effective in adult patients with invasive aspergillosis. It is also prescribed in case patient is refractory to treatment or is intolerant of amphotericin B and/or itraconazole).  It is also FDA approved for the treatment of candidemia and some specific *Candida* infections.

Prominent Side effects of caspofungin

| Affected system | Side effects |
|---|---|
| CNS | Headache |
| GI | Nausea, vomiting, abdominal pain, and diarrhea |
| Respiratory | Sense of breathless or dyspnea |
| Kidney | Elevated plasma creatinine |
| Hematological | Anemia |
| Liver: | Elevated liver enzymes (asymptomatic) |
| Hypersensitivity | Rash, facial edema, pruritus |
| Electrolytes | hypokalemia |
| Whole body | fever, phlebitis or thrombophlebiti, tachycardia |

An initial dose of 70 mg is administered by intravenous infusion which is followed by 50 mg intravenous daily. In case there is no response or if inducers of caspofungin

NETCE0004363

clearance (are coadministered the daily dose may be increased to 70 mg i.v. The drug should be infused in 1 hour.

The dose of caspofungin does not need to be adjusted in kidney dysfunction impairment but is warranted with moderate hepatic impairment. Concomitant use of *caspofungin* and CYP450 enzyme inducers usually necessitates an increase in the daily dose. Co-administration of *caspofungin* with *cyclosporine* should be avoided because of high incidence of elevation of hepatic transaminases.

**2. Micafungin and anidulafungin:**

*Micafungin* and *anidulafungin* are the latest members added to the echinocandins class of antifungal drugs. Both have similar efficacy against Candida species, but the efficacy against other fungal infections is yet to be established. Both agents do not require dose adjustments in patients with kidney dysfunction or mild-to-moderate liver impairment. A*nidulafungin* can also be administered in severe hepatic dysfunction.

Anidulafungin undergoes gradual chemical degradation to inactive forms at body pH and temperature which makes it unique among antifungals. It is safe to use anidulafungin in patients with any degree of hepatic or renal impairment [63]. Also, both the agents are not substrates for CYP450 enzymes and do not have any associated drug interactions.

**III. DRUGS FOR CUTANEOUS MYCOTIC INFECTIONS**
Mold-like fungi that cause cutaneous skin infections are known as dermatophytes or tinea. These tinea infections can be classified according to the site of their infection. For example tinea pedis refers to an infection of the feet. Tinea infections that appear as rings or round red patches with clear centers are called ringworm. The three different fungi that cause the majority of cutaneous infections are Trichophyton, Microsporum, and Epidermophyton and the site of infection are nails, skin and hair.

**A. Squalene epoxidase inhibitors**
These pharmaceutical agents inhibit squalene epoxidase that prevents biosynthesis of ergosterol, an important constituent of fungal cell membrane.

**1. Terbinafine:**

It is a synthetic allylamine antifungal. It inhibits synthesis of ergosterol by preventing the enzyme squalene epoxidase, which impairs permeability of fungal cell membrane which subsequently leads to cell death. It has potent broad-spectrum fungicidal activity.

Oral terbinafine is the drug of choice for treating dermatophytoses and, particularly, onychomycoses (fungal infections of nails). It is effective against superficial skin

infections such as jock itch (*Tinea cruris*), athlete's foot (*Tinea pedis*) and other types
of ringworm (Tinea corporis).

**a. Mechanism of action:**
*Terbinafine* inhibits fungal squalene epoxidase, thereby decreasing the ergosterol
synthesis which coupled with accumulation of toxic amounts of squalene causes fungal
cell death.

**b. Antifungal spectrum:**
The drug is predominantly fungicidal and isactive against Trichophyton rubrum and
Trichophyton mentagrophytes. It can also be effective against Candida albicans,
Epidermophyton fl occosum, and Scopulariopsis brevicaulis, however, its safety and
efficacy profile in such cases has not yet been established. It is better tolerated, requires
shorter duration of therapy [64, 65], and is more effective than either *griseofulvin or
itraconazol*.

**c. Pharmacokinetics:**
It can be administered orally and topically, and is well tolerated; however, about 40% of
the dose undergoes first-pass metabolism and is predominantly plasma bound (99%)
through oral administration [66]. Its deposition occurs in the nails, skin, and fat.
It should not be given to lactating mothers as it accumulates in breast milk.  It has a half-
life of 200 to 400 hours. Patients with either moderate kidney impairment or liver
cirrhosis have reduced drug clearance.

**d. Adverse effects:**

There are several side effects caused by terbinafine

| System affected | Symptoms |
| --- | --- |
| Gastrointestinal | Diarrhea, constipation, abdominal pain, nausea, gastritis, bloating, indigestion, dyspepsia, , cholestasis, flatulence, altered stool color |
| Liver | Elevated liver enzymes, liver inflammation (hepatitis), liver damage, liver failure |
| Central nervous system | Headaches, dizziness, paraesthesia (pins and needles), vertigo, light-headedness, decreased levels of concentration |
| Immune system | pancytopenia, leukopenia, neutropenia, lymphopenia, thrombocytopenia, agranulocytosis and lupus erythematosus |
| Skin | (urticaria, rashes, skin irritation, pruritis, jaundice, Stevens–Johnson syndrome. |
| Sensory | Altered taste including complete loss of taste (ageusia), decreased taste (hypogeusia) and distorted taste (dysgeusia). Visual disturbances such as blurred vision, green vision and double vision. |

CONFIDENTIAL

| Psychological problems | Depression, insomnia, malaise, anxiety, increased / unusual dream activity, . |
|---|---|
| Other side effects | Fatigue, tachycardia, alopecia or hair loss, anemia, arthralgia, myalgia |

The most frequent adverse effects are due to gastrointestinal disturbances. Generally, all adverse effects disappear after drug discontinuation. Hepatotoxicity is seen only in rare cases. *Cimetidine* increases its blood levels, whereas Rifampin decreases it. .

**2. Naftifine:**

Naftifine is an allylamine antifungal drug indicated for the topical (1% cream and gel) treatment fungal infections such as tinea pedis, tinea cruris, and tinea corporis. Its exact mechanism of action is still unknown. It is believed that it selectively blocks sterol biosynthesis by inhibiting squalene 2,3-epoxidase enzyme [67, 68]. The half-life of naftine is approximate 2–3 days [68]. Its metabolites are excreted in the urine and feces [69]. There adverse effects are rare and include burning/stinging, erythema, itching, rash, and skin tenderness.

**3. Butenafine:** Butenafine is a synthetic benzylamine antifungal which is effective against Trichophyton rubrum, Trichophyton tonsurans, Malassezia furfur and Epidermophyton floccosum. *Butenafine* 1% cream is indicated for topical treatment of tinea corporis, interdigital tinea pedis, tinea cruris, and tinea versicolor. Adverse effects include burning, sting, worsening of condition and itching.

**B. Griseofulvin**

Griseofulvin, a fungistatic, has been gradually replaced by oral terbinafine for the treatment of dermatophytic infections of the nails. It is still indicated for the treatment of ringworm and dermatophytosis of the skin and hair. Griseofulvin requires long-term treatment lasting 6-12 months. It binds to tubulin, impairing microtubule function leading to inhibition of mitosis.

Adults

500 mg daily is usually prescribed to patients with tinea corporis, tinea cruris, and tinea capitis.
Daily dose of 1 gram is recommended for fungal infections that are difficult to eradicate such as tinea pedis and tinea unguium

**Children**

Approximately 5 mg/pound of body weight per day is a sufficient and an effective dose for majority of children.

CONFIDENTIAL

Children weighing 30 to 50 pounds – 125 mg to 250 mg daily
Children weighing over 50 pounds – 250 mg to 500 mg daily

Griseofulvin should be continued until the infecting microorganism is eradicated completely which can be confirmed by clinical or laboratory examination. Different fiungal conditions require different time period.  For example for tinea capitis requires at least 4 to 6 weeks of treatment or more if it encompasses toenails.

Griseofulvin induces hepatic CYP450 activity and increases the rate of metabolism of a several drugs, including anticoagulants. It can also exacerbate intermittent porphyria.

**C. Nystatin**

Nystatin is a polyene antibiotic.  Its chemistry, doe of action, structure, and resistance profile are very similar to those of amphotericin *B*.  Nystatin binds to ergosterol, and forms channels or pores in the membrane that result in leakage of potassium ion which subsequently leads to lysis of fungal cell.  Nystatin can administered orally as well as applied topically because it is minimally absorbed via mucocutaneous membranes and the skin [70, 71]. The drug is virtually not absorbed from the GI tract.  It is never used in injectable formulations but is given as an oral agent for the topical treatment of oral candidiasis.

Nystatin is effective against various types of fungal infections such as cutaneous, cyptococcus, vaginal, mucosal and esophageal Candida infections. It is also indicated for prophylaxis in patients who are at risk for fungal infections, for example AIDS patients with a poor CD4 count and patients receiving chemotherapy.  Dosage of nystatin is 100,000 units for oral infections, and 1 million units for intestinal fungal infections.  It is safe for oral use because it is not absorbed from the gut and does not have issues with drug interactions.  Adverse effects are rare and limited to occasional nausea, burning, itching and vomiting

**D. Imidazoles**
Imidazoles are azole derivatives, class of topical agents that are effective against Candida albicans, Epidermophyton, Trichophyton, and Malassezia furfur.
Some of the commonly available imidazoles include:
- Butoconazole
- Clotrimazole
- Econazole
- Ketoconazole
- Miconazole
- Oxiconazole
- Sertaconazole
- Sulconazole

CONFIDENTIAL

- Terconazole
- Tioconazole

**E. Ciclopirox**

Ciclopirox is a synthetic antifungal agent prescribed for topical treatment of superficial mycoses. The mechanism of action of ciclopirox is not fully understood [72]. However, it is believed that it inhibits the transport of essential elements in the fungal cell, impairing the synthesis of DNA, RNA, and protein. It is active against various fungal infections caused by Epidermophyton floccosum, Trichophyton rubrum, Candida albicans , Trichophyton mentagrophytes, Microsporum canis, and Malassezia furfur. *Ciclopirox* 1% shampoo is effective against seborrheic dermatitis. *Ciclopirox* 0.77% gel is indicated for treatment of interdigital tinea pedis, seborrheic dermatitis and tinea corporis. *Ciclopirox* 8% solution is indicted for onychomycosis of nails without lanula involvement. *Ciclopirox* 0.77% cream and suspension is used for treatment of candidiasis, dermatomycosis, and tinea versicolor.

**F. Tolnaftate**

Tolnaftate *is* a synthetic thiocarbamate anti-fungal agent which is effective active against Epidermophyton, Microsporum, and Malassezia furfur.  It is available in different forms such as a solution, cream, powder, spray, and liquid aerosol.
it is believed to inhibit the squalene epoxidase [73] preventing synthesis of
of ergosterol, an important component of the fungal membrane in a similar way
to allylamines. This leads to stunted mycelial growth in susceptible fungi.
*Tolnaftate* is prescribed for treating tinea pedis, tinea cruris, and tinea corporis.

CONFIDENTIAL

| Drug | PK | MOA | Resistance | Uses | Adverse Effects |
|---|---|---|---|---|---|
| Amphotericin B (polyene compound) | -poorly absorbed from GI tract<br><br>-poor penetration into CNS<br><br>-IV<br><br>-intrathecal infusions can be done for CNS infections<br>-Unchanged excretion | -polyene antibiotic binds to sterol component of fungal cell membrane →disruption of permeability of cell membrane by creating punch holes, allowing electrolytes to leak out of cell → cell death | -due to decreased levels of ergosterol and alteration in fungal cell membrane | 1. Histoplasma capsulatum<br><br>2. Cryptococcus neoformans<br><br>3. Blastomyces dermatitides<br><br>4. Aspergillus<br><br>5. Candida albicans<br><br>6. Topical Amph B for mucocutaneous candidiasis (lotion, cream, ointment) | 1. Electrolyte imbalance ass. w/fall in BP; pts manifest as *hypokalemia*<br>2. IV admin may be ass. w/fever, chills, pain, n/v (tx w/hydrocortisone)<br>3. Reversible *nephrotoxicity*<br>  -azotemia<br>  -↑ plasma creatinine<br>  -renal tubular acidosis<br>4. Neurological defects<br>5. *Anemia* due to suppression of erythrocyte production esp in HIV pts taking AZT<br>6. *Thrombophlebitis* at IV site<br>  -ABCD, ABLC, AmBisome |

NETCE0004369

| DRUG | PK | MOA | RESISTANCE | USES | ADVERSE EFFECTS |
|---|---|---|---|---|---|
| FLUCYTOSINE | -well absorbed from GI<br><br>-reaches CSF<br><br>-p.o. antimycotic | -Susceptible organisms deaminate flucytosine to 5-fluorouracil and is then incorporated into RNA causing functional disability and structural changes<br><br>-(mammalian cells do not convert flucytosine into 5-fluorouracil; they do not have permeases to take up and have low levels of deaminase) | -Occurs due to loss of permeases which transports drug into fungal cell<br><br>-can also occur due to decreased activity of uridine monophosphate deaminases which convert flucytosine into 5-fluorouracil | 1. Cryptococcus<br>2. Candida (esp UTI's)<br>3. Torulopsis glabrata that causes chromomycosis<br><br>Predominantly used w/amphotericin B (Ampho B punches holes allowing Flucytosine to enter)<br>**This combo is DOC in Meningitis caused by crypto or Candida** | 1. Bone marrow depression causing leukopenia and thromobytopenia<br><br>2. N/V, diarrhea, severe enterocolitis<br><br>(damage of DNA during rapid division of cells such as bone marrow and GI epithelium could be a possible reason ) |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| KETOCONAZOLE | -p.o.<br>-acidic environment required for dissolution of detoconazole<br>-simultaneous admin of H2 blockers/antacids can impair absorption<br>-compete w/cyclosproine for hepatic metabolism → increased levels → nephrotoxicity<br>-Warfarin effect enhanced<br>-Rifampin enhances ketoconazole met | -Impairs biosynthesis of ergosterol for cytoplasmic membrane (inhibits sterol 14 α demethylase: microsomal cyto P450 dependent enzyme) | | 1. Non-meningeal blastomycosis<br><br>2. Coccidioides immitis<br><br>3. Paracoccidioidomycosis<br><br>4. Candida albicans<br><br>5. pts who are not gravely ill and immunologically competent | 1. N/V, anorexia, dizziness, rash<br>2. Inhibits steroid synthesis by inhibiting p450 decreasing androgen synthesis, gynecomastia, decreased libido and azoospermia (high doses ass.w/transient fall in testosterone and ACTH)<br>3. Liver dysfunction ass. w/ an increase in transaminases<br>4. Teratogenic effect in experimental animals; syndactyly in rats<br>5. Cardiotoxicity if admin w.terfenadine or astemizole |
| FLUCONAZOLE | -well absorbed from GI<br><br>-enters CSF | | | 1. Esophageal candidiasis in pts w/AIDS<br>2. Single dose in vaginal candidiasis<br>3. Prevent relapses of cryptococcal meningitis in AIDS pts after initial tx w/Amphotericin | 1. Rash, eosinophilia, SJS<br>2. Thrombocytopenia in AIDS pts<br>3. Concurrent admin of fluconazole can increase plasma conc of phenytoin, solfonylureas, warfari and cyclosporine |
| ECONAZOLE | | | | -available as cream<br>1. Candida and other dermatophytes | 1. local erythema<br>2. burning<br>3. itching |
| CLOTRIMAZO | | | | -Topical application/local use<br>-Tinea, otomycosis | |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| LE | | | | -versicolor infections<br>-Cutaneous and<br>vulvovaginal candida | |
| MICONAZOLE | | | | -dermatological cream, spray, powder, lotion, vaginal cream<br>-Tinea pedis<br>-Cruris<br>-Versicolor<br>-Vulvovaginal candidiases, --- Trichophyton | |
| NYSTATIN | -too toxic for IV use<br><br>-more toxic on systemic admin<br><br>-not absorbed from GI, skin, vagina | -structurally similar to Amphotericin B;<br>-polyene antibiotic binds to sterol component of fungal cell membrane →disruption of permeability of cell membrane by creating punch holes, allowing electrolytes to leak out of cell → cell death | | 1. Candidiasis of skin, vagina and GI not dermatophytes | |
| GRISEOFULVIN | -absorption increased w/fatty meal<br><br>-barbituates decrease absorption of drug from GI tract<br><br>-drug distributed to keratin and stratum corneum | Disrupting mitotic spindles by interacting w/polymerized tubules | | 1. Fungistatic effect against<br>  -microsporum,<br>  -epidermophyton,<br>  -trichophyton | 1. h/a disappears when therapy discontinues<br>2. peripheral neuritis<br>3. lethargy<br>4. mental confusion<br>5. fatigue, syncope<br>6. blurred vision, vertigo<br>7. augmentation of OH effects<br>8. GI:<br>  -n/v, diarrhea, flatulence<br>  -heartburn, |

NETCE0004372

| | | | | | |
|---|---|---|---|---|---|
| | | | | | -dry mouth, angular stomatitis<br>9. induce hepatic microsomal enzymes; increase rate of met of warfarin and reduce efficacy of BC pills<br>10. Teratogenic, carcinogenic |
| **TOLNAFTATE HALOPROGIN UNDECYLENIC ACID** | | | | 1. Candida albicans<br>2. Dermatophytes | |

NETCE0004373

| FUNGUS | CONDITION CAUSED | 1ST LINE TREATMENT | OTHER TREATMENT OPTIONS |
|---|---|---|---|
| CANDIDA | Cutaneous and Vaginal thrush | Topical Nystatin Imidazole derivative | Ketoconazole Fluconazole |
| | Oral thrush | Clotrimazole Nystatin | Ketoconazole |
| | Deep-seated infection | Amphotericin B + Flucytosine | |
| COCCIDIOIDES IMMITIS | Disseminated non-meningeal infection | Amphotericin B | Ketoconazole Itraconazole |
| | Meningeal infections | Intrathecal Amphotericin B | Intrathecal Miconazole |
| HISTOPLASMA CAPSULATUM | Chronic pulmonary disease | Ketoconazole Itraconazole | Amphotericin B |
| | Disseminated infection | Amphotericin B | Ketoconazole |
| BLASTOMYCOSIS DERMITITDES | Superficial Deep-seated infections includuing cutaneous, mucous, resp and CNS infection | Ketoconazole Itraconazole | Amphotericin B |
| PARACOCCIDIOIDES BRASILIENSIS | Superficial and deep-seated infections | Ketoconazole Itraconazole | Amphotericin B followed by sulfonamide |
| MUCORMYCOSIS | Superficial and deep-seated infections | Amphotericin B | |
| SPRORTHRIX SCHENCKII | Cutaneous manifestations | Itraconazole | |
| | Extracutaneous manifestations | Amphotericin B | |
| ASPERGILLUS | Invasive type in IC pts | Amphotericin B | Itraconazole |
| CRYPTOCOCCUS NEOFORMANS | Pulmonary lesions | Amphotericin B | |
| | Meningitis | Amphotericin B + Flucytosine | |

CONFIDENTIAL

**PARASITIC INFECTIONS**

Parasitic infections cause a huge burden of disease worldwide.  Amongst parasitic infections, malaria is major cause of mortality globally. This deadly infection claims approximately 1 million lives each year.   Malaria causes approximately 10 percent of child mortality in developing countries [74].In the US, trichomoniasis accounts for nearly 7.4 million new cases each year.  In the US, Giardia and Cryptosporidium are responsible for more than 2 million and 300,000 infections each year respectively. Cryptosporidiosis is the major culprit for recreational water-related disease outbreaks in the U.S., causing several epidemics each year. Every year approximately 1.5 million new cases of *Toxoplasma* infections are detected in the US.  Approximately 400–4,000 newborns are diagnosed congenital toxoplasmosis each year. Toxoplasmosis is the third leading cause of mortality due to foodborne illnesses (375+ deaths).  There are two major groups of parasites:

(a) Helminths, which include cestodes, trematodes and nematodes.
(b) Protozoa, which include the malaria parasite, Plasmodium

Protozoa are the major culprit for the bulk of the mortality associated with parasitic infections, whereas the helminths are responsible for long-term debilitating diseases.

**Overview**

There are approximately 342 helminth species that inhabit and infect human beings [4]. Three major groups of helminths that commonly infect humans are:

1. Nematodes
2. Trematod
3. Cestodes

Similar to antibiotics, the anthelmintic drugs are principally aimed at metabolic targets solely found present in the parasite but are either absent from or have different characteristics than those of the host.

**Characteristics of anthelmintics**:
1) Should be orally active
2) Preferably effective in single dose
3) Economically priced
4) Safe to use with minimal toxicity to host

CONFIDENTIAL

**Major drugs registered used for the treatment of parasitic worms in humans.**

| Schistosomiasis (blood fluke) | Intestinal round worms |
|---|---|
| Antimonials | Piperazine |
| Metrifonate | Benzimidazoles |
| Oxamnaquine | Morantel |
| Praziquantel | Pyrantel |
| | Levamisole |
| **Cestodiasis (tape worm)** | Avermectins and milbemycins |
| Niclosamide | Closantel (and halogenated salicylamides) |
| Benzimidazoles | Emodepside |
| Praziquantel | |
| **Fasciolasis (liver fluke)** | **Filariasis (tissue round worms)** |
| Praziquantel | Diethylcarbmazine |
| Closantel | Suramin |
| (and halogenated salicylamides) | Ivermectin |

**Drugs for the Treatment of Nematodes**

Nematodes are elongated roundworms that cause infections of the intestine, blood and tissues. Nematode infections are present in more than 50 % of human population worldwide, and are responsible for hundreds of thousands of deaths.

According to WHO, approximately 0.8-1.2 billion people have ascariasis, 600-800 million have trichuriasis, and 576-740 million have hookworm infections worldwide [75].

Major gastrointestinal (GI) nematode parasites of humans

| GI nematode (species name) | GI nematode (group name) | Number infected | Distribution | Transmission |
|---|---|---|---|---|
| Ancylostoma duodenale/ Necator americanus | Hookworm | 1.3 billion | Worldwide, especially tropical regions | Skin contact with contaminated soil |
| Ascaris lumbricoides | Roundworm | 1.3 billion | Worldwide, especially tropical regions | Ingestion of eggs |
| Trichuris trichiura | Whipworm | 1.05 billion | Worldwide, especially | Ingestion of eggs |

CONFIDENTIAL

| GI nematode (species name) | GI nematode (group name) | Number infected | Distribution | Transmission |
|---|---|---|---|---|
| | | | tropical regions | |
| Enterobius vermicularis | Pinworm | 209 million | Worldwide | Ingestion of eggs; occasionally inhaled |
| Strongyloides stercoralis | Threadworm | 30 million | Worldwide, especially tropical regions | Skin contact with contaminated soil; autoinfection |

## A. Mebendazole

Mebendazole is a synthetic benzimidazole which is effective against a variety of nematodes. Mebendazole is a highly effective, broad-spectrum antihelmintic and a drug of choice for the treatment of several nematode infestations, including whipworm (Trichuris trichiura), roundworm (Ascaris lumbricoides), threadworm (Enterobius vermicularis), and hookworm (Necator americanus and Ancylostoma duodenale). It is also prescribed for treating protomyxzoa infestations.

*Mebendazole* acts by selectively binding to and impairing the synthesis of the parasites' microtubules and by blocking glucose uptake. This causes immobilization and subsequently death of the parasite. *Mebendazole* is poorly absorbed and almost insoluble in aqueous solution.

Mebendazole Dosage: Treatment of pinworms requires 100 mg of mebendazole taken once orally, which is repeated two weeks later in case the infestation persists. The same dosage schedule is identical for children and adults [76]. The tablet may be chewed, swallowed, or crushed and mixed with food.

| | Pinworm (enterobiasis) | Whipworm (trichuriasis) | Common Roundworm (ascariasis) | Hookworm |
|---|---|---|---|---|
| Dose | 1 tablet 100 mg orally once | 1 tablet 100 mg orally on morning and evening for 3 consecutive days | 1 tablet 100 mg orally on morning and evening for 3 consecutive days | 1 tablet 100 mg orally on morning and evening for 3 consecutive days |

Mebendazole has few side effects which include:
- Transient abdominal pain
- Slight headache

NETCE0004377

- Diarrhea
- Fever
- Dizziness
- Exanthema
- Urticaria
- Angioedema

Mebendazole is embryotoxic and teratogenic and is contraindicated in pregnant women.

Drug Interactions

Drugs such as phenytoin and carbamazepine lower serum levels of mebendazole. Cimetidine does not significantly elevate serum mebendazole because of poor systemic absorption [77]. Combination therapy of mebendazole and high doses of metronidazole [78] can cause toxic epidermal necrolysis or Stevens–Johnson syndrome .

**B. Pyrantel pamoate**

Pyrantel pamoate is a deworming agent which is effective in the treatment of infections caused by pinworms roundworms, and hookworms. It is poorly absorbed orally. It acts as a depolarizing, neuromuscular-blocking agent, and exerts anticholinergic effect on the worms causing persistent activation of the parasite's nicotinic receptors. This leads to paralysis of the parasite and ultimately its expulsion from the intestine by peristalsis.

Dosage for pyrantel base is 11 mg/kg not to exceed 1 g as a single dose.

| Condition | Adult Dose | Pediatric Dose |
|---|---|---|
| **Enterobiasis** | **Oral** 11 mg/kg administered as a single dose; repeat dose after 2 weeks. | **Oral** 11 mg/kg administered as a single dose; repeat dose after 2 weeks. |
| **Ancylostoma duodenale or Necator americanus** | Oral 11 mg/kg once daily for 3 days. Stool examination to be performed 2 weeks after treatment; repeat dosing regimen if results are positive. | Oral 11 mg/kg once daily for 3 days. Stool examination to be performed 2 weeks after treatment; repeat dosing regimen if results are positive. |
| **Eosinophilic Enterocolitis caused by Ancylostoma** | Oral 11 mg/kg once daily for 3 days. | Oral 11 mg/kg once daily for 3 days. |

NETCE0004378

| | | |
|---|---|---|
| caninum(Dog Hookworm) | | |
| Trichostrongyliasis | Oral 11 mg/kg administered as a single dose. | Oral 11 mg/kg administered as a single dose. |
| Moniliformis Infections | Oral 11 mg/kg administered as a single dose; repeat dose twice at 2-week intervals for a total of 3 doses. | Oral 11 mg/kg administered as a single dose; repeat dose twice at 2-week intervals for a total of 3 doses. |

Adverse effects are usually mild and include nausea, headache, drowsiness, vomiting, diarrhea and loss of appetite. **C MOTHERAPY OF**

C. Thiabendazole

Thiabendazole is a synthetic benzimidazole which is effective against cutaneous larva migrans, strongyloidiasis caused by threadworm, and trichinosis (early stages).

Thiabendazole has mechanism of action similar to benzimidazoles. It inhibits mitochondrial, helminth-specific enzyme, fumarate reductase, with possible interaction with endogenous quinine [79]. This effectively impairs the synthesis of the parasites' microtubules and blocks glucose uptake. It is almost insoluble in water. It is readily absorbed orally. It is metabolized in the liver and excreted in urine. The major side effects include nausea, vomiting, dizziness, and anorexia. Thiabendazole can also cause Stevens-Johnson syndrome and erythema multiforme which can lead to death. Thiabendazole is believed to be teratogenic and is contraindicated during pregnancy.

| | Dosage |
|---|---|
| Adults at least 150 lb (68 kg) | 1.5 g/dose taken orally twice daily (max, 3 g/day). |
| Adults and Children 30 to 150 lb (13.6 to 68 kg) | 10 mg/lb/dose taken orally (22 mg/kg/dose) (max, 3 g/day). |
| Strongyloidiasis, Ascariasis, Uncinariasis, Trichuriasis, | Two doses daily taken orally for 2 successive days (can be repeated in some conditions) |

CONFIDENTIAL

| Cutaneous larva migrans | |
|---|---|
| Trichinosis | Two doses daily taken orally for 2 to 4 successive days. |
| Visceral larva migrans | Two doses daily taken orally for 7 successive days. |

**D. Ivermectin**

Ivermectin is a broad-spectrum antiparasitic avermectin agent which is the drug of
choice for the treatment of onchocerciasis (river blindness) caused by Onchocerca
volvulus and for cutaneous larva migrans and strongyloidiasis. Oral ivermectin can be be
prescribed for the treatment of scabies [80-85]. Topical ivermectin is also been found to
be effective in some studies [86-88]. Ivermectin targets the parasite's glutamate-gated
chloride channel receptors. It increases the influx of chloride resulting in
hyperpolarization that leads to paralysis of the worm.

| Parasite | Pediatric dose | Adult Dose |
|---|---|---|
| Ascariasis, Ascaris lumbricoides infections | Oral 150–200 mcg/kg as a single dose. | Oral 150–200 mcg/kg as a single dose. |
| Mansonella streptocerca Infections | Oral 150 mcg/kg as a single dose. | Oral Filariasis caused by M. streptocerca[†]: 150 mcg/kg as a single dose.[3] Filariasis caused by M. ozzardi: 200 mcg/kg as a single dose has been used. |
| Wuchereria bancrofti Infections | Oral 150–400 mcg/kg as a single dose has been used; often in conjunction with a single dose of albendazole or diethylcarbamazine. | Oral 150–400 mcg/kg as a single dose has been used; often in conjunction with a single dose of albendazole or diethylcarbamazine. |
| Gnathostomiasis Gnathostoma spinigerum Infections | Oral 200 mcg/kg once daily for 2 days. | Oral 200 mcg/kg once daily for 2 days. |
| Hookworm Infections | Oral 200 mcg/kg once daily for 1–2 days. | Oral 200 mcg/kg once daily for 1–2 days. |
| Trichuriasis Trichuris trichiura | Oral 200 mcg/kg once daily for 3 days | Oral 200 mcg/kg once daily for 3 days. |

CONFIDENTIAL

| Infections | | |
|---|---|---|
| Pediculosis Pediculosis Capitis (Head Lice Infestation) | Oral 200 mcg/kg once daily on days 1, 2, and 10. Alternatively, an initial 200-mcg/kg dose followed by an additional 200-mcg/kg dose given after 7–14 days. Alternatively, an initial 300-mcg/kg dose followed by an additional 300-mcg/kg dose given after 7 days. | Oral 200 mcg/kg once daily on days 1, 2, and 10. Alternatively, an initial 200-mcg/kg dose followed by an additional 200-mcg/kg dose given after 7–14 days. Alternatively, an initial 300-mcg/kg dose followed by an additional 300-mcg/kg dose given after 7 days. |
| Pediculosis Pubis (Pubic Lice Infestation) | Oral 200 mcg/kg as a single dose; an additional dose given after 10–14 days may be necessary in some patients. CDC recommends a 2-dose regimen using 250-mcg/kg doses given 2 weeks apart. | Oral 200 mcg/kg as a single dose;[a] an additional dose given after 10–14 days may be necessary in some patients.[a] Alternatively, an initial 250-mcg/kg dose followed by an additional 250-mcg/kg dose after 7 days. |
| Scabies | Oral 200 mcg/kg as a single dose; an additional dose given after 10–14 days may be necessary in some patients. CDC recommends a 2-dose regimen using 200-mcg/kg doses given 2 weeks apart. Optimal number of doses has not been determined; 2 doses usually recommended, especially in immunocompromised patients. | Oral 200 mcg/kg as a single dose. Alternatively, 250–300 mcg/kg as a single dose. A second dose may be required after 7–14 days, especially in immunocompromised patients. |

Ivermectin in filariasis

*Onchocerciasis (Filariasis Caused by Onchocerca volvulus)*

Oral Children weighing ≥15 kg: Approximately 150 mcg/kg as a single dose [89]. For individual patients, retreatment once every 6–12 months until asymptomatic [90, 91]; intervals as short as 3 months can be considered.

| Approximate Single Dose for Treatment of Onchocerciasis (Based on Patient Weight) | |
|---|---|
| Patient Weight (kg) | Single Oral Dose |
| 15–25 | 3 mg |

CONFIDENTIAL

| 26–44 | 6 mg |
| 45–64 | 9 mg |
| 65–84 | 12 mg |
| ≥85 | 150 mcg/kg |

Alternatively, in some mass treatment and control programs, dosage is estimated based on height† since weighing recipients may be impractical (e.g., in rural areas of developing countries) [92, 93]

The drug is administered orally. It doesn't affect CNS because it cannot cross the blood-brain barrier due to the presence of P-glycoprotein [94]. However, it should be prescribed to patients with meningitis, because their blood-brain barrier becomes more permeable resulting in CNS effects. Ivermectin is also contraindicated in pregnancy because of its teratogenicity. Ivermectin is also contraindicated in children under the age of five, or those who weigh less than 15 kg (33 lb);[95] and those who are breastfeeding, and have a hepatic or renal disease [96]. The killing of the microfilaria can lead to Mazotti-like reaction characterized by fever, somnolence, dizziness, and hypotension.

### E. Diethylcarbamazine (DEC)

Diethylcarbamazine or DEC is a synthetic derivative of piperazine, prescribed in the treatment of filariasis. It causes immobilization of microfilariae which ultimately leads to eradication of microfilariae. DEC in combination with albendazole is effective in the treatment of Wuchereria bancrofti and Brugia malayi infections. DEC is predominantly microfilaricidal with some macrofilaricidal effects.

DEC is a potent inhibitor of arachidonic acid metabolism in filarial microfilaria, which makes the microfilaria highly susceptible to host's immune attack. It is rapidly absorbed when given orally with meals and is excreted mainly in urine. Dosage reduction may be necessary in patient s with kidney dysfunction and urinary alkalosis.

Adverse effects are mainly caused by host reactions to the killed parasite which includes fever, rash, headache, myalgias, arthralgias, and malaise. Symptoms can be relieved by antihistamines or steroids.

### III. DRUGS FOR THE TREATMENT OF TREMATODES

Trematoda is a class belonging to the phylum Platyhelminthes that is classified into two groups of parasitic flatworms or flukes.

CONFIDENTIAL

1. **Tissue flukes.** These trematodes infect the bile ducts, lungs, or other biological tissues and include Paragonimus westermani or the lung fluke, and the liver flukes, Clonorchis sinensis and Fasciola hepatica.
2. **Blood flukes.** These trematodes, such as schistosomes, inhabit the blood in some stages of their life cycle. Blood flukes include species of the genus *Schistosoma*.

#### A. Praziquantel

Praziquantel is generally effective against majority of trematode infections. It is the drug of choice for the treatment of all forms of schistosomiasis as well as other trematode infections and cysticercosis.

Praziquantel is used to treat the following parasite infestations:
- Hydatid disease caused by larval stages of tapeworms of the genus Echinococcus resulting in infection of multiple organs.
- Cysticercosis caused by the eggs and larvae of the pork tapeworm Taenia solium leading to infection of the brain and/ or muscles
- Schistosomiasis caused by trematodes of the genus Schistosoma [97]. Praziquantel is the drug of choice for the treatment of schistosomiasis for which it is genrally effective in a single dose [98].
- Clonorchiasis is caused by the Chinese liver fluke Clonorchis sinensis [99]
- Paragonimiasis caused by infection with lung flukes, mostly of the species Paragonimus westermani.
- Fascioliasis ("liver rot") is caused by either Fasciola hepatica or Fasciola gigantica [100].

At present, the exact mechanism of action is not known. It is believed praziquantel enhances the permeability of the cell membranes of parasites cells towards calcium ions. This leads to contraction and spasm of the parasitic musculature, resulting in paralysis. The parasites are unable to remain in their site of action in the host organism and are ultimately dislodged from the site. They then either enter systemic circulation or are killed by host immune system (phagocytosis). Other mechanisms such as focal disintegrations and disturbances of oviposition also play an important role in killing of sensitive parasites.

Praziquantel is rapidly absorbed (nearly 80%) from the gastrointestinal system. However, only a small amount enters systemic circulation because of extensive first-pass metabolism. It has serum half-life of 0.8 to 1.5 hours; however, the serum half-life is can be 3-8 hours in a patient with severally impaired hepatic function (Child Pugh classes B ll///d C).

Praziquantel and its metabolites are predominantly eliminated through kidney.    It is metabolized via the cytochrome P450 pathway through CYP3A4. Therefore, drugs such

CONFIDENTIAL

as rifampin, phenytoin, and azole that induce or inhibit CYP3A4 impact the metabolism of praziquantel.

Most of the side effects occur when the contents of the parasites are released and as a result of the host immune reaction. The frequency and intensity of side effects increases with the increase in the parasite burden.

Most of the side effects occur when the contents of the parasites are released and as a result of the host immune reaction. The frequency and intensity of side effects increases with the increase in the parasite burden.

| Affected System/Organ | Symptoms |
|---|---|
| CNS (Central Nervous System) | Headache, dizziness, malaise, drowsiness, vertigo somnolence, fatigue |
| GI System | Abdominal pain or cramps, nausea, vomiting, diarrhea. |
| Liver | Transient elevation of liver enzymes (AST and ALT) |
| Sensitivity reaction | Rash, urticaria, pruritus and eosinophilia |
| Other body parts | Lower back pain, fever, sweating, myalgia, arthralgia, cardiac arrhythmias, and hypotension |

Praziquantel is not recommended for pregnant women or nursing mothers. It is contraindicated for the treatment of ocular cysticercosis, because destruction of the organism in the eye can damage the organ.

## IV. DRUGS FOR THE TREATMENT OF CESTODES

The cestodes or true tapeworms are a class of parasitic flatworms that have a flat, segmented body and attach to the host's intestine. There are more than a thousand types of species that have been described. Taenia solium and Taenia saginata are the common types of cestodes found in the intestines of humans.

### A. Niclosamide

Niclosamide is a teniacide that is highly against cestodes (tapeworms) that infect human body. It is the drug of choice for majority of tapeworm infections.

It uncouples oxidative phosphorylation [101] in the mitochondria and also inhibits anaerobic metabolism. This leads to disintegration of cestode's scolex and segments of cestodes but the ova is spared.

CONFIDENTIAL

A laxative is given before taking niclosamide orally. The laxative helps in cleansing the bowel of all dead segments of the parasite and to prevent preclude digestion and liberation of the ova, which result in cysticercosis.  It is poorly absorbed from the gastrointestinal tract and is eliminated through fecal route.

Common side effects include abdominal pain, anorexia, diarrhea, and vomiting. Some of the side effects which occur include rash, perianal itching , dizziness, drowsiness, , and an unpleasant taste.

| Dose | Single Dose | Frequency | Route | Instructions |
|---|---|---|---|---|
| Adult And Children Over 6 Yrs Dosage | | | | |
| 2000.000 mg | 2000 (2000) | As recommended | PO | Single dose (once). |
| Pediatric Dosage (20 Kg.) | | | | |
| 100.000 mg/kg | 100 (100) | As recommended | Oral | Single dose .For 2-6 yrs of Children |
| Neonatal Dosage (3 Kg.) | | | | |
| 62.500 mg/kg | 62 (62.5) | As recommended | Oral | Single dose |

Alcohol enhances the absorption of the drug and should be avoided within 1 day of niclosamide.

**B. Albendazole**

Albendazole is a benzimidazole that inhibits synthesis of microtubule and glucose uptake in nematodes. It is effective in the treatment of cestodal infestations, such as cysticercosis (caused by Taenia solium larvae) and hydatid disease (caused by Echinococcus granulosus).

Albendazole is erratically absorbed after oral administration, which is enhanced by a fat rich meal. Albendazole and its metabolites are mainly excreted in urine. Common side effects of albendazole include abdominal pain, headache, dizziness, fever, vomiting, nausea, or temporary hair loss.  Rare side effects of the drug include sore throat, seizures, severe headache, vision problems, jaundice, dark urine, easy bruising, mental/mood changes, and neck stiffness. Albendazole can cause elevated liver enzymes, and acute liver failure in rare cases. In rare cases, it can bone marrow suppression, agranulocytosis or aplastic anemia which may be permanent [102]. Therefore, it is essential to monitor complete blood count during albendazole treatment, especially in patients with echinococcal cysts and liver disease. The drug should not be given during pregnancy or to children under 2 years of age. Albendazole is administered orally.

NETCE0004385

Albendazole Dosage

| Indication | Patient Weight | Dose | Duration |
|---|---|---|---|
| Hydatid Disease | 60 kg or greater | 400 mg twice daily, with meals | 2 8-day cycle followed by a 14-day albendazole-free interval, for a total of 3 cycles |
| | less than 60 kg | 15 mg/kg/day given in divided doses twice daily with meals (maximum total daily dose 800 mg) | |
| | NOTE: When administering in the pre- or post-surgical setting, optimal killing of cyst contents is achieved when 3 courses of therapy have been given. | | |
| Neurocysticercosis | 60 kg or greater | 400 mg twice daily, with meals | 8-30 days |
| | less than 60 kg | 15 mg/kg/day given in divided doses twice daily with meals (maximum total daily dose 800 mg) | |

CONFIDENTIAL

NETCE0004386

Percentage cure rates for the anthelmintics currently prescribed for the treatment of nematodes

| | GI nematodes (%) | | | | |
|---|---|---|---|---|---|
| Anthelmintic | Hookworms | A. lumbricoides | T. trichiura | E. vermicularis | S. stercoralis |
| Mebendazole | 95–100 | 95–100 | 45–100 | 96 | 44 |
| Albendazole | 33–95 | 67–100 | 10–77 | 40–100 | 17–95 |
| Thiabendazole | | | | | 89–100* |
| Pyrantel | 37–88 | 81–100 | 0–56 | >90 | |
| Levamisole | 66–100 | 86–100 | 16–18 | | |
| Ivermectin | 0–20 | 50–75 | 11–80 | 61–94 | 83–100 |
| Piperazine | | 74–94 | | 90 | |

The hookworm data include the cure rates for *A. duodenale* and *N. americanus* collectively.

*Thiabendazole is used worldwide as the standard treatment for *S. stercoralis* infections.

†Pyrantel pamoate is particularly effective against *A. duodenale*.

NETCE0004387

## TREATMENT REGIMENS FOR HELMINTH INFECTIONS IN ADULTS

|  | Medication First-line treatment .......................... Second-line treatment | Dose | Adverse effects |
|---|---|---|---|
| Cestodes Intestinal tapeworm infection   Taenia saginata   Taenia solium | Praziquantel | 5-10 mg/kg orally once | Dizziness, headache, abdominal pain, nausea, hepatitis |
| Diphyllobothriu m latum | ................................... . Niclosamide <br><br> or Nitazoxanide | ....................................... ... 2 g orally once <br><br> 500 mg orally twice a day for 3 d | .................................... . Nausea, vomiting, diarrhea, headache <br><br> Nausea, vomiting, abdominal pain, diarrhea |
| Hymenolepsis nana | Praziquantel ................................... . Niclosamide <br> or Nitazoxanide | 25 mg/kg orally once ....................................... . 2 g orally once, followed by 1.5 g orally once a day for 6 d 500 mg orally once a day or twice a day for 3 d | ................................... . |
| Cysticercosis (see above for intestinal T solium infection) | Albendazole <br><br><br><br><br> ................................... Praziquantel | 400 mg orally twice a day for 2-4 wk with corticosteroids given before, during and after treatment to decrease seizure risk <br><br> ....................................... ... 33 mg/kg orally 3 times a day for 1 d followed by 15 mg/kg orally 3 times a day for 2-4 wk with corticosteroids given before, during, and after treatment to decrease seizure risk | Abdominal pain, nausea, vomiting, myelosupression, alopecia, hepatitis, Can precipitate seizure in patients with neurocysticercosis ................................... Can precipitate seizures in patients with neurocysticercosis |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Cestodes (continued)<br>Echinococcosis<br>  Echinococcus granulosus | Albendazole | 400 mg orally twice a day for 1-6 mo; consider PAIR | |
| Echinococcus multilocularis | Consider albendazole; definitive therapy is surgical | | |
| Trematodes<br>  Schistosomiasis<br>    Schistosoma mansoni, Schistosoma haematobium, or Scheistosoma intercalatum | Praziquantel | 20 mg/kg orally twice a day for 1 d | |
| Scheistosoma japonicum<br>Or Scheistosoma mekongi | Praziquantel | 20 mg/kg orally 3 times a day for 1 d | |
| Fascioliasis | Triclabendazole<br>..............................<br>Bithionol | 10 mg/kg orally once or twice<br>.............................<br>30-50 mg/kg orally every other day for 20-30 d | Abdominal pain<br>..............................<br>Nausea, vomiting, abdominal pain, pruritis, urticaria |
| | or Nitazoxanide | 500 mg orally twice a day for 7 d | |
| Clonorchiasis/ opisthorchiasis | Praziquantel | 25 mg orally three times a day for 2 d | |
| | Albendazole | 10 mg/kg/d orally for 7 d | |

CONFIDENTIAL

NETCE0004389

| | | | |
|---|---|---|---|
| Trematodes (continued) Paragonimiasis | Praziquantel | 25 mg/kg orally 3 times a day for 2 d | |
| | .......................... | ............................................ | ................................... |
| | Triclabendazole | 10 mg/kg orally twice | |
| | Or Bithionol | 30-50 mg/kg orally every other day for 20-30 d | |
| Intestinal flukes | Praziquantel | 25 mg/kg orally 3 times a day for 1 d | |
| Nematodes Intestinal nematodes Ascariasis | Albendazole or Mebendazole | 400 mg orally once 500 mg orally once or 100 mg orally twice a day for 3 d | |
| | .......................... | ............................................ | ................................... |
| | Ivermectin | 150-200 µg/kg orally once | Nausea, diarrhea, hepatitis, or dizziness |
| | or Pyrantel pamoate | 11 mg/kg (maximum 1 g) orally for 3 d | Abdominal pain, nausea, vomiting, diarrhea |
| Trichuriasis (Whipworm) | Albendazole | 400 mg orally once a day for 3-7 d | |
| | or Mebendazole | 100 mg orally twice a day for 3-7 d | |
| | .......................... | ............................................ | ................................... |
| | Ivermectin | 200 µg/kg orally once a day for 3 d | |
| Hookworm (Necator americanus, Ancylostoma duodenale) | Albendazole or Mebendazole | 400 mg orally once 100 mg orally twice a day for 3 | |
| | Pyrantel pamoate | 11 mg/kg (maximum 1 g) orally once a day for 3 d | |
| Enterobiasis (pinworm) | Albendazole or Mebendazole | 400 mg orally once 100 mg orally once | |
| | .......................... | ............................................ | ................................... |
| | Ivermectin | 200 µg/kg orally once a day for 2d | |

NETCE0004390

| Nematodes (continued) | | | |
|---|---|---|---|
| Strongyloidiasis Chronic intestinal infection | Ivermectin | 200 µg/kg orally once a day for 2d | ..................................... |
| | .................................... Albendazole | ..................................................... 400 mg orally twice a day for 10-14 d | |
| | or Thiabendazole | 25 mg/kg orally twice a day for 3-7 d | Similar to albendazole |
| Disseminate/ hyperinfection | Ivermectin Possible role for subcutaneous (veterinary) Formulation of ivermectin or combination ivermectin/ albendazole regimens | 200 µg/kg orally once a day until 7-14 d after clearance of parasite | |
| Extra-intestinal nematodes | | | |
| Trichinellosis | Albendazole | 400 mg orally twice a day for 8-14 d | |
| | or Mebendazole | 200-400 mg orally 3 times a day for 3 d, followed by 400-500 mg orally 3 times a day for 10 d | |
| Toxocariasis | | | |
| Visceral larva migrans | Albendazole | 400 mg orally twice a day for 5 d | |
| | or Mebendazole | 100-200 mg orally twice a day for 5 d | |
| Ocular larva migrans | Albendazole | 400-800 mg orally twice a day for 28 d | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| Extra-intestinal nematodes (continued) Filarial infection Lymphatic filariasis | DEC | 2 mg/kg orally 3 times a day for 1 d or 12 d | Nausea, fever, asthma-like syndrome, and arthralgia |
| | Ivermectin With or without Albendazole Possible role for doxycycline | 150-400 µg/kg orally once<br><br>400 mg orally once<br>200 mg/d for 4-8 wk | |
| Tropical pulmonary eosinophilia | DEC | 2 mg/kg orally 3 times a day for 2-3 wk | |
| Onchocerciasis | Ivermectin<br><br>Possible role for doxycycline | 150 µg/kg orally once, repeated every 6-12 mo until asymptomatic<br><br>200 mg/d for 4-8 wk | |
| Loaiasis | DEC<br><br>Albendazole | 2-3 mg/kg orally 3 times a day for 2-3 wk<br><br>200 mg orally twice a day for 3 wk | |
| Other tissue nematodes Cutaneous larva migrans | Albendazole<br><br>Ivermectin | 400 mg orally once a day for 3 d<br><br>200 µg/kg orally once a day for 1-2 d | |
| Angiostrongylus cantonensis (eosinophilic meningitis) | Albendazole | 400 mg orally twice a day for 2-3 wk (plus corticosteroids) | |

CONFIDENTIAL

| Other tissue nematodes (continued) Baylisascariasis | Albendazole | 400 mg orally twice a day for 1-2 wk (plus corticosteroids) | |
|---|---|---|---|
| Gnathostomiasis | Albendazole | 400 mg orally twice a day for 21 d | |
| | .................................. | .................................................. | ....................................... |
| | . Ivermectin | ... 200 µg/kg orally once a day for 2 d | . |
| Capillariasis | Mebendazole | 200 mg orally twice a day for 20 d | |
| | .................................. | .................................................. | ....................................... |
| | . Albendazole | 400 mg orally twice a day for 10 d | . |

a CDC = Centers for Disease Control and Prevention; DEC = diethylcarbamazine; PAIR = percutaneous puncture, aspiration, injection, reaspiration.

## ANTIPROTOZOAL DRUGS

### Overview

Protozoa are a group of unicellular eukaryotic organisms [103] that cause a wide range of disease in humans. They can be classified as systemic or intestinal. Unlike helminthes, they usually do not cause eosinophilia. Protozoal infections are widespread worldwide, but are most common in underdeveloped tropical and subtropical countries because of poor sanitation, hygienic practices, and inadequate control of the vectors of transmission. World has now become a global village and several protozoal disease can bee seen in the US and Europe.

Protozoal diseases, such as malaria, leishmaniasis, giardiasis, amebiasis, trypanosomiasis and trichomoniasis are no longer confined to specific regions, countries or continents. Protozoa are eukaryotes, and, therefore, have metabolic processes very similar to those of the human host than to prokaryotic bacterial pathogens. Hence, protozoal diseases are difficult to treat, and many antiprotozoal agents cause serious toxic effects in the human body, especially cells with higher metabolic activity. Therefore, protozoal diseases are less easily treated than bacterial infections, and several antiprotozoal drugs cause severe toxic effects in the host, especailly on cells showing high metabolic activity, such as neurons and bone marrow stem cells. Majority of antiprotozoal agents have not proved to be safe for pregnant patients.

Drugs effective against protozoal infections are summarized below.

| AMEBIASIS | MALARIA | TRYPANOSOMASIS |
|---|---|---|
| Chloroquine ARALEN<br>Dehydroemetine<br>DEHYDROEMETINE<br>Emetine IPECAC SYRUP<br>Iodoquinol YODOXIN<br>Metronidazole FLAGYL<br>Paromomycin HUMATIN<br>Tinidazole TINDAMAX | Artemisinin ARTEMISININ<br>Chloroquine ARALEN<br>Mefloquine LARIAM<br>Primaquine PHOSPHATE<br>TABLETS<br>Pyrimethamine DARAPRIM<br>Quinine/Quinidine<br>QUALAQUIN,<br>QUINIDINE GLUCONATE | Benznidazole RADANIL<br>Melarsoprol MELARSOPROL<br>Nifurtimox NIFURTIMOX<br>Pentamidine NEBUPENT<br>Suramin GERMANIN |
| LEISHMANIASIS | TOXOPLASMOSIS | GIARDIASIS |
| Sodium stibogluconate<br>SODIUM<br>STIBOGLUCONATE | Pyrimethamine DARAPRIM | Metronidazole FLAGYL<br>Nitazoxanide ALINIA<br>Tinidazole TINDAMAX |

**Chemotherapy for Amebiasis**

Amebiasis or amebic dysentery is an infection of the intestinal tract caused by Entamoeba histolytica [104, 105]. Amebiasis causes approximately 70,000 deaths each year globally [106]. Amebiasis can be acute or chronic, with patients exhibiting varying degrees of illness. Majority of patients (approximately 90%) are symptom-free [107], and others have mild diarrhea to fulminating dysentery. E. histolytica is generally a commensal organism [108]. The disease is usually transmitted by the fecal-oral route; however other modes of transmission such as contact with dirty hands or objects by anal-oral contact are also common. Isolation of E. histolytica from fresh feces confirms the diagnosis of Amebiasis. Treatment is not confined to acutely ill patient but also aimed at carriers, because dormant E. histolytica may cause future infections in the carrier and can spread the disease to others. .

**A. Life cycle of Entamoeba histolytica**

Entamoeba histolytica exists in two forms:
   a. The trophozoite which is the active, dividing form
   b. The cyst which is dormant and can survive for long period of time outside the host.

CONFIDENTIAL

| Cystic form Infective) | Trophozoites (non-infective;  invasive |
|---|---|
| • Active, dividing form<br>• Can survive outside the human body.<br>•Transform to trophozoites. | • Dormant form<br>• Can survive for long period of time outside the host.<br>•Reproduce<br>•Invade wall of large intestine leading to ulceration<br>•May migrate to other tissues, especially the liver.<br>•Transform to cysts which are excreted in feces. |

Human infection begins when cysts are ingested via feces-contaminated food or water. Thereafter, they pass through the intestinal lumen and in the ileo-cecal region the trophozoites are liberated. The trophozoites migrate to and multiply in the lumen. They either invade and ulcerate the mucosa of the large intestine or simply feed on intestinal bacteria. Both trophozoites and cysts are excreted along with the feces.  Systemic invasion can occur when large numbers of trophozoites are present within the colon wall.

**Amebicidal Drugs- Classification**
Amebicidal drugs are classified as luminal, systemic, or mixed (luminal and systemic) amebicides according to the site where the drug is effective. Systemic amebicides act against amebas present in the intestinal wall and liver, whereas luminal amebicides are effective against the parasite in the lumen of the bowel.  Mixed amebicides act against both forms (luminal and systemic) of the disease.

**C. Mixed amebicides (metronidazole and tinidazole)**

**1. Metronidazole:** Metronidazole, a nitroimidazole, is the mixed amebicide of choice for treating for intestinal & extraintestinal amebiasis [109].  It is also effective against giardiasis and trichomoniasis [109]. Metronidazole is the drug of choice for the treatment of pseudomembranous colitis.

**a. Mechanism of action:**
Metronidazole is selectively absorbed by a number of pathogens such as sensitive protoxzoa including E. histolytica and anaerobic bacteria. Drug is taken up by these pathogens and non-enzymatically reduced by reacting with reduced ferredoxin. The nitro group of *metronidazole form* reduced nitroso intermediates that deactivate critical enzymes.   Additionally, the metronidazole metabolites bind to bacterial DNA forming unstable molecules that kills the pathogen.

NETCE0004395

**Pharmacokinetics:**

Absorption of metronidazole is rapid and complete when administered orally. However, it is less effective against parasites in the lumen because of rapid absorption from gastrointestinal tract.  It is well distributed throughout body tissues and fluids including saliva, breast milk, vaginal and seminal fluids, and CSF (cerebrospinal fluid). Metronidazole has low plasma protein binding (< 20%). It has a plasma life of 8 hours. It is metabolized in the liver with the aid of an enzymatic system which involves glucuronylation.   Rate of metabolism is enhanced by concomitant treatment with inducers of this enzymatic system such as phenobarbital. Therefore, concomitant treatment with inducers of this enzymatic system, such as *phenobarbital*, enhances its metabolism.  Drugs such as cimetidine that inhibit this enzymatic system prolong the plasma half-life of metronidazole. Accumulation *of* metronidazole takes place if prescribed to patients with severe hepatic disease. Metronidazole and its metabolites are excreted in the urine.

**Adverse effects:**

The most frequent adverse effects are linked to gastrointestinal system and include nausea, vomiting, dry mouth, diarrhea, epigastric distress, and abdominal cramps. An unpleasant, metallic taste can also be experienced by the patient.  Oral thrush may occur. Neurotoxicologic problems, such as insomnia, dizziness, vertigo, and numbness or paresthesias can also occur in some patients.  Metronidazole when taken with alcohol can cause disulfiram-like effect resulting in abdominal discomfort, flushing, or headache, nausea, vomiting, hyperventilation and tachycardia.

**Resistance:** Resistance to *metronidazole* is rare, although strains of trichomonads resistant to the drug have been reported.

**Contraindications / Precautions:**
- Pregnancy and nursing women
- Alcohol intake resulting in disulfiram-like effect
- Central Nervous System (CNS) diseases
- Severe renal disease
- Severe hepatic disease

**2. Tinidazole:**

Tinidazole is a second-generation 5-nitroimidazole anti-parasitic drug that is effective against protozoan infections.  Its spectrum of activity, mechanism of action, adverse effects, and drug interactions are similar to metronidazole. It is prescribed for treatment of amebiasis, giardiasis, amebic liver abscess, and trichomoniasis. Efficacy of Tinidazole is similar to metronidazole, with a shorter course of treatment.  Common adverse effects include nausea, dyspepsia, anorexia, weakness and headache. It is contraindicated in patients with previous history of hypersensitivity, during first trimester of pregnancy and in nursing mothers.

CONFIDENTIAL

**D. Luminal amebicides**
Luminal amebicides, such as iodoquinol, diloxanide furoate, or paromomycin, should be prescribed for treating symptom-free colonization state, especially after successful and complete treatment of invasive intestinal or extraintestinal amebic disease.

**1. Iodoquinol:**
Iodoquinol, a quinoline derivative, is effective against E. histolytica, luminal trophozoite and cyst forms. The exact mechanism of action of this drug is still unknown.  It is effective against the pathogens in the gastrointestinal tract only; however, it is ineffective in liver or intestinal wall. Absorption of iodoquinol is poor and is excreted in feces. Only 10% of the drug enters circulation.  Its half life is approximately 11-14 hours.

**Adverse effects**:

Prominent adverse effects of iodoquinol include:
    Peripheral neuropathy, especially optic neuritis
    Agranulocytosis
    GIT: diarrhea, nausea, vomiting
- Thyromegaly
- Sensitivity towards iodine
- Drug interferes with TFT or thyroid function tests

Iodoquinol should not be prescribed for long-term as it can lead to optic neuritis, optic atrophy, and peripheral neuropathy.

**2. Paromomycin:**
Paromomycin, also known as monomycin and aminosidine,[110] is an aminoglycoside antibiotic. It is indicated against the intestinal forms of E. histolytica and tapeworm, because it is poorly absorbed from the GI tract. It is also prescribed as an alternative agent for the treatment of cryptosporidiosis. It is amebicidal. This broad spectrum antibiotic is water soluble.

Mechanism of action:
- It exerts direct amebicidal action by causing leakage on cell membrane of parasite.
- It indirectly kills bacterial flora present in the intestine which is essential for proliferation of pathogenic amoebae.

Dosage and Administration
Intestinal amebiasis: Adults and Pediatric Patients: Usual dose—25 to 35 mg/kg body weight daily, given in three doses with meals, for 5-10 days.
Its most common adverse effects are gastrointestinal discomfort and diarrhea.

NETCE0004397

**E. Systemic amebicides**
These drugs are highly effective in the treatment of liver abscesses and intestinal wall
infections caused by amebas.

**1. Chloroquine:**
Chloroquine, a 4-aminoquinoline, is used in combination with metronidazole and
diloxanide furoate to treat and prevent amebic liver abscesses. It effectively kills
trophozoites in liver abscesses, but is ineffective against amebiasis. Drug is rapidly and
almost completely absorbed from the GI tract. Its excretion is quite slow. It is
contraindicated in the presence of retinal or visual field changes and hypersensitivity to
the drug.

**2. Emetine and dehydroemetine:**
Emetine hydrochloride is a plant alkaloid extracted from the ipeca plant, whereas
dehydroemetine is a synthetic analogue. They prevent synthesis of protein by inhibiting
chain elongation. Both have erratic oral absorption. They should preferably be
administered subcutaneously or intramuscularly (IM), but never intravenously.
Emetine is accumulated and concentrated in the liver, lungs, spleen, etc where it
remains for a month after a single dose. It is slowly metabolized and excreted by kidney
and has a cumulative effect. Its half-life in plasma is 5 days. Dehydroemetine is
comparatively less toxic than emetine. It is necessary to closely observe the patients
during the drug therapy. These drugs should not be taken for more than 5 days.

Adverse effects
Common Adverse Effects of Emetine and Dehydroemetine

| |
|---|
| Dehydroemetine is less toxic than emetine.<br>Gastrointestinal related adverse effects including nausea, vomiting and diarrhea<br>Pain at site of injection, abcesses<br>Neuromuscular weakness<br>Serious toxicities<br>    - Cardiotoxicity<br>    - cardiac arrhythmias cardiac arrhythmias,<br>      Hypotension<br>      congestive heart failure |

**III. Chemotherapy for Malaria**

Malaria is a tropical, vector-borne acute infectious disease caused by the protozoal
genus Plasmodium. The plasmodium is passed on to humans through the bite of a
female Anopheles mosquito. There are five species of *Plasmodium* that can infect and
be transmitted by humans. P. falciparum can cause severe form of malaria and in some
cases can be fatal. It causes an acute, rapidly fulminating disease. Prominent symptoms
include persistent high temperature, orthostatic hypotension, and significant

CONFIDENTIAL

erythrocytosis. Death ensues if the infection is not treated adequately.  P. vivax, P. ovale usually cause a milder form of malaria. P. knowlesi can also cause severe infections in humans.  It is widespread in Southeast Asia.

**Life cycle of the malarial parasite**
Transmission of infection begins with an infected mosquito bite injecting Plasmodium sporozoites into the bloodstream. The sporozoites travel through the blood vessels and migrate to the hepatocytes (liver cells).   In the liver, they reproduce and released into the bloodstream following rupture of the host liver cell.  Each merozoite infects a red blood cell, and becomes trophozoite. The trophozoites again multiply and become merozoites. Ultimately, the infected red blood cell ruptures, releasing heme and merozoites that can again infect other erythrocytes. Alternatively, merozoites can become gametocytes, which are transmitted to mosquitoes when they bite an infected person.  The whole cycle thus starts again, with the gametocytes becoming sporozoites in the insect. The efficacy of a drug depends upon the type of species and the stage of its life cycle.

CONFIDENTIAL

| Classifications | Drugs (examples) | Sites and modes of action |
|---|---|---|
| Natural or hemisynthetic anti-malarial drugs | • quinine<br>• artemisinin or quinghaosu and derivatives | Endo-erythrocytic schizonticides active on endoerythrocytic trophozoites of the various Plasmodium species (no experience with artemisinin derivatives on P. vivax, malariae and ovale). |
| Synthetic anti-malarial drugs |  |  |
| * Amino-4-quinolines | • chloroquine<br>• amodiaquine.<br>• piperaquine | Schizonticides on erythrocytic forms of Plasmodium |
| * Amino-8-quinolines | • primaquine<br>• tafenoquine | Gametocytocides, schizonticides on the intra-hepatic and endo-erythrocytic forms. |
| * Amino-alcools | • halofantrine<br>• lumefantrine<br>• mefloquine | Schizonticides on the endoerythrocytic forms of Plasmodium falciparum, vivax, malariae et ovale. |
| * Sulphonamides | • sulphonamides retard (sulphadoxine)<br>• sulphones (dapsone) | Endo-erythrocytic schizonticides by inhibition of dihydropteroate synthetase. |
| * Diaminopyrimidines<br>Biguanides | • pyrimethamine<br>• proguanil | Endo-erythrocytic schizonticides by inhibition of dihydrofolate reductase. |
| *<br>Hydroxynaphtoquinone | • atovaquone | Inhibits the transport of electrons in the mitochondria, therefore the synthesis of ATP. |
| Antibiotics |  |  |
| * Cyclines | • tetracycline. | Schizonticides |

NETCE0004400

| Macrolides | • doxycycline<br><br>• clindamycine<br>• spiramycine<br>• azithromycine | Schizonticides. |
|---|---|---|

**Antimalarial Classification by structure**

| Aryl amino alcohols: | Quinine, quinidine (cinchona alkaloids), mefloquine, halofantrine. |
|---|---|
| 4-aminoquinolines: | Chloroquine, amodiaquine. |
| Folate synthesis inhibitors: | Type 1 - competitive inhibitors of dihydropteroate synthase - sulphones, sulphonamides<br>Type 2 - inhibit dihydrofolate reductase - biguanides like proguanil and chloroproguanil; diaminopyrimidine like pyrimethamine |
| 8-aminoquinolines: | Primaquine, WR238, 605 |
| Antimicrobials: | Tetracycline, doxycycline, clindamycin, azithromycin, fluoroquinolones |
| Peroxides: | Artemisinin (Qinghaosu) derivatives and analogues - artemether, arteether, artesunate, artelinic acid |
| Naphthoquinones: | Atovaquone |
| Iron chelating agents: | Desferrioxamine |

**B. Tissue schizonticide:**

**Primaquine**
Primaquine is an 8-aminoquinoline that is highly effective in eliminating primary exoerythrocytic forms of P. falciparum and P. vivax.  It also eradicates secondary exoerythrocytic forms of recurring malarias caused by P. vivax and P. ovale. Primaquine is the only drug that can cure malaria caused by P. vivax and P. ovale as it eliminates exoerythrocytic form which persists in the liver even after the eradication of erythrocytic form of the disease.  The sexual (gametocytic) forms of all the four species of plasmodia are eliminated in the plasma. Primaquine is usually prescribed in combination with a blood schizonticide because primaquine is ineffective against the erythrocytic stage of malaria.

**Mechanism of action:** The exact mechanism of action is still a mystery; however, it is believed that metabolites of primaquine act as oxidants destroying the schizonts.

CONFIDENTIAL

**Pharmacokinetics:** Primaquine is well absorbed when taken orally on and is not concentrated in tissues. It is quickly oxidized to several compounds, mainly the deaminated drug. Metabolites are eliminated through urine.

**Adverse effects:**
Most common adverse effects include nausea, vomiting and stomach cramps. Primaquine can cause hemolysis in patients with G6PD deficiency [111]. Agranulocytosis and granulocytopenia are rarely seen, except in patients with SLE and arthritis. Primaquine is contraindicated in pregnancy. It should not be prescribed to people G6PD deficiency as the drug may precipitate hemolytic anemia [11]. All Plasmodium species may develop resistance to primaquine.

**C. Blood schizonticide:**

**Chloroquine**
Chloroquine, a synthetic 4-aminoquinoline, is the drug of choice in the treatment of erythrocytic P. falciparum malaria, except in case of resistance. It is less effective against P. vivax malaria. It is particularly effective against the asexual form of plasmodia. Chloroquine is also beneficial in the treatment of rheumatoid arthritis, extraintestinal amebiasis and discoid lupus erythematosus.

Mechanism of action:
The exact mechanism of action of chloroquine is still not fully understood. The drug enters the plasmodium and red blood cells by traversing their cell membranes. It gets concentrated primary in the food vacuole of the organism by ion trapping. Plasmodium parasite digests the host cell's hemoglobin and converts them into essential amino acids and also releases heme. This heme is toxic to the parasite, and, therefore, is converted into hemozoin by the process of polymerization. Chloroquine prevents polymerization of heme into hemozoin by specifically binding to heme. This result in accumulation of heme and increased pH which causes oxidative damage to the membranes that ultimately leads to lysis of plasmodium and erythrocytes.

Pharmacokinetics:
Chloroquine is rapidly and completely absorbed when administered orally. The drug has a very large volume of distribution and concentrates in erythrocytes, liver, spleen, kidney, adipose tissues lung, melanin- containing tissues, and leukocytes. The drug also permeates to the central nervous system (CNS) and enters the placenta.
Chloroquine is metabolized in the liver with the help of hepatic mixed-function oxidase system; however, some of its metabolites retain antimalarial activity. Chloroquine and its metabolites are excreted mainly in urine. The excretion rate increases with acidified urine.

Adverse effects:

CONFIDENTIAL

Side effects are minimal with low dose treatment of malaria.
Chloroquine can be toxic at higher doses and the prominent side effects include
gastrointestinal disturbance, headaches, pruritus, and blurred. Pruritus or itching is
particularly seen among black Africans and it increases with age.  Its severity is closely
associated with malaria parasite load in blood. Long term treatment with the drug can
cause depression and anxiety.  Long term use of chloroquine for many years can be toxic
to eye and lead to central serous retinopathy.  Therefore, patients on long-term ca
therapy must be screened at baseline and every five years [112]. An ophthalmologic
examination should also be performed routinely. Chronic administration of the drug can
cause discoloration of the mucous membranes as well as nail beds.

Chloroquine must be used cautiously in patients who have:
- Liver dysfunction
- Severe gastrointestinal problems
- Blood disorders
- Neurologic blood disorders

Chloroquine can also exacerbate dermatitis caused by phenylbutazone or gold therapy.
Patients with porphyria or psoriasis should avoid chloroquine, because it can precipitate
an acute attack of the respective diseases.

Dose range of Chloroquine

| Therapeutic Range | Toxic Range | Lethal Range |
|---|---|---|
| 0.03 to 15 mg/l | 3.0 to 26 mg/l | 20 to 104 mg/l |

Resistance:

Plasmodium has slowly developed resistance to chloroquine, especially in Asia, Africa
and, most regions of Central and South America. Plasmodium has developed the ability
to flush out the drug away from food vacuole. Chloroquine-resistant P. falciparum has
shown a high degree of resistance because of multigenic mutation.  In case of
resistance, patients are prescribed antimalarial therapy consisting of a combination
therapy of quinine, pyrimethamine, and a sulfonamide, which is administered orally.

CONFIDENTIAL

## COMPARISON BETWEEN BLOOD SCHIZONTICIDAL DRUGS

| | Chloroquine | Pyr./Sulpha. | Quinine | Mefloquine | Qinghaosu |
|---|---|---|---|---|---|
| Efficacy | ++++ | ++ | +++ | +++ | +++++ |
| Onset of action | Rapid | Slow | Rapid | Rapid | Fastest |
| Use | Prototype drug, first choice for all cases | Only for uncomplicated, resistant P. falciparum | Only for resistant P. falciparum | Only for uncomplicated, multi drug resistant P. falciparum | Reserved for drug resistant P. falciparum. However, it may be considered in life threatening complications of P. falciparum due to its rapid action |
| Use in severe P. falciparum malaria | Parenteral preparation can be used in areas with sensitive strains | Not useful in acute illness; can be co-prescribed with other parenteral antimalarials | Drug of choice for severe malaria; it was the only parenteral drug available for a long time until parenteral chloroquine and artemisinin arrived | Not to be used in acute illness; can be co-prescribed with artemisinin after acute phase is over. | Useful in severe malaria; may be more effective and better tolerated than quinine. |
| Toxicity | ++ | +++ | +++ | +++ | + |
| Contra indications | Almost none, only advanced liver disease | Allergy to sulpha | Prior hypersensitive reactions | Epilepsy, psychosis, heart block, ß blocker use | None |
| Use in pregnancy | Yes | Only in 2nd trimester if warranted | Only if warranted, watch for hypoglycemia | Not in first trimester | Yes, if the situation demands |
| Cost | Cheapest | Cheap | Moderate | Expensive | Expensive |

CONFIDENTIAL

**D. Blood schizonticide:**

**Mefloquine**
It is an effective single drug for suppressing and curing infections caused by multidrug resistant forms of P. falciparum. Mefloquine, synthetic analogue of quinine, is effective in prevention and treatment of certain forms of malaria including multidrug resistant forms of P. falciparum [113]. It is prescribed prophylactically for a period of 1-2 two weeks before entering a malaria prone area [113].

Its exact mechanism of action is still unknown but is similar to *quinine.* It is absorbed well when taken orally and concentrates in the liver and lung. It has a long half-life of approximately 17 days. It is excreted through the feces.

Dosage and Adminitration
Adult Patients
Treatment of mild to moderate malaria in adults caused by P. vivax or Mefloquine-susceptible strains of P. falciparum: Five tablets (1250 mg) Mefloquine hydrochloride to be given as a single oral dose.
Malaria Prophylaxis: One 250 mg Mefloquine hydrochloride tablet once weekly.

Pediatric Patients
Treatment of mild to moderate malaria in pediatric patients caused by Mefloquine-susceptible strains of P. falciparum: 20-25 mg/kg body weight.
Malaria Prophylaxis: The recommended prophylactic dose of Mefloquine hydrochloride tablets is approximately 5 mg/kg body weight once weekly. One 250 mg Mefloquine hydrochloride tablet should be taken once weekly in pediatric patients weighing over 45 kg. In children weighing less than 45 kg, the weekly dose should be adjusted according to body weight:
30 to 45 kg: 3/4 tablet
20 to 30 kg: 1/2 tablet

Adverse reactions at high doses range from nausea, vomiting, and dizziness to disorientation, hallucinations, and depression. ECG abnormalities and cardiac arrest are possible if *mefloquine* is taken concurrently with *quinine* or *quinidine.* Mefloquine is contraindicated in patient with a recent history of psychiatric disorder or past history of seizures. Severe side effects usually do not necessitate hospitalization and are rare [114]. Rates of side effects due to mefloquine are similar to other drugs prescribed to prevent malaria [115]. Mefloquine can cause neuropsychiatric effects. It can lead to depression, anxiety, hallucinations, and suicidal tendencies. Mefloquine use has been associated with pneumonitis and eosinophilic pneumonia. Mefloquine can cause cardiac arrhythmias. Combination of mefloquine with halofantrine can cause significant ECG changes with increase in QTc intervals.

**E. Blood schizonticides:**

Quinine

Quinine *is* an antimalarial drug that prevent with heme polymerization that leads to death of the erythrocytic form of the plasmodial parasite. The drug is not recommended by the WHO as first-line treatment for malaria, and should be prescribed in case artemisinins are unavailable [116-119]. It is prescribed only in cases of severe infestations and for malarial strains that are resistant to other antimalarials.

Quinine is well distributed throughout the body when administered orally and can cross the placental barrier. It is fetotoxic. Quinine salts can be administered orally or intravenously (IV); quinine gluconate can be administered intramuscularly or rectally [120, 121]. In the US, no injectable form of quinine is licensed; quinidine is used instead [122, 123]. Quinine is eliminated through the urine. For treatment of uncomplicated *P. falciparum* malaria in adults, it is prescribed in capsule form 648 mg (two capsules) to be taken orally every 8 hours for 7 days

The major adverse effect of quinine is cinchonism, a syndrome resulting in vomiting, nausea, tinnitus, and vertigo. Cinchonism is reversible and should not necessitate suspension of therapy. Quinine treatment should be discontinued in case of a positive Coombs test for hemolytic anemia. Quinine can increase potency of neuromuscular-blocking agents and elevate *digoxin* levels if taken concurrently with *quinine*. Quinine absorption is slow if it is taken with aluminum- containing antacids.

**Blood schizonticide:**

**Artemisinin**
Artemisinin, a sesquiterpene lactone, is obtained from the qinghaosu plant. Artemisinin *and its* derivatives (Artensunate, Artemether) are effective in the treatment of severe, multidrug-resistant P. falciparum malaria [124]. The WHO has recommended artemisinin combination therapies (ACT) as the first-line treatmetn for *P.* falciparum malaria [125].

Many randomized controlled trials have shown that artesunate has better efficacy compared to quinine in both adults [126] and children [127]. Artesunate is now recommended for treatment of all forms of severe malaria.

Some of the fixed-dose ACTs that are now available in the market are:
- Asmefloquine (ASMQ [128])
- Amodiaquine (ASAQ))
- Lumefantrine (Coartem)
- Piperaquine (Duo-Cotecxin),
- Pyronaridine (Pyramax)

CONFIDENTIAL

Its produces free radicals in the food vacuole of plasmodium, following separation of the drug's endoperoxide bridge by heme iron in parasitized red blood cells.
It also damages and impairs specific malarial proteins. Artemisinin and its derivatives have short half-lives which prevents their use chemoprophylaxis of malaria.  Artemisinin and its derivatives are metabolized predominantly in the liver and are excreted mainly in bile.

Adverse effects are relarted to GI disturbances such as nausea, vomiting, and diarrhea. Very high doses of artemisinin can lead to neurotoxicity and prolonged QT interval. Artemisinins are safe and well tolerated at the therapeutic doses for the treatment of malaria [129]. Common adverse effects of artemisinins include nausea, vomiting, and diarrhea. Allergic reaction is a rare but serious adverse effect of this drug [129, 130]. Adverse effects of this drug are more frequent in patients with acute *P. falciparum* malaria [131].

**Blood schizonticide and sporontocide:**

**Pyrimethamine**
Pyrimethamine is an antifolate agent that is commonly used for a radical cure as a blood schizonticide. It also acts as a potent sporonticide in the mosquito's gut. It inhibits plasmodial dihydrofolate reductase3 (DHR) which deprives the plasmodium of tetrahydrofolate, a cofactor needed for synthis of RNA and DNA.
Pyrimethamine is effective against P. falciparum. Pyrimethamine given in combination with a sulfonamide is effective against P. malariae and Toxoplasma gondii.
Contradication for pyrimethamine are:
- Megaloblastic anemia
- Hypersensitivity to pyrimethamine

**TRYPANOSOMIASIS- CHEMOTHERAPY**

Trypanosomiasis is a chronic and, potentially fatal diseases caused by species of Trypanosoma.  There are two major human forms of this disease, African sleeping sickness and American sleeping sickness. African sleeping sickness is caused by T. brucei gambiense and T. brucei rhodiense. The parasites initially live and grow in the blood. They invade the CNS and cause inflammation of the brain and spinal cord that results in characteristic symptomatology of lethargy and, eventually, continuous sleep. American sleeping sickness or Chagas disease is caused by T. cruzi and is generally confined to South America.  This form of the disease causes 21,000 deaths per year [132].

**Melarsoprol**

CONFIDENTIAL

Melarsoprol (Mel B and Melarsen Oxide-BAL) is a derivative of mersalyl oxide, which is used in the treatment of human African trypanosomiasis usually in the late stage with CNS involvement [133].

**Mechanism of action:**
The drug reacts with sulfhydryl groups of enzymes in both the organism and host. The parasite's enzymes are believed to be more sensitive than those of the host because the mammalian cells are less permeable to the drug and, therefore, are protected from its toxic effects

Pharmacokinetics:
Melarsoprol usually is slowly administered intravenously through a fine needle. The drug is irritating; therefore appropriate measure should be taken to prevent its infiltration in the surrounding tissues. Its half-life is around 35 hours [134].

Adequate trypanocidal concentrations appear in the CSF, in contrast to very low concentration of pentamidine in the CSF. Melarsoprol is the drug of choice in the treatment of T. brucei rhodesiense and for meningoencephalitis caused by T. brucei gambiense. The drug has a very short half-life and is rapidly excreted into the urine.

Adverse effects:
Majority of serious side effects of melarsoprol are related to CNS toxicities. A severe post treatment encephalopathy may develop right after the treatment but usually subsides. In some cases this condition can be fatal.

Hypersensitivity reactions are not rare, and fever can occur after injection. Gastrointestinal problems, such as severe vomiting and abdominal pain are also common. Melarsoprol is contraindicated during epidemics of influenza because of increased risk of febrile episodes in influenza. Hemolytic anemia may occur in patients with G6PD deficiency.

B. **Pentamidine isethionate**
Pentamidine is an antiprotozoal agent, which is active against many trypanosomes, such as T. brucei gambiense. It is extensively used to treat and prevent the organism's hematologic stage. It is drug of choice for the treatment for stage I infection with *Trypanosoma brucei gambiense*. Some trypanosomes such as T. cruzi are resistant to this agent. Pentamidine is the drug of choice for the treatment of pneumonia caused by P. jiroveci who do not respond to trimethoprim-sulfamethoxazole. Pentamidine is also used as a substitute to stibogluconate in the treatment of leishmaniasis.

Mechanism of action:
The exact mechanism of action is still unknown. It is believed that the drug binds to the parasite's DNA and impairs the synthesis of RNA, DNA, and key protein proteins.

CONFIDENTIAL

Although its exact mode of action is not clear, evidence exists that the drug binds to the parasite's DNA and interferes with the synthesis of RNA, DNA, and protein by the parasite.

Pharmacokinetics:
Pentamidine is preferably administered intramuscularly or as an aerosol. It is not administered intravenously because of severe adverse reactions, such as hypotension and tachycardia. The drug is predominantly concentrated and stored in the liver and kidney for a long period of time. It is ineffective against the meningoencephalitic stage of trypanosomiasis because it cannot cross blood brain barrier. The drug is not metabolized and is excreted very slowly into the urine. Its half-life in the plasma is approximately 5 days.

Adverse effects: Serious kidney impairment can occur, which is reversible after the drug is discontinued. Other prominent adverse reactions are hypotension, dizziness, rash, and toxicity to beta-cells of the pancreas. It may cause or worsen diabetes mellitus.[5]

**Nifurtimox (Lampit)**

Nifurtimox, a 5-nitrofuran, is used in the treatment of acute T. cruzi infections (Chagas disease). Nifurtimox is also used in combination with eflornithine to treat human African trypanosomiasis [135].

Nifurtimox undergoes reduction and produces intracellular oxygen radicals. These highly reactive radicals (superoxide radicals and hydrogen peroxide radicals) are toxic to T. cruzi. This drug is suppressive, not curative. Nifurtimox is administered orally and not intravenously. It is given as 15 mg/kg/day in two to three divided doses. It is rapidly absorbed and is excreted in the urine. Is half life is 1.5-3 hours.

Adverse effects are common after long term treatment, especially among the elderly. Major toxicities include:
- Hypersensitivity reactions (Both immediate and delayed) such as anaphylaxis, dermatitis and icterus
- GI disturbances such as abdominal pain and vomiting
- Peripheral neuropathy
- CNS disturbances such as headache and convulsions
- Cell-mediated immune suppression

**Suramin (Germanin)**

Suramin, a sulfonated naphthylamine, is prescribed in the early treatment and, particularly, the prophylaxis of African trypanosomiasis. It is very reactive and inhibits several enzymes, including glycolytic enzymes and those of the pentose phosphate pathway [136]. These actions are responsible for its trypanocidal activity.

CONFIDENTIAL

The drug should be administered intravenously because of poor intestinal absorption and high probability of local irritation when administered intramuscularly. It has long half-life of 44–54 days accumulates in the liver and in the proximal tubular cells of the kidney.

Severe adverse reactions should be carefully monitored, especially if the patient is debilitated. Some of the notable adverse effects include:

- Shock and loss of consciousness
- Acute urticaria
- Adrenal cortical damage
- Neurologic problems, such as palpebral edema, hyperesthesia, paresthesia, photophobia, etc.
- Renal impairment
- Albuminuria

Drug should be discontinued if cylindruria and hematuria occur.

### E. Benznidazole (Rochagan and Radanil)

Benznidazole, a nitroimidazole derivative, is an alternative choice for treatment of Chagas disease. However, nifurtimox is the preferred agent in Chagas disease. It interferes with synthesis of protein and RNA in T. cruzi cells. It is rapidly absorbed from the gastrointestinal tract. Its half life is arund 12 hours. It is eliminated through renal and fecal route. Benznidazole is recommended as a prophylactic agent for preventing infections caused by T. cruzi among hematopoietic stem cell transplant recipients [137].

**Recommended Drugs for Treatment of African Trypanosomiasis**

| Type of Trypanosomiasis | Medications Stage 1 (Hemolymphatic Stage) | Medications Stage 2 (Neurologic [CNS] Stage) |
|---|---|---|
| East African trypanosomiasis (caused by T brucei rhodesiense) | Suramin 100-200 mg IV test dose, then 1 g IV on days 1, 3, 7, 14, 21 | Melarsoprol 2-3.6 mg/kg/d IV for 3 d; after 1 wk, 3.6 mg/kg/d for 3 d; after 10-21 d, repeat the cycle |
| West African trypanosomiasis (caused by T brucei gambiense) | Pentamidine isethionate 4 mg/kg/d IM for 10 d | Melarsoprol 2-3.6 mg/kg/d IV for 3 d; after 1 wk, 3.6 mg/kg/d for 3 days; after 10- |

CONFIDENTIAL

| | OR<br><br>Suramin 100-200 mg IV test dose, then 1 g IV on days 1, 3, 7, 14, 21 | 21 d, repeat the cycle<br>OR<br>Eflornithine 400 mg/kg/d IV in 4 divided doses for 14 d |
|---|---|---|

In 2009, a new combination treatment with nifurtimox and eflornithine was introduced.

**LEISHMANIASIS- CHEMOTHERAPY**

There are four main forms of leishmaniasis [138]:
- Cutaneous: It is the most common form, which can progress to any of the other forms.
- Diffuse cutaneous: It causes widespread skin lesions identical to leprosy, and is difficult to treat.
- Mucocutaneous: It states with skin ulcers which subsequently spread.
- Visceral: it is the most severe form can be fatal if left untreated.

Leishmaniasis is transmitted from animals to humans and sometimes between humans by the bite of infected female sandflies. Leishmaniasis is difficult to treat, because the effective drugs have high failure rates and are toxic. Sodium stibogluconate, a pentavalent antimonial, is the drug of choice in the treatment of leishmaniasis. Alternative agents include pentamidine and amphotericin B. Allopurinol has also been reported to be effective.

**Sodium stibogluconate**

Sodium stibogluconate, pentavalent antimonial, is a drug used for the treatment of leishmaniasis. The exact mechanism of action of this drug is still to be determined. It is believed that is it iinhibits glycolysis in the parasite. It is administered parenterally because it is not absorbed orally. It is distributed in the extravascular compartment. Metabolism of Sodium stibogluconate is minimal, and is excreted in urine.
The dose of sodium stibogluconate is 20 mg/kg per day given by slow intravenous infusion with cardiac monitoring.
Adverse effects include:
- Phlebotoxicity resulting in pain at the injection site
- Gastro- intestinal disturbances such as vomiting, nausea, poor appetite
- Pancreatitis

NETCE0004411

- Cardiac arrhythmias

Patient receiving Sodium stibogluconate should be monitored periodically for renal and hepatic function.

## TOXOPLASMOSIS- CHEMOTHERAPY

Toxoplasmosis is a parasitic disease caused by the protozoan Toxoplasma gondii [139], which is transmitted to humans after eating infected meat [9]. It can be transmitted transmitted vertically (pregnant woman to fetus). Approximately 33% of the world's human population is believed to carry a Toxoplasma infection. Combination of sulfadiazine and pyrimethamine is the drug of choice for treatment of Toxoplasmosis. Leucovorin is also prescribed to prevent folate deficiency. TMP-SZ (Trimethoprim/sulfamethoxazole) is the drug of choice for preventing Toxoplasma infection, but is not the drug to treat.

Acute Toxoplasmosis
Medications that are effective against acute toxoplasmosis include:
Pyrimethamine, Sulfadiazine, spiramycin and minocycline are commonly used medication in acute toxoplasmosis.
Latent Toxoplasmosis
Atovaquone: This drug is effective in latent toxoplasmosis against *Toxoplasma* cysts, especially in patients with AIDS.

## GIARDIASIS- CHEMOTHERAPY

Giardia lamblia is the most frequently diagnosed intestinal parasite in the United States [10]. It is causes gastroenteritis in humans and globally approximately 200 million people fall victim to this parasite.  Mode of transmission is the fecal-oral route.
It has only two life-cycle stages:
1. 1. Binucleate trophozoite with four flagellae
2. 2. Four-nucleate cyst, which is drug-resistant
1.
Contaminated drinking water leads to giardiasis infection. Metronidazole is the drug of choice.  Tinidazole is another alternative drug, which is equally effective as metronidazole and has a much shorter course of therapy (2 grams given once). Nitazoxanide, a nitrothiazole derivative, is also equally effective as *metronidazole* and, and has a two-day-shorter course of therapy. **AMEBIASIS**

## Recommended dosing and adverse effects of anti-Giardia drugs

| Drug | Adult dose | Pediatric dose | Adverse effects |
|---|---|---|---|

CONFIDENTIAL

| Drug | Adult dose | Pediatric dose | Adverse effects |
|------|-----------|----------------|-----------------|
| Metronidazole | 250 mg t.i.d. × 5–7 days | 5 mg/kg t.i.d. × 5–7 days | Headache, vertigo, nausea, metallic taste, urticaria<br>Disulfiram-like reaction with alcohol ingestion<br>Rare: pancreatitis, central nervous system toxicity, reversible neutropenia, peripheral neutropathy, T-wave flattening with prolonged use<br>Mutagenic/carcinogenic? |
| Tinidazole | 2 g, single dose | 50 mg/kg, single dose (max, 2 g) | As for metronidazole |
| Ornidazole | 2 g, single dose | 40–50 mg/kg, single dose (max, 2 g) | As for metronidazole |
| Quinacrine | 100 mg t.i.d. × 5–7 days | 2 mg/kg t.i.d. × 7 days | Nausea and vomiting, dizziness, headache<br>Yellow/orange discoloration of skin and mucous membranes<br>Rare: toxic psychosis |
| Furazolidone | 100 mg q.i.d. × 7–10 days | 2 mg/kg q.i.d. × 10 days | Nausea, vomiting, diarrhea<br>Brown discoloration of urine; disulfiram-like reaction with alcohol ingestion<br>Reacts unfavorably with MAO inhibitors<br>Mild hemolysis in G6PDH deficiency<br>Carcinogenic? |
| Paromomycin | 500 mg t.i.d. × 5–10 days | 30 mg/kg/day in 3 doses × 5–10 days | Ototoxicity and nephrotoxicity with systemic administration |
| Albendazole | 400 mg q.d. × 5 days | 15 mg/kg/day × 5–7 days (max, 400 mg) | Anorexia, constipation |

CONFIDENTIAL

| Drug | Adult dose | Pediatric dose | Adverse effects |
|---|---|---|---|
| | | | Rare: reversible neutropenia and elevated liver function tests<br>Teratogenic? |
| Bacitracin zinc | 120,000 U b.i.d. × 10 days | Not tested in children under 10 yr | Nausea, vomiting, abdominal discomfort<br>Nephrotoxicity with systemic absorption |

| Clinical scenario | Drug and duration of treatment |
|---|---|
| Symptomatic infection, USA | |
| Adult and pediatric | Metronidazole for 5–7 days |
| Alternatives | Furazolidone for 7–10 days or quinacrine for 5–7 days or albendazole for 5–7 days |
| Symptomatic infection, overseas | |
| Adult and pediatric | Tinidazole (single dose) or |
| | ornidazole (single dose) |
| Pregnancy | |
| First trimester | Paromomycin for 5–10 days |
| Second and third trimesters | Paromomycin for 5–10 days or metronidazole for 5–7 days |
| Resistant infection or relapse | Drug of different class or combination nitroimidazole plus quinacrine for 2 wk or more |

CONFIDENTIAL

**TREATMENT REGIMENS FOR PROTOZOAL INFECTIONS IN ADULTS**

| | Medication First-line treatment ............................. Second-line treatment | Dose | Adverse effects |
|---|---|---|---|
| **Systemic protozoa** Malaria-uncomplicated plasmodium falciparum or species unknown Chloroquine-resistant area (everywhere except Central America west of Panama Canal, Haiti, Dominican Republic, and parts of the Middle East) | Atovaquone-proguanil OR Artemether-lumefantrine OR Quinine Plus Doxycycline Or tetracycline Or Clindamycin ............................. ... Mefloquine | 250mg/100mg, 4 adult tablets orally every day for 3 d 20 mg /120 mg, 4 tablets oral starting dose, followed by 4 tablets orally 8h later, followed by 4 tablets orally twice a day for 2d 625 mg salt orally 3 times a day for 7 d for patients infected in Southeast Asia or for 3 d in other patients 100 mg orally twice a day 250 mg orally 4 times a day 6-7/kg orally 3 times a day for 7 d ............................................ .. 750 mg salt oral loading dose followed by 500 mg salt orally 6-12 h after initial dose | Nausea, vomiting, hepatitis Headache, dizziness, vomiting Cinchonism, hypoglycemia Nausea, vomiting, abdominal pain, candidiasis, photosensitivity Nausea, vomiting, abdominal pain ............................... ... Nausea, vomiting, vivid dreams, dysphoria, mood changes, QT, prolongation |

CONFIDENTIAL

NETCE0004415

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Chloroquine -sensitive area (Central America west of Panama Canal, Haiti, Dominican Republic, and parts of the Middle East) | Chloroquine | 1000 mg salt oral loading dose followed by 500 mg salt orally at 6 h, 24 h, and 48 h | Nausea, vomiting, headache, dizziness, pruritis (usually in African patients), photosensitivity |
| | ................................. Hydroxychloroquine | ............................................. ...... 800 mg salt oral loading dose followed by 400 mg salt orally at 6 h, 24 h, and 48 h | ................................. .. Retinal toxicity unlikely with short-term use |

CONFIDENTIAL

| Malaria— severe usually P falciparium | Artesunate per CDC protocol Plus atovaquone-proguanil, doxycycline, clindamycin, or mefloquine | 2.4 mg/kg IV at 0 h, 12 h, 24 h, and 48 h, then once per ay if IV still necessary | |
|---|---|---|---|
| ...................................... .. | ................................................ ...... | |
| | Quinidine | Loading does of 10 mg/kg salt IV over 1-2h followed by 0.02 mg/kg/min salt continuous infusion for 24 h | Infusion-related hypotension, QT and QRS prolongation, arrhythmias, hypoglycemia |
| | Once improved, switch to oral quinine plus | 625 mg salt orally 3 time a day | |
| | Doxycycline | 100 mg IV/orally twice daily for 7 d | |
| | or Tetracycline | 250 mg orally 4 times daily for 7 d | |
| | or Clindamycin | 10 mg/kg IV loading dose then 5 mg/kg IV every 8 h (or oral dose as above) for 7 d | |
| | | Total duration of quinidine/quinine therapy is 7 d for patients infected in Southeast Asia, 3 d for elsewhere | |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| **Systemic protozoa** (continued) Malaria-uncomplicated Plasmodium vivax or plasmodium ovale All regions except Papua New Guinea and Indonesia (or other areas with documented chloroquine resistance) | Chlorquine Followed by primaquine .......................... ... Hydrochloroquine Followed by primaquine | See P falciparum 52.6 mg salt orally every day for 14 d .............................. .... See P falciparum | Nausea, vomiting, hemolytic anemia with G6PD deficiency ........................... ..... |
| Malaria-uncomplicated P vivax or P ovale Chloroquine-resistant areas (Papua, New Guinea and Indonesia) | Quinine plus Doxycycline, tetracycline or clindamycin followed by primaquine or Atovaquone-proguanil Followed by primaquine ....................... ... Mefloquine followed by primaquine | See P falciparum See P falciparum ............................. ... See P falciparum | .............................. .... |

CONFIDENTIAL

| Malaria-uncomplicated plasmodium malariae or plasmodium knowlesi | Chloroquine or Hydroxychloroquine | See P falciparum | |
|---|---|---|---|

CONFIDENTIAL

| Systemic protozoa African Trypanosornia sis Early (hemolymphat ic stage) trypanosoma brucei gambiense | Pentarnidine ................................ ..... Suramin | 4mg/kg/d IM for 7-10 d ..................................... ........ 100-200 mg IV (test dose) followed by 1 g IV on days 1, 3, 7, 14, and 21 | Hypotension (with IV infusion), hypoglycemia, hepatitis, pancreatitis, leukopenia, sterile abscesses, nephrotoxicity ................................... ..... Nephrotoxicity, rash (including exfoliative dermatitis), fatal hypersensity reaction (1 in 20,000 doses), peripheral neuropathy, myelosuppression |
| Trypanosome brucei rhodesiense | suramin | Dosed as above | |

CONFIDENTIAL

| Late (CNS stage) T b gambiense | Efflornithine | 100 mg/kg IV every 6 h for 14 d | Fever, seizure, myelosupression, peripheral neuropathy, diarrhea, hypertension, rash |
| | or Efflornithine | 200 mg/kg IV every 12 h for 7 d | |
| | Plus | | |
| | Nifurtimox | 5 mg/kg orally 3 times a day for 10 d | Nausea, vomiting, anorexia, abdominal pain, insomnia, peripheral neuropathy, hepatitis. Avoid alcohol |
| | ................................. .. Melarsoprol | ........................................ .... 2.2 mg/kg/d IV for 10 d | Vomiting, nephrotoxicity, hepatitis, myocardial damage, peripheral neuropathy, fever, thrombocytopenia, reactive encephalopathy ( often fatal). Encephalopathy risk reduced by coadministration of corticosteroids. Contraindicated with G6PD deficiency |

CONFIDENTIAL

| Systemic protozoa T b rhodesiense | Melarsoprol | 2.0-3.6 mg/kg/d IV for 3 d. Repeat course after 7 d and then again 7 d after the completion of the 2nd course | |
|---|---|---|---|
| American trypanosomiasis (Chagas disease) | Benznidazole | 2.5-3.5 mg/kg orally twice a day for 60 d | Nausea, vomiting, anorexia, insomnia, peripheral neuropathy, dermatitis, myelosupression. Disulfiram-like reaction with alcohol |
| | ...................................... | ...................................... | ...................................... |
| | Nifurtimox | 2-3 mg/kg orally every 6-8 h for 90 d | |
| Leishmaniasis | Liposomal amphotericin | Immunocompetent adults: 3mg/kg IV once a day on days 1-5, 14, and 21 Immunocompromised adults: 4mg/kg IV once a day one days 1-5, 10, 17, 24, 31, 38 | Nephrotoxicity, electrolyte wasting, hypertension, infusion reaction, chills/rigors |
| | ...................................... | ...................................... | ...................................... |
| | Sodium stibogluconate | 20 mg/kg IV or IM once a day for 28 d | Nausea, vomiting, severe vertigo, headache, diarrhea |
| | or Miltefosine | 2.5 mg/kg/d (maximum 150 mg/kg/d) orally for 28 d | |
| | or Paromomycin | 15 mg/kg/d IM for 21 d | Nephrotoxicity, ototoxicity, hepatitis |

CONFIDENTIAL

| Systemic protozoa (continued) Cutaneous | Sodium stibogluconate | 20 mg/kg/d IV or IM for 20 d | Pentavalent antimonials: nausea, vomiting, abdominal pain, pancreatitis, hepatitis, myalgias, myelosupression, ECG abnormalities |
|---|---|---|---|
| | ....................................... Miltefosine | ....................................... 2.5 mg/kg/d (maximum 150 mg/d)orally for 28 d | ....................................... Headache, anorexia, hepatitis, alopecia |
| | or Fluconazole | 200 mg orally once a ay for 6 wk | |
| | or Liposomal amphotericin | 3 mg/kg IV once a day on days 1-5, 14, 21 | |
| | or Pentamidine | 2-3 mg/kg IV or IM once a day or every other day for 4-7 d | |
| Mucocutaneous | Sodium Stibogluconate | 20 mg/kg/d IV or IM for 28 d | |
| | ....................................... Liposomal Amphotericin | ....................................... 3 mg/kg IV once a day | ....................................... |
| | or Amphotericin deoxycholate | 0.5-1.0 mg/kg IV once a day for 1 mo | |
| | or Miltefosine | 2.5 mg/kg (maximum 150/mg/d)orally once a day for 28 d | |

CONFIDENTIAL

| Systemic protozoa (continued) Babesiosis | Atovaquone | 750 mg orally twice a day | Rash, abdominal pain, diarrhea, nausea, vomiting, headache , insomnia, methemoglobinemia, hepatotoxicity |
|---|---|---|---|
| | plus Azithromycin | 500 mg orally for 1 d then 250 mg orally twice a day for 7-10 d | Nausea, vomiting, abdominal pain, diarrhea, headache hepatotoxicity |
| | ......................................... | ......................................... | ......................................... |
| | .... Quinine | ..... | ..... |
| | plus Clindamycin | 650 mg orally 3 times a day 300-600 mg IV every 6 h or 600 mg orally 3 times a day for 7-10 d | |

CONFIDENTIAL

| Toxoplasmos is | Pyrimethamine | 200 mg orally once followed by 50 mg (if <60kg) or 75 mg (>60 kg) orally once a day | Myelosupression, abdominal pain, rash, headache, dysphasia |
|---|---|---|---|
| | plus Sulfadiazine | 1g/kg (if <60 kg) or 1.5 g/kg (if >60 kg) orally 4 times a day | Myelosupression, rash, crystal-induced nephropathy |
| | plus Folinic acid ................................ ... TMP-SMX | 10-25 mg orally once a day ........................................ . 5/25 mg/kg orally or IV every 12 h Higher doses have been used in some cases | ...................................... ... Rash, urticaria, nausea vomiting, myelosupression. Rarely: Stevens-Johnson syndrome, renal insufficiency, hyperkalemia, hepatitis |
| | For patients with sulfa allergy: yrimethamine plus Folinic acid plus either Clindamycin or Atovaquone | Doses as above 600 mg IV every 6 h or 450 mg orally 4 times a day 750 mg orally every 6 h | |

CONFIDENTIAL

| Systemic protozoa (continued) Acquired During pregnancy | Consider spiramycin or pyrimethamine/sulfa diazine depending on clinical situation and gestational age (see text) Suggest expert consultation (see box to right) | | Spiramycin: nausea, abdominal pain, diarrhea |
|---|---|---|---|
| Congenital | Consider prolonged pyrimethamine/sulfa diazine Suggest expert consultation (see box to right) | | |
| **Intestinal/geni tour-inary protozoa** Giardiasis | Trinidazole or Metronidazole | 2 g orally once 250 mg orally 3 times a day for 5-7 d | Anorexia, metallic taste, alcohol-induced disulfiram-like reaction, headache, peripheral neuropathy, seizures, neutropenia |
| | ......................................... Nitazoxanide | ......................................... 500 mg orally twice a day for 3 d | ................................. ........... Nausea, vomiting, abdominal pain, diarrhea |
| Amebiasis (Entamoeba hisolytica) Asymptomatic carrier | Luminal agent Paromomycin Or Iodoquinol | 8-12 mg/kg orally 3 times a day for 7 d 650 mg orally 3 times a day for 20 d | Nausea, vomiting, abdominal pain. Nausea, vomiting, diarrhea, pruritis, headache |
| | ......................................... .... Diloxanide | ......................................... 500 mg orally 3 times a day for 10 d | ................................. ........... |

CONFIDENTIAL

NETCE0004426

| Intestinal/genit or-urinary protozoa | | | |
|---|---|---|---|
| Amebic colitis | Metronidazole<br><br>or Tinidazole followed by luminal agent (see above) | 500-750 mg orally 3 times a day for 10 d<br>2 g orally once a day for 3d | |
| Amebic liver abscess or other disseminated disease | Metronidazole or Tinidazole followed by luminal agent (see above) | 750 mg orally or IV 3 times daily<br>2 g orally once a day | |
| Cryptosporidiosis<br>Non-AIDS-associated<br>AIDS-associated | Nitazoxanide<br>HAART<br>Consider nitazoxanide | 500 mg orally twice a day for 3 d | |
| Cyclosporiasis<br>Non-AIDS-associated<br>AIDS-associated | TMP-SMX<br><br>TMP-SMX<br><br><br>..............................<br>.......<br>Ciprofloxacin | 1 DS tablet orally twice a day for 7-10d<br>1 DS tablet orally 4 times a day for 10 d followed by twice a day for 3 wk<br>......................................<br>.......<br>500 mg orally twice a day for 7 d followed by 1 tablet orally 3 times a week for 2 wk | ..............................<br>.......<br>Nausea, vomiting, abdominal pain, Rarely: tendinopathy, neuropsychiatric effects |
| Isosporiasis<br>Non-AIDS-associated<br>AIDS-associated | TMP-SMX<br><br>TMP-SMX<br><br><br>..............................<br>.......<br>Ciprofloxacin | 1 DS tablet orally twice a day for 10d<br>1 DS tablet orally 4 times a day for 10 d followed by twice a day for 3 wk<br>......................................<br>.......<br>500 mg orally twice a day for 7 d | ..............................<br>..... |

CONFIDENTIAL

NETCE0004427

| Dientamoebiasis | Iodoquinol | 650 mg orally twice a day for 7 d | |
| Blastocystis heminis | Nitazoxanide | 500 mg orally twice a day for 3 d | |

| Intestinal/genit or-urinary protozoa ( | | | |
|---|---|---|---|
| Trchomoniasis | Tinidazole | 2 g orally twice | |
| | ....................................... ..... | ....................................... ....... | ....................................... ...... |
| | Metronidazole | 2 g orally once or 500 mg orally twice a day for 7 d | |
| Free-living amebae Naegleria fowleri | Therapy should include amphotericin B Consider intrathecal amphotericin Combination systemic therapy is essential: consider addition of azoles, rifampin, or other antimicrobial agents (see text) | | |
| Acanthamoeba species GAE and disseminated disease | Combination therapy is essential and should include pentamidine, azoles, sulfonamides, and possible flucytosine (see text) | | |
| Acanthamoeba keratitis | Topical chlorhexidine Polyhexamethylene biguanide | | |

a. BP= blood pressure; CDC = centers for disease control and prevention; CNS= central nervous system; DS = double strength; ECG = electrocardiography; GAE = granulomatous amebic encephalitis; G6PD = glucose-6-phosphate dehydrogenase; HAART = highly active antiretroviral therapy; IM = intramuscular; IV = intravenous; TMP-SMX = trimethoprim-sufamethoxazole;

CONFIDENTIAL

NETCE0004429

b. Dosing conversation for base formulation dose based on salt formulation dose: oral quinine 625 mg salt = 542 mg base; IV quinidine 10 mg/kg salt = 6.25 mg/kg base and 0.02 mg/kg/min salt = 0.0125 mg/kg/min base; oral mefloquine 750 mg salt = 684 mg base and 500 mg salt = 456 mg base ; oral chloroquine 1000 mg salt = 600 base, and 500 mg salt = 300 mg base; oral hydroxchloroquine 800 mg salt = 620 mg base and 400 mg salt = 310 mg base; oral primaquine 52.6 mg salt = 30 mg base.

c. Symptoms of cinchonism include nausea, vomiting, dizziness, tinnitus, and high-frequency hearing loss.

## ANTI-TUBERCULAR AGENTS

### OVERVIEW

Mycobacteria are aerobic, rod-shaped bacteria that cause serious such as tuberculosis (Mycobacterium tuberculosis) and leprosy (Mycobacterium leprae) [140]. Tuberculosis is the most frequently encountered mycobacterium infection and globally is the leading of death from infection. Approximately 5–10% of tuberculosis infected patient without HIV develop active disease during their lifetimes [141]. Whereas, approximately, 30% of patients coinfected with HIV develop active disease [141]. Tuberculosis can be pulmonary [142] (infection occurs in lungs) or extrapulmonary (infection occurs outside of the lungs).   Extrapulmonary tuberculosis may coexist with pulmonary tuberculosis [142].

Tuberculosis is a global health problem.  It is estimated that approximately 27% of the global population have latent tuberculosis.  According to WHO estimates approximately 1.4 million people died from tuberculosis in 2010 [143].

| WHO Region | Incidence Tuberculosis (in thousands) |
|---|---|
| Africa | 2,800 |
| Americas | 270 |
| Eastern Mediterranean | 660 |
| Europe | 420 |
| Southeast Asia | 3300 |
| Western Pacific | 3300 |
| Total | 10750 |

### Multiple drug resistance Tuberculosis

| WHO Region | Incidence MDR-Tuberculosis (in thousands) |
|---|---|
| Africa | 69 |
| Americas | 8.2 |
| Eastern Mediterranean | 24 |
| Europe | 81 |

NETCE0004430

| Southeast Asia | 130 |
| Western Pacific | 120 |
| Total | 10750 |

Tuberculosis infection usually manifests itself either as asymptomatic disease (latent tuberculosis), or active pulmonary infection (active tuberculosis). In majority of cases, the M. tuberculosis bacterium enters the host lung and attacks macrophages. The bacteria are encapsulated in a granuloma where it remains alive and replicates. However, at this stage it remains asymptotic. This stage is known as the latent stage and the disease is not transmissible. HIV patients with tuberculosis have a tendency to develop active disease vis-à-vis patients without HIV. Tuberculosis in children is more disseminated and is prone to extra-pulmonary involvement. In approximately 5-10% cases, M. tuberculosis divides within the lungs or other tissues of the host. This replication causes symptomatic or active lung disease. Prominent symptoms include a cough persisting for more than two weeks, hemoptysis, loss of appetite, fever, chills, loss of weight and fatigue. In some cases finger clubbing may also occur [144]. Lung damage ensues because of host's immune response against M. tuberculosis.

## DIAGNOSIS

1. **Medical history**: Include symptoms of tuberculosis such as productive cough lasting for more than three weeks, chest pain, and hemoptysis. Other prominent symptoms include fever (low grade remittent), chills, drenching night sweats, appetite and weight loss, weight loss, and production of sputum that is initially mucoid but changes to purulent [145].
2. **Physical examination**: Certain findings can be indicative of tuberculosis such as hemoptysis (blood in the sputum), considerable weight loss and drenching night sweats

3. **Microbiological studies**: Definitive diagnosis of tuberculosis can only be made by culturing Mycobacterium tuberculosis organisms from patient's sputum and in some cases CSF, bone biopsy, pus, etc.
   3.1. **Sputum**: Sputum smears and cultures should be conducted if the patient is producing sputum [145].
   3.2. **Alternative sampling**: This is done when a patient is incapable of producing a sputum sample. In such cases, alternative samples are taken from gastric washings, laryngeal swab, bronchial washings, FNA (fine needle aspiration) and tissue biopsy.

   3.3 **PCR**: PCR differentiates M. tuberculosis from other mycobacteria.
   3.4 **Other**: There are several types of cultures are available for detecting the bacterium [146]. The Microscopic Observation Drug Susceptibility assay culture is considered to be a faster and more accurate method [147].
4. Radiography:
   4.1 **Chest X-ray and CT**: Helpful in detecting infiltrates or consolidations and/or cavities in active tuberculosis.
   4.2 **Abreugraphy:** A variant of the chest X-Ray.
5. **Immunological test**:
   5.1 **ALS Assay**: Helpful in detecting active tuberculosis
   5.2 **Tuberculin skin test**

 NETCE0004431

5.3. **Mantoux skin test**: PPD (Purified Protein Derivative) is injected intradermally and size of induration is measured after 48-72 hours.

5.4 **Heaf test**: It was extensively used in UK until 2005 to detect tuberculosis in children.

5.5 **CDC classification of tuberculin reaction**:

**CDC classification of tuberculin reaction**

| Size of the Induration | Positive in |
|---|---|
| 5 mm or more | • HIV-positive person |
| | • Recent contacts of TB case |
| | • Persons with nodular or fibrotic changes on CXR consistent with old healed |
| | • TB Patients with organ transplants and other immunosuppressed patient |
| 10 mm or more | • Recent arrivals (less than 5 years) from high-prevalent countries |
| | • Injection drug users |
| | • Residents and employees of high-risk congregate settings (e.g., prisons, nursing homes, hospitals, homeless shelters, etc.) |
| | • Mycobacteriology lab personnel |
| | • Persons with clinical conditions that place them at high risk (e.g., diabetes, prolonged corticosteroid therapy, leukemia, end-stage renal disease, chronic malabsorption syndromes, low body weight, etc.) |
| | • Children less than 4 years of age, or children and adolescents exposed to adults in high-risk categories |
| 15 mm or more | • Persons with no known risk factors for TB |
| | • (Note: Targeted skin testing programs should only be conducted among high-risk groups) |

NETCE0004432

5.6. **BCG vaccine and tuberculin skin test**: In the US, it is recommended that tuberculin skin testing is not contraindicated for BCG-vaccinated persons, and prior BCG vaccination should not influence the interpretation of the test.

5.7. **Adenosine deaminase**: Recent studies have observed that in pleural TB and TB meningitis, ADA tests are highly sensitive compared other tests [148].

5.8. Nucleic **acid amplification tests (NAAT):** These tests are highly sensitive and specific particularly in smear positive patients.   These tests can reduce inappropriate antitubercular treatment.

5.9. **Full blood count**:  It is never diagnostic but helpful.

6.  **Interferon-γ release assays**:  Relatively new diagnostic tool that can detect latent TB even in patients with prior BCG vaccination x

Tuberculosis can be diagnosed by the standard tuberculin skin test with PPD (purified protein derivative). Diagnostic testing for tuberculosis can be accomplished via the standard tuberculin skin test with purified protein derivative (PPD).  A new FDA approved diagnostic testing called interferon-gamma release assay (IGRA) blood test, Quantiferon-TB Gold is becoming popular now.  This blood test requires only a single test visit.  Additionally, now increasingly it shows fewer false positive results and can detect latent tuberculosis even in patients with prior BCG vaccination. However, it is more expensive than tuberculin skin test; however, follow- up x-rays and lab tests are usually not required with this test.

| Test | Strengths | Weaknesses |
|---|---|---|
| Sputum smear microscopy (SSM; using acid-fast staining) | Key component of the DOTS therapy strategy employed by WHO to control TB | Requires extensive training for low throughout results<br><br>Lack of sensitivity: 70% sensitive in TB patients, <50% sensitive in HIV positive TB patients, and cannot detect extrapulmonary or latent TB<br><br>Lower limit of detection (10,000 bacteria per mL of sputum) |
| Bacterial culture from sputum | Gold standard<br><br>Can be used to determine drug susceptibility | 3-4 weeks to result<br><br>Cannot detect latent TB |
| Tuberculin skin test (Purified Protein Derivative, PPD, or Mantoux Test) | Can detect latent TB | Nonspecific<br><br>Patients with prior BCG vaccination have false positive |

NETCE0004433

| | | |
|---|---|---|
| | | Cannot differentiate between latent and active TB<br><br>Does not work in HIV positive patients |
| Cellular assay from blood (Quantiferon-TB Gold, Cellestis Limited, Australia) | Can detect latent TB even in patients with prior BCG vaccination | Does not differentiate between latent and active TB |
| Nucleic acid amplification (Primarily used in research, one point of care test Xpert MTB/RIF by Cepheid available outside the US) | Potential for use at the point of care<br><br>Can identify rifampicin-resistant infections without bacterial culture<br><br>Xpert MTB/RIF accurately diagnoses TB and MDR-TB in 100 minutes and is 26 countries are now using this system | Expensive |

CONFIDENTIAL

| Classification System for tuberculosis | | |
|---|---|---|
| Class | Type | Description |
| 0 | No tuberculosis exposure Not infected | No history of exposure Negative reaction to tuberculin skin test |
| 1 | Tuberculosis exposure No evidence of infection | History of exposure Negative reaction to tuberculin skin test |
| 2 | Tuberculosis infection No disease | Positive reaction to tuberculin skin test Negative bacteriologic studies (if done) No clinical, bacteriologic, or radiographic evidence of tuberculosis |
| 3 | Tuberculosis, clinically active | *M. tuberculosis* cultured (if done) Clinical, bacteriologic, or radiographic evidence of current disease |
| 4 | Tuberculosis Not clinically active | History of episode(s) of tuberculosis **or** Abnormal but stable radiographic findings Positive reaction to the tuberculin skin test Negative bacteriologic studies (if done) **and** No clinical or radiographic evidence of current disease |
| 5 | Tuberculosis suspect | Diagnosis pending tuberculosis disease should be ruled in or out within 3 months |

The above classification of tuberculosis is based on the pathogenesis of the disease.

## II. CHEMOTHERAPY FOR TUBERCULOSIS

Mycobacterium tuberculosis can cause serious pulmonary infection as well as extrapulmonary infection involving genitourinary tract system, skeleton, meninges and other parts of the body. Treating tuberculosis can be a difficult preposition as the bacteria grows slowly; thus, are difficult to culture requiring long-term treatment which may last from 6 months to 2 years. Emergence of resistant bacteria has also made the matter worse, especially in patients who are non-compliant or have had prior treatment.

### A. Strategies for addressing drug resistance

CONFIDENTIAL

Strains of M. tuberculosis may become resistant to a particular drug; therefore, multidrug therapy is prescribed to prevent or delay or prevent drug resistance. Currently four drugs are recommended as first-line agents for the treatment of tuberculosis, which include Isoniazid, rifampin, ethambutol, and pyrazinamide. In the past few years, the number of multidrug-resistant organisms has risen dramatically because of poor compliance and various other factors.  Some strains of M. tuberculosis can be resistant to several antitubercular agents; therefore, combination of drugs is used for antitubercular therapy. The multidrug regimen is continued for a long period even after the symptoms disappear to eliminate any persistent M. tuberculosis.

Treatment regimens usually include at least two antitubercular drugs preferably bactericidal. Treatment starts with "intensive phase" which includes initial short-course chemotherapy also known as DOTS (directly observed treatment) for tuberculosis.  In this regime isoniazid, rifampin, ethambutol, and pyrazinamideare given for initial 2 months.  It is then followed by isoniazid and rifampin for the next 4 months (the "continuation phase). Proper implementation of the 'DOTS' strategy results in very high cure rates with low incidence of drug resistance. Patients with suspected multidrug-resistant tuberculosis or with past history of tuberculosis can be prescribed more drugs in addition to the first-line agents. The added agents usually include an aminoglycoside (streptomycin, kanamycin, or amikacin) or capreomycin (injectable agents), a fluoroquinolone, and perhaps a second-line antituberculosis agent such as ethionamide, cycloserine, or p-aminosalicylic acid.

The anti-tuberculosis therapy consists of two-phased chemotherapy encompassing initial intensive phase with multiple drugs (three or more) and continuation phase with two or three drugs. The initial intensive phase is aimed against drug-resistant organisms and to rapidly kill the bacteria to reduce the bacillary load, which in turn leads to reduction in the number of "persisters' in the lesions.

"Persisters" are drug-sensitive dormant mycobacterium, which can later on become active and cause relapses. The continuation phase of chemotherapy consists of two pharmaceutical agents to kill the "persisters," which show intermittent activity [149]. The role of individual drugs in first-line treatment of tuberculosis is fairly unique [150].

Isoniazid or INH kills around 95% organisms during the initial two days of treatment. During the intensive phase, rifampicin and pyrazinamide play the bactericidal role. Rifampin is the most potent drug against "persisters" or dormant bacilli in the continuation phase.

Chemotherapy should be given optimally by:

- Ensuring optimal absorption of drugs

- Timely diagnosis and treatment of drug toxicities

- Treatment compliance

**Recommended doses of first-line antituberculosis drugs for adults**

NETCE0004436

| Drug | Recommended dose | | | |
|------|------------------|------|------|------|
| | Daily | | 3 times per week | |
| | Dose and range (mg/kg body weight) | Maximum (mg) | Dose and range (mg/kg body weight) | Daily maximum (mg) |
| Isoniazid | 5 (4–6) | 300 | 10 (8–12) | 900 |
| Rifampicin | 10 (8–12) | 600 | 10 (8–12) | 600 |
| Pyrazinamide | 25 (20–30) | – | 35 (30–40) | – |
| Ethambutol | 15 (15–20) | – | 30 (25–35) | – |
| Streptomycin* | 15 (12–18) | | 15 (12–18) | 1000 |

* Patients aged over 60 years may not be able to tolerate more than 500–750 mg daily, so some guidelines recommend reduction of the dose to 10 mg/kg per day in patients in this age group (2). Patients weighing less than 50 kg may not tolerate doses above 500–750 mg daily


**B. Isoniazid**
Isoniazid, a synthetic analog of pyridoxine, is the most potent antitubercular drugs. It is produced from 4-methylpyridine [151]. It is the first-line agent which is highly effective in prevention and treatment of tuberculosis.

**1. Mechanism of action:**
Isoniazid, also called INH, is a prodrug that is activated by a mycobacterial catalase-peroxidase (KatG) [152] present in M. tuberculosis.  The activated drug inhibits enoyl acyl carrier protein reductase (InhA) and a β-ketoacyl-ACP synthase (KasA). This prevents synthesis of mycolic acid, which is an essential component of mycobacterial cell wall.  Isoniazid inhibits the P450 system [153].

**2. Antibacterial spectrum:**
INH is bacteriostatic for bacilli in the stationary phase, but for rapidly proliferating ones, it is bactericidal. It is highly potent against intracellular bacteria, particularly for treatment of M. tuberculosis.  INH should not be given alone as resistant may emerge.

**3. Resistance:**
Resistance to INH occurs due to following factors:
- Mutation or deletion of KatG

- Over-expression of InhA

- Varying mutations of the acyl carrier proteins


There is no evidence of cross-resistance between isoniazid and other antitubercular agents.

**Administration and dosage**
Isoniazid is usually taken orally but may be administered intramuscularly or intravenously to critically ill patients.

Adults:

NETCE0004437

5 mg/kg (4–6 mg/kg) daily, maximum 300 mg
10 mg/kg (8–12 mg/kg) three times weekly, maximum 900 mg

**4. Pharmacokinetics:**
INH is readily absorbed when given orally. Absorption is impaired if it is taken with food, especially carbohydrates, or certain drugs such as aluminum-containing antacids. It takes around 1-2 hours to reach peak blood levels. It diffuses readily into all body fluids, cells, and caseous material (present in patients with tuberculosis). INH can move across the placental barrier and into mother's milk. It is less than 10% bound to plasma proteins. INH readily enters host cells and is highly potent against bacilli growing intracellularly. Tissues infected with the bacteria tend to retain the drug for a longer period of time. Isoniazid *is* metabolized predominantly in the liver by N-acetylation and hydrolysis. Its metabolites are hepatotoxic. Metabolism decreases in patients with chronic liver disease, and doses must be reduced in such cases. Drug is eliminated via glomerular filtration, mainly as metabolites. INH is accumulated in patients with significantly poor renal function, mainly in slow acetylators. Approximately 75 to 95% of the INH dose is excreted in 24 hours.

**5. Adverse effects:** The incidence of adverse effects and toxicity is fairly low. Toxic effects are usually seen in slow inactivators with higher doses of INH. Except for hypersensitivity, adverse effects of INH are related to the dosage and duration of INH administration.

**a. Peripheral neuritis:** Peripheral neuritis develops most often in malnourished patients because of relative pyridoxine deficiency. It manifests itself with paresthesias of the hands and feet. Peripheral neuritis is corrected by daily administration of 25 to 50 mg of pyridoxine (vitamin B6). INH can achieve high levels in breast milk which can lead to pyridoxine deficiency in the infant unless the mother is supplemented with pyridoxine.
**b. Hepatitis and idiosyncratic hepatotoxicity:** INH can cause fatal hepatitis which can be potentially fatal. It is believed that the fatal hepatitis is caused by a toxic metabolite of monoacetylhydrazine, a byproduct of INH metabolism. Incidence of hepatotoxicity increases with increasing age, when given concurrently with a *rifampin*, or among alcoholics. Elevated levels of serum aminotransferases (ALT, AST) and bilirubin concentrations are indicative hepatotoxicity in such cases.

**c. Drug interactions:**

| Drug | Effect |
| --- | --- |
| Anticonvulsants | Inhibits hepatic metabolism of carbamazepine and phenytoin, leading to elevated anticonvulsant concentrations and toxicity in some cases |
| Aluminum Hydroxide Gel | Decreases GI absorption of INH; INH should be given at least 1 hour before the antacid |
| Cycloserine | In combination with INH may result in increased cycloserine levels. CNS side effects such as dizziness or drowsiness |
| Disulfiram | Coordination difficulties and psychotic episodes; concurrent administration of the drugs should be avoided. |

CONFIDENTIAL

| | |
|---|---|
| Rifampin | Hepatotoxicity occurs more frequently when rifampin and INH are administered concurrently |
| Ketoconazole | Concentrations may be decreased by INH, possibly decreasing the antifungal effect. |
| Others | May cause inhibition of metabolism of the following drugs: corticosteroids, acetaminophen, oral anticoagulants, diazepam, and theophyllines. The patient should be observed for drug toxicity |

Treatment of tuberculosis usually involves the use of at least 2 drugs; therefore, potential for drug interactions is greater.  Slow acetylators are particularly at risk.

**d. Other adverse effects:** Hypersensitivity reactions include rashes and fever.

**C. Rifamycins: Rifampin, rifabutin and rifapentine**
Rifampin, rifabutin, and rifapentine are bactericidal antibiotic drug of
the rifamycin group [154]. These agents are first-line drugs for tuberculosis.  They must always be used in conjunction with at least one other antituberculosis drug to which the isolate is susceptible.

**1. Rifampin:** Rifampin, an antitubercular agent, is extracted from the soil mold Streptomyces.  It has a relatively broader antimicrobial activity than INH and is effective in the treatment of several types of bacterial infections.  It is never prescribed as a single agent in the treatment of active tuberculosis because of risk of developing resistant strains.
**a. Mechanism of action:**
Rifampicin inhibits bacterial DNA-dependent RNA polymerase [155], which prevents synthesis of bacterial DNA-dependent RNA. The drug only acts on $\beta$ subunit of bacteria and spares human DNA-dependent RNA polymerase. The drug is thus specific for prokaryotes.
**b. Antimicrobial spectrum:** Rifampin is bactericidal for both extracellular and intracellular mycobacteria.  It is highly effective against many gram-negative and gram-positive bacteria.  It is the most active antileprosy drug at present.
**c. Resistance:** Resistance to Rifampin is usually caused by decreased permeability or a mutation in the affinity of the bacterial DNA-dependent RNA polymerase for the drug.

**Administration and dosage**
Rifampicin should always be given in combination with other effective antimycobacterial agents. It can be administered intravenously in critically ill patients.
Adults:
10 mg/kg (8–12 mg/kg) daily or 3 times weekly, maximum 600 mg.

**d. Pharmacokinetics:**
Absorption is adequate after oral administration. Rifampin is distributed readily to all body fluids and organ system. Adequate levels are achieved in the CSF even in the absence of inflammation. The drug is metabolized in the liver. *Rifampin* has the ability to induce the hepatic mixed-function oxidases resulting in shortened half-life and drug interactions. It is eliminated through bile and, to a much lesser degree, in

CONFIDENTIAL

urine, but dose adjustments are not required with kidney impairment.  Half-life of Rifampin is around 1.5 to 5.0 hours with protein binding of 89%. Patients should be forewarned that urine, feces and other secretions will have an orange-red color. Tears can also permanently stain soft contact lenses orange-red.

**e. Adverse effects:**

Rifampin is generally well tolerated. Hepatotoxicity is the most serious adverse effect of this drug; therefore, patient is required to undergo baseline and frequent LFTs (Liver function tests) to monitor and detect liver damage. Death can ensue in rare cases due to live failure.  The drug should be prescribed with extreme caution in patients who are elderly, alcoholic, or have chronic liver disease especially when rifampin is given alone or with isoniazid. Rifampin can cause a flu-like syndrome that is associated with fever, chills, and myalgias.  Acute renal failure, hemolytic anemia, and shock can also be seen in some cases. Nausea, vomiting, and rash are the moist common adverse effect of this drug.

| System | Adverse Effect |
|---|---|
| Liver | Hapatotoxicity resulting in jaundice, hepatitis and liver failure |
| Skin | Pruritus, rash, redness, flushing and watering of eyes |
| Respiratory | Breathlessness |
| GI | Nausea, vomiting, abdominal cramps with or without diarrhea |
| Flu-like symptoms | Fever, chills, headache, arthralgia, and malaise |

Drug interactions:

Rifampicin is a potent liver enzyme-inducer and induces a number of cytochrome P450 enzymes.   Because of this property, rifampicin can cause a numer of adverse effects when taken concurrently with other drugs [156]. For example, patients undergoing long term warfarin therapy should be cautious and increase their dosage of warfarin accordingly [157].

**Rifabutin**:

Rifabutin, a bactericidal antibiotic drug and a derivative of rifampin, is the preferred agent in tuberculosis-infected with the human immunodeficiency virus (HIV) patients who are concomitantly treated with protease inhibitors or non-nucleoside reverse transcriptase inhibitors as it is a comparatively less potent inducer of cytochrome P450 enzymes. Its adverse effects are similar to those of rifampin but can also cause skin hyperpigmentation, uveitis, and neutropenia.

**Rifapentine**:

Rifapentine has activity similar to that of rifampin but has a longer half-life than rifampin and rifabutin, which allows weekly dosing. However, rifapentine is prescribed twice weekly for the initial 2 months (intensive phase) of the short-course therapy for tuberculosis.  Rifapentine is administered once weekly for 4 months in the continuation phase. To avoid resistance issues, rifapentine should not be prescribed alone to avoid resistance.

### D. Pyrazinamide

Pyrazinamide is a synthetic, bactericidal, antitubercular agent which highly effective
in combination with other antitubercular drugs.

**Administration and dosage**
Pyrazinamide is administered orally.
Adults (usually for the first 2 or 3 months of Tuberculosis treatment):
25 mg/kg (20–30 mg/kg) daily
35 mg/kg (30–40 mg/kg) 3 times weekly

Pyrazinamide is administered in the following conditions:
- In combination with other antitubercular drugs such
  as isoniazid and rifampicin in the treatment of tuberculosis.

- Pyrazinamide in combination with rifampin is a preferred treatment for latent
  tuberculosis [158].

- It is also a potent antiuricosuric drug [159].

It is bactericidal to actively dividing organisms, but the mechanism of its action is
poorly understood. It must be hydrolyzed to its active form i.e. pyrazinoic acid.
Pyrazinamide is well absorbed when administered orally. It is distributed all over the
body and easily penetrates the CSF.  It is metabolized in the liver and is excreted via
kidneys. Liver impairment can occur in approximately 1-5% of patients
taking isoniazid, rifampin, and pyrazinamide. Some patients experience urate
retention that can trigger a gouty attack.

### E. Ethambutol

Ethambutol is bacteriostatic which is prescribed in the treatment of tuberculosis in
combination with other anti-tubercular drugs [160]. Ethambutol inhibits arabinosyl
transferase—an enzyme essential for cell wall biosynthesis.  This leads to increase
cell wall permeability and ultimately cell lysis. Resistance is rare if the drug is
prescribed along with other antitubercular drugs. When administered orally,
approximately 80% of the drug is absorbed from the gastrointestinal tract. It is well
distributed throughout the body and penetrates into the central nervous system
(CNS). It is metabolized in the liver.  Its half life is 3-4 hours; however, in patient
with poor kidney function it extends up to 8 hours.

**Administration and dosage**
Ethambutol is administered orally.
Adults:
15 mg/kg (15–20 mg/kg) daily
30 mg/kg (25–35 mg/kg) 3 times weekly
Dosage should always be carefully calculated on a weight basis to avoid toxicity, and
the dose or the dosing interval should be changed or adjusted in patients with poor
renal function (creatinine clearance <70 ml/min). Ethambutol should be given 3
times per week in patients with creatinine clearance of less than 30 ml/minute,

Ethambutol and its metabolites are excreted by glomerular filtration and tubular
secretion. Ethambutol can cause optic neuritis, which results in reduced visual acuity

CONFIDENTIAL

and red-green color blindness; therefore, it is contraindicated in children below six years of age. The drug should be discontinued immediately after detecting optic neuritis for the reversal of the symptoms. Ethambutol can also impair urate excretion resulting in gouty attacks. Some of the adverse effects of ethambutol include:

- Optic neuritis [161]

- Red-green color blindness

- Peripheral neuropathy

- Hyperuricaemia

- Arthralgia

- Milk skin reaction

- Nystagmus

Contraindications
• Known hypersensitivity.
• Active, unstable liver disease (with jaundice)
• Porphyria

### F. Alternate second-line drugs

Several pharmaceutical agents are considered to be second-line drugs because of the following reasons:
- These drugs are less potent than the first-line agents

- Their toxicities are usually more serious

- They are especially effective against atypical strains of mycobacteria.

Second-line anti-tubercular drugs include streptomycin, para-aminosalicylic acid, ethionamide, cycloserine, capreomycin, fluoroquinolones, and macrolides.

### 1. Streptomycin:

Streptomycin is an aminoglycoside antibiotic extracted from the soil actinomycete Streptomyces griseus. The drug binds to the 30S ribosomal subunit of M. tuberculosis and impairs protein synthesis. Streptomycin is extensively used as a first line anti-tubercular agent in patients that have previously been treated for tuberculosis. It is also added to first line regimens because patients that have previously been treated for tuberculsois are more likely to have developed some drug resistance. Patients that are resistant to both rifampicin and isoniazid are should not be retreated with first line agents but instead initiated onto a second line regimen. It is rapidly absorbed after intramuscular injection, but is poorly absorbed in the GI tract. Its half life is 5-6 hours. Its prominent adverse effects include nephrotoxicity and ototoxicity.

### Administration and dosage

NETCE0004442

Streptomycin must be given by deep intramuscular injection. It can also be given IV.
Adults:
15 mg/kg (12–18 mg/kg) daily, or 2 or 3 times weekly; maximum daily dose is 1000
mg.
Dose should be adjusted in elderly and patients weighing less than 50 kg as they
may not be able to tolerate high dose of the drug i.e. more than 500–750 mg daily.

### Contraindications
• Known hypersensitivity.
• Ototoxicity or auditory nerve impairment.
• Myasthenia gravis.
• Pregnancy.

### 2. Capreomycin:

This is a peptide antibiotic that inhibits protein synthesis. It is administered
intramuscularly and has bacteriostatic activity [162]. Capreomycin is mainly
prescribed for the treatment of multidrug-resistant tuberculosis. It should not be
given with streptomycin because of risk of auditory vestibular nerve damage. Patient
should be monitored for nephrotoxicity and ototoxicity.

### 3. Cycloserine
This is an orally effective antibiotic that impairs bacterial cell wall synthesis involving
D-alanine. It is well distributes well throughout body fluids, including the CSF. When
taken orally, it is rapidly and almost completely absorbed (70 to 90%) from the
gastrointestinal tract. Its half-life is around10 hours, and is prolonged in patients
with poor renal function. Cycloserine and its metabolite are excreted in urine.
Adverse effects include CNS disturbances, peripheral neuropathies and epileptic
seizure.

### 4. Ethionamide:
This is a structural analog of isoniazid and an antibiotic that can inhibit acetylation of
isoniazid. It is a prodrug [163] and is used in the treatment of multi-drug-
resistant and extensively drug-resistant tuberculosis [164]. When taken orally, it is
almost completely absorbed. Its bioavailability is approximately 100% and is
distributed extensively throughout the body, including the CSF. It is approximately
30% bound to proteins with half-life of 2-3 hours. It is metabolized in the liver and is
eliminated through urine.
Prominent adverse effects include gastric irritation, optic neuritis, peripheral
neuropathies and hepatotoxicity.

### 5. Fluoroquinolones:
Fluoroquinolones are derivatives of fluorine-containing nalidixic acid with broad-
spectrum antimicrobial activity. The fluoroquinolones, particularly ciprofloxacin,
moxifloxacin and levofloxacin are also effective in the treatment of multidrug-
resistant tuberculosis. Fluoroquinolones have antituberculous activity; however, they
are not one of the standard antitubercular agents.

### Advantages and Disadvantages of Fluoroquinolones

| Advantages | Disadvantages |
|---|---|

CONFIDENTIAL

| | |
|---|---|
| • Add to the bactericidal and sterilizing effect of the combination therapy. | • Increase liver and central nervous system (CNS) toxicity of antituberculous agents |
| • Improve compliance | • Cause additional adverse drug reactions, such as musculoskeletal and GI gastrointestinal problems, cardiac arrhythmias, psychosis, and convulsions |
| • Have a better safety profile as compared with the first-line drugs | |
| | • Greater risk of resistance |

**6. Macrolides:**

The macrolides, such as azithromycin and clarithromycin, are antibiotics which can be used in the treatment of tuberculosis. Macrolides in combination ethambutol and rifabutin are effective against infections by M. avium-intracellulare complex. Azithromycin is preferred for HIV-infected patients because it is least likely to interact with antiretroviral drugs. Macrolides inhibit bacterial protein biosynthesis by preventing peptidyltransferase from adding the peptidyl attached to tRNA to the next amino acid [165] and inhibiting ribosomal translocation [165]. It is also believed that premature dissociation of the peptidyl-tRNA from the ribosome [166] also inhibits bacterial protein biosynthesis.

**Second-Line Anti-TUBERCULOSIS Medications**

| Drug | Route | Daily dose** (Maximum dose) | Adverse reactions | Monitoring | Comments |
|---|---|---|---|---|---|
| Capreomycin | IM or IV | 15-30 mg/kg (1g) | Toxicity -auditory -vestibular -renal | Assess vestibular function and hearing function prior to initiation of therapy and at regular intervals during treatment<br><br>Measure blood urea nitrogen and creatinine throughout treatment | After bacteriologic conversion, dosage may be reduced to 2 -3 times per week<br><br>Safety and effectiveness in children have not been established |
| Kanamycin | IM or IV | 15-30 mg/kg (1g) | Toxicity -auditory -vestibular -renal | Assess vestibular function and hearing function prior to initiation of therapy and at regular intervals during | After bacteriologic conversion, dosage may be |

CONFIDENTIAL

| | | | | treatment<br><br>Measure blood urea nitrogen and creatinine throughout treatment | reduced to 2 -3 times per week<br><br>Not approved by FDA for Tuberculosis treatment |
|---|---|---|---|---|---|
| Amikacin | IM or IV | 15-30 mg/kg (1g) | Toxicity -auditory -vestibular -renal Chemical imbalance Dizziness | Assess vestibular function and hearing function prior to initiation of therapy and at regular intervals during treatment<br><br>Measure renal function and serum drug levels | After bacteriologic conversion, dosage may be reduced to 2 -3 times per week<br><br>Not approved by FDA for Tuberculosis treatment |
| Ethionamide | PO | 15-20 mg/kg (1g) | GI upset Hepatotoxicity Hypersensitivity Metallic taste | Measure hepatic enzymes | Start with low dosage and increase as tolerated<br><br>May cause hypothyroid condition, especially if used with PAS |
| Para-aminosalicylic acid (PAS) | PO | 150 mg/kg (16g) | GI upset Hypersensitivity Hepatotoxicity Sodium load | Measure hepatic enzymes Assess volume status | Start with low dosage and increase as tolerated<br><br>Monitor cardiac patients for sodium load<br><br>May cause hypothyroid condition, |

CONFIDENTIAL

| | | | | | especially if used with ethionamide |
|---|---|---|---|---|---|
| Cycloserine | PO | 15-20 mg/kg (1g) | Psychosis Convulsions Depression Headaches Rash Drug interactions | Assess mental status Measure serum drug levels | Start with low dosage and increase as tolerated

Pyridoxine may decrease CNS effects |
| Ciprofloxacin | PO | 750-1500 mg/day | GI upset Dizziness Hypersensitivity Drug interactions Headaches Restlessness | Drug interactions | Not approved by the FDA for Tuberculosis treatment

Should not be used in children

Avoid coadministration within 2 hours of: - antacids - iron - zinc - sucralfate |
| Ofloxacin | PO | 600-800 mg/day | GI upset Dizziness Hypersensitivity Drug interactions Headaches Restlessness | Drug interactions | Not approved by the FDA for Tuberculosis treatment Should not be used in children Avoid coadministration within 2 hours of: - antacids - iron - zinc |

NETCE0004446

| | | | | | - sucralfate |
|---|---|---|---|---|---|
| Levofloxacin | PO | 500 mg/day | GI upset Dizziness Hypersensitivity Drug interactions Headaches Restlessness | Drug interactions | Not approved by the FDA for Tuberculosis treatment Should not be used in children Avoid coadministration within 2 hours of: - antacids - iron - zinc - sucralfate |
| Clofazimine | PO | 100-300 mg/day | GI upset Discoloration of skin Severe abdominal pain and organ damage due to crystal deposition | Drug interactions | Not approved by FDA for Tuberculosis treatment Avoid sunlight Consider dosing at mealtime Efficacy unproven |

PO - by mouth, IM - intramuscular, IV – intravenous
*Consult product insert for detailed information
**Adjust weight-based dosages as weight changes.
Notes: Doses for children the same as for adults. Use these drugs only in consultation with a clinician experienced in the management of drug-resistant TUBERCULOSIS.

**Side effects of second-line antituberculosis drugs**

| Drug | Major adverse effects | Rare adverse effects |
|---|---|---|
| Kanamycin | Vestibular (vertigo) and auditory nerve damage | Cutaneous hypersensitivity |
| Amikacin | Vestibular damage (vertigo) and auditory nerve damage | Clinical renal failure |
| Capreomycin | Nephrotoxicity | |
| Ethionamide | Gastrointestinal anorexia, | Convulsions, mental |

CONFIDENTIAL

| Drug | Major adverse effects | Rare adverse effects |
|---|---|---|
| (prothionamide) | nausea, diarrhea, abdominal pain, hepatotoxicity | symptoms, impotence, gynecomastia |
| Fluoroquinolones | Gastrointestinal anorexia, nausea, vomiting | Anxiety, dizziness, headache, convulsions, rupture of the Achilles tendon |
| Cycloserine | Dizziness, headache, depression, psychosis, convulsions | Suicide, generalized hypersensitivity, hepatitis |
| Para-aminosalicylic acid | Gastrointestinal anorexia, nausea, vomiting, hypersensitivity reactions (fever, rash, pruritus) | Hypothyroidism, hematological reactions |

CONFIDENTIAL

NETCE0004448

**Symptom-based approach to managing side-effects of anti-TUBERCULOSIS drugs**

| Side-effects | Drug(s) probably responsible | Management |
|---|---|---|
| Major | | Stop responsible drug(s) and refer to clinician urgently |
| Skin rash with or without itching | Streptomycin, isoniazid, rifampicin, pyrazinamide | Stop anti-Tuberculosis drugs |
| Deafness (no wax on otoscopy) | Streptomycin | Stop streptomycin |
| Dizziness (vertigo and nystagmus) | Streptomycin | Stop streptomycin |
| Jaundice (other causes excluded), hepatitis | Isoniazid, pyrazinamide, rifampicin | Stop anti-Tuberculosis drugs |
| Confusion (suspect drug-induced acute liver failure if there is jaundice) | Most anti-Tuberculosis drugs | Stop anti-Tuberculosis drugs |
| Visual impairment (other causes excluded) | Ethambutol | Stop ethambutol |
| Shock, purpura, acute renal failure | Rifampicin | Stop rifampicin |
| Decreased urine output | Streptomycin | Stop streptomycin |
| Minor | | Continue anti-Tuberculosis drugs, check drug doses |
| Anorexia, nausea, abdominal pain | Pyrazinamide, rifampicin, isoniazid | Give drugs with small meals or just before bedtime, and advise patient to swallow pills slowly with small sips of water. If symptoms persist or worsen, or there is protracted vomiting or any sign of bleeding, consider the side-effect to be major and refer to clinician urgently. |
| Joint pains | Pyrazinamide | Aspirin or non-steroidal anti-inflammatory drug, or paracetamol |
| Burning, numbness or tingling sensation in the hands or feet | Isoniazid | Pyridoxine 50–75 mg daily |
| Drowsiness | Isoniazid | Reassurance. Give drugs before bedtime |
| Orange/red urine | Rifampicin | Reassurance. Patients should be told when starting treatment that this may happen and is normal |
| Flu syndrome (fever, chills, malaise, headache, | Intermittent dosing of rifampicin | Change from intermittent to daily rifampicin |

CONFIDENTIAL

| bone pain) | | administration |
|---|---|---|

## STANDARD TREATMENT AND REGIMENS

### Standard regimen and dosing frequency for new TUBERCULOSIS patients

| Intensive phase | Continuation phase | Comments |
|---|---|---|
| 2 months of HRZE* | 4 months of HR | |
| 2 months of HRZE | 4 months of HRE | Applies only in countries with high levels of isoniazid resistance in new Tuberculosis patients, and where isoniazid drug susceptibility testing in new patients is not done (or results are unavailable) before the continuation phase begins |

- WHO no longer recommends omission of ethambutol during the intensive phase of treatment for patients with non-cavitary, smear-negative pulmonary Tuberculosis or extrapulmonary disease who are known to be HIV-negative.

H = isoniazid, R= rifampicin, Z = pyrazinamide, E= ethambutol, S = streptomycin

| Dosing frequency | | Comments |
|---|---|---|
| Intensive Phase | Continuation Phase | |
| Daily | Daily | Optimal |
| Daily | 3 times per week | Acceptable alternative for any new Tuberculosis patient receiving directly observed therapy |
| 3 times per week | 3 times per week | Acceptable alternative provided that the patient is receiving directly observed therapy and is NOT living with HIV or living in an HIV-prevalent setting (see Chapter 5) |

*Note*: Daily (rather than three times weekly) intensive-phase dosing may help to prevent acquired drug resistance in Tuberculosis patients starting treatment with isoniazid resistance

### New patients presumed or known to have drug-susceptible TUBERCULOSIS Recommendations

- New patients with pulmonary Tuberculosis should receive a regimen containing 6 months of rifampicin: 2HRZE/4HR

- Note: The 2HRZE/6HE treatment regimen should be phased out

CONFIDENTIAL

- Wherever feasible, the optimal dosing frequency for new patients with pulmonary tuberculosis is daily throughout the course of therapy

- New patients with Tuberculosis should not receive twice weekly dosing for the full course of treatment unless this is done in the context of formal research

**Standard regimens for new Tuberculosispatients**
(Presumed, or known, to have drug-susceptible TUBERCULOSIS)

| Intensive phase | Continuation phase |
|---|---|
| 2 months of HRZE* | 4 months of HR |

*WHO no longer recommends omission of ethambutol during the intensive phase of treatment for patients with non-cavitary, smear-negative PTB or EPTB who are known to be HIV-negative. In tuberculous meningitis, ethambutol should be replaced by streptomycin.H = isoniazid, R= rifampicin, Z = pyrazinamide, E= ethambutol, S = streptomycin

**Standard regimens for new Tuberculosis patients**
(in settings where the level of isoniazid resistance among new Tuberculosis cases is high and isoniazid susceptibility testing is not done (or results are not available) before the continuation phase begins)

| Intensive phase | Continuation phase |
|---|---|
| 2 months of HRZE | 4 months of HRE |

CONFIDENTIAL

NETCE0004451

**General principles for designing MDR-Tuberculosis treatment regimens**

| Principles | Comments |
|---|---|
| 1. Use at least 4 drugs certain to be effective | The more of the following factors are present, the more likely it is that the drug will be effective:<br>• Resistance to these drugs is known from surveys to be rare in similar patients.<br>• DST results show susceptibility to drugs for which there is good laboratory reliability: injectable agents and fluoroquinolones.<br>• The drug is not commonly used in the area.<br>• (For decisions about an individual patient – no prior history of treatment failure with the drug; no known close contacts with resistance to the drug.) |
| 2. Do not use drugs for which there is the possibility of cross-resistance | • Many antituberculosis agents exhibit cross-resistance both within and across drug classes |
| 3. Eliminate drugs that are not safe | • Quality of the drug is unknown.<br>• (For decisions about an individual patient – known severe allergy or unmanageable intolerance; high risk of severe adverse drug effects such as renal failure, deafness, hepatitis, depression and/or psychosis.) |
| 4. Include drugs from Groups 1–5 in a hierarchical order based on potency | • Use any of the first-line oral agents (Group 1) that are likely to be effective.<br>• Use an effective aminoglycoside or polypeptide by injection (Group 2).b<br>• Use a fluoroquinolone (Group 3).<br>• Use the remaining Group 4 drugs to comp at least four effective drugs.<br>• For regimens with fewer than four effective drugs, consider adding two Group 5 drugs. The total number of drugs will depend on the degree of uncertainty, and regimens often contain five to seven. |

Avoid streptomycin even if DST suggests susceptibility because of high rates of resistance with resistant Tuberculosis strains and higher incidence of ototoxicity

**Groups of drugs to treat MDR-TUBERCULOSIS**

| Group | Drugs (abbreviations) |
|---|---|
| **Group 1:**<br>First-line oral agents | • pyrazinamide (Z)<br>• ethambutol (E)<br>• rifabutin (Rfb) |

CONFIDENTIAL

| Group 2:<br>Injectable agents | • kanamycin (Km)<br>• amikacin (Am)<br>• capreomycin (Cm)<br>• streptomycin (S) |
| --- | --- |
| Group 3:<br>Fluoroquinolones | • levofloxacin (Lfx)<br>• moxifloxacin (Mfx)<br>• ofloxacin (Ofx) |
| Group 4:<br>Oral bacteriostatic second-line<br>agents | • para-aminosalicylic acid (PAS)<br>• cycloserine (Cs)<br>• terizidone (Trd)<br>• ethionamide (Eto)<br>• protionamide (Pto) |
| Group 5:<br>Agents with unclear role in<br>treatment of drug resistant-<br>TUBERCULOSIS | • clofazimine (Cfz)<br>• linezolid (Lzd)<br>• amoxicillin/clavulanate (Amx/Clv)<br>• thioacetazone (Thz)<br>• imipenem/cilastatin (Ipm/Cln)<br>• high-dose isoniazid (high-dose H)b<br>• clarithromycin (Clr) |

CONFIDENTIAL

## TREATMENT OF TUBERCULOSIS IN SPECIAL CONDITIONS

| Condition | Treatment |
|---|---|
| Pregnancy | First line Chemotherapy is safe during pregnancy. Streptomycin is avoided because it can cause ototoxicity to the fetus. Addition of pyridoxine 10 mg/day in is recommended for prevention of isoniazid induced peripheral neuropathy. |
| Renal failure | Dosages should be adjusted according to the creatinine clearance especially when patient is prescribed streptomycin, ethambutol and isoniazid. Ethambutol should be administered 8 hours before hemodialysis in acute renal failure,. |
| Diabetes mellitus | Standard recommended chemotherapy must be used. Doses of oral hypoglycemics may have to be increased due to drug interaction with rifampin. Pyridoxine 10 mg/day is recommended to prevent isoniazid peripheral neuropathy. |
| Pre-existing liver disease | All anti-tuberculous drugs may be used in patients with stable disease, although periodic monitoring of liver function tests is essential in such cases. |
| TUBERCULOSIS with HIV co-infection | In early stages, the presentations of tuberculosis in TUBERCULOSIS-HIV co-infection is the same as HIV negative but in late stages extra-pulmonary and dissemination are frequently seen. Diagnostic problems may arise in such cases. The usual short course chemotherapy as per treatment categories is indicated in HIV-positive patients. The response is usually good but relapse is more frequent. |

CONFIDENTIAL

## HIV INFECTION: AIDS

Human immunodeficiency virus (HIV) is a lentivirus (a member of the retrovirus family) that causes AIDS (acquired immunodeficiency syndrome), [167-168] a condition characterized by profound lymphopenia and  progressive failure of the immune system susceptibility to life-threatening infections with opportunistic pathogens.  It is mainly transmitted sexually, but it is also transmitted parenterally among intravenous drug users and vertically from mothers to their infants [169].

HIV infects vital cells in the human immune system such as helper T cells (specifically CD4$^+$ T cells), macrophages, and dendritic cells [170]. HIV infection leads to low levels of CD4$^+$ T cells through three main mechanisms:

1. HIV kills infected cells directly

2. HIV accelerates rates of apoptosis in infected cells

3. CD8 cytotoxic lymphocytes kill infected CD4$^+$ T cells by CD8 cytotoxic lymphocytes. As the infection progresses, CD4$^+$ T cell numbers decline below a critical level, the immune system becomes sluggish and weak, and the person becomes more susceptible to infections.

HIV infection is a pandemic according to the World Health Organization (WHO) [171].  In 2010 alone HIV/AIDS killed 1.8 million people, 1.2 million of whom were living in sub-Saharan Africa. Approximately 34 million people have HIV globally [172].

The HIV epidemics in North America and Europe are shrinking and have shown negative trends in the last decade because of huge education campaigns and the advent of new highly effective anti-HIV drugs.  HIV is transmitted by sexual contact, exposure to infected body fluids or tissues, and vertical transmission (from mother to child during pregnancy, delivery, or breastfeeding).

HIV is a double-stranded, enveloped RNA retrovirus from the family of Retroviridae [173], with a tropism for human CD4$^+$ expressing cells, including T cells and macrophages [174]. It is a member of the genus Lentivirus [175].  Two types of HIV have been characterized; HIV-1 and HIV-2. HIV-2 is more prevalent in West Africa [176] and usually takes more time from infection to the development of immunodeficiency than HIV-1 which is globally present.  HIV 1 is more virulent, more infective [177] for HIV.

### AIDS

AIDS is defined as either a CD4$^+$ T cell numbers less than 200 cells per µL or is based on the occurrence of specific diseases in association with an HIV infection [178]. Approximately 50% people infected with HIV eventually develop AIDS within ten years if not treated [178]. The most common initial conditions that indicate the presence of AIDS are PCP pneumonia (40%), HIV wasting syndrome (20%) and esophageal candidiasis [178]. Other common symptoms include recurring tract infections (such as pneumonia) [178].

Bacteria, viruses, fungi and parasites cause opportunistic infections that are normally controlled by the immune system [179].  These infections can affect nearly every organ system [180]. People with AIDS have an increased risk of developing

CONFIDENTIAL

various viral induced cancers including: Kaposi's sarcoma, Burkitt's lymphoma, primary central nervous system lymphoma, and cervical cancer [181]. Kaposi's sarcoma is the most common cancer occurring in 10–20% of people with HIV [182]. Lymphoma is the second most common cancer resulting in death of nearly 16% of people with AIDS and is the initial sign of AIDS in 3–4% [182]. Both these cancers are associated with human herpesvirus 8 [182]. Additionally, they frequently have systemic symptoms like a prolonged fevers, sweats (particularly at night), swollen lymph nodes, chills, weakness, and weight loss [183]. Diarrhea is another common symptoms present in approximately 90% of people with AIDS [184].

HIV infection cannot be eradicated with currently available antiretroviral (ARV) drugs and regimens. This is true even for new, potent drugs that are added to a treatment regimen that is already suppressing plasma viral load below the limits of detection of Immunoassays [185]. This is mainly because the pool of latently infected CD4 T cells is established very early during acute HIV infection [186] and persists with a long half-life, even with protracted suppression of plasma viremia [187-191]. Therefore the primary goals for initiating antiretroviral therapy (ART) include:
• Reduction of HIV-associated morbidity
• Prolong the duration and quality of survival
• Restoration and preservation of immunologic function
• Maximal and sustained suppression of plasma HIV viral load
• Prevention of HIV transmission.

Benefits of ART include:
.   Reduction in HIV-related morbidity and mortality [192-195]

.   Reduction in perinatal [196] and behavior-associated transmission of HIV [197-201]

Maximal and sustained suppression of viremia delays or prevents the selection of drug-resistance mutations, preserves CD4 T-cell numbers, and gives significant clinical benefits [202-203].

Initiating antiretroviral treatment or ART requires looking at the following factors:
.   Weighing the benefits and risks of treatment on morbidity and mortality

.   Drug toxicity, resistance, and interactions

.   Costs and problems related to lifelong treatment

Viral suppression is achieved with the use of ARV regimens with at least two, and preferably three, active drugs from two or more drug classes.
Specific ARV regimen should be designed according to patient's characteristics and baseline resistance testing. New drug regimen should be introduced if the initial suppression fails. Predictors of virologic success include:
• High potency of ARV regimen
• Adherence to drug treatment [204]
• Low baseline viremia [205]
• Higher baseline CD4 count (>200 cells/mm3) [206]
• Rapid reduction of viremia in response to treatment [205, 207]

CONFIDENTIAL

The treatment of HIV/AIDS includes the use of antiretroviral drugs which reduce the growth and replication of HIV. When three or four such drugs are taken in combination, the approach is called HAART or highly active antiretroviral therapy. There are different classes of antiretroviral drugs that act on different stages of the HIV life-cycle.
They suppress replication of HIV and restore the immunity.

More than 20 approved antiretroviral (ARV) drugs in six classes are available for the treatment of HIV/AIDS.   These six classes can also be used in combinations and include:

1. Nucleoside/nucleotide reverse transcriptase inhibitors(NRTIS)

2. Non-nucleoside reverse transcriptase inhibitors (NNRTIS)

3. Protease inhibitors (PIS)

4. Fusion inhibitors (FIS)

5. CCR5 antagonists

6. Integrase strand transfer inhibitors (INSTIs).

CONFIDENTIAL

NETCE0004457

| Drug Class | Generic Name (Acronym) | Brand Name | Manufacturer | FDA Approval Date |
|---|---|---|---|---|
| **Non-nucleoside Reverse Transcriptase Inhibitors (NNRTIs)** | | | | |
| NNRTIs bind to and alter reverse transcriptase, an enzyme HIV needs to make copies of itself. | Delavirdine (DLV) | Rescriptor | Pfizer | April 4, 1997 |
| | Efavirenz (EFV) | Sustiva | Bristol-Myers Squibb | Sept. 17, 1998 |
| | Etravirine (ETR) | Intelence | Tibotec | Jan. 18, 2008 |
| | Nevirapine (NVP) | Viramune | Boehringer Ingelheim | June 21, 1996 |
| | Rilpivirine (RPV) | Edurant | Janssen Pharmaceuticals, Inc. | May 20, 2011 |
| **Nucleoside Reverse Transcriptase Inhibitors (NRTIs)** | | | | |
| NRTIs block reverse transcriptase, an enzyme HIV needs to make copies of itself. | Abacavir (ABC) | Ziagen | GlaxoSmithKline | Dec. 17, 1998 |
| | Didanosine (ddI) | Videx Videx EC (enteric-coated) | Bristol-Myers Squibb Bristol-Myers Squibb | Oct. 9, 1991 Oct. 31, 2000 |
| | Emtricitabine (FTC) | Emtriva | Gilead Sciences | July 2, 2003 |
| | Lamivudine (3TC) | Epivir | GlaxoSmithKline | Nov. 17, 1995 |
| | Stavudine (d4T) | Zerit | Bristol-Myers Squibb | June 24, 1994 |
| | Tenofovir DF (TDF) | Viread | Gilead Sciences | Oct. 26, 2001 |
| | Zidovudine (ZDV, AZT) | Retrovir | GlaxoSmithKline | March 19, 1987 |
| **Protease Inhibitors (PIs)** | | | | |
| PIs block HIV protease, an enzyme HIV needs to make copies of itself. | Atazanavir (ATV) | Reyataz | Bristol-Myers Squibb | June 20, 2003 |
| | Darunavir (DRV) | Prezista | Janssen Pharmaceuticals, Inc. | June 23, 2006 |
| | Fosamprenavir (FPV) | Lexiva | GlaxoSmithKline | Oct. 20, 2003 |
| | Indinavir (IDV) | Crixivan | Merck | March 13, 1996 |
| | Nelfinavir (NFV) | Viracept | Agouron Pharmaceuticals | March 14, 1997 |
| | Ritonavir (RTV) | Norvir | Abbott Laboratories | March 1, 1996 |
| | Saquinavir (SQV) | Invirase | Hoffmann-La Roche | Dec. 6, 1995 |

CONFIDENTIAL

| | Tipranavir (TPV) | Aptivus | Boehringer Ingelheim | June 20, 2005 |
|---|---|---|---|---|
| **Fusion Inhibitors** | | | | |
| Fusion inhibitors block HIV from entering the CD4 cells of the immune system. | Enfuvirtide (T-20) | Fuzeon | Hoffmann-La Roche, Trimeris | March 13, 2003 |
| **CCR5 Antagonists** | | | | |
| CCR5 entry inhibitors block CCR5, a protein on the CD4 cells that HIV needs to enter the cells. | Maraviroc (MVC) | Selzentry | Pfizer | Aug. 6, 2007 |
| **Integrase Inhibitors** | | | | |
| Integrase inhibitors block HIV integrase, an enzyme HIV needs to make copies of itself. | Raltegravir (RAL) | Isentress | Merck | Oct. 12, 2007 |
| **Fixed-Dose Combination** | | | | |
| Fixed-dose combination tablets contain two or more anti-HIV medications from one or more drug classes. | Abacavir, Lamivudine | Epzicom | GlaxoSmithKline | Aug. 2, 2004 |
| | Abacavir, Lamivudine, Zidovudine | Trizivir | GlaxoSmithKline | Nov. 14, 2000 |
| | Efavirenz, Emtricitabine, Tenofovir DF | Atripla | Bristol-Myers Squibb, Gilead Sciences | July 12, 2006 |
| | Elvitegravir*, Cobicistat†, Emtricitabine, | Stribild | Gilead Sciences | Aug. 27, 2012 |

CONFIDENTIAL

| | Tenofovir DF | | | |
|---|---|---|---|---|
| | Emtricitabine, Rilpivirine, Tenofovir DF | Complera | Gilead Sciences | Aug. 10, 2011 |
| | Emtricitabine, Tenofovir DF | Truvada | Gilead Sciences | Aug. 2, 2004 |
| | Lamivudine, Zidovudine | Combivir | GlaxoSmithKline | Sept. 27, 1997 |
| | Lopinavir, Ritonavir | Kaletra | Abbott Laboratories | Sept. 15, 2000 |

The current recommendation for primary therapy is to administer two NRTIs with either a protease inhibitor, an NNRTI, or an integrase inhibitor. Selection of the combination is based on following factors:

1) Avoiding the use of two drugs of the same nucleoside analog

2) Avoiding overlapping drug toxicities and phenotypic and genotypic characteristics of the virus

3) Patient factors, such as disease symptoms and concurrent illnesses

4) Drug interactions and its impact on the body

5) Adherence

## Nucleoside Reverse Transcriptase Inhibitors (NRTIs)

Overview of NRTIs

NRTIs are a class of oral antiretroviral (ARV) drugs used to treat HIV infection, tumors [208], and cancer [209]. They reduce HIV viremia and enhance immune system by improving CD4 T cell counts. NRTIs form the "backbone" of HIV treatment [210-211] and are the key components of ART therapy.
The NRTI class includes seven agents:

1. Tenofovir disoproxil fumarate (TDF), an adenosine-derived nucleotide reverse transcriptase inhibitor,

2. Emtricitabine (FTC) and lamivudine (3TC), both cytosine analogs

3. Abacavir sulfate (ABC), a guanosine analog

4. Stavudine (d4T) and zidovudine (ZDV), both thymidine analogs

5. Didanosine (ddI), the inosine derivative

6. Zalcitabine (ddC), which is no longer commercially available.

NETCE0004460

There is one more agent of this class which called entecavir (ETV) or Baraclude, a guanine analog that s approved for the treatment of hepatitis B but not for HIV.

1. Mechanism of action:
NRTIs are analogs natural deoxynucleotides competing for incorporation into the growing DNA chain. After entering the cells, they are phosphorylated by cellular enzymes to the corresponding triphosphate analog that is preferentially integrated into the viral DNA by virus reverse transcriptase. A 3'-5'-phosphodiester bond between an incoming nucleoside triphosphate and the growing DNA chain is not formed because the 3'-hydroxyl group is not present, and DNA chain elongation is terminated.

2. Pharmacokinetics:
The NRTIs are mainly excreted by kidney, and all agents need dosage adjustment in renal insufficiency (creatinine clearance of less than 50 mL/min) with the exception of abacavir.

3. Adverse effects:
Majority of the toxicities caused by the NRTIs are believed to be because of mitochondrial DNA polymerase inhibition in specific tissues. Drugs such as zalcitabine, didanosine, and stavudine (all dideoxynucleosides) can cause toxicities such as peripheral neuropathy, lipoatrophy, and pancreatitis. Overlapping toxicities should be avoided when more than NRTI is administered.  NRTIs are associated with a potentially fatal hepatotoxicity that is characterized by lactic acidosis and hepatomegaly (liver enlargement) with steatosis.

4. Drug interactions: NRTIs are excreted through kidney; therefore, few drug interactions are seen with these agents except for zidovudine and tenofovir.

5. Resistance: NRTI resistance is well characterized usually because of mutation at viral codon 184, which gives a high degree of resistance to drugs such as lamivudine and emtricitabine.  It also restores sensitivity to zidovudine and tenofovir. Concomitant use of agents in the same class is contraindicated because of cross-resistance and antagonism that occurs between agents of the same analog class.

**Characteristics of Nucleoside Reverse Transcriptase Inhibitors (NRTIs)**

| Generic Name (abbreviation)/ Trade Name | Formulations | Dosing Recommendations | Serum/ Intracellular Half lives and Elimination | Adverse Events |
|---|---|---|---|---|
| Abacavir (ABC)/Ziagen Also available as componen | Ziagen • 300-mg tablets • 120-mg/mL oral solution | Ziagen 300 mg BID or 600 mg once daily  Take without regard to meals | 1.5 hrs/ 12–26 hrs Metabolized by alcohol dehydrogenase and glucuronyl | • HSRs: Patients who test positive for HLA-B*5701 are at highest risk. HLA screening should be done before initiation of |

CONFIDENTIAL

NETCE0004461

| t of fixed-dose combinations: | | | transferase<br><br>Renal excretion of metabolites 82%<br><br>Dosage adjustment for ABC recommended in patients with hepatic insufficiency | ABC. Rechallenge is not recommended.<br>• Symptoms of HSR may include fever, rash, nausea, vomiting, diarrhea, abdominal pain, malaise, or fatigue or respiratory symptoms such as sore throat, cough, or shortness of breath.<br>• Some cohort studies suggest increased risk of MI with recent or current use of ABC, but this risk is not substantiated in other studies. |
|---|---|---|---|---|
| Trizivir ABC with ZDV+3TC | Trizivir (ABC 300 mg + ZDV 300 mg + 3TC 150 mg) tablet | Trizivir 1 tablet BID | | |
| Epzicom ABC with 3TC | Epzicom (ABC 600 mg + 3TC 300 mg) tablet | Epzicom 1 tablet once daily | | |
| | | | | |
| **Didanosine** (ddI)/ Videx EC (generic available; dose same as Videx EC) | Videx EC 125-, 200-, 250-, 400-mg capsules Videx 10-mg/mL oral solution | **Body weight ≥60kg:** 400 mg once daily *With TDF:* 250 mg once daily **Body weight <60kg:** 250 mg once daily *With TDF:* 200 mg once daily Take 1/2 hour before or 2 hours after a meal<br><br>Note: Preferred dosing with oral solution is BID (total daily dose divided into 2 doses) | 1.5 hrs/ >20 hrs<br><br>Renal excretion 50%<br>Dosage adjustment in patients with renal insufficiency recommended | • Pancreatitis<br>• Peripheral neuropathy<br>• Retinal changes, optic neuritis<br>• Lactic acidosis with hepatic steatosis +/- pancreatitis (rare but potentially life-threatening toxicity)<br>• Nausea, vomiting<br>• Potential association with noncirrhotic portal hypertension, in some cases, patients presented with esophageal varices<br>• One cohort study suggested increased risk of MI with recent or current use of ddI, but this risk |

NETCE0004462

| | | | | is not substantiated in other studies.<br>• Insulin resistance/diabetes mellitus |
|---|---|---|---|---|
| **Emtricitabine (FTC)/Emtriva**<br>**Also available as component of fixed-dose combinations:** | Emtriva<br>• 200-mg hard gelatin capsule<br>• 10-mg/mL oral solution | Emtriva<br>*Capsule:* 200 mg once daily<br>*Oral solution:* 240 mg (24 mL) once daily<br>Take without regard to meals | 10 hrs/ >20 hrs<br><br>Renal excretion 86%<br><br>Dosage adjustment in patients with renal insufficiency recommended | • Minimal toxicity<br>• Hyperpigmentation/skinD discoloration<br>• Severe acute exacerbation of hepatitis may occur in HBV-coinfected patients who discontinue FTC. |
| Atripla FTC with EFV+TDF | Atripla (FTC 200 mg+ EFV 600 mg + TDF 300 mg) tablet | Atripla 1 tablet at or before bedtime Take on an empty stomach to reduce side effects | | |
| Complera FTC with RPV+TDF | Complera (FTC 200 mg+ RPV 25 mg + TDF 300 mg) tablet | Complera (FTC 200 mg + RPV 25 mg + TDF 300 mg) tablet | | |
| Truvada FTC with TDF | Truvada FTC 200 mg + TDF 300 mg tablet | Truvada 1 tablet once daily | | |
| **Lamivudine (3TC)/ Epivir** (generic available)<br>**Also available as component of fixed-dose combinations:** | Epivir<br>• 150-, 300-mg tablets<br>• 10-mg/mL oral solution | Epivir 150 mg BID or 300 mg once daily Take without regard to meals | 5–7 hrs/ 18–22 hrs<br><br>Renal excretion 70%<br>Dosage adjustment in patients with renal insufficiency recommended | • Minimal toxicity<br>• Severe acute exacerbation of hepatitis may occur in HBV-coinfected patients who discontinue 3TC. |

NETCE0004463

| Combivir (generic available) 3TC with ZDV | Combivir (3TC 150 mg + ZDV 300 mg) tablet | Combivir 1 tablet BID | | |
| Epzicom 3TC with ABC | Epzicom (3TC 300 mg+ ABC 600 mg) tablet | Epzicom 1 tablet once daily | | |
| Trizivir 3TC with ZDV+ABC | Trizivir (3TC 150 mg+ ZDV 300 mg + ABC 300 mg) tablet | Trizivir 1 tablet BID | | |
| **Stavudine (d4T)/ Zerit (generic available)** | Zerit • 15-, 20-, 30-, 40- mg capsules • 1-mg/mL oral solution | **Body weight ≥60 kg:** 40 mg BID **Body weight <60 kg:** 30 mg BID Take without regard to meals Note: WHO recommends 30 mg BID dosing regardless of body weight. | 1 hr/ 7.5 hrs Renal excretion 50% Dosage adjustment in patients with renal insufficiency recommended (See Appendix B, Table 7.) | • Peripheral neuropathy • Lipoatrophy • Pancreatitis • Lactic acidosis/severe hepatomegaly with hepatic steatosis (rare but potentially lifethreatening toxicity) • Hyperlipidemia • Insulin resistance/diabetes mellitus • Rapidly progressive ascending neuromuscular weakness (rare) |
| **Tenofovir Disoproxil Fumarate** (TDF)/Viread **Also available as component of fixed-dose combinations:** | Viread • 150-, 200-, 250-,300-mg tablets • 40-mg/g oral | Viread 300 mg once daily 7.5 scoops once daily Take without regard to meals Mix oral powder with 2–4 ounces of food not requiring chewing (e.g., applesauce, yogurt). **Do not mix oral powder with liquid.** | 17 hrs/ >60 hrs Renal excretion 86% Dosage adjustment in patients with renal insufficiency recommended (See Appendix B, | • Renal insufficiency, Fanconi syndrome • Osteomalacia, decrease in bone mineral density • Potential decrease in bone mineral density • Severe acute exacerbation of hepatitis may occur in |

CONFIDENTIAL

NETCE0004464

| Atripla TDF with EFV+FTC | Atripla (TDF 300 mg + EFV 600 mg + FTC 200 mg) tablet | Atripla 1 tablet at or before bedtime Take on an empty stomach to reduce side effects | Table 7.) | HBV-coinfected patients who discontinue TDF. • Asthenia, headache, diarrhea, nausea, vomiting, and flatulence |
|---|---|---|---|---|
| Complera TDF with RPV+FTC | Complera (TDF 300 mg+ RPV 25 mg + FTC 200 mg) tablet | Complera 1 tablet once daily Take with a meal | | |
| Truvada TDF with FTC | Truvada (TDF 300 mg+ FTC 200 mg) tablet | Truvada 1 tablet once daily Take without regard to meals | | |
| **Zidovudine (ZDV)/ Retrovir (generic available) Also available as component of fixed-dose combinations:** | Retrovir • 100-mg capsule • 300-mg tablet • 10-mg/mL intravenous solution • 10-mg/mL oral solution | Retrovir 300 mg BID or 200 mg TID Take without regard to meals | 1.1 hrs/ 7 hrs Metabolized to GAZT Renal excretion of GAZT Dosage adjustment in patients with renal insufficiency recommended (See Appendix B, Table 7.) | • Bone marrow suppression: macrocytic anemia or neutropenia • Nausea, vomiting, headache, insomnia, asthenia • Nail pigmentation • Lactic acidosis/severe hepatomegaly with hepatic steatosis (rare but potentially lifethreatening toxicity) • Hyperlipidemia • Insulin resistance/diabetes mellitus • Lipoatrophy • Myopathy |

**Key to Abbreviations:** 3TC = lamivudine, ABC = abacavir, BID = twice daily, d4T = stavudine, ddI = didanosine, EC = enteric coated, EFV = efavirenz, FTC = emtricitabine, GAZT = azidothymidine glucuronide, HBV = hepatitis B virus, HLA = human leukocyte antigen, HSR = hypersensitivity reaction, MI = myocardial infarction, RPV = rilpivirine, TDF = tenofovir disoproxil fumarate, TID = three times a day, WHO = World Health Organization, ZDV = zidovudine

**Zidovudine** (AZT, ZDV)

CONFIDENTIAL

Zidovudine, a pyrimidine analog, was the first FDA-approved agent for treatment of HIV infection. It is approved for use in adults and children and to prevent prenatal infection in pregnancy. It is also effective for prophylactic treatment in people exposed to HIV infection. It should be taken in combination with at least two other anti-HIV drugs to suppress viral load to very low levels. However, AZT monotherapy can be prescribed in pregnancy to avoid the possible side-effects of other anti-HIV drugs and to reduce the risk of vertical transmission. Zidovudine is effective against HIV in the brain and the central nervous system as it easily crosses the blood-brain barrier. It is active against HIV-1 and HIV-2.

Dosage and Administration

Adults: The recommended oral dose of Zidovudine is 600 mg/day in divided doses in combination with other antiretroviral agents.

| Recommended Pediatric Dosage of Zidovudine | | | |
|---|---|---|---|
| | | Dosage Regimen and Dose | |
| Body Weight (kg) | Total Daily Dose | Twice Daily | Three Times Daily |
| 4 to <9 | 24 mg/kg/day | 12 mg/kg | 8 mg/kg |
| ≥ 9 to <30 | 18 mg/kg/day | 9 mg/kg | 6 mg/kg |
| ≥ 30 | 600 mg/day | 300 mg | 200 mg |
| Recommended Neonatal Dosage of Zidovudine | | | |
| Route | Total Daily Dose | Dose and Dosage Regimen | |
| Oral | 8 mg/kg/day | 2 mg/kg every 6 hours | |
| IV | 6 mg/kg/day | 1.5 mg/kg infused over 30 minutes, every 6 hours | |

Maternal Dosing: 100 mg orally 5 times per day until the start of labor.

The drug is well absorbed when taken orally. Its half-life is approximately one hour; however, the intracellular half-life is around 3 hours. AZT is predominantly metabolized in the liver and then excreted in the urine. AZT can cause bone marrow suppression. Its toxicity is increased if glucuronidation is decreased by co-administration of drugs certain drugs such as acetaminophen, probenecid, indomethacin, lorazepam, and cimetidine.
Both stavudine and ribavirin should not be administered with AZT as they are activated by identical same intracellular pathways.

**Stavudine** (d4T)

Stavudine, an analog of thymidine, is a nucleoside analog reverse transcriptase inhibitor (NARTI) active against HIV. The drug is readily and almost completely absorbed when taken orally. It easily penetrates the blood-brain barrier. It is eliminated by kidney. Peripheral neuropathy coupled with lipoatrophy and hyperlipidemia is frequently seen in patients on this drug. WHO has recommended phasing out this drug because of its long-term, irreversible adverse affects.

**Didanosine** (ddI)

CONFIDENTIAL

Didanosine, a nucleoside analogue of guanosine, is the second drug approved by FDA for treatment of HIV-1 infection. It lacks both the 2'- and 3'-hydroxyl groups. With in the host cell, didanosine is biotransformed into dideoxyadenosine triphosphate (ddATP) by a series of complex reactions involving phosphorylation of the didanosine, amination to ddAMP (dideoxyadenosine monophosphate), and subsequent phosphorylation. It inhibits viral reverse transcriptase by competing with natural dideoxyadenosine triphosphate (ddATP). This terminates chain elongation of DNA.

Approximately 42% of didanosine is absorbed when taken orally. Didanosine should ideally be taken on empty stomach as food significantly reduces didanosine bioavailability [212]. Its half life is 1.5 hours; however, the intracellular half-life is more than 12 hours. Didanosine is excreted by mainly be kidneys. Didanosine crosses the blood brain barrier but to a lesser extent than does zidovudine.

| Recommended Dosage (Adult and Pediatric ) of Didanosine | |
|---|---|
| Body Weight | Dose |
| 20 kg to less than 25 kg | 200 mg once daily |
| 25 kg to less than 60 kg | 250 mg once daily |
| at least 60 kg | 400 mg once daily |

Fatal and non-fatal pancreatitis can occur because of major toxicity due to ddI treatment; therefore, it is necessary to monitor levels of serum amylase. Peripheral neuropathy can also occur because if toxicity. It is concurrent use with stavudine is not recommended.

| Established Drug Interactions Based on Studies with Didanosine Delayed-Release Capsules or Studies with Buffered Formulations of Didanosine and Expected to Occur with Didanosine Delayed-Release Capsules | | |
|---|---|---|
| Drug | Effect | Clinical Comment |
| ganciclovir | ↑Didanosine concentration | If there is no suitable alternative to ganciclovir, then use in combination with Didanosine delayed-release capsules with caution. Monitor for Didanosine-associated toxicity. |
| methadone | ↓Didanosine concentration | If coadministration of methadone and Didanosine is necessary, the recommended formulation of Didanosine is Didanosine delayed-release capsules. Patients should be closely monitored for adequate clinical response when Didanosine delayed-release capsules are coadministered with methadone, including monitoring for changes in HIV RNA viral load. Do not coadminister methadone with Didanosine pediatric powder due to significant decreases in Didanosine concentrations. |
| nelfinavir | No interaction 1 | Administer nelfinavir 1 hour after Didanosine |

CONFIDENTIAL

| | hour after Didanosine | delayed-release capsules. |
|---|---|---|
| tenofovir disoproxil fumarate | ↑Didanosine concentration | A dose reduction of Didanosine delayed-release capsules to the following dosage once daily taken together with tenofovir disoproxil fumarate and a light meal (400 kcalories or less and 20% fat or less ) or in the fasted state is recommended.*<br>• 250 mg (adults weighing at least 60 kg with creatinine clearance of at least 60 mL/min)<br>• 200 mg (adults weighing less than 60 kg with creatinine clearance of at least 60 mL/min)<br><br>Patients should be monitored for Didanosine-associated toxicities and clinical response. |

↑ Indicates increase.
↓ Indicates decrease.
*Coadministration of Didanosine with food decreases Didanosine concentrations. Thus, although not studied, it is possible that coadministration with heavier meals could reduce Didanosine concentrations further.

E. **Tenofovir** (TDF)
Tenofovir is a nucleotide analog and an antiretroviral drug effective in the treatment of HIV. It is effective against of HIV-1 infection in adults and is prescribed in combination with other antiretroviral drugs.

Cross-resistance with other NRTIs can develop, but some AZT-resistant strains maintain susceptibility to tenofovir. When taken in the fasting state, its oral bioavailability is approximately 25%. The bioavailability increases with fat rich meal Tenofovir is not metabolized by cytochrome P-450 (CYP) isoenzymes. The half-life of tenofovir is approximately 17 hours, while the intracellular half-life is between 10 and 50 hours for activated and resting peripheral blood mononuclear cells, respectively. Most of the drug remains unchanged in the urine, and is eliminated by filtration and active secretion. In patients with kidney impairment, serum creatinine levels must be periodically monitored with corresponding dose adjustment.

Dosage and Administration
Adults: PO 300 mg/day.
Children 2 y and older: PO 8 mg/kg once daily (max, 300 mg/day).

GI complaints such as abdominal pain, nausea, diarrhea and vomiting are frequent. Pruritus, rash and dizziness are also commonly seen. Tenofovir is the only NRTI with significant antiretroviral drug interactions. Tenofovir enhances the concentrations of didanosine, increasing the risk of adverse reactions; therefore, didanosine dosage is reduced if the two are given in combination. However, combination of these two agents is no longer recommended. Tenofovir decreases the concentrations of atazanavir. In such cases atazanavir must be boosted with ritonavir if administered with tenofovir.

NETCE0004468

**Lamivudine** (3TC)

Lamivudine (2'-deoxy-3'-thiacytidine, 3TC), an analogue of cytidine, is FDA-approved for treatment of HIV in combination with AZT, but it should be avoided with other cytosine analogs due to antagonism. Lamivudine is a potent inhibitor of reverse transcriptase of both HIV and HBV (hepatitis B virus) and impairs the production of the proviral DNA chain.

DOSAGE

Adults and Adolescents >16 years of age: 300 mg daily 150 mg twice daily or 300 mg once daily, in combination with other antiretroviral agents

| Dosing Recommendations for Lamivudine Tablets in Pediatric Patients | | |
|---|---|---|
| Dosage Regimen Using Scored 150 mg Tablet | | Total Daily Dose |
| AM Dose | PM Dose | |
| ½ tablet (75 mg) | ½ tablet (75 mg) | 150 mg |
| ½ tablet (75 mg) | 1 tablet (150 mg) | 225 mg |
| 1 tablet (150 mg) | 1 tablet (150 mg) | 300 mg |

Lamivudine is never given alone.   It is also available in fixed combinations with other HIV drugs:

- Combivir (with zidovudine);

- Epzicom/Kivexa (with abacavir);

- Trizivir (with zidovudine and abacavir)

It is readily and rapidly absorbed when given orally.  Its bioavailability is approximately 86%.  The majority of Lamivudine is eliminated via kidney and remains unchanged in urine.   Severe but rare adverse reactions include:

- Lactic acidosis and severe hepatomegaly with steatosis

- Hepatic decompensation in patients co-infected with HIV-1 and hepatitis C

- Severe acute exacerbations of hepatitis B

- Pancreatitis

| Common adverse reactions with Lamivudine | |
|---|---|
| System | Adverse Reaction |
| Whole body | Headache, malaise and fatigue |
| Gastrointestinal | Nausea, diarrhea, vomiting, abdominal pain and dyspepsia. |
| Nervous System | Neuropathy, insomnia, depression, dizziness |
| Respiratory | Nasal signs and symptoms, cough |

CONFIDENTIAL

| Skin | Rashes |
|---|---|
| Musculoskeletal | Musculoskeletal pain, arthralgia, myalgia |

### Emtricitabine (FTC)

Emtricitabine, a nucleoside reverse transcriptase inhibitor (NRTI) and a fluoro-derivative of lamivudine, is prescribed n combination with other antiretroviral agents for the treatment of HIV-1 infection.

Emtricitabine inhibits the activity of HIV-1 reverse transcriptase by competing with deoxycytidine 5'-triphosphate. It then incorporates into viral DNA and causes DNA chain termination. Emtricitabine is orally active and easily absorbed, with bioavailability of 93%. Plasma half-life is approximately 10 hours, with intracellular half-life of 39 hours.  Its plasma binding is less than 4%.  Drug is predominantly (86%) eliminated in the urine. Emtricitabine does not influence cytochrome P450 isozymes, and has no major interactions with other medications.

### Dosage and Administration

Adults: PO 200 mg capsule once daily or 240 mg oral solution once daily.
Children (3 months -17 years): PO 200 mg capsules once daily for children weighing more than 33 kg and who can swallow an intact capsule or 6 mg/kg oral solution up to a max of 240 mg once daily.
Children (0 to 3 months):  PO 3 mg/kg once daily.

Following adverse reactions are seen with the use of emtricitabine:
Central Nervous System:  Dizziness, headache, depression, fatigue (paresthesia (6% and neuropathy/peripheral neuritis.
Skin: Hyperpigmentation, rashes, pruritus.
GI System:  Diarrhea, vomiting, nausea, abdominal pain, gastroenteritis, dyspepsia
EENT:  Otitis media, rhinitis.
Musculoskeletal: Myalgia and arthralgia.
Respiratory: Cough, pneumonia, sinusitis, URI and nasopharyngitis.
Miscellaneous:  Includes infection, fever and anemia.

Emtricitabine is also associated with lactic acidosis, hepatomegaly and fatty liver.

### H. Zalcitabine (ddC)

Zacitabine has been discontinued since December 31, 2006 [213] due to severe toxicity.

### I. Abacavir (ABC)

Abacavir is a guanosine analog which is effective in the treatment of HIV-1 infection in combination with other antiretroviral drugs. Cross-resistance may be encountered with strains resistant to lamivudine and AZT. Abacavir is rapidly absorbed orally.  Its bioavailability is around 83%. It is predominantly excreted in the urine.
Dosage and Administration
Adult Patients: The recommended oral dose for adults is 600 mg daily, which can be taken as either 300 mg twice daily or 600 mg once daily, in combination with other antiretroviral agents.

NETCE0004470

| Dosing Recommendations for Abacavir Tablets in Pediatric Patients | | |
|---|---|---|
| Dosage Regimen Using Scored Tablet | | Total Daily Dose |
| AM Dose | PM Dose | |
| ½ tablet (150 mg) | ½ tablet (150 mg) | 300 mg |
| ½ tablet (150 mg) | 1 tablet (300 mg) | 450 mg |
| 1 tablet (300 mg) | 1 tablet (300 mg) | 600 mg |

Common side effects include gastrointestinal problems, headache, and dizziness.

| Serious Reactions | Common Reactions |
|---|---|
| • Hypersensitivity reaction | • Nausea |
| • Severe anaphylaxis | • Headache |
| • TEN or toxic epidermal necrolysis | • Fatigue |
| • Stevens Johnson syndrome | • Vomiting |
| • Erythema multiforme | • Diarrhea |
| • Myocardial ischemia | • Fever with chills |
| • Lactic acidosis | • Depression |
| • Hepatomegaly with steatosis | • Rash |
| • Pancreatitis | • Anxiety |
| • Immune reconstitution syndrome | • Upper Respiratory Infection |
| • Autoimmune disorders | • Elevated ALT and AST |
| | • Hypertriglyceridemia |
| | • Lipodystrophy |

Approximately 5 percent of patients develop "hypersensitivity reaction," which is characterized by characterized by a sign or symptom in two or more of the following groups:
Group 1: Fever
Group 2: Rash
Group 3: Gastrointestinal symptoms
Group 4: Constitutional symptoms such as fatigue and malaise
Group 5: Respiratory symptoms such as dyspnea, cough or pharyngitis

NETCE0004471

Hypersensitivity is strongly linked with HLA-B*57:01 [214-216] which can be detected in labs.   Sensitized individuals should NEVER be rechallenged because of risk of rapidly developing severe reactions that can lead to fatal outcome.

## Nonnucleoside Reverse Transcriptase Inhibitors or NNRTIs

Nonnucleoside reverse transcriptase inhibitors (NNRTIs) are potent and commonly prescribed anti-retroviral drugs used in combination therapy against HIV-1 infection. These agents are highly selective, noncompetitive inhibitors of HIV-1 reverse transcriptase. They non-competitively bind to HIV reverse transcriptase causing a conformational change that leads to enzyme inhibition. The transcription of the viral RNA is prvetned that leads to reduced replication of the HIV [217]. These agents do not need activation by cellular enzymes.  NNRTIs also interfere on other different steps in the reverse transcriptase reaction [218]. Their major advantage is they do not adversely effect on the host blood-forming cells and do not have cross-resistance with NRTIs.

CONFIDENTIAL

**Characteristics of Non-Nucleoside Reverse Transcriptase Inhibitors\* (NNRTIs)**

| Generic Name (abbreviation)/ Trade Name | Formulations | Dosing Recommendations (For dosage adjustment in renal or hepatic insufficiency) | Elimination | Serum/ Half-life | Adverse Events (Also see Table 13) |
|---|---|---|---|---|---|
| **Efavirenz** (EFV)/ Sustiva **Also available as component of fixed-dose combination:** | • 50-, 200-mg capsules • 600-mg tablet | 600 mg once daily at or before bedtime Take on an empty stomach to reduce side effects. | Metabolized by CYPs 2B6 and 3A4 CYP3A4 mixed inducer/inhibitor (more an inducer than an inhibitor) | 40–55 hrs | • Rasha • Neuropsychiatr symptomsb • Increased transaminase levels • Hyperlipidemia • False-positive results with some cannabinoid an benzodiazepine screening assays reporte • Teratogenic i nonhuman primates and potentially teratogenic in humans |
| Atripla EFV with TDF + FTC | (EFV 600 mg+ FTC 200 mg + TDF 300 mg) tablet | 1 tablet once daily at or before bedtime. | | | |
| **Etravirine** (ETR)/ Intelence | • 100-, 200-mg tablets | 200 mg BID Take following a meal. | CYP3A4, 2C9, and 2C19 substrate 3A4 inducer; 2C9 and 2C19 inhibitor | 41 hrs | • Rash, including Stevens-Johnson syndromea • HSRs, characterized b rash, constitutional findings, and sometimes organ dysfunction, including hepatic failure, have been reported. • Nausea |

CONFIDENTIAL

| Nevirapine (NVP)/ Viramune or Viramine XR | • 200-mg tablet<br>• 400-mg XR tablet<br>• 50-mg/5-mL oral suspension | 200 mg once daily for 14 days (lead-in period); thereafter, 200 mg BID or 400 mg (Viramune XR tablet) once daily<br><br>Take without regard to meals.<br><br>Repeat lead-in period if therapy is discontinued for more than 7 days.<br><br>In patients who develop mild-to-moderate rash without constitutional symptoms, continue lead-in period until rash resolves but not longer than 28 days total | CYP450 substrate, inducer of 3A4 and 2B6; 80% excreted in urine (glucuronidated metabolites, <5% unchanged); 10% in feces | 25–30 hrs | • Rash, including Stevens-Johnson syndromea<br>• Symptomatic hepatitis, including fatal hepatic necrosis, has been reported:<br>  - rash reported in approximately 50% of cases;<br>- occurs at significantly higher frequency in ARV-naive female patients with pre-NVP CD4 counts >250 cells/mm and in ARV-naïve male patients with pre-NVP CD4 count >400 cells/mm3- NV should not be initiated in these patients unless the benefit clearly outweighs the risk. |
| Rilpivirine (RPV)/ Edurant **Also available as component of fixed-dose combination:** | • 25-mg tablet | 25-mg tablet<br><br>Take with a meal. | CYP3A4 substrate | 50 hrs | • Rash<br>• Depression, insomnia, headache |

CONFIDENTIAL

| Complera RPV with TDF+ FTC | Complera (RPV 25 mg+ TDF 300 mg+ FTC 200 mg) tablet | 1 tablet once daily with a meal | | | |
|---|---|---|---|---|---|

**Key to Abbreviations:** ARV = antiretroviral, BID = twice daily, CYP = cytochrome P, DLV = delavirdine, EFV = efavirenz, ETR = etravirine,
FDA = Food and Drug Administration, FTC = emtricitabine, HSR = hypersensitivity reaction, NNRTI = non-nucleoside reverse transcriptase inhibitor,
NVP = nevirapine, RPV = rilpivirine, TDF = tenofovir disoproxil fumarate, XR = extended release
a Rare cases of Stevens-Johnson syndrome have been reported with most NNRTIs; the highest incidence of rash was seen with NVP.
b Adverse events can include dizziness, somnolence, insomnia, abnormal dreams, confusion, abnormal thinking, impaired concentration, amnesia,
agitation, depersonalization, hallucinations, and euphoria. Approximately 50% of patients receiving EFV may experience any of these symptoms.
Symptoms usually subside spontaneously after 2 to 4 weeks but may necessitate discontinuation of EFV in a small percentage of patients.

A. **Nevirapine** (NVP)
Nevirapine is prescribed in combination with other antiretroviral drugs for the treatment of HIV-1 infections in adults and children. Due to high risk of life-threatening severe hepatotoxicity, the drug should not be started in women with CD4+ T-cell counts of greater than 250 cells/mm$^3$ or in men with CD4+ T cell counts greater than 400 cells/mm$^3$.

Nevirapine is readily absorbed (approximately 90%) orally, and its absorption is not affected by food. Nevirapine is lipophilic in nature and therefore crosses the placental as well as blood brain barrier and enters the fetus and mother's milk.   It is widely distributed in the body tissue.   Nevirapine and its metabolites are mainly excreted in the urine. Nevirapine is an inducer of the hepatic cytochrome (CYP3A4) family of CYP450 drug-metabolizing enzymes. The drug increases the metabolism of several drugs, such as oral contraceptives, warfarin, metronidazole, etc.

Dosage & Administration
Adults:  Nevirapine is 200 mg tablet once daily for the initial 14 days, followed by 200 mg tablet twice daily, in combination with other antiretroviral drugs.
Pediatric: For pediatric patients 15 days and older the dose is 150 mg/m2 once daily for initial 14 days followed by 150 mg/m2 twice daily thereafter. The total daily dose should not exceed 400 mg.

Mild to moderate are the most common adverse effect of nevirapine [219-220]. In approximately 1.5 % of patients, severe or life-threatening skin reactions are seen which include Stevens–Johnson syndrome, TEN or toxic epidermal necrolysis and hypersensitivity [219]. Nevirapine can also cause severe or life-threatening hepatotoxicity, which is generally seen in the first six weeks of treatment [219, 221]. FDA has issued a black box label that nevirapine could cause severe liver damage, including liver failure [222]. The most common side effects are rash, fever, headache, and elevated serum transaminases and fatal hepatotoxicity. A 14-day

NETCE0004475

titration period at half the normal dose is mandatory to reduce the risk of serious epidermal reactions and hepatotoxicity.

| Drug Name | Effect on Concentration of Nevirapine or Concomitant Drug | Clinical Comment |
|---|---|---|
| Atazanavir/Ritonavir | ↓ Atazanavir ↑ Nevirapine | Do not co-administer Nevirapine with atazanavir because Nevirapine substantially decreases atazanavir exposure |
| Clarithromycin | ↓ Clarithromycin ↑ 14-OH clarithromycin | Clarithromycin exposure was significantly decreased by Nevirapine; however, 14-OH metabolite concentrations were increased. Because clarithromycin active metabolite has reduced activity against Mycobacterium avium-intracellulare complex, overall activity against this pathogen may be altered. Alternatives to clarithromycin, such as azithromycin, should be considered. |
| Efavirenz | ↓ Efavirenz | There has been no determination of appropriate doses for the safe and effective use of this combination. |
| Ethinyl estradiol and Norethindrone | ↓ Ethinyl estradiol ↓ Norethindrone | Oral contraceptives and other hormonal methods of birth control should not be used as the sole method of contraception in women taking Nevirapine, since Nevirapine may lower the plasma levels of these medications. An alternative or additional method of contraception is recommended. |
| Fluconazole | ↑ Nevirapine | Because of the risk of increased exposure to Nevirapine, caution should be used in concomitant administration, and patients should be monitored closely for Nevirapine-associated adverse events. |
| Fosamprenavir | ↓ Amprenavir ↑ Nevirapine | Co-administration of Nevirapine and fosamprenavir without ritonavir is not recommended. |
| Fosamprenavir/Ritonavir | ↓ Amprenavir ↑ Nevirapine | No dosing adjustments are required when Nevirapine is co-administered with 700/100 mg of fosamprenavir/ritonavir twice daily. |
| Indinavir | ↓ Indinavir | Appropriate doses for this |

CONFIDENTIAL     NETCE0004476

| | | combination are not established, but an increase in the dosage of indinavir may be required. |
|---|---|---|
| Ketoconazole | ↓ Ketoconazole | Nevirapine and ketoconazole should not be administered concomitantly because decreases in ketoconazole plasma concentrations may reduce the efficacy of the drug. |
| Lopinavir/Ritonavir | ↓Lopinavir | A dose increase of lopinavir/ritonavir tablets to 500/125 mg twice-daily is recommended when used in combination with Nevirapine.<br><br>A dose increase of lopinavir/ritonavir oral solution to 533/133 mg twice daily with food is recommended in combination with Nevirapine.<br><br>In children 6 months to 12 years of age receiving lopinavir/ritonavir solution, consideration should be given to increasing the dose of lopinavir/ritonavir to 13/3.25 mg/kg for those 7 to <15 kg; 11/2.75 mg/kg for those 15 to 45 kg; up to a maximum dose of 533/133 mg twice daily.<br>Refer to the lopinavir/ritonavir package insert for complete pediatric dosing instructions when lopinavir/ritonavir tablets are used in combination with Nevirapine. |
| Methadone | ↓ Methadone | Methadone levels were decreased; increased dosages may be required to prevent symptoms of opiate withdrawal. Methadone-maintained patients beginning Nevirapine therapy should be monitored for evidence of withdrawal and methadone dose should be adjusted accordingly. |
| Nelfinavir | ↓Nelfinavir<br><br>M8 Metabolite<br>↓Nelfinavir Cmin | The appropriate dose for nelfinavir in combination with Nevirapine, with respect to safety and efficacy, has not been established. |
| Rifabutin | ↑Rifabutin | Rifabutin and its metabolite concentrations were moderately increased. Due to high intersubject variability, however, some patients |

NETCE0004477

| | | may experience large increases in rifabutin exposure and may be at higher risk for rifabutin toxicity. Therefore, caution should be used in concomitant administration. |
|---|---|---|
| Rifampin | ↓ Nevirapine | Nevirapine and rifampin should not be administered concomitantly because decreases in Nevirapine plasma concentrations may reduce the efficacy of the drug. Physicians needing to treat patients co-infected with tuberculosis and using a Nevirapine-containing regimen may use rifabutin instead. |
| Saquinavir/Ritonavir | The interaction between Nevirapine and saquinavir/ritonavir has not been evaluated. | The appropriate doses of the combination of Nevirapine and saquinavir/ritonavir with respect to safety and efficacy have not been established. |

**Potential Drug Interactions:**

| Drug Class | Examples of Drugs | |
|---|---|---|
| Antiarrhythmics | Amiodarone, disopyramide, lidocaine | Plasma concentrations may be decreased |
| Anticonvulsants | Carbamazepine, clonazepam, ethosuximide | Plasma concentrations may be decreased |
| Antifungals | Itraconazole | Plasma concentrations of some azole antifungals may be decreased. Nevirapine and itraconazole should not be administered concomitantly due to a potential decrease in itraconazole plasma concentrations. |
| Calcium channel blockers | Diltiazem, nifedipine, verapamil | Plasma concentrations may be decreased |
| Cancer chemotherapy | Cyclophosphamide | Plasma concentrations may be decreased |
| Ergot alkaloids | Ergotamine | Plasma concentrations may be decreased |
| Immunosuppressants | Cyclosporin, tacrolimus, sirolimus | Plasma concentrations may be decreased |
| Motility agents | Cisapride | Plasma concentrations may be decreased |
| Opiate agonists | Fentanyl | Plasma concentrations may be decreased |
| Antithrombotics | Warfarin | Plasma concentrations may be |

CONFIDENTIAL

| | | increased. Potential effect on anticoagulation. Monitoring of anticoagulation levels is recommended. |
|---|---|---|

## 2. Delavirdine (DLV)

Delavirdine is a NNRTI that inhibits replication of HIV-1 infection by interfering with DNA synthesis. It is not recommended as a preferred or alternate agent for the treatment of HIV infection. Delavirdine is rapidly absorbed after oral administration and remains unaffected even if taken with meals. Its half life is around 5.8 hours. It is approximately 98% protein bound, mainly albumin. Its metabolites are excreted through feces and urine. Delavirdine is metabolized by CYP3A and CYPD6.

Dosage and Administration
Adults and Children older than 16 y of age: 400 mg given orally 3 times daily in combination with appropriate antiretroviral therapy.

Drugs such as ketoconazole increase plasma levels of delavirdine, whereas phenytoin, and carbamazepine cause significant decrease in plasma levels of delavirdine.
The most common side effect is moderate to severe rash, which develops in approximately 20% of patients [223]. Fatigue, headache and nausea are other common adverse effects.

## Efavirenz (EFV)

Efavirenz (EFV) is the preferred and one of the most widely used NNRTIs. It acts by Noncompetitive inhibition of HIV-1 reverse transcriptase. Efavirenz is prescribed in combination with two nucleoside analogue reverse transcriptase inhibitors (NRTIs) [224-227]. Efavirenz is not used as a single agent to treat HIV-1 due to potential risk of developing resistance. Efavirenz increases CD4+ cell counts and decreases viral load when used in combination with NRTIs.

There are several factors that can affect the pharmacokinetic (PK) variability of this drug which include gender, age, ethnicity, body weight, pregnancy, drug-drug and drug-food, interactions, binding to plasma proteins, disease status, liver dysfunction, and host genetic factors [228-230]. Efavirenz is more than 99% protein bound, mainly to albumin. It is well distributed, including to the CNS. It should be orally administered on an empty stomach to reduce adverse CNS effects. It has a half-life of more than 40 hours and, therefore, is recommended for once-a day dosing. Efavirenz is extensively metabolized in the liver to inactive metabolites. It is a potent inducer of CYP450 enzymes and, therefore, may reduce the concentrations of drugs that are substrates of the CYP450.

## Dosage and Administration

| Adults | PO 600 mg at bedtime in combination with other antiretroviral agents |
|---|---|

CONFIDENTIAL

| Children 3 y of age and older 10 to less than 15 kg | PO 200 mg at bedtime in combination with other antiretroviral agents |
|---|---|
| 15 to less than 20 kg | PO 250 mg at bedtime in combination with other antiretroviral agents |
| 20 to less than 25 kg | PO 300 mg at bedtime in combination with other antiretroviral agents |
| 25 to less than 32.5 kg | PO 350 mg at bedtime in combination with other antiretroviral agents |
| 32.5 to less than 40 kg | PO 400 mg at bedtime in combination with other antiretroviral agents |
| 40 kg or more | PO 600 mg at bedtime in combination with other antiretroviral agents |
| Coadministration With voriconazole in adults | PO When coadministered with voriconazole, increase the voriconazole maintenance dosage to 400 mg every 12 h and decrease the efavirenz dosage to 300 mg once daily, using the capsule formulation. |

Majority of adverse effects are tolerable and are associated with the CNS, including depression, dizziness, insomnia, nervousness, headache, abnormal dreams, and loss of concentration. These complaints usually resolve within a few weeks. Rash is also seen frequently in patients taking this drug. Severe, life-threatening reactions are rare. Efavirenz can be fetotoxic and should be avoided during pregnancy.

## B. Second-generation NNRTIs

Etravirine (ETR)
Etravirine (ETR) [231] is the first second-generation NNRTI indicated for the treatment of HIV-1 infection in combination with other antiretroviral agents. Unlike the other drugs in the class, resistance to other NNRTIs does not seem to confer resistance to etravirine [232]. It is indicated for HIV treatment-experienced, multi-drug resistant adult patients who have evidence of ongoing viral replication. It binds directly to reverse transcriptase and blocks RNA- and DNA-dependent DNA polymerase activities by disrupting the enzyme's catalytic site. It is effective and active against several strains of HIV that are resistant to the first-generation NNRTIs. HIV strains with K103N resistance mutation are fully susceptible to etravirine.

## Dosage and Administration

| Adults | PO 200 mg twice daily |
|---|---|
| Children 6 y and older At least 16 kg to less than 20 kg | PO 100 mg twice daily |
| At least 20 kg to less than 25 kg | PO 125 mg twice daily |

CONFIDENTIAL

| At least 25 kg to less than 30 kg | PO 150 mg twice daily |
|---|---|
| At least 30 kg | PO 200 mg twice daily |

Following oral administration, etravirine is distributed extensively in the body tissues. Its bioavailability is increased when taken with a fat rich meal.   Its protein binding is approximately 99.9%, mainly to albumin. It has a half-life of approximately 40 hours and is prescribed twice-daily. Etravirine is extensively metabolized into less active metabolites in the liver. It is a potent inducer of cytochrome P450; therefore, the doses of cytochrome P450 substrates may need to be increased when given with etravirine.  It is predominantly eliminated in the feces (around 93%).

Etravirine is tolerated well and does not have the CNS side effects that are seen with efaviren.   Rash is the most common side effect.  Patients with rare hereditary disorders such as galactose intolerance, glucose-galactose malabsorption or the Lapp lactase deficiency should not take etravirine.

**HIV Protease Inhibitors (PIs)**
These are class of drugs that are potent inhibitors of HIV protease used to treat HIV infection. Some of the protease inhibitors currently being used for management of HIV include saquinavir, indinavir, ritonavir, nelfinavir, and amprenavir [233].

Mechanism of action
HIV protease inhibitors are reversible inhibitors of the HIV aspartyl protease—the viral enzyme accountable for cleavage of the viral polyprotein into several essential enzymes including reverse transcriptase, protease, and integrase and many structural proteins.
These drugs have a thousand-fold greater affinity for HIV enzymes than they have for human proteases.  This selective affinity is responsible for their selective toxicity. The inhibition prevents maturation of infective virions.

Pharmacokinetics
Absorption of most protease inhibitors is poor to moderate when taken orally.  This is because of protease inhibitors' extensive binding to plasma proteins (90–99%), partly because of their binding to P-glycoprotein and consequent eflux of the drug [234]. For this reason, effective concentration of PIs is low, especially in the central nervous system [235] and the genital tract [236, 237].

They also have poor oral bioavailability; however, high-fat meals significantly increase the bioavailability of some PIs, such as saquinavir and nelfinavir. Metabolism of PIs is extensive, and its metabolites and inactive products are excreted in the urine.  PIs usually do not require dose adjustments in renal impairment.

Adverse effects:

NETCE0004481

Common side effects of protease inhibitors are nausea, vomiting, and diarrhea and parathesias.  Glucose and lipid metabolism can also be impaired resulting in diabetes, hypertriglyceridemia, and hypercholesterolemia. Chronic administration of PIs can cause fat redistribution (lipodystrophy), including loss of fat from the extremities, fat accumulation in the abdomen and the base of the neck (buffalo hump) and breast enlargement.

Drug interactions:
Drug interactions are frequently seen with PIS because they are substrates as well as potent inhibitors of CYP isozymes.  Amongst all the PIs, ritonavir is the most potent, and saquinavir the least potent inhibitor of CYP isoenzymes. Drugs that depend on metabolism for their termination of action can cause toxicity.

Concomitant use of simvastatin or lovastatin with protease inhibitors is contraindicated because of risk of rhabdomyolysis, similarly midazolam or triazolam can cause excessive sedation and fentanyl can cause respiratory depression. Drugs such as rifampin and St. John's wort, inducers of CYP isozymes, are also contraindicated with PIs as they may lower its concentration to suboptimal levels resulting in treatment failure.

Resistance:
Resistance develops because of stepwise mutations of the protease gene. Initial mutations reduce replication rate of the virus, but subsequently the mutations accumulate and virions with high levels of resistance PIs emerges. Resistant strains emerge rapidly when then there is suboptimal concentration of the drug.

CONFIDENTIAL

## Characteristics of Protease Inhibitors (PIs)

| Generic Name (abbreviation) / Trade Name | Formulations | Dosing Recommendations | Serum/Half-life and Elimination | Adverse Events |
|---|---|---|---|---|
| Atazanavir (ATV)/ Reyataz | 100-, 150-, 200-, 300-mg capsules | ARV-naive patients: 400 mg once daily or (ATV 300 mg + RTV 100 mg) once daily<br><br>With TDF or in ARV-experienced patients: (ATV 300 mg + RTV 100 mg) once daily<br><br>With EFV in ARV-naïve patients: (ATV 400 mg + RTV 100 mg) once daily (For recommendations on dosing with H2 antagonists and PPIs, refer to Table 16a<br><br>Take with food | 7 hrs CYP3A4 inhibitor and substrate<br><br>Dosage adjustment in patients with hepatic insufficiency recommended | • Indirect hyperbilirubinemia<br>• PR interval prolongation: First degree ymptomatic AV block reported. Use with caution in patients with underlying conduction defects or on concomitant medications that can cause PR prolongation.<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia<br>• Nephrolithiasis<br>• Skin rash (20%)<br>• Serum transaminase elevations<br>• Hyperlipidemia (especially with RTV boosting) |

NETCE0004483

| **Darunavir** (DRV)/ Prezista | 75-, 150-, 300-, 400-, 600-mg tablets | <u>ARV-naive patients or ARV-experienced patients with no DRV mutations</u>: (DRV 800 mg + RTV 100 mg) once daily<br><br><u>ARV-experienced patients with at least one DRV mutation</u>: (DRV 600 mg + RTV 100 mg) BID<br><br>**Unboosted DRV is <u>not</u> recommended**<br><br>Take with food | 15 hrs (when combined with RTV)<br><br>CYP3A4 inhibitor and substrate | • Skin rash (10%): DRV has a sulfonamide moiety; Stevens-Johnson syndrome and erythrema multiforme have been reported.<br>• Hepatotoxicity<br>• Diarrhea, nausea<br>• Headache<br>• Hyperlipidemia<br>• Serum transaminase elevation<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |
|---|---|---|---|---|

CONFIDENTIAL

NETCE0004484

| Fosamprenavir (FPV)/ Lexiva (a prodrug of amprenavir [APV]) | • 700-mg tablet<br>• 50-mg/mL oral suspension | ARV-naive patients:<br>• FPV 1400 mg BID or<br>• (FPV 1400 mg + RTV 100–200 mg) once daily or<br>• (FPV 700 mg + RTV 100 mg) BID<br><br>PI-experienced patients (once-daily dosing not recommended):<br>• (FPV 700 mg + RTV 100 mg) BID<br><br>With EFV:<br>• (FPV 700 mg + RTV 100 mg) BID or<br>• (FPV 1400 mg + RTV 300 mg) once daily<br>*Tablet*: Take without regard to meals (if not boosted with RTV tablet)<br>*Suspension*: Take without food<br>*FPV with RTV tablet*: Take with meals | 7.7 hrs (APV)<br><br>APV is a CYP3A4 substrate, inhibitor, and inducer<br>Dosage adjustment in patients with hepatic insufficiency recommended. | • Skin rash (12%–19%): FPV has a sulfonamide moiety<br>• Diarrhea, nausea, vomiting<br>• Headache<br>• Hyperlipidemia<br>• Serum transaminase elevation<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia<br>• Nephrolithiasis |

CONFIDENTIAL

| Indinavir (IDV)/ Crixivan | 100-, 200-, 400-mg capsules | 800 mg every 8 hrs<br><br>Take 1 hour before or 2 hours after meals; may take with skim milk or low-fat meal<br><br>With RTV: (IDV 800 mg + RTV 100–200 mg) BID Take without regard to meals | 1.5–2 hrs CYP3A4 inhibitor and substrate Dosage adjustment inpatients with hepatic insufficiency recommend-ed. | • Nephrolithiasis<br>• GI intolerance, nausea<br>• Hepatitis<br>• Indirect hyperbilirubinemia<br>• Hyperlipidemia<br>• Headache, asthenia, blurred vision, dizziness, rash, metallic taste, thrombocytopenia, alopecia, and hemolytic anemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |

CONFIDENTIAL

| Lopinavir + Ritonavir (LPV/r)/ Kaletra | Tablets: (LPV 200 mg + RTV 50 mg) or (LPV 100 mg + RTV 25 mg)<br><br>Oral solution: Each 5 mL contains (LPV 400 mg + RTV 100 mg)<br><br>Oral solution contains 42% alcohol | LPV/r 400 mg/100 mg BID or LPV/r 800 mg/200 mg once daily Once-daily dosing is not recommended for patients with ≥3 LPV-associated mutations, pregnant women, or patients receiving EFV, NVP, FPV, NFV, carbamazepine, phenytoin, or phenobarbital. With EFV or NVP (PI-naïve or PI-experienced patients): LPV/r 500-mg/125-mg tablets BID (Use a combination of two LPV/r 200-mg/50-mg tablets + one LPV/r 100-mg/25-mg tablet to make a total dose of LPV/r 500 mg/125 mg.) or LPV/r 533-mg/133-mg oral solution BID *Tablet:* Take without regard to meals<br><br>*Oral solution:* Take with food | 5–6 hrs<br><br>CYP3A4 inhibitor and substrate | • GI intolerance, nausea, vomiting, diarrhea<br>• Pancreatitis<br>• Asthenia<br>• Hyperlipidemia (especially hypertriglyceridemia)<br>• Serum transaminase elevation<br>• Hyperglycemia<br>• Insulin resistance/diabetes mellitus<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia<br>• PR interval prolongation<br>• QT interval prolongation and torsades de pointes have been reported; however, causality could not be established. |

CONFIDENTIAL

NETCE0004487

| Nelfinavir (NFV)/ Viracept | • 250-, 625-mg tablets<br>• 50-mg/g oral powder | 1250 mg BID or 750 mg TID<br><br>Dissolve tablets in a small amount of water, mix admixture well, and consume immediately.<br><br>Take with food | 3.5–5 hrs<br><br>CYP2C19 and 3A4 substrate—metabolized to active M8 metabolite; CYP 3A4 inhibitor | • Diarrhea<br>• Hyperlipidemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia<br>• Serum transaminase elevation |
| Ritonavir (RTV)/ Norvir | • 100-mg soft gel capsule<br>• 100-mg tablet<br>• 80-mg/mL oral solution<br>Oral solution contains 43% alcohol. | As pharmacokinetic booster for other PIs:<br>100–400 mg per day in 1–2 divided doses (refer to other PIs for specific dosing recommendations)<br><br>Tablet: Take with food<br><br>Capsule and oral solution: To improve tolerability, take with food if possible. | 3–5 hrs<br><br>CYP3A4 >2D6 substrate; potent 3A4, 2D6 inhibitor | • GI intolerance, nausea, vomiting, diarrhea<br>• Paresthesias (circumoral and extremities)<br>• Hyperlipidemia (especially hypertriglyceridemia)<br>• Hepatitis<br>• Asthenia<br>• Taste perversion<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |

CONFIDENTIAL

| Saquinavir (SQV)/ Invirase | • 500-mg tablet • 200-mg hard gel capsule | (SQV 1000 mg + RTV 100 mg) BID Unboosted SQV is **not** recommended. Take with meals or within 2 hours after a meal. | 1–2 hrs CYP3A4 inhibitor and substrate | • GI intolerance, nausea, and diarrhea • Headache • Serum transaminase elevation • Hyperlipidemia • Hyperglycemia • Fat maldistribution • Possible increased bleeding episodes in patients with hemophilia • PR interval prolongation • QT interval prolongation, torsades de pointes have been reported. Patients with pre-SQV QT interval >450 msec should not receive SQV |
|---|---|---|---|---|

CONFIDENTIAL

NETCE0004489

| Tiprana vir (TPV)/ Aptivus | • 250-mg capsule<br>• 100-mg/mL oral solution | (TPV 500 mg + RTV 200 mg) BID<br><br>Unboosted TPV is **not** recommended.<br>*TPV taken with RTV* **tablets**: Take with meals.<br><br>*TPV taken with RTV* **capsules** *or* **solution**: Take without regard to meals. | 6 hrs<br><br>CYP P450 3A4 inducer and substrate<br><br>Net effect when combined with RTV (CYP 3A4, 2D6 inhibitor) | • Hepatotoxicity: Clinical hepatitis (including hepatic decompensation and hepatitisassociated fatalities) has been reported; monitor closely, especially in patients with underlying liver diseases.<br>• Skin rash (3%–21%): TPV has a sulfonamide moiety; use with caution in patients with known sulfonamide allergy.<br>• Rare cases of fatal and nonfatal intracranial hemorrhages have been reported. Risks include brain lesion, head trauma, recent neurosurgery, coagulopathy, hypertension, alcoholism, use of anti-coagulant or antiplatelet agents including vitamin E.<br>• Hyperlipidemia<br>• Hyperglycemia<br>• Fat maldistribution<br>• Possible increased bleeding episodes in patients with hemophilia |

CONFIDENTIAL

**Key to Abbreviations:** APV = amprenavir, ARV = antiretroviral, ATV = atazanavir, AV = atrioventricular, BID = twice daily, CYP = cytochrome P, DRV = darunavir, EFV = efavirenz, FPV = fosamprenavir, GI = gastrointestinal, IDV = indinavir, LPV = lopinavir, LPV/r = lopinavir + ritonavir, msec = millisecond, NFV = nelfinavir, NVP = nevirapine, PI = protease inhibitor, PPI = proton pump inhibitor, RTV = ritonavir, SQV = saquinavir, TDF = tenofovir disoproxil fumarate, TID = three times a day, TPV = tipranavir

### Ritonavir (RTV)

Ritonavir (Norvir) is used as a "booster" of other protease inhibitors in treatment of HIV infection. It is prescribed in combination with other antiretroviral medications and not alone. It is a potent inhibitor of CYP3A [238], and increases the bioavailability of the second protease inhibitor which allows longer dosing intervals [239]. The higher concentration of the "boosted" protease inhibitors also prevents the development of resistance. Drug is eliminated through metabolism and biliary excretion. It has a half-life of 3-5 hours. It interacts with several drugs because it is a potent inhibitor of CYP450 isozymes.Common adverse effects of ritonavir include nausea, vomiting, diarrhea, headache, and circumoral paresthesias.

### Dosage and Administration

Adults: 600 mg twice daily orally to be taken with meals.

### Pediatric Dosage Guidelines

| Body Surface Area (m2) | Twice Daily Dose 250 mg per m2 | Twice Daily Dose 300 mg per m2 | Twice Daily Dose 350 mg per m2 | Twice Daily Dose 400 mg per m2 |
|---|---|---|---|---|
| 0.20 | 0.6 mL (50 mg) | 0.75 mL (60 mg) | 0.9 mL (70 mg) | 1.0 mL (80 mg) |
| 0.25 | 0.8 mL (62.5 mg) | 0.9 mL (75 mg) | 1.1 mL (87.5 mg) | 1.25 mL (100mg) |
| 0.50 | 1.6 mL (125 mg) | 1.9 mL (150 mg) | 2.2 mL (175 mg) | 2.5 mL (200 mg) |
| 0.75 | 2.3 mL (187.5 mg) | 2.8 mL (225 mg) | 3.3 mL (262.5mg) | 3.75 mL (300mg) |
| 1.00 | 3.1 mL (250 mg) | 3.75 mL (300 mg) | 4.4 mL (350 mg) | 5 mL (400 mg) |
| 1.25 | 3.9 mL (312.5 mg) | 4.7 mL (375 mg) | 5.5 mL (437.5mg) | 6.25 mL(500mg) |
| 1.50 | 4.7 mL (375 mg) | 5.6 mL (450 mg) | 6.6 mL (525 mg) | 7.5 mL (600 mg) |

NETCE0004491

## Saquinavir (**SQV**)

**Saquinavir, a** protease inhibitor, is an antiretroviral drug used in HIV therapy. It is always given along with a low dose of ritonavir to maximize saquinavir bioavailability.There are two formulations of this drug:

- Invirase (trade name), a hard-gel capsule formulation of the mesylate, which is prescribed in combination with <u>ritonavir</u> to increase the saquinavir bioavailability;

- Fortovase (trade name**),** a soft-gel capsule formulation of saquinavir (microemulsion) [24] orally-administered formulation.

In 2006, the sale of Fortovase was discontinued in the US in favour of Invirase boosted with ritonavir [241].

Dosage and Administration
Adults and Children (16 y of age and older):  PO 1,000 mg twice daily with ritonavir 100 mg twice daily.

High-fat meals enhance its absorption. Saquinavir is eliminated mainly by metabolism, followed by biliary excretion. Its half-life is approximately 7-12 hours. Drugs such as rifampin, rifabutin, nevirapine, efavirenz, etc enhance the metabolism of saquinavir and should be avoided if possible. Headache, fatigue, diarrhea, nausea are the most common adverse effects of this drug.  Unlike other protease inhibitors, omeprazole increases the absorption of saquinavir [242].

### Indinavir (**IDV**)
Indinavir (Trade name Crixivan**)**, a protease inhibitor, is used for treatment of HIV infection. It inhibits HIV protease that results in formation of immature noninfectious virions. Indinavir is well absorbed orally.  Amongst all the protease inhibitors, it is the least protein-bound (60%) and has the shortest half-life of around 1.8 hours. It requires acidic gastric conditions for optimum absorption. Absorption is decreased when the drug is taken with meals.  Another protease inhibitor, ritonavir overcomes this problem and also permits twice-a-day dosing. It is metabolized predominantly in the liver; therefore, the dosage should therefore be reduced in patients with liver impairment.

Dosage and Administration
Adults: PO 800 mg (usually two 400 mg capsules) every 8 hours.
Dosage Adjustment in Hepatic Insufficiency:  Adults Mild to moderate hepatic insufficiency caused by cirrhosis PO 600 mg every 8 hours.

CONFIDENTIAL

| Concomitant therapy | Dose |
|---|---|
| Delavirdine | Reduce indinavir to 600 mg every 8 h when administering delavirdine 400 mg 3 times a day. |
| Didanosine | Coadministration should be at least 1 hour apart on an empty stomach. |
| Itraconazole | Reduce indinavir to 600 mg every 8 h when coadministered with itraconazole 200 mg twice daily. |
| Ketoconazole | Dosage reduction of indinavir to 600 mg every 8 h is recommended when coadministering ketoconazole. |
| Rifabutin | Reduce rifabutin to half the standard dose and increase dosage of indinavir to 1,000 mg every 8 h when rifabutin and indinavir are coadministered |

Indinavir is well tolerated.  Common adverse effects include mild gastrointestinal symptoms and headache. Indinavir can cause kidney stone (nephrolithiasis) and elevated level so bilirubin in the blood (hyperbilirubinemia). Adequate hydration (1.5 L of water per day should be provided to the patient to reduce nephrolithiasis. Lipodystrophy or fat redistribution is a troublesome adverse effect of this drug.

**Nelfinavir (NFV)**

Nelfinavir is a non-peptide protease inhibitor that is used in the treatment of HIV infection in combination with other antiretroviral drug. Its brand name is Viracept. Nelfinavir inhibits HIV protease which leads to formation of non-functional proteins in HIV-infected cells. It is well absorbed and usually given with food.  It undergoes metabolism in the liver by multiple CYP isozymes. Isozyme CYP2C19, a major metabolite of nelfinavir, has an antiviral activity similar to that of the parent compound, but it achieves plasma concentrations only 40 percent of those of the nelfinavir. Nelfinavir is the only protease inhibitor that cannot be boosted by ritonavir as it is not extensively metabolized by the enzyme CYP3A. Its protein binding is more than 98% and half-life is approximately 5 hours.

Dosage and Administration
Adults and Children (13 y and older):  PO 1,250 mg twice daily or 750 mg 3 times daily in combination with other antiretroviral agents (max, 2,500 mg/day). Children (2 to 12 y of age):  PO 45 to 55 mg/kg twice daily or 25 to 35 mg/kg 3 times daily in combination with other antiretroviral agents (max, 2,500 mg/day).

Most common side effect of this drug is diarrhea and can be managed with loperamide.  Other adverse effects include nausea, flatulence and rash. Like other PIs, nelfinavir can inhibit the metabolism of other drugs that can necessitate alterations of dosage or discontinuation of the drug.

**Fosamprenavir (fAPV)**
Fosamprenavir, a prodrug of amprenavir, inhibits HIV-1 protease resulting in production of non-functional virions in HIV-infected patients. Following oral absorption, it is metabolized to amprenavir.  It is approximately 90% protein bound,

NETCE0004493

mainly to alpha-1 acid glycoprotein. Its half life is around 8 hours that allows twice-a-day dosing. Ritonavir, a booster for fosamprenavir, increases the plasma levels of amprenavir and reduces the total daily dose.

Dosage and Administration

| | |
|---|---|
| Therapy-Naive patients<br>Adults | PO 1,400 mg twice daily without ritonavir; 1,400 mg plus ritonavir 200 mg once daily; 1,400 mg once daily plus ritonavir 100 mg once daily; or 700 mg twice daily plus ritonavir 100 mg twice daily. |
| Children<br>2 to 5 yr of age | PO 30 mg/kg of oral suspension twice daily (max, 1,400 mg twice daily). |
| 6 yr of age and older | 30 mg/kg of oral suspension twice daily (max, 1,400 mg twice daily) or 18 mg/kg of oral suspension plus ritonavir 3 mg/kg twice daily (max, fosamprenavir 700 mg twice daily plus ritonavir 100 mg twice daily). When administered without ritonavir, the adult regimen of fosamprenavir 1,400 mg twice daily may be used for children weighing at least 47 kg. When administered with ritonavir, fosamprenavir tablets may be used for children weighing at least 39 kg; ritonavir capsules may be used for children weighing at least 33 kg. |
| Protease Inhibitor–<br>Experienced Patients<br>Adults | PO 700 mg twice daily plus ritonavir 100 mg twice daily. Once-daily administration of fosamprenavir plus ritonavir is not recommended in protease inhibitor–experienced patients |
| Therapy-Experienced<br>Patients<br>Children 6 yr of age<br>and older | PO 18 mg/kg of oral suspension plus ritonavir 3 mg/kg twice daily (max, fosamprenavir 700 mg twice daily plus ritonavir 100 mg twice daily). When administered with ritonavir, fosamprenavir tablets may be used for children weighing at least 39 kg; ritonavir capsules may be used for children weighing at least 33 kg. |
| Mild hepatic function<br>impairment (Child-<br>Pugh score 5 to 6) | Reduce dosage to 700 mg twice daily without ritonavir (therapy-naive) or 700 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |
| Moderate hepatic<br>function impairment<br>(Child-Pugh score 7 to<br>9) | Reduce dosage to 700 mg twice daily (therapy-naive) without ritonavir (therapy-naive) or 450 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |
| Severe hepatic<br>function impairment<br>(Child-Pugh score 10<br>to 15) | Reduce dosage to 350 mg twice daily without ritonavir (therapy-naive) or 300 mg twice daily plus ritonavir 100 mg once daily (therapy-naive or protease inhibitor–experienced). |

Common side effects of fosamprenavir include nausea, vomiting, diarrhea, headache fatigue and paresthesias. Like other members of the protease inhibitors,

CONFIDENTIAL

fosamprenavir can inhibit the metabolism of a number of other drugs necessitating alterations of drug dosage or the prohibition of combined use.

**Lopinavir (LPVr)**
Lopinavir, a second generation peptidomimetic protease inhibitor used in combination with ritonavir for the treatment of HIV infection.   It is usually prescribed to treatment naïve patients.   At present, fixed dose combination of lopinavir and ritonavir (Trade name Kaletra) is the preferred protease inhibitors for an initial antiretroviral regimen.
It has very poor intrinsic bioavailability, which is significantly increased by a low dose of ritonavir.  Lopinavir is highly bound to plasma proteins (98–99%) [243]. Most common side effects of lopinavir include gastrointestinal disturbances and hypertriglyceridemia.
Oral solutions of this drug contain alcohol, and, therefore, can cause unpleasant reactions when taken concurrently with metronidazole or disulfiram.

**Atazanavir** (ATV)
Atazanavir is a preferred protease inhibitor that is used to treat HIV infection. Like other PIs, it also inhibits HIV protease, but is structurally different from other HIV protease inhibitors. New studies have observed that it can stem the growth of brain tumor cells in culture [244]. Atazanavir (ATV) and ritonavir-boosted atazanavir (ATV/RTV) are beneficial in treatment-naive and treatment-experienced individuals [245-248].

Atazanavir is well absorbed orally. Its bioavailability increases when taken with food. Atazanavir is highly protein bound (86 %). It is predominantly metabolized by the liver where it undergoes extensive CYP3A4-catalyzed biotransformation. It is excreted mainly in bile. Its mean half-life is around 7 hours and is prescribed once a day.

**Dosage and Administration**

| Therapy-Naive Adults | PO Atazanavir 300 mg with ritonavir 100 mg once daily. The recommended dosage for atazanavir is 400 mg once daily for patients who are unable to tolerate ritonavir. |
|---|---|
| **Concomitant Therapy** | |
| Didanosine | Atazanavir should be given 2 h before or 1 h after buffered or enteric-coated didanosine. |
| Efavirenz | If atazanavir is combined with efavirenz, administer atazanavir 400 mg with ritonavir 100 mg once daily with food, and administer efavirenz on an empty stomach, preferably at bedtime. |
| $H_2$ -receptor antagonist | Do not exceed a dosage comparable with famotidine 40 mg twice daily. Atazanavir 300 mg and ritonavir 100 mg should be given simultaneously with, and/or at least 10 h after, the dose of the |

CONFIDENTIAL

| | $H_2$-receptor antagonist. For patients unable to tolerate ritonavir, administer atazanavir 400 mg once daily at least 2 h before and at least 10 h after the $H_2$-receptor antagonist. For these patients, no single dose of $H_2$-receptor antagonist should exceed a dose comparable with famotidine 20 mg, and the total daily dose should not exceed a dose comparable with famotidine 40 mg |
|---|---|
| Tenofovir | Atazanavir 300 mg with ritonavir 100 mg once daily with tenofovir. |
| Proton pump inhibitors | Do not exceed a dose comparable with omeprazole 20 mg; must be taken approximately 12 h prior to the atazanavir 300 mg and ritonavir 100 mg dose. |

**Therapy-Experienced Adults**

PO Atazanavir 300 mg with ritonavir 100 mg once daily. Atazanavir without ritonavir is not recommended for treatment-experienced patients with prior virologic failure.

| **Concomitant therapy** | |
|---|---|
| Efavirenz/Proton pump inhibitors | Do not coadminister atazanavir with efavirenz or proton pump inhibitors (PPIs) in treatment-experienced patients. |
| Didanosine | Atazanavir should be given 2 h before or 1 h after buffered or enteric-coated didanosine. |
| $H_2$-receptor antagonist | Whenever an $H_2$-receptor antagonist is given to a patient receiving atazanavir with ritonavir, the $H_2$-receptor antagonist dose should not exceed a dosage comparable with famotidine 20 mg twice daily, and the atazanavir and ritonavir doses should be given simultaneously with, and/or at least 10 h after, the dose of $H_2$-receptor antagonist. If taken with an $H_2$-receptor antagonist, administer atazanavir 300 mg with ritonavir 100 mg once daily. If taken with an $H_2$-receptor antagonist and tenofovir, administer atazanavir 400 mg with ritonavir 100 mg |

NETCE0004496

| | once daily. |
|---|---|
| **Therapy-Naive Children** | |
| 13 y and older weighing at least 40 kg | PO Atazanavir 400 mg, without ritonavir, once daily (max, atazanavir 400 mg once daily). For patients receiving concomitant tenofovir, $H_2$-receptor antagonists, or PPIs, atazanavir should not be administered with ritonavir. |
| **Therapy-Naive and Therapy-Experienced Children** | |
| 6 to younger than 18 y treated with ritonavir<br><br>Weight 15 to less than 20 kg | PO Administer atazanavir 150 mg with ritonavir 100 mg once daily. |
| Weight 20 to less than 40 kg | PO Administer atazanavir 200 mg with ritonavir 100 mg once daily. |
| Weight at least 40 kg | PO Administer atazanavir 300 mg with ritonavir 100 mg once daily (max, atazanavir 300 mg/ritonavir 100 mg). |
| **Pregnancy** | PO Atazanavir 300 mg once daily plus ritonavir 100 mg once daily. |
| **Concomitant therapy in Pregnancy** | For treatment-experienced pregnant women during the second or third trimester, atazanavir 400 mg with ritonavir 100 mg once daily is recommended when atazanavir is coadministered with an $H_2$-receptor antagonist or tenofovir. |
| **Renal Function Impairment** | PO Treatment-naive patients with ESRD managed with hemodialysis should receive atazanavir 300 mg with ritonavir 100 mg. Do not administer atazanavir to HIV treatment–experienced patients with ESRD managed with hemodialysis. |
| Hepatic Function Impairment | PO Atazanavir with ritonavir is not recommended in patients with hepatic impairment. Consider a dosage reduction to 300 mg/day in patients with moderate hepatic impairment. Do not use in |

CONFIDENTIAL

| | patients with severe hepatic impairment. |
|---|---|
| | |

Atazanavir can cause hyperbilirubinemia and jaundice as it is a competitive inhibitor of glucuronyl transferase.  It can also cause bradycardia and prolongs the PR interval.

Similar to other PIs, atazanavir is a potent inhibitor of CYP3A4 and is responsible for many drug interactions.  Unboosted atazanavir is contraindicated with the use of proton-pump inhibitors, and must be given 1 hour after taking antacids and around 10 hours after taking H2-blockers.

**Tipranavir (TPV)**

Tipranavir is a novel protease inhibitor that inhibits HIV protease in HIV- and HIV-2 that are resistant to the other protease inhibitors [249]. Tipranavir resistance develops gradually and encompasses many specific protease gene mutations [250]. It is effective against majority of HIV viral isolates with PI resistance [251-255].

Dosage and Administration

Adults: PO 500 mg (two 250 mg capsules or 5 mL oral solution), coadministered with ritonavir 200 mg, twice daily.

Children 2 to 18 yr of age: 14 mg/kg with ritonavir 6 mg/kg (or 375 mg/m$^2$ with ritonavir 150 mg/m$^2$ ) twice daily (max, tipranavir 500 mg with ritonavir 200 mg twice daily). In case toxicity or intolerance occurs, lower the dose to tipranavir 12 mg/kg with ritonavir 5 mg/kg (or tipranavir 290 mg/m$^2$ with ritonavir 115 mg/m$^2$) twice daily, provided their virus is not resistant to multiple protease inhibitors.

Tipranavir is well absorbed when administered with meals.  It is more than 99.9% protein bound. Its mean half-life of 6 hours, and, therefore, it must be given twice daily in combination with ritonavir. Tipranavir has unique properties both as a CYP450 inducer and a substrate that is distinctive from the other PIs. U.S. FDA has issued black box warnings for fatal and nonfatal intracranial hemorrhages severe and fatal hepatitis.

Some common side effects of this drug include intracranial hemorrhage, diabetes mellitus and hepatitis [256].  The drug also causes elevated total cholesterol and triglycerides levels.

**Darunavir (DRV)**

Darunavir (Trade Name Prezista) is the most recently approved protease inhibitor prescribed for the treatment of HIV infection. It is effective against several types of HIV-1 strains, including wild-type virus and f multidrug-resistant (MDR) strains [257-262].

Darunavir is FDA-approved for both initial therapy in naive HIV-infected patients as well as the treatment of experienced patients with HIV resistant to other PIs.

**Dosage and Administration**

| Adults | Dose |
|---|---|
| HIV Infection Treatment-naive | PO Darunavir 800 mg with ritonavir 100 mg once daily with food. |

CONFIDENTIAL

| | |
|---|---|
| **Treatment-experienced** | Genotypic testing is recommended.<br>PO darunavir 800 mg with ritonavir 100 mg once daily with food in patients with no darunavir resistance-associated substitutions or darunavir 600 mg with ritonavir 100 mg twice daily with food in patients with 1 or more darunavir resistance-associated substitutions.<br>If genotypic testing is not feasible, darunavir 600 mg with ritonavir 100 mg twice daily is recommended. |
| **Children 3 to younger than 18 years (Weight)** | |
| **10 kg–< 11 kg** | PO Darunavir 200 mg with ritonavir 32 mg twice daily with food |
| **11 kg – < 12 kg** | PO Darunavir 220 mg with ritonavir 32 mg twice daily with food. |
| **12 kg – < 13 kg** | PO Darunavir 240 mg with ritonavir 40 mg twice daily with food |
| **13 kg – < 14 kg** | PO Darunavir 260 mg with ritonavir 40 mg twice daily with food |
| **14 kg – < 15 kg** | PO Darunavir 280 mg with ritonavir 48 mg twice daily with food |
| **15 kg – < 30 kg** | PO Darunavir 375 mg (if using darunavir oral suspension, round off dose to 380 mg) with ritonavir 50 mg twice daily with food. |
| **30 kg – < 40 kg** | PO Darunavir 450 mg (if using darunavir oral suspension, round off dose to 460 mg) with ritonavir 60 mg twice daily with food |
| **40 kg or more** | PO Darunavir 600 mg with ritonavir 100 mg twice daily with food |

Darunavir should be given with food to increase absorption. Its terminal elimination half-life is 15 hours when combined with ritonavir.  Its protein binding is approximately 95%. It is extensively metabolized in the liver by the CYP3A enzymes. The side effects are similar to those of the other PIs.

## ENTRY INHIBITORS

**Enfuvirtide** (Trade name Fuzeon (Roche)

Enfuvirtide (INN), a fusion inhibitor, is used in combination therapy for the treatment of HIV-1 infection. HIV enters the host cell by fusing its membrane with that of the

NETCE0004499

host cell. Enfuvirtide, a 36-amino-acid peptide, effectively blocks the fusion of viral and target cell membranes and prevents new infections of cells by HIV-1 [263]. It is also highly effective in highly treatment-experienced patients [264].

Enfuvirtide, in combination with other antiretroviral agents, is FDA approved for management of treatment-experienced patients with evidence of viral replication despite ongoing antiretroviral drug therapy. Resistance to this drug can develop in patients, but can be reversed upon its discontinuation [265, 266]. Enfuvirtide is a peptide, and, therefore, must be administered subcutaneously. It must be reconstituted prior to administration. The volume of distribution of this agent is small, approximately 5.5 l, and the absolute bioavailability is approximately 85% [264, 267, 268].

Dosage and Administration
Adults: Subcutaneous 90 mg twice daily.
Children 6 yr of age and older: Subcutaneous 2 mg/kg twice daily (max, 90 mg twice daily).

Majority of the side effects are related to the injection, including pain, induration, erythema, and nodules, which occur in virtually all patients. It is an expensive medication.

CONFIDENTIAL

**Characteristics of Fusion Inhibitor**

| Generic Name (abbreviation)/ Trade Name | Formulations | Dosing Recommendation | Serum/ Half-life & Elimination | Adverse Events |
|---|---|---|---|---|
| **Enfuvirtide** (T20)/ Fuzeon | • Injectable—supplied as lyophilized powder • Each vial contains 108 mg of T20; reconstitute with 1.1mL of sterile water for injection for delivery of approximately 90 mg/1 mL. | 90 mg (1mL) Subcutaneously BID | 3.8 hrs undergo catabolism to its constituent amino acids, with subsequent recycling of the amino acids in the body pool | • Local injection site reactions (pain, erythema, induration, nodules and cysts, pruritus, ecchymosis) in almost 100% of patients • Increased incidence of bacterial pneumonia • HSR (<1% of patients): Symptoms may include rash, fever, nausea, vomiting, chills, rigors, hypotension, or elevated serum transaminases. Rechallenge is not recommended. |

**Key to Abbreviations:** BID = twice daily, HSR = hypersensitivity reaction, T20 = enfuvirtide

### CCR5 INHIBITORS

**Maraviroc**
Maraviroc is the second entry inhibitor. Maraviroc blocks the CCR5 co-receptor that together with gp41 assist HIV entry into the cell.  This prevents HIV's entry into human macrophages and T-cells [269].  It is important to perform HIV tropism test such as a trofile assay to determine if the drug will be effective because HIV can also use other coreceptors to make an entry into host's cell [270]. Maraviroc is effective against R5 virus that uses CCR5 to make an entry into the cell. Maraviroc it is well absorbed orally, and has peak drug concentrations between 30 minutes and 4 hours after administration [271].  Its bioavailability is approximately 33% and is widely distributed in the body [271, 272]. Terminal half-life is 14-18 hours.  Maraviroc is extensively metabolized by CYP450 liver enzymes, and the dose must be increased in patients receiving the NNRTIs and reduced when given with majority of PIs.

NETCE0004501

Dosage and Administration

Concomitant Enfuvirtide, Nevirapine, All Nucleoside Reverse Transcriptase Inhibitors (NTRIs), Raltegravir, Tipranavir/Ritonavir
Adults and Adolescents 16 y of age and older: PO 300 mg twice daily.

Concomitant Potent CYP3A Inhibitors (Clarithromycin, Delavirdine, Itraconazole, Ketoconazole, Nefazodone, Protease Inhibitors [Except Tipranavir/Ritonavir], Telithromycin) With or Without a CYP3A Inducer
Adults and Adolescents 16 y of age and older: PO 150 mg twice daily.

Concomitant Potent CYP3A Inducers Without a Strong CYP3A Inhibitor (Carbamazepine, Efavirenz, Etravirine, Phenobarbital, Phenytoin, Rifampin)
Adults and Adolescents 16 y of age and older: PO 600 mg twice daily.

**Renal Function Impairment**

Concomitant Enfuvirtide, Nevirapine, NRTIs, Raltegravir, Tipranavir/Ritonavir Severe renal impairment (CrCl less than 30 mL/min) and ESRD on hemodialysis
Reduce dosage to 150 mg twice daily if there are any symptoms of postural hypotension.

Concomitant Potent CYP3A Inhibitors (Clarithromycin, Delavirdine, Itraconazole, Ketoconazole, Nefazodone, Protease Inhibitors [Except Tipranavir/Ritonavir], Telithromycin) with or Without CYP3A Inducer Severe renal impairment (CrCl less than 30 mL/min) and ESRD on hemodialysis: Contraindicated.

Concomitant Potent CYP3A Inducers (Carbamazepine, Efavirenz, Etravirine, Phenobarbital, Phenytoin, Rifampin) Without a Strong CYP3A Inhibitor Severe renal impairment (CrCl less than 30 mL/min) and ESRD on hemodialysis: Contraindicated.

Common adverse effects include upper respiratory infections, cough, fever dizziness, sleep disturbances, loss of appetite, etc.

**Characteristics of CCR5 Antagonist**

| Generic Name (abbreviation)/ Trade Name | Formulation | Dosing Recommendations | Serum/ Half-life Elimination | Adverse Events |
|---|---|---|---|---|
| Maraviroc (MVC)/ Selzentry | 150-, 300-mg tablets | • **150 mg BID** when given with drugs that are strong CYP3A inhibitors (with or without CYP3A inducers) including PIs (except TPV/r)<br><br>• **300 mg BID** when given with NRTIs, T20, TPV/r, | 14–18 hrs<br><br>CYP3A4 substrate | • Abdominal pain<br>• Cough<br>• Dizziness<br>• Musculoskeletal symptoms<br>• Pyrexia<br>• Rash<br>• Upper respiratory tract infections |

CONFIDENTIAL

| | | NVP, RAL, and other drugs that are not strong CYP3A inhibitors or inducers<br><br>• **600 mg BID** when given with drugs that are CYP3A inducers, including EFV, ETR, etc. (without a CYP3A inhibitor)<br><br>Take without regard to meals | | •<br>Hepatotoxicity which may be preceded by severe rash or other signs of systemic allergic reactions<br>• Orthostatic hypotension especially in patients with severe renal insufficiency |
|---|---|---|---|---|

**Key to Abbreviations:** BID = twice daily

### INTEGRASE INHIBITOR
Raltegravir (MK-0518, brand name Isentress)
Raltegravir is the first FDA approved new class of antiretroviral drugs known as integrase inhibitors [273]. Raltegravir specifically inhibits integrase, an HIV enzyme that integrates strand transfer of the viral DNA into host cell DNA. Raltegravir is rapidly absorbed with a bioavailability of at least 32%. Raltegravir has a half-life of approximately 9 hours.  Twice daily dosing achieves pharmacokinetic steady state within the initial 2 days of dosing [274-276]. It is approximately 83% bound to human plasma proteins. The drug is metabolized through UGT1A1-mediated glucuronidation [277] and, therefore, there are no drug interactions with CYP450 inducers, inhibitors, or substrates.

Dosage and Administration
Chewable Tablet Children 2 to younger than 12 y

| Weight (Kg) | Dose (PO) |
|---|---|
| 10-13 | 75 mg twice daily |
| 14-19 | 100 mg twice daily |
| 20-27 | 150 mg twice daily |
| 28-39 | 200 mg twice daily |
| 40 or more | 300 mg twice daily (max, 600 mg/day) |

Coadministration with rifampin in adults: PO 800 mg twice daily.
Film-Coated Tablet
Adults and children 6 y and older with weight 25 kg or more: PO 400 mg twice daily.
Adults and children 6 y and older with weight 24 kg or less: PO use the chewable tablet.

Raltegravir is well tolerated.   Common adverse effects of this agent include diarrhea, nausea, upper respiratory infection, headache, dizziness, nasopharyngitis,

CONFIDENTIAL

and insomnia. Other more serious adverse events include elevated creatine kinase with muscle pain, rhabdomyolysis and depression with suicidal ideation. Raltegravir, in combination with other antiretroviral agents, is FDA approved for both initial therapies of both treatment-naive patients as well as treatment-experienced patients with evidence of viral replication despite ongoing antiretroviral drug therapy.

**Characteristics of Integrase Inhibitor**

| Generic Name (abbreviation)/ Trade Name | Formulations | Dosing Recommendations | Serum/ Half-life | Route of Metabolism | Adverse Events (Also see Table 13) |
|---|---|---|---|---|---|
| Raltegravir (RAL)/ Isentress | • 400-mg tablet<br>• 25-, 100-mg chewable tablets | 400 mg BID<br>**With rifampin:** 800 mg BID<br>Take without regard to meals. | ~9 hrs | UGT1A1-mediated glucuronidation | • Rash, including Stevens-Johnson syndrome, HSR, and toxic epidermal necrolysis<br>• Nausea<br>• Headache<br>• Diarrhea<br>• Pyrexia<br>• CPK elevation, muscle weakness, and rhabdomyolysis |

**Key to Abbreviations:** BID = twice daily, CPK = creatine phosphokinase, HSR = hypersensitivity reaction, RAL = raltegravir, UGT = uridine diphosphate gluconyltransferase

CONFIDENTIAL

**Antiretroviral Dosing Recommendations in Patients with Renal or Hepatic Insufficiency**

| Antiretrovirals Generic Name (abbreviation)/ Trade Name | Usual Daily Dose. | Dosing in Renal Insufficiency (Including with chronic ambulatory peritoneal dialysis and hemodialysis) | Dosing in Hepatic Impairment |
|---|---|---|---|
| **Nucleoside Reverse Transcriptase Inhibitors** | | | |
| Use of fixed-dose combination NRTI (+/- NNRTI) of Atripla, Combivir, Complera, Trizivir, or Epzicom is not recommended in patients with CrCl <50 mL/min. Use of Truvada is not recommended in patients with CrCl <30 mL/min. | | | |
| **Abacavir** (ABC)/ Ziagen | 300 mg PO BID | No dosage adjustment necessary | **Child-Pugh** **Score** **Dose** 5–6  200 mg BID (use oral solution) >6  contraindicated |
| **Didanosine EC** (ddI)/ Videx EC | **Body weight ≥60 kg:** 400 mg PO once daily **Body weight <60 kg:** 250 mg PO once daily | **Dose (OD)** **CrCl (mL/min) ≥60 kg  <60 kg** 30–59    200 mg  125mg 10–29    125 mg  125mg <10, HD,    125 mg    use CAPD oral solution | No dosage adjustment necessary |
| **Didanosine oral solution** (ddI)/ Videx | **Body weight ≥60 kg:** 200 mg PO BID or 400 mg PO once daily **Body weight <60 kg:** 250 mg PO once daily or 125 mg PO BID | **Dose (once daily)** **CrCl (mL/min)** **≥60 kg <60 kg** 30–59 200 mg    150 mg 10–29 150 mg    100 mg <10, HD, CAPD 100 mg    75 mg | No dosage adjustment necessary |
| **Emtricitabine** (FTC)/ Emtriva | 200-mg oral capsule once daily; or 240-mg (24-mL) oral solution once | **Dose** **CrCl** **(mL/min)  Capsule  Solution** 30–49    200 mg | No dosage recommendation |

NETCE0004505

| | daily | q48h     120 mg q24h<br>15–29              200 mg<br>q72h     80 mg q24h<br><15 or HD     200 mg<br>q96h     60 mg q24h<br>On dialysis days, take<br>dose after HD<br>session. | |
|---|---|---|---|
| **Lamivudine** (3TC)/ Epivir | 300 mg PO once daily; or 150 mg PO BID | **CrCl (mL/min) Dose**<br>30–49              150 mg q24h<br>15–29            1 x 150 mg, then 100 mg q24h<br>5–14            1 x 150 mg, then 50 mg q24h<br><5 or HD     1 x 50 mg, then 25 mg q24h<br>On dialysis days, take dose after HD session. | No dosage adjustment necessary |
| **Stavudine** (d4T)/ Zerit | **Body weight ≥60 kg:** 40 mg PO BID<br><br>**Body weight <60 kg:** 30 mg PO BID | **Dose CrCl (mL/min)**<br>**≥60 kg          <60 kg**<br>26–50            20 mg q12h     15 mg q12h<br>10–25 or HD     20 mg q24h     15 mg q24h<br>On dialysis days, take dose after HD session. | No dosage recommendation |
| **Tenofovir** (TDF)/ Viread | 300 mg PO once daily | **CrCl (mL/min) Dose**<br>30–49<br>300 mg q48h<br>10–29<br>300 mg twice weekly<br><br>(every 72–96 hr)<br><10 not on HD<br>no recommendation<br>HD<br>300 mg q7d<br>On dialysis days, take dose after HD session. | No dosage adjustment necessary |

CONFIDENTIAL

| **Emtricitabine** (FTC) + **Tenofovir** (TDF)/ Truvada | 1 tablet PO once daily | **CrCl (mL/min)** **Dose** 30–49 1 tablet q48h <30 or HD not recommended | No dosage recommendation |
|---|---|---|---|
| **Zidovudine** (AZT, ZDV)/ Retrovir | 300 mg PO BID | **CrCl (mL/min)** **Dose** <15 or HD 100 mg TID or 300 mg once daily On dialysis days, take dose after HD session. | No dosage recommendation |

**Non-Nucleoside Reverse Transcriptase Inhibitors**

| **Delavirdine** (DLV)/ Rescriptor | 400 mg PO TID | No dosage adjustment necessary | No dosage recommendation; use with caution in patients with hepatic impairment. |
|---|---|---|---|
| **Efavirenz** (EFV)/ Sustiva | 600 mg PO once daily at or before bedtime | No dosage adjustment necessary | No dosage recommendation; use with caution in patients with hepatic impairment. |
| **Efavirenz** (EFV)+ **Tenofovir** (TDF)+ **Emtricitabine** (FTC) Atripla | 1 tablet PO once daily | Not recommend- ed for use in patients with CrCl <50 mL/min. Instead use individual drug components of the fixed-dose combination and adjust TDF and FTC doses according to CrCl level. | |
| **Etravirine** (ETR)/ Intelence | 200 mg PO BID | No dosage adjustment necessary | Child-Pugh Class A or B: no dosage adjustment Child-Pugh Class C: no dosage recommendation |
| **Nevirapine** (NVP)/ Viramune or Viramune XR | 200 mg PO BID or 400 mg PO once daily (using Viramune XR formulation) | Patients on HD: limited data; no dosage recommendation | Child-Pugh Class A: no dosage adjustment Child-Pugh Class B or C: contraindicated |
| **Rilpivirine** (RPV)/ Edurant | 25 mg PO once daily | No dosage adjustment necessary | Child-Pugh Class A or B: no dosage adjustment Child-Pugh Class C: |

CONFIDENTIAL

NETCE0004507

| | | | no dosage recommendation |
|---|---|---|---|
| **Rilpivirine** (RPV)+ **Tenofovir** (TDF)+ **Emtricitabine** (FTC)/Complera | 1 tablet PO once daily | Not recommended for use in patients with CrCl <50 mL/min. Instead use individual drug components of the fixed-dose combination and adjust TDF and FTC doses levels according to CrCl level. | Child-Pugh Class A or B: no dosage adjustment<br><br>Child-Pugh Class C: no dosage recommendation |

**Protease Inhibitors**

| | | | |
|---|---|---|---|
| **Atazanavir** (ATV)/ Reyataz | 400 mg PO once daily or (ATV 300 mg + RTV 100 mg) PO once daily | No dosage adjustment for patients with renal dysfunction not requiring HD<br><br>ARV-naive patients on HD: (ATV 300 mg + RTV 100 mg) once daily<br><br>ARV-experienced patients on HD: ATV or RTV-boosted ATV not recommended | **Child-Pugh**<br>**Class         Dose**<br>B              300 mg<br>once<br>                   daily<br>C              not<br>recommended<br>RTV boosting is **not** recommended in patients with hepatic impairment (Child-Pugh Class B or C). |
| **Darunavir** (DRV)/ Prezista | (DRV 800 mg + RTV 100 mg) PO once daily (ARV-naive patients only) or (DRV 600 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | Mild-to-moderate hepatic impairment: no dosage adjustment Severe hepatic impairment: not recommended |
| **Fosamprenavir** (FPV)/ Lexiva | 1400 mg PO BID or (FPV 1400 mg + RTV 100–200 mg) PO once daily or (FPV 700 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | **Child-Pugh**<br>**Score**<br>**Dose**<br>PI-naive patients only:<br>5–9            700 mg BID<br>10–15        350 mg BID<br>PI-naive or PI-experienced patients:<br>5–6            700 mg |

CONFIDENTIAL

| | | | BID + RTV     100 mg OD<br>7–9          450 mg BID + RTV     100 mg OD<br>10–15       300 mg BID + RTV     100 mg OD |
|---|---|---|---|
| **Indinavir** (IDV)/ Crixivan | 800 mg PO q8h | No dosage adjustment necessary | <u>Mild-to-moderate hepatic insufficiency because of cirrhosis</u>: 600 mg q8h |
| **Lopinavir/ ritonavir** (LPV/r) Kaletra | 400/100 mg PO BID or 800/200 mg PO once daily | Avoid once-daily dosing in patients on HD | No dosage recommendation; use with caution in patients with hepatic impairment. |
| **Nelfinavir** (NFV)/ Viracept | 1250 mg PO BID | No dosage adjustment necessary | <u>Mild hepatic impairment</u>: no dosage adjustment<br><br><u>Moderate-to-severe hepatic impairment</u>: do not use |
| **Ritonavir** (RTV)/ Norvir | <u>As a PI-boosting agent</u>: 100–400 mg per day | No dosage adjustment necessary | Refer to recommendations for the primary PI. |
| **Saquinavir** (SQV)/ Invirase | (SQV 1000 mg + RTV 100 mg) PO BID | No dosage adjustment necessary | <u>Mild-to-moderate hepatic impairment</u>: use with caution<br><br><u>Severe hepatic impairment</u>: contraindicated |
| **Tipranavir** (TPV)/ Aptivus | (TPV 500 mg + RTV 200 mg) PO BID | No dosage adjustment necessary | <u>Child-Pugh Class A</u>: use with caution<br><br><u>Child-Pugh Class B or C</u>: contraindicated |
| **Fusion Inhibitor** | | | |
| **Enfuvirtide** (T20)/ Fuzeon | 90 mg subcutaneous BID | No dosage adjustment necessary | No dosage adjustment necessary |
| **CCR5 Antagonist** | | | |

CONFIDENTIAL

| Maraviroc (MVC)/ Selzentry | The recommended dose differs based on concomitant medications and potential for drug-drug interactions. See Appendix B, Table 6 for detailed dosing information. | CrCl <30 mL/min or HD<br><br>Without potent CYP3A inhibitors or inducers: 300 mg BID; reduce to 150 mg BID if postural hypotension occurs<br><br>With potent CYP3A inducers or inhibitors: not recommended | No dosage recommendations. Concentrations will likely be increased in patients with hepatic impairment. |
| **Integrase Inhibitor** | | | |
| Raltegravir (RAL)/ Isentress | 400 mg BID | No dosage adjustment necessary | Mild-to-moderate hepatic insufficiency: no dosage adjustment necessary<br><br>Severe hepatic insufficiency: no recommendation |

**Key to Abbreviations:** 3TC = lamivudine, ABC = abacavir, ARV = antiretroviral, ATV = atazanavir, AZT = zidovudine, BID = twice daily, CAPD = chronic ambulatory peritoneal dialysis, CrCl = creatinine clearance, CYP = cytochrome P, d4T = stavudine, ddI = didanosine, DLV = delavirdine, DRV = darunavir, EC = enteric coated, EFV = efavirenz, ETR = etravirine, FPV = fosamprenavir, FTC = emtricitabine, hr = hour, HD = hemodialysis, IDV = indinavir, LPV/r = lopinavir/ritonavir, MVC = maraviroc, NFV = nelfinavir, NNRTI = non-nucleoside reverse transcriptase inhibitor, NRTI = nucleoside reverse transcriptase inhibitor, NVP = nevirapine, PI = protease inhibitor, PO = orally, RAL = raltegravir, RPV = rilpivirine, RTV = ritonavir, SQV = saquinavir, T20 = enfuvirtide, TDF = tenofovir, TID = three times daily, TPV = tipranavir, XR = extended release, ZVD = zidovudine

HAART (Highly Active Antiretroviral Therapy)

The introduction of highly active antiretroviral therapy (HAART) has resulted into significant improvement in an immune status, quality of life, and reduced morbidity and mortality associated with HIV infected patients [278]. The prognosis of HIV infected patients has improved significantly since the introduction of HAART [279, 280]. Standard HAART regimens for antiretroviral-naïve patients consist of 3 active antiretroviral agents: 2 nucleoside reverse transcriptase inhibitors (NRTIs) plus one non-nucleoside reverse transcriptase inhibitor (NNRTI), or 2 NRTIs plus a ritonavir-boosted protease inhibitor (PI) [281]. However, four or more active antiretroviral agents have not shown substantial clinical benefit over HAART regimens [282, 283].

The principal goal of HAART is to:
- Prevent transmission

- Reduce suffering

CONFIDENTIAL

NETCE0004510

- Prevent/treat opportunistic infections
- Slow/halt disease progression
- Prolong the patient's life while ensuring quality of life.

CONFIDENTIAL

NETCE0004511

Although the success of HAART is beyond doubt, several issues still persist. The cure of HIV is still not possible because the antiretroviral drugs cannot eliminate the virus completely. New pharmaceutical agents such as elvucitabine, apricitabine, and etravirine have offered a new hope for HIV patients with drug resistant disease and have shown promising results. Novel drugs that can be highly potent against HIV are currently being developed all over the world. Some of these drugs have unique mechanism of action such as:

- BMS-663068 (CD4 receptor attachment inhibitor)

- maturation inhibitors

- Cobicistat (Pharmacokinetic enhancers)

- Capsid assembly inhibitors

- LEDGF/p75 or Lens epithelium derived growth factor inhibitors

Some other pharmaceutical agents which are being studies include:
- GS 7340 is a novel prodrug of tenofovir disoproxil fumarate that acts by inhibiting nucleotide reverse transcriptase. This is still being investigated further in clinical trials.

- Zinc-Finger Nucleases: Preliminary clinical trails have suggested that compound SB-728-T increases CD4 counts resulting in decreased HIV proviral load in an aviremic HIV-infected patient. Modification of CCR5 in CD4 T cells with zinc finger nuclease (ZFN) can increase survival rate in HIV patients. Researchers are now focusing on increasing the efficiency of modified CD4+ cells to increase virologic suppression.

- Nanoformulations of Atazanavir/ Ritonavir are being studied for their potential for better virologic control.

- BMS-790052 is Hepatitis C virus nonstructural protein 5A (NS5A) inhibitor that is being investigated for treatment of HIV/HCVcoinfected individuals.

Some of the drugs that are being investigated for the treatment of HIV infection are discussed below.
Entry Inhibitors
Phase II trials
PRO 140
PRO 140 are genetically engineered monoclonal antibodies, which target CCR5 receptor present on T lymphocytes. PRO 140 is a potent entry inhibitor [284, 285]. It is injected and binds to CCR5 for more than two months [286]. It may have to be administered only once or twice every month. Compared to maraviroc, PRO 140 seems to have fewer side effects [287].

CONFIDENTIAL

Ibalizumab, TMB-355 or TNX-355 is a non-immunosuppressive monoclonal antibody that blocks both CCR5- and CXCR4-tropic viruses [288], including HIV from entering cells by binding to the protein CD4 on the cell surface. Like PRO 140, it may be injected once every two weeks.

BMS-663068 is an entry inhibitor which targets initial step of HIV binding to cells. Majority of entry inhibitors interfere with the second and third steps of HIV entry. BMS-663068 is a prodrug for BMS-626529 which binds to the viral envelope glycoprotein gp120 and interferes with attachment of the virus to the cellular CD4 receptor. BMS-663068 binds to the glycoprotein gp120 on HIV-1 and prevents HIV from binding to a cell's co-receptor. In recent clinical trials this compound caused reduction in HIV viral loads and increased CD4 count [289].

Cenicriviroc (TAK-652) is an investigational drug which is being studied for the treatment of HIV infection [290]. It is a potent CCR5 anatagonist that inhibits CCR2 and CCR5 receptors [291]. In Phase II clinical trails it was observed that this drug 'significantly decrease' viral load [292]. Some of the side effects associated with this drug include fatigue, diarrhea and nausea [293].

**Integrase Inhibitors**

Phase II trials
Dolutegravir is being studied for the treatment of HIV infection.  Clinical trials have shown that it is effective in HIV patients who are resistant to integrase inhibitor, elvitegravir or raltegravir [294].  It is an integrase inhibitor that option for treatment experienced patients who are resistant to integrase inhibitors raltegravir or elvitegravir.
Studies are being conducted to observe the effect of a new fixed dose combination called 572-Trii [295] in which dolutegravir is given in combination with abacavir and lamivudine. Results of SPRING-1, a multinational Phase 2b trial showed that dolutegravir 50mg administered orally is effective in lowering HIV viral load and increasing CD4 counts in integrase-naive patients [296].

Phase III trials
Elvitegravir
Phase III trials of this drug are being conducted in treatment-experienced patients. The drug was recently approved by FDA U for treatment naïve patients as part of the fixed dose combination known as Stribild [297].

Maturation Inhibitors

Phase III trials
Vivecon [298] (MP-9055) is a maturation inhibitor which is Phase II trials. Previous studies have observed that Vivecon can be beneficial for patients who are resistant to NNRTIs and protease inhibitors [299].

NNRTIs
Phase II
Lersivirine is an NNRTI which has is effective in lowering viral load among treatment naive patients [300]. Results of phase IIb trials observed that unlike efavirenz, etravirine and nevirapine, this next generation NNRT was effective against HIV with a certain mutation (position Y181).

CONFIDENTIAL

NRTIs

Phase II trials
KP-1461 was developed not to suppress or inhibit replication, but to compel newly replicated HIV to become less infective. KP-1461 is an NRTI that force newly created HIV to become less able to infect human cells. It increases the mutation rate of HIV when it replicates. This results in virions that are unable to survive. KP-1461 inserts faulty elements into HIV's genetic code. Phase II trial was suspended in June 2008 as majority of HIV patients had no reduction in levels of HIV [301]. However, in May 2009, encouraging optimistic findings were observed from a subsequent study [302]. In January 2011, another phase II study observed that the mutation spectrum of HIV was altered in treatment-experienced patients, receiving KP1461 twice per day for 124 days [303]. This drug is being investigated currently for the treatment of HIV.

Apricitabine, Elvucitabine and Racivir are three conventional NRTIs that are being investigated currently. Studies suggest that all three of these investigational compounds are effective in controlling HIV that is resistant to some other NRTIs.

Festinavir (previously OBP-601) is an NRTI that is active against HIV resistant to both abacavir and tenofovir. This makes this agent a good candidate for HIV patients with multi-drug resistant (MDR) strains of the virus [304].

CONFIDENTIAL

**Laboratory Monitoring Schedule for Patients Prior to and After Initiation of Antiretroviral Therapy**

| | Entry into care | Follow-up before ART | ART initiation or modification | 2–8 weeks post-ART initiation or modification | Every 3–6 months | Every 6 months | Every 12 months | Treatment failure | Clinically indicated |
|---|---|---|---|---|---|---|---|---|---|
| CD4 count | √ | every 3–6 months | √ | | √ | In clinically stable patients with suppressed viral load, CD4 count can be monitored every 6–12 months (see text) | | √ | √ |
| Viral load | √ | every 3–6 months | √ | √ | √ | | | √ | √ |
| Resistance testing | √ | | √ | | | | | √ | √ |
| HLA-B*5701 testing | | | √ if considering ABC | | | | | | |
| Tropism testing | | | √ if considering a CCR5 antagonist | | | | | √ if considering a CCR5 antagonist or for failure of CCR5 antagonist-based regimen | √ |
| Hepatitis B Serology | √ | | √ may repeat if | | | | | | √ |

CONFIDENTIAL

NETCE0004515

|  |  |  | HBsAg (-) and HBsAb (-) at baseline |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Basic chemistryf | √ | every 6–12 months | √ | √ | √ |  |  |  | √ |
| ALT, AST, T. bilirubin | √ | every 6–12 months | √ | √ | √ |  |  |  | √ |
| CBC with differential | √ | every 3–6 months | √ | √ if on ZDV | √ |  |  |  | √ |
| Fasting lipid profile | √ | if normal, annualy | √ | √ consider 4–8 weeks after starting new ART | | √ if abnormal at last measurement | √ if abnormal at last measurement |  | √ |
| Fasting glucose | √ | if normal, annualy | √ |  | √ if abnormal at last measurement | √ if abnormal at last measurement |  |  | √ |
| Urinalysisg | √ |  | √ |  |  | √ if on TDFh | √ |  | √ |
| Pregnancy test |  |  | √ if starting EFV |  |  |  |  |  | √ |

CONFIDENTIAL
NETCE0004516

**Recommendations for Using Drug-Resistance Assays**

| Clinical Setting/Recommendation | Rationale |
|---|---|
| **Drug-resistance assay recommended** | |
| **In acute HIV infection:** Drug-resistance testing is recommended regardless of whether ART is initiated immediately or deferred. A genotypic assay is generally preferred. | If ART is to be initiated immediately, drug-resistance testing will determine whether drug-resistant virus was transmitted. Test results will help in the design of initial regimens or to modify or change regimens if results are obtained subsequent to treatment initiation. Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| If ART is deferred, repeat resistance testing should be considered at the time therapy is initiated. A genotypic assay is generally preferred. | If ART is deferred, testing should still be performed because of the greater likelihood that transmitted resistance-associated mutations will be detected earlier in the course of HIV infection. Results of resistance testing may be important when treatment is initiated. Repeat testing at the time ART is initiated should be considered because the patient may have acquired a drug resistant virus (i.e., superinfection). |
| **In ART-naive patients with chronic HIV infection:** Drug resistance testing is recommended at the time of entry into HIV care, regardless of whether therapy is initiated immediately or deferred. A genotypic assay is generally preferred | Transmitted HIV with baseline resistance to at least one drug is seen in 6%–16% of patients, and suboptimal virologic responses may be seen in patients with baseline resistant mutations. Some drug-resistance mutations can remain detectable for years in untreated chronically infected patients. |
| If therapy is deferred, repeat resistance testing should be considered prior to the initiation of ART. A genotypic assay is generally preferred. | Repeat testing prior to initiation of ART should be considered because the patient may have acquired a drug-resistant virus (i.e., a superinfection). Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| If an INSTI is considered for an ART-naive patient and transmitted INSTI resistance is a concern, providers may wish to supplement standard resistance testing with a specific INSTI genotypic resistance assay. | Standard genotypic drug-resistance assays test only for mutations in the RT and PR genes. |

CONFIDENTIAL

| | |
|---|---|
| **In patients with virologic failure:** Drug-resistance testing is recommended in persons on combination ART with HIV RNA levels >1,000 copies/mL. In persons with HIV RNA levels >500 but <1,000 copies/mL, testing may be unsuccessful but should still be considered | Testing can help determine the role of resistance in drug failure and maximize the clinician's ability to select active drugs for the new regimen. Drug-resistance testing should be performed while the patient is taking prescribed ARV drugs or, if not possible, within 4 weeks after discontinuing therapy. |
| A standard genotypic resistance assay is generally preferred for those experiencing virologic failure on their first or second regimens | Genotypic testing is preferable to phenotypic testing because of lower cost, faster turnaround time, and greater sensitivity for detecting mixtures of wild-type and resistant virus. |
| In patients failing INSTI-based regimens, genotypic testing for INSTI resistance should be considered to determine whether to include drugs from this class in subsequent regimens | Standard genotypic drug-resistance assays test only for mutations in the RT and PR genes. |
| Addition of phenotypic assay to genotypic assay is generally preferred for those with known or suspected complex drugresistance patterns, particularly to PIs | Phenotypic testing can provide useful additional information for those with complex drug-resistance mutation patterns, particularly to PIs. |
| **In patients with suboptimal suppression of viral load:** Drugresistance testing is recommended for persons with suboptimal suppression of viral load after initiation of ART | Testing can help determine the role of resistance and thus assist the clinician in identifying the number of active drugs available for a new regimen. |
| **In HIV-infected pregnant women:** Genotypic resistance testing is recommended for all pregnant women prior to initiation of ART ) and for those entering pregnancy with detectable HIV RNA levels while on therapy | The goal of ART in HIV-infected pregnant women is to achieve maximal viral suppression for treatment of maternal HIV infection and for prevention of perinatal transmission of HIV.  Genotypic resistance testing will assist the clinician in selecting the optimal regimen for the patient. |
| **Drug-resistance assay not usually recommended** | |
| **After therapy discontinued:** Drug-resistance testing is not usually recommended after discontinuation (>4 weeks) of ARV drugs | Drug-resistance mutations might become minor species in the absence of selective drug pressure, and available assays might not detect minor drug-resistant species. If testing is performed in this setting, the detection of drug resistance may be of value; however, the absence of resistance does not rule out the presence of minor drug-resistant species. |

CONFIDENTIAL

NETCE0004518

| In patients with low HIV RNA levels: Drug-resistance testing is not usually recommended in persons with a plasma viral load <500 copies/mL | Resistance assays cannot be consistently performed given low HIV RNA levels. |
|---|---|

### Initiating Antiretroviral Therapy in Treatment-Naive Patients
**Panel's Recommendations**
• Antiretroviral therapy (ART) is recommended for all HIV-infected individuals. The strength of this recommendation varies on the basis of pretreatment CD4 cell count:
- CD4 count <350 cells/mm3 **(AI)**
- CD4 count 350 to 500 cells/mm3 **(AII)**
- CD4 count >500 cells/mm3 **(BIII)**
• Regardless of CD4 count, initiation of ART is strongly recommended for individuals with the following conditions:
- Pregnancy **(AI)**
- History of an AIDS-defining illness **(AI)**
- HIV-associated nephropathy (HIVAN) **(AII)**
- HIV/hepatitis B virus (HBV) co-infection **(AII)**
• Effective ART also has been shown to prevent transmission of HIV from an infected individual to a sexual partner; therefore, ART should be offered to patients who are at risk of transmitting HIV to sexual partners (**AI** [heterosexuals] or **AIII** [other transmission risk groups].
• Patients starting ART should be willing and able to commit to treatment and should understand the benefits and risks of therapy and the importance of adherence **(AIII)**. Patients may choose to postpone therapy, and providers, on a case-by ase basis, may elect to defer therapy on the basis of clinical and/or psychosocial factors.

**Rating of Recommendations:** A = Strong; B = Moderate; C = Optional
**Rating of Evidence:** I = data from randomized controlled trials; II = data from well-designed nonrandomized trials or observational cohort studies with long-term clinical outcomes; III = expert opinion

### Initial Combination Regimens for the Antiretroviral- Naive Patient
**Panel's Recommendations**
• The Panel recommends the following as preferred regimens for antiretroviral (ARV)-naive patients:
• efavirenz/tenofovir/emtricitabine (EFV/TDF/FTC) **(AI)**
• ritonavir-boosted atazanavir + tenofovir/emtricitabine (ATV/r + TDF/FTC) **(AI)**
• ritonavir-boosted darunavir + tenofovir/emtricitabine (DRV/r + TDF/FTC) **(AI)**
• raltegravir + tenofovir/emtricitabine (RAL + TDF/FTC) **(AI)**
• Selection of a regimen should be individualized on the basis of virologic efficacy, toxicity, pill burden, dosing frequency, drug-drug interaction potential, resistance testing results, and comorbid conditions.
• Based on individual patient characteristics and needs, in some instances, an alternative regimen may actually be a preferred regimen for a patient.

### Preferred and Alternative Antiretroviral Regimens for Antiretroviral Therapy-Naïve Patients

CONFIDENTIAL
NETCE0004519

**Preferred Regimens** (Regimens with optimal and durable efficacy, favorable tolerability and toxicity profile, and ease of use)

The preferred regimens for non-pregnant patients are arranged by chronological order of FDA approval of components other than nucleosides and, thus, by duration of clinical experience.

| | Comments |
|---|---|
| *NNRTI-Based Regimen* <br> • EFV/TDF/FTCa **(AI)** <br><br> *PI-Based Regimens (in alphabetical order)* <br> • ATV/r + TDF/FTCa **(AI)** <br> • DRV/r (once daily) + TDF/FTCa **(AI)** <br><br> *INSTI-Based Regimen* <br> • RAL + TDF/FTCa **(AI)** <br> *Preferred Regimen for Pregnant Womenb* <br> • LPV/r (twice daily) + ZDV/3TCa **(AI)** | **EFV** should not be used during the first trimester of pregnancy or in women of childbearing potential who are trying to conceive or not using effective and consistent contraception. <br><br> **TDF** should be used with caution in patients with renal insufficiency. <br><br> **ATV/r** should not be used in patients who require >20 mg omeprazole equivalent per day. Refer to Table 15a for dosing recommendations regarding interactions between ATV/r and acid-lowering agents. |

**Alternative Regimens** (Regimens that are effective and tolerable but have potential disadvantages compared with preferred regimens. An alternative regimen may be the preferred regimen for some patients.)

| | Comments |
|---|---|
| *NNRTI-Based Regimens (in alphabetical order)* <br> • EFV + ABC/3TCa **(BI)** <br> • RPV/TDF/FTCa **(BI)** <br> • RPV + ABC/3TCa **(BIII)** <br><br> *PI-Based Regimens (in alphabetical order)* <br> • ATV/r + ABC/3TCa **(BI)** <br> • DRV/r + ABC/3TCa **(BIII)** <br> • FPV/r (once or twice daily) + ABC/3TCa or TDF/FTCa **(BI)** <br> • LPV/r (once or twice daily) + ABC/3TCa or TDF/FTCa **(BI)** <br><br> *INSTI-Based Regimen* <br> • RAL + ABC/3TCa **(BIII)** | • Use **RPV** with caution in patients with pretreatment HIV RNA >100,000 copies/mL. <br> • Use of PPIs with **RPV** is contraindicated. <br> • **ABC** should not be used in patients who test positive for HLAB* 5701. <br> • Use **ABC** with caution in patients with known high risk of CVD or with pretreatment HIV RNA >100,000 copies/mL. (See text.) <br><br> **Once-daily LPV/r** is not recommended for use in pregnant women. |

CONFIDENTIAL

## Acceptable Antiretroviral Regimens for Treatment-Naive Patients

**Acceptable Regimens (CI)** (Regimens that may be selected for some patients but are less satisfactory than preferred or alternative regimens) **and Regimens that may be acceptable but more definitive data are needed (CIII)**

| | Comments |
|---|---|
| *NNRTI-Based Regimen* <br>• EFV + ZDV/3TCa **(CI)** <br>• NVP + (TDF/FTCa or ZDV/3TCa) **(CI)** <br>• NVP + ABC/3TCa **(CIII)** <br>• RPV + ZDV/3TCa **(CIII)** <br><br>*PI-Based Regimens* <br>• ATV + (ABC or ZDV)/3TCa **(CI)** <br>• ATV/r + ZDV/3TCa **(CI)** <br>• DRV/r + ZDV/3TCa **(CIII)** <br>• FPV/r + ZDV/3TCa **(CI)** <br>• LPV/r + ZDV/3TCa **(CIII)** <br><br>*INSTI-Based Regimen* <br>• RAL + ZDV/3TCa **(CIII)** <br><br>*CCR5 Antagonist-Based Regimens* <br>• MVC + ZDV/3TCa **(CI)** <br>• MVC + TDF/FTCa or ABC/3TCa **(CIII)** | • **NVP** should not be used in patients with moderate to severe hepatic impairment (Child-Pugh B or C).b <br>• **NVP** should not be used in women with pre-ART CD4 count >250 cells/mm3 or in men with pre-ART CD4 count >400 cells/mm3. <br><br>Use **NVP** and **ABC** together with caution because both can cause HSRs within the first few weeks after initiation of therapy. <br><br>**ZDV** can cause bone marrow suppression, lipoatrophy, and rarely lactic acidosis with hepatic steatosis. <br><br>**LPV/r (twice daily) + ZDV/3TC** is the preferred regimen for use in pregnant women. <br><br>**ATV/r** is generally preferred over **unboosted ATV**. Unboosted ATV may be used when RTV boosting is not possible. <br><br>Perform tropism testing before initiation of therapy with **MVC**. **MVC** may be considered in patients who have only CCR5-tropic virus. |

**Regimens that may be acceptable but should be used with caution** (Regimens that have demonstrated virologic efficacy in some studies but are associated with concerns about safety, resistance, or efficacy. See comments below.)

| | Comments |
|---|---|
| *PI-Based Regimens* <br>• SQV/r + TDF/FTCa **(CI)** <br>• SQV/r + (ABC or ZDV)/3TCa **(CIII)** | • **SQV/r** was associated with PR and QT prolongation in a healthy volunteer study. <br>• Baseline ECG is recommended before initiation of **SQV/r.** <br>• **SQV/r** is not recommended in patients with any of the following: <br>1. pretreatment QT interval >450 msec <br>2. refractory hypokalemia or hypomagnesemia <br>3. concomitant therapy with other drugs that prolong QTinterval <br>4. complete AV block without implanted pacemaker <br>5. risk of complete AV block |

CONFIDENTIAL

NETCE0004521

**Advantages and Disadvantages of Antiretroviral Components Recommended as Initial Antiretroviral Therapy**

| ARV Class | ARV Agent(s) | Advantages | Disadvantages |
|---|---|---|---|
| NNRTIs (in alphabetical order) | | **NNRTI Class Advantages:**<br>• Long half-lives | **NNRTI Class Disadvantages:**<br>• Greater risk of resistance at the time of treatment failure with NNRTIs than with PIs<br>• Potential for cross resistance<br>• Skin rash<br>• Potential for CYP450 drug interactions (See Tables 14, 15b, and 16b.)<br>• Transmitted resistance more common with NNRTIs than with PIs |
| | EFV | • Virologic responses equivalent or superior to all comparators to date<br>• Once-daily dosing<br>• Coformulated with TDF/FTC | • Neuropsychiatric side effects<br>• Teratogenic in nonhuman primates. Several cases of neural tube defect in infants born to women who were exposed to EFV in the first trimester of pregnancy reported. EFV use should be avoidedin women with potential for pregnancy and is contraindicated in the first trimester.<br>• Dyslipidemia |
| | NVP | • No food effect<br>• Fewer lipid effects than EFV<br>• Once-daily dosing with extendedrelease tablet formulation | • Higher incidence of rash, including rare but serious HSRs (SJS or TEN), than with other NNRTIs<br>• Higher incidence of hepatotoxicity, including serious and even fatal cases of hepatic necrosis, than with other NNRTIs<br>• Contraindicated in patients with moderate or severe (Child-Pugh B or C) hepatic impairment<br>• Some data suggest that ART-naive patients with high pre-NVP CD4 counts (>250 cells/mm3 for females, >400 cells/mm3 for males) are at higher risk of symptomatic hepatic events. NVP is not recommended in these patients unless benefit clearly outweighs risk.<br>• Early virologic failure of NVP + |

| | | | |
|---|---|---|---|
| | | | TDF + (FTC or 3TC) in small clinical trials |
| | RPV | • Once-daily dosing<br>• Coformulated with TDF/FTC<br>• Compared with EFV:<br>• Fewer discontinuations for CNS adverse effects<br>• Fewer lipid effects<br>• Fewer rashes | • More virologic failures in patients with pretreatment HIV RNA >100,000 copies/mL than with EFV-based regimen<br>• More NNRTI- and 3TC-associated mutations at virological failure than with regimen containing EFV + two NRTIs<br>• Food requirement<br>• Absorption depends on lower gastric pH. (See Table 15a for detailed information regarding interactions with H2 antagonists and antacids.)<br>• Contraindicated with PPIs<br>• RPV-associated depression reported<br>• Use RPV with caution when coadministered with a drug having a known risk of torsades de pointes. |
| PIs (in alphabetical order) | | **PI Class Advantages:**<br>• Higher genetic barrier to resistance than NNRTIs and RAL<br>• PI resistance uncommon with failure while on first PI regimen | **PI Class Disadvantages:**<br>• Metabolic complications such as dyslipidemia, insulin resistance, hepatotoxicity<br>• GI adverse effects<br>• CYP3A4 inhibitors and substrates: potential for drug interactions (more pronounced with RTV-based regimens) |
| | ATV | • Fewer adverse effects on lipids than other PIs<br>• Once-daily dosing<br>• Low pill burden<br>• Good GI tolerability<br>• Signature mutation (I50L) not associated with broad PI cross resistance | • Indirect hyperbilirubinemia sometimes leading to jaundice or scleral icterus<br>• PR interval prolongation: generally inconsequential unless ATV combined with another drug with similar effect<br>• Cannot be coadministered with TDF, EFV, or NVP (See ATV/r.)<br>• Nephrolithiasis<br>• Skin rash<br>• Food requirement<br>• Absorption depends on food and low gastric pH. (See Tables 15a for detailed information regarding interactions with H2 antagonists, antacids, and PPIs.) |

NETCE0004523

| | | | |
|---|---|---|---|
| | ATV/r | • RTV boosting: higher trough ATV concentration and greater antiviral effect<br>• Once-daily dosing<br>• Low pill burden | • More adverse effects on lipids than unboosted ATV<br>• More hyperbilirubinemia and jaundice than unboosted ATV<br>• Food requirement<br>• Absorption depends on food and low gastric pH. (See Tables 15a for interactions with H2 antagonists, antacids, and PPIs.)<br>• RTV boosting required with TDF and EFV. With EFV, use ATV 400 mg and RTV 100 mg once daily (PI-naive patients only).<br>• Should not be coadministered with NVP |
| | DRV/r | • Once-daily dosing<br>• Potent virologic efficacy | • Skin rash<br>• Food requirement |
| | FPV/r | • Twice-daily dosing resulted in efficacy comparable to LPV/r<br>• RTV boosting results in higher trough APV concentration and greater antiviral effect<br>• Once-daily dosing possible with RTV 100 mg or 200 mg daily<br>• No food effect | • Skin rash<br>• Hyperlipidemia<br>• Once-daily dosing results in lower APV concentrations than twice-daily dosing<br>• For FPV 1400 mg + RTV 200 mg: requires 200 mg of RTV and no coformulation<br>• Fewer data on FPV 1400 mg + RTV 100 mg dose than on DRV/r and ATV/r |
| | LPV/r | • Coformulated<br>• No food requirement<br>• Recommended PI in pregnant women (twice daily only)<br>• Greater CD4 count increase than with EFV-based regimens | • Requires 200 mg per day of RTV<br>• Lower drug exposure in pregnant women—may need dose increase in third trimester<br>• Once-daily dosing not recommended in pregnant women<br>• Once-daily dosing results in lower trough concentration than twice-daily dosing<br>• Possible higher risk of MI associated with cumulative use of LPV/r<br>• PR and QT interval prolongation have been reported. Use with caution in patients at risk of cardiac conduction abnormalities or receiving other drugs with similar effect. |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| | SQV/r | • Similar efficacy but less hyperlipidemia than with LPV/r | • Highest pill burden (6 pills per day) among available PI regimens<br>• Requires 200 mg of RTV<br>• Food requirement<br>• PR and/or QT interval prolongations in a healthy volunteer study<br>• Pretreatment ECG recommended<br>• SQV/r is not recommended for patients with any of the following conditions: (1) congenital or acquired QT prolongation; (2) pretreatment ECG >450 msec; (3) on concomitant therapy with other drugs that prolong QT interval; (4) complete AV block without implanted pacemakers; (5) risk of complete AV block. |
| INSTI | RAL | • Virologic response noninferior to EFV<br>• Fewer drug-related adverse events and lipid changes than EFV<br>• No food effect<br>• Fewer drug-drug interactions than PI- or NNRTI-based regimens | • Twice-daily dosing<br>• Lower genetic barrier to resistance than with boosted PI-based regimens<br>• No data with NRTIs other than TDF/FTC in ART-naive patients<br>• Increase in creatine kinase, myopathy, and rhabdomyolysis have been reported<br>• Rare cases of severe skin reactions (including SJS and TEN) have been reported and systemic HSRs with rash and constitutional symptoms, with or without hepatitis, have been reported. |
| CCR5 Antagonist | MVC | • Virologic response noninferior to EFV in post hoc analysis of MERIT study (See text.)<br>• Fewer adverse effects than EFV | • Requires viral tropism testing prior to initiation of therapy, which results in additional cost and possible delay in initiation of therapy<br>• More MVC-treated than EFV-treated patients discontinued therapy due to lack of efficacy in MERIT study<br>• Less long-term experience in ART-naive patients than with boosted PI- or NNRTI-based regimens<br>• Limited experience with dual-NRTIs other than ZDV/3TC<br>• Twice-daily dosing<br>• CYP 3A4 substrate; dosing |

NETCE0004525

| | | | depends on presence or absence of concomitant CYP3A4 inducer(s) or inhibitor(s) |
|---|---|---|---|
| **Dual-NRTI pairs (in alphabetical order)** | **ABC/3TC** | • Virologic response noninferior to ZDV/3TC<br>• Better CD4 count responses than with ZDV/3TC<br>• Once-daily dosing<br>• Coformulation<br>• No food effect<br>• No cumulative TAM-mediated resistance | • Potential for ABC HSR in patients with HLA-B*5701<br>• Increased potential for cardiovascular events, especially in patients with cardiovascular risk factors<br>• Inferior virologic responses in patients with baseline HIV RNA >100,000 copies/mL when compared with TDF/FTC in ACTG 5202 study; however, this was not seen in the HEAT study. |
| | **TDF/FTC** | • Better virologic responses than with ZDV/3TC<br>• Better virologic responses than with ABC/3TC in patients with baseline HIV RNA >100,000 copies/mL in ACTG 5202 study; however, this was not seen in the HEAT study.<br>• Active against HBV; recommended dual-NRTI for HIV/HBV coinfection<br>• Once-daily dosing<br>• No food effect<br>• Coformulated (TDF/FTC, EFV/TDF/FTC, and RPV/TDF/FTC)<br>• No cumulative TAM-mediated resistance | • Potential for renal impairment, including Fanconi syndrome and acute renal insufficiency<br>• Early virologic failure of NVP + TDF + (FTC or 3TC) in small clinical trials<br>• Potential for decrease in BMD |

  
| | ZDV/3TC | • Coformulated (ZDV/3TC and ZDV/3TC/ABC) • No food effect (although better tolerated with food) • Preferred dual NRTI in pregnant women | • Bone marrow suppression, especially anemia and neutropenia • GI intolerance, headache • Mitochondrial toxicity, including lipoatrophy, lactic acidosis, hepatic steatosis • Compared with TDF/FTC, inferior in combination with EFV • Less CD4 increase compared with ABC/3TC • Twice-daily dosing |

**Antiretroviral Components or Regimens Not Recommended as Initial Therapy**

| ARV drugs or components (in alphabetical order) | Reasons for NOT recommending as initial therapy |
|---|---|
| ABC/3TC/ZDV (coformulated) as triple-NRTI combination regimen **(BI)** | • Inferior virologic efficacy |
| ABC + 3TC + ZDV + TDF as quadruple-NRTI combination regimen **(BI)** | • Inferior virologic efficacy |
| DRV (unboosted) | • Use without RTV has not been studied |
| DLV **(BIII)** | • Inferior virologic efficacy • Inconvenient (three times daily) dosing |
| ddI + 3TC (or FTC) **(BIII)** | • Inferior virologic efficacy • Least clinical trial experience in ART-naive patients |
| ddI + TDF **(BII)** | • High rate of early virologic failure • Rapid selection of resistance mutations • Potential for immunologic nonresponse/CD4 T-cell decline • Increased ddI drug exposure and toxicities |
| T20 **(BIII)** | • No clinical trial experience in ART-naive patients • Requires twice-daily subcutaneous injections |
| ETR **(BIII)** | • Insufficient data in ART-naive patients |
| FPV (unboosted) **(BIII)** | • Less potent than RTV-boosted FPV • Virologic failure with unboosted FPV-based regimen may select mutations that confer resistance to DRV |
| IDV (unboosted) **(BIII)** | • Inconvenient dosing (three times daily with meal restrictions) • Fluid requirement |
| IDV (RTV-boosted) **(BIII)** | • High incidence of nephrolithiasis |

NETCE0004527

| NFV **(BI)** | • Inferior virologic efficacy<br>• High incidence of diarrhea |
|---|---|
| RTV as sole PI **(BIII)** | • High pill burden<br>• GI intolerance |
| SQV (unboosted) **(BI)** | • Inferior virologic efficacy |
| d4T + 3TC **(BI)** | • Significant toxicities including lipoatrophy; peripheral neuropathy; and hyperlactatemia, including symptomatic and life-threatening lactic acidosis, hepatic steatosis, and pancreatitis |
| TPV (RTV-boosted) **(BI)** | • Inferior virologic efficacy |

**Antiretroviral Regimens or Components That Should Not Be Offered At Any Time**

| | Rationale | Exception |
|---|---|---|
| **Antiretroviral Regimens Not Recommended** | | |
| **Monotherapy with NRTI (AII)** | • Rapid development of resistance<br>• Inferior ARV activity when compared with combination of three or more ARV agents | • No exception |
| **Dual-NRTI regimens (AI)** | • Rapid development of resistance<br>• Inferior ARV activity when compared with combination of three or more ARV agents | • No exception |
| **Triple-NRTI regimens (AI) except for ABC/ZDV/3TC (BI) or possibly TDF + ZDV/3TC (BII)** | • High rate of early virologic nonresponse seen when triple-NRTI combinations, including ABC/TDF/3TC and TDF/ddI/3TC, were used as initial regimen in ART-naive patients.<br>• Other triple-NRTI regimens have not been evaluated. | • ABC/ZDV/3TC **(BI)** and possibly TDF + ZDV/3TC **(BII)** in patients in whom other combinations are not desirable |
| **Antiretroviral Components Not Recommended as Part of an Antiretroviral Regimen** | | |
| **ATV + IDV (AIII)** | • Potential additive hyperbilirubinemia | • No exception |
| **ddI + d4T (AII)** | • High incidence of toxicities: peripheral neuropathy, pancreatitis, and hyperlactatemia<br>• Reports of serious, even fatal, cases of lactic acidosis with hepatic steatosis with or without pancreatitis in pregnant women | • No exception |

NETCE0004528

| ddI + TDF (AII) | • Increased ddI concentrations and serious ddI associated toxicities<br>• Potential for immunologic nonresponse and/or CD4 cell count decline<br>• High rate of early virologic failure<br>• Rapid selection of resistance mutations at failure | • Clinicians caring for patients who are clinically stable on regimens containing TDF + ddI should consider altering the NRTIs to avoid this combination. |
|---|---|---|
| 2-NNRTI combination (AI) | • When EFV combined with NVP, higher incidence of clinical adverse events seen when compared with either EFV- or NVP-based regimen.<br>• Both EFV and NVP may induce metabolism and may lead to reductions in ETR exposure; thus, they should not be used in combination with ETR. | • No exception |
| EFV in first trimester of pregnancy or in women with significant childbearing potential (AIII) | • Teratogenic in nonhuman primates | • When no other ARV options are available and potential benefits outweigh the risks (BIII) |
| FTC + 3TC (AIII) | • Similar resistance profiles<br>• No potential benefit | • No exception |
| ETR + unboosted PI (AII) | • ETR may induce metabolism of these PIs; appropriate doses not yet established | • No exception |
| ETR + RTV-boosted ATV or FPV (AII) | • ETR may alter the concentrations of these PIs; appropriate doses not yet established | • No exception |
| ETR + RTV-boosted TPV (AII) | • ETR concentration may be significantly reduced by RTV-boosted TPV | • No exception |
| NVP in ARV-naive women with CD4 count >250 cells/mm3 or men with CD4 count >400 cells/mm3 (BI) | • High incidence of symptomatic hepatotoxicity | • If no other ARV option available; if used, patient should be closely monitored |
| d4T + ZDV (AII) | • Antagonistic effect on HIV-1 | • No exception |
| Unboosted DRV, SQV, or TPV (AII) | • Inadequate bioavailability | • No exception |

NETCE0004529

**CONCLUSION**

Non-antibiotics are drugs or compounds that have properties similar to antibiotics, although they were not initially designed for antibiotic or chemotherapeutic purposes. These therapeutic agents modify cell permeability and show broad-spectrum antimicrobial activity in vitro against bacteria and other microbes. They also enhance the in-vitro activity of some antibiotics against specific bacteria, which makes antibiotic-resistant bacteria susceptible to previously ineffective drugs and increase antimycobacterial activity against drug resistant strains. Some of the common non-antibiotics include phenothiazines, thioxanthenes, omeprazole, Phenobarbital etc. Synergistic effect between non-antibiotics and antibiotics has resulted in the development of new drug combinations for treating infections that are difficult to treat with a single antibiotic. For example, in children presenting with recurrent pyelonephritis, treatment with an aminoglycoside and chlorpromazine has shown a significant synergic effect compared with treatment with the aminoglycoside alone.

Recently scientist have developed a new non-antibiotic compound called FimH antagonists, which is highly effective in the treatment of urinary tract infections and doesn't contribute to the growing problem of antibiotic resistance bacteria.

Non-antibiotics are increasingly being recognized for their role in managing different types of infections, particularly when resistance has evolved.

Antimicrobials are chemical substances that prevent, inhibit or eliminate the growth of a microorganism. Antimicrobials encompass all types of antibiotics, antiseptics and disinfectants. Antimicrobial agents are one of the most widely, used as well as abused therapeutic agents worldwide. Initiation of antimicrobial therapy includes accurately diagnosing the infection; judicious selection of empiric and definitive therapy; proper knowledge of antimicrobial agents and its adverse effects. These general principles are helpful and should be followed for optimal antimicrobial therapy. In short, optimal use of antimicrobial agents involves obtaining an accurate diagnosis, determining the need for and timing of antimicrobial therapy, understanding proper dosing of the agents, designing treatment according to host characteristics, using and preferring the narrow spectrum agents and shortest duration of therapy, and switching to oral drugs as soon as possible. Antibiotic resistance has become one of the biggest to the health care professionals in the treatment of infectious diseases. Antibiotic resistance is widespread and it is believed that any microorganism could develop resistance to any antibiotic. The widespread and often inappropriate use of antimicrobial drugs is most important factor in the emergence of drug resistance. Antimicrobial drug should be used appropriately and only when necessary for prevention of drug resistance.

Infectious diseases caused by fungi are known as mycoses, and they are usually chronic in nature. Mycotic infections can be superficial and may involve the skin. Some fungi can also cause subcutaneous infections by penetrating the skin. Systemic mycoses caused by virulent pathogens such as candidiasis, aspergillosis and cryptococcosis predominantly originate in the lungs and later on can spread to multiple organ systems. Fungal infections are usually antibiotic resistant. The antifungals act on different targets. Polyene antibiotics such as amphotericin B lipid, Nystatin (topical) and azole antifungals act on the cell membrane. Some agents such as pyrimidine analogues (Flucytosine) target DNA synthesis. Drugs such as echinocandins, caspofungin acetate act on cell wall. Some of the prominent side

NETCE0004530

effects of antifungal include liver damage or change in estrogen levels.  Many antifungals can also cause allergic reactions or life-threatening anaphylaxis.

Parasitic infections cause a huge burden of disease worldwide.  Amongst parasitic infections, malaria is major cause of mortality globally accounting for approximately 1 million lives each year. In the US, trichomoniasis accounts for nearly 7.4 million new cases each year.  Giardia and cryptosporidium are responsible for more than 2 million and 300,000 infections each year respectively in the US. Antiparasitics are indicated for the treatment of different types of parasitic diseases such as nematodes, infectious protozoa, cestodes, etc.  Helminths and protozoa are two major groups of parasites which can infest human beings.  Some of the common helminthes include cestodes, trematodes and nematodes.  Most common protozoa that infect humans are malaria parasite, Plasmodium. Anthelmintic drugs are principally aimed at metabolic targets solely found present in the parasite but are either absent from or have different characteristics than those of the host. Antinematodes are drugs used for treating different types of nematode infestations. Some of the common antinematodes include mebendazole, diethylcarbamazine, ivermectin and pyrantel pamoate.  Praziquantel is used for treting treamtode infestation (antitrematode).  Niclosemide, praziquantel and albendazole are effective in the treatment of cestode infestation.  Rifampin and amphotericin B are used for treating amoebiasis.

Protozoa are eukaryotes, and, therefore, have metabolic processes very similar to those of the human host than to prokaryotic bacterial pathogens.   Hence, protozoal diseases are difficult to treat, and many antiprotozoal agents cause serious toxic effects in the human body, especially cells with higher metabolic activity. Metronidazole and tinidazole are mixed amebicide that are effective in treating for intestinal and extraintestinal amebiasis. Luminal amebicides, such as iodoquinol, diloxanide furoate, or paromomycin, should be prescribed for treating symptom-free colonization state. Systemic amebicides such as chloroquine, emetine and dehydroemetine are highly effective in the treatment of liver abscesses and intestinal wall infections caused by amebas.

Malaria is a tropical, vector-borne acute infectious disease caused by the protozoal genus Plasmodium.  Antimalarial medications are prescribed to prevent or cure malaria. Treatment of malaria encompasses combination therapy as this confers many advantages, including reduction in treatment failure, reduction in developing resistance, fewer and milder side effects and increased convenience. Primaquine is an effective and potent tissue schizonticide. Chloroquine, mefloquine, quinine, artemisinin, and Qinghaosu are all blood schizonticide. Pyrimethamine is an effective blood schizonticide and sporontocide.  Other drugs that are effective in malaria include proguanil, sulfonamides, atovaquone, halofantrine, doxycycline, and clindamycin.

Trypanosomiasis is a chronic and, potentially fatal diseases caused by species of Trypanosoma.  There are two major human forms of this disease, African sleeping sickness and American sleeping sickness. African sleeping sickness is caused by T. brucei gambiense and T. brucei rhodiense. Chemotherapy of trypanosomiasis involves use of different drugs including melarsoprol, pentamidine, nifurtimox, suramin, and benznidazole.  Leishmaniasis is transmitted from animals to humans and sometimes between humans by the bite of infected female sandflies. Leishmaniasis is difficult to treat, because the effective drugs have high failure rates

CONFIDENTIAL
NETCE0004531

and are toxic. Sodium stibogluconate is the drug of choice for the treatment of leishmaniasis. Patient receiving Sodium stibogluconate should be monitored periodically for renal and hepatic function. Alternative agents effective in the treatment of leishmaniasis are pentamidine and amphotericin B and Allopurinol. Toxoplasmosis is a parasitic disease caused by the protozoan Toxoplasma gondii, which is transmitted to humans after eating infected meat. Combination of sulfadiazine and pyrimethamine is the drug of choice for treatment of Toxoplasmosis. TMP-SZ (Trimethoprim/sulfamethoxazole) is the drug of choice for preventing Toxoplasma infection, but is not the drug to treat. Pyrimethamine, sulfadiazine, spiramycin, minocycline, atovaquone are the common drugs prescribed for the treatment of this disease. Giardia lamblia is the most frequently diagnosed intestinal parasite in the United States. It causes gastroenteritis in humans. Metronidazole is the drug of choice. Tinidazole and nitazoxanide are equally effective as metronidazole and have a much shorter course of therapy.

Tuberculosis is the most frequently encountered mycobacterial infection and globally is the leading of death from infection. Approximately 5–10% of tuberculosis infected patient without HIV develop active disease during their lifetimes. Whereas, approximately, 30% of patients coinfected with HIV develop active disease. Treating tuberculosis can be a difficult preposition as the bacteria grows slowly; thus, are difficult to culture requiring long-term treatment which may last from 6 months to 2 years. Emergence of resistant bacteria has also made the matter worse, especially in patients who are non-compliant or have had prior treatment. Strains of M. tuberculosis may become resistant to a particular drug; therefore, multidrug therapy is prescribed to prevent or delay or prevent drug resistance. Treatment starts with "intensive phase" which includes initial short-course chemotherapy also known as DOTS (directly observed treatment) for tuberculosis. In this regime isoniazid, rifampin, ethambutol, and pyrazinamideare given for initial 2 months. It is then followed by isoniazid and rifampin for the next 4 months (the "continuation phase). Patients with suspected multidrug-resistant tuberculosis or with past history of tuberculosis can be prescribed more drugs in addition to the first-line agents. The added agents usually include an aminoglycoside (streptomycin, kanamycin, or amikacin) or capreomycin (injectable agents), a fluoroquinolone, and perhaps a second-line antituberculosis agent such as ethionamide, cycloserine, or p-aminosalicylic acid. Some of the antitubercular agents such as, pyrazinamide and rifampicin can be hepatotoxic; therefore, it is important to monitor liver chemistry in patients taking such drugs to prevent drug-induced hepatotoxicity.

Human immunodeficiency virus (HIV) is a lentivirus (a member of the retrovirus family) that causes AIDS (acquired immunodeficiency syndrome), a condition characterized by profound lymphopenia and progressive failure of the immune system susceptibility to life-threatening infections with opportunistic pathogens. HIV is transmitted sexually, for the most part, but it is also transmitted parenterally among intravenous drug users and vertically from mothers to their infants. HIV infects vital cells in the human immune system such as helper T cells (specifically $CD4^+$ T cells), macrophages, and dendritic cells.

HIV infection is a pandemic according to the World Health Organization (WHO). In 2010 alone HIV/AIDS killed 1.8 million people and approximately 34 million people have HIV globally. AIDS is defined as either a $CD4^+$ T cell numbers less than 200 cells per μL or is based on the occurrence of specific diseases in association with an HIV infection. Approximately 50% people infected with HIV eventually develop AIDS within ten years if not treated. The most common initial conditions that indicate the

CONFIDENTIAL

NETCE0004532

presence of AIDS are PCP pneumonia, HIV wasting syndrome and esophageal candidiasis. The treatment of HIV/AIDS includes the use of antiretroviral drugs which reduce the growth and replication of HIV. When three or four such drugs are taken in combination, the approach is called HAART or highly active antiretroviral therapy. More than 20 approved antiretroviral (ARV) drugs in six classes are available for the treatment of HIV/AIDS.   These six classes can also be used in combinations and include NRTIs (Nucleoside/nucleotide reverse transcriptase inhibitors), NNRTIs (Non-nucleoside reverse transcriptase inhibitors), PIs (Protease inhibitors), FIs (Fusion inhibitors), INSTIs (Integrase strand transfer inhibitors) and CCR5 antagonists. Delavirdine, efavirenz, etravirine, nevirapine and rilpivirine are FDA approved NNRTIs. NRTIs that are currently being used in the treatment of HIV are Abacavir, didanosine, emtricitabine, lamivudine, stavudine, tenofovir and zidovudine. Frequently used protease inhibitors include atazanavir, darunavir, fosamprenavir, indinavir, nelfinavir, ritonavir, saquinavir and tipranavir. Enfuvirtide is the only FDA approved CCR5 Fusion inhibitor. Maraviroc is the sole CCR5 entry inhibitors that can be prescribed to HIV patients.  Raltegravir is effective Integrase inhibitors against HIV infection. The introduction of highly active antiretroviral therapy (HAART) has resulted into significant improvement in an immune status, quality of life, and reduced morbidity and mortality associated with HIV infected patients. Standard HAART regimens for antiretroviral-naïve patients consist of 3 active antiretroviral agents: 2 nucleoside reverse transcriptase inhibitors (NRTIs) plus one non-nucleoside reverse transcriptase inhibitor (NNRTI), or 2 NRTIs plus a ritonavir-boosted protease inhibitor (PI). Although the success of HAART is beyond doubt, several issues still persist.  The cure of HIV is still not possible because the antiretroviral drugs cannot eliminate the virus completely.  New pharmaceutical agents such as elvucitabine, apricitabine, and etravirine have offered a new hope for HIV patients with drug resistant disease and have shown promising results.  Some of these new drugs are highly potent and are even active against multidrug-resistant viruses.  Other agents have dosing convenience, and greater tolerability. The rate of HIV drug development has been rapid and is unprecedented in terms of the progress made in a few years.  Because of such rapid strides made in the antiretroviral drug development, HIV disease has been transformed from a terminal condition to a chronic, manageable one.  People who have access to HIV therapy can expect near normal life expectancy.  Unfortunately, the treatment has not reached the underprivileged, especially in the poor countries and this issue still needs to be addressed.

**TEST QUESTIONS**

1. Which of the following statements are true for non-antibiotics?

A. Non-antibiotics were not initially designed for antibiotic or chemotherapeutic purposes
B. They exhibit properties similar to antibiotics
C. These drugs can also increase the in-vitro activity of some antibiotics against specific bacteria
D. All of the above

2.  Which of the following is not a non-antibiotic?

NETCE0004533

A. Phenothiazines
B. Thioxanthenes
C. Penicillin
D. Omeprazole

3. Examples of synergy between non-antibiotics and antibiotics include all except
_____.
A. Raltegravir / Abacavir
B. Chlorpromazine/streptomycin
C. Bromodiphenhydramine/ampicillin
D. Phenothiazines/erythromycin

4. Which of the following statements about are true for Non-antibiotics?
A. The exact mechanism by which non-antibiotics produce antimicrobial effects is still unknown
B. Antibiotic activity is enhanced by nonantibiotics when the microbe is sensitive to at least one of the compounds of the drug combination
C. Non-antibiotics also have inhibitory effect on efflux pumps.
D. All of the above.

5. Antimicrobials encompasses all of the below options except _____.

A. Antibiotics
B. Antihypertensives
C. Disinfectants
D. Antiseptics

6. Factors that must be considered when using antimicrobials include _____

A. Accurate diagnosis of infection
B. Proper understanding of empiric and definitive therapy
C. Preference for narrow-spectrum, and low-priced oral drugs for the shortest duration
D. All of the above.

CONFIDENTIAL

7. Selection of the most appropriate antimicrobial drug is guided by the following factors except _____.

A. Identification of the causative microorganism
B. Susceptibility of the microorganism to a particular drug
C. Genetic profile of the patient
D. Site of the infection

8. Immediate empiric antibiotic therapy is indicated in patient with _____.

A. Diabetes
B. Bronchitis
C. Shock
D. High temperature

9. Drug choice in the empiric therapy depends on the following factors except _____.

A. Site of infection
B. Severe dehydration
C. Patient's history
D. Local bacterial resistance patterns or antibiograms

10. Broad-spectrum therapy should be prescribed if _____
A. The microbe is not identified
B. There is likelihood of polymicrobial infection
C. None of the above
D. Both A and B

11. Which of the following drug is not bactericidal?

A. Cephalosporins
B. Clindamycin
C. Vancomycin
D. Penicillin

12. Which of the following drug is not bacteriostatic?

A. Tetracycline
B. Aminoglycosides
C. Sulfonomides
D. Erythromycin

13. Minimum inhibitory concentration (MIC) is the _____ concentration of an antibiotic that inhibits visible growth of a microorganism

A. Highest
B. Mean
C. Lowest
D. None of the above

NETCE0004535

14. Which of the following is not a lipid soluble drug?

A. β-lactam antibiotics
B. Chloramphenicol
C. Metronidazole
D. None of the above

15. Following factors should be accounted in selecting an antibiotic for an individual

A. Kidney function
B. Liver function
C. Age
D. All of the above

16. Which of the following is false regarding oral administration of antimicrobials?

A. Oral route of administration is preferred in patients with mild infections
B. Amino Glycosides and vancomycin are taken orally only
C. In cases requiring intravenous treatment initially, the switch to oral drugs should occur as soon as possible
D. Oral antibiotic therapy puts less economic burden on an individual.

17. Intravenous administration has the following advantages?

A. No GI absorption required
B. Bioavailability is 100%
C. Useful in emergency situations
D. All of the above

18. Frequency of dosing depends upon the following properties of the antibiotic
_____.

A. Concentration-dependent killing
B. Time-dependent killing
C. Postantibiotic effect
D. All of the above

19. Duration of the post antibiotic effect is influenced by the following factors
_____.

A. Duration of antibiotic exposure
B. Bacterial species
C. Class of antibiotic
D. All of the above

20. Most important factor in the emergence of drug resistance is _____

A. Age of the patient
B. Global environmental changes
C. Widespread and often inappropriate use of antimicrobial drugs
D. None of the above

21. Infectious diseases caused by _____ are known as mycoses.

NETCE0004536

A. Bacteria
B. Virus
C. Fungi
D. None of the above

22. Which of the following statement is false about fungi?

A. Fungi are eukaryotic and have rigid cell walls composed of chitin
B. Its cell membrane contains ergosterol
C. Fungal infections are easily treated with antibiotic
D. All of the above.

23. Which of the following is false about amphotericin B?

A. It is a polyene macrolide
B. Drug of choice for the treatment of life-threatening systemic mycoses
C. Can be fungistatic or fungicidal
D. All of the above

24. Amphotericin B dose in patients with severe renal dysfunction should be _____.

A. Dose should be increased by 50%.
B. Amphotericin B should not be given in such cases
C. Dose should be reduced by 50%.
D. No change in dose

25. Which of the following is statement is false about flucytosine?

A. It is a synthetic pyrimidine antimetabolite
B. It is fungistatic
C. It is prescribed in combination with amphotericin B for treating candidiasis
D. None of the above

26. Which of the following is statement is false about ketoconazole?

A. It was the first orally active azole available for the treatment of systemic mycoses.
B. It is fungistatic
C. ketoconazole is a better alternative to Itraconazole
D. Oral ketoconazole is active against several types of fungi

27. Which of the following is statement is true about Voriconazole?

A. Voriconazole is a broad-spectrum triazole antifungal agent
B. It is used as a first-line treatment of candidaemia
C. Voriconazole is readily absorbed when taken orally
D. All of the above

28. Which of the following is statement is true about Posaconazole?
A. Posaconazole is a narrow-spectrum triazole antifungal drug

NETCE0004537

B. posaconazole is far more potent inhibitor of 14-alpha demethylase than itraconazole
C. Posaconazole is effective against Aspergillus, Candidda, and *Zygomycetes* spp
D. The recommended initial dose is 200 mg (5 mL) three times a day with a full meal.

29. Which of the following drug is not an echinocandins?
A. Caspofungin
B. Amicofungin
C. Micafungin
D. Anidulafungin

30.  Which of the following is true about terbinafine?

A. It is a synthetic allylamine antifungal
B. It inhibits squalene epoxidase that prevents biosynthesis of ergosterol
C. It is the is the drug of choice for treating dermatophytoses
D. All of the above

CONFIDENTIAL

31. Which of the following is false about terbinafine?

A. It is a fungistatic
B. It is better than oral terbinafine for the treatment of dermatophytic infections of the nails
C. requires long-term treatment lasting 6-12 months
D. It exacerbates intermittent porphyria

32. Which of the following is true about terbinafine?
A. Nystatin is a polyene antibiotic
B. It is very similar to amphotericin B
C. It has very few and rare adverse effects.
D. All of the above

33. Which of the following is not a imidazole?

A. Clotrimazole
B. Econazole
C. Fungazole
D. Ketoconazole

34. Which of the following is not a helminth?

A. Plasmodium
B. Cestodes
C. Nematodes
D. Trematodes

35. _____ is responsible for most of the mortality associated with parasitic infections?

A. Protozoa
B. Cestodes
C. Nematodes
D. Trematodes

36. Which of the following is false about mebendazole?

A. Mebendazole is a synthetic benzimidazole
B. It is very effective against a variety of nematodes
C. It can be taken in pregnancy
D. It acts by impairing the synthesis of the parasites' microtubules

CONFIDENTIAL

37. Which of the following is false about Ivermectin?

A. It is the drug of choice for the treatment of onchocerciasis
B. Ivermectin is contraindicated in pregnancy
C. Ivermectin is also contraindicated in children under the age of five,
D. None of the above

38. Which of the following is false about Praziquantel?

A. It is effective against majority of trematode infections
B. It is the drug of choice for the treatment of all forms of schistosomiasis
C. Praziquantel is poorly absorbed from the gastrointestinal system
D. Praziquantel and its metabolites are predominantly eliminated through kidney

39. Which of the following is false about Praziquantel?

A. It is effective in the treatment of cestodal infestations
B. Albendazole is erratically absorbed after oral administration
C. It can be given during pregnancy
D. Mainly excreted in urine

40.  Which of the following drugs is not effective against amebiasis?

A. Chloroquine
B. Suramin
C. Emetine
D. Iodoquinol

41. Which of the following drugs is not effective against malaria?

A. Artemisinin
B. Metronidazole
C. Chloroquine
D. Primaquine

42. Which of the following drugs is not effective against trypanosomasis?

A. Artemisinin
B. Benznidazole
C. Pentamidine
D. Suramin

43. Which of the following drugs is effective against leishmaniasis?

A. Artemisinin
B. Chloroquine
C. Sodium stibogluconate
D. Suramin

44. Which of the following drugs is effective against toxoplasmosis?

A. Sodium stibogluconate
B. Tinidazole

NETCE0004540

C. Melarsoprol
D. Pyrimethamine

45. Which of the following drugs is not effective against giardiasis?

A. Benznidazole
B. Metronidazole
C. Nitazoxanide
D. Tinidazole

46.  Which of the follwing drug is not a systemic amebicide?

A. Chloroquine
B. Emetine hydrochloride
C. Iodoquinol
D.  Dehydroemetine

47. The plasmodium is passed on to humans through the bite of _____.

A. Malaria mosquito
B. Female Anopheles mosquito
C. Male Anopheles mosquito
D. Both male and female Anopheles mosquito

48. Which of the following is true about primaquine?

A. It is a tissue schizonticide
B. Highly effective in eliminating primary exoerythrocytic forms of P. falciparum and
P. vivax
C. Primaquine is the only drug that can cure malaria caused by P. vivax and P. ovale
D. All of the above

NETCE0004541

49. Which of the following is true about Chloroquine?

A. It is a blood schizonticide
B. Drug of choice in the treatment of erythrocytic P. falciparum malaria, except in case of resistance
C. It is particularly effective against the asexual form of plasmodia
D. All of the above

50. Which of the following not a blood schizonticide?

A. Chloroquine
B. Primaquine
C. Mefloquine
D. Quinine

51. Which of the following is false about Suramin?

A. It is a a sulfonated naphthylamine
B. Effective in the prophylaxis of African trypanosomiasis
C. Should be given orally because of good absorption
D. Drug should be discontinued if cylindruria and hematuria occur

52. _____ is the preferred agent in Chagas disease.

A. Nifurtimox
B. Benznidazole
C. Suramin
D. None of the above

53. Currently four drugs that are recommended as first-line agents for the treatment of tuberculosis are _____.

A. Isoniazid, rifampin, ethambutol, and streptomycin
B. Isoniazid, rifampin, ethambutol, and pyrazinamide
C. Isoniazid, rifampin, capreomycin, and pyrazinamide
D. Isoniazid, streptomycin, ethambutol, and pyrazinamide

54. Which of the following is true about anti-tubercular agent Isoniazid?

A. It is a synthetic analog of pyridoxine and the most potent antitubercular drugs
B. INH should not be given alone as resistant may emerge
C. It is both bacteriostatic and bactericidal
D. All of the above

55. Which of the following is false about anti-tubercular agent pyrazinamide?

A. It is a synthetic, bactericidal, antitubercular agent
B. It can trigger a gouty attack.
C. Second-line drug for tuberculosis

NETCE0004542

D. It is also a potent antiuricosuric drug

56. Ethambutol should be _____ after detecting optic neuritis.

A. Increased (Dose)
B. Decrease (Dose)
C. Discontinued
D. Continued as the effect is transient

57. Contraindications for Streptomycin include _____.

A. Known hypersensitivity
B. Ototoxicity or auditory nerve impairment
C. Pregnancy
D. All of the above

58. Which is false about Capreomycin?

A. Capreomycin is mainly prescribed for the treatment of multidrug-resistant tuberculosis.
B. It is best prescribed with streptomycin
C. Patient should be monitored for nephrotoxicity and ototoxicity
D. None of the above.

59. Which of the following is not second-Line anti-tuberculosis drug?

A. Capreomycin
B. Isoniazid
C. Kanamycin
D. Cycloserine

60. Standard treatment of tuberculosis lasts for _____ months.

A. 2
B. 4
C. 6
D. 12

NETCE0004543

61. HIV is transmitted by _____.

A. Sexual contact
B. Exposure to infected body fluids or tissues
C. Vertical transmission
D. All of the above

62. Which of the following is false about HIV infection?

A. There are two types of HIV; HIV-1 and HIV-2.
B. HIV-2 is more prevalent in West Africa
C. HIV 2 is more virulent, more infective than HIV 1
D. AIDS develops much quickly when infected with HIV 1

63. Patient is diagnosed as AIDS when _____.

A. $CD4^+$ T cell numbers less than 200 cells per µL
B. Occurrence of specific diseases in association with an HIV infection
C. $CD4^+$ T cell numbers less than 500 cells per µL
D. Both A and B

64. _____ is the most common cancer occurring in people with HIV.

A. Lymphoma
B. Kaposi's sarcoma
C. Burkitt's lymphoma
D. Lung cancer

65. Primary goals for initiating antiretroviral therapy (ART) include _____.

A. Reduction of HIV-associated morbidity
B. Prolong the duration and quality of survival
C. Restoration and preservation of immunologic function
D. All of the above

66. The current recommendation for primary therapy is to administer two NRTIs (Nucleoside Reverse Transcriptase Inhibitors) with either a protease inhibitor, an NNRTI, or an integrase inhibitor

A. Two NRTIs with either a protease inhibitor, an NNRTI, or an integrase inhibitor
B. One NRTI with either a protease inhibitor, an NNRTI, or an integrase inhibitor
C. NRTIs with protease inhibitor, an NNRTI, and an integrase inhibitor
D. None of the above

67. Which of the following is not a NRTI (Nucleoside Reverse Transcriptase Inhibitors)?

A. Tenofovir
B. Efavirenz
C. Emtricitabine
D. Stavudine

NETCE0004544

68. Which of the following statement is true about Nonnucleoside reverse transcriptase inhibitors (NNRTIs)?

A. They are highly selective, noncompetitive inhibitors of HIV-1 reverse transcriptase
B. These agents do not need activation by cellular enzymes.
C. Their major advantage is they do not adversely effect on the host blood-forming cells and do not have cross-resistance with NRTIs
D. All of the above

69. Due to high risk of life-threatening severe hepatotoxicity, Nevirapine should not be prescribed in _____

A. Women with CD4+ T-cell counts of greater than 250 cells/mm$^3$
B. Men with CD4+ T cell counts greater than 400 cells/mm$^3$.
C. None of the above
D. Both A and B

70. Some of the protease inhibitors currently being used for management of HIV include _____.

A. Saquinavir
B. Indinavir
C. Ritonavir
D. All of the above

71. Which of the following is not true about fusion inhibitors or entry inhibitors?

A. Fusion inhibitors are used in combination therapy for the treatment of HIV-1 infection
B. Enfuvirtide is the only FDA approved fusion inhibitor for the treatment of HIV-1 infection
C. It is given orally
D. Resistance to this drug can develop in patients, but can be reversed upon its discontinuation

72. Which of the following is not true about Raltegravir?

A. Raltegravir is the first FDA approved integrase inhibitors
B. It should only be admsinted intramuscularly
C. Raltegravir has a half-life of approximately 9 hours
D. There are virtually no drug interactions with CYP450 inducers, inhibitors, or substrates

73. Standard HAART regimens for antiretroviral-naïve patients consist of _____ active antiretroviral agents

A. 2
B. 3
C. 4
D. None of the above

74. The principal goal of HAART is to ____

NETCE0004545

A. Prevent transmission
B. Prevent/treat opportunistic infections
C. Slow/halt disease progression
D. All of the above

75. Some of the drugs that are being investigated for the treatment of HIV infection
are _____

A. PRO 140
B. BMS-663068
C. Elvitegravir
D. All of the above

**Answer Key:**

1.  D, 1, Non-antibiotic Antimicrobial Therapy, 1, 2
2.  C, 1, 2, Non-antibiotic Antimicrobial Therapy, 1, 2
3.  A, 2, 3, Non-antibiotic Antimicrobial Therapy, 2, 3
4.  D, 4, Non-antibiotic Antimicrobial Therapy, 2, 3
5.  B, 4, General principles for all antimicrobial agents, 6
6.  D, 4, General principles for all antimicrobial agents, 6
7.  C, 5, General principles for all antimicrobial agents, 6
8.  C, 5, General principles for all antimicrobial agents, 6
9.  B, 6, General principles for all antimicrobial agents, 6
10. D, 6, General principles for all antimicrobial agents, 6
11. B, 7, General principles for all antimicrobial agents, 6
12. B, 7, General principles for all antimicrobial agents, 6
13. C, 7, General principles for all antimicrobial agents, 6
14. A, 8, General principles for all antimicrobial agents, 6
15. D, 9, General principles for all antimicrobial agents, 6
16. B, 14, General principles for all antimicrobial agents, 6
17. D, 15, General principles for all antimicrobial agents, 6
18. D, 16, General principles for all antimicrobial agents, 6
19. D, 16, General principles for all antimicrobial agents, 6
20. C, 17, General principles for all antimicrobial agents, 3, 6
21. C, 21, Antifungal agents, 7
22. C, 22, Antifungal agents, 7
23. D, 24, Antifungal agents, Examples of drugs in class, 7
24. C, 26, Antifungal agents, Examples of drugs in class, 7
25. D, 27, Antifungal agents, Examples of drugs in class, 7
26. C, 28, Antifungal agents, Examples of drugs in class, 7
27. D, 33, Antifungal agents, Examples of drugs in class, 7
28. A, 34, Antifungal agents, Examples of drugs in class, 7
29. B, 36, Antifungal agents, Examples of drugs in class, 7
30. D, 36, Antifungal agents, Examples of drugs in class, 7
31. B, 40, Antifungal agents, Examples of drugs in class, 7,8
32. D, 40, Antifungal agents, Examples of drugs in class, 7,8, 9
33. C, 40, Antifungal agents, Examples of drugs in class, 7,8,
34. A, 48, Anti-Parasitics, 12

CONFIDENTIAL

35. A, 48, Anti-Parasitics, 12, 13
36. C, 50, Anti-Parasitics, 12, 14
37. D, 55, Anti-Parasitics, 12, 14
38. C, 56, Anti-Parasitics, 12, 14
39. C, 58, Anti-Parasitics, 12, 14
40. B, 66, Anti-Parasitics, 12, 14
41. B, 66, Anti-Parasitics, 12, 14
42. A, 67, Anti-Parasitics, 12, 14
43. C, 67, Anti-Parasitics, 12, 14
44. D, 67, Anti-Parasitics, 12, 14
45. A, 67, Miscellaneous, 12, 14
46. C, 70, Miscellaneous, 12, 14
47. B, 71, Miscellaneous, 12, 14
48. D, 74, Miscellaneous, 12, 14
49. D, 75, Miscellaneous, 12, 14
50. B, 77, Miscellaneous, 12, 14
51. C, 83, Miscellaneous, 12, 14
52. A, 83, Miscellaneous, 12, 14
53. B, 106, Anti-tubercular agents, 16
54. D, 107, Anti-tubercular agents, 16
55. C, 111, 112, Anti-tubercular agents, 16, 17
56. D, 112, Anti-tubercular agents, 16, 17, 18
57. D, 113, Anti-tubercular agents, 16, 17, 18
58. B, 113, 114, Anti-tubercular agents, 16, 17
59. B, 116, 117, Anti-tubercular agents, 16
60. C, 121, Anti-tubercular agents, 16
61. D, 126, HIV / AIDS agents
62. C, 126, HIV / AIDS agents
63. D,126, HIV / AIDS agents
64. B, 127, HIV / AIDS agents
65. D, 127, HIV / AIDS agents, 19, 21
66. A, 131, HIV / AIDS agents, 19, 20, 21
67. B, 136, 137, HIV / AIDS agents, 19, 20, 21
68. D, 144, HIV / AIDS agents, 19, 20
69. D, 148, HIV / AIDS agents, 19, 20
70. D, 155, HIV / AIDS agents, 19, 20
71. C, 173, 174, HIV / AIDS agents, 19, 20, 21
72. B, 178, HIV / AIDS agents, 19, 20, 21
73. B, 186, HIV / AIDS agents, 19, 20, 21, 22
74. D, 186, HIV / AIDS agents, 19, 20, 21, 22
75. D, 188, HIV / AIDS agents, 19, 20, 21, 22

NETCE0004547

**References**

1. Kristiansen, J. E. (1990). The antimicrobial activity of psycho -therapeutic drugs and stereo-isomeric analogues. (Thesis, DMSC). Danish Medical Bulletin 37, 165–82.
2. Kristiansen, J. E. (1991). Antimicrobial activity of nonantibiotics. ASM NEWS 57, 135–9.
3. Kristiansen, J. E. (1992). Antimicrobial activity of nonantibiotics. Reports from a congress on the antimicrobial effect of drugs other than antibiotics on bacteria, viruses, protozoa, and other organisms. Copenhagen, May, 1990. Acta Pathology Micro -biology et Immunology Scandinavia (APMIS), Suppl. 100, 7–14.
4. Cederlund, H. & Mårdh, P. A. (1993). Antibacterial activities of non-antibiotic drugs. Journal of Antimicrobial Chemotherapy 32, 355–65.
5. Williams, J. D. (1995). Selective toxicity and concordant pharmacodynamics of antibiotics and other drugs. Journal of Antimicrobial Chemotherapy 35, 721–37.
6. Kristiansen, J. E., Andersen, L. P., Vestergaard, B. F. & Hvidberg, E. F. (1991). Effect of selected neuroleptic agents and stereo-isomeric analogues on virus and eukaryotic cells. Pharmacology & Toxicology 68, 399–403.
7. Gerber, H. R. & Anton, A. H. (1974). A bacterial model for the evaluation of barbiturates. Archives Internationales Pharmaco - dynamie et Therapie 212, 284–96.
8. Kristiansen, J. E., Mortensen, I. & Nissen, B. (1982). Membrane stabilizers inhibit potassium efflux from Staphylococcus aureus strain no. U 2275. Biochimica et Biophysica Acta 685, 379–82.
9. Kramer, A., Sorgatz, K., Höppe, H. & Meyer, F. U. (1994). Bacteriostatic and antiseptic efficacy of selected anaesthetics individually and in combination with an antiseptic mouthwash. Hygiene Medizin 19, 527–34.
10. Dastidar, S. G., Mondal, U., Niyogi, S. & Chakrabarty, A. N. (1986). Antibacterial property of methyl-DOPA and development of antibiotic cross-resistances in m-DOPA mutants. Indian Journal of Medical Research 84, 142–7. 325 J. E. Kristiansen and L. Amaral
11. Amaral, L. & Lorian, V. (1991). Effects of chlorpromazine on the cell envelope proteins of Escherichia coli. Antimicrobial Agents and Chemotherapy 35, 1923–4.
12. Amaral, L., Kristiansen, J. E. & Lorian, V. (1992). Synergic effect of chlorpromazine on the activity of some antibiotics. Journal of Antimicrobial Chemotherapy 30, 556–8.
13. Kristiansen, J. E. H. (1993). Chlorpromazine: non-antibiotics with antimicrobial activity—new insights in managing resistance? Current Opinion in Investigational Drugs 2, 587–91.
14. Kristiansen, J. E., Amaral, L. & Thomsen, V. F. (1993). The reversal of antibiotic resistance by phenothiazines. In Abstract 18th International Congress of Chemotherapy. Stockholm, Sweden. Abstract 510, p. 65.
15. Amaral, L., Kristiansen, J. E., Abebe, L. & Millett, W. (1997). Inhibition of the respiration of multi-drug resistant clinical isolates of Mycobacterium tuberculosis by thioridazine: potential use for initial therapy of freshly diagnosed tuberculosis. Journal of Anti - microbial Chemotherapy 38, 1049–53.
16. Amaral, L., Kristiansen, J. E. & Thomsen, V. F. (1993). The effect of chlorpromazine on the cell envelope of sensitive and resistant bacteria. In

Abstract of the 18th International Congress of Chemotherapy. Stockholm, Sweden. Abstract 493 p. 65.

17. Kristiansen, J. E. H. (1977). Fatal chloroquin poisoning with severe hypokalaemia. Ugeskrift for Læger 139, 1666–7.

18. Ibrahim EH, Sherman G, Ward S, Fraser VJ, Kollef MH. The influence of inadequate antimicrobial treatment of bloodstream infections on patient outcomes in the ICU setting. Chest. 2000;118(1):146-155.

19. Kollef MH, Sherman G, Ward S, Fraser VJ. Inadequate antimicrobial treatment of infections: a risk factor for hospital mortality among critically ill patients. Chest. 1999;115(2):462-474.

20. Thompson RL, Wright AJ. General principles of antimicrobial therapy. Mayo Clin Proc. 1998;73(10):995-1006.

21. Medical microbiology, Mims and Playfair, Mosby Europe, 1993, 35.31.

22. French GL (December 2006). "Bactericidal agents in the treatment of MRSA infections--the potential role of daptomycin". J. Antimicrob. Chemother. 58 (6): 1107–17. doi:10.1093/jac/dkl393. PMID 17040922.

23. Wagenlehner FM, Naber KG. Fluoroquinolone antimicrobial agents in the treatment of prostatitis and recurrent urinary tract infections in men. Curr Infect Dis Rep. 2005;7(1):9-16.

24. Sa del Fiol F, Gerenutti M, Groppo FC (2005) Antibiotics and pregnancy. Pharmazie 60:483–493PubMed

25. Amann U, Egen-Lappe V, Strunz-Lehner C, Hasford J (2006) Antibiotics in pregnancy: analysis of potential risks and determinants in a large German statutory sickness fund population. Pharmacoepidemiol Drug Saf 15:327–337CrossRefPubMed

26. Bertsche T, Haas M, Oberwittler H, Haefeli WE, Walter-Sack I (2006) Drugs during pregnancy and breastfeeding: new risk categories—antibiotics as a model. Dtsch Med Wochenschr 131:1016–1022CrossRefPubMed

27. Nahum GG, Uhl K, Kennedy DL (2006) Antibiotic use in pregnancy and lactation: what is and is not known about teratogenic and toxic risks. Obstet Gynecol 107:1120–1138CrossRefPubMed

28. Haas A, Maschmeyer G (2008) Antibiotic therapy in pregnancy. Dtsch Med Wochenschr 133:511–515CrossRefPubMed

29. Baddour LM, Wilson WR, Bayer AS, et al. Infective endocarditis: diagnosis, antimicrobial therapy, and management of complications: a statement for healthcare professionals from the Committee on Rheumatic Fever, Endocarditis, and Kawasaki Disease, Council on Cardiovascular Disease in the Young, and the Councils on Clinical Cardiology, Stroke, and Cardiovascular Surgery and Anesthesia, American Heart Association. Circulation. 2005;111(23):e394-e434.

30. Dancer SJ: The problems with cephalosporins. J Antimicrob Chemother. (2001) 48 (4): 463-478.

31. Berger Bachi B: Resistance mechanisms and gram positive bacteria Int J Med Microbiol (2002) 292 (1): 27 – 35.

32. Heinemann J: Do antibiotics maintain antibiotic resistance? Drug Discov Today. (2000). 5 (5): 195-204.

33. Levy SB, Marshall B: Antibacterial resistance worldwide: causes, challenges and responses. Nat Med. (2004) 10 (12 Suppl): 122-129.

34. Li, X, Nikadio H (2009). "Efflux-Mediated Drug Resistance in Bacteria: an Update". Drug 69 (12): 1555–623. doi:10.2165/11317030-000000000-00000. PMC 2847397. PMID 19678712.

CONFIDENTIAL

NETCE0004549

35. "Dorlands Medical Dictionary:mycosis".

36. Baginski, M.; Czub, J. (2009). "Amphotericin B and Its New Derivatives–Mode of Action". Current Drug Metabolism 10 (5): 459–69. PMID 19689243.

37. Wasan KM, Wasan EK, Gershkovich P, et al. (2009). "Highly Effective oral amphotericin B formulation against murine visceral leishmaniasis". J Infect Dis 200 (3): 357–360.doi:10.1086/600105. PMID 19545212.

38. Amado, José Antonio; Carlos Pesquera, Eva M. Gonzalez, Macarena Otero, Julio Freijanes, and Angel Alvarez (March 1990). "Successful treatment with ketoconazole of Cushing's syndrome in pregnancy". Postgraduate Medical Journal 66(773): 221–3. doi:10.1136/pgmj.66.773.221.PMC 2429473. PMID 2362890.

39. ^ Berwaerts, Joris; Johan Verhelst, Charles Mahler and Roger Abs (June 1999). "Cushing's syndrome in pregnancy treated by ketoconazole: case report and review of the literature".Gynecological Endocrinology 13 (3): 175–82.doi:10.3109/09513599909167552. PMID 10451809.

40. Evans, K. C.; Peterson AC, Ruiz HE, Costabile RA (August 2004). "Use of oral ketoconazole to prevent postoperative erections following penile surgery". International Journal of Impotence Research 16 (4): 346–9.

41. Pfizer Australia Pty Ltd. Diflucan (Australian Approved Product Information). West Ryde (NSW): Pfizer Australia; 2004.

42. ^ Longley, Nicky; Muzoora, Conrad; Taseera, Kabanda; Mwesigye, James; Rwebembera, Joselyne; Chakera, Ali; Wall, Emma; Andia, Irene et al. (2008). "Dose Response Effect of High-Dose Fluconazole for HIV-Associated Cryptococcal Meningitis in Southwestern Uganda". Clinical Infectious Diseases 47 (12): 1556–1561. doi:10.1086/593194. ISSN 1058-4838. PMID 18990067.

43. Rossi S, editor. Australian Medicines Handbook 2006. Adelaide: Australian Medicines Handbook; 2006. ISBN 0-9757919-2-3

44. Fluconazole, PubMed Health

45. Espinel-Ingroff A, Boyle K, Sheehan D J. Mycopathologia. 2001;150:101–115. doi: 10.1023/A:1010954803886.

46. Dodds Ashley ES, Lewis R, Lewis JS, Martin C, Andes D. Pharmacology of systemic antifungal agents. Clin Infect Dis 2006;43(Suppl 1):28-39.

47. Smith J, Safdar N, Knasinski V, Simmons W, Bhavnani S, Ambrose P, Andes D (April 2006). "Voriconazole therapeutic drug monitoring.". Antimicrob Agents Chemother 50 (4): 1570–2. doi:10.1128/AAC.50.4.1570-1572.2006. PMC 1426935.PMID 16569888.

48. Boyd AE, Modi S, Howard SJ, Moore CB, Keevil BG, Denning DW . Adverse reactions to voriconazole. Clin Infect Dis 2004;39:1241-4. Abstract/FREE Full Text

49. Imhof A, Schaer DJ, Schanz U, Schwarz U. Neurological adverse events to voriconazole: evidence for therapeutic drug monitoring. Swiss Med Wkly2006;136:739-42. Medline

50. Smith J, Safdar N, Knasinski Vet al . Voriconazole therapeutic drug monitoring.Antimicrob Agents Chemother 2006;50:1570-2.Abstract/FREE Full Text

51. Trifilio S, Ortiz R, Pennick G, et al. Voriconazole therapeutic drug monitoring in allogeneic hematopoietic stem cell transplant recipients. Bone Marrow Transplant2005;35:509-13.

52. Clin Microbiol Infect. 2010 Sep;16(9):1362-4. Multiple aggressive squamous cell carcinomas associated with prolonged voriconazole therapy in four

CONFIDENTIAL

immunocompromised patients. Epaulard O, Saint-Raymond C, Villier C, Charles J, Roch N, Beani JC, Leccia MT.

53. Schiller DS, Fung HB (September 2007). "Posaconazole: an extended-spectrum triazole antifungal agent". Clin Ther 29(9): 1862–86. doi:10.1016/j.clinthera.2007.09.015.PMID 18035188.

54. Rachwalski EJ, Wieczorkiewicz JT, Scheetz MH (October 2008). "Posaconazole: an oral triazole with an extended spectrum of activity". Ann Pharmacother 42 (10): 1429–38.doi:10.1345/aph.1L005. PMID 18713852.

55. Brunton L, Lazo J, Parker K. Goodman and Gilman's The Pharmacological Basis of Therapeutics. 11th ed. San Francisco: McGraw-Hill; 2006. ISBN 978-0-07-142280-2

56. "Clinical Pharmacology Pasoconazole". Retrieved 18 February 2010.

57. "Daily Med, Product Information Noxafil". Retrieved 18 February 2010.

58. Dodds Ashley, Elizabeth; Perfect, John (October 13, 2009)."Pharmacology of azoles". Retrieved 18 February 2010.

59. Am J Trop Med Hyg April 2010 vol. 82 no. 4"

60. Morris MI, Villmann M (September 2006). "Echinocandins in the management of invasive fungal infections, part 1". Am J Health Syst Pharm 63 (18): 1693–703.doi:10.2146/ajhp050464.p1.PMID 16960253.

61. Morris MI, Villmann M (October 2006)."Echinocandins in the management of invasive fungal infections, Part 2". Am J Health Syst Pharm 63 (19): 1813–20.doi:10.2146/ajhp050464.p2.PMID 16990627.

62. Deresinski SC, Stevens DA (2003). "Caspofungin". Clin Infect Dis 36 (11): 1445–1457. doi:10.1086/375080. PMID 12766841.

63. Eraxis at RxList". 2009-06-24.

64. Segal BH, Walsh TJ. Current approaches to diagnosis and treatment of invasive aspergillosis. Am J Respir Crit Care Med. 2006;173(7):707–717. [PubMed]

65. O'Brien TP. Therapy of ocular fungal infections. Ophthalmol Clin North Am. 1999;12(1):33–50.

66. Krishnan-Natesan S. Terbinafine: a pharmacological and clinical review. Expert Opin Drug Deliv.2009;10(16):2723–2733.

67. ^ Robertson Dirk B, Maibach Howard I, "Chapter 61. Dermatologic Pharmacology" (Chapter). Bertram G. Katzung, Susan B. Masters, Anthony J. Trevor: Basic & Clinical Pharmacology, 11e: http://www.accesspharmacy.com/content.aspx?aID=4517257.

68. Empty

69. Empty

70. Empty

71. Nystatin on UpToDate http://www.uptodate.com/contents/nystatin-drug-information?source=see_link

72. Niewerth M, Kunze D, Seibold M, Schaller M, Korting HC, Hube B. (June 2003). "Ciclopirox Olamine Treatment Affects the Expression Pattern of Candida albicans Genes Encoding Virulence Factors, Iron Metabolism Proteins, and Drug Resistance Factors". Antimicrobial Agents and Chemotherapy 47 (6): 1805–17.doi:10.1128/AAC.47.6.1805-1817.2003. PMC 155814.PMID 12760852.

73. Ryder NS, Frank I, Dupont MC (May 1986). "Ergosterol biosynthesis inhibition by the thiocarbamate antifungal agents tolnaftate and tolciclate". Antimicrob. Agents Chemother. 29 (5): 858–60. PMC 284167. PMID 3524433.

CONFIDENTIAL

74. Malaria facts, Centers for Disease Control and Prevention (CDC):www.cdc.gov/malaria/

75. Berger SA, Marr JS. Human Parasitic Diseases Sourcebook. Jones and Bartlett Publishers: Sudbury, Massachusetts, 2006.

76. "Mebendazole". Drugs.com.

77. Luder PJ, Siffert B, Witassek F, Meister F, Bircher J (1986). "Treatment of hydatid disease with high oral doses of mebendazole. Long-term follow-up of plasma mebendazole levels and drug interactions". European journal of clinical pharmacology 31 (4): 443–448.PMID 3816925.

78. Chen KT, Twu SJ, Chang HJ, Lin RS (2003). "Outbreak of Stevens-Johnson Syndrome/Toxic Epidermal Necrolysis Associated with Mebendazole and Metronidazole Use Among Filipino Laborers in Taiwan". American Journal of Public Health 93 (3): 489–492.PMC 1447769. PMID 12604501.

79. Gilman, A.G., T.W. Rall, A.S. Nies and P. Taylor (eds.). Goodman and Gilman's The Pharmacological Basis of Therapeutics. 8th ed. New York, NY. Pergamon Press, 1990., p. 970

80. Usha V, Gopalakrishnan Nair TV. A comparative study of oral ivermectin and topical permethrin cream in the treatment of scabies. J Am Acad Dermatol 2000;42:236-40.

81. Madan V, Jaskiran K, Gupta U, Gupta DK. Oral ivermectin in scabies patients: A comparison with 1% lindane lotion. J Dermatol 2001;28:481-4.

82. Brooks PA, Grace RF. Ivermectin is better than benzyl benzoate for childhood scabies in developing countries. J Paediatr Child Health 2002;38:401-4

83. Sule HM, Thacher TD. Comparison of ivermectin and benzyl benzoate lotion for scabies in Nigerian patients. Am J Trop Med Hyg 2007;76:392-5.

84. Ly F, Caumes E, Ndaw CA, Ndiaye B, Mahé A. Ivermectin versus benzyl benzoate applied once or twice to treat human scabies in Dakar, Senegal: A randomized controlled trial. Bull World Health Organ 2009;87:424-30.

85. Bachewar NP, Thawani VR, Mali SN, Gharpure KJ, Shingade VP, Dakhale GN. Comparison of safety, efficacy, and cost effectiveness of benzyl benzoate, permethrin, and ivermectin in patients of scabies. Indian J Pharmacol 2009;41:9-14.

86. Youssef MY, Sadaka HA, Eissa MM, el-Ariny AF. Topical application of ivermectin for human ectoparasites. Am J Trop Med Hyg 1995;53:652-3

87. Yeruham I, Hadani A. Control of human scabies by topical application of ivermectin. Ann Trop Med Parasitol 1998;92:627- 9.

88. Victoria J, Trujillo R. Topical ivermectin: A new successful treatment for scabies. Pediatr Dermatol 2001;18:63-5.

89. Merck & Co, Inc. Stromectol (ivermectin) tablets prescribing information. Whitehouse Station, NJ; 2007 Mar.

90. American Academy of Pediatrics. 2006 Red Book: Report of the Committee on Infectious Diseases. 27th ed. Elk Grove Village, IL: American Academy of Pediatrics; 2006.

91. Anon. Drugs for parasitic infections. Med Lett Drugs Ther. Aug 2004.

92. Shu EN, Okonkwo PO. Community-based ivermectin therapy for onchocerciasis: comparison of three methods of dose assessment. Am J Trop Med Hyg. 2001; 65:184-8. [IDIS 469492] [PubMed 11561701]

93. Gyapong J. Children eligible to receive Mectizan and albendazole for LF elimination based on height and weight criteria: case study from Kintampo District, Ghana. Mectizan Program Notes. 2004; 34:.

CONFIDENTIAL

NETCE0004552

94. Borst P, Schinkel AH (June 1996). "What have we learnt thus far from mice with disrupted P-glycoprotein genes?". European Journal of Cancer 32 (6): 985–990. doi:10.1016/0959-8049(96)00063-9.

95. ^ Dourmishev AL, Dourmishev LA, Schwartz RA (December 2005). "Ivermectin: pharmacology and application in dermatology". International Journal of Dermatology 44 (12): 981–988. doi:10.1111/j.1365-4632.2004.02253.x.PMID 16409259.

96. Tchuenté LA, Shaw DJ, Polla L, Cioli D, Vercruysse J (December 2004). "Efficacy of praziquantel against Schistosoma haematobium infection in children". Am. J. Trop. Med. Hyg. 71 (6): 778–82. PMID 15642971.

97. ^ ᵃ ᵇ The Carter Center. "Schistosomiasis Control Program". Retrieved 2008-07-17.

98. ^ Shen C, Kim J, Lee JK, et al. (June 2007). "Collection of Clonorchis sinensis adult worms from infected humans after praziquantel treatment". The Korean Journal of Parasitology45 (2): 149–52. doi:10.3347/kjp.2007.45.2.149.PMC 2526309. PMID 17570980.

99. ^ "Intestinal Flukes: Treatment & Medication".

100. Huukelbach J, Winter B, Wilcke T, "et al." (August 2004). Selective mass treatment with ivermectin to control intestinal helminthiases and parasitic skin diseases in a severely affected population. Bull World Health Organ 82(7): 563–571.

101. Weinbach EC, Garbus J (1969). "Mechanism of action of reagents that uncouple oxidative phosphorylation". Nature 221 (5185): 1016–8. doi:10.1038/2211016a0. PMID 4180173.

102. "Albenza (Albendazole) - Warnings and Precautions".

103. I. Edward Alcamo; Jennifer M. Warner (28 August 2009). Schaum's Outline of Microbiology. McGraw Hill Professional. pp. 144–. ISBN 978-0-07-162326-1.

104. WHO (1969). "Amoebiasis. Report of a WHO Expert Committee". WHO Technical Report Series 421: 1–52.PMID 4978968.

105. ^ WHO (1997). "WHO/PAHO/UNESCO report. A consultation with experts on amoebiasis. Mexico City, Mexico 28–29 January 1997.". Epidemiological Bulletin 18 (1): 13–14.PMID 9197085.

106. WHO (1998). Life in the 21st Century: a vision for all. The World Health Report 1998.. World Health Organization, Geneva, Switzerland.

107. Haque R, Huston CD, Hughes M, Houpt E, Petri WA Jr. Amebiasis. N Engl J Med. 2003;348:1565-1573.

108. Haque R, Mondal D, Duggal P, et al. (2006). "Entamoeba histolytica_infection in children and protection from subsequent amebiasis". Infection & Immunity 74 (2): 904–909.doi:10.1128/IAI.74.2.904-909.2006. PMC 1360358.PMID 16428733.

109. "Metronidazole monograph". drugs.com.

110. Neal R.A. et al. (1994). "Aminosidine ointments for the treatment of experimental cutaneous leishmaniasis".Transactions of the Royal Society of Tropical Medicine and Hygiene88 (2): 223–5. doi:10.1016/0035-9203(94)90307-7.PMID 8036682.

111. Tarlov AR, et al. (1962). "Primaquine sensitivity". Arch Intern Med 109 (2): 209–234.

112. Michaelides M, Stover NB, Francis PJ, Weleber RG (2011). "Retinal toxicity associated with hydroxychloroquine and chloroquine: risk factors, screening,

 NETCE0004553

and progression despite cessation of therapy". Arch Ophthalmol 129 (1): 30–9.PMID 21220626.

113.   "Lariam". The American Society of Health-System Pharmacists.

114.   Schlagenhauf, P; Adamcova, M, Regep, L, Schaerer, MT, Rhein, HG (2010-12-09). "The position of mefloquine as a 21st century malaria chemoprophylaxis". Malaria journal 9: 357. doi:10.1186/1475-2875-9-357. PMC 3224336.PMID 21143906.

115.   ^ a b c d e Schlagenhauf, P. (1999). "Mefloquine for malaria chemoprophylaxis 1992-1998". Travel Med 6 (2): 122–123.doi:10.1111/j.1708-8305.1999.tb00843.x. PMID 10381965.

116.   ^ World Health Organization (2006). "Guidelines for the treatment of malaria". World Health Organization. Retrieved 10 August 2009.

117.   ^ Dorndorp A, Nosten F, Stepniewska K, et al. (2005). "Artesunate verus quinine for treatment of severe falciparum malaria: a randomised trial". Lancet 366 (9487): 717–25.doi:10.1016/S0140-6736(05)67176-0. PMID 16125588.

118.   ^ Reyburn, H; Mtove, G; Hendriksen, I; Von Seidlein, L (2009). "Oral quinine for the treatment of uncomplicated malaria". Brit J Med 339: b2066. doi:10.1136/bmj.b2066. PMID 19622550.

119.   ^ Achan J, Tibenderana JK, Kyabayinze D, et al. (2009). "Effectiveness of quinine versus artemether-lumefantrine for treating uncomplicated faciparum malaria in Ugandan children". Brit Med J 338: b2763.

120.   ^ Barennes H, et al. (1996). "Efficacy and pharmacokinetics of a new intrarectal quinine formulation in children with Plasmodium falciparum malaria". Brit J Clin Pharmacol 41 (5): 389.doi:10.1046/j.1365-2125.1996.03246.x.

121.   ^ Barennes, H.; Balima-Koussoubé, T; Nagot, N; Charpentier, JC; Pussard, E (2006). "Safety and efficacy of rectal compared with intramuscular quinine for the early treatment of moderately severe malaria in children: randomised clinical trial". Brit Med J 332 (7549): 1055–57. doi:10.1136/bmj.332.7549.1055.PMC 1458599. PMID 16675812.

122.   Center for Disease Control (1991). "Treatment with Quinidine Gluconate of Persons with Severe Plasmodium falciparumInfection: Discontinuation of Parenteral Quinine". Morb Mort Weekly Rep 40 (RR–4): 21–23. Retrieved 2006-05-06.

123.   ^ Magill, A; Panosian, C (2005). "Making Antimalarial Agents Available in the United States". New Engl J Med 353 (4): 335–337. doi:10.1056/NEJMp058167. PMID 16000347.

124.   White NJ (July 1997). "Assessment of the pharmacodynamic properties of antimalarial drugs in vivo". Antimicrob. Agents Chemother. 41 (7): 1413–22. PMC 163932. PMID 9210658

125.   Guidelines for the Treatment of Malaria.. Geneva: World Health Organization. 2006. ISBN 92-4-154694-8.

126.   Dondorp A, Nosten F, Stepniewska K, Day N, White N (2005). "Artesunate versus quinine for treatment of severe falciparum malaria: a randomised trial". Lancet 366 (9487): 717–25.doi:10.1016/S0140-6736(05)67176-0. PMID 16125588.

127.   ^ a b Dondorp AM, Fanello CI, Hendriksen IC, et al. (November 2010). "Artesunate versus quinine in the treatment of severe falciparum malaria in African children (AQUAMAT): an open-label, randomised

NETCE0004554

trial". Lancet 376 (9753): 1647–57.doi:10.1016/S0140-6736(10)61924-1. PMC 3033534.PMID 21062666.

128. Krudsood S, Looareesuwan S, Tangpukdee N, et al. (June 2010). "New Fixed-Dose Artesunate-Mefloquine Formulation against Multidrug-Resistant Plasmodium falciparum in Adults: a Comparative Phase IIb Safety and Pharmacokinetic Study with Standard-Dose Nonfixed Artesunate plus Mefloquine".Antimicrob Agents Chemother 54 (9): 3730–7.doi:10.1128/AAC.01187-09. PMC 2935027.PMID 20547795.

129. Taylor WR, White NJ (2004). "Antimalarial drug toxicity: a review". Drug Saf 27 (1): 25–61. doi:10.2165/00002018-200427010-00003. PMID 14720085.

130. Leonardi E, Gilvary G, White NJ, Nosten F (2001). "Severe allergic reactions to oral artesunate: a report of two cases".Trans. R. Soc. Trop. Med. Hyg. 95 (2): 182–3.doi:10.1016/S0035-9203(01)90157-9. PMID 11355556.

131. R. Price et al. (1999). "Adverse effects in patients with acute falciparum malaria treated with artemisinin derivatives".American Journal of Tropical Medicine and Hygiene 60 (4): 547–555. PMID 10348227.

132. Maya JD, Cassels BK, Iturriaga-Vásquez P, et al. (2007). "Mode of action of natural and synthetic drugs against Trypanosoma cruzi and their interaction with the mammalian host". Comp. Biochem. Physiol., Part a Mol. Integr. Physiol. 146 (4): 601–20.doi:10.1016/j.cbpa.2006.03.004. PMID 16626984.

133. Bisser S, N'Siesi FX, Lejon V et al. (2007). "Equivalence trial of melarsoprol and nifurtimox monotherapy and combination therapy for the treatment of second-stage Trypanosoma brucei gambiense sleeping sickness". J. Infect. Dis. 195 (3): 322–9.doi:10.1086/510534. PMID 17205469.

134. Burri C, Baltz T, Giroud C, et al. Pharmacokinetic properties of the trypanocidal drug melarsoprol. Chemotherapy 1993; 39: 225-34.

135. Priotto G, Kasparian S, Mutombo W, et al. Nifurtimox-eflornithine combination therapy for second-stage African Trypanosoma brucei gambiense trypanosomiasis: a multicentre, randomised, phase III, non inferiority trial. Lancet 2009;374(9683):56-64.

136. M. P. Barrett, D. W. Boykin, R. Brun, and R. R. Tidwell, "Human African trypanosomiasis: pharmacological re-engagement with a neglected disease," British Journal of Pharmacology, vol. 152, no. 8, pp. 1155–1171, 2007.

137. Urbina, Julio A.. "Nuevas drogas para el tratamiento etiológico de la Enfermedad de Chagas" (in Spanish).

138. James, William D.; Berger, Timothy G.; et al. (2006). Andrews' Diseases of the Skin: clinical Dermatology. Saunders Elsevier. pp.

139. Ryan KJ; Ray CG (editors) (2004). Sherris Medical Microbiology (4th ed.). McGraw Hill. pp. 723–7.

140. Ryan KJ, Ray CG (editors) (2004). Sherris Medical Microbiology (4th ed.). McGraw Hill. ISBN 0-8385-8529-9.

141. McCann et al. (2009). "Secreted and Exported Proteins Important to Mycobacterium tuberculosis Pathogenesis".Bacterial Secreted Proteins: Secretory Mechanisms and Role in Pathogenesis. Caister Academic Press. ISBN 978-1-904455-42-4.

142. Dolin, [edited by] Gerald L. Mandell, John E. Bennett, Raphael (2010). Mandell, Douglas, and Bennett's principles and practice of infectious diseases (7th ed.). Philadelphia, PA: Churchill Livingstone/Elsevier. pp. Chapter 250. ISBN 978-0-443-06839-3.

NETCE0004555

143. WHO 2011/2012 Tuberculosis Global Facts

144. Peter G. Gibson ; section editors, Michael Abramson ... [et
(2005). Evidence-based respiratory medicine(1. publ. ed.). Oxford: Blackwell.
pp. 321. ISBN 978-0-7279-1605-1.

145. Kumar, Vinay; Abbas, Abul K.; Fausto, Nelson; & Mitchell, Richard N.
(2007). Robbins Basic Pathology (8th ed.). Saunders Elsevier. pp. 516-
522 ISBN 978-1-4160-2973-1

146.    Drobniewski F, Caws M, Gibson A, Young D (2003). "Modern laboratory
diagnosis of tuberculosis". Lancet Infect Dis3 (3): 141–7. doi:10.1016/S1473-
3099(03)00544-9.PMID 12614730.

147.    Moore D, Evans C, Gilman R, Caviedes L, Coronel J, Vivar A, Sanchez
E, Piñedo Y, Saravia J, Salazar C, Oberhelman R, Hollm-Delgado M, LaChira
D, Escombe A, Friedland J (2006)."Microscopic-observation drug-susceptibility
assay for the diagnosis of TB". N Engl J Med 355 (15): 1539–
50.doi:10.1056/NEJMoa055524. PMC 1780278.PMID 17035648.

148. Dinnes J, Deeks J, Kunst H, Gibson A, Cummins E, Waugh N, Drobniewski F,
Lalvani A (2007). "A systematic review of rapid diagnostic tests for the
detection of tuberculosis infection". Health Technol Assess 11 (3): 1–196.

149. Girling DJ, Coolet P. Anti-tuberculosis regimens of
chemotherapy.Recommendations from the committee on treatment of
International union against tuberculosis and lung disease. Indian J Chest Dis
Allied Sci.1988;30:296–304. [PubMed]

150. Mitchison DA. Role of individual drug in chemotherapy of tuberculosis. Int J
Tuber Lung Dis.2000;4:790–800.

151. Shinkichi Shimizu, Nanao Watanabe, Toshiaki Kataoka, Takayuki Shoji,
Nobuyuki Abe, Sinji Morishita, Hisao Ichimura (2000). "Pyridine and Pyridine
Derivatives". Ullmann's Encyclopedia of Industrial Chemistry. New York: John
Wiley & Sons

152. Suarez J, Ranguelova K, Jarzecki AA, et al. (March 2009). "An oxyferrous
heme/protein-based radical intermediate is catalytically competent in the
catalase reaction of Mycobacterium tuberculosis catalase-peroxidase
(KatG)".The Journal of Biological Chemistry 284 (11): 7017–
29.doi:10.1074/jbc.M808106200. PMC 2652337.PMID 19139099.

153. Pharmacology, Harvey 4th edition. November 2009.

154. Masters, Susan B.; Trevor, Anthony J.; Katzung, Bertram G.
(2005). Katzung & Trevor's pharmacology. New York: Lange Medical
Books/McGraw Hill, Medical Pub. Division. ISBN 0-07-142290-0.

155. Calvori, C.; Frontali, L.; Leoni, L.; Tecce, G. (1965). "Effect of rifamycin on
protein synthesis". Nature 207 (995): 417–
8.doi:10.1038/207417a0. PMID 4957347.

156.    Collins, R Douglas. Atlas of Drug Reactions. New York, NY:
ChurchillLivingstone, 1985. pp. 123.

157.    Baxter K, Preston CL. Stockley's Drug Interactions. 7th ed. Boston,
MA: Pharmaceutical Press, 2013.

158. Centers for Disease Control and Prevention (2000). "Targeted tuberculin
testing and treatment of latent tuberculosis infection".MMWR 49 (RR–6): 31–
32. PMID 10881762.

159. Spaia S, Magoula I, Tsapas G, Vayonas G (2000). "Effect of pyrazinamide
and probenecid on peritoneal urate transport kinetics during continuous
ambulatory peritoneal dialysis".Perit Dial Int 20 (1): 47–52. PMID 10716583.

CONFIDENTIAL                                              NETCE0004556

160. Yendapally R, Lee RE (March 2008). "Design, synthesis, and evaluation of novel ethambutol analogues". Bioorg. Med. Chem. Lett. 18 (5):

161. Lim SA (April 2006). "Ethambutol-associated optic neuropathy". Ann. Acad. Med. Singap. 35 (4): 274–8. PMID 16710500.

162. Capreomycin binds across the ribosomal subunit interface using tlyA-encoded 2'-O-methylations in 16S and 23S rRNAs". Mol. Cell 23 (2): 173–82. July 2006.doi:10.1016/j.molcel.2006.05.044. PMID 16857584.

163. Vannelli TA, Dykman A, Ortiz de Montellano PR (April 2002). "The anti-tuberculosis drug ethionamide is activated by a flavoprotein monooxygenase". J. Biol. Chem. 277 (15): 12824–9. doi:10.1074/jbc.M110751200. PMID 11823459.

164. Ethionamide". TB Online. Global Tuberculosis Community Advisory Board.

165.    Empty.

166.    ⌃ Tenson, T.; Lovmar, M.; Ehrenberg, M. (2003). "The Mechanism of Action of Macrolides, Lincosamides and Streptogramin B Reveals the Nascent Peptide Exit Path in the Ribosome". Journal of Molecular Biology 330 (5): 1005–1014. doi:10.1016/S0022-2836(03)00662-4.PMID 12860123.

167.    Weiss RA (May 1993). "How does HIV cause AIDS?". Science260 (5112): 1273–9. Bibcode 1993Sci...260.1273W.DOI:10.1126/science.8493571. PMID 8493571.

168. Douek DC, Roederer M, Koup RA (2009). "Emerging Concepts in the Immunopathogenesis of AIDS". Annu. Rev. Med. 60: 471–84.

169. Baliga CS, Paul ME, Chine J, Shearer WT. HIV infection and acquired immunodeficiency syndrome. In: Rich RR, Fleisher T, Shearer W, Schroeder H, Frew A, Weyand C (eds). Clinical Immunology: Principles and Practice. 3th ed. Philadelphia: Elsevier Saunders; 2012; 553–560

170. Cunningham, A.; Donaghy, H.; Harman, A.; Kim, M.; Turville, S. (2010). "Manipulation of dendritic cell function by viruses". Current opinion in microbiology 13 (4): 524–529.

171. Tarantola, D. (2000). "Reducing HIV/AIDS risk, impact and vulnerability". Bull World Health Organ vol.78 (no.2).DOI:10.1590/S0042-96862000000200013. ISSN 0042-9686.

172. UNAIDS, Global HIV/AIDS Response: Epidemic update and health sector progress towards Universal Access. Available at http://www.unaids.org/en/media/unaids/contentassets/documents/unaidspublication/2011/20111130_ua_report_en.pdf. Last accessed May 27, 2014.

173. International Committee on Taxonomy of Viruses (2002). "61. Retroviridae". National Institutes of Health. Retrieved 2006-02-28.

174. Centers for Disease Control and Prevention. HIV/AIDS surveillance report. Vol 19. Department of Health and Human Services; 2007;

175. International Committee on Taxonomy of Viruses (2002). "61.0.6. Lentivirus". National Institutes of Health. Retrieved 2006-02-28.

176. Reeves, J. D. and Doms, R. W (2002). "Human Immunodeficiency Virus Type 2". J. Gen. Virol. 83 (Pt 6): 1253–65. DOI:10.1099/vir.0.18253-0. PMID 12029140.

177. Gilbert, PB et al; McKeague, IW; Eisen, G; Mullins, C; Guéye-Ndiaye, A; Mboup, S; Kanki, PJ (28 February 2003). "Comparison of HIV-1 and HIV-2 infectivity from a prospective cohort study in Senegal". Statistics in Medicine 22 (4): 573–593.DOI:10.1002/sim.1342. PMID 12590415.

178. Mandell, Bennett, and Dolan (2010). Chapter 118.

CONFIDENTIAL

179. Holmes CB, Losina E, Walensky RP, Yazdanpanah Y, Freedberg KA (2003). "Review of human immunodeficiency virus type 1-related opportunistic infections in sub-Saharan Africa". Clin. Infect. Dis. 36 (5): 656–662.

180. Chu, C; Selwyn, PA (2011-02-15). "Complications of HIV infection: a systems-based approach". American family physician 83 (4): 395–406. PMID 21322514.

181. Vogel, M; Schwarze-Zander, C; Wasmuth, JC; Spengler, U; Sauerbruch, T; Rockstroh, JK (2010 Jul). "The treatment of patients with HIV". Deutsches Arzteblatt international 107 (28–29): 507–15; quiz 516.

182. Mandell, Bennett, and Dolan (2010). Chapter 169.

183. Empty

184. Sestak K (July 2005). "Chronic diarrhea and AIDS: insights into studies with non-human primates". Curr. HIV Res. 3 (3): 199–205

185. Dinoso JB, Kim SY, Wiegand AM, et al. Treatment intensification does not reduce residual HIV-1 viremia in patients on highly active antiretroviral therapy. Proc Natl Acad Sci U S A. Jun 9 2009;106(23):9403-9408.

186. Chun TW, Engel D, Berrey MM, Shea T, Corey L, Fauci AS. Early establishment of a pool of latently infected, resting CD4(+) T cells during primary HIV-1 infection. Proc Natl Acad Sci U S A. Jul 21 1998;95(15):8869-8873.

187. Chun TW, Stuyver L, Mizell SB, et al. Presence of an inducible HIV-1 latent reservoir during highly active antiretroviral therapy. Proc Natl Acad Sci U S A. Nov 25 1997;94(24):13193-13197.

188. Finzi D, Hermankova M, Pierson T, et al. Identification of a reservoir for HIV-1 in patients on highly active antiretroviral therapy. Science. Nov 14 1997;278(5341):1295-1300.

189. Finzi D, Blankson J, Siliciano JD, et al. Latent infection of CD4+ T cells provides a mechanism for lifelong persistence of HIV-1, even in patients on effective combination therapy. Nat Med. May 1999;5(5):512-517.

190. Wong JK, Hezareh M, Gunthard HF, et al. Recovery of replication-competent HIV despite prolonged suppression of plasma viremia. Science. Nov 14 1997;278(5341):1291-1295.

191. Siliciano JD, Kajdas J, Finzi D, et al. Long-term follow-up studies confirm the stability of the latent reservoir for HIV-1 in resting CD4+ T cells. Nat Med. Jun 2003;9(6):727-728.

192. Mocroft A, Vella S, Benfield TL, et al. Changing patterns of mortality across Europe in patients infected with HIV-1. EuroSIDA Study Group. Lancet. Nov 28 1998;352(9142):1725-1730.

193. Palella FJ, Jr., Delaney KM, Moorman AC, et al. Declining morbidity and mortality among patients with advanced human immunodeficiency virus infection. HIV Outpatient Study Investigators. N Engl J Med. Mar 26 1998;338(13):853-860.

194. Vittinghoff E, Scheer S, O'Malley P, Colfax G, Holmberg SD, Buchbinder SP. Combination antiretroviral therapy and recent declines in AIDS incidence and mortality. J Infect Dis. Mar 1999;179(3):717-720.

195. ART CC AC. Life expectancy of individuals on combination antiretroviral therapy in high-income countries: a collaborative analysis of 14 cohort studies. Lancet. Jul 26 2008;372(9635):293-299.

196. Mofenson LM, Lambert JS, Stiehm ER, et al. Risk factors for perinatal transmission of human immunodeficiency virus type 1 in women treated with zidovudine. Pediatric AIDS Clinical Trials Group Study 185 Team. N Engl J Med. Aug 5 1999;341(6):385-393.

CONFIDENTIAL

NETCE0004558

197. Wood E, Kerr T, Marshall BD, et al. Longitudinal community plasma HIV-1 RNA concentrations and incidence of HIV-1 among injecting drug users: prospective cohort study. BMJ. 2009;338:b1649.

198. Quinn TC, Wawer MJ, Sewankambo N, et al. Viral load and heterosexual transmission of human immunodeficiency virus type 1. Rakai Project Study Group. N Engl J Med. Mar 30 2000;342(13):921-929.

199. Dieffenbach CW, Fauci AS. Universal voluntary testing and treatment for prevention of HIV transmission. JAMA. Jun 10 2009;301(22):2380-2382.

200. Montaner JS, Hogg R, Wood E, et al. The case for expanding access to highly active antiretroviral therapy to curb the growth of the HIV epidemic. Lancet. Aug 5 2006;368(9534):531-536.

201. Cohen MS, Chen YQ, McCauley M, et al. Prevention of HIV-1 infection with early antiretroviral therapy. N Engl J Med. Aug 11 2011;365(6):493-505.

202. O'Brien WA, Hartigan PM, Martin D, et al. Changes in plasma HIV-1 RNA and CD4+ lymphocyte counts and the risk of progression to AIDS. Veterans Affairs Cooperative Study Group on AIDS. N Engl J Med. Feb 15 1996;334(7):426-431.

203. Garcia F, de Lazzari E, Plana M, et al. Long-term CD4+ T-cell response to highly active antiretroviral therapy according to baseline CD4+ T-cell count. J Acquir Immune Defic Syndr. Jun 1 2004;36(2):702-713.

204. Paterson DL, Swindells S, Mohr J, et al. Adherence to protease inhibitor therapy and outcomes in patients with HIV infection. Ann Intern Med. Jul 4 2000;133(1):21-30.

205. Powderly WG, Saag MS, Chapman S, Yu G, Quart B, Clendeninn NJ. Predictors of optimal virological response to potent antiretroviral therapy. AIDS. Oct 1 1999;13(14):1873-1880.

206. Yamashita TE, Phair JP, Munoz A, et al. Immunologic and virologic response to highly active antiretroviral therapy in the Multicenter AIDS Cohort Study. AIDS. Apr 13 2001;15(6):735-746.

207. Townsend D, Troya J, Maida I, et al. First HAART in HIV-infected patients with high viral load: value of HIV RNA levels at 12 weeks to predict virologic outcome. J Int Assoc Physicians AIDS Care (Chic Ill). Sep-Oct 2009;8(5):314-317.

208. ^ Reverse Transcriptase Inhibitors Down-Regulate Cell Proliferation in Vitro and in Vivo and Restore Thyrotropin Signaling and Iodine Uptake in Human Thyroid Anaplastic Carcinom...

209. Bagala C, Landriscina M, Quirino A, et al. Reverse transcriptase inhibitors induce an androgen-dependent phenotype in undifferentiated androgen-independent prostate carcinoma cells. Program and abstracts of the 2nd Annual Multidisciplinary Prostate Cancer Symposium; February 24-26, 2006; San Francisco, California. Abstract 307.

210. Thompson MA, Aberg JA, Cahn P, et al. Antiretroviral treatment of adult HIV infection: 2010 recommendations of the International AIDS Society-USA panel. JAMA 2010; 304:321.

211. National Institutes of Health. Guidelines for the Use of Antiretroviral Agents in HIV-1-Infected Adults and Adolescents. Available at http://aidsinfo.nih.gov/guidelines/html/1/adult-and-adolescent-arv-guidelines/0/. Last accessed May 27, 2014.

212. VIDEX (didanosine): chewable/dispersible buffered tablets; buffered powder for oral solution; pediatric powder for oral solution. Product information (July 2000)

CONFIDENTIAL

213. HIVID (zalcitabine) tablets. Dear Health Care Professional Letter. (June 2006)

214. Mallal S, Phillips E, Carosi G et al. (February 2008). "HLA-B*5701 screening for hypersensitivity to abacavir". N. Engl. J. Med. 358 (6): 568–79. doi:10.1056/NEJMoa0706135.PMID 18256392.

215. ^ Mallal S, Nolan D, Witt C et al. (2002). "Association between the presence of HLA-B*5701, HLA-DR7 and HLA-DQ3 and hypersensitivity to HIV-1 reverse transcriptase inhibitor abacavir". Lancet 359 (9308): 727–32. doi:10.1016/S0140-6736(02)07873-X. PMID 11888582.

216. ^ Hetherington S, Hughes AR, Mosteller M et al. (2002). "Genetic variations in HLA-B region and hypersensitivity reactions to abacavir". Lancet 359 (9312): 1121–2.doi:10.1016/S0140-6736(02)08158-8. PMID 11943262.

217. Sosnik, A.; Chiapetta, D.A.; Carcabosa, Á.M. (2009),"Drug delivery systems in HIV pharmacotherapy: What has been done and the challenges standing ahead", Journal of Controlled Release 138 (1): 2–15,doi:10.1016/j.jconrel.2009.05.007, PMID 19445981

218. de Béthune, M.-P. (2009), "Non-nucleoside reverse transcriptase inhibitors (NNRTIs), their discovery, development, and use in the treatment of HIV-1 infection: A review of the last 20 years (1989-2009)", Antiviral Research 85 (1): 75–90, doi:10.1016/j.antiviral.2009.09.008,PMID 19781578

219. Viramune (nevirapine) tablets; Viramune (nevirapine) oral suspension prescribing information

220. Empty

221. ^ a b DHHS panel. Guidelines for the use of antiretroviral agents in HIV-1-infected adults and adolescents (May 4, 2006). (Available for download from AIDSInfo)

222. Empty

223. ^ RESCRIPTOR brand of delavirdine mesylate tablets. Product information.

224. Department of Health and Human Services Panel on Antiretroviral Guidelines for Adults and Adolescents 25 October 2010, accession date. Guidelines for the use of antiretroviral agents in HIV-infected adults and adolescents. HHS, Washington, DC: http://www.aidsinfo.nih.gov.

225. U.S. Food and Drug Administration. Sustiva Label Information. Available at http://www.accessdata.fda.gov/drugsatfda_docs/label/2011/020972s038lbl.pdf. Last accessed May 27, 2014.

226. Staszewski S., et al. 1999. Efavirenz plus zidovudine and lamivudine, efavirenz plus indinavir, and indinavir plus zidovudine and lamivudine in the treatment of HIV-1 infection in adults. N. Engl. J. Med.341:1865–1873. [PubMed]

227. World Health Organization 24 October 2010, accession date. Antiretroviral therapy for HIV infection in adults and adolescents: recommendations for a public health approach (2006 revision). WHO, Geneva, Switzerland: http:www.who.int/hiv/pub/guidelines/artadultguidelines.pdf.

228. Burger D., et al. 2006. Interpatient variability in the pharmacokinetics of the HIV non-nucleoside reverse transcriptase inhibitor efavirenz: the effect of gender, race, and CYP2B6 polymorphism. Br. J. Clin. Pharmacol. 61:148–154.

CONFIDENTIAL

NETCE0004560

229. Rotger M., Csajka C., Telenti A. 2006. Genetic, ethnic, and gender
differences in the pharmacokinetics of antiretroviral agents. Curr. HIV/AIDS
Rep. 3:118–125.

230. Stöhr W., et al. 2008. Factors influencing efavirenz and nevirapine plasma
concentration: effect of ethnicity, weight and co-medication. Antivir.
Ther. 13:675–685.

231. U.S. Department of Health and Human Services: Guidelines for the Use of
Antiretroviral Agents in HIV-1-Infected Adults and Adolescents, Appendix A:
Key to Acronyms

232. ^ "Intelence". RxWiki. Available at http://www.rxwiki.com/intelence. Last
accessed May 27, 2014.

233. Rang, H. P., Dale, M. M., Ritter, J. M., & Flower, R. J. (2007). Rang and
Dale's Pharmacology (6th Edition ed.). Philadelphia: Churchill Livingstone
Elsevier.

234. Polli JW, Jarrett JL, Studenberg SD, Humphreys JE, Dennis SW, Brouwer
KR, Woolley JL. Role of P-glycoprotein on the CNS disposition of amprenavir
(141W94), an HIV protease inhibitor. Pharm Res.1999;16:1206–
1212. [PubMed]

235. Nath A, Sacktor N. Influence of highly active antiretroviral therapy on
persistence of HIV in the central nervous system. Curr Opin
Neurol. 2006;19:358–361.

236. Kwara A, Delong A, Rezk N, Hogan J, Burtwell H, Chapman S, Moreira CC,
Kurpewski J, Ingersoll J, Caliendo AM, Kashuba A, Cu-Uvin S. Antiretroviral
drug concentrations and HIV RNA in the genital tract of HIV-infected
women receiving long-term highly active antiretroviral therapy. Clin Infec
Dis. 2008;46:719–725. [PubMed]

237. Lowe SH, Wensing AM, Droste JA, ten Kate RW, Jurriaans S, Burger DM,
Borleffs JC, Lange JM, Prins JM. No virological failure in semen during
properly suppressive antiretroviral therapy despite subtherapeutic local
drug concentrations. HIV Clin Trials. 2006;7:285–290.

238. Empty

239. Moyle GJ, Back D. Principles and practice of HIV-protease inhibitor
pharmacoenhancement. HIV Med.2001;2:105–113. [PubMed]

240. Gibaud, S. P.; Attivi, D. (2012). "Microemulsions for oral administration and
their therapeutic applications". Expert Opinion on Drug Delivery:
1. doi:10.1517/17425247.2012.694865.

241. Empty

242. Winston A, Back D, Fletcher C et al. (2006). "Effect of omeprazole on the
pharmacokinetics of saquinavir-500 mg formulation with ritonavir in healthy
male and female volunteers". AIDS 20 (10): 1401–
6. doi:10.1097/01.aids.0000233573.41597.8a.PMID 16791014

243. KALETRA (lopinavir/ritonavir) capsules; (lopinavir/ritonavir) oral solution.
Prescribing information. April 2009

244. Pyrko, P.; Kardosh, A; Wang, W; Xiong, W; Schönthal, AH; Chen, TC
(2007). "HIV-1 protease inhibitors nelfinavir and atazanavir induce
malignant glioma death by triggering endoplasmic reticulum stress". Cancer
Research 67 (22): 10920–8. doi:10.1158/0008-5472.CAN-07-
0796. PMID 18006837.

245. Squires K, Lazzarin A, Gatell JM, et al. Comparison of once-daily atazanavir
with efavirenz, each in combination with fixed-dose zidovudine and

 NETCE0004561

lamivudine, as initial therapy for patients infected with HIV. J Acquir Immune Defic Syndr. 2004;36:1011–1019.

246. Malan DR, Krantz E, David N, et al. Efficacy and safety of atazanavir, with or without ritonavir, as part of once-daily highly active antiretroviral therapy regimens in antiretroviral-naive patients. J Acquir Immune DeficSyndr. 2008;47:161–167.

247. Molina J-M, Andrade-Villanueva J, Echevarria J, et al. Once-daily atazanavir/ritonavir versus twice-daily lopinavir/ritonavir, each in combination with tenofovir and emtricitabine, for management of antiretroviral- naive HIV-1-infected patients: 48 week efficacy and safety results of the CASTLE study. Lancet. 2008;372:646–655.

248. Johnson M, Grinsztejn B, Rodriguez C, et al. 96-week comparison of once-daily atazanavir/ritonavir and twice-daily lopinavir/ritonavir in patients with multiple virologic failures. AIDS. 2006;20:711–718.

249. Thaisrivongs S, Strohbach JW. Structure-based discovery of Tipranavir disodium (PNU-140690E): a potent, orally bioavailable, nonpeptidic HIV protease inhibitor. Biopolymers. 1999;51:51–8. [PubMed]

250. Doyon L, Tremblay S, Bourgon L, et al. Selection and characterization of HIV-1 showing reduced susceptibility to the non-peptidic protease inhibitor tipranavir. Antiviral Res. 2005;68:27–35.[PubMed]

251. Larder BA, Hertogs K, Bloor S, et al. Tipranavir inhibits broadly protease inhibitor-resistant HIV-1 clinical samples. Aids. 2000;14:1943–8. [PubMed]

252. Back NK, van Wijk A, Remmerswaal D, et al. In vitro tipranavir susceptibility of HIV-1 isolates with reduced susceptibility to other protease inhibitors. Aids. 2000;14:101–2. [PubMed]

253. Poppe SM, Slade DE, Chong KT, et al. Antiviral activity of the dihydropyrone PNU-140690, a new nonpeptidic human immunodeficiency virus protease inhibitor. Antimicrob Agents Chemother.1997;41:1058–63. [PMC free article] [PubMed]

254. Rusconi S, La Seta Catamancio S, Citterio P, et al. Susceptibility to PNU-140690 (Tipranavir) of human immunodeficiency virus type 1 isolates derived from patients with multidrug resistance to other protease inhibitors. Antimicrob Agents Chemother. 2000;44:1328–32. [PMC free article][PubMed]

255. Schwartz R, Kazanjian P, Slater L, et al. Resistance to tipranavir is uncommon in a randomized trial of tipranavir/ritonavir (TPV/RTV) in Multiple PI-Failure Patients (BI 1182.2). 9th Conference on Retroviruses and Opportunistic Infections; 2002; Seattle, WA. 2002. Session 75, Poster Session 562-T. http://www.retroconference.org/2002/Abstract/13757.htm

256. Aptivus (tipranavir) Capsules, 250 mg, Prescribing Information", Boehringer Ingelheim, 2007. Revised February 5, 2007.

257. King N, Prabu-Jeyabalan M, Nalivaika E, Wigerinck P, de Béthune M, Schiffer C. Structural and thermodynamic basis for the binding of TMC114, a next-generation HIV-1 protease inhibitor. J Virol.2004;78:12012–12021. [PMC free article] [PubMed]

258. Tie Y, Boross P, Wang Y, et al. Molecular basis for substrate recognition and drug resistance from 1.1 to 1.6 angstroms resolution crystal structures of HIV-1 protease mutants with substrate analogs. Febs J.2005;272:5265–5277. [PMC free article] [PubMed]

259. Koh Y, Nakata H, Maeda K, et al. Novel bis-tetrahydrofuranylurethane-containing nonpeptidic protease inhibitor UIC-94017 (TMC114) with potent

CONFIDENTIAL

activity against multi-PI-resistant HIV in vitro. Antimicrob Agents Chemother. 2003;47:3123–3129. [PMC free article] [PubMed]

260. Tie Y, Boross P, Wang Y, et al. High resolution crystal structures of HIV-1 protease with a potent non-peptide inhibitor (UIC-94017) active against multi-drug-resistant clinical strains. J Mol Biol. 2004;338:341–352. [PubMed]

261. Kovalevsky A, Tie Y, Liu F, et al. Effectiveness of nonpeptide clinical inhibitor TMC-114 on HIV-1 protease with highly drug resistant mutations D30N, I50V, and L90M. J Med Chem. 2006;49:1379–1387.[PMC free article] [PubMed]

262. De Meyer S, Azjin H, Surleraux D, et al. TMC114, a novel HIV-1 protease inhibitor active against protease inhibitor-resistant viruses, including a broad range of clinical isolates. Antimicrob Agents Chemother.2005;49:2314–2321. [PMC free article] [PubMed]

263. Kilby JM, Hopkins S, Venetta TM, DiMassimo B, Cloud GA, Lee JY, Alldredge L, Hunter E, Lambert D, Bolognesi D, Mathews T, Johnson MR, Nowak MA, Shaw GM, Saag MS. Potent suppression of HIV-1 replication in humans by T-20, a peptide inhibitor of gp41-mediated virus entry. Nat. Med.1998;4:1302–1307. [PubMed]

264. Oldfield V, Keating GM, Plosker G. Enfuvirtide - A review of its use in the management of HIV infection. Drugs. 2005;65:1139–1160. [PubMed]

265. Lu J, Deeks SG, Hoh R, Beatty G, Kuritzkes BA, Martin JN, Kuritzkes DR. Rapid emergence of enfuvirtide resistance in HIV-1-infected patients: results of a clonal analysis. J. Acq. Immun. Def. Synd. 2006;43:60–64.

266. Poveda E, Rodes B, Lebel-Binay S, Faudon J-L, Jimenez V, Soriano V. Dynamics of enfuvirtide resistance in HIV-infected patients during and after long-term enfuvirtide salvage therapy. J. Clin. Virol. 2005;34:295–301. [PubMed]

267. Fuzeon Fuzeon Summary of Product Characteristics. Roche Registration Limited; 2003a.

268. Zhang XP, Nieforth K, Lang JM, Rouzier-Panis R, Reynes J, Dorr A, Kolis S, Stiles MR, Kinchelow T, Patel IH. Pharmacokinetics of plasma enfuvirtide after subcutaneous administration to patients with human immunodeficiency virus: inverse Gaussian density absorption and 2-compartment disposition.Clin. Pharmacol. Ther. 2002;72:10–19. [PubMed]

269. Levy JA (January 2009). "HIV pathogenesis: 25 years of progress and persistent challenges". AIDS 23 (2): 147–60.doi:10.1097/QAD.0b013e3283217f9f. PMID 19098484.

270. ⌃ Biswas P, Tambussi G, Lazzarin A (May 2007). "Access denied? The status of co-receptor inhibition to counter HIV entry". Expert Opinion on Pharmacotherapy 8 (7): 923–33. doi:10.1517/14656566.8.7.923. PMID 17472538.

271. Abel S, Russell D, Whitlock LA, Ridgway CE, Nedderman AN, Walker DK. Assessment of the absorption, metabolism and absolute bioavailability of maraviroc in healthy male subjects. Br J Clin Pharmacol. 2008;65(Suppl 1):60–7. doi: 10.1111/j.1365-2125.2008.03137.x. [PMC free article][PubMed] [Cross Ref]

272. Pfizer Inc. Selzentry [package insert]. 2007. New York.

273. Savarino A (December 2006). "A historical sketch of the discovery and development of HIV-1 integrase inhibitors". Expert Opin Investig

NETCE0004563

Drugs 15 (12): 1507–
22. doi:10.1517/13543784.15.12.1507. PMID 17107277.

274. Isentress prescribing information. Whitehouse Station, NJ 08889, USA: Merck and Co., Iin

275. ISENTRESS™ (raltegravir) 400 mg for treatment of HIV (NDA 22-145) FDA Briefing Document.2007. Accessed October 15, 2007. URL:http://www.fda.gov/OHRMS/DOCKETS/AC/07/briefing/2007-4314b1-01-Merck.pdf.

276. Kassahun K, McIntosh I, Hreniuk D, et al. Absorption, metabolism and excretion of MK-0518, a potent HIV-1 integrase inhibitor, in healthy male volunteers. 46th Annual Interscience Conference on Antimicrobial Agents and Chemotherapy; Sept 27-30, 2006; San Francisco, California, USA. 2006. abstract A-372. http://www.msdhiv.com.tw/pdf/absorption_metabolism_and_excretion.pdf

277. HIV Antiretroviral Agents in Development

278. Hull MW, Montaner J. Antiretroviral therapy: A key component of a comprehensive HIV prevention strategy. Curr HIV/AIDS Rep. 2011;8:85–93. [PubMed]

279. Walenski RP, Paltiel AD, Losina E, et al. The survival benefits of AIDS treatment in the United States. J Infect Dis 2006;194:11-19.

280. Crum NF, Riffenburgh RH, Wegner S, et al. Comparisons of causes of death and mortality rates among HIV-infected persons: analysis of the pre-, early-, and late HAART (highly active antiretroviral therapy) eras. J Acquir Immune Defic Syndr 2006;41:194-200.

281. Panel on Antiretroviral Guidelines for Adult and Adolescents. Guidelines for the use of antiretroviral agents in HIV-1-infected adults and adolescents. Department of Health and Human Services. November 3, 2008; pp 1-139. Available at http://www.aidsinfo.nih.gov/ContentFiles/AdultandAdolescentGL.pdf. Accessed July 6, 2009.

282. Shafer RW, Smeaton LM, Robbins GK, DeGrutolla V, Snyder SW, D'Aquilla RT, et al. Comparison of four-drug regimens and pairs of sequential three-drug regimens as initial therapy for HIV-1 infection. N Engl J Med 2003;349:2304-15.

283. Gulick RM, Ribaudo HJ, Shikuma CM, Lalama C, Schackman BR, Meyer III WA, et al. Three- vs four-drug antiretroviral regimens for the initial treatment of HIV-1 infection: a randomized controlled trial. JAMA 2006;296:769-81

284. Biswas P, Tambussi G, Lazzarin A (2007). "Access denied? The status of co-receptor inhibition to counter HIV entry". Expert Opin Pharmacother 8 (7): 923–33. doi:10.1517/14656566.8.7.923. PMID 17472538.

285. ^ Pugach P, Ketas TJ, Michael E, Moore JP (August 2008). "Neutralizing antibody and anti-retroviral drug sensitivities of HIV-1 isolates resistant to small molecule CCR5 inhibitors". Virology 377 (2): 401–7. doi:10.1016/j.virol.2008.04.032. PMC 2528836.PMID 18519143.

286. ^ Progenics Pharmaceuticals' HIV Drug, PRO 140, Receives FDA Fast-Track Designation. Press release, 22 Feb 2006. Progenics Pharmaceuticals.

287. AIDSinfo (updated 16 October 2007) "PRO 140"

288. "Tanox Reports 48-Week Results From TNX-355 Phase 2 Clinical Trial". AEGiS. 2006-05-02. http://www.natap.org/2006/HIV/050506_01.htm

NETCE0004564

289. Aidsmap (2011, March 1st) 'Attachment inhibitor BMS-663068 potent and well-tolerated in early study'
290. Klibanov, Olga M.; Williams, Shannon H.; Iler, Cameron A (2010). "Cenicriviroc, an orally active CCR5 antagonist for the potential treatment of HIV infection". Current Opinion in Investigational Drugs 11 (8): 940–950. PMID 20721836.
291. ^ Baba, Masanori; Takashima, Katsunori; Miyake, Hiroshi; Kanzaki, Naoyuki; Teshima, Koichiro; Wang, Xin; Shiraishi, Mitsuru; Iizawa, Yuji (2005). "TAK-652 inhibits CCR5-mediated human immunodeficiency virus type 1 infection in vitro and has favorable pharmacokinetics in humans". Antimicrobial Agents and Chemotherapy 49 (11): 4584–4591. doi:10.1128/AAC.49.11.4584-4591.2005. PMC 1280155.PMID 16251299.
292. Hosein SR 'I ANTI-HIV AGENTS: B. Cenicriviroc for inflammation and HIV' CATIE TreatmentUpdate 180 - 2010 Oct; 22(5): 2
293. Same as 292
294. Dolutegravir ("572") Holds Up in Heavily Raltegravir-Resistant Patients, Phase 2B Study Finds Nelson Vergel. The Body PRO. Accessed 23 April 2011.
295. ^ Shionogi-ViiV Healthcare Starts Phase 3 Trial for "572-Trii" Test positive airwave. The Body PRO. Accessed 23 April 2011.
296. ^ Horn, Tim. ViiV's Dolutegravir Continues to Show Well After 96 Weeks, Versus Sustiva, for First-Time Treatment. AIDSmeds.com 7 Mar 2012. Accessed 14 Mar 2012.
297. Sax, P. E.; Dejesus, E.; Mills, A.; Zolopa, A.; Cohen, C.; Wohl, D.; Gallant, J. E.; Liu, H. C. et al. (2012). "Co-formulated elvitegravir, cobicistat, emtricitabine, and tenofovir versus co-formulated efavirenz, emtricitabine, and tenofovir for initial treatment of HIV-1 infection: A randomised, double-blind, phase 3 trial, analysis of results after 48 weeks". The Lancet379 (9835): 2439–2448. doi:10.1016/S0140-6736(12)60917-9. PMID 22748591.
298. "New HIV Maturation Inhibitor MPC-9055". National AIDS Treatment Advocacy Project. 17 September 2008. Retrieved 10 June 2012.
299. Aidsmap 'Vivecon (MP-9055)'
300. NATAP, 'Lersivirine, a New NNRTI, Versus Efavirenz as First-Line Therapy: 48 Weeks' 6th IAS Conference on HIV Pathogenesis, Treatment and Prevention, July 17-20, 2011, Rome.
301. AIDSmeds (17 June 2008) "Experimental HIV Drug Hits Snag"
302. Koronis Pharmaceuticals (2009, 19th May) 'Koronis Pharmaceuticals' Scientific Advisory Board Confirms KP-1461 Clinical Drug Activity, HIV Ablation'
303. Mullins J. et al, 2011, Mutation of HIV-1 Genomes in a Clinical Population Treated with the Mutagenic Nucleside KP1461, PLoS One 6(1).
304. i-BASE/Treatment Action Group (2011, July) '2011 Pipeline Report' HIV, Hepatitis C Virus (HCV), and Tuberculosis Drugs, Diagnostics, Vaccines, and Preventive Technologies in Development.

 NETCE0004565

2012-10-12 19:45       JASSIN    9543676667 >>    916-783-6067

P 1/5

10/12/2012 Fri 18:10 / ID: #322220

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 285

This Freelance Writer Agreement (the "*Agreement*") is entered into by **Jassin Jouria, Jr.
MD** ("*Writer*"), and CME Resource ("*CME*").

In consideration of the mutual covenants made herein, the parties agree as follows:

    1.    **Parties:** Writer is engaged in the business of writing articles and other
materials on a freelance basis. CME is engaged in the business of the publication of
continuing education materials for medical, nursing, dental and other practitioners.

    2.    **Relationship:** The parties expressly agree and acknowledge that the
relationship created by this Agreement is one of independent contractor. CME is not the
employer of Writer, and Writer is not, and will not be treated as, an employee of CME for
federal tax purposes, or any other purpose.

    3.    **Contract Period:** This Agreement will begin on the date set forth below
and shall continue until terminated as provided herein. If either party violates a term of
this Agreement, then the other party (the "*Nonbreaching Party*") may terminate this
Agreement, effective immediately upon delivery of written notice of termination by the
Nonbreaching Party. Notwithstanding the foregoing, CME may terminate this Agreement
at any time, with or without cause, effective upon thirty (30) days written notice.

    4.    **Services to be Provided by Writer:** Writer agrees to submit, on his or her
sole initiative or at the request of CME, written articles to CME on the subjects and in
such format and at such times as set forth in Attachment 1 (the "Articles"). Attachment 1
may be revised from time to time by mutual written agreement between parties.

    5.    **Representations and Warranties of Writer:** By submitting an Article to
CME, Writer represents and warrants the following: (a) the Article is accurate and is
Writer's original work, (b) the Article has not been obtained by unlawful means and is not
owned by any third party, (c) Writer has not submitted the Article to any other party for
publication nor has the Article been previously published in any manner or medium,
specifically including but not limited to, print or electronic medium, (d) Writer will not
submit the Article to any other party for publication unless and until CME expressly
rejects the Article, and (e) the Article by CME will not infringe or violate any copyright
or other intellectual property right, privacy rights, publicity rights or any other rights of
any third party.



EXHIBIT
22

NETCE0003870

2012-10-12 19:45        JASSIN    9543676667 >>    916-783-600?                                    P 2/5

6.      **Indemnification:**  Writer shall indemnify and hold harmless CME and its agents, directors, employees, licensees and affiliates from and against any claim, loss, damage, liability and expenses (including reasonable attorneys' fees and costs associated therewith) arising from any breach of any of Writer's representations or warranties contained in this Agreement.  Writer shall cooperate with CME if any complaints, claims or litigation should arise regarding the Articles.

7.      **Compensation:** CME agrees to pay Writer $400 per credit per Article to be published by CME with payments not to exceed an aggregate amount of $12000 per Article. For purposes of this Agreement, one "credit" is equal to approximately 2,000 words. Under no circumstances will Writer be paid on an hourly, daily or other basis that is a function of time. Writer acknowledges and agrees that CME will only pay writer for Articles that are approved for publication by CME, and that CME has the sole and exclusive authority and discretion to determine whether or not to approve and/or publish any and all Articles submitted by Writer.

8.      **Taxes:**  As an independent contractor, Writer shall be responsible for the reporting, deposit and payment of any and all federal, state, and local taxes, including but not limited to income taxes, FICA taxes, and unemployment taxes incidental to the performance of, or payment under, this Agreement.

9.      **Ownership and Assignment of Intellectual Property:**  Writer hereby understands and agrees that all Articles approved for publication by CME under this Agreement shall belong exclusively to CME.  Without limiting the foregoing, Writer agrees that, to the maximum extent allowed by law, all such Articles shall be deemed to be "works made for hire" under all relevant copyright laws, and CME shall be deemed to be the author thereof.  If and to the extent any Article is determined not to constitute "works made for hire," Writer hereby irrevocably assigns and transfers to CME and its successors and assigns all right, title, and interest in and to the Article, including all copyright rights (including but not limited to rights in audiovisual works and moral rights), patent rights, trade secret rights, trademark rights, rights of privacy and publicity, and any other intellectual property rights, and all economic rights, including, without limitation, the rights to reproduce, manufacture, use, adapt, modify, publish, distribute, sublicense, publicly perform and communicate, translate, lease, import, in each case, in any medium, and otherwise exploit the Article.  Writer agrees to cooperate with and assist CME in applying for, and executing any applications and/or assignments reasonably necessary to record and evidence CME's rights in the Articles.  Writer hereby appoints CME as his or her attorney-in-fact in the event that Writer does not or cannot perform his or her obligations regarding the ownership and assignment of the Articles, and only for such limited purposes.  Without limiting the foregoing, CME has the right to edit the Articles as it deems appropriate for publication or use in accordance with the rights granted by Writer herein, and that Writer will cooperate with CME in editing, fact



2

NETCE0003871

2012-10-12 19:46          JASSIN     9543676667 >>     916-783-6669                                    P 3/5

checking and otherwise reviewing the Articles prior to publication. Writer will be credited as the original author of the Article in any and every republication. Writer acknowledges and understands that at no time shall Writer have any right to block publication of an Article provided that CME removes Writer's name from said Article.

10.    **Miscellaneous:** This Agreement will be governed by and under the laws of the State of California without regard to its conflicts of laws provisions. This Agreement may be modified only by a written amendment executed by Writer and a duly authorized officer of CME. Any failure by either party to enforce any of the provisions of this Agreement will not be construed as a waiver of such provisions or the right of a party thereafter to enforce each and every such provision. This Agreement constitutes the complete and exclusive statement of the agreement between the parties and supersedes all proposals, oral or written, and all other communications between the parties relating to the subject matter of this Agreement.

**CME Resource has not received commercial support for the development of this article. CME Resource is obligated to ensure that potential and/or real conflicts of interest of faculty and their immediate family are identified and resolved to preserve the integrity of the content presented.**

11.    **Disclosure:** Writer agrees to list below all affiliations with or financial involvement within the last twelve (12) months in any organization or entity with a direct financial interest in the subject matter or materials of the research discussed. Writer also agrees to list below all unlabeled or investigational use of commercial products to be discussed in the article. Refusal to disclose will result in disqualification.

A. Will your article include discussion of any commercial products or services?
Yes _____ No __✓___   (If No, skip to question B.)

If Yes, in the last twelve (12) months have you or members of your immediate family (spouse or partner) had any relevant financial interest or other relationship with the manufacturer(s) of any of the products or provider(s) of any of the services you intend to cover? *A relevant financial interest or relationship is defined as benefiting by receiving a salary, royalty, intellectual property rights, consulting fee, honoraria, ownership interest (e.g., stocks, stock options or other ownership interest in any amount, excluding diversified mutual funds) or other financial benefit (e.g., employment, management position, independent contractor including contracted research, consulting, speaking and teaching, membership on advisory committees or review panels, board membership, and other activities from which remuneration is received, or expected).*
Yes _____ No _____



3

NETCE0003872

2012-10-12 19:46   JASSIN   9543676667 >>   916-783-60   P 4/5

If Yes, please list the manufacturer(s) or provider(s) and describe the nature of the relationship(s).

_____

_____

B. Do you anticipate your article will include discussion of unlabeled use of commercial products? *(Commercial product does not have an FDA-approval indication for the use you will be discussing.)*
Yes_____     No___✓___

Name of commercial product: _____
Unlabeled use to be discussed: _____
_____

Name of commercial product: _____
Unlabeled use to be discussed: _____
_____

C. Do you anticipate your article will include discussion of investigational use of commercial products? *(Commercial product is not approved by the FDA for any purpose.)*
Yes_____     No___✓___

Name of commercial product: _____
Investigational use to be discussed: _____
_____

Name of commercial product: _____
Investigational use to be discussed: _____
_____

12.     If any images are included in an Article, Writer agrees not to edit, modify, or falsify such images.

13.     The course completion date of this project is: June 30, 2013. On this date, CME Resource must physically have all units of Non-Antibiotic Antimicrobial Pharmacology: A Review.

This contract becomes null and void if not received by CME Resource by October 31, 2012. If there are any addendums or special requirements Jassin Jouria, Jr. MD desires of this contract, they must be submitted in writing to CME Resource prior to this date and a revised contract issued.

4

NETCE0003873

This Agreement is entered into on this 12ᵗʰ day of OCTOBER 2012.

Writer                                              CME Resource

_____                     By: _____
Jassin Jouria, Jr. MD                           

                                                    Name: **SARAH CAMPBELL**

_____                     Title: **DIRECTOR OF DEVELOPMENT**
[WRITER'S SOCIAL SECURITY #]

5

NETCE0003874

CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 286



**CME**
RESOURCE
Continuing Medical Education

This Freelance Writer Agreement (the "*Agreement*") is entered into by **Jassin M. Jouria, Jr., MD** ("*Writer*"), and CME Resource ("*CME*").

In consideration of the mutual covenants made herein, the parties agree as follows:

1.    **Parties:**  Writer is engaged in the business of writing articles and other materials on a freelance basis.  CME is engaged in the business of the publication of continuing education materials for medical, nursing, dental and other practitioners.

2.    **Relationship:**  The parties expressly agree and acknowledge that the relationship created by this Agreement is one of independent contractor.  CME is not the employer of Writer, and Writer is not, and will not be treated as, an employee of CME for federal tax purposes, or any other purpose.

3.    **Contract Period:**  This Agreement will begin on the date set forth below and shall continue until terminated as provided herein.  If either party violates a term of this Agreement, then the other party (the "*Nonbreaching Party*") may terminate this Agreement, effective immediately upon delivery of written notice of termination by the Nonbreaching Party.  Notwithstanding the foregoing, CME may terminate this Agreement at any time, with or without cause, effective upon thirty (30) days written notice.

4.    **Services to be Provided by Writer:**  Writer agrees to submit, on his or her sole initiative or at the request of CME, written articles to CME on the subjects and in such format and at such times as set forth in Attachment 1 (the "Articles").  Attachment 1 may be revised from time to time by mutual written agreement between parties.

5.    **Representations and Warranties of Writer:**  By submitting an Article to CME, Writer represents and warrants the following:  (a) the Article is accurate and is Writer's original work, (b) the Article has not been obtained by unlawful means and is not owned by any third party, (c) Writer has not submitted the Article to any other party for publication nor has the Article been previously published in any manner or medium, specifically including but not limited to, print or electronic medium, (d) Writer will not submit the Article to any other party for publication unless and until CME expressly rejects the Article, and (e) the Article by CME will not infringe or violate any copyright or other intellectual property right, privacy rights, publicity rights or any other rights of any third party.

POST OFFICE BOX 997571 • SACRAMENTO, CALIFORNIA 95899-7571
1482 STONE POINT DRIVE • SUITE 120 • ROSEVILLE, CALIFORNIA 95661
PHONE: 800/232-4238 • FAX: 916/783-6067 • WWW.NETCE.COM



EXHIBIT
23

NETCE0002723

6.    **Indemnification:** Writer shall indemnify and hold harmless CME and its agents, directors, employees, licensees and affiliates from and against any claim, loss, damage, liability and expenses (including reasonable attorneys' fees and costs associated therewith) arising from any breach of any of Writer's representations or warranties contained in this Agreement. Writer shall cooperate with CME if any complaints, claims or litigation should arise regarding the Articles.

7.    **Compensation:** CME agrees to pay Writer **$400** per credit per Article to be published by CME with payments not to exceed an aggregate amount of **$12000** per Article. For purposes of this Agreement, one "credit" is equal to approximately 2,000 words. Under no circumstances will Writer be paid on an hourly, daily or other basis that is a function of time. Writer acknowledges and agrees that CME will only pay writer for Articles that are approved for publication by CME, and that CME has the sole and exclusive authority and discretion to determine whether or not to approve and/or publish any and all Articles submitted by Writer.

8.    **Taxes:** As an independent contractor, Writer shall be responsible for the reporting, deposit and payment of any and all federal, state, and local taxes, including but not limited to income taxes, FICA taxes, and unemployment taxes incidental to the performance of, or payment under, this Agreement.

9.    **Ownership and Assignment of Intellectual Property:** Writer hereby understands and agrees that all Articles approved for publication by CME under this Agreement shall belong exclusively to CME. Without limiting the foregoing, Writer agrees that, to the maximum extent allowed by law, all such Articles shall be deemed to be "works made for hire" under all relevant copyright laws, and CME shall be deemed to be the author thereof. If and to the extent any Article is determined not to constitute "works made for hire," Writer hereby irrevocably assigns and transfers to CME and its successors and assigns all right, title, and interest in and to the Article, including all copyright rights (including but not limited to rights in audiovisual works and moral rights), patent rights, trade secret rights, trademark rights, rights of privacy and publicity, and any other intellectual property rights, and all economic rights, including, without limitation, the rights to reproduce, manufacture, use, adapt, modify, publish, distribute, sublicense, publicly perform and communicate, translate, lease, import, in each case, in any medium, and otherwise exploit the Article. Writer agrees to cooperate with and assist CME in applying for, and executing any applications and/or assignments reasonably necessary to record and evidence CME's rights in the Articles. Writer hereby appoints CME as his or her attorney-in-fact in the event that Writer does not or cannot perform his or her obligations regarding the ownership and assignment of the Articles, and only for such limited purposes. Without limiting the foregoing, CME has the right to edit the Articles as it deems appropriate for publication or use in accordance with the rights granted by Writer herein, and that Writer will cooperate with CME in editing, fact

2

checking and otherwise reviewing the Articles prior to publication. Writer will be credited as the original author of the Article in any and every republication. Writer acknowledges and understands that at no time shall Writer have any right to block publication of an Article provided that CME removes Writer's name from said Article.

10.   **Miscellaneous:** This Agreement will be governed by and under the laws of the State of California without regard to its conflicts of laws provisions. This Agreement may be modified only by a written amendment executed by Writer and a duly authorized officer of CME. Any failure by either party to enforce any of the provisions of this Agreement will not be construed as a waiver of such provisions or the right of a party thereafter to enforce each and every such provision. This Agreement constitutes the complete and exclusive statement of the agreement between the parties and supersedes all proposals, oral or written, and all other communications between the parties relating to the subject matter of this Agreement.

**CME Resource has not received commercial support for the development of this article. CME Resource is obligated to ensure that potential and/or real conflicts of interest of faculty and their immediate family are identified and resolved to preserve the integrity of the content presented.**

11.   **Disclosure:** Writer agrees to list below all affiliations with or financial involvement within the last twelve (12) months in any organization or entity with a direct financial interest in the subject matter or materials of the research discussed. Writer also agrees to list below all unlabeled or investigational use of commercial products to be discussed in the article. Refusal to disclose will result in disqualification.

A. Will your article include discussion of any commercial products or services?
   Yes _____ No ___✓___   (If No, skip to question B.)

   If Yes, in the last twelve (12) months have you or members of your immediate family (spouse or partner) had any relevant financial interest or other relationship with the manufacturer(s) of any of the products or provider(s) of any of the services you intend to cover? *A relevant financial interest or relationship is defined as benefiting by receiving a salary, royalty, intellectual property rights, consulting fee, honoraria, ownership interest (e.g., stocks, stock options or other ownership interest **in any amount**, excluding diversified mutual funds) or other financial benefit (e.g., employment, management position, independent contractor including contracted research, consulting, speaking and teaching, membership on advisory committees or review panels, board membership, and other activities from which remuneration is received, or expected).*
   Yes _____ No _____



3

NETCE0002725

If Yes, please list the manufacturer(s) or provider(s) and describe the nature of the relationship(s).

_____

_____

B. Do you anticipate your article will include discussion of unlabeled use of commercial products? *(Commercial product does not have an FDA-approval indication for the use you will be discussing.)*
Yes_____     No__✓__

Name of commercial product: _____
Unlabeled use to be discussed: _____

_____

Name of commercial product: _____
Unlabeled use to be discussed: _____

_____

C. Do you anticipate your article will include discussion of investigational use of commercial products? *(Commercial product is not approved by the FDA for any purpose.)*
Yes_____     No__✓__

Name of commercial product: _____
Investigational use to be discussed: _____

_____

Name of commercial product: _____
Investigational use to be discussed: _____

_____

12.     If any images are included in an Article, Writer agrees not to edit, modify, or falsify such images.

13.     The course completion date of this project is: **July 31, 2013**. On this date, **CME Resource** must physically have all units of **Depression and Dementia in the Elderly**.

This contract becomes null and void if not received by **CME Resource** by **April 15, 2013**. If there are any addendums or special requirements **Jassin M. Jouria, Jr., MD** desires of this contract, they must be submitted in writing to **CME Resource** prior to this date and a revised contract issued.

4

NETCE0002726

This Agreement is entered into on this 5th day of April 2013.

**Writer**

Jassin M. Jouria, Jr., MD

_____
[WRITER'S SOCIAL SECURITY #]

**CME Resource**

By: _scampbell_

Name: **SARAH CAMPBELL**

Title: **DIRECTOR OF DEVELOPMENT**

5

NETCE0002727

## Attachment 1

Subjects on which CME may accept Articles from Writer:

<u>Depression and Dementia in the Elderly</u>

6

NETCE0002728