CASE NO.: 15-CV-61165-WPD
NetCE'S EXHIBIT 289

# DEPRESSION V. DEMENTIA IN THE ELDERLY

**ABSTRACT**

Dementia and depression are two separate mental health problems that are frequently encountered in the medical practice, and social interaction, with the elderly population. Approximately 50% of patients who present with late-onset depression have some form of cognitive impairment. The extremely high amount of cross-over between the sign and symptoms of depression and dementia in the elderly make it a challenging task to both, diagnose, and manage, the two disease entities appropriately. Moreover, the current literature suggests that the prevalence of depression in patients with dementia has been reported to be between 10 and 70%. Depression has been identified to be both a risk factor as well as a premonitory symptom of dementia. This course is an in-depth academic review of the multifaceted relationship that exists between the two conditions. The course will cover definitions, epidemiology, related concepts, diagnostic tools and challenges, treatment, and emerging research. The operational issues and the instruments underlying their relationship are also emphasized. The association between the two illnesses is far from decisive, but this course will help health care professionals review the most important factors of the respective disease entities and offer guidance on how to approach the clinical challenges that are presented with them.

**ACTIVITY LENGTH**

30 contact hours or approximately 60,000 words.

**LEARNING OBJECTIVES**

1. Define depression, dementia, delirium, and pseudo-dementia.
2. Appreciate the epidemiology of dementia and depression present in the elderly population.
3. Identify the current screening guidelines for dementia and depression.
4. Describe the pathophysiology of major depression.
5. List the non-modifiable risk factors for depression.
6. List the modifiable risk factors for depression.
7. Describe the pathophysiology of dementia
8. List the non-modifiable risk factors for dementia.
9. List the modifiable risk factors for dementia.
10. Describe the pathophysiology of pseudo-dementia.
11. List the non-modifiable risk factors for pseudo-dementia.
12. List the modifiable risk factors for pseudo-dementia.
13. Describe the pathophysiology of delirium.
14. Identify the problems associated in differentiating depression from dementia in the elderly.
15. Appreciate the clinical presentation of delirium and its causes.
16. Categorize the different types of depression.
17. Categorize the different types of dementia.

**EXHIBIT**

24

18. Discuss the signs and symptoms of depression.
19. Discuss the signs and symptoms of dementia.
20. Explain the importance of correct diagnosis of dementia and depression.
21. Discuss the diagnostic tools available to aid in the diagnosis of dementia and depression.
22. Identify the diagnostic imaging used in the diagnosis of dementia and depression.
23. Discuss the application of a full neuropsychological evaluation in the diagnosis of dementia and depression.
24. Describe the treatment options for both dementia and depression.
25. Evaluate the effectiveness of each treatment option in the care of depression and dementia in the elderly.
26. Explain the side effects of the medical management of dementia and depression.
27. Identify the lifestyle factors that affect the development of dementia and depression in the elderly.
28. Discuss the role of mental exercise and activity in the prevention of depression and dementia.
29. Examine the options available to healthcare workers for the evaluation of disease progression of dementia and depression in the elderly.
30. Identify other factors, such as comorbidities, medications, and family members that play a role in the management and progression/prevention of dementia and depression in the elderly.
31. Evaluate the potential benefit of future preventive measures and treatment options for depression and dementia in the elderly.
32. Identify the role of the most current advancement in neuropsychological research.
33. Communicate the importance of disease education to patients and families who suffer from either dementia or depression.

**OUTLINE**

I. Introduction
    A. Definitions
    B. Depression, Dementia, Delirium, Pseudo-dementia

II. Overview
    A. Epidemiology
        1. Screening
        2. Prevalence
    B. Etiology

III. Pathophysiology of Depression
    A. Risk Factors
        1. Modifiable
        2. Non-modifiable

CONFIDENTIAL

     B.  Causes
     C.  Environment

IV.   Pathophysiology of Dementia
     A.  Risk Factors
         1. Modifiable
         2. Non-modifiable
     B.  Causes
     C.  Environment

V.   Pathophysiology of Pseudo-dementia
     D.  Risk Factors
         1. Modifiable
         2. Non-modifiable
     E.  Causes
     F.  Environment

VI.   Distinguishing Depression and Dementia
     A.  Problems in differentiation
             1. Inaccurate terminology/use
             2. Normal decline in function
             3. Depression induced decline in function
     B.  Delirium

VII. Types/Stages of disease
     A.  Depression
          1.  Signs
          2.  Symptoms
          3.  Types
     B.  Dementia
          1.  Signs
          2.  Symptoms
          3.  Types
     C.  Pseudo-dementia
          1.  Signs
          2.  Symptoms
          3.  Types
     D.  Delirium
          1.  Signs
          2.  Symptoms
          3.  Types

VIII. Importance of Diagnosis
     A.  Diagnostic tools
          1. Imaging
          2. Cognitive findings
          3. Mini-mental status exam
          4. EEG

CONFIDENTIAL

5. Complete neuropsychological evaluation
   B. Differential Diagnosis

IX. Treatment
   A. Options
   B. Effectiveness
   C. Side Effects

X. Lifestyle
   A. Living Arrangements
   B. Diet
   C. Mental Exercise
   D. Activity

XI. Disease Monitoring
   A. Imaging
   B. Neuropsychological evaluations
   C. Cognitive evaluations

XII. Other factors
   A. Comorbidities
   B. Medications
   C. Speed of disease progression
   D. Difficulty with family members

XIII. Neuropsychological research

XIV. New Advancements
   A. Diagnosis/Detection
   B. Treatment Options

XV. Educating Patients and Family Members

XVI. Conclusion

**Biography**

Dr. Jassin M. Jouria is a medical doctor, professor of academic medicine, and medical author. He graduated from Ross University School of Medicine and has completed his clinical clerkship training in various teaching hospitals throughout New York, including King's County Hospital Center and Brookdale Medical Center, among others. Dr. Jouria has passed all USMLE medical board exams on first attempt, and has served as a test prep tutor and instructor for Kaplan. He has developed several medical courses and curricula for a variety of educational institutions. Dr. Jouria has also served on multiple levels in the academic field including faculty member and Department Chair. Dr. Jouria continues to serves as a Subject Matter Expert for several continuing education organizations covering multiple basic medical sciences.

He has also developed several continuing medical education courses covering various topics in clinical medicine. Recently, Dr. Jouria has been contracted by the University of Miami/Jackson Memorial Hospital's Department of Surgery to develop an e-module training series for trauma patient management. Dr. Jouria is currently authoring an academic textbook on Human Anatomy & Physiology.

## DEPRESSION vs. DEMENTIA IN THE ELDERLY

Depression is a mental disorder which manifests as a state of low mood and aversion to activity that may negatively impact on individual's thought process, behavior, feelings, world view, and physical well-being [1]. Individuals with depression may experience sadness, emptiness, hopelessness, anxiousness and irritability. Depressed people may experience anhedonia i.e. aversion to pleasure seeking activities such as sex, exercise or social activities. Depression is a mood disorder, but not essentially a psychiatric disorder.  Depression in elderly is common and widespread globally.  It is generally undiagnosed, and often untreated.  It is also the most treatable disorder which affects approximately 15% of elderly, 20 % of hospitalized elderly patients, and over 40 percent of elderly nursing home residents. Depression is common in elderly, but is not a normal part of aging [2].

Dementia encompasses a group of symptoms that impairs higher cortical and cognitive functions in a previously healthy individual.  It may adversely affect individual's memory, comprehension, thinking, orientation, learning abilities, calculation, and judgment.  However consciousness remains unaffected. Dementia is generally seen in elderly, but can at an early age also, which is known as "early onset dementia". [3] Delirium is a sub-cortical syndrome that presents as severe confusion and disorientation, with comparatively rapid onset and fluctuating intensity. This neuropsychiatric syndrome is commonly seen in elderly. It is characterized by fluctuating course, behavior impairments and attention deficits. It also involves other cognitive impairments, alterations in arousal, perceptual impairments, changes in patterns of sleep-wake cycle, and psychotic features such as hallucinations and delusions.

### INTRODUCTION
Depression in elderly is an important public health problem due to its severe individual, social, and economic costs.  It is closely associated with increased risk of suicide and morbidity, as well as reduced physical, social and cognitive functioning, and increased inclination towards self-neglect, all of these factors are in turn linked to increased mortality [4]. Contrary to common belief, major depression seems to be less common among elderly compared to young adults [5]. Depression in elderly differs from depression in young adults. Clinical presentation, causes, risk and protective factors, and prognosis all point toward aspects of the elderly in the lifespan.

### Life course perspective
Age of Onset of Disorder
When an elderly experiences depression for the first time in life, it is known as late onset depression.  It has been found that more than 50% of depressed elderly experience late onset depression.  On the other hand, when an elderly has

NETCE0002938

experienced their first episode of depression earlier in their young age, it is known as early onset depression. Around 50% or less depressed elderly patients experience early onset depression. Majority of doctors and psychiatrist agree that elderly who experience late onset depression have distinctive clinical presentation and risk factors. Compared to elderly with late onset depression, individuals with early onset depression have a greater likelihood of positive family history of depression, suggesting a genetic predisposition [6]. Patients with early onset depression may also experience a greater prevalence of personality disorder or high scores on individual personality traits [7]. Some studies have indicated that elderly with late onset depression have a greater likelihood of vascular risk factors [8] including history of CVA or cerebrovascular disease. However, other studies have negated such role [7]. Some research studies have also concluded that elderly who experience late onset depression have a greater likelihood of having concomitant cognitive deficits, or are more susceptible to developing dementia [9].

**Epidemiology**
Globally, depression is one of leading cause of morbidity [10]. Lifetime prevalence fluctuates from country to country, ranging from as little as 3% in Japan to as high as 17% in the US. Approximately 8–12% of people experience depression during their life time [11, 12]. Prevalence of depression in women is twice than that in men. Majority of individual experience their first episode of depression between the ages of 30 and 40, and some experience it between ages 50 and 60 [13]. The risk of depression increases with neurological conditions such as stroke, multiple sclerosis, or Parkinson's disease [14]. The risk also increases in patients with cardiovascular disease, and is related to poor prognosis [15, 16]. Depression is more prevalent in urban areas than in rural population and in groups with poor socioeconomic factors [17].

Depression is experienced by approximately 5 million elderly Americans, and around 1 million of those experience major depression [18]. In the US, the prevalence of depression is around 1 percent (1.4 % in females, 0.4 % in males), and the rate significantly increases to 12-30 % in patients who reside in long-term care facilities [19]. Approximately 17-37% of elderly treated in primary care settings have depression; approximately 30% of these patients have major depression [2]. Although depression rate reach their peak in the age group of around 25-44 years, clinically significant depressive symptoms increases significantly with advancing age. Unlike younger individuals with depression, elderly with depression generally have a comorbid illness [20, 21]. Chronic diseases that are associated with high rates of depression include:
- Alzheimer's disease (20-40%)
- Stroke (30-60%)
- Coronary heart disease (8-44%)
- Parkinson's disease (40%)
- Cancer (1-40%)
- Dementia (17-31%).

The prevalence of depression in the elderly s in the United States and globally is around 1-5%., with several research studies reporting prevalence rate at around 1% [5]. Clinically significant depressive symptoms are seen in around 15% of community-dwelling elderly [22]. Rates of depression are usually higher in older women than in older men. There are no significant differences in depression prevalence by ethnicity or race, although the symptoms may be more common among Hispanics than non-Hispanic Caucasians [23]. Rates of major depression

among elderly are substantially higher in medical outpatients (5–10%), medical inpatients (10–12%), and residents of long term care facilities (14–42%) [22, 24].

## PRESENTATION
### Differences from younger adults

Depression in elderly may have distinctive signs and symptoms compared to younger adults. Compared to young adults, elderly are less likely to endorse cognitive-affective symptoms of depression such as worthlessness, or dysphoria [25]. Elderly also complain more frequently about sleep disturbance, insomnia, fatigue, loss of interest in living, and hopelessness [26]. Elderly also complain about poor memory and loss of concentration. Common clinical findings include slower cognitive function and executive dysfunction [27]. It has also been found that depressed elderly women experience more appetite disturbance than men, whereas elderly men experience more agitation [28]. Depression is difficult to diagnose when symptoms arise because of a medical condition. Depression is usually either overdiagnosed or underdiagnosed in the presence of another disease such as cancer that may cause weight loss and fatigue. Depression manifests itself with different signs and symptoms among patients with neurological syndromes. Depression that develops after a stroke is less likely to include dysphoria and is more prominently characterized by vegetative symptoms [29]. This is particularly seen in patients who have right hemisphere damage. Milder form of depression is associated with Parkinson's disease. Additionally, dysphoria and anhedonia are seldom seen compared to depression in elderly without neurological disease [30]. Depression seen in patients with Alzheimer disease is diagnosed only when three or more symptoms of major depression are present, excluding lack of concentration, but including nonsomatic symptoms such as social withdrawal and irritability. Depression in patients with vascular dementia, compared to depression in patients with Alzheimer disease, is characterized predominantly by vegetative symptoms such as weight loss, fatigue, and myasthenia (muscular weakness). [31]

### Etiology

Biological factors become major determinant in elderly. With aging or with certain disease, human body undergoes cardiovascular and neurological changes that make elderly susceptible to depression. However, it is important to note that age related changes are ubiquitous and physical disease is not rare, yet only a few elderly become the victim of depression. Majority of ageing individuals do not become a prey to depression. Similarly loss of near and dear ones may also trigger depression in some individuals. Genetic factors, age-related neurobiological changes, stressful events, and cognitive diathesis play an important role in triggering depression. Compared to healthy individuals, depressed individuals often exhibit poor social skills.

### Genetic Risk

Genetic factors play an important role in the etiology of depression. It is suspected that several genes interact with each other or with a number of environmental factors to increase susceptibility for depression [32]. Several genes are linked to depression and bipolar disorder and some regions have specifically been identified on chromosomes 4, 5, 12, 18, and 21, and the X chromosome [33, 34]. Several studies have observed a close link between depression and influence of certain genes, especially in bipolar disorder. The MDD1 locus is located at at 12q22-q23.2 and is associated with major depression in men [35]. The MDD2 locus is located at 15q25.2-q26.2 and has been associated with early onset or recurrent episodes of

CONFIDENTIAL

depression [36]. The data from twin studies showed that first-degree relatives of individuals with depression are approximately 3 times susceptible of developing depression compared to the general population. However, depression may develop in individuals who have no family history of depression [37].

Genes that influence the serotonin system seem to have a role in the development of depression, especially because several antidepressant drugs influence serotonin [38]. Several studies have suggested that genes influencing serotonin production or utilization play a vital role in the pathogenesis of depression. Some research studies have concluded that genetic factors play a much smaller role in elderly compared to young adults. However, it has been found that certain genetic markers (polymorphisms of apolipoprotein E, 5-HT transporter genes, and BDNF) are associated with depression in elderly. It has been observed that genetic risk is expressed strongly in the young adults than in elderly. It has been found that A/A genotype of the 5-HTR2A gene promoter polymorphism has a close association with depression in elderly males, but not in elderly females.

Genes that might play an important role in the development of depression in elderly include:
- ε4 allele of apolipoprotein E (APOE4), which influences lipid metabolism.
- the five-repeat polymorphism of the gene encoding for very-low-density lipoprotein-receptor (VLDL-R)
- The insertion/deletion polymorphism of the gene encoding for the angiotensin converter enzyme dipeptidyl carboxypeptidase-1 (DCP-1)
- The C677T gene mutation of the methylenetetrahydrofolate reductase enzyme (MTHRF), which may lead to raised plasma homocysteine levels.

The gene APOE4 is an established genetic risk factor for Alzheimer's disease; however, majority of studies have not found any association linking this gene with depression in elderly adults [39, 8, 40].

**Biological Risk Factors**
Biological risk factors for depression play an important role in elderly. Endocrine, cardiovascular, inflammatory, cardiovascular, and neuroanatomical factors are important biological risks that may cause depression in elderly. It is a known fact that depression in elderly commonly develops with concomitant medical illness. Any serious or chronic disease can lead to depression in elderly. Cardiovascular, cerebrovascular disease and neurological impairments are strongly linked to depression in elderly. Cancer or any type of infection can also trigger depression. Depression is also observed in patients with hyperthyroidism and hypothyroidism, indicating that endocrine impairments can also lead to depression in elderly [41]. Depression is also linked to elevated levels of insulin growth factor-1, enhanced adrenocortical activity, and inflammatory markers [42]. Depression is also associated with osteoporosis and bone loss suggesting the role of inflammatory markers present in both conditions. Depression may be caused by certain drugs, especially beta blockers, calcium channel blockers, anti-Parkinson drugs, CNS medications, corticosteroids, hormones, certain chemotherapeutic agents, benzodiazepines, digitalis and interferon [42, 24].

CONFIDENTIAL

**Medications That May Cause Depression**

| Cardiovascular drugs | Antiparkinsonian drugs | Anti-inflammatory/ anti-infective agents | Stimulants |
|---|---|---|---|
| Clonidine (Catapres) Digitalis Guanethidine (Ismelin) Hydralazine (Apresoline) Methyldopa (Aldomet) Procainamide (Pronestyl) Propranolol (Inderal) Reserpine (Serpasil) Thiazide diuretics **Chemotherapeutics** 6-Azauridine Asparaginase (Elspar) Azathioprine (Imuran) Bleomycin (Blenoxane) Cisplatin (Platinol) Cyclophosphamide (Cytoxan) Doxorubicin (Adriamycin) Mithramycin (Mithracin) Vinblastine (Velban) Vincristine | Amantadine (Symmetrel) Bromocriptine (Parlodel) Levodopa (Larodopa) **Antipsychotic drugs** Fluphenazine (Prolixin) Haloperidol (Haldol) **Sedatives and antianxiety drugs** Barbiturates Benzodiazepines Chloral hydrate Ethanol **Anticonvulsants** Carbamazepine (Tegretol) Ethosuximide (Zarontin) Phenobarbital Phenytoin (Dilantin) Primidone (Mysoline) | Ampicillin Cycloserine (Seromycin) Dapsone Ethambutol (Myambutol) Griseofulvin (Grisactin) Isoniazid (INH) Metoclopramide (Reglan) Metronidazole (Flagyl) Nalidixic acid (NegGram) Nitrofurantoin (Furadantin) Nonsteroidal anti-inflammatory agents Penicillin G procaine Streptomycin Sulfonamides Tetracycline | Amphetamines (withdrawal) Caffeine Cocaine (withdrawal) Methylphenidate (Ritalin) **Hormones** Adrenocorticotropin Anabolic steroids Glucocorticoids Oral contraceptives **Other drugs** Choline Cimetidine (Tagamet) Disulfiram (Antabuse) Lecithin Methysergide (Sansert) Phenylephrine (Neo-Synephrine) Physostigmine (Antilirium) Ranitidine (Zantac) |

Depression in elderly with concomitant medical disease usually has a poor prognosis, and usually leads to higher rates of morbidity and disability [43]. In some cases depression in elderly can hinder the management of other diseases more difficult. For example, loss of appetite secondary to depression is one of the leading causes of weight loss in older adults, and weight loss is generally associated with weakness and failure to thrive [4]. Loss of appetite may also lead to poor nutritional status and nutritional deficiencies which also play a vital in the genesis of depression.

Low levels of vitamin B12 and the ratio of omega-6 to omega-3 fatty acids seems to be associated with depression in elderly even when other risk factors are well controlled [41]. It has also been observed that depression earlier in life also predisposes an individual to depression in elderly. Additionally, depression earlier in life may predispose an individual for vascular disease, which in turn can increase the risk of depression at later stages, particularly in elderly. This close association between the two diseases suggests a common pathological process [41]. For instance, the serotonin transporter promoter polymorphism 5-HTTLPR is strongly

CONFIDENTIAL

associated with depression as well as elevated platelet factor IV and beta-thromboglobulin levels, resulting in increased platelet activation [42, 4].

| Physical Disorders Associated with Depression |
| --- |
| Addison's disease |
| Acquired immunodeficiency syndrome |
| Angina |
| Cancer (particularly of the pancreas) |
| Cerebral arteriosclerosis, cerebral infarction |
| Cushing's disease |
| Diabetes |
| Electrolyte abnormalities (e.g., hypernatremia, hypercalcemia, hypokalemia, hyperkalemia) |
| Folate and thiamine deficiencies |
| Hepatitis |
| Hypoglycemia |
| Hypothyroidism, hyperthyroidism, hyperparathyroidism |
| Influenza |
| Intracranial tumors (malignant or benign) |
| Myocardial infarction |
| Parkinson's disease |
| Pernicious anemia |
| Porphyria |
| Renal disease |
| Rheumatoid arthritis |
| Senile dementia |
| Syphilis |
| Systemic lupus erythematosus |
| Temporal arteritis |
| Temporal lobe epilepsy |
| Viral pneumonia |

NETCE0002943

---

**General and age-specific risk and protective factors for depression in elderly**

General risk factors (factors that predispose to depressive symptoms and disorders across the life-cycle including later life)

Biological risks
- Hereditary (e.g. findings from twin studies)
- Female sex
- Underactivity of serotonergic neurotransmission
- Hypersecretion of cortisol (associated with hippocampal
- atrophy)
- Low levels of testosterone
- Stroke
- Medical illness and functional impairment
- Alcohol abuse and dependence

Psychological risks
- Personality disorder
- Neuroticism
- Learned helplessness
- Cognitive distortions
- External locus of control

Social risks
- Stressful life events and daily hassles
- Bereavement
- Socio-economic disadvantage
- Impaired social support

Specific risk and protective factors (factors that are especially relevant to depressive symptoms and disorders in later life)

Biological risks
- Genetic polymorphisms or mutations (such as CADASIL)
- Low levels of DHEA
- Cortical and subcortical ischemia
- Alzheimer's disease

Psychological protective factors
- Socio-emotional selectivity
- Wisdom

---

**Depression and Cardiovascular Disease**

Depression is especially prevalent in patients with cardiovascular disease. Depression increases the risk of CAD or coronary artery disease by approximately 1.5–2 times in otherwise healthy individuals [44]. Approximately 20-25% of cardiac disease patients experience major depression, and another 20-25% report symptoms of depression that do not meet criteria for MDD or major depressive disorder [45]. Depression in heart disease patients may lead to increased rate of rehospitalization, disability, mortality, slower recovery, and increased health care costs [46]. Several mechanisms are thought to be responsible for a close relationship between cardiovascular disease and depression.  These include:

CONFIDENTIAL

- Poor compliance to treatment and lifestyle recommendations
- Shared genetic influences
- Sympathetic impairments
- Neuroendocrine and immune impairments
- Autonomic dysfunction
- Impaired inflammatory systems
- Increased platelet activity
- Cerebrovascular disease [46]).

It is estimated that approximately 15 percent of patients with cardiovascular disease and approximately 20 percent of patients who had coronary artery bypass graft (CABG) surgery experience depression [47]. A number of research studies have observed that depression and mental stress has a negative impact on a person's cardiac health, in particular:

- Long term unmanaged stress and depression can lead to hypertension, arterial damage, arrhythmia, and an impaired immune system.
- Patients who experience depression tend to have increased platelet reactivity, decreased heart variability and elevated proinflammatory markers, which makes the patient vulnerable to cardiovascular disease.
- Depression also increases the risk of myocardial ischemia or thrombosis, especially in individuals with cardiovascular disease.
- One research study found that if depression persists after recovery from a cardiovascular event, the mortality rate increase to approximately 17% within 6 months after myocardial ischemia. It was also observed that mortality was only 3% in the absence of depression [48].
- Depression also has adverse impact on the patient's e recovery from cardiac surgery. Depression can worsen fatigue and intensify pain in such patients. It can also trigger withdrawal and ultimately social isolation of the patient.
- Patients with cardiac failure and depression are susceptible to readmission to the hospital, and have greater mortality rate.
- It is believed that genetic factors also play an important role in determining patient's propensity for depression as well as risk of recurrent adverse cardiac events after myocardial ischemia 49].
- Patients with cardiac disease and depression have a poor medical and exercise compliance compared to patients with cardiac disease who do experience depression [50-52].
- Depression is also linked to poor lifestyle habits such as smoking, lack of exercise, increased alcohol intake, poor dietary and sleeping patterns, and inadequate social support. All these habits hinder optimum management of cardiac disease.
- American Heart Association (AHA) has recommended that all cardiac patients should be screened for depression with the help of Patient Health Questionnaire (PHQ-2).[53]

CONFIDENTIAL

---

### PHQ-2

Over the past two weeks, how often have you been bothered by any of the following problems?

**Little interest or pleasure in doing things**.

0 = Not at all
1 = Several days
2 = More than half the days
3 = Nearly every day

**Feeling down, depressed, or hopeless**.

0 = Not at all
1 = Several days
2 = More than half the days
3 = Nearly every day
Total point score: _____

**Score interpretation:**

| PHQ-2 score | Probability of major depressive disorder (%) | Probability of any depressive disorder (%) |
|---|---|---|
| 1 | 15.4 | 36.9 |
| 2 | 21.1 | 48.3 |
| 3 | 38.4 | 75.0 |
| 4 | 45.5 | 81.2 |
| 5 | 56.4 | 84.6 |
| 6 | 78.6 | 92.9 |

Patient Health Questionnaire-2 (PHQ-2). This questionnaire is used as the initial screening test for major depressive episode.

---

Information from Kroenke K, Spitzer RL, Williams JB. The Patient Health Questionnaire-2: validity of a two-item depression screener. Med Care 2003; 41:1284-92.

### Depression and Diabetes

Almost 15% of patients with Type II diabetes experience major depression, and approximately 20% experience increased depressive symptoms [54]. In a systematic review, it was found depression is more prevalent among patients with type 2 diabetes (17.6%) compared to those without diabetes (9.8%) [55]. It was also observed that depression is more prevalent among female diabetic patients (23.8%) compared to male diabetic patients 12.8%). A number of clinical studies have observed that diabetic patients have a greater likelihood of experiencing depression than non-diabetics. A review was conducted to study association between diabetes and depression [56]. It was found that depression increased the risk of type II diabetes by about 60%, where as type II diabetes moderately increased the risk of depression (15%). The exact mechanism of this relationship between diabetes and depression is still unclear. According to one hypothesis, depression increases the risk of developing diabetes. It is hypothesized that depression causes increased counter-regulatory hormone release, altered glucose transport function, and enhanced immunoinflammatory activation [57]. All these factors enhance insulin resistance and beta islet cell dysfunction leading to increased susceptibility to diabetes.

CONFIDENTIAL

According to another hypothesis, depression in diabetic patients results from chronic stressors emanating a chronic medical condition such as diabetes [58]. There is strong evidence that depression among diabetics associated with poor diabetes outcomes such as poor glycemic control [59]. Another longitudinal study observed that depression was associated with persistently elevates HbA1c levels [60]. Some researchers have proposed that the presence of depressive symptoms indicates poor compliance to self-care, especially compliance to medications and diet and exercise regimens [61]. A systematic review of treatment compliance among patients with diabetes and depression indicated a strong relationship between depression and non-compliance with treatment [62]. Recent studies have found that depression in diabetic patients increases the risk of mortality [63-65]. Recent guidelines indicate that because individuals with diabetes are more susceptible to depression, it is essential to periodic assess and monitor these patients for depression [66]. Recent studies have indicated that risk of diabetes mellitus is greater in patients who experience depression and appears to be independent of health behaviors and other risk factors [67, 68]. Recent studies have strongly suggested that depression is a risk factor for diabetes, and not the other way round.

**Depression And Dementia**

Depression and dementia are seen commonly in elderly. Depression in elderly adults with and without dementia usually goes undetected and untreated [69, 70]. Prevalence of depression in elderly with dementia vary significantly [71] because of variations in sampling, and assessment of diagnostic criteria [71, 72]. Still controversial is whether depression prior to dementia represents a risk factor for dementia or a prodromal feature of dementia [73, 74]. It is suspected that depression can be a risk factor for dementia and also an early sign of dementia, with both conditions arising from similar neuropathological changes. Dementia may be a risk factor for depression because of psychological reaction to the cognitive and behavioral changes associated with dementia. It is important to treat depression in individuals with dementia because adds an additional burden to quality of life.

**Differentiating Dementia and Depression**

| Characteristic | Dementia | Depression |
|---|---|---|
| Onset | Insidious, indeterminate | Relatively rapid, associated with mood changes |
| Duration of symptoms | Usually long | Usually short |
| Orientation, mood, behavior, affect | Impaired, inconsistent, fluctuating | Intact, diurnal variation depressed/anxious, complaints worse than on testing |
| Cognitive impairment | Consistent; stable or worsening | Inconsistent, fluctuating |
| Neurologic defects | Often present (e.g., agnosia, dysphasia, apraxia) | Absent |
| Disabilities | Concealed by patient | Highlighted by patient |
| Depressive symptoms | Present | Present |

NETCE0002947

| Memory impairment | Doesn't remember recent events, often unaware of memory loss. Onset of memory loss occurs before mood change. | Concentration poor, patient complains of memory loss of recent and remote events, follows onset of depressed mood |
|---|---|---|
| Psychiatric history | None | Often, history of depression |
| Answers to questions | Near answers | "Don't know" answers |
| Performance | Tries hard but is unconcerned about losses | Does not try hard but is more distressed by losses |
| Associations | Unsociability, uncooperativeness, hostility, emotional instability, reduced alertness, confusion, disorientation | Appetite and sleep disturbances, suicidal thoughts |

**Other Neurological Disorders**
Prevalence of major depression is greatest among stroke patients (20-25%) [75] and intermediate among those with Parkinson's disease (15-20%) [76], compared to 10-15% among those with Alzheimer's disease [75]. Co-morbid depression is linked to functional impairment [77]. For instance, in Parkinson's disease, depressive symptoms may lead to increased motor disturbance [78]. It is also observed that depression usually develops in the course of neurological illness, and depression is a risk factor for development of stroke [79] and Parkinson's disease [80]. Neuroanatomical as well as chemical changes in the CNS are important risk factors for depression in elderly and usually carry poor prognosis. It is believed that basal ganglia, subcortical and frontal white matter lesions are associated with depression-executive dysfunction syndrome [42, 46]. Structural abnormalities in different areas of brain are seen in elderly patients experiencing depression [42, 4]. Depression in elderly is associated with reduction in glial cells and neuronal abnormalities.

Vascular, inflammatory and neuroanatomic risk factors are associated with depression in elderly. In a recent study, following observations were noted [81]:
- Neuroanatomic risk factors were linked to lack of concentration and psychomotor change
- Vascular risk factors were linked to sleep impairments, psychomotor change, and loss of energy
- Inflammatory risk factors were linked to appetite and sleep changes, loss of energy, concentration impairments, and thoughts of death.

It was also observed that minor depression is more closely associated with inflammatory risk factors than other factors (vascular or degenerative).

**Neurobiology of general anxiety disorders**

NETCE0002948

|  | Neuroanatomy | Neurochemistry (neurophysiology) | Neuroimaging |
|---|---|---|---|
| **Anxiety disorders in general** | Amygdala — stress response, fear ± anxiety<br><br>Cortical areas — Cognitive misappraisal, fear<br><br>Locus caeruleus — anxiety | ↑CRF<br>Abnormal NA system regulation & GABA & serotonin ± dopamine<br><br>↓Cortisol response to ACTH<br><br>↓GH response to clonidine<br><br>↓TSH & prolactin response to TRH<br><br>Hyperactive NA function | ↑Septohippocampal activity = anxiogenic<br><br>Occasional cerebral ventricles (proportional to length of benzodiazepine exposure) increase in size |
| **Major depressive disorder** | Limbic system<br><br>Basal ganglia<br><br>Hypothalamus<br><br>Medial thalamus<br><br>Frontal lobe | ↓Cortisol response to ACTH<br><br>↑Plasma corticol with DST nonsuppression in 50%<br><br>Abnormal NA system regulation + serotonin, GABA ± dopamine<br><br>↓GH response to clonidine<br><br>↓TSH + PRL response to TRH in 1/3<br><br>Antidepressants downregulate beta adrenoreceptors, 5HT1+2 receptor + increase GABA-B receptors | Ventricular enlargement (bipolar > unipolar), esp. with psychosis<br><br>MRI→↓caudate Nuclei<br><br>↑Deep white matter lesions in bipolars<br><br>↓Frontal blood flow |

**Depression and anxiety disorder**

Anxiety typically precedes depression [82], suggesting that anxiety may be a risk factor for depression in the elderly [83]. Anxiety disorders seen in elderly with depression can be as high as 50% [84, 85]. Some studies estimate prevalence rate

CONFIDENTIAL

NETCE0002949

of anxiety disorders around 25% to more than 80% in elderly patients with depression [84, 86]. Depression in presence of anxiety is more severe, persistent, and difficult to treat, especially in elderly [86, 87]. Elderly who experience anxiety as well as depression have higher rates of suicide, disability and somatic symptoms compared to those who experience depression alone [86, 88]. Anxiety also leads to greater risk of cognitive impairment among elderly with treated depression [89].

## Hospital Anxiety and Depression Scale
### ~ Scoring Sheet ~

|  | Yes definitely | Yes sometimes | No, not much | No, not at all |
|---|---|---|---|---|
| 1. I wake early and then sleep badly for the rest of the night. | 3 | 2 | 1 | 0 |
| 2. I get very frightened or have panic feelings for apparently no reason at all. | 3 | 2 | 1 | 0 |
| 3. I feel miserable and sad. | 3 | 2 | 1 | 0 |
| 4. I feel anxious when I go out of the house on my own. | 3 | 2 | 1 | 0 |
| 5. I have lost interest in things. | 3 | 2 | 1 | 0 |
| 6. I get palpitations, or sensations of 'butterflies' in my stomach or chest. | 3 | 2 | 1 | 0 |
| 7. I have a good appetite. | 0 | 1 | 2 | 3 |
| 8. I feel scared or frightened. | 3 | 2 | 1 | 0 |
| 9. I feel life is not worth living. | 3 | 2 | 1 | 0 |
| 10. I still enjoy the things I used to. | 0 | 1 | 2 | 3 |
| 11. I am restless and can't keep still. | 3 | 2 | 1 | 0 |
| 12. I am more irritable than usual. | 3 | 2 | 1 | 0 |
| 13. I feel as if I have slowed down. | 3 | 2 | 1 | 0 |
| 14. Worrying thoughts constantly go through my mind. | 3 | 2 | 1 | 0 |

Anxiety 2, 4, 6, 8, 11, 12, 14
Depression 1, 3, 5, 7, 9, 10, 13
Scoring 3, 2, 1, 0 (For items 7 & 10 the scoring is reversed)
GRADING: 0 - 7 = Non-case    8 – 10 = Borderline case    11+ = Case

## Sleep
Sleep disturbance is a risk factor for depression in elderly. Approximately 90% of patients with depression complain of poor sleep quality complaints. Insomnia becomes more frequent in 25% of elderly males and 40% of elderly females [90]. A number of studies have observed that insomnia usually precedes depression [91]. Insomnia is a risk factor for development of both new-onset and persistence of depression in the elderly. Residual symptoms of insomnia usually linger on even after remission of a depressive episode and indicate earlier relapse. New research studies have indicated that depression is better managed if insomnia is treated concurrently [92].

## Psychological Risk Factors
Many psychological factors that might increase the probability of depression in elderly are related to earlier episodes of depression [93]. Neuroticism has a strong relationship with depression in elderly and is both, genetic as well as psychological risk for depression [94]. In elderly, a ruminative coping style is linked to depression [95].

NETCE0002950

**Social Risk Factors**
Stressful Life Events
Prominent stressful events in old age include:
- Financial problems
- Bereavement
- A new disease or disability in self or family member
- Major changes in living situation
- Interpersonal conflict.

Retirement is typically not associated with depression in elderly; however, depression is seen more frequently in men who retire prematurely [96]. Research studies examining recent events observed that major impact occurs within the first few months (6 months) and majority of people are fairly resilient. It has been noted that long-past events also may contribute to risk. Long-standing susceptibilities or vulnerabilities may modify the consequences of stressful events on depression in elderly. For instance, s allele of the 5-HTTLPR is linked to increased risk of depression in elderly following hip fracture [97]. Cognitive style may also impact an individual's response to stressful life events. The response seems to depend on the interaction between cognitive style and kind of stressful event.

Depression in elderly with higher sociotropy score is closely associated with stressful life events related to interpersonal nature loss or disruption, where as depression in elderly with higher autonomy score is closely associated with negative events linked to achievement [98]. It is observed that depressed individuals behave in certain manner that increases the risk of stressful events in the future [99]. Rumination, (a compulsive focused attention on negative feelings and experiences from the past) which has been associated with decreased social support, may play an important role in depression.

A stressful event, such as loss of loved ones that occurs frequently as one becomes old is known as bereavement. Depressive symptoms are natural emotional reaction to loss, but symptoms that persist for more than two months may indicate depression. Some researches believe that depression associated with bereavement is actually complicated grief, which is manifested by symptoms of traumatic distress and separation distress [100]. However, some argue that complicated grief and major depression have a lot in common with few differences [101]. A recent study on depression in elderly observed that bereavement greatly increased (tripled) the risk of depression [102]. However, the risk of depression because of bereavement is less for elderly than for middle aged.

It seems elderly are better equipped to handle loss of dear ones than younger adults because of better adaptation capabilities [103]. Compared to females, males are more susceptible to depression after loss of a spouse. Men also remain in depression for a longer period of time. For females, financial stress is the major mediator of depression or depressive symptoms, whereas for males, the major mediator is household chores or management [104]. Providing adequate care for a dear one can also trigger stress which becomes more common with age progression. However, recent studies found no significant differences in depression between caregivers and non-caregivers [105]. It has been found that the risk of depression is higher among individuals caring for a person with dementia than among those caring for a person with a physical disability [106]. Furthermore, rate of depression increases significantly in the caregiver if the care recipient has severe distress behavior problems [106]. Some researchers believe that the rate of depression increases in these caregivers because of their restricted normal activities [107].

CONFIDENTIAL

**Problems with Social Support**

Troubled relationships including marital conflict, depression in the spouse and perceived family criticism may play a role in development of depression in elderly [108]. Loneliness is associated with depression in elderly, although elderly are less lonely than their younger counterparts. Social support that is perceived as unhelpful or excessive can also be a risk factor for depression. Several studies have observed that it is the quality, not quantity, of social support that matters in the development of depression in the elderly. It has been found that even with good social support, depression is more common among elderly with physical limitations who value independence [109].

**Socioeconomic Factors**

Socioeconomic factors play a crucial role in development of depression among elderly.

Poor financial health is considered to be a frequent stressful life event by most of the elderly [99]. It has been observed that economically disadvantaged elderly have a greater risk of depression [110]. Furthermore, weak socioeconomic status early in life also increases propensity for depression all through the life because of malnutrition, reduced opportunities for health care and education, or other mechanisms. The negative impact of poor socioeconomic status may become significant in elderly when there is a greater risk of worsening of economic and health status.

CONFIDENTIAL

<div style="border:1px solid black;">

### Depression: Risk and Protective Factors in Elderly

### General risk factors that increase risk throughout life

**Biological risks**
- Hereditary (runs in families)
- Being a women rather than a man
- Low serotonin or high cortisol (brain chemicals)
- Low testosterone (a hormone, mainly a "male" hormone, but women have it, too)
- High blood pressure or hypertension
- Stroke
- Medical illness and overall poor function (e.g., problems walking)
- Alcohol abuse and dependence

**Psychological risks**
- Personality disorder
- Neuroticism (neurosis = poor ability to adapt, inability to change one's life patterns, and the inability to develop a richer, more complex, more satisfying personality)
- Learned helplessness
- Cognitive distortions (overreaction to life events; misinterpret life events; exaggerate their adverse outcomes; catastrophizing too much)
- Lack of emotional control and self-efficacy (low skills to control emotions and low belief in one's capacity to succeed at tasks)

**Social risks**
- Stressful life events and daily hassles
- Bereavement (grief experienced by loss of a loved one due to death)
- Socio-economic disadvantage (being poor or having a low income)
- Impaired social support (lack of friends and family for fellowship and support)

### Risk and protective factors especially important in late life

**Biological risks**
- Genetics (runs in families)
- Low DHEA (a hormone)
- Poor blood flow in the brain (also called "ischemia")
- Alzheimer's Disease

**Protective factors**
- Socio-emotional selectivity (focus on the positive for the remainder of life)
- Wisdom (applying life's lessons in a positive way to deal with today's challenges)

</div>

**Protective Factors**

Majority of elderly go through financial and physical disabilities, bereavement, grief, or other stressful life events. Furthermore, elderly also undergo degenerative changes in immune, neurological, and other biological aspects. However, majority of these individuals do not experience depression. An extensive research was conducted to study factors that protect against depression against the backdrop of biological

CONFIDENTIAL

risks and stressful life events. The important themes that emerged from this review and other studies were:

1. Importance of resources related to health, cognitive function, and socioeconomic status.
2. Life experiences of elderly have taught them psychological strategies and ways to use social support to manage their health-related stresses.
3. Role of meaningful engagement, whether it is in terms of social and religion activities, or volunteer work.

Elderly also regulate their emotions better in stressful conditions compared to young adults. As the age advances, individual experiences less negative affect [111]. Compared with younger adults, elderly are less reactive to stressors, especially those involving interpersonal relationships [112]. Compared with younger adults, elderly also usually show less reactivity to daily stressors. Similarly, elderly show less affective reactivity in response to a cognitive challenge task [113]. Elderly have a more likelihood of putting things into perspective, a cognitive strategy that helps in reducing depressive symptoms or depression [95]. Elderly tend to focus more on positive and emotionally meaningful experiences indicating better emotion regulation [114]. A number of other psychological factors that are associated with better coping strategies to prevent depressive disorders include a sense of mastery or self-efficacy and a positive self-concept. Several studies have reported a close association of disability with lower self-efficacy and mastery resulting in higher depressive symptom scores. Disability may result in reduction of an individual's appraised ability to attain goals; however, some individuals reduce their activities because of disability, and the lack of engagement in activities results in poor skills and lack of self-efficacy. It has been found that activity restriction leads to increased levels of depression among elderly with functional impairment [107]; however, satisfactory replacement of lost activities may result in normalization of depression or depressive symptoms [115]. Religious activities may also play an important role in reducing the risk of depression in elderly [116]. Researchers are also studying the factors that may reduce the effects of biological susceptibility to depression in elderly. The impact of physical exercise, coping strategies, stress reduction strategies, and hormone replacement therapy on depression and depressive symptoms is also being investigated. Effective health engagement control strategies are linked with reduction in depressive symptoms as well as reduced secretion of the stress hormone cortisol [117]. Improvement in vascular health may also reduce risk of depression in elderly, but needs more investigation.

**Depression and Suicide**
Depression is one of the most common conditions associated with suicide in elderly [118]. The risk of depression in the elderly greatly increases with comorbid conditions and degree of disability. Approximately 4% of individuals with an inpatient admission for depression commit suicide resulting in death [119]. Furthermore, suicide among elderly is more likely to be associated with depression than suicide in other age groups [120]. Globally, suicide rates are 3-4 times greater among men than women at all ages, but the differential further increases in elderly [121]. Suicide rates show wide variations by ethnicity. In the US, suicide rates are highest for whites and Native Americans. Suicide rates are comparatively low for African-Americans and lowest for Latinos. Suicide rates among elderly are declining for the past few years. Suicidal behavior in elderly differs in many ways from that seen earlier in the lifespan. Compared to any other age group, suicidal behavior is more likely to be deadly among elderly. Suicides committed by elderly reflect a greater intensity and planning compared to any other age group [122]. Elderly

NETCE0002954

usually do not verbalize suicidal thoughts compared to others; however, they have higher rates of death ideation.

Studies show that majority of elderly, who commit suicide, approximately 75%, visited a doctor within a month before death [123]. Physical illnesses have also been associated with higher suicide rates among elderly [124]. Elderly who score higher on neuroticism scales and low scores on openness to experience scale have a higher tendency for suicidal behavior [125]. Some researchers have suggested that a rigid personality style also increases propensity for suicide. Excessive alcohol consumption also increases risk for suicide among elderly.

| Suicide and Major Depression: The Rule of Seven |
| --- |
| • One out of seven people with recurrent depressive illness commit suicide<br>• Seventy percent of suicides have depressive illness<br>• Seventy percent of suicides see their primary-care practitioner within 4 weeks of suicide<br>• Suicide is the seventh leading cause of death in the United States |

**Signs and symptoms of depression in the elderly**

Prominent signs and syndrome of depression in elderly include:

| | |
| --- | --- |
| • Persistent sadness<br>• Fatigue and decreased energy<br>• Abandoning or losing interest in hobbies or other pleasurable pastimes<br>• Social withdrawal and isolation (reluctance to be with friends, engage in activities, or leave home)<br>• Weight loss or loss of appetite | • Sleep disturbances (difficulty falling asleep or staying asleep, oversleeping, or daytime sleepiness)<br>• Loss of self-worth (worries about being a burden, feelings of guilt worthlessness, self-loathing)<br>• Increased use of alcohol or other drugs<br>• Fixation on death; suicidal thoughts or attempts |

**Depression in the elderly without sadness**
Depression and sadness seem to go hand in hand; however, elderly with depression do not feel sad at all. These patients may complain of lack of motivation, a lack of energy, or physical problems. In fact, lot of elderly report physical complaints which include pain due to arthritis or worsening headaches, as the predominant symptom of depression. Elderly who do not feel sad or depressed may still have major depression.

| Clues To Look For In Elderly |
| --- |

CONFIDENTIAL

- Unexplained or aggravated aches and pains
- Feelings of hopelessness or helplessness
- Anxiety and worries
- Memory problems
- Lack of motivation and energy
- Slowed movement and speech
- Irritability
- Loss of interest in socializing and hobbies
- Neglecting personal care (skipping meals, forgetting meds, neglecting personal hygiene)

| Symptoms of Depression | |
|---|---|
| **Most Important** | • Depressed mood most of the day, almost every day (by either<br>subjective report [feels sad or empty] or observation made by<br>others [appears tearful])<br>• Diminished interest or pleasure in most activities, most of the<br>time<br>• Thoughts of death or suicide |
| **Important** | • Difficulty making decisions<br>• Feelings of helplessness<br>• Feelings of worthlessness or hopelessness<br>• Inappropriate feelings of guilt<br>• Psychomotor agitation or retardation not attributable to other<br>causes<br>• Social withdrawal, avoidance of social interactions or going out |
| **Sometimes Helpful**<br>(These symptoms tend to<br>be more common among<br>elderly in general.) | • Appetite changes<br>• Morning sluggishness and lack of energy that improves markedly later in the day<br>• Change in ability to think or concentrate<br>• Change in activities of daily living (ADLs)<br>• Family history of mood disorders<br>• Fatigue or loss of energy, worse than baseline<br>• Insomnia or hypersomnia nearly every day<br>• Increased complaints of pain<br>• Preoccupation with poor health or physical limitations<br>• Weight loss or gain |

Adapted from Alexopoulos et al

| Typical Behavior During Office Visit | | |
|---|---|---|
| **Behavior** | **Depressed Patient** | **Not Depressed Patient** |
| Affect | • Sad/anxious affect<br>• Sad/anxious expressions | • Predominantly positive affect<br>• Full range of affective |

CONFIDENTIAL

|  | • Stooped, sagging posture<br>• Frequent negative statements | expressions<br>• Facial animation<br>• Frequent positive and affect-laden expressions |
|---|---|---|
| Rate of behavior | • Decreased rate of behavior<br>• Speaks less often<br>• Speaks with less intensity<br>• Looks at others less<br>• Less spontaneous | • Sustained, spontaneous, and appropriate goal-directed behavior |
| Responsiveness | • Responses slow and halting<br>• Frequent non-acknowledgment<br>• Sadness and withdrawal in response to anger or irritation in others<br>• Critical of others | • Normal rate and rhythm of response<br>• Responses affectively appropriate |
| Tolerance | • Frequently irritable/hostile, especially in intimate relationships<br>• Low stress tolerance<br>• Irritability increases as stress increases | • Normal stress tolerance |
| Adaptation to stressful situations (eg, work, home) | • Uses strategies requiring least cognitive effort<br>• Forced obedience<br>• Withdrawal in face of resistance<br>• Benign neglect | • Able to negotiate solutions<br>• Attentive to behavior and contingent responses<br>• Able to foster sustained positive interactions |

CONFIDENTIAL

According to DSM-IV-TR, at least one of the two main depressive symptoms, depressed mood and anhedonia, should be present to make a diagnosis of major depressive episode [126]. According to DSM-IV-TR, major depressive disorder is categorized as a mood disorder [127]. The diagnosis depends upon the presence of single or recurrent major depressive episodes. Further qualifiers are needed for classification of both the episode itself and to determine the course of the disorder. The category Depressive Disorder Not Otherwise Specified is diagnosed if the depressive episode's clinical picture does not meet the criteria for a major depressive episode.

**American Psychiatric Association DSM-IV-TR criteria**
- Five or more of the following symptoms present for a minimum of 2 weeks:
  - Depressed mood
  - Loss of interest or pleasure in activities
  - Changes in weight or appetite
  - Insomnia or hypersomnia
  - Psychomotor agitation or retardation
  - Low energy
  - Feelings of worthlessness
  - Poor concentration
  - Recurrent suicidal ideation or suicide attempt

**Atypical presentation of depressed older adult**
- Deny sadness or depressed mood
- May exhibit other symptoms of depression
- Unexplained somatic complaints
- Hopelessness
- Helplessness
- Anxiety and worries
- Memory complaints (may or may not have objective signs of cognitive impairment)
- Anhedonia
- Slowed movement
- Irritability
- General lack of interest in personal care

Major Depressive Episode (MDE)
Episode Features
The most important and essential feature of a major depressive episode or MDE is a minimum period two weeks during which patient experiences depressed mood [128] or anhedonia i.e. loss of interest or pleasure in almost all activities. In addition to these core symptoms, the individual should also have a minimum of four additional symptoms that includes changes in appetite or weight, sleep (insomnia), and psychomotor activity; decreased energy (fatigue); feelings of guilt or worthlessness; difficulty thinking, making decisions or lack of concentration; or recurrent thoughts of death or suicidal ideation, or attempts. The symptom should have been experienced for the first time (newly present) or should have deteriorated compared with the individual's pre-episode status. The symptoms are present for most of the day,

NETCE0002958

almost daily, for a minimum period of 2 consecutive weeks. The episode is accompanied by marked distress or impairment in almost all the spheres including occupational, social, or other core areas of functioning. Some individuals may appear to have normal functioning but requires significantly greater effort. The mood is usually described as depressed, hopeless, down sad, or discouraged. Some individuals may initially deny sadness, but may accept it after a through interview. Presence of a depressed mood may be gazed from an individual's facial expression and mannerism. Some individuals may complain about somatic symptoms such as body pains. Many individuals experience increased irritability. Anhedonia i.e. loss of pleasure seeking activities, to some extent, is almost always present. Social withdrawal is frequently observed by individual's family members. Loss of appetite is common; however, some individuals may have increased appetite and craving fro specific foods. Without dieting, there is a marked loss or gain of weight or appetite is significantly decreased or increased almost daily. People experiencing seasonal affective disorder (SAD) usually crave carbohydrate-rich foods. Weight gain is generally linked to atypical depression, whereas weight reduction is usually observed with a melancholic type of depression.

Insomnia is the most frequent sleep disturbance experiencing by an individual having a major depressive episode. Some individuals may experience hypersomnia or oversleeping in the form of nighttime or day time somnolence. Almost every day, the patient experiences hypersomnia (sleeps excessively) or insomnia (lack of sleep) [128]. Hypersomnia or excessive sleep is often linked to an atypical depression. Psychomotor changes are frequently seen in major depressive episode. Major psychomotor changes include agitation or retardation and changes in speech with respect to volume, amount, inflection, or variety of content, or muteness. These symptoms should be significant enough to be noticed by others and not restricted to only subjective feelings.

A person may complain about sustained fatigue almost every day. Even menial tasks such as washing and dressing require a significant effort. Almost everyday the individual experiences extreme fatigue [128]. Patient may report sense of worthlessness or guilt which may include impractical negative evaluations regarding self worth or guilt with delusional proportions. Many individuals experience poor ability to think, make decisions, or concentrate. Memory impairments may be the principal complaint in elderly and can easily be misinterpreted as pseudodementia. Memory problems usually resolve after successful treatment of major depressive episode; however, in elderly this episode sometimes can be the initial clinical presentation of an irreversible dementia. Some individuals may have suicidal ideation or thoughts of death with varying intensity, frequency, and lethality.

An individual cannot be diagnosed with major depressive episode if the symptoms meet criteria for a mixed episode. A mixed episode is characterized by the symptoms of both a manic episode and a major depressive episode almost daily for at least one week [129]. The degree or extent of impairment linked with a major depressive episode may vary, but there must be either presence of clinically significant distress or some interference in social, occupational, or other crucial areas of functioning. In case of severe impairment, the individual may be unable to function occupationally or socially. In extreme cases, the individual may not be able to maintain minimal personal hygiene or perform minimal self-care. A through interview is necessary to elicit symptoms associated with a major depressive episode. Additional information from family members and friends may help in determining the course of current or prior MDE and in ascertaining past history of manic or hypomaniac episodes. A

CONFIDENTIAL

thorough review of clinical picture that especially concentrates on the worst part of the current episode may help in detecting the symptoms related to the MDE. It is difficult to evaluate symptoms of MDE when they are present in an individual with a general medical condition such as stroke, diabetes cancer, or MI. Symptoms such as weight loss in untreated diabetes, fatigue experienced in cancer point towards MDE except when they are clearly known to be caused by a general medical condition. Similarly, if the signs and symptoms are evidently because of hallucinations or mood-incongruent delusions, these symptoms do not support the diagnosis of MDE.

A major depressive episode or MDE is not caused by the direct physiological effects of a substance abuse or a general medical condition. If the symptoms are experienced begin within the initial two months of the loss of a dear one and do not persist beyond this period, they are usually considered due to bereavement, unless the symptoms are associated with significant functional impairment or morbid preoccupation with worthlessness, guilt, suicidal ideation, psychomotor retardation, or psychotic symptoms.

---

**Diagnosis of Depression - DSM-IV-TR Criteria for Major Depressive Episode and Major Depressive Disorder**

**Major depressive episode criterion:**

A. At least five of the following symptoms have been present during the same 2-week period and represent a change from previous functioning: at least one of the symptoms is either 1) depressed mood or 2) loss of interest or pleasure.
1. Depressed mood most of the day, nearly every day, as indicated either by subjective report (e.g., feels sad or empty) or observation made by others (e.g., appears tearful)
2. Markedly diminished interest or pleasure in all, or almost all, activities most of the day, nearly every day (as indicated either by subjective account or observation made by others)
3. Significant weight loss when not dieting or weight gain (e.g., a change of more than 5% of body weight in a month), or decrease or increase in appetite nearly every day
4. Insomnia or hypersomnia nearly every day
5. Psychomotor agitation or retardation nearly every day (observable by others, not merely subjective feelings of restlessness or being slowed down)
6. Fatigue or loss of energy nearly every day
7. Feelings of worthlessness or excessive or inappropriate guilt (which may be delusional) nearly every day (not merely self-reproach or guilt about being sick)
8. Diminished ability to think or concentrate, or indecisiveness, nearly every day (either by subjective account or as observed by others)
9. Recurrent thoughts of death (not just fear of dying), recurrent suicidal ideation without a specific plan, or a suicide attempt or specific plan for committing suicide

B. The symptoms do not meet criteria for a mixed episode.

C. The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The symptoms are not due to the direct physiological effects of a substance (e.g. a drug of abuse, a medication) or a general medical condition (e.g., hypothyroidism).

CONFIDENTIAL

E. The symptoms are not better accounted for by bereavement, i.e., after the loss of a loved one, the symptoms persist for longer than 2 months or are characterized by marked functional impairment, morbid preoccupation with worthlessness, suicidal ideation, psychotic symptoms, or psychomotor retardation.

**Major depressive disorder, single episode criterion:**

A. Presence of a single major depressive episode.

B. The major depressive episode is not better accounted for by schizoaffective disorder and is not superimposed on schizophrenia, schizophreniform disorder, delusional disorder,
or psychotic disorder not otherwise specified.

C. There has never been a manic episode, a mixed episode, or a hypomanic episode.

If the full criteria are currently met for a Major Depressive Episode, specify its current clinical status and/or features:

- Mild, Moderate, Severe Without Psychotic Feature s/Severe With Psychotic Features
- Chronic
- With Catatonic Features
- With Melancholic Features
- With Atypical Features
- With Postpartum Onset

If the full criteria are not currently met for a Major Depressive Episode, *specify* the current clinical status of the Major Depressive Disorder or features of the

CONFIDENTIAL

most recent episode:
- In Partial Remission, In Full Remission
- Chronic
- With Catatonic Features
- With Melancholic Features
- With Atypical Features
- With Postpartum Onset

**Major depressive disorder, recurrent criterion:**

A. Presence of two or more major depressive episodes (each separated by at least 2 months in which criteria are not met for a major depressive episode.)
B. The major depressive episodes are not better accounted for by schizoaffective disorder and are not superimposed on schizophrenia, schizophreniform disorder, delusional disorder, or psychotic disorder not otherwise specified.
C. There has never been a manic episode, a mixed episode, or a hypomanic episode.

If the full criteria are currently met for a Major Depressive Episode, specify its current clinical status and/or features:
- Mild, Moderate, Severe Without Psychotic Feature s/Severe With Psychotic Features
- Chronic
- With Catatonic Features
- With Melancholic Features
- With Atypical Features
- With Postpartum Onset

If the full criteria are not currently met for a Major Depressive Episode, *specify* the current
clinical status of the Major Depressive Disorder or features of the most recent episode:
- In Partial Remission, In Full Remission
- Chronic
- With Catatonic Features
- With Melancholic Features
- With Atypical Features
- With Postpartum Onset

*Specify:*
- Longitudinal Course Specifiers (With and Without Interepisode Recovery)
- With Seasonal Pattern

Adapted from:Practice Guideline for the Treatment of Patients With Major Depressive Disorder (MDD), Third Edition, American Psychiatric Association, 2010

Associated Features and Disorders
Individuals with MDE may experience and present with the following symptoms:
- Irritability
- Tearfulness
- Brooding
- obsessive rumination
- Anxiety
- Phobias

CONFIDENTIAL

- Somatic symptoms
- Complaints of pain

Some people have problematic intimate relationships, comparatively less satisfying social life or interactions, or impaired sexual function. The most serious consequence of MDE is suicide, either attempted or completed. Suicide rate is particularly higher for people with psychotic features, a history of attempted suicides, concurrent alcohol or drug abuse or a family history of completed suicides. Psychosocial stressors such as death of a spouse or loved, divorce or marital separation often precedes MDE.

Laboratory findings
There are no diagnostic laboratory findings for major depressive episode. However, a number of laboratory findings are found to be abnormal in individuals with MDE compared with normal healthy people. Laboratory findings are usually abnormal in episodes with psychotic or melancholic features and in severely depressed individuals.
Sleep EEG abnormalities are present in approximately 40%- 60% of outpatients and up to 90% of in patients with MDE. The most common polysomnographic findings are:
1. Sleep continuity disturbances.
2. Reduced non-rapid eye movement (NREM) stages 3 and 4 sleep (slow-wave sleep), with a shift in slow-wave activity away from the first NREM period.
3. Decreased rapid eye movement (REM) latency.
4. Increased phasic REM activity.
5. Increased duration of REM sleep early in the night.

It has been observed that these sleep abnormalities can be present even after clinical remission or precede the MDE onset among high risk individuals for a mood disorder.

**Course**
Symptoms of MDE usually develop over days to weeks. Before the onset of a full MDE, a prodromal period that may include symptoms of anxiety and mild depression may persist for few weeks to months. The duration of MDE is also variable. An untreated episode usually persists for four months, irrespective of age at onset. In approximately 20%-30% of cases, some depressive symptoms are inadequate to meet full criteria for MDE may continue for few months to years and may be linked with some disability or distress. Partial remission after MDE seems to be predictive of an identical pattern after subsequent episodes. In approximately 10% of the cases, the full criteria for MDE continue to be met for two or more years.

**Differential Diagnosis**
MDE should be distinguished from a mood disorder due to a general medical condition.
When the mood disturbance develops because of a particular general medical condition such as stroke it is designated as a mood disorder due to a general medical condition. The diagnosis is based on the basis of patient's history, physical examination or laboratory findings. A substance induced mood disorder develops because of a particular substance such as a drug, medication or a toxin that are associated with mood disturbance. In elderly, it becomes more difficult to ascertain the etiology of the cognitive symptoms due to dementia or by MDE. A complete medical examination and evaluation of the onset of the disturbance, course of illness,

CONFIDENTIAL

temporal sequencing of symptoms association with cognition and depression and response to the treatment aid in determining the exact cause. The premorbid state of the person can help in differentiating an MDE from dementia. People with dementia generally tend to have a premorbid history of worsening cognitive function, where as people with MDE tend to have a relatively normal premorbid state and abrupt cognitive decline.

MDE with prominent irritable mood can be tricky to differentiate from manic episodes with irritable mood or from mixed Episodes. A thorough clinical evaluation of the presence of manic symptoms is necessary in such cases. Patient is diagnosed with a mixed episode If criteria are met for both a manic episode and an MDE ((except for the 2-week duration) and almost daily for a minimum period of one week.

Low frustration tolerance and distractibility are observed in both attention-deficit hyperactivity disorder and an MDE. If the criteria are met for both, attention-deficit/ hyperactivity disorder may be diagnosed in addition to the mood disorder. However, the clinician should be cautious enough not to overdiagnose MDE in children with attention-deficit/ hyperactivity disorder whose mood disturbance is predominantly characterized by irritability. MDE that arises because of a psychosocial stressor is distinguished from adjustment disorder with depressed mood by the fact that the criteria for MDE are not met in adjustment disorder.

**Major depressive disorder (MDD)**
Major depressive disorder or MDD is a clinical course that is always characterized by one or more major depressive episodes without a history of manic, mixed, or hypomanic episodes. The diagnosis is considered to be a bipolar disorder when manic, hypomanic or mixed episodes occur in the course of MDD. However, if symptoms of mania or hypomania develop as a consequence of antidepressants, toxins or drug abuse, the diagnosis of MDD remains unchanged and appropriate and an additional diagnosis should be noted according to the features presented.

Associated Features and Disorders
People with MDD (Major Depressive Disorder) have a high mortality rate and approximately 15% of individuals with severe MDD commit suicide resulting in death. The mortality increases with age and is almost fourfold in individuals who are over age 55 years. There is a significant increase in mortality rate in people with MDD who are admitted to nursing homes, especially in the first year of admission. In general medical settings, Individuals with MDD experience more pain and physical illness and decreased social, physical, and role functioning. MDD may be preceded by Dysthymia. Around 10% of individuals with dysthymia alone will go on to have a first MDD (Major depressive episode). Other mental disorders such as panic disorder and substance abuse disorders frequently develop concurrently.

Laboratory findings
The laboratory findings of MDD or Major Depressive Disorder are similar to those found in MDE or Major Depressive Episode. There are no diagnostic findings for MDD; however, elevated glucocorticoid levels and EEG sleep alterations are observed in some individuals with psychotic features and those with more severe episodes or with melancholic features. Majority of laboratory abnormalities are present only with depressive symptoms. However, recent studies have shown some sleep EEG abnormalities persist even during clinical remission or may precede the onset of the MDE. People with chronic or severe general medical conditions are more prone to develop MDD. Approximately 20%-25% of individuals with certain general medical

NETCE0002964

conditions such as diabetes, MI, or stroke) will develop MDD.  In presence of MDD, the treatment and overall management of such conditions is more difficult and complex with poor prognosis.  Prognosis of MDD is poor in the presence of concomitant chronic general medical conditions.

### Prevalence
The lifetime risk for MDD varies from 10-25% for women and from 5-12% for men. There is relation between the prevalence rates for MDD and education, ethnicity, income, or marital status.

### Course
The average age of MDD onset is mid-20s, although, it may begin at any age. Recent epidemiological data indicate that age at onset is decreasing for more recently born.

The course of recurrent MDD is variable. Some people experience isolated episodes that may occur at long intervals of time i.e. several years without any depressive symptoms, whereas some experience string of episodes, and still other individuals experience increasingly frequent episodes as they age.  Some studies have observed that the periods of remission usually last longer early in the course of MDD. The number of prior episodes is associated with greater the likelihood of developing a subsequent MDE.  Approximately 60% of individuals with MDD, Single Episode have likelihood of having a second episode. This trend increases with the increase in number of episodes.  Approximately 90% of individuals with MDD who had three episodes have likelihood of having a fourth episode. Approximately 5-10% of individuals with MDD who had single episode may subsequently develop a manic episode (Bipolar I Disorder).

### SUBTYPES
In addition to noting the severity, length, and presence of psychotic features, there are five more subtypes of major depressive disorder, known as specifiers.  If the full criteria are met for a MDE, the following specifiers can be used to appropriately diagnose the current clinical status of the episode and to appropriately describe features of the current episode:

**Melancholic depression**
It is characterized at least one of the following symptoms: anhedonia (loss of interest in almost all the pleasure seeking activities), or lack of mood reactivity in response to pleasurable stimuli.  It is also characterized by at least three of the following signs and symptoms: depression that is distinct from grief or loss, severe weight loss, significant anorexia (but not anorexia nervosa) or loss of appetite, early morning awakening, psychomotor agitation or retardation, excessive guilt, and worse or bad mood in the morning [130]. Melancholic features apply to an episode of depression that occurs as part of either major depressive disorder or bipolar disorder I or II [131].

| **DSM-IV-TR Specifier Criteria for Melancholic Features** |
| --- |

*Specify* if:

**With Melancholic Features** (can be applied to the current or most recent Major
Depressive Episode in Major Depressive Disorder and to a Major Depressive Episode
in Bipolar I or Bipolar II Disorder only if it is the most recent type of mood episode)

A. Either of the following, occurring during the most severe period of the current
episode:

    (1) loss of pleasure in all, or almost all, activities
    (2) lack of reactivity to usually pleasurable stimuli (does not feel much better,
    even temporarily, when something good happens)

B. Three (or more) of the following:

    (1) distinct quality of depressed mood (i.e., the depressed mood is experienced
    as distinctly different from the kind of feeling experienced after the death
    of a loved one)
    (2) depression regularly worse in the morning
    (3) early morning awakening (at least 2 hours before usual time of awakening)
    (4) marked psychomotor retardation or agitation
    (5) significant anorexia or weight loss
    (6) excessive or inappropriate guilt

Atypical depression is characterized by mood reactivity (paradoxical anhedonia) and positivity, substantial weight gain or increased appetite, hypersomnia, leaden paralysis (a sensation of heaviness in limbs), and marked social impairment because of hypersensitivity to perceived interpersonal rejection.

**DSM-IV Criteria for Atypical Features Specifier**

*Specify* if:
With Atypical Features (can be applied when these features predominate during the most recent 2 weeks of a current Major Depressive Episode in Major Depressive
Disorder or in Bipolar I or Bipolar II Disorder when a current Major Depressive Episode is the most recent type of mood episode, or when these features predominate
during the most recent 2 years of Dyrthymic Disorder; if the Major Depressive Episode is not current, it applies if the feature predominates during any 2-week period)
A. Mood reactivity (i.e., mood brightens in response to actual or potential positive
events)
B. Two (or more) of the following features:
(1) significant weight gain or increase in appetite
(2) hypersomnia
(3) leaden paralysis (i.e., heavy, leaden feelings in arms or legs)
(4) long-standing pattern of interpersonal rejection sensitivity (not limited to episodes of mood disturbance) that results in significant social or occupational impairment
C. Criteria are not met for With Melancholic Features or With Catatonic Features during the same episode.

**Catatonic depression** is a severe and rare form of major depression involving motor immobility, motor hyperactivity, extreme negativism, peculiarities of voluntary movement, mutism, echolalia, or echopraxia. Catatonic symptoms are observed in schizophrenia or in manic episodes, or neuroleptic malignant syndrome.
It is not recognized as a distinct disorder, but is closely associated with certain psychiatric conditions including:
- Schizophrenia (catatonic type)
- Post-traumatic stress disorder
- Bipolar disorder
- Depression
- Substance abuse or overdose
- Encephalitis
- autoimmune disorders
- Stroke
- Benzodiazepine withdrawal [132-134].

DSM-IV-TR Criteria for Catatonic Features Specifier

CONFIDENTIAL

NETCE0002967

*Specify* if:

With Catatonic Features (can be applied to the current or mort recent Major Depressive

Episode, Manic Episode, or Mixed Episode in Major Depressive Disorder, Bipolar I Disorder, or Bipolar II Disorder)

The clinical picture is dominated by at least two of the following:

(1) motoric immobility as evidenced by catalepsy (including W3)(IJ flexibility) or stupor

(2) excessive motor activity (that is apparently purposeless and not influenced by external stimuli)

(3) extreme negativism (an apparently motiveless resistance to all instructions or maintenance of a rigid posture against attempts to be moved) or mutism

(4) peculiarities of voluntary movement as evidenced by posturing (voluntary assumption of inappropriate or bizarre postures), stereotyped movements, prominent mannerisms, or prominent grimacing

(5) echolalia or echopraxia

**Postpartum depression** is typically experienced by women after delivery and is characterized by an intense, persistent and in some cases disabling depression. Postpartum depression is observed in approximately 10–15% among new mothers. The According to DSM-IV TR criteria postpartum depression develops within four weeks after delivery. It may last as long as three months [135]. Symptoms that are frequently observed in postpartum-onset episodes include mood fluctuations, mood lability, and preoccupation with baby's health.  The presence of delusional thoughts or severe ruminations about the newborn is with or without psychotic features. Postpartum mood episodes with psychotic features is seen in 1-2 cases per thousand delivery and seems to b e  more common in women who have delivered a child for the first time (primiparous women). The risk of post partum episodes with psychotic features is especially greater for expectant women with previous history of postpartum mood episodes or with a prior history of a mood disorder. It is important to differentiate postpartum mood episodes from the "baby blues," which are observed in up to 70% of women during the first 10 days postpartum.  In addition the symptoms are transient, and do not affect functioning.

**DSM-IV-TR Criteria for Postpartum Onset Specifier**

*Specify* if:

**With Postpartum Onset** (can be applied to the current or most recent Major Depressive, Manic, or Mixed Episode in Major Depressive Disorder, Bipolar I Disorder, or Bipolar II Disorder; or to Brief Psychotic Disorder) Onset of episode with in 4 weeks postpartum

**Seasonal affective disorder** (SAD) is a form of depression in which depressive episodes occur in particular seasons (autumn or winter), and resolve in a particular season (spring). The diagnosis is established when a minimum of two episodes have developed in colder months (autumn or winter) with none at other times, over a two-year period or longer. The prevalence of winter-type seasonal depression varies with age, latitude, and sex. Prevalence of SAD is greater in people living at higher

CONFIDENTIAL

latitudes and in young adults, especially women.  Elderly men are less prone to this disorder.

| DSM-IV-TR Criteria for Seasonal Pattern Specifier |
|---|
| *Specify* if: |

With Seasonal Pattern (can be applied to the pattern of Major Depressive Episodes
in Bipolar I Disorder, Bipolar II Disorder, or Major Depressive Disorder, Recurrent)

A. There has been a regular temporal relationship between the onset of Major
Depressive Episodes in Bipolar I or Bipolar II Disorder or Major Depressive Disorder,
Recurrent, and a particular time of the year (e.g .• regular appearance of the Major Depressive Episode in the fall or w inter).
Note: Do not include cases in which there is an obvious *effect* of seasonal related psychosocial stressors (e.g., regularly being unemployed every winter).
B. Full remissions (or a change from depression to mania or hypomania) also occur
at a characteristic time of the year (e.g., depression disappears in the spring).
C. In the last 2 years, two Major Depressive Episodes have occurred that demonstrate the temporal seasonal relationships defined in Criteria A and B, and no
Non-seasonal Major Depressive Episodes have occurred during that same period.
D. Seasonal Major Depressive Episodes (as described above) substantially outnumber the non-seasonal Major Depressive Episodes that may have occurred over the individual's lifetime.

CONFIDENTIAL

## Geriatric Depression Scale – Short Form

Think over the past week and answer the questions below as "yes" or "no."

| | | | = 1 point |
|---|---|---|---|
| 1) | Are you basically satisfied with your life? | Yes | *NO |
| 2) | Have you dropped many of your activities and interests? | *YES | No |
| 3) | Do you feel that your life is empty? | *YES | No |
| 4) | Do you often get bored? | *YES | No |
| 5) | Are you in good spirits most of the time? | Yes | *NO |
| 6) | Are you afraid that something bad is going to happen to you? | *YES | No |
| 7) | Do you feel happy most of the time? | Yes | *NO |
| 8) | Do you often feel helpless? | *YES | No |
| 9) | Do you prefer to stay at home, rather than going out and doing new | *YES | No |
| 10) | Do you feel you have more problems with memory than most people | *YES | No |
| 11) | Do you think it is wonderful to be alive now? | Yes | *NO |
| 12) | Do you feel pretty worthless the way you are now? | *YES | No |
| 13) | Do you feel full of energy? | Yes | *NO |
| 14) | Do you feel that your situation is hopeless? | *YES | No |
| 15) | Do you think that most people are better off than you are? | *YES | No |
| | TOTAL * SCORE = | | |

If the * score is 10 or greater, or if numbers 1, 5, 7, 11, and 13 are answered with a *, then the individual may be depressed and they should consult with their doctor or other qualified health professional.  Health professionals should proceed with a referral and/or treatment plan as necessary.

CONFIDENTIAL

**Dysthymia (Dysthymic Disorder)**

Dysthymic disorder or dysthymia is characterized by a chronically depressed mood that is experienced for most of the day, more days than not, for at least 2 years. Compared to major depressive disorder, dysthymia encompasses symptoms of chronic depression that are less severe but longer lasting [136]. People experiencing dysthymic disorder describe their mood as sad or "down in the dumps." A child may experience irritability rather than depression with the required minimum duration of one year. During periods of depressed mood, people experience at least one of the following additional symptoms:

- Poor appetite or overeating
- Insomnia or hypersomnia
- Low energy or fatigue
- Low self-esteem
- Lack of concentration or impaired decision making
- Feelings of hopelessness

In more severe forms of dysthymic disorder an individual may even withdraw from activities of daily living [137]. Dysthymia often develops concurrently with other psychological disorders, making its detection even more difficult and complex which adds a level of complexity in determining the presence of dysthymia, especially when the symptoms of other psychological disorders overlap with the symptoms of dysthymia [138]. People with dysthmia also have a greater incidence of comorbid disease. It is also extremely important to look for signs of other mood disorders such as major depression, generalized anxiety disorder, drug or alcohol abuse and personality disorder. Elderly who experience dysthymia, the psychological symptoms are generally linked to medical disease/conditions and/or stressful life events and losses. Diagnosis of dysthymia is considered only if the initial 2-year period of dysthymic symptoms is free of MDE. If the chronic depressive symptoms include MDE (Major Depressive Episode) during the initial 2 years, and all the criteria of MDE are met then the diagnosis is considered to be MDD (Major Depressive Disorder). Some people experience double depression i.e. superimposition of MDE on the dysthymic disorder after the initial 2 years of the dysthymic disorder.

Specifiers
Specifiers indicating age at onset and the characteristic pattern of symptoms may be used:

- Early Onset. In such cases, the onset of the dysthymic symptoms is observed before age 21 years. Such individuals have a greater likelihood of developing subsequent MDE.
- Late Onset. In such cases, the onset of the dysthymic symptoms occurs at age 21 or older.
- With Atypical Features. In such cases, the pattern of symptoms during the most recent 2 years of the disorder meets the criteria for "with atypical features."

Associated Features and Disorders

The associated features of dysthymia are identical to those for MDE.
The most frequent symptoms observed in dysthymia are:

- Feelings of inadequacy
- Feelings of guilt or brooding
- Subjective feelings of irritability or excessive anger

NETCE0002971

- Anhedonia (loss of interest or pleasure)
- Social withdrawal
- Decreased activity, or productivity.

Compared to individuals with MDE, vegetative symptoms such as psychomotor symptoms or changes in sleep and appetite are observed less commonly in dysthymic disorder. Several studies have observed that the presence of dysthymia without prior MDE greatly increases the risk for developing MDD (Major Depressive Disorder).

Associated laboratory findings
Approximately 25%-50% of adults with dysthymia may share identical polysomnographic features that are present in some individuals with MDD. These polysomnographic features are:
- Reduced rapid eye movement [REM]
- Impaired sleep continuity
- Latency, increased REM density
- Reduced slow-wave sleep

Specific Age and Gender Features
In children, the prevalence of dysthymia is almost identical in both sexes. Children and adolescents who have dysthymia usually experience irritability and depression. They are pessimistic and often have low self-esteem and poor social skills.
Compared to men, women have a greater likelihood (almost three fold) of developing dysthymia. The lifetime prevalence of dysthymia is approximately 6%.

CONFIDENTIAL

---

**DSM-IV-TR Diagnostic criteria for Dysthymic Disorder**

A. Depressed mood for most of the day, for more days than not, as indicated either by subjective account or observation by others, for at least 2 years. Note: In children
and adolescents, mood can be irritable and duration must be at least 1 year.
B. Presence, while depressed, of two (or more) of the following:
(1) poor appetite or overeating
(2) insomnia or hypersomnia
(3) low energy or fatigue
(4) low self-esteem
(5) poor concentration or difficulty making decisions
(6) feelings of hopelessness
C. During the 2·year period (1 year for children or adolescents) of the disturbance, the person has never been without the symptoms in Criteria A and 8 for more than 2 months at a time.
D. No Major Depressive Episode has been present during the first 2 years of the disturbance (1 year for children and adolescents); i.e., the disturbance is not better accounted for by chronic Major Depressive Disorder, or Major Depressive Disorder, In Partial Remission. Note: There may have been a previous Major Depressive Episode provided there was a full remission (no significant signs or symptoms for 2 months) before development of the Dysthymic Disorder. In addition, after the initial 2 years (1 year in children or adolescents) of Dysthymic Disorder, there may be superimposed episodes of Major Depressive Disorder, in which case both diagnoses may be given when the criteria are met for a Major Depressive Episode.
E. There has never been a Manic Episode, a Mixed Episode, or a Hypomanic Episode, and criteria have never been met for Cyclothymic Disorder.
F. The disturbance does not occur exclusively during the course of a chronic Psychotic Disorder, such as Schizophrenia or Delusional Disorder.
G. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hypothyroidism).
H. The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

**Depressive Disorder Not Otherwise Specified**
The "depressive disorder not otherwise specified" category encompass various types of disorders with depressive features that do not meet the criteria for major depressive disorder, dysthymia, adjustment disorder with depressed mood, or adjustment disorder with mixed anxiety and depressed mood.

CONFIDENTIAL

Examples of Depressive Disorder Otherwise Specified include:
1. Premenstrual dysphoric disorder (PMDD): This is a severe form of premenstrual syndrome, [139] that is observed in 3-8 of women [140]. It is a diagnosis associated predominantly with the luteal phase of the menstrual cycle. Up to one-third of women in such cases report residual symptoms even in the first 2-3 days of the follicular phase [141]. It follows a predictable, cyclic pattern where the symptoms begin in the late luteal phase and end shortly after menstruation begins [142]. Most frequent symptoms associated with PMDD include:
- Feeling of sadness or markedly depressed mood
- Intense tension or marked anxiety
- Marked affective lability
- Chronic fatigue
- Decreased interest in activities
These symptoms are so intense and sever that they interfere with daily activities at home, office, school, etc. Individual may be absent for at least 1 week postmenses.

2. Minor depressive disorder: This condition is a mood disorder that encompasses episodes of at least 2 weeks of depressive symptoms, but with less than five items required for the diagnosis of MDD [143].

**Bipolar Disrder**
Bipolar disorder is a psychiatric diagnosis for a mood disorder. People with bipolar disorder experience alternative episodes of mania or hypomania with episodes of depression. The key feature of Bipolar I Disorder is a clinical course that is characterized by the occurrence of one or more manic episodes or mixed episodes. Often individuals also experience one or more MDE (Major Depressive Episodes). Young people initially tend to have more depressive episodes [144]. Because diagnosis of a bipolar disorder requires a hypomanic or manic episode, many patients are initially diagnosed with major depression [145].

Bipolar disorder is less prevalent in elderly, but the number of psychiatric admissions remains unchanged compared to other age groups. It has been observed that elderly experience symptoms at a later age. The later onset of mania is associated with more neurologic difficulties and impairment. There seems to be more variation in presentation and course of bipolar disorder in elderly. Some clinical studies have observed that among elderly with bipolar disorder, mania is less intense and mixed episodes are more frequent with relatively poor response to treatment. Overall, bipolar disorder in elderly has more similarities than differences from younger adults [146, 147]. In the elderly, detection and management of bipolar disorder may get complicated because of concomitant dementia or the adverse effects of drugs being taken for other disease and conditions [148].

Associated features of Bipolar I Disorder

Approximately 10-15%of individuals with Bipolar I Disorder commit completed suicide. Suicidal attempts and ideation are more likely to occur when the individual is in a depressive or mixed state. Violent behavior may be observed during severe manic episodes or during those with psychotic features. Other problems encountered by individuals with bipolar I disorder are occupational failure, school failure and truancy, marital problems, and other episodic antisocial behavior. Individuals with earlier onset of bipolar I disorder have a greater likelihood of having a history of

CONFIDENTIAL

current alcohol or drug abuse.  Individuals with Bipolar I disorder tend to have worse course of illness if they are concomitantly using alcohol or other substances.

Laboratory findings
There are no laboratory findings that are diagnostic for Bipolar I Disorder.  Imaging studies of individuals with Bipolar I Disorder tend to show increased rates of lesions in the right hemisphere, or bilateral subcortical or periventricular lesions.

Hypothyroidism (current or past) or laboratory evidence of mild thyroid hypofunction may be linked with rapid cycling. Hyperthyroidism may trigger or worsen manic symptoms in individuals with a preexisting mood disorder.
Recent studies in the United States have reported that Bipolar I Disorder is equally distributed among men and women. The first episode in males is usually a manic episode, whereas in females it tends to be MDE or major depressive episode. In men manic Episodes equals or exceeds the number of MDE, whereas in women MDE predominates.  Rapid cycling is more frequently observed in women than in men. Some studies have indicated that women may be more prone to depressive or mixed mood symptoms.

The lifetime prevalence of Bipolar I Disorder varies from 0.4-1.6%. Average age at onset is around 20 years.  Majority of individuals (more than 90%) who experience a single manic episode subsequently experience more episodes.

---

**DSM-IV-TR Diagnostic criteria for Bipolar I Disorder, Single Manic Episode**

A. Presence of only one Manic Episode and no past Major Depressive Episodes.
Note: Recurrence is defined as either a change in polarity from depression or an interval of at least 2 months without manic symptoms.
B. The Manic Episode is not better accounted for by Schizoaffective Disorder and is no
superimposed on Schizophrenia, Schizophreniform Disorder. Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.
*Specify* if:
Mixed: if symptoms meet criteria for a Mixed Episode
If the full criteria are currently met for a Manic, Mixed. or Major Depressive Episode *specify* its current clinical status *and/or* features:
   Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic
   Features
   With Catatonic Features
   With Postpartum Onset
If the full criteria are not currently met for a Manic, Mixed, or Major Depressive Episode, *specify* the current clinical status of the Bipolar I Disorder or features of the most recent episode:
   In Partial Remission, In Full Remission
   With Catatonic Features
   With Postpartum Onset

---

CONFIDENTIAL

**DSM IV-TR Diagnostic criteria for Bipolar I Disorder, Most Recent Episode Hypomanic**

A. Currently (or most recently) in a Hypomanic Episode.

B. There has previously been at least one Manic Episode or Mixed Episode.

C. The mood symptoms ca use clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The mood episodes in Criteria A and B are not better accounted for by Schizoaffective

Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder. Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

*Specify:*

longitudinal Course Specifiers (With and Without Interepisode Recovery)

With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes)

With Rapid Cycling

---

**DSM IV-TR Diagnostic criteria for Bipolar I Disorder, Most Recent Episode Manic**

A. Currently (or most recently) in a Manic Episode.

B. There has previously been at least one Major Depressive Episode, Manic Episode, or Mixed Episode.

C. The mood episodes in Criteria A and B are not better accounted for by shizoaffective

Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

If the full criteria are currently met for a Manic Episode, *specify* its current clinical status

and/or features:

Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic Features

With Catatonic Features

With Postpartum Onset

If the full criteria are not currently met for a Manic Episode, *specify* the current clinica l

status of the Bipolar I Disorder and/or features of the most recent Manic Episode:

In Partial Remission, In Full Remission

With Catatonic Features

With Postpartum Onset

*Specify:*

Longitudinal Course Specifiers (With and Without Interepisode Recovery)

With Seasonal Pattern (applies only the pattern of Major Depressive Episodes)

With Rapid Cycling

CONFIDENTIAL

**DSM-IV-TR Diagnostic criteria for Bipolar I Disorder, Most Recent Episode Mixed**

A. Currently (or most recently) in a Mixed Episode.

B. There has previously been at least one Major Depressive Episode, Manic Episode, or Mixed Episode.

C. The mood episodes in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schi2ophreniform Disorder,

Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

If the full criteria are currently met for a Mixed Episode, *specify* its current clinical status

And or features:

    Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic Features

    With Catatonic Features

    With Postpartum Onset

If the full criteria are not currently met for a Mixed Episode, *specify* the current clinical

status of the Bipolar I Disorder and/or features of the most recent Mixed Episode;

    In Partial Remission, In Full Remission

    With Catatonic Features

    With Postpartum Onset *Specify:*

        Longitudinal Course Specifiers (With and Without Interepisode Recovery)

        With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes)

        With Rapid Cycling

CONFIDENTIAL

**Diagnostic criteria for Bipolar I Disorder, Most Recent Episode Depressed**

A. Currently (or most recently) in a Major Depressive Episode.
B. There has previously been at least one Manic Episode or Mixed Episode.
C. The mood episodes in Criteria A and B are not better accounted for by Schizoaffective
Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder or Psychotic Disorder Not Otherwise Specified.
If the full criteria are currently met for a Major Depressive Episode, *specify* its current
clinical status *and/or* features:
    Mild, Moderate. Severe Without Psychotic Features/Severe With Psychotic
    Features
    Chronic
    With Catatonic Features
    With Melancholic Features
    With Atypical Features
    With Postpartum Onset
If the full criteria are not currently met for a Major Depressive Episode, *specify* the current clinical status of the Bipolar I Disorder and or features of the most recent Major Depressive Episode:
    In Partial Remission, In Full Remission
    Chronic
    With Catatonic Features
    With Melancholic Features
    With Atypical Features
    With Postpartum Onset
*Specify:*
    Longitudinal Course Specifiers (With and Without Interepisode Recovery)
    With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes)
    With Rapid Cycling

NETCE0002978

**DSM-IV-TR Diagnostic criteria for Bipolar I Disorder, Most Recent Episode Unspecified**

A. Criteria, except for duration, a re current ly (or most recently) met for a Manic, a Hypomanic, a Mixed, or a Major Depressive Episode.

B. There has previously been at least one Manic Episode or Mixed Episode.

C. The mood symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.

D. The mood symptoms in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.

E. The mood symptoms in Criteria A and 8 are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication, or other treatment) or a general medical condition (e.g., hyperthyroidism).

*Specify:*

    Longitudinal Course Specifiers (With and Without Interepisode Recovery)
    With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes)
    With Rapid Cycling

CONFIDENTIAL

**BIPLOAR II DISORDER**
Bipolar II disorder or manic depression is a less severe form of bipolar spectrum disorder characterized by one or more major depressive episode and at least one hypomanic episode; generally depressive episodes are more frequent and intense than hypomanic episodes.  There is absence of full-blown manic or mixed episodes in this disorder. The hypomanic episodes must last full day for a period of at least four days [149]. Bipolar II disorder is considered to be under-diagnosed because hypomanic behavior often presents as high-functioning behavior. Among the bipolar spectrum, individuals with bipolar II disorder are at highest risk of suicide [150, 151]. People with bipolar II tend to have more frequent bouts of depressive episodes [152]. In some case, severe symptoms can make it almost to work at home, office, or school. Sometimes, the hypomanic episodes themselves do not cause major impairments, but may develop from MDE (Major Depressive Episodes) or from a chronic and unpredictable mood episodes and unpredictable occupational or interpersonal functioning.

Hypomanic episodes
• High energy levels
• Unrealistic optimism
• Hedonistic mood
• Irritability
• Automatic thoughts
• Hypersexuality

Depressive episodes
• Low energy levels
• Cessation of usual activitiesB
• Automatic thoughts
• Unrealistic pessimism
• Overgeneralization
• Black and white thinkingMaladaptive assumptions
• Dysfunctional personal schemas[8]
• Thoughts of suicide
• Isolation from people

Relapse
In the case of a relapse, the following symptoms often occur and are considered early warning signs [153]:
• Sleep disturbance
• Racing thoughts and/or speech
• Anxiety
• Irritability
• Emotional intensity
• Spending more money than usual
• Binge behavior, including food, drugs, or alcohol
• Arguments with family members and friends
• Multitasking

Associated Features and Disorders
Completed suicide, usually in midst of an MDE is a substantial risk in individuals with Bipolar II Disorder. Absenteeism from school, school failure, occupational failure, marital discords or divorce may be observed in individuals with Bipolar II Disorder.

CONFIDENTIAL

Bipolar II Disorder is also associated and observed in several mental disorders such as drug abuse, panic disorder, anorexia nervosa, personality disorders, etc.

Laboratory findings
There are no diagnostic laboratory findings for bipolar II disorder.  Also, there are no laboratory findings that can help in differentiating MDE present in bipolar II disorder from those in bipolar I disorder or MDD (Major Depressive Disorder).

Individuals who experience their first hypomanic episode after age 40 years usually have this symptoms because an underlying medical condition or substance abuse. Rapid Cycling observed in bipolar II disorder may be due to hypothyroidism. Increased activity of thyroid gland i.e. hyperthyroidism may lead to precipitation or deterioration of symptoms of hypomania in people with a preexisting mood disorder. However, hyperthyroidism in otherwise healthy individuals does cause or precipitate hypomanic symptoms. Bipolar II disorder seems to be prevalent in women than in men.  Women with bipolar II disorder tend to have more MDE (Major Depressive Episodes), whereas in men the hypomanic episodes predominate. However, some clinical studies suggest that mixed or depressive symptoms observed during hypomanic episodes may be more common in women.

Prevalence
Lifetime prevalence of bipolar II disorder is around 0.5% [154].

Course
Approximately 60%- 70% of the hypomanic episodes observed in bipolar II disorder develop right after or before MDE. Hypomanic episodes usually follow or precede MDE in a characteristic manner for a particular individual.  Compared with MDD recurrent, individuals with bipolar II disorder have a higher number of lifetime episodes of both MDE and hypomanic episodes. The interval between such episodes usually decreases with aging.  It has been observed that around 5-15% of people with bipolar II disorder experience four or more mood episodes per year. A rapid-cycling pattern is associated with such patients who usually have a poor prognosis. Although around 85% of individuals with bipolar II disorder return to normalcy between episodes, approximately 15% continue to experience mood lability and occupational, professional or interpersonal difficulties. Psychotic symptoms are not observed in hypomanic episodes, and are less frequently seen in the MDE (Major Depressive Episodes) in bipolar II disorder compared to bipolar I disorder. Some studies have observed that significant changes in sleep-wake pattern or sleep deprivation may exacerbate or precipitate hypomanic or major depressive episodes. If a patient experiences manic or mixed episode during the course of bipolar II disorder, the diagnosis is amended to bipolar I disorder.

**DSM-IV-TR Diagnostic criteria for Bipolar II Disorder**

NETCE0002981

A. Presence (or history) of one or more Major Depressive Episodes.
B. Presence (or history) of at least one Hypomanic Episode.
C. There has never been a Manic Episode or a Mixed Episode.
D. The mood symptoms in Criteria A and B are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.
E. The symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning.
*Specify* current or most recent episode:
    Hypomanic: if currently (or most recently) in a Hypomanic Episode
    Depressed: if currently (or most recently) in a Major Depressive Episode
If the full criteria are currently met for a Major Depressive Episode, *specify* its current
clinical status and/or features:
    Mild, Moderate, Severe Without Psychotic Features/Severe With Psychotic Features
    Chronic
    With CatatonIc Features
    With Melancholic Features
    With Atypical Features
    With Postpartum Onset
If the full criteria are not currently met for a Hypomanic or Major Depressive Episode,
*specify* the clinical status of the Bipolar 11 Disorder and/or features of the most recent
Major Depressive Episode (only if it is the most recent type of mood episode:
    In Partial Remission, In Full Re mission
    Chronic
    With Catatonic Features
    With Melancholic Features
    With Atypical Features
    With Postpartum Onset
*Specify:*
    Longitudinal Course Specifiers (With and Without Interepisode Recovery)
    (With Seasonal Pattern (applies only to the pattern of Major Depressive Episodes)
    With Rapid Cycling

CONFIDENTIAL

**Critria for Bipolar Disorders**

| **DSM-IV-TR Diagnostic criteria for  Mixed Episode** |
| --- |
| A. The criteria are met both for a Manic Episode and for a Major Depressive Episode (except for duration) nearly every day during at least a ' −week period. <br> B. The mood disturbance is sufficiently severe to cause marked impairment in occupational functioning or in usual social activities or relationships with others, or to necessitate hospitalization to prevent harm to self or others, or there are psychotic features. <br> C. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication, or other treatment) or a general medical condition (e.g., hyperthyroid ism). <br> Note: Mixed-like episodes that are dearly caused by somatic antidepressant treatment (e .g., medication, electroconvulsive therapy, light therapy) should not count toward a diagnosis of Bipolar I Disorder. |

**Cyclothymic Disorder**

Cyclothymic disorder or cyclothymia is a chronic, fluctuating mood disturbance which is characterized alternating periods of hypomanic symptoms and depression, mild or moderate.  The emotional highs and lows are mild in nature than those of bipolar disorder, but overall symptomatology, family history, course and treatment response of cyclothymic disorder are identical to the bipolar spectrum. [155]. Cyclothymic disorder is characterized by relatively short cycles of depression and hypomania that do not meet the diagnostic criterion for major affective syndromes [156].

Some of the prominent symptoms of the depressive episodes are:
- Lack of concentration and difficulty making decisions
- Poor memory recall
- Guilt and self-criticism
- Low self-esteem
- Pessimism
- Self-destructive thinking
- Constant sadness
- Apathy
- Hopelessness, helplessness and irritability.

Other common symptoms include:
- Quick temper
- Poor judgment
- Lack of motivation
- Lack of sexual desire
- Social withdrawal, appetite change
- Fatigue
- Self-neglect
- Insomnia

Some of the prominent symptoms of the hypomanic episodes include:
- Euphoria i.e. unusually good mood or cheerfulness
- Extreme optimism
- Inflated self-esteem
- Rapid speech

CONFIDENTIAL

- Racing thoughts
- Aggressive or hostile behavior
- Lack of consideration for others
- Agitation
- Massively increased physical activity
- Risky behavior
- Spending sprees
- Increased drive to achieve goals  or perform well
- Increased sexual drive
- Decreased need for sleep
- Tendency to be easily distracted
- Inability to concentrate

Cyclothymic disorder usually begins early in life with an insidious onset and a chronic course. Lifetime prevalence of Cyclothymia is approximately 0.4-1%.  Onset of cyclothymia late in adult life may indicate a mood disorder due to a general medical condition.

| **DSM-IV-TR Diagnostic criteria for Cyclothymic Disorder** |
| --- |
| A. For at least 2 years, the presence of several periods with hypomanic symptoms and numerous periods with depressive symptoms that do not meet criteria for a Major Depressive Episode.<br>Note: In children and adolescents, the duration must be at least 1 year.<br>B. During the above 2-year period (1 year in children and adolescents), the person has not been without the symptoms in Criterion A for more than 2 months at a time.<br>C. No Major Depressive Episode, Manic Episode, or Mixed Episode has been present during the first 2 years of the disturbance.<br>Note: After the initial 2 years (1 year in children and adolescents) of Cyclothymic Disorder, there may be superimposed Manic or Mixed Episodes (in which case both Bipolar I Disorder and Cyclothymic Disorder may be diagnosed) or Major Depressive Episodes (in which case both Bipolar II Disorder and Cyclothymic Disorder may be diagnosed).<br>D. The symptoms in Criterion A are not better accounted for by Schizoaffective Disorder and are not superimposed on Schizophrenia, Schizophreniform Disorder, Delusional Disorder, or Psychotic Disorder Not Otherwise Specified.<br>E. The symptoms are not due to the direct physiological effects of a substance (e.g., a drug of abuse, a medication) or a general medical condition (e.g., hyperthyroidism).<br>F. The symptoms cause clinically significant distress or impairment in social, occupational or other important areas of functioning. |

### Neuroimaging

CT Studies in the last few decades have shown that depression in elderly is associated with structural changes in the brain, including ventricular enlargement. These findings have been repeatedly confirmed in other studies and similar changes are observed in young adult patients with unipolar and bipolar disorder [157].  In the 90s the focus of attention was the presence of volume reductions in the caudate

NETCE0002984

[158] and frontal lobe.  Subsequent studies conducted on elderly with depression have repeatedly shown an increase in the number and/or severity of signal hyperintensities in the white matter in both unipolar and bipolar disorder [159]. A neuroimaging study conducted on elderly with depression showed an increase in white matter lesions, particularly for elderly presenting with their first ever depressive episode [159].Depression in the elderly is difficult to detect and diagnose, especially in non-mental health settings. Studies of the impact of the negative outcomes of depression in elderly and the effect of psychiatric comorbidities have shown that depression in elderly is a serious medical condition that not only adversely affects mood, but also negatively impacts cognitive and functional abilities of an individual.  Advances in neuroimaging have shown structural and functional changes in the brains of elderly patients.

A great deal of research is being conducted with help of advanced neuroimaging techniques to study degenerative structural and functional changes in elderly with depression. A study was conducted using magnetization transfer ratio (MTR) imaging to observe changes in the myelin integrity and white matter abnormalities in frontostriatal and limbic regions in elderly with depression [160]. It was found that a number of elderly had lower MTR in several left hemisphere frontostriatal and limbic regions. Several research studies are now using functional MRI (fMRI) to study brain function in late life depression, especially the relationship between cognition and mood.  A recent study was conducted to assess the effect of subsyndromal depressive symptoms in elderly on the brain.   The researchers found that the activity of a posteromedial cortex (PMC) cluster (responsible for normal memory) present in the dorsal posterior correlated significantly with the Beck-II Depression Inventory (BDI) score [161]. Another imaging study assessed the shape analysis of brain structures, especially local shape changes.  The study revealed major changes in the mid-body of the left hippocampus between elderly with depression and controls [162].

Vascular depression is closely associated with cerebrovascular disease and development of depression. A recent MRI study with diffusion tensor imaging (DTI) was conducted to determine the integrity of white matter tracks in elderly with depression [163]. It was observed that among the depressed elderly, there were widespread abnormalities in DTI parameters, especially in prefrontal region.  It was also found that there was strong relationship between cognitive processing speed and DTI abnormalities.

In elderly with cognitive impairment, it is difficult to differentiate a depression from neurodegenerative disorder.  People with Alzheimer's disease (AD) show diffuse Lewy body disease, or any type of frontotemporal dementias.  On MRI or X-ray computed tomography (CT), AD is characterized by medial temporal atrophy [164], decreased metabolism in the parietotemporal association cortex, and precuneus on [$^{18}$F]fluoro-deoxyglucose (FDG) PET [164] and amyloid deposition on Pittsburgh compound B PET [165]. Many such neuroimaging features can also be found in diffuse Lewy body disease or LBD, but apart from cognitive impairment, patients have parkinsonian findings. The lobar dementia syndromes and frontotemporal dementias may be

NETCE0002985

detected early on FDG PET by decreased metabolism in the affected region, which ultimately also shows atrophy on MRI [166].

**Major depressive disorder**
It has been found that depression is accompanied with elevated frontal lobe metabolism but reduced volume in the subgenual region of the medial frontal lobe [167]. This finding is in total contrast with several neurodegenerative disorders that mimic depression. A study conducted on Alzheimer's patients with fMRI found decreased hippocampal activation during a memory task compared with patients with depression [168]. In contrast, it was observed that orbitofrontal and cingulate activation were greater in patients with depression compared to AD patients or controls [168]. Elderly or chronically ill and individuals with depression show a characteristic hippocampal volume loss and can be effected by the val66met brain-derived neurotrophic factor gene variant and the 5-HTTLPR SLC6A4 polymorphism. A study conducted with neuroreceptor PET imaging has shown a close relationship of major depression with decreased 5-HT(1A) binding potential in the medial prefrontal cortex, medial temporal lobe, and raphe nuclei [167]. A recent fMRI study observed that patients with depression had an impaired activation of the medial prefrontal cortex. The dysfunction of the medial prefrontal region may be responsible for specific complaints of patients with depression such as feeling of guilt, rumination, and self-blame.

Currently, the diagnosis of depression is predominantly based on behavioral symptoms and course of illness, where as the treatment guidelines are mainly based on clinical empirical evidence and expert consensus. In recent years, a lot of interest has been shown in neurobiological markers of depression. Several studies have shown that a combination of fMRI and pattern recognition techniques can differentiate between depressed and healthy individuals [169, 170, 171] and can also be beneficial in predicting response to the treatment [172, 173. A recent study has observed that integration of predictions based on brain activity associated with affective and emotional processing significantly increased the accuracy to differentiate a heterogeneous group of patients with depression [170]. Neuroimaging technology has helped researchers in understanding the anatomical and functional changes occurring in the brain in patients with depression. The knowledge gained from imaging studies is catalyzing a paradigm shift in which depression is conceptualized as a condition that involves abnormalities of brain function and structure.

Diagnosis of depression necessitates a thorough medical history and complete medical and neurologic evaluations. The evaluation encompasses recent life changes, medical or neurologic symptoms and social factors, and the presence of medical or neurologic symptoms. A complete screening also includes:
   1. Electrolyte panel

NETCE0002986

2. Fasting serum glucose level
3. Complete blood cell count
4. Serum glutamic-oxaloacetic transaminase
5. Serum creatinine level
6. Sensitive thyroid-stimulating hormone
7. Chest radiography
8. Electrocardiography
9. Urinalysis

A detailed neurologic examination is helpful in determining the need for further neuropsychological testing and neuroimaging. Neuropsychological testing is helpful in differentiating depressive disorders from central nervous system (CNS) disorders.

The principal aims of neuropsychological evaluation are to:
- Establish cognitive status
- Distinguish depression from dementia or age-appropriate cognitive
- Decline
- Make psychological management recommendations on the basis of findings in the absence of symptoms of comorbid CNS disease, structural neuroimaging may not add much to the evaluation.

CT (computed tomography) or MRI (magnetic resonance imaging) is recommended if patient has neurologic signs and symptoms. CT is easy and cheap way to determine CNS pathology. MRI is a better imaging technique, especially for delineate demyelinating or vascular conditions. CT is particularly useful in differentiating depression from dementia by establishing the presence of abnormalities in temporal and frontal areas.

CONFIDENTIAL

**Components of a Neuropsychological Assessment History**
Reason for evaluation; presenting symptoms
Medical, surgical, and behavioral health history
Medication history
Previous neuropsychological assessments
Educational and occupational background
Family medical and mental health history

Laboratory tests

Neuroimaging results

Patient examination
In-depth interview (typically one to two hours)
In addition to the history mentioned above, interviews typically include birth and early development, abuse or neglect, childhood experiences, travel history, course of cognitive or neurologic symptoms, current work or academic performance, substance use, emotional functioning, personality characteristics, family dynamics, interpersonal relationships, legal circumstances, patient perspectives on illness and treatment, motivation, and observations of nonverbal neurobehavioral signs

Collateral information from multiple sources (e.g., spouse, friends, work supervisor)

Standardized neuropsychological assessment instruments
Domains typically assessed include intellectual abilities (IQ), academic skills (e.g., reading, spelling, arithmetic), attention (i.e., short-term, selective, and sustained), response inhibition, mental flexibility, reasoning, problem solving, language comprehension, receptive and expressive vocabulary, verbal fluency, confrontation naming, visual and verbal memory (including learning, recall, and facilitated cued and recognition formats), visuospatial abilities, visuomotor speed and integration, cognitive processing speed, motor skills (i.e., strength, speed, and dexterity), and emotional status

There is a significant detection rate of depression in the general population. Depression in patients with medical illnesses is relatively common. Cognitive problems are a common feature of depression in elderly. Significant cognitive dysfunction associated with depression may be an indication of dementia. Neuropsychological assessment may play a key role in determining the role of depression in elderly, and therefore the potential benefit of medical intervention and psychotherapy [174, 175]. The table below outlines distinguishing features between depression and Alzheimer disease [176].

**Clinical Features Useful in Differentiating Alzheimer Disease from Depression**

| Measure | Alzheimer disease | Depression |
|---|---|---|
| Behavior congruent with deficits | Usual | Unusual |
| Delusions | Mood independent | Mood congruent |
| Emotional reaction | Variable | Marked distress |
| Mood disorder | Environmentally responsive | Persistent |

CONFIDENTIAL

| Measure | Alzheimer disease | Depression |
|---|---|---|
| Patient report of deficits | Variable | Abundant |
| Psychiatric history | Unusual | Usual |
| Symptom duration | Long | Short |
| Symptom progression | Slow | Rapid |
| Valuation of accomplishments | Variable | Minimized |

Adapted from Storandt M, VandenBos GR, eds. Neuropsychological Assessment of Dementia and Depression in Older Adults: A Clinician's Guide. Washington, DC: American Psychological Association.

Neuropsychological evaluation is a useful method of acquiring data related to patient's cognitive, behavioral, motor, linguistic, and executive functioning. Neuropsychological evaluation is helpful in providing insight into the psychological aspect of an individual, which is difficult to assess with current imaging techniques.

**Some Commonly Used Neuropsychological Tests**

| Domain | Neuropsychological Test |
|---|---|
| Intellectual functioning | Wechsler Scales<br>Wechsler Adult Intelligence Scale-Revised (WAIS-R)<br>Wechsler Adult Intelligence Scale-III (WAIS-III)<br>Wechsler Intelligence Scale for Children-IV (WISC-IV)<br>Stanford-Binet Intelligence Scale-IV |
| Academic achievement | Wechsler Individual Achievement Test (WIAT)<br>Woodcock-Johnson Achievement Test |
| Language processing | Boston Naming Test<br>Multilingual Aphasia Examination<br>Boston Diagnostic Aphasia Examination<br>Token Test |
| Visuospatial processing | Rey-Osterrieth Complex Figure – Copy condition<br>WAIS Block Design Subtest<br>Judgment of Line Orientation<br>Hooper Visual Organization Test |
| Attention/ concentration | Digit Span Forward and Reversed<br>Trail Making Tests<br>Cancellation Tasks (Letter and symbol)<br>Paced Auditory Serial Addition Test (PASAT) |
| Verbal learning and memory | Wechsler Memory Scale (WMS)<br>Logical Memory I and II - Contextualized prose<br>Verbal Paired-Associates<br>WMS-III Verbal Memory Index<br>Rey Auditory Verbal Learning Test - Rote list learning (unrelated words)<br>California Verbal Learning Test - Rote list learning (related words)<br>Verbal Selective Reminding Test - Selective reminding (unrelated words)<br>Hopkins Verbal Learning Test |

CONFIDENTIAL

NETCE0002989

| Visual learning and memory | WMS<br>Visual Reproduction I and II<br>WMS-III Visual Memory Index<br>Rey-Osterrieth Complex Figure - Immediate and delayed recall<br>Nonverbal Selective Reminding Test<br>Continuous Recognition Memory Test<br>Visuo-Motor Integration Test - Block design |
|---|---|
| Executive functions | Wisconsin Card Sorting Test<br>Category Test<br>Stroop Test<br>Trail Making Test-B<br>WAIS Subtests of Similarities and Block Design<br>Porteus Maze Test<br>Multiple Errands Test (MET) |
| Speed of processing | Simple and Choice Reaction Time<br>Symbol Digit Modalities Test - Written and oral |
| Sensory-perceptual functions | Halstead-Reitan Neuropsychological Battery (HRNB) Tactual Performance Test and Sensory Perceptual Examination |
| Motor speed and strength | Index Finger Tapping<br>Grooved Pegboard Task<br>Hand Grip Strength<br>Thurstone Uni- and Bimanual Coordination Test |
| Motivation | Rey 15 Item Test<br>Dot Counting<br>Forced-Choice Symptom Validity Testing |
| Personality assessment | Minnesota Multiphasic Personality Inventory (MMPI)<br>Millon Clinical Multiaxial Inventory<br>Beck Depression Inventory (BDI)<br>Rorschach Test<br>Thematic Apperception Test for Children or Adults |

### THE MOOD DISORDER QUESTIONNAIRE

| **INSTRUCTIONS:** Please answer each question as best you can. | YES | NO |
|---|---|---|
| 1. Has there ever been a period of time when you were not your usual self and...<br>... you felt so good or so hyper that other people thought you were not your normal self or you were so hyper that you got into trouble? | | |
| ... you were so irritable that you shouted at people or started fights or arguments? | | |
| ... you felt much more self-confident than usual? | | |

CONFIDENTIAL

| | | |
|---|---|---|
| ... you got much less sleep than usual and found that you didn't really miss it? | | |
| ... you were more talkative or spoke much faster than usual? | | |
| ... thoughts raced through your head or you couldn't slow your mind down? | | |
| ... you were so easily distracted by things around you that you had trouble concentrating or staying on track? | | |
| ... you had much more energy than usual? O O | | |
| ... you were much more active or did many more things than usual? O O | | |
| ... you were much more social or outgoing than usual, for example, you telephoned O O friends in the middle of the night? | | |
| ... you were much more interested in sex than usual? O O | | |
| ... you did things that were unusual for you or that other people might have thought were excessive, foolish or risky? | | |
| ... spending money got you or your family in trouble? | | |
| 2. If you checked YES to more than one of the above, have several of these ever happened during the same period of time? | | |
| 3. How much of a problem did any of these cause you - like being able to work;having family, money or legal troubles; getting into arguments or fights? <br> O No problem    O Minor problem    O Moderate problem    O Serious problem | | |
| 4.* Have any of your blood relatives (i.e. children, siblings, parents, grandparents, aunts, uncles) had manic-depressive illness or bipolar disorder? | | |
| 5.* Has a health professional ever told you that you have manic-depressive illness or bipolar disorder? | | |

Answering "Yes" to 7 or more of the events in question #1, answering "Yes" to question #2, and answering "Moderate problem" or "Serious problem" to question #3 is considered a positive screen for bipolar disorder

CONFIDENTIAL

## Beck's Depression Inventory

1.
   0 I do not feel sad.
   1 I feel sad
   2 I am sad all the time and I can't snap out of it.
   3 I am so sad and unhappy that I can't stand it.

2.
   0 I am not particularly discouraged about the future.
   1 I feel discouraged about the future.
   2 I feel I have nothing to look forward to.
   3 I feel the future is hopeless and that things cannot improve.

3.
   0 I do not feel like a failure.
   1 I feel I have failed more than the average person.
   2 As I look back on my life, all I can see is a lot of failures.
   3 I feel I am a complete failure as a person.

4.
   0 I get as much satisfaction out of things as I used to.
   1 I don't enjoy things the way I used to.
   2 I don't get real satisfaction out of anything anymore.
   3 I am dissatisfied or bored with everything.

5.
   0 I don't feel particularly guilty.
   1 I feel guilty a good part of the time.
   2 I feel quite guilty most of the time.
   3 I feel guilty all of the time.

6.
   0 I don't feel I am being punished.
   1 I feel I may be punished.
   2 I expect to be punished.
   3 I feel I am being punished.

7.
   0 I don't feel disappointed in myself.
   1 I am disappointed in myself.
   2 I am disgusted with myself.
   3 I hate myself.

8.
   0 I don't feel I am any worse than anybody else.
   1 I am critical of myself for my weaknesses or mistakes.
   2 I blame myself all the time for my faults.
   3 I blame myself for everything bad that happens.

9.
   0 I don't have any thoughts of killing myself.
   1 I have thoughts of killing myself, but I would not carry them out.
   2 I would like to kill myself.
   3 I would kill myself if I had the chance.

CONFIDENTIAL

10.
    0 I don't cry any more than usual.
    1 I cry more now than I used to.
    2 I cry all the time now.
    3 I used to be able to cry, but now I can't cry even though I want to.

11.
    0 I am no more irritated by things than I ever was.
    1 I am slightly more irritated now than usual.
    2 I am quite annoyed or irritated a good deal of the time.
    3 I feel irritated all the time.

12.
    0 I have not lost interest in other people.
    1 I am less interested in other people than I used to be.
    2 I have lost most of my interest in other people.
    3 I have lost all of my interest in other people.

13.
    0 I make decisions about as well as I ever could.
    1 I put off making decisions more than I used to.
    2 I have greater difficulty in making decisions more than I used to.
    3 I can't make decisions at all anymore.

14.
    0 I don't feel that I look any worse than I used to.
    1 I am worried that I am looking old or unattractive.
    2 I feel there are permanent changes in my appearance that make me look unattractive
    3 I believe that I look ugly.

15.
    0 I can work about as well as before.
    1 It takes an extra effort to get started at doing something.
    2 I have to push myself very hard to do anything.
    3 I can't do any work at all.

16.
    0 I can sleep as well as usual.
    1 I don't sleep as well as I used to.
    2 I wake up 1-2 hours earlier than usual and find it hard to get back to sleep.
    3 I wake up several hours earlier than I used to and cannot get back to sleep.

17.
    0 I don't get more tired than usual.
    1 I get tired more easily than I used to.
    2 I get tired from doing almost anything.
    3 I am too tired to do anything.

18.
    0 My appetite is no worse than usual.
    1 My appetite is not as good as it used to be.
    2 My appetite is much worse now.
    3 I have no appetite at all anymore.

NETCE0002993

19.

    0 I haven't lost much weight, if any, lately.
    1 I have lost more than five pounds.
    2 I have lost more than ten pounds.
    3 I have lost more than fifteen pounds.

20.

    0 I am no more worried about my health than usual.
    1 I am worried about physical problems like aches, pains, upset stomach, or constipation.
    2 I am very worried about physical problems and it's hard to think of much else.
    3 I am so worried about my physical problems that I cannot think of anything else.

21.

    0 I have not noticed any recent change in my interest in sex.
    1 I am less interested in sex than I used to be.
    2 I have almost no interest in sex.
    3 I have lost interest in sex completely.

INTERPRETING THE BECK DEPRESSION INVENTORY

Now that you have completed the questionnaire, add up the score for each of the twenty-one questions by counting the number to the right of each question you marked. The highest possible total for the whole test would be sixty-three. This would mean you circled number three on all twenty-one questions. Since the lowest possible score for each question is zero, the lowest possible score for the test would be zero. This would mean you circles zero on each question. You can evaluate your depression according to the Table below.

| Total Score | Levels of Depression |
| --- | --- |
| 1-10 | These ups and downs are considered normal |
| 11-16 | Mild mood disturbance |
| 17-20 | Borderline clinical depression |
| 21-30 | Moderate depression |
| 31-40 | Severe depression |
| Over 40 | Extreme depression |

A persistent score of 17 or above indicates medical treatment.

**TREATMENT**

Depression, thanks to modern treatment therapies, is a treatable condition. Early detection coupled with early and successful treatment of depression leads to a shortening of illness duration, reduction in symptoms persistence, and relapse reduction. Despite making rapid strides in detection and successful treatment of depression, many people are still reluctant to either accept the diagnosis or pursue the required treatment.

**Effective Treatments for Depression**

| I. Antidepressants |
| --- |

NETCE0002994

| Tricyclic and tetracyclic antidepressants | SSRIs |
|---|---|
| Nortriptyline<br>Desipramine<br>Imipramine<br>Amitriptyline<br>Trimipramine<br>Clomipramine<br>Protriptyline<br>Maprotiline<br>Dothiepin^a<br><br>Other antidepressants (unknown or<br>miscellaneous mechanisms of action)<br>Bupropion<br>Mirtazapine<br>Trazodone<br>Nefazodone<br>Tianeptine^a | Fluoxetine<br>Sertraline<br>Paroxetine<br>Citalopram<br>Escitalopram<br>Fluvoxamine^a<br>Selective NE reuptake inhibitors<br>Reboxetine^a<br><br>SNRIs<br>Venlafaxine<br>Duloxetine<br>Milnacipran^a<br><br>MAOIs<br>Phenelzine<br>Tranylcypromine<br>Isocarboxazid<br>Transdermal selegiline |

II. Psychotherapies
    CBT
    IPT

III. Somatic treatments
    ECT
    Vagus nerve stimulation (VNS)

IV. Investigational treatments^a
    Repetitive transcranial magnetic stimulation (rTMS)
    Deep brain stimulation (DBS)
    Magnetic seizure therapy (MST)
    CRF1 receptor antagonists
    N-Methyl-D-aspartic acid receptor antagonists
    NK1 receptor antagonists
    Triple (5HT, NE, DA) reuptake inhibitors
    Melatonin receptor agonists
    $\omega$-3 fatty acids
    *S*-Adenosylmethionine
    Arginine vasopressin receptor antagonists
    Bombesin receptor antagonists
    Leptin receptor antagonists
    Glucocorticoid receptor antagonists

CONFIDENTIAL

The treatment of depression may encompass the following therapies:
1. Psychotherapy or counseling
2. Drug therapy
3. Combination of these therapies.

### 1. Psychiatric management

Psychotherapy or counseling involves interaction of a person with a healthcare professional about their problems, feelings, and relationships. Psychotherapy is the treatment of choice for individuals under the age of 18 [177]. There are several types of psychotherapies which are beneficial for the treatment of depression. Psychotherapy may be provided to a depressed individual or individuals by psychotherapists, psychologists, psychiatrists, etc. The goal of psychotherapy is usually to help the patient to better cope with symptoms of depression, enhance social skills, and gain self-confidence. Psychotherapy sessions are usually held once per week for duration of approximately 30-60 minutes, but may be reduced with the progression of the treatment to once every other week. Psychiatric management encompasses a number of interventions and activities that psychiatrists provide to the patients with depression throughout the treatment.

### a. Establish and maintain a therapeutic alliance

In order to establish and maintain a therapeutic alliance, it is important to involve the patient in decision making and to address the patient's concerns as well as preferences regarding treatment.

### b. Complete psychiatric assessment

A thorough diagnostic assessment should be done for establishing correct diagnosis, identifying other general medical conditions or psychiatric conditions that may need proper attention, and developing a comprehensive treatment plan for depression. Complete psychiatric evaluation encompasses the following:
- History of the present illness and current symptoms
- Psychiatric history, including identification and history of past symptoms of mania, hypomania, or mixed episodes and respective treatment responses.
- General medical history
- Personal history including information regarding psychological development and responses to life transitions and major life events
- Social, occupational, and family history (including mood disorders and suicide)
- Review of the patient's prescribed and over-the-counter medications
- Review of systems
- Mental status examination
- Physical examination
- Appropriate diagnostic tests as indicated to rule out possible general medical causes of depressive symptoms.

Additionally, patient should be evaluated for past and current drugs and other substances abuse that may cause precipitation and or exacerbation of depressive symptoms.

### c. Evaluate the safety of the patient

A continuous and careful evaluation for assessing suicide risk is essential for every patient with depression. Patient should be enquired regarding suicidal ideation, thoughts, plans, intent, and behaviors. Specific psychiatric symptoms such as severe

NETCE0002996

anxiety and psychosis as well as general medical conditions should be identified as these factors may trigger suicide in patients with depression. Past and recent suicide behavior should also be assessed thoroughly. Current stressors as well as protective factors should be delineated. Patient should also be enquired about any family history of mental illness or suicide. Assessment of patient's nutrition status, level of self-care, and hydration is also important, each of which can be impaired because of severe symptoms of depression. Patient should also be evaluated for determining the overall effect of the depression on the individual's caring abilities for dependents.

### d. Establish the appropriate setting for treatment
The treating clinician or psychiatrist should determine the least restrictive setting for optimum treatment of depression that aims towards patient's safety and encourage improvement in the patient's overall condition.
The following factors should be included to determine optimal setting:
- Patient's symptom severity
- Concomitant general medical or psychiatric conditions
- Available support system
- Level of functioning
- Patient's ability to self-care
- Patient's ability correct feedback
- Medical compliance

The appropriate treatment setting and the resulting benefit should be assessed regularly during the entire course of treatment.

### e. Evaluate functional impairment and quality of life
Depression can impair and adversely impact functioning in several spheres of life including professional, social and family relationships.  It can also have an adverse effect on health, hygiene and leisure activities. Patient's activity in each of these spheres should also be evaluated. The aim of the treatment plan and interventions should be to maximize the patient's level of functioning and to help the patient in setting goals based on patient's symptom severity and related impairments.

### f. Coordinate the patient's care with other clinicians
Appropriate and constant coordination between treating clinicians, psychiatrist and patient is essential for optimal care, treatment decisions, management and harmonization of treatments. A thorough general medical evaluation should be conducted to rule out general medical causes of depression or its symptoms.

### g. Monitor the patient's psychiatric status
It is necessary to monitor the patient's response to treatment and concomitant medical or psychiatric condition. This ensures to draft, develop, and fine-tune the treatment provided to the patient.

### h. Integration of measurements into psychiatric management
Treatment plan should match the requirement of the patient with the help of careful and systematic assessment of the psychiatric symptoms (type, frequency, and magnitude).  Patient should be assessed regularly and periodically to assess benefits and side effects of treatment.

### i. Increase treatment adherence
The treating psychiatrist or clinician should be well aware of the potential barriers to medical compliance to treatment adherence in patients with depression, especially

NETCE0002997

elderly. Patient with depression lack motivation and often become pessimistic. Additionally, adverse effects of antidepressants, problems in the therapeutic relationship and economical or cultural barriers to treatment make treatment adherence a difficult task. It is therefore essential for treating psychiatrist or clinician to work closely and in collaboration with the patient and patient's family. In addition, the treating psychiatrist or clinician should encourage patients to freely express their concerns or fears regarding treatment or its side effects. Patients should be informed about treatment response and the importance of treatment adherence.

**j. Provide education to the patient and the family**
Adequate education regarding the signs, symptoms and treatment of depression should be given to the patient. If patient is agreeable, patient's family members and other care providers should also be educated about depression, its effects, and the required treatment. Patient education also includes the following:
- Ways to promote healthy behaviors such as exercise, good sleep hygiene
- Good nutrition
- Decreased alcohol , tobacco, and substance abuse

Combination of antidepressants and psychotherapy is considered to be the most effective treatment for the chronic depression [178, 179].
The treatment of depression is categorized divided into three phases:
1. Acute phase involves treatment directed at the current depressive episode.
2. Continuation phase is aimed at preventing a relapse into the current episode
3. Maintenance or prophylactic phase is aimed at the prevention of future episodes.

**Phases of Treatment with Antidepressant Medication**

| Phase of treatment | Typical Duration | Indication(s) | Goals | Strategy |
|---|---|---|---|---|
| Acute | 4-12 wk | Single or recurrent episode of major depression | Remission of index episode | Select antidepressant<br><br>Start at subtherapeutic dose to minimize risk of side effects<br><br>Increase at roughly weekly intervals to therapeutic dose<br><br>Refer to psychiatrist instead or after two unsuccessful medication trials |
| Continuation | 4-6 mo | Goal of acute | Continued | Continue same |

CONFIDENTIAL

| | | phase treatment achieved | remission Prevent relapse (return of the index episode) | dose required to achieve remission during acute phase

Monitor for relapse

If relapse occurs, increase dose, initiate augmentation strategy, or switch to new agent |
| --- | --- | --- | --- | --- |
| Maintenance | >9-12 mo

Optimal duration is uncertain | Three prior episodes of depression *or*

Two prior episodes plus

First-degree relative with major mood disorder;

Recurrence within 1 yr of prior effective treatment;

Onset of first episode before age 20 yr;

Both episodes were severe, sudden, or life-threatening in the past 3 yr | Prevent recurrence of depression | Continue same dose used successfully during continuation phase

Monitor for recurrence

Increase dose, initiate augmentation strategy, or switch to a new agent if there is a recurrent episode |

Adapted from Agency for Health Care Policy and Research: Clinical Practice Guideline: Depression in Primary Care, vols. I and II. Washington, DC, U.S. Government Printing Office, 1993.

### 2. Acute phase

The typical duration of an acute phase treatment of MDE (Major Depressive Episode) is approximately 6-12 weeks and is directed at inducing remission of the current depressive episode.

### a. Choice of an initial treatment modality

Treatment in the acute phase is directed at inducing remission of the MDE and attaining   a patient's baseline functioning level.  Acute phase treatment may encompass pharmacotherapy, psychotherapy (depression- focused), the combination

CONFIDENTIAL

therapy (medications and psychotherapy), or other somatic therapies such as ECT or electroconvulsive therapy, TMS or transcranial magnetic stimulation, or light therapy. Choice of an initial treatment modality depends upon clinical features (symptoms severity, presence of concomitant illness or psychosocial stressors) and other determinants which include prior treatment experiences and patient preference.

Recommended Modalities for Acute Phase Treatment of Major Depressive Disorder

| Severity of Illness | Pharmacotherapy | Depression-Focused Psychotherapy | Pharmacotherapy in Combination With Depression-Focused Psychotherapy | Electroconvulsive Therapy |
|---|---|---|---|---|
| Mild to Moderate | Yes | Yes | May be useful for patients with psychosocial or interpersonal problems, intrapsychic conflict, or co-occurring Axis II disorder | Yes, for certain patients |
| Severe Without Psychotic Features | Yes | No | Yes | Yes |
| Severe With Psychotic Features | Yes, provide both antidepressant and antipsychotic medication | No | Yes, provide both antidepressant and antipsychotic medication | Yes |

**Pharmacotherapy**
The initial choice of treatment for patients with mild to moderate MDE and with severe MDE (unless ECT is planned) is an antidepressant medication. Several different classes of antidepressants are effective against depression [180]. The choice of an antidepressant is based on its perceived side effects, safety, pharmacodynamics, patient preference and response of the medication in previous episode of MDE. In order to find the most effective antidepressant, the dosages should be adjusted, different combinations should be tried, or if needed should be changed. The average response rate to the initial antidepressant is generally around 50% [181]. Therapeutic effects are usually seen 3-8 weeks after the initiation of medication. Patients are usually warned not to stop antidepressant abruptly and to continue them for a minimum period of four months to prevent recurrence of depression.

Factors to consider in selecting an antidepressant medication include:
1. Patient preference
2. Nature of prior response to medication

CONFIDENTIAL

3. Relative efficacy and effectiveness
4. Safety, tolerability, and potential side effects
5. Co-occurring psychiatric or general medical conditions
6. Potential drug interactions
7. Half-life of the drug
8. Cost of the drug

Selective serotonin reuptake inhibitors (SSRIs) are drug of choice for the treatment of depression because of their relatively few and mild side effects and more potent effect in controlling symptoms of depression. Individuals who do not respond adequately to the first SSRI are usually switched to another with improvement in approximately 50% of patients [182]. SSRIs and SNRIs are not appropriate for patients with sexual dysfunction. Another popular and possibly more effective [183, 184] option is to change the medication to the atypical antidepressant such as bupropion or to add this medication to the existing pharmacotherapy [185]. Some SSRIs may lead to or deteriorate insomnia. In such cases to mirtazapine, a sedating antidepressant should be prescribed [186-188]. Venlafaxine seems to be moderately more effective than SSRIs; [189] however, it is not recommended as a drug of choice due to the higher rate of side effects,[190] and it is usually not prescribed to children and adolescents [191].

Fluoxetine is the only antidepressant that can be prescribed to individual under the age of 18 [191]. SSRI is not effective in patients with depression complicated by dementia [192]. Tricyclic antidepressants are generally prescribed for the treatment of inpatients, who seems to respond better to the tricyclic antidepressant, especially amitriptyline [193, 194]. In elderly patients and others with malnutrition, autonomic disorders, or hypotension, tricyclic antidepressants can cause syncope or falls. The monoamine oxidase inhibitors, another class of antidepressants are rarely used because of poor efficacy and life-threatening adverse effects, although newer agents of this class RIMA, with better safety and efficacy profile, have been developed [195]. In general, the nonselective monoamine oxidase inhibitors (MAOIs) should only be prescribed to those patients who do not respond to other treatments as these drugs have adverse drug interactions with other medications and require strict dietary restrictions.

Alternative treatments such as S-adenosyl methionine (SAMe) or St. John's wort can be prescribed to patients who prefer these therapies, although the safety and efficacy of these therapies is modest at best. After initiation of an antidepressant, the drug should be titrated to full dose depending upon the following factors:

- Patient's age
- Treatment setting
- Presence of concomitant disorder or illnesses
- Concomitant drug treatment
- Side effects of the drug

Patient should be carefully, regularly, and systematically monitored to assess the following:

- Response to pharmacotherapy
- Identify the side effects
- Assess patient safety.

CONFIDENTIAL

In case of severe or frequent side effects, the dose of the antidepressant should be lowered or the drug should be changed to another antidepressant with fewer side effects.

**Pharmacologic Agents Used to Treat Depression in Elderly Patients**

| Drug | Dosage (mg per day)* | Cost | Dosing (generic) † | Common side effects | Interactions |
|---|---|---|---|---|---|
| **Tricyclic antidepressants (tertiary)** | | | | | |
| Amitriptyline (Elavil)‡ | 25 to 300 | Single or divided | $16 ($11) | Anticholinergic effects, sedation, cardiac effects, orthostatic hypotension, weight gain, lower seizure threshold | Antiarrhythmics, § MAOIs§ |
| Imipramine (Tofranil) | 25 to 300 | Single or divided | 48 (1 to 22) | | Antiarrhythmics, § MAOIs§ |
| Doxepin (Sinequan)‡ | 25 to 300 | Single or divided | 17 (12) | Same as above | Antiarrhythmics, § MAOIs§ |
| Trimipramine (Surmontil) | 25 to 300 | Single or divided | 32 | Same as above | Antiarrhythmics, § MAOIs§ |
| Clomipramine (Anafranil) | 25 to 300 | Single or divided | 90 (25) | Same as above | Antiarrhythmics, § MAOIs§ |
| | | | | Same as above | |
| **Tricyclic antidepressants (secondary)** | | | | | |
| Nortriptyline (Pamelor) | 25 to 250 | Single or divided | 102 (6 to 26) | Same as above | Antiarrhythmics, § MAOIs§ |
| Protriptyline (Vivactil) | 15 to 60 | Single or divided | 85 | Same as above | Antiarrhythmics, § MAOIs§ |
| Desipramine (Norpramin) | 25 to | Single or divided | 26 (8 to 15) | Same as | Antiarrhythmics, § MAOIs§ |

NETCE0003002

| | | | | above | MAOIs§ |
|---|---|---|---|---|---|
| Amoxapine (Asendin)‡ | 300 | Single or divided | (30 to 37) | | |
| | 50 to 600 | | | Extrapyramidal movement disorders, male sexual dysfunction, endocrine dysfunction | |
| **MAOIs** | | | | | |
| Phenelzine (Nardil) | 45 to 90 | Divided | 49 | Orthostatic hypotension | MAOIs,§ meperidine (Demerol),§ vasoconstrictors,§ narcotics,§ decongestants§ |
| Tranylcypromine (Parnate) | 30 to 60 | Divided | 60 | Orthostatic hypotension | MAOIs,§ meperidine,§ vasoconstrictors,§ narcotics,§ decongestants§ |
| **SSRIs** | | | | | |
| Sertraline (Zoloft) | 50 to 200 | Single | 72 | GI symptoms, sexual dysfunction, weight gain, headache | MAOIs,§ tricyclic antidepressants, neuroleptics, antiarrhythmics§ |
| Fluoxetine (Prozac) | 20 to 80 | Single or divided | 100 (80) | GI symptoms, anxiety, insomnia, weight loss | MAOIs,§ tricyclic antidepressants, neuroleptics, antiarrhythmics§ |
| Fluvoxamine (Luvox) | 50 to 300 | Single | (77 to 89) | GI symptoms, anxiety, insomnia | MAOIs,§ tricyclic antidepressants, neuroleptics, antiarrhythmics,§ antihistamines§ |
| Citalopram (Celexa) | 20 to 60 | Single | 72 | GI symptoms, anxiety, somnolence, sexual dysfunction | MAOIs,§ tricyclic antidepressants, neuroleptics, antiarrhythmics,§ antihistamines§ |
| Escitalopram (Lexapro) | 10 to | Single | 67 | | MAOIs,§ tricyclic antidepressants, neuroleptics, |

CONFIDENTIAL

NETCE0003003

|  | 20 |  |  | GI symptoms, anxiety, somnolence, sexual dysfunction | antiarrhythmics,§ antihistamines§ |
| **Other agents** | | | | | |
| Maprotiline (Ludiomil)‡ | 50 to 225 | Single or divided | (22) | Lower seizure threshold | MAOIs§ |
| Bupropion (Wellbutrin) | 100 to 450 | Divided | 42 (29) | Lower seizure threshold | MAOIs§ |
| Trazodone (Desyrel)‡ | 50 to 600 | Single or divided | 65 (13) | Sedation, orthostatic hypotension, priapism | MAOIs§ |
| Venlafaxine (Effexor) | 75 to 375 | Divided | 51 | Anxiety, sexual dysfunction, increased blood pressure, mild sedation, visual symptoms | MAOIs,§ SSRIs, antihistamines,§ benzodiazepines, neuroleptics |
| Nefazodone (Serzone) | 200 to 600 | Divided | 36 | Same as above | MAOIs,§ SSRIs, antihistamines,§ benzodiazepines, neuroleptics |
| Mirtazapine (Remeron) | 15 to 45 | Single | 81 (72) | Sedation, increased appetite, constipation, asthenia | MAOIs,§ SSRIs, antihistamines,§ benzodiazepines, neuroleptics |

MAOIs = monoamine oxidase inhibitors; SSRIs = selective serotonin reuptake inhibitors; GI = gastrointestinal.

*—Lower dosage recommended in elderly patients.

†—Estimated cost to the pharmacist for a 30-day supply at the lowest recommended dosage based on average wholesale prices in Red book. Montvale, N.J.: Medical Economics Data, 2004. Cost to the patient will be higher, depending on prescription filling fee.

CONFIDENTIAL

NETCE0003004

‡—Not recommended for use in elderly patients.
§—May cause potentially fatal interactions.

CONFIDENTIAL

NETCE0003005

Potential Treatments for Side Effects of Antidepressant Medications

| Side Effect | Antidepressant Associated With Effect | Treatment |
|---|---|---|
| **Cardiovascular** | | |
| Arrhythmias | TCAs | Avoid in patients with cardiac instability or ischemia. |
| Hypertension | SNRIs, bupropion | Attend to interactions with anti-arrhythmics. Monitor blood pressure. Keep dose as low as possible. |
| Hypertensive crisis | MAOIs | Add antihypertensive. Seek emergency treatment. If hypertension is severe, intravenous antihypertensive agents (e.g., labetalol, sodium nitroprusside) may be required. |
| Increase in cholesterol | Mirtazapine | |
| Orthostatic hypotension | TCAs, trazodone, nefazodone, MAOIs | Add a statin. Add fludrocortisone. Add salt to diet. |
| **Anticholinergic** | | |
| Constipation | TCAs | Encourage adequate hydration. Add bulk laxative. |
| Delirium | TCAs | Evaluate for other possible contributors to delirium. |
| Dry mouth | TCAs, SNRIs, bupropion | Suggest use of sugarless gum or candy. |
| Urinary hesitancy | TCAs | Add bethanechol. |
| Visual changes | TCAs | Add pilocarpine eye drops. |
| **Neurologic** | | |
| Headaches | SSRIs, SNRIs, bupropion | Assess for other etiologies (e.g., caffeinism, bruxism, migraine, tension headache). |
| Myoclonus | TCAs, MAOIs | Add clonazepam. |
| Seizures | Bupropion, TCAs, amoxapine | Assess for other etiologies, and add anticonvulsant medication, if clinically indicated. |
| **Sexual** | | |
| Arousal, erectile Dysfunction | TCAs, SSRIs, SNRIs | Add sildenafil, tadalafil, buspirone, or bupropion. |
| Orgasm dysfunction | TCAs, SSRIs, venlafaxine, desvenlafaxine, MAOIs | Add sildenafil, tadalafil, buspirone, or bupropion. |
| Priapism | Trazodone | Obtain emergency urological evaluation. |
| **Other** | | |
| Activation | SSRIs, SNRIs, bupropion | Administer in the morning. |
| Akathisia | SSRIs, SNRIs | Add a beta-blocker or benzodiazepine. |
| Bruxism | SSRIs | Obtain dental consultation, if clinically indicated |
| Diaphoresis | TCAs, some SSRIs, SNRIs | Add an α1-adrenergic antagonist (e.g., terazosin), central α2-adrenergic agonist (e.g., clonidine), or anticholinergic agent |
| Fall risk | TCAs, SSRIs | |

NETCE0003006

| | | (e.g., benztropine). |
|---|---|---|
| Gastrointestinal (GI) bleeding | SSRIs | Monitor blood pressure for evidence of hypotension or orthostasis; assess for sedation, blurred vision, or confusion; modify environment to reduce risk. |
| Hepatotoxicity | Nefazodone | Identify whether concomitant medications may affect clotting. |
| Insomnia | SSRIs, SNRIs, bupropion | Provide education about and monitor for clinical evidence of hepatic dysfunction. |
| Nausea, vomiting | SSRIs, SNRIs, bupropion | Obtain hepatic function tests, if clinically indicated. |
| Osteopenia | SSRIs | Use morning dosing. Add a sedative-hypnotic at bedtime. Add melatonin. Provide CBT or education in sleep hygiene. |
| Sedation | TCAs, trazodone, nefazodone, Mirtazapine | Administer after food or in divided doses. If clinically indicated, obtain bone density monitoring and add specific treatment to reduce bone loss (e.g., calcium and vitamin D supplements, bisphosphonates, selective estrogen receptor agents). |
| Severe serotonin syndrome | MAOIs | |
| Weight gain | SSRIs, mirtazapine, TCAs, MAOIs | Use bedtime dosing. Add modafinil or methylphenidate. |
| | | Obtain emergency evaluation. Consider admission to a critical care unit. Encourage exercise. Obtain input from dietician. If changing antidepressants, consider a secondary amine (if a TCA is required) or other antidepressant with fewer weight issues (e.g., bupropion). |

**Some important drug interactions with Antidepressants**

| SSRI | Interacting Drug | Possible Effect(s) | Importance and Management |
|---|---|---|---|
| All | Alcohol | Increased CNS sedation | Advise vigilance in early stages of treatment |
| All | Benzodiazepines | Increased sedation possible. Fluoxetine and paroxetine may reduce metabolism of some benzodiazepines | Warn that increased sedation is possible |
| All | Warfarin | Increased INR and increased bleeding risk due to antiplatelet effect | Monitor INR and advise patients to report signs of bleeding |
| Fluoxetine & paroxetine | Metoprolol and propranolol | Increased beta-blocking effects, bradycardia | Monitor heart rate. Interaction not reported with citalopram |

CONFIDENTIAL

| All | Buspirone | Serotonin syndrome and lowering of seizure threshold theoretically possible | Monitor concurrent use |
|---|---|---|---|
| All | Antiepileptics | SSRIs may lower the seizure threshold | Unlikely to be a problem if epilepsy well controlled. Observe seizure frequency |
| Fluoxetine | Antiepileptics, carbamazepine and phenytoin | Increased plasma concentrations of carbamazepine and phenytoin with fluoxetine | Monitor plasma concentrations of carbamazepine and phenytoin. Adjust dose if necessary. No similar reports with paroxetine and an interaction appears unlikely with citalopram. |
| Paroxetine | Antiepileptics, carbamazepine and phenytoin | Reported to decrease plasma concentration of paroxetine | Clinical significance not clear. Monitor clinical response |
| All | NSAIDs including aspirin | Increased risk of GI bleeding | Concurrent use not contraindicated but be aware of increased risk of bleeding especially in those with additional risk factors |
| All | Monoamaine oxidase inhibitors (MAOIs), including moclobemide | Hypertensive crisis | Avoid concurrent use. Washout periods essential when switching. Refer to product prescribing information and reference texts. |
| Fluoxetine & paroxetine (possibly citalopram) | Clozapine, haloperidol and risperidone | Increased plasma concentrations of antipsychotics | Monitor for dose related adverse effects and reduce dose of antipsychotic if necessary |
| All | Tramadol | Both tramadol and SSRIs lower seizure threshold. Serotonin syndrome reported with concurrent use | Use the combination of tramadol and an SSRI very cautiously especially at high doses. Alternative analgesic may be preferable |
| All | Tricyclic antidepressants | Increased plasma concentrations of TCA and increased adverse effects. Risk of serotonin syndrome especially with clomipramine | Increases are variable but can be in the order of 3–4 times and more. Increases usually less significant or negligible with citalopram. If the combination is judged necessary, start with the lowest dose of TCA and monitor for dose related adverse effects, e.g sedation, or anticholinergic symptoms |

CONFIDENTIAL

| All | Sibutramine | Increased risk of CNS toxicity | Avoid |
|---|---|---|---|
| All (especially fluoxetine & paroxetine) | Perhexilene, flecainide and other antiarrhythmic drugs | Plasma concentrations can be increased leading to toxicity. | Refer to individual product prescribing information and reference texts |
| Fluoxetine & paroxetine | Protease inhibitors (ritonavir) | Fluoxetine increases ritonavir concentrations and ritonavir may increase fluoxetine and paroxetine concentrations. Cases of serotonin syndrome with fluoxetine reported | Monitor for symptoms of serotonin syndrome. Reduce dose if necessary |
| All | Lithium | Neurotoxic symptoms and serotonin like syndrome occasionally reported | Addition of lithium to an SSRI can be beneficial and is usually uneventful. Observe for adverse effects |
| All | Selegiline | Hypertension, CNS excitation, serotonin syndrome | Avoid this combination as serious interactions have been reported. Manufacturers advise to avoid. N.B. apparent safe use of this combination has also been reported in the literature |
| All | St John's Wort | Serotonin syndrome | Avoid this combination |
| All | Sumatriptan | A few cases of dyskinesias with fluoxetine. Occasional reports of serotonin syndrome | Concurrent use of sumatriptan and SSRIs not usually a problem but monitor for any adverse effects when the combination is started |

**Some important drug interactions with tricyclic antidepressants (TCAs)**

| Interacting drugs(s) | Possible effect(s) | Importance and management |
|---|---|---|
| SSRIs | Increased plasma concentrations of TCA causing increased adverse effects. Serotonin syndrome possible, especially with clomipramine | Increases are variable but can be in the order of 3 – 4 times and more. Increases usually less significant or negligible with citalopram. If the combination is judged necessary, start with the lowest dose of TCA and monitor |

CONFIDENTIAL

| | | for dose related adverse effects, e.g. sedation, or anticholinergic symptoms |
|---|---|---|
| Alcohol | Increased CNS depression, sedation | Warn patient about increased drowsiness. Limit alcohol intake |
| Antiarrhythmic drugs, e.g. amiodarone, flecainide, quinidine | Increased risk of ventricular arrhythmias | Avoid concurrent use. Refer to specialized texts. |
| CNS depressants e.g. Benzodiazepines Antihistamines Antipsychotics | Increased CNS depression, sedation | Warn patient about increased drowsiness |
| Clonidine | Antihypertensive effects of clonidine are reduced or abolished | Avoid concurrent use |
| Warfarin | Occasional reports of changes in INR | Evidence for an interaction is poor and inconclusive. Monitor INR as normal |
| Lithium | Neurotoxic symptoms and serotoninlike syndrome occasionally reported | Concurrent use can be beneficial and is usually uneventful. Observe for adverse effects |
| Antipsychotics | Increased sedation, additive anticholinergic effects Plasma concentrations of phenothiazines and/or the TCA may be increased | Often used together in clinical practice but be aware of the possibility of additive pharmacological and adverse effects |
| Selegiline | CNS excitation, serotonin syndrome | Interaction appears less likely than with an SSRI Caution and awareness of possible symptoms advised |
| Ritonavir | Plasma concentrations of TCAs may be increased. | Monitor for increased dose related adverse effects. Reduce dose of TCA if necessary. |
| Tramadol | Increased risk of seizures. Possibility of serotonin syndrome especially with clomipramine | Adverse effects unlikely but be aware of symptoms |

## 2. Other somatic therapies

ECT or electroconvulsive therapy is the treatment of choice for treating severe major depressive disorders that are refractory or unresponsive to psychotherapy and drug therapy, especially for people with severe functional impairment or who have not responded to several antidepressants. ECT has the highest rates of response and remission of any form of antidepressant treatment. Approximately 70%–90% of patients treated show improvement [196-198]. Additionally, ECT is also associated with marked improvements in health-related quality of life [199].

ECT is also effective for people with following conditions:

NETCE0003010

- MDE (major depressive disorder) with associated psychotic [200, 201] or catatonic features [202, 203].
- People requiring immediate response such as patient with suicidal tendencies [204] or who are refusing food and fluids leads to extremely poor nutritional status [200].
- Individuals who prefer ECT or have previously responded to ECT [203].

ECT is a very safe treatment option, and there are no absolute contraindications to its use [203].

**Repetitive transcranial magnetic stimulation (rTMS)** — Thos technique uses a powerful magnetic field to stimulate the brain. It does not cause any confusion or memory loss and therapy does not require anesthesia. In recent studies rTMS has been found to be effective in individuals with treatment-resistant depression [205], and it has been approved in certain countries including the US [206]. However, it has been found to be inferior to ECT in recent clinical trials [207].

**Vagus nerve stimulation**
Long-term treatment with vagus nerve stimulation is effective in individuals with treatment-resistant depression; however, it not effective in acute phase treatment of depression [208, 209].

**Complementary and alternative treatments**
Complementary and alternative treatments are increasingly being used for the treatment of depression; however, evidence for their antidepressant effect is absent or limited at best.

**St. John's wort**
St. John's wort is a plant and herbal medicine widely used for treating depression. There is some scientific evidence that St. John's wort is beneficial in milder forms of depression [210]. A clinical study has shown that St. John's wort prescribed to patients with mild to moderate symptoms of MDE in doses of 300 mg/day and 1,800 mg/day had superior efficacy to placebo [211]. Additionally, St. John's wort is not FDA regulated as a drug and lacks proper standardization.  Therefore, it is not FDA approved and is not recommended for general use in the treatment of depression. St. John's wort has a great potential for drug-drug interactions [212-214].  The combined use of antidepressant such as MAOIs with St. John's wort is contraindicated because of life-threatening drug interactions.

**S-adenosyl methionine**
S-adenosyl methionine is a naturally occurring molecule that is predominant present in the liver and the brain and acts as a methyl donor in the biosynthesis of phospholipids, catecholamines, and the neurotransmitters dopamine and serotonin [215]. It has been found cerebrospinal fluid levels of SAMe are lower in individuals with severe MDD, compared with control [216], and treatment with SAMe increases CSF SAMe and 5-hydroxyindoleacetic acid levels [217]. S-adenosyl methionine is available as a prescription antidepressant in Europe for both parenteral and oral administration [218]. In the US it may be bought over the counter, but is not approved by the FDA. Some studies have shown the safety and efficacy of SAMe in patients with MDD. It is considered to be more effective in the treatment of major depression than placebo [219]. Compared with TCAs, SAMe was found to be more effective and tolerable [220].

CONFIDENTIAL

**Omega-3 fatty acids**
Omega-3 fatty acids are generally recommended as an adjunctive therapy for depression and mood disorders [221, 222]. There is no conclusive evidence to prove beneficial effects of omega-3 fatty acids in the acute treatment of MDD. It has been observed that people of Iceland have lower rates of depression which may be because of large fish consumption there [223]. Fish is rich in omega-3 fatty acids.

**Folate**
Folate level is used to determine antidepressant response as well as an adjunctive treatment. Low folate blood levels are generally associated with poor treatment response to fluoxetine for MDD [224, 225], and higher folate levels are linked with better response to antidepressants [226]. Folate can be recommended as an adjunctive treatment for patients with MDD.

**Light therapy**
Several clinical trials have shown the beneficial; effect of bright light therapy for seasonal affective disorder and nonseasonal MDD [227-231]. It is a low-risk and low-cost modality of treatment. The exact mechanism of action for light therapy is still unclear but it seems to affect the serotonergic neurotransmitter system [232, 233]. It is believed that light therapy may increase the treatment response with antidepressants [234]. Greater intensity of light also seems to improve treatment efficacy [235]. Light therapy seems to increase the antidepressant benefits of partial sleep deprivation [236, 237].

**Acupuncture**
Acupuncture is an important constituent of traditional Chinese medicine. Recent clinical review and evidence demonstrate no concrete evidence of its beneficial effects in the treatment of depression [238]. Therefore, currently acupuncture is not recommended for the management of MDD.

**Yoga and Exercise**
The efficacy of Yoga in the treatment of depression is encouraging, but weak [239]. Exercise seems to provide a modest short-term beneficial effect; however, the evidence for any long-term improvement in major depression is poor [240].

**3. Psychotherapy**
Psychotherapy may be used indicted in the following conditions:
- Patient preference
- Patients with substantial psychosocial stressors
- Patients experiencing intrapsychic conflict
- Patients with interpersonal difficulties
- Concomitant axis II disorder
- Treatment availability

Depression-focused psychotherapy alone is the initial treatment of choice for patients with mild to moderate MDE. It is also recommended to women who wish to become pregnant, who are pregnant, or are breastfeeding, and is the initial treatment of choice in patients with severe symptoms of depression. The choice of a particular type of psychotherapy depends on the treatment goals, patient preference, previous response to a particular psychotherapy, and the availability of providers who are expert in the specific psychotherapy. Marital or family therapy may be indicated during MDE if the patient is facing marital and/or family problems. Patients receiving psychotherapy are carefully, regularly, and systematically monitored to determine

CONFIDENTIAL

treatment response patient safety. The frequency of psychotherapy sessions depends upon several factors including:

- Treatment goals
- Type of psychotherapy
- Severity of symptoms including suicidal ideation
- Co-occurring disorders
- Social supports
- Treatment compliance
- Monitor and treat depressive symptoms as well as suicide risk

Recent clinical studies have observed that cognitive behavioral therapy is as effective as antidepressants for the treatment of moderate to severe depression [241]. Some research studies have shown that behavior therapy, also known as behavioral activation, [242] is superior to cognitive behavioral therapy or CBT [243]. Behavioral activation requires less time and results in comparatively longer lasting changes in the depressive patients [244]. Interpersonal psychotherapy that focuses on the social and interpersonal relationships is an effective treatment for depression. This therapy is effective in developing or enhancing interpersonal skills in depressive patients which allows better and effective communication and reduces stress [245]. Psychoanalysis, which aims for the resolution of unconscious mental conflicts [246], is also considered to be effective in patients with depression [247]. Psychodynamic psychotherapy, another popular technique, is based on psychoanalysis with social and interpersonal focus [248] and is as potent as antidepressants in patients with mild to moderate depression [249].

**Psychotherapy plus antidepressants**
Combination therapy may be indicated in patients with severe depression or with history of recurrent depression. Individuals with mild or moderate depression are usually well managed with either antidepressant or psychotherapy. Combination therapy may be indicated in milder forms of interpersonal or psychosocial problems, intrapsychic conflict, or coexisting Axis II disorder. It is still not clear which therapy is a better option for a particular individual.

**3. Continuation phase**
Continuation phase drug or pharmacotherapy is indicated following successful management with acute phase treatment with antidepressants. Duration of continuation therapy should be around 4–9 months. The primary goal of continuation treatment is prevention of relapse following remission [250-252]. The signs and symptoms of relapse should be carefully and systematically monitored during this phase as the relapse rate is highest during this period [263]. In has been observed that during the first 6 months following recovery from MDE, relapse rate may be around 20% in mixed samples [254-257] and is around 85% in severely depressed inpatients receiving ECT [258, 259]. The relapse rate increases if pharmacotherapy (including ECT) is reduced in dose or intensity or altogether discontinued after initial recovery [259, 260]. The dose, intensity, and frequency of treatment should remain identical that was prescribed in the acute phase. In several clinical studies it has been found that patients who have shown good treatment response for the first episode of uncomplicated MDE with good response should continue to receive a full therapeutic dose of that drug for at a minimum period of 4–9 months after achieving full remission [261]. Continuation therapy is necessary for reduction of relapse risk after an acute course of ECT [203]. In case relapse is not achieved during the continuation phase, drug dose is usually increased [262] or, with ECT, to increase

CONFIDENTIAL

NETCE0003013

the frequency of treatment [263].  Frequency of sessions or a shift in the
psychotherapeutic focus is often required for patients undergoing psychotherapy.

**Maintenance phase**
Maintenance phase of treatment starts after the patient completes the continuation
phase treatment for chronic and/or recurrent MDE without relapse.  The primary goal
of maintenance phase is to prevent subsequent depression recurrence in susceptible
patients. Patients who have encountered a minimum of three prior MDEs should
receive maintenance treatment.  Approximately 20% of patients experience MDE
recurrence within the first 6 months after recovery [254]. Approximately 50-85% of
patients will experience a minimum of one lifetime recurrence, often within 2 or 3
years [264].
Patients with prior MDE are more prone to have subsequent affective episodes other
than another MDE, such as a hypomanic, manic, or dysthymic episode [265].
Some clinical studies have shown that the risk of MDE recurrence increases by 16%
with each successive episode [254]. Maintenance therapy may also be indicated for
patients with additional risk factors for recurrence.

---

**Risk Factors for Recurrence of MDD or Major Depressive Disorder**

- Persistence of subthreshold depressive symptoms
- Severity of initial and any subsequent episodes
- Previous history of multiple episodes of MDD
- Earlier age at onset
- Presence of an additional non-affective psychiatric diagnosis
- Presence of a chronic general medical disorder
- Family history of psychiatric illness, especially mood disorder
- Current psychosocial stressors or impairment
- Negative cognitive style
- Persistent sleep disturbances

---

Additional factors that may play an important role to use maintenance therapy
include:
- Patient preference
- Presence of side effects during continuation therapy.
- Severity of prior MDE, including factors such as suicide risk or psychosis.

Patient should be monitored periodically and systematically during this phase
because of recurrence risk and to detect its symptoms. Usually, the therapy that was
effective in the acute and continuation phases is good for the maintenance phase
too. Antidepressants that are used for maintenance treatment have been studied
extensively during the last few years.  The outcomes of these clinical studies have
shown that antidepressants are quite effective in preventing relapse during the
maintenance phase [266-268]. A recent clinical study has shown that full dose drug
treatment is better than low dose treatment during the maintenance phase [269]. In
spite of optimal maintenance treatment, drug therapy fails in 25% of cases resulting
in relapse [270, 271].  Clinical studies have also found that relapses are also
associated with inadequate prophylactic effects of antidepressants [272]. In case of a
relapse, treating clinicians usually use the same therapeutic approach used to treat
incomplete responses to treatment which includes:

CONFIDENTIAL

- Increasing the dose of antidepressant
- Changing to a different drug
- Addition of another drug
- Depression focused psychotherapy [271, 273].

Several studies have shown that psychotherapies are beneficial for MDE. It has been found that once-monthly maintenance interpersonal psychotherapy is effective in prevent relapse in high risk patients for relapse [274]. Another study has demonstrated the efficacy of maintenance cognitive therapy given for more than 2 years for recurrent MDE [275]. Some research studies have shown that the combination of antidepressants and psychotherapy may be more effective in preventing relapse than treatment with single modalities [276, 277]. The duration of the maintenance phase is variable and depends on the patient preferences, frequency and severity of prior MDEs, and the tolerability of treatments. Patients who experience repeated episodes of MDD despite optimal pharmacotherapy or patients who cannot be given such treatment may be given monthly maintenance ECT. In some cases the frequency of ECT may be increased for better outcomes [263].

**Discontinuation of treatment**
In some cases, if maintenance-phase treatment is not indicated, discontinuation of treatment may be considered in stable patients subsequent to the continuation phase.
The discontinuation of treatment depends on the following factors:

- Persistence of subthreshold depressive symptoms
- Severity of initial and any subsequent episodes
- Prior history of multiple episodes of MDD
- Earlier age at onset
- Presence of an additional non-affective psychiatric diagnosis
- Presence of a chronic general medical disorder
- Family history of psychiatric illness, especially mood disorder
- Current psychosocial stressors or impairment
- Negative cognitive style
- Persistent sleep disturbances

Usually, the treatment effects of psychotherapy last longer and have a lower risk of relapse after discontinuation than pharmacotherapy. Patient is carefully and systematically monitored during and immediately after the treatment is discontinued to make sure that remission is stable. The greatest relapse risk is observed in the initial 2 months after discontinuation of treatment. Therefore, it is essential for the patient to have a follow-up visit during this initial period to ensure stability. If the patient is undergoing discontinuation of pharmacotherapy (drug treatment), it is best to taper the drug over a period several weeks. Discontinuation of psychotherapy depends on the type of therapy. Every patient should be made aware about the potential for a depressive relapse before the treatment discontinuation. Patient and the family members should be educated about early signs of MDE, and a proper plan should be made in case the symptoms recur. It is highly recommended to systematic assess the following factors:

- Symptoms of MDE
- Side effects of the treatment
- Adherence
- Functional status

CONFIDENTIAL

Treatment should be immediately started in case patient experiences a recurrence. Usually, the patient is started on the same treatment to which the patient responded in the earlier treatment phases i.e. acute and continuation phases [278]. Patients who have a recurrence following discontinuation of antidepressant therapy should be considered to have experienced another major depressive disorder episode and should receive adequate acute-phase treatment followed by continuation- phase treatment and possibly maintenance-phase treatment.

### Assessment of Treatment Tolerability and Adequacy of Response

| Time Period | Treatment Response | |
|---|---|---|
| | **None or Partial** | **Full** |
| Initial weeks | Assess adherence. If clinical severity warrants and treatment is well tolerated, consider increasing medication dosage or intensity of psychotherapy, especially if there is no response. If symptoms are severe or life-threatening, consider ECT | If treatment is well-tolerated, maintain current treatment approach. |
| At 4–8 weeks | In patients treated with an antidepressant, consider increasing the dose (if well tolerated), changing to a different antidepressant, and changing to or augmenting with psychotherapy. Augmentation therapy or ECT may also be considered. | Go to continuation phase. |
| Throughout treatment | In patients who have significant side effects with antidepressant treatment, consider changing to a different antidepressant, reducing the dose, or treating the side effect. Also consider changing to psychotherapy or ECT. If trials of two medications from the same antidepressant class have been ineffective, consider changing antidepressants to a different class. For patients with difficulty tolerating psychotherapy, consider changing the intensity or type of therapy and/or adding or changing to medication. | |

### Depression in Elderly

The combined prevalence of major depression, dysthymia, and "minor" depression in elderly is estimated to be as high as 25%. Additionally, approximately 14%–42% of nursing home residents have MDD [279]. Elderly patients have more vegetative signs and cognitive impairments but report few subjective dysphoria compared to younger patients. MDD is sometimes incorrectly ascribed to disease, dementia, or increasing age.

It is common for elderly with chronic illness or disability to be to be undiagnosed and untreated [280]. A suicide risk assessment is key component of the evaluation

CONFIDENTIAL

process in elderly.  In the US, elderly constitute only 13% of the population, but they account for approximately one-fifth (19%) of all suicides, with elderly white men topping the list [281]. Many general medical conditions that are frequently seen among elderly are risk factors for depression. The presence of depression may exacerbate the concomitant medical disease and is a risk factor for poor prognosis. In a recent clinical study, it was observed that elderly who are depressed and recovering from hip fractures have poorer prognosis with worse functional outcomes and have less likelihood of returning to full ambulation, compared with non depressed elderly with hip fractures [282-284].

Approximately 25% of patients with cardiovascular disease also experience MDD. Additionally, depression increases the morbidity and mortality of cardiovascular illness [285-287]. MDD is a complication of cerebral infarction.  MDD is commonly observed among patients with dementia, and mood symptoms are followed by cognitive symptoms and diagnosis of dementia. Patients with medical conditions must be screened for depression.  Similarly, a thorough evaluation for the presence of concomitant medical conditions in patients who are experiencing depression because MDD and general medical conditions or illnesses frequently coexist, especially in elderly [286, 288]. Some medications such as beta blockers have been linked to trigger depressive symptoms, although it is quite possible that they may be causing fatigue and lethargy mimicking depression [289, 290].

Elderly who are experiencing their first MDE should be screened for an undiagnosed medical or neurological disorder.  Similarly, some symptoms of MDE such as fatigue or pain can also mimic symptoms of a general medical condition. Pain in elderly, particularly of orthopedic origin, may contribute immensely to the presence of depression [291]. The treatment strategy for elderly with depression is similar to that for younger population. It has been observed that pharmacotherapy with SSRIs and TCAs, and different types of psychotherapies such as behavioral, cognitive behavioral, and psychodynamic have a greater efficacy than placebo in the management of elderly with depression [292-297].  Additionally, treatments for depression have a greater efficacy in nursing home populations [298, 299], inpatient and outpatient settings.

It has also been observed that compared with younger individuals, elderly tend to have fewer relapses and have a less likelihood of achieving a complete response with antidepressants [300-303]. The effect of ECT in elderly patients exhibits far better response rates than younger adults [304].  Combination therapy with psychotherapy and pharmacotherapy seems to be better than stand-alone treatment i.e. psychotherapy, such as CBT [305]. Stimulants have a limited role in antidepressant monotherapy; however, these drugs do provide beneficial effects in apathetic MDD in elderly patients with complicating general medical conditions. Late-life depression observed in elderly is associated with vascular disease also responds well to antidepressants [306] and TMS (Transcranial magnetic stimulation) [307]. Recent clinical studies have shown that prophylactic use of escitalopram in elderly with previous history of stroke may lead to lower rates of depression at 12 months [308]. Psychosocial factors also seems to be partially responsible for depression among elderly and should be addressed properly in the management of depression [309, 310]. There are many considerations in prescribing antidepressants to elderly patients.  It is important to use fewer medications to treat depression due to multiple and complex issues related to depression in elderly patients. It is usually better to use single drug that tackles several issues.  For example, mirtazapine is preferred medication for a depressed, elderly patient complaining of insomnia and weight loss. Compared with younger adults, elderly patients achieve the desired blood level with a comparatively lower drug dose, but they have a poor drug tolerability at the given

CONFIDENTIAL

blood levels. However, both groups of patient i.e. elderly and younger adults experience the maximal effect at the same drug level [311, 312]. Adjustment to dose regimens is required for age related metabolic changes, especially hepatic and renal metabolic impairments. Drug interactions should be considered in patients who are taking other drugs [313-315].

**(Tables 4 and 5)**

Elderly are especially susceptible to orthostatic hypotension and cholinergic blockade; therefore, certain antidepressants such as SSRIs, SNRIs should be preferred over MAOIs or TCAs. Among the TCAs, desipramine and nortriptyline are preferred over imipramine, amitriptyline, and doxepin because of greater sensitivity to adverse effects and toxicity observed in elderly patients. Treatment with SSRIs may cause SIADH (syndrome of inappropriate antidiuretic hormone secretion) more frequently in elderly patients compared to younger population [316, 317].

A recent clinical trial had revealed that compared to other antidepressants, patients taking SSRIs have a three fold risk of developing SIADH, and the greatest risk is seen in elderly [318]. Another study has shown that during maintenance treatment antidepressant medication (nortriptyline) and IPT (Interpersonal Psychotherapy ) are beneficial for elderly patients with recurrent major depressive disorder; however, a better treatment response was reported for combination therapy (pharmacotherapy and IPT), compared with pharmacotherapy alone. Another clinical trial has shown that paroxetine was beneficial as maintenance therapy for elderly [319]. Addition of maintenance ECT to nortriptyline seems to be effective for elderly patients with severe or treatment-resistant depression [320]. Elderly patients with previous history of depression and who report sleep disturbance have an increased susceptibility of developing another episode of MDD [321]. Sleep impairments or disturbances are not simply prodromal symptoms of depression, but can serve as independent predictors of depression. Elderly patients who experience depression may benefit from integration of mental health services. Algorithm-driven depression care processes conducted in the outpatient services may lead to greater treatment adherence and better clinical results, including reduced mortality rate.

NETCE0003018

| Factors to Consider in Assessing Suicide Risk |
|---|
| • Lifetime history, nature, seriousness, and number of previous attempts and aborted attempts |
| • Presence, history, and lethality of suicidal ideation, intent, or plans |
| • Access to means for suicide and the lethality of those means, such as access to a firearm |
| • Presence of hopelessness, psychic pain, decreased self-esteem, narcissistic vulnerability |
| • Presence of severe anxiety, panic attacks, agitation, impulsivity |
| • Presence and history of aggression and violence |
| • Nature of cognition, such as loss of executive function, thought constriction (tunnel vision), polarized thinking, closed-mindedness, poor coping and problem-solving skills |
| • Presence of psychotic symptoms, such as command hallucinations or poor reality testing |
| • Presence of alcohol or other substance use |
| • Presence of major psychiatric disorders, such as major depressive disorder, bipolar disorder, schizophrenia, anorexia nervosa, alcohol use disorder, other substance use disorders, cluster B personality disorders |
| • Recent psychiatric hospitalization |
| • Presence of disabling medical illness, especially with poor prognosis, such as chronic pain, brain and spinal cord injury, malignant neoplasm, HIV or acquired immunodeficiency syndrome (AIDS), Huntington's disease, chronic hemodialysis-treated renal failure, chronic obstructive pulmonary disease |
| • Demographic features, such as age, race, marital status, sexual orientation |
| • Presence of acute or chronic psychosocial stressors, which may include actual or perceived interpersonal losses, financial difficulties or changes in socioeconomic status, family discord, domestic partner violence, and past or current sexual or physical abuse or neglect |
| • Absence of psychosocial support, such as poor relationships with family, unemployment, living alone, unstable or poor therapeutic relationship, recent loss of a relationship |
| • History of childhood traumas, particularly sexual and physical abuse |
| • Family history of or recent exposure to suicide |
| • Absence of protective factors, such as children in the home, sense of responsibility to family, pregnancy, life satisfaction, cultural beliefs, or religiosity |

*Source:* Adapted from APA's *Practice Guideline for the Assessment and Treatment of Patients With Suicidal Behaviors*

| **Items to Monitor Throughout Treatment** |
|---|

NETCE0003019

- Symptomatic status, including functional status, and quality of life
- Degree of danger to self and others
- Signs of "switch" to mania
- Other mental disorders, including alcohol and other substance use disorders
- General medical conditions
- Response to treatment
- Side effects of treatment
- Adherence to treatment plan

**Education to patient and family**

All patients with depression or history of depression should be educated about depression and its treatment.  Education is a key component of obtaining informed consent to treatment. If possible and feasible, patient's family members should also be educated about depression. It should be made clear that MDD is a medical illness and that it can be treated as some patients may perceive depression as a moral defect or may not consider depression as a health risk.  Patient should be adequately informed about the available treatment options so that he or she can make informed decisions, adhere to various therapies, and better understand the expectant side effects. The treating clinician or psychiatrist should adequately educate and encourage patients to differentiate between the hopelessness, a frequent symptom of depression, and the actual relatively hopeful prognosis. Patient should also be made aware about the treatment progression and the possible changes the patient may undergo during the whole treatment period.  It has been seen that usually patients near and dear ones are the first to observe symptomatic improvement even before the patient does. Given the nature of the disease which is chronic and episodic, exacerbations are frequently seen; therefore, patients and their families should be informed and educated about the significant risk of relapse. They should be educated to detect initial and early signs and symptoms of new depressive episodes and the related stressors that may precede them.

Patients should be made aware about the importance of seeking timely adequate treatment to reduce the probability of exacerbation or complications. Patient and family education should also emphasize on the importance of good sleep hygiene and the harmful effects of tobacco, alcohol, etc. Importance of exercise should be emphasized with its perceived benefits for overall health.  It has been found that MDD patients, who do regular aerobic exercise [322-328] or resistance training [329, 330], have a modest improvement in mood symptoms. Any kind of regular exercise can reduce the severity and frequency of depressive symptoms, especially in elderly [331, 332] and people with co-occurring medical illnesses [324, 333].

NETCE0003020

## DEMENTIA

Dementia is characterized by multiple cognitive deficits resulting in a severe loss of global cognitive ability in a previously healthy individual.  Patients with dementia also have at least one of the following impairments:

- Apraxia which is characterized by inability to execute learned purposeful movements.
- Agnosia which is characterized by inability to recognize person, objects, sounds, etc without sensory or significant memory loss.
- Disturbance in executive functioning

Normally, symptoms should be present for a minimum period of six months to diagnose dementia [334]. Dementia is characterized by progressive cognitive and functional dysfunction including the development and progression of symptoms during the course of time [335]. The cognitive impairments are so severe that they usually adversely affect social or occupational functioning.  A person cannot be diagnosed with dementia if the cognitive deficits develop only during delirium. However, a person can be diagnosed with both, dementia and a delirium, if the dementia is present even in the absence of the delirium. Dementia can be caused by a number of factors including:

- General medical condition
- Substance use
- Combination of the above two factors.

Memory impairment is a characteristics and prominent early symptom of dementia. Memory impairment is so severe in advanced stages of dementia that the person forgets his profession, birthday, family members, and in some cases even name. Dementia may cause spatial disorientation leading to difficulty in performing spatial tasks. Poor insight and poor judgment are commonly observed in dementia. People with dementia may have little or no awareness of memory loss or other cognitive impairments.  People with dementia may have falls due to motor disturbances of gait.

People with dementia sometimes exhibit uninhibited behavior such as making inappropriate jokes, or neglecting personal hygiene.  Slurred speech is seen in dementia that is linked to subcortical pathology such as Parkinson's disease, Huntington's disease, and sometimes vascular dementia. The multiple cognitive dysfunctions observed in dementia are usually associated with anxiety, sleep and mood impairments. Delusions and hallucinations, particularly visual hallucinations are frequently observed in dementia. Individuals with dementia are also susceptible physical and psychosocial stressors which may aggravate their intellectual deficits and other related problems.

Dementia affects each individual in a different fashion which depends upon the overall impact of the disease and the individual's personality before developing dementia. The signs and symptoms associated with dementia can be categorized in three stages.

**Early stage:** The onset is gradual and it is generally overlooked in the initial stages. The most common symptoms in the early stage of dementia include:

- forgetfulness
- becoming lost in familiar localities or places
- losing track of the time.

NETCE0003021

**Middle stage:** The signs and symptoms are more apparent and restricting in this stage of dementia. These include:
- Increasing forgetfulness. Patient often forgets recent events and people's names
- Patient's become lost at home
- Increasing communication difficulty
- Patient's require help even with personal care
- May experiencing behavior changes, including repeated questioning and wandering

**Late stage:** Patient's become almost totally dependent and inactive in this stage. Memory impairments are serious and the signs and symptoms are more clear and obvious. Prominent symptoms include:
- Lose orientation of the time and place
- having problem recognizing near and dear ones
- having an increasing necessity for assisted self-care
- having impaired walking
- experiencing behavior changes may increase and include aggression.

Different forms of dementia include:
- Alzheimer's disease (Most common form).
- Vascular dementia
- Dementia due to other neurodegenerative processes, such as lewy body disease (including dementia due to Parkinson's disease)
- Front temporal degeneration (Pick's disease)
- Normal-pressure hydrocephalus
- Brain tumors
- Anoxia
- Vitamin deficiencies (thiamine or niacin deficiency)
- Huntington's disease
- Traumatic brain injury
- Infectious disorders (e.g., human immunodeficiency virus HIV, prion diseases (e.g., creutzfeldt-jakob disease)
- Endocrine conditions such as hypothyroidism, hypercalcemia, and hypoglycemia.
- Autoimmune disorders such as SLE (systemic lupus eryulematosus) temporal arteritis
- Hepatic conditions
- Metabolic conditions
- Other neurological conditions such as multiple sclerosis

Early and Late symptoms of Alzheimer's Disease

| Early changes | Late changes |
|---|---|
| | |

CONFIDENTIAL

| The earliest symptoms of Alzheimer disease are gradual and often subtle. Many people and their families first notice difficulty remembering recent events or information. Other changes can include one or more of the following:<br><br>• Confusion<br>• Difficulties with language (eg, not being able to find the right words for things)<br>• Difficulty with concentration and reasoning<br>• Problems with complex tasks like paying bills or balancing a checkbook<br>• Getting lost in a familiar place | As Alzheimer disease progress, the person's ability to think clearly continues to decline, and personality and behavioral symptoms are more likely to be troublesome. These can include:<br><br>• Increased anger or hostility, sometimes aggressive behavior; alternatively some people become very passive<br>• Hallucinations and/or delusions<br>• Disorientation<br>• Needing help with basic tasks (eating, bathing, dressing)<br>• Incontinence (leaking urine or feces) |

**Course**

Dementia can be progressive, remitting, or static. The dementia may be reversible depending upon underlying pathology and the availability and timely application of effective treatment. The disability level due to dementia depends on the severity of cognitive impairments and the available social supports. People with advanced dementia usually require constant care.  Individuals with severe dementia are prone to accidents and infectious diseases, which often result in death.  Therefore, clinicians should advise appropriate testing on when to quit driving [336].

**Prevalence and Incidence**

Approximately 35.6 million cases of dementia were reported globally in 2010. [337] The dementia rates greatly increases in elderly affecting 5% of the population older than 65 and 20–40% of those older than 85[338]. Around two thirds of cases are reported in low and middle income countries, where the numbers will increase greatly in the future [339]. Dementia is slightly more common in women than men at ages 65 and greater [338]. At present, approximately 5.3 million people in US have Alzheimer's disease, which is the most common form of dementia. Approximately 17% of men and more than 20 % of women reaching the age of 65 would ultimately develop dementia. In 2007, Alzheimer's disease (AD) was the sixth-leading cause of death in the United States. In 2006, it was the fifth-leading cause of death for elderly.  At any given, about 25% of all hospital elderly patients have Alzheimer's and other dementias. In 2010, total estimated worldwide costs of dementia were approximately $604 billion, which accounts for 1% of the world's GDP.

Alzheimer's disease is the most common form of dementia which accounts for approximately 60-80% of cases. In 2030, the number of elderly with Alzheimer's disease is expected to reach 7.7 million. By 2050, the number of elderly with Alzheimer's is expected to reach between 11 million and 16 million. Every 70 seconds, someone in America develops Alzheimer's disease. By 2050, a new case of Alzheimer's will occur every 33 seconds. While the total mortality rate because of other major causes of deaths has consistently decreased, those due to Alzheimer's

NETCE0003023

have continued to increase. The worldwide costs of dementia will exceed $1 trillion by 2030.

Causes

Fixed cognitive impairment
Different kinds of brain injury may lead to irreversible but fixed cognitive impairment. Traumatic brain injury may lead to generalized damage to the substantia alba or white matter of the brain because of diffuse axonal injury. Trauma as well as neurosurgery may cause more localized damage. A temporary hypoxia or reduction in the brain's supply of blood or oxygen may cause to hypoxic-ischemic injury. Strokes, certain infections affecting the brain, acute hydrocephalus and prolonged epileptic seizures may have adverse long-term effects on cognition. Long term excessive intake of alcohol also plays an important role in development of alcohol dementia, Korsakoff's psychosis and/or Wernicke's encephalopathy.

Slowly progressive dementia
This type of dementia begins gradually and deteriorates progressively over a long period of time (several years) and is generally caused by neurodegenerative disease. These conditions or diseases are characterized by progressive structural or functional loss of neurons.   In the elderly, dementia is predominantly caused by conditions such as Alzheimer's disease, vascular dementia, or both. Dementia with Lewy bodies, commonly seen in Alzheimer's and Parkinson's disease, can develop occur alongside either or both conditions [340-342].  Sometimes, a non-degenerative condition may have secondary effects on neurons which may or may not be reversible if adequate treatment is provided.  Hypothyroidism may lead to slowly progressive cognitive impairment, and this may be completely reversible with adequate treatment. Adequate treatment given to an individual with normal pressure hydrocephalus may prevent progression of the dementia and improve other symptoms as well. However, substantial cognitive improvement is generally not seen. Dementia is more common among elderly.  Alzheimer's disease is the most common cause of dementia among elderly, but inherited forms of the disease also account for a number of dementia cases.
Huntington's disease and frontotemporal lobar degeneration is responsible for the remaining cases [343]  Vascular dementia may develop because of certain underlying conditions such as antiphospholipid syndrome, Cerebral Autosomal Dominant Arteriopathy with Sub-cortical Infarcts and Leukoencephalopathy (CADASIL), Mitochondrial myopathy, encephalopathy, lactic acidosis, and stroke syndrome (MELAS), homocystinuria, moyamoya and Binswanger's disease. Individuals such as boxers, who receive frequent head trauma, are prone to chronic traumatic encephalopathy [344] also known as dementia pugilistica in boxers.

Dementia is rare in young adults.  Majority of cases of progressive cognitive disturbance in young adults are caused by psychiatric disease, substances abuse, or metabolic impairments. Common genetic diseases that can lead to true neurodegenerative dementia in young adults are:
- Familial Alzheimer's disease
- Spinocerebellar ataxia 17 (dominant inheritance)
- X-linked Adrenoleukodystrophy
- Metachromatic leukodystrophy
- Gaucher's disease type III
- Niemann-Pick disease type C

CONFIDENTIAL

- Pantothenate kinase-associated neurodegeneration
- Tay-Sachs disease and Wilson's disease.

Cognition may improve in Wilson's disease if adequate treatment is provided. A significant proportion of patients encompassing all age groups, who complain of memory impairments or other cognitive symptoms, are diagnosed with depression. Chronic infections and vitamin deficiencies generally cause other symptoms before the development of dementia and sometimes mimic degenerative dementia. Common infections and deficiencies include:

- Lyme disease
- Cryptococcal meningitis
- HIV
- PML or progressive multifocal leukoencephalopathy
- SSPE or Subacute sclerosing panencephalitis
- Syphilis
- Whipple's disease
- Vitamin $B_{12}$ deficiency
- Folate deficiency
- Niacin deficiency

Rapidly progressive dementia (RPD)
Rapidly progressive dementia is distinguished from the other forms of dementias by a subacute time course and an accelerated rate of cognitive, behavioral, and motor decline that develops in less than 2 years. Creutzfeldt-Jakob disease is the most common cause of RPD which typically leads to a dementia that progressively deteriorates over weeks to months and is caused by prions (an infectious agent that is primarily made of protein). Sometimes conditions causing slowly progressive dementia can also present with rapidly progressive dementia. The common conditions include:

- Alzheimer's disease
- Dementia with Lewy bodies
- Frontotemporal lobar degeneration

On the other hand, encephalopathy or delirium can develop gradually mimicking dementia. Some of the possible causes or conditions include:

- Brain infections such as viral encephalitis, subacute sclerosing panencephalitis, Whipple's disease
- Brain inflammation such as limbic encephalitis, Hashimoto's encephalopathy, cerebral vasculitis
- Certain tumors such as lymphoma or glioma
- Drug toxicity
- Metabolic implements such as liver failure or kidney failure
- Chronic subdural hematoma

Dementia as a feature of other conditions
There are several conditions (medical and neurological) in which dementia develops in the late stages of the disease or illness. For example, some patients with Parkinson's disease develop dementia in the late stages of the disease. The underlying cause of dementia in Parkinson's disease is usually dementia with Lewy bodies or Alzheimer's disease, or both [345]. Chronic inflammatory disease or conditions of the brain such as Behçet's disease, multiple sclerosis may adversely affect cognition after a long period of time. Dementia is a rare feature of certain rare diseases such as acute porphyrias which may cause episodes of psychiatric

CONFIDENTIAL

disturbance and confusion. The other inherited conditions that can cause dementia include [346]:

- Alexander disease, a rare form of rare leukodystrophy
- Canavan disease, a degenerative cerebral disorder. Also known as Canavan-Van Bogaert-Bertrand disease, aspartoacylase deficiency or aminoacylase 2 deficiency
- Cerebrotendinous xanthomatosis, genetic metabolic disorder of cholesterol and bile acid
- Dentatorubral-pallidoluysian atrophy (DRPLA)
- Fatal familial insomnia,a neurodegenerative prion disease
- Fragile X-associated tremor/ataxia syndrome, a rare neurodegenerative disorder
- Glutaric aciduria type 1, a life threatening metabolic disease
- Krabbe's disease (globoid cell leukodystrophy)
- Maple syrup urine disease, a rare autosomal recessive metabolic disorder
- Niemann Pick disease type C, a cholesterol storage disorder
- Neuronal ceroid lipofuscinosis (Santavuori Disease ), a rare neurodegenerative, lysosomal-storage disorders
- Neuroacanthocytosis, a neurological disorder that is present exclusively in males
- Organic acidemias or organic aciduria is a group of metabolic doorders
- Pelizaeus-Merzbacher disease, a rare central nervous system disorder
- Urea cycle disorders
- Sanfilippo syndrome type B (mucopolysaccharidosis III B, MPS III B)
- Spinocerebellar ataxia type 2, a rare disease of diseases of the central nervous system

**Risk Factors**

Prominent risk factors for dementia include old age, family history of dementia, cardiovascular comorbidities, apolipoprotein E4 genotype, depression, , and lower educational level [347-349]. The biggest risk factor for dementia is increasing age. People in the age group of 71-79 years have a prevalence of around 5 percent, which sharply increases to approximately 37 percent in people older than 90 years [350]. It has also been observed that individuals with college education tend to have delayed cognitive impairments by two years, compared with less educated individuals [351]. The presence of the APOE4 or apolipoprotein E4 genotype, especially in white Caucasians can increase the risk of dementia 2-10 times [350, 352]. In addition, chronic anticholinergic use is also linked to increased susceptibility to dementia.

| RISK and PROTECTIVE FACTORS FOR DEMENTIA | |
|---|---|
| Definite Risks | Possible Risks |
| Age<br>APOE4 (whites)<br>Atrial fibrillation<br>Depression<br>Down syndrome<br>Family history | Delirium<br>Head trauma<br>Heavy smoking<br>Hypercholesterolemia<br>Hypertension<br>Lower educational level<br>Other genes<br>Postmenopausal hormone therapy |

NETCE0003026

Possible Protections
Currently there are no proven preventive measures to stop the onset of Alzheimer's disease, the most common cause of dementia. Antioxidants (eg, beta carotene, vitamin E) may provide possible protection. Use caution with vitamin E in those with cardiovascular disease because ≥400 IU may increase mortality.

## DIAGNOSIS

There are several types and causes of dementia that usually exhibit slightly different symptoms. However, the symptom overlap is so complex that it very difficult to diagnose the type of dementia with the help of symptoms alone. It is important to rule out any treatable conditions, such as depression, or vitamin $B_{12}$ deficiency, which can mimic dementia. Early, accurate diagnosis of dementia is a key factor for early treatment of dementia and its symptoms. Early diagnosis of individuals with Alzheimer's disease or other types of progressive dementias allows better treatment plan for the future.  Autopsy is the "gold standard for diagnosing dementia; however, it doesn't help the patient or the treating physician.

**Stepwise Approach to Diagnosing and Assessing Alzheimer Disease in Primary Care**

| STAGE | PURPOSE | TOOLS to USE/INFORMATION to OBTAIN |
|---|---|---|
| **Step 1**: Prediagnostic tests | Differential diagnosis and determination of coexisting disorders | Risk factors, including age, female sex, apolipoprotein E4 gene, prior head injury, low education, and family history of AD; stroke, obesity, hypertension, hyperlipidemia, diabetes, hyperhomocysteinemia, hyperinsulinemia, and Smoking<br>Medical history:<br>• Other ailments that mimic dementia include normal age associated memory changes, depression, delirium, drug reactions, vision and hearing problems<br>Key questions to ask:<br>• Has the patient had any recent illnesses?<br>• Has the patient used any new prescription or over-thecounter medications that could cause memory loss, such as benzodiazepines, anticholinergic drugs for urinary incontinence<br>• Has the patient used or been exposed to illicit drugs?<br>• Has there been any exposure to environmental toxins, such as fuels or solvents?<br>• Has the patient had any head injuries recently?<br>• Is there any history of epilepsy?<br><br>Laboratory/medical tests:<br>• Complete blood cell count (to ascertain presence of anemia/ infection), glucose and thyroid function tests, serum electrolytes, |

CONFIDENTIAL

| | | serum B12 levels (to identify vitamin deficiencies), liver function tests, renal function tests, and urinalysis, if appropriate1<br>• Patients with AD frequently have comorbid medical conditions, eg, cardiovascular disease, infection, pulmonary, renal insufficiency, and arthritis.<br>Early warning signs of preclinical dementia:<br>• Increased frequency of patient visits to the PCP prior to diagnosis, over a period up to 5 years prior to the diagnosis<br>• Accelerated weight loss,36 late-life depression, gait disturbances, and physical frailty |
|---|---|---|
| **Step 2:**<br>Assess performance | Cognitive assessments that help screen for/diagnose AD | Cognitive tests:*<br>• MMSE<br>• Mini-Cog<br>• MoCAInformant-rated tool:*<br>• AD8 |
| **Step 3:**<br>Assess daily functioning | Determine level of independence and degree of disability | Daily function assessment tool:*<br>• IADL |
| **Step 4:**<br>Assess behavioral symptoms | Determine presence and degree of behavioral symptoms | Behavioral assessment tool:*<br>• NPI-Q57<br>Assess the patient for drug toxicity and medical psychiatric, psychosocial, or environmental problems that may underlie behavioral changes. |
| **Step 5:**<br>Identify caregiver and assess needs | Identify the primary caregiver and assess adequacy of family and other support systems | Identify primary carers and establish collaboration:<br>• Family caregivers are central to the PCP's assessment and care of the patient.<br>• Establish and maintain collaboration with caregivers.<br>• Routinely incorporate caregivers' reports of patients' changes in daily routine, mood, behavior, and sleeping patterns.<br>Assess health of primary caregiver:<br>• Regularly monitor the physical and emotional health of the primary caregiver as well as that of the patient.<br>• The PCP should assess the caregiver themselves or refer them to a psychologist, social worker, or other member of the health care delivery team. |
| Special considerations | Identify culture, language, and literacy of patient and caregiver | Culture:<br>• Recognize the caregiving patterns of ethnic minority groups, eg, African American and Hispanic families distribute care among several family members, rather than one primary carer.<br>• Ethnic minority groups may place different |

CONFIDENTIAL

|  |  | interpretations on memory and behavioral problems.<br>Language:<br>• Be aware of the preferred language of the patient and family.<br>Literacy:<br>• Recognize that paper-and-pencil tests and forms may not work well with diverse patient populations if basic literacy is not present, even when such forms are in the person's native language.<br>• Some experts suggest that patients be tested only on what they reasonably may be expected to know, eg, a person with little schooling may not know how to do the serial sevens on the MMSE, but may be competent at applying simple math, such as subtraction, when handling monetary transactions. |
|---|---|---|

The initial assessment of cognitive and functional abilities is important to determine a baseline to which future deficits may be compared. Reassessment of the patient every 6 months is recommended, and more often in cases of sudden changes in behavior or increased rate of decline.13

*Refer to Table 2 for further details.

AD, Alzheimer disease; AD8, 8-item Ascertain Dementia tool; IADL, instrumental (or intermediate) activities of daily living; MMSE, Mini-Mental State Examination; Mini-Cog, Mini Cognitive Assessment Instrument; MoCA, Montreal Cognitive Assessment; NPI-Q, Neuropsychiatric Inventory Questionnaire; PCP, primary care physician.

**Physical examination**

Physical examination can immensely help in ruling out different treatable causes of dementia and also detect signs of stroke or other condition that may cause or contribute to dementia.

**Key Findings and Suggested Diagnoses in Patients with Cognitive Dysfunction**

| Key findings on history and physical examination | Suggested diagnosis |
|---|---|
| Ascending paresthesias, tongue soreness, limb weakness, weight loss | Vitamin $B_{12}$ deficiency |
| Broad-based shuffling gait, urinary incontinence | Normal pressure hydrocephalus |
| Current use of psychoactive drugs, such as benzodiazepines or anticholinergics | Adverse effects from medication |
| Depressed mood, anhedonia, feelings of worthlessness, flat affect, slowed speech | Depression |
| Fatigue, cold intolerance, constipation, weight gain, reduced body hair | Hypothyroidism |
| Head trauma within the previous three months, headache, seizures, hemiparesis, papilledema | Subdural hematoma |
| History of alcoholism, nystagmus or extraocular muscle weakness, broad-based gait and stance | Wernicke-Korsakoff syndrome |

NETCE0003029

| Key findings on history and physical examination | Suggested diagnosis |
|---|---|
| History of high-risk sexual behavior or drug use, hyperreflexia, incoordination, peripheral neuropathy | Human immunodeficiency virus–associated dementia |
| History of high-risk sexual behavior or drug use, hyporeflexia, papillary abnormalities, decreased proprioception | Neurosyphilis |
| Recent hospitalization or acute illness, inattention, fluctuating behavioral changes, altered level of consciousness | Delirium |

## Neurological evaluations

Neurological examination is performed to assess patients balance, sensory function, reflexes, and other functions, to detect signs of conditions such as movement disorders or stroke.

## Cognitive and neuropsychological tests

Several tests may be performed to assess memory, language and math skills, and other mental abilities. For example, individuals with Alzheimer's disease usually exhibit changes in executive functions, memory, and the ability to perform once-automatic tasks. Mini-Mental State Examination (MMSE) is frequently used to assess cognitive skills in suspected cases of dementia. MMSE is useful in assessing orientation, memory, and attention, as well as the ability to name objects, follow written and verbal commands, spontaneously write a sentence, and copy a complex shape. Physicians and psychiatrists also use a number of other tests such as verbal fluency test, Mini-Cognitive Test and rating scales to detect specific types of cognitive impairments.

## Summary of Screening Tests for Cognitive Impairment

| Test | Time required | How to administer | How to interpret | Sensitivity (%) | Specificity (%) |
|---|---|---|---|---|---|
| Verbal fluency test | One minute | Ask patient to name as many animals as possible in 60 seconds<br><br>Patient receives one point for each unique animal named | Score < 15 = suggestive of dementia | 88 | 96 |
| | | | Consider lowering cutoff score to 12 for persons with one to seven years of education | | |
| | | | Consider lowering cutoff score to 9 for persons with no education | | |
| Mini-Cognitive Assessment Instrument | Two to four minutes | Three-item recall combined with clock drawing test | Score of 0 to 2 = high likelihood of dementia | 76 | 89 |
| | | | Score of 3 to 5 | | |

NETCE0003030

| Test | Time required | How to administer | How to interpret | Sensitivity (%) | Specificity (%) |
|---|---|---|---|---|---|
| | | Patient receives one point for each correctly recalled word and two points for normal clock drawing test | = low likelihood of dementia | | |
| Sweet 16 | Two to three minutes | Three-item recall, eight-item orientation, and backward digit span<br><br>Patient receives one point for each correct item, for a maximal score of 16 | Score < 14 = suggestive of dementia | 80 | 70 |

---

**The Mini-CogTM**

The Mini-CogTM screen combines an uncued 3-item recall test with a clock-drawing test (CDT) that serves as a recall distractor. The Mini-Cog an be administered in about 3 min, requires no special equipment, and is less influenced by level of education or language differences.

**Administration**

1. Make sure you have the patient's attention. Instruct the patient to listen carefully to, repeat back to you, and remember (now and later) 3 unrelated words. You may present the same words up to 3 times if necessary.

2. Instruct the patient to draw the face of a clock, either on a blank sheet of paper, or on a sheet with the clock circle already drawn on the page. After the patient puts the numbers on the clock face, ask him or her to draw the hands of the clock to read a specific time (11:10 or 8:20 are most commonly used; however, other times that require use of both halves of the clock face my be effective). These instructions can be repeated, but no additional instructions should be given. If the patient cannot complete the CDT in 3 min or less, move on to the next step.

3. Ask the patient to repeat the 3 previously presented words.

CONFIDENTIAL

NETCE0003031

> **Scoring**
> Give 1 point for each recalled word after the CDT distractor. Score 0–3 for recall.
> Give 2 points for a normal CDT, and 0 points for an abnormal CDT. The CDT is
> considered normal if all numbers are depicted, once each, in the correct sequence
> and position, and the hands readably display the requested time. Do not count equal
> hand length as an error. Add the recall and CDT scores together to get the Mini-Cog
> score:
> - 0–2 positive screen for dementia
> - 3–5 negative screen for dementia

Source: Adapted from Borson S, Scanlan J, Brush M, Vitaliano P, Dokmak A. The
Mini-Cog: a cognitive "vital signs" measure for dementia screening in multi-lingual
elderly. *Int J Geriatr Psychiatry* 2000; 15(11):1021–1027, and Borson S, Scanlan JM,
Watanabe J, Tu SP, Lessig M. Improving identification of cognitive impairment in
primary care. *Int J Geriatr Psychiatry* 2006; 21(4):349–355.

| Key Screening and Assessment Tools for Dementia | | | | | |
|---|---|---|---|---|---|
| Performance testing/screening tools | Key Features Relevant to Clinical Practice | Number of Items | Time Required | Max Score | Sensitivity/ Specificity (%) |
| MMSE | Covers 6 areas: (1) orientation, (2) registration, (3) attention and calculation, (4) recall, (5) language, and (6) ability to copy a figure12,13 • Quick and easy to administer • Can track the overall progression of cognitive decline, but not a good test for definitive/early AD diagnosis1 • Results biased according to age, race, education, and socioeconomic status 39 | 30 items | 10 minutes | 30 and cut off is 23-26 | 79/88 |
| Mini-Cog | • Combines an uncued 3-item recall test with a CDT that serves as a recall distractor • Easy to | 2 items | 3 minutes | Maximum, 5  • 0= Cognitive impairment • 1 to 2 + | 76/89 |

| | | | | | |
|---|---|---|---|---|---|
| | administer and requires no special equipment40 • Powerful predictor of impaired activities of daily living67 • Good performance in ethnolinguistically diverse populations42 • Easier to administer to non-English speakers39 • Less biased by low educational status and (no need to score CDT) literacy level than MMSE39 | | | abnormal CDT = Cognitive impairment<br><br>• 1 to 2 + normal CDT = No cognitive impairment<br><br>3 = Negative for dementia (no need to score CDT) | |
| MoCA | • Cognitive screening tool for detection of MCI in primary care68 • Addresses frontal/ executive functioning • Low susceptibility to cultural and educational Biases 43 • High sensitivity and specificity for detecting MCI in those patients who perform within the normal range of the MMSE68,71 | 12 items | 10 minutes | 30 and cut off is 26 | Sensitivity of 90% for MCI 100% for mild AD68 |
| AD8 | • Informant-rated change • Screening interview: brief, sensitive measure of memory, orientation, judgment, and function • Can also be directly administered to | 8 Yes/No | 2 to 3 minutes | • Scores of 0 to 1= normal Cognition • Scores of >=2 = probable cognitive impairment | 74–80/80–86 |

NETCE0003033

| | the patient as a self-rating tool 44 • Use of the AD8 with a brief patient assessment, e.g. word list, could improve detection of dementia in the primary setting to 97% for dementia and 91% for MCI 63 • More sensitive to early stages of dementia: strong correlation with biological markers of AD, e.g CSF45 | | | | |
|---|---|---|---|---|---|
| Daily functioning assessment IADL | • Evaluates patient's ability to perform more complex activities that are necessary for optimal independent functioning48,49 • Data collected from the patient or informant (e.g. family member, caregiver) | **7** | 10–15 minutes | Three choices of answer per question: I = Patient is completely Independent A = Assistance required D = Dependent on help for each activity | **N/A** |
| Behavioral assessment NPI-Q | • Rates frequency and severity of behavioral symptoms commonly seen in dementia, and caregiver distress 57 • Useful tool for family physicians; assesses both severity of symptoms in patient and distress caused to | 12 sympt oms/ questi ons | 5 minutes | Each question is scored as either present or absent  Present behaviors are scored for severity and distress: • Severity: 1 = mild to 3 = severe • Distress: 0 = no | **N/A** |

NETCE0003034

| | caregiver | | | distress; 5 = extremely distressing | |
|---|---|---|---|---|---|

AD, Alzheimer disease; AD8, 8-item Acertain Dementia tool; CDT, clock-drawing test; CSF, cerebrospinal fluid; IADL, instrumental (or intermediate) activities of daily living; MCI, mild
cognitive impairment; Mini-Cog, Mini-Cognitive Assessment Instrument; MMSE, Mini-Mental State Examination; MoCA, Montreal Cognitive Assessment; NPI-Q, Neuropsychiatric Inventory
Questionnaire; N/A, not applicable; PCP, primary care physician.

## NEUROIMAGING

Brain scans
Brain imaging such as computed tomography (CT) or magnetic resonance imaging (MRI) is usually performed in the evaluation of various forms of dementias, and to rule out specific reversible, treatable causes [353]. CT and MRI are also used to detect strokes, tumors, and other causes of dementia. Brain scan detects cortical atrophy which is frequently seen in many forms of dementia.

CT and MRI/T1–weighted imaging
Structural scans are effective imaging tools to assess volumetric changes seen in neurodegenerative disease with increased sulcus and decreased gyrus size. These changes possibly occur because of decreased synaptic density, neuronal loss, and shrinkage of the neurons. Every neurodegenerative disease such as Alzheimer's and Parkinson's has a predilection for particular brain systems or networks, and each of them is associated with tissue loss in specific regions of the brain. CT imaging is often used in acute or clinical settings where MRI is unavailable or contraindicated in order to rule out other pathologies. The medial temporal lobes, particularly the entorhinal cortex and hippocampus, are usually the first regions that are affected in Alzheimer's disease (AD) [354]. In addition, several research studies have demonstrated that hippocampal and ERC volumes are reduced in AD when compared to controls of similar age group [355].

Structural imaging
Structural imaging may be of great help in more advanced cases, particularly in focal degenerative disease. Volumetric studies have shown association between focal changes in brain volume and behavioral or cognitive changes in patients with dementia.
Several clinical studies have observed a close relationship between hippocampal volumes and episodic memory performance in Alzheimer's disease [356, 357]. Dementia seen in Parkinson's disease is caused by damage in various brain networks and is linked to characteristic patterns of regional volume loss. Characteristic features of progressive supranuclear palsy include third ventricle dilatation and midbrain atrophy with shortened midbrain length. This is in contrast with corticobasal syndrome where frontally predominant atrophy is typically seen [358]. Diffuse atrophy is typically seen in patients with DLB (Dementia with Lewy bodies); however, there is no particular pattern characteristic on structural MR images.

High-field MRI
The resolution of 3T and 4T MRI remains limited and the hippocampus and its subfields are poorly visualized with these scanners. The advent of 7T holds a great

CONFIDENTIAL

promise for better visualization of subcortical structures such as hippocampus and basal ganglia.

The higher field strength has the potential to greatly improve spectral acquisition and functional MRI (fMRI). Postmortem studies have demonstrated that the CA1 apical neuropil is one of the earliest targets of AD pathology [359].

MRI of vascular damage

Increased (bright) signal or hyperintensity, on T2– weighted and fluid-attenuated inversion recovery (FLAIR) images is closely associated with cerebral pathology characterized by edema and gliosis. T2/FLAIR imaging is very sensitive to ischemia caused by small vessel and large vessel disease. T2/FLAIR imaging, especially T2*-gradient echo images, can also detect microhemorrhages, which appear as hypointense lesions because of inhomogeneities in the local field due cerebral iron deposition and are observed in up to 65% of patients who are diagnosed with vascular dementia [360]

Common neurodegenerative disorders, such as Alzheimer's disease and frontotemporal dementia, are generally not associated with major changes on T2/FLAIR scans. MRI with contrast is a better option and should be used in the evaluation of most rapidly progressing dementias.

Diffusion-weighted imaging (DWI) and diffusion-tensor Imaging

In majority of neurodegenerative diseases, DWI images are usually normal with no specific changes; however, in Creutzfeldt–Jakob disease, decreased diffusion in the cerebral cortex (also known as cortical ribboning) with an associated decrease in basal ganglia seen.  This is a highly sensitive (91%) and specific (95%) diagnostic marker of Creutzfeldt–Jakob disease [361]. Variant Creutzfeldt–Jakob disease is usually associated with high signals in the pulvinar and dorsomedial thalamic region [362]. Diffusion tensor imaging (DTI) is particularly useful to assess the integrity of white matter tracts.  It can detect injury or changes injury that may not be observed with other imaging techniques.

Recent research studies conducted on patients with neurodegenerative diseases have revealed that pathological changes are not restricted to gray matter only, but also are seen in white matter tracts also, particularly in the region of temporal lobe and posterior cerebral white matter and the corpus callosum [363]. DTI is also useful in differentiating different forms of dementias. A recent research study has observed that the value of fractional anisotropy (FA) decreases in the parietal lobes of patients with Dementia with Lewy bodies (DLB) compared to those with Alzheimer's disease [ 364].

Another research study compared Alzheimer's disease and frontotemporal dementia and found that patients with frontotemporal dementia had reduced fractional anisotropy (FA) in frontal and temporal regions, including the anterior corpus callosum, bilateral anterior, and descending cingulum tracts, and in the uncinate fasciculus compared to controls, while patients with Alzheimer's disease had reduced fractional anisotropy (FA) in the temporal, parietal, and frontal regions, encompassing the left anterior and posterior cingulum tracts, bilateral descending Cg tracts, and left uncinate fasciculus [365]. This study clearly highlighted the fact that there is focal white matter pathology and perhaps that may play a more crucial role in the pathophysiology of frontotemporal dementia than in that of Alzheimer's disease.

MR spectroscopy

NETCE0003036

In vivo proton MR spectroscopy (1H MRS) is a specialized imagining technique for noninvasive evaluation of brain biochemistry by measuring the levels of specific metabolites such as N-acetylaspartate (NAA), creatine, choline lactate, myoinositol, and glutamate. NAA or N-acetylaspartate is considered to be a marker of neuronal integrity, and several research studies have reported that low levels of NAA in the parietal gray matter and hippocampus of patients with Alzheimer's disease compared to cognitively normal elderly subjects [366]. Patients with vascular dementia have the greatest deficits in the frontal and parietal cortex [367]. 1H MRS is also useful in differentiating between the non-AD (non- Alzheimer's disease) dementias, including frontotemporal dementia or FTD [368], prion diseases [369], and Huntington disease [370]. In a recent 1H MRS study comparing Alzheimer's disease and frontotemporal dementia patients, it was observed that the NAA/creatine ratio was reduced in the posterior cingulate cortex in both the patients with Alzheimer's disease and in those with FTD frontotemporal dementia/Pick's disease. It was also observed that patients with Alzheimer's disease had a greater decrease posteriorly, where as the patients with the frontotemporal dementia /Pick complex exhibited a greater decrease in the frontal region [368].

Functional activation using MRI
An fMRI study conducted on patients with Alzheimer's disease and in elderly patients with isolated memory decline revealed decreased regional function in the medial temporal lobe [371]. Another reasercg study found that the brain activation in the frontal and parietal cortex was greatly decreased in patients with frontotemporal dementia [372]. Additionally, compared to patients with Alzheimer's disease, patients with frontotemporal dementia revealed lesser linear activation increase in the frontal regions with working memory load. A recent research study conducted on a visual motion processing task revealed increased temporal lobe activation in patients with dementia with Lewy bodies compared with Alzheimer's disease patients [373]. The role of fMRI in the diagnosis of patients with dementia still remains inconclusive because the significance of increased activation in the brain is yet to be clearly understood

Resting state fMRI
Resting–state fMRI is used to reveal coherent large-scale brain networks related to vision, language, audition, and attention, and a frontal opercular network that is related to stimulus salience [374-376] Resting-state fMRI data is a useful tool for evaluating and monitoring patients who have impaired cognition, and in the future is likely to be used more frequently for research and clinical purposes [377].

Positron emission tomography (PET) and single-photon emission computed tomography
Functional imaging may become a preferred imaging technique for the early detection of dementia. Functional imaging provides vital information regarding the operational and functional aspects of the brain. Single-photon emission computed tomography (SPECT), positron emission tomography (PET), and fMRI are increasingly being preferred to study patients with dementia. SPECT and PET are the most frequently and commonly used imagining techniques. Both imaging techniques use a variety of chemical compounds to measure and assess a number of physiologic parameters in the brain.
PET is usually used with [18F] fluorodeoxyglucose (FDG) to measure brain energy metabolism, where as SPECT is generally used to study cerebral perfusion with compounds such as 99mTchexamethylpropyleneamine oxime. These imaging techniques are effective in revealing metabolic impairments in the structurally

CONFIDENTIAL

normal brain. The FDG–PET scans of patients with Alzheimer's disease show a reduction in glucose metabolism particularly in the parietal and superior/ posterior temporal regions. Very early metabolic deficits develop in patients of Alzheimer's disease and mild cognitive impairment (MCI) in the medial portion of the parietal cortex, in the posterior retrosplenial or cingulate region [378]. Alzheimer's disease patients often have frontal lobe hypoperfusion usually together with temporoparietal abnormalities which is detected by PET or SPECT scans [379]. Recent imaging studies have observed that FDG–PET has a comparatively better sensitivity but a poorer specificity than SPECT [380].

In frontotemporal dementia, hypometabolism is detected in the frontal and anterior temporal regions, while the posterior brain regions are generally spared. Dementia with Lewy bodies is associated with decreased occipitotemporal metabolism. Patients with Alzheimer's disease can be differentiates from controls of the same age group as well as from patients with vascular dementia and frontotemporal dementia [378], and FDG–PET can be helpful in differentiating Alzheimer's disease from frontotemporal dementia [381].

Arterial spin labeling

Arterial spin-labeling (ASL) perfusion MRI is another imaging technique to assess brain perfusion and function in patients with dementia [382]. Several ASL studies have revealed regional hypoperfusion in Alzheimer's disease, a pattern that is also detected by PET and SPECT studies [383]. New techniques such as Amyloid imaging with PET have the potential to revolutionize brain imaging, particularly in detecting changes in neurodegenerative disease.

| Warning signs requiring immediate or urgent evaluation | | |
|---|---|---|
| **Signs/symptoms** | **Alternative diagnosis** | **Testing/investigation** |
| • History of head injury<br>• Headache<br>• Lethargy<br>• Loss of consciousness after head injury | Traumatic brain injury | • Head CT without contrast, up to 7 days after injury<br>• If more than 7 days, consider using contrast CT or MRI<br>• PT/PTT or platelets (to test for bleeding disorders) |
| • Stepwise, sudden deterioration<br>• in cognition<br>• Episodes of confusion<br>• Aphasia<br>• Slurred speech<br>• Focal weakness | Cerebrovascular disease | • Brain MRI with gadolinium<br>• Virtual consult with Neurology |
| • Rapid onset and fluctuating course<br>• Short duration<br>• Disturbance of consciousness that<br>• often waxes and wanes between<br>• agitation and lethargy<br>• Hallucinations | Delirium | • Medication review, including<br>• supplements and herbals<br>• Urine drug screen<br>• Thyroid screen<br>• RPR<br>• HIV<br>• B12<br>• Look for infections (e.g., bladder,<br>• pneumonia) |

NETCE0003038

| | | |
|---|---|---|
| • Visual impairment | | • Virtual consult with Neurology |
| • Feeling down, depressed, or hopeless, or expressing little interest or pleasure in usual activities (anhedonia)<br>• Complaints of memory loss<br>• Decreased concentration<br>• Feels worse in the morning and hopeless | Depression<br><br>Depression may accompany early dementia<br><br>Older adult patients may even have psychotic depression, with delusions or hallucinations (less common) that may raise the question of dementia | Patient Health Questionnaire (PHQ-9) |
| • Fatigue and weakness<br>• Cold intolerance<br>• Hoarseness<br>• Constipation<br>• Dry skin<br>• Depression<br>• Weight gain | Hypothyroidism | Thyroid screen |
| • Paresthesia<br>• Memory loss<br>• Gait disturbance | Vitamin B12 deficiency | B121 |
| 1 Cases of dementia with reversible causes (e.g., hypothyroidism, vitamin B12 deficiency) are rare (less than 1%). | | |
| **Warning signs requiring immediate or urgent evaluation** | | |

| Disease stage | Treatment goals |
|---|---|
| Mild cognitive impairment/ memory loss | Maintain function, safety, and independence.<br>Reduce or cease medication that may be contributing to decreased cognition |
| Early-stage dementia | Maintain function and independence while preserving safety.<br>Reduce or cease medication that may be contributing to decreased cognition |
| Midstage dementia | Preserve safety, function, and independence.<br>Develop skills that support continued living at home and delay institutionalization. |
| Late-stage dementia | Preserve safety, comfort, and dignity. |
| End-stage dementia | Consider hospice referral. |

**Laboratory tests**
Number of laboratory tests may be conducted to help diagnose dementia and/or rule out other conditions that can mimic dementia. However these tests are conducted only if they are essential and/or likely to improve the accuracy of a diagnosis.

CONFIDENTIAL

Studies Recommended by the American Geriatrics Society for Patients with Suspected Dementia

| Laboratory tests | Imaging tests | Tests to consider in patients with specific risk factors |
|---|---|---|
| Calcium level | Computed tomography or magnetic resonance imaging of the brain if any of the following are present: | Cerebrospinal fluid analysis |
| Complete blood count | | Human immunodeficiency virus test |
| Complete metabolic panel |   Abrupt or rapid decline<br>  Age younger than 60 years | Lyme titer |
| Folate level |   Focal deficits | Rapid plasma reagin test |
| Thyroid-stimulating hormone level* |   Predisposing conditions<br>Consider positron emission tomography if definitive diagnosis | |
| Vitamin $B_{12}$ level* | will change management decisions | |

*—The only tests routinely recommended by the American Academy of Neurology for all patients with suspected dementia are thyroid-stimulating hormone and vitamin $B_{12}$ levels.

**Psychiatric evaluation**
Psychiatric evaluation is essential to determine if depression or another psychiatric disorder may be causing or contributing to an individual's symptoms.

**Presymptomatic testing**
In some disorders such as Huntington's, a genetic test is useful in detecting individuals who are susceptible to this disease. Researchers are examining the role of a series of simple cognitive tests, such as matching words with pictures, in predicting susceptibility of dementia. Other studies are assessing the role of memory tests and brain scans as predictors of future dementia.

---

**Diagnostic criteria for Dementia of the Alzheimer's Type**

A. The development of multiple cognitive deficits manifested by both
(1) memory impairment (impaired ability to learn new information or to recall previously learned information)
(2) one (or more) of the following cognitive disturbances:
(a) aphasia (language disturbance)
(b) apraxia (impaired ability to carry out motor activities despite intact motor function)
(c) agnosia (failure to recognize or identify objects despite intact sensory function)
(d) disturbance in executive functioning (i.e., planning, organizing, sequencing, abstracting)
B. The cognitive deficits in Criteria Al and A2 each cause significant impairment in social or occupational functioning and represent a significant decline from a previous level of functioning.
C. The course is characterized by gradual onset and continuing cognitive decline.
D. The cognitive deficits in Criteria Al and A2 are not due to any of the following:
(1) other central nervous system condit ions that cause progressive deficits in memory
and cognition (e .g., cerebrovascular disease, Parkinson's disease, Huntington's disease, subdural hematoma, normal-pressure hydrocephalus, brain tumor)

NETCE0003040

(2) systemic conditions that are known to cause dementia (e.g ., hypothyroidism, vitamin B *I I* or folic acid deficiency, niacin deficiency, hypercalcemia, neurosyphilis, HIV infection)
(3) substance-induced conditions
E. The deficits do not occur exclusively during the course of a delirium.
F. The disturbance is not better accounted for by another Axis I disorder (e.g., Major Depressive Disorder, Schizophrenia).

**Diagnostic criteria for Vascular Dementia**

A. The development of multiple cognitive deficits manifested by both
(1) memory impairment (impaired ability to learn new information or to recall previously
learned information)
(2) one (or more) of the following cognitive disturbances:
(a) aphasia (language disturbance)
(b) apraxia (impaired ability to carry out motor activities despite intact motor function)
(c) agnosia (failure to recognize or identify objects despite intact sensory function)
(d) disturbance in executive functioning (i .e., planning, organizing, sequencing, abstracting)
B. The cognitive deficits that cause significant impairment in social or occupational functioning and represent a significant decline from a previous level of functioning.
C. Focal neurological signs and symptoms (e.g., exaggeration of deep tendon reflexes,
extensor plantar response, pseudobulbar palsy, gait abnormalities, weakness of an extremity) or laboratory evidence indicative of cerebrovascular disease (e.g., multiple
infarctions involving cortex and underlying white matter) that are judged to be etiologically
related to the disturbance.
D. The deficits do not occur exclusively during the course of a delirium.

*Code* based on predominant features:
290.41 With Delirium: if delirium is superimposed on the dementia
290.42 With Delusions: if delusions are the predominant feature
290.43 With Depressed Mood: if depressed mood (including presentations
that meet full symptom criteria for a Major Depressive Episode) is the predominant feature. A separate diagnosis of Mood Disorder Due to a General Medical Condition is not given.
290.40 Uncomplicated: if none of the above predominates in the current clinical presentation

*Specify* if:
With Behavioral Disturbance
Coding note: Also code cerebrovascular condition on Axis III

**Diagnostic criteria for Dementia Due to Other General Medical Conditions**

CONFIDENTIAL

NETCE0003041

A. The development of multiple cognitive deficits manifested by both
(1) memory impairment (impaired ability to learn new information or to recall previously
learned information)
(2) one (or more) of the following cognitive disturbances:
(al aphasia (language disturbance)
(b) apraxia (impaired ability to carry out motor activities despite intact motor function)
(el agnosia (failure to recognize or identify objects despite intact sensory function)
(d) disturbance in executive functioning (i .e., planning, organizing, sequencing, abstracting)
B. The cognitive deficits in Criteria A l and A2 each cause significant impairment in social or occupational functioning and represent a significant decline from a previous level of functioning.
C. There is evidence from the history, physical examination, or laboratory findings that the disturbance is the direct physiological consequence of a general medical condition other than Alzheimer's disease or cerebrovascular disease (e.g., HIV infection, traumatic brain injury, Parkinson's disease, Huntington's disease, Pick's disease, Creutzfeldt-Jakob disease, normal-pressure hydrocephalus. hypothyroidism, brain tumor, or vitamin B12 deficiency).
D. The deficits do not occur exclusively during the course of a delirium.

*Code* based on presence or absence of a clinically significant behavioral disturbance:
294.10 Without 8ehavioral Disturbance: if the cognitive disturbance is not accompanied by any clinically significant behavioral disturbance.
**294,11** With Behavioral Disturbance: if the cognitive disturbance is accompanied by a clinically significant behavioral disturbance (e.g., wandering. agitation).
Coding note: Also code the general medical condition on Axis 111 (e .g., 042 H1V infection.
854 .00 head injury, 332 .0 Parkinson's disease, 333.4 Huntington's disease. 331.1 Pick's disease, 046.1 Creutzfeldt-Jakob disease).

### Diagnostic criteria for Substance-Induced Persisting Dementia

A. The development of multiple cognitive deficits manifested by both
(1) memory impairment (impaired ability to learn new information or to recall previously learned information)
(2) one (or more) of the following cognitive disturbances:
(a) aphasia (language disturbance)
(b) apraxia (impaired ability to carry out motor activities despite intact motor function)
(e) agnosia (failure to recognize or identify objects despite intact sensory function)
(d) disturbance in executive functioning (i .e., planning, organizing, sequencing, abstracting)
B. The cognitive deficits in Criteria A 1 and A2 each cause significant impairment in social or occupational functioning and represent a significant decline from a previous level of functioning.
C The deficits do not occur exclusively during the course of a delirium and persist beyond the usual duration of Substance Intoxication or Withdrawal.
D. There is evidence from the history, physical examination, or laboratory findings that
the deficits are etiologically related to the persisting effects of substance use (e.g.,

NETCE0003042

a drug of abuse, a medication).
*Code* (Specific Substance Induced Persisting Dementia:
(29 1.2 Alcohol; 292.82 Inhalant; 292.82 Sedative. Hypnotic or Anxiolytic; 292.82 Other (or Unknown Substance)

### Diagnostic criteria for Dementia Due to Multiple Etiologies

A. The development of multiple cognitive deficits manifested by both
(1) memory impairment (impaired ability to learn new information or to recall previously
learned information)
(2) one (or more) of the following cognitive disturbances:
(a) aphasia (language disturbance)
(b) apraxia (impaired ability to carry out motor activities despite intact motor function)
(c) agnosia (failure to recognize or identify objects despite intact sensory function)
(d) disturbance in executive functioning (i.e., planning, organizing. sequencing, abstracting)
8. The cognitive deficits in Criteria Al and A2 each cause significant impairment in social
or occupational functioning and represent a significant decline from a previous level of functioning.
C. There is evidence from the history, physical examination, or laboratory findings that
the disturbance has more than one etiology (e.g., head trauma plus chronic alcohol
use, Dementia of the Alzheimer'S Type with the subsequent development of Vascular
Dementia).
D. The deficits do not occur exclusively during the course of a delirium.

CONFIDENTIAL

## TREATMENT

Currently, there is there is no cure for dementia. Cholinesterase inhibitors are generally prescribed in the early stage of dementia. Cognitive and behavioral therapy may also be helpful in dementia. Educating and giving emotional support to the caregiver is also an important element. Elderly care can also be helpful in the management of dementia.

| Goals of treatment for dementia | |
|---|---|
| **Disease stage** | **Treatment goals** |
| Mild cognitive impairment/ memory loss | Maintain function, safety, and independence. Reduce or cease medication that may be contributing to decreased cognition |
| Early-stage dementia | Maintain function and independence while preserving safety. Reduce or cease medication that may be contributing to decreased cognition |
| Midstage dementia | Preserve safety, function, and independence. Develop skills that support continued living at home and delay institutionalization. |
| Late-stage dementia | Preserve safety, comfort, and dignity |
| End-stage dementia | Consider hospice |

Treatment of dementia depends on the disease or condition responsible for the dementia. Some individuals may require hospitalization for a short time period of time. Changing or discontinuing drugs that make confusion worse may be beneficial for brain function. Mental exercises also seem to help individuals with dementia. Treating disorders or conditions that can cause confusion generally improves mental functioning. Such disorders or conditions include:
- Anemia
- Congestive heart failure (CHF)
- Hypoxia or decreased blood oxygen
- Depression
- Cardiac failure
- Various types of infections
- Nutritional impairments or disorders
- Thyroid disorders

Certain medications may be prescribed to control behavior problems because of impaired judgment, confusion, and increased impulsivity. Some of the frequently used medications under these conditions include:
- Antipsychotics such as risperidone, haloperidol, olanzapine, etc.
- Mood stabilizers such as fluoxetine, citalopram , imipramine, etc.
- Stimulants such as methylphenidate

Certain drugs may be prescribed to slow down the worsening of symptoms. The perceived benefit from these medications is not significant. These medications include:

NETCE0003044

- Donepezil (Aricept), galantamine and rivastigmine.
- Memantine (Namenda)

A regular check up of individual's eyes and ears is necessary. Psychotherapy is usually not beneficial as it may worsen the confusion. Some types of dementia are treatable as they are caused by medical disorders or conditions that can be treated. The treatment may or may not improve mental function; however, in majority of cases dementia is irreversible.

### Treatment when dementia is reversible
Sometimes treating the cause of dementia may reverse the dementia. Some of the measures to treat the cause of dementia include:
- Taking vitamins for hypocobalaminemia or a deficiency of vitamin B12.
- Taking thyroid hormone supplements for hypothyroidism.
- Undergo surgery to remove a brain tumor or to reduce pressure on the brain.
- Discontinuing or changing medications that may lead to memory loss or confusion.
- Taking to treat an infection.
- Taking medications to treat depression.
- Getting treatment for reversible diseases or conditions caused by AIDS.

### Treatment when dementia is irreversible
In case the cause of dementia is not treatable, a plan should be developed to provide palliative treatment to make the patients easier and comfortable. The patient should be prescribed medications that may improve mental function, mood, or behavior. Emotional support should be provided by family, friends and caregivers. Patient should be advised to mange activities of daily living and be independent as long as possible.

### Medications
Currently, no specific drug has demonstrated its efficacy to cure or prevent dementia [384]. Pharmacotherapy may be beneficial in the management of cognitive and behavioral symptoms, but has no effect on the underlying pathophysiology [385]. Some acetylcholinesterase inhibitors, such as donepezil, may be beneficial for Alzheimer disease and other conditions causing dementia such as vascular dementia or Parkinson's [385]. The evidence for the efficacy of acetylcholinesterase inhibitors is very weak [386]. There is no significant difference amongst different agents or drugs in this family [387]. Some individuals may experience side effects such as syncope and bradycardia [388]. Memantine, a N-methyl-D-aspartate (NMDA) receptor blocker, may have some beneficial effects on dementia; however, the evidence is weak compared to acetylcholinesterase inhibitors. Combination of memantine and acetylcholinesterase inhibitors may be prescribed because of their different mechanism of action; however, there is a little benefit of this combination therapy [389, 390].

Antidepressant drugs or agents: Depression is commonly associated with dementia and usually causes deterioration in the severity of cognitive and behavioral impairment. These drugs may be beneficial in the treatment of cognitive and behavioral symptoms of depression in patients with AD or Alzheimer's disease, [391] but there is weak evidence of their efficacy in other types or forms of dementia [392]. It is recommended that certain drugs such as benzodiazepines (diazepam) should be avoided in dementia because of increased risk accelerated cognitive impairment and falls [393]. Antipsychotic drugs increase mortality rate in dementia

CONFIDENTIAL

[394]. Several research studies have found that there is no concrete proof that vitamin B12 or folate is effective in the treatment of cognitive problems [395].

**Drugs for the Treatment of Dementia**

| Generic | Brand | Approved For | Side Effects |
|---------|-------|--------------|--------------|
| donepezil | Aricept | All stages | Nausea, vomiting, loss of appetite and increased frequency of bowel movements. |
| galantamine | Razadyne | Mild to moderate | Nausea, vomiting, loss of appetite and increased frequency of bowel movements. |
| memantine | Namenda | Moderate to severe | Headache, constipation, confusion and dizziness. |
| rivastigmine | Exelon | Mild to moderate | Nausea, vomiting, loss of appetite and increased frequency of bowel movements. |
| tacrine | Cognex | Mild to moderate | Possible liver damage, nausea, and vomiting. |
| vitamin E | Not applicable | Not approved | Can interact with medications prescribed to lower cholesterol or prevent blood clots; may slightly increase risk of death. |

| Eligible population | Line | Medication | Initial dose | Maximum dose |
|---|---|---|---|---|
| Mild cognitive impairment | Medications are not recommended. Meticulous review of current medication list is recommended to determine any medications that may be clouding cognition or may be eligible for a trial "holiday" | | | |
| Early- to midstage dementia | First | Donepezil | 5 mg daily x 4 weeks, then increase to 10 mg daily if tolerated | 10 mg daily1 |
| | Second | Galantamine immediate release (NF) | 4 mg twice daily x 4 weeks, then 8 mg twice daily x 4 weeks, then increase to 12 mg twice daily if tolerated | 12 mg twice daily |
| | | Galantamine extended release (NF) | 8 mg daily x 4 weeks, 16 mg daily x 4 weeks, then increase to 24 mg daily if tolerated | 24 mg daily |
| | Second | Rivastigmine immediate release (NF) | 1.5 mg twice daily x 2 weeks, 3 mg twice daily x 2 weeks, 4.5 mg twice daily x 2 weeks, then increase to 6 mg twice daily if tolerated | 6 mg twice daily |
| | | Rivastigmine transdermal patch (NF) | 4.6 mg daily x 4 weeks, then increase to 9.5 mg daily if tolerated | 9.5 mg daily |
| Midstage dementia no longer or too slowly responding to an acetylcholinesterase inhibitor | Add | Memantine (PA, must have MMSE of 10–14) | 5 mg daily x 1 week, then 5 mg twice daily x 1 week, then 5 mg in the morning and 10 mg in the evening x 1 week, then 10 mg twice daily if tolerated | 10 mg twice daily |
| Late-stage dementia | Medications may pose more harm than benefit for patients with this level of dementia. Consider discontinuing medication when patients are largely chairbound or bedbound or when the benefit from medication is no longer easing caregiver burden. | | | |

CONFIDENTIAL

NETCE0003047

| | |
|---|---|
| | |

**Medications for patients with dementia**

1 Donepezil 23-mg sustained-release tablet is not recommended, as it provides only a small benefit in cognitive
function but does not increase patient functioning and causes an increase in side effects.

| Medications to avoid in all patients with dementia | |
|---|---|
| **Medication** | **Rationale** |
| **Tricyclic antidepressants (TCAs)** Amitriptyline, amoxapine, clomipramine, desipramine, doxepin, imipramine, nortriptyline, protriptyline, trimipramine | Strong anticholinergic and sedative effects leading to orthostatic hypotension, confusion, and falls. |
| **Antimuscarinics** Darifenacin, fesoterodine, flavoxate, oxybutynin, solifenacin, tolterodine, trospium | Strong anticholinergic effects. Poorly tolerated by elderly. |
| **Antispasmodics** Atropine, belladonna alkaloids, dicyclomine, hyoscyamine, scopolamine, propantheline | Strong anticholinergic and sedative effects. Associated with orthostatic hypotension, confusion, and increased fall risk. Uncertain effectiveness. |
| **Skeletal muscle relaxants** Carisoprodol, cyclobenzaprine, meprobamate, metaxalone, methocarbamol, orphenadrine, tizanidine | Poorly tolerated by elderly due to strong anticholinergic effects, sedation, and risk of fracture. Effectiveness at tolerable dosages is questionable |
| **Antihistamines** Brompheniramine, chlorpheniramine, clemastine, cyproheptadine, diphenhydramine, hydroxyzine, loratadin | Greater risk of confusion, dry mouth, constipation, and other anticholinergic effects and toxicity. Clearance reduced with advanced age, and tolerance develops when used as a hypnotic. |
| **Antiemetics** Dimenhydrinate, meclizine, promethazine | Strong anticholinergic effects. Poorly tolerated in elderly. |
| **H2-receptor antagonists** Ranitidine, cimetidine, famotidine | Adverse effects on central nervous system (CNS). |
| **Antiparkinsonian anticholinergics** Benztropine, trihexyphenidyl | Strong anticholinergic effects. Not recommended for prevention of extrapyramidal symptoms with antipsychotics. |
| **All conventional antipsychotics &** | Increased risk of cerebrovascular accident and mortality. |

CONFIDENTIAL

NETCE0003048

| clozapine Haloperidol, chlorpromazine, fluphenazine, loxapine, perphenazine, pimozide, thioridazine, thiothixene, trifluoperazine | |
|---|---|
| **Antiarrhythmics** Disopyramide | Potent negative inotrope; may induce heart failure in elderly. Strong anticholinergic effects. |
| **Narcotic analgesics** Meperidine, pentazocine | Increased CNS effects leading to increased confusion and toxicity risk. Safer alternatives available. |
| **Anxiolytics** All benzodiazepines | Elderly have increased sensitivity to benzodiazepines and slower metabolism of long-acting agents. In general, all benzodiazepines increase risk of cognitive impairment, delirium, falls, and fractures. Within Group Health, see also Beers Criteria for Potentially Inappropriate Medications in Older Adults |
| **Sleep agents** Zolpidem | Benzodiazepine-receptor agonists have adverse events similar to those of benzodiazepines in elderly. Minimal improvement in sleep latency and duration. |

**Treatment of Behavioral and Psychological Symptoms of Dementia**

There are no FDA-approved medications for the treatment of behavioral and psychological symptoms of dementia. The efficacy of medications is modest at best and side effects should be adequately monitored and balanced.

| Options for treating mild to moderate behavioral disturbances | |
|---|---|
| **Behavior** | **Approach** |
| Verbal/physical outbursts, flailing limbs | • Evaluate what might be contributing to the patient's behavior (e.g., pain, fatigue, medication side effects, environmental factors), and treat and/or change. • Sensory/relaxation activities: aromatherapy (such as lavender or • lemon oil), music therapy, pet therapy, exercise training, massage or touch therapy |
| Wandering (leaving the house) | • Keyed deadbolt for entry to **and** exit from the house. • Lock box for keys. • ID bracelet and/or picture ID. • MedicAlert® + Alzheimer's Association Safe Return® program, a nationwide emergency response service |
| Refusing | • Explore "keys" to unlock cooperation (e.g., activities the |

| care/medication | patient enjoys, or finds calming or distracting).<br>• Discuss with family hiding medication in food. |
|---|---|

**Medications for treating severe behavioral disturbances/safety risks**

| Drug class & target symptoms | Line | Medication | Initial dose | Maximum dose |
|---|---|---|---|---|
| Antidepressants<br>For agitation, depression, anxiety | First-line | Escitalopram1 | 2.5 mg daily x 7 days, then 5 mg daily x 7 days | 10 mg daily |
| | | Sertraline | 25 mg daily x 7 days, then 50 mg daily x 7 days | 100 mg daily |
| | Second-line | Fluoxetine | 5 mg daily x 7 days, then 10 mg daily x 7 days | 30 mg daily |
| | Third-line | Citalopram1 | 5 mg daily x 7 days, then 10 mg daily x 7 days | 20 mg daily |
| Antidepressants<br>For insomnia | First-line | Trazodone | 25–50 mg daily (titrate in 25-mg increments as clinically indicated) | 200 mg daily |
| | Second-line | Mirtazapine | 7.5 mg daily (titrate in 7.5-mg increments as clinically indicated) | 30 mg daily |
| Antipsychotics2<br>For delusions, hallucinations, aggression, agitation | First-line | Quetiapine | 12.5–25 mg twice daily (titrate in 25-mg increments as clinically indicated) | 200 mg daily |
| | Second-line | Risperidone | 0.25–0.5 mg daily to twice daily (titrate in 0.5-mg increments as clinically indicated) | 2 mg daily |
| | Third-line | Olanzapine | 2.5–5 mg daily (titrate in 5-mg increments as clinically indicated) | 10 mg daily |
| | Fourth-line | Aripiprazole (PA) | 5 mg daily (titrate in 5-mg increments as clinically indicated) | 15 mg daily |
| Antiepileptics<br>For aggression, disinhibition | First-line | Divalproex delayed release | 125 mg daily x 7 days, then 125 mg twice daily x 7 days, then 125 mg every morning & 250 mg every evening x 7 days, then 250 mg twice daily | 1,000 mg daily |
| | Second-line | Carbamazepine | 100 mg daily x 7 days, then 100 mg twice | 600 mg daily |

CONFIDENTIAL

| | | | daily x 7 days, then 100 mg every morning & 200 mg every evening x 7 days, then 200 mg twice daily | |
|---|---|---|---|---|
| 1 Evidence suggests that both escitalopram and citalopram are associated with QT interval prolongation starting at the recommended initial dose, with the strongest evidence existing for citalopram at doses exceeding 40 mg per day. Shared decision making is recommended to review the risks and benefits of these medications with the patient. Use caution in patients with congenital long QT syndrome, bradycardia, hypokalemia or hypomagnesemia, recent acute myocardial infarction, uncompensated heart failure, or in those taking interacting medications (QT-prolonging or CYP2C19 inhibitors). 2 The rank order is based on data regarding efficacy. Two retrospective cohort studies suggest that mortality risk may be lower with quetiapine compared with risperidone. Assess cerebrovascular and cardiovascular risk factors, discuss possible risk of mortality, and document discussion. | | | | |

## Prevention

Prevention of dementia is aimed at avoiding development of dementia. There are several ways to prevent or decrease the risk of dementia including lifestyle changes and pharmacotherapy.

Mental activity: Activities which enhance activity of the brain such as reading, playing cards and musical instrument may prevent or decrease the severity of dementia, especially in Alzheimer's and vascular dementia [396]. Decrease in risk factors for cerebrovascular disease is associated with decreased risk factors for dementia, especially vascular dementia. Adequate physical exercise, optimum blood cholesterol levels, healthy body weight and blood pressure reduces the overall the risk of developing dementia [396]. Individuals with an active lifestyle can reduce the risk of dementia by 50% compared to a sedentary one [396]. Some research studies have observed that Alzheimer's and other forms of dementias may be caused by hypertension as high blood pressure leads to blood vessel damage due to vasoconstriction [397, 398].

Diet
Obesity may increase the risk of any type of dementia, particularly Alzheimer's disease [396]. It has also been observed that the effect of alcohol on the risk of developing dementia is J-shaped [399]. Several research studies have found that high alcohol intake increases the risk of dementia [400] while low alcohol intake may have a protective effect [399]. However, low alcohol consumption is not protective for vascular dementia and overall cognitive decline [399]. It is believed that moderate alcohol consumption probably reduces the overall risk of vascular disease and dementia because it can increase HDL cholesterol level and weakens blood-clotting factors such as fibrinogen, which provides some degree of protection against myocardial ischemia and small strokes that together can cause brain damage [401]. The role of omega-3 fatty acid for preventing development of dementia is still unclear [402]. Certain Vegetables and nuts probably have beneficial effect because they are rich in polyunsaturated fats; however, non-fish meat seems to increase the risk. Certain research studies have shown that individuals with highest levels of niacin in their blood are associated with lowest risk of having cognitive impairments

or developing dementia.   The daily recommended dose of niacin should be around 100-300 mg in order to achieve positive impact on the brain [401].

Sleep pattern
It has been observed that prolonged sleep that lasts for more than nine hours may be linked to increased risk of dementia [403].

Medications
Antihypertensives
Antihypertensive medications may have a positive effect in the prevention of dementia.
However, a recent research study failed to demonstrate this relationship.  It was observed that antihypertensives did not reduce the incidence of dementia.  More research is required to establish the relationship between the two entities [404].

Anti-diabetic drugs
Diabetes mellitus is a known risk factor for vascular dementia, and can be reduced with anti-diabetic medications [405]. It has been found that rosiglitazone has beneficial effect on memory and thinking ability of individuals with mild Alzheimer's disease. The reason for the beneficial effect may be due to the fact that the drug lowers insulin resistance. Therefore, less insulin is required to achieve its metabolic effects. Insulin stimulates secretion of amyloid beta [405].   Thus low level of insulin also decreases the level of amyloid beta leading to fewer amyloid plaques that are seen in people with Alzheimer's disease.

NSAIDs

NSAIDs (Non-steroidal anti-inflammatory drugs) can lower the risk of developing Alzheimer's and Parkinson's diseases. The amount of time required to prevent dementia differs, but in most cases it ranges between 2 -10 years [406-410]. Research has also concluded that NSAIDS should be prescribed in clinically relevant dosages.  Additionally, "baby aspirin" doses are not effective in preventing and treating dementia [411]. Alzheimer's disease is characterized by deposition of amyloid beta peptides in the brain which accumulate over several years.  These deposits trigger secretion of cytokines and acute phase proteins resulting in inflammation [412].  NSAIDs have anti-inflammatory effect that may prevent the worsening effects, especially in Alzheimer's disease [413-415].

**Strategies to counter behavior problems**

| Type of Behavior | Dealing Strategies |
|---|---|
| Verbal and physical outbursts | • Remain calm. Be reassuring and positive. Speak slowly and in a soft tone. <br> • Consider what might be contributing to the patient's behavior. Is he/she tired, overstimulated by noise or an overactive environment, or picking up on your own stress or irritability? <br> • Rule out pain as the cause. <br> • Think about what happened right before the behavior that may have triggered it. <br> • Try a relaxing activity, or shift to a different activity—the immediate situation may have unintentionally caused the response. |

NETCE0003052

| | • Decrease level of danger. Avoid harm to yourself by standing away from the patient. |
|---|---|
| Wake/sleep disturbances | • Make a safe and comfortable sleep environment (i.e., temperature, nightlights, appropriate door/window locks).<br>• Maintain a schedule. A regular routine of waking up, meals, and going to bed allows for more restful sleep.<br>• Identify and limit triggers—such as TV, loud music—particularly during evening hours. |
| Unsafe Driving | • Acknowledge patient's distress and threat to independence.<br>• Ensure safety of patient and others.<br>• Consider a professional driving assessment, if there is family conflict over the issue.<br>• Implement measures to prevent unsafe driving, because this will worsen over time. |

## PSEUDODEMENTIA

The term pseudodementia refers to a wide range of functional psychiatric disorders such as depression, Ganser syndrome, hysteria, and schizophrenia that may have similar symptomatology imitating organic dementia, but are basically reversible on adequate treatment. It is very similar to dementia, but it develops from an underlying psychiatric disorder such as depression.  It encompasses depression and cognitive deficits.  In the elderly, depression is the most frequent cause of pseudodementia.  It is also the most common treatable condition which is often misdiagnosed as dementia. Disorders that may have a pseudodementia-like signs and symptoms include depression, Ganser syndrome, schizophrenia, mania, dissociative disorders, conversion reaction, and psychoactive drugs. Depressive pseudodementia represents a major subclass of pseudodementia [416]. Depressive Pseudodementia is a syndrome that is frequently observed in elderly and exhibits symptoms consistent with dementia; however the actual cause is depression. Pseudodementia is sometimes associated with organic brain lesions [417, 418]. Pseudodementia is observed in approximately 10-20% of all cases of depression.

Symptoms
Some of the most common symptoms of pseudodementia include:
- Memory loss
- Mental confusion
- Poor concentration and self-care
- Chronic pain
- Major alteration in sleeping patterns
- Poor cognitive response
- Forgetfulness
- Lethargy or reduced energy
- Suicidal ideations and thoughts
- Anhedonia and loss of interest
- Self-blaming
- Poor decision-making
- Impaired problem-solving abilities
- Inability to recall immediately

NETCE0003053

These symptoms closely resemble those of dementia and depression. The individual may experience a general feeling of sadness and illness. However, pseudodementia is significantly different from other disorder or conditions. Firstly, its symptomatology cannot be explained on the basis of any recognized neurological disorder or condition. Secondly, the cognitive impairments linked with pseudodementia are reversible with adequate treatment. The symptoms of pseudodementia vary widely in elderly and mimic dementia.

Depressive Pseudodementia
This disorder is generally seen in elderly and is characterized by worsening cognitive functions with aging. The condition is characterized by depression and early loss of social skills. Patients with depressive pseudodementia put very little efforts to cope up with dysfunction; however, they exhibit a good response on adequate treatment. Adequate treatment may reverse cognitive dysfunction and restore normalcy in patients with depressive pseudodementia. Antidepressants are quite beneficial in the treatment of depressive pseudodementia in elderly. Timely diagnosis and adequate treatment are two essential components for the management of this condition, especially in elderly.

Ganser's syndrome
This syndrome was first described in 1897 by Ganser. Ganser syndrome is a rare dissociative disorder that is characterized by nonsensical or wrong answers to questions or doing things incorrectly amnesia, fugue, or conversion disorder, usually with visual pseudohallucinations and fluctuating disturbances in consciousness. According to the DSM-IV-TR guidelines, Ganser syndrome is classified as a dissociative disorder, it is "the giving of approximate answers to questions (e.g. '2 plus 2 equals 5' when not associated with dissociative amnesia or dissociative fugue."[419] The dementia that accompanies approximate answers is generally incomplete, inconsistent and self-contradictory. Patients with Ganser syndrome are able to cope up with activities of daily living where as those with organic dementia cannot. It may develop during the course of a depressive episode, head trauma, early dementia, substance abuse, and simply as a response to emotional trauma. Usually the organic and psychogenic components work together in the syndrome. It is usually seen in men and prisoners although exact prevalence rate and familial patterns are yet not established [420]. Hospitalization may be required during the acute phase of symptoms. Psychiatric care may be essential if the patient poses a danger to self or others. A neurological referral is advised to rule out any organic cause [421].

Hysterical or conversion pseudodementia
Hysterical pseudodementia in elderly is usually triggered by catastrophic reaction to cumulative loss in people with predisposing borderline and narcissistic characteristics.
It is more frequently observed in women from higher socio-economic strata with past psychiatric problems, especially depression. Hysterical pseudodementia is characterized by cognitive dysfunction, regression and growing physical dependency. Other less prominent symptoms of hysterical pseudodementia include classical sensory loss, paralysis and 'belle indifference' of conversion. Psychotherapy is beneficial in slowing down the disorder, especially if treatment is given at an early stage.

Simulated dementia

NETCE0003054

This syndrome is characterized by memory loss appears to be an isolated main symptom which may be accompanied by lack of cooperation and mutism. Patients with simulated dementia seem to be more 'superficial' than patients with Ganser's syndrome. In addition, conscious malingering is more prominent and the disease course is longer and relapsing. There is no melancholia which is observed in patients with depressive pseudodementia.

**Causes**
Some of the causes of pseudodementia include:
- Hyperthyroidism (hyperactive or overactive thyroid gland)
- Increasing age. This condition is especially seen in elderly.
- Pneumonia
- Depressive Illness
- Brain Injury

**Diagnosis**
The diagnosis of pseudodementia requires a thorough clinical examination. Neuropsychological tests are essential to determine impairment in the memory or cognitive abilities, especially in patients with depression who have memory problems.
The Geriatric Depression Scale (GDS) is generally used to differentiate pseudodementia and other forms of dementia. Diagnosis is made on the basis medical history, current symptomatology of patient and results from GDS. Some of the other diagnostic tests for pseudodementia include:
- Screening tool test, to pinpoint the exact and predominant cause of the disorder
- Blood test, to detect neurological disorder
- Electroencephalography
- MRI (Magnetic Resonance Imaging)
- CT (Computed Tomography) scans

**Differential Diagnosis**
The differential diagnosis for pseudodementia includes several conditions such as depression, encephalitis, tumor (frontal lobe tumor), vitamin deficiency, and hypothyroidism.

**Treatment**
Pseudodementia can be treated with two main methods.
1. Antidepressant therapy
2. Electro-convulsive therapy

Antidepressant therapy is the most common therapeutic option. If patients do not respond to this therapy, electro-convulsive therapy can be used for effective treatment. ECT is usually not used as it may lead to some degree of memory loss. The treatment of this condition actually depends on the signs and symptoms of the patient. Pseudodementia is treatable if underlying conditions such as depression is treated immediately. Single Photon Emission Computed Tomography (SPECT) may be used for curing the condition.

**Prognosis**
Generally when pseudodementia is present together with untreated depression, prognosis is worse with greater risk of complications. False dementia has a relatively better prognosis. Psychiatric treatment may cure mental retardation within a short

NETCE0003055

period of time. Majority of individuals, who experience pseudodementia, show a better response with antidepressants. Symptoms are totally reversible if patients are provided adequate treatment for depression. Medications should be used judiciously and cautiously in elderly patients with pseudodementia. Most of the antipsychotic drugs, such as Seroquel, provide good response in younger age groups, but do have a good track record in treating elderly with pseudodementia.

Prevention
There is no specific method or way of preventing pseudodementia.
However, its development may be prevented by adopting a healthy lifestyle that involves:
- Regular physical activity or exercise, which includes running, jogging and any type of short workouts
- Recreational activities, such as playing cards
- Avoiding all sources of tension

Pseudodementia versus Dementia
It is usually difficult to differentiate pseudodementia from dementia because of many similarities between them. However, there are few signs and symptoms that aid in differentiating these two entities.

| Characteristics | Dementia | Depressive Pseudodementia |
|---|---|---|
| **History** | | |
| Precise Onset | Unusual | Usual |
| Duration of symptoms | Long | Short |
| Rapid symptom progression | Unusual | Usual |
| Complaints of cognitive loss | Variable (minimized in later stages) | Emphasized |
| Description of cognitive loss | Vague | Detailed |
| Family awareness of dysfunction and severity | Variable (usual in later stages) | Usual |
| Loss of social skills | Late | Early |
| Psychopathology history | Uncommon | Common |
| **Characteristics** | **Dementia** | **DPD** |
| **Examination** | | |
| Memory loss for recent vs. remote events | Greater | About equal |
| Specific memory loss ('patchy' deficits) | Uncommon | Common |
| Attention and concentration | Often poor | Often good |
| 'Don't know' answers | Uncommon | Common |
| 'Near miss' answers | Variable (common in later stages) | Uncommon |
| Performance on tasks of similar difficulty | Consistent | Variable |
| Emotional reaction to symptoms | Variable (unconcerned/shallow in later stages) | Great distress |

CONFIDENTIAL

| Affect | Labile, blunted or depressed | Depressed |
| Efforts in task performance | Great | Small |
| Efforts to cope with dysfunction | Maximal | Minim |

## DELIRIUM

Delirium is neuropsychiatric disorder or syndrome that results in disturbance in consciousness and cognition that occurs in a short period of time. It can be classified on the basis of etiology as:

- Delirium Due to a General Medical Condition
- Substance-Induced Delirium (including medication side effects)
- Substance Withdrawal Delirium
- Delirium Due to Multiple Etiologies.
- Delirium Not Otherwise Specified

It is estimated that there are more than 60 synonyms in the literature [422]. Some researchers and doctors have suggested that "acute confusional state" (ACS) should be used for delirium.

Diagnostic Features
Delirium is characterized by a disturbance of consciousness that is accompanied by cognitive changes that are not explained by a preexisting or evolving dementia. The disturbance usually develops within hours to days, and varies during the course of the day. Delirium develops because of a general medical condition, substance intoxication or withdrawal, use of a drug, or toxin exposure, or a combination of these factors. The disturbance in consciousness results in poor clarity of awareness of the environment. There is inability to focus, shift, or sustain attention.

Symptoms of delirium can be categorized into 'core' features that are invariably present (disturbances of attention, orientation, memory, , language, sleep-wake cycle) and 'associated' features that are more variable in presentation (e.g. psychotic symptoms, affective disturbances, different motoric profiles [423]. Disturbance of attention is a principal symptom of delirium and is associated with all other cognitive deficits and language, but not with majority of the non-cognitive features.  Inattention is a consistent feature, crucial to diagnosis, but also highly prevalent in patients who have subsyndromal illness or syndromal delirium with few symptoms [424].  Sleep-wake cycle disturbance is also a common feature of delirium.  Delirium also adversely impacts short and long-term memory, orientation, as well as comprehension.  Recent memory is particularly impacted because of reduced capacity to incorporate new experience. In addition, visuospatial ability and executive function are also impaired. Patient is commonly disoriented in time, place and person. Visuospatial disturbances may adversely affect individual's functionality. Speech and language disturbances such as abnormal semantic content, dysnomia, paraphasias and incoherence are common [425]. One of the key indicator of delirium is disorganization of thinking (tangentiality, loosened associations, circumstantiality). Different variant of dysgraphia are also common which includes spelling errors, jagged writing, and constructional dyspraxis. Sleep-wake cycle patterns are usually disturbed.  Motoric disturbances may vary from hyperactive' to hypoactive'.  Patients experiencing delirium usually have a wide variety

CONFIDENTIAL

of non-cognitive neuropsychiatric symptoms. Motor activity disturbances and impaired sleep-wake cycle is observed in more than 90% of cases of delirium [426]. However, these symptoms are relatively non-specific that are seen across a number of neuropsychiatric syndromes and in non-delirious hospitalized elderly.

The significance of psychotic symptoms in delirium still remains unclear. It is not clear whether these symptoms occur due to specific etiological physiologies, cognitive impairment with misunderstanding of the external factors, component of mood disturbances, misperceptions, or some other characteristics of individual patient vulnerability. Psychotic symptoms are frequently seen in hyperactive delirium patients, such as delirium tremens, but also develop in hypoactive delirium. Psychotic features, such as hallucinations and delusions, complicate approximately 50% of cases, are more frequently seen in hyperactive delirium compared with hypoactive patients (Breitbart et al, 2002; Meagher et al, 2000). Hallucinations are usually visual, while delusional content involves misidentifications, themes of imminent danger, or of bizarre happenings in the immediate environment. Delusions are usually poorly-formed and less stereotypical compared to schizophrenia or Alzheimer's disease. Affective lability is typical feature of delirium, but recent clinical studies have observed that the frequency of more sustained mood disturbances complicate differentiation from hypomania in agitated cases and depression in hypoactive presentations.

### Epidemiology

Delirium is frequently seen in emergency, medical-surgical, inpatient, and geriatric settings, such as nursing homes. Substance-abuse and cancer treatment centers also have high rates of delirium. The prevalence and incidence rates of delirium during hospitalization ranged may vary from 0% to 85% [427]. The incidence of postoperative delirium ranges from 0% to 74% [428]. Another study observed that among general hospital inpatients (both medical and surgical), approximately 10%-18% experience delirium during their hospital stay [429]. Additionally, the incidence rate was approximately 18% at a general surgery department [430] and 70% in ICU. The reported incidence rates varied from 5% to 48% in general medical departments [431-433]. Patients who underwent elective cardiac surgery had a delirium incidence of 14%; [434] and those undergoing major elective surgery, 11% [435]. In some clinical studies, the incidence rate was low due to interventional programs associated with hip surgery or in other care settings [436]. It is estimated that every year more than 7 million hospitalized Americans are diagnosed with delirium. Among these patients who survived their delirium episode, the rates of persistent delirium at discharge are 45%, 1 month 33%, 3 months 26%, and 6 months 21%. Additionally, it is estimated that more than 60% of patients with delirium are not recognized by the health care facility.

Delirium is often unrecognized, and undetected with non-detection rates of 69% [437]. Lack of recognition of delirium may be due to several factors. Care providers may be unaware of predisposing risk factors and precipitating factors for delirium. Clinicians may under use cognitive assessment instruments. It is emphasized that cognitive assessment instruments should be used routinely; however, only about 16% of clinicians use these tools. Another reason for poor detection of delirium is underrecognition of the hypoactive form, which is characterized by a lethargic, stuporous, or comatose state. The hypoactive form is the most common form of delirium. It has been observed individuals with the hyperactive form demand

NETCE0003058

attention and are difficult to manage, while those with the hypoactive form may go unnoticed [438].Sudden development of delirium may indicate medical emergency. Delirium, in some cases, may be the only sign of a life-threatening illness, such as sepsis, myocardial infarction, etc. Under-diagnosis of delirium may cause severe life-threatening complications and even death (American Psychiatric Association [439]).

CONFIDENTIAL

**Subtypes of Delirium and Classification**
Delirium may be categorized on the basis of disturbed motor behavior as hyperactive, hypoactive or mixed delirium [440].

| **Definition of Motor Subtypes** |
| --- |
| *(a)* Hyperactive Subtype<br> If definite evidence in the previous 24 hours of (and this should be a deviation from pre-delirious baseline) of at least two of:<br>(1) Increased quantity of motor activity: Is there evidence of excessive level of activity e.g. pacing, fidgeting, general overactivity?<br>(2) Loss of control of activity: Is the patient unable to maintain levels of activity that are appropriate for the circumstances, e.g. remain still when required?<br><br>(3) Restlessness: Does the patient complain of mental restlessness or appear agitated?<br>(4) Wandering: Is the patient wandering, i.e. moving around without clear direction or purpose? |
| (b) Hypoactive Subtype<br>If definite evidence in the previous 24 hours of (and this should be a deviation from pre-delirious baseline) two or more of* (:*where at least one of either item 1- decreased amount of activity or item 2 - speed of actions is present)<br><br>(1) Decreased amount of activity: Does the patient engage in less activity than is usual or appropriate for the circumstances, e.g. sits still with few spontaneous movements?<br>(2) Decreased speed of actions: Is the patient slow in initiation and performance of movements e.g. walking?<br>(3) Reduced awareness of surroundings: Does the patient show a relative absence of emotional reactivity to the environment, i.e. show a passive attitude to his/her surroundings?<br>(4) Decreased amount of speech: Does the patient have a reduced quantity of speech in relation to the environment, e.g. answers are unforthcoming or restricted to a minimum?<br>(5) Decreased speed of speech:  Does the patient speak more slowly than usual, e.g. long pauses and slowing of actual verbal output?<br>(6) Listlessness: Is the patient less reactive to his/her environment, e.g. responses to activity in surroundings is slow or reduced in amount?<br>(7) Reduced alertness/withdrawal: Does the patient appear detached or lacking in awareness of his/her surroundings or their significance? |
| (c ) Mixed Motor Subtype<br>If evidence of both hyperactive and hypoactive subtype in the previous 24 hours |
| (d) No Motor Subtype<br>If evidence of neither hyperactive or hypoactive subtype in the previous 24 hours. |

According to the ICD-10 classification delirium can be classified as:
- Delirium, Not Induced By Alcohol And Other Psychoactive Substances
- Delirium, Not Superimposed On Dementia,
- Delirium, Superimposed On Dementia
- Other Delirium

NETCE0003060

In contrast, the DSM-IV TR classifies delirium in five very broad etiologies:
- Delirium due to general medical condition
- Substance intoxication delirium
- Substance withdrawal delirium
- Delirium due to multiple etiologies
- Delirium Not Otherwise Specified.

**Pathophysiology**

The etiology of a delirium is complex and multifactorial and. The mechanisms of pathophysiology are poorly understood. There are many theories and explanations regarding the pathophysiology of delirium. The prominent ones include neurotransmitter dysfunction, inflammatory processes, physiological stress reactions, and alterations of the circadian rhythm (sleep awake cycle) [441]. In majority of cases, many factors and causes possibly act together resulting in delirium [442]. Delirium is triggered by a number of different types of physiological or structural injuries. The neurotransmitters acetylcholine and dopamine may play key roles in the development of delirium. The synthesis of acetylcholine is affected by hypoglycemia, malnutrition, hypoxemia, and ischemia. Additionally, certain drugs can inhibit and compete for synaptic acetylcholine receptors, or by blocking its release into the synapse [443]. It is believed that other neurotransmitters, gamma-aminobutyric acid or GABA, glutamate, dopamine, serotonin and norepinephrine also play an important role in the evolution of delirium. It is hypothesized that delirium is caused by a combination of cholinergic deficit and dopamine excess which leads to neurotransmitter dysfunction [444].

However, these changes in acetylcholine and dopamine levels play only a partial role in the global deregulation of several neurotransmitter systems [445-448]. Onset of delirium is closely associated with elevated serum anticholinergic levels and intake of anticholinergic medications [447]. Anticholinergics are linked to an overall increased risk of delirium following stroke [445]. Dementia, especially in elderly, increases susceptibility to episodes of delirium, while cholinesterase inhibitors may improve symptoms of delirium [447-448]. Increased levels of serotonin and reduced levels of tryptophan, a serotonin precursor are also associated with delirium [449]. Some researchers have proposed that interactions of cholinergic and dopamine systems with glutamergic and gamma aminobutyric acid pathways also plays a key role in development of delirium [446]. Some researchers have proposed that widespread oxidative metabolism in the brain may play a role in the genesis of delirium [447]. Disruptions in the pathway of melatonin production are also considered to play an important role in the pathogenesis of delirium [450]. Some researchers have proposed inflammatory hypothesis that stresses the role of acute systemic inflammation. Inflammation leads to increased cytokine levels and disrupts the blood-brain barrier that causes structural and functional changes in the brain. These changes in the parenchyma of the brain are associated with acute behavioral and cognitive disturbances [451]. This may be the reason that delirium is frequently seen in patients with acute medical illness, hip fractures, postoperative states, etc. It is clear that delirium develops because of a number of factors which includes tissue injury and general medical disease. This fact also suggests that there is a final common pathway that causes delirium. It is hypothesized that this common pathway

CONFIDENTIAL

is stimulated by a number of factors such as physiological stress response, inflammatory and metabolic changes, which ultimately leads to delirium.

## CAUSES

Delirium develops due to a complex interaction of several predisposing and precipitating factors. A predisposing factor increases an individual's susceptibility to delirium and includes multiple factors such as any psychological, biological, or social factor. A precipitating factor can trigger delirium and includes multiple factors such as any psychological, biological, or social factor. This categorization of causes is useful to better assess an individual's risk of delirium. It also helps in planning the treatment of delirium. Generally, there is a significant degree of overlap between the two categories.

It has been observed that approximately 2-6 factors may be responsible for any case of delirium [452]. Delirium is caused by factors present in the patients plus pharmacological and environmental factors. Preexisting cognitive impairment, old age, severe comorbidity, and exposure to certain drugs are some of the common predictors of delirium [453]. In absence of predisposing factors or insufficient predisposing factors, individuals are resistant to delirium even in presence of significant precipitating factors; but if there are sufficient predisposing factors, delirium may develop even in presence of only minor precipitating factors [454]. Lipowski classified risk factors for delirium in to three classes i.e. predisposing, facilitating and precipitating factors. Three established general predisposing factors are old age, brain damage (e.g., cognitive impairment) and chronic brain disease. Several studies have observed that elderly patients have a greater risk of postoperative delirium [455, 456]. Similarly, patients with dementia and/ or, preexisting cognitive impairment [457] epilepsy, malignancy [458] and high systolic blood pressure [457] also have increased risk of delirium. Other factors include the presence of several medical diagnoses [459] and male sex [460]. Certain psychoactive medications [17] or other drug reactions,[461] particularly anticholinergic drugs, [462] are also linked to development of delirium. Several studies have observed that stroke and transient ischemic attacks (TIAs) are important precipitating organic factors for the development of delirium. Various infectious diseases, [463] especially UTIs i.e. urinary tract infections are also important precipitating factors. Predisposing and facilitating factors also affect the severity, onset, and duration of delirium. It has been hypothesized that certain psycho-social factors alone, such as depression, pain and psychological stressors, may trigger delirium.

NETCE0003062

| Predisposing factors | Precipitating factors |
|---|---|
| • Older age<br>• Cognitive impairment / dementia<br>• Physical comorbidity (biventricular failure, cancer, cerebrovascular disease)<br>• Psychiatric comorbidity (e.g. depression)<br>• Sensory impairment (vision, hearing)<br>• Functional dependence (e.g. requiring assistance for self-care and/or mobility)<br>• Dehydration / Malnutrition<br>• Drugs and drug-dependence. | • Metabolic<br>  • Malnutrition<br>  • Dehydration, electrolyte imbalance<br>  • Anaemia<br>  • Hypoxia<br>  • Hypercapnoea<br>  • Hypoglycaemia<br>  • Endocrine disorders (e.g. SIADH, Addison's disease, hyperthyroidism, hypercalcaemia)<br>• Infection<br>  • Especially respiratory and urinary tract infections<br>• Medication<br>  • Anticholinergics, dopaminergics, opioids, steroids, recent polypharmacy<br>• Vascular<br>  • Stroke/Transient ischaemic attack<br>  • Myocardial infarction, arrhythmias, decompensated heart failure<br>• Physical/psychological stress<br>  • Pain<br>  • Iatrogenic event, esp. post-operative, mechanical ventilation in ICU<br>  • Chronic/terminal illness, esp. cancer<br>  • Post-traumatic event, e.g. fall, fracture<br>  • Immobilisation/restraint<br>• Other<br>  • Substance withdrawal, esp. alcohol, benzodiazepines<br>  • Substance intoxication<br>  • Traumatic head injury |

| Underlying Conditions Commonly Associated With Delirium | |
|---|---|
| Type | Disorder |

NETCE0003063

| | |
|---|---|
| Central nervous system disorder | Head trauma<br>Seizures<br>Postictal state<br>Vascular disease (e.g., hypertensive encephalopathy)<br>Degenerative disease |
| Metabolic disorder | Renal failure (e.g., uremia)<br>Hepatic failure<br>Anemia<br>Hypoxia<br>Hypoglycemia<br>Thiamine deficiency<br>Endocrinopathy<br>Fluid or electrolyte imbalance<br>Acid-base imbalance |
| Cardiopulmonary disorder | Myocardial infarction<br>Congestive heart failure<br>Cardiac arrhythmia<br>Shock<br>Respiratory failure |
| Systemic illness | Substance intoxication or withdrawal<br>Infection<br>Neoplasm<br>Severe trauma<br>Sensory deprivation<br>Temperature dysregulation<br>Postoperative state |

CONFIDENTIAL

| Substances That Can Cause Delirium Through Intoxication or Withdrawal ||
|---|---|
| Category | Substance |
| Drugs of abuse | Alcohol<br>Amphetamines<br>Cannabis<br>Cocaine<br>Hallucinogens<br>Inhalants<br>Opioids<br>Phencyclidine<br>Sedatives<br>Hypnotics<br>Other |
| Medications | Anesthetics<br>Analgesics<br>Antiasthmatic agents<br>Anticonvulsants<br>Antihistamines<br>Antihypertensive and cardiovascular medications<br>Antimicrobials<br>Antiparkinsonian medications<br>Corticosteroids<br>Gastrointestinal medications<br>Muscle relaxants<br>Immunosuppressive agents<br>Lithium and psychotropic medications with anticholinergic properties |
| Toxins | Anticholinesterase<br>Organophosphate insecticides<br>Carbon monoxide<br>Carbon dioxide<br>Volatile substances, such as fuel or organic solvents |

NETCE0003065

| Potentially modifiable risk factors | Nonmodifiable risk factors |
|---|---|
| • Sensory impairment (hearing or vision)<br>• Immobilization (catheters or restraints)<br>• Medications (for example, sedative hypnotics, narcotics, anticholinergic drugs, corticosteroids, polypharmacy, withdrawal of alcohol or other drugs)<br>• Acute neurological diseases (for example, acute stroke [usually right parietal], intracranial hemorrhage, meningitis, enkephalitis)<br>• Intercurrent illness (for example, infections, iatrogenic complications, severe acute illness, anemia, dehydration, poor nutritional status, fracture or trauma, HIV infection)<br>• Metabolic derangement<br>• Surgery<br>• Environment (for example, admission to an intensive care unit)<br>• Pain<br>• Emotional distress<br>• Sustained sleep deprivation | • Dementia or cognitive impairment<br>• Advancing age (>65 years)<br>• History of delirium, stroke, neurological disease, falls or gait disorder<br>• Multiple comorbidities<br>• Male sex<br>• Chronic renal or hepatic disease |

CONFIDENTIAL

NETCE0003066

## DIFFERENTIAL DIAGNOSIS
### Differential Diagnoses of Delirium

| General Cause | Specific Cause |
|---|---|
| Vascular | Hypertensive encephalopathy; cerebral arteriosclerosis; intracranial hemorrhage or thromboses; emboli from atrial fibrillation, patent foramen ovale, or endocarditic valve; circulatory collapse (shock); systemic lupus erythematosus; polyarteritis nodosa; thrombotic thrombocytopenic purpura; hyperviscosity syndrome; sarcoid |
| Infectious | Encephalitis, bacterial or viral meningitis, fungal meningitis (cryptococcal, coccidioidal, *Histoplasma*), sepsis, general paresis, brain/epidural/subdural abscess, malaria, human immunodeficiency virus, Lyme disease, typhoid fever, parasitic (toxoplasma, trichinosis, cysticercosis, echinococcosis), Behçet's syndrome, mumps |
| Neoplastic | Space-occupying lesions, such as gliomas, meningiomas, abscesses; paraneoplastic syndromes; carcinomatous meningitis |
| Degenerative | Senile and presenile dementias, such as Alzheimer's or Pick's dementia, Huntington's chorea, Creutzfeldt-Jakob disease, Wilson's disease |
| Intoxication | Chronic intoxication or withdrawal effect of sedative-hypnotic drugs, such as bromides, opiates, tranquilizers, anticholinergics, dissociative anesthetics, anticonvulsants, carbon monoxide from burn inhalation |
| Congenital | Epilepsy, postictal states, complex partial status epilepticus, aneurysm |
| Traumatic | Subdural and epidural hematomas, contusion, laceration, postoperative trauma, heat stroke, fat emboli syndrome |
| Intraventricular | Normal pressure hydrocephalus |
| Vitamin deficiency | Deficiencies of thiamine (Wernicke-Korsakoff syndrome), niacin (pellagra), vitamin $B_{12}$ (pernicious anemia) |
| Endocrine-metabolic | Diabetic coma and shock; uremia; myxedema; hyperthyroidism; parathyroid dysfunction; hypoglycemia; hepatic or renal failure; porphyria; severe electrolyte or acid/base disturbances; paraneoplastic syndrome; Cushing's/Addison's syndrome; sleep apnea; carcinoid; Whipple's disease |
| Metals | Heavy metals (lead, manganese, mercury); other toxins |
| Anoxia | Hypoxia and anoxia secondary to pulmonary or cardiac failure, anesthesia, anemia |
| Depression—other | Depressive pseudodementia, hysteria, catatonia |

Modified from Ludwig AM: Principles of clinical psychiatry, New York, 1980, Free Press.

CONFIDENTIAL

The differential diagnosis between delirium and dementia is a frequent and complex issue.  It is also important to differentiate whether the delirium is superimposed on a preexisting dementia. Memory impairment is observed in delirium as well as dementia, but the individual with a dementia alone is alert and lacks disturbance in consciousness that is hallmark of a delirium. In delirium the onset of symptoms is relatively more rapid (i.e., usually over hours to days), whereas in dementia the onset is usually gradual or insidious. The severity of delirium symptom typically fluctuates over a day, whereas in dementia the severity of symptom usually does not. It is necessary to ask immediate family members of patient about the previous history of dementia. Delirium can be differentiated from psychosis, in which cognition as well as consciousness may be intact or may not be impaired. There may be some overlap of symptoms in certain acute psychosis with mania. Delirium associated with anxiety, fear, and dissociative symptoms should be differentiated from acute stress disorder, which is precipitated by exposure to a severe trauma. Delirium is also associated with psychotic, anxiety, mood, and dissociative symptoms.  These symptoms tend to fluctuate, develop because of poor ability to adequately maintain and shift attention, and are generally associated with EEG abnormalities.  Memory impairment and disorientation is generally observed in delirium, but is absent in these disorders.  Individual with delirium usually has presence of an underlying medical disease or condition, substance abuse or withdrawal.

Delirium can be differentiated from the confusion by the time course and lack of attention. Patients with confusion have a loss of orientation which is generally associated with a loss of memory. Delirium can be explained as a short term state of confusion which is associated with altered consciousness.

| Feature | Condition | | | |
| --- | --- | --- | --- | --- |
| | Delirium | Dementia (Alzheimer disease) | Psychotic disorders | Depression |
| Descriptive features | Confusion and inattention | Memory loss | Loss of contact with reality | Sadness, anhedonia |
| Onset | Acute | Insidious | Acute or slow | Slow |
| Course | Fluctuating, often worse at night | Chronic, progressive (but stable over the course of a day) | Chronic, with exacerbations | Single or recurrent episodes; can be chronic |
| Duration | Hours to months | Months to years | Months to years | Weeks to months |
| Consciousness | Altered | Normal | Normal | Normal |
| Attention | Impaired | Normal, except in late stages | May be impaired | May be impaired |
| Orientation | Fluctuates | Poor | Normal | Normal |
| Speech | Incoherent | Mild errors | Normal or pressured | Normal or slow |

CONFIDENTIAL

| Feature | Condition | | | |
|---|---|---|---|---|
| | **Delirium** | **Dementia (Alzheimer disease)** | **Psychotic disorders** | **Depression** |
| Thought | Disorganized | Impoverished | Disorganized | Normal |
| Illusions and hallucinations | Common (often visual) | Rare, except in late stages | Common | Not usually |
| Perceptions | Altered | Altered or normal | Altered | Normal |
| Psychomotor changes | Yes | No | Yes | Yes |
| Reversibility | Usually | Rarely | Rarely | Possibly |
| EEG reading | Moderate to severe background slowing | Normal or mild diffuse slowing | Normal | Normal |

CONFIDENTIAL

**Conditions Frequently Associated with Delirium, Mnemonic I WATCH DEATH**

| | |
|---|---|
| **I**nfectious | Encephalitis, meningitis, syphilis, pneumonia, urinary tract infection |
| **W**ithdrawal | Alcohol, sedative-hypnotics |
| **A**cute metabolic | Acidosis, alkalosis, electrolyte disturbances, hepatic or renal failure |
| **T**rauma | Heat stroke, burns, postoperative |
| **C**NS pathology | Abscesses, hemorrhage, seizures, stroke, tumors, vasculitis, normal pressure hydrocephalus |
| **H**ypoxia | Anemia, carbon monoxide poisoning, hypotension, pulmonary embolus, pulmonary or cardiac failure |
| **D**eficiencies | Vitamin $B_{12}$, niacin, thiamine |
| **E**ndocrinopathies | Hyperglycemia or hypoglycemia, hyperadrenocorticism or hypoadrenocorticism, hyperthyroidism or hypothyroidism, hyperparathyroidism or hypoparathyroidism |
| **A**cute vascular | Hypertensive encephalopathy, shock |
| **T**oxins or drugs | Medications, pesticides, solvents |
| **H**eavy metals | Lead, manganese, mercury |

**DIAGNOSIS**

Diagnosis of delirium in the elderly needs identification of symptoms and a systematic approach [464]. Some patients have clear signs and symptoms of delirium, where as others present without overt delirium and throw up a more complex and difficult diagnostic challenge. The diagnosis becomes more difficult in cases where adequate information or patient corroboration is limited.  Most causes or etiologies of delirium can be identified with a detailed history and physical examination, which should include medication history, combined with specific ancillary testing and a thorough search for source of occult infection [465].

HISTORY

Detailed history-taking is necessary and may require interviewing several people, including previous care providers, family members, friends, and other caregivers. It is important to assess the patient's cognitive baseline, the recent chain of events, any history of delirium or similar problems, new medications and any history of excessive alcohol intake or substance abuse. Past medical history as well as comorbid disease or conditions, such as hypertension, diabetes, etc, should be confirmed [465, 466]. A comprehensive ROS (review of systems) must be done because elderly usually describe nonspecific or vague complaints, such as fatigue, weakness [467].

The changes in the pattern of patient's baseline ADL or activities of daily living should be checked.  Elderly patients typically have a functional decline in a particular manner i.e. bathing, dressing, toileting/continence, transferring (bed/chair), and, finally, feeding. An underlying medical disease or condition should be looked for if

CONFIDENTIAL

the patient has difficulty with a particular activity of daily living that occurs out of order or acutely [467].

**PHYSICAL EXAMINATION**

A comprehensive physical examination is necessary when the etiology of delirium is not clear.  It is important to note that patients with delirium can be easily distracted and have problem maintaining focus. Patients with delirium are generally oriented to person, but not to time and/or place. They may have memory loss or impairment, particularly short-term, and have difficulty assimilating new information. Disorganized speech and thought processes and speech, impaired sleep-wake cycle, and perceptual disturbances are also seen in patients with delirium.  Patient may have emotional lability.  The ability to modulate fine emotional expression may also be impaired.

Patient should be assessed for orientation in time, place, person, and self. Mini-Mental State Examination (MMSE) and the Confusion Assessment Method (CAM) should be conducted to better evaluate cognition in the patient [468, 469].  The CAM scale has a sensitivity of 93% to 100% and a specificity of 90% to 95% [469]. Cognitive tests have some limitations, and patients with mild impairment can pass the test.  Cognitive tests are affected by the patient's general intelligence or level of education [470].

---

**The Confusion Assessment Method (CAM) Diagnostic Algorithm**

Feature 1: **Acute Onset or Fluctuating Course** This feature is usually obtained from a family member or nurse and is shown by positive responses to the following questions: Is there evidence of an acute change in mental status from the patient's baseline? Did the (abnormal) behavior fluctuate during the day, that is, tend to come and go, or increase and decrease in severity?

Feature 2: **Inattention** This feature is shown by a positive response to the following question: Did the patient have difficulty focusing attention, for example, being easily distractible, or having difficulty keeping track of what was being said?

Feature 3: **Disorganized thinking** This feature is shown by a positive response to the following question: Was the patient's thinking disorganized or incoherent, such as rambling or irrelevant conversation, unclear or illogical flow of ideas, or unpredictable switching from subject to subject?

Feature 4: **Altered Level of consciousness** This feature is shown by any answer other than "alert" to the following question: Overall, how would you rate this patient's level of consciousness? (alert [normal]), vigilant [hyperalert], lethargic [drowsy, easily aroused], stupor [difficult to arouse], or coma [unarousable])

The diagnosis of delirium by CAM requires the presence of features 1 and 2 and either 3 or 4.

---

**Screening tools for assessing delirium**

| Tool | Description |
|------|-------------|
| CAM | Most widely used screening test for the presence of delirium; a four-item instrument based on DSM-III-R delirium criteria, requires the presence of acute onset and fluctuating course, inattention, and disorganized thinking or loss of consciousness |

CONFIDENTIAL

| CAM–ICU | Delirium is diagnosed when patients demonstrate an acute change in mental status or fluctuating changes in mental status, inattention measured with either an auditory or a visual test, and either disorganized thinking or an altered level of consciousness. Importantly, the CAM–ICU can only be administered if the patient is arousable in response to a voice without the need for physical stimulation |
|---|---|
| DRS-R98 | 16-item scale, including 13 severity items and 3 diagnostic items. Severity scores range from 0 to 39, with higher scores indicating more-severe delirium; delirium typically involves scores ≥15 points |
| DSI | A structured interview detects the presence or absence of seven DSM-III criteria for delirium; delirium is said to be present if disorientation, perceptual disturbance or disturbance of consciousness have presented within the past 24 h |
| MDAS | Measures delirium severity on a 10-item, four-point observer-rated scale with scores that range from 0 to 30 |
| NEECHAM Confusion Scale | Nine scaled items divided into three subscales: subscale I, information processing (score range 0–14 points), evaluates components of cognitive status; subscale II, behavior (score range 0–10 points), evaluates observed behavior and performance ability; subscale III, performance (score range 0–16 points), assesses vital function (that is, vital signs, oxygen saturation level and urinary incontinence). Total scores can range from 0 (minimal function) to 30 (normal function). Delirium is present if the score is ≤24 points |
| ICDSC | Bedside screening tool for delirium in the intensive care unit setting; eight-item checklist based on DSM-IV® criteria, items scored as 1 (present) or 0 (absent); a score ≥4 points indicates delirium |
| Cognitive Test for Delirium | Can be used with patients unable to speak or write; assesses orientation, attention, memory, comprehension and vigilance, primarily with visual and auditory modalities. Each individual domain is scored 0–6 in two-point increments, except for comprehension, which is scored in single-point increments. Total scores range from 0 to 30, with higher scores indicating better cognitive function |

Abbreviations: CAM, Confusion Assessment Method; CAM–ICU, Confusion Assessment Method–Intensive Care Unit; DRS-R98, Delirium Rating Scale; DSI, Delirium Symptom Interview; DSM, Diagnostic and Statistical Manual of Mental Disorders (American Psychiatric Association, Arlington, VA); ICDSC, Intensive Care Delirium Screening Checklist; MDAS, Memorial Delirium Assessment Scale.

| Intensive Care Delirium Screening Checklist (ICDSC) | | |
|---|---|---|
| Assessment | Scoring Instructions | Score |
| **1.Altered Level of Consciousness*** | If MASS* portion of VAMASS** is 0 (no response) or 1 (response to noxious stimulus only), record "U/A" (unable to score) and do not complete remainder of screening tool<br>Score "0" if MASS score is 3 (calm, cooperative, interacts with environment | |

NETCE0003072

| | without prompting) Score "1" if MASS score is 2, 4, 5 or 6 (MASS score of 2 is a patient who only interacts or responds when stimulated by light touch or voice – no spontaneous interaction or movement; 4, 5 and 6 are exaggerated responses) | |
|---|---|---|
| **If MASS ≠ 0 or 1, screen items 2-8 and complete a total score of all 8 items.** | | |
| **2.Inattention** | "1" for any of the following: Difficulty following conversation or instructions Easily distracted by external stimuli Difficulty in shifting focuses | |
| **3.Disorientation** | "1" for any obvious mistake in person, place or time | |
| **4.Hallucination/ delusions/ psychosis** | "1" for any one of the following: Unequivocal manifestation of hallucinations or of behaviour probably due to hallucinations (e.g.catching non-existent object) Delusions Gross impairment in reality testing | |
| **5.Psychomotor agitation or retardation** | "1" for any of the following: Hyperactivity requiring additional sedatives or restraints in order to control potential dangerousness (e.g. pulling out IV lines, hitting staff) Hypoactivity or clinically noticeable psychomotor slowing (differs from depression by fluctuation in consciousness and inattention) | |
| **6.Inappropriate speech or mood** | "1" for any of the following (score 0 if unable to assess): Inappropriate, disorganized or incoherent speech Inappropriate display of emotion related to events or situation | |
| **7.Sleep wake/cycle disturbance** | "1" for any of the following: Sleeping less than 4 hours or waking frequently at night (do not consider wakefulness initiated by medical staff or loud environment) Sleeping during most of day | |
| | "1" for fluctuation of the manifestation of | |

NETCE0003073

| 8.Symptom fluctuation | any item or symptom over 24 hours (e.g., from one shift to another) | |
| TOTAL SCORE 0-8 / 8 | A score > 4 suggests delirium. A score > 4 is not indicative of the severity of the delirium | |

*Motor Assessment Scoring Scale
** Ventilator Assisted Motor Assessment Scoring Scale
Give a score of "1" to each of the 8 items below if the patient clearly meets the criteria defined in the scoring instructions. Give a score of "0" if there is no manifestation *or* unable to score. If the patient scores >4, notify the physician. The diagnosis of delirium is made following clinical assessment; document in the Assessment and Intervention record (RN) and progress note (MD).

Delirium in the elderly can be caused by constipation/fecal impaction urinary retention, and occult infection [470]. The most frequent reversible cause of urinary retention in the elderly is constipation/fecal impaction [471]. The elderly are prone to various types of infections and may exhibit an atypical disease presentation. Common infection sites in the elderly are the lungs, abdomen, urinary tract, and skin [472].

| Assessment of the Patient With Delirium | |
| --- | --- |
| Domain | Measure |
| Physical status | History<br>Physical and neurological examinations<br>Review of vital signs and anesthesia record if postoperative<br>Review of general medical records<br>Careful review of medications and correlation with behavioral changes |
| Mental status | Interview<br>Cognitive tests (e.g., clock face, digit span, Trail making tests) |
| Basic laboratory tests—consider for all patients with delirium | Blood chemistries: electrolytes, glucose, calcium, albumin, blood<br>urea nitrogen (BUN), creatinine, SGOT, SGPT, bilirubin, alkaline phosphatase, magnesium, PO4<br>Complete blood count (CBC)<br>Electrocardiogram<br>Chest X-ray<br>Measurement of arterial blood gases or oxygen saturation<br>Urinalysis |
| Additional laboratory tests— ordered as indicated by clinical condition | Urine culture and sensitivity (C&S)<br>Urine drug screen<br>Blood tests (e.g., venereal disease research laboratory [VDRL], heavy metal screen, B12 and folate levels, lupus erythematosus<br>[LE] prep, antinuclear antibody [ANA], urinary porphyrins, ammonia, human immunodeficiency virus [HIV]) |

NETCE0003074

| | Blood cultures<br>Measurement of serum levels of medications (e.g., digoxin, theophylline, phenobarbital, cyclosporine)<br>Lumbar puncture<br>Brain computerized tomography (CT) or magnetic resonance imaging (MRI)<br>Electroencephalogram (EEG) |
|---|---|

*Source.* From guidelines by Trzepacz and Wise.

DIAGNOSTIC TESTING

If required, ancillary testing should be done, and generally include complete blood count (CBC), blood oxygen saturation (O2sat), complete chemistry panel, urinalysis, and a chest x-ray. An electrocardiogram should be conducted as elderly have greater risk of silent myocardial infarction [470]. Elderly patients with cognitive impairments should be carefully evaluated for lumbar puncture. Elderly patients usually do not exhibit the characteristic meningeal findings of fever, headache, and stiff neck [470, 473].

Other laboratory tests that may be considered in elderly patient with delirium are:
- ABG or arterial blood gas (hypercarbia, hypoxia)
- TFT or thyroid function tests (hypothyroid and hyperthyroid)
- LFTs or liver function tests (liver failure, encephalopathy)
- Blood alcohol level
- Drug levels (intoxication)
- Toxin screens (overdose)
- Rapid plasma reagin test (syphilis)
- Vitamin $B_{12}$ and folic acid (metabolic deficiencies) levels
- Carbon monoxide level (hypoxia, poisoning) [474, 475]

EEG changes are commonly detected in patients with delirium (44). Most of the EEG changes include generalized slowing activity, although low-voltage fast activity may be observed in delirium tremens (45). EEG findings have a sensitivity of around 75%, but their absence does not rule out delirium. EEG is not routinely indicated but can help in equivocal cases of delirium, as it shows diffuse bilateral slowing in majority of patients with delirium. Some of the other tests that are showing great promise are brain imaging [476, 477] and serum anticholinergic activity level [478].

NETCE0003075

| **Diagnostic criteria IV TR for Delirium Due to [Indicate the General Medical Condition]** |
|---|
| A. Disturbance of consciousness (i.e., reduced clarity of awareness of the environment) with reduced ability to focus, sustain, or shift attention.<br>B. A change in cognition (such as memory deficit, disorientation, language disturbance)<br>or the development of a perceptual disturbance that is not better accounted for by a preexisting, established, or evolving dementia.<br>C. The disturbance develops over a short period of time (usually hours to days) and tends to fluctuate during the course of the day.<br>D. There is evidence from the history, physical examination, or laboratory findings that the disturbance is caused by the direct physiological consequences of a general medical condition. |

| **Diagnostic criteria IV TR  for Substance Intoxication Delirium** |
|---|
| A. Disturbance of consciousness (i.e., reduced clarity of awareness of the environment) with reduced ability to focus, sustain, or shift attention.<br>B. A change in cognition (such as memory deficit, disorientation, language disturbance) or the development of a perceptual disturbance that is not better accounted for by a preexisting, established, or evolving dementia.<br>e. The disturbance develops over a short period of time (usually hours to days) and tends to fluctuate during the course of the day.<br>D. There is evidence from the history, physical examination, or laboratory findings of either (1) or (2):<br>(1) the symptoms in Criteria A and B developed during Substance Intoxication<br>(2) medication use is etiologically related to the disturbance·<br>Note: This diagnosis should be made instead of a diagnosis of Substance Intoxication only when the cognitive symptoms are in excess of those usually associated with the intoxication syndrome and when the symptoms are sufficiently severe to warrant independent clinical attention.<br>Note: The diagnosis should be recorded as Substance-Induced Delirium if related to medication use |

| **Diagnostic criteria IV TR  for Substance Withdrawal Delirium** |
|---|
| A. Disturbance of consciousness (i.e., reduced clarity of awareness of the environment) with reduced ability to focus, sustain, or shift attention.<br>B. A change in cognition (such as memory deficit, disorientation. language disturbance) or the development of a perceptual disturbance that is not better accounted for by a preexisting, established, or evolving dementia.<br>e. The disturbance develops over a short period of time (usually hours to days) and tends to fluctuate during the course of the day.<br>D. There is evidence from the history, physical examination, or laboratory findings that the symptoms in Criteria A and B developed during, or shortly after, a withdrawal syndrome.<br><br>**Note**: This diagnosis should be made instead of a diagnosis of Substance Withdrawal only when the cognitive symptoms are in excess of those usually associated with the withdrawal syndrome and when the symptoms are sufficiently severe to warrant independent clinical attention. |

CONFIDENTIAL

| Diagnostic criteria IV TR for Delirium Due to Multiple Etiologies |
|---|
| A. Disturbance of consciousness (i.e., reduced clarity of awareness of the environment) with reduced ability to focus, sustain, or shift attention. B. A change in cognition (such as memory deficit, disorientation, language disturbance) or the development of a perceptual disturbance that is not better accounted for by a preexisting, established, or evolving dementia. C. The disturbance develops over a short period of time (usually hours to days) and tends to fluctuate during the course of the day. D. There is evidence from the history, physical examination, or laboratory findings that the delirium has more than one etiology (e.g ., more than one etiological general medical condition, a general medical condition plus Substance Intoxication or medication side effect). |

| Diagnostic criteria IV TR for Delirium Not Otherwise Specified |
|---|
| This category should be used to diagnose a delirium that does not meet criteria for any of the specific types of delirium described in this section. Examples include I. A clinical presentation of delirium that is suspected to be due to a general medical condition or substance use but for which there is insufficient evidence to establish a specific etiology 2. Delirium due to causes not listed in this section (e.g., sensory deprivation) |

## MANAGEMENT

### Identifying Underlying Medical Conditions

The definitive treatment for delirium encompasses immediate and correct detection of the underlying medical disease or condition causing the disorder. A comprehensive review of the medical history, physical examination findings, laboratory evaluations, and use of any medication, illicit drugs, and alcohol is necessary. The etiology is usually obvious from the history and basic laboratory tests.

| Examples of Reversible Causes of Delirium and Their Treatments | |
|---|---|
| Hypoglycemia or delirium of unknown etiology where hypoglycemia is suspected | Tests of blood and urine for diagnosis Thiamine hydrochloride, 100 mg i.v. (before glucose) 50% glucose solution, 50 ml i.v. |
| Hypoxia or anoxia (e.g., due to pneumonia, obstructive or restrictive pulmonary disease, cardiac disease, hypotension, severe anemia, or carbon monoxide poisoning) | Immediate oxygen |
| Hyperthermia (e.g., temperature above 40.5°C or 105°F) | Rapid cooling |

CONFIDENTIAL

| Severe hypertension (e.g., blood pressure of 260/150 mm Hg) with papilledema | Prompt antihypertensive treatment |
|---|---|
| Alcohol or sedative withdrawal | Appropriate pharmacologic intervention Thiamine, intravenous glucose, magnesium, phosphate, and other B vitamins, including folate |
| Wernicke's encephalopathy | Thiamine hydrochloride, 100 mg i.v., followed by thiamine daily, either intravenously or orally |
| Anticholinergic delirium | Withdrawal of offending agent In severe cases, physostigmine should be considered unless contraindicated |

**Environmental Interventions**

Environmental interventions that may be beneficial in the management of delirium are listed below in the table. Patient should ideally be kept near the nursing station as it facilitates closer monitoring. The presence of a near and dear one can also be beneficial. Severe cases of delirium may require round the clock, one-on-one supervision to monitor the patient as well as assist in controlling agitation. Frequent reorientation is also important.

**Environmental Interventions in Treating Patients with Delirium**

| **Provide support and orientation** |
|---|
| • Communicate clearly and concisely; give repeated verbal reminders of the day, time, location, and identity of key persons, such as members of the treatment team and relatives. |
| • Provide clear signposts to patient's location, including a clock, calendar, and chart with the day's schedule. |
| • Place familiar objects from patient's home in the room. |
| • Ensure consistency in staff (e.g., a key nurse). |
| • Use television or radio for relaxation and to help the patient maintain contact with the outside world. |
| • Involve family members and caregivers to encourage feelings of security and orientation. |

| **Provide an unambiguous environment** |
|---|
| • Simplify care area by removing unnecessary objects; allow adequate space between beds. |
| • Consider using private room to aid rest and avoid extremes of sensory experience. |
| • Avoid using medical jargon in patient's presence because it may encourage paranoia. |
| • Ensure that lighting is adequate; provide a 40- to 60-watt night light to reduce misperceptions. |
| • Control sources of excess noise (e.g., staff, equipment, visitors); aim for fewer than 45 dB during the day and fewer than 20 dB during the night. |

CONFIDENTIAL

| |
|---|
| • Maintain room temperature between 21.1 C (69.98 F) and 23.8 C (74.8 F) |
| **Maintaining competency** |
| • Identify and correct sensory impairments; ensure patients have their glasses, hearing aids, and dentures. Consider whether interpreter is needed.<br>• Encourage self-care and participation in treatment (e.g., ask patient for feedback on pain).<br>• Arrange treatments to allow maximum periods of uninterrupted sleep.<br>• Maintain activity levels: ambulatory patients should walk three times daily; nonambulatory patients should undergo full range of movement exercise for 15 minutes three times daily. |

*Adapted with permission from Meagher DJ. Delirium: optimising management. BMJ 2001;322:146.*

### Symptomatic Treatment or Somatic Interventions

The primary management of the symptoms of delirium is predominantly pharmacologic. The pharmacotherapy for delirium depends on its cause. Antipsychotic drugs, such as haloperidol, are commonly used to control agitation and hallucinations in patients with delirium [479].  In majority of adult patients who experience delirium of moderate severity, haloperidol can be administered at 1 to 2 mg twice daily, with dose repetition every four hours as needed.  This drug may be administered intravenously, orally, or intramuscularly. Haloperidol is given via intravenous (IV) or intramuscular (IM) route in the critical care setting [480]. Haloperidoland atypical anti-psychotics are the standard drug treatments for delirium in the ICU [481-483].

The intravenous route of administration results in fewer incidence of extrapyramidal side effects; however, the risk for development of torsades de pointes in increased. Some patients, who receive IV haloperidol, have QTc prolongation on ECG and therefore should be put on cardiac monitor. In case QTc prolongation is 25 % above baseline or greater than 450 msec, haloperidol should be discontinued, or a cardiologist's opinion should be sought. Elderly patients with delirium should be initiated started at lower dosages. Risperidone can be started at a dosage of 0.5 mg twice daily and increased slowly if needed. All the patients taking antipsychotic should be monitored at least every 24 hours. In case cognitive function of the patient stabilizes, antipsychotics should be given for the next few days, then tapered and finally discontinued. Antipsychotics should never be discontinued on the very first day the patient's mental status shows improvement because the symptoms of delirium might just be fluctuating. Gradual tapering of the drug gives time to monitor, assess and ensures the delirium has resolved as well as prevents rapid

NETCE0003079

rebound of symptoms. Benzodiazepines are effective in certain types of delirium. They are the drug of choice for delirium related to alcohol or benzodiazepine withdrawal [484]; however, benzodiazepines are not effective when used alone for general cases of delirium. Additionally, these drugs themselves can lead to delirium or worsen it, [484] and lack a reliable evidence base regarding their efficacy [485]. Benzodiazepines may be beneficial when seizure threshold needs to be raised or to control certain side effects of anticholinergics or antipsychotics. Among benzodiazepines, lorazepam is the drug of choice due to its sedative properties, rapid onset, short term action, and low accumulation risk.

Anticholinergic mechanisms seem to trigger drug-induced deliriums.  Similar mechanisms may be involved in delirium from certain other conditions such as hypoxia, hypoglycemia, thiamine deficiency, traumatic brain injury, and stroke. Cholinergic medications are used specifically in cases of delirium caused by anticholinergic medications. Physostigmine is usually the preferred cholinergic, where as tacrine and donepezil are seldom used in patients with delirium.
Trazodone, an antidepressant, is sometimes prescribed for the treatment of delirium, but it increases risk of oversedation, and its efficacy has not been well studied [484]. Any malnourished or alcoholic patient should be given multivitamin supplementation. Morphine is generally used in palliative treatment of delirium where pain is the predominant and an aggravating factor [486]. ECT may be considered in patients with delirium due to a specific etiology such as neuroleptic malignant syndrome. Elderly patients with severe trauma may initially have normal vital signs before clinical deterioration [487].  It is also important to look for signs and symptoms of acute ischemic stroke and other neurologic disease conditions, such as Wernicke encephalopathy [466]. Haloperidol should be used with extreme caution in elderly patients, especially in patients with underlying cardiac condition such as acute coronary ischemia, decompensated congestive heart failure [466].  Risperidone is mainly used in the elderly, with a recommended initial dose of 0.25 to 0.50 mg [466, 488].  The use of physical restraints should be preferably avoided. If needed, physical restraints for elderly patients should be temporary, as it may cause delirium [466].  Morphine should be used with extreme caution in elderly patients because people in this age group are more susceptible to respiratory depression and hepatic encephalopathy with this drug. Diazepam should also be avoided in elderly, except in alcohol or sedative hypnotic withdrawal, because of its relatively long half-life and increased propensity for respiratory depression [466].

| ALGORITHM FOR THE PREVENTION AND MANAGEMENT OF DELIRIUM |
|---|

I. Be vigilant for the possibility of delirium.
  A. Obtain baseline level of cognitive functioning information from accessory sources.
  B. Screen for the development of delirium in high risk groups, either by the use of psychiatric consultants or objective scales (eg, DRS-98; CAM).
  C. Use psychiatric consultants to help with assessment and design of the treatment plan, if available.
II. Identify and treat underlying medical causes.
III. Non-Pharmacological Treatment Strategies:
  A. Correct malnutrition, dehydration and electrolyte abnormalities should be corrected as quickly and safely as possible.
  B. Remove immobilizing lines and devices (ie, IV lines, chest tubes, bladder catheters and physical restraints) as early as possible.
  C. Correct sensory deficits (ie, eyeglasses, hearing aids).
  D. Promote as normal a circadian light rhythm as possible. Better if this can be achieved by environmental manipulations, such as light control (ie, lights on & curtains drawn during the day; off at night) and noise control (ie, provide ear plugs, turn off TVs, minimize night staff chatter), rather than by the use of medications.
  E. Provide adequate intellectual and environmental stimulation as early as possible.
  F. Minimize environmental isolation.

IV. Pharmacological Treatment Strategies:
  A. Conduct an inventory of all pharmacological agents been administered to the patient. Any medication or agent known to cause delirium or to have high anticholinergic potential should be discontinued, if possible, or a suitable alternative instituted. B. Avoid using GABAergic agents to control agitation, if possible. Exceptions: cases of CNS-depressant withdrawal (ie, alcohol, benzodiazepines, barbiturates) or when more appropriate agents have failed and sedations is needed to prevent patient's harm.
  C. Adequately assess and treat pain.
  D. Avoid the use of opioids for behavioral control of agitation.
  E. For the pharmacological management of delirium (all types) consider using:

    i.   (eg, rivastigmine, donepezil, physostigmine, rivastigmine) for correction of central anticholinergic syndrome.
    ii.  Serotonin antagonist (eg, ondansetron) to control toxic elevations of 5-HT usually associated with hypoactive delirium, although some studies have suggested its use may be indicated in all types of delirium.
    iii.  Rotate opioids from morphine and meperidine to fentanyl or hydromorphone.
    iv.  Melatonin or melatonin agonists (eg, ramelteon) to promote a more natural sleep.
    v.  Dopamine agonists to manage the theorized abnormally elevated levels of dopamine, and provide restoration of putative hippocampal functions (eg, short-term memory) and reversal of other regional brain disturbances (eg, agitation, psychosis, primitive reflexes), as well as to protect neurons against hypoxic stress and injury. The dose of dopamine antagonist use may depend on the type of delirium been

NETCE0003081

treated.

vi. Alpha-2 agonists (eg, dexmedetomidine, clonidine), for protection against the acute NE released secondary to hypoxia or ischemia, leads to further neuronal injury and the development of worsening of delirium.

vii. NMDA-receptor blocking agents, to minimize glutamine induced neuronal injury (eg, amantadine, memantine).

F. In case of hyperactive delirium:

i. Use low to moderate dose haloperidol (eg, ! 20mg/24hr), if the patient's cardiac condition allows it and there are no significant electrolyte abnormalities.

a. Before using haloperidol: obtain 12-lead ECG; measure QTc & electrolytes. Correct K+ & Mg+, if needed.

b. If possible avoid other medications known to increase QTc and/or inhibitors of CPY3A4. c. Discontinue its use if QTc increases to O25% of baseline or O500msec.

ii. When the use of haloperidol is contraindicated or not desirable, atypical antipsychotics should be considered:

a. Better evidence for: risperidone, quetiapine.

b. Limited data for: olanzepine, aripripazole, perospirone.

c. Avoid: clozapine, ziprasidone.

G. In case of hypoactive delirium:

i. Evidence suggests that DA antagonists may still have a place given the excess DA theory.

a. If haloperidol is use, recommended doses are in the very low range (ie, 0.25 to 1mg / 24hr).

b. If an atypical is preferred, consider an agent with low sedation (ie, risperidone); unless a sedative agent is needed to restore sleep-wake cycle not responding to E-iv (see above).

ii. In cases of extreme psychomotor retardation or catatonic features, in the absence of agitation or psychosis, consider the use of psychostimulant agents (eg, methylphenidate, dextroamphetamine, modafinil) or conventional dopamine agonists (eg, bromocriptine, amantadine, memantine).

| Drug | Dose | Adverse effects | Comments |
|---|---|---|---|
| **Acute therapy** | | | |
| Antipsychotics[a] Haloperidol | 0.5–1 mg PO or IM; can repeat every 4 h (PO) or every 60 min (IM) | Extrapyramidal syndrome, prolonged QT interval | Randomized, controlled trials demonstrate reduction in symptom severity and duration |
| Atypical | | Extrapyramidal | Randomized, controlled |

NETCE0003082

| Drug | Dose | Adverse effects | Comments |
|---|---|---|---|
| antipsychotics[a]<br>Risperidone<br>Olanzapine<br>Quetiapine | 0.5 mg BID<br>2.5–5 mg daily<br>25 mg BID | syndrome, prolonged QT interval | trials comparing efficacy against haloperidol showed comparable response rates |
| Benzodiazepines[b]<br>Lorazepam | 0.5–1 mg PO; can repeat every 4 h | Paradoxical excitation, respiratory depression, excessive sedation, confusion | Did not show improvement in condition; treatment limited by adverse effects |
| Cholinesterase inhibitors[c]<br>Donepezil | 5 mg QD | Nausea, vomiting, diarrhea | No randomized, controlled studies have been conducted; some case studies have indicated promise[63, 64, 65] |
| **Prophylactic therapies (potential)[c]** | | | |
| Antipsychotics<br>Haloperidol | 0.5–1 mg PO or IM; can repeat every 4 h (PO) or every 60 min (IM) | Extrapyramidal syndrome, prolonged QT interval | Use in surgical cases may reduce delirium incidence; needs to be confirmed in additional studies |
| Cholinesterase inhibitors<br>Donepezil | 5 mg QD | Nausea, vomiting, diarrhea | Prevention studies have not demonstrated efficacy |

[a]Antipsychotics are the most widely used drugs for the treatment of delirium-related agitation but can have marked adverse effects.
[b]Benzodiazepines should be reserved for treatment of drug withdrawal, diffuse Lewy body disease, or as second-line treatment following failure of antipsychotics.
[c]Not currently accepted clinical therapies.
Abbreviations: BID, twice daily; IM, intramuscularly; PO, per os (by mouth); QD, once daily.

CONFIDENTIAL

CLINICAL FEATURES INFLUENCING TREATMENT

A. Comorbid Psychiatric Disorders

Delirium is frequently misdiagnosed or confused as depression or dementia. A careful history may reveal about pre-existing depression or dementia before the onset of delirium. When delirium is present with other comorbid psychiatric disorders, the delirium should always be treated first. Treatment of other comorbid psychiatric disorders should be either minimized or not initiated until the resolution of delirium. Pharmacotherapy for psychiatric illness or disorders can cause, exacerbate, or contribute to delirium.

B. Comorbid General Medical Conditions

1. AIDS/HIV
Delirium is observed in approximately 30%–40% of hospitalized AIDS patients [489]. Recent research studies have observed that AIDS patients have increased sensitivity to the extrapyramidal side effects of dopamine-blocking antipsychotic drugs; therefore, high doses of antipsychotics should be given cautiously [490]. Antipsychotics if given at lower doses have a better safety and efficacy with fewer extrapyramidal side effects.

2. Liver disease
Majority of psychotropic drugs undergo hepatic transformation and. People with hepatic dysfunction require lower doses of haloperidol and some of the psychotropic medications.

C. Advanced Age
The elderly are especially susceptible to delirium because of structural and physiological changes in brain, multiple medical problems, reduced hepatic function, multi- sensory declines, and dementia. Management of delirium in the elderly requires a comprehensive medical evaluation that encompasses patient's level of oxygenation, possible occult infection, and the role of certain medicines is an essential initial approach to the management of delirium in the elderly.

Anticholinergic may precipitate delirium. Other drugs such as ranitidine or digoxin can also trigger delirium. Low doses of antipsychotics should be used in the treatment of delirium in elderly patients. Compared to younger patients, the benefits of restraints are greater elderly patients as they are more susceptible to falls and hip fractures. Lewy body dementia should be suspected if extrapyramidal side effects develop early in the management of delirium.

CONFIDENTIAL

**Education**

Patients and families should be educated about delirium, its causes and etiology, and its course. Patients may or may not comprehend their condition; however, they must be educated that this condition is usually temporary and the symptoms are part of a medical condition. Nursing staff should make frequent observations of patients with delirium, and therefore, should also be properly educated to identify the onset and monitor the course of delirium.

---

**1. Learn about delirium**
Know the signs of delirium.
Tell the doctor or other health care team member if you notice any signs of delirium.
Understand that delirium is not dementia. Dementia is the gradual loss of brain cells over time that results in decline of day-to-day thinking. Dementia cannot be cured.
**2. Support healthy rest and sleep by:**
Reducing noise and distractions.
Keeping light low or off when resting.
Improving comfort with a pillow, blanket, warm drink or back rub.
Not using sleeping pills if possible.
**3. Support physical activity by:**
Helping with sitting and walking.
Talking with the health care team about safe exercise and activities.
**4. Support healthy eating and drinking by:**
Encouraging and helping with eating.
Offering fluids often.
**5. Support good hearing by:**
Encouraging the wearing of hearing aides.
Making sure hearing aides are working.
**6. Support good seeing by:**
Encouraging the wearing of glasses or use a magnifying glass.
Keeping glasses clean.
Using good lighting.
**7. Support mental stimulation by:**
Arranging for familiar people to visit.
Keeping sentences short and simple.
Gently reminding them where they are and what is happening. Please do not argue with them.
Talking about current events and what is going on around the person.
Reading out loud or using large print or talking books.
Bringing in a clock, calendar or pictures from home.

---

**Delirium Superimposed on Dementia Algorithm**

NETCE0003085

**Assess for pre-hospital cognitive function:**
• Review the patient's medical record for indications of pre-existing dementia and/or functional difficulties.
• Ask the patient's family, if any, whether the patient has a diagnosis of dementia or signs and symptoms of possible dementia. Ask about mental status in past 6 months to one year.
• If a patient is admitted from an assisted living or long term care facility, question the staff about the patient's baseline mental and functional status.
• Complete a tool, such as the Family Questionnaire, to help assess pre-hospital cognitive and functional abilities (See *Try This:* Recognition of Dementia in Hospitalized Older Adults).

**Assess for and identify delirium promptly:**
• Use an instrument, such as the Confusion Assessment Method (CAM), to identify delirium quickly and at the bedside.
• *Acute* onset (acute meaning minutes, hours, shifts, days--up to 2 weeks) or any *change* in cognition (inattention, memory loss, disorientation, hallucinations, delusions) or any change in function.
• Acute change in behaviors such as verbal and/or physical aggression, resistance to care, and wandering.
• Fluctuation of mental status (unusual or changing function).
• Inattention: Assess by asking to say Days of the Week backwards or spell WORLD backwards and by observing for problems focusing, staring off into space, or losing track of questions.
• Disorganized thinking: Assess by asking, "What would you do if your home or room were on fire?"
• Altered level of consciousness. Hyperactive or hypoalert. Remember lethargy, falling asleep, staring off into space, and decreased motor activity is NOT NORMAL in older adults with dementia.

| **Assess for physiologic causes and risk factors for delirium:** | **Prevent injury:** | **Additional preventative strategies:** |
|---|---|---|
| • Medication(s)<br>• Fecal impaction<br>• Urinary retention<br>• Infection (urine, lungs, skin)<br>• Hypoxia<br>• Dehydration<br>• Hypo/hyperglycemia<br>• Pain (See *Try This:* Assessing Pain) | • Room near nurse's station (monitor for excessive noise and stimulation due to location)<br>• Motion sensor alarm<br>• Asses fall risk<br>• Remove/camouflage tubes when possible<br>• Use of increased surveillance & rounding | • Environmental stimuli as appropriate<br>• Mobilize<br>• Non-drug alternatives and sleep protocol<br>• Provide sensory aides<br>• Cognitive stimulation<br>• Hydration & nutrition<br>• Personalize activities/room (all about me poster |

NETCE0003086

---

**Follow-up assessment**

• Educate the family about the nature of delirium, indicating this is not a "worsening of dementia" but an acute or emergent health issue. Do admission and discharge teaching.
• Continue to assess cognition using the CAM and observing behaviors.
• Continue with preventative strategies.
• Educate and counsel family regarding signs of re-occurrence and duration (2 weeks to 6 months) of delirium.

---

## ADVANCEMENTS

Although the causes of depression still remain a mystery, recent advancements have helped a great deal in understanding the factors associated with depression and its manifestations. Contrasting forms of depression in observed in elderly with depression in early life has provided deep insight into various mechanisms that might be responsible for greater depression risk.  These new findings have led to new hypotheses on the various types of causes of depression, which in turn have led to new therapeutic advances in treatment approaches to the treatment of depression in elderly.  In addition, new insights in care access and management of depression have provided new pathways to improve the treatment of depression in elderly. Recent neuroradiological and histopathological research studies have observed a close relationship between depression, executive dysfunction, and brain abnormalities, especially those adversely impacting the structure of frontostriatal network.  Executive dysfunction and depression are assumed to be related to fronto-striato-limbic network changes [491]. Researches have found five such frontostriatal circuits [492]. Glutamate, gamma-aminobutyric acid (GABA), and enkephalins are key neurotransmitters in these circuits, where as acetylcholine and dopamine play the role of modulator.  It is hypothesized damage to these neurotransmitters results in depression.

Depression is also linked with cerebral infarcts, even in the absence of neurological symptoms. In a recent research study, it was found that compared to cerebral infarcts with peripheral neurologic signs, these "silent" infarcts were seen five times more frequently [493]. Depression is also related to white matter hyperintensities (WMHs), which are more frequently observed in depressed elderly than healthy older adults [494, 496], particularly in temporal and frontal regions [497]. Furthermore, it has been observed that deep WMHs of depressed elderly patients have a greater likelihood of ischemic in nature compared to deep WMHs of elderly controls [498]. WMHs are linked with cardiac disease [499], smoking, cerebrovascular disease (84), high blood pressure or hypertension, reduced cerebral blood flow, executive dysfunction, and disability [500]. Based on these findings, it has been proposed that cerebrovascular disease may be an important for development of latelife depression syndrome. Inflammation seems to play an important role in the development of both vascular disease and depression concurrently. The association between

CONFIDENTIAL

NETCE0003087

hypercoagulability and depression in elderly is possibly mediated by smoking, physical inactivity, or elevated platelet activity [501].

Advances in depression in elderly research include novel or improved treatments, personalization of depression management on the basis of depression type or characteristics of the patient, and strategies to enhance access to and delivery of care.
Neuroimaging studies have also provided new insights about depression in elderly. ECT or electroconvulsive therapy still remains the most effective treatment for depression. The response rate of for untreated late-life depression is approximately 90%, and remission rates hovers around 70%, whereas the response and remission rate for medication- treatment-resistant depression is around 70% and 50% [502]. Some ECT studies have observed higher rates of response and remission for late-life depression than early-life depression [503, 504].

Psychotherapy
Different types of psychotherapies that may benefit cognitively intact elderly depressed include interpersonal psychotherapy (ITP) [505], problem-solving therapy (PST)
[506], supportive psychotherapy [507, and cognitive-behavioral therapy (CBT) [508, 509]. The frequency of developing depression after stroke has driven attention towards different forms of post-stroke depression prophylaxis. Prophylactic drug treatment with escitalopram or problem-solving therapy after stroke seems to significantly reduce depression rates compared with placebo [510]. Multidisciplinary approaches for the management of depression Medical diseases or illness increases the risk of depression [511] and vice-versa. It has been observed that patients with chronic pain and depression may benefit from a multi-disciplinary approach.

Care access and delivery
The greatest limitation in treatment of depression in elderly patient is related to treatment access and delivery rather than treatment efficacy. The diagnosis of depression, particularly in elderly, is often missed. Studies such as IMPACT [512, 513] and PROSPECT [514, 515] have observed that collaborative care provided at the primary care setting is better than usual care.

A tremendous progress has been made in our understanding of depression, its form and treatment. However, we still lack an effective optimized and individualized treatment. Researchers are now focusing on predictors of benefit and adverse effects of various types of specific treatments. Depression is now being better studied with help of proteomics, genomics, physiological markers, co-morbid conditions, personal experiences, personality traits, and specific depressive symptoms. Role of culture, race, and ethnicity also needs to be taken into account for optimum treatment and predicting response and adverse effects. The focus has also shifted to provide better access to care and medical adherence. Researchers are looking to deign and develop better methodology to deliver optimum treatment. Focus of the current research is also focusing on the economic cost and efficacy of treatment on overall quality and functioning of life. As the global population ages and co-morbid illnesses become more frequent and common, we need to find novel ways of care integration for depression.
Majority of research studies have examined the acute phase of treatment in MDD (major depressive disorder). Researchers are also now focusing on the continuation and maintenance phases. The psychotherapy research continues to develop and evolve. We now have a better understanding about specific types of therapy and

CONFIDENTIAL

their efficacy ob depression. Researchers are studying the various components of specific psychotherapies, the patient-specific factors, the indications for using specific psychotherapy, and the optimal frequency and duration of psychotherapy for specific patient subgroups, types of psychotherapy, or phases (stages) of depression treatment. More in-depth study is required for developing strategies for sequencing psychotherapy and for combining psychotherapy in patients with depression. Scientists are working to better understand the complex issues pertaining to management of depression which includes:

- Short- and long-term side effects of drugs
- comparative efficacies of different drugs
- specific clinical indications of different types of antidepressants
- Various types of augmentation strategies
- combination drug treatment

Researchers are also studying the effect of treatments or combinations of treatments.

Initial research studies of monotherapy with second-generation antipsychotics seem promising, but we still need to know more about the acute and long-term benefits and side effects of a particular drug. Currently, ECT (Electroconvulsive therapy) remains the best treatment option compared to other stimulation treatments such as values nerve stimulation or VNS, deep brain stimulation, Transcranial magnetic stimulation (TMS), and other electromagnetic stimulation therapies.More research is required for optimal treatment approaches such as treatment schedule, stimulation parameters, etc for delivering novel and better ways of stimulation therapies. Researchers are also studying the effect of sunlight on depression. Light therapy has beneficial effects as adjunctive treatment in nonseasonal MDD (major depressive disorder) or as a primary treatment for seasonal MDD in the maintenance phase. Alternative therapies such as acupuncture seem to offer little help, but needs to be studied more incisively. Role of exercise in the treatment of depression should also be determined.

**Dementia**
In the last few years, rapid strides have been made in several spheres of dementia, including pathphysiology, genetics, risk assessment, and management.
There have been significant improvements in neuroimaging, whih includes magnetic resonance imaging (MRI) hippocampal volume measures,[516] and positron emission tomography (PET) scanning with flourodeoxyglucose and amyloid ligands [517].

Researches had linked probable role of homocysteine in the pathogenesis of Alzheimer disease [518]. Discovery of new genes associated with sporadic, late-onset Alzheimer disease [519] and a form of frontotemporal dementia [520, 521] has provided new insights in the development of dementia. Researches have recognized that vascular risk factors such as hypertension, hyperlipidemia, etc increase the risk of Alzheimer disease and vascular dementia. These finding may help a great deal for prevention of dementia.
The development of early detection methods identifying at-risk individuals is important as incidence rate of Alzheimer's disease has increased. Early detection facilitates early intervention. It also benefits further research and possibility of preserving function with various types of current and future disease-modifying therapies. New advanced PET scans are shedding new light on Alzheimer's disease. 18F-labelled positron emission tomography (PET) is being used to study changes in the brain in individuals with dementia. It is also being used to study and

NETCE0003089

differentiate between Alzheimer's disease (AD) and frontotemporal dementia (FTD). These new recent advances also raise questions about the best approach for diagnosing dementia. Progress has also been made in the management of dementia. Scientists and clinicians have developed new types of pharmacologic and nonpharmacologic treatments. Cholinesterase inhibitors have proven to be effective in the magnet of dementia, although their efficacy continues to be debated. Memantine, a NMDA receptor antagonist, has also been introduced for the management of dementia. It has shown a small beneficial effect in patients with moderate to severe Alzheimer disease, but it has not been that effective mild cases of Alzheimer disease [522].

Accumulation of amyloid 'plaques' in the brain probably plays a major role in the pathogenesis of Alzheimer's disease. Anti-amyloid agents are being developed that may prevent the process of amyloid deposition in the brain. New studies are being conducted on anti-amyloid agents that have shown a great promise in the treatment of Alzheimer's disease, particularly in elderly. The exact pathphysiology of Alzheimer's disease is still unknown. However, it is now known that the abnormal tau protein phosphorylation leaqds to accumulation of neuritic plaques and neurofibrillary tangles in the brain. These changes lead to Alzheimer's disease and dementia. Anti-tau agents are a promising therapeutic target that may be effective in the treatment of Alzheimer's disease. The number promising diagnostic tools, techniques, and procedures continues to grow. Yet, none of them have reliable and convenient. Nonetheless, advent of new techniques that will help in early detection combined with disease modification promises a significant reduction in the cost of dementia care. It is possible that in the very near future, we may have tools that allow quick and early detection of Alzheimer disease. We hope to have better nonpharmacologic management and more effective therapies to modulate and prevent dementia.

## CONCLUSION

Depression is a mental disorder which manifests as a state of low mood and aversion to activity that may negatively impact on individual's thought process, behavior, feelings, world view, and physical well-being. Depression in elderly is common and widespread globally. It is generally undiagnosed, and often untreated.
Individuals with depression may experience a wide variety of symptoms including sadness, anhedonia, emptiness, hopelessness, anxiousness and irritability. Depression in elderly is an important public health problem because of its severe implications. It is closely associated with increased risk of suicide and morbidity, as well as reduced physical, social and cognitive functioning, and increased inclination towards self-neglect.
Contrary to common belief, major depression seems to be less common among elderly compared to young adults. Depression in elderly differs from depression in young adults. Globally, depression is one of leading cause of morbidity. Lifetime prevalence of depression varies from country to country, ranging from as little as 3% in Japan to as high as 17% in the US. The risk of depression increases with neurological conditions such as stroke, multiple sclerosis, or Parkinson's disease and cardiovascular disease.

Depression in elderly may have distinctive signs and symptoms compared to younger adults. Elderly are less likely to endorse cognitive-affective symptoms of depression such as worthlessness, or dysphoria. Elderly also complain more frequently about sleep disturbance, insomnia, fatigue, loss of interest in living, and hopelessness.

NETCE0003090

They also complain about poor memory and loss of concentration. Common clinical findings include slower cognitive function and executive dysfunction. It has also been found that depressed elderly women experience more appetite disturbance than men, whereas elderly men experience more agitation. Depression is difficult to diagnose when symptoms arise because of a medical condition. Depression is usually either overdiagnosed or underdiagnosed in the presence of another disease such as cancer that may cause weight loss and fatigue.

Biological factors become major determinant in elderly. With aging or with certain disease, human body undergoes cardiovascular and neurological changes that make elderly susceptible to depression. However, it is important to note that age related changes are ubiquitous and physical disease is not rare, yet only a few elderly become the victim of depression. Genetic factors, age-related neurobiological changes, stressful events, and cognitive diathesis play an important role in triggering depression. Depression is especially prevalent in patients with cardiovascular disease. Depression increases the risk of CAD or coronary artery disease by approximately 1.5–2 times in otherwise healthy individuals. Depression is more prevalent among patients with type 2 diabetes compared to those without diabetes. Depression and dementia are seen commonly in elderly. Prevalence of major depression is greatest among stroke patients. Vascular, inflammatory and neuroanatomic risk factors are closely associated with depression in elderly. Depression is one of the most common conditions associated with suicide in elderly. Depression and sadness seem to go hand in hand; however, elderly with depression do not feel sad at all. These patients may complain of lack of motivation, a lack of energy, or physical problems.

Major Depression is the most severe form of depression. According to DSM-IV-TR, at least one of the two main depressive symptoms, depressed mood and anhedonia, should be present to make a diagnosis of major depressive episode. Major depressive disorder or MDD is a clinical course that is always characterized by one or more major depressive episodes without a history of manic, mixed, or hypomanic episodes. The average age of MDD onset is mid-20s, although, it may begin at any age. Postpartum depression is typically experienced by women after delivery and is characterized by an intense, persistent and in some cases disabling depression. Postpartum depression is observed in approximately 10–15% among new mothers. The According to DSM-IV TR criteria postpartum depression develops within four weeks after delivery. Seasonal affective disorder (SAD) is a form of depression in which depressive episodes occur in particular seasons (autumn or winter), and resolve in a particular season (spring). Elderly men are less prone to this disorder. Dysthymic disorder or dysthymia is characterized by a chronically depressed mood that is experienced for most of the day, more days than not, for at least 2 years. The "depressive disorder not otherwise specified" category encompass various types of disorders with depressive features that do not meet the criteria for major depressive disorder, dysthymia, adjustment disorder with depressed mood, or adjustment disorder with mixed anxiety and depressed mood.
Bipolar I Disorder is a clinical course that is characterized by the occurrence of one or more manic episodes or mixed episodes. Bipolar disorder is less prevalent in elderly. Bipolar II disorder or manic depression is a less severe form of bipolar spectrum disorder characterized by one or more major depressive episode and at least one hypomanic episode; generally depressive episodes are more frequent and intense than hypomanic episodes. There is absence of full-blown manic or mixed episodes in this disorder. The hypomanic episodes must last full day for a period of at least four days. Cyclothymic disorder or cyclothymia is a chronic, fluctuating mood

NETCE0003091

disturbance which is characterized alternating periods of hypomanic symptoms and depression, mild or moderate.  Cyclothymic disorder usually begins early in life with an insidious onset and a chronic course. Onset of cyclothymia in elderly may indicate a mood disorder due to a general medical condition.

Neuroimaging is creating new waves in diagnosing dementia; although, currently there is no imaging study which is diagnostic for depression.  Various imaging studies including CT, MRI, PET, SPECT studies in the last few decades have shown that depression in elderly is associated with structural changes in the brain, including ventricular enlargement. Depression, thanks to modern treatment therapies, is a treatable condition. Early detection coupled with early and successful treatment of depression leads to a shortening of illness duration, reduction in symptoms persistence, and relapse reduction. The treatment of depression may encompass pPsychotherapy, pharmacotherapy, or combination of both. The initial choice of treatment for patients with mild to moderate mild depressive episode is an antidepressant medication. Several different classes of antidepressants are effective against depression. Selective serotonin reuptake inhibitors (SSRIs) are drug of choice for the treatment of depression because of their relatively few and mild side effects and more potent effect in controlling symptoms of depression. Tricyclic antidepressants are generally prescribed for the treatment of inpatients, who seem to respond better to the tricyclic antidepressant, especially amitriptyline. In elderly patients and others with malnutrition, autonomic disorders, or hypotension, tricyclic antidepressants can cause syncope or falls. The monoamine oxidase inhibitors, another class of antidepressants are rarely used because of poor efficacy and life-threatening adverse effects, although newer agents of this class RIMA, with better safety and efficacy profile, have been developed. ECT or electroconvulsive therapy is the treatment of choice for treating severe major depressive disorders that are refractory or unresponsive to psychotherapy and drug therapy, especially for people with severe functional impairment or who have not responded to several antidepressants.  ECT has the highest rates of response and remission of any form of antidepressant treatment.  Depression-focused psychotherapy alone is the initial treatment of choice for patients with mild to moderate major depressive episode. Combination therapy may be indicated in milder forms of interpersonal or psychosocial problems, intrapsychic conflict, or coexisting Axis II disorder. All patients with depression or history of depression should be educated about depression and its treatment.  If possible and feasible, patient's family members should also be educated about depression.

Dementia is characterized by progressive cognitive and functional dysfunction including the development and progression of symptoms during the course of time. Memory impairment is a prominent and characteristics early symptom of dementia. Poor insight and poor judgment are commonly observed in dementia. Dementia affects each individual in a different fashion which depends upon the overall impact of the disease and the individual's personality before developing dementia.  Different forms of dementia include alzheimer's disease, vascular dementia, dementia due to other neurodegenerative processes, such as lewy body disease (including dementia due to Parkinson's disease, frontotemporal degeneration (Pick's disease), Creutzfeldt-Jakob disease, etc.  Alzheimer's disease is the most common form of dementia.  Its onset is gradual and often subtle.  Approximately 35.6 million cases of dementia were reported globally in 2010. The dementia rates greatly increases in elderly affecting 5% of the population older than 65 and 20–40% of those older than 85. Prominent risk factors for dementia include old age, family history of dementia,

CONFIDENTIAL

cardiovascular comorbidities, apolipoprotein E4 genotype, depression, , and lower educational level. There are several types and causes of dementia that usually exhibit slightly different symptoms. However, the symptom overlap is so complex that it very difficult to diagnose the type of dementia with the help of symptoms alone. Early diagnosis of individuals with Alzheimer's disease or other types of progressive dementias allows better treatment plan for the future.  Physicians and psychiatrists also use a number of other tests such as verbal fluency test, Mini-Cognitive Test and rating scales to detect specific types of cognitive impairments. Neuroimaging is also useful in the evaluation of various forms of dementias, and to rule out specific reversible, treatable causes.  Currently, there is there is no cure for dementia.  Cholinesterase inhibitors are generally prescribed in the early stage of dementia.  Cognitive and behavioral therapy may also be helpful in dementia. Educating and giving emotional support to the caregiver is also an important element.  Elderly care can also be helpful in the management of dementia. Treatment of dementia depends on the disease or condition responsible for the dementia. Currently, no specific drug has demonstrated its efficacy to cure or prevent dementia. Pharmacotherapy may be beneficial in the management of cognitive and behavioral symptoms. Some acetylcholinesterase inhibitors, such as donepezil, may be beneficial for Alzheimer disease and other conditions causing dementia such as vascular dementia or Parkinson's.  Depression is commonly associated with dementia and usually causes deterioration in the severity of cognitive and behavioral impairment. Antidepressant medications may be beneficial in the treatment of cognitive and behavioral symptoms of depression in patients with Alzheimer's disease.  Other medications that are being used to treat dementia are galantamine, memantine, rivastigmine and tacrine. There are no FDA-approved medications for the treatment of behavioral and psychological symptoms of dementia.  The efficacy of medications is modest at best and side effects should be adequately monitored and balanced.  Prevention of dementia is aimed at avoiding development of dementia. There are several ways to prevent or decrease the risk of dementia including lifestyle changes and pharmacotherapy.

The term pseudodementia refers to a wide range of functional psychiatric disorders such as depression, Ganser syndrome, hysteria, and schizophrenia that may have similar symptomatology imitating organic dementia, but are basically reversible on adequate treatment. It is very similar to dementia, but it develops from an underlying psychiatric disorder such as depression. Some of the most common symptoms of pseudodementia include memory loss, mental confusion, poor concentration, poor self-care, chronic pain, major alteration in sleeping patterns, poor cognitive response, forgetfulness, etc. Some of the causes of pseudodementia include hyperthyroidism, increasing age, pneumonia, depression, etc.  The diagnosis of pseudodementia requires a thorough clinical examination.  Neuropsychological tests are essential to determine impairment in the memory or cognitive abilities. Pseudodementia can be treated with antidepressant medications and electro-convulsive therapy.

Delirium is neuropsychiatric disorder or syndrome that results in disturbance in consciousness and cognition that occurs in a short period of time. Delirium is characterized by a disturbance of consciousness that is accompanied by cognitive changes that are not explained by a preexisting or evolving dementia.  Symptoms of delirium can be categorized into 'core' features that are invariably present (disturbances of attention, orientation, memory, , language, sleep-wake cycle) and 'associated' features that are more variable in presentation (e.g. psychotic symptoms, affective disturbances, different motoric profiles. Delirium is frequently

CONFIDENTIAL

NETCE0003093

seen in emergency, medical-surgical, inpatient, and geriatric settings, such as nursing homes. Substance-abuse and cancer treatment centers also have high rates of delirium. Delirium is often unrecognized, and undetected with non-detection rates of 69%. The hypoactive form is the most common form of delirium. It has been observed individuals with the hyperactive form demand attention and are difficult to manage, while those with the hypoactive form may go unnoticed. The etiology of a delirium is complex and multifactorial and. The mechanisms of pathophysiology are poorly understood and include neurotransmitter dysfunction, inflammatory processes, physiological stress reactions, and alterations of the circadian rhythm. Prominent predisposing factors of delirium include older age, cognitive impairment / dementia, physical comorbidity, sensory impairment, functional dependence, etc. Diagnosis of delirium in the elderly needs identification of symptoms and a systematic approach. Detailed history-taking and a comprehensive physical examination is necessary to establish the diagnosis of delirium. Various screening tools such as CAM, CAM–ICU, DRS-R98, ICDSC, etc are used for assessing delirium. If required, ancillary testing should be done, and generally include complete blood count (CBC), blood oxygen saturation (O2sat), complete chemistry panel, urinalysis, and a chest x-ray. The definitive treatment for delirium encompasses immediate and correct detection of the underlying medical disease or condition causing the disorder. The primary management of the symptoms of delirium is predominantly pharmacologic. Antipsychotic drugs, such as haloperidol, are commonly used to control agitation and hallucinations. Other prominent drugs that are used to treat delirium include  acetylcholinesterase inhibitor, serotonin antagonist, melatonin or melatonin agonists, dopamine agonists, alpha-2 agonists and NMDA-receptor blocking agents. The elderly are especially susceptible to delirium because of structural and physiological changes in brain, multiple medical problems, reduced hepatic function, multi- sensory declines, and dementia. Management of delirium in the elderly requires a comprehensive medical evaluation that encompasses patient's level of oxygenation, possible occult infection, and the role of certain medicines is an essential initial approach to the management of delirium in the elderly. Patients and families should be educated about delirium, its causes and etiology, and its course.

Although the causes of depression still remain a mystery, recent advancements have helped a great deal in understanding the factors associated with depression and its manifestations. In the last few years, rapid strides have been made in several spheres of dementia, including pathophysiology, genetics, risk assessment, and management.  Similarly, we now have a better understanding of pseudodementia and delirium.  In the future, we hope to have better management and more effective therapies to modulate and prevent depression, dementia, pseudodementia and delirium.


## Test Questions

1. Depression is a _____?

A. Mood disorder
B. Infectious disease
C. Psychiatric illness
D. Normal outcome of aging

2. Depression in elderly is associated with _____.

NETCE0003094

A. Increased risk of suicide and morbidity
B. Increased risk of morbidity
C. Reduced cognitive functioning
D. All of the above

3. Which of the following statements regarding depression is correct?

A. It is more prevalent in men
B. The risk of depression decreases with neurological conditions
C. Depression is more prevalent in cities than in villages.
D. Majority of individual experience their first episode of depression between the ages of 50 and 60

4. Which of the following disease is NOT associated with high rates of depression?

A. Alzheimer's disease
B. Malaria
C. Coronary heart disease
D. Dementia

5. Rates of major depression among elderly are highest in _____

A. Medical Outpatients
B. Medical Inpatients
C. Long Term Care Facilities
D. Short Term Care Facilities

6. Compared to young adults, elderly with depression tend to _____.

A. Endorse more cognitive-affective symptoms
B. Experience more agitation
C. Experience less anhedonia
D. All of the above

7. Which of the following factors may precipitate depression?

A. Genetic factors
B. Age-related neurobiological changes,
C. Stressful events
D. All of the above

8. Which of the following disease is strongly associated with depression?
A. Cardiovascular disease
B. Cerebrovascular disease
C. Neurological impairments
D. All of the above

9. Depression in elderly with concomitant medical disease usually has a _____.

A. Poor prognosis
B. Higher rates of morbidity
C. Higher rates of disability

NETCE0003095

CONFIDENTIAL

D. All of the above

10.  Which of the following statement is correct about depression?

A. Depression is less prevalent among patients with type 2 diabetes
B. Depression is more prevalent among male diabetic patients
C. Depression increased the risk of type II diabetes
D. All of the above

11. Compared to dementia, depression is characterized by _____

A. Relatively gradual onset
B. Cognitive impairment
C. Shorter duration of symptoms
D. All of the above

12.  Which of the following is NOT a biological risk for depression?

A. Hereditary
B. Being female
C. High serotonin or low cortisol levels
D. All of the above

13.  Which of the following is a protective factor against depression?

A. Low DHEA (a hormone)
B. Wisdom
C. Bereavement
D. Neuroticism

14. Which of the flowing is NOT a prominent sign and syndrome of depression in elderly?

A. Persistent sadness
B. Sleep disturbances
C. Weight gain
D. Fatigue and decreased energy

15. The core symptoms of depression include _____?

A. Depressed mood most of the day, almost every day
B. Anhedonia (Diminished interest or pleasure in most activities)
C. None of the above
D. Both A and B

16. Major Depressive Episode **is** diagnosed if _____ .

A. At least one of the five essential symptoms is either depressed mood or loss of interest or pleasure.
B. Depressed mood is present at least one day in a week
C. Depressed mood is observed during winter
D. The symptoms meet the criteria for a mixed episode

NETCE0003096

17. Which of the following do not constitute Major depressive disorder, single episode criterion?

A. Presence of a single major depressive episode
B. There has never been a manic episode
C. There has been at least one mixed episode
D. There has never been a hypomanic episode


18. Which of the following do not constitute Major depressive disorder, recurrent criterion?

A. Presence of a single major depressive episode
B. Presence of two or more major depressive episodes
C. There has never been a manic episode
D. There has never been a hypomanic episode

19. Which of the following is correct about laboratory findings in major depressive episode?
A. EEG is always normal
B. No diagnostic laboratory findings
C. MRI is diagnostic
D. None of the above

20. Which of the following symptoms is essential for the diagnosis of atypical depression?

A. Mood reactivity
B. Significant weight gain or increase in appetite
C. Hypersomnia
D. Leaden paralysis

21. According to DSM-IV TR criteria postpartum depression develops _____.

A. Three months before the delivery
B. Within four weeks after delivery
C. Three months before the delivery
D. Within a few weeks after conception

22. Seasonal affective disorder (SAD) is a form of depression in which depressive episodes occur in

A. Particular seasons (autumn or winter),
B. Summers only
C. Year round
D. All of the above

23. Seasonal affective disorder is seen less frequently in _____.

A. People living at higher latitudes
B. Elderly
C. Young adults

NETCE0003097

D. Women

24. Compared to major depressive disorder, dysthymia encompasses symptoms of chronic depression that are _____.

A. more severe and longer lasting
B. more severe and shorter lasting
C. less severe but longer lasting
D. similar to major depressive disorder

25. Which of the following do not constitute dysthymic disorder criterion?

A. Depressed mood
B. No Major Depressive Episode has been present during the first 2 years of the disturbance
C. The disturbance occur exclusively during the course of a chronic psychotic disorder
D. There has never been a Manic Episode

26. The "depressive disorder not otherwise specified" category encompasses various types of disorders with depressive features that do not meet the criteria for _____.

A. Major depressive disorder
B. Dysthymia
C. Adjustment disorder with depressed mood
D. All of the above

27. Which of the following is the characteristic feature of Bipolar I Disorder?

A. Occurrence of one or more Major Depressive Episodes
B. Occurrence of one or more manic episodes or mixed episodes
C. Both A and B
D. None of the above

28. Which of the following is the characteristic feature of Bipolar II Disorder?

A. Presence of one or more major depressive episode and at least one hypomanic episode
B. Occurrence of one or more Major Depressive Episodes
C. Absence of manic episodes or mixed episodes
D. All of the above

29. Hypomanic episodes are characterized by _____.

A. High energy levels
B. Unrealistic optimism
C. Hedonistic mood

D. All of the above

30. DSM-IV-TR Diagnostic criteria for Bipolar II Disorder include _____.

A. Presence (or history) of one or more Major Depressive Episodes.
B. Presence (or history) of at least one Hypomanic Episode.

NETCE0003098

C. There has never been a Manic Episode or a Mixed Episode.
D. All of the above.

31. Which of the following is NOT correct about cyclothymic disorder or cyclothymia?
A. Characterized by fluctuating mood disturbance
B. Has a chronic course
C. Usually begins later in life
D. Usually has insidious onset

32. How many questions are there in Beck's Depression Inventory?

A. 21
B. 10
C. 50
D. 9

33. Psychotherapy is the treatment of choice for depression in _____.

A. Elderly
B. Pregnant woman
C. Individuals under the age of 18
D. Individuals over the age of 25

34. The goal of psychotherapy is to help the patient to _____.

A. better cope with symptoms of depression
B. enhance social skills
C. gain self-confidence
D. All of the above

35. Acute phase of treatment with antidepressant medications usually lasts for
_____.

A. 4-12 weeks
B. 4-6 months
C. More than 9-12 months
D. None of the above

36. Continuation phase of treatment with antidepressant medications usually lasts
for _____.

A. 4-12 weeks
B. 4-6 months
C. More than 9-12 months
D. None of the above

37. Maintenance phase of treatment with antidepressant medications usually lasts
for _____.

A. 4-12 weeks
B. 4-6 months
C. More than 9-12 months
D. None of the above

NETCE0003099

38. Factors to consider in selecting an antidepressant medication include:

A. Patient preference
B. Relative efficacy and effectiveness
C. Safety, tolerability, and potential side effects
D. All of the above

39. Which of the following is the drug of choice for the treatment of depression?

A. Tricyclic and tetracyclic antidepressants
B. Selective serotonin reuptake inhibitors (SSRIs)
C. SNRIs (Serotonin–norepinephrine reuptake inhibitors)
D. MAOIs (Monoamine oxidase inhibitors)

40. _____ is the only antidepressant that can be prescribed to individual under the age of 18.

A. Amitriptyline
B. Phenelzine
C. Fluoxetine
D. Sertraline

41. In which condition tricylcic antidepressants should be avoided?

A. Cardiac ischemia
B. Urinary hesitancy
C. Headaches
D. All of the above

42. ECT or electroconvulsive therapy is the treatment of choice for _____.

A. treatment of severe major depressive disorders that is refractory or unresponsive to psychotherapy and drug therapy,
B. treatment of severe major depressive disorders in children
C. treatment of severe major depressive disorders in elderly
D. All of the above

43. Which of the following is absolute contraindication for ECT?

A. Old age
B. People with chronic heart disease
C. Young age
D. None of the above

44. Which of the following is the primary goal of continuation treatment?

A. Prevention of relapse following remission
B. Treatment of severe symptoms of depression
C. Treatment of severe symptoms of depression
D. All of the above

45. Which of the following is the drug of choice for a depressed, elderly patient complaining of insomnia and weight loss?

NETCE0003100

A. Amitriptyline
B. Mirtazapine
C. Fluoxetine
D. Sertraline

46.  Different forms of dementia include _____.

A. Alzheimer's disease
B. Vascular dementia
C.  Dementia due to Parkinson's disease
D. All of the above

47.  Which of the following is the most common form of dementia?

A. Alzheimer's disease
B. Vascular dementia
C.  Dementia due to Parkinson's disease
D. Pick's disease

48.  Which of the following is NOT an early symptom of Alzheimer's disease?

A. Confusion
B. Hallucinations and/or delusions
C. Difficulty with concentration and reasoning
D. Difficulties with language

49. Dementia can be _____.

A. Progressive
B. Static
C. Remitting
D. All of the above

50.  At present, approximately _____people in US have Alzheimer's disease.

A. 1 million
B. 10 million
C. 5.3 million
D. less than a million

51. Which of the following is the most common disease leading to rapidly progressive dementia?

A. Creutzfeldt-Jakob disease
B. Alzheimer's disease
C. Dementia with Lewy bodies
D. Niemann-Pick disease type C

52.  Which of the following is the biggest risk factor for dementia?

A. Cardiovascular comorbidities
B. Depression

NETCE0003101

C. Increasing age
D. Apolipoprotein E4 genotype

53. Which of the following is the "gold standard for diagnosing dementia?

A. Autopsy
B. EEG
C. MRI
D. Biochemical markers

54. The tests routinely recommended by the American Academy of Neurology for all patients with suspected dementia are _____.

A. Thyroid-stimulating hormone
B. Vitamin $B_{12}$ levels.
C. Thyroid-stimulating hormone and vitamin $B_{12}$ levels
D. Free T3 and Free T4

55. Dementia of the Alzheimer's Type id characterized by?

A. Memory impairment
B. Gradual onset
C. Continuing cognitive decline
D. All of the above

56. Which of the following is NOT a diagnostic criterion for Vascular Dementia?

A. Memory impairment
B. Cognitive deficits do occur exclusively during the course of a delirium
C. apraxia
D. aphasia

57. Which of the follwing medications may be prescribed to control behavior problems in dementia?

A. Antipsychotics
B. Mood stabilizers
C. Stimulants such as methylphenidate
D. All of the above

58. Which of the following medications may be prescribed to slow down the worsening of dementia symptoms?

A. Donepezil
B. Galantamine
C. Memantine
D. All of the above

59. Which of the following medications can cure dementia?

A. Donepezil
B. Galantamine
C. Memantine

NETCE0003102

D. None of the above

60. Which of the following medications can be prescribed in all the stages of dementia?

A. Donepezil
B. Galantamine
C. Memantine
D. None of the above

61. Which of the following medications should be avoided in all patients with dementia?

A. Tricyclic antidepressants
B. Antimuscarinics
C. Antispasmodics
D. All of the above

62. Which is the most frequent cause of pseudodementia in the elderly?

A. Ganser syndrome
B. Depression
C. Hysteria
D. Schizophrenia

63. Which of the following is NOT correct about pseudodementia?

A. Its symptomatology cannot be explained on the basis of any recognized neurological disorder or condition
B. Cognitive impairments linked with pseudodementia are reversible
C. It is frequently seen in young adults
D. The symptoms of pseudodementia vary widely in elderly and mimic dementia.

64. Which of the following is NOT correct about Ganser's syndrome?

A. It is a rare dissociative disorder.
B. Characterized by nonsensical or wrong answers to questions
C. It is usually seen in women
D. It may develop during the course of a depressive episode, head trauma, early dementia.

65. Which is the most common therapeutic option for the treatment of pseudodementia?

A. Antidepressant
B. Electro-convulsive therapy
C. Antipsychotics
D. None of the above

66. Delirium is neuropsychiatric syndrome that results in _____.

A. Disturbance in consciousness
B. Disturbance in cognition

NETCE0003103

C. None of the above
D. Both A and B

67. Which of the following is the most common form of delirium?

A. Hyperactive form
B. Hypoactive form
C. Mixed Motor Subtype
D. No Motor Subtype

68. Predisposing factors for delirium include _____.

A. Older age
B. Cognitive impairment
C. Psychiatric comorbidity
D. All of the above

69. Which of the following is NOT a nonmodifiable risk factor for delirium?

A. Dementia or cognitive impairment
B. Advancing age (>65 years)
C. Sensory impairment
D. Male sex

70. Which of the following statement is NOT correct about delirium?

A. Characterized by confusion and inattention
B. Absence of psychomotor changes
C. It may lasts from hours to several months
D. The onset is acute

71. Which of the following conditions are associated with delirium?
A. Infectious disease
B. Acute metabolic conditions
C. Vitamin deficiencies such as Vitamin $B_{12}$, niacin, thiamine
D. All of the above

72. Which of the following screening tools are used for assessing delirium?

A. CAM
B. CAM-ICU
C. DRS-R98
D. All of the above

73. Which of the following is NOT a diagnostic criterion for Delirium Due to [Indicate the General Medical Condition]?

A. Disturbance of consciousness
B. A change in cognition
C. The disturbance develops over a long period of time (usually years)
D. Development of a perceptual disturbance that is not better accounted for by a preexisting, established, or evolving dementia

CONFIDENTIAL

74. Reversible causes of delirium include \_\_\_\_\_.

A. Hypoglycemia
B. Hypoxia
C. Wernicke's encephalopathy
D. All of the above

75. Pharmacological treatment strategies for delirium include \_\_\_\_\_.
A. Conduct an inventory of all pharmacological agents been administered to the patient
B. Any medication or agent known to cause delirium or to have high anticholinergic potential should be discontinued
C. Avoid the use of opioids for behavioral control of agitation
D. All of the above

## Answer Key

1. A, 1, Introduction, Definitions, 1
2. D, 1, , Introduction, Definitions, 1
3. C, 2, , Introduction, Definitions, 1
4. B, 2, Epidemiology, 2
5. C, 3, Epidemiology, 2
6. B, 3, Epidemiology, 2
7. D, 3, Pathophysiology of Depression, Risk factors, 4, 5
8. D, 5, Pathophysiology of Depression, Risk factors, 4, 5
9. D, 6, Pathophysiology of Depression, Risk factors, 4, 5
10. C, 10, Pathophysiology of Depression, Risk factors, 4, 5
11. C, 11, 12, Types/ Stages of disease, Depression, Signs and Symptoms, 18
12. C, 18, Pathophysiology of Depression, Risk factors, 4, 5
13. B, 18, Pathophysiology of Depression, Risk factors, 4, 5
14. C, 20, Types/ Stages of disease, Depression, Signs and Symptoms, 18
15. D, 21, Types/ Stages of disease, Depression, Signs and Symptoms, 18
16. A, 26, Importance of Diagnosis, 20, 21
17. C, 26, Importance of Diagnosis, 20, 21
18. A, 27, Importance of Diagnosis, 20, 21
19. B, 28, Importance of Diagnosis, Diagnostic Tools, 20, 21
20. A, 32. Depression, Types, Importance of Diagnosis, Diagnostic Tools, 16, 20, 21
21. B, 33, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
22. A, 33, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
23. B, 34, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
24. C, 36, Depression, Types , 16
25. C, 38, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
26. D, 38, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
27. B, 39, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21

NETCE0003105

28. A, 46, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
29. D, 46, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
30. D, 48, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
31. C, 49, Depression, Types , Importance of Diagnosis, Diagnostic Tools, 16,20, 21
32. A, 58, Importance of Diagnosis, Diagnostic Tools, 20, 21, 23, 29
33. C, 63, Treatment, Options, 24, 25
34. D, 63, Treatment, Options, 24, 25
35. A, 66, 67, Treatment, Options, 24, 25
36.  B, 67, Treatment, Options, 24, 25
37. C, 67, Treatment, Options, 24, 25
38. D, 68, Treatment, Options , Effectiveness, 24, 25
39. B, 62, 68, Treatment, Options , Effectiveness,  24, 25
40. C, 69, 70, Treatment, Options , Effectiveness,  24, 25
41. A, 73, Treatment, Options , Effectiveness,  Side Effects, 24, 25, 26
42. A, 77, Treatment, Options , Effectiveness,  Side Effects, 24, 25
43. D, 78, Treatment, Options , Effectiveness,  Side Effects, 24, 25, 26
44. A, 80, Treatment, Options , Effectiveness,  24, 25
45. B, 86, Treatment, Options , Effectiveness,  24, 25
46. D, 90, Types/ Stages of disease, Dementia, 17
47. A, 90,  Types/ Stages of disease, Dementia, 17
48. B, 91, Types/ Stages of disease, Dementia, Signs and Symptoms, 17, 19
49. D, 91, Types/ Stages of disease, Dementia, Signs and Symptoms, 17, 19
50. C, 91, Overview, Epidemiology, Prevalence, Dementia,  2
51. A, 93, Types/ Stages of disease, Dementia, 17
52. C, 95, Pathophysiology of Dementia, Risk factors, 7, 8, 9
53. D, 95, Importance of Diagnosis, Diagnostic Tools,  21, 22, 23
54. C, 108, Importance of Diagnosis, Diagnostic Tools,  21, 22, 23
55. D, 109, Types/ Stages of disease, Dementia, Symptoms, 17, 19
56. B, 110, Importance of Diagnosis, Diagnostic Tools,  21, 22, 23
57. D, 112, Treatment, Options , Effectiveness, 24, 25
58. D, 113, Treatment, Options , Effectiveness, 24, 25
59. D, 113, Treatment, Options , Effectiveness, 24, 25
60. A, 115, Treatment, Options , Effectiveness, 24, 25
61. D, 117, Treatment, Options , Effectiveness,  Side Effects, 24, 25, 26
62. B, 122, Pathophysiology of Pseudodementia, Risk factors, 10, 11, 12
63. C, 123, Intorduction, Defintions, Pseudodementia, 1
64. C, 123, Types/ Stages of disease, Pseudodementia, Signs and Symptoms,10, 11
65. A, 124, Treatment, Options , Effectiveness, Pseudodementia
66. D, 126, Introduction, Delirium, 13
67. B, 129, Types/ Stages of disease, Delirium, 13, 15
68. D, 132, Types/ Stages of disease, Delirium, Signs and Symptoms  13, 15
69. C, 135, Types/ Stages of disease, Delirium, Signs and Symptoms  13, 15
70. B, 137, 138, Types/ Stages of disease, Delirium, Signs and Symptoms  13, 15
71. D, 139, Types/ Stages of disease, Delirium, Signs and Symptoms  13, 15
72. C, 141, Importance of Diagnosis, Diagnostic Tools, 13, 15
73. C, 145, Importance of Diagnosis, Diagnostic Tools
74. D, 146, 147, Treatment, Options , Effectiveness,  Side Effects, 15
75. D, 150, Treatment, Options , Effectiveness,  Side Effects, 15

NETCE0003106

## REFERENCES

1. Salmans, Sandra (1997). *Depression: Questions You Have – Answers You Need*. People's Medical Society. ISBN 978-1-882606-14-6.
2. Alexopoulos G. Pharmacotherapy of depressive disorders in older patients. Minneapolis: McGraw-Hill Healthcare Information, 2001
3. Fadil, H., Borazanci, A., Haddou, E. A. B.,Yahyaoui, M., Korniychuk, E., Jaffe, S. L., Minagar, A. (2009). "Early Onset Dementia". *International Review of Neurobiology*. International Review of Neurobiology **84**: 245–262. doi:10.1016/S0074-7742(09)00413-9. ISBN 978-0-12-374833-1.PMID 19501722.
4. Blazer DG. Depression in late life: Review and commentary. J. Gerontol. A Biol. Sci. Med. Sci 2003;58:249–65. [PubMed: 12634292]
5. Hasin DS, Goodwin RD, Stinson FS, Grant BF. Epidemiology of major depressive disorder: Results from the National Epidemiologic Survey on Alcoholism and Related Conditions. Arch. Gen.Psychiatr 2005;62:1097–106. [PubMed: 16203955]
6. Heun R, Papassotiropoulos A, Jessen F, Maier W, Breitner JC. A family study of Alzheimer disease and early- and late-onset depression in elderly patients. Arch. Gen. Psychiatry 2001;58:190–6. [PubMed:11177121]
7. Brodaty H, Luscombe G, Parker G, Wilhelm K, Hickie I, et al. Early and late onset depression in old age: Different aetiologies, same phenomenology. J. Affect. Disord 2001;66:225–36. [PubMed: 11578676]
8. Hickie I, Scott E, Naismith S, Ward P, Turner K, et al. Late-onset depression: Genetic, vascular and clinical contributions. Psychol. Med 2001;31:1403–12. [PubMed: 11722155]
9. Schweitzer I, Tuckwell V, O'Brien J, Ames D. Is late onset depression a prodrome to dementia? Int. J. Geriatr. Psychiatry 2002;17:997–1005. [PubMed: 12404648]
10. World Health Organization. The world health report 2001 – Mental Health: New Understanding, New Hope; 2001 [cited 2008-10-19].
11. ^ Andrade L, Caraveo-A.. Epidemiology of major depressive episodes: Results from the International Consortium of Psychiatric Epidemiology (ICPE) Surveys . *Int J Methods Psychiatr Res*. 2003;12(1):3–21. doi:10.1002/mpr.138. PMID 12830306.
12. ^ Kessler RC, Berglund P, Demler O. The epidemiology of major depressive disorder: Results from the National Comorbidity Survey Replication (NCS-R). *JAMA*. 2003;289(203):3095–105. doi:10.1001/jama.289.23.3095. PMID 12813115.
13. Eaton WW, Anthony JC, Gallo J. Natural history of diagnostic interview schedule/DSM-IV major depression. The Baltimore Epidemiologic Catchment Area follow-up. *Archives of General Psychiatry*. 1997;54(11):993–99. PMID 9366655.
14. ^ Rickards H. Depression in neurological disorders: Parkinson's disease, multiple sclerosis, and stroke. *Journal of Neurology Neurosurgery and Psychiatry*. 2005;76:i48–i52. doi:10.1136/jnnp.2004.060426. PMID 15718222. PMC 1765679.
15. ^ Alboni P, Favaron E, Paparella N, Sciammarella M, Pedaci M. Is there an association between depression and cardiovascular mortality or sudden death?. *Journal of cardiovascular medicine (Hagerstown, Md.)*. 2008;9(4):356–62. PMID 18334889.
16. ^ Strik JJ, Honig A, Maes M. Depression and myocardial infarction: relationship between heart and mind. *Progress in neuro-psychopharmacology & biological*

CONFIDENTIAL

*psychiatry*. 2001;25(4):879–92. doi:10.1016/S0278-5846(01)00150-6. PMID 11383983.

17. Gelder, M., Mayou, R. and Geddes, J. 2005. Psychiatry. 3rd ed. New York: Oxford. pp105.

18. Boswell  EB, Stoudemire  A.  Major depression in the primary care setting.  *Am J Med*.  1996;101:3S–9S.

19. Alexopoulos GS, Katz IR, Reynolds CF, Carpenter D, Docherty JP. The expert consensus guideline series. Pharmacotherapy of depressive disorders in older patients. Postgrad Med 2001.

20. Ganzini  L, Smith  DM, Fenn  DS, Lee  MA.  Depression and mortality in medically ill older adults.  *J Am Geriatr Soc*.  1997;45:307–12.

21. Callahan  CM, Dittus  RS, Tierney  WM.  Primary care physicians' medical decision making for late-life depression.  *J Gen Intern Med*.  1996;11:218–25.

22. Blazer DG. Depression in late life: Review and commentary. J. Gerontol. A Biol. Sci. Med. Sci 2003;58:249–65. [PubMed: 12634292]

23. Swenson CJ, Baxter J, Shetterly SM, Scarbro SL, Hamman RF. Depressive symptoms in Hispanic and non-Hispanic White rural elderly. The San Luis Valley Health and Aging Study. Am J Epidemiol 2000;152:1048–55. PubMed: 11117614]

24. Djernes JK. Prevalence and predictors of depression in populations of elderly: A review. Acta Psychiatr. Scand 2006;113:372–87. [PubMed: 16603029]

25. Gallo JJ, Anthony JC, Muthén BO. Age differences in the symptoms of depression: A latent trait analysis. J. Gerontol 1994;49:P251–64. [PubMed: 7963280]

26. Christensen H, Jorm AF, Mackinnon AJ, Korten AE, Jacomb PA, et al. Age differences in depression and anxiety symptoms: A structural equation modelling analysis of data from a general population sample. Psychol. Med 1999;29:325–39. [PubMed: 10218924]

27. Butters MA, Whyte EM, Nebes RD, Begley AE, Dew MA, et al. The nature and determinants of neuropsychological functioning in late-life depression. Arch. Gen. Psychiatry 2004;61:587–95. [PubMed: 15184238]

28. Kockler M, Heun R. Gender differences of depressive symptoms in depressed and nondepressed elderly persons. Int. J. Geriatr. Psychiatry 2002;17:65–72. [PubMed: 11802233]

29. Paradiso S, Vaidya J, Tranel D, Kosier T, Robinson RG. Nondysphoric depression following stroke. Neuropsychiatry. Clin. Neurosci 2008;20:52–61.

30. Ehrt U, Brønnick K, Leentjens AF, Larsen JP, Aarsland D. Depressive symptom profile in Parkinson's disease: A comparison with depression in elderly patients without Parkinson's disease. Int. J. Geriatr. Psychiatry 2006;21:252–8. [PubMed: 16477585]

31. Park JH, Lee SB, Lee TJ, Lee DY, Jhoo JH, et al. Depression in vascular dementia is quantitatively and qualitatively different from depression in Alzheimer's disease. Dement. Geriatr. Cogn. Disord 2007;23:67–73. [PubMed: 17114882]

32. Craddock N., Khodel V., Van Eerdewegh P., Reich T. Mathematical limits of multilocus models: the genetic transmission of bipolar disorder. *Am J Hum Genet*. 1995;57:690–702.

33. Berrettini W. Molecular linkage studies in bipolar disorder. *Dialogues ClinNeurosci*. 1999;1:12–21.

34. Souery D., Rivelli SK., Mendlewicz J. Molecular genetic and family studies in affective disorders: state of the. *art. J Affect Disord*. 2001;62:45–55.

CONFIDENTIAL

35. Abkevich V, Camp NJ, Hensel CH, Neff CD, Russell DL, et al. Predisposition locus for major depression at chromosome 12q22-12q23.2. *Am J Hum Genet.* Dec 2003;73(6):1271-81.

36. Holmans P, Zubenko GS, Crowe RR, DePaulo JR Jr, Scheftner WA, Weissman MM, et al. Genomewide significant linkage to recurrent, early-onset major depressive disorder on chromosome 15q. *Am J Hum Genet.* Jun 2004;74(6):1154-67.

37. Tsuang MT, Faraone SV. The genetics of mood disorders. Baltimore, MD: Johns Hopkins University Press, 1990.

38. Lohoff FW. Overview of the genetics of major depressive disorder. *Curr Psychiatry Rep.* Dec 2010;12(6):539-46.

39. Cervilla J, Prince M, Joels S, Russ C, Lovestone S. Genes related to vascular disease (APOE, VLDL-R, DCP-1) and other vascular factors in late-life depression. Am. J. Geriatr. Psychiatry 2004;12:202– 10. [PubMed: 15010349]

40. Hwang JP, Yang CH, Hong CJ, Lirng JF, Yang YM, Tsai SJ. Association of APOE genetic polymorphism with cognitive function and suicide history in geriatric depression. Dement. Geriatr. Cogn. Disord 2006;22:334–8. [PubMed: 16954688]

41. Tiemeier H. Biological risk factors for late life depression. Eur. J. Epidemiol 2003;18:745–50. [PubMed: 12974548]

42. Alexopoulos GS. Depression in the elderly. Lancet 2005;365:1961–70. [PubMed: 15936426]

43. Charlson M, Peterson JC. Medical comorbidity and late life depression: What is known and what are the unmet needs? Biol. Psychiatry 2002;52:226–35. [PubMed: 12182928]

44. Lett H, Blumenthal J, Babyak M, Sherwood A, Strauman T, Robins C, Newman MF. Depression as a risk factor for coronary artery disease: evidence, mechanisms, and treatment. Psychosom Med 2004;66:305–315.

45. Carney RM, Freedland KE. Depression, mortality, and medical morbidity in patients with coronary heart disease. Biol. Psychiatry 2003;54:241–7. [PubMed: 12893100]

46. Krishnan KR. Biological risk factors in late life depression. Biol. Psychiatry 2002;52:185–92. [PubMed:12182925]

47. Jiang W, Davidson JRT. Antidepressant therapy in patients with ischemic heart disease. American Heart Journal, November 2005. 150(5):871-881.

48. Frasure-Smith N, et al. Depression following myocardial infarction: Impact on 6-month survival. JAMA, October 20, 1993. 270(15):1819-1825.

49. Nakatani D, et al. Influence of serotonin transporter gene polymorphism on depressive symptoms and new cardiac events after acute myocardial infarction. American Heart Journal, October 2005. 150(4):652-658.

50. Ruo B, et al. Depressive symptoms and health-related quality of life: the Heart and Soul Study. JAMA, July 9, 2003. 290(2):215-221.

51. Gehi AK, et al. Self-reported medication adherence and cardiovascular events in patients with stable coronary heart disease: the Heart and Soul Study. Archives of Internal Medicine, November 2005. 165(2):2508-2513.

52. Gehi AK, et al. Relation of self-reported angina pectoris to inducible myocardial ischemia in patients with known coronary artery disease: the Heart and Soul Study. The American Journal of Cardiology, September 15, 2003. 92(6):705-707.

53. Litchman JH, et al. Depression and coronary heart disease: Recommendations for screening, referral and treatment. A science advisory from the American Heart Association Prevention Committee of the Council on Cardiovascular Nursing, Council on Clinical Cardiology, Council on Epidemiology and

NETCE0003109

Prevention, and Interdisciplinary Council on Quality of Care and Outcomes
Research: endorsed by the American Psychiatric Association. Circulation, Oct 21
2008. 118(17):1768-1775.

54. Li C, Ford ES, Strine TW, Mokdad AH. Prevalence of depression among U.S.
adults with diabetes: Findings from the 2006 behavioral risk factor surveillance
system. Diabetes Care 2008;31:105–7. [PubMed: 17934145]

55. Ali, S., M.A. Stone, J.L. Peters, et al., The prevalence of co-morbid depression
in adults with Type 2 diabetes: a systematic review and meta-analysis. Diabet
Med, 2006. 23(11): p. 1165-73.

56. Mezuk, B., W.W. Eaton, S. Albrecht, et al., Depression and type 2 diabetes over
the lifespan: a meta-analysis. Diabetes Care, 2008. 31(12): p. 2383-90.

57. Musselman, D.L., E. Betan, H. Larsen, et al., Relationship of depression to
diabetes types 1 and 2: epidemiology, biology, and treatment. Biol Psychiatry,
2003. 54(3): p. 317-29.

58. Talbot, F. and A. Nouwen, A review of the relationship between depression and
diabetes in adults: is there a link? Diabetes Care, 2000. 23(10): p. 1556-62.

59. Lustman, P.J., R.J. Anderson, K.E. Freedland, et al., Depression and poor
glycemic control: a meta-analytic review of the literature. Diabetes Care, 2000.
23(7): p. 934-42.

60. Richardson, L.K., L.E. Egede, M. Mueller, et al., Longitudinal effects of
depression on glycemic control in veterans with Type 2 diabetes. Gen Hosp
Psychiatry, 2008. 30(6): p. 509-14.

61. Gonzalez, J.S., S.A. Safren, L.M. Delahanty, et al., Symptoms of depression
prospectively predict poorer self-care in patients with Type 2 diabetes. Diabet
Med, 2008. 25(9): p. 1102-7.

62. Gonzalez, J.S., M. Peyrot, L.A. McCarl, et al., Depression and diabetes
treatment nonadherence: a meta-analysis. Diabetes Care, 2008. 31(12): p.
2398-403.

63. Zhang, X., S.L. Norris, E.W. Gregg, et al., Depressive symptoms and mortality
among persons with and without diabetes. Am J Epidemiol, 2005. 161(7): p.
652-60.

64. Katon, W., M.Y. Fan, J. Unutzer, et al., Depression and diabetes: a potentially
lethal combination. J Gen Intern Med, 2008. 23(10): p. 1571-5.

65. Egede, L.E., P.J. Nietert, and D. Zheng, Depression and all-cause and coronary
heart disease mortality among adults with and without diabetes. Diabetes Care,
2005. 28(6): p. 1339-45.

66. IDF Clinical Guidelines Task Force, Global guideline for Type 2 diabetes. 2005,
Brussels: International Diabetes Federation.

67. Engum A. The role of depression and anxiety in onset of diabetes in a large
population-based study. J. Psychosom. Res 2007;62:31–8. [PubMed:
17188118]

68. Golden SH, Lazo M, Carnethon M, Bertoni AG, Schreiner PJ, et al. Examining a
bidirectional association between depressive symptoms and diabetes. JAMA
2008;299:2751–9. [PubMed: 18560002]

69. Charney DS, Reynolds CF, 3rd, Lewis L, Lebowitz BD, Sunderland T,
Alexopoulos GS, Blazer DG, Katz IR, Meyers BS, Arean PA, Borson S, Brown C,
Bruce ML, Callahan CM, Charlson ME, Conwell Y, Cuthbert BN, Devanand DP,
Gibson MJ, Gottlieb GL, Krishnan KR, Laden SK, Lyketsos CG, Mulsant BH,
Niederehe G, Olin JT, Oslin DW, Pearson J, Persky T, Pollock BG, Raetzman S,
Reynolds M, Salzman C, Schulz R, Schwenk TL, Scolnick E, Unutzer J,
Weissman MM, Young RC. Depression Bipolar Support Alliance. Depression and
Bipolar Support Alliance consensus statement on the unmet needs in diagnosis

CONFIDENTIAL                                                    NETCE0003110

and treatment of mood disorders in late life. Archives of General
Psychiatry.2003;60(7):664–72. [PubMed]

70. Kales H, Chen P, Blow F, Welsh D, Mellow A. Rates of Clinical Depression
Diagnosis, Functional Impairment and Nursing Home Placement in Coexisting
Dementia and Depression. American Journal of Geriatric
Psychiatry. 2005;13(5):441–449

71. Alexopoulos GS, Abrams RC. Depression in Alzheimer's disease. The Psychiatric
Clinics of North America. 1991;14:327–340.

72. McCabe MP, Davison T, Mellor D, George K, Moore K, Ski C. Depression among
Older People with Cognitive Impartment: Prevalence and
Detection. International Journal of Geriatric Psychiatry.2006;21:633–644.

73. Jorm AF. History of depression as a risk factor for dementia: An updated
review. Aust N Z J Psychiatry 2001;35:776–81. [PubMed: 11990888]

74. Ownby RL, Crocco E, Acevedo A, John V, Loewenstein D. Depression and risk
for Alzheimer disease: Systematic review, meta-analysis, and meta-regression
analysis. Arch. Gen. Psychiatry 2006;63:530–8. [PubMed: 16651510]

75. Park JH, Lee SB, Lee TJ, Lee DY, Jhoo JH, et al. Depression in vascular
dementia is quantitatively and qualitatively different from depression in
Alzheimer's disease. Dement. Geriatr. Cogn. Disord 2007;23:67–73.  PubMed:
17114882]

76. Reijnders JS, Ehrt U, Weber WE, Aarsland D, Leentjens AF. A systematic review
of prevalence studies of depression in Parkinson's disease. Mov. Disord
2008;23:183–9. [PubMed: 17987654]

77. Goodwin RD, Devanand DP. Stroke, depression, and functional health outcomes
among adults in the community. J. Geriatr. Psychiatry Neurol 2008;21:41–6.
[PubMed: 18287169]

78. Ravina B, Camicioli R, Como PG, Marsh L, Jankovic J, et al. The impact of
depressive symptoms in early Parkinson disease. Neurology 2007;69:342–7.
[PubMed: 17581943]

79. Wouts L, Oude Voshaar RC, Bremmer MA, Buitelaar JK, Penninx BW, Beekman
AT. Cardiac disease, depressive symptoms, and incident stroke in an elderly
population. Arch. Gen. Psychiatry 2008;65:596–602. [PubMed: 18458211]

80. Ishihara L, Brayne C. A systematic review of depression and mental illness
preceding Parkinson's disease. Acta Neurol. Scand 2006;113:211–20. [PubMed:
16542159]

81. Naarding P, Schoevers RA, Janzing JG, Jonker C, Koudstaal PJ, Beekman AT. A
study on symptom profiles of late-life depression: The influence of vascular,
degenerative and inflammatory riskindicators. J. Affect. Disord 2005;88:155–
62. [PubMed: 16098601]

82. Wetherell JL, Gatz M, Pedersen NL. A longitudinal analysis of anxiety and
depressive symptoms.Psychol. Aging 2001;16:187–95. [PubMed: 11405307]

83. Hettema JM, Kuhn JW, Prescott CA, Kendler KS. The impact of generalized
anxiety disorder and stressful life events on risk for major depressive episodes.
Psychol. Med 2006;36:789–95. [PubMed:16515735]

84. Beekman AT, de Beurs E, van Balkom AJ, Deeg DJ, van Dyck R, van Tilburg W.
Anxiety and depression in later life: Co-occurrence and communality of risk
factors. Am. J. Psychiatry 2000;157:89–95. [PubMed: 10618018]

85. Lenze EJ, Mulsant BH, Shear MK, Schulberg HC, Dew MA, et al. Comorbid
anxiety disorders in depressed elderly patients. Am. J. Psychiatry
2000;157:722–8. [PubMed: 10784464]

86. Schoevers RA, Smit F, Deeg DJH, Cuijpers P, Dekker J, et al. Prevention of late-
life depression in primary care: Do we know where to begin? Am. J. Psychiatry
2006;163:1611–21. [PubMed: 16946188]

NETCE0003111

87. Andreescu C, Lenze EJ, Dew MA, Begley AE, Mulsant BH, et al. Effect of comorbid anxiety on treatment response and relapse risk in late-life depression: controlled study. Br. J. Psychiatry 2007;190:344–9. [PubMed: 17401042]

88. Jeste ND, Hays JC, Steffens DC. Clinical correlates of anxious depression among elderly patients with depression. J. Affect. Disord 2006;90:37–41. [PubMed: 16325261]

89. DeLuca AK, Lenze EJ, Mulsant BH, Butters MA, Karp JF, et al. Comorbid anxiety disorder in late life depression: Association with memory decline over four years. Int. J. Geriatr. Psychiatry 2005;20:848–54. [PubMed: 16116585]

90. Lichstein KL, Stone KC, Nau SD, McCrae CS, Payne KL. Insomnia in the elderly. Sleep Med. Clin 2006;1:221–9.

91. Perlis ML, Smith LJ, Lyness JM, Matteson SR, Pigeon WR, et al. Insomnia as a risk factor for onset of depression in the elderly. Behav. Sleep Med 2006;4:104–13. [PubMed: 16579719]

92. Manber R, Edinger JD, Gress JL, San Pedro-Salcedo MG, Kuo TF, Kalista T. Cognitive behavioral therapy for insomnia enhances depression outcome in patients with comorbid major depressive disorder and insomnia. Sleep 2008;31:489–95. [PubMed: 18457236]

93. Nolen-Hoeksema S, Ahrens C. Age differences and similarities in the correlates of depressive symptoms. Psychol. Aging 2002;17:116–24. [PubMed: 11931280]

94. Kendler KS, Gatz M, Gardner CO, Pedersen NL. Personality and major depression: A Swedish longitudinal population-based twin study. Arch. Gen. Psychiatry 2006;63:1113–20. [PubMed: 17015813]

95. Garnefski N, Kraaij V. Relationships between cognitive emotion regulation strategies and depressive symptoms: A comparative study of five specific samples. Pers. Individ. Dif 2006;40:1659–69.

96. Butterworth P, Gill SC, Rodgers B, Anstey KJ, Villamil E, Melzer D. Retirement and mental health: Analysis of the Australian national survey of mental health and well-being. Soc. Sci. Med 2006;62:1179–91. [PubMed: 16171915]

97. Lenze EJ, Minin JC, Ferrell RE, Pollock BG, Skidmore E, et al. Association of the serotonin transporter gene-linked polymorphic region (5-HTTLPR) genotype with depression in elderly persons after hip fracture. Am. J. Geriatr. Psychiatry 2005;13:428–32. [PubMed: 15879594]

98. Mazure CM, Maciejewski PK, Jacobs SC, Bruce ML. Stressful life events interacting with cognitive/ personality styles to predict late-onset major depression. Am. J. Geriatr. Psychiatry 2002;10:297– 304. [PubMed: 11994217]

99. Fiske A, Gatz M, Pedersen NL. Depressive symptoms and aging: The effects of illness and non-health related events. J. Gerontol. B Psychol. Sci. Soc. Sci 2003;58:P320–8. [PubMed: 14614116]

100. Prigerson HG, Frank E, Kasl SV, Reynolds CF, Anderson B, et al. Complicated grief and bereavement related depression as distinct disorders: Preliminary empirical validation in elderly bereaved spouses. Am. J. Psychiatry 1995;152:22–30. [PubMed: 7802116]

101.   Zisook S, Kendler KS. Is bereavement-related depression different than non-bereavement-related depression? Psychol. Med 2007;37:779–94. [PubMed: 17306046]

102.   Cole MG, Dendukuri N. Risk factors for depression among elderly community subjects: A systematic review and meta-analysis. Am. J. Psychiatry 2003;160:1147–56. [PubMed: 12777274]

103.   Torges CM, Stewart AJ, Nolen-Hoeksema S. Regret resolution, aging, and adapting to loss. Psychol. Aging 2008;23:169–80. [PubMed: 18361664]

CONFIDENTIAL

104. Umberson D, Wortman CB, Kessler RC. Widowhood and depression: Explaining long-term gender differences in vulnerability. Journal of Health and Social Behavior 1992;33:10–24. [PubMed:1619255]

105. Knight BG, Flynn Longmire CV, Dave J, Kim JH, David S. Mental health and physical health of family caregivers for persons with dementia: A comparison of African American and white caregivers. Aging Ment. Health 2007;11:538–46. [PubMed: 17882592]

106. Schulz R, McGinnis KA, Zhang S, Martire LM, Hebert RS, Beach SR, et al. Dementia patient suffering and caregiver depression. Alzheimer Disease and Associated Disorders 2008;22:170–6. [PubMed:18525290]

107. Williamson, GM.; Shaffer, DR. The activity restriction model of depressed affect: Antecedents and consequences of restricted normal activities. In: Williamson, GM.; Shaffer, DR.; Parmelee, PA., editors. Physical illness and Depression in Older Adults: A Handbook of Theory, Research, and Practice. Kluwer Academic/Plenum Publishers; New York: 2000. p. 173-200.

108. Nolen-Hoeksema S, Ahrens C. Age differences and similarities in the correlates of depressive symptoms. Psychol. Aging 2002;17:116–24. [PubMed: 11931280]

109. Martire LM, Stephens MAP, Druley JA, Wojno WC. Negative reactions to received spousal care: Predictors and consequences of miscarried support. Health Psychol 2002;21:167–76. [PubMed:11950107]

110. Mojtabai R, Olfson M. Major depression in community-dwelling middle-aged and older adults: Prevalence and 2-year and 4-year follow-up symptoms. Psychol. Med 2004;34:623–34. [PubMed:15099417]

111. Charles ST, Reynolds CA, Gatz M. Age-related differences and change in positive and negative affect over 23 years. J. Pers. Soc. Psychol 2001;80:136–51. [PubMed: 11195886]

112. Neupert SD, Almeida DM, Charles ST. Age differences in reactivity to daily stressors: The role of personal control. J. Gerontol. B Psychol. Sci. Soc. Sci 2007;62:P216–25. [PubMed: 17673531]

113. Chow SM, Hamagami F, Nesselroade JR. Age differences in dynamical emotion-cognition linkages. Psychol Aging 2007;22:765–80. [PubMed: 18179296]

114. Carstensen LL, Fung HH, Charles ST. Socioemotional selectivity theory and the regulation of emotion in the second half of life. Motivation and Emotion 2003;27:103–23.

115. Benyamini Y, Lomranz J. The relationship of activity restriction and replacement with depressive symptoms among older adults. Psychol. Aging 2004;19:362–6. [PubMed: 15222831]

116. George LK, Ellison CG, Larson DB. Explaining the relationships between religious involvement and health. Psychol. Inq 2002;13:190–200.

117. Wrosch C, Schulz R, Miller GE, Lupien S, Dunne E. Physical health problems, depressive mood, and cortisol secretion in old age: Buffer effects of health engagement control strategies. Health Psychol 2007;26:341–9. [PubMed: 17500621]

118. Conwell Y, Brent D. Suicide and aging. I: patterns of psychiatric diagnosis. *International Psychogeriatrics*, 1995; 7(2): 149-64.

119. Bostwick JM, Pankratz VS. Affective disorders and suicide risk: A reexamination. Am. J. Psychiatry 2000;157:1925–32. [PubMed: 11097952]

120. Conwell, Y.; Brent, D. Suicide and aging I: Patterns of psychiatric diagnosis. In: Pearson, JL.; Conwell, Y., editors. Suicide: International Perspectives. Springer; New York: 1996. p. 15-30.

CONFIDENTIAL

121.   Kung, H-S.; Hoyert, DL.; Xu, J.; Murphy, SL. Deaths: Final Data for 2005.
National Vital Statistics Reports. 2008. 56(10)

122.   Conwell Y, Duberstein PR, Cox C, Hermann J, Forbes N, Caine ED. Age
differences in behaviors leading to completed suicide. Am. J. Geriatr. Psychiatry
1998;6:122–6. [PubMed: 9581207]

123.   Conwell Y. Suicide in later life: a review and recommendations for
prevention. *Suicide and Life Threatening Behavior*, 2001; 31(Suppl): 32-47.

124.   Fiske A, O'Riley AA, Widoe RK. Physical health and suicide in late life. Clin.
Gerontol 2008;31:31–50.

125.   Duberstein PR, Conwell Y, Seidlitz L, Denning D, Cox C, Caine ED.
Personality traits and suicidal behavior and ideation in depressed inpatients 50
years of age and older. J. Gerontol. B Psychol. Sci. Soc. Sci 2000;55:18–26.

126.   American Psychiatric Association. Diagnostic and Statistical Manual of
Mental Disorders, Fourth Edition Revised. Text revision. Psychiatric Press, Inc.,
Washington, DC: 2000

127.   American Psychiatric Association 2000a, p. 345

128.   Kirsch I, Deacon BJ, Huedo-Medina TB, Scoboria A, Moore TJ, Johnson BT
(February 2008). "Initial severity and antidepressant benefits: a meta-analysis
of data submitted to the Food and Drug Administration". *PLoS Med.* **5** (2):
e45.doi:10.1371/journal.pmed.0050045. PMC 2253608.PMID 18303940.

129.   American Psychiatric Association. *Diagnostic and Statistical Manual of
Mental Disorders*. 4th ed. Washington, DC: American Psychiatric Press, Inc.,
1994.

130.   American Psychiatric Association 2000a, pp. 419–20

131.   *Diagnostic and Statistical Manual of Mental Disorders - Text Revision*.
Arlington VA: American Psychiatric Publishing. 2008. pp. 419–420. ISBN 978-0-
89042-025-6.

132.  Rosebush PI; Mazurek MF. (August 1996). "Catatonia after benzodiazepine
withdrawal". *Journal of clinical psychopharmacology.* **16** (4): 315–
9. doi:10.1097/00004714-199608000-00007. PMID 8835707.

133.  Deuschle M, Lederbogen F (January 2001). "Benzodiazepine withdrawal-
induced catatonia". *Pharmacopsychiatry* **34** (1): 41–2. doi:10.1055/s-2001-
15188. PMID 11229621.

134. Kanemoto K, Miyamoto T, Abe R (September 1999). "Ictal catatonia as a
manifestation of de novo absence status epilepticus following benzodiazepine
withdrawal". *Seizure* **8**(6): 364–
6. doi:10.1053/seiz.1999.0309. PMID 10512781.

135.   Nonacs, Ruta M. eMedicine. Postpartum depression; December 4, 2007
[cited 2008-10-30].

136.   Gilbert, Daniel T.; Schacter, Daniel L.; Wegner, Daniel M., eds.
(2011). *Psychology* (2nd ed.). New York, New York: Worth
Publishers.ISBN 978-1-4292-3719-2.

137. Niculescu, A.B. and Akiskal, H.S. (2001). "Proposed Endophenotypes of
Dysthymia: Evolutionary, Clinical, and Pharmacogenomic
Considerations". *Molecular Psychiatry* **6** (4): 363–
366. doi:10.1038/sj.mp.4000906.

138. Sansone, R. A. MD and Sansone, L. A. MD (2009). "Dysthymic Disorder:
Forlorn and Overlooked?". *Psychiatry* **6** (5): 46–
50.PMC 2719439. PMID 19724735.

139. Premenstrual dysphoric disorder (PMDD) is the severe form of
PMS." http://patients.uptodate.com/topic.asp?file=endocrin/10662

140. PMDD affects "... 3-8% of women of reproductive age. Assessment of
published reports demonstrate that the prevalence of clinically relevant

dysphoric premenstrual disorder is probably higher. 13-18% of women of reproductive age may have premenstrual dysphoric symptoms severe enough to induce impairment and distress, though the number of symptoms may not meet the arbitrary count of 5 symptoms on the PMDD list." PMID 12892987

141. Yonkers KA, Pearlstein T, Fayyad R, Gillespie JA. **Luteal phase treatment of premenstrual dysphoric disorder improves symptoms that continue into the postmenstrual phase.** J Affect Disord. 2005 Apr;85(3):317-21.doi:10.1016/j.jad.2004.10.006 PMID 15780701

142. Steiner M, Pearlstein T, Cohen LS, et al. (2006)."Expert guidelines for the treatment of severe PMS, PMDD, and comorbidities: the role of SSRIs". J Womens Health (Larchmt) **15** (1): 57–69. doi:10.1089/jwh.2006.15.57.PMID 16417420.

143.   Rapaport MH, Judd LL, Schettler PJ, Yonkers KA, Thase ME, Kupfer DJ, Frank E, Plewes JM, Tollefson GD, Rush AJ. (2002) A descriptive analysis of minor depression. Am J Psychiatry. Apr;159(4):637-43. doi:10.1176/appi.ajp.159.4.637 PMID 11925303

144. Bowden, C. L. (2001). "Strategies to reduce misdiagnosis of bipolar depression". Psychiatric services (Washington, D.C.)**52** (1): 51–55. PMID 11141528. edit

145. Muzina, DJ; Kemp, DE; McIntyre, RS (2007 Oct–Dec). "Differentiating bipolar disorders from major depressive disorders: treatment implications". Annals of clinical psychiatry: official journal of the American Academy of Clinical Psychiatrists**19** (4): 305–12. doi:10.1080/10401230701653591.PMID 18058287.

146.  Vasudev, A; Thomas, A (2010 Jul). "'Bipolar disorder' in the elderly: what's in a name?". Maturitas **66** (3): 231–5.doi:10.1016/j.maturitas.2010.02.013. PMID 20307944.

147. Depp, C. A.; Jeste, D. V. (2004). "Bipolar disorder in older adults: A critical review". Bipolar Disorders **6** (5): 343–367.doi:10.1111/j.1399-5618.2004.00139.x.PMID 15383127. edit

148. Trinh NH, Forester B (2007). "Bipolar Disorder in the Elderly: Differential Diagnosis and Treatment". Psychiatric Times **24**(14).

149.   Buskist, W. & Davis, S.F., ed. (2008). 21st Century Psychology: A Reference Handbook. Thousand Oaks, CA: Sage Publications Inc. p. 290. ISBN 978-1-4129-4968-2.

150. David L. Dunner (2004). "Correlates of Suicidal Depression". Journal of Clinical Psychiatry. Retrieved 2011-05-15.

151. Z. Rihmer & P. Pestality (1999-09-22). "Bipolar II disorder and suicidal behavior". The Psychiatric clinics of North America (Psychiatric Clinics of North America) **22** (3): 667–73, ix–x. doi:10.1016/S0193-953X(05)70101-5. PMID 10550861.

152.   Baek, J. H., Park, D. Y., Choi, J., Kim, J. S., Choi, J. S., Ha, K., ... Hong, K. S. (2011). Differences between bipolar I and bipolar II in clinical features, comorbidity, and family history. Journal of Affective Disorders, 131, 59–67.

153.   Orum, Margo (2008). In Gordan Parker. Bipolar II Disorder: Modelling, Measuring, and Managing. Cambridge, England: Cambridge University Press. ISBN 0-521-87314-2.

154.   Benazzi, F. (2007). Bipolar II disorder : epidemiology, diagnosis and management. CNS Drugs, 21(9), 727–740.

155.   Seligman, lLinda; Bonita Marcus Moore (1995). "Diagnosis of Mood Disorders". Journal of Counseling and Development **74**: 65.doi:10.1002/j.1556-6676.1995.tb01824.x.

CONFIDENTIAL

NETCE0003115

156.    Akiskal, Hagop S (2001). "Dysthymia and cyclothymia in psychiatric practice a century after Kraepelin". *Journal of Affective Disorders* **62** (1): 17–31. doi:10.1016/S0165-0327(00)00347-5. PMID 11172870

157.    Videbech, P. (1997) MRI findings in patients with affective disorder: a meta-analysis. *Acta Psychiatrica Scandinavia*, **96**, 157–168.

158.    Krishnan, K. R .R., McDonald, W. M., Escalona, P. R., *et al* (1992) Magnetic resonance imaging of the caudate nuclei in depression. *Archives in General Psychiatry*, **49**, 553–557.

159.    O'Brien, J. T., Eagger, S., Syed, G. S., *et al* (1992) A study of regional cerebral blood flow and cognitive performance in Alzheimer's disease. *Journal of Neurology, Neurosurgery and Psychiatry*, **55**, 1182–1187.

160.    Gunning-Dixon FM, Hoptman MJ, Lim KO, Murphy CF, Klimstra S, Latoussakis V, et al. Macromolecular white matter abnormalities in geriatric depression: a magnetization transfer imaging study. Am J Geriatr Psychiatry. 2008 Apr;16(4):255–62

161.    Woo SL, Prince SE, Petrella JR, Hellegers C, Doraiswamy PM. Modulation of a human memory circuit by subsyndromal depression in late life: a functional magnetic resonance imaging study. Am J Geriatr Psychiatry. 2009 Jan;17(1):24–9.

162.    Zhao Z, Taylor WD, Styner M, Steffens DC, Krishnan KR, MacFall JR. Hippocampus shape analysis and late-life depression. PLoS ONE. 2008;3(3):e1837

163.    Shimony JS, Sheline YI, D'Angelo G, Epstein AA, Benzinger TL, Mintun MA, et al. Diffuse Microstructural abnormalities of normal-appearing white matter in late life depression: a diffusion tensor imaging study. Biol Psychiatry. 2009 Apr 16;

164.    Masdeu JC, Zubieta JL, Arbizu J. Neuroimaging as a marker of the onset and progression of Alzheimer's disease. J Neurol Sci. 2005;236:55–64. doi: 10.1016/j.jns.2005.05.001.

165.    Rowe CC, Ng S, Ackermann U, et al. Imaging beta-amyloid burden in aging and dementia.Neurology. 2007;68:1718–1725.

166.    Foster NL, Heidebrink JL, Clark CM, et al. FDG-PET improves accuracy in distinguishing frontotemporal dementia and Alzheimer's disease. Brain. 2007;130:2616–2635. doi: 10.1093/brain/awm177.

167.    Savitz JB, Drevets WC. Imaging phenotypes of major depressive disorder: genetic correlates.Neuroscience. 2009;164:300–330. doi: 10.1016/j.neuroscience.2009.03.082.

168.    Gron G, Bittner D, Schmitz B, Wunderlich AP, Riepe MW. Subjective memory complaints: objective neural markers in patients with Alzheimer's disease and major depressive disorder. Ann Neurol.2002;51:491–498. doi: 10.1002/ana.10157.

169.    Fu CH, et al. Pattern classification of sad facial processing: toward the development of neurobiological markers in depression. Biol Psychiatry. 2008;63:656–662.

170.    Hahn T, et al. Integrating neurobiological markers of depression. Arch Gen Psychiatry.2011;68:361–368.

171.    Marquand AF, et al. Neuroanatomy of verbal working memory as a diagnostic biomarker for depression. Neuroreport. 2008;19:1507–1511.

172.    Costafreda SG, et al. Prognostic and diagnostic potential of the structural neuroanatomy of depression. PloS One. 2009a;4:e6353.

173.    Costafreda SG, et al. Neural correlates of sad faces predict clinical remission to cognitive behavioural therapy in depression. Neuroreport. 2009b;20:637–641.

NETCE0003116

174.   Milne A, Culverwell A, Guss R, Tuppen J, Whelton R. Screening for dementia in primary care: a review of the use, efficacy and quality of measures. *Int Psychogeriatr*. 2008;20(5):911–926.

175.   Strober LB, Arnett PA. Assessment of depression in three medically ill, elderly populations: Alzheimer's disease, Parkinson's disease, and stroke. *Clin Neuropsychol*. 2009;23(2):205–230.

176.   Storandt M, VandenBos GR, eds. *Neuropsychological Assessment of Dementia and Depression in Older Adults: A Clinician's Guide*. Washington, DC: American Psychological Association; 1994.

177.   NICE (2005). *NICE Guidelines:depression in children and adolsecents*. London: NICE. p. 5. ISBN 1-84629-074-0. Retrieved 2008-08-16.

178. Thase, ME (1999). "When are psychotherapy and pharmacotherapy combinations the treatment of choice for major depressive disorder?". *Psychiatric Quarterly* **70** (4): 333–46. doi:10.1023/A:1022042316895. PMID 10587988.

179. Roth, Anthony; Fonagy, Peter (2005) [1996]. *What Works for Whom? Second Edition: A Critical Review of Psychotherapy Research*. Guilford Press. p. 78. ISBN 1-59385-272-X.

180.   Snow V, Lascher S, Mottur-Pilson C. Pharmacologic treatment of acute major depression and dysthymia. American College of Physicians-American Society of Internal Medicine. Ann Intern Med 2000; 132:738.

181.   Sutherland JE, Sutherland SJ, Hoehns JD (March 2003)."Achieving the best outcome in treatment of depression".*Journal of Family Practice* **52** (3): 201–09. PMID 12620174.

182. Zisook S, Rush AJ, Haight BR, Clines DC, Rockett CB (2006). "Use of bupropion in combination with serotonin reuptake inhibitors". *Biological Psychiatry* **59** (3): 203–10.doi:10.1016/j.biopsych.2005.06.027. PMID 16165100.

183. Trivedi MH, Fava M, Wisniewski SR, Thase ME, Quitkin F, Warden D, Ritz L, Nierenberg AA, Lebowitz BD, Biggs MM, Luther JF, Shores-Wilson K, Rush AJ (2006). "Medication augmentation after the failure of SSRIs for depression". *New England Journal of Medicine* **354** (12): 1243–52.doi:10.1056/NEJMoa052964. PMID 16554526.

184. Mayers AG, Baldwin DS (December 2005). "Antidepressants and their effect on sleep". *Human Psychopharmacology* **20** (8): 533–59. doi:10.1002/hup.726. PMID 16229049.

185. Rush AJ, Trivedi MH, Wisniewski SR, et al. (2006). "Bupropion-SR, sertraline, or venlafaxine-XR after failure of SSRIs for depression". *New England Journal of Medicine* **354**(12): 1231–42. doi:10.1056/NEJMoa052963.PMID 16554525.

186. Winokur A, DeMartinis NA, McNally DP, Gary EM, Cormier JL, Gary KA (October 2003). "Comparative effects of mirtazapine and fluoxetine on sleep physiology measures in patients with major depression and insomnia". *Journal of Clinical Psychiatry***64** (10): 1224–29. doi:10.4088/JCP.v64n1013.PMID 14658972.

187. Lawrence RW (August 2004). "Effect of mirtazapine versus fluoxetine on "sleep quality"". *Journal of Clinical Psychiatry* **65**(8): 1149–50. doi:10.4088/JCP.v65n0818i.PMID 15323610.

188. Papakostas GI, Thase ME, Fava M, Nelson JC, Shelton RC (December 2007). "Are antidepressant drugs that combine serotonergic and noradrenergic mechanisms of action more effective than the selective serotonin reuptake inhibitors in treating major depressive disorder? A meta-analysis of studies of newer agents". *Biological Psychiatry* **62** (11): 1217–27.doi:10.1016/j.biopsych.2007.03.027. PMID 17588546.

189. Cipriani A, Geddes JR, Barbui C (2007). "Venlafaxine for major depression". *British Medical Journal* **334** (7587): 215 (editorial). doi:10.1136/bmj.39098.457720.BE.PMC 1790758. PMID 17272528. Retrieved 2008-09-13.

190. "Depression in children and young people: identification and management in primary, community and secondary care". NHS National Institute for Health and Clinical Excellence. September 2005. Retrieved 2008-08-17.

191. Nelson, JC; Devanand, DP (2011 Apr). "A systematic review and meta-analysis of placebo-controlled antidepressant studies in people with depression and dementia.". *Journal of the American Geriatrics Society* **59** (4): 577–85.doi:10.1111/j.1532-5415.2011.03355.x. PMID 21453380.

192.  Anderson IM (1998). "SSRIS versus tricyclic antidepressants in depressed inpatients: A meta-analysis of efficacy and tolerability". *Depression and Anxiety*. 7 Suppl 1: 11–17.doi:10.1002/(SICI)1520-6394(1998)7:1+<11::AID-DA4>3.0.CO;2-I. PMID 9597346.

193. Anderson IM (April 2000). "Selective serotonin reuptake inhibitors versus tricyclic antidepressants: A meta-analysis of efficacy and tolerability". *Journal of Affective Disorders* **58** (1): 19–36. doi:10.1016/S0165-0327(99)00092-0.PMID 10760555.

194. Krishnan KR (2007). "Revisiting monoamine oxidase inhibitors". *Journal of Clinical Psychiatry*. 68 Suppl 8: 35–41.PMID 17640156.

195. Valenstein M, McCarthy JF, Austin KL, Greden JF, Young EA, Blow FC (2006). "What happened to lithium? Antidepressant augmentation in clinical settings". *American Journal of Psychiatry* **163** (7): 1219–25.doi:10.1176/appi.ajp.163.7.1219. PMID 16816227.

196. Kellner CH, Knapp RG, Petrides G, Rummans TA, Husain MM, Rasmussen K, Mueller M, Bernstein HJ, O'Connor K, Smith G, Biggs M, Bailine SH, Malur C, Yim E, McClintock S, Sampson S, Fink M: Continuation electroconvulsive therapy vs pharmacotherapy for relapse prevention in major depression: a multisite study from the Consortium for Research in Electroconvulsive Therapy (CORE). Arch Gen Psychiatry 2006; 63:1337–1344 [A−]

197. UK ECT Group: Efficacy and safety of electroconvulsive therapy in depressive disorders: a systematic review and meta-analysis. Lancet 2003; 361:799– 808 [E]

198. Greenhalgh J, Knight C, Hind D, Beverley C, Walters S: Clinical and cost-effectiveness of electroconvulsive therapy for depressive illness, schizophrenia, catatonia and mania: systematic reviews and economic modelling studies. Health Technol Assess 2005; 9:1-iv [E]

199. McCall WV, Prudic J, Olfson M, Sackeim H: Health-related quality of life following ECT in a large community sample. J Affect Disord 2006; 90:269–274 [B]

200. Husain MM, Rush AJ, Fink M, Knapp R, Petrides G, Rummans T, Biggs MM, O'Connor K, Rasmussen K, Litle M, Zhao W, Bernstein HJ, Smith G, Mueller M, McClintock SM, Bailine SH, Kellner CH: Speed of response and remission in major depressive disorder with acute electroconvulsive therapy (ECT): a Consortium for Research in ECT (CORE) report. J Clin Psychiatry 2004; 65:485–491 [B]

201. Petrides G, Fink M, Husain MM, Knapp RG, Rush AJ, Mueller M, Rummans TA, O'Connor KM, Rasmussen KG Jr, Bernstein HJ, Biggs M, Bailine SH, Kellner CH: ECT remission rates in psychotic versus nonpsychotic depressed patients: a report from CORE. J ECT 2001; 17:244–253 [B]

NETCE0003118

202. Bush G, Fink M, Petrides G, Dowling F, Francis A: Catatonia. II. Treatment
with lorazepam and electroconvulsive therapy. Acta Psychiatr Scand 1996;
93:137–143 [B]

203. American Psychiatric Association: The Practice of Electroconvulsive Therapy:
Recommendations for Treatment, Training, and Privileging (A Task Force Report
of the American Psychiatric Association), Second Edition. Washington, DC,
American Psychiatric Association, 2001 [B]

204. Kellner CH, Fink M, Knapp R, Petrides G, Husain M, Rummans T, Mueller M,
Bernstein H, Rasmussen K, O'Connor K, Smith G, Rush AJ, Biggs M, McClintock
S, Bailine S, Malur C: Relief of expressed suicidal intent by ECT: a consortium
for research in ECT study. Am J Psychiatry 2005; 162:977–982

205. Eranti S, Mogg A, Pluck G, et al. (January 2007). "A randomized, controlled
trial with 6-month follow-up of repetitive transcranial magnetic stimulation and
electroconvulsive therapy for severe depression". Am J Psychiatry **164** (1): 73–
81.

206. Lakhan SE, Callaway H (2010). "Deep brain stimulation for obsessive-
compulsive disorder and treatment-resistant depression: systematic
review". BMC Research Notes **3**: 60.doi:10.1186/1756-0500-3-
60. PMC 2838907.PMID 20202203.

207. Rush AJ, Marangell LB, Sackeim HA, et al. (September 2005). "Vagus nerve
stimulation for treatment-resistant depression: A randomized, controlled acute
phase trial". Biological Psychiatry**58** (5): 347–
54. doi:10.1016/j.biopsych.2005.05.025.PMID 16139580.

208. Sackeim HA, Rush AJ, George MS, Marangell LB, Husain MM, Nahas Z,
Johnson CR, Seidman S, Giller C, Haines S, Simpson RK, Jr., Goodman RR:
Vagus nerve stimulation (VNS) for treatment resistant depression: efficacy, side
effects, and predictors of outcome. Neuropsychopharmacology 2001; 25:713–
728 [B]

209. Rush AJ, Marangell LB, Sackeim HA, George MS, Brannan SK, Davis SM,
Howland R, Kling MA, Rittberg BR, Burke WJ, Rapaport MH, Zajecka J,
Nierenberg AA, Husain MM, Ginsberg D, Cooke RG: Vagus nerve stimulation for
treatment-resistant depression: a randomized, controlled acute phase trial. Biol
Psychiatry 2005; 58:347–354

210. Mischoulon D, Fava M (November 2002). "Role of S-adenosyl-L-methionine in
the treatment of depression: a review of the evidence". Am. J. Clin.
Nutr. **76** (5): 1158S–61S.PMID 12420702.

211. Agency for Healthcare Policy Research: Evidence Report on Treatment of
Depression—Newer Pharmacotherapies. San Antonio Evidence-Based Practice
Center. Washington, DC, AHCPR, Evidence- Based Practice Centers, 1999

212. Mills E, Montori VM, Wu P, Gallicano K, Clarke M, Guyatt G: Interaction of St
John's wort with conventional drugs: systematic review of clinical trials. BMJ
2004; 329:27–30 [E]

213. Mannel M: Drug interactions with St John's wort: mechanisms and clinical
implications. Drug Saf 2004; 27:773–797 [F]

214. Hammerness P, Basch E, Ulbricht C, Barrette EP, Foppa I, Basch S, Bent S,
Boon H, Ernst E: St John's wort: a systematic review of adverse effects and
drug interactions for the consultation psychiatrist. Psychosomatics 2003;
44:271–282 [F]

215. Mischoulon D, Fava M: Role of S-adenosyl-Lmethionine in the treatment of
depression: a review of the evidence. Am J Clin Nutr 2002; 76:1158S– 1161S
[F]

216. Bottiglieri T, Godfrey P, Flynn T, Carney MW, Toone BK, Reynolds EH:
Cerebrospinal fluid S-adenosylmethionine in depression and dementia: effects

CONFIDENTIAL

of treatment with parenteral and oral S adenosylmethionine. J Neurol Neurosurg
Psychiatry 1990; 53:1096–1098 [G]

217. Carney MW, Edeh J, Bottiglieri T, Reynolds EM, Toone BK: Affective illness
and S-adenosyl methionine: a preliminary report. Clin Neuropharmacol 1986;
9:379–385 [G]

218. Pies R: Adverse neuropsychiatric reactions to herbal and over-the-counter
"antidepressants." J Clin Psychiatry 2000; 61:815–820 [F]

219. "FDA Panel Looks at Trials of Devices to Treat Depression"article by Emily P.
Walker, Washington Correspondent, MedPage Today Published: October 08,
2010, accessed October 9, 2010

220. Bressa GM: S-adenosyl-L-methionine (SAMe) as antidepressant: meta-
analysis of clinical studies. Acta Neurol Scand Suppl 1994; 154:7–14 [E]

221. Parker G, Gibson NA, Brotchie H, Heruc G, Rees AM, Hadzi-Pavlovic D:
Omega-3 fatty acids and mood disorders. Am J Psychiatry 2006; 163:969– 978
[F]

222. Freeman MP, Hibbeln JR, Wisner KL, Davis JM, Mischoulon D, Peet M, Keck PE
Jr, Marangell LB, Richardson AJ, Lake J, Stoll AL: Omega-3 fatty acids: evidence
basis for treatment and future research in psychiatry. J Clin Psychiatry 2006;
67:1954–1967

223. Appleton KM, Hayward RC, Gunnell D, et al. (December 2006). "Effects of n-3
long-chain polyunsaturated fatty acids on depressed mood: systematic review
of published trials". Am. J. Clin. Nutr. **84** (6): 1308–16. PMID 17158410.

224. Papakostas GI, Petersen T, Mischoulon D, Ryan JL, Nierenberg AA, Bottiglieri
T, Rosenbaum JF, Alpert JE, Fava M: Serum folate, vitamin B12, and
homocysteine in major depressive disorder, Part 1: predictors of clinical
response in fluoxetine-resistant depression. J Clin Psychiatry 2004; 65:1090–
1095 [A]

225. Papakostas GI, Petersen T, Lebowitz BD, Mischoulon D, Ryan JL, Nierenberg
AA, Bottiglieri T, Alpert JE, Rosenbaum JF, Fava M: The relationship between
serum folate, vitamin B12, and homocysteine levels in major depressive
disorder and the timing of improvement with fluoxetine. Int J
Neuropsychopharmacol 2005; 8:523–528 [G]

226. Alpert M, Silva RR, Pouget ER: Prediction of treatment response in geriatric
depression from baseline folate level: interaction with an SSRI or a tricyclic
antidepressant. J Clin Psychopharmacol 2003; 23:309–313

227. Eastman CI, Young MA, Fogg LF, Liu L, Meaden PM: Bright light treatment of
winter depression: a placebo-controlled trial. Arch Gen Psychiatry 1998;
55:883–889 [B]

228. Terman M, Terman JS, Quitkin FM, McGrath PJ, Stewart JW, Rafferty B: Light
therapy for seasonal affective disorder. A review of efficacy.
Neuropsychopharmacology 1989; 2:1–22 [B]

229. Kripke DF, Mullaney DJ, Klauber MR, Risch SC, Gillin JC: Controlled trial of
bright light for nonseasonal major depressive disorders. Biol Psychiatry 1992;
31:119–134 [A–]

230. Yamada N, Martin-Iverson MT, Daimon K, Tsujimoto T, Takahashi S: Clinical
and chronobiological effects of light therapy on nonseasonal affective disorders.
Biol Psychiatry 1995; 37:866–873 [

231. Sumaya IC, Rienzi BM, Deegan JF, Moss DE: Bright light treatment decreases
depression in institutionalized older adults: a placebo-controlled crossover
study. J Ger

232. Avissar S, Schreiber G, Nechamkin Y, Neuhaus I, Lam GK, Schwartz P, Turner
E, Matthews J, Naim S, Rosenthal NE: The effects of seasons and light therapy

CONFIDENTIAL

on G protein levels in mononuclear leukocytes of patients with seasonal affective disorder. Arch Gen Psychiatry 1999; 56:178–183

233. Benedetti F, Colombo C, Serretti A, Lorenzi C, Pontiggia A, Barbini B, Smeraldi E: Antidepressant effects of light therapy combined with sleep deprivation are influenced by a functional polymorphism within the promoter of the serotonin transporter gene. Biol Psychiatry 2003; 54:687–692

234. Benedetti F, Colombo C, Pontiggia A, Bernasconi A, Florita M, Smeraldi E: Morning light treatment hastens the antidepressant effect of citalopram: a placebo-controlled trial. J Clin Psychiatry 2003; 64:648–653

235. Beauchemin KM, Hays P: Phototherapy is a useful adjunct in the treatment of depressed in-patients. Acta Psychiatr Scand 1997; 95:424–427

236. Neumeister A, Goessler R, Lucht M, Kapitany T, Bamas C, Kasper S: Bright light therapy stabilizes the antidepressant effect of partial sleep deprivation. Biol Psychiatry 1996; 39:16–21

237. Colombo C, Lucca A, Benedetti F, Barbini B, Campori E, Smeraldi E: Total sleep deprivation combined with lithium and light therapy in the treatment of bipolar depression: replication of main effects and interaction. Psychiatry Res 2000; 95:43–

238. Golden RN, Gaynes BN, Ekstrom RD, et al. (April 2005). "The efficacy of light therapy in the treatment of mood disorders: a review and meta-analysis of the evidence". *American Journal of Psychiatry* **162** (4): 656–62. doi:10.1176/appi.ajp.162.4.656.PMID 15800134.

239. E. Ernst (December 30, 2002). ""Flower remedies": a systematic review of the clinical evidence". *Wiener Klinische Wochenschrift* **114** (23–24): 963–966. PMID 12635462.

240. Uebelacker LA, Epstein-Lubow G, Gaudiano BA, Tremont G, Battle CL, Miller IW (January 2010). "Hatha yoga for depression: critical review of the evidence for efficacy, plausible mechanisms of action, and directions for future research". *J Psychiatr Pract* **16** (1): 22–33.

241. March J, Silva S, Petrycki S, et al. (August 2004). "Fluoxetine, cognitive-behavioral therapy, and their combination for adolescents with depression: Treatment for Adolescents With Depression Study (TADS) randomized controlled trial". *JAMA* **292** (7): 807–20. doi:10.1001/jama.292.7.807.PMID 15315995.

242. Dimidjian, S., et al. (2006). "Randomized Trial of Behavioral Activation, Cognitive Therapy, and Antidepressant Medication in the Acute Treatment of Adults With Major Depression". *Journal of Consulting and Clinical Psychology* **74** (4): 658–670.doi:10.1037/0022-006X.74.4.658. PMID 16881773.

243. ^ Spates, C. R., Pagoto, S. and Kalata, A. (2006). A Qualitative And Quantitative Review of Behavioral Activation Treatment of Major Depressive Disorder. *The Behavior Analyst Today, 7(4),* 508-518 [1]

244. Coelho HF, Canter PH, Ernst E (December 2007). "Mindfulness-based cognitive therapy: Evaluating current evidence and informing future research". *Journal of Consulting and Clinical Psychology* **75** (6): 1000–05. doi:10.1037/0022-006X.75.6.1000. PMID 18085916.

245. Dworetzky J (1997). *Psychology*. Pacific Grove, CA, USA: Brooks/Cole Pub. Co. p. 602. ISBN 0-314-20412-1.

246. Doidge N, Simon B, Lancee WJ, et al. (2002). "Psychoanalytic patients in the US, Canada, and Australia: II. A DSM-III-R validation study". *Journal of the American Psychoanalytic Association* **50** (2): 615–27.doi:10.1177/00030651020500021101. PMID 12206545.

CONFIDENTIAL

247. Durand VM, Barlow D (1999). *Abnormal psychology: An integrative approach*. Pacific Grove, CA, USA: Brooks/Cole Pub. Co. ISBN 0-534-34742-8.

248. de Maat S, Dekker J, Schoevers R, et al. (June 2007). "Short Psychodynamic Supportive Psychotherapy, antidepressants, and their combination in the treatment of major depression: A mega-analysis based on three Randomized Clinical Trials".*Depression and Anxiety* **25** (7): 565–74.doi:10.1002/da.20305. PMID 17557313.

249. Depression Guideline Panel. Depression in primary care. Vol. 2. Treatment of major depression. Clinical practice guideline. No. 5. Rockville, MD: Agency for Health Care Policy and Research, 1999.

250. Rush AJ, Kraemer HC, Sackeim HA, Fava M, Trivedi MH, Frank E, Ninan PT, Thase ME, Gelenberg AJ, Kupfer DJ, Regier DA, Rosenbaum JF, Ray O, Schatzberg AF: Report by the ACNP Task Force on response and remission in major depressive disorder. Neuropsychopharmacology 2006; 31:1841–1853 [G]

251. Judd LL, Akiskal HS, Maser JD, Zeller PJ, Endicott J, Coryell W, Paulus MP, Kunovac JL, Leon AC, Mueller TI, Rice JA, Keller MB: Major depressive disorder: a prospective study of residual subthreshold depressive symptoms as predictor of rapid relapse. J Affect Disord 1998; 50:97–108

252. Judd LL, Paulus MJ, Schettler PJ, Akiskal HS, Endicott J, Leon AC, Maser JD, Mueller T, Solomon DA, Keller MB: Does incomplete recovery from first lifetime major depressive episode herald a chronic course of illness? Am J Psychiatry 2000; 157:1501–1504

253. McGrath PJ, Stewart JW, Petkova E, Quitkin FM, Amsterdam JD, Fawcett J, Reimherr FW, Rosenbaum JF, Beasley CM Jr: Predictors of relapse during fluoxetine continuation or maintenance treatment of major depression. J Clin Psychiatry 2000; 61:518–524 [A]

254. Solomon DA, Keller MB, Leon AC, Mueller TI, Lavori PW, Shea MT, Coryell W, Warshaw M, Turvey C, Maser JD, Endicott J: Multiple recurrences of major depressive disorder. Am J Psychiatry 2000; 157:229–233

255. Consensus Development Panel: NIMH/NIH Consensus Development Conference Statement: mood disorders: pharmacologic prevention of recurrences. Am J Psychiatry 1985; 142:469–476

256. Maj M, Veltro F, Pirozzi R, Lobrace S, Magliano L: Pattern of recurrence of illness after recovery from an episode of major depression: a prospective study. Am J Psychiatry 1992; 149:795–800

257. Depression Guideline Panel: Clinical Practice Guideline Number 5: Depression in Primary Care, Treatment of Major Depression: HHS Publication 93–0551. Rockville, Md, Agency for Health Care Policy and Research, 1993

258. Tew JD Jr, Mulsant BH, Haskett RF, Joan P, Begley AE, Sackeim HA: Relapse during continuation pharmacotherapy after acute response to ECT: a comparison of usual care versus protocolized treatment. Ann Clin Psychiatry 2007; 19:1–4

259. Sackeim HA, Haskett RF, Mulsant BH, Thase ME, Mann JJ, Pettinati HM, Greenberg RM, Crowe RR, Cooper TB, Prudic J: Continuation pharmacotherapy in the prevention of relapse following electroconvulsive therapy: a randomized controlled trial. JAMA 2001; 285:1299–130

260. Papakostas GI, Perlis RH, Seifert C, Fava M: Antidepressant dose reduction and the risk of relapse in major depressive disorder. Psychother Psychosom 2007; 76:266–270

261. Prien RF, Kupfer DJ: Continuation drug therapy for major depressive episodes: how long should it be maintained? Am J Psychiatry 1986; 143:18–23

CONFIDENTIAL

262. Schmidt ME, Fava M, Zhang S, Gonzales J, Raute NJ, Judge R: Treatment
approaches to major depressive disorder relapse. Part 1: dose increase.
Psychother Psychosom 2002; 71:190–194

263. Lisanby SH, Sampson S, Husain MM, Petrides G, Knapp RG, McCall V, Young
RC, Prudic J, Kellner CH: Toward individualized post-electroconvulsive therapy
care: piloting the Symptom-Titrated, Algorithm- Based Longitudinal ECT
(STABLE) intervention. J ECT 2008; 24:179–182

264. Eaton WW, Shao H, Nestadt G, Lee BH, Bienvenu OJ, Zandi P: Population-
based study of first onset and chronicity in major depressive disorder. Arch Gen
Psychiatry 2008; 65:513–520

265. Mueller TI, Leon AC, Keller MB, Solomon DA, Endicott J, Coryell W, Warshaw
M, Maser JD: Recurrence after recovery from major depressive disorder during
15 years of observational follow-up. Am J Psychiatry 1999; 156:1000–1006

266. Solomon DA, Bauer MS: Continuation and maintenance pharmacotherapy for
unipolar and bipolar mood disorders. Psychiatr Clin North Am 1993; 16:515–
540

267. Kupfer DJ, Frank E, Perel JM, Cornes C, Mallinger AG, Thase ME, McEachran
AB, Grochocinski VJ: Five-year outcome for maintenance therapies in recurrent
depression. Arch Gen Psychiatry 1992; 49:769–773

268. Hansen R, Gaynes B, Thieda P, Gartlehner G, DeVeaugh-Geiss A, Krebs E,
Lohr K: Meta-analysis of major depressive disorder relapse and recurrence with
second-generation antidepressants. Psychiatr Serv 2008; 59:1121–1130

269. Frank E, Kupfer DJ, Perel JM, Cornes C, Mallinger AG, Thase ME, McEachran
AB, Grochocinski VJ: Comparison of full-dose versus half-dose
pharmacotherapy in the maintenance treatment of recurrent depression. J
Affect Disord 1993; 27:139–145

270. Solomon DA, Leon AC, Mueller TI, Coryell W, Teres JJ, Posternak MA, Judd LL,
Endicott J, Keller MB: Tachyphylaxis in unipolar major depressive disorder. J
Clin Psychiatry 2005; 66:283–290

271. Posternak MA, Zimmerman M: Dual reuptake inhibitors incur lower rates of
tachyphylaxis than selective serotonin reuptake inhibitors: a retrospective
study. J Clin Psychiatry 2005; 66:705–707

272. Zimmerman M, Thongy T: How often do SSRIs and other new-generation
antidepressants lose their effect during continuation treatment? Evidence
suggesting the rate of true tachyphylaxis during continuation treatment is low.
J Clin Psychiatry 2007; 68:1271–1276

273. Byrne S, Rothschild AJ: Psychiatrists' responses to failure of maintenance
therapy with antidepressants. Psychiatr Serv 1997; 48:835–837

274. Frank E, Kupfer DJ, Wagner EF, McEachran AB, Cornes C: Efficacy of
interpersonal psychotherapy as a maintenance treatment of recurrent
depression. Contributing factors. Arch Gen Psychiatry 1991; 48:1053–1059

275. Blackburn IM, Moore RG: Controlled acute and follow-up trial of cognitive
therapy and pharmacotherapy in out-patients with recurrent depression. Br J
Psychiatry 1997; 171:328–334

276. Belsher G, Costello CG: Relapse after recovery from unipolar depression: a
critical review. Psychol Bull 1988; 104:84–96

277. Scott J: Chronic depression: can cognitive therapy succeed when other
treatments fail? Behavioural Psychotherapy 1992; 20:25–36

278. Fava M, Schmidt ME, Zhang S, Gonzales J, Raute NJ, Judge R: Treatment
approaches to major depressive disorder relapse. Part 2: reinitiation of
antidepressant treatment. Psychother Psychosom 2002;71:195–199

279. Hybels CF, Blazer DG: Epidemiology of late-life mental disorders. Clin Geriatr
Med 2003; 19:663– 696

NETCE0003123

280. Katz IR, Simpson GM, Curlik SM, Parmelee PA, Muhly C: Pharmacologic
     treatment of major depression for elderly patients in residential care settings. J
     Clin Psychiatry 1990; 51(suppl):41–47
281. Conwell Y, Thompson C: Suicidal behavior in elders. Psychiatr Clin North Am
     2008; 31:333–356
282. Mutran EJ, Reitzes DC, Mossey J, Fernandez ME: Social support, depression,
     and recovery of walking ability following hip fracture surgery. J Gerontol B
     Psychol Sci Soc Sci 1995; 50:S354–S361
283. Mossey JM, Knott K, Craik R: The effects of persistent depressive symptoms
     on hip fracture recovery. J Gerontol 1990; 45:M163–M168 [C]
284. Mossey JM, Mutran E, Knott K, Craik R: Determinants of recovery 12 months
     after hip fracture: the importance of psychosocial factors. Am J Public Health
     1989; 79:279–286 [C]
285. Alexopoulos GS: Depression in the elderly. Lancet 2005; 365:1961–1970
286. Djernes JK: Prevalence and predictors of depression in populations of elderly:
     a review. Acta Psychiatr Scand 2006; 113:372–387
287. Carney RM, Freedland KE: Depression, mortality, and medical morbidity in
     patients with coronary heart disease. Biol Psychiatry 2003; 54:241–247
288. Krishnan KR, Delong M, Kraemer H, Carney R, Spiegel D, Gordon C, McDonald
     W, Dew M, Alexopoulos G, Buckwalter K, Cohen PD, Evans D, Kaufmann PG,
     Olin J, Otey E, Wainscott C: Comorbidity of depression with other medical
     diseases in the elderly. Biol Psychiatry 2002; 52:559–588 [G]
289. Ko DT, Hebert PR, Coffey CS, Sedrakyan A, Curtis JP, Krumholz HM: Beta-
     blocker therapy and symptoms of depression, fatigue, and sexual dysfunction.
     JAMA 2002; 288:351–357
290. Ried LD, Tueth MJ, Taylor MD, Sauer BC, Lopez LM, Pepine CJ: Depressive
     symptoms in coronaryartery disease patients after hypertension treatment. Ann
     Pharmacother 2006; 40:597–604
291. Vaccarino AL, Sills TL, Evans KR, Kalali AH: Multiple pain complaints in
     patients with major depressive disorder. Psychosom Med 2009; 71:159– 162
292. Gerson S, Belin TR, Kaufman A, Mintz J, Jarvik L: Pharmacological and
     psychological treatments for depressed older patients: a meta-analysis and
     overview of recent findings. Harv Rev Psychiatry 1999; 7:1–28 [E]
293. Mottram P, Wilson K, Strobl J: Antidepressants for depressed elderly.
     Cochrane Database Syst Rev 2006; CD003491 [E]
294. Sheikh JI, Cassidy EL, Doraiswamy PM, Salomon RM, Hornig M, Holland PJ,
     Mandel FS, Clary CM, Burt T: Efficacy, safety, and tolerability of sertralinein
     patients with late-life depression and comorbid medical illness. J Am Geriatr
     Soc 2004; 52:86–92
295. Cuijpers P, van Straten A, Smit F: Psychological treatment of late-life
     depression: a meta-analysis of randomized controlled trials. Int J Geriatr
     Psychiatry 2006; 21:1139–1149 \
296. Nelson JC, Delucchi K, Schneider LS: Efficacy of second generation
     antidepressants in late-life depression: a meta-analysis of the evidence. Am J
     Geriatr Psychiatry 2008; 16:558–567
297. Andreescu C, Mulsant BH, Houck PR, Whyte EM, Mazumdar S, Dombrovski AY,
     Pollock BG, Reynolds CF III: Empirically derived decision trees for the treatment
     of late-life depression. Am J Psychiatry 2008; 165:855–862 [G]
298. Streim JE, Oslin DW, Katz IR, Smith BD, DiFilippo S, Cooper TB, Ten Have T:
     Drug treatment of depression in frail elderly nursing home residents. Am J
     Geriatr Psychiatry 2000; 8:150–159

NETCE0003124

299. Oslin DW, Streim JE, Katz IR, Smith BD, DiFilippo SD, Ten Have TR, Cooper T: Heuristic comparison of sertraline with nortriptyline for the treatment of depression in frail elderly patients. Am J Geriatr Psychiatry 2000; 8:141–149

300. Driscoll HC, Karp JF, Dew MA, Reynolds CF III: Getting better, getting well: understanding and managing partial and non-response to pharmacological treatment of non-psychotic major depression in old age. Drugs Aging 2007; 24:801–814

301. Dew MA, Whyte EM, Lenze EJ, Houck PR, Mulsant BH, Pollock BG, Stack JA, Bensasi S, Reynolds CF III: Recovery from major depression in older adults receiving augmentation of antidepressant pharmacotherapy. Am J Psychiatry 2007; 164:892– 899

302. Mandelli L, Serretti A, Zanardi R, Rossini D, De Ronchi D, Tarricone I, Colombo C: Antidepressant response in the elderly. Psychiatry Res 2007; 152:37–44

303. Driscoll HC, Basinski J, Mulsant BH, Butters MA, Dew MA, Houck PR, Mazumdar S, Miller MD, Pollock BG, Stack JA, Schlernitzauer MA, Reynolds CF III: Late-onset major depression: clinical and treatment-response variability. Int J Geriatr Psychiatry 2005; 20:661–667

304. O'Connor MK, Knapp R, Husain M, Rummans TA, Petrides G, Smith G, Mueller M, Snyder K, Bernstein H, Rush AJ, Fink M, Kellner C: The influence of age on the response of major depression to electroconvulsive therapy: a C.O.R.E. Report. Am J Geriatr Psychiatry 2001; 9:382–390

305. Gum A, Arean PA: Current status of psychotherapy for mental disorders in the elderly. Curr Psychiatry Rep 2004; 6:32–38

306. Krishnan KR, Doraiswamy PM, Clary CM: Clinical and treatment response characteristics of latelife depression associated with vascular disease: a pooled analysis of two multicenter trials with sertraline. Prog Neuropsychopharmacol Biol Psychiatry 2001; 25:347–361

307. Jorge RE, Moser DJ, Acion L, Robinson RG: Treatment of vascular depression using repetitive transcranial magnetic stimulation. Arch Gen Psychiatry 2008; 65:268–276

308. Robinson RG, Jorge RE, Moser DJ, Acion L, Solodkin A, Small SL, Fonzetti P, Hegel M, Arndt S: Escitalopram and problem-solving therapy for prevention of poststroke depression: a randomized controlled trial. JAMA 2008; 299:2391–2400

309. Lee MJ, Proctor E, Morrow-Howell N: Depression outcomes and quality of postdischarge care of elders hospitalized for major depression. Psychiatr Serv 2006; 57:1446–1451

310. Steffens DC, Pieper CF, Bosworth HB, MacFall JR, Provenzale JM, Payne ME, Carroll BJ, George LK, Krishnan KR: Biological and social predictors of long-term geriatric depression outcome. Int Psychogeriatr 2005; 17:41–56

311. Nelson JC, Jatlow PI, Mazure C: Rapid desipramine dose adjustment using 24-hour levels. J Clin Psychopharmacol 1987; 7:72–77

312. Wilson K, Mottram P, Sivananthan A, Nightingale A: Antidepressant versus placebo for depressed elderly. Cochrane Database Syst Rev 2001; CD000561

313. Cozza KL, Armstrong SC, Oesterheld JR: Concise Guide to Drug Interaction Principles for Medical Practice: Cytochrome P450s, UGTs, P-Glycoproteins, 2nd ed. Arlington, VA, American Psychiatric Publishing, 2003

314. Preskorn SH, Shah R, Neff M, Golbeck AL, Choi J: The potential for clinically significant drug-drug interactions involving the CYP 2D6 system: effects with fluoxetine and paroxetine versus sertraline. J Psychiatr Pract 2007; 13:5–12

CONFIDENTIAL

315. Preskorn SH, Greenblatt DJ, Flockhart D, Luo Y, Perloff ES, Harmatz JS, Baker B, Klick-Davis A, pram, and sertraline effects on cytochrome P450 2D6 function in healthy volunteers. J Clin Psychopharmacol 2007; 27:28–34

316. Wilkinson TJ, Begg EJ, Winter AC, Sainsbury R: Incidence and risk factors for hyponatraemia following treatment with fluoxetine or paroxetine in elderly people. Br J Clin Pharmacol 1999; 47:211– 217

317. Liu BA, Mittmann N, Knowles SR, Shear NH: Hyponatremia and the syndrome of inappropriate secretion of antidiuretic hormone associated with the use of selective serotonin reuptake inhibitors: a review of spontaneous reports. CMAJ 1996; 155:519–527

318. Movig KL, Leufkens HG, Lenderink AW, van den Akker V, Hodiamont PP, Goldschmidt HM, Egberts AC: Association between antidepressant drug use and hyponatraemia: a case-control study. Br J Clin Pharmacol 2002; 53:363–369

319. Reynolds CF III, Dew MA, Pollock BG, Mulsant BH, Frank E, Miller MD, Houck PR, Mazumdar S, Butters MA, Stack JA, Schlernitzauer MA, Whyte EM, Gildengers A, Karp J, Lenze E, Szanto K, Bensasi S, Kupfer DJ: Maintenance treatment of major depression in old age. N Engl J Med 2006; 354:1130–1138

320. Navarro V, Gasto C, Torres X, Masana G, Penades R, Guarch J, Vazquez M, Serra M, Pujol N, Pintor L, Catalan R: Continuation/maintenance treatment with nortriptyline versus combined nortriptyline and ECT in late-life psychotic depression: a two-year randomized study. Am J Geriatr Psychiatry 2008; 16:498–505

321. Cho HJ, Lavretsky H, Olmstead R, Levin MJ, Oxman MN, Irwin MR: Sleep disturbance and depression recurrence in community-dwelling older adults: a prospective study. Am J Psychiatry 2008; 165:1543–1550 [C]

322. Dunn AL, Trivedi MH, Kampert JB, Clark CG, Chambliss HO: The DOSE study: a clinical trial to examine efficacy and dose response of exercise as treatment for depression. Control Clin Trials 2002; 23:584–603

323. Dunn AL, Trivedi MH, Kampert JB, Clark CG, Chambliss HO: Exercise treatment for depression: efficacy and dose response. Am J Prev Med 2005; 28:1–8 [A]

324. Penninx BW, Rejeski WJ, Pandya J, Miller ME, Di Bari M, Applegate WB, Pahor M: Exercise and depressive symptoms: a comparison of aerobic and resistance exercise effects on emotional and physical function in older persons with high and low depressive symptomatology. J Gerontol B Psychol Sci Soc Sci 2002; 57:124–132

325. Mather AS, Rodriguez C, Guthrie MF, McHarg AM, Reid IC, McMurdo ME: Effects of exercise on depressive symptoms in older adults with poorly responsive depressive disorder: randomised controlled trial. Br J Psychiatry 2002; 180:411–415

326. Blumenthal JA, Babyak MA, Moore KA, Craighead WE, Herman S, Khatri P, Waugh R, Napolitano MA, Forman LM, Appelbaum M, Doraiswamy PM, Krishnan KR: Effects of exercise training on older patients with major depression. Arch Intern Med 1999; 159:2349–2356

327. Herman S, Blumenthal JA, Babyak M, Khatri P, Craighead WE, Krishnan KR, Doraiswamy PM: Exercise therapy for depression in middle-aged and older adults: predictors of early dropout and treatment failure. Health Psychol 2002; 21:553–563

328. Babyak M, Blumenthal JA, Herman S, Khatri P, Doraiswamy M, Moore K, Craighead WE, Baldewicz TT, Krishnan KR: Exercise treatment for major depression: maintenance of therapeutic benefit at 10 months. Psychosom Med 2000; 62:633– 638

NETCE0003126

329. Singh NA, Stavrinos TM, Scarbek Y, Galambos G, Liber C, Fiatarone Singh MA: A randomized controlled trial of high versus low intensity weight training versus general practitioner care for clinical depression in older adults. J Gerontol A Biol Sci Med Sci 2005; 60:768–776

330. Singh NA, Clements KM, Singh MA: The efficacy of exercise as a long-term antidepressant in elderly subjects: a randomized, controlled trial. J Gerontol A Biol Sci Med Sci 2001; 56:M497–M504

331. Brown WJ, Ford JH, Burton NW, Marshall AL, Dobson AJ: Prospective study of physical activity and depressive symptoms in middle-aged women. Am J Prev Med 2005; 29:265–272

332. Strawbridge WJ, Deleger S, Roberts RE, Kaplan GA: Physical activity reduces the risk of subsequent depression for older adults. Am J Epidemiol 2002; 156:328–334

333. Lai SM, Studenski S, Richards L, Perera S, Reker D, Rigler S, Duncan PW: Therapeutic exercise and depressive symptoms after stroke. J Am Geriatr Soc 2006; 54:240–247 [A]

334. "Dementia definition". *MDGuidelines*. Reed Group.

335. American Psychiatric Association (APA). Practice guideline for the treatment of patients with Alzheimer's disease and other dementias. Arlington (VA): American Psychiatric Association (APA); 2007 Oct.

336. "Drivers with dementia a growing problem, MDs warn". CBC News, Canada. September 19, 2007.

337. Alzheimer's Disease International (2009). *World Alzheimer Report 2009*. p. 38. Retrieved 11 March 2012.

338. Sadock, Benjamin James Sadock, Virginia Alcott (2008).*Kaplan & Sadock's concise textbook of clinical psychiatry*(3rd ed.). Philadelphia: Wolters Kluwer/Lippincott Williams & Wilkins. p. 52. ISBN 978-0-7817-8746-8.

339. Alzheimer's Disease International (2009). *World Alzheimer Report 2009*. p. 36.

340. Neuropathology Group. Medical Research Council Cognitive Function and Aging Study (2001). "Pathological correlates of late-onset dementia in a multicentre, community-based population in England and Wales. Neuropathology Group of the Medical Research Council Cognitive Function and Ageing Study (MRC CFAS)". *Lancet* **357** (9251): 169–75. doi:10.1016/S0140-6736(00)03589-3. PMID 11213093.

341. Wakisaka Y et al. (2003). "Age-associated prevalence and risk factors of Lewy body pathology in a general population: the Hisayama study". *Acta Neuropathol* **106** (4): 374–82.doi:10.1007/s00401-003-0750-x. PMID 12904992.

342. White L et al. (2002). "Cerebrovascular pathology and dementia in autopsied Honolulu-Asia Aging Study participants".*Ann N Y Acad Sci* **977** (9): 9–23. doi:10.1111/j.1749-6632.2002.tb04794.x. PMID 12480729.

343. Ratnavalli E et al. (2002). "The prevalence of frontotemporal dementia". *Neurology* **58** (11): 1615–21.doi:10.1212/WNL.58.11.1615. PMID 12058088.

344. McKee A et al. (2009). "Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy following Repetitive Head Injury". *J Neuropathol Exp Neurol* **68** (7): 709–735.doi:10.1097/NEN.0b013e3181a9d503. PMC 2945234.PMID 19535999.

345. Galvin JE et al. (2006). "Clinical phenotype of Parkinson disease dementia". *Neurology* **67** (9): 1605–11.doi:10.1212/01.wnl.0000242630.52203.8f.PMID 17101891.

NETCE0003127

346. Lamont P (2004). "Cognitive Decline in a Young Adult with Pre-Existent Developmental Delay – What the Adult Neurologist Needs to Know". *Practical Neurology* **4** (2): 70–87.doi:10.1111/j.1474-7766.2004.02-206.x.

347. Barnes DE, Covinsky KE, Whitmer RA, Kuller LH, Lopez OL, Yaffe K. Predicting risk of dementia in older adults: The late-life dementia risk index. *Neurology*. 2009;73(3):173–179.

348. Carrière I, Fourrier-Reglat A, Dartigues JF, et al. Drugs with anticholinergic properties, cognitive decline, and dementia in an elderly general population: the 3-city study. *Arch Intern Med*. 2009;169(14):1317–1324.

349. Hall CB, Derby C, LeValley A, Katz MJ, Verghese J, Lipton RB. Education delays accelerated decline on a memory test in persons who develop dementia. *Neurology*. 2007;69(17):1657–1664.

350. Plassman BL, Langa KM, Fisher GG, et al. Prevalence of dementia in the United States: the aging, demographics, and memory study. *Neuroepidemiology*. 2007;29 (1–2):125–132.

351. Hall CB, Derby C, LeValley A, Katz MJ, Verghese J, Lipton RB. Education delays accelerated decline on a memory test in persons who develop dementia. *Neurology*. 2007;69(17):1657–1664.

352. Carrière I, Fourrier-Reglat A, Dartigues JF, et al. Drugs with anticholinergic properties, cognitive decline, and dementia in an elderly general population: the 3-city study. *Arch Intern Med*. 2009;169(14):1317–1324.

353. Knopman DS, DeKosky ST, Cummings JL, et al. Practice parameter: diagnosis of dementia (an evidence-based review). Report of the Quality Standards Subcommittee of the American Academy of Neurology. Neurology 2001;56:1143–1153.

354. Braak H, Braak E. Neuropathological stageing of Alzheimer-related changes. Acta Neuropathol (Berl) 1991;82:239–259.

355. Appel J, Potter E, Shen Q, et al. A comparative analysis of structural brain MRI in the diagnosis of Alzheimer's disease. Behav Neurol 2009;21:13–19.

356. Cahn DA, Sullivan EV, Shear PK, et al. Structural MRI correlates of recognition memory in Alzheimer's disease. J Int Neuropsychol Soc 1998;4:106–114.

357. Petersen RC, Jack CR, Jr., Xu YC, et al. Memory and MRI-based hippocampal volumes in aging and AD. Neurology 2000;54:581–587.

358. Boxer AL, Geschwind MD, Belfor N, et al. Patterns of brain atrophy that differentiate corticobasal degeneration syndrome from progressive supranuclear palsy. Arch Neurol 2006;63:81–86.

359. Braak H, Alafuzoff I, Arzberger T, Kretzschmar H, Del Tredici K. Staging of Alzheimer disease-associated neurofibrillary pathology using paraffin sections and immunocytochemistry. Acta Neuropathol 2006;112:389–404.

360. Cordonnier C, van der Flier WM, Sluimer JD, Leys D, Barkhof F, Scheltens P. Prevalence and severity of microbleeds in a memory clinic setting. Neurology 2006;66:1356–1360.

361. Young GS, Geschwind MD, Fischbein NJ, et al. Diffusion weighted and fluid-attenuated inversion recovery imaging in Creutzfeldt-Jakob disease: high sensitivity and specificity for diagnosis. AJNR Am J Neuroradiol 2005;26:1551–1562.

362. Zeidler M, Sellar RJ, Collie DA, et al. The pulvinar sign on magnetic resonance imaging in variant Creutzfeldt-Jakob disease. Lancet 2000;355:1412–1418.

363. Bozzao A, Floris R, Baviera ME, Apruzzese A, Simonetti G. Diffusion and perfusion MR imaging in cases of Alzheimer's disease: correlations with cortical atrophy and lesion load. AJNR Am J Neuroradiol 2001;22:1030–1036.

CONFIDENTIAL

364. Firbank MJ, Blamire AM, Krishnan MS, et al. Diffusion tens or imaging in dementia with Lewy bodies and Alzheimer's disease. Psychiatry Res 2007;155:135–145.
365. Zhang Y, Schuff N, Du AT, et al. White matter damage in frontotemporal dementia and Alzheimer's disease measured by diffusion MRI. Brain 2009;132:2579–2592.
366. Schuff N, Capizzano AA, Du AT, et al. Selective reduction of Nacetylaspartate in medial temporal and parietal lobes in AD. Neurology 2002;58:928–935.
367. Schuff N, Capizzano AA, Du AT, et al. Different patterns of Nacetylaspartate loss in subcortical ischemic vascular dementia and AD. Neurology 2003;61:358–364.
368. Mihara M, Hattori N, Abe K, Sakoda S, Sawada T. Magnetic resonance spectroscopic study of Alzheimer's disease and frontotemporal dementia/Pick complex. Neuroreport 2006;17:413–416.
369. Macfarlane RG, Wroe SJ, Collinge J, Yousry TA, Jager HR. Neuroimaging findings in human prion disease. J Neurol Neurosurg Psychiatry 2007;78:664–670.
370. Gomez-Anson B, Alegret M, Munoz E, Sainz A, Monte GC, Tolosa E. Decreased frontal choline and neuropsychological performance in preclinical Huntington disease. Neurology 2007;68:906–910.
371. Rombouts SA, Barkhof F, Veltman DJ, et al. Functional MR imaging in Alzheimer's disease during memory encoding. AJNR Am J Neuroradiol 2000;21:1869–1875.
372. Rombouts SA, van Swieten JC, Pijnenburg YA, Goekoop R, Barkhof F, Scheltens P. Loss of frontal fMRI activation in early frontotemporal dementia compared to early AD. Neurology 2003;60:1904–1908.
373. Sauer J, ffytche DH, Ballard C, Brown RG, Howard R. Differences between Alzheimer's disease and dementia with Lewy bodies: an fMRI study of task-related brain activity. Brain 2006;129:1780–1788.
374. Fox MD, Corbetta M, Snyder AZ, Vincent JL, Raichle ME. Spontaneous neuronal activity distinguishes human dorsal and ventral attention systems. Proc Natl Acad Sci USA 2006;103:10046–10051.
375. Seeley WW, Menon V, Schatzberg AF, et al. Dissociable intrinsic connectivity networks for salience processing and executive control. J Neurosci 2007;27:2349–2356.
376. Smith SM, Fox PT, Miller KL, et al. Correspondence of the brain's functional architecture during activation and rest. Proc Natl Acad Sci USA 2009;106:13040–13045.
377. Fox MD, Raichle ME. Spontaneous fluctuations in brain activity observed with functional magnetic resonance imaging. Nat Rev Neurosci 2007;8:700–711.
378. Small GW, Bookheimer SY, Thompson PM, et al. Current and future uses of neuroimaging for cognitively impaired patients. Lancet Neurol 2008;7:161–172.
379. Silverman DH, Small GW, Phelps ME. Clinical value of neuroimaging in the diagnosis of dementia. Sensitivity and specificity of regional cerebral metabolic and other parameters for early identification of Alzheimer's Disease. Clin Positron Imaging 1999;2:119–130.
380. Van Heertum RL, Tikofsky RS. Positron emission tomography and single-photon emission computed tomography brain imaging in the evaluation of dementia. Semin Nucl Med 2003;33:77–85.
381. Foster NL, Heidebrink JL, Clark CM, et al. FDG-PET improves accuracy in distinguishing frontotemporal dementia and Alzheimer's disease. Brain 2007;130:2616–2635.

CONFIDENTIAL

382. Roberts DA, Detre JA, Bolinger L, Insko EK, Leigh JS, Jr. Quantitative magnetic resonance imaging of human brain perfusion at 1.5 T using steady-state inversion of arterial water. Proc Natl Acad Sci USA 1994;91:33–37.

383. Alsop DC, Detre JA, Grossman M. Assessment of cerebral blood flow in Alzheimer's disease by spin-labeled magnetic resonance imaging. Ann Neurol 2000;47:93–100.

384. Rafii, M. S. & Aisen, P. S. (2009). "Recent developments in Alzheimer's disease therapeutics". *BMC medicine* **7**: 1–4.doi:10.1186/1741-7015-7-7.

385. Lleó A, Greenberg SM, Growdon JH (2006). "Current pharmacotherapy for Alzheimer's disease". *Annu. Rev. Med.* **57**: 513–33.

386. Rodda, J; Morgan, S; Walker, Z (2009 Oct). "Are cholinesterase inhibitors effective in the management of the behavioral and psychological symptoms of dementia in Alzheimer's disease? A systematic review of randomized, placebo-controlled trials of donepezil, rivastigmine and galantamine.". *International psychogeriatrics / IPA* **21** (5): 813–24. doi:10.1017/S1041610209990354. PMID 19538824.

387. Birks, J (2006 Jan 25). "Cholinesterase inhibitors for Alzheimer's disease.". *Cochrane database of systematic reviews (Online)* (1): CD005593.doi:10.1002/14651858.CD005593. PMID 16437532.

388. Gill S. S., Anderson, G. M., Fischer, H.D., Li, P., Normand, S. T. & Rochon, P. A. (2009). "Syncope and its consequences in patients with dementia receiving cholinesterase inhibitors: A population-based cohort study". *Archives of Internal Medicine***169** (9): 867–873. doi:10.1001/archinternmed.2009.43.PMID 19433698.

389. Raina P, Santaguida P, Ismaila A, et al. (2008). "Effectiveness of cholinesterase inhibitors and memantine for treating dementia: evidence review for a clinical practice guideline".*Annals of Internal Medicine* **148** (5): 379–97. doi:10.7326/0003-4819-148-5-200803040-00009. PMID 18316756.

390. Atri A, Shaughnessy LW, Locascio JJ, Growdon JH (2008)."Long-term Course and Effectiveness of Combination Therapy in Alzheimer's Disease". *Alzheimer Disease and Associated Disorders* **22** (3): 209–21.

391. Thompson S, Herrmann N, Rapoport MJ, Lanctôt KL (2007)."Efficacy and safety of antidepressants for treatment of depression in Alzheimer's disease: a metaanalysis" (PDF).*Canadian Journal of Psychiatry* **52** (4): 248–55.PMID 17500306.

392. Bains J, Birks JS, Dening TR (2002). "The efficacy of antidepressants in the treatment of depression in dementia". In Dening, Tom. *Cochrane Database of Systematic Reviews* (4): CD003944. doi:10.1002/14651858.CD003944.PMID 12519625.

393. American Geriatrics Society 2012 Beers Criteria Update Expert, Panel (2012 Apr). "American Geriatrics Society updated Beers Criteria for potentially inappropriate medication use in older adults.". *Journal of the American Geriatrics Society* **60** (4): 616–31. doi:10.1111/j.1532-5415.2012.03923.x.PMID 22376048.

394. "FDA MedWatch – 2008 Safety Alerts for Human Medical Products". *FDA*.

395. Malouf, R; Grimley Evans, J (2008 Oct 8). "Folic acid with or without vitamin B12 for the prevention and treatment of healthy elderly and demented people". *Cochrane database of systematic reviews (Online)* (4): CD004514.doi:10.1002/14651858.CD004514.pub2. PMID 18843658.

396. Thoenen, Eugenia; Health Statistics Center Statistical Staff; Doria, James; King, Fred; Leonard, Thomas N.; Light, Tom; Simmons, Philip (February 2005). "Prevention of Dementia". *Dementia: The Growing Crisis in West Virginia*. Retrieved 2 October 2009.

CONFIDENTIAL

397. "Blood pressure drug dementia hope". BBC News. 28 July 2008. Retrieved 2 October 2009.

398. "Blood Pressure Drugs May Protect Against Alzheimer's" (Press release). Boston University School of Medicine. 27 July 2008. Retrieved 2 October 2009.

399. Chen JH, Lin KP, Chen YC (October 2009). "Risk factors for dementia". J. Formos. Med. Assoc. 108 (10): 754–64.doi:10.1016/S0929-6646(09)60402-2. PMID 19864195.

400. Grønbaek M (April 2009). "The positive and negative health effects of alcohol- and the public health implications". J. Intern. Med. 265 (4): 407–20. doi:10.1111/j.1365-2796.2009.02082.x. PMID 19298457.

401. Robert, Levine (2006). "Defying dementia: understanding and preventing Alzheimer's and related disorders". Westport: conn: Praeger.

402. Cederholm T, Palmblad J (March 2010). "Are omega-3 fatty acids options for prevention and treatment of cognitive decline and dementia?". Curr Opin Clin Nutr Metab Care 13 (2): 150–5. doi:10.1097/MCO.0b013e328335c40b. PMID 20019606.

403. Benito-León, J; Bermejo-Pareja, F; Vega, S; Louis, ED (2009). "Total daily sleep duration and the risk of dementia: a prospective population-based study". European journal of neurology 16 (9): 990–7. doi:10.1111/j.1468-1331.2009.02618.x. PMID 19473367.

404. Hyvet, investigators; Burch; Fletcher; Bulpitt (August 2008). "Incident dementia and blood pressure lowering in the Hypertension in the Very Elderly Trial cognitive function assessment (HYVET-COG): a double-blind, placebo controlled trial". Lancet Neurol 7 (8): 683–9.doi:10.1016/S1474-4422(08)70143-1. PMID 18614402.

405. "Diabetes and Alzheimer's linked" (Press release). Mayo Clinic. 6 November 2008. Retrieved 2 October 2009.

406. Szekely, CA; Green, RC; Breitner, JC; Østbye, T; Beiser, AS; Corrada, MM; Dodge, HH; Ganguli, M et al. (2008). "No advantage of "Aβ42-lowering" NSAIDs for prevention of AD in six pooled cohort studies". Neurology 70 (24): 2291–8.doi:10.1212/01.wnl.0000313303.17796.f6. PMC 2755238. PMID 18509093.

407. Cornelius, C; Fastbom, J; Winblad, B; Viitanen, M (2004). "Aspirin, NSAIDs, risk of dementia, and influence of the apolipoprotein E epsilon 4 allele in an elderly population". Neuroepidemiology 23 (3): 135–43. doi:10.1159/000075957. PMID 15084783.

408. Etminan, M; Gill, S; Samii, A (2003). "Effect of non-steroidal anti-inflammatory drugs on risk of Alzheimer's disease: systematic review and meta-analysis of observational studies". BMJ 327 (7407): 128. doi:10.1136/bmj.327.7407.128. PMC 165707.PMID 12869452.

409. Nilsson, SE; Johansson, B; Takkinen, S; Berg, S; Zarit, S; Mcclearn, G; Melander, A (2003). "Does aspirin protect against Alzheimer's dementia? A study in a Swedish population-based sample aged > or =80 years". European journal of clinical pharmacology 59 (4): 313–9. doi:10.1007/s00228-003-0618-y. PMID 12827329.

410. Anthony, JC; Breitner, JC; Zandi, PP; Meyer, MR; Jurasova, I; Norton, MC; Stone, SV (2000). "Reduced prevalence of AD in users of NSAIDs and H2 receptor antagonists: the Cache County study". Neurology 54 (11): 2066–71. PMID 10851364.

411. Ad2000 Collaborative, Group; Bentham, P; Gray, R; Sellwood, E; Hills, R; Crome, P; Raftery, J (2008). "Aspirin in Alzheimer's disease (AD2000): a randomised open-label trial". Lancet neurology 7 (1): 41–9. doi:10.1016/S1474-4422(07)70293-4. PMID 18068522.

CONFIDENTIAL

412. Akiyama, H; Barger, S; Barnum, S; Bradt, B; Bauer, J; Cole, GM; Cooper, NR; Eikelenboom, P et al. (2000). "Inflammation and Alzheimer's disease". *Neurobiology of Aging* **21** (3): 383–421. doi:10.1016/S0197-4580(00)00124-X. PMID 10858586.

413. Tortosa, E; Avila, J; Pérez, M (2006). "Acetylsalicylic acid decreases tau phosphorylation at serine 422". *Neuroscience letters* **396** (1): 77–80. doi:10.1016/j.neulet.2005.11.066. PMID 16386371.

414. Hirohata, M; Ono, K; Naiki, H; Yamada, M (2005). "Non-steroidal anti-inflammatory drugs have anti-amyloidogenic effects for Alzheimer's beta-amyloid fibrils in vitro". *Neuropharmacology* **49** (7): 1088–99. doi:10.1016/j.neuropharm.2005.07.004.PMID 16125740.

415. Thomas, T; Nadackal, TG; Thomas, K (2001). "Aspirin and non-steroidal anti-inflammatory drugs inhibit amyloid-beta aggregation".*NeuroReport* **12** (15): 3263–7. doi:10.1097/00001756-200110290-00024. PMID 11711868.

416. Lishman WA. Organic Psychiatry: the psychological consequences of cerebral disorder. London: Blackwell Scientific, 1987.

417. Ron MA, Toone BK, Garralda ME, Lishman WN. Diagnostic accuracy in presenile dementia. *Br J Psychiatry*1979;134:161-8.

418. Shraberg D. The myth of pseudo-dementia. Depression and the aging brain. *Am J Psychiatry*1978;35:601-3.

419. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders.* 4th ed. Text rev. Washington, DC. American Psychiatric Association, 2000.

420. Brugha T, Singleton N, Meltzer H, *et al.* (2005). "Psychosis in the community and in prisons: a report from the British National Survey of psychiatric morbidity". *The American Journal of Psychiatry* **162** (4): 774–80. doi:10.1176/appi.ajp.162.4.774.PMID 15800152.

421. Carney MW, Chary TK, Robotis P, Childs A (1987). "Ganser syndrome and its management". *The British Journal of Psychiatry : the journal of mental science* **151** (5): 697–700.doi:10.1192/bjp.151.5.697. PMID 3446318.

422. Gustafson Y. Acute confusional state (delirium). Clinical studies in hip-fracture and stroke patients. [Medical Dissertations] Umea University, 1991

423. Trzepacz, P.T. (1999) Update on the neuropathogenesis of delirium. Dementia and Geriatric Cognitive Disorders, 10, 330^334.

424. Marquis F, Ouimet S, Riker R et al. Individual delirium symptoms: do they matter? *Crit Care Med.* 2007; 35:2533-7.

425. Trzepacz, P. T. & Meagher, D. J. (2007) Delirium. In *Textbook of Neuropsychiatry* (5th edn) (eds S. Yudofsky & R. Hales), pp. 445–517. American Psychiatric Press.

426. Rockwood K: The occurrence and duration of symptoms in elderly patients with delirium.J Gerontol 1993; 48:M162–M166

427. Foreman MD. Acute confusion in the elderly. Ann Rev Nurs Res 1993;11:3-30

428. Dyer CB, Ashton CM, Teasdale TA. Postoperative delirium. A review of 80 primary data-collection studies. Arch Intern Med 1995;155:461-5

429. Martin NJ, Stones MJ, Young JE, Bedard M. Development of delirium: A prospective cohort study in a community hospital. Int Psychogeriatr 2000;12:117-27

430. Bowman AM. The relationship of anxiety to development of postoperative delirium. J Gerontol Nurs 1992;18:24-30

431. Foreman MD. The cognitive and behavioural nature of acute confusional states. Schol Inquiry Nurs Pract 1991;5:3-20.

432. Rockword K. The occurrence and duration of symptoms in elderly patients with delirium. J Gerontol 1993;48:162-6.

CONFIDENTIAL

433. Wanich C, Sullivan-Marx E, Gottlieb G, Johnson J. Functional status outcomes of a nursing intervention in hospitalized elderly. J Nurs Scholar 1992;24:201-7

434. van der Mast RC, van den Broek WW, Fakkes D, Pepplinkkhuizen L, Habbema JD. Incidence of and preoperative predictors for delirium after cardiac surgery. J Psychosomol Res 1999;46:479-83.

435. Litaker D, Locala J, Franco K, Bronson DL, Tannous Z. Preoperative risk factors for postoperative delirium. Gen Hosp Psychiatry 2001;23:84-9

436. Aizawa K, Kanai T, Saikawa Y, Takabayashi T, Kawano Y, Miyazawa N, et al. A novel approach to the prevention of postoperative delirium in the elderly after gastrointestinal surgery. Surg Today 2002;32:310-4.

437. Inouye, S.K., Foreman, M.D., Mion, L.C., Katz, K.H., & Cooney, L.M. (2001). Nurses' recognition of delirium and its symptoms. Archives of Internal Medicine, 161, 2467–2473.

438. Milisen, K., Steeman, E., & Foreman, M.D. (2004). Early detection and prevention of delirium in older patients with cancer. European Journal of Cancer Care, 13, 494–500.

439. Flaherty, J., Rudolph, J., Shay, B., Kamholz, K., Boockvar, M., Shaughnessy, R., … Edes, T. (2007). Delirium is a serious and underrecognized problem: Why assessment of mental status should be a sixth vital sign. Journal of the American Medical Director's Association, 8(5), 273–255.

440. Trzepacz PT, Meagher DJ: Neuropsychiatric aspects of delirium. In: Yudofsky SC, Hales RE: The American Psychiatric Publishing Textbook of Neuropsychiatry and Behavioral Neurosciences, 5th edition. Washington DC, 2008

441. Van Munster BC, de Rooij SE, Korevaar JC. The role of genetics in delirium in the elderly patient. Dement Geriatr Cogn Disord. 2009; 28:187–195. [PubMed: 19713702]

442. Engel GL, Romano J. Delirium, a syndrome of cerebral insufficiency. 1959. J Neuropsychiatry Clin Neurosci 2004;16:526-38

443. Hshieh TT, Fong TG, Marcantonio ER, Inouye SK. Cholinergic deficiency hypothesis in delirium: a synthesis of current evidence. J Gerontol A Biol Sci Med Sci. 2008; 63(7):764–772. [PubMed: 18693233]

444. Trzepacz PT. Is there a final common neural pathway in delirium? Focus on acetylcholine and dopamine. Semin Clin Neuropsychiatry 2000;5:132-48

445. Caeiro L, Ferro JM, Claro MI, Coelho J, Albuquerque R, Figueira ML. Delirium in acute stroke: preliminary study of the role of anticholinergic medications. Eur J neurol 2004;11:699-704

446. Gaudreau JD, Gagnon P. Psychotogenic drugs and delirium pathogenesis: the central role of the thalamus. Med Hypothesis 2005;64:471-5.

447. Samuels SC, Evers MM. Delirium. Pragmatic guidance for managing a common, confounding, and sometimes lethal condition. Geriatrics 2002;57:33-

448. Tune LE. Anticholinegic effects of medication in elderly patients. J Clin Psychiatry 2001;62:11-4.

449. Flacker JM, Lipsitz LA. Neural mechanisms of delirium: current hypotheses and evolving concepts. J Gerontol A Biol Sci Med Sci. 1999; 54a(6):B239–B246. [PubMed: 10411009]

450. Figueroa-Ramos MI, Arroyo-Novoa CM, Lee KA, Padilla G, Puntillo KA. Sleep and delirium in ICU patients: a review of mechanisms and manifestations. Intensive Care Med. 2009; 35:781– 795. [PubMed: 19165463]

451. Cerejeira J, Firmino H, Vaz-Serra A, Mukaetova-Ladinska EB. The neuroinflammatory hypothesis of delirium. Acta Neuropathol. 2010; 119:737– 754. [PubMed: 20309566]

CONFIDENTIAL

452. Rudberg MA, Pompei P, Foreman MD, Ross RE, Cassel CK. The natural history of delirium in older hospitalized patients: A syndrome of heterogeneity. Age Ageing 1997;26:169-75

453. American Psychiatric Association. Practice guidelines for the treatment of patients with delirium. Washington DC: American Psychiatric Association; 1999.

454. Inouye SK, Charpentier PA. Precipitating factors for delirium in hospitalized elderly persons. JAMA 1996;275:852-7

455. Dai YT, Lou MF, Yip PK, Huang GS. Risk factors and incidence of postoperative delirium in elderly Chinese patients. Gerontology 2000;46:28-35.

456. Eden BM, Foreman MD, Sisk R. Delirium comparison of four predictive models in hospitalized critically ill elderly patients. Appl Nurs Res 1998;11:27-35.

457. Rahkonen T, Eloniemi-Sulkava U, Halonen P, Verkkoniemi A, Niinisto L, Notkola IL, et al. Delirium in the non-demented oldest old in the general population: risk factors and prognosis. Int J Geriatr Psychiatry 2001;16:415-21.

458. Weinrich S, Sarna L. delirium in the older person with cancer. Cancer 1994;74:2079-91

459. Andersson E, Gustafson L, Hallberg I. Acute confusional state in elderly orthopaedic patients: factors of importance for detection in nursing care. Int J Psychiatry 2001;16:7-17

460. Edlund A, Lundstrom M, Brannstrom B, Bucht G, Gustafson Y. Delirium before and after operation for femoral neck fracture. J Am Geriatr Soc 2001;49:1335-40.

461. Tune L, Egeli S. Acetylcholine and delirium. Dement Geriatr Cogn Disord 1999;10:342-4.

462. Karlsson I. Drugs that induce delirium. Demen Geriatr Cogn Disord 1999;10:412-5.

463. Wahlund L, Bjorlin GA. Delirium in Clinical Practice: Experiences from a Specialized Delirium Ward. Dement Geriatr Cogn Disord 1999;10:389-92.

464. Francis J. Prevention and treatment of delirium and confusional states. 2011 UpToDate Web site. Available at: http://www.uptodate.com.offcampus.lib.washington.edu/contents/image?imageKey=PC/21653.

465. Agostini JV, Inouye SK. Delirium. Principles of Geriatric Medicine & Gerontology. In: Hazzard WR, Blass JP, Halter JB, et al., editors. New York, NY: McGraw-Hill; 2003. pp. 1503–1515. eds. 5th ed.

466. Smith J, Seirafi J. Delirium and dementia. Rosen's Emergency Medicine Concepts and Clinical Practices. 7th ed. In: Marx JA III, Hockberger RS, Walls RM, editors. Philadelphia, PA: Elsevier; 2010. pp. 1367–1373. eds.

467. Sanders AB. The elder patient. Emergency Medicine: A Comprehensive Study Guide. 6th ed. In: Tintinalli JE, Kelen GD, Stapczynski JS, editors. New York, NY: McGraw-Hill; 2004. pp. 1896–1900. eds.

468. Han JH, Zimmerman BA, Cutler N, et al. Delirium in older emergency department patients: recognition, risk, factors, and psychomotor subtypes. Acad Emerg Med. 2009;16:193–200

469. Inouye SK, van Dyck CH, Alessi CA, et al. Clarifying confusion: the confusion assessment method. A new method for detections of delirium. Ann Intern Med. 1990;113:941.

470. Smith J, Seirafi J. Delirium and dementia. Rosen's Emergency Medicine Concepts and Clinical Practices. 7th ed. In: Marx JA III, Hockberger RS, Walls RM, editors. Philadelphia, PA: Elsevier; 2010. pp. 1367–1373. eds.

471. Thorne MB, Geraci SA. Acute urinary retention in elderly men. Am J Med. 2009;122:815–819.

472. Inouye SK. Delirium in older persons. N Engl J Med. 2006;354:1157–1165.

CONFIDENTIAL

473. Shah K, Richard K, Edlow JA. Utility of lumbar puncture in the afebrile vs. febrile elderly patient with altered mental status: a pilot study. *J Emerg Med*. 2007;32:15–18

474. Hustey FM, Meldon SW. The prevalence and documentation of impaired mental status in elderly emergency department patients. *Ann Emerg Med*. 2002;39:248–253

475. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders: DSM-IV-TR*. Chicago, IL: American Psychiatric Association; 2000. pp. 135–147.

476. Tsai L, Tsuang MT: The Mini-Mental State test and computerized tomography. Am J Psychiatry 1979; 136:436–439 [C]

477. Hemmingsen R, Vorstrup S, Clemmesen L, Holm S, Tfelt-Hansen P, Sørensen AS, Hansen C, Sommer W, Bolwig TG: Cerebral blood flow during delirium tremens and related clinical states studied with xenon-133 inhalation tomography. Am J Psychiatry 1988; 145:1384–1390

478. Golinger RC, Peet T, Tune LE: Association of elevated plasma anticholinergic activity with delirium in surgical patients. Am J Psychiatry 1987; 144:1218–1220 [C]

479. Practice guideline for the treatment of patients with delirium. American Psychiatric Association. *Am J Psychiatry*. 1999;156(5 suppl):1–20.

480. Kudo S, Ishizaki T. Pharmacokinetics of haloperidol: an update. Clin Pharmacokinet 1999;37:435-456.

481. Ely EW, Stephens RK, Jackson JC, et al. Current opinions regarding the importance, diagnosis, and management of delirium in the intensive care unit: a survey of 912 healthcare professionals. Crit Care Med 2004;32:106-112.

482. Patel RP, Gambrell M, Speroff T, et al. Delirium and sedation in the intensive care unit: survey of behaviors and attitudes of 1384 healthcare professionals. Crit Care Med 2009;37:825- 832.

483. Mac Sweeney R, Barber V, Page V, et al. A national survey of the management of delirium in UK intensive care units. QJM 2010;103:243-251.

484. Inouye SK (March 2006). "Delirium in older persons". *N. Engl. J. Med.* **354** (11): 1157–65.

485. Lonergan E, Luxenberg J, Areosa Sastre A, Wyller TB (2009)."Benzodiazepines for delirium". In Lonergan, Edmund.*Cochrane Database Syst Rev* (1): CD006379.doi:10.1002/14651858.CD006379.pub2. PMID 19160280.

486. Shapiro BA, Warren J, Egol AB, Greenbaum DM, Jacobi J, Nasraway SA, Schein RM, Spevetz A, Stone JR: Practice parameters for intravenous analgesia and sedation for adult patients in the intensive care unit: an executive summary. Society of Critical Care Medicine. Crit Care Med 1995; 23:1596–1600

487. Cerullo M. Expect psychiatric side effects from corticosteroid use in the elderly. *Geriatrics*.2008;63:15–18.

488. Smith J, Seirafi J. Delirium and dementia. Rosen's Emergency Medicine Concepts and Clinical Practices. 6th ed. In: Marx JA III, Hockberger RS, Walls RM, editors. Philadelphia, PA: Elsevier; 2006. pp. 1645–1655. In: eds.

489. Breitbart W, Marotta R, Platt MM, Weisman H, Derevenco M, Grau C, Corbera K, Raymond S, Lund S, Jacobsen P: A double-blind trial of haloperidol, chlorpromazine, and lorazepam in the treatment of delirium in hospitalized AIDS patients. Am J Psychiatry 1996; 153:231–237

490. Hriso E, Kuhn T, Masdeu JC, Grundman M: Extrapyramidal symptoms due to dopamine-blocking agents in patients with AIDS encephalopathy. Am J Psychiatry 1991; 148:1558–1561

CONFIDENTIAL

491. Alexopoulos GS, Meyers BS, Young RC et al. 'Vascular depression' hypothesis. Arch Gen Psychiatry 1997;54:915-22.
492. Rogers MA, Bradshaw JL, Pantelis C et al. Frontostriatal deficits in unipolar major depression. Brain Res Bull 1998;47:297-310.
493. Vermeer SE, Koudstaal PJ, Oudkerk M et al. Prevalence and risk factors of silent brain infarcts in the population-based Rotterdam Scan Study. Stroke 2002;33:21-5.
494. Coffey CE, Figiel GS, Djang WT et al. Subcortical hyperintensity on magnetic resonance imaging: a comparison of normal and depressed elderly subjects. Am J Psychiatry 1990;147:187-9.
495. Tupler LA, Krishnan KR, McDonald WM et al. Anatomic location and laterality of MRI signal hyperintensities in late-life depression. J Psychosom Res 2002;53:665-76.
496. Steffens DC, Krishnan KR, Crump C et al. Cerebrovascular disease and evolution of depressive symptoms in the cardiovascular health study. Stroke 2002;33:1636-44.
497. O'Brien JT, Firbank MJ, Krishnan MS et al. White matter hyperintensities rather than lacunar infarcts are associated with depressive symptoms in older people: the LADIS study. Am J Geriatr Psychiatry 2006;14:834-41.
498. Thomas AJ, O'Brien JT, Davis S et al. Ischemic basis for deep white matter hyperintensities in major depression: a neuropathological study. Arch Gen Psychiatry 2002;59:785-92.
499. Fazekas F, Niederkorn K, Schmidt R et al. White matter signal abnormalities in normal individuals: correlation with carotid ultrasonography, cerebral blood flow measurements, and cerebrovascular risk factors. Stroke 1988;19:1285-8.
500. Steffens DC, Bosworth HB, Provenzale JM et al. Subcortical white matter lesions and functional impairment in geriatric depression. Depress Anxiety 2002;15:23-8.
501. Whyte EM, Pollock BG, Wagner WR et al. Influence of serotonintransporter-linked promoter region polymorphism on platelet activation in geriatric depression. Am J Psychiatry 2001;158:2074-6.
502. Gormley N. ECT should be treatment option in all cases of refractory depression. BMJ 1998;316:233.
503. O'Connor MK, Knapp R, Husain M et al. The influence of age on the response of major depression to electroconvulsive therapy: a C.O.R.E. Report. Am J Geriatr Psychiatry 2001;9:382-90.
504. Tew JD, Jr., Mulsant BH, Haskett RF et al. Acute efficacy of ECT in the treatment of major depression in the old-old. Am J Psychiatry 1999;156:1865-70.
505. van Schaik DJ, van Marwijk HW, Beekman AT et al. Interpersonal psychotherapy (IPT) for late-life depression in general practice: uptake and satisfaction by patients, therapists and physicians. BMC Fam Pract 2007;8:52.
506. Gellis ZD, McGinty J, Horowitz A et al. Problem-solving therapy for late-life depression in home care: a randomized field trial. Am J Geriatr Psychiatry 2007;15:968-78.
507. Alexopoulos GS, Katz IR, Reynolds CF, 3rd et al. Pharmacotherapy of depression in older patients: a summary of the expert consensus guidelines. J Psychiatr Pract 2001;7:361-76.
508. Thompson LW. Cognitive-behavioral therapy and treatment for late-life depression. J Clin Psychiatry 1996;57(Suppl. 5):29-37.
509. Cuijpers P, van Straten A, Smit F. Psychological treatment of latelife depression: a meta-analysis of randomized controlled trials. Int J Geriatr Psychiatry 2006;21:1139-49.

CONFIDENTIAL

510. Robinson RG, Jorge RE, Moser DJ et al. Escitalopram and problem- solving therapy for prevention of poststroke depression: a randomized controlled trial. JAMA 2008;299:2391-400.

511. Katon WJ. Clinical and health services relationships between major depression, depressive symptoms, and general medical illness. Biol Psychiatry 2003;54:216-26.

512. Unutzer J, Katon W, Williams JW, Jr. et al. Improving primary care for depression in late life: the design of a multicenter randomized trial. Med Care 2001;39:785-99.

513. Unutzer J, Katon W, Callahan CM et al. Collaborative care management of late-life depression in the primary care setting: a randomized controlled trial. JAMA 2002;288:2836-45.

514. Bruce ML, Ten Have TR, Reynolds CF, 3rd et al. Reducing suicidal ideation and depressive symptoms in depressed older primary care patients: a randomized controlled trial. JAMA 2004;291: 1081-91.

515. Alexopoulos GS, Katz IR, Bruce ML et al. Remission in depressed geriatric primary care patients: a report from the PROSPECT study. Am J Psychiatry 2005;162:718-24.

516. Jack CR Jr, Petersen RC, Xu Y, et al. Rates of hippocampal atrophy correlate with change in clinical status in aging and AD. Neurology 2000;55:484-9.

517. Klunk WE, Price JC, DeKosky ST, et al. The applications of amyloid-imaging to the diagnosis and treatment of Alzheimer's disease. Alzheimers Demen 2005;1(Suppl):5.

518. Seshadri S, Beiser A, Selhub J, et al. Plasma homocysteine as a risk factor for dementia and Alzheimer's disease. N Engl J Med 2002;346:476-83.

519. Rogaeva E, Meng Y, Lee JH, et al. The neuronal sortilin-related receptor SORL1 is genetically associated with Alzheimer disease. Nat Genet 2007;39:168-77.

520. Baker M, Mackenzie IR, Pickering-Brown SM, et al. Mutations in progranulin cause tau-negative frontotemporal dementia linked to chromosome 17. Nature 2006;442:916-9.

521. Mackenzie IR, Baker M, West G, et al. A family with tau-negative frontotemporal dementia and neuronal intranuclear inclusions linked to chromosome 17. Brain 2006;129:853-67.

522. Areosa SA, Sherriff F, McShane R. Memantine for dementia. Cochrane Database Systematic Reviews 2005 Jul 20; (3): CD003154.

CONFIDENTIAL

NETCE0003137