UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-61165-WPD

CE Resource, Inc. Plaintiff(s),

vs.

Jouria, et al. Defendant(s).
_____/

FILED BY _____ D.C.

JUN 13 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☒ Other (Explain): Plaintiff's Paper Exhibits

☐ Attachments
(Exhibit list, Order of Court)

Exhibits Released by:
*Lisa L. Streets*
LISA L. STREETS
(Deputy Clerk)

Signature: *C Thieman*
Print Name: CHRIS THIEMAN
Agency or Firm: HOLLAND & KNIGHT
Address: 515 E. LAS OLAS BLVD STE 1200
FT. LAUDERDALE FL 33301
Telephone: 954-525-1000
Date: 6/13/18

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record