UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE

    Plaintiff,

v.

DR. JASSIN JOURIA,

    Defendant.
_____/

DR. JASSIN JOURIA,

    Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

    Counter-Defendant.
_____/

**CE RESOURCE, INC. d/b/a CME RESOURCE and NETCE's EMERGENCY MOTION FOR COURT TO SEAL OR REDACT SETTLEMENT AMOUNT IN ORDER ON POST-TRIAL MOTION AND IN AMENDED JUDGMENT**

    Pursuant to S.D. Fl. L. R. 5.4, this Court's CM/ECF Administrative Procedures, and the Stipulated Protective Order (DE 118) entered by this Court on October 13, 2017, CE Resource, Inc. d/b/a CME Resource and NetCE's ("NetCE") respectfully moves this Court to seal or redact its Order on Post-Trial Motion (DE 367) and redact its Amended Final Judgment (DE 368) to eliminate reference to the sealed settlement amount between NetCE and Elite for the reasons as set forth as follows:

On October 13, 2017, this Court entered the Stipulated Protective Order (DE 118) ("Protective Order"), which provides that information or items designated as "Confidential" or "Attorneys' Eyes Only" is protected from public disclosure, but may be disclosed to, *inter alia*, the Court and the Court's personnel.  Dr. Jouria had sought to compel production of the settlement agreement between NetCE and Elite (DE 306).  The Court directed NetCE to file the settlement agreement under seal (DE 335-1) for *in camera* review.  After the *in camera* review, the Court denied the motion to compel, without prejudice, to being re-visited post trial (DE 340, p. 3, ¶ 9).

Following the trial and acceptance of the verdict in Court on June 4, 2018, counsel for Dr. Jouria moved *ore tenus* for production of the sealed settlement agreement, which the Court granted in open court.  Counsel for NetCE gave notice to Elite of the Court's direction, and also confirmed with counsel for Dr. Jouria that he would guard the confidential nature of the settlement agreement.  The settlement agreement was produced to Dr. Jouria as "Confidential" under the Stipulated Protective Order.  Thus, Dr. Jouria's post trial motion did not reveal the amount of the settlement agreement (DE 364), nor did NetCE's response (DE 365), nor Dr. Jouria's reply (DE 366).  Because the settlement agreement remains under seal and no party has revealed the amount of the settlement agreement in compliance with the parties' Confidentiality Agreement, NetCE respectfully requests that the Court honor the parties' agreement and diligence, and direct the Clerk of Court to seal or redact the Order on Post Trial Motions and redact or revise the Amended Judgment accordingly.

NetCE acknowledges that as expressed in S.D. Fla. L.R. 5.4(a), the general policy is that "[u]nless otherwise provided by law, Court rule, or Court order, proceedings in the United States District Court are public and Court filings are matters of public record."  But, a party may seek

#59202327_v1

an exception from the Court by filing "a motion to file under seal that sets forth the factual and legal basis for departing from the policy" that court filings be public. S.D. Fla. L.R. 5.4(b).

The settlement agreement and references to the amount of the settlement agreement between NetCE and Elite should remain sealed so as to foster future confidential settlements to reduce the burden on the court system by allowing parties to resolve their disputes in private. This is not a situation in which there can be any legitimate public interest in knowing the terms of the settlement agreement, as this is not an action involving any notion of public safety.

**CERTIFICATE OF COUNSEL Pursuant to L.R. 7.1(a)(3):** Counsel for NetCE has communicated with counsel for Dr. Jouria and for counsel for Elite regarding the requested relief in this motion. Counsel for Elite agrees to the requested relief. Counsel for Dr. Jouria objects to sealing, but does not object to redacting the amount of the settlement.

WHEREFORE, NetCE respectfully requests that this Court enter an Order: (1) directing the Clerk of Court to seal or redact the Order on Post Trial Motions to remove from public view the amount of the settlement agreement between Elite and NetCE; (2) reissue the amended judgment to redact or remove reference to the amount of the settlement agreement between Elite and NetCE; and (3) granting any other relief that the Court deems appropriate.

Dated: August 6, 2018                                                                 Respectfully submitted,

                                                                                       HOLLAND & KNIGHT LLP

                                                                                       */s/ Philip E. Rothschild*
                                                                                       Philip E. Rothschild
                                                                                       Florida Bar No. 0088536
                                                                                       Email: phil.rothschild@hklaw.com
                                                                                       HOLLAND & KNIGHT LLP
                                                                                       515 East Las Olas Blvd., 12th Floor
                                                                                       Fort Lauderdale, FL 33301
                                                                                       Telephone: (954)525-1000
                                                                                       Facsimile: (954)463-2030

#59202327_v1

        */s/ John P. Kern*
John P. Kern, Esq. (pro hac vice)
Email: john.kern@hklaw.com
Daniel Kappes, Esq. (pro hac vice)
Email: daniel.kappes@hklaw.com
HOLLAND & KNIGHT LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415)743-6918
Facsimile: (415)743-6910
Attorneys for CE RESOURCE, INC.
d/b/a CME RESOURCES and
NetCE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ Philip E. Rothschild*
Philip E. Rothschild

## SERVICE LIST

Richard S. Ross, Esq.
RICHARD S. ROSS, ESQ.
915 S.E. 2nd Court
Ft. Lauderdale, Florida 33301
(Attorney for Plaintiff Dr. Jassin Jouria)
**[VIA ELECTRONIC MAIL SERVICE]**

Peter A. Chiabotti, Esq.
Kristen McKinney, Esq.
AKERMAN LLP
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

J. Mark Wilson, Esq.
Kathryn G. Cole, Esq.
MOORE & VAN ALLEN PLLC

4

100 North Tryon Street, Suite 4700
Charlotte, North Carolina 28202
(Attorneys for Elite Continuing Education, Inc.)
**[VIA ELECTRONIC MAIL SERVICE]**

#59202327_v1