UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 0:15-cv-61165-WPD

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

      Defendants.
_____/

DR. JASSIN JOURIA,

      Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

      Counter-Defendant,
_____/

**[PROPOSED] ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR COURT TO SEAL OR REDACT SETTLEMENT AMOUNT IN ORDER ON POST-TRIAL MOTION AND IN AMENDED JUDGMENT**

  THIS CAUSE has come before the Court upon Plaintiff NetCE's Emergency Motion for Court to Seal or Redact Settlement Amount in Order on Post-Trial Motion and in Amended Judgment (D.E.     ) ("Motion").  The Court having reviewed the Motion and being duly advised in the premises, it is hereby:

  ORDERED AND ADJUDGED that the Motion is GRANTED, and the Clerk of Court is directed to _____ the Court's Order on Post Trial Motion (DE 367) and _____ the Amended Final Judgment (DE 368).

  DONE AND ORDERED in Chambers in Fort Lauderdale, Florida in the Southern District of Florida, this ____ day of August, 2018.

_____
U.S. District Judge William Dimitrouleas

cc: All Counsel of Record

#59206869_v1