**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 0:15-cv-61165-WPD**

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

              Plaintiff,

v.

DR. JASSIN JOURIA, and ELITE PROFESSIONAL EDUCATION, LLC.,

              Defendants.
_____/

DR. JASSIN JOURIA,

              Counter-Plaintiff,

v.

CE RESOURCE, INC. d/b/a CME RESOURCE
and NetCE,

              Counter-Defendant,
_____/

## ORDER GRANTING SEAL

THIS CAUSE has come before the Court upon Plaintiff NetCE's Emergency Motion for Court to Seal or Redact Settlement Amount in Order on Post-Trial Motion and in Amended Judgment [DE 369] ("Motion"). The Court having reviewed the Motion and being duly advised in the premises, it is hereby:

    **ORDERED AND ADJUDGED** that the Motion[DE 369] is **GRANTED**, and the Clerk of Court is directed to **SEAL** the Court's Order on Post Trial Motion [DE 367] and **SEAL** the Amended Final Judgment [DE 368].

    **DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida in the Southern District of Florida, this 6th day of August, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

2

cc: All Counsel of Record

#59206869_v1