United States Bankruptcy Court
Southern District of Indiana

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 08/28/2018 at 09:11 AM and filed on 08/28/2018.

**Jassin Matthew Jouria, Jr.**
2511 Premier Street
Shelbyville, IN 46176
SSN / ITIN: xxx-xx-4671

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Harley K Means**<br>Kroger Gardis & Regas, LLP<br>111 Monument Circle<br>Suite 900<br>Indianapolis, IN 46204-5125<br>317-777-7439 | **Gregory K. Silver**<br>Office of Gregory K. Silver<br>445 N Pennsylvania St #810<br>Indianapolis, IN 46204<br>317-590-0418 |

The case was assigned case number 18-06620-RLM-7 to Judge Robyn L. Moberly.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.insb.uscourts.gov or at the Clerk's Office, Southern District of Indiana, 46 E. Ohio St., Rm. 116, Indianapolis, IN 46204.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Kevin P. Dempsey**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 08/28/2018 09:50:38 |||
| **PACER Login:** KGRkg0026 | **Client Code:** | 8 |

| **Description:** | Notice of Filing | **Search Criteria:** | 18-06620-RLM-7 |
|---|---|---|---|
| **Billable Pages:** | 1 | **Cost:** | 0.10 |