```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                       FORT LAUDERDALE DIVISION

                     CASE NO. 15-61165-CIV-WPD


 DR. JASSIN JOURIA,                 .
                                    .
               Plaintiff,           . Fort Lauderdale, Florida
                                    . May 31, 2018
               v.                   . 9:00 a.m.
                                    .
 CE RESOURCE, INC. D/B/A CME        .
 RESOURCE AND NET CE,               .
                                    .
               Defendant.           .
. . . . . . . . . . . . . . . . . .

 CE RESOURCE, INC. D/B/A CME        .
 RESOURCE AND NET CE,               .
                                    .
               Plaintiff,           .
                                    .
               v.                   .
                                    .
  DR. JASSIN JOURIA,                .
                                    .
               Defendant.           .
. . . . . . . . . . . . . . . . . .

                          - - - - -

      Transcript of Cross-Examination of Dr. Jassin Jouria had

          before the Honorable William K. Dimitrouleas,

            United States District Judge, and a Jury.

                          - - - - -

                       EXCERPT OF VOLUME 3

                          - - - - -

  Proceedings recorded by mechanical stenography, transcript
  produced by computer.
```

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

```
    APPEARANCES:

    For the Dr. Jouria:  Richard S. Ross, Esq.
                         Law Offices of Richard S. Ross, Esq.
                         915 Southeast 2nd Court
                         Fort Lauderdale, Florida   33301

    For the CE Resource: John P. Kern, Esq.
                         David I. Holtzman, Esq.
                         Daniel P. Kappes, Esq.
                         Holland & Knight, LLP
                         50 California Street
                         Suite 2800
                         San Francisco, CA   94111
                                 and
                         Philip E. Rothschild, Esq.
                         Holland & Knight, LLP
                         515 E. Las Olas Boulevard
                         Suite 1200
                         Fort Lauderdale, Florida   33301

    Court Reporter:      Francine C. Salopek, RMR, CRR
                         Official Court Reporter
                         United States District Court
                         299 E. Broward Blvd., Room 205F
                         Fort Lauderdale, Florida 33301
                         (954)769-5657/mjsfcs@aol.com

                             -  -  -  -  -
```

|   |   |
|---|---|
| 1 | <u>THURSDAY, MAY 31, 2018, 9:00 A.M.</u> |
| 2 | ***** |
| 3 | CROSS-EXAMINATION |
| 4 | BY MR. ROSS: |
| 5 | Q.  Dr. Jouria, based on the independent contractor agreements |
| 6 | with Elite, did you have an understanding whether you had any |
| 7 | authority or control to modify Elite's publications? |
| 8 | A.  I had no authority or control, no. |
| 9 | Q.  Was Elite, by your understanding, able to publish whatever |
| 10 | it wanted? |
| 11 | A.  Yes, sir. |
| 12 | Q.  And did you have any authority to tell it what to publish |
| 13 | or what not to publish in terms of your content? |
| 14 | A.  No, sir. |
| 15 | Q.  So, were you a partner, did you consider yourself a partner |
| 16 | of Elite? |
| 17 | A.  No, sir. |
| 18 | Q.  Did you consider yourself a joint venturer of Elite? |
| 19 | A.  No, sir. |
| 20 | Q.  Did you profit share with Elite in any way? |
| 21 | A.  No, sir. |
| 22 | Q.  Your compensation was simply by your independent contractor |
| 23 | agreements? |
| 24 | A.  That is correct, yes, sir. |
| 25 | Q.  Are you an officer of Elite? |

```
 1   A.   No, sir.
 2   Q.   Do you have any relationship with Elite other than as a
 3   freelance writer?
 4   A.   No, sir.
 5   Q.   Okay.  If you review NetCE's Exhibit Number 2, if you have
 6   that in front of you?
 7   A.   Exhibit Number 2... I don't know if I have that.  I'm sure
 8   I do.  I just have a... what is it in reference to?  I'm sorry.
 9   Q.   The independent contractor agreement between you and Elite.
10   A.   Elite.  Okay.
11            (Pause)
12            (Discussion had off the record between counsel)
13            MR. ROSS:  Your Honor, may I approach and give another
14   copy to the witness?
15   A.   Sorry.  I think I found it.  It's on the bottom here.  I
16   have Exhibit Number 3 and Exhibit Number 2.
17   Q.   Thank you.
18            Please refer to Exhibit Number 2.
19            During your direct examination, Mr. Kern had you
20   identify certain topics that you wrote articles on for Elite.
21   Do you recall that, Dr. Jouria?
22   A.   Yes.
23   Q.   But there were additional topics that you also wrote for
24   Elite that's contained in Exhibit 2, are there not?
25   A.   Yes, sir, that's correct.
```

```
 1   Q.   Okay.  If you look at Jouria Exhibit Number -- or Bate
 2   stamp Number 814, it's from --
 3   A.   Sorry.
 4          (Pause)
 5   A.   Okay.
 6   Q.   What is the subject matter of 814?
 7   A.   Thyroid disorders.
 8   Q.   Did you ever write an article for NetCE for thyroid
 9   disorders?
10   A.   No, sir.
11   Q.   Please refer to Jouria 816.
12   A.   Okay.
13   Q.   What is the subject matter on that page?
14   A.   Women and heart disease.
15   Q.   Did you ever write an article for NetCE covering the
16   subject matter of women and heart disease?
17   A.   No, sir.
18   Q.   Please go to the next page, 817.
19          And can you read the subject matter of the curriculum
20   for that document?
21   A.   Preventable adverse events.
22   Q.   Did you ever write an article for NetCE covering the
23   subject matter of preventable adverse events?
24   A.   No, sir.
25   Q.   Please go to Jouria 825.
```

