```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF FLORIDA

                       FORT LAUDERDALE DIVISION

                    CASE NO. 15-61165-CIV-WPD


DR. JASSIN JOURIA,                .
                                  .
              Plaintiff,          . Fort Lauderdale, Florida
                                  . May 30, 2018
              v.                  . 1:46 P.M.
                                  .
CE RESOURCE, INC. D/B/A CME       .
RESOURCE AND NET CE,              .
                                  .
              Defendant.          .
. . . . . . . . . . . . . . . . .

CE RESOURCE, INC. D/B/A CME       .
RESOURCE AND NET CE,              .
                                  .
              Plaintiff,          .
                                  .
              v.                  .
                                  .
 DR. JASSIN JOURIA,               .
                                  .
              Defendant.          .
. . . . . . . . . . . . . . . . .

                         - - - - -

      Transcript of Trial Testimony of Dr. Jassin Jouria had

         before the Honorable William K. Dimitrouleas,

         United States District Judge, and a Jury.

                         - - - - -

                         VOLUME 1

                         - - - - -

Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

FRANCINE C. SALOPEK, OFFICIAL COURT REPORTER
(954)769-5657

```
APPEARANCES:

For the Dr. Jouria:   Richard S. Ross, Esq.
                      Law Offices of Richard S. Ross, Esq.
                      915 Southeast 2nd Court
                      Fort Lauderdale, Florida  33301

For the CE Resource:  John P. Kern, Esq.
                      David I. Holtzman, Esq.
                      Daniel P. Kappes, Esq.
                      Holland & Knight, LLP
                      50 California Street
                      Suite 2800
                      San Francisco, CA  94111
                              and
                      Philip E. Rothschild, Esq.
                      Holland & Knight, LLP
                      515 E. Las Olas Boulevard
                      Suite 1200
                      Fort Lauderdale, Florida  33301

Court Reporter:       Francine C. Salopek, RMR, CRR
                      Official Court Reporter
                      United States District Court
                      299 E. Broward Blvd., Room 205F
                      Fort Lauderdale, Florida 33301
                      (954)769-5657/mjsfcs@aol.com

                        -  -  -  -  -
```

1            **WEDNESDAY, MAY 30, 2018, 1:46 P.M.**

2    ******

3            **THE COURT:**  Plaintiff may call its next witness.

4            **MR. KERN:**  Thank you, your Honor.

5            NetCE calls to the stand Dr. Jassin Jouria.

6            **THE COURT REPORTER:**  Please raise your right hand.

7            *(JASSIN JOURIA, PLAINTIFF'S WITNESS, WAS SWORN)*

8            **THE COURT REPORTER:**  Please sit down.

9            Please state your full name for the record, spelling

10   your last name.

11           **THE WITNESS:**  My name is Dr. Jassin Jouria.  Last name

12   is spelled J-O-U-R-I-A.

13                       **DIRECT EXAMINATION**

14   BY MR. KERN:

15   Q.   Good afternoon, Dr. Jouria.  It's good to see you again.

16   A.   Good afternoon, Mr. Kern.  How are you?

17   Q.   Good.  Thank you for asking.

18        You admit that you entered into written contracts with

19   NetCE, correct?

20   A.   Yes, sir.

21   Q.   Okay. And we've seen and put into evidence some of those

22   today.  And your counsel and I had a very polite conversation

23   earlier where I said that I would try to, like we did with

24   Ms. Campbell, see if we could condense things where there areas

25   of no argument.

1   **MR. KERN:** Could I generate for Dr. Jouria to review
2   Exhibits -- Trial Exhibits 276, 78, 75, 86, and 85?
3         **MR. KAPPES:** Yes.
4   BY MR. KERN:
5   Q.  And, Dr. Jouria, those are the five freelance writer
6   agreements at issue, and I just want to give you an opportunity
7   to look at them and then ask you a few questions, and then
8   hopefully we can move on from there.