1    **MR. KERN:**  Your Honor, if it would speed things along,
2    NetCE will stipulate on the record that Dr. Jouria wrote
3    articles for Elite outside of the articles at issue here.
4    That's not in contention, if that would speed things along,
5    we're happy to make that stipulation.
6         **THE COURT:**  Okay.
7    BY MR. ROSS:
8    Q.   Very quickly, then if you look at the remaining three
9    courses -- the basics of pathophysiology, electrolytes and
10   acid-based disorders, and macular degeneration, on Jouria
11   Numbers 825 through 827 -- it's true, is it not, that you did
12   not write articles for NetCE covering those subject matters?
13   A.   That's true, yes, sir.
14   Q.   Thank you.
15        Regarding the documents that were entered into
16   evidence purporting to be your submissions to Elite -- okay,
17   and I believe your testimony, what -- these documents were not
18   the documents that you submitted to Elite, because the
19   documents you submitted to Elite had red-lined versions,
20   correct?
21   A.   That's correct.
22   Q.   Do you recall during the course of discovery when I asked
23   you in response to a NetCE request to produce to me the
24   articles that you wrote for Elite?
25   A.   Yes, sir.

1  Q.  And did you produce to me documents containing redlines and
2  underlines and color changes?
3  A.  Yes, sir.
4  Q.  Okay.  And do you know that we produced that information to
5  Elite?
6  A.  Yes, sir.
7  Q.  And do you know that we produced that information to Elite
8  in a PDF format?
9  A.  Yes, sir.
10 Q.  And do you recall that Elite -- that NetCE contested the
11 production in a PDF format and they wanted it in a metadata
12 format?
13 A.  Yes, sir.
14 Q.  And do you recall that we had to hire an expert to convert
15 the file from your text base to metadata?
16 A.  Yes, sir.
17 Q.  And did you recall that we produced that metadata file to
18 NetCE?
19 A.  Yes, sir.
20 Q.  Did all of those files contain the redline versions?
21 A.  Yes, sir.
22 Q.  Are you absolutely certain that the documents marked 22,
23 23, 24, 25, 26, 27, 28, and 29 are not your submissions to
24 Elite?
25 A.  Because none of the red-line versions or markup is here,