9   A.  Sure.
10        **MR. KERN:** So, your Honor, if it's okay, I would
11  approach and use the trial exhibits on the bench and present
12  them?  Is that all right?
13        **THE COURT:** That's fine.
14        **MR. KERN:** There we go.
15  BY MR. KERN:
16  Q.  Take your time.
17  A.  Thank you.
18        **MR. KERN:** Okay.  Patrick, could you publish these for
19  the jury, also, so they could follow along?
20        **PATRICK:** Sure.
21        **MR. KERN:** I'll try not to belabor the number of
22  questions on this.
23  BY MR. KERN:
24  Q.  Okay?  Thank you, Dr. Jouria.
25        Are these the five freelance writer agreements you

JOURIA - DIRECT/KERN

1  executed with NetCE?
2  A.  Yes, sir.
3  Q.  Okay.  And I should have -- limited to the ones at issue.
4  I understand you signed some others.  But are these the five
5  freelance writer agreements impacting the articles and courses
6  at issue in this trial?
7  A.  Yes, sir.
8  Q.  And do you agree that that is your signature on the
9  signature page of each of these freelance writer agreements?
10 A.  Yes, sir, it is.
11 Q.  And do you agree that NetCE paid you according to the
12 payment terms of these five agreements?
13 A.  Yes, sir.
14 Q.  And do you agree that you did, in fact, deliver to NetCE
15 manuscripts or articles pursuant to these freelance writer
16 agreements?
17 A.  Yes, sir.
18 Q.  Thank you, Dr. Jouria.
19         **MR. KERN:**  And then if I may approach again and show
20 him the compiled payment evidence and just go through a few
21 questions to make certain that we're also on the same page as
22 to those?
23         **THE COURT:**  Okay.
24         **MR. KERN:**  Thank you, your Honor.
25

```
 1   BY MR. KERN:
 2   Q.  The numbers of the trial, there should be five.
 3   A.  Okay.
 4   Q.  And if you just indulge us for one moment, we'll get the
 5   copies from me and publish them so the jury can follow along,
 6   also, before I ask the questions.
 7           (Discussion had off the record between counsel)
 8   BY MR. KERN:
 9   Q.  I think we're okay without -- Dr. Jouria, have you looked
10   at trial exhibits reflecting payment?
11   A.  Yes, sir.
12   Q.  Okay.  And would you read for the jury the trial exhibit
13   numbers on the invoices you're looking at?  And you'll see how
14   those are indicated at the top right-hand corner.
15   A.  Okay.  Exhibit 171 --
16   Q.  Thank you.
17   A.  -- 172, 174, 175, and 177.
18   Q.  Okay.  Thank you.
19           And although they may be out of order, do you agree
20   that those five payments and cover letters reflect the payments
21   we referred to from NetCE to you under the five at issue
22   freelance writer agreements?
23   A.  Yes, sir.
24   Q.  Okay.  Thank you.  That really helps us speed things along.
25   I appreciate you doing that.
```

JOURIA - DIRECT/KERN

1          Okay.  Now, I need to ask you specifically a series of
2  questions about each agreement, but you're welcome to put the
3  payments aside, and we'll just go freelance writer agreement by
4  agreement.
5          First, freelance writer agreement 275, if you would
6  please... read for the ladies and gentlemen of the jury
7  paragraph 5 from Trial Exhibit 275, the first sentence and then
8  subparagraph D.
9  A.  Sure.
10         "Number 5, representations and warranties of
11     writer:  By submitting an article to CME, writer
12     represents and warrants the following:  A, the
13     article is accurate and is writer's original work."
14 Q.  I'm sorry, Dr. Jouria.  This isn't to be rude, to cut you
15 off.  I -- just simply to save time, could you just read the
16 first sentence and then subparagraph D?
17 A.  Oh, I'm sorry.
18 Q.  And if you want to, for yourself, read other provisions,
19 take as long as you like.  I just wanted -- for purposes of my
20 questions to you, I wanted you just to read D.