1   they are not the versions that I submitted to Elite.
2           **MR. ROSS:**  Your Honor, based upon your prior ruling,
3   we move to strike those exhibits.
4           **THE COURT:**  Deny.
5   BY MR. ROSS:
6   Q.  Please refer to NetCE Exhibit 134, which was the email
7   chain between you and Elite's representative, Michelle Franchi.
8   A.  Exhibit 134?
9   Q.  Yes, sir.
10  A.  Okay.
11  Q.  On direct examination, Mr. Kern asked you about the shared
12  content percentage?
13  A.  Yes, sir.
14  Q.  Was that shared content fact content?
15  A.  That was a rough estimate on the references.
16  Q.  Based upon the references.
17  A.  *(Witness nodding head affirmatively)*
18  Q.  And did those references contain medical facts?
19  A.  Yes, sir.
20  Q.  And did those references contain public domain information?
21  A.  Yes, sir.
22  Q.  Were those references based upon your research into open
23  access or free public domain materials?
24  A.  Yes, sir.
25  Q.  I'd like to direct your attention to NetCE Exhibit 129,

```
 1   which is your MedCred invoice.
 2   A.  Okay.  Sure.
 3   Q.  You don't dispute that Elite paid you for your services, do
 4   you?
 5   A.  No, sir.
 6   Q.  But that invoice has $4,500 for the article.  Do you know
 7   if that's a correct number?
 8   A.  Uhm --
 9   Q.  Well, let me strike that.
10         Do you know if Elite paid you $4,500 for that
11   amount --
12   A.  I believe so.
13   Q.  -- for that work?
14   A.  Yes.
15   Q.  Please now refer to Exhibit Number 167, your interrogatory
16   responses.
17   A.  Okay.
18   Q.  Can you explain, please, when you first started to have
19   problems with your laptop computer?
20   A.  Sure.  So, uhm, the laptop's a Dell from, I believe I
21   bought it in 2007.  I started having problems with it probably
22   the latter half of 2016, uhm, still able to access it.  But,
23   uhm, you were getting the blue screen, the crashes and upload.
24   In the middle of doing a certain project, it would just kind of
25   crash and so you'd sometimes lose some data, sometimes you
```

```
 1   wouldn't.
 2           So, at that time I had to start transferring whatever
 3   I had on that laptop's hard drive onto an online share drive.
 4   Q.  And what was the online share drive.
 5   A.  It was a Google Drive.
 6   Q.  You didn't review the files, though, that you uploaded to
 7   Google Drive, did you, you just parked them there.
 8   A.  Exactly.  Yes, sir.
 9   Q.  And when you responded in your interrogatories that you
10   were attempting to recompile documents from your crashed
11   computer, you meant that you were attempting to recompile the
12   files from that crashed computer that you had uploaded to
13   Google Drive.
14   A.  That's correct.  I was uploading files from the computer's
15   hard drives to Google in folders, so I don't know what came
16   across and what didn't.
17   Q.  And in preparing your responses to these interrogatories,
18   is that what you meant that you said you were attempting to
19   recompile the documents?
20   A.  Yes, sir.
21   Q.  You were going to the Google Drive.
22   A.  Yes, sir.
23   Q.  And you moved to Indiana, did you not?
24   A.  Yes, sir.
25   Q.  When did you move to Indiana?
```

```
 1   A.   We flew up to Indiana on Friday, June 9, 2017.
 2   Q.   And by June 9th, 2017, was your computer accessible at all?
 3   A.   No.  No, sir.
 4   Q.   It was completely inoperable, correct?
 5   A.   That's correct.
 6   Q.   And you discarded your computer, correct?
 7   A.   Yes, sir.
 8   Q.   As you discarded other household items when you moved?
 9   A.   We discard everything.
10   Q.   Did you use your best efforts to upload every file that you
11   could?
12   A.   Yes, sir.
13   Q.   Okay.  Do you know of any files that were not able to be
14   uploaded that pertained to this case at all?
15   A.   I don't believe so.  I think we, I think we submitted
16   everything that was asked for.  I believe we were able to
17   access everything that was asked for.
18   Q.   Okay.  But did you review the files, though, subsequent on
19   the Google hard drive?
20   A.   Not all of them.
21   Q.   Okay.
22            **MR. ROSS:**  No further questions, your Honor.
23            **THE COURT:**  Redirect?
24            **MR. KERN:**  Thank you, your Honor, one moment.
25   *****
```

```
 1          (Excerpt concluded)
 2                      - - - - -
```

19                    C E R T I F I C A T E

20   I certify that the foregoing is a correct transcript from

21   the record of proceedings in the above-entitled matter.