21 A.  Yes, sir, not a problem.
22 Q.  Thank you.
23 A.  Sure.
24         So, Subsection D states:
25         "Writer will not submit the article to any other

1          party for publication unless and until CME expressly
2          rejects the article."
3  Q.   Okay.  So, my series of questions, then, relating to this
4  freelance writer agreement for the course Cancer and
5  Chemotherapy, did NetCE ever tell you in writing that it
6  rejected this article?
7  A.   In writing, no, sir.
8  Q.   Did NetCE ever put in an email that it rejected this
9  article?
10 A.   No, sir.
11 Q.   Did NetCE ever tell you in person that it rejected this
12 article?
13 A.   No, sir.
14 Q.   And did NetCE ever tell you over the phone that it rejected
15 this article?
16 A.   No, sir.
17 Q.   And maybe if --
18         **MR. KERN:**  I'm feeling lucky, Mr. Ross.
19 BY MR. KERN:
20 Q.   -- rather than going through each four, could I ask you,
21 would your answers to those questions be the same for each of
22 the remaining four freelance writer agreements, or would you
23 prefer that I go over them one at a time?
24 A.   With respect to the five in question?  That's correct.
25 Q.   Okay.  Thank you.

JOURIA - DIRECT/KERN

1       **MR. KERN:** Are we satisfied?

2       *(Discussion had off the record between counsel)*

3 BY MR. KERN:

4 Q. Okay. That does save time. Thank you, Dr. Jouria.

5 A. Sure. No problem.

6       **MR. KERN:** And, your Honor, in my wildest dreams, I

7 didn't think we would get through Ms. Campbell today. And so,

8 our exhibits are a bit out of order, because Mr. Ross and I had

9 a conversation to try to streamline things. And so, I'm gonna

10 do -- try to do that on the fly. But if you'll permit me just

11 a minute, or if you're more inclined to take a five-minute

12 break, I could --

13       **THE COURT:** We'll wait for you.

14       **MR. KERN:** Okay. Thank you, your Honor. Appreciate

15 that.

16       *(Discussion had off the record between counsel)*

17       **MR. KERN:** Thank you, your Honor.

18       And now I'd like to show him exhibits in evidence

19 which are courses Dr. Jouria submitted to Elite. If I could

20 take them from the counsel table and offer them to the witness?

21       **THE COURT:** Okay.

22       **MR. KERN:** Thank you.

23       *(Pause)*

24       **MR. KAPPES:** May I also approach, you Honor, to

25 assist?

1       **THE COURT:** Okay.
2           *(Discussion had off the record between counsel)*
3       **MR. KERN:** Thank you. I'm glad you came up.
4       Thank you.
5   BY MR. KERN:
6   Q.  Thanks.
7   A.  You're welcome.
8       **MR. ROSS:** Excuse me, John. Which exhibits --
9           *(Discussion had off the record between counsel)*
10  BY MR. KERN:
11  Q.  Okay.
12      **MR. KERN:** Your Honor, I'd like to --
13  BY MR. KERN:
14  Q.  Doctor, you can set the courses aside for just one moment.
15  A.  Yes, sir.
16  Q.  I wanted to show you a document premarked for
17  identification as NC11.
18          *(Plaintiff's Exhibit NC11 marked for identification)*
19      **MR. KERN:** Your Honor, first I'll share it with
20  Mr. Ross, and then I'll ask that it be admitted into evidence.
21  But, obviously, I'll let Mr. Ross have the benefit of reviewing
22  it for objection.
23          *(Discussion had off the record between counsel)*
24      **MR. KERN:** And, your Honor, if I could provide a copy
25  to the witness, and I'll wait for Mr. Ross to make an

1 objection, if he has one.
2     **THE COURT:** Okay.
3     **MR. KERN:** Thank you.
4     *(Pause)*
5     **THE COURT:** Ready?
6     **MR. KERN:** Do you have any objections?