24     /S/Francine C. Salopek           10-10-18
     Francine C. Salopek, RMR-CRR              Date
     Official Court Reporter

| | | |
|---|---|---|
| MR. KERN: [2]  5/25 11/23<br>MR. ROSS: [3]<br>THE COURT: [3] | **above** [1]  12/21<br>**above-entitled** [1]  12/21<br>**absolutely** [1]  7/22<br>**access** [3]<br>**accessible** [1]  11/2<br>**acid** [1]  6/10<br>**acid-based** [1]  6/10<br>**across** [1]  10/16<br>**adverse** [2]  5/21 5/23<br>**affirmatively** [1]  8/17<br>**agreement** [1]  4/9<br>**agreements** [2]  3/5 3/23<br>**amount** [1]  9/11<br>**aol.com** [1]  2/14<br>**APPEARANCES** [1]  2/1<br>**approach** [1]  4/13<br>**article** [4]<br>**articles** [5]<br>**attempting** [3]<br>**authority** [3] | **CRR** [2]  2/11 12/24<br>**curriculum** [1]  5/19<br>**D**<br>**D/B/A** [2]  1/8 1/11<br>**Daniel** [1]  2/5<br>**data** [1]  9/25<br>**Date** [1]  12/24<br>**David** [1]  2/5<br>**Defendant** [2]  1/10 1/16<br>**degeneration** [1]  6/10<br>**Dell** [1]  9/20<br>**Deny** [1]  8/4<br>**Dimitrouleas** [1]  1/19<br>**direct** [3]<br>**discard** [1]  11/9<br>**discarded** [2]  11/6 11/8<br>**discovery** [1]  6/22<br>**Discussion** [1]  4/12<br>**disease** [2]  5/14 5/16<br>**disorders** [3]<br>**dispute** [1]  9/3<br>**DISTRICT** [4]<br>**DIVISION** [1]  1/3<br>**document** [1]  5/20<br>**documents** [8]<br>**domain** [2]  8/20 8/23<br>**DR** [4]<br>**Dr.** [3]<br>**Dr. Jouria** [3]<br>**drive** [8]<br>**drives** [1]  10/15 |
| **$**<br>**$4,500** [2]  9/6 9/10 | | |
| **/**<br>**/S/Francine** [1]  12/23 | | |
| **1**<br>**10-10-18** [1]  12/23<br>**1200** [1]  2/10<br>**129** [1]  8/25<br>**134** [2]  8/6 8/8<br>**15-61165-CIV-WPD** [1]  1/4<br>**167** [1]  9/15<br>**18** [1]  12/23 | | |
| **2**<br>**2007** [1]  9/21<br>**2016** [1]  9/22<br>**2017** [2]  11/1 11/2<br>**2018** [2]  1/7 3/1<br>**205F** [1]  2/13<br>**22** [1]  7/22<br>**23** [1]  7/23<br>**24** [1]  7/23<br>**25** [1]  7/23<br>**26** [1]  7/23<br>**27** [1]  7/23<br>**28** [1]  7/23<br>**2800** [1]  2/7<br>**29** [1]  7/23<br>**299** [1]  2/13<br>**2nd** [1]  2/3 | **B**<br>**base** [1]  7/15<br>**basics** [1]  6/9<br>**Bate** [1]  5/1<br>**believe** [5]<br>**blue** [1]  9/23<br>**Blvd** [1]  2/13<br>**bottom** [1]  4/15<br>**bought** [1]  9/21<br>**Boulevard** [1]  2/9<br>**Broward** [1]  2/13 | **E**<br>**efforts** [1]  11/10<br>**electrolytes** [1]  6/9<br>**Elite** [23]<br>**Elite's** [2]  3/7 8/7<br>**email** [1]  8/6<br>**entitled** [1]  12/21<br>**Esq** [6]<br>**estimate** [1]  8/15<br>**events** [2]  5/21 5/23<br>**evidence** [1]  6/16<br>**examination** [4]<br>**EXCERPT** [2]  1/22 12/1<br>**Exhibit** [11]<br>**exhibits** [1]  8/3<br>**expert** [1]  7/14<br>**explain** [1]  9/18 |
| | **C**<br>**CA** [1]  2/7<br>**California** [1]  2/6<br>**CE** [5]<br>**certify** [1]  12/20<br>**chain** [1]  8/7<br>**CIV** [1]  1/4<br>**CME** [2]  1/8 1/11<br>**color** [1]  7/2<br>**compensation** [1]  3/22<br>**computer** [6]<br>**computer's** [1]  10/14<br>**concluded** [1]  12/1<br>**contain** [3]<br>**contained** [1]  4/24<br>**containing** [1]  7/1<br>**content** [4]<br>**contention** [1]  6/4<br>**contested** [1]  7/10<br>**contractor** [3]<br>**control** [2]  3/7 3/8<br>**convert** [1]  7/14<br>**copy** [1]  4/14<br>**counsel** [1]  4/12<br>**COURT** [6]<br>**covering** [3]<br>**crash** [1]  9/25<br>**crashed** [2]  10/10 10/12<br>**crashes** [1]  9/23<br>**Cross** [2]  1/18 3/3<br>**Cross-Examination** [2]  1/18 3/3 | |
| **3**<br>**31** [2]  1/7 3/1<br>**33301** [3] | | **F**<br>**fact** [1]  8/14<br>**facts** [1]  8/18<br>**file** [3]<br>**files** [6]<br>**flew** [1]  11/1<br>**FLORIDA** [5]<br>**folders** [1]  10/15<br>**foregoing** [1]  12/20<br>**format** [3]<br>**FORT** [5]<br>**Franchi** [1]  8/7<br>**Francine** [3] |
| **5**<br>**50** [1]  2/6<br>**515** [1]  2/9 | | |
| **7**<br>**769-5657/mjsfcs** [1]  2/14 | | |
| **8**<br>**814** [2]  5/2 5/6<br>**816** [1]  5/11<br>**817** [1]  5/18<br>**825** [2]  5/25 6/11<br>**827** [1]  6/11 | | |
| **9**<br>**915** [1]  2/3<br>**94111** [1]  2/7<br>**954** [1]  2/14<br>**9:00** [2]  1/7 3/1<br>**9th** [1]  11/2 | | |
| **A**<br>**a.m** [2]  1/7 3/1 | | |