7     **MR. ROSS:** If the witness will lay the foundation for
8 it first.
9     **MR. KERN:** It's okay with me, your Honor.
10 BY MR. KERN:
11 Q. Dr. Jouria, what is -- what are we looking at in NC11,
12 which is NetCE's exhibit for identification purposes only?
13 What are we looking at?
14 A. This is an email communication between myself and William
15 Cook, who is an owner of a continuing education provider by the
16 name of NurseCe4Less.
17 Q. Okay. And at that time -- at the time of this email
18 exchange, was your email address Jassinjouria@yahoo.com?
19 A. Yes, sir.
20 Q. Okay. And do you recognize the email exchange as your own?
21 A. Yes, sir.
22 Q. Okay.
23     **MR. KERN:** At this time, your Honor, could we move
24 this into evidence?
25     **MR. ROSS:** No objection.

1    **MR. KERN:** Thank you.
2    **THE COURT:** Eleven will be received.
3    **MR. KERN:** Thank you.
4    *(Plaintiff's Exhibit 11 admitted into evidence)*
5    **MR. KERN:** And, Patrick, would you be so kind as to
6    publish this for the jury? Thank you.
7    BY MR. KERN:
8    Q. So, it's true, Dr. Jouria, that NurseCe4Less is, like Elite
9    and like NetCE, another CE publisher.
10   A. In that regard, yes.
11   Q. Okay. You don't -- okay. You're not an employee of
12   NurseCe4Less, correct?
13   A. No, sir.
14   Q. Never were.
15   A. Never was.
16   Q. Okay. And nobody here is related to NurseCe --
17   A. No, sir.
18   Q. Okay. Just for context. Thank you.
19        What's going on in this email exchange, if you can
20   summarize? And if that ends up being took for a clumsy
21   question, I'll do better.
22   A. No. Sure. It's pretty straightforward.
23        It looks like William Cook had sent me the email
24   regarding a letter from NetCE's attorney -- I don't know who
25   specifically that was -- asking about a status of courses.

JOURIA - DIRECT/KERN

1  Q.  Can you please turn to page 5 of this email chain?  And
2  could I ask you to read Mr. Cook's email to you,
3  September 11th, 2015, at 6:02 p.m.?
4  A.  Yes, sir.  Okay.
5        "Hi, Jassin.  I am a bit confused where this
6     leaves NurseCe4Less with those courses.  I see they
7     haven't published them but say they are the copyright
8     holder for articles you submitted to NetCE, unless
9     they rejected the courses.  Did they reject these?
10    At this point, I need to know if I need to remove
11    those courses from the website.  Will."
12 Q.  Okay.  And then can you read your response on
13 September 11th, 2015, at 4:14 p.m.?
14 A.  Is it on the same page?
15 Q.  I'm sorry, it's on the previous page.
16 A.  Thank you.
17 Q.  4:14 p.m. you respond to Mr. Cook.
18 A.  4:14 p.m.
19       "I understand, Will.  To be honest, I'm not
20    certain if the courses are rejected.  In the
21    meantime, my attorney is clearing it all up."
22 Q.  Okay.  That's plenty.  Thank you.  Thank you, Dr. Jouria.
23 A.  You're welcome.
24      **MR. KERN:**  Your Honor, at this time, I would like
25 to --

```
 1  BY MR. KERN:
 2  Q.  And thank you.  That's all I needed on the email exchange.
 3  Thanks for doing that.
 4  A.  Sure.
 5          MR. KERN:  I'd like to show Mr. Ross and enter into
 6  evidence what we have marked for identification purposes as NC2
 7  and 3, and these are contracts between Dr. Jouria and Elite.
 8  And I will share them with Mr. Ross and see if he has any
 9  objections.
10          (Plaintiff's Exhibits 2 and 3 marked for
11  identification)
12          THE COURT:  Well, maybe this is a good spot for us to
13  recess for the afternoon.
14          All right, members of the jury, we're going to go
15  ahead and recess for the evening.  Remember my admonition not
16  to discuss the case or allow it to be discussed in your
17  presence.  I'm gonna ask you to come back tomorrow at
18  nine o'clock.