| **F** | **M** | **Q** |
|---|---|---|
| **Francisco [1]** 2/7 | **macular [1]** 6/10 | **questions [1]** 11/22 |
| **free [1]** 8/23 | **marked [1]** 7/22 | **quickly [1]** 6/8 |
| **freelance [1]** 4/3 | **markup [1]** 7/25 | **R** |
| **Friday [1]** 11/1 | **materials [1]** 8/23 | **read [1]** 5/19 |
| **front [1]** 4/6 | **matter [6]** | **recall [5]** |
| **G** | **matters [1]** 6/12 | **recompile [3]** |
| **Google [6]** | **meant [2]** 10/11 10/18 | **record [3]** |
| **H** | **mechanical [1]** 1/24 | **recorded [1]** 1/24 |
| **half [1]** 9/22 | **MedCred [1]** 9/1 | **red [2]** 6/19 7/25 |
| **happy [1]** 6/5 | **medical [1]** 8/18 | **red-line [1]** 7/25 |
| **head [1]** 8/17 | **metadata [3]** | **red-lined [1]** 6/19 |
| **heart [2]** 5/14 5/16 | **Michelle [1]** 8/7 | **Redirect [1]** 11/23 |
| **hire [1]** 7/14 | **middle [1]** 9/24 | **redline [1]** 7/20 |
| **Holland [2]** 2/6 2/9 | **mjsfcs [1]** 2/14 | **redlines [1]** 7/1 |
| **Holtzman [1]** 2/5 | **modify [1]** 3/7 | **refer [4]** |
| **Honor [5]** | **moment [1]** 11/24 | **reference [1]** 4/8 |
| **Honorable [1]** 1/19 | **move [2]** 8/3 10/25 | **references [5]** |
| **household [1]** 11/8 | **moved [2]** 10/23 11/8 | **relationship [1]** 4/2 |
| **I** | **Mr. [2]** 4/19 8/11 | **remaining [1]** 6/8 |
| **I'd [1]** 8/25 | **Mr. Kern [2]** 4/19 8/11 | **Reporter [3]** |
| **I'm [2]** 4/7 4/8 | **N** | **representative [1]** 8/7 |
| **identify [1]** 4/20 | **NET [2]** 1/9 1/12 | **request [1]** 6/23 |
| **INC [2]** 1/8 1/11 | **NetCE [10]** | **research [1]** 8/22 |
| **independent [3]** | **NetCE's [1]** 4/5 | **RESOURCE [5]** |
| **Indiana [3]** | **nodding [1]** 8/17 | **responded [1]** 10/9 |
| **information [3]** | **none [1]** 7/25 | **response [1]** 6/23 |
| **inoperable [1]** 11/4 | **number [9]** | **responses [2]** 9/16 10/17 |
| **interrogatories [2]** 10/9 10/17 | **Number 814 [1]** 5/2 | **review [3]** |
| **interrogatory [1]** 9/15 | **Numbers [1]** 6/11 | **Richard [2]** 2/2 2/2 |
| **invoice [2]** 9/1 9/6 | **O** | **RMR [2]** 2/11 12/24 |
| **issue [1]** 6/3 | **officer [1]** 3/25 | **RMR-CRR [1]** 12/24 |
| **it wanted [1]** 3/10 | **Offices [1]** 2/2 | **Room [1]** 2/13 |
| **items [1]** 11/8 | **Official [2]** 2/12 12/24 | **Ross [2]** 2/2 2/2 |
| **J** | **Olas [1]** 2/9 | **Rothschild [1]** 2/8 |