19          So have a nice evening.  We'll see you back tomorrow
20  at nine.
21          (The jury exited the courtroom)
22          THE COURT:  And if there's nothing else to come before
23  the Court, we'll be in recess till nine o'clock tomorrow
24  morning.
25          MR. KERN:  Thank you, your Honor.
```

1       **MR. ROSS:**  Thank you, your Honor.

2       **COURTROOM SECURITY OFFICER:**  All rise.

3       *(The Judge exited the courtroom)*

4       *(Proceedings concluded at 4:57 p.m.)*

5                       - - - - -

<pre>
                        INDEX OF WITNESSES

PLAINTIFF'S WITNESS                                  PAGE

Jassin Jouria
Direct by Mr. Kern                                     3


                         -  -  -  -  -

                        INDEX OF EXHIBITS

PLAINTIFF'S EXHIBITS:              MARKED         RECEIVED

NC11                                 10              12
NC2 and NC3                          14


                         -  -  -  -  -
</pre>

                    C E R T I F I C A T E

  I certify that the foregoing is a correct transcript from

  the record of proceedings in the above-entitled matter.


```
   /S/Francine C. Salopek              9-19-18
Francine C. Salopek, RMR-CRR         Date
Official Court Reporter
```

**COURTROOM SECURITY OFFICER: [1]** 15/1
**MR. KAPPES: [2]** 4/2 9/23
**MR. KERN: [28]**
**MR. ROSS: [4]**
**PATRICK: [1]** 4/19
**THE COURT REPORTER: [2]** 3/5 3/7
**THE COURT: [11]**
**THE WITNESS: [1]** 3/10

**/**

**/S/Francine [1]** 16/23

**1**

**10 [1]** 16/8
**11 [1]** 12/4
**11th [2]** 13/3 13/13
**12 [1]** 16/8
**1200 [1]** 2/10
**14 [1]** 16/8
**15-61165-CIV-WPD [1]** 1/4
**171 [1]** 6/15
**172 [1]** 6/17
**174 [1]** 6/17
**175 [1]** 6/17
**177 [1]** 6/17
**18 [1]** 16/23
**1:46 [2]** 1/7 3/1

**2**

**2015 [2]** 13/3 13/13
**2018 [2]** 1/7 3/1
**205F [1]** 2/13
**275 [2]** 7/5 7/7
**276 [1]** 4/2
**2800 [1]** 2/7
**299 [1]** 2/13
**2nd [1]** 2/3

**3**

**30 [2]** 1/7 3/1
**33301 [3]** 2/3 2/10 2/13

**4**

**4:14 [2]** 13/17 13/18
**4:14 p.m [1]** 13/13
**4:57 [1]** 15/4

**5**

**50 [1]** 2/6
**515 [1]** 2/9

**6**

**6:02 p.m [1]** 13/3

**7**

**75 [1]** 4/2
**769-5657/mjsfcs [1]** 2/14
**78 [1]** 4/2

**8**

**85 [1]** 4/2

**86 [1]** 4/2

**9**

**9-19-18 [1]** 16/23
**915 [1]** 2/3
**94111 [1]** 2/7
**954 [1]** 2/14

**A**

**above [1]** 16/21
**above-entitled [1]** 16/21
**according [1]** 5/11
**accurate [1]** 7/13
**address [1]** 11/18
**admit [1]** 3/18
**admitted [2]** 10/20 12/4
**admonition [1]** 14/15
**afternoon [3]** 3/15 3/16 