| **JASSIN [3]** | **online [2]** 10/3 10/4 | **rough [1]** 8/15 |
| **John [1]** 2/4 | **open [1]** 8/22 | **ruling [1]** 8/2 |
| **joint [1]** 3/18 | **P** | **S** |
| **JOURIA [11]** | **page [2]** 5/13 5/18 | **Salopek [3]** |
| **Judge [1]** 1/20 | **parked [1]** 10/7 | **San [1]** 2/7 |
| **June [2]** 11/1 11/2 | **partner [2]** 3/15 3/15 | **screen [1]** 9/23 |
| **Jury [1]** 1/20 | **pathophysiology [1]** 6/9 | **services [1]** 9/3 |
| **K** | **Pause [2]** 4/11 5/4 | **share [3]** |
| **Kappes [1]** 2/5 | **PDF [2]** 7/8 7/11 | **shared [2]** 8/11 8/14 |
| **Kern [3]** | **percentage [1]** 8/12 | **Southeast [1]** 2/3 |
| **Knight [2]** 2/6 2/9 | **pertained [1]** 11/14 | **SOUTHERN [1]** 1/2 |
| **L** | **Philip [1]** 2/8 | **speed [2]** 6/1 6/4 |
| **laptop [1]** 9/19 | **Plaintiff [2]** 1/6 1/13 | **stamp [1]** 5/2 |
| **laptop's [2]** 9/20 10/3 | **preparing [1]** 10/17 | **STATES [3]** |
| **Las [1]** 2/9 | **preventable [2]** 5/21 5/23 | **stenography [1]** 1/24 |
| **latter [1]** 9/22 | **problems [2]** 9/19 9/21 | **stipulate [1]** 6/2 |
| **LAUDERDALE [5]** | **proceedings [2]** 1/24 12/21 | **stipulation [1]** 6/5 |
| **Law [1]** 2/2 | **produce [2]** 6/23 7/1 | **Street [1]** 2/6 |
| **lined [1]** 6/19 | **produced [4]** | **subject [6]** |
| **LLP [2]** 2/6 2/9 | **production [1]** 7/11 | **submissions [2]** 6/16 7/23 |
| **lose [1]** 9/25 | **profit [1]** 3/20 | **submitted [4]** |
| | **project [1]** 9/24 | **subsequent [1]** 11/18 |
| | **public [2]** 8/20 8/23 | **Suite [2]** 2/7 2/10 |
| | **publications [1]** 3/7 | **T** |
| | **publish [3]** | **tell [1]** 3/12 |
| | **purporting [1]** 6/16 | **terms [1]** 3/13 |

**T**

**testimony [1]**  6/17
**text [1]**  7/15
**Thank [3]**
**think [3]**
**THURSDAY [1]**  3/1
**thyroid [2]**  5/7 5/8
**time [1]**  10/2
**topics [2]**  4/20 4/23
**transcript [3]**
**transferring [1]**  10/2
**true [2]**  6/11 6/13

**U**

**uhm [4]**
**underlines [1]**  7/2
**understanding [2]**  3/6 3/9
**UNITED [3]**
**upload [2]**  9/23 11/10
**uploaded [3]**
**uploading [1]**  10/14

**V**

**venturer [1]**  3/18
**versions [4]**
**VOLUME [1]**  1/22

**W**

**William [1]**  1/19
**witness [2]**  4/14 8/17
**women [2]**  5/14 5/16
**work [1]**  9/13
**WPD [1]**  1/4
**write [4]**
**writer [1]**  4/3
**wrote [4]**

**Y**

**you'd [1]**  9/25