14/13
**agree [4]**
**agreement [5]**
**agreement 275 [1]** 7/5
**agreements [8]**
**allow [1]** 14/16
**although [1]** 6/19
**answers [1]** 8/21
**aol.com [1]** 2/14
**APPEARANCES [1]** 2/1
**appreciate [2]** 6/25 9/14
**approach [3]** 4/11 5/19 9/24
**areas [1]** 3/24
**argument [1]** 3/25
**article [8]**
**articles [3]** 5/5 5/15 13/8
**assist [1]** 9/25
**attorney [2]** 12/24 13/21

**B**

**belabor [1]** 4/21
**bench [1]** 4/11
**benefit [1]** 10/21
**Blvd [1]** 2/13
**Boulevard [1]** 2/9
**break [1]** 9/12
**Broward [1]** 2/13

**C**

**CA [1]** 2/7
**California [1]** 2/6
**call [1]** 3/3
**calls [1]** 3/5
**Campbell [2]** 3/24 9/7
**Cancer [1]** 8/4
**CE [6]**
**certify [1]** 16/20
**chain [1]** 13/1
**Chemotherapy [1]** 8/5
**CIV [1]** 1/4
**clearing [1]** 13/21
**clumsy [1]** 12/20
**CME [4]**
**communication [1]** 11/14
**compiled [1]** 5/20
**computer [1]** 1/25
**concluded [1]** 15/4
**condense [1]** 3/24

**confused [1]** 13/5
**context [1]** 12/18
**continuing [1]** 11/15
**contracts [2]** 3/18 14/7
**conversation [2]** 3/22 9/9
**Cook [3]** 11/15 12/23 13/17
**Cook's [1]** 13/2
**copies [1]** 6/5
**copy [1]** 10/24
**copyright [1]** 13/7
**corner [1]** 6/14
**counsel [8]**
**COURT [7]**
**courtroom [2]** 14/21 15/3
**cover [1]** 6/20
**CRR [2]** 2/11 16/24
**cut [1]** 7/14

**D**

**D/B/A [2]** 1/8 1/11
**Daniel [1]** 2/5
**Date [1]** 16/24
**David [1]** 2/5
**Defendant [2]** 1/10 1/16
**deliver [1]** 5/14
**Dimitrouleas [1]** 1/19
**DIRECT [2]** 3/13 16/3
**discuss [1]** 14/16
**discussed [1]** 14/16
**Discussion [6]**
**DISTRICT [4]**
**DIVISION [1]** 1/3
**Doctor [1]** 10/14
**document [1]** 10/16
**DR [4]**
**Dr. [15]**
**Dr. Jassin [2]** 3/5 3/11
**Dr. Jouria [13]**
**dreams [1]** 9/6

**E**

**education [1]** 11/15
**Eleven [1]** 12/2
**Elite [3]** 9/19 12/8 14/7
**email [10]**
**employee [1]** 12/11
**enter [1]** 14/5
**entitled [1]** 16/21
**Esq [6]**
**evening [2]** 14/15 14/19
**evidence [7]**
**EXAMINATION [1]** 3/13
**exchange [4]**
**Excuse [1]** 10/8
**executed [1]** 5/1
**exhibit [6]**
**Exhibit 171 [1]** 6/15
**Exhibit 275 [1]** 7/7
**exhibits [10]**
**Exhibits 276 [1]** 4/2
**exited [2]** 14/21 15/3
**expressly [1]** 8/1

**F**

**fact [1]** 5/14

**F**

**fine [1]** 4/13
**five-minute [1]** 9/11
**FLORIDA [5]**
**fly [1]** 9/10
**foregoing [1]** 16/20
**FORT [5]**
**foundation [1]** 11/7
**Francine [3]** 2/11 16/23 16/24
**Francisco [1]** 2/7
**freelance [10]**

**G**

**generate [1]** 4/1
**gentlemen [1]** 7/6
**glad [1]** 10/3
**gonna [2]** 9/9 14/17

**H**

**hand [2]** 3/6 6/14
**helps [1]** 6/24
**Hi [1]** 13/5
**holder [1]** 13/8
**Holland [2]** 2/6 2/9
**Holtzman [1]** 2/5
**honest [1]** 13/19
**Honor [15]**
**Honorable [1]** 1/19
**hopefully [1]** 4/8

**I**

**I'd [3]** 9/18 10/12 14/5
**I'll [6]**
**I'm [8]**
**identification [5]**
**INC [2]** 1/8 1/11
**inclined [1]** 9/11
**INDEX [2]** 16/1 16/6
**indicated [1]** 6/14
**indulge [1]** 6/4
**invoices [1]** 6/13
**issue [4]**

**J**

**J-O-U-R-I-A [1]** 3/12
**JASSIN [8]**
**Jassinjouria [1]** 11/18
**John [2]** 2/4 10/8
**JOURIA [21]**
**Judge [2]** 1/20 15/3
**jury [8]**

**K**

**Kappes [1]** 2/5
**Kern [6]**
**Knight [2]** 2/6 2/9

**L**

**ladies [1]** 7/6
**Las [1]** 2/9
**LAUDERDALE [5]**
**Law [1]** 2/2
**lay [1]** 11/7
**leaves [1]** 13/6

**letter [1]** 12/24
**letters [1]** 6/20
**limited [1]** 5/3
**LLP [2]** 2/6 2/9
**lucky [1]** 8/18

**M**

**manuscripts [1]** 5/15
**marked [4]**
**matter [1]** 16/21
**meantime [1]** 13/21
**mechanical [1]** 1/24
**members [1]** 14/14
**minute [2]** 9/11 9/11
**mjsfcs [1]** 2/14
**moment [2]** 6/4 10/14
**morning [1]** 14/24
**move [2]** 4/8 11/23
**MR [4]**
**Mr. [10]**
**Mr. Cook [1]** 13/17
**Mr. Cook's [1]** 13/2
**Mr. Kern [1]** 3/16
**Mr. Ross [7]**
**Ms. [2]** 3/24 9/7
**Ms. Campbell [2]** 3/24 9/7

**N**

**name [5]**
**NC11 [4]**
**NC2 [2]** 14/6 16/8
**NC3 [1]** 16/8
**NET [2]** 1/9 1/12
**NetCE [12]**
**NetCE's [2]** 11/12 12/24
**nice [1]** 14/19
**nine [3]** 14/18 14/20 14/23
**nine o'clock [2]** 14/18 14/23
**nobody [1]** 12/16
**number [2]** 4/21 7/10
**Number 5 [1]** 7/10
**numbers [2]** 6/2 6/13
**NurseCe [1]** 12/16
**NurseCe4Less [4]**

**O**

**o'clock [2]** 14/18 14/23
**objection [3]** 10/22 11/1 11/25
**objections [2]** 11/6 14/9
**offer [1]** 9/20
**Offices [1]** 2/2
**Official [2]** 2/12 16/24
**Oh [1]** 7/17
**Olas [1]** 2/9
**opportunity [1]** 4/6
**order [2]** 6/19 9/8
**original [1]** 7/13
**owner [1]** 11/15

**P**

**p.m [7]**
**page [6]**
**page 5 [1]** 13/1
**paragraph [1]** 7/7
**paragraph 5 [1]** 7/7

**party [1]** 8/1
**Patrick [2]** 4/18 12/5
**Pause [2]** 9/23 11/4
**payment [3]** 5/12 5/20 6/10
**payments [3]** 6/20 6/20 7/3
**permit [1]** 9/10
**person [1]** 8/11
**Philip [1]** 2/8
**phone [1]** 8/14
**Plaintiff [3]** 1/6 1/13 3/3
**PLAINTIFF'S [6]**
**plenty [1]** 13/22
**point [1]** 13/10
**polite [1]** 3/22
**prefer [1]** 8/23
**premarked [1]** 10/16
**presence [1]** 14/17
**present [1]** 4/11
**problem [2]** 7/21 9/5
**proceedings [3]** 1/24 15/4 16/21
**produced [1]** 1/25
**provide [1]** 10/24
**provider [1]** 11/15
**provisions [1]** 7/18
**publication [1]** 8/1
**publish [3]** 4/18 6/5 12/6
**published [1]** 13/7
**publisher [1]** 12/9
**purposes [3]** 7/19 11/12 14/6
**pursuant [1]** 5/15

**Q**

**question [2]** 8/24 12/21
**questions [8]**

**R**

**raise [1]** 3/6
**read [7]**
**Ready [1]** 11/5
**received [2]** 12/2 16/7
**recess [3]** 14/13 14/15 14/23
**recognize [1]** 11/20
**record [8]**
**recorded [1]** 1/24
**referred [1]** 6/21
**reflect [1]** 6/20
**reflecting [1]** 6/10
**reject [1]** 13/9
**rejected [6]**
**rejects [1]** 8/2
**remaining [1]** 8/22
**Remember [1]** 14/15
**remove [1]** 13/10
**Reporter [3]** 2/11 2/12 16/24
**representations [1]** 7/10
**represents [1]** 7/12
**RESOURCE [5]**
**respond [1]** 13/17
**response [1]** 13/12
**review [1]** 4/1
**reviewing [1]** 10/21
**Richard [2]** 2/2 2/2
**right-hand [1]** 6/14
**rise [1]** 15/2

**R**
**RMR [2]** 2/11 16/24
**RMR-CRR [1]** 16/24
**Room [1]** 2/13
**Ross [9]**
**Rothschild [1]** 2/8
**rude [1]** 7/14

**S**
**Salopek [3]** 2/11 16/23 16/24
**San [1]** 2/7
**satisfied [1]** 9/1
**save [2]** 7/15 9/4
**sentence [2]** 7/7 7/16
**September [2]** 13/3 13/13
**September 11th [2]** 13/3 13/13
**series [2]** 7/1 8/3
**share [2]** 10/19 14/8
**signature [2]** 5/8 5/9
**signed [1]** 5/4
**Southeast [1]** 2/3
**SOUTHERN [1]** 1/2
**speed [1]** 6/24
**spelled [1]** 3/12
**spelling [1]** 3/9
**spot [1]** 14/12
**stand [1]** 3/5
**state [1]** 3/9
**states [4]**
**status [1]** 12/25
**stenography [1]** 1/24
**straightforward [1]** 12/22
**streamline [1]** 9/9
**Street [1]** 2/6
**submit [1]** 7/25
**submitted [2]** 9/19 13/8
**submitting [1]** 7/11
**subparagraph [2]** 7/8 7/16
**subparagraph D [2]** 7/8 7/16
**Subsection [1]** 7/24
**Subsection D [1]** 7/24
**Suite [2]** 2/7 2/10
**summarize [1]** 12/20
**SWORN [1]** 3/7

**T**
**table [1]** 9/20
**take [4]**
**tell [3]** 8/5 8/11 8/14
**terms [1]** 5/12
**Testimony [1]** 1/18
**thank [28]**
**Thanks [2]** 10/6 14/3
**think [2]** 6/9 9/7
**till [1]** 14/23
**time [8]**
**top [1]** 6/14
**transcript [3]** 1/18 1/24 16/20
**trial [8]**
**true [1]** 12/8

**U**
**understand [2]** 5/4 13/19
**UNITED [3]** 1/1 1/20 2/12

**unless [2]** 8/1 13/8
**us [3]** 6/4 6/24 14/12

**V**
**VOLUME [1]** 1/22

**W**
**wait [2]** 9/13 10/25
**warranties [1]** 7/10
**warrants [1]** 7/12
**website [1]** 13/11
**WEDNESDAY [1]** 3/1
**welcome [3]** 7/2 10/7 13/23
**wildest [1]** 9/6
**William [3]** 1/19 11/14 12/23
**witness [6]**
**WITNESSES [1]** 16/1
**work [1]** 7/13
**WPD [1]** 1/4
**writer [13]**
**writer's [1]** 7/13
**writing [2]** 8/5 8/7
**written [1]** 3/18

**Y**
**yahoo.com [1]** 11